UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., | |
| *Plaintiff*, | Civil Action No. 3:22-cv-01503 |
| v. | |
| UNITED STATES OF AMERICA, | November 28, 2022 |
| *Defendant*. | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that the undersigned attorney, Michael Wishnie, is admitted to practice in this Court and hereby enters an appearance in this case on behalf of the Plaintiff.

Dated:    November 28, 2022
          New Haven, CT

Respectfully submitted,

By: /s/ Michael J. Wishnie
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org