# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CONLEY F. MONK JR.,**

V.

**SUMMONS IN A CIVIL CASE**

**USA,**

CASE NUMBER: **3:22−CV−01503−JBA**

TO: **USA**
Defendant's Address:

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jason Parkin−Jerome N. Frank Legal Services Organization**
**Yale Law School**
**PO Box 209090**
**New Haven, CT 06520−9090**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − Christina Sichanh**

*Signature of Clerk or Deputy Clerk*




**ISSUED ON 2022−11−29 10:32:05**, Clerk USDC CTD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________ was received by me on *(date)* ______________________________.

☐ I personally served the summons on the individual at *(place)* ______________________________ ___________________________________________ on *(date)* ________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___________ _______________________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___________________________________ , who is designated by law to accept service of process on behalf of *(name of organization)*_____________ ________________________________________ on *(date)* ____________________ ; or

☐ I returned the summons unexecuted because __________________________________________ _____________________________________________________________________________ ; or

☐ Other *(specify)* __________________________________________________________________ _______________________________________________________________________________ _______________________________________________________________________________

My fees are $________ for travel and $ ____________for services, for a total of $__________0.00

I declare under penalty of perjury that this information is true.

Date: ______________________

_______________________________
Servers signature

_______________________________
Printed name and title

_______________________________
Servers address

Additional information regarding attempted service, etc: