**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONLEY F. MONK JR., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Civil Action No. 3:22-cv-01503-JBA <br><br> November 29, 2022 |

**MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR**

Plaintiff respectfully requests leave for Law Student Interns MICHELLE FRALING, REBECCA HARRIS, ADAM HENDERSON, BEATRICE POLLARD, and MICHAEL J. SULLIVAN to appear in this matter on behalf of CONLEY F. MONK JR. under the supervision of JASON PARKIN and MICHAEL J. WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: November 29, 2022

Respectfully submitted,

By: /s/ Jason Parkin
Jason Parkin, ct28499
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT. 06520-9090
Tel: (203) 432-4800
jason.parkin@ylsclinics.org