UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Civil Action No. 3:22-cv-01503-JBA <br><br> November 29, 2022 |

## LAW STUDENT INTERN APPEARANCE

1. Certification of Law Student

I certify that:

(a) I, Adam Henderson, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I have completed at least two semesters of credit in legal studies; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date:  November 29, 2022                                  Signature: /s/ Adam Henderson

                                                  Adam Henderson

## CONSENT OF CLIENT

I hereby consent to the appearance of Adam Henderson to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of JASON PARKIN and MICHAEL J. WISHNIE.

Date: November 29, 2022    Signature: *Conley F Monk Jr.*

Conley F. Monk, Jr
Director of the National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I will assume professional responsibility for the work of Adam Henderson as a law student intern, and that I will assist the student to the extent necessary, and that I will appear with the students in all proceedings before the Court.

Date: November 29, 2022    Signature: /s/ Jason Parkin

Jason Parkin

Date: November 29, 2022    Signature: /s/ Michael J. Wishnie

Michael J. Wishnie