## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

CONLEY F. MONK JR.,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

Civil Action No. 3:22-cv-01503-JBA

November 30, 2022

## PROOF OF SERVICE

I, Michelle Fraling, hereby declare, in accordance with 28 U.S.C. § 1746, that I caused service of the Summons issued in this case (ECF No. 8), the Complaint (ECF No. 1), the Notice of Appearance by Michael J. Wishnie (ECF No. 2), the Order on Pretrial Deadlines (ECF No. 4), the Electronic Filing Order (ECF No. 5), the Standing Protective Order (ECF No. 6), the Notice to Counsel and Self-Represented Parties (ECF No. 7), and the Motion for Leave for Law Student Interns to Appear and related attachments (ECF No. 9) (collectively, "ECF Nos. 1-2, 4-9") to be made as follows:

1.      On November 30, 2022, I caused four copies of ECF Nos. 1-2, 4-9 to be sent by certified mail to Defendant, UNITED STATES OF AMERICA, at 157 Church Street, Floor 25, New Haven, CT 06510.

2.      On November 30, 2022, I caused one copy of ECF Nos. 1-2, 4-9 to be sent by certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW Washington, DC 20530-0001.

3.      On November 30, 2022, I caused one copy of ECF Nos. 1-2, 4-9 to be sent by certified mail to the Department of Veterans Affairs at 810 Vermont Avenue, NW Washington, DC 20420.

4.      Besides mailing costs, no other fees were paid or incurred in conjunction with service in this case.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2022

/s/ Michelle Fraling
Michelle Fraling, Law Student Intern
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800