IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

DEC 5 2022 PM 3:22
FILED-USDC-CT-HARTFORD

CONLEY MONK JR

    PLAINTIFF                   CIVIL ACTION 3:22-CV-1503

V.

UNITED STATES OF AMERICA

    DEFENDANT


      MOTION TO JOIN LAWSUIT AS A CLASS SPECIFICALLY AS A BLACK MALE VETERAN(S) INCLUDING ALL GULF WAR VETERANS

      MOTION TO ADD MORE DEFENDANT(S) TO INCLUDE LOCKHEED MARTIN/ LEIDOS INC OWNER OF QTC. THE KINGDOM KUWAIT, IRAQI AND SAUDI ARABIA AND UNKNOWN CORPORATION THAT SOLD SARIN GAS TO THE GOVERNMENT OF IRAQI.


 My name is Khamani L. Lodge and I am writing as a friend of the Court but seeking class action status because I will present the true horror story of abuse of most if not all Black male veterans.

1.

Most Black veterans do not get their benefits compensation until they are 75 years old and the evidence will prove it. Those who served in Vietnam just got their compensation. On average it takes Black veterans 20 years to get their benefits.

2.

Most of my complaint will focus on the Atlanta Regional Office. In 1994, a Vietnam veteran Black male around 55 years old came into the Georgia Department of Labor Veterans employment services. He came in with his wife and he was never able to work and the wife spoke for him in that she had to work two jobs for 20 years and she was very upset. He started crying and felt less than a man because he could not hold a job. Well, he had three purple hearts and I knew something had happen to him. He was shot in the head, chest and hip. Helicopter was shot down, pilots killed and part of helicopter tail fell on him and broke a lot of bones in his body. When the Atlanta Regional Office was on 730 Peachtree Street, I met with Richard Barnes (**Black male**) current employee and he took the information and went to a **Black supervisor** and they had to get his records from St. Louis. Three weeks later the veteran got $400,000.00 in back pay. No one at Walter Reed process his paperwork and no one at VA helped him. One Black man has to help "<u>secretly</u>" another black man to get the benefits earned. This is what we are up against. A Black female would not have helped him. Only a Black male knows the pain of discrimination. It sexist also. Discrimination against black males comes from all directions.

3.

When Black male veterans apply for compensation, we are treated like we applying for **welfare.** VA nurses Compensation and Pension examination will falsify the Black veteran medical conditions and or put code words like **"morbidly obese"** or even more sadly if the male is dark skinned, they will turn down your claim. It's sad but it is real. On March 17, 1991, in Operation Dessert Storm, I broke my back but I was not aware that I was expose nerve agent posing Sarin Gas. Its 2022 I have never seen an Orthopedic doctor at VA as today. One day I had examination and Dr. Jones was my treating doctor and she told I would never see one. I had to hire my own Orthopedic Specialist to do all the work for my disability claim at the BVA.  I had vertigo really bad for years and not knowing what it was until a got a letter for the DOD joint Letter with the CIA stating I was within 150 miles (Khamisiyah) Iraqi and we see that it was Dutch, French and German companies that sold the Sarin Gas which is part of Gulf War Syndrome. A Chicago law firm MM-Law sued and the chemical causes infertility and vagina like STD from the soldiers returning home and having deformed children and VA cover up all of it.  U.S government funded studies concluded Sarin Gas caused Gulf War Syndrome.  I filed my claims in 1994 and got my compensation 2014. I suffered for 20 years because I was a Black veteran and had to get private doctors for my claim at the BVA. Royal British soldiers also suffer from the gas and we had to prove the information with no help from the VA.  The scientist Robert Haley, Gerald Kramer Junhul Xiao Jill A. Dever and John F. Telber the study was published 11 May 2022.  The U S Army Medical Research and Material Command number grant DAMD 17-01-10741. VA contract VA549-P-0027, Secretary of Defense Award No. W81XWH-16-1-0740. Till this day they have not said anything yet. Many veterans and their families suffer. I don't believe the VA has paid me all of the back pay that was

entitled to. First, they only gave 50% of my backpay and a year later I got the other 30,000 dollars after I complain to Obama Senior advisor Jarrett and got the rest of my money. Almost 100,000.00 in back pay but the VA cheated me out of $1,000,000.00 in benefits. **"The reason the Regional Office cheat veterans is for their bonus money."** It's sad but it is true. The evidence is there. They knew veterans were poisoned and could not work and made us suffer to no end. It is no differ than the **"Tuskegee experiment."** I am stating that the Justice Department and Department of Defense knows who produce that Sarin Gas and has protected them for decades and VA Regional Offices delay veterans claim from going to the Board of Veterans Appeal for years to denied compensation and they act like an adversarial operation and instead of giving the veterans the benefit of the doubt but claims are subject beyond any doubt standard. So, jobs at the post office are jobs we can't do and we face even more discrimination in employment under veteran's preference laws. Nothing is easy for any Black veteran. We have suffered more than anyone. Now there is a Black female I met at VA Regional Office and she told me she was brutally rape by a marine while in the Navy and marine was never prosecuted and she only got 70% disability but if she was white, she would have gotten 100%. The racism is real. Your years are stolen from you. This is one of the reasons why the DOD is having a hard time recruiting. The news of the suffering spreads fast and people have long memories. This is one of the reasons so many white males are committing suicides at such a high rate in particular and they used drugs because they can't get the help they need and their family is relieved of the burden of him unable to provide and get whatever insurance that is available. The discriminatory behavior started with the Harlem Hell fighters who never got any benefits or recognition for winning WW1. That is where it all started. The Buffalo solider America's Black Army in Cuba defeated Spain not

4

Teddy Roosevelt got nothing. We are treated adversely different. Korean Black veterans are dying and never received a dime for their injuries. We don't get our benefits like other ever. Now the Department of Justice is liable to us Gulf War veterans and I mean all of us and some of the money from Afghanistan funds should be given to the Gulf War veterans and their families for the real suffering they have to deal with and some of the homeless combat veterans. 911 families got 1.6 million per person and because they live in New York they blew it shopping and demanding more money. Veterans with Gulf War Syndrome suffered for years and the government knew and now the Department of Justice can fix some of these problems. These veterans can buy a home and not be homeless, take care of their families and live above poverty.  All of those veterans who are still sick, still suffering with Sarin Gas, help us. If the Justice Department has frozen funds of one these government compensate these veterans. If the Justice Department knows which companies provided the Sarin gas make them, pay up.  This was Chemical warfare unseen since WW1 and much deadlier and the VA position was and always you have to prove it.  I did a C and P examination and this doctor was from Argentina and he call me a liar in my face and put in my file I was lying about being exposed to Sarin even though the DoD and CIA letter stated I was in the vicinity of the gas explosion. That is how I was treated. I am prepared to state that claim examiners falsify medical documents and have QTC doctors signed off on them.  Racism is real as a Black male even after combat. Having this vertigo is really bad and a broken back that I did not find out until 1999. You can't work, walk or live a normal life. There is no need for the Justice Department to play this out for years, if  the government has frozen money, compensate those veterans that are sick. That is not a lot to ask of the Attorney General.

You can find money for illegal migrants to provide them adjustment to a new life, it just seems that sick veterans should come first.

Khamani Lodge

*[signature]*

924 GA Hwy 80 W
Waynesboro, GA
30830

470 455 5520

Khlodge4115@gmail.come.