Khamani Lodge
924 GA Hwy 80 W
Waynesboro, GA
30830



Clerk y Court

United States District Court

450 Main Street

Suite A012

Hartford C.T.

06103