IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

DEC 6 2022 PM 12:55
FILED-USDC-CT-HARTFORD

CONLEY MONK JR

    PLAINTIFF                       CIVIL ACTION 3:22-CV-1503 *JBH*

V.

UNITED STATES OF AMERICA

    DEFENDANT

*FRIEND OF THE COURT*

Temporary Restraining Order on the Attorney General from paying out any new claims to 911 Victims from the frozen Afghanistan fund and order the Attorney General to set aside 5 billion dollars for Gulf War Veterans suffering from Gulf War Syndrome.

The petitioner is requesting to Court to freeze any new payment to 911 victims. Congress is working on an 80 billion funding for this Black veteran's situation but they don't know if they can the funding enacted in Congress and now that 80 billion is for claims for Black veterans going back to WWI who claims were denied. Now the government studies have proven that Sarin Gas is the cause of Gulf War Syndrome, I am seeking to file a claim with the Attorney General in this action for me and on behalf of all Gulf War Veterans that were exposed to Sarin Gas in Iraqi and have suffered a new Tuskegee like experiment by the Department of Veterans Affairs lack of service and benefits. We and our families have suffered to no end.

911 victims received $1,600,000.00 from the Bush Administration and the Biden Administration wants to give the other 7 billion dollars that were frozen to victims

again because they live New York where it is expensive to live and they blew the money shopping. Gulf War veterans who were exposed to Sarin gas in Iraqi lives have been completely ruined by military service with chronic diseases, infertility and birth defected children. VA benefits don't cover this life altering situation. **This is a claim against those funds and we are more deserving to those funds than the 911 families whom already received a million-dollar payout.**

This is a fair and equitable request of the Court. That Sarin Gas was sold to Iraqi in violation of international law and we were poisoned by it under the fog of War. Gulf War Veteran have had no help from the VA and there are 50,000 sick veterans that are still sick and disable from the exposure. There are going to be thousands of complaints from this law suit and it will take time for the Court to deal with it. Many Black veterans are just hearing about the law suit and we all have a story to tell here in this case as Black veterans who claims were denied and deny medical services since 1991. Gulf War veterans that were expose don't have the luxury of time and I don't believe the Justice Department would oppose such a request. We are asking the Court and the Attorney General to help us so we can live a quality life. Those that were expose must be first in line before 911 victims. A quick death is better than a long slow one.

We are requesting to the Court to setup a registry for the Afghan funds and allow Gulf War Veterans that we expose to Sarin Gas apply for compensation since VA knows who the veterans are that was on placed on their registry in 1993.

Khamani Lodge

924 GA Hwy 80 W
Waynesboro, GA
30830

Khamani Lodge

2

Senator Raphael Warnock

Sam Nunn Atlanta Federal Center

100 Alabama Street SW

Suite 3R8

Atlanta, Georgia 30303

Dear Senator Warnock,

As you may be aware there is civil law suit against the Department of Veterans Affairs for racial discrimination in awarding benefits claims. I understand that Senator Blumenthal has an interest and support the lawsuit against the VA. Well Senator I have the facts and even more explosive allegations. Most Black veterans do not get the compensation until they have serious health problems and in their 70's.

1. Gulf War Veterans who were exposed to Sarin Gas must be compensated not by the U.S. Government but by the Kingdom of Kuwait, Iraqi and the Saudi Arabia. The government funded studies have concluded that Sarin Gas caused Gulf War Syndrome. This was **"Tuskegee 2.0"** with amount of suffering we all endured for years. Those Chemical were banned under International Law and companies in the Netherland, France and Germany sold the Poison to Iraqi and they must be made to paid for their criminal conduct. I want you to understand what this poison does to the human body including causing infertility and birth defects. I and others suffer for 20 years with no help or acknowledgement from VA.
2. The facts are indisputable that Black Veterans were denied benefits since the Start of the VA. We are treated like we are seeking welfare from the government and did nothing to earned the benefits sought. I filed my claim in April 1992. No benefits in 92 or 93. VA pays black veterans 10% few years 20% few years later 30% then 40% years later may 50% if lucky 60% then 70%. I am 100% and the BVA ordered the Atlanta Regional Office to Back Pay me from the date of claim not the date of award. The VA should

have paid me $825,000.00 since April 1992 but have only paid me est. $420,000.00 and they owe me somewhere between $375 to $425,000.00 in back pay because there is no magical VA math it is called "fraud." Veterans got hurt very badly by the VA when the sequestration took place during the Obama Administration where the current Secretary of VA was Whitehouse Chief of Staff. The personnel at the Regional Office nationwide denied Black veterans benefits for the agency personnel bonus and the life and health of black veterans were sacrifice. They have code words in the medical file like **"morbidly obese"** and that was a method in my case to deny claims. It did not matter I had a broken back and exposure to nerve agent poisoning. The C and P nurses will falsify a medical condition and they are not doctors. QTC which is owed by Lockheed Martin doctors are notorious for falsifying medical conditions so VA can deny claim and give them cover. In my file a QTC examination doctor stated I was overweight that was all of my medical conditions. They had a x ray doctor stated that I had no problems with my back and in fact I file a complaint with the State Medical Board for falsification of my medical condition and I as many black veterans will assert in the lawsuit, we had to hire our own doctors to fight to the Regional Office. The Regional Office became more adversarial and aggressive with the creation of the Court of Veterans Appeals. They overturn 80% of VA decisions and the VA started back paying million dollars claims to people.

**I don't believe I have been properly paid. April 92 to December 92 I should have received $13000.00. In 1993, I should have received $19000.00 Just those two years states the money was not paid. It is the date of claim not the date of award in 1994. No 100% disability 94 to 2015 and had to get an attorney just for that at the Board. The claims adjudicator falsified my medical condition calling me a liar. Now there are hundreds of thousands of the complaint all by Black veterans with the same Motive Operandum by the VA to deny claims. I got like $100,000.00 in back pay for me and the attorney fees but it should have been 5 to $600,000.00 for 20 years at 100% rating.**

3. The VA adjudicator forced me into Bankruptcy when they downgraded my disability rating from 70% to 50% and forced me on to welfare. You have no idea the cruelty inflicted by the Regional Office for now we know it was

for the bonuses of the employees of the VA nationwide is why we were harmed. They do what they did because the law protected them. These people lives were ruined as a game. The Congress is going to have to set a special oversight board that only one regional office process claims of Black males because there is a built-in bias against Black males for some reason from every direction of government and that one office can be monitored. The Regional Offices can't be trusted. People live have been destroyed by greed. Atlanta is the worst. I suggest that San Juan Regional Office handle all claims by Black males and all cases be transfer there because they should not have any racial bias against anyone and C and P examination be done there also. The Regional Office Adjudication is a such a fraud it must be shut down. The BVA must be moved out of Washington and moved into the Regional Offices as the Court must have Regional Offices and more Judges.

4. The money that was frozen for 911 victim must be stop and given to Gulf War veterans that suffer the Sarin Gas Attack. These people were poisoned and the government assistance is not enough. The Attorney General gave 911 victim 1.4 million and because these people live expensive New York they blew through it in a few years. The government funded studies have proven that Sarin Gas caused Gulf War Syndrome. Both the VA and the DoD are aware of the findings.

5. I don't know if Congress can even fix this problem. I want you to petition the Secretary and figure out have I been paid properly for I don't think so.

Thank You

Khamani Lodge