Khamari Loder
924 Hwy 80 W
Waynesboro, GA
30830

Clerk of Court
United State District Court
450 Main St.
Hartford, CT 06103