## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., *Plaintiff*, v. UNITED STATES OF AMERICA, *Defendant*. | Case No. 3:22-cv-01503-JBA <br><br> December 23, 2022 |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Rule 7(e) of the Local Rules of Civil Procedure of the U.S. District Court for the District of Connecticut, I, Jason Parkin, one of the attorneys for Plaintiff in the above-captioned case, move for leave to withdraw as counsel because I will no longer be affiliated with the Jerome N. Frank Legal Services Organization at Yale Law School as of December 23, 2022. Michael J. Wishnie will continue as counsel for Plaintiff.

Dated: December 23, 2022
New Haven, CT

                                                Respectfully submitted,

                                                /s/ Jason Parkin
                                                Jason Parkin (ct28499)
                                                Jerome N. Frank Legal Services Organization
                                                P.O. Box 209090
                                                New Haven, CT 06520
                                                Phone: (203) 432-4800
                                                Fax: (203) 432-1426
                                                E-mail: jason.parkin@ylsclinics.org