## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | January 23, 2023 |
|    *Defendant*. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Natalie N. Elicker on behalf of the defendant, the United States of America.

                                            Respectfully submitted,

                                            VANESSA ROBERTS AVERY
                                            UNITED STATES ATTORNEY

                                            */s/ Natalie N. Elicker*
                                            Natalie N. Elicker, ct28458
                                            Assistant United States Attorney
                                            157 Church Street
                                            New Haven, CT 06510
                                            Telephone: (203) 821-3700
                                            Email: Natalie.Elicker@usdoj.gov