## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | January 23, 2023 |
| *Defendant*. | : | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The United States of America moves this Court pursuant to D. Conn. L. Civ. R. 7(b) for an extension of two months to the deadline for its response to the complaint, ECF No. 1. There is good cause for granting the motion. *See* L.R. 7(b)(1). The complaint was served on November 30, 2022. ECF No. 10. The defendant's response is due Monday, January 30, 2023. *See* Fed. R. Civ. P. 5(a)(1)(C), 12(a)(2). Since November 30, undersigned counsel has had numerous days of sick leave, family-care leave, annual leave, and federal holidays, which have resulted in delays conferring with the client agency. In light of these delays and the complexity of the issues raised, the defendant cannot reasonably meet the present response deadline despite its diligence. Defendant anticipates that a two-month extension will provide sufficient time to respond. Plaintiff does not object to the motion, which is defendant's first, and is filed more than three business days before the deadline. *See* L.R. 7(b)(2)-(3). Accordingly, defendant respectfully requests that the Court extend its deadline to respond to the complaint until March 31, 2023.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

 */s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Email: Natalie.Elicker@usdoj.gov