# *Monk v. United States,* No. 3:22-cv-01503-JBA (D. Conn.)
# Plaintiff's Proposed Document Production Protocol

All responsive information will be produced as follows:

a. **Form of Production.** Unless the parties agree otherwise, all responsive documents and electronically stored information ("ESI") shall be produced as Group IV single page TIFF format files imaged at 300 dpi. Each TIFF file shall be named with a unique name matching the Bates number labeled on the corresponding page. Every 500 TIFFs shall be grouped into a new folder; there shall not be a separate folder created for each document. Documents originally stored as native electronic files should be processed using the custodian's local time zone. Documents originally stored as hard copies shall be scanned in black and white, unless color is necessary for understanding the document.

b. **Image Load File.** Provide an image load file (Opticon file) that contains document boundaries.

c. **Document Text.** For documents that were originally stored as native electronic files and which do not have redactions, produce the extracted, full text from the body of each document in a separate .txt file named for the beginning Bates number of the document. For documents that were originally stored as hard copies, produce OCR text from the image(s) associated with each document as a separate .txt file named for the beginning Bates number of the document. For documents that were originally stored as native electronic files and that have redactions, produce OCR text from the redacted image(s) associated with each document as a separate .txt file named for the Bates number of the document. Any redacted, privileged material should be clearly labeled to show the redactions on the TIFF image.

d. **Special File Types.** Produce files created by Excel or other spreadsheet programs that do not have redactions, in native format with a slip-sheet that states "Produced in Native Format". Also, documents that can become unwieldy when converted to TIFF should be produced in native format. The produced native file should be named with the Bates number of the tiff image slip-sheet of the document (*e.g.*, "ABC00001.xls"). Presentations created in Powerpoint or other presentation software should be produced in TIFFs in full slide image format along with speaker notes (which should follow the full images of the slides) with related searchable text and bibliographic information. The parties will negotiate acceptable production formats for any files created or stored in database programs, proprietary systems, or legacy systems.

e. **Document Metadata.** Produce extracted metadata for each document in the form of a Concordance delimited .dat file, and include the following fields, except that if the field contains privileged information, the field should be left blank:

| Bates_Begin | The bates label of the first page of the document |
|---|---|
| Bates_End | The bates label of the last page of the document |
| Attach_Begin | The bates label of the first page of a family of documents (*e.g.*, email and attachment) |
| Attach_End | The bates label of the last page of a family of documents |
| Title | The subject of an email or the filename of an attachment or standalone e-file |
| Time_Zone | The time zone used to process the document |
| Sent_Date | For email, the sent date of the message |
| Sent_Time | For email, the sent time of the message |
| Create_Date | For e-files or attachments, the document's creation date or operating system creation date |
| Create_Time | For e-files or attachments, the document's creation time or operating system creation time |
| Modified_Date | For e-files or attachments, the document's last modified date or operating system last modified date |
| Modified_Time | For e-files or attachments, the document's last modified time or operation system last modified time |
| Author | The author of a stand-alone e-file or attachment |
| From | The sender of an email message |
| To | The recipient(s) of an email message, in a semi-colon delimited multi-value list |
| CC | The copyee(s) of an email message, in a semi-colon delimited multi-value list |
| BCC | The blind copyee(s) of an email message, in a semi-colon delimited multi-value list |
| Custodian | The custodian in whose file the document was found |
| Original_Filepath | The path to the email in the mailbox or stand-alone e-file |
| MD5 | The calculated MD5 hash value of the document |
| Native_File | The file path to the location of the native file, if produced |
| Conf_Desig | The confidentiality designation, if any, for the document pursuant to any protective order in the case. |
| Text_Path | The file path to the location of the text file in the production |

Any redactions for privilege reasons shall be recorded on a privilege log.

f. **Duplicate Log.** Produce a CSV load file after all productions are complete or after any production containing more than 500 files, which shall include the following fields:

| | |
|---|---|
| Bates_Begin | The bates label of the first page of the document |
| Bates_End | The bates label of the last page of the document |
| Dupe_Custodian | The custodians of any duplicates who had a copy prior to de-duplication, in a semi-colon delimited multi-value list |
| All_Locations | The path to the email in the mailbox or stand-alone e-file for which duplicates exist, in a semi-colon delimited multi-value list |