**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | March 24, 2023 |
| *Defendant*. | : | |

**MOTION FOR PERMISSION TO EXCEED PAGE LIMIT**

The Defendant United States of America's response to Plaintiff Conley Monk, Jr.'s complaint, ECF No. 1, is due one week from today, on March 31, 2023. ECF No. 18. Defendant presently is finalizing a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(h), for lack of subject matter jurisdiction. Defendant now moves for permission to exceed the Court's forty-page limit for memoranda by no more than five pages. *See* D. Conn. L. Civ. R. 7(a)(5) (providing that memoranda shall not exceed forty pages, "exclusive of pages containing a table of contents, table of statutes, rules or the like"). There is good cause for the additional pages for the following reasons: Plaintiff's complaint spans a roughly fifty-year time period, 1970-present; the complaint describes actions by multiple federal agencies; and the memorandum must address two separate federal jurisdiction-giving statutes as well as other complex issues raised by the complaint. Defendant does not anticipate requiring the full five additional pages but requests five pages in an abundance of caution. Therefore, the Defendant respectfully requests permission to file a memorandum of no more than forty-five pages.

2

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
Natalie N. Elicker (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov