UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | March 27, 2023 |
| *Defendant*. | : | |

### MOTION FOR PERMISSION TO FILE MOTION TO DISMISS

The United States of America moves for permission to move to dismiss Plaintiff Conley Monk, Jr.'s complaint, ECF No. 1, pursuant to Fed. R. Civ. P. 12(b)(1), on Friday, March 31, 2023. The parties previously held a planning conference respecting jurisdiction and discovery, and filed with the Court a joint report describing their discussions. Joint Report of FRCP 26(f) Conference, ECF No. 19. In the parties' joint report, Defendant stated its intention to move to dismiss. *Id.* at 9. Recently, the United States moved for leave to file excess pages in support of its forthcoming motion to dismiss. ECF No. 21. Accordingly, Defendant respectfully requests that the Court grant it permission to move to dismiss and dispense with the requirement of a pre-filing conference as set forth in the Court's Chambers Practices. *See* Judge's Information, Janet Bond Arterton, https://www.ctd.uscourts.gov/content/janet-bond-arterton.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
Natalie N. Elicker (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov