UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | March 31, 2023 |
| *Defendant*. | : | |

## MOTION TO DISMISS

The United States of America moves to dismiss Plaintiff Conley Monk, Jr.'s complaint, ECF No. 1, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(h), for the reasons set forth in the attached memorandum of law. *See* D. Conn. L. Civ. R. 7(a)1.[1] The United States requests that the Court grant its motion and dismiss Plaintiff's claims in their entirety.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
Natalie N. Elicker (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov

---

[1] Currently pending are the Defendant's motion for permission to file a dispositive motion, ECF No. 22, and motion to file excess pages, ECF No. 21. Previously, the Court ordered today as the deadline for Defendant's response to the complaint, ECF No. 18, and Defendant has previewed that it would be moving to dismiss, ECF No. 19. Therefore, in an abundance of caution, Defendant files this motion consistent with the Court's scheduling order.

ORAL ARGUMENT
IS NOT REQUESTED