UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | March 31, 2023 |
| *Defendant*. | : | |

## MOTION TO STAY DISCOVERY

Defendant United States of America moves the Court to stay all discovery and deadlines respecting Federal Rule of Civil Procedure 26, pending resolution of the United States' contemporaneously filed motion to dismiss, ECF No. 23 ("Motion to Dismiss"). Defendant submits the attached memorandum in support of the motion. *See* D. Conn. L. Civ. R. 7(a)1, 37(b)1.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
Natalie N. Elicker (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov

ORAL ARGUMENT
IS NOT REQUESTED