UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | March 31, 2023 |
| *Defendant*. | : | |

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, Natalie N. Elicker, make the following statements in support of the United States of America's motion to stay discovery:

1. Counsel for the Plaintiff and I participated in a telephone conference on February 21, 2023, respecting jurisdiction and discovery;

2. Counsel for the Plaintiff and I additionally exchanged e-mails between March 17, 2023, and March 22, 2023, respecting discovery;

3. We were unable to reach agreement respecting whether discovery is appropriate in this case;

4. Therefore, I certify that I have conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised by the government's motion, without the intervention of the Court, and we have been unable to reach such an agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2023.

*/s/ Natalie N. Elicker*
Natalie N. Elicker (ct28458)
ASSISTANT U.S. ATTORNEY