UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR.,<br><br>                *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                *Defendant*. | Civil Action No. 3:22-cv-1503 (JBA)<br><br>April 12, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that the undersigned attorney, Meghan Brooks, is admitted to practice in this Court and hereby enters an appearance in this case on behalf of the Plaintiff.

Dated:      April 12, 2023
               New Haven, Connecticut

               Respectfully submitted,

               /s/ Meghan E. Brooks
               Meghan Brooks, ct31147
               Jerome N. Frank Legal Services Organization
               P.O. Box 209090
               New Haven, CT 06520
               Phone: (203) 432-4800
               Fax: (203) 432-1426
               Email: Meghan.Brooks@ylsclinics.org

               *Counsel for Plaintiff*