UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., *Plaintiff*, v. UNITED STATES OF AMERICA, *Defendant*. | No. 3:22-cv-01503-JBA<br><br>April 13, 2023 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

Plaintiff Conley Monk moves this Court pursuant to D. Conn. L. Civ. R. 7(b) for an extension of 45 days to the deadline to respond to Defendant's Motion to Dismiss at ECF No. 23. The Motion to Dismiss was filed on March 31, 2023. ECF No. 23. The response to the Motion to dismiss is due April 21, 2023. There is good cause for granting this motion. Plaintiff requests an extension of time due to the examination and graduation schedules of the law student interns participating in the case. This is the first motion for extension of time sought by Plaintiff. Defendant consents to this motion.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and extend his deadline to file a response to the Motion to Dismiss until June 5, 2023.

Respectfully Submitted,

By: /s Michael J. Wishnie
Michelle Fraling, Law Student Intern
Rebecca Harris, Law Student Intern
Adam Henderson, Law Student Intern
Beatrice Pollard, Law Student Intern
Claire Sullivan, Law Student Intern*
Michael Sullivan, Law Student Intern

---

* Motion for law student appearance forthcoming.

Meghan E. Brooks, Supervising Attorney ct31147
Michael J. Wishnie, Supervising Attorney, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
 (203) 432-4800

*Counsel for Plaintiff*