# EXHIBIT C



# PTSD Grant Rate Analysis

19 July 2017



Veterans Benefits Administration

U.S. Department of Veterans Affairs

# Bottom Line Up Front

- VBA developed a mixed effect logistic regression model to determine if a Veteran's race/ethnicity and geographic location are associated with a grant for PTSD service connection.Analysis included PTSD service connection decisions for rating claims during the time period FY11-FY16.Analysis limited to FY11 forward to account for a July 2010 PTSD policy change that reduced burden of evidence.Without accounting for any other factors, Non-Hispanic Black Veterans have the lowest grant rate (43%) compared to a national average of 55%.The following key relationships were identified:Non-Hispanic Black Veterans are less likely to be granted PTSD service connection than members of other ethno-racial groups.Veterans of Army/Marines are the most likely to be granted PTSD service connection, followed by Air Force, followed by Coast Guard/Navy.Veterans living more than 50 miles from the closest RO are more likely to be granted PTSD service connection than Veterans living within 50 miles of the closest RO.Puerto Rico has the lowest grant rate, followed by Minnesota



# Race and PTSD Grant Rate

The table presents grant rates by ethnic/racial group in a descending order

| Ethnorace | | Service Connected PTSD | |
|---|---|---|---|
| | | Denied | Granted |
| Hisp. White | Vets count | 38,871 | 60,958 |
| | % | 39% | 61% |
| Native Hawaiian/Pacific Islander | Vets count | 245 | 364 |
| | % | 40% | 60% |
| American Indian/Alaskan | Vets count | 72 | 105 |
| | % | 41% | 59% |
| Asian/Pacific Islander Unspecified | Vets count | 4,470 | 6,142 |
| | % | 42% | 58% |
| Non-hisp. White | Vets count | 264,213 | 346,190 |
| | % | 43% | 57% |
| Hisp. Black | Vets count | 679 | 871 |
| | % | 44% | 56% |
| OTHER/UNKNOWN | Vets count | 1,421 | 1,631 |
| | % | 47% | 53% |
| Non-hisp. Black | Vets count | 80,274 | 61,153 |
| | % | 57% | 43% |
| Grand Total | Vets count | 390,245 | 477,414 |
| | % | 45% | 55% |



For statistical modeling purposes, American Indian, Alaskan native, Asian, and Hispanic Blacks were collapsed into one group.

| Ethnorace (group) | | Service Connected PTSD | |
|---|---|---|---|
| | | Denied | Granted |
| Hisp. White | Vets count | 38,871 | 60,958 |
| | % | 39% | 61% |
| Non-hisp. White | Vets count | 264,213 | 346,190 |
| | % | 43% | 57% |
| American Indian/Alaskan, Asian/Pacific, Hisp. Black | Vets count | 6,887 | 9,113 |
| | % | 43% | 57% |
| Non-hisp. Black | Vets count | 80,274 | 61,153 |
| | % | 57% | 43% |
| Grand Total | Vets count | 390,245 | 477,414 |
| | % | 45% | 55% |

- Overall average grant rate is 55% Non-Hispanic Blacks have the lowest grant rate at 43% and are the largest outlier in terms of grant rate. Hispanic Whites have the highest grant rate 61%




# Key Findings (Ethno-racial)

| Variables | Odds Ratio Estimate | 95% Confidence Limits | |
|---|---|---|---|
| BRANCH: Army/Marines vs Air Force | 1.616 | 1.591 | 1.642 |
| BRANCH: Coast G./Navy vs Air Force | 0.869 | 0.852 | 0.886 |
| ETHNORACE: Hisp. White vs Non-hisp. White | 1.018 | 1.002 | 1.033 |
| ETHNORACE: Non-hisp. Black vs Non-hisp. White | 0.704 | 0.694 | 0.713 |
| ETHNORACE: Other vs Non-hisp. White | 0.942 | 0.911 | 0.975 |
| INCOME_BAND 1: LESS THAN 50K vs 3: GREATER THAN $90K | 0.801 | 0.789 | 0.812 |
| INCOME_BAND 2: 50K- 90K vs 3: GREATER THAN $90K | 0.893 | 0.88 | 0.905 |
| EDUCATION: Completed Graduate S vs Completed HS/College | 1.04 | 1.021 | 1.059 |
| EDUCATION: Unknown/Vocational vs Completed HS/College | 0.853 | 0.845 | 0.862 |
| NEAR_RO: >50 Miles from RO vs Within 50 Miles of RO | 1.272 | 1.259 | 1.285 |
| POWER OF ATTORNEY: Big 6 vs NO POA | 0.957 | 0.945 | 0.968 |
| POWER OF ATTORNEY: Other POA vs NO POA | 0.949 | 0.937 | 0.962 |
| AGE (49.76 vs. 48.76) | 1.009 | 1.009 | 1.01 |
| GULF WAR vs GWOT | 0.337 | 0.332 | 0.343 |
| PEACETIME vs GWOT | 0.122 | 0.119 | 0.125 |
| VIETNAM ERA vs GWOT | 0.469 | 0.459 | 0.48 |
| WWII/KOREA vs GWOT | 0.252 | 0.241 | 0.263 |

Interpretation: Odds ratios greater than 1.0 indicate that members of the first group are MORE likely to be granted than the reference group. Example: members of the Army/Marines are MORE likely to be granted than members of the Air Force Key Findings: Odds that Hispanic White Veterans are granted PTSD service connection is 1.8% higher than that of Non-Hispanic White Veterans. Odds that Non-Hispanic Black Veterans are granted PTSD service connection is 29.6% lower than that of Non-Hispanic White Veterans. Odds that a Veteran in the 'Other' ethno-racial category is granted PTSD service connection is 5.8% lower than that of Non-Hispanic White Veterans.




# Key Findings (Continued)

| Variables | Odds Ratio Estimate | 95% Confidence Limits | |
|---|---|---|---|
| BRANCH: Army/Marines vs Air Force | 1.616 | 1.591 | 1.642 |
| BRANCH: Coast G./Navy vs Air Force | 0.869 | 0.852 | 0.886 |
| ETHNORACE: Hisp. White vs Non-hisp. White | 1.018 | 1.002 | 1.033 |
| ETHNORACE: Non-hisp. Black vs Non-hisp. White | 0.704 | 0.694 | 0.713 |
| ETHNORACE: Other vs Non-hisp. White | 0.942 | 0.911 | 0.975 |
| INCOME_BAND 1: LESS THAN 50K vs 3: GREATER THAN $90K | 0.801 | 0.789 | 0.812 |
| INCOME_BAND 2: 50K- 90K vs 3: GREATER THAN $90K | 0.893 | 0.88 | 0.905 |
| EDUCATION: Completed Graduate S vs Completed HS/College | 1.04 | 1.021 | 1.059 |
| EDUCATION: Unknown/Vocational vs Completed HS/College | 0.853 | 0.845 | 0.862 |
| NEAR_RO: >50 Miles from RO vs Within 50 Miles of RO | 1.272 | 1.259 | 1.285 |
| POWER OF ATTORNEY: Big 6 vs NO POA | 0.957 | 0.945 | 0.968 |
| POWER OF ATTORNEY: Other POA vs NO POA | 0.949 | 0.937 | 0.962 |
| AGE (49.76 vs. 48.76) | 1.009 | 1.009 | 1.01 |
| GULF WAR vs GWOT | 0.337 | 0.332 | 0.343 |
| PEACETIME vs GWOT | 0.122 | 0.119 | 0.125 |
| VIETNAM ERA vs GWOT | 0.469 | 0.459 | 0.48 |
| WWII/KOREA vs GWOT | 0.252 | 0.241 | 0.263 |

More likely to be granted (with varying degrees of magnitude):GWOTArmy/MarinesHispanic White and Non-Hispanic WhiteLives >50 Miles from ROGreater than $90k Household IncomeCompleted Graduate SchoolNo POAOlder Veterans

Less likely to be granted (with varying degrees of magnitude):Vietnam, Gulf War, WWII/Korea, PeacetimeAir Force, Coast Guard/Navy"Other", Non-Hispanic BlackLives within 50 miles of RO$50k-$90k Household Income, <$50k Household IncomeCompleted HS/College, Unknown/Vocational TrainingBig 6 POA, Other POAYounger Veterans




# CMV Grant Rate Map (No Model)



Significant variations in grant rate were observed across US States. The logistic regression includes a mixed effect by state in order to account for these differences.



**\*\*Shading is based on raw grant rate percentage by state, with no modeling incorporated.**




6

# CMV Grant Rate Map (Model)





Significant variations in grant rate were observed across US States. The logistic regression includes a mixed effect by state in order to account for these differences.

**\*\*Shading is based on modeling output, and relationships should be thought of only in relative terms.**




# Conclusions & Next Steps

- A substantial proportion of variation in PTSD grant rates is explainable by the variables incorporated into this model (~67 percent concordant)VBA will investigate a potential relationship between race/ethnicity and distance from RO as well as state effects by July 28th. VBA will also look at additional variables such as local economic and demographic factors, as well as military occupation. Since these variables rely on data from other agencies, we cannot provide an estimated timeframe for implementation into the model.
    - State of ResidenceBranch of ServiceRankPeriod of ServiceEthnicityRaceAgeIncomeEducationDistance to ROPower of Attorney



# Appendix



# CMV Data Composition



"What % is White & Hispanic?"

** Table Adds to 100% **

Race, Ethnicity Composition

| Race Desc | Hispanic | Non-Hispanic | Null | Grand Total |
|---|---|---|---|---|
| White | 11.88% | 68.66% | 0.45% | 80.99% |
| Black/African American | 0.18% | 15.87% | 0.13% | 16.18% |
| Asian | 0.09% | 1.11% | 0.01% | 1.20% |
| Null | | | 1.11% | 1.11% |
| UNKNOWN | 0.01% | 0.00% | 0.32% | 0.34% |
| Native Hawaiian/Pacific Islander | 0.00% | 0.08% | 0.00% | 0.08% |
| Other | 0.03% | 0.01% | 0.01% | 0.05% |
| American Indian/Alaskan | 0.00% | 0.03% | 0.00% | 0.03% |
| Asian or Pacific Islander Unspecified | 0.01% | 0.02% | 0.00% | 0.02% |
| **Grand Total** | 12.20% | 85.78% | 2.03% | 100.00% |




10

# CMV Grant Trends






# CMV Geography by Ethno-race



# CMV Geography by Income





# CMV Geography by Income

On average, Black Non-Hispanic veterans earning more than $90k in household income are less likely to receive a grant than white veterans earning less than $50k in household income.

| Income Desc (group) | White Hispanic | White Non-Hispanic | Black Non-Hispanic |
|---|---|---|---|
| > $90k | 63.0% / 12,937 | 60.7% / 99,807 | 49.5% / 12,041 |
| $50k-$90k | 61.3% / 23,893 | 58.0% / 165,313 | 46.4% / 29,994 |
| < $50k | 57.8% / 35,049 | 53.9% / 201,089 | 41.0% / 66,358 |

Grant by Ethnorace, Income




# Model v1.0

| Variables | Odds Ratio Estimate | 95% Confidence Limits | |
|---|---|---|---|
| BRANCH: Army/Marines vs Air Force | 1.529 | 1.498 | 1.562 |
| BRANCH: Coast G./Navy vs Air Force | 0.8 | 0.78 | 0.822 |
| COMBAT_IND: No vs Yes | 0.482 | 0.474 | 0.49 |
| ETHNORACE: American Indian/Alaskan vs Non-hisp. White | 1.527 | 0.956 | 2.438 |
| ETHNORACE: Asian/Pacific Islander Unspecified vs Non-hisp. White | 0.946 | 0.9 | 0.995 |
| ETHNORACE: Hisp. Black vs Non-hisp. White | 1.109 | 0.981 | 1.255 |
| ETHNORACE: Hisp. White vs Non-hisp. White | 1.056 | 1.036 | 1.076 |
| ETHNORACE: Native Hawaiian/Pacific Islander vs Non-hisp. White | 1.127 | 0.914 | 1.389 |
| ETHNORACE: Non-hisp. Black vs Non-hisp. White | 0.777 | 0.763 | 0.792 |
| ETHNORACE: Unknown/Other vs Non-hisp. White | 1.336 | 1.134 | 1.574 |
| INCOME_BAND 1: LESS THAN 50K vs 3: GREATER THAN $90K | 0.88 | 0.863 | 0.897 |
| INCOME_BAND 2: 50K- 90K vs 3: GREATER THAN $90K | 0.952 | 0.935 | 0.97 |
| EDUCATION: Completed Graduate S vs Completed HS/College | 1.049 | 1.022 | 1.078 |
| EDUCATION: Unknown/Vocational vs Completed HS/College | 0.934 | 0.921 | 0.946 |
| NEAR_RO: >50 Miles from RO vs Within 50 Miles of RO | 1.272 | 1.255 | 1.289 |
| POWER OF ATTORNEY: Big 6 vs NO POA | 0.9 | 0.887 | 0.914 |
| POWER OF ATTORNEY: NO POA vs Other POA | 0.865 | 0.85 | 0.879 |
| NO_OF_TOURS (2.18 vs. 1.18) | 1.278 | 1.27 | 1.287 |
| AGE (39.24 vs. 38.24) | 1.005 | 1.004 | 1.005 |
| PERIOD OF SERVICE: GULF WAR vs PEACETIME | 1.638 | 1.552 | 1.729 |
| PERIOD OF SERVICE: GWOT vs PEACETIME | 2.58 | 2.441 | 2.726 |
| PERIOD OF SERVICE: WWII/KOR/VIETNAM CON vs PEACETIME | 3.076 | 2.89 | 3.273 |

The model is at least 68.9% Accurate.

**Association of Predicted Probabilities and Observed Responses**

| Percent Concordant | 68.9 | Somers' D | 0.379 |
|---|---|---|---|
| Percent Discordant | 31 | Gamma | 0.379 |
| Percent Tied | 0 | Tau-a | 0.182 |
| Pairs | 6.48E+10 | c | 0.69 |


