UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | May 30, 2023 |
| *Defendant*. | : | |

**MOTION FOR PROTECTIVE ORDER
RESPECTING NOTICE OF DEPOSITION FOR JUNE 23, 2023**

Defendant United States of America moves the Court for a protective order, pursuant to Fed. R. Civ. P. 26(c)(1)(A), respecting Plaintiff Conley F. Monk, Jr.'s proposed deposition of Ms. Margarita Devlin, a high-ranking employee of the United States Department of Labor and formerly a high-ranking employee of the Veterans Benefits Administration, on June 23, 2023.

The deposition should be covered by the Defendant's pending motion to stay all discovery for lack of subject matter jurisdiction, ECF No. 24, should that motion be granted by the Court. However, Defendant made that motion prior to Plaintiff serving a notice of deposition on this particular witness and it therefore does not articulate factors specific to the witness.

This motion for a protective order now satisfies that showing, specific to the notice of deposition for June 23, 2023. The proposed deposition would cause annoyance, oppression, and undue burden or expense, to Defendant, Ms. Devlin, and Ms. Devlin's current employer; and thus, a protective order forbidding the deposition is warranted. Defendant submits the attached memorandum and declaration in support of the motion. *See* D. Conn. L. Civ. R. 7(a)1, 37(b)1.

ORAL ARGUMENT
IS NOT REQUESTED

        Respectfully submitted,

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY

        */s/ Natalie N. Elicker*
        Natalie N. Elicker (ct28458)
        ASSISTANT U.S. ATTORNEY
        157 Church Street, 25th Floor
        New Haven, CT 06510
        T: (203) 821-3700
        F: (203) 773-5373
        Natalie.Elicker@usdoj.gov