Exh. 1

Notice of Deposition

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | No. 3:22-cv-01503-JBA <br><br> May 11, 2023 |

## NOTICE OF RULE 30(b)(1) DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff will take the deposition by oral examination of MARGARITA DEVLIN, former Principal Deputy Under Secretary for Benefits (2018-2021), Veterans Benefits Administration ("VBA").

This deposition shall commence on June 23, 2023 at 9:00AM ET before a notary public or other person authorized by law to administer oaths. The deposition shall occur at Edelson PC, 255 Union St NE, 7th Floor, Washington, DC 20002. The deposition will be recorded by stenographic means and may also be recorded using audio and visual equipment.

Dated: May 11, 2023

                                           Respectfully,

                                           /s Michael J. Wishnie
                                           Michelle Fraling, Law Student Intern
                                           Rebecca Harris, Law Student Intern
                                           Adam Henderson, Law Student Intern
                                           Beatrice Pollard, Law Student Intern
                                           Claire Sullivan, Law Student Intern

        Michael Sullivan, Law Student Intern
        Meghan Brooks, Supervising Attorney
        Michael J. Wishnie, Supervising Attorney
        Veterans Legal Services Clinic
        Jerome N. Frank Legal Services Organization
        P.O. Box 209090
        New Haven, CT 06520-9090
        Tel: (203) 432-4800
        michael.wishnie@ylsclinics.org

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 11, 2023, a copy of the foregoing notice was served electronically to all parties.

By: /s/ Michael J. Wishnie
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org