IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONLEY F. MONK, JR.,

    *Plaintiff,*

v.

THE UNITED STATES OF AMERICA

    *Defendant.*

Case No. 3:22-cv-1503 (JBA)

### AFFIDAVIT OF YAMAN SALAHI IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY *PRO HAC VICE*

I, Yaman Salahi, who being duly sworn, depose, and state as follows:

1. I am over the age of eighteen and am fully competent to make this Declaration pursuant to L. Civ. R. 83.1(d). This Declaration is based upon my personal knowledge.

1. I am a partner at the law firm Edelson PC based in the firm's San Francisco office. My office address and contact information is:

> Edelson PC
> 150 California Street, 18th Floor
> San Francisco, CA 94111
> Tel: (415) 638-9903
> Fax: (415) 373-9435
> Email: ysalahi@edelson.com

2. I am a member of good standing of the Bar of the State of California (admitted January 22, 2013, Bar No. 288752). I am currently pending admission to the Bar for the District of Columbia, but have not yet been admitted or assigned a bar number. I have never been a member of any state's bar other than the foregoing. I have also been admitted to practice in the United States District Court for the Central District of California (admitted January 22, 2013), the United States District Court for the Northern District of California (admitted February 6, 2014),

3

the United States District Court for the Eastern District of Michigan (admitted February 21, 2018), the United States District Court for the District of Columbia (admitted April 5, 2021), the United States District Court for the Southern District of California (admitted February 28, 2022), the Northern District of Illinois (admitted June 22, 2022), the United States Court of Appeals for the Third Circuit (admitted November 21, 2022), the United States Court of Appeals for the Fourth Circuit (admitted November 23, 2022), the United States Court of Appeals for the Fifth Circuit (admitted September 22, 2020), United States Court of Appeals for the Sixth Circuit (admitted December 17, 2019), United States Court of Appeals for the Seventh Circuit (admitted February 17, 2023), United States Court of Appeals for the Ninth Circuit (admitted February 1, 2013), United States Court of Appeals for the Eleventh Circuit (admitted October 15, 2020), and United States Court of Appeals for the Federal Circuit (admitted October 18, 2021).

3. I state that I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Nor have I been denied admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I designate Michael J. Wishnie, a member in good standing of the Bar of this Court and the attorney sponsoring my application *pro hac vice*, as my agent for service of process upon whom service of all papers shall be made. Mr. Wishnie has appeared in this action and is subject to service through the Court's Electronic Case Filing System. He is familiar with the requirements of practice in this Court. Pursuant to LR 83.1(c)(1), the undersigned also maintains

an office within this District:

> Yale Law School
> Jerome N. Frank Legal Services Organization
> 127 Wall Street,
> New Haven, CT 06511

6.      I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, this 5th day of June 2023.

/s/ Yaman Salahi

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF __SAN FRANCISCO__
Subscribed and sworn to (or affirmed) before me on this __5__ day of __JUNE__, 20__23__ by __YAMAN SALAHI__
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Signature of Notary)

JOHN CAVALLI
COMM. #2432958
Notary Public - California
San Francisco County
My Comm. Expires Jan. 23, 2027

3