UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Monk,
        *Plaintiff*,

        *v.*                                                Civil No. 3:22cv1503 (JBA)

United States of America,
        *Defendant.*

ORDER

1.    Mr. Khamani Lodge's Motions to Join Lawsuit and Friend of the Court
      Temporary Restraining Order [Doc. ## 12, 13] are denied in light of the
      Amended Complaint asserting a class action.

2.    Construing Defendant's Motion for Permission to File Motion to Dismiss [Doc.
      # 22] as a Motion for Pre-Filing Conference, it is granted and a telephonic pre-
      filing conference will be held 6/30/23 at 3:00 p.m. as follows: 1-877-402-
      9753; access code 3535720.


                                    IT IS SO ORDERED.
                                    /s/_____
                                    Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:     June 6, 2023