UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-01503-JBA<br><br>June 14, 2023 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to U.S. District Court for the District of Connecticut Local Rule of Civil Procedure 7(e), I, Meghan Brooks, one of the attorneys for the Plaintiffs in the above-captioned case, move for leave to withdraw as counsel because I will no longer be affiliated with the Jerome N. Frank Legal Services Organization at Yale Law School as of June 15, 2023. Michael J. Wishnie will continue as counsel for the Plaintiffs.

Dated:  June 14, 2023
      New Haven, CT

      Respectfully submitted,

/s/ Meghan E. Brooks
Meghan E. Brooks (ct31147)
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
Email: meghan.brooks@ylsclinics.org