**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | No. 3:22-cv-01503-JBA <br><br><br> June 15, 2023 |

## DECLARATION OF MEGHAN BROOKS

Pursuant to 28 U.S.C. § 1746, I, Meghan E. Brooks, make the following statements in support of Plaintiffs' Brief in Opposition to Defendant's Motion for a Protective Order.

1. I downloaded a copy of the Department of Labor Organizational Chart on June 13, 2023, from the webpage of the U.S. Department of Labor at https://www.dol.gov/general/aboutdol/orgchart. The full URL of the image is https://www.dol.gov/sites/dolgov/files/general/images/20220214-dol-orgchart.png. The DOL organizational chart is attached as Exhibit A.

2. A true and complete copy of a declaration from Margarita Devlin for *Nehmer v. U.S. Dep't of Veterans Affairs*, No. C 86-06160 WHA (N.D. Cal. Nov. 5, 2020), retrieved from PACER on June 13, 2023, is attached as Exhibit B.

3. A true and complete export of Margarita Devlin's publicly available LinkedIn page as of June 13, 2023, at 8:30pm is attached as Exhibit C. The full URL for her page is https://www.linkedin.com/in/margarita-devlin.

4. Pages 1 and 7 of testimony by Margarita Devlin from a hearing before the House Committee on Veterans' Affairs Subcommittee on Economic Opportunity on April 9, 2019, as available online at https://www.congress.gov/116/meeting/house/109258/witnesses/HHRG-116-VR10-Wstate-DevlinM-20190409.pdf, is attached as Exhibit D. For the convenience of the court, I excerpted only the first page and that portion of the testimony that is cited in Plaintiffs' Brief, at 9.

5. An NPR article detailing allegations from a whistleblower that VA has tracked and known about racial disparities in benefits decisions for years is attached as Exhibit E. The full URL of the story is https://www.npr.org/2023/03/24/1165977590/black-veterans-are-less-likely-to-be-approved-for-benefits-according-to-va-docum.

4. VA's 2021 Functional Organization Manual: Description of Organization Structure, Missions, Functions, Tasks, and Authorities details the reporting structure of the Veterans Benefits Administration on page 279. The full URL is https://department.va.gov/wp-content/uploads/2022/09/2021-va-functional-organization-manual-volume-one-administrations.pdf. The manual's cover, pages 7-8, and page 279 are attached as Exhibit F.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2023

/s/ Meghan E. Brooks_____
Meghan E. Brooks (ct31147)

*Counsel for the Plaintiffs*

2

# Exhibit A

# US Department of Labor Organizational Chart



Exhibit B

ETHAN P. DAVIS
Acting Assistant Attorney General
LESLEY R. FARBY
Assistant Director
Federal Programs Branch
M. ANDREW ZEE (CA Bar No. 272510)
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Fax: (415) 436-6632
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| BEVERLY NEHMER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:86-cv-06160-WHA |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | ) **DECLARATION OF MARGARITA DEVLIN** |
| Defendant. | ) |

I, Margarita Devlin, declare as follows:

1.     I am the Principal Deputy Under Secretary for Benefits at the Department of Veterans Affairs (VA).  In this position, I serve as second in command in the Veterans Benefits Administration (VBA), which administers benefits programs for veterans, their dependents, and survivors.  I oversee a nationwide network of 56 regional offices, special processing centers, and VBA headquarters in Washington, D.C.  I have worked for VA in various roles since 1995.  Prior to becoming Principal Deputy Under Secretary in May 2018, I served as Executive Director of VBA's Benefits Assistance Service.  In that position, I led policy development, planning, training, and quality assurance for VBA's Direct Contact Services. I make the following statements based on personal knowledge and information made available to me in the course of my official duties.

2.     As part of my duties, I currently oversee VA's implementation of the May 1991 Final Stipulation and Order entered by the district court in *Nehmer v. Dep't of Veterans Affairs,* which is sometimes referred to as the consent decree.  VA takes its obligations under the *Nehmer* consent decree very seriously.  Since 1991, VA has issued ten final rules recognizing several diseases as positively associated with herbicide exposure, and therefore entitled to a presumption of service connection under the Agent Orange Act.[1]  VA conducted *Nehmer* readjudications after all of these rulemakings for the veterans and survivors who qualified for consent decree relief as a result of each final rule.  These readjudications have resulted in a significant number of payments made to veterans and their families.  By way of example, the 2010 rule that added hairy cell leukemia and other chronic B-cell leukemias, Parkinson's disease, and ischemic heart disease has

---

[1] *See* 58 Fed. Reg. 29,107 (Feb. 6, 1991) (chloracne, Non-Hodgkin's lymphoma, certain soft-tissue sarcomas); 59 Fed. Reg. 25,328 (Oct. 1, 1992) (cancers of the urinary tract); 59 Fed. Reg. 5,106 (Feb. 3, 1994) (Hodgkin's disease, porphyria cutanea tarda); 59 Fed. Reg. 29,723 (June 9, 1994) (multiple myeloma, respiratory cancers); 61 Fed. Reg. 57,586 (Nov. 7, 1996) (acute and subacute peripheral neuropathy, prostate cancer); 69 Fed. Reg. 31,882 (May 8, 2001) (diabetes mellitus type 2); 68 Fed. Reg. 59,540 (Oct.16, 2003) (chronic lymphocytic leukemia); 74 Fed. Reg. 21,258 (May 7, 2009) (AL amyloidosis); 75 Fed. Reg. 53,202 (Aug. 31, 2010) (hairy cell leukemia and other chronic B-cell leukemias, Parkinson's disease, ischemic heart disease); 78 Fed. Reg. 54,763 (Sep. 6, 2013) (early-onset peripheral neuropathy).

resulted in more than 125,000 *Nehmer* readjudications.   Based on those 2010-based readjudications alone, VA has paid out $3.2 billion in retroactive benefit awards.

3.  To establish eligibility for the presumption of herbicide exposure under the Agent Orange Act, VBA has guided the agency adjudicators who make initial determinations on benefits claims.  One important guidance document is the M21-1 Adjudication Manual, which describes the processes adjudicators must follow when developing and deciding all VA claims for compensation or pension benefits.  Although the M21-1 Adjudication Manual must be followed by VBA adjudicators at the initial determination level, it does not generally bind the agency, for example, when an initial determination is reviewed by the Board of Veterans' Appeals.  Attached as **Exhibit 1** is a true and accurate copy of the current M21-1 Adjudication Manual, Part IV, Subpart ii, Chapter 2, Section C, Topic 3.  The last page of **Exhibit 1** contains a table describing VA's specific practices regarding presumption of herbicide exposure based on Republic of Vietnam nautical service from 1991 to the present.

4.  Until February 2002, VBA conceded eligibility for the presumption of herbicide exposure based on receipt of the Vietnam Service Medal (VSM).  VBA changed its practice in February 2002 when it recognized that eligibility for the VSM was not limited to armed forces members whose service involved duty or visitation on land in Vietnam, and that reliance on the VSM as a proxy was thus overinclusive.  Attached as **Exhibit 2** is a true and accurate copy of Paragraph 4.24(e) excerpted from "Change 88" of the M21-1 Adjudication Manual, dated February 27, 2002.  Paragraph 4.24(e) explained that the governing inquiry under the applicable regulation was whether the veteran served on land, and clarified, "[t]he fact that a veteran has been awarded the Vietnam Service Medal *does not* prove that he or she was 'in country.'"  **Exhibit 2** (emphasis in original).

5.  After VBA stopped accepting the VSM as a proxy for eligibility, VBA developed a "Ships List" that compiled the locations and activities of ships in the vicinity of the Republic of Vietnam based on research of Navy and Coast Guard records.  *See* **Exhibit 1** (table).  The Ships List evidence was used to corroborate veterans' lay statements about navigating the inland

waterways of Vietnam or going ashore from a ship that docked in the coastal waters of Vietnam. *See id.* VA required such evidence to establish eligibility for the herbicide exposure presumption based on its interpretation of the Agent Orange Act as requiring "foot-on-land" or inland waterway service in the Republic of Vietnam.

6.     When the U.S. Court of Appeals for the Federal Circuit issued its decision in *Procopio v. Wilkie* on January 29, 2019, VBA immediately assembled an integrated project team (IPT) to operationalize the expansion of the Agent Orange service connection presumption to include service in the "territorial sea" of Republic of Vietnam, as required by the court's decision. The IPT consisted of representatives from the various VBA components and from other VA staff offices who held daily, and then weekly, coordination calls. The IPT and VA leaders quickly determined that VBA would need to obtain deck logs from the Navy and develop an efficient method to confirm that the ships where veterans were stationed actually entered the territorial sea. In February 2019, only days after the court's decision, VBA began developing a ship locator tool that would use deck logs from the Navy to plot which ships entered the territorial sea. VBA worked to obtain the millions of deck logs from the National Archives and Records Administration and transport them to a contractor for scanning. Because the *Procopio* court did not clearly define the precise geographic bounds of the "territorial sea," the IPT anticipated that it would also need to arrive at that policy decision before it could make the ship locator tool functional.

7.     On June 25, 2019, Congress enacted the Blue Water Navy Vietnam Veterans Act of 2019 (BWN Act), Pub. L. No. 116-23. The BWN Act established coordinates for what Congress codified as "offshore" service. Pub. L. No. 116-23, § 2(a), codified at 38 U.S.C. § 1116A(d). Because Congress had enacted a statutory provision defining the geographic boundaries for purposes of the herbicide presumption, the IPT no longer needed to work on the policy gap left by the *Procopio* court. VBA incorporated the BWN Act's coordinates into its ship locator tool. VBA completed a prototype of the ship locator tool the month after the BWN Act's enactment, in July 2019.

8.    On July 5, 2019, seven business days after enactment of the BWN Act, VA issued a press release encouraging eligible veterans to submit disability compensation claims for the list of conditions that VA in final rules had determined to be positively associated with Agent Orange exposure.  In the press release, VA listed all of the diseases on the presumption list and estimated that 420,000 to 560,000 Vietnam-era veterans could be considered Blue Water Navy Veterans because they served on a vessel operating not more than 12 nautical miles seaward of the coordinates described in the BWN Act.  VA encouraged veterans seeking more information to contact their Veterans Service Officer[2] or call VA's toll-free information line.  The press release also encouraged veterans to visit the existing VA website on hazardous exposure issues, which was    updated    to    provide    information    on    the    BWN    Act.    *See* www.va.gov/disability/eligibility/hazardous-materials-exposure/agent-orange/navy-coast-guard-ships-vietnam/ (last updated June 29, 2020).

9.    The BWN Act required VA to conduct outreach to inform potential claimants about the new law and to report to Congress about its outreach efforts.  *See* BWN Act, Pub. L. No. 116-23, § 2(c)(2) and (d).  On October 17, 2019, VA reported to Congress on the outreach actions it had already conducted, along with outreach efforts planned for the next several months.  VA further reported that it issued the national press release discussed above, the Under Secretary for Benefits spoke to veterans and VSOs about the new law during his quarterly webcast, VBA trained its call center agents to respond to inquiries, and VBA regional directors worked with local Community Veterans Engagement Boards to share information, including the press release and a fact sheet.  Attached as **Exhibit 3** is a true and correct copy of the October 2019 report sent to Congress, including the appended national press release and fact sheet.  The October 2019 report discussed additional planned outreach, which included targeted direct mail, a "BWN Tool Kit" with more fact sheets and briefing information for stakeholders, further engagement with VSOs, a

---

[2] Veterans Service Officers work for independent Veterans Service Organizations (VSOs). VA publishes a directory of VSOs, which was linked in the press release, but inclusion in the directory does not constitute approval or endorsement by VA or the United States Government of the organization or its activities. *See* www.va.gov/vso/.

social and digital media schedule, and availability of VA subject matter experts for in-person and/or virtual events. VA has successfully carried out the outreach plans described in **Exhibit 3**.

10. Attached as **Exhibit 4** is a true and correct copy of a second national press release, which was published on December 31, 2019, to inform the public that VA would begin deciding claims the next day, which was the effective date of the BWN Act set by Congress. In addition to again providing information about the BWN Act, the press release gave a link to VBA's new webpage dedicated to this law. The webpage includes filmed public service announcements, which are currently available for viewing. *See* https://benefits.va.gov/benefits/blue-water-navy.asp.

11. As part of the outreach actions described above, in October 2019, VBA sent out 73,180 letters directly to Blue Water Navy veterans whose claims were previously denied. Attached as **Exhibit 5** is a true and correct copy of the non-individualized content of those letters. VBA sent out an additional 4,494 letters directly to survivors whose claims for dependency and indemnity compensation (DIC) had been previously denied. Attached as **Exhibit 6** is a true and correct copy of the non-individualized content of the survivor letters.

12. The BWN Act went into effect on January 1, 2020. *See* Pub. L. No. 116-23, § 2(g). In the seven months between then and July 31, 2020, VBA received 63,818 claims. As of July 31, 2020, VBA has issued decisions on 28,960 of the claims, granting 20,690, which amounts to a 71.4% grant rate. The total amount of retroactive awards paid on the granted claims is $583.8 million.

13. VA prepared for the budget impact of the BWN Act. VA pays out all disability compensation and survivor benefits through its mandatory Compensation and Pensions (C&P) appropriation account. In June 2019, VA incorporated funding requirements resulting from the new law into the 2020 Mid-Season Review (MSR) Budget, which was VA's last opportunity to amend requests for Fiscal Year (FY) appropriation and FY21 appropriation prior to enactment. The MSR Budget and subsequent FY21 President's Budget included amounts of nearly $2.0 billion for Blue Water Navy veterans' benefits in FY20, $350 million in FY21, and $364 million

in FY22. Benefits payments under the *Nehmer* consent decree are paid from the same C&P appropriation account. Funds in this mandatory appropriation account can be used only to pay veterans' and survivors' compensation and pension benefits and for no other purpose.

14. If it is determined that BWN veterans' claims are covered by *Nehmer*, in addition to the BWN Act, it would impose a significant burden on VA. VA has devoted significant resources to readjudicating claims under the BWN Act for veterans and survivors who have filed new claims, as Congress directed. Under *Nehmer*, however, VA would be obligated to readjudicate all previously denied claims that could date back decades. In cases where veterans are deceased and survivors are unidentified, VA would need to search for payees not contemplated by Congress in the BWN Act, which could be remote heirs of the veteran in many cases. VA would need to develop evidence that the payees were entitled under the *Nehmer* consent decree. VA would be obligated to respond immediately, under court supervision, to any complaints raised by class counsel as opposed to handling any disputes as to eligibility or extent of benefits through the ordinary benefits appeals process. Such court-imposed readjudications would likely increase the backlog within the entire VA claims system because they would divert resources from processing claims under the BWN Act and all of the other congressionally established benefits programs that VBA administers. Had the present dispute about whether the consent decree covers BWN veterans been raised earlier, however, the above-described burdens could and would have been absorbed by VBA differently, and moreover VBA would not have to address any issues that might arise in connection with the recent BWN Act.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of August, at Washington, D.C.

Margarita Devlin

Exhibit C

## Contact

www.linkedin.com/in/margarita-devlin (LinkedIn)

## Top Skills

Strategic Planning

Business Transformation

Leadership

## Languages

Spanish

## Certifications

Certified Rehabilitation Counselor

Certified Rehabilitation Counselor (CRC)

## Honors-Awards

Recipient of the Code of Support Foundation's Salute to Service Award

# Margarita Devlin

Operations Executive - Mentor - Innovator - Rehabilitation Counselor & Advocate for Service Members, Veterans and Military Families

Washington, District of Columbia, United States

## Summary

Ms. Devlin is a senior executive known for her strategic and visionary leadership as well as her tactical ability to lead operational programs, focusing on accountability and fiscal stewardship, while also implementing high-impact strategic initiatives.  She has functional expertise in disability advocacy and rehabilitation, as well as in Veterans benefits and healthcare programs. She is a polished and accomplished public speaker.

Ms. Devlin is nationally recognized for her ability to lead change in environments where a significant amount of collaboration is required. Ms. Devlin is a servant leader who values communication and employee engagement.  Ms. Devlin leads change effectively through the application of creativity, teamwork, collaboration, and ingenuity. She is undeterred by lack of budget or human resources.
Ms. Devlin joined the Department of Veterans Affairs as a rehabilitation counselor intern and has dedicated her career to improving the lives of millions of military service members, Veterans, and their families. From transforming state run programs to national programs and initiatives, she is an award-winning leader who has elevated the brand and reputation of the VA.

As a Hispanic American, Ms. Devlin believes in creating cultures of trust, diversity, inclusion and engagement, inspiring her teams to discover and unleash their potential. Her teams actively partner with other federal agencies and community leaders nationwide to innovate, optimize resources and expand service offerings in unprecedented time-frames.

———

## Experience

**U.S. Department of Labor**
Deputy Assistant Secretary, Operations and Management, Veterans' Employment and Training Service

July 2021 - Present (2 years)
Washington, District of Columbia, United States

Ms. Devlin was selected to serve as Deputy Assistant Secretary for Operations and Management at the U.S. Department of Labor Veterans' Employment and Training Service (VETS). In this role she oversees a budget of more than $316M and 270 employees. VETS provides oversight for grants and contracts that support employment for Veterans and transitioning service members; conducts investigations related to USERRA and Veterans Preference; conducts outreach to employers, and provides administrative and operational support for efforts that serve Veterans, transitioning service members, and military spouses.

## U.S. Department of Veterans Affairs
7 years 6 months

### Chief Learning Officer
January 2021 - July 2021 (7 months)
Washington, District of Columbia, United States

To capitalize on her success transforming the programs and initiatives offered, Ms. Devlin was selected to drive a large-scale cultural transformation. By focusing on continuous improvement and talent management, she is upgrading the VHA into a learning organization to provide even better service to the United States' 9M Veterans. She is currently spearheading the development and implementation of innovative, flexible and continuous learning opportunities for >377K health care professionals and staff and 120,000 residents and trainees at over 1,255 sites.

### Principal Deputy Under Secretary for Benefits
May 2018 - January 2021 (2 years 9 months)
Washington D.C. Metro Area

With a $129B budget, Ms. Devlin was promoted to the 2nd highest ranking executive leading 11 team members and a 25K+ person organization at the VBA. She ensured the successful management of VBA programs that served >6M participants, including Disability Compensation, Pension, Fiduciary, Insurance, Education, Readiness & Employment, Home Loan Guaranty Program, and Transition Assistance. She led briefings to the OMB, testified at Congressional hearings and served on the VA/DoD Joint Executive Committee.

### Executive Director, Benefits Assistance Service
February 2017 - May 2018 (1 year 4 months)
Washington D.C. Metro Area

Ms. Devlin transformed the VA's Transition Assistance Program (TAP) (operational at >300 military installations worldwide) to transition ~220K military into VA healthcare and benefits programs before separating. She led 90+ people to partner with agencies and nonprofits, operate call centers and promote outreach. Her teams advocated for benefits and facilitated military service member transitioning to civilian status.

### Executive Director, Navigation, Advocacy, and Community Engagement
September 2015 - February 2017 (1 year 6 months)
Washington D.C. Metro Area

Ms. Devlin was handpicked by Secretary of Veterans Affairs Robert McDonald to build and scale a world class Veterans Community Engagement program (initiated by San Diego) across the US. Ms. Devlin developed and launched national programs to transform the VA's brand, processes and services by partnering with 95+ cities nationwide to launch programs and initiatives.

### Executive Director, Office of Interagency Care and Benefits Coordination
September 2014 - September 2015 (1 year 1 month)
Washington D.C. Metro Area

Ms. Devlin promoted policy creation and interagency care coordination. She ensured a consistent continuum of care for severely wounded Veterans with complex circumstances. Her organization created a new Interagency Care Coordination Office and upgraded the Federal Recovery Coordination program to align with new policies and procedures.

### Executive Director (Acting) Office of Interagency Care and Benefits Coordination
February 2014 - August 2014 (7 months)
Washington D.C. Metro Area

Ms. Devlin promoted policy creation and interagency care coordination. She ensured a consistent continuum of care for severely wounded Veterans with complex circumstances. Her organization created a new Interagency Care Coordination Office and upgraded the Federal Recovery Coordination program to align with new policies and procedures.

### U.S. Department of Veterans Affairs
18 years 8 months

### Director (Acting), Vocational Rehabilitation & Employment Service
January 2013 - December 2013 (1 year)
Washington D.C. Metro Area

Deputy Director, VR&E Service
2008 - December 2013 (5 years)
Washington D.C. Metro Area

VR&E Officer
2005 - 2008 (3 years)

Assistant VR&E Officer
2003 - 2005 (2 years)

Vocational Rehabilitation Counselor
July 1998 - March 2003 (4 years 9 months)
Saint Petersburg, FL

Vocational Rehabilitation Specialist
May 1995 - July 1998 (3 years 3 months)
Saint Petersburg, FL

‾‾‾‾‾‾

## Education

Harvard Business School
Women's Leadership Forum  · (March 2022 - March 2022)

University of South Florida
Master of Arts, Rehabilitation Counseling · (1992 - 1995)

University of South Florida
Bachelor of Arts - BA, Psychology (awarded concurrently with MA - 5 year
program) · (1995)

Exhibit D

**STATEMENT OF**

**MARGARITA DEVLIN**

**PRINCIPAL DEPUTY UNDER SECRETARY FOR BENEFITS**

**VETERANS BENEFITS ADMINISTRATION**

**DEPARTMENT OF VETERANS AFFAIRS**

**BEFORE THE**

**HOUSE COMMITTEE ON VETERANS' AFFAIRS**

**SUBCOMMITTEE ON ECONOMIC OPPORTUNITY**

**April 9, 2019**

Good morning, Mr. Chairman, Ranking Member Bilirakis, and other Members of the Subcommittee.  I am pleased to be here today to provide the views of the Department of Veterans Affairs (VA) on pending legislation, including bills pertaining to education and loan guaranty benefits and transition assistance.

VA is unable to provide views on H.R. 95, the Homeless Veteran Families Act; H.R. ___, a bill to amend the United States Housing Act of 1937 and title 38 United States Code (U.S.C.), to expand eligibility for the Department of Housing and Urban Development-VA Supportive Housing (HUD-VASH) program, to direct the Secretary of Veterans Affairs to submit annual reports to the Committees on Veterans' Affairs of the House of Representatives and Senate regarding homeless Veterans, and for other purposes; the discussion draft H.R. ___, the Homes for Our Heroes Act of 2019; and H.R. 2109, the BRAVE Act, at this time, but will provide them at a later date.

including the administration of the database of Veteran-owned businesses; TAP; and any other programs determined appropriate by VA.

The effective date of this draft bill would be October 1, 2020.  For FY 2019 and FY 2020, the number of full-time equivalent employees authorized for the Veterans Benefits Administration (VBA) and the new administration would not be allowed to exceed 23,692.

While VA appreciates the Committee's focus on improving services and resources offered by these programs, we do not support this bill.  The current VBA structure appropriately reflects the Under Secretary for Benefits' overall responsibility for Veterans benefit programs to support economic opportunity and transition, by providing vocational rehabilitation, education assistance, and housing programs, as well as compensation, pension, survivors' benefits, and insurance.

In 2018, VBA created the Office of Transition and Economic Development (TED) to support seamless transition from military service to civilian life and accelerate economic empowerment and development for transitioning Servicemembers, Veterans, and their families.  TED is leveraging enterprise-wide programs and services to prioritize military-to-civilian transition and has oversight and management responsibility for VA's transition services, including VA's portion of TAP.

Further, VA underwent modernization through the entire organization.  VBA accomplished organizational restructuring that fundamentally changed the way it operates.  This included delayering oversight offices and concentrating resources on front-line Veteran-facing and Veteran-serving positions.  The addition of another

7

Exhibit E



Play Live Radio

PLAYLIST



DONATE



RACE    LISTEN & FOLLOW · · ·

# Black veterans are less likely to be approved for benefits, according to VA documents

March 24, 2023 · 4:37 PM ET

Heard on All Things Considered

 Quil Lawrence

**2-Minute Listen**                                    PLAYLIST    Download

Transcript

A whistleblower said the Department of Veterans Affairs has known of and tracked racial disparities in benefits decisions for years. Here's an update an ongoing discrimination lawsuit against the VA.

**Sponsor Message**



AILSA CHANG, HOST:

Internal documents from the Department of Veterans Affairs show that Black veterans are much less likely to get approved for benefits for conditions like PTSD. This information comes from a lawsuit brought by a Black Vietnam veteran and a Yale law clinic. As NPR's Quil Lawrence reports, there's evidence the VA has been aware of this racial disparity for years.

QUIL LAWRENCE, BYLINE: Richard Brookshire is with the Black Veterans Project. He was a combat medic in Afghanistan. In recent years, a whistleblower contacted him and confirmed what he'd been hearing, and there were documents.

RICHARD BROOKSHIRE: An internal report that was drawn up in 2017 so that the VA began to look into racial disparities - that it looked at PTSD explicitly and found really stark racial disparities in PTSD denial rates faced by Black vets.

LAWRENCE: This is a huge part of what VA does - decides if a veteran has PTSD or other injuries related to military service and then pays them disability. The document showed that non-Hispanic Blacks who filed a claim for PTSD got rejected more than average by a solid 12 percentage points. In a recording shared with NPR, the whistleblower describes how this internal report was produced for senior VA officials in 2017. Then, Brookshire says, it was buried.

BROOKSHIRE: And essentially, they stopped looking into the matter any further. They didn't look at any other disparities in any other area.

LAWRENCE: At his monthly press conference this week, VA secretary Denis McDonough said he had not seen the draft report and didn't answer specific questions. He instead pointed to the VA's equity task force, announced earlier this month, to address this exact problem. But he said the task force is still ramping up.

(SOUNDBITE OF ARCHIVED RECORDING)

DENIS MCDONOUGH: And job No. 1 for that team will be ensuring that every veteran is able to access the benefits and the care that he or she - that they have earned.

LAWRENCE: VA is currently implementing the biggest benefits expansion in decades - the PACT Act - which covers toxic exposures during service. McDonough is concerned that Black veterans might miss out.

(SOUNDBITE OF ARCHIVED RECORDING)

MCDONOUGH: Black vets have served and sacrificed for this country in every conflict we fought, and particularly so in those conflicts covered by the PACT Act.

LAWRENCE: Black veterans have historically faced higher rates of other-than-honorable discharge from the military, which can mean no VA benefits. Going back to World War II, they often couldn't access GI Bill home loans and college funds. But Brookshire says this kind of inequity is not ancient history - it's still happening now.

BROOKSHIRE: But you're talking about tens of thousands of Black veterans who were affected by these decisions just in the last few years, let alone when you talk about the decades of disparities that have persisted.

LAWRENCE: The VA did not give a date for when the equity task force would be operational or when it would make its first recommendations.

Quil Lawrence, NPR News.

*Copyright © 2023 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by an NPR contractor. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

Exhibit F



U.S. Department
of Veterans Affairs

# 2021

## Functional Organization Manual

### Description of Organization Structure, Missions, Functions, Tasks, and Authorities

Volume 1: Administrations

- Develops long-range plans and policies that impact VBA's long-term direction and strategy.

- Provides briefings, speeches, Congressional testimony and high-level presentations regarding Veterans benefits programs, to include both program oversight information and recommendations for new program initiatives.

- Manages and controls communications and fosters greater cooperation and communication both to and from internal and external partners.

- Collaborates with the DoD to expand information sharing and identify improvements in benefits delivery and claims processing. Serves as co-chairperson of the Benefits Executive Committee (BEC) and a member of the Joint Executive Committee. Works with the Office of Warrior Care Policy and other DoD entities. Coordinates, develops, and recommends milestones for the BEC working groups that are reported in the Joint Executive Committee Strategic Plan and Annual Report.

- Establishes committees, advisory groups and review bodies as necessary to provide information and advice to the USB.

## VBA-201 Principal Deputy Under Secretary for Benefits

**Overview**

The Office of the Principal Deputy Under Secretary for Benefits (PDUSB) ensures the integration, effectiveness, and reliability of the systems and programs supporting the benefits and related services available to our Nation's Veterans. In the absence of the USB, the PDUSB performs the duties of the USB.

The Office of the PDUSB broadly encompasses policy, program oversight and delivery of the range of VA benefits programs for Veterans, as well as strategic alignment and facilitation of business systems, information technology and claims processing efficiencies to enhance benefits delivery. The PDUSB oversees programs and operations critical to VBA's mission in meeting Veteran needs with benefit programs addressing education, home loan guaranty, insurance, disability compensation, pension, fiduciary, Veteran readiness and employment and transition assistance, as well as outreach, strategic engagement and strategic program management to implement high performing, standardized and effective business processes and customer experience initiatives. Through the Deputy Under Secretary for Field Operations, the Office of the PDUSB ensures the effective operation of claims processing activities that deliver over $100 billion annually in direct non-medical benefits, strategic workload management and human capital utilization to deliver outstanding results for Veterans wherever they reside, and streamlined, exceptional direct service delivery to Veterans and beneficiaries through VBA's contact centers.

These mission-critical VBA functions are achieved through the leadership and oversight of the Deputy Under Secretary for Field Operations and Deputy Under Secretary for Policy and Oversight and their executive teams, as well as executives focused on production and business integration who report directly to the PDUSB.

**Activities**
- Acts as the immediate assistant to the USB in daily administrative duties and is responsible for the integration of programs and policies for VA's benefits delivery.

- Provides oversight and guidance for service directors in VA Central Office as well as District and regional office directors nationwide.

- Leads VBA in defining the corporate code of ethics, vision, principles, policies, goals, expectations and the lines of authority through which these will be actualized.

- Provides leadership and direction for VBA's innovation and other national initiatives, projects, pilots, and studies in the areas of organizing and controlling mission and support operations of the VA benefits delivery system.

- Develops and facilitates strong partnerships, collaborates and integrates with stakeholders to enhance the customer experience. Oversees the development of VBA's Strategic Plan, and assures implementation of initiatives, programs and actions which improve organizational performance.

## VBA-20A Chief of Staff for Under Secretary for Benefits

**Overview**

The VBA Office of the COS works closely with the USB and PDUSB to manage VBA's day-to-day operations. The Office of the COS serves as VBA's central coordination point for all high-level negotiations involving the establishment or implementation of policies, procedures, management and operational Activities of the Department and VBA. The Office of the COS manages VBA's Office of Financial Management, Office of Performance Analysis and Integrity, Office of Mission Support, Office of Human Capital Service, Office of Executive Review, Office of Strategic Support & Initiatives, and Office of Program Integrity and Internal Controls.

**Activities**

- The Office of the COS works closely with the USB to manage the day-to-day operations of VBA.

- Coordinates the policies, plans and operational approaches designed to carry out the mission of VBA most effectively.

- Coordinates, disseminates and responds to all requests for information from VBA by the Department and the White House.

- Coordinates, disseminates and responds to all requests for information from external stakeholders, such as Members of Congress, VSOs, other Government agencies and the public.

- Ensures that VBA's communications are clear, concise, accurate and aligned with VA's position and strategic direction.

- Manages VBA's Executive correspondence program to provide timely and accurate responses to inquiries by Congress and affiliated offices (Congressional Budget Office, Congressional Research Office, etc.), as well as, Veterans, Veterans' families and the public.

- Provides written testimony, prepares briefings, and provides effective support to witnesses preparing for hearings and briefings that have an impact on VBA and VA.

- Ensures that VBA works closely and effectively with our partners throughout the Department, including but not limited to the Office of the Secretary (OSVA), Office of Management (fiscal and budget issues), Office of Congressional and Legislative Affairs, Office of Public and

## Volume 1: Administrations

### Figure 1: Department of Veterans Affairs

1. Department of Veterans Affairs
   a. Secretary of Veterans Affairs
      (1) Deputy Secretary
      (2) Chief of Staff
         (a) Veterans Benefits Administration
         (b) Veterans Health Administration
         (c) National Cemetery Administration
         (d) Office of Management
         (e) Office of Information and Technology
         (f) Office of Enterprise Integration
         (g) Office of Human Resources and Administration/Operations Security and Preparedness
         (h) Office of Public and Intergovernmental Affairs
         (i) Office of Congressional and Legislative Affairs
         (j) Office of Accountability and Whistleblower Protection
         (k) Office of General Counsel
         (l) Office of Acquisition, Logistics and Construction
         (m) Board of Veterans Appeals
         (n) Veterans Experience Office
         (o) Office of Inspector General

### Figure 2: Veterans Benefits Administration

1. Office of the Under Secretary for Benefits
   a. Principal Deputy Under Secretary for Benefits
      (1) Chief of Staff for Under Secretary for Benefits
         (a) Performance Analysis and Integrity
         (b) Office of Financial Management
         (c) Human Capital Service
         (d) Office of Mission Support
         (e) Executive Review
         (f) Program Integrity and Internal Controls
         (g) Office of Strategic Support and Initiatives
      (2) Business Integration
      (3) Chief Production Officer
      (4) Deputy Under Secretary for Field Operations
         (a) National Work Queue
         (b) National Contact Centers
         (c) Southeast District - Atlanta
         (d) Northeast District St. Louis
         (e) Continental District Denver
         (f) Pacific District Phoenix