**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | No. 3:22-cv-01503-JBA <br><br><br> June 15, 2023 |

## DECLARATION OF ANGELA L. ZHANG

Pursuant to 28 U.S.C. § 1746, I, Angela L. Zhang, make the following statements:

1. My name is Angela L. Zhang, and I am a 2023 graduate of Yale Law School.

2. I was a student in the Veterans Legal Services Clinic at Yale Law School from January 2021 until May 2022.

3. On July 20, 2021, I spoke with a former official at the Veterans Benefits Administration (VBA).

4. In that conversation, as described in ECF 28 at 12 (n 5), the former official indicated that Ms. Margarita Devlin, when at VA, was uniquely familiar with a report that revealed dramatic racial disparities in VA benefits.

5. Specifically, the former official stated that during a meeting in the fall of 2017, Ms. Devlin disseminated printed packets of a report with metrics and data which demonstrated comparative differences between the ratings given to white versus Black veterans. The former

1

official alleged that the data for the report was developed by Ms. Devlin's department, and that she had unique knowledge of this report prior to the meeting.

6. The former official indicated that at the conclusion of the meeting, the packets were handed back to Ms. Devlin.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2023

Angela L. Zhang