# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>*Defendant*. | Case No. 3:22-cv-1503 (JBA) |

## MOTION FOR ADMISSION OF ZOË SEAMAN-GRANT AS VISITING ATTORNEY *PRO HAC VICE*

Pursuant to L. Civ. R. 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for the admission *pro hac vice* of Zoë Seaman-Grant as counsel of record for Plaintiff Conley F. Monk, Jr. in this action. The admission of Ms. Seaman-Grant *pro hac vice* would not require modification of any existing scheduling orders or deadlines.

Pursuant to L. Civ. R. 83.1(d)(1), the Declaration of Zoë Seaman-Grant is being filed in support of this motion and is attached as Exhibit A.

In support of this motion, the undersigned further states:

1. Ms. Seaman-Grant is an associate at Edelson PC based in the firm's Chicago office. Her office address and contact information is:

> Edelson PC
> 350 N. LaSalle Street, 14th Floor,
> Chicago, IL 60654
> Tel: (773) 668-0328
> Fax: (312) 589-6378
> Email: zseaman-grant@edelson.com

2. Ms. Seaman-Grant is a member of good standing of the Bar of the State of

1

Illinois (admitted November 11, 2021, Bar No. 6339644).  Ms. Seaman-Grant has never been a member of any state's bar other than the foregoing.

3. Ms. Seaman-Grant has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.  Ms. Seaman-Grant never has been denied admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4. Ms. Seaman-Grant has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Ms. Seaman-Grant designates the undersigned, Michael J. Wishnie, a member in good standing of the Bar of this Court and the lawyer sponsoring her application *pro hac vice*, as her agent for service of process upon whom service of all papers shall be made.  The undersigned has appeared in this action, is subject to service through the Court's Electronic Case Filing System, and is familiar with the requirements of practice in this Court.  Pursuant to LR 83.1(c)(1), the undersigned also maintains an office within this District:

Yale Law School
Jerome N. Frank Legal Services Organization
127 Wall Street,
New Haven, CT 06511

6. Ms. Seaman-Grant designates the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

7. Pursuant to L. Civ. R. 83.1(d)(4), a certificate of Ms. Seaman-Grant's good standing as a member of the Bar of the State of Illinois, where she maintains her principal office, is attached to this motion as Exhibit B.

**WHEREFORE**, for the reasons set forth herein and good cause having been shown, Plaintiff respectfully requests that the Court grant this motion for the admission of Zoë Seaman-Grant *pro hac vice*.

Respectfully Submitted,

Dated: June 20, 2023

By: /s/ Michael J. Wishnie
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Tel: (203) 432-4800

*Counsel for Plaintiff*