# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR.,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>*Defendant.* | Case No. 3:22-cv-1503 (JBA) |

## AFFIDAVIT OF ZOË SEAMAN-GRANT IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY *PRO HAC VICE*

I, Zoë Seaman-Grant, who being duly sworn, depose, and state as follows:

1. I am over the age of eighteen and am fully competent to make this Declaration pursuant to L. Civ. R. 83.1(d). This Declaration is based upon my personal knowledge.

2. I am an associate at the law firm Edelson PC based in the firm's Chicago office. My office address and contact information is:

> Edelson PC
> 350 N. LaSalle Street, 14th Floor,
> Chicago, IL 60654
> Tel: (773) 668-0328
> Fax: (312) 589-6378
> Email: zseaman-grant@edelson.com

3. I am a member of good standing of the Bar of the State of Illinois (admitted November 11, 2021, Bar No. 6339644). I have never been a member of any state's bar other than the foregoing.

4. I state that I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Nor have I been denied admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an

1

application for admission to practice before this Court or any other court while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Michael J. Wishnie, a member in good standing of the Bar of this Court and the attorney sponsoring my application *pro hac vice*, as my agent for service of process upon whom service of all papers shall be made. Mr. Wishnie has appeared in this action and is subject to service through the Court's Electronic Case Filing System. He is familiar with the requirements of practice in this Court. Pursuant to LR 83.1(c)(1), the undersigned also maintains an office within this District:

> Yale Law School
> Jerome N. Frank Legal Services Organization
> 127 Wall Street,
> New Haven, CT 06511

7. I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, this 5th day of June 2023.

_____
Zoë Seaman-Grant

State of ___ILLINOIS___

County of ___Cook___

Signed and sworn (or affirmed) to before me on ___5___ (date) by
___Zoë Selman-Gray___ (name/s of person/s making statement).

_____
(Signature of Notary Public)

> OFFICIAL SEAL
> NOTARY PUBLIC STATE OF ILLINOIS
> DEVIN R. CONLEY
> My Commission Expires
> March 9, 2027