UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-1503 (JBA)<br><br>June 22, 2023 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR

Plaintiffs respectfully request leave for Law Student Interns HILLARY BROWNING and ETHAN DILKS to appear in this matter on behalf of CONLEY F. MONK, JR., individually and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS under the supervision of MICHAEL J. WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: June 22, 2023

                                        Respectfully submitted,

                              By: /s/ Michael Wishnie
                                  Michael Wishnie, ct27221
                                  Jerome N. Frank Legal Services Organization
                                  Veterans Legal Services Clinic
                                  Yale Law School
                                  P.O. Box 209090
                                  New Haven, CT. 06520-9090
                                  Tel: (203) 432-4800
                                  Michael.wishnie@ylsclinics.org