## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

CONLEY F. MONK, JR., on behalf of
himself and as Administrator of the Estate
of CONLEY F. MONK, SR., and
NATIONAL VETERANS COUNCIL
FOR LEGAL REDRESS,

No. 3:22-cv-1503 (JBA)

*Plaintiffs*,

June 6, 2023

v.

UNITED STATES OF AMERICA,

*Defendant*.

## LAW STUDENT INTERN APPEARANCE

1. Certification of Law Student

I certify that:

    a)     I, Hillary Browning, am enrolled in good standing at Yale Law School, in

accordance with this Court's Local Rule 83.9(c)(1);

    b)     I have completed at least two semesters of credit in legal studies; and

    c)     I am neither employed by nor receiving compensation from clients in this case.

Date: June 6, 2023           Signature: *Hillary Browning*

                                 Hillary Browning

## CONSENT OF CLIENT

I hereby consent to the appearance of Hillary Browning to provide legal service and appear in court or administrative tribunals for me in the above- captioned matter under the supervision of Michael J. Wishnie.

Date: June 6, 2023                          Signature:    _Conley F Monk Jr._
                                                          Conley F Monk, Jr.
                                                          Individually and as Administrator of the
                                                          Estate of Conley F. Monk, Sr.

                                            Signature:    _Garry Monk_
                                                          Garry Monk
                                                          Executive Director,
                                                          National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut, and I assume professional responsibility for the work of Hillary Browning as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: June 6, 2023                          Signature:    /s/ Michael J. Wishnie
                                                          Michael J. Wishnie, ct27221

2