UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-1503 (JBA)<br><br>June 5, 2023 |

## LAW STUDENT INTERN APPEARANCE

1. <u>Certification of Law Student</u>

I certify that:

(a) I, Ethan Dilks, am enrolled in good standing at the Indiana University Maurer School of Law, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I have completed at least two semesters of credit in legal studies; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date:  June 6, 2023                                     Signature: _/s/ Ethan Dilks_

## CONSENT OF CLIENTS

I hereby consent to the appearance of Ethan Dilks to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: June 6, 2023    Signature: *Conley Monk Jr.*

Conley F. Monk, Jr., individually and as Administrator of the Estate of Conley F. Monk, Sr.

Date: June 6, 2023    Signature: *Garry Monk*

Garry Monk,
National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I will assume professional responsibility for the work of Ethan Dilks as a law student intern, and that I will assist the student to the extent necessary, and that I will appear with the students in all proceedings before the Court.

Date: June 6, 2023    Signature: /s/ Michael J. Wishnie

Michael Wishnie