| | |
|---|---|
| CONLEY F. MONK, JR., <br><br> *Plaintiff,* <br><br> *v.* <br><br> THE UNITED STATES OF AMERICA <br><br> *Defendant*. | Case No. 3:22-cv-1503 (JBA) |

## <u>CORRECTED MOTION FOR ADMISSION OF YAMAN SALAHI AS VISITING ATTORNEY *PRO HAC VICE*</u>

Pursuant to L. Civ. R. 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for the admission *pro hac vice* of Yaman Salahi as counsel of record for Plaintiff Conley F. Monk, Jr. in this action. The admission of Mr. Salahi *pro hac vice* would not require modification of any existing scheduling orders or deadlines.

Pursuant to L. Civ. R. 83.1(d)(1), the Declaration of Yaman Salahi is being filed in support of this motion and is attached as Exhibit A.

In support of this motion, the undersigned further states:

1.      Mr. Salahi is a partner at Edelson PC based in the firm's San Francisco office. His office address and contact information is:

Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 638-9903
Fax: (415) 373-9435
Email: ysalahi@edelson.com

2.      Mr. Salahi is a member of good standing of the Bar of the State of California

(admitted January 22, 2013, Bar No. 288752). He is currently pending admission to the Bar for the District of Columbia, but has not yet been admitted or assigned a bar number (Bar No. 0). He has never been a member of any state's bar other than the foregoing. He has also been admitted to practice in the United States District Court for the Central District of California (admitted January 22, 2013, Bar No. CA288752), the United States District Court for the Northern District of California (admitted February 6, 2014, Bar No. CA288752), the United States District Court for the Eastern District of Michigan (admitted February 21, 2018, Bar No. 0), the United States District Court for the District of Columbia (admitted April 5, 2021, Bar No. CA00092), the United States District Court for the Southern District of California (admitted February 28, 2022, Bar No. CA288752), the Northern District of Illinois (admitted June 22, 2022, Bar No. CA288752), the United States Court of Appeals for the Third Circuit (admitted November 21, 2022, Bar No. 0), the United States Court of Appeals for the Fourth Circuit (admitted November 21, 2022, Bar No. 0), the United States Court of Appeals for the Fifth Circuit (admitted September 22, 2020, Bar No. 0), the United States Court of Appeals for the Sixth Circuit (admitted December 17, 2019, Bar No. 0), the United States Court of Appeals for the Seventh Circuit (admitted February 17, 2023, Bar No. CA288752), the United States Court of Appeals for the Ninth Circuit (admitted February 1, 2013, Bar No. CA288752), the United States Court of Appeals for the Tenth Circuit (admitted August 3, 2022, Bar No. 0), the United States Court of Appeals for the Eleventh Circuit (admitted October 15, 2020, Bar No. 0), and the United States Court of Appeals for the Federal Circuit (admitted October 18, 2021, Bar No. 0).

     3.     Mr. Salahi has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Mr. Salahi never has been denied

admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4.      Mr. Salahi has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.      Mr. Salahi designates the undersigned, Michael J. Wishnie, a member in good standing of the Bar of this Court and the lawyer sponsoring his application *pro hac vice*, as his agent for service of process upon whom service of all papers shall be made.  The undersigned has appeared in this action, is subject to service through the Court's Electronic Case Filing System, and is familiar with the requirements of practice in this Court.  Pursuant to LR 83.1(c)(1), the undersigned also maintains an office within this District:

Yale Law School
Jerome N. Frank Legal Services Organization
127 Wall Street,
New Haven, CT 06511

6.      Mr. Salahi designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

7.      Pursuant to L. Civ. R. 83.1(d)(4), a certificate of Mr. Salahi's good standing as a member of the Bar of the State of California, where he maintains his principal office, is attached to this motion as Exhibit B.

**WHEREFORE**, for the reasons set forth herein and good cause having been shown, Plaintiff respectfully requests that the Court grant this motion for the admission of Yaman Salahi *pro hac vice*.

Respectfully Submitted,

Dated: June 26, 2023                    By: /s/ Michael J. Wishnie

Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Tel: (203) 432-4800

*Counsel for Plaintiff*