# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONLEY F. MONK, JR.,

                    Plaintiff,

v.                                              Case No. 3:22-cv-1503 (JBA)

THE UNITED STATES OF AMERICA

                    Defendant.

## CORRECTED AFFIDAVIT OF YAMAN SALAHI IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY *PRO HAC VICE*

I, Yaman Salahi, who being duly sworn, depose, and state as follows:

1.      I am over the age of eighteen and am fully competent to make this Declaration

pursuant to L. Civ. R. 83.1(d). This Declaration is based upon my personal knowledge.

2.      I am a partner at the law firm Edelson PC based in the firm's San Francisco office.

My office address and contact information is:

Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 638-9903
Fax: (415) 373-9435
Email: ysalahi@edelson.com

3.      I am a member of good standing of the Bar of the State of California (admitted

January 22, 2013, Bar No. 288752). I am currently pending admission to the Bar for the District

of Columbia, but have not yet been admitted or assigned a bar number (Bar No. 0). I have never

been a member of any state's bar other than the foregoing. I have also been admitted to practice

in the United States District Court for the Central District of California (admitted January 22,

2013, Bar No. CA288752), the United States District Court for the Northern District of California

1

(admitted February 6, 2014, Bar No. CA288752), the United States District Court for the Eastern District of Michigan (admitted February 21, 2018, Bar No. 0), the United States District Court for the District of Columbia (admitted April 5, 2021, Bar No. CA00092), the United States District Court for the Southern District of California (admitted February 28, 2022, Bar No. CA288752), the Northern District of Illinois (admitted June 22, 2022, Bar No. CA288752), the United States Court of Appeals for the Third Circuit (admitted November 21, 2022, Bar No. 0), the United States Court of Appeals for the Fourth Circuit (admitted November 21, 2022, Bar No. 0), the United States Court of Appeals for the Fifth Circuit (admitted September 22, 2020, Bar No. 0), the United States Court of Appeals for the Sixth Circuit (admitted December 17, 2019, Bar No. 0), the United States Court of Appeals for the Seventh Circuit (admitted February 17, 2023, Bar No. CA288752), the United States Court of Appeals for the Ninth Circuit (admitted February 1, 2013, Bar No. CA288752), the United States Court of Appeals for the Tenth Circuit (admitted August 3, 2022, Bar No. 0), the United States Court of Appeals for the Eleventh Circuit (admitted October 15, 2020, Bar No. 0), and the United States Court of Appeals for the Federal Circuit (admitted October 18, 2021, Bar No. 0).

4.      I state that I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Nor have I been denied admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

5.      I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.      I designate Michael J. Wishnie, a member in good standing of the Bar of this Court

and the attorney sponsoring my application *pro hac vice*, as my agent for service of process upon

whom service of all papers shall be made.  Mr. Wishnie has appeared in this action and is subject

to service through the Court's Electronic Case Filing System.  He is familiar with the

requirements of practice in this Court. Pursuant to LR 83.1(c)(1), the undersigned also maintains

an office within this District:

Yale Law School
Jerome N. Frank Legal Services Organization
127 Wall Street,
New Haven, CT 06511

7.      I further designate the District of Connecticut as the forum for the resolution of any

dispute arising out of my admission to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___San Francisco___, this 22nd day of June 2023.

_____
Yaman Salahi

3

Case 3:22-cv-01503-SRU   Document 47-1   Filed 06/26/23   Page 5 of 5

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ San Francisco _____)

On __June 22, 2023__ before me, __James Fleming Jr., Notary Public__
(insert name and title of the officer)

personally appeared _____ Yaman Salahi _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

JAMES FLEMING JR.
COMM. #2366482
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Exp. July 20, 2025

Signature _____        (Seal)