# Exhibit B



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

**CERTIFICATE OF THE CLERK OF THE SUPREME COURT**

**OF THE**

**STATE OF CALIFORNIA**

<u>*YAMAN SALAHI*</u>

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that YAMAN SALAHI, # 288752, was on the 22nd day of January, 2013, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 16th day of May 2023.

JORGE E. NAVARRETE
Clerk of the Supreme Court

By: _____
Biying Jia, Assistant Deputy Clerk