# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA <br><br> *Defendant*. | Case No. 3:22-cv-1503 (JBA) |

## **CORRECTED MOTION FOR ADMISSION OF JIMMY ROCK AS VISITING ATTORNEY *PRO HAC VICE***

Pursuant to L. Civ. R. 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for the admission *pro hac vice* of Jimmy Rock as counsel of record for Plaintiff Conley F. Monk, Jr. in this action. The admission of Mr. Rock *pro hac vice* would not require modification of any existing scheduling orders or deadlines.

Pursuant to L. Civ. R. 83.1(d)(1), the Declaration of Jimmy Rock is being filed in support of this motion and is attached as Exhibit A.

In support of this motion, the undersigned further states:

1. Mr. Rock is a partner at Edelson PC based in the firm's District of Columbia office. His office address and contact information is:

> Edelson PC
> 1255 Union St NE, 7th Floor
> Washington, DC 20002
> Tel: 202.987.6302
> Email: jrock@edelson.com

2. Mr. Rock is a member of good standing of the Bar of the District of Columbia

1

(admitted August 8, 2005, Bar No. 493521), the Bar of the State of Maryland (admitted July 13, 2004, Bar No. 0407130002), and the Bar of the Cherokee Nation (admitted August 2022, Bar No. CNBA-0963). Mr. Rock has never been a member of any state's bar other than the foregoing. Mr. Rock also has been admitted to practice in the United States District Court for the District of Columbia (admitted September 8, 2008, Bar No. 493521), the United States District Court for the Northern District of New York (admitted April 14, 2023, Bar No. 704451), and the United States Court of Appeals for the Fourth Circuit (admitted December 22, 2006, Bar No. 0).

3. Mr. Rock has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Mr. Rock never has been denied admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4. Mr. Rock has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. Mr. Rock designates the undersigned, Michael J. Wishnie, a member in good standing of the Bar of this Court and the lawyer sponsoring his application *pro hac vice*, as his agent for service of process upon whom service of all papers shall be made. The undersigned has appeared in this action, is subject to service through the Court's Electronic Case Filing System, and is familiar with the requirements of practice in this Court. Pursuant to LR 83.1(c)(1), the undersigned also maintains an office within this District:

Yale Law School
Jerome N. Frank Legal Services Organization

127 Wall Street,
New Haven, CT 06511

6. Mr. Rock designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

7. Pursuant to L. Civ. R. 83.1(d)(4), a certificate of Mr. Rock's good standing as a member of the Bar of the District of Columbia, where he maintains his principal office, is attached to this motion as Exhibit B.

**WHEREFORE**, for the reasons set forth herein and good cause having been shown, Plaintiff respectfully requests that the Court grant this motion for the admission of Jimmy Rock *pro hac vice*.

Respectfully Submitted,

Dated: June 26, 2023

By: /s/ Michael J. Wishnie
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Tel: (203) 432-4800

*Counsel for Plaintiff*

3