# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR.,<br><br>*Plaintiff,*<br><br>*v.*<br><br>THE UNITED STATES OF AMERICA<br><br>*Defendant.* | Case No. 3:22-cv-1503 (JBA) |

**CORRECTED AFFIDAVIT OF JIMMY ROCK IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY *PRO HAC VICE***

I, Jimmy Rock, who being duly sworn, depose, and state as follows:

1.  I am over the age of eighteen and am fully competent to make this Declaration pursuant to L. Civ. R. 83.1(d). This Declaration is based upon my personal knowledge.

2.  I am a partner at the law firm Edelson PC based in the firm's District of Columbia office. My office address and contact information is:

    Edelson PC
    1255 Union St NE, 7th Floor
    Washington, DC 20002
    Tel: 202.987.6302
    Email: jrock@edelson.com

3.  I am a member of good standing of the Bar of the District of Columbia (admitted August 8, 2005, Bar No. 493521), the Bar of the State of Maryland (admitted July 13, 2004, Bar No. 0407130002), and the Bar of the Cherokee Nation (admitted August 2022, Bar No. CNBA-0963). I have never been a member of any state's bar other than the foregoing. I have also been admitted to practice in the United States District Court for the District of Columbia (admitted September 8, 2008, Bar No. 493521), the United States District Court for the Northern District of

1

New York (admitted April 14, 2023, Bar No. 704451), and the United States Court of Appeals for the Fourth Circuit (admitted December 22, 2006, Bar No. 0).

4. I state that I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. Nor have I been denied admission to, been disciplined by, resigned from, surrendered a license to practice before any court, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Michael J. Wishnie, a member in good standing of the Bar of this Court and the attorney sponsoring my application *pro hac vice*, as my agent for service of process upon whom service of all papers shall be made. Mr. Wishnie has appeared in this action and is subject to service through the Court's Electronic Case Filing System. He is familiar with the requirements of practice in this Court. Pursuant to LR 83.1(c)(1), the undersigned also maintains an office within this District:

Yale Law School<br>
Jerome N. Frank Legal Services Organization<br>
127 Wall Street,<br>
New Haven, CT 06511

7. I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___Online Notary___, this __24th__ day of June 2023.



*Jimmy Ray Rock*
Jimmy Rock

2