Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK: Liana Barry         RPTR/ECRO/TAPE: Corinne Thomas

TOTAL TIME: 0 hours 24 minutes

DATE: 6/30/2023     START TIME: 3:25     END TIME: 3:49

LUNCH RECESS    FROM:          TO:
RECESS (if more than ½ hr)    FROM:          TO:

CIVIL NO. 3:22-cv-01503-JBA

Monk                                          Michael J. Wishnie
                                              Plaintiff's Counsel
        vs
USA                                           Natalie Nicole Elicker
                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing PFC

☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ...........  _____ ☐ filed ☐ docketed
☐ ...........  _____ ☐ filed ☐ docketed
☐ ...........  _____ ☐ filed ☐ docketed
☐ ...........  _____ ☐ filed ☐ docketed
☐ ...........  _____ ☐ filed ☐ docketed
☐ ...........  _____ ☐ filed ☐ docketed
☐ ...........  Hearing continued until _____ at _____