AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Conley F. Monk, Jr., on behalf of himself and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress<br>*Plaintiff*<br>v.<br>The United States of America<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  3:22-cv-1503 (JBA) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conley F. Monk, Jr., on behalf of himself and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress, Plaintiffs.

Date: 07/05/2023

s/ Yaman Salahi
*Attorney's signature*

Yaman Salahi (phv207340)
*Printed name and bar number*

Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111

*Address*

ysalahi@edelson.com
*E-mail address*

(415) 212-9300
*Telephone number*

(415) 373-9435
*FAX number*