AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| Conley F. Monk, Jr., on behalf of himself and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress <br> *Plaintiff* <br> v. <br> The United States of America <br> *Defendant* | Case No.  3:22-cv-1503 (JBA) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conley F. Monk, Jr., on behalf of himself and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress, Plaintiffs.

Date: 07/05/2023

s/ Theo Benjamin
*Attorney's signature*

Theo Benjamin (phv207342)
*Printed name and bar number*

Edelson PC
350 N. LaSalle Street, 14th Floor,
Chicago, IL 60654
*Address*

tbenjamin@edelson.com
*E-mail address*

(312) 589-6370
*Telephone number*

(312) 589-6378
*FAX number*