AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Conley F. Monk, Jr., on behalf of himself and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress )<br>*Plaintiff* )<br>v. )<br>The United States of America )<br>*Defendant* ) | Case No.  3:22-cv-1503 (JBA) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Conley F. Monk, Jr., on behalf of himself and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress, Plaintiffs                                                                    .

Date:   07/05/2023

s/ Jimmy Rock
*Attorney's signature*

Jimmy Rock (phv207341)
*Printed name and bar number*

Edelson PC
1255 Union St NE, 7th Floor
Washington, DC 20002

*Address*

jrock@edelson.com
*E-mail address*

(202) 270-4777
*Telephone number*

(312) 589-6378
*FAX number*