# Exhibit A

# Unreported Order

## *Names Redacted by Agency*, 1992 BVA LEXIS 3662; BVA 92-03839

Board Of Veterans Appeals (BVA)

February 25, 1992

Docket No.91-41 487

**Reporter**
1992 BVA LEXIS 3662 *; BVA 92-03839

## Names Redacted By Agency

## Core Terms

Veterans', benefits, notice, decision of the board, deliberately, formerly, numbers, intentional torts, date of mailing, schizophrenia, misdiagnosed, misdiagnosis, Entitlement, REASONS, BASES

## Syllabus

Disposition:Dismissed
Issue Code:Disability Compensation
Subject Heading:APPELLATE JURISDICTION, DETERMINATION
Subject Heading:DISMISSAL OF APPEAL
Subject Heading:ELIGIBILITY, VETERANS BENEFITS

## Counsel

J. W. Loeb, Counsel, ATTORNEY FOR THE BOARD
 [*1] Appellant represented by: The American Legion

## Opinion

THE ISSUE

 Entitlement to VA compensation benefits due to the deliberate VA misdiagnosis of a psychiatric disorder that has resulted in subsequent harm to the veteran.

 WITNESS AT HEARINGS ON APPEAL

 The veteran

 INTRODUCTION

 This matter came before the Board on appeal from an October 1990 rating decision of the New York, New York, Regional Office [RO]. The veteran's notice of disagreement was received by the Department of Veterans Affairs [VA] in November 1990. The statement of the case was issued in May 1991, and the veteran's substantive appeal

was received in June 1991. This case was docketed at the Board on September 3, 1991. The veteran testified before a section of the Board of Veterans' Appeals in Washington, D.C., in December 1991. The case is now ready for appellate review.

CONTENTIONS OF APPELLANT ON APPEAL

The veteran contended at his December 1991 personal hearing before the Board of Veterans' Appeals that Navy and VA physicians deliberately misdiagnosed his condition, calling it schizophrenia, which caused him great harm. The veteran believes that he should receive VA compensation [*2] as a result of this misdiagnosis.

DECISION OF THE BOARD

For the reasons and bases hereinafter set forth, it is the decision of the Board that the veteran's claim is not within the Board's jurisdiction, and that the appeal should, therefore, be dismissed.

FINDING OF FACT

The veteran alleges that the Navy and the VA committed an intentional tort that entitles him to VA compensation.

CONCLUSION OF LAW

The veteran's claim is not within the jurisdiction of the Board of Veterans' Appeals. *38 U.S.C. 7104[a]* [formerly 38 U.S.C. 4004[a]]; 38 C.F.R. 19.112.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The veteran made it very clear at his personal hearing before a section of the Board of Veterans' Appeals in December 1991 that he really wanted benefits to compensate for harm caused because Navy and VA physicians deliberately misdiagnosed his condition as schizophrenia beginning in service. This is, in effect, a claim for benefits as a result of an intentional tort, for intentional infliction of emotional distress, which comes under the Federal Tort Claims Act. This type of claim is outside the jurisdiction of the Board of Veterans' Appeals, since the Board's jurisdiction only extends to questions on claims involving benefits under the [*3] laws administered by the VA. *38 U.S.C. 7104[a]*; 38 C.F.R. 19.112[a].

ORDER

The veteran's appeal is dismissed.

[NOTE: The section numbers of title 38, United States Code, were changed in 1991. The new section numbers are given above, followed, in parentheses, by formerly and the old section numbers in effect prior to the 1991 revisions.]

C. W. FOULKE, M.D.  RICHARD B. FRANK

PHILIP E. WRIGHT

NOTICE OF APPELLATE RIGHTS: Under *38 U.S.C. 7266* [1991] [formerly 4066], a decision of the Board of Veterans' Appeals granting less than the complete benefit, or benefits, sought on appeal is appealable to the United States Court of Veterans Appeals within 120 days from the date of mailing of notice of the decision, provided that a Notice of Disagreement concerning an issue which was before the Board was filed with the agency of original jurisdiction on or after November 18, 1988. Veterans' Judicial Review Act, Pub. L. No. 100-687, 402 [1988]. The date which appears on the face of this decision constitutes the date of mailing and the copy of this decision which you have received is your notice of the action taken on your appeal by the Board of Veterans' Appeals.

**End of Document**