UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (JBA) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | July 18, 2023 |
| *Defendant*. | : | |

## MOTION FOR PERMISSION TO EXCEED PAGE LIMIT

The Defendant United States of America moves for permission to file a reply memorandum of excess length consistent with the scheduling order's due date of Friday, July 21, 2023. *See* Scheduling Order, ECF No. 55. Defendant moves for permission to exceed the Court's ten-page limit for reply memoranda by no more than ten pages, for a brief not to exceed twenty pages. *See* D. Conn. L. Civ. R. 7(d), 7(a)(5) (providing for motion seeking permission to depart from page limitations). Defendant does not anticipate requiring all twenty pages, but makes this request in an abundance of caution.

There is good cause for the additional pages for the following reasons. Defendant filed its motion to dismiss on March 31, 2023. After filing an Amended Complaint on June 5, 2023, Plaintiffs filed their opposition on July 14, 2023, fifteen weeks after Defendant had filed the motion to dismiss. Defendant's reply memorandum is due only one week after Plaintiffs' brief to which it responds, and Defendant anticipates it will be challenging to edit the brief for length within the time available. Further, Plaintiffs' brief used its full forty pages to respond in a detailed manner to Defendant's three unrelated grounds for dismissal: the Veterans Judicial Review Act's (VJRA) preclusive effects; the Federal Tort Claims Act's (FTCA) limitations; and a challenge to timeliness. With respect to the FTCA, Plaintiffs' memorandum separately briefs three different tort claims advanced by Plaintiffs. Defendant disagrees with Plaintiffs' analysis of

the relevant law and its application on each point. Defendant therefore requires additional pages in order to meaningfully respond to Plaintiffs' brief.

Accordingly, Defendant respectfully requests permission to file a reply memorandum of no more than twenty pages. Since Defendant's memorandum is due exactly one week after Plaintiffs' filing, *see* Scheduling Order, ECF No. 55, it was not possible for Defendant to comply with the Local Rule's requirement to file this request one week before the deadline for the filing of the brief at issue, L.R. 7(a)(5). Therefore, Defendant is filing its motion as soon as practicable after having reviewed Plaintiffs' opposition brief, ECF No. 61, which was filed after business hours this past Friday, July 14, 2023.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
Natalie N. Elicker (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov