UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | No. 3:22-cv-1503 (JBA) <br><br> July 18, 2023 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiffs respectfully request leave for Law Student Intern BENJAMIN KLINE to appear in this matter on behalf of CONLEY F. MONK, JR., individually and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS under the supervision of MICHAEL J. WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: July 18, 2023

                Respectfully submitted,

              By: /s/ Michael Wishnie
                Michael Wishnie, ct27221
                Jerome N. Frank Legal Services Organization
                Veterans Legal Services Clinic
                Yale Law School
                P.O. Box 209090
                New Haven, CT. 06520-9090
                Tel: (203) 432-4800
                Michael.wishnie@ylsclinics.org