## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendants*. | No. 3:22-CV-1503 (JBA)<br><br>July 18, 2023 |

## **LAW STUDENT INTERN APPEARANCE**

1. Certification of Law Student

I certify that:

    a)      I, Benjamin Kline, am enrolled in good standing at University of Connecticut School of Law, in accordance with this Court's Local Rule 83.9(c)(1);

    b)      I have completed at least two semesters of credit in legal studies; and

    c)      I am neither employed by nor receiving compensation from clients in this case.

Date: July 18, 2023          Signature: *[signature]*

                                                         Benjamin Kline

## CONSENT OF CLIENT

I hereby consent to the appearance of Benjamin Kline to provide legal service and appear in court or administrative tribunals for me in the above- captioned matter under the supervision of Michael J. Wishnie and Meghan E. Brooks.

Date: July 17, 2023          Signature: *Conley F Monk Jr.*
                                        Conley F. Monk, Jr.
                                        Individually and as Administrator of the
                                        Estate of Conley F. Monk, Sr.

Date: July 17, 2023          Signature: *Garry Monk*
                                        Garry Monk
                                        Executive Director,
                                        National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut, and I assume professional responsibility for the work of Hillary Browning as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: July 17, 2023          Signature:  /s/ Michael J. Wishnie
                                         Michael J. Wishnie, ct27221