# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., et al., *Plaintiffs*, v. THE UNITED STATES OF AMERICA, *Defendant*. | Civil Action No. 3:22-cv-1503 (JBA) August 15, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that the undersigned attorney, Natalia Friedlander, is admitted to practice in this Court and hereby enters an appearance in this case on behalf of the Plaintiffs.

Dated:   August 15, 2023
         New Haven, Connecticut

        Respectfully submitted,

        /s/ Natalia Friedlander
        Natalia Friedlander, ct31510
        Jerome N. Frank Legal Services Organization
        P.O. Box 209090
        New Haven, CT 06520
        Phone: (203) 432-4800
        Fax: (203) 432-1426
        Email: natalia.friedlander@ylsclinics.org

        *Counsel for Plaintiffs*