VETERANS IN PETITION FOR JUSTICE
Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas, 77077
(713)-309-5962, Email address; vip4justice@gmail.com

NOV. 26, 2022



## "THE ASSASSINATION OF ROBERT TREVINO!"
## "DECORATED DISABLED HISPANIC VETERAN & POLITICAL PRISONER"
### (June 7, 1946 – Nov. 3, 2022)

THE 1995- 2022, TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF ROBERT TREVINO, DECORATED DISABLED HISPANIC VETERAN AND POLITICAL PRISONER WRONGFULLY INCARCERATED FOR LIFE ON "BIG LIES" ON PRETEXT OF JUSTICE CONCOCTED BY NEO-NAZI GOVERNMENT OFFICIALS FROM WAXAHACHIE, ELLIS CO., TX, AND VIOLENT WHITE GANG OF DEVIL WORSHIPERS WITH FELONY CHARGES AND FBI, AKA, "KGB." FBI HIRED DA, WERE CONSPIRATORS IN LAUNDRY LIST OF CIVIL AND HUMAN RIGHTS VIOLATIONS, CRUEL AND UNUSUAL PUNISHMENT IN COLLUSION WITH GESTAPO AGENTS AND OTHERS, SABOTAGED CRIMINAL INVESTIGATIONS, HINDERED PROSECUTION AFTER STATE'S WITNESS CONFESSED AND EXONERATED ROBERT, IMPLICATED THEM, PROMPTED ASSASSINATION OF ROBERT TO ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR RETALIATION, HOMICIDAL PSYCHOPATHIC MIND AND BEHAVIOR, STIGMATIZED DISCRIMINATION, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!.

*Response Resubmitted Aug. 12, 2023 to Order 5/15/2023 signed by Judge JBA*

**U.S. District Court**

**District of Connecticut**

## Notice of Electronic Filing

The following transaction was entered on 5/15/2023 at 3:32 PM EDT and filed on 5/15/2023

**Case Name:**      Monk v. USA
**Case Number:**    3:22-cv-01503-JBA
**Filer:**
**Document Number:** 33 (No document attached)

**Docket Text:**
**ORDER to protect the identities of minors and medical records, the Clerk shall seal [32] Notice (Other) filed by Gloria Trevino. Movant shall file redacted version forthwith. It is so ordered.**
**Signed by Judge Janet Bond Arterton on 5/15/2023.(Barry, L)**

**3:22-cv-01503-JBA Notice has been electronically mailed to:**

Michael J. Wishnie    michael.wishnie@ylsclinics.org,
Renee.burbank@ylsclinics.org, Vlsc_monk@mailman.yale.edu,
meghan.brooks@ylsclinics.org

Natalie Nicole Elicker    natalie.elicker@usdoj.gov, CaseView.ECF@usdoj.gov,
Jeanette.Calabrese@usdoj.gov

Meghan Brooks    meghan.brooks@ylsclinics.org, jarek.neczypor@ylsclinics.org,
jonathan.epps@ylsclinics.org

**3:22-cv-01503-JBA Notice has been delivered by other means to:**

*Gloria Trevino, Petitioner/Intervenor/Plaintiff, et al.*

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Your message to Vlsc_monk awaits moderator approval
2 messages

**vlsc_monk-owner@mailman.yale.edu** <vlsc_monk-owner@mailman.yale.edu>
To: vip4justice@gmail.com

Thu, Jul 20, 2023 at 2:21 PM

Your mail to 'Vlsc_monk' with the subject

    MISSING GT RESPONSE FOR EMERGENCY ACTION TO JUDGE JANET BOND
ARTERTON

Is being held until the list moderator can review it for approval.

The reason it is being held:

    Post by non-member to a members-only list

Either the message will get posted to the list, or you will receive
notification of the moderator's decision.  If you would like to cancel
this posting, please visit the following URL:

    https://mailman.yale.edu/mailman/confirm/vlsc_monk/01f052d94caf8cbc8a59cd5c93eb91d28eae5dc6

---

**Gloria Trevino** <vip4justice@gmail.com>
To: vlsc_monk-owner@mailman.yale.edu

Thu, Jul 20, 2023 at 11:17 PM

Thanks for your email but I was told on more than one occasion by proper authorities that my package in response to the
Judge order was never received, contrary to FedEx delivery service.

The copies of pages to my response plus delivery cost me about $500.00 and I don't have court's email address or the
clerks so, please make sure the info i emailed you get to judge.
I have no other way to communicate and my property and i are under seized by the perpetrators that are REVICTIMIZING
me to send me to "skid row" and "death row" in furtherance of "Blacklisting" and "SANCTIONS" to send me to "SKID
ROW" AND "DEATH ROW" AND GANG-RAPED OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

THANKS FOR YOUR EMAIL NOTIFICATION.

GLORIA TREVINO
[Quoted text hidden]

US STATE DEPARTMENT, MR. PEDRO ERIVITI          UNHCHR, G/SO 215/1 USA 1111
10/ESA, RM.5333
2201 C. ST.,N.W.
WASHINGTON, D.C.  20520

COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS

Hustonian files request for UN review of the unlawful imprisonment of



UNITED STATES COURT
SOUTHERN DISTRICT OF T
FILED

### ROBERTO RODRIGUEZ TREVINO
Born June 7, 1946

SEP  1 8 1998

MICHAEL N. MILBY, CLERK OF COURT



**UNITED STATES MARINES - HONORABLE DISCHARGE**
Sept. 23, 1968 - Sept. 22, 1972, (Vietnam Era)

VICTIMS  IN PETITION FOR JUSTICE
GLORIA TREVINO
12526 OLYMPIA DR.
HOUSTON, TEXAS  77077
(281)752-8884

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. NAME (Last-First Name-Middle Name) | | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| TREVINO, Robert | | N/A | 450 | 86 | 733 |

| 4. DEPARTMENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | 5b. PAY GRADE | 6. DATE OF RANK |
|---|---|---|---|
| USMC | Sgt | E-5 | DAY 01 | MONTH Jun | YEAR 70 |

| 7. PLACE OF BIRTH (City and State or Country) | 8. DATE OF BIRTH |
|---|---|
| CITIZEN YES / NO    Laredo, Texas | DAY 07 | MONTH Jun | YEAR 46 |

| 9. SELECTIVE SERVICE NUMBER | 10. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | DATE INDUCTED |
|---|---|---|
| 41 107 46 267 | LB#107, Sinton, Texas | DAY | MONTH N/A | YEAR |

| 11. TYPE OF TRANSFER OR DISCHARGE | 12. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Transfer to Marine Corps Reserve | SU#1,CasCo,H&SBn,MCB,CamPen,Calif. |

| 13. REASON AND AUTHORITY | 13a. EFFECTIVE DATE |
|---|---|
| 202-Expiration of Enlistment Par 3009 MARCORSEPMAN & MCO 1900.2G | DAY 22 | MONTH Sep | YEAR 72 |

| 14. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13b. CHARACTER OF SERVICE | 14. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| H&SCo, ScolsBn, MCB,CamPen | HONORABLE | N/A |

| 16. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 18. REENLISTMENT CODE |
|---|---|
| Marine Corps Reserve Forces Class III 1500 E. Bannister Rd., Kansas City, Mo. 64131 | RE-1A |

| 17. TERMS OF RESERVE OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION — SOURCE OF ENTRY | 8. TERM OF SERVICE (Years) | DATE OF ENTRY |
|---|---|---|---|
| MONTH 22 Sep | YEAR 74 | [X] ENLISTED (First Enlistment)  [ ] ENLISTED (Prior Service)  [ ] REENLISTED  [ ] OTHER | 04 | DAY 23 | MONTH Sep | YEAR 68 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| one | Private (E-1) | Houston, Texas |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. | STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| Pasada, Harris, Texas   77057 | a. | (1) NET SERVICE THIS PERIOD | 04 | 00 | 00 |
| | CREDITABLE FOR BASIC PAY PURPOSES | (2) OTHER SERVICE | 00 | 00 | 00 |
| | | (3) TOTAL (Line (1) plus Line (2)) | 04 | 00 | 00 |
| | c. | TOTAL ACTIVE SERVICE | 04 | 00 | 00 |
| | d. | FOREIGN AND/OR SEA SERVICE | 00 | 11 | 07 |

| 23a. SPECIALTY NUMBER & TITLE | 23b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER |
|---|---|
| 0311 Rifleman | 199.168 Proof Dir (small arms) |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Rifle Sharpshooter Badge, Bronze Star Medal, Combat Action Ribbon, Purple Heart, Good Conduct Medal, National Defense Service Medal, Vietnam Service Medal w/1*, Vietnam Campaign Medal w/device, RVN Cross of Gallantry w/plm, CivAct Ribbon w/B&p

25. EDUCATION AND TRAINING COMPLETED

High School Graduate, 1966
Inf Scol., CamPen., 1971

| 26. NON-PAY PERIODS TIME LOST (Preceding this term) | 27. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | 28. AMOUNT OF ALLOTMENT | 29. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| one | 22 days due | [ ] YES [XX] NO | N/A | N/A |
| 28. VA CLAIM NUMBER | 29b. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | | | |
| c. N/A | [ ] $10,000 [✓] $5,000 [ ] NONE | | | $15,000 |

30. REMARKS

Good Conduct Medal Period commences 23Sep71
Served in Vietnam on or after 5Aug64
Served in Vietnam 690406-700302

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| 1102 E. Marvin St., Waxahachie, Ellis, Texas   75165 | *Robert Trevino* |

| 33. TYPE NAME, GRADE AND TITLE OF AUTHORIZED OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| T.S. DEAR, 1STLT, USMCR, AdminO | *T S Dear* |

DD FORM 214 MC (1900)   PREVIOUS EDITIONS OF ARMED FORCES OF THE UNITED STATES THIS FORM ARE OBSOLETE   REPORT OF TRANSFER OR DISCHARGE   S/N 0102-002-0000   SR/OQR OR HQMC-2

COMPANY F
2nd Battalion 26th Marines
9th Marine Amphibious Brigade, FMFPac
FPO San Francisco 96602

1 Oct 1969

From:  Sgt. COSTINE

To:    Commanding Officer, Battalion Landing Team 2/26, Attn: S-5

Subj:  Statment in case of PFC R. TREVINO

    On the evening of 6 Sep 69 the 1st platoon Fox Company 2/26 was conducting operations in defense of the Danang area.  At approximately 2400 the same date this platoon deploid two squad size ambushes in excess of 800 meters from the platoon CP.  This left the platoon approximately twelve men at the CP.

    At this approximate time the platoon CP was assualted by a platoon of NVA.  The initial assualt started with 82mm mortars falling around and inside the perimeter also at the same time we recieved RPG's from three sides, the initial onslaught was broadened by Chicoms, automatic AK47 fire and 14it. Sappers had penetrated our thin lines and hurled two Satchel charges into the platoon CP bunker.  The first burst of fire found five Marines seriously wounded, one of the Marines was in the same hole that was occupied by PFC TREVINO.  The wounded Marine was bleeding excessively as the assualt continued PFC TREVINO seeing the wounded Marine applied battle dressings to the Marine to stop the bleeding.  All during this time PFC TREVINO'S hole also kept recieving heavy automatic fire, the same hole also recieved six to eight Chicoms, PFC TREVINO hurtling one back that landed inside his own hole.  The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, at one point in the firefight PFC TREVINO recieved one round going straight through his helmet yet he continued to return fire.  The Bizarre phenomenon of his actions were he was wounded himself with schrape metal. After the enemy were moved back after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds.

    PFC TREVINO was a definite inspiration to the remaining men that were not wounded.  And most of all his actions bringing credit to himself and the U.S. Marine Corps.  PFC TREVINO is highly recommended for the Silver Star.

Robert A. COSTINE

*Sgt Robert A. Costine*

Exhibit F

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
DLC-v1s

APR 2 1970

From:  Commandant of the Marine Corps
To:    Commanding Officer, Fox Company, 2/26
       First Platoon, First Marine Expeditionary Force,
       FPO San Francisco, California 96602

Subj:  Silver Star and Purple Heart; case of LCPL.
       Robert TREVINO 249-63-12 USMC, presentation of and
       information concerning

Ref:   (a) LCPL. TREVINO's ____ __ ____ ____

Encl:  (1) Purple Heart

1. The records of this Headquarters show that Lance Corporal
TREVINO is entitled to the Purple Heart for a wound received
in action against insurgent Communist Guerrilla forces on
6 September 1969 in the Republic of Vietnam. The decoration
is enclosed with the request that it be presented to him.
It is suggested that he again make application for the Certif-
icate upon his return to CONUS.

2. It is also requested that Lance Corporal TREVINO be
informed that on 11 October 1969 he was recommended for the
award of the Silver Star Medal for service in Vietnam on 9
September 1969. On 30 January 1970 the Commanding General,
Fleet Marine Force, Pacific approved the award of the Bronze
Star Medal with Combat "V" for the action. The decoration and
citation were forwarded for presentation to him via Commanding
General, First Marine Expeditionary Force on 30 January 1970.

H. Thomas
H. THOMAS
By direction

Exhibit I



The President of the United States takes pleasure in presenting the BRONZE STAR MEDAL to

### PRIVATE FIRST CLASS ROBERT TREVINO

### UNITED STATES MARINE CORPS

for service as set forth in the following

CITATION:

"For heroic achievement in connection with combat operations against the enemy in the Republic of Vietnam while serving as a Fire Team Leader with Company F, Second Battalion, Twenty-Sixth Marines, Ninth Marine Amphibious Brigade. On the evening of 6 September 1969, Private First Class Trevino's platoon was attacked by a large hostile force employing rocket-propelled grenades, automatic weapons, and satchel charges. Reacting instantly, Private First Class Trevino began to direct accurate fire at the numerically superior enemy force while disregarding his own safety to aid a Marine who had been seriously wounded. On one occasion, when a hand grenade landed in his fighting hole, he quickly retrieved it and hurled it back toward the enemy. Refusing to abandon his wounded companion, Private First Class Trevino remained in his hazardous position until the hostile fire was suppressed and the wounded Marine was safely evacuated. His bold fighting spirit and unflagging determination inspired all who observed him and were instrumental in thwarting the enemy's attempt to overrun the platoon's position. Private First Class Trevino's courage, resolute determination, and unwavering devotion to duty at great personal risk were in keeping with the highest traditions of the Marine Corps and of the United States Naval Service."

The Combat Distinguishing Device is authorized.

FOR THE PRESIDENT,

*H. W. Buse Jr.*

H. W. BUSE, JR.
LIEUTENANT GENERAL, U. S. MARINE CORPS
COMMANDING GENERAL, FLEET MARINE FORCE, PACIFIC

Exhibit G

MR. JOSE P. TREVINO & MARIA RODRIQUEZ TREVINO
Married Feb. 20, 1945



MR. JOSE P. TREVINO
UNITED STATES ARMY - HONORABLE DISCHARGE - WORLD WAR II

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

**ROBERT RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS**

**Was highly recommended for the Silver Star Award and,**

**Is a Bronze Star, Purple Heart Recipient**

**Sept. 23, 1968 – Sept. 22, 1972, VIETNAM ERA**



**Born June 7, 1946**

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Re: Phone Call on 5/3/23
5 messages

**Ethan Haywood** <Ethan.Haywood@house.texas.gov>                              Wed, May 3, 2023 at 10:28 AM
To: "vip4justice@gmail.com" <vip4justice@gmail.com>

Ms. Trevino,

Thank you for contacting our office. We appreciate you bringing this matter to our attention. The situation you describe,
however, is a matter that does not fall within the scope of our jurisdiction.

Best Regards,

      **Ethan Haywood** Legislative Aide

**Representative Mano DeAyala** District 133

Capitol Office: 512-463-0514
Email: ethan.haywood@house.texas.gov

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Wed, May 3, 2023 at 1:58 PM
To: Ethan Haywood <Ethan.Haywood@house.texas.gov>, Gloria Trevino <vip4justice@gmail.com>, USAWA Inquiries
<usawainq@unhcr.org>, newyork@ohchr.org, CDCInfo <cdcinfo@texasbar.com>, pio@supremecourt.gov,
information@scjc.texas.gov, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, USDOJ
<askdoj@usdoj.gov>

STATE REPRESENTATIVE AND WHITE SUPREMACIST "WANT-TO-BE" AND "CRIMINAL CONSPIRATOR" IN THE

"HANG EM HIGH" TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG LIES" WITH "ZERO
EVIDENCE" ON PRETEXT OF JUSTICE AGAINST AMERICAN PARALYZE FOREIGN WAR HERO AND POLITICAL
PRISONER ROBERT TREVINO AND SUBSEQUENT ACCELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND
COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!

STATE REPRESENTATIVE MANO AYALA AIDING AND ABETTING IN THE TDCJ ATROCITIES AND INHUMANITIES
AND ECELERATED PREMEDITATED ASSASSINATION OF PARALYZE HISPANIC VETERAN AND POLITICAL
PRISONER ROBERT TREVINO AND HUNDREDS OF OTHER MINORITIES, SIMILARLY SITUATED, IN
FURTHERANCE OF NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION,
GASLIGHTING, OUTRIGHT FRAUD, CRIMINAL OPPRESSION, EXPLOITATION, SYSTEMATIC INJUSTICE AND
GANG-RAPE OF JUSTICE IN AMERICA.

MANO DEAYALA AND FAMILY SHOULD HAVE STAYED IN COMMUNIST CUBA AND DENIED ENTRY INTO THE
UNITED STATES AND AMERICAN DREAM ONLY TO ENGAGE IN CRIMINAL CONSPIRACY SCHEME AND
PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AGAINST THE MOST
VULNERABLE AND DISTRESSED PARALYZE AMERICAN HEROES  AND MALICIOUSLY SUBJECT ROBERT
TREVINO AND FAMILY TO THE AMERICAN NIGHTMARE AND TWILIGHT ZONE IN BLATANT VIOLATION OF OUR

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## A Response from Congresswoman Lizzie Fletcher's Office

5 messages

---

**Fatimah El-Ibrahim** <Fatimah.El-Ibrahim-TX07@emanager.house.gov>          Fri, Oct 21, 2022 at 12:06 PM
Reply-To: Fatimah.El-Ibrahim-TX07@emanager.house.gov
To: "Ms. Gloria Trevino" <vip4justice@gmail.com>

-------------- Please reply ABOVE this line --------------



| LIZZIE FLETCHER | CONGRESS OF THE UNITED STATES | WASHINGTON OFFICE |
| 7TH DISTRICT, TEXAS | HOUSE OF REPRESENTATIVES | 119 CANNON HOUSE OFFICE BUILDING |
| | WASHINGTON, D.C. 20515 | WASHINGTON, DC 20515 |

LIZZIE FLETCHER
7TH DISTRICT, TEXAS

HOUSE COMMITTEE ON ENERGY AND
COMMERCE
SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON COMMUNICATIONS AND
TECHNOLOGY
SUBCOMMITTEE ON CONSUMER PROTECTION
AND COMMERCE

HOUSE COMMITTEE ON SCIENCE,
SPACE, AND TECHNOLOGY
SUBCOMMITTEE ON ENVIRONMENT

CONGRESS OF THE UNITED STATES
HOUSE OF REPRESENTATIVES
WASHINGTON, D.C. 20515

WASHINGTON OFFICE
119 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2571

HOUSTON OFFICE
5599 SAN FELIPE ROAD, SUITE 950
HOUSTON, TX 77056
(713) 353-8680

FLETCHER.HOUSE.GOV

October 21, 2022

Dear Ms. Trevino:

Thank you for contacting the office of Congresswoman Lizzie Fletcher. After reviewing your information, I wanted to let you know that this is not a matter with a federal agency. Unfortunately, as this is a legal case, our office cannot intervene. I encourage you to contact the Houston Volunteer Lawyers, they may be able to assist you in your case.

Houston Volunteer Lawyers
1111 Bagby, Suite FLB300
Houston, TX 77002
(713) 228-0735
info@hvlp.org
https://www.makejusticehappen.org/

Although we cannot be of assistance to you in this matter, I am very glad that you thought of getting in touch with Congresswoman Fletcher's office. Please let us know if there is anything further we can assist with.

Cordially,

Téléfax:        (41-22) 917 0113
Télégrammes:    UNATIONS, GENEVE
Télex:          41 29 62
Téléphone:      (41-22) 917 3377/917 4344/917 1347



Palais des Nations
CH 1211 Geneva 10

Référence : **G/SO 215/1 USA 1111**

31 March 1998

Your communication
dated 18 February 1998

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

Dear Mrs. Trevino,

This is to acknowledge the receipt of your
communication referred to above.

In accordance with a procedure set out in the
enclosed resolutions, a copy of your communication will
be sent to the authorities of the country concerned and
a summary of it will be confidentially submitted to the
Commission on Human Rights and the Sub-Commission on
Prevention of Discrimination and Protection of
Minorities.

Yours sincerely,

Helga Klein
Chief a.i., Support Services Branch

Mrs. Gloria Trevino
2404 Harmon Rd.
Silver Spring
Maryland 20902
Etats-Unis d'Amérique

VICTIMS IN PETITION FOR JUSTICE
Gloria Trevino, President
12526 Olympia Drive
Houston, Texas  77077

## COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS

*Houstonian files request for UN review of the unlawful imprisonment of*

### Roberto Rodriguez Trevino

*For Immediate Release*

Thursday, April 30, 1998

Contact:  Gloria Trevino   Phone:  (281)732-8884.

[Houston]---Houstonian Gloria Trevino filed a request for the intervention of the UN Commissioner for Human Rights on behalf of her brother Roberto Rodriguez Trevino, a disabled Viet-Nam veteran and recipient of the "Bronze Star" and "Purple Heart," who has been falsely accused and unlawfully imprisoned for life at the Mark Stiles Units Prison in Beaumont, Texas where he is being treated with cruel and unusual punishment and denied medical treatment for his service-connected disabilities.  The UN Commissioner of Human Rights returned a communication of receipt of the complaint and sent to the US authorities in accordance with international law and the Sub-Commission on the Prevention of Discrimination and Protection of Minorities.  In the complaint, Ms. Trevino requests the investigation of this case, the denouncement of irregularities and discrepancies throughout the trial and the human rights violations inflicted on her brother by the criminal justice system in the United States.  This latest motion by Gloria Trevino is another in the long list in her quest for true justice over the pass years.  Included in these efforts, she peacefully protested in front of the White House for 14 days, was violently unlawfully arrested twice and now she has a civil rights case pending on violations of First Amendment rights of freedom of speech and assembly and likewise she continues to be denied equal legal representation for her brother, family and herself.  For the Trevino family, no money, no rights, no justice!

Ms. Gloria Trevino is available for interviews upon request.  Please write to her at the above address or call at  (281)732-8884.  after 9:30 a.m. CST.

United Nations Commission on Human Rights
Room S 2914
1 United Nations Plaza
New York, N.Y. 10017   -   Certified Mail # Z-419-446-837

Nov 5  2 31 PM '97   November 5, 1997

N. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

United States District Court for the District of Columbia
Attention: Honorable James Robertson
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Subject: Continuing Civil Rights and Racketeer Influenced and Corrupt Organizations Act Violations
Title:     "Living the American Nightmare" subtitled "Victims in Petition for Justice"
Reference 1:  State of Texas vs. Roberto Rodriguez Trevino in the 40th Judicial District court of
                  Ellis County, Case No. 21530, etc./ 10th Circuit Court of Appeals, Case No. 10-95-277-CR.
Reference 2:  Gloria Trevino vs. The United States of America, et. al., in the United States District Court
                  for the District of Columbia, Case No. 97-604 (JR)

Dear Honorable Ladies and Gentlemen;

        Enclose please find the above titled "Living the American Nightmare," subtitled, "Victims in Petition for Justice," part of which was unlawfully seized from me when I was denied free speech in front of White House, which describes a series of evils aimed at my family and myself indicating an ongoing pattern of criminal oppression, brutality, savagery, unlawful imprisonments and harassment aimed at discouraging my quest for justice as mentioned as the subject above. All Constitutionally protected civil, political, human rights and rights to freedom have been, and continue to be, violated. I am determined that justice shall prevail and I am relentless in my pursuit.

        I have exhausted all domestic legal/administrative remedies in my effort to get assistance for my brother and our family. Any further legal proceedings are an impossible task, because of the continuing criminal oppression, harassment, Racketeer Influenced and Corrupt Organization activities by misguided governmental interference and influence and because of our distress financial stress as described throughout the enclosed booklet. Also some of the culprits mentioned in the booklet have been compromised and are now employed in the United States Department of Justice, creating an even greater conflict of interest.

        My specific request to the United Nations Commission on Human Rights, in the interest of Justice, is that they immediately investigate and publicly denounce the irregularities and discrepancies in the case which led to the unlawful imprisonment of my brother, Roberto Rodriguez Trevino. Also requested is assistance in assuring that we are afforded due process and equal protection under the law as guaranteed under the Constitution of the United States.

        Your prompt and full attention and investigation of this complaint is urgently needed and requested. I pray you will help.

                                                Respectfully submitted,

                                                *Gloria Trevino*

                                                Gloria Trevino
                                                12526 Olympia Dr.
                                                Houston, Texas 77077

CC:     US House Committee on Appropriations
           and appropriate subcommittees

## VICTIMS IN PETITION FOR JUSTICE

### Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas  77077
### (281)752-8884

CONGRESS OF THE UNITED STATES                                    March 11, 1999
Honorable Congressman Bill Archer
10000 Memorial Drive, Suite 620
Houston, Texas  77024-3490

Re:  REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME
Subj:  JUSTICE FOR ROBERTO RODRIGUEZ TREVINO AND FAMILY

### "LIVING THE AMERICAN NIGHTMARE"

#### In Pursuit of Justice For Roberto Rodriguez Trevino and Family

As per our telephone conversations, in support of our REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME, I submit the following Memorandum, entitled, "LIVING THE AMERICAN NIGHTMARE," subtitled, "VICTIMS IN PETITION FOR JUSTICE." Also attached is an article from the Houston Chronicle on the case of, "David Ruiz vs. W.S. Estelle," dated, March 2, 1999, entitled, "US Judge keeps hold on state prisons." We support the Honorable Judge William Wayne Justice's ruling, rejecting the state's latest plea to be relieved of federal court supervision. We agree that Constitutional rights of Texas inmates are routinely violated despite 20 years of judicial oversight and official promise to improve treatment. Therefore, we are in strong opposition to the Texas Attorney General, John Cornyn's groundless appeal to the 5th US Circuit Court of Appeals in New Orleans. In support of our position, I submit the ugly case scenario of my brother, Roberto Rodriguez Trevino, inmate No. 729766, Mark Stiles Unit, 3060 F.M. 3514, Beaumont, Texas  77705, 19 - C - 06, subtitled:

### "Nightmare on M. Stiles Unit Prison."

Roberto Rodriguez Trevino is a Bronze Star, Purple Heart recipient and a political prisoner at the Texas Department of Criminal Justice, Mark Stiles Unit Prison, one of the worst prison units in the state, where he continues to be treated with cruel and unusual punishment and blatantly denied visitation rights with me as well as blatantly denied medical treatment for his 100% service-connected disabilities which have been worsened by the maltreatment that he has been subjected to by the prison officials over the past four years.

Robert was born June 7, 1946, in Laredo, Texas, one of ten siblings. Our father, Jose P. Trevino, was a WWII veteran and master plumber by trade who also suffered from arthritis, diabetes, and weak heart condition from an early age and died in 1937 of a heart-attack at age 63. Daddy, suffered more than his share of reprisals and blatant discrimination practices for trying to be an active participant in community affairs. Robert is a war hero, had never been involved with any gangs, drugs and had no Houston criminal record and would give the shirt off his back to help someone in need. Robert served two tours in Vietnam and was seriously wounded while rescuing members of his Platoon from an ambush and while wounded himself and under heavy fire, valiantly saved the lives of his comrades. Robert was extensively exposed to Agent Orange and other dangerous herbicides and suffers from skin disorders, liver damage, head and back problems, neurological and physical problems aggravated by his over weight condition, hearing and vision is seriously impaired, suffers from arthritis, diabetes, weak heart condition, soft tissue sarcoma, nerve damage, drop-attacks, structural damage to the brain, emotional problems associated with, like many other Vietnam war veterans, Post Traumatic Stress Disorders, carries steel fragments from explosions embedded in his knees, bone spurs in his feet, and has to use a cane and therapeutic shoes to walk.

Congressman Bill Archer - Request For Emergency Appearance Before Subcommittee on Crime
March 11, 1999 - P. 2

Robert was illegally arrested on Feb. 9, 1995, falsely accused of over 24 unsubstantiated counts of aggravated sexual assault on a gang of white juvenile delinquents who had criminal records and criminal charges pending at the time. On day 1, without probable cause, and without a warrant, Robert was abducted out of his home and the victim of illegal search and seizure. Day 2, after Robert was in illegal custody, illegal warrant was obtained and signed by JP judge, Curtis Polk, who has no law degree, acting outside his jurisdiction and judicial official capacity then held Robert on what amounted to "NO BOND?" JP judges are limited to misdemeanor cases and wedding ceremonies. However, JP judge Curtis Polk doesn't have to have a law degree to understand that their are other judges with law degrees who have jurisdiction in more serious cases such as alleged in Robert's case and that by signing the illegal warrant he was contributing to a crime since Robert was already in illegal custody. Day 3, the probable cause, complaint, was solicited from the juvenile delinquent gang who couldn't even remember the name or location of the clinic or of the "phantom doctor" who supposedly performed the "rape-test" on them and neither could their parents who had to give consent for the minors, alleged victims of aggravated assault, to be examined. Their justification is that JP judges don't have to have law degrees. It is true that a JP judge in the State of Texas doesn't have to have a law degree so long as he doesn't go outside his jurisdiction and the judicial official capacity of a JP judge with no law degree. Therefore, "self-appointed" county judge, Curtis Polk, (Alias Judge Roy Dean) with no law degree, set the "Wheels of Injustice" in motion. Robert was subjected to a one-sided, "sham trial," where I was not even allowed to testify on Robert's behalf and numerous other violations of the United States Constitution, denied members of his peers on the all white jury in furtherance of the violations of his civil rights and to ensure a conviction and consequently was condemned to life imprisonment making Robert more vulnerable to more blatant civil and human rights violations. No evidence of any crime was ever presented. There was no DNA samples, no cuts or bruises, no torn clothing, no hair sample, no weapons, no foot and/or shoe prints and there was no bloody gloves and/or finger prints, no dead bodies and, again, no members of Robert's peers on the jury. Robert was condemned to life imprisonment on more vicious unadulterated lies!

Subsequently, Robert's cane and therapeutic shoes were replaced with a mop and was being forced to hard labor at the prison and/or face corporal physical punishment by the prison guards. Robert was sent to one of the worst prison units in Texas, the Mark Stiles Unit in Beaumont, Texas to be forced to witness and face death almost on a daily basis since the Stiles Unit is basically a "concentration camp" and a "death-trap." The Mark Stile's Unit, like most prison units, is over-crowded, and highly contagious. Stile's Unit is filled with terminally ill inmates who are suffering from aids, tuberculosis and hepatitis and are force to work serving food while coughing up blood and throwing-up and are likewise being deprived of medical treatment by the prison doctors some of whom are under license suspension for criminal activities and drug abuse. The prison doctors are in reality, butchers and executioners in disguise who receive bonuses for supposedly saving the tax-payers money in medical expenses to the inmate's demise. In a short period of about a year, at the Stile's Unit alone, 16 out of 24 death's were ruled "inappropriate" and no one is being held accountable. The violent deaths of inmates as a result of brutal beatings by the prison guards are not included in this alarming number of casualties. Robert is innocent and regardless of this unlawful conviction and false imprisonment, he is entitled to retain his fundamental rights as a human being.

Over the past four years, we have been unsuccessful in our efforts to get assistance from a representative of the government to come to Robert's aid and to provide Robert the badly needed medical treatment and/or transferred to a medical facility where he can be near our critically, ill-stricken mother, Maria Rodriguez Trevino, whose medical condition, as Robert's, has worsened and can't travel the 12 hour round-trip to visit him. My mother also suffers from chronic pain, diabetes and multiple bothersome medical problems and is insulin dependent however she continues to suffer infections to vital organs in her body and is in and out of the emergency room. Mother and my other family members, as well as myself, continue to suffer severe grief, sorrow, and extreme hardships in relation to the traumatic experience of having a loved one falsely accused, persecuted and condemned to life imprisonment to be further abused. Even my sister-in-law, has been in the intensive care unit for weeks unable to breath on her own. My

other brother, Carlos, is also at risk since he suffers from among other things, epilepsy. This makes my mother more vulnerable because of her fragile medical condition and I'm worried that mother might go into shock and suffer a stroke or worse.

Furthermore, my efforts to get the VA and VA Medical Center, who have an agreement with the Texas Department of Criminal Justice to provide inmate veterans medical treatment for their service-connected disabilities, have likewise been frustrating and in vain. The VA and the VA Medical Center have unjustifiably blatantly denied Robert medical treatment well aware of his present unfortunate predicament and have likewise denied my mother VA compensation as a dependent parent of a disabled veteran and "War Hero," again, well aware of the entire situation, and in spite of the extreme hardships. The VA and VA Medical Center have blatantly denied me badly needed veteran's benefits over the years even though I'm not in prison and aware of my predicament.

In relentless pursuit of "True Justice," I also filed a Complaint to the United Nations High Commissioner for Human Rights who returned a communication of receipt of the complaint and sent to the US authorities in accordance with International law and the sub-Commission on the Prevention of Discrimination and Protection of Minorities. In my complaint, I request the investigation of this case, the denouncement of irregularities and discrepancies throughout the trail and the human rights violations inflicted on my brother by the criminal justice system in the United States. The result, the US authorities allowed the culprits, "Cover-up Artist," to investigate themselves and they generated false and misleading documents and reports to give the false impression and illusion that Robert has been and continues to be treated with kindness and in a fair and humane manor. When in reality Robert continues to be the object of the greatest crime against humanity - "Autocratic Rule!"

Not everything is Black and/or White and it seem to me that society in general refuse to accept the reality that there are Hispanic victims of discriminatory practices, hatred and injustice. Some of us are being persecuted for raising the issue of discrimination and fraud and are being taken back, or are living in the stone ages. We are not all gang members, thieves, abusers, drug dealers or drug users. Why are there no Hispanic guards at the Mark Stiles Unit Prison? We are not all criminals or members of the Mexican Mafia. Some of us are truly being victimized for simply trying to become active participants in the community and for simply exercising our rights to grievances and our freedom to address matter of public concern. This is suppose to be a Free Country! Throwing people in jail on trumped-up charges and/or putting them in isolation just because you don't like their politics is uncivilized and unacceptable. In addition, stripping our disabled Hispanic American war hero's of their dignity by replacing their well deserve medals of honor with a badge of infamy to throw them away like trash is also unreasonable, immoral and unlawful.

The Honorable US District Judge William Wayne Justice has somewhat restored my faith in the Judicial System. It is clear that the need to eliminate unnecessary death, destruction and suffering is a reflection of international interest and of the moral values of civilized men. However, the Texas Attorney General, John Cornyn's office and most of the Texas legislators are aware of this case and have done nothing to afford Robert his basic human needs or to alleviate our pain and suffering which are having a devastating effect on our daily lives. Therefore, this groundless and bad-faith appeal to the 5th US Circuit Court of Appeals constitutes criminal contempt, abuse of the legal process and is truly a waste of the Tax payers money.

Robert paid a high price in defending our Government when our Government called upon him in time of need to defend our national interest by going to war. I am also an honorably discharged veteran and a victim of defamation, retaliation, discrimination, police brutality and systematic abuse. Now we are calling upon our Government to come to Robert's aid in disentangling himself from this "Railroad of Hypocrisy and Injustice."

David Ruiz, the inmate who gave name to suit and is known for prison reform in Texas lives in isolation, never killed anyone and is serving a life sentence for burglary. David Ruiz asks, "Can you imagine being in a little room 23 hours a day for 11 years?" My heart hurts and feels pain for inmate, David Ruiz and his family. God bless David Ruiz for the great sacrifice and price he has had to pay for trying to make prison conditions better than they must have been even though not much have changed and certainly not for him. Yes, I can imagine being in a little room 23 hours a day for 11 years. This is inhumane and totally unjustifiable!

Robert's case is "unprecedented" and the first time in the history of the United States that a man has ever been charged, convicted and condemned to life imprisonment for allegedly "raping a gang" of juvenile delinquent. A travesty of justice and another perfect example of "Trial by Rage" inflicted on Hispanics. Can you imagine what they would do to me if I yelled "gang-raped" and couldn't remember the name and location of the doctor who supposedly examined me?

Exposing these atrocities and injustices and those entrusted on protecting us seems to be our only defense since we have exhausted all legal remedies under domestic law or have been prevented from exhausting them because of the continued outrageous arbitrary and capricious injurious retaliatory practices, harassment, blatant denial of civil and human rights, blatant denial of equal protection, equal representation and equal protection under the law, fraud, corruption, criminal oppression, lack of money and the lack of care and concern for indigent disabled Hispanic victims of discrimination practices and injustice. And, "cover-up!" Everyone seems to be covering-up with the same dirty, bloody blanket!

Therefore, we respectfully request that the Honorable Congressman Bill Archer intervene in our behalf and grant us the opportunity for the following:

1) Request for Emergency Appearance before the Subcommittee on Crime in our continuing efforts to initiate a Congressional "unbias" investigation into the matters I have raised throughout the attached documents concerning the discrimination practices, fraud, and other abuses and inefficiencies that have occurred and continue to occur within our government.

2) That the Subcommittee on Crime appoint an Investigative Committee on Justice for Hispanics.

3) That my brother's, Roberto Rodriguez Trevino, case be the first case to be investigated by the Investigative Committee on Justice for Hispanics.

4) That Roberto Rodriguez Trevino be appointed an attorney to afford him the equal legal representation, due process of law and equal protection under the law and those other basic civil and human needs as guaranteed under the US Constitution.

5) That the Trevino Family be afforded the equal legal representation and equal protection and due process of law as guaranteed under the US Constitution.

6) That I be appointed as staff member of that Investigative Committee on Justice for Hispanics.

and for any other relief that is just and proper in Pursuit of Justice for Roberto Rodriguez Trevino and Family.

attachments;
copy of letter from UNHCHR, dated 3/31/98
R.R.T on cover page of complaint to US State Department
Copy of Memorandum
cc - Honorable Judge William Wayne Justice

For Justice,

*Gloria Trevino*

**Gloria Trevino, President
Victims In Petition for Justice
12526 Olympia Drive
Houston, Texas 77077**

"In our weakness, God is strong"

# Legal News

VOL. 9   No. 6

ISSN 1075-7678

*Working to Extend Democracy to All*

June 1998

Price: $5.0

## Mis-Managed Health Care in Texas Prisons

In 1993, Texas state prisons overflowed with 70,000 prisoners. But the state was nearing completion of a $1.5 billion prison construction program that would more than double the number of state prisons. State Comptroller John Sharp appreciated what few Texans knew: the $1.5 billion prison construction price tag would be dwarfed by annual operating costs.

Prison health care was of particular concern to Sharp. For the previous half-decade, those costs had risen at a rate of 15 percent annually. The solution, according to a three-page recommendation ticked onto a massive 1993 state prison audit released by Sharp: managed health care.

Later that year, the Texas Legislature passed a bill that wrested control of prison health care away from the Texas Department of Criminal Justice (TDCJ) and gave the responsibility for most of the medical care of the state's prisoners to the University of Texas Medical Branch at Galveston and the Texas Tech Health Sciences Center in Lubbock.

The bill passed with little debate and almost no opposition. After all, plenty of people in the free world hate their HMCs. What some Texas politician would deprive prisoners a taste of managed care, especially when the plan promised to save tax dollars?

So in September 1994, UTMB and Texas Tech assumed control over more than 1,000 prison medical workers and a budget of $270 million. About 80 percent of the managed care would be handled by UTMB, located in southeast Texas, where the vast majority of state prisons are situated. Texas Tech would cover the remaining 20 percent of the prisons located in north and west Texas. Both promised to cut costs and improve care for a prison population that has since mushroomed to approximately 140,000.

After three years of managed care, the savings, according to prison HMO officials, are impressive. So far, they say, the state has saved some $125 million as the cost-per-prisoner has dropped from $132 a month the prison HMO was paid in its first contract to the approximately $100/month it's currently paid. The prison system paid a new contract fee of $123 million for managed care in 1997.

But a state audit released in January 1998 highlights some deeply rooted systemic deficiencies beneath the rosy glow of efficiency and cost savings. Among the issues underscored by the audit:

* Last year, the two medical schools realized a $25 million profit from the contract; the audit cites this as an indication that the contract is too generous.

* The level of care was described as "improper" in 16 of 24 deaths at one prison unit. The prison, undoubtedly the Mark Stiles Unit, was unnamed in the audit. But in 1996 the TDCJ ordered a "mortality review" of 24 deaths at the Stiles Unit (where UTMB had concentrated prisoners identified as HIV+) and found that 16 of the 24 cases had been handled improperly. The TDCJ review called for disciplinary action against Stiles Unit personnel. But UTMB's medical director for the prison HMO, Jesse Calhoun, overruled the TDCJ task force recommendations and no action was taken. Calhoun said the TDCJ task force had "no business" telling UTMB how to manage HIV care.

* A review of medical personnel showed that eight prison doctors in three states are under licensing restrictions by the state's medical boards for problems ranging from sexually molesting patients to bombed abortions to drug and alcohol abuse. The audit showed that both universities failed to check references, graduation records and residency program completions for their doctors and nurses.

INSIDE

| | |
|---|---|
| Editorial | 2 |
| Book Reviews | 4 |
| Pro Se Tips & Tactics | 6 |
| NY Prisoner Awarded $55k | 8 |
| BOP Settles Sex. Abuse for $300k | 9 |
| WA County Accused of Cover-up | 11 |
| PLRA News | 12 |
| Sexual Harassment Award in CA | 13 |
| SF Jails Held Unconstitutional | 13 |
| MI Parole Amend. Constitutional | 19 |
| Rape Reps. for MAR Struck Down | 22 |
| News in Brief | 24 |
| Violence Against Prisoners Tour | 25 |

PUBLISHER
Rollin Wright

EDITORS
Legal Paul Wright
News: Dan Pens

CIRCULATION
Fred Markham

LAYOUT/DTP
Matthew Esget

QUARTERLY COLUMNISTS
John Midgley
Laura Whitehorn
Mumia Abu Jamal

CALIFORNIA CORRESPONDENT
Willie Wisely

CONTRIBUTING WRITERS
Alex Friedmann, Adrian Lomax,
Julia Lutsky, James Quigley
& O'Neil Stough

Subscriptions

If you have not made a donation of stamps or money to PLN, then please do so now. A one year subscription is $15 for prisoners, $20 for individuals, more if you can afford it, and $50 for lawyers and institutions. Prisoner donations of less than $15 will be prorated at $1.25/issue. Do not send less than $7.50 at a time. New subscribers please allow six to eight weeks for the delivery of your first issue, longer if you are a Texas prisoner. Confirmation of receipt of donations cannot be made without an SASE unless you have not received your first issue within the time allotment mentioned above. Ad rates are available on request. PLN is a section 501 (c)(3) non-profit organization. Donations are tax deductible. Send contributions to:

Prison Legal News
2400 NW 80th Street #148
Seattle WA, 98117

If you are located in Europe or the Middle East, send financial contributions to Saldenrsen Poienstein, C2, 17024, 21770 Milan, Italy. Readers in Latin America, Canada or elsewhere outside the United States can send their PLN donations to Area Ana Spira, P.O. Box 6214, Station A, Toronto, Ontario, Canada M5W 1P7.

Article submissions may be made directly to the editors, Paul Wright &/or LA, PO Box 777, Monroe WA 98272, or Dan Pens 48703M, PO Box 888, Monroe WA 98272. We cannot return submissions without an SASE. If we use your article, you will receive a one year gift subscription to PLN.

PLN is online with a newly designed Website. Point your browser to http://www.prisonlegalnews.org to see the state of the PLN legal research site. It will soon be an extensive resource for prison litigation and provide fully referenced back issues of PLN. There are many questions or comments about the Website drop me a letter and the webmaster at webmaster@prisonlegalnews.org.

## Health Care (continued)

Some $668,000 was paid to 60 UTMB prison HMO doctors last year as bonuses, despite strong protest from the TDCJ that such payments provide an incentive for prison doctors to deny care to prisoners.

Another audit, this one conducted by the TDCJ Health Services Division in 1997, summarized the five most frequently found problems in the prisons it audited. Of the 58 prisons whose records were reviewed, 41 failed to follow up on a program of flu immunizations for prisoners at high risk; 42 failed to adequately account for emergency room procedures; 44 could not properly document that they had counseled prisoners in need of therapeutic diets; and 49 could not show that they had offered vaccines to prisoners at risk for pneumonia, which would include the elderly, the chronically ill and those with HIV.

But the most troubling statistic was that 48 of the 58 prisons missed an audit question concerning their documentation for access to care. In other words, prison HMO workers were saying that they had provided care — but they didn't have the paperwork to prove it.

However, such problems haven't hurt the accreditation rating of Texas prisons. Prisons that are not in compliance with some accreditation standards frequently have been given extensions to get into compliance by Dr Michael Warren, who until recently was the medical director of the TDCJ Health Services Division on a part-time basis.

Despite problems cited by TDCJ auditors, Warren rarely criticized UTMB's managed care — in part perhaps because he was spending most of his time employed by UTMB as its chief of urology.

When the Houston Press asked TDCJ director Wayne Scott how Warren could manage such an obvious conflict of interest, Scott replied that "Dr Warren is here at our request, not anybody else's, as part-time medical director. Mike Warren is he, we believe, that can separate those two responsibilities."

But two days after talking to the Press about Warren, Scott fired the doctor, and sent a secretary to Galveston to

And Dr Warren's double duty is the only cozy deal or questionable practice uncovered by Press reports. Probably the most glaring question concerns not around who provides medical care, but who is overseeing it.

Instead of having the two medical schools contract directly with the prison system, the 1993 legislation created a new and separate entity, the Correctional Managed Health Care Advisory Committee (CMHCAC), to supervise prison health care. Despite its name, there seems to be nothing "advisory" about the CMHCAC. Indeed, in some legislative documents it's described as the "Board of Directors" that supervises the HMO contract. The board consists of two representatives each from UTMB and Texas Tech and two representatives from TDCJ, one of whom must be a full-time medical doctor. In other words, the prison HMO contract is overseen by the vendors themselves, who outnumber their client four to two.

The January 1998 audit stated so a governing board "may no longer critical to the continuation of the managed care system" and suggested that the universities contract directly with the prison system. Such a change, however, would require legislative action, because the CMHCAC is a creature sired by the 1993 Texas Legislature.

Allan Polunsky, chairman of the Texas Board of Criminal Justice (which has oversight of the TDCJ), has even stronger words about the structure of the CMHCAC, declaring it "fundamentally wrong. The committee lacks accountability; it lacks accountability to the Legislature and to the TDCJ and ultimately to the taxpayers. It is the classic case of the tail wagging the dog. It makes no sense at all, but is the result of lobbying and politics."

But if the CMHCAC were to make sense to anybody, though, it would be two former TDCJ directors, James Riley and James Lynaugh.

In theory, the CMHCAC is supposed to be a supervisory agency that plans and monitors health care. But in reality, the actual day-to-day work of planning, providing care, hiring employees and so forth is done by the two medical schools. Nevertheless, the CMHCAC has its own five-person office located, appropriately

This office is headed by Riley and Lynaugh, neither of whom has extensive medical experience. As executive director, Riley makes $113,400 a year; Lynaugh pulls down $136,302 annually as chief financial officer. They supervise one assistant director and two administrative associates.

So about a million dollars a year from the prison health care contract goes directly to this five-person department, and no one seems to be able to explain just what the state gets in return.

According to Michael Berryhill, reporting for the *Houston Press*, James Lynaugh is a financial expert who worked closely with Lt. Governor Bob Bullock when Bullock was state Comptroller. Although Lynaugh had no prison experience, he was installed as director of TDCJ in 1987 when then-governor Bill Clements was pouring money into the budget to build more prisons. Lynaugh fell out of favor with the TDCJ board during Ann Richards's governorship, and resigned in the fall of 1993.

The board was divided about who to choose for its next director, and pressed James Riley, a former military prison warden who had been working in health care for the TDCJ to serve as interim director. Riley told the board he didn't want the job permanently but he took it for several months until [the recently indicted] Andy Collins of VitaPro fame was selected.

One reason Riley may not have wanted the high-pressure job of director was that he was busy setting himself up as bag-man for the fabulously lucrative prison HMO contract. Buried in the back of state Comptroller John Sharp's massive 1995 audit of the prison system was the three-page recommendation to create the managed health care system Texas has today. Included in the recommendation was the creation of not just a board of officials from the medical schools and TDCJ, but also a "managed care administrative position" which eventually resulted in six-figure jobs for Lynaugh and Riley.

When asked how the prison HMO's unique organizational structure was created, Riley would only say that it was the suggestion of the Comptroller and the will of the Legislature. But the specific recommendations were inspired by someone, and Riley's name appears in the footnotes of Sharp's report as assistant director of ... care services.

Most observers believe that Riley and Lynaugh masterminded the creation of the CMHCAC, with the politically connected Lynaugh as the brains of the operation — which might explain why he makes $13,000 more a year than Riley, the man he reports to. In the words of Texas prisoners, it looks like Riley and Lynaugh have cut themselves a fat hog.

But if the state has saved $125 million on prison health care costs, and the medical schools who run the prison managed care system are pulling down $25 million a year in profits, isn't that a win-win situation? Why should anybody complain?

Texas prisoners are the clear losers, and they have plenty of reasons to complain. Horror stories abound of prisoners routinely and systemically denied care. As former TDCJ health administrator Jim Cook says, "When UTMB took over, the approach was typical of managed care: Cut costs, cut care."

Part of the HMO's problem, according to Cook, is that UTMB has eliminated important clerical positions and consolidated nursing and administrative positions. The result is both inadequate care and inadequate documentation. He describes one of many instances where this combination proved deadly.

"I had an inmate shipped from the Hodge Unit in Rusk, which houses mentally retarded inmates," Cook says. "He was a brittle diabetic and had bad teeth, and we sent him to Galveston to have his teeth extracted. UTMB put him on a chain bus to Estelle Unit for a layover before returning him to Hodge. No one read the orders on him. He didn't get insulin for six days, and he died."

So the bottom line is this: (mis)managed care isn't a "win-win" situation, it's a "win-win-lose" situation, with prisoners — some of them literally dying for medical attention — clearly on the short end of a very lucrative stick. And when is the Texas Legislature doing to set things around?

During the last legislative session, state Representative Todd Staples of Palestine introduced a bill to change the board structure of TDCJ's managed care system. His bill would have replaced the vendor-dominated board with a board of outsiders. But the prison HMO's highly-paid lawyers Riley and Lynaugh spent a good deal of time in Austin fighting the bill, and it died in committee.

And to add insult to injury the legislature passed a bill in the same session to ...

charge Texas prisoners a $3 medical co-pay for every medical visit.

So Riley and Lynaugh still have their fat hog. And Texas prisoners — none of whom are paid for their labor, all of whom are forcibly compelled to work, and 85 percent of whom are indigent — have the indignity of being forced to pay for medical care heaped upon the insult of, in many cases, literally dying for lack of adequate care in the first place.

But then, prisoners don't have inside political connections, don't send lobbyists to Austin, and they don't vote. So who cares?

*Sources: Dallas Morning News, Houston Press*

[Editor's note: This article could not have been possible without the superb investigative journalism of Michael Berryhill of the *Houston Press*. Many thanks for a job well done.] ■

## Pelican Bay Cellie Slayings

Felipe Cruz, more than seven years into a 17-to-life sentence for second degree murder out of L.A. County, was found unconscious in his Pelican Bay SHU cell on the morning of November 1, 1997. He was taken to a local hospital where he was pronounced dead. Prison officials said that 26-year-old Cruz was strangled by his cellmate, 19-year-old James Elford.

It was the eighth such cellie-on-cellie slaying in Pelican Bay in the last 25 months. All five killings were by strangulation. But prison spokesman Lt. Domingo Uribe said the prison has no plans to re-examine its practice of double-celling prisoners in the Pelican Bay control unit where cellmates are confined (some say entombed), together 23 1/2 hours a day.

"All these inmates, when they double cell, it's voluntary," said Uribe. "They sign agreements to cell with each other."

Uribe said there is no evidence any of the slayings are related, although he told reporters that all of the victims and their accused killers were white. Uribe insinuated that some of the killings may have been "gang related," saying that one of the victims was a member of the Aryan Brotherhood, and one of the suspects was "an associate" of the AB.

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone: (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

March 5, 2021

Via certified mail 7011 1570 0001 7703 7096

Office of General Counsel
U.S. Department Veterans Affairs
810 Vermont Ave. NW
Washington DC 20420

      Re:    Veteran Gloria Treviño, 6890,
            Complaint to Secretary Robert Wilkie concerning Improper Medical Treatment at
            the Michael E. DeBakey VA Medical Center in Houston Texas

Dear Sirs:

      I represent Gloria Treviño, 6890 who is a totally and permanently disabled honorably discharged veteran of the United States Armed Forces. She suffers from chronic psychological problems including PTSD as a result of MST incurred during her service.

      I write this letter with Ms. Treviño's assistance, to appeal to your office to respond to Ms. Treviño's complaint submitted to the former Secretary of the Veteran's Administration, Robert Wilkie in May 2020, a copy of which is attached as Exhibit 1. I have known and represented Ms. Treviño for over a decade and can tell you she is passionate about these issues and many of her passionate statements are including in this letter because I represent to you that she is always truthful and passionate.

      Ms. Treviño's complaint is about improper psychiatric medical treatment and specifically improper recording of a statement of Ms. Trevino, or more specifically writing down something Ms. Treviño had never said to the VA psychiatrist at the Michael E. DeBakey VA Medical Center in Houston Texas. She was seeing the doctor about a traumatic event that she suffered when she was buying a Ford Mustang from a dealership in Houston. The traumatic event occurred when she was coerced into buying the Mustang in a contract extremely detrimental to her. The statement

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 2

allegedly said by her to the doctor is written down in the VA medical record about the event was not what she had told him and in fact is basically the opposite of what she told him. Ms. Trevino has tried to get the record corrected to reflect what she actually said. However, the VA has refused to correct the record even though this mis-recording is damaging to Ms. Treviño in the lawsuit she has filed against the Ford dealership complaining about the coercion and other deceptive trade practices of the dealership. In particular, as she told the VA doctor and as she has alleged in her lawsuit, Ms. Treviño was put under extreme pressure from the Ford salesmen and as a result signed a contract that was detrimental to her. This effect of this coercion is clearly described in the report by the private psychiatrist, Dr. Karen Brown, Ms. Treviño has been forced to hire because of the improper assistance she received from the VA doctors on the issue. Dr. Brown's report clearly lays out the essence of Ms. Treviño's claim of coercion that is the basis of her lawsuit, i.e., that she suffered extreme emotional distress inflicted by the dealership's employees at her purchase of a Ford Mustang:

> during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement. See Exhibit 1, Attachment #1

As mentioned above, Ms. Treviño has sued the Ford dealership and I represent her in that lawsuit. When Ms. Trevino was described what happened and her state of mind in the pressure cooker at the Ford offices, the VA doctor improperly wrote down thing she had not said to him as if she had. The way the record was written down made it appear that Ms. Treviño had admitted her negligence during the transaction, which was not what she had said at all and in effect negates her lawsuit. In fact, what she told the VA doctor is the exact opposite. When Ms. Treviño tried to have the record corrected to reflect what she had actually said, the VA refused to correct the falsely recorded statement but only added on a following page that Ms. Treviño had subsequently claimed she had said something different. This was not a correction of the alleged statement that still stands as if the VA Doctor had properly recorded what she had said and that later she tried to change the statement. This is untrue. She never made the statement to the VA doctor that still stands in the record. It is inconceivable to me and to Ms. Treviño that the VA will simply admit that the doctor had mis-recorded what she said and simply correct the record. As will be detailed later in this letter, this uncorrected statement damages the basis of Ms. Treviño's allegation in her Ford dealership lawsuit, seemingly admitting away her case. This cannot stand.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 3

In her May 12th letter to Director Wilkie, Ms. Treviño laid out this problem and detailed her steps to have the record corrected up through that date. However, Despite the promise from his office, that the Secretary was going to have his staff investigate the matter, as detailed in the email response attached as an exhibit to this letter the VA has totally failed to respond, and the issue remains unresolved.

On May 12, 2020, I sent Ms. Treviño's complaint to Secretary Wilkie via email, a copy of which is attached as Exhibit 1. We know the complaint was received because, on May 13, 2020 I received an acknowledgment of Receipt from the Office of Secretary, a copy of which is attached as Exhibit 2. In this acknowledgement, the Secretary's Office stated:

> The Secretary has received your email dated May 12, 2020. He has forwarded your
> inquiry to VHA leadership for review and direct feedback, and someone will
> contact you shortly. Thank you for your communication.

Neither my client nor I have received a response although the issue set forth in the letter remains. Although the facts giving rise to the complaint are found in the May 12th letter, I will take the liberty of repeating them here as well as adding additional comments.

Ms. Treviño received improper, uncalled for and unprofessional comment that Ms. Treviño received from Dr. Theron Bowers when she spoke to him on April 30, 2020 when she was seeking prescriptions for her medication as well as the medical excuse. The uncalled-for remark was a threat from Dr. Bowers to have a trustee appointed to manage her affairs, an action that is not only totally uncalled and disrespectful for but also requires that the VA address this improper action. As will be set forth below, Ms. Treviño is seeking full rights and benefits from Veterans Affairs to which she is legally and morally entitled. Let me explain.

First, I want to tell you of my experience and relationship with Ms. Treviño as her attorney, my assessment of her ability to fully manage her life and the reasons why I believe this letter is necessary. I have been Ms. Treviño's attorney for well over a decade. I have represented her in several matters, including efforts related to her family and have come to know her and her capabilities well. Obviously and as the VA knows well, Ms. Treviño is a very passionate person, is very intelligent and often is very blunt. I have come to understand that her passion is related to achieving justice, not only for herself but for her family, and she is not hesitant to seek it, even if she offends someone. While she and I often disagree on matters and sometimes fight like brother

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 4

and sister, I am proud to represent her and have come to appreciate how meticulously she conducts her life.

As I am sure you know, Ms. Treviño has been diagnosed with Schizoaffective Disorder and PTSD because of MST during service in the US Air Force. Because of this, she has utilized the medical services at the Michael E. DeBakey VA Medical Center, Mental Health Clinic for years. However, Ms. Treviño strongly feels that the doctors at the VAMHC have not always treated her well because of some complaints she has made and are now only affording her minimum benefits of medication management. As a result of these limitations imposed by the VA, she has been required to seek assistance from a private psychiatrist, Dr. Karen Brown, whom she has seen for several years. As I mentioned above, on April 30, 2020 Dr. Bowers threatened Ms. Treviño with forcibly appointing a Trustee for her to manage her affairs instead of providing her with a proper medical excuse which was blatantly denied. The threat of appointing a trustee is not only uncalled for but also is retaliatory for some of her actions related to her complaints, which are no doubt unpopular, but she has a right to make. I know for a fact that Ms. Treviño manages her life and her fiscal affairs well and has done so over the years. I have observed she is scrupulous on managing her finances which she does well. I have seen her scrupulousness in meeting her financial obligations. However, like a great, great number of us have had, she recently had an unpleasant experience with car salesmen who, as we are all aware, often take unscrupulous advantage of customers, especially women and minorities. This happened when salesmen of a local Ford dealership in Houston took unfair advantage of Ms. Treviño. She has suffered mental distress as a result of the undue pressure that they placed upon her. This occurred when she went to this local Ford Dealership to look at their Mustangs. While she was there, these salesmen put her under intense pressure to buy a car without fully disclosing the true terms of the contract. In the lawsuit, she has alleged they mislead her by falsely claiming she was getting a great deal when the opposite was true. They further misled her to believe that they were going to provide her a car within her budget which she had initially explained to them and falsely claiming she was going to get discounts and bonuses to which she was entitled by virtue of her membership in the Disabled American Veterans association and the UAW Employee Family Discount. They then put undue pressure on her to sign the papers without explaining the contract she was signing, a contract in very fine print and so confusing that even a lawyer like myself would have difficulty reading and understanding. Shortly after she left the dealership, she realized she had been taken advantage of and involved me in the matter right away. Their actions have resulted in a Texas Deceptive Trade Practices Act and Misrepresentation lawsuit filed against the dealership and three of its employees in Harris County. This lawsuit is being delayed because of the Covid 19 crisis.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 5

     In her dealings with the salesmen, it is apparent that they put her under a pressure cooker, impaired her psychiatric distress and got her to sign a contract under duress that was based upon misrepresentations and trickery. It is important to understand that this type of conduct is not unique to Ms. Treviño. It is the type of conduct in the industry that led to the Texas Legislature to adopt the Texas Deceptive Trade Practice Act to provide remedies to aggrieved consumers like Ms. Trevino.

     This brings us to the situation with Dr. Bowers. When she was referred to Dr. Bowers, she was requesting a proper medical excuse and prescriptions for Ziprasidone and Lorazepam. Not only did he refuse to give her the prescription when she spoke to him, after she explained her complaint against the Ford dealership, Dr. Bowers stated that she might need a "trustee" for giving her money away. This was improper and highly insulting and goes against the fact that Ms. Treviño has been managing her affairs for decades, even with her PTSD. Ms. Treviño's position is that the VAMHC doctors, in their concerted effort to deny Gloria a proper medical excuse, first erroneously alleged that Gloria was not suffering from her mental condition when she was basically browbeaten at the Ford dealership and there was nothing wrong with Gloria when she signed the contract to now alleging that she was so ill when she signed the contract that she was giving her money away and now needs a trustee.

     Ms. Treviño does not need a trustee. She is handling her affairs well, as is demonstrated by the fact she is prosecuting a case in court against the Ford Dealership. Not only is that my opinion based upon my years of experience with her, it is also the opinion of her private psychiatrist, who has treated Gloria for years. It is Dr. Brown opinion, both that Gloria does not need a trustee and that she was acting under duress when she signed the contract with the Ford dealership. I am attaching copy of Dr. Brown's letter dated May 6, 2020 stating that Gloria does not need a trustee. I am also attaching a copy of Dr. Brown's letter dated May 21, 2019 opining on the undue pressure put upon Gloria by the Ford dealership. And this is not only the opinion of Dr. Brown and me. In addition, I am attaching a letter from Gloria's older brother, Julio Treviño about this matter. Julio, who has certainly known Gloria for many more years than I have, expresses shock and outrage over the mistreatment Gloria has received from, including Houston VA Director Francisco Vazquez, and the VAMHC doctors including Dr. Robert E. Garza, Dr. Ann Zachariah, Dr. Jonathon M. Grabyan, Dr. Theron Bowers and others.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 6

In his April 2, 2020 infamous and inconsistent letter to Ms. Treviño, Exhibit 1, attachment # 4, the barbarous and sexist VA Director Vazquez alleges that the VA doctors that emulate him claim that Ms. Treviño was not under duress when she signed the detrimental Ford Contract. However, Dr. Garza has since denied that they ever told the VA Director any false and injurious information about Ms. Treviño regarding her mental state when she signed the contract under duress. Ms. Treviño has never authorized the VA Doctors to give any medical information to anyone, and certainly not false and injurious statements that she was not under duress when she signed the contract to anyone including the VA Director Vazquez nor to the Ford Dealership Defendants. It is Ms. Treviño's contention that the VA doctors have likewise appear to have maliciously violated her privacy and provided the Ford Defendants the false and injurious information that she needed a guardianship since the Defendants are not doctors; however, in discovery these Defendants are repeating the allegation that she needed a guardianship to sabotage her case. The real reason the VA have maliciously blatantly refused to provide her a proper medical excuse and continue to falsify her medical records that appears to support their vicious scheme to sabotage her case and humiliate and defame her. For example, when Ms. Treviño complained to the VA doctors that she was extremely distressed and coerced into writing the Ford defendants a $1,000.00 check and into signing the detrimental contract under duress, they erroneously state she was not under duress when she signed the contract and blatantly refused to provide her a medical excuse. Another example is when Ms. Treviño reported to Dr. Grabyan that the Ford salesman had lied and did not give her the DAV and UAW discounts she was entitled and had asked for and that they had promised her and did not give her the discounts and had overcharged her for the Mustang, Dr. Grabyan malicious and outrageous allegations in his medical report that Ms. Treviño had not asked for the DAV and UAW discounts and that she had not checked with other dealers to see if she could get a better deal elsewhere, making her grossly negligent in the purchase of the car. Dr. Grabyan did not even ask Ms. Treviño if she had gone to other dealers about pricing, which she had. However, out of the clear blue, he erroneously alleged that she hadn't, which further prejudiced her case. Similarly, Dr. Bowers with impunity not only threatened Ms. Treviño with a trustee, but bolstered his bogus claim in the medical report by erroneously alleging that she had a history of mild neurocognitive disorder (incorrectly alleged she was "giving her money away") and aware that Ms. Treviño is a rape victim, to further humiliate her, basically called her a whore by further erroneously alleging that she told him she did not have any sexual disfunctions. The subject of sex never came up and Dr. Bowers never asked about it nor did Ms. Treviño bring it up or discuss it. Dr. Garza  vehemently defended and protected Dr. Bowers and every one of the doctors who had insulted and offended her. These vicious allegations were false and intended to help the Defendants to sabotage her case and demonstrate the extreme prejudice and hatred that

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 7

they harbor towards Ms. Treviño and which also reflect on the criminal nature of their mind and behavior. These sadistic VA doctors have weaponized their medical degrees to defame and attack Ms. Treviño as evident and do not treat her like a disabled veteran but like an outcast and pariah. They treat her with oppression, sarcasm and confrontation to deny her proper medical care and run her out of the VA Medical system which she depends on.   They have made injurious false statements, violated her privacy and are at the very least in blatant violation of their Hippocratic oath to do no harm and should be barred from the medical profession.

Ms. Treviño's brother Julio Treviño has had experience with VA doctors and the medical system himself. He is also a totally and permanently disabled honorably  discharged Vietnam veteran and an American  War Hero who received 3 Bronze Stars during his tour of duty and suffers from numerous chronic medical problems and severe and crippling nerve damage from extensive exposure to Agent Orange. In his letter, attachment # 3 to Exhibit 1, Julio addresses the trustee issue and dismisses  it based upon his long experience with her.

It is apparent to Dr. Brown, to Julio Treviño and to me that there is no need for a trustee or a fiduciary to be appointed for Ms. Treviño. I have also reviewed the materials related to fiduciaries and trustee in the materials that are set out in title 38 of the Code of Federal Regulations, as well as those materials on the Veterans Affairs website related to fiduciaries. My review indicates there is no need to appoint a Trustee for Gloria under these guideline.

Finally, rather than allow this matter to escalate to the level of administrative litigation, I request the following in writing:

1. That Veterans Affairs assure Ms. Treviño that there is no effort to provide her a trustee.

2. That Veterans Affairs provide Ms. Treviño the full rights and benefits that she is entitled to and afford her a psychiatrist at the VAMHC that will not continue to abuse and threaten her and keep fueling her anger and depression but who will help her with all her needs and not just medication management, to include proper medical excuse.

3. That the sadistic and sexist VA Director and Doctors that emulate him be held accountable for their concerted and abusive and oppressive treatment of Ms. Treviño and cover-up.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 8

4. That Veterans Affairs immediately compensate Ms. Treviño for all her medical expenses she is having to incur as a result of the VAMHC's refusal to provide her proper and adequate psychiatric care and requiring her to obtain it from Dr. Brown. The billing records of Dr. Brown are attached as Exhibit 3.

A form 21-22a signed by Ms. Treviño authorizing my representation in this matter was attached to the May 12th letter to Secretary Wilkie and if found at the end of the attachments to Exhibit 1 The attachments to this letter are:

1. Exhibit 1:  Letter to Secretary Wilkie dated May 12, 2020 with the following attachments:

   May 6, 2020 Letter from Dr. Karen Brown, #1
   May 21, 2019 letter from Dr. Karen Brown #2
   April 27, 2020 Letter from Julio Treviño #3
   April 2, 2020 Letter from VA Director, Francisco Vazquez #4
   August 15, 2019 Medical excuse from VAMHC Dr. Ann Zachariah # 5
   Form 21-22a # 6

2. Exhibit 2:  Response from Secretary Wilkie's office dated May 13, 2020 to the Letter to him dated May 12, 2020.

3. Exhibit 3: Billing records from Dr. Brown

   We look  forward to your prompt response.


                                        Sincerely,


                                        John Richards

cc:    Gloria Treviño



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

In Reply Refer To: 00A-00C-CA

APR - 2 2020

Ms. Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077-5828

Dear Ms. Trevino:

This acknowledges your inquiry of March 10, 2020, to the White House Hotline, regarding your disagreement that your PTSD diagnosis did not have a bearing on a contract for a vehicle purchase you signed.

Dr. Jonathan M. Grabyan, Psychologist, Dr. Robert Garza, Staff Psychiatrist, and Dr. Jiji Zachariah, Nurse Practioner, have responded previously to your concerns about their refusal to sign an excuse that you were under duress in signing a new vehicle purchase contract. We feel we have addressed your concerns to the best of our ability and cannot provide any new information. Accordingly, this letter will be considered the final response to your inquiry for an excuse that your PTSD affected your ability to engage in a vehicle purchase contract.

Please be assured that we will continue to provide you the medical care for which you are eligible. Should you have further questions about your medical care, please feel free to consult Dr. Jonathan M. Grabyan, Psychologist, at 713-791-1414, extension 23594. He would be most pleased to assist you.

Please be confident that we will forever honor our Veterans, from the greatest generation to the latest generation, and it is our privilege to care for the very best of our citizens who have given their very best to our country.

Sincerely,

Francisco Vazquez, MBA
Medical Center Director

FV/rek

received
4/15/20
Gw

Λ

**JULIO TREVINO**
**300 BLOSSOM VALLEY STREAM**
**BUDA, TEXAS 78610**
**(512)820-0246**

TO WHOM IT MAY CONCERN;

April 27, 2020

My name is Julio Trevino 4789. I am also an honorably discharged totally disabled Vietnam Veteran and am the brother of 100% disabled veteran, Gloria Trevino 6890.

I am writing to express shock and outrage over the retaliatory meanspirited April 2, letter and mistreatment that my sister, Gloria, has been maliciously subjected to by the Michael E. DeBakey VA Medical Center Director, Francisco Vazquez, the Mental Health Clinic Director, Dr. Robert Garza, Dr. Ann Zachariah and Dr. Jonathan Grabyan involved in the egregious retaliatory illegal, immoral, and unethical scheme to deny Gloria proper medical care and sabotage her case against the car dealership that coerced Gloria into signing a totally injurious detrimental contract under duress. Gloria was clearly suffering from her service-connected mental illness and not in her right frame of mind when she was coerced into signing the detrimental contract under duress. You don't have to be a brain surgeon to figure that out. However, these VA doctors aren't fit to be veterinarians and are erroneously alleging that Gloria was not suffering from her mental illness and was not under duress when she signed the injurious detrimental contract and it clearly demonstrates their ill will and hatred towards Gloria.

I am also a witness to when the Houston VA Mental Health Clinic doctors tried to have Gloria illegally arrested by sending the Houston Police with guns drawn to her house supposedly because she was homicidal, however, I was visiting her on that day and saved her life. I am concerned that the Houston VA Mental Health Clinic generated a call to Gloria by having Contree Hollor, I believe is her name from phone number (713)791-1414, extension 26910 last Monday on the guise that they were referring her to another doctor there that was going to help her, however, Gloria has not heard back from her and feel their call was only made to appease the White House and was not serious or made in good faith as if Gloria is not entitled to adequate and proper care from the VA Hospital. I am also concerned that these VA Officials and Employees might try again to have Gloria illegally arrested and confined to a jail or mental health facility in further retaliation for her filing legitimate complaints against them and I fear for her life and safety.

Therefore, I respectfully request that you intervene on Gloria's behalf, hold these lawless federal employees accountable and restrain them from causing her any further harm and injury to ensure her that she will receives the full rights and benefits that she honorable earned while serving our Country without further incidents and unnecessary delays.

Thank you for your kindness and understanding.

Respectfully,

Julio Trevino, 4789
300 Blossom Valley Stream
Buda, Texas 78610

**KAREN S. BROWN, M.D.**

*General Psychiatry*

*Diplomate, American Board of Psychiatry and Neurology*

February 8, 2011

Re:  Gloria Trevino·Turner

To Whom It May Concern:

Gloria Trevino has asked that I write this letter on her behalf in order to explain the psychiatric limitations which she has had while attempting to advocate for her brother, Robert R. Trevino, who is in prison.

Ms. Trevino has had several psychiatric hospitalizations of her own, starting in the 1980's and continuing into the late 1990's.  She is diagnosed with Schizoaffective Disorder, PTSD and has struggled with delusions, severe anxiety and episodes of being unable to think clearly or function even when not in hospital.  These symptoms have inhibited her ability to continuously advocate for her imprisoned brother, but she has been consistent when she is well enough to do so.

Please take these exceptional circumstances into consideration when considering petitioners motion for appointment of council and when evaluating the petition for Writ of Habeas Corpus for her brother, Robert R. Trevino.

Should you require further information, please contact my office.

Sincerely,

Karen S. Brown, M.D.

820 Gessner, Suite 750 • Houston, Texas 77024 • 713-467-5600 • Fax: 713-973-0104



*Diplomate American Board of Psychiatry and Neurology*

929 Gessner Rd. Suite 2000 • Houston, Texas 77024
713-467-5600 • Fax: 713-973-0104

May 21, 2019

To Whom It May Concern:

Gloria Trevino is currently under my care. She is diagnosed with
Schizoaffective Disorder, a severe mental illness, and PTSD. As a
consequence of her illness, Ms. Trevino functions very poorly
under stress and makes impulsive, ill-considered decisions. She
has been hospitalized several times for her mental illness; her
symptoms are exacerbated by stress. When placed under duress,
Ms. Trevino cannot think clearly enough to make rational choices.
She should, therefore, not be held to a contract signed following
the use of hard sales tactics.

Should you require further information, please call our office.

Sincerely,

Karen S. Brown, M.D.



*Diplomate American Board of Psychiatry and Neurology*

929 Gessner Rd. Suite 2000 • Houston, Texas 77024
713-467-5600  •  Fax: 713-973-0104

May 6, 2020

Re:   Gloria Trevino

To Whom It May Concern:

I am a board certified psychiatrist in private practice since 1991. I have treated Ms.
Trevino intermittently since 2007, most recently since October 2017. Since 2017, she has
seen me every 1 to 3 months, in addition to her appointments with her V.A. psychiatrist
who prescribes her medications.

I am writing this letter to attest that, in my professional opinion, Ms. Trevino is capable
of managing her own finances and does not require guardianship to do so for her. On
careful exam in her last appointments (5/1/20 and 5/4/20) she was able to clearly detail
both her income and expenses, and is managing her money competently.

While she has been distressed by a recent car purchase, during which she succumbed to
hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her
means. Her capacity to resist the hard sell was most probably impaired by her psychiatric
illness, but she does not have a history of financial recklessness or mismanagement.

In general, over the years I have known her, Ms. Trevino has never exhibited a pattern of
impulsive spending. In fact, I have noted that she has had enough money in reserve to
pay for her appointments with me, as well as to pay me to do a consultation on her
brother who was incarcerated several years ago.

To conclude, I do not concur that a financial guardianship is warranted on the basis of
Ms. Trevino's psychiatric illness.

Should you require further information, please call my office.

Sincerely,

Karen S. Brown, M.D.



**EXHIBIT B**

# MICHAEL R. ARAMBULA, M.D., PHARM.D.

August 13, 2021

Andrew Sharenson, Esq.
Johnson Deluca Kurisky & Gould
4 Houston Center
Houston, Texas 77010

Re:  Turner v. McCall-F

Dear Mr. Sharenson:

Pursuant to your request, I reviewed the following records that you sent to me relative the above case:

1.    Medical records, Memorial Psychiatric Associates.

Based upon the foregoing information to date, I have the following opinions all to a reasonable degree of medical certainty:

1.    Records show that Gloria Turner has a history of Schizoaffective Disorder which has been adequately managed by psychiatric treatment.
2.    Records show that Gloria Turner was largely asymptomatic when she purchased a new automobile in May 2019.
3.    Records do not substantiate that Gloria Turner was impaired by her mental illness and when she purchased her new automobile in May 2019.

## HISTORY

Ms. Trevino's earliest records (June 2007) indicated that she had a history of Schizoaffective Disorder and Post Traumatic Stress Disorder. Dr. Brown noted that she had last seen Ms. Trevino in 1992 and that Ms. Trevino had been receiving her care and treatment at the VA Hospital. She agreed to send correspondence in support of Ms. Trevino's effort to obtain 100% service-connected disability. Ms. Trevino returned to see Dr. Brown in July 2010, about her brother being imprisoned for life due to a child sex conviction; and she requested correspondence from Dr. Brown in support of her brother's legal petition. Ms. Trevino returned a year later with complaints that her VA physician harassed her when he discouraged her from pursuing her brother's case. Subsequent follow-up notes revealed that Ms. Trevino harbored suspicion about all VA employees who did not support her efforts, regarding her brother's appeal. When her brother's case was declined for review by the Appeals Court, Ms. Trevino claimed there was a racial conspiracy against her and her brother. Subsequent notes (2012-13) described Ms. Trevino's waxing and waning symptomatic, largely due to medication non-compliance. She was lost to follow-up for 4 years until she returned in October 2017. Then, Ms. Trevino reported that she had sued roofers for their work on her home. Dr. Brown recommended that Ms. Trevino increase the dosages of her medications, but subsequent notes revealed that she was not compliant with her doctor's treatment recommendations. When her lawyer subsequently settled her case, Ms. Trevino said (July 2018) she paid off some bills and was pressured into a new car lease which she regretted. She complained of anxiety and insomnia but said that she had been doing well before, without having any significant anxiety or depression or paranoia symptoms. Follow-up notes did not reveal any significant decline in her mental health. May 2019 records showed that Ms. Trevino

bought a new car but that she discovered 3 days later that the paperwork had been changed; and she retained a lawyer to reverse the deal. Dr. Brown noted that Ms. Trevino was stressed by the incident but that there wasn't any evidence of depression or psychotic symptoms. July notes showed that Ms. Trevino was still struggling with the transaction and complained that she was overly pressured into the purchase which was more than she could afford. Dr. Brown noted that was some depressed mood and that she was still not taking her medications; but was otherwise about the same as before. August notes indicated that Ms. Trevino had filed suit against the car dealership for deceptive trade, coercion, and mental anguish. Dr. Brown noted that she was anxious and angry remained vaguely paranoid; but that she had improved since resuming her medication. On follow-up visits (in September, October, December) Dr. Brown noted that Ms. Trevino ruminated about the car purchase but that there wasn't any evidence of psychosis. Ms. Trevino returned in February 2020, upset with the VA for not being supportive of her efforts to re-work the car purchase. Then, records did not show that Ms. Trevino exhibited / experienced any psychotic symptoms. Dr. Brown subsequently noted in May that Ms. Trevino was well-aware of her income and her expenses and that she was able to afford the new car, even though she was unhappy about the deal. Three days later, Ms. Trevino returned to see Dr. Brown for an urgent visit. Dr. Brown noted that she was very anxious about the details of her finances which they discussed during her last session. She similarly noted there was no indication that Ms. Trevino was unable to manage her expenses (re: her car) and that there wasn't any worsening in Ms. Trevino's mood or psychotic symptoms.

## DISCUSSION

Before I commence my discussion regarding the instant case, may I inform you that I have been actively involved in patient care since my internship and residency training commenced over 30 years ago. I am a physician and a pharmacist, Board Certified in both General Psychiatry and Forensic Psychiatry. During my career, I have evaluated and treated (probably) thousands of psychiatric patients in inpatient and outpatient settings, including patients (children and adults) who struggled with Schizoaffective Disorder and Post Traumatic Stress Disorder, and the adverse, psychosocial sequelae it had on them. I have held an Adjunct Faculty appointment in the Department of Psychiatry at The University of Texas Health Science Center at San Antonio since 1992. I am the current President of the Texas Society of Psychiatric Physicians and the immediate Past President of the Texas Medical Board. I attach my current Curriculum Vitae for your review.

Based upon the records that I reviewed, which spanned over a decade of Gloria Trevino's psychiatric follow-up, it is clinically apparent that Ms. Trevino has carried a long history of (having) Schizoaffective Disorder and Post-Traumatic Stress Disorder, which she has not been very treatment compliant with. Despite her treatment non-compliance, the records which I reviewed nevertheless showed that Ms. Trevino was reasonably stable and managed her own personal and financial interests.

Schizoaffective Disorder is typically a serious mental illness which shares symptoms of a schizophrenic mental illness and a manic-depressive mental illness. Perceptual disturbances are common in schizophrenic illnesses and any of the five senses can be affected when the illness emerges or becomes symptomatic. Typically, affected individuals experience auditory hallucinations (voices) or delusions (irrational beliefs) or ideas of reference (receiving special messages) or disturbances in their thought processes (slowed cognition, thought blocking, incoherence). May I interject that affected individuals are almost always able to describe a detailed account of their psychotic symptoms unless their psychotic illness interferes with thought organization and coherence. When delusions are present, they are false and bizarre / irrational beliefs (meaning they have no realistic basis) and fixed (meaning the details do not change over time). When affected individuals experience manic symptoms, they harbor excessive energy and speak rapidly and have little need for sleep, to name some examples; and the reverse can be said when affected individuals experience symptoms of depression.

Schizophrenic symptoms adversely affect an individual's interpersonal and social skills, but it is the departure from reality (psychotic symptoms) that can potentially undermine an individual's ability to understand the nature and effect of the acts in which he is engaged and the business that he is transacting. The existence of a Schizophrenic mental illness *per se* does not infer that an affected individual will automatically lack the capacity to distinguish right from wrong or know the nature and quality of a business transaction they participate in. Rather, the existence of a severe mental illness like Schizophrenia / Schizoaffective Disorder at the time of an incident in question, calls for a contemporaneous examination of how an individual's specific symptoms of psychosis affected their ability to understand the nature and effect of the acts in which they were engaged, and the business they were transacting.

Before Ms. Trevino purchased her new automobile in 2019, previous records showed that Ms. Trevino's mental health had been reasonably stable in 2018. There was no indication that her mental illness had deteriorated to the extent that she lacked the capacity to manage her own affairs. When Ms. Trevino saw Dr. Brown in May 2019, records showed that she had bought a new car and discovered 3 days later that the paperwork had been changed. Although Ms. Trevino's allegation that the paperwork had changed caught my eye, Dr. Brown noted that Ms. Trevino was stressed by the incident but that there wasn't any evidence of depression or psychotic symptoms in Dr. Brown's evaluation of her. Hence, Dr. Brown's progress note affirms that Ms. Trevino's mental state / ability to understand the nature and effect of purchasing a new automobile and the business that she transacted (re: doing the same), was not adversely affected by her mental illness. After all, records had already shown that Ms. Trevino had been managing her own affairs all this time and that she even had prior experience in leasing a new automobile the year before. Pursuing extra precaution, I took note of Ms. Trevino's subsequent psychiatric visits with Dr. Brown, to further assess whether any impending symptoms of psychosis which might have emerged after the purchase transaction. However, Dr. Brown did not observe any deterioration in Ms. Trevino's mental illness, and though she noted that Ms. Trevino ruminated about the car purchase, Dr. Brown documented there wasn't any evidence of psychosis in her follow-up visits with her. I took note that Ms. Trevino had complained of this conspiracy and that conspiracy against her in her records, but I also noted that the content / details of Ms. Trevino's allegations did not ever support the existence of a fixed delusional system which remained the same over time; and instead, that her conspiracy allegations seemingly emerged when she didn't get her way. Later, Dr. Brown even noted in May (2020) that Ms. Trevino was well-aware of her income and her expenses and that she was able to afford the new car, even though Ms. Trevino claimed that she could not afford it. Hence, contemporaneous clinical evidence surrounding Ms. Trevino's automobile purchase in May 2019, provides a firm basis for me to conclude that Ms. Trevino had the capacity to understand the nature and effect of purchasing a new automobile for herself, and that she had the capacity to understand the business of her transaction.

If I can assist you further, please give me a call.

Sincerely,

Michael R. Arambula, M.D., Pharm.D.



EXHIBIT
A

# CURRICULUM VITAE

**Michael R. Arambula, M.D., Pharm.D.**
The Registry Building
14800 U.S. 281 North, Suite 110
San Antonio, Texas 78232
Telephone: (210) 490-9850
Email: zavdm@msn.com

## PRESENT OCCUPATION
Private Practice, General and Forensic Psychiatry, Clinical Pharmacology
Adjunct Associate Professor of Psychiatry, Department of Psychiatry, University of Texas School of
     Medicine, The University of Texas Health Science Center at San Antonio
President, Texas Society of Psychiatric Physicians

## TRAINING

| | |
|---|---|
| **Fellowship**………………………Section on Psychiatry and Law | |
| July 1991 to June 1992 | Rush-Presbyterian-St. Luke's Medical Center |
| | Isaac Ray Center |
| |     Mentally Disordered Offender Program |
| |     Public Safety Evaluation Program |
| |     Sexual Behaviors Clinic |
| | Cavanaugh and Associates |
| | Cook County Psychiatric Institute |
| | DePaul University College of Law |
| | Chicago, Illinois |
| **Residency**………………………Department of Psychiatry | |
| July 1988 to June 1991 | The University of Texas Health Science Center at San Antonio |
| | Medical Center Hospital |
| | Audie L. Murphy Veterans Administration Hospital |
| | Brady Green Mental Health Clinic |
| | Southwest Neuropsychiatric Institute |
| | Community Guidance Center |
| | San Antonio, Texas |
| **Internship**………………………Departments of Medicine and Psychiatry | |
| July 1987 to June 1988 | The University of Texas Health Science Center at San Antonio |
| | Medical Center Hospital |
| | Audie L. Murphy Veterans Administration Hospital |
| | Brady Green Neurology Clinic |
| | San Antonio, Texas |

## EDUCATION

Jan. 2000 to May 2004…………The University of Texas at Austin
                    Doctor of Pharmacy
Aug. 1983 to May 1987…………The University of Texas Health Science Center at San Antonio
                    Doctor of Medicine
Jan. 1981 to Dec. 1982…………The University of Texas at Arlington
                    no degree sought
Aug. 1973 to Aug. 1976…………The University of Texas at Austin
                    Bachelor of Science in Pharmacy
Aug. 1971 to Aug. 1973…………San Antonio College
                    no degree sought

## PROFESSIONAL LICENSES

Dec. 1988 to Present..............Medical License #H4134
Texas Medical Board

Mar. 1977 to Present..............Pharmacist License #22319
Texas State Board of Pharmacy

## CERTIFICATIONS

Jan. 1993.........................Diplomate, General Psychiatry
American Board of Psychiatry and Neurology

Dec. 1994.........................Diplomate, Forensic Psychiatry
American Board of Psychiatry and Neurology

## AWARDS

Nov. 2015.........................Psychiatric Excellence
Texas Society of Psychiatric Physicians

## HONORS

Mar 2020 to Mar 2021.............President
Texas Society of Psychiatric Physicians

Nov. 2019 to Present..............Member
Texas Prescription Monitoring Program Advisory Committee
Texas State Board of Pharmacy

Dec. 2018 to Present..............Distinguished Life Fellow
American Psychiatric Association

Jan. 2008 to Present..............Fellow
Federation of State Medical Boards
Co-Chair, Subcommittee on Relapse Management &
Physical Impairment
Member, Workgroup on Impaired Physicians
Member, Workgroup on Telemedicine Consultations
Member, Workgroup on State Medical Boards' Appropriate
Regulation of Telemedicine
Member, Workgroup on Board Education, Service and Training

July 2004 to Present..............Expert Panelist
Texas Medical Board

May 2011 to Jun. 2017.............Member
United States Medical Licensing Examination Step 3
Standard Setting Panel
National Board of Medical Examiners

Dec. 2006 to Jun. 2017............Member and Gubernatorial Appointee
Texas Medical Board
President
Vice-President
Chair, Licensure Committee
Chair, Committee on Physicians Appointed by 3rd Party
Member, Executive Committee
Member, Telemedicine Committee
Member, Public Information / Profile Committee
Member, Committee on Advertising Board Certification
Member, Committee on Complimentary & Alternative Medicine

Aug. 2010 to Oct 2016.............Advisory Board Member
Health Law & Policy Institute
The University of Houston Law Center

Oct. 2001 to Jun. 2014.............Member
Task Force to Revise the Ethics Annotations
American Psychiatric Association

**HONORS, continued**

Oct. 2005 to Nov. 2011...........Associate Editor
Journal of The American Academy of Psychiatry and Law

July 2005 to Nov. 2006...........Member and Gubernatorial Appointee
Texas Department of Criminal Justice Correctional Office on
Offenders with Medical and Mental Impairments
Member, Committee on Planning and Research
Member, Subcommittee on Pre-Trial / Jail Diversion
Member, Subcommittee on NGRI Requirements

Dec. 1995 to Dec. 2003...........Member
Medical Advisory Committee
Texas Department of Mental Health Mental Retardation

May 1998 to May 2001...........Member
Ethics Appeal Board
American Psychiatric Association

Nov. 1994 to May 2000...........Member and Gubernatorial Appointee
Texas Council on Offenders with Mental Impairments
Vice-Chairman, Committee on Planning and Research
Member, Executive Committee
Member, Subcommittee on Jail Screening Standards
Member, Subcommittee on Competency to Stand Trial
Member, Subcommittee on Continuity of Care (Medication)

Nov. 1993 to May 1997...........Member
Task Force on Advanced Directives for Mental Health Treatment
Prescription Medication Advisory Task Force
Texas Department of Mental Health Mental Retardation

Apr. 1991 to Nov. 1992...........Ginsburg Fellow
Committee on Government Policy
Group for the Advancement of Psychiatry

July 1989 to June 1990...........Chief Resident
Department of Psychiatry
The University of Texas Health Science Center at San Antonio

**TEACHING EXPERIENCE**

July 1992 to Present................**Forensic Psychiatry Seminar Program**
General Psychiatry Residency Seminar Program
Department of Psychiatry
The University of Texas Health Science Center at San Antonio
San Antonio, Texas

July 2005 to May 2011.............**Forensic Psychiatry Fellowship Program**
**Past Interim Director**
Department of Psychiatry
The University of Texas Health Science at San Antonio
San Antonio, Texas

May 1989 to May 1990...........**Clinical Psychiatry**
Junior Clerkship Seminar Series
Department of Psychiatry
The University of Texas Health Science Center at San Antonio
San Antonio, Texas

**Forensic Psychiatry Fellowship** teaching responsibilities covered a broad range of topics on Attachment, Child Abuse, Parental Fitness, Domestic Violence, Parricide, Filicide, Battered Woman Syndrome, Battered Child Syndrome, Delinquency, Juvenile Waiver, Criminal Responsibility, Criminal Competencies, Sentencing, Dangerousness, Sexual Deviance, Civil Commitment, Civil Competencies, Testamentary Capacity, Guardianship, Negligence, Medical Malpractice, Pharmacology, Mental Injury, Neuropsychiatry, Sexual Harassment, Discrimination, Workplace Injury, Fitness for Duty, and others.

## PREVIOUS EMPLOYMENT

Oct. 1994 to May 1996.............Chief Forensic Psychiatrist
Special Needs Offender Program
The Center for Health Care Services
San Antonio, Texas

Apr. 1995 to Dec. 1995............Consultant, Risk Management Program
Texas Medical Association and Texas Medical Liability Trust,
Austin, Texas

July 1994 to Aug. 1995...........Consultant, Psychiatry Services
Federal Correctional Institute
Three Rivers, Texas

July 1989 to June 1991.............Forensic Psychiatry Services
Bexar County Detention Center
San Antonio, Texas

Nov. 1988 to June 1991............Psychiatric Emergency Services
Travis County Department of Mental Health Mental Retardation
Austin, Texas

Sept. 1988 to Aug. 1989............Outpatient Clinic, Chronic Mentally Ill
Bexar County Department of Mental Health Mental Retardation
San Antonio, Texas

1983 to 1988........................Relief Pharmacist
H.E.B. Food Stores, Revco Drug Stores, Kroger Stores,
San Antonio, Texas

1977 to 1983........................Staff Pharmacist, Pharmacy Manager, Store Manager
Safeway Stores, K-Mart Stores, Target Stores, Revco Drug Stores

## PROFESSIONAL ORGANIZATIONS / CIVIC ACTIVITIES

Advocacy Incorporated
    Past Member, Mental Illness Protection and Advocacy Advisory Council
American Medical Association
American Psychiatric Association
    TSPP Representative, American Psychiatric Association Assembly
    Past Member, Ethics Appeal Board
    Past Consultant, Council on Psychiatric Services
    Past Member, Task Force to Revise the Ethics Annotations
American Academy of Psychiatry and the Law
    Past Associate Editor, Journal of The American Academy of Psychiatry and Law
    Past Member, Committee on Psychopharmacology
American Society of Law, Medicine, and Ethics
American Society of Clinical Pharmacology
Behavioral Science and the Law (Journal)
    Guest Associate Editor
Bexar County Medical Society
Bexar County Psychiatric Society
    Member & Past President
Federation of State Medical Boards
    Member, Board Education, Service and Training Workgroup
    Past Member, Impaired Physicians Workgroup
    Past Co-Chair, Subcommittee on Relapse Management and Physician Impairment
    Past Member, State Medical Boards' Appropriate Regulation of Telemedicine Workgroup
Federation of Texas Psychiatry
    Vice Chairman for Education
Health Law & Policy Institute, University of Houston College of Law
    Past Member, Advisory Board

**PROFESSIONAL ORGANIZATIONS / CIVIC ACTIVITIES, continued**

National Hispanic Medical Society
St. George Episcopal School
       Past President, Board of Directors
Texas Academy of Psychiatry
       Secretary-Treasurer
       President-Elect (2022-2023)
Texas Medical Association
       Past Member, Committee on Professional Liability
Texas Society of Psychiatric Physicians
       President (2021-2022)
       Member, Executive Committee
       Member & Past Chairman, Finance Committee
       Member & Past Chairman, Committee on Ethics
       Member & Past Chairman, Committee on Forensic Psychiatry
       Member, Committee on Distinguished Fellowship
       Member, Committee on Government Affairs
       Member, Committee on Professional Standards
       Past Chairman, Committee on Physician Advocacy
United Way of San Antonio and Bexar County
       Member, Board of Trustees
       Member, Executive Committee

**PRESENTATIONS**

**Introduction to Forensic Psychiatry,** Psi Chi International Honor Society in Psychology, Auburn University, January 26, 2021.
**The Insanity Defense,** Psychology Residency Education Program, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, March 31, 2020.
**Physician Health & Impairment,** Mind, Brain Behavior Course, 2nd Year Medical Student Curriculum, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, August 22, 2019, August 23, 2018, August 24, 2017, August 25, 2016, August 20, 2015 and August 21, 2014.
**Decision Making Capacity in the Seriously Mentally Ill,** Texas Society of Psychiatric Physicians Spring Meeting, Austin, Texas, April 27, 2019.
**The Expansion of Psychiatric Care: Ethical & Clinical Considerations,** Austin Psychiatric Society, Austin, Texas, March 22, 2017.
**Physician Health & Wellness,** Forum Panelist, Texas Medical Association Committee on Physician Health & Wellness and Texas Physician Health Program, Texas Medical Association Fall Conference, Lost Pines, Texas, September 25, 2015.
**Psychiatry: Ethics and Forensics,** Biomedical Engineering Course, Cockrell School of Engineering, The University of Texas at Austin, Austin, Texas, April 3, 2014.
**The Texas Medical Board and Residency Education,** Post-Graduate Residency / Fellowship Orientation, The University of Texas Health Science at San Antonio, San Antonio, Texas, June 23, 2012, June 21, 2011, June 22, 2010, June 23, 2009 and July 24, 2008.
**Analyzing Mental Health Aspects of Chronic Pain and Legal and Ethical Issues of Prescription Drug Abuse,** Association of Administrative Law Judges 20th Annual Educational Conference, Chronic Pain – Causes, Treatments and Vocational Implications, San Antonio, Texas October 6, 2011.
**Providing Guidance and Counsel to Emotionally Depressed Clients,** Annual Consumer Bankruptcy Practice Conference, The University of Texas School of Law, Galveston, Texas, August 12, 2011 and August 13, 2010.
**WYSIWYG and Then Some: Personalities Under Duress,** Bexar County Family Law Association, San Antonio, Texas, April 5, 2011.
**Medication Management: An Ethical Perspective,** Wednesdays at Sheppard Pratt Grand Rounds Lecture Series, The Conference Center at Sheppard Pratt, Sheppard Pratt Health System, Baltimore, Maryland, February 23, 2011.

**PRESENTATIONS, continued**

**Ethics Topic: Informed Consent in Psychiatry, Focus on Medication Management,** 54th Annual Convention and Scientific Program, Texas Society of Psychiatric Physicians, San Antonio, Texas, November 14, 2010.

**Forensic Psychiatry,** Psychiatry and Law Course, William Winslade, J.D., Ph.D., Institute on Health Law & Policy, University of Houston College of Law, Houston, Texas, July 15, 2010, August 7, 2007 and July 19, 2006.

**The Texas Medical Board's View of Medical Resident Education,** 2008 San Antonio Uniformed Services Health Education Consortium, Wilford Hall Medical Center, San Antonio, Texas, September, 18, 2008.

**Professionalism,** Residency Education Program, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, July 29, 2008.

**The Ethical Parameters for the Practice of Psychiatry in Texas,** 51st Annual Convention & Scientific Program, Texas Society of Psychiatric Physicians, Houston, Texas, November 4, 2007.

**Return to Work Monitoring for Mental Health Disorders,** Physician Health Program and State Medical Board Relationships: Keeping Patients Safe, Texas Medical Association, Dallas, Texas, September 29, 2007.

**The Bioethics of Treating Schizophrenia,** 158th Annual Meeting & Convention, American Psychiatric Association, Atlanta, Georgia, May 23, 2005.

**Noms de Plume,** Texas Association of Family Practice, Annual Conference, Tyler, Texas, May 18, 2005; Corpus Christi, Texas, July 8, 2005; Austin, Texas, March 7, March 21, March 28, and June 16, 2005; San Antonio, Texas, April 5, 2005.

**The Physician Patient Relationship,** Texas Association of Family Practice, Cardiovascular Risk Conference, Austin, Texas, April 3, 2004; Pain Management Conference, Austin, Texas, March 27, 2004; Travis County Psychiatric Society Conference, Austin, Texas March 10, 2004.

**The Insanity Defense: A Mock Trial,** Competency to Stand Trial Conference, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, November 22, 2003.

**Revision of the APA Ethics Annotations: Fostering Dialogue,** 156th Annual Meeting & Convention, The American Psychiatric Association, San Francisco, California, May 10, 2003.

**Psychiatric Malpractice: A Mock Trial,** TexMed 2002, Texas Medical Association Annual Scientific Program, Dallas, Texas, April 19, 2002.

**Workplace Violence Assessment,** Third Annual Conference of Employee Assistance Professionals Association, San Antonio, October 19, 2001.

**Sex Lies and Autotapes: Forensic Lessons for the 50 Minute Hour,** Bexar County Psychiatric Society, San Antonio, Texas, January 17, 2001.

**Autonomy and Air Tight Compartments,** Alzheimer's Association Annual Conference, San Antonio, Texas, November 8, 2000.

**Stress and Morbidity in the Workplace,** State and Federal Personnel Laws in Texas Seminar, San Antonio, Texas, October 27, 2000.

**After All These Years: Risk Factors From The Texas Jail Suicide Project,** Special Lecture I, The Institute Psychiatric Services Annual Convention, American Psychiatric Association, Philadelphia, Pennsylvania, October 8, 2000.

**Liability and Drug Interactions,** McAllen, Texas, August 17, 2000; Val Verde County Medical Society Meeting, Del Rio, Texas, December 16, 1999; San Antonio, Texas, August 10 and May 5, 1999; Austin, Texas July 13, 1999; South Padre Island, Texas, April 30, 1999; Texas Academy of Family Physicians, McAllen, Texas, February 2, 1999.

**Mental Health Law,** College of Medicine, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, June 30, 2000.

**Emerging Trends in General and Forensic Psychiatry,** Bexar County Psychiatric Society, San Antonio, Texas, January 18, 2000.

**Medication Liability Issues Regarding Depression,** Columbia Hospital Department of Family Practice, Corpus Christi, Texas, December 9, 1999; McAllen, Texas, December 10, 1999; Coastal Bend MHMR, McAllen, Texas, September 2, 1999; Austin, Texas, July 13, 1999; Texas Academy of Family Physicians, Austin, Texas, January 30, 1999.

**Texas' Jail Suicides Project: New Risk Factors?** National Conference on Correctional Health Care, Fort Lauderdale, Florida, November 9, 1999.

**PRESENTATIONS, continued**

Prior to November 1999, presentations on **Ethics, Confidentiality, Right to Refuse Treatment, Physician Assisted Suicide, Risk Management, Medication Errors, Malpractice Risk, Medication Liability, Sexual Harassment, Workplace Violence, Violence in the Clinical Setting, Juvenile Violence, Domestic Violence, Rape Trauma Syndrome, Psychic Trauma, Paraphilic Disorders, Sex Offender Recidivism, Involuntary Hospitalization, Competence to Stand Trial, Criminal Responsibility, Dangerousness, Correctional Psychiatry, Executive Dysfunction, Neuropsychiatry and Law, and Forensic Psychiatric Evaluations.**

**PUBLICATIONS**

**Understanding Medical Licensure,** Board Education, Service and Training (BEST) Workgroup, Federation of State Medical Boards, FSMB Website, January 2020.

**Introduction to Medical Regulation,** Board Education, Service and Training (BEST) Workgroup, Federation of State Medical Boards, FSMB Website, October 2019.

**A View From Inside The Texas Medical Board,** Arambula M, San Antonio Medicine, Bexar County Medical Society, Vol. 67, No. 8, pp 16-17, August 2014.

**Model Policy for the Appropriate Use of Telemedicine Technologies in the Practice of Medicine,** Federation of State Medical Boards' Appropriate Regulation of Telemedicine (SMART) Workgroup, Federation of State Medical Boards, April 2014.

**Policy on Physician Impairment from the Federation of State Medical Boards of the United States, Inc.,** Federation of State Medical Boards' Physicians with Impairing Illness Workgroup, Journal of Medical Regulation, Vol. 97, No. 2, pp. 10-28, 2011.

**The Principles of Medical Ethics with Annotations Especially Applicable to Psychiatry,** Roberts LW et al, American Psychiatric Press, in progress.

**The Doc in the Hat, A Day in the Life of an Academic Psychiatrist,** Arambula M, Academic Psychiatry, Vol. 27, No. 3, Fall 2003, pp. 190-191.

**Myths on the Insanity Defense: A Dialogue,** Sparks J and Arambula M, Vol. , No. , pp. , 1998.

**What and How Psychiatry Residents at Ten Training Programs Wish to Learn About Ethics,** Roberts LW, et al, Academic Psychiatry, Vol. 20, No. 3, pp. 131-43, 1996.

**The Making of a Criminal: Nature or Nurture,** Arambula M, San Antonio Medical Gazette, November 10, 1995.

**The Gray World of Subpoenas,** Arambula M, Texas Society of Psychiatric Physicians Newsletter, October - November 1994.

**Chemical Competency,** Arambula M, Texas Society of Psychiatric Physicians Newsletter, October - November 1993.

**Forced Into Treatment: The Role of Coercion in Clinical Practice,** Committee on Government Policy, Group for the Advancement of Psychiatry, American Psychiatric Press, Inc., 1993.

**Sexual Harassment: Identifying and Managing the Perpetrator,** Hardy DH and Arambula M, Chicago Medicine, Vol. 95, No.15, pp. 22-25, 1992.

8/13/22, 5:25 PM                          Gmail - CEASE & DESIST DEADLY HARASSING GAMES!

 Gmail                                    Gloria Trevino <vip4justice@gmail.com>

## CEASE & DESIST DEADLY HARASSING GAMES!
2 messages

**Gloria Trevino** <vip4justice@gmail.com>                              Mon, Aug 8, 2022 at 4:30 AM
To: rcrow@sterlingmccallford.com, "john.richards" <john.richards@richardsvaldez.com>, Noel Portnoy
<PortnoyNoel@gmail.com>, CDCInfo <cdcinfo@texasbar.com>, sheriff.gonzalez@sheriff.hctx.net, USDOJ
<askdoj@usdoj.gov>, usatxs.atty@usdoj.gov, Texas Attorney General <consumerprotection-
complaints@texasattorneygeneral.gov>, community@texastribune.org, information@scjc.texas.gov, pio@supremecourt.gov,
amy.starnes@txcourts.gov, josh.turner@house.texas.gov, activism@ij.org, aimember@aiusa.org, general@ij.org, Gloria
Trevino <vip4justice@gmail.com>, Vanessa_Richardson@ccl.hctx.net, Rick Trevino <rickchristiannlisa@gmail.com>,
"dolores.helms" <dolores.helms@yahoo.com>, olga.dixon54@gmail.com, report@aiusa.org, kim@ipoftexas.org

TO;
FORD MOTOR COMPANY
FORD CREDIT
RODNEY CROW & DEFENDANTS, ET. AL.
C/O RODNEY CROW & TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL
FORD DEALERSHIP, ET AL., INCLUDING, DR. MICHAEL R. ARAMBULA, AKA, "PINOCCHIO" WITH HIS
UNCHALLENGED QUACKERY AGGRAVATED PERJURED TESTIMONY,
STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL
JOHN RICHARDS/CO-COUNSEL/CO-CONSPIRATOR/NOEL PORTNOY/TRAITORS/SELLOUTS/
SHYSTERS/GESTAPO AGENTS

GREETINGS,

I HAVE REPEATEDLY DEMANDED THAT YOU CEASE AND DESIST WITH THE DEADLY HARASSING AND ABUSIVE
PSYCHOLOGICAL GAMES, DIRECTLY AND INDIRECTLY,AND YOU CONTINUE WITH IMPUNITY IN THE FIRST
DEGREE.

YOU ARE NOT ABOVE THE LAW!

YOU HAVE BEEN REPEATEDLY WARNED!

GLORIA TREVINO
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
(713)309-5962

**7 attachments**

> **FORD R. CROW DEADLY HARASSING GAMES CONTINUE.pdf**
> 879K

> **FORD & MURRY CONTINUED HARASSMENT.pdf**
> 1069K

> **FORD CROW ET AL RELENTLESS PSYCHOLOGICAL ABUSE.pdf**
> 3575K

> **FORD CONTINUING HARASSMENT$ & PSYCHOLOGICAL ABUSE.pdf**
> 1751K

> **FORD HARASSING EMAILS.pdf**
> 1112K

> **FORD HARASSING COMMUNICATIONS WITH ME.pdf**
> 5283K

> **FORD HARRASING NOTIFICATIONS.pdf**
> 430K

sign with a price of $36,500!! He then explained all their cars come with dealer added options like vehicle theft tracking, yada, yada, and all other car dealers do this as well. I said I had no interest in these options their site mentioned nothing about these it said the price was $31,995 which was a decent price but I've never once purchased a car at full price so I figured there was room for a little negotiation like every other car I've ever purchased. Boy was I wrong. Richard said THE INTERNET PRICE AND ADDITIONAL $2K OF DEALER INSTALLED OPTIONS, NOT LISTED ON THEIR WEBSITE, ARE BOTH NON-NEGOTIABLE. BOTTOM LINE: BEWARE OF MAC HAIK'S DECEPTIVE PRICING. I'LL CERTAINLY NEVER BE BACK.

## Customer Review Rating

 1/5

Average of 4 Customer Reviews

## Contact Information

📍 10333 Katy Fwy
Houston, TX 77024-1107

🌐 Visit Website

📞 (713) 932-5000

## BBB Rating & Accreditation



THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 52

**Customer Reviews are not used in the calculation of BBB Rating**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 2, 2022

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Re:  Correspondence Dated May 2, 2022

Dear Ms. Trevino:

Please be advised that your recent letter submitted to our office is being returned to you for one (1) or more of the following reasons:

_____ 1.  The Attorney-Client Privilege and Confidentiality Waiver (Part VI) is not signed. Please sign and return with the rest of the information.

_____ 2.  A grievance can only be filed against individual attorneys, not against law firms as a whole. Use a separate form for each attorney about whom you are complaining.  Please identify the attorney's name and address.

_____ 3.  The information you have provided should be submitted on a State Bar grievance form.  This form can be submitted via our online website at http://cdc.texasbar.com, or by completing the attached form and returning it to our office by mail or fax at 512-427-4169.

_X_ 4.  The additional information you provided in support of your grievance was not received timely and therefore has not been considered with your pending grievance.

_____ 5.  The documentation you provided potentially contains protected health information. If the health information provided represents your own medical/health records, you may re-file your entire grievance if you sign and return the Authorization to Disclose Protected Health Information form that has been included with this letter.  **Our office cannot accept protected health information of a third party.** You also have the option of re-filing your grievance without providing the documents containing the protected health information.

_____ 6.

Please take appropriate action to correct the above referenced items and return all correspondence to the **State Bar of Texas, Office of the Chief Disciplinary Counsel, P.O. Box 13287, Austin, Texas 78711, or await the outcome of a BODA appeal before resubmitting.**

Sincerely,
Office of the Chief Disciplinary Counsel
State Bar of Texas

### Affidavit of Robert Trevino

Back when my trial was held I went to see Dr. Petty because I was having psychological problems.

Dr. Petty could not see me and wanted me to make an appointment to see him later. Mr. Dixon was with me.

We went to court and the judge told Mr. Dixon that he should have me see someone but that the court was not going to pay for it.

I think that happened on a Thursday before the trial. Mr. Dixon did not make any arrangements for me to see anyone and nothing else happened.

I did not understand everything going at trial and had a hard time working with my lawyer.

I have been on psychiatric medications while I have been in the penitentiary.

_Robert R. Trevino_

Robert Trevino

Date: 4-1-2000

# GLORIA TREVINO'S STATEMENT
# IN SUPPORT OF MRIS FOR ROBERT R TREVINO 729766

"My name is Gloria Trevino. I am a totally disabled honorably discharged veteran of the United States Armed forces and am one of Robert Trevino's sisters. I am over the age of 18 years and am fully competent to make this Statement in Support of MRIS for Robert, the facts of which are true and correct and within my personal knowledge and belief.

Robert Trevino is a totally disabled 74 year old invalid Vietnam Veteran that has been wrongfully incarcerated for over 25 long and oppressive years. Even though Robert is an invalid permanently confined to a geriatric wheelchair and practically completely paralyzed and is a prisoner in his own body and suffers severe brain damage and not a threat to anyone, he has been repeatedly wrongfully denied release on MRIS, (Medically Recommended Intensive Supervision) by the TDCJ. In furtherance of the cruel and unusual punishment, Robert is also being illegally harassed and denied visitations with his family members. As a result, last year, we filed a Writ of Habeas Corpus in Galveston federal court. Because Robert has since been infected with Covid-19 Virus, we filed an Emergency Motion On Friday July 31, 2020 in an effort to get an immediate favorable ruling. We are trying to have Robert released from TDCJ and transferred to the Michael E. DeBakey VA Medical Center in Houston, Texas where he can finally receive the proper and adequate intensive comprehensive in-patient medical care that he badly needs and that he justly deserves. However, like the previous Writ of Habeas Corpus that I was forced to file on his behalf because of the wrongful incarceration after being "railroaded," on trumped-up charges, Robert has been wrongfully denied release on MRIS as well and we have a pending appeal to our Writ of Habeas Corpus as a result.

Prior to his wrongful conviction, Robert had no felony record and is not Public Enemy No. 1. Robert is an American War Hero! He also suffers from chronic PTSD and TBI from concussion blast head injuries which he sustained while serving his tour of duty in the Republic of Vietnam. Robert also was shot in the head while rescuing members of his platoon from an ambush and was highly recommended for the distinguished Silver Star for his heroic achievements during Vietnam. He was awarded the Bronze Star with "V" for valor and Purple Heart. Robert has periventricular ischemic changes in the brain, brain damage/dementia as a result of concussion blast head injury and exposure to Agent Orange. He also suffers from ischemic heart disease and severe and crippling nerve damage to his upper and lower extremities from extensive exposure to Agent Orange and other extremely dangerous herbicides. Nevertheless, on August of 1995, he was shamefully railroaded on trumped up charges of raping a gang of white juvenile delinquents that were secretly offered immunity from prosecution for their felony crimes in exchange for their false and conflicting testimony against Robert by a rogue female police officer that admitted on the witness stand under oath that she never had liked Robert since the first time she had met him and that was years before Robert had successfully campaigned for the resignation of the chief of police whom she was having an affair with and was her boss in the small town of Waxahachie in Ellis County, Texas. She harbored extreme hatred against Robert and was executing a vicious vendetta against him in retaliation. Yet, no mistrial was declared. The sham trial by rage was the classic "Kangaroo Court." Robert was arrested at gun point in the cover of darkness and held without bond and illegally denied his medication for his psychiatric illness and suffered a relapse and was not competent to stand trial and was likewise illegally denied a competency examination.

Furthermore, to ensure a conviction and maximum life-sentence, Robert was illegally denied minority

1

members of his peers on the all white bias jury.. There was no evidence to support their outrageous and erroneous and conflicting allegations and impeachment evidence was illegally suppressed. There was a laundry list of other irregularities of the sham trial besides the lack of medical evidence of the alleged sexual assaults of the teens that accused Robert of the crimes. In short, it was the first time in the history of the United States where the gang yelled rape and the victim went to prison for life. The higher courts further illegally denied Robert a court appointed attorney and ingeniously forced me to represent him even though I told them that I wasn't an attorney and that I was also a disabled veteran that suffers from chronic PTSD and other psychological problems as a result of MST. Nevertheless, the federal court illegally denied Robert a court appointed attorney and forced me to represent Robert for whom I was requesting a court appointment attorney for. I was clearly not qualified to represent Robert because of my own mental disabilities but was ingeniously forced to defend Robert. Naturally the higher courts just reaffirm the conviction and demonstrated the total lack of care and commitment to the civil and human right laws. There is undoubtedly two systems of justice in the United States of America. One for White Americans and another for Non-white Americans, like minorities, such as in this Robert Trevino case. In short, Robert is the victim of an extremely racist criminal justice system.

Consequently during his decades time in prison because the lack of proper and adequate medical care and retaliation, Robert's dire condition continued to deteriorate to the point where he is almost completely paralyzed and has life-threatening epileptic like long repetitive seizures. The doctor who did the neck surgery on Robert stated that he doubted that the surgery had done him any good because he felt like Robert had brain damage that was contributing to his paralysis and I told him of Robert's TBI. Robert also has drastic neurocognitive decline. He has had three life-threatening bowel obstructions as a result of decades of neglected hernia. He badly needs top quality comprehensive round the clock medical attention which he is not getting at the prison. Most of the time they won't even change his diapers and is in a life-threatening situation and is maliciously being denied release on MRIS. Because of the conviction on erroneous aggravated charge, Robert has to have brain damage to qualify for release on MRIS, however, TDCJ doctors are maliciously blatantly lying and erroneously alleging that Robert doesn't have organic brain syndrome or they are not fit to be veterinarians or both to egregiously deny Robert's release on MRIS. We strongly believe that TDCJ doesn't want to release him also because of retaliation and they don't want to lose the money that they are getting to supposedly take care of him. To make matters worse, Robert is being maliciously further subjected to cruel and unusual punishment by sending him across Texas in his dire life-threatening condition to supposedly treat his psychiatric condition, as if he couldn't get it closer to family yet refusing to acknowledge his brain damage, to keep him further isolated from family and I have been illegally ingeniously denied visits with him for over a year. Robert needs to be immediately released on MRIS and transferred to the Houston VA Hospital Emergency Room where he can finally get the proper medical care that he honorably earned and justly deserves before he suffers further irreparable harm and injury or senseless death. Robert is truly Living the American Nightmare!

Therefore, Robert paid a very high price defending our Country when our Country called on him in time of need and remains unlawfully incarcerated. Now we are calling on our Government to come to Robert's aid and help disentangle him from this egregious railroad of hypocrisy and injustice."

_Gloria Trevino_

Gloria Trevino

Dated, <u>June 3, 2021</u>

# DECLARATIONS OF GLORIA TREVIÑO AND JOHN E. RICHARDS
## UNDER PENALTY OF PERJURY

If you are incarcerated, on what date did you place this petition in the prison mail system: Not Applicable.

I declare under penalty of perjury that I, Gloria Treviño am the sister and next friend of petitioner and am acting under the power of attorney that he has given me and is attached as Exhibit 7 to Exhibit H. I have read this petition and the information in this petition which is drawn from my Affidavit being attached as an Exhibit 6 to Exhibit H is true and correct and based upon my observation, except when identified as being under information and belief or is based on documents or quotes from a documents that are attached as exhibits to this Petition. In addition, there are statements in my affidavit that convey my opinion on the treatment that my brother Robert has received by TDCJ and UTMB. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Aug. 18, 2019               Gloria Treviño
                                  Gloria Treviño as Authorized Agent for
                                  Robert Rodriguez Treviño

I declare under penalty of perjury that I, John E. Richards, Texas Bar No.16848900, am the attorney of petitioner. I have read this petition and that information in this petition which is drawn from my Affidavit being attached as an exhibit 8 to Exhibit H is true and correct, except when identified as being under information and belief or is based on documents or quotes from a documents that are attached as exhibits to this Petition. The section that my affidavit relates to in this Petition are found in ¶ 66 of this Petition  In addition, those portions of the Petition which relate to the submission of the Request for MRIS to the TDCJ Division of Reentry and Integration and on the various requests for Open Records made to TDCJ and its various divisions and to UTMB found in are found in ¶¶ 28-48 of this Petition and describe the actions I took with respect to obtaining records from TDCJ and UTMB.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  8-18-19               John E. Richards
                             John E. Richards, Attorney for
                             Robert Rodriguez Treviño

PETITION FOR WRIT OF HABEAS CORPUS Page 51

EXHIBIT 3

STATE OF TEXAS          )
                                     )
                                     )
COUNTY OF HARRIS       )

### AFFIDAVIT OF GLORIA TREVINO IN
### SUPPORT OF MRIS FOR ROBERT RODRIGUEZ TREVINO, TDCJ # 729766

Before me, the undersigned, personally appeared Gloria Trevino, who after being duly sworn by me, upon her oath did state the following:

"My name is Gloria Trevino. I am a totally disabled honorably discharged woman veteran of the United States Armed Forces. I am also one of Robert Trevino's sister and have his Power of Attorney to act on his behalf and in support of Medically Recommended Intensive Supervision (MRIS) for Robert to the best of my recollection and belief state the following;

Robert is a highly decorated totally permanently disabled honorably discharged veteran of the United States Armed Forces. He was highly recommended for the distinguish Silver Star for his heroic achievements in combat in the Republic of Vietnam and is a Bronze Star with "V" for Valor and Purple Heart Recipient. During combat, Robert sustained several injuries that have contributed to his disabilities. At one time Robert suffered a concussion blast head injury which rendered him unconscious and profusely bleeding from the ears, nose and mouth. Another time he was shot in the head while rescuing an injured soldier while under heavy fire from all sides and while injured himself. Another time he fell 35 to 40 feet into a ravine splitting his right knee cap in half. He also suffers from Ischemic Heart Condition as a result of extensive exposure to Agent Orange and feel that he also suffers from peripheral neuropathy of the upper and lower extremities as a result of same as well as his crippling bad knee. I also feel that there is some connection with his periventricular ischemic changes to his brain with Agent Orange and the Concussion blast head injury. Has history of atonic seizures and while in TDCJ, Robert experienced repetitive life-threatening seizures that put him in a persistent vegetative state for long periods of time clearly due to his severe brain damage. And, like many other Vietnam veterans, Robert also suffers from chronic psychological problems like PTSD, depression and Paranoid Schizophrenic. During Vietnam Robert was twice offered a Medical Disability Discharge and twice he was crazy enough to rejected them and the financial and medical help he so badly needed which demonstrated early on clear evidence of impaired thinking and brain damage. The VA disability rating for Robert is 100%. As a 100% totally and permanently disabled highly decorated honorably discharged Vietnam veteran, the VA places Robert in Priority Group I which is the highest priority group and Robert is entitled to the world-class benefits and services he honorably earned in any VA facility in the United States. Robert is currently enrolled in the VA health care system and is eligible for comprehensive top quality inpatient medical care and supervised medical supervision at the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030.

When Robert first came home from Vietnam he often use to get up in the middle of the night like in a trance, half unconscious and dreaming he was still in Vietnam scaring all of us. He would get his rifle and go outside patrolling the house and looking for Vietnamese to kill and when he woke up didn't have any recollection of what he had done. My mother would often worry that while Robert was in one of those trances he could accidentally shoot one of my other brothers that would often come home late at night. He also had other incidents of PTSD/Brain Damage during the day that he also didn't remember. Robert had no felony criminal record and is currently a prisoner of the Texas Department of Criminal

1

EXHIBIT 4

such as, memory losses, behavioral problems, irritability, making up things he believes are true often offending and alienating people that are trying to help him, thinking ability impaired, inability to recognize common things, etc. For example, when the doctor at the hospital asked Robert if he ever had any heart surgeries, Robert replied "NO." Robert had no recollection and did not remember his massive heart attack and I had to tell his doctor that Robert had in fact have heart surgery and stints inserted in his heart arteries. He did not remember the life-threatening seizures that he had just had that put him in a persistent vegetative state for long period of time. Another time, while visiting him he asked me, "Where am I?" He had forgotten where he was. Another time he asked me, "Who are you?" Forgotten who I was. Most recently, another time while visiting him out of nowhere, Robert blurted out," You killed Juan!" Juan is one of my other brothers that had died of a heart attack and complications with diabetes and cancer (NHL) back in 2012. I was offended and not to happy about it. Robert has also accused his own attorney of paying $2,000.00 to the medical staff at the Carol Young to kill him. He often told me that the medical staff at the Carol Young are trying to kill him by poisoning his food and orders me to file complaints with the local police and contact the media. He often tells me that the nursing staff have killed other inmates and that they are trying to kill him as well and that he feared for his life and that I needed to contact the local police and make a report and to contact the media as well. Robert often becomes irritable and more paranoid and unreasonable if I disagree with him or try to convince him otherwise so I just let him talk and not say anything. Robert also often cries or laughs at inappropriate times during my visits.

Furthermore, Robert seems to spend all of his time nearly everyday all day long filing questionable lengthy rambling grievances against the nursing medical staff at the Carol Young Medical Facility which are all determined to be unfounded and which are further evidence that his thinking ability is so impaired that it interferes with his daily functioning.

Therefore, Robert has been unlawfully incarcerated for about 24 oppressive long years during which time he has never committed any violence against anyone and is at an elderly age of 72 years old and practically a Veggie that cannot possibly hurt anyone. Robert does not deserve to die in prison and I pray and respectfully request, that in the interest of true justice, he be immediately released on MRIS on humanitarian grounds and transferred to the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030."

Respectfully submitted,

*Gloria Trevino*

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077
(713)309-5962

SUBSCRIBED AND SWORN to before me on this ___6 th___ day of February 2019.

_____
Notary Public in and for the State of Texas

My Commission Expires: __12/24/2022.__

3

EXHIBIT



VARSHA K. RAVAL
Notary Public, State of Texas
Comm. Expires 12-24-2022
Notary ID 130002200

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

### AFFIDAVIT OF GLORIA TREVINO

Before me, the undersigned authority, personally appeared Gloria Treviño, who after being

sworn by me, upon her oath did state as follows:

1.  "My name is Gloria Treviño (Turner). I am a 66 year old honorably discharged 100%

    disabled veteran of the United States Armed Forces. I suffer from Chronic PTSD and

    other bothersome medical problems as a result of MST and am fully competent to make

    this affidavit, the facts of which are true and correct and within my personal knowledge.

2.  On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol

    Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years.

    Robert is confined to a geriatric wheelchair because he can not sit up in a regular

    wheelchair and is practically completely paralyzed. He also suffers from severe brain

    damage, PTSD and Schizophrenia as a result of concussion blast head injuries he

    sustained during his tour of duty in Vietnam and also suffers from life-threatening

    seizures that put him in a vegetative state as a result. He also has peripheral neuropathy

    of the upper and lower extremities and critical ischemic heart condition as a result of

    extensive exposure to Agent Orange. Robert is a Bronze Star, Purple Heart Recipient and

    an American War Hero! As previously repeatedly protested, Robert's dire medical

    condition is life-threatening and unless immediately restrained from the relentless

    harassment, TDCJ/UTMB employees are going to maliciously cause Robert further

    irreparable harm and injury and induce his untimely senseless death!

AFFIDAVIT OF GLORIA TREVIÑO  Page 1

3.  As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21st, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.  I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence, or lack thereof, and visits in revenge for TDCJ/UTMB lawsuit.

5.  They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President,

AFFIDAVIT OF GLORIA TREVIÑO Page 2

Callender, however, they were swept under the rug further empowering and emboldening the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.  When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.  Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.  However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.  Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a

**AFFIDAVIT OF GLORIA TREVIÑO  Page 3**

sitting position and cramming it towards the phone and hurting and injuring Robert even though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10.  In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and

AFFIDAVIT OF GLORIA TREVIÑO Page 4

obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11.    I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12.    I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13.    Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me

**AFFIDAVIT OF GLORIA TREVIÑO**  Page 5

that no further harm would come to Robert but had no control over Warden Massey since she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14. Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15. Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14 , 2019

Notary Public in and for The State of Texas

My Commission Expires: 12 24 2022

AFFIDAVIT OF GLORIA TREVIÑO Page 6



VARSHA K. RAVAL
Notary Public, State of Texas
Comm. Expires 12-24-2022
Notary ID 130082206

# STATEMENT OF PLAINTIFF GLORIA TREVINO
# IN OPPOSITION TO CORRUPT DEFENDANTS & MICHAEL R.
# ARAMBULA'S PERJURED TESTIMONY & DEMAND FOR MISTRIAL
## Case No. 1137449, County Court No. 3, Harris County, Texas

My name is Gloria Trevino and I am a 68 yr old totally and permanently disabled veteran for life as a result of MST, (Military Sexual Trauma). This means that the VA determined that my service-connected disability of PTSD, Schizoaffective Disorder is totally and permanent for life and cannot be reversed. I am Plaintiff demanding mistrial in case against the Defendants, Sterling McCall Ford Dealership, et al and strongly oppose the strategy of the Defendants and their so called expert witness, Michael R. Arambula to further victimize and Blame the Victim by generating false misleading and erroneous testimony that have nothing to do with the facts and circumstances of this case and crucial evidence to support perjury was suppressed. Accordingly in the best interest of justice Arambula's erroneous testimony should be justly stricken from the record and disregarded like in ACEVEDO CASE and he and the Defendants should be immediately charged with perjury for blatantly lying under oath and deceiving the court/jury.

Arambula basically displayed as a clown. Has never treated me nor has he bothered to interview and evaluate me for hours about the facts and circumstances in this case like he does with the alleged sexual predators that he testifies against which clearly demonstrates extreme bias and prejudice against me as disabled Hispanic women veteran victim of sexual assaults with chronic PTSD and severe psychological problems defending herself. He has maliciously weaponized his medical degrees for use as highly paid hired gun and criminally oppress and blame the victim to protect his predators, fill his wallet then has the audacity to oppose my highly skilled brilliant psychiatrist that's been treating me for decades. Arambula has never even bothered to review all of my VA medical records nor has he bothered to talk to my VA doctors about their treatment of me. However, Arambula has falsely and erroneously alleged that the VA doctors had discontinued my Geodon medication for my PTSD and Schizoaffective Disorder and that I did stop taking it which is another outright lie and based on hearsay, hypothetical or just made up lies. and not the facts . Arambula further alleged that that would infer that I was stable and would continue to remain stable which is another unadulterated lie. There has never been a change in my VA medication regimen as Arambula erroneously alleged and even if there was my VA service-connected disability of total and permanent is for life because VA determined that I'm not likely to improve but worsen. However, Arambula erroneously falsely alleged the VA doctors had miraculously cured me and supposedly discontinued my medication. This is a complete fabrication to justify the Defendants swindle and gang-raping me out of thousands of thousands of dollars by the use of deceit, dishonesty and trickery and coercing me into writing them a $1000.00 check and forcing me to signing the detrimental contract under duress and their ingenious strategy to further victimize and blame the victim and escape full responsibility for their criminal oppression of me. Please refer to Arambula's erroneous Court & deposition testimony., particularly Pages 10-15. Also Arambula blatantly lied and said the VA claimed I didn't have dementia which I do. He also erroneously alleged that unless you have dementia you cannot sign a detrimental contract under duress and concludes that I didn't sign the detrimental contract under duress which is ludicrous and sadistic. There has never been a question of how compliant I have been in taking my medication which I was contributing to the bothersome side-effects of chronic fatigue, mental blocks, inability to concentrate, constipation, ringing in my ears, and burning eyes, etc. while still having nightmares, sleep deprived flashbacks and brain zapps

and I continue to complain about but was afraid to try anything else.  THE QUESTION IS HOW MANY TIMES HAS ARAMBULA'S TESTIMONY BEEN DECLARED ERRONEOUS AND PERJURED?! Arambula's maliciously testifies erroneously and falsely along with the Defendants and they should be charged with perjury and their entire testimony should be justly stricken from the record just like the court in the past have instructed the jury to disregard Arambula's entire erroneous testimony. Arambula's weaponized medical degree to obstruct justice should be immediately revoked and he should be jailed like the common criminal that he is. Unbelievable!

Furthermore, I have recently been diagnoses with Dementia, Diastolic Dysfunction of the heart. A serious heart condition associated with congestive heart failure.  Clearly as a result of worsening of my total and permanent service connected disability, mainly, PTSD, severe anxiety and depression and Schizoaffective Disorder.  Arambula's erroneous testimony that the VA doctors allegedly discontinued my medication because they had miraculously cured my total and permanent service-connected disability and there was nothing wrong with me when the Defendants pressured and coerced me into signing the detrimental contract under duress, is another unadulterated lie.  My psychological and medical condition has deteriorated and worsened and the Defendants malicious abuse and exploitation of me has only fueled my anger and depression endangering my life and safety to date.  THE DEFENDANTS ENTIRE DEFENSE IS A SHAM!  Arambula has never treated me.  He has never even bothered to evaluate me for hours in person nor has he ever even talked to my VA doctors or read any of my VA medical records.  Arambula is dangerously ignorant of all the facts and circumstances in this case and is merely generating false and misleading and bogus testimony as a strategy to further victimize and blame the victim and allow the Defendant perpetrators and predators to escape total and complete responsibility and accountability for their shameful and sadistic criminal acts against the Plaintiff and victim in this case.  Accordingly, Arambula's malicious and erroneous testimony should be immediately justly stricken from the record as it has been in other cases and immediately charged with perjury. The truth must be exposed so that justice can be served! Either the severe brain injury Arambula alleged he sustained in the Wells case that allegedly rendered him unable to work must have drastically impaired his judgment and credibility or he has an anti-social personality disorder and is a common criminal.  Arambula's erroneous testimony amounts to vicious gossip to further victimize and blame the victim so that his predators in crime can escape total responsibility for the continued sadistic abuse and criminal oppression of me.  They have corrupted and made a mockery of the justice system and cover-up.

Whichever the case maybe, Michael R. Arambula has weaponized his medical degrees to obstruct justice and is a disgrace to the medical profession and should, likewise, be immediately forever eradicated and banned from the practice of medicine and never be allowed to highly profit as a hired gun and alleged expert witness for his erroneous and dangerous testimony and immediately charged with perjury with the Defendants.. Accordingly I demand mistrial be immediately be declared over the sham trial by rage and mockery of the judicial system.  I am not amused!

Arambula is just as corrupt, deceitful and unscrupulous as the Defendants as is clearly demonstrated in their perjured erroneous testimony and is not fit to be a veterinarian!

Furthermore, a mistrial should be immediately granted due to Defendants Attorney, Andrew H. Sharenson for Attorney Misconduct.  Sharenson deliberately and maliciously took cheap shot and unfair tactics and berated Plaintiff in court in front of the jury to further prejudice and defame and ridiculed the Plaintiff because she had broken down on the jury stand and was crying.

2

Sharenson ridiculed the Plaintiff for not crying at the Dealership and no one condemned his misconduct and I strongly believe this sent a strong message that grossly influence the jury to my detriment and I continue to feel aggrieved and extremely depressed over his abuse and disrespectful of me as if his sadistic and corrupt Defendants hadn't caused me enough harm and injury. Sharenson and his defendants may have thought he was very clever and funny but I was not laughing. when questioning Defendant Weeks, one of the main perpetrators that similarly berated, threatened and coerced me into going with Tosh and demanded that I write them the $1000.00 Check supposedly to pay for one heated leather seat and demanded me to sign all the detrimental papers which I did in a panic state of mind and fear of my life and not knowing what I was signing under duress, Sharenson had the audacity to ask Weeks if he ever berated me to which he naturally lied and said, NO!  He also blatantly lied and erroneously alleged he had given me the keys to my Focus for me to leave because I had repeatedly rejected their prices and they refuse to return my Focus.  This is laughable since they had repeatedly refused to take no for an answer and repeatedly warned me that they were not going to let me leave without signing all their paperwork and driving away in their mustang.

In addition, a mistrial should be declared because the Plaintiff's attorney was not allowed to question the Defendants to reveal the truth about the case and anything that would impeach their credibility and prove they were lying with impunity and without fear of any disciplinary action from anyone whatsoever.  They continue to further victimize and blame the victim, deny any wrongdoing, refuse to accept responsibility for their misrepresentations, fraud and corrupt way of life to escape total accountability for their crimes and criminal oppression of me and according to Arambula this is what people with anti-social personality disorders do which also reflects on the criminal nature of his mind and behavior.

The Defendants created a circus atmosphere with Arambula and there erroneous perjured testimony and turned the court into a sham trial by rage and Plaintiff is entitled to a fair and just trial free of intimidation and ridiculed and sarcasm..

Therefore, a mistrial should be immediately declared so that justice can be served.

Your immediate consideration and cooperation in this urgent and serious matter is required.

Respectfully,

*Gloria Trevino*

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077

Date;  December 5, 2021

cc: Texas Medical Board
    AG &
    John Richards

3



**DEPARTMENT OF VETERANS AFFAIRS**
Michael E. DeBakey VA Medical Center
2002 Holcombe Boulevard
Houston, TX 77030
December 15, 2021

To Whom It May Concern

RE: Gloria Trevino

Ms. Trevino has been treated at the VA since 2002. She has been diagnosed with Schizoaffective Disorder, Post-traumatic Stress Disorder and Mild Neurocognitive Disorder.

Per the Department of Veteran Affairs Regional Office, Ms. Trevino is an honorably discharged veteran of the U.S. Armed Forces and is permanently and totally disabled due to service connected disabilities. The rating decision was rendered on July 17, 2007 and will remain for the life of the veteran.

Robert Garza, MD
Director, General Mental Health Clinic
713-794-8700



**KAREN S. BROWN, M.D.**
*General Psychiatry*

Diplomate American Board of Psychiatry and Neurology

929 Gessner Rd. Suite 2000 • Houston, Texas 77024
713 467-5600 • Fax: 713 973-0104

May 21, 2019


To Whom It May Concern:

Gloria Trevino is currently under my care. She is diagnosed with Schizoaffective Disorder, a severe mental illness, and PTSD. As a consequence of her illness, Ms. Trevino functions very poorly under stress and makes impulsive, ill-considered decisions. She has been hospitalized several times for her mental illness; her symptoms are exacerbated by stress. When placed under duress, Ms. Trevino cannot think clearly enough to make rational choices. She should, therefore, not be held to a contract signed following the use of hard sales tactics.

Should you require further information, please call our office.

Sincerely,


Karen S. Brown, M.D.


EXHIBIT 1

**Karen S. Brown, MD**
929 Gessner, Suite 2000
Houston, Texas 77024
Tel. (713) 973-1007
Fax (713) 973-0104

April 19, 2022

Re:  Gloria Trevino

To Whom It May Concern:

I am a board certified psychiatrist in private practice since 1991.  I have treated Ms. Trevino intermittently since 2007, most recently since October 2017.  Since 2017, she has seen me every 1 to 3 months.

I am writing this letter to attest that, in my professional opinion, Ms. Trevino is not capable of representing herself in court.

Should you require further information, please call my office.

Sincerely,

Karen S. Brown, M.D.

# Richards & Valdez
## Attorneys and Counselors

John E. Richards
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

6060 North Central Expressway
Ste. 500
Dallas, TX 75206
Telephone: (214) 455-4690
Telecopier: (866) 823-2719

June 7, 2019

Via email at rcrow@sterlingmccallford.com
Rodney Crow
Sterling McCall Ford Dealership
6445 Southwest Fwy
Houston, TX 77074

Via Priority Mail
Ford Motor Company c/o
Ford Customer Service Division
16800 Executive Plaza Drive
Dearborn, Michigan 48126

Via priority Mail
Ford Motor Credit Corporation
820 Gessner Rd Ste 700
Houston, TX 77024

> Re:    Corrected and Amended Letter
> Continuing Issues with Gloria Treviño Turner Mustang Purchase
> Demand for Cancellation of Contract
> CAS 21713645-P1WOY9 & CAS 17871389

Dear Mr. Crow;

I am sending this letter to amend and correct certain issues with the letter I wrote to you yesterday. There are several changes. The MacHeik Ford Dealership document I sent you yesterday was incorrect. It showed the $29,368.50 price of same Mustang is with all the equipment included and warranty included but does not include the rebates discount of about $2,000.00 and the trade in discount of another $2,000.00 which would reduce the drive-out price to $25,368.50, as shown in the new one. We are also filing a complaint with the Texas Attorney General.

As I set out in my earlier letter, I am writing this letter to express to you the serious issues that Gloria Treviño still has concerning her purchase of the Mustang from the Sterling McCall Ford Dealership. I am also sending a copy to Ford Motor Corporation c/o Ford Customer Service

PF 1ST PROD                                                                149

Rodney Crow
June 7, 2019
Page 2

Division, and to Ford Motor Credit Corporation. I am also copying the Texas Consumer Credit Commissioner.

As I had mentioned in my earlier email to you, Ms. Treviño suffers from PTSD and has the issues that are expressed in the letter I previously sent you from her psychiatrist, Dr. Brown, which I am reattached as well as the list. In other words, Ms. Treviño was completely susceptible to high pressure technics which rendered her incapable of making rational decision when under such pressure.

When she came into the dealership, she felt that she was pressured to buy the car and did so without all the proper disclosures concerning the price and the items she was buying. She felt like she was being detained and the salesmen would not let her out of the office. In addition, the Mustang she was shown and eventually purchased had features on it that increased the sales price significantly and which she did not need but their significance and cost to her. I have been able to look at the documents she sent me and have identified the following items which she seemed to have paid for, but it was not explained to her that they significantly increased the price of the vehicle. In particular, these are:

| | |
|---|---|
| SIRIUSXM RADIO AK HI | $2,000 |
| Polished Aluminum Wheel | $1,095 |
| Active Value Performance Ex. | $895 |
| Total | $3,990 |

When I spoke to her, Ms. Treviño had no idea what s Sirius Radio is, and I explained that to her and she said she almost never listened to the radio and certainly would not need nor want to listen to the Sirius stations. Because I travel extensively, I do have Sirius in my car. Gloria does not and does not need it. Also, apparently it was not disclosed to her that Sirius has a fee after the initial free period runs out.

With respect to the other items, the Polished Aluminum Wheel, and the Active Values Performance Ex were also not explained to her and to give her an option to choose or not chose if she wanted and what cost these would add to the total price. The price for this Mustang was overpriced to begin with by thousands of dollars and led her to believe she was getting a great bargain. She later learned that other dealerships were selling the same Mustang for $22,210. See attached document from MacHaik Ford Dealership showing this price before any discounts or trade-ins.

She also was told she was getting the UAW Employee discount; however, they never would tell her how much it was which I do not see reflected in the final documents. Also, she was not told that there was going to be additional fees added onto the price of the car, i.e. the Deputy Service Fee, the Documental fee, Cargo, the Dealer Inventory tax.
She is charged $2,995 for the additional warranty. I am not sure what the proper cost for a warranty should be.

When she came in, she told Cameron she was a disable veteran with PTSD and lived on a fixed income. She also said she could not afford to pay about $400.00 per month for 72 months

PL 1ST PROD

Rodney Crow
June 7, 2019
Page 3

because of the $100 auto increase per month and that she would not be making any down payments. She said she only wanted to look that day and had no intention of buying a car that day. They completely ignored her and instead to telling her she could not afford their Mustang, the salesmen, Cameron and Jason began to put pressure on her and after the badgering which I have described in earlier communications, they presented a proposal where the original cost to her per month was going to be $526.30 on $37,893.60 for the Mustang. After negotiations, although there was to be a reduction in the monthly amount, she really saved little because much of it was put back in with the extra $1,000 which Jason ordered her to pay on the pretense it was going to cover the cost of one heated leather seat which she did not want to pay extra for. And this brings me to another issue, the down payment. She understood she had negotiated a price, but the salesmen told her she needed to write a check for $1,000 to cover costs for one heated leather seat. She did not get the leather seats but the $1,000 was put back into the new total cost.

Finally, there is the issue of the check. Ms. Treviño was told she could come by and pick up the cancelled check, which they assured her they had in their possession, and bring in the Ford Focus title. She came in and brought the title but was not given the check back. She protested that they continued to make a fool out of her and they cruelly manipulated her to make the long, heavy-traffic trip over to the dealership under the false pretense that they were returned to her the $1,000 check which she made under duress, supposedly to cover cost of one heated leather seat. However, he demanded the title to the Focus, and she left in frustration and anger. Mr. Tosh did send me an email saying the check was voided however, nowhere on the copy does it show it was voided. Checks are negotiable instruments under the UCC, Chapter 3 of the Texas Business & Commerce Act. In other words, until the check is actually cancelled it can still be cashed and Ms. Treviño would be liable on the $1,000 even if there is a stop payment, which also has an expiration date and she also had to pay for.

In summary, Ms. Treviño believes that the entire sale should be cancelled because of the misrepresentations, cruel manipulation and exploitations set out above.

I look forward to your prompt response.

Sincerely,

John E. Richards

cc:    Texas Attorney General
       Texas Consumer Credit Commissioner
       Gloria Treviño



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collie
Executive Directc

17 October 2022

Gloria Trevino

| OFFENDER | | TDCJ # |
|---|---|---|
| TREVINO,ROBERTO RODRIGUEZ | . | 00729766 |

Dear  Gloria Trevino,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-2134
Fax:(512)671-2409



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collier
Executive Director

04 May 2021

John Richards

| OFFENDER | TDCJ # |
|---|---|
| TREVINO,ROBERTO RODRIGUEZ | 00729766 |

Dear  John Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care.The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives.Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-2134
Fax:(512)671-2409

# Texas Department of Criminal Justice

**Bryan Collier**
Executive Director

February 27, 2019

John E. Richards
john.richards@richardsvaldez.com

RE:     Trevino, Roberto Rodriguez
        TDCJ # 729766

Dear Mr. Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the Offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding his current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

EXHIBIT B

1

4616 W. Howard Lane, Ste. 200
Austin, Texas 78728

(512) 671-2134
Fax (512) 671-2409



# Texas Department of Criminal Justice

Brad Livingston
Executive Director

November 22, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

RE: Robert Trevino, TDCJ# 729766

Dear Ms. Trevino:

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

Medically Recommended Intensive Supervision (MRIS) provides for the early review and release of certain categories of offenders and state jail confinees who are mentally ill, mentally retarded, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles (TDCJ-CID) or by the sentencing Judge (State Jail Confinees).

HB 1670, enacted during the 78th Legislative Session, excluded from MRIS eligibility those offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure. The 80th Legislative Session, however, enacted HB 2611 allowing MRIS consideration for those offenders if "in a persistent vegetative state" or being a person with an "organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that Offender Trevino's condition does not currently meet the clinical criteria as stated above.

For information on the Emergency Medical Reprieve process, please contact the Texas Board of Pardons and Paroles, Executive Clemency Section, 8610 Shoal Creek Blvd, Austin, Texas 78757, phone number (512) 406-5852.

Sincerely,

Jessica Riley

Jessica Riley
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.state.tx.us

8712 Shoal Creek Blvd.
Austin, Texas 78757

EXHIBIT C

(512) 465-5100
Fax (512) 465-5116

# AFFIDAVIT OF RICK TUTTON
## IN
## DEFENSE OF ROBERT RODRIGUEZ TREVINO, TDCJ, No., 729766

BEFORE ME, the undersigned authority, on this day personally appeared Rick Tutton, who after having been duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Rick Tutton, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in defense of Robert R. Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Robert R. Trevino and family for over 20 years and am aware that Robert is a Disabled American War Veteran who received the Bronze Star and Purple Heart for his wounds and heroism during the Viet nam War. I am aware of Robert's 100% Post Traumatic Stress Disorder, back, feet and knee problems and other service-connected disabilities and I know Robert to be a very caring and attentive person who would give the shirt off his back to help anyone in need. My wife, kids and I lived with Robert at his home, located at 11 Yinger Street in Waxahachie, Texas from about March, April, May through June of 1994 during the time Patrick Lankford alleges that he was living with Robert, which is not the case. I was aware that Patrick was the leader of a gang of devil worshipers known as the "Pyro Pirates," involved in burglaries, arson, truancy, drugs and other criminal activities and that Patrick had criminal charges pending at the time. However, Patrick Lankford and/or any of his gang members did not ever live with us and I never witnessed any alleged abuses against Patrict and/or any of his gang members by Robert, nor did Patrict and/or any of his gang members ever reported any alleged abuses against them by Robert to me. In fact, to date, I have never even met any of Patrick's gang members who alleged Robert had been violently abusing them over a long period of time. I am aware of Robert's problems with the Waxahachie "authorities" and that they harassed and had it in for Robert. Subsequently, after Robert's arrest in Feb. 1995 for allegedly violently repeatedly sexually assaulting the alleged victims, Patrick and his gang members, I testified in court on Robert's behalf, however, Robert's attorney, John Dixon, was ineffective in using my testimony to impeach the credibility of Patrick Lankford. Patrict was dangerously manipulative, mischievous, had a violent criminal record, had criminal charges pending, was on probation, untrustworthy, unreliable, was out of control and the responsibility was being placed on Robert. Patrick's own mother didn't have any control and Robert had Court Orders to make sure Patrict got to and from school. I knew that Patrict had given false testimony when he stated that he had been violently sexually assaulted when he was a minor while living with Robert during the time that my family and I lived with Robert. Even though I was not with Robert 24 hours a day I witnessed Patrick's mother drop off Patrict at Robert's home about 6 O'clock in the A. M. and I accompanied Robert when he drove Patrick to school as well as when Robert picked up Patrick after school to go feed our pigs at the farm on the way to drop off Patrick at his home with his mother. Sometimes I drove my truck and my wife came along with us to drop off Patrick and we never observed or heard of any abuses nor did Patrick ever report any abuses against him by Robert. Contrary to Patrick's testimony, he never lived with us and I was always with Robert in March and April when Patrick was present. Therefore, attorney John Dixon was ineffective in using my sworn testimony to impeach the false testimony and credibility of Patrick during the trial. I am also aware that crucial defense witnesses were not called to testify, such as Robert's sister, Gloria Trevino who's testimony would have aided the defense in their assertion that Robert and the Trevino family had been a target of harassment from the officials for over a long period of time resulting in even physical abuse and continued civil and human rights violations. Both defense witness Gloria and Sugar Gun waited outside the courtroom for five days ready to testify. Defense witness, Sugar Gun, the juvenile court reporter, Patrick's probation officer and Patrick's psychiatrist, who's office was located directly across the street from the courthouse were also never called to testify and their testimony would have revealed the character and criminal history of Patrick Lankford. I am also aware that there were no members of Robert's peers on the jury and that the change of venue was blatantly denied in spite of the overwhelming hatred that the officials harbored against Robert and his family which was incited, aroused and compounded by the contributory prejudicial publicity. Furthermore, I am aware that Robert had suffered a relapse of his illness and had become disoriented and confused prior to trial which was why his attorney John Dixon requested a competency evaluation and medical treatment however was also ineffective and unsuccessful in obtaining and securing Robert's civil and human rights. No evidence was ever presented such as DNA, cuts or bruises, torn clothing, etc., and Robert was tried, convicted and condemned to life imprisonment. To date, Robert's second attorney, Robert Ford, has never even bothered to contact me.

Robert is a nice, caring and truthful man who did not cause any harm or trouble to these people and I do not know why they did this Robert. I strongly believe that Robert did not get a fair and impartial trial as required by law and as guaranteed under the United States Constitution."

RICK TUTTON

SUBSCRIBED AND SWORN TO BEFORE ME on this 17 day of DEC 2000

Andrew Ortiz Cantu, Jr.
Notary Public, State of Texas
My Commission Expires
FEBRUARY 7, 2004

NOTARY PUBLIC in and for the
State of Texas

| THE STATE OF TEXAS | X |
| | X |
| COUNTY OF DALLAS | X |

### AFFIDAVIT OF JUNIA BELL YOUNG
### IN
### DEFENSE OF ROBERTO RODRIGUEZ TREVINO, TDCJ, No. 729766

**BEFORE ME,** the undersigned authority, on this day personally appeared Junia Bell Young, who after being duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Junia Bell Young, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in Defense of Roberto Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Roberto Rodriguez Trevino for several years and he is a very kind, honest and caring person. I am aware that Robert is a disabled American War Hero that suffers from Post Traumatic Stress Disorder and other medical problems. My late husband, Alex, Robert and I spend a lot of time together and were best of friends. We went fishing often and at times spend the night at each others homes.

I am also aware of Robert's problems with the Waxahachie authorities and that they harassed him and had it in for him. In fact, after Robert's arrest in Feb. 1995, Alex and I spoke to Robert's attorney, John Dixon, and reported to him that we were with Robert on August 2, 3, 4 and 5 of 1994, from about, 7 in the P.M. to till about 10 P.M and sometimes till Midnight, for a planned fish fry/get together on August 6, 1994. And that on August 3, 1994 Robert had come back home with us to help us clean the fish and had spend the night with us. Robert had left early the next morning to be back at his home by 6 in the A.M. Robert was with Alex and I during the time the alleged victims were accusing Robert of sexual assault and Robert is innocent. Attorney John Dixon had asked us to wait outside the courtroom every day of the trial to be called in to testify as defense witnesses and Alex and I waited, however, attorney Dixon never called us to testify on Robert's behalf. There were other crucial defense witnesses waiting outside the courtroom, including, Robert's sister, Gloria Trevino, who's testimony would have uncovered that Robert and the Trevino family had been the target of systematic abuse and civil rights violations by the officials. The Juvenile Court Reporter, Sugar Gunn, who had vital information about the violent criminal records and activities and lack of credibility of the alleged victims and her husband, Bill Gunn, character witness for defense were present, however, they were never called either. Defense witness, friend/former roommate of Robert, Rick Tutton, was also present however, attorney Dixon did not use his testimony effectively. The probation officer of the alleged victims and their Psychiatrist were never called to testify. No evidence of any crime was ever presented, there was extensive explosive prejudicial publicity, the change of venue was denied and there were no minorities on the Jury. I am also aware that Robert was suffering from stress and confusion and his attorney Dixon was ineffective in affording Robert a Competency Evaluation/Treatment.

There's no question in my mind that Robert did not get a fair and impartial trial as required by law,"

Junia Bell Young

Subscribed And Sworn To Before Me on this _____ day of _August_ 2001

Notary Public in and for State of Texas

ANNE FAVORS
MY COMMISSION EXPIRES
July 6, 2005

STATE OF TEXAS                    §
                                 §
COUNTY OF PARKER                 §

## AFFIDAVIT OF JAMES D. LAMB
### IN
### DEFENSE OF ROBERTO RODRIGUEZ TREVINO
### TDCJ No. 729766

BEFORE ME, the undersigned authority, on this day personally appeared James D. Lamb, who after duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is James D. Lamb, I am over 18 years of age, of sound mind, have the legal capacity to make this Affidavit in Defense of Robert Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have lived in Waxahachie for 20 years and I met Robert at the city council meetings. I am aware that Robert is a disabled American Veteran and Recipient of both the Bronze Star and Purple Heart. Robert had been campaigning for the resignation of the City Manager, Bob Sokol and Chief of Police, Ted Garber. On one occasion after Robert had completed addressing the council, I overheard the Chief of Police, Ted Garber, tell Officer Billie Wiggins, "We need to get rid of Robert." After the meeting, I approached Robert and warned him of what I had overheard and advised Robert to be careful. Later, I was made aware that after another city council meeting, Robert was, indeed himself the victim of a verbal altercation during which time he was threatened by Bob Sokol who swore to get rid of Robert. Robert had filed criminal charges against Bob Sokol, however, no action was taken against the Waxahachie City Manager. Joe Grubbs and Gene Knize had previously been chastise by appeal court judges for prior violations of Robert's Civil Rights. I am also aware that former Judge Mike Boyd, the son of the late Sheriff Barney Boyd, was now president of a Bank, was known as the "Care-taker" of the Marijuana Patches in Ellis County and that he had testified against the Change of Venue that Robert's attorney had filed and stated that there was no conspiracy and no prejudicial publicity. The chief of police has been under investigations by ATF for illegally selling guns to gun dealers in Arizona and later stated that he had simply made a mistake and continues to "Police the Town". If you don't go along with whatever plans or schemes they have in mind they will harass and ruin your life and your families. Since no action has ever been taken against them, most people are afraid to come forward or they just refuse to believe the truth. What the Waxahachie officials have done to Robert and his family is a perfect example of the high crimes and misdemeanors against humanity that they are capable of and need to be restrained and brought to justice.

Therefore, I strongly believe that Robert did not get a fair and impartial trial as required by law and is the victim of the classic, "RAILROAD."

_____
JAMES D. LAMB

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 20th day of August, 2001.

_____
Notary Public in and for the State of Texas

SUE D. HUDDLESTON
Notary Public, State of Texas
My Commission Expires
June 20, 2005



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

 Gmail

**Gloria Trevino <vip4justice@gmail.com>**

## Automatic reply: Public Comment: ICC COMPLAINT AGAINST USA- GENOCIDAL MAFIA STATE

1 message

**OTP InformationDesk (Article15)** <otp.informationdesk@icc-cpi.int>      Mon, Jul 10, 2023 at 8:05 PM
To: Gloria Trevino <vip4justice@gmail.com>

Dear sender,
Thank you for contacting the Office of the Prosecutor at the International Criminal Court.

However, we regret to inform you that this email address is unable to receive any communications.
If you intend to make an Article 15 claim, please submit it via the following link: https://otplink.icc-cpi.int

Thank you for your kind cooperation and understanding.

Best regards,

Office of the Prosecutor, International Criminal Court.


Cher expéditeur,

Merci d'avoir contacté le Bureau du Procureur de la Cour pénale internationale.

Cependant, nous avons le regret de vous informer que cette adresse e-mail ne peut recevoir aucune communication.
Si vous avez l'intention de faire une réclamation au titre de l'article 15, veuillez la soumettre via le lien suivant
: https://otplink.icc-cpi.int

Merci pour votre aimable coopération et votre compréhension.

Cordialement,
Bureau du Procureur, Cour pénale internationale.


This message contains information that may be privileged or confidential and is the property of the International Criminal Court. It is intended only for the person to whom it is addressed. If you are not the intended recipient, you are not authorized by the owner of the information to read, print, retain copy, disseminate, distribute, or use this message or any part hereof. If you receive this message in error, please notify the sender immediately and delete this message and all copies hereof.

Les informations contenues dans ce message peuvent être confidentielles ou soumises au secret professionnel et elles sont la propriété de la Cour pénale internationale. Ce message n'est destiné qu'à la personne à laquelle il est adressé. Si vous n'êtes pas le destinataire voulu, le propriétaire des informations ne vous autorise pas à lire, imprimer, copier, diffuser, distribuer ou utiliser ce message, pas même en partie. Si vous avez reçu ce message par erreur, veuillez prévenir l'expéditeur immédiatement et effacer ce message et toutes les copies qui en auraient été faites.

## VETERANS IN PETITION FOR JUSTICE
Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas 77077
(713)-309-5962, Email address; vip4justice@gmail.com

### NOV. 26, 2022



### "THE ASSASSINATION OF ROBERT TREVINO!"
### "DECORATED DISABLED HISPANIC VETERAN & POLITICAL PRISONER"
### (June 7, 1946 – Nov. 3, 2022)

THE 1995- 2022, TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF ROBERT TREVINO, DECORATED DISABLED HISPANIC VETERAN AND POLITICAL PRISONER WRONGFULLY INCARCERATED FOR LIFE ON "BIG LIES" ON PRETEXT OF JUSTICE CONCOCTED BY NEO-NAZI GOVERNMENT OFFICIALS FROM WAXAHACHIE, ELLIS CO., TX, AND VIOLENT WHITE GANG OF DEVIL WORSHIPERS WITH FELONY CHARGES AND FBI, AKA, "KGB." FBI HIRED DA, WERE CONSPIRATORS IN LAUNDRY LIST OF CIVIL AND HUMAN RIGHTS VIOLATIONS, CRUEL AND UNUSUAL PUNISHMENT IN COLLUSION WITH GESTAPO AGENTS AND OTHERS, SABOTAGED CRIMINAL INVESTIGATIONS, HINDERED PROSECUTION AFTER STATE'S WITNESS CONFESSED AND EXONERATED ROBERT, IMPLICATED THEM, PROMPTED ASSASSINATION OF ROBERT TO ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR RETALIATION, HOMICIDAL PSYCHOPATHIC MIND AND BEHAVIOR, STIGMATIZED DISCRIMINATION, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!.

**GLORIA, MARIA, JUAN, ROBERT & JOE P. TREVINO, SR., PETITIONERS**
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE – HOUSTON  77077
713-309-5962, Email,  vip4justice@gmail.com
JUNE 26, 2023

TO HONORABLE JUDGE JANET BOND ARTERTON, US DISTRICT CT FOR THE
DISTRICT OF CONNETICUT, 141 CHURCH SREET, NEW HAVEN, CONNETICUT 06510,
CASE NO. 3:22-CVC-1503, CONLEY F. MONK JR., ET AL. VS US, VA, FBI, ET AL & DOD
UNHCHR VS. USA – GENOCIDAL MAFIA STATE -  CASE NO. G/SO 215/1 USA 1111

"GOOD OL BOYS AT-LARGE HEAVILY ARMED WITH WEAPONIZED LAW DEGREES
AND CONSIDERED EXTREMELY VIOLENT AND DANGEROUS!"
BEFORE, DURING &AFTER
"INSIDIOUS PERNICIOUS TX STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF
HIGHLY DECORATED PARALYZED HISPANIC VETERAN & POLITICAL PRISONER &
SUBSEQUENT ASSASSINATION OF ROBERT TREVINO &
COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!"

PETITIONERS/INTERVENORS/PLAINTIFFS, GLORIA, MARIA, JUAN, ROBERT & JOE P.
TREVINO SR., ET AL., WITH VETERANS IN PETITION FOR JUSTICE HEREBY REPLYS
TO THE HONORABLE COURT'S ORDER, DATED, 5/15/2023, ORDER TO PROTECT THE
IDENTITIES OF MINORS AND MEDICAL RECORDS, COURT SHALL SEAL (32) NOTICES
(OTHER) FILED BY GLORIA TREVINO AND FOR ME TO FILE REDACTED VERSION
FORTHWITH.  PETITIONERS RESPECTFULLY RESPOND, IN THE BEST INTEREST OF
JUSTICE, BY INFORMING THE COURT THAT THE PETITIONERS/PLAINTIFFS ARE
NOT MINORS, OVER 18 YEARS OLD AND ARE ELDERLY, HONORABLY DISCHARGED
DISABLED HISPANIC VETERANS, WOMAN VETERAN AND THEIR FAMILIES.  IN
ADDITION, PETITIONERS RESPECTFULLY REQUEST THAT THIS HONORABLE
COURT IN THE BEST INTEREST OF JUSTICE, APPOINT AN  HONEST COMPETENT
ATTORNEY TO REPRESENT PETITIONERS AND ALLOW US EQUAL REPRESENTATION
AND EQUAL ACCESS TO JUSTICE AS THE PERPETRATORS.  PETITIONERS ARE NOT
ATTORNEYS, HAVE NO REAL TRAINING OR EXPERIENCE, NEVER DONE LEGAL
RESEACH AND DO NOT HAVE THE  PHYSICAL, EMOTIONAL CAPACITY TO
EFFECTIVELY REPRESENT OURSELVES IN ANY REAL MEANINGFUL CAPACITY
BEFORE SUCH A COMPLEX CASE, ESPECIALLY SINCE NONE OF THE
PERPETRATORS, GESTOPO AGENTS, JOHN RICHARDS AND OTHERS ARMED WITH
THEIR LAW DEGREES AND 35+ YEARS TRIAL EXPERIENCE, COULD NOT
EFFECTIVELY DO SO AND SUPPOSEDLY DIDN'T EVEN KNOW THE PROPER WAY TO
IMPEACH AN ADMITTED LIAR AND ALLOWED PETITIONERS TO BE BUSHWACKED
WITH UNCHALLENGED AGGRAVATED PERJURED QUACKERY, LIKE OF  HIGHLY
PAID "HIRED GUN," "BRIBED TO LIE" STATE OF TX.  SO-CALLED EXPERT WITNESS,
FORMER TDCJ EMPLOYEE, EXTREMELY BIASED AND PREJUDICE DR.  MICHAEL
ARAMBULA, AKA, PINOCCHIO.  ALL OF WHOM HAVE BEEN UNJUSTLY ENRICHED
BY PERPETRATORS AND MALICIOUSLY VIOLATED RULES OF ETHICS AND STATE
AND FEDERAL LAWS WITH "BRIBED TO LIE" QUACKERY AGAINST THE
PETITIONERS AND THEIR DOCTORS, WITHOUT EVER  EXAMINING US FACE TO
FACE AND WITHOUT EVER REVIEWING ANY VA MEDICAL RECORDS OR TALKING

1

TO VA DOCTORS AND JUST MAKING UP IRRELEVANT AND INJURIOUS STUFF
INTENDED TO DEMONIZE AND PREJUDICE PETITIONERS AND OBSTRUCT JUSTICE.
THE FEDERAL AND STATE AGENCIES, INCLUDING TX. ATTORNEY GENERAL, KEN
PAXTON, TX STATE BAR , CDC., HAVE REPEATEDLY REVICTIMIZED PETITIONERS IN
FURTHERANCE OF MAFIA-RELATED ACTIVITIES AND  "BLACKLIST, "
"SANCTIONS,"AMBUSH" AND "SABOTAGE" JUSTICE FOR ROBERT TREVINO AND
FAMILY.  THE PERPETRATORS HAVE SIMILARLY CORRUPTED THE MEDIA AND
GOVERNMENT DO NOTHING AGENCIES WITH MULTIMILLIONS OF DOLLARS
SOLICITED TO AFFORD EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE
TO DISTRESSED VETERANS AND OTHER MINORITIES, HOWEVER,  ARE PAYING
THEM OFF TO LOOK THE OTHER WAY AND AID AND ABET IN THE CRIMINAL
OPPRESSION OF THOSE THEY ARE ENTRUSTED IN PROTECTING AND ARE
COVERING-UP ATROCITIES AGAINST PETITIONERS.  PERPETRATORS HAVE
CREATED A BREACH OF TRUST WITH ANY MECHANISM FOR THOSE SUPPOSEDLY
ROOTING OUT AND PUNISHING THOSE CLEARLY CORRUPTING THE LEGAL
SYSTEM OPERATING BY AND FOR CRIMINALS THAT HAVE NO GREATER ENEMY
THAN THE LAW-ABIDING CITIZENS AND DISTRESSED MINORITIES, AND
PETITIONERS ARE DEMANDING JUSTICE FOR ALL.  FOR DECADES, TRUTH AND THE
RULE OF LAW HAS BEEN REPLACED WITH BIGOTRY AND POLITICAL AND
FINANCIAL INFLUENCE.   EVEN THOUGH TX. BAR AND TX. AG ARE
SUING EACH OTHER AND TXAG PAXTON HAS BEEN INDICTED ON FELONY
CHARGES AND HIS WIFE,  ANGELA PAXTON IS A STATE SENATOR,  LIKE FEDERAL
AUTHORITIES, BIDEN, VA, FBI , ET AL., DID ABSOLUTELY NOTHING TO RESTRAIN
OR SHACKLE NEO-NAZI REIGN OF TERROR AND ATROCITIES AGAINST
PETITIONERS BECAUSE PERPETRATORS HAVE BEEN TO BUSY EMULATING TXAG
PAXTON'S BIGOTED CORRUPT WAY OF LIFE ABUSING THEIR GOVERNMENT
OFFICES ON "GET RICH QUICK" CRIMINAL CONSPIRACY SCHEMES AND
ERADICATING PETITIONERS AND SABOTAGE OUR QUEST FOR JUSTICE AND FOR
BEING A "THORN IN THEIR SIDE" AND IN FURTHERANCE OF NORMALIZATION OF
STIGMATIZED DISCRIMINATION AND GENOCIDE. PERPETRATORS, WITH THE
TXAG, TDCJ, WARDEN, VA, DAV, TX BAR, GESTAPO AGENTS, JOHN RICHARDS  AND
OTHERS ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT
AND FAMILY IN ON-GOING RETALIATION FOR OUR EFFORTS TO GET STATE'S STAR
WITNESS, PATRICK LANKFORD'S CONFESSION THAT EXONERATED ROBERT OF
ANY CRIME AND IMPLICATED THE NEO-NAZI GOVERNMENT OFFICIALS TO
FURTHER HINDER THEIR PROSECUTION, DEFRAUD ROBERT OF MILLIONS OF
DOLLARS IN COMPENSATION,  "SCAPEGOAT" US "ESCAPE" CRIMINAL AND CIVIL
ACCOUNTABILITY AND COVER-UP/WHITEWASH WITH IMPUNITY.  PERPETRATORS
RECRUITED TX EXPERT WITNESS/EMPLOYEE, DR. MICHAEL ARAMBULA IN
"BRIBE TO LIE" QUACKERY AND A "HOAX" TO FURTHER HARASS, DEFRAUD,
DEFAME, RIDICULE,  AND "SCAPEGOAT" AND SABOTAGE QUEST FOR JUSTICE AND
REVICTIMIZED PETIONERS.  PERPETRATORS QUACKERY WAS A HOAX AND
ILLEGAL, IMPROPER AND PERSONAL DEFAMITORY AND INJURIOUS ATTACKS
AGAINST PETITIONERS AND ERRONEOUSLY ALLEGED THAT THE PLAINTIFF,
GLORIA TREVINO, WAS A "SPOILED BRAT" JUST VENTING AND RAGING FOR NOT
GETTING HER WAY AND THAT ROBERT WAS LAWFULLY INCARCERATED WITHOUT
ANY OBJECTIONS FROM SO-CALLED PETITIONERS ATTORNEY, JOHN RICHARDS
WHO WAS CLEARLY, SIMILARLY "BRIBED TO OFFICIALLY ABANDONE

PETITIONERS" IN BREACHED FIDUCIARY DUTY IN ELABORATE CRIMINAL
CONSPIRACY SCHEME TO GANG-RAPE PETITIONERS OF JUSTICE IN CIVIL CASE, AS
THEY DID IN THE CRIMINAL CASE AND SHOOT EM UP, HANG EM HIGH TEXAS
STYLE RAILROAD OF HYPOCRISY AND INJUSTICE WHERE ROBERT WAS SIMILARLY
"BUSHWACKED" WITH "BIG LIES" AND "ZERO EVIDENCE" ON PRETEXT OF
JUSTICE AND SUBSEQUENTLY ACELERATED PREMEDITATED ASSASSINATION OF
ROBERT TREVINO. PETITIONERS HAVE NO DOUBT, WHATSOEVER, THAT IF PAID
PINOCCHIO ARAMBULA WAS REPEATEDLY GANG-RAPED OF JUSTICE AND
SYSTEMATICALLY PERSONALLY ATTACKED, AS PERPETRATORS, PINOCCHIOS DID
PETITIONERS, ARAMBULA WOULD, LIKEWISE, BE SCREAMING BLOODY MURDER
AND DEMANDING EQUAL REPRESENTATION AND EQUAL JUSTICE! HOWEVER, THE
TO BIG TOO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING
MCCALL FORD DEALERSHIP DEFENDANTS AND PERPETRATORS, STATE OF TEXAS,
TDCJ EMPLOYER, HIGHLY PAID "BRIBED TO LIE" QUACKERY OF ARAMBULA AND
OTHERS WERE FABRICATED TO PACIFY PERPETRATORS, SABOTAGE OUR QUEST
FOR JUSTICE AND LITERALLY ASSASSINATE ROBERT AS WELL AS MY CHARACTER.
ARAMBULA INGENIOUS EFFORT TO BOLSTER AND GIVE CREDIBILITY TO HIS
QUACKERY AND HOAX OPINION BY ATTACHING EMBELISHING AND
EXAGGERATING OR MASKING RESUME WITH LAUNDRY LIST OF ABOUT SIX PAGES
TO ITEMIZE HIS QUALIFICATIONS, EDUCATION AND EXPERIENCE ONLY FURTHER
PREJUDICE ARAMBULA AND FURTHER REFLECTS ON THE CRIMINAL NATURE OF
HIS MIND AND BEHAVIOR BECAUSE IT IS ILLEGAL, IMMOPRAL AND UNETHICAL
TO GIVE AN EXPERT OPINION ON A PERSON WITHOUT EXAMINING THEM FACE TO
FACE AND CONDUCT SHAM INCOMPLETE, INSUFFICIENT AND ERELEVENT
INVESTIGATION TO JUSTIFY MAKEING UP QUACKERY FOR BRIBERY TO APPEASE
YOUR FINANCIALLY AND POLITICALLY INFLUENTIAL EMPLOYER AND OBSTRUCT
JUSTICE AND REVICTIMIZE PETITIONERS. THE PERPETRATORS, WOULD NOT BE
RATED "F" WITH THE BBB AND PAYING OFF CORRUPT AND RACIST TEXAS AG
PAXTON AND OTHERS TO LOOK THE OTHER WAY AND ALLOW THEM TO CONTINUE
WITH BUSINESS AS USUAL MAFIA-RELATED ACTIVITIES TO REVICTIMIZE,
MARGINALIZE AND GANG-RAPE PETITIONERS OF JUSTICE. PERPETRATORS, TDCJ,
TXAG, PAXTON, JOHN RICHARDS, VA, DAV, TX BAR, CDC ET. AL., WERE IN
COMPLICITY TO LAWLESSLY ASSASSINATED ROBERT TREVINO TO GANG-RAPED
US OF JUSTICE , "GET RID OF THORN IN THEIR SIDE"AND FURTHER GIVE
LEGALITY TO THE WRONGFUL IMPRISONMENT OF ROBERT AND INCITE, AID AND
ABETT IN THE NORMALIZATION OF STIGMATISED DISCRIMINATION, OUTRIGHT
FRAUD, OBSTRUCT JUSTICE, RETALIATION, TAMPERING WITH WITNESSES,
ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT AND
ATTEMPTED PSYCHOLOGICAL BRUTALITY AND EFFORTS TO DEPRAVED HEART
MURDER OF ME THAT INDUCED ME INTO SUFFERING A NEAR FATAL STROKE THAT
WORSENED PETITIONERS DEBILITATING DISABILITIES AND FURTHER
EXACERBATED BY CONTINUING EFFORTS TO COERCE ME INTO DESTRUCTIVE
OBEDIENCE AND UNLAWFUL ORDERS TO COERCE INTO GOING ALONG WITH
THEIR "SHAM COVER-UP/WHITEWASH STRATEGY" UNDER THREAT OF
OFFICIALLY ABANDONING US AND GIVE ME THE HOSTILE SILENT TREATMENT.
PETITIONERS REPEATEDLY REFUSED TO OBEY PERPETRATORS ORDERS TO GO
ALONG WITH THEIR "COVER-UP/WHITEWASH STRATEGY" THAT ENTAILED AN
ORDER THAT WAS NEGATIVE TO SOCIETY AND OUR QUEST FOR JUSTICE FOR

ROBERT TREVINO AND FAMILY, AND OTHER MINORITIES SIMILARLY SITUATED AND IT EQUATED TO A SOLDIER SHOOTING AN UNARMED CIVILIAN. GESTAPO AGENT, JOHN RICHARDS, REVEALED HIMSELF DEMONSTRATING HIS BREACH OF FIDUCIARY DUTY AND BRIBED TO "SHOOT EM UP" SECRET AGREEMENT AND SHOWED ABSOLUTELY "NO MERCY" AND "ZERO EMPATHY" AND "OFFICIALLY" ABANDONED AND "SCAPEGOATED" PETITIONERS WITH IMPUNITY. IN SPITE, OF MY REPEATED PLEAS FOR RICHARDS TO STOP FIGHTING WITH US AND DO HIS JOB AND FIGHT THE PERPETRATORS INSTEAD LIKE HE IS SUPPOSE TO DO. PETITIONERS DEMANDED THAT RICHARDS STOP FIGHTING WITH HER IN HIS ABUSIVE EFFORT TO COERCE HER INTO GOING ALONG WITH THEIR SHAM BECAUSE HE WAS GOING TO CAUSE ME TO HAVE A HEART-ATTACK. HOWEVER, RICHARDS, DOUBLED DOWN, LIKE PAID PINOCCHIO "BRIBE TO LIE." HOWEVER, PERPETRATORS MALICIOUSLY TRIED TO COERCE ME INTO FIRING RICHARDS TO SABOTAGE MERITORIOUS LEGAL MATTERS AND DIABOLICALLY SUNK SHIP AND OFFICIALLY ABANDONE SHIP LEAVING PETITIONERS TOTALLY DEFENSLESS WITH A MYRIAD OF LEGAL MATTERS AND WITH ROBERT IN IMMINENT LIFE-ENDANGERMENT TO ACELERATE PREMEDITATED ASSASSINATION PLOT, DEFRAUD ROBERT OF MILLIONS OF DOLLARS IN COMPENSATION AND GANG-RAPE PETITIONERS OF JUSTICE FOREVER, ALLOWING THE PERPETRATORS TO "ESCAPE" TOTAL AND CIVIL ACCOUNTABILITY FOR THE MAFIA-RELATED ACTIVITIES AND HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR. AND WE CONTINUE TO BE HARASSED AND BRUTALLY RETALIATED AGAINST TO INDUCE MY DEATH, SABOTAGE AND APPEASE PERPETRATORS. GESTAPO AGENT JOHN RICHARDS, CONTINUED TO ABUSE THE LEGAL SYSTEM AND THREATEN MY LIFE IN DEFENSE OF THE "TO BIG TOO JAIL FINANCIALLY AND POLITICALLY INFLUENTIAL" PERPETRATORS IN COMPLICITY WITH THEIR "PAID PINOCCHIO," ARAMBULA, VA, DAV TX BAR, AND FURTHER INDUCED ME INTO SUFFERING AN EYE STROKE IN ADDITION TO NEAR FATAL STROKE, FURTHER AXACERBATED OVER ALL DEBILITATING SERICE-CONNECTED DISABILITIES AND SIGHT DAMAGES TO MY RIGHT EYE COMPOUNDED BY THE VA'S CONTINUING HARASSING AND ABUSIVE RETALITORY REFUSAL TO AFFORD ME THE FULL RIGHTS AND BENEFITS AND FINANCIAL HOME ADAPTATION GRANT AND AID AND ATTENDANCE THAT PETITIONERS ARE JUSTLY ENTITLED TO AND AS THEY ILLEGALLY DIABOLICALLY DEPRIVED ROBERT AND CONTRIBUTING TO HIS WRONGFUL IMPRISONMENT AND ASSASSINATION OF ROBERT TREVINO AND SABOTAGED CASE. PERPETRATORS INGENIOUSLY INSIDIOUSLY ACELERATED PREMEDITATED ASSASSINATION OF ROBERT AND "RAILROADED" AND "GANG-RAPED" PETITIONERS AND LEFT US WITH A MYRIAD OF LEGAL MATTERS AND ON-GOING "BLACKLIST," "SANCTIONS" "AMBUSH" AND "SABOTAGED" AND "COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE." TO DATE!

AS A RESULT, PETITIONERS IMMEDIATELY NEED AN HONEST COMPETENT APPOINTED ATTORNEY, LAW FIRM, IN OUR QUEST FOR JUSTICE. PETITIONERS DON'T WANT THE PERPETRATORS TO FOREVER "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR, MOCKERY, AND TAUNTING IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA. AND GENOCIDE. THE PERPETRATORS HAVE CONTINUED TO DISCRIMINATE AND PERSECUTE PETITIONERS FROM 1995 TO DATE, AND HAVE

BEEN REVICTIMIZING US REPEATEDLY AND USING OUR DISABILITIES, WHICH THEY WORSENED AND ARE LIFE-THREATENING, AS AN EXCUSE TO DISCREDIT AND "SCAPEGOAT" "BLACKLIST" AND "SANCTION" AND "SABOTAGE" OUR QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY.  PETITIONERS FURTHER RESPECTFULLY REQUEST THAT THE HONORABLE COURT, GRANT PROTECTIVE ORDER TO  IMMEDIATELY RESTRAIN THE  "UNSHACKLED" EXTREMELY DANGEROUS PERPETRATORS THAT HAVE WEAPONIZED THEIR LAW DEGREES TO ENGAGE IN MAFIA-RELATED ACTIVITIES, UNJUSTLY ENRICH THEMSELVES AND THEIR GOOD OL BOYS CRONIES, SABOTAGE PETITIONERS MERITORIOUS QUEST FOR JUSTICE AND LITERALLY GET AWAY WITH THE ASSASSINATION OF ROBERT TREVINO AND GENOCIDE AND THIS IS NOT THEIR FIRST RODEO BUT THEIR CORRUPT WAY OF LIFE, WITH IMPUNITY. THE PERPETRATORS NEED TO CEASE AND DESIST FROM "BLACKLISTING" "SANCTIONING" AND FROM ENGAGING IN CRIMINAL CONSPIRACY SCHEMES AND FROM RETALIATION SYSTEMATIC INJUSTICE AND PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND SABOTAGE AND FROM CONTINUING TO ENGAGE IN MAFIA-RELATED ACTIVITIES IN CONTINUEING EFFORTS TO BLATANTLY VIOLATE OUR CIVIL AND HUMAN RIGHTS AND OTHER HIGH CRIMES AND MISDEMEANORS AND GENOCIDE OF HISPANIC COMMUNITY THAT SPEAKS TRUTH TO POWER.  PETITIONERS PRAYS AND HOPES THAT THIS HONORABLE COURT IMMEDIATELY REFER PERPETRATORS TO IMMEDIATE HARSH PROSECUTION FOR PERNITIOUS DIABOLICAL HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG LIES" WITH "ZERO EVIDENCE " ON PRETEXT OF JUSTICE AGAINST HIGHLY DECORATED DISABLED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER AND SUBSEQUENT ASSASSINATION OF ROBERT TREVINO AND PERNICIOUS PSYCHOLOGICAL DEPRAVED HEART MURDERS OF MARIA AND JUAN TREVINO AND ATTEMPTED MURDER OF GLORIA TREVINO AND "BLACKLIST,""SANCTION" AND "SABOTAGE" "GANG-RAPE OF JUSTICE"TO OBLIVIATE PETITIONERS  AND IN FURTHER SUPPORT STATE;

## "AMERICA IS BURNING!"

PETITIONERS CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THE DIABOLICAL SENSELESS  PREVENTABLE ACELERATED PREMEDITATED ASSASSINATION OF HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER, ROBERT TREVINO.  PETITIONERS REPEATEDLY IGNORED AND GIVEN THE DEATH-EAR BY PERPETRATORS AS A RESULT OF THE OUT OF CONTROL WIDESPREAD NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION AND MAFIA-RELATED ACTIVITIES OF NEO-NAZI WHITESUPREMACIST AND WHITESUPREMACIST "WANT-TO BE" TO "CAMOUFLAGE BEHAVIORS" THAT HAVE INFLITRATED EVERY ASPECT OF OUR GOVERNMENT AND SOCIETY.  THIS, INCLUDES SHAM NON-PROFIT CRIMINAL ENTERPRISES WITH MULTIBILLION DOLLARS ENTRUSTED IN AFFORDING DISTRESSED MINORITY VETERANS THE EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE THAT THEY ARE LEGALLY AND MORALLY JUSTLY ENTITLED TO.  HOWEVER, THE PERPETRATORS FOR DECADES HAVE BEEN CLEARLY ENGAGED IN MISREPRESENTATION, GASLIGHTING, "FAKE NEWS" GENERATING MORE FUNDING, INTERCEPTING, EMBEZZLING, LAUNDERING AND MISDIRECTING THE

FUNDING TO SABOTAGE THE MISSION OF EMPOWERING MINORITIES DISTRESSED VETERANS AND HAVE BEEN UNJUSTLY ENRICHING THEMSELVES AND LINING THEIR OWN POCKETS AND THOSE OF THEIR CRONIES TO THE DETRIMENT AND DEMISE OF THOSE DISTRESSED MINORITIES THEY WERE ENTRUSTED IN PROTECTING AND IN RIDICULE AND AMUSEMENT AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. PERPETRATORS FOR DECADES HAVE BEEN ENGAGED IN PERPETUAL COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND "BLACKLISTING" "SANCTIONING" AND "REVICTIMIZING" AND "OBLIVIATING THE PETITIONERS," AS IN THIS ROBERT TREVINO AND FAMILY UGLY CASE SCENARIO.

CORRUPTION AND DISCRIMINATION IS IN THE DNA OF THE PERPETRATORS! AND, WHERE THERE'S SMOKE THERE'S FIRE! THE PERPETRATORS HAVE RAISED CORRUPTION AND DISCRIMINATION TO NEW ARTFORM! THIS ROBERT TREVINO AND FAMILY UGLY CASE SCENARIO IS NOT AN ISOLATED CASE BUT ANOTHER PERFECT EXAMPLE OF THE OUT OF CONTROL CATASTROPHIC RAGING INFERNO IGNITED BY PERPETRATORS THAT DON'T HAVE A CLUE, FEAR OR CONCERN ABOUT ALL THE DESTRUCTION TO OUR COUNTRY NOR THE CARNAGE OF THIS PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE. GOD HAS A SPECIAL PLACE IN STORE FOR PERPETRATORS IN THE DEEPEST HOTTEST CORNER OF HELL AND THEY SHOULD REPENT AND MAKE PEACE WITH GOD FOR THEIR ATROCITIES AND INHUMANITIES OF THE DEFENSELESS. AND GENOCIDE. WE HAVE NO DOUBT THAT THE PERPETRATORS WOULD CRUCIFY JESUS CHRIST ALL OVER AGAIN IF THEY HAD A CHANCE AND WOULD EVEN MAKE THEIR OWN GRANDMOTHER LOOK BAD IF IT SUITS THEIR PURPOSE.

IT IS AN EGREGIOUS CRIME AND A CRYING SHAME, THAT THE USA THAT IS SUPPOSEDLY THE MOST CIVILIZED SOCIETY IN THE WORLD, HOWEVER, PETITIONER'S NATION, THAT THEY COURAGEDLY RISKED THEIR LIVES DEFENDING AND PAID A VERY HIGH PRICE, CANNOT TAKE CARE OF IT'S MOST VULNERABLE DISTRESSED HISPANIC PARALYZED WAR HEROES AND POLITICAL PRISONERS AND STIPPING PETITIONERS OF BASIC CIVIL AND HUMAN RIGHTS AND VA RIGHTS AND BENEFITS THEY HONORABLY EARNED ON THE BATTLEFIELD LEAVING US TOTALLY DEFENSELESS AND UNABLE TO FEND FOR OURSELVES AND TO BE REPEATEDLY "REVICTIMIZE" EVEN IN MODERN DAY "DEATH-TRAP" AND "OBLIVIATED AND FORGOTTEN" IN BLATANT VIOLATION OF OUR NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND. PETITIONERS ARE FORCED TO INTERVENE AGAINST THE SHAMELESS CORRUPT PERPETRATORS TO REQUEST COMPETENT HONEST ATTORNEY, LAW FIRM FOR THE EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE THAT THE PERPETRATORS HAVE REPEATEDLY ILLEGALLY DENIED PETITIONERS AND COULD HAVE SAVED ROBERT TREVINO AND FAMILY. PERPETRATORS ARE INGENIOUSLY HEAVILY ARMED WITH ARMIES OF TOP-MULTIMILLION DOLLAR LAWYERS AT THE EXPENSE OF THE PETITIONERS/INTERVENORS/PLAINTIFFS WITH THE MULTIMILLION DOLLARS THAT PERPETRATORS ILLEGALLY GENERATED AND SOLICITED ON ERRONEOUS GUISE THAT THEY WOULD AFFORD PETITIONERS EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE,

6

HOWEVER, LIKE ALL THE SHAM NON-PROFIT CRIMINAL ENTERPRISES, HAVE
FURTHER REVICTIMIZE PETITIONERS TO OUR DETRIMENT AND DEMISE.
PERPETRATORS, SOLICITED THROUGH CONTROLLED, MANIPULATED SHAM NON-
PROFIT CRIMINAL ENTERPRISE, SUCH AS ALL THE INNOCENSE PROJECTS,
GESTAPO AGENTS AND OTHERS UNDER ERONEOUS GUISE OF AFFORDING
DISTRESSED DISCRIMINATED VETERANS, PETITIONERS, EQUAL PROTECTION,
EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE. HOWEVER, THE
PERPETRATORS ARMED WITH WEAPONIZED LAW DEGREES ARE, LIKEWISE,
INGENIOUSLY, INTERCEPTING, DEFLECTING, EMBEZZLING AND MISDIRECTING
THE MULTIBILLION DOLLARS THROUGH THEIR SHAM NON-PROFIT ENTERPRISES
AND CORRUPT HONEST SERVICES FRAUD, AND INSTEAD, ENGAGED IN ELABORATE
CRIMINAL CONSPIRACY SSCHEME TO FURTHER  DEFRAUD, MARGINALIZE AND
NORMALIZE THE STIGMATIZED DISCRIMINATION PRACTICES, EXPLOITATION,
ABUSE, CORRUPTION GASLIGHTING, OUTRIGHT FRAUD, RETALIATION,
DEPRIVATION OF BASIC CIVIL AND HUMAN RIGHTS AND BENEFITS, SYSTEMATIC
INJUSTICE AND REPEATED "BIG LIES" WITH, "ZERO EVIDENCE" ON PRETEXT OF
JUSTICE, DEMONIZE, DEFAME AND WRONGFULLY IMPRISON IN MODERN DAY,
"DEATH-TRAPS," AND ENDLESS RETALIATION, REPEATED VIOLATIONS OF
FIDUCIARY DUTY BY BRIBERY, KICKBACKS, AND/OR SKYROCKET CAREERS,  AND
POLITICAL AND FINANCIAL POWER AND INFLUENCE, ENJUSTLY ENRICH
THEMSELVES, LINE THEIR OWN POCKETS AND THOSE OF THEIR CONSPIRATORS
AND CRONIES TO THE DETRIMENT AND DEMISE AND RIDICULE AND MOCKERY
WITHOUT REMORSE OF THE PETITIONERS, PLAINTIFFS/INTERVENORS  AND
FURTHER "REVICTIMIZE, " "SCAPEGOAT," "BLACKLIST" AND "SANCTION" AND
"OBLIVIATE PETITIONERS, AND ALL THOSE OTHER MINORITIES SIMILARLY
SITUATED, OUT OF EXISTENCE AND GENOCIDE, AS THE SERIAL DEPRAVED HEART
MASS MURDERS AND PREMEDITATED ASSASSINATION OF ROBERT AND FAMILY.

PETITIONER ROBERT TREVINO WAS HIGLY RECOMMENDED FOR THE
DISTINGUISHED SILVER STAR FOR HIS HEROIC ACHIEVEMENT IN THE REPUBLIC
OF VIETNAM AND IS A BRONZE STAR WITH "V," FOR VALOR AND PURPLE HEART
RECIPIENT.  HE SUFFERED FROM BRAIN DAMAGE, TBI, WITH LIFE-THREATENING
EPILEPTIC SEIZURES, DEMENTIA, COMPROMISED ISCHEMIC HEART CONDITION,
NEGLECTED PROTRUDING BASKETBALL SIZE HERNIA THAT CAUSED OTHER
RECURRING LIFE-THREATENING BOWEL OBSTRUCTIONS,  WE REFERRED TO AS
RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION.  ROBERT ALSO
SUFFERED FROM CHRONIC CONSTIPATION, CHRONIC PTSD, DEPRESSION,
SCHIZOPHRENIA, PERIPHERAL NEUROPHY OF UPPER AND LOWER EXTREMITIES,
LIFE-THREATENING INFECTIONS, WEAKENED IMMUNE SYSTEM, EXTENSIVE
NERVE DAMAGE.  AS A RESULT OF BEING SHOT IN THE HEAD WHILE SERIOUSLY
WOUNDED AND RISKING HIS LIFE WHILE UNDER HEAVY AUTOMATIC GUNFIRE
FROM ALL SIDES TO SAVE THE LIVES OF HIS COMRADS DURING AN AMBUSH  AND
FROM CONCUSSION BLAST HEAD INJURY THAT RENDERED HIM UNCONSCIOUS
AND BLEEDING PROFUSELY FROM THE NOSE, MOUTH AND EARS AND FROM
EXTENSIVE EXPOSURE TO AGENT ORANGE AND OTHER EXTREMELY DANGEROUS
HERBICIDES AND WAS PARALYZED AND BED-RIDDEN AND/OR CONFINED TO
GERIATRIC WHEEL CHAIR.  IN SHORT, ROBERT WAS A TOTALLY HARMLESS AND
NOT A THREAT TO HIMSELF OR ANYONE ELSE. HE COULD NOT EVEN ROLL

AROUND IN HIS BED.  ROBERT WAS A PRISONER IN HIS OWN BODY AND
PETITIONERS MALICIOUSLY SUBJECTED HIM TO CRUEL AND UNUSUAL
PUNISHMENT, DENIED HIM VISITATION WITH HIS FAMILY AND ISOLATED AND
SECLUDED HIM, ILLEGALLY REPEATEDLY DENIED ROBERT IMMEDIATE RELEASE
ON MRIS FROM TDCJ, CYMF, ICU TO THE VA HOSPITAL IN OUR EFFORTS TO SAVE
HIS LIFE EVEN AFTER THE STATE'S WITNESS, PATRICK LANKFORD CONFESSED
EXONERATING ROBERT OF ANY CRIME AND IMPLICATED THE BIGOTED
OFFICIALS.   PETITIONERS OUTCRYS AND SCREAMING BLOODY MASS MURDER
AND GENOCIDE IS LIKE SCREAMING IN THE WILDERNESS.  CLEARLY THE
OFFICIALS, SHARE A COZY-RELATIONSHIP WITH THEIR CRONIES, LIKEWISE,
BRIBED TO LOOK THE OTHER WAY AND ACT LIKE INNOCENT BY-STANDERS.  THEY
ARE NOT INNOCENT BY-STANDERS AND HAVE A MORAL, ETHICAL AND LEGAL
OBLIGATION AND DUTY TO ACT AND AFFORD US THE EQUAL PROTECTION AND
LEGAL REPRESENTATION THAT WE ARE LEGALLY JUSTLY ENTITLED TOO.  WE ARE
DEMANDING EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS
TO JUSTICE AND HOLD THE PERPETRATORS CRIMINALLY AND CIVILLY
ACCOUNTABLE FOR ABUSE OF POWER,  AND THEIR HOMOCIDAL PSYCHOPATHIC
CRIMINAL MIND AND BEHAVIOR AND FOR THEIR SADISTIC DEPRAVED ABUSE OF
OBITUARIES, ABUSE OF CORPSE AND CORRUPT AND PERVERTED SENSE OF
HUMOR, RIDICULE, TAUNTING AND MOCKING THE PETITIONERS WHILE GRIEF-
STICKEN TO INDUCE DEPRAVED HEART MURDERS AND COVER-UP/WHITEWASH
WITH IMPUNITY AND IN FURTHER SUPPORT,  STATE;
.

FROM 1995 TO DATE, THE DEFENDANTS US, VA, ET AL., IN COMPLICITY WITH
OTHER NEO-NAZI WHITE SUPREMACIST GOVERNMENT DOMESTIC TERRORIST
DIABOLICALLY  ENGAGED IN A CRIMINAL CONSPIRACY SCHEME OF STIGMATIZED
DISCRIMINATION, CORRUPTION OUTRIGHT FRAUD, CRIMINAL OPPRESSION,
SYSTEMATIC INJUSTICE AND OTHER MAFIA-RELATED CRIMINAL ACTIVITIES IN
ONGOING RETALIATION FOR OUR EXERCISING OUR GOD GIVEN RIGHT TO FREE
SPEECH AND TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES.
THEY MALICIOUSLY ABUSED THEIR POWER AND AUTHORITY AND DEMONIZED
ROBERT, STRIPPED AND GANG-RAPED HIM OF HIS HONOR, DIGNITY, FREEDOM
AND OF THE VA RIGHTS AND BENEFITS THAT HE COURAGEOUSLY AND
HONORABLY EARNED ON THE BATTLEFIELD IN VIOLATION OF OUR NATION'S
SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND.
HOWEVER, THE PERPETRATORS NOT ONLY LEFT ROBERT BEHIND, BUT THEY
TOSSED HIM OUT LIKE HE WAS YESTERDAYS TRASH.  THEN, LIKE BLOOD THIRSTY
VULTURES PREYED ON HIS FAMILY WHILE ROBERT LANGUISHED IN MODERN DAY
"DEATH-TRAP" AND OUR ILL-STRICKEN DEPENDANT PARENT SUCCOMBS TO THE
TRAUMATIC EXPERIENCE OF WATCHING HELPLESSLY AS YOUR LOVED ONE IS
BEING MALICIOUSLY RAILROADED AND THE EMOTIONAL FINANCIAL AND
PHYSICAL STRAIN ON HER AILING AND BROKEN HEART THAT WAS FURTHER
COMPOUNDED BY THE OUTBUST OF LAUGHTER, CELEBRATION, HIGH-FIVING IN
CONGRATULATORY GESTURES, RIDICULED AND TAUNTING BY FBI, AKA, "KGB"
AGENTS AND LOCAL OFFICIALS SITTING ON THE BACK ROW AS ROBERT WAS
TEARFULLY SHACKLED AND WHISKED AWAY TO MODERN DAY DEATH-TRAP AND
THE TWILIGHT ZONE AND INTO OBLIVIANCE TO BE FORGOTTEN AS IF WE WERE
THEIR YESTERDAY'S TRASH WITH IMPUNITY.  AS IF THEY HAD RAN OVER A DOG!.

PETITIONER WERE ALSO TRAUMATIZED BY THE "CLASSIC KANGAROO COURT" AND SUBSEQUENT PERPETRATORS HIRING OF DA TO WORK FOR USDOJ FBI WITH WITH PENDING CIVIL AND HUMAN RIGHTS COMPLAINTS TO CREATE A GREATER CONFLICT OF INTEREST AND SABOTAGE PETITIONERS COMPLAINTS AND CONTINUED TO TRAMPLED ALL OVER ROBERT'S CIVIL AND HUMAN RIGHTS IN BLATANT VIOLATION OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS FOR WHICH HE BRAVELY RISKED HIS LIFE TO DEFEND AND PAID A VERY HIGH PRICE IN TIME OF FOREIGN WAR AND IN VIOLATION OF UNHCHR AND INTERNATIONAL LAW AND GENOCID.  SUBSEQUENTLY, FURTHER "BLACKLIST," "SANCTION" AND "RIDICULE" PETITIONERS AND COERCE US TO FEND FOR OURSELVES  AGAINST "BEAST OF PREY IN SHEEP CLOTHING" AND PERPETUAL PERNICOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND MALICIOUSLY SUBJECTED ROBERT TO THE "HANG EM HIGH" TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HISPANIC DISABLED WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO, ON "BIG LIES" WITH "ZERO EVIDENSE" ON PRETEXT OF JUSTICE.  MALICIOUSLY KIDNAP , FALSE IMPRISONMENT, CRUEL AND UNUSUAL PUNISHMENT, RETALIATION AND TO SABOTAGE OUR QUEST FOR JUSTICE,  AND ACELERATED PREMEDITATED ASSASSINATED OF ROBERT AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  PETITIONERS CONTINUE TO BE "BLACKLISTED" AND "SANCTIONED" "AMBUSHED" AND "SABOTAGED" TO BE FOREVER SILENCED AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND GENOCIDE.  ROBERT DID NOT HAVE TO DIE AND WAS DIABOLICALLY ILLEGALLY REMOVED FROM CYMF, ICU IN CRITICAL RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION AND FORCIBLY TRANSFERR TO THE ILL-FATED WORSE INSANE ASYLMN IN THE WORLD TO ACELERATE PREMEDITATED ASSASSINATION OF ROBERT TREVINO AS IF HE WAS PERPETRATOR'S YESTERDAY'S TRASH TO BE FORGOTTEN.  ROBERT DID NOT GO TO FIGHT AND RISK HIS LIFE DEFENDING OUR US CONSITUTION AND OUR COUNTRY ACROSS THE WORLD IN THE VIETNAM FOREIGN WAR ONLY TO BE DEMONIZED BY NEO-NAZIS GOVERNMENT OFFICIALS, LEFT BEHIND, GANG-RAPED AND STRIPPED OF HIS VA RIGHTS AND BENEFITS HE HONORABLY EARNED ON THE BATTLEFIELD TO BE COERCED TO FEND FOR HIMSELF IN PERPETUAL PERNICIOUS COVERT DEADLIER PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE IN THE COUNTRY HE RISKED HIS LIFE TO DEFEND AND WAS ASSASSINATED IN A MODERN DAY DEATH-TRAP.  ROBERT PAID THE ULTIMATE PRICE IN SOLITARY QUEST FOR THE BASIC CIVIL AND HUMAN RIGHTS AND FOR EQUAL ACCESS TO JUSTICE AS A RESULT OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE.  UNFORTUNATELY, THESE ATROCITIES AND INHUMANITIES AGAINST HISPANIC AND OTHER MINORITIES IS GOING ON EVERYDAY ALL DAY LONG IN OUR LEGAL SYSTEM THAT OUR GOVERNMENT KEEPS FUNDING WITH MULIBILLIONS OF DOLLARS TO SHAM NON-PROFIT CRIMINAL ENTERPRICES TO REFORM AND SUPPOSEDLY AFFORD MINORITIES EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, HOWEVER, THE MULTIBILLIONS OF DOLLARS IS BEING INGENIOUSLY INTERCEPTED, EMBEZZLED, LAUNDERED BY THOSE ENTRUSTED IN PROTECTING MINORITIES AND DISTRESSED VETERANS AND ARE FURTHER MARGINALIZING AND REVICTIMIZING

9

MINORITIES AND DISTRESSED VETERANS AND OUR FAMILIES TO UNJUSTLY
ENRICH THEMSELVES AND TO LINE THE POCKETS OF THE VERY GOVERNMENT
OFFICIALS FUNDING THEM, CRONIES AND GOOD OL BOYS THEY SHARE A COZY-
RELATIONSHIP AND PROVIDING KICKBACKS AND BRIBES THOSE OFFICIALS TO
LOOK THE OTHER WAY, GIVE PETITIONERS THE "DEATH-EAR"AND OBLIVIATE.
CONSEQUENTLY, THE PETITIONERS ARE OF HISPANIC DESCENT AND NOT NEW TO
BRUTAL AND BARBARIC DISCRIMINATION PRACTICES AND CORRUPTION AND
THAT WE ARE PRESUMED GUILTY SINCE THE DAY WE WERE BORN.  HOWEVER, WE
ARE NOT IMMUNE FROM THE RELENTLESS ON-GOING ATTACKS, "BLACKLISTING"
"SANCTIONS"  AND PERPETUAL, PERNICIOUS COVERT PSYCHOLOGICAL
DOMESTIC TERRORIST GUERRILLA WARFARE AND "SABOTAGE"THAT HAS
NEGATIVELY  IMPACTED US FOR DECADES.  PERPETRATORS HATE CRIMES AND
DEPRIVATION OF EQUAL PROTECTION, EQUAL REPRESENTATIONS, EQUAL ACCESS
TO JUSTICE HAVE EXACERBATED OUR PRE-EXISTING SERVICE-CONNECTED
DISABILITIES TO LIFE-THREATENING AND FEEL PROFOUND GRIEF AND OUTRAGE
OVER THE TOTAL LACK OF CARE AND CONCERN FOR OUR FREEDOM, LIFE AND
SAFETY THAT AID AND ABETS IN THE MAFIA-RELATED CRIMINAL ACTIVITIES AND
ENCOURAGES MORE AND MORE "BUSHWACKERS" AND GUERRILLA WARFARE
MAKING US EVEN MORE VULNERABLE TO "REVICTIMIZATION" FROM OUR
ABUSERS, PERPETRATORS AND GOOD OL BOY CRONIES AND INCREASING NUMBER
OF ALL THOSE ACTING IN ACTIVE CONCERT AND PARTICIPATION WITH THEM OR
AT THEIR DISCRETION.  IT WAS THE LEGAL RESPONSIBILITY OF THE
PERPETRATORS, CO-CONSPIRATORS, ACCOMPLICES/GESTAPO AGENTS, JOHN
RICHARDS AND NOEL PORTNOY AND NEARLY EVERY COURT IN THE COUNTRY TO
PROTECT THE RIGHTS AND PRIVACY OF PETITIONERS INFORMATION, HOWEVER,
THEY INTENTIONALLY DISREGARDED ANY HARM OR INJURY TO OUR RIGHT TO
PRIVACY AND FAILED TO PROTECT US AS PART OF DECADES LONG ON-GOING
RETALIATION, HARASSMENT AND RIDICULE AND FILED THE "UNREDACTED"
PERSONAL AND PRIVATE MEDICAL RECORDS IN NEARLY EVERY COURT IN THE
COUNTRY MAKING THEM PUBLIC INFORMATION FOR ALL TO SEE AND ACCESS
FOR WHATEVER REASON AND FURTHER MOCK, TAUNT AND RIDICULE AND
HUMILIATE "SCAPEGOATING"  PETITIONERS, CLEARLY THE SERIAL
MURDERS PATERN OF CRIMINAL BEHAVIOR, THEIR, MODUS OPERANDI, "M. O.".

PETITIONERS  FEEL "REVICTIMIZE" BY OUR ABUSERS WHO WILL NOT LET US
"GRIEVE IN PEACE!"  TO CONTINUE TO ENGAGE IN CRIMINAL CONSPIRACY
SCHEME OF SYSTEMIC INJUSTICE, AMBUSH AND SABOTAGE TO ERADICATE AND
SILENCE US, AS IN THIS UGLY CASE SCENARIO OF ASSASSINATION OF ROBERT
TREVINO, IN BLATANT VIOLATION OF RICO AND OTHER RACKETEERING
ACTIVITIES OCCURRING IN LEGITIMATE OR SHAM ORGANIZATIONS AND
GOVERNMENT THROUGH FRAUDULENT ACTIVITIES AND CORRUPT HONEST
SERVICES FRAUD AND WRONGFUL  ACTS  AND FAILURE TO ACT IN SUCH A WAY TO
BRING ABOUT AND INCITE AND ENCOURAGE PHYSICAL VIOLENCE, POLICE
BRUTALITY, ABDUCTIONS, STALKING, FALSE IMPRISONMENT, MALICIOUS
PERSECUTIONS AND PSYCHOLOGICAL DEPRAVED HEART MASS MURDERS, LIKE
WITH OUR ILL-STRICKEN BELOVED MOTHER, MARIA AND ILL-STRICKEN
BROTHER, JUAN TREVINO AS WELL AS THE  ATTEMPTED MURDER OF ME AND
PREMEDITATED ASSASSINATION OF  PARALIZED DECORATED HISPANIC VETERAN,

ROBERT TREVINO AND COVER-UP WITH IMPUNITY.  PERPETRATORS ARE "COVER-UP/WHITEWASH CON ARTIST" WITH  ALLIGIANCE TO "CRONYISM" AND "GOOD OL BOYS NETWORK"  AND ARE DETERMINE TO ERADICATE TREVINO FAMILY, "BY ANY MEANS NESCESSARY," AS CLEARLY DEMONSTRATED OVER DECADES IN THE WRONGFUL IMPRISONMENT AND ASSASSINATION OF ROBERT TREVINO AND DEPRAVED HEART MURDERS OF JUAN AND MARIA TREVINO AND IN ON-GOING BLATANT VIOLATION OF OUR NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND. INSTEAD, FURTHER DISCRIMINATED AGAINST PETITIONERS, MARGINALISED, TREATED AS INSIGNIFICANT, ISOLATED, PUSHED FURTHER BEHIND TO THE MARGINS OF SOCIETY AND RENDERED POWERLESS BECASE OF OUR LACK OF POLITICAL AND FINANCIAL INFLUENCE AND GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE.  PERPETRATORS ARE IN REPEATED BLATANT VIOLATION OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS AND INTERNATIONAL HUMAN RIGHT LAWS AND CONTINUE TO ENGAGED IN LIFE-THREATENING MAFIA-RELATED ACTIVITIES TO FOREVER SILENCE, DEFRAUD, AND SUBJECT US TO ONGOING SYSTEMATIC INJUSTICE IN FURTHERANCE OF THE NORMALIZATION OF STIGMATIZE DISCRIMINATION AND CORRUPTION – A DEADLY COMBINATION.  PERPETRATORS HAVE FURTHER SHAMEFULLY TOOK UNFAIR ADVANTAGE OF US BECAUSE OF OUR DISABILITIES AND VULNERABILITIES EXPLOITED AND DEFRAUDED US AND SCAPEGOATING US SABOTAGED OUR EQUAL ACCESS TO JUSTICE AND "BLACKLISTED" AND "SANCTIONED" US TO COERCE US TO FEND FOR OURSELVES TO FURTHER ENDANGER OUR LIVES AND INGENIOUSLY FOREVER  "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR, OUTRIGHT FRAUD  AND GENOCIDE.  MEANWHILE, THE PERPETRATORS CONTINUE CORRUPT WAY OF LIFE AND INGENIOUSLY INTERCEPT, MISDIRECT, MISAPPROPRIATE MISMANAGE, LAUNDER, EMBEZZLE MULI-MILLION IN REPORTED OR UNREPORTED FUNDING FROM ALL OVER THE USA AND FOREIGN COUNTRIES FROM AROUND THE WORLD INTENDED TO PROVIDE DISTRESSED VETERANS AND THEIR FAMILIES ASSISTANCE, RELIEF AND ENSURE US THE EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, HOWEVER, INSTEAD, THE PERPETRATORS, ARE UNDERMINDING AND SABOTAGING MISSION AND DOING JUST THE OPPOSITE AND PAYING ARMIES OF TOP DOLLAR LAWYERS AND THEIR "CRONIES" TO REPRESENT THEMSELVES  INSTEAD OF THE DISTRESSED VETERANS AND MINORITIES THE FUNDING IS INTENDED TO ASSIST AND ARE SHAMFULLY EMBEZZLING THE FUNDING TO SILENCE AND OPPRESS THOSE THEY WERE INTENDED TO ASSIST AND TO CONTINUE TO UNJUSTLY ENRICH THEMSELVES AND LINE THEIR OWN POCKETS AND THOSE OF THEIR CRONIES FOR PROTECTION AND CONTINUE THEIR CORRUPT WAY OF LIFE THROUGH PUBLIC STUNTS AND CORRUPT FAKE NEWS. MISREPRESENTATIONS, SKYROCKET FINANCIAL AND POLITICAL CAREERS, STIGMATIZE DISCRIMINATION AND CORRUPTION AND TO HONOR MAFIA-RELATED ACTIVITIES, "BLACKLISTING" AND "SANCTIONING" THOSE DISTRESSED VETERANS, THEY ARE PURPORTEDLY FUNDED TO REPRESENT AND FURTHER ENGAGE IN MOCKERY, TAUNTING AND RIDICULING OF ROBERT TREVINO AND FAMILY EVEN AFTER MASS MURDERS AND <u>ABUSE OF CORPSE</u> IN CONTINUING EFFORT TO INDUCE PSYCHOLOGICAL MURDERS WHICH FURTHER REFLECTS ON THE OUT OF CONTROL WIDSPREAD LEVEL OF DEPRAVITY, HATRED AND

DOMESTIC TERROR AND CRIMINAL MIND AND BEHAVIOR OF THE PERPETRATORS. TO DATE, PERPETRATORS AND CRONIES CONTINUE TO LAWLESSLY FUEL OUR ANGER, GRIEF, DEPRESSION AND OUTRAGE THROUGH HARASSMENT AND RETALIATION BY HAVING ATTORNEY TIM STANLEY, CEO OF JUSTIA, POST DEFAMITORY, HUMILIATING AND INJURIOUS DENIAL OF ROBERT TREVINO'S TEXAS CRIMINAL COURT OF APPEALS OPINION MALICIOUSLY POSTED ON OUR DECEASED MOTHER'S OBITUARY AND BLATANTLY REFUSING TO DELETE THE HUMILIATING AND DEFAMITORY SHAM OPINION BASED ON SHAM TRIAL BY RAGE AND COERCING US TO FEND AND WEATHER THE STORM FOR OURSELVES IN OUR SOLITARY QUEST FOR EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR ROBERT TREVINO AND FAMILY, AND ALL THOSE OTHER MINORITIES SIMILARLY SITUATED,AND COVER-UP/WHITEWASH WITH IMPUNITY.

ACCORDINGLY, IN THE BEST INTEREST OF JUSTICE, PETITIONERS RESPECTFULLY REQUEST THIS HONORABLE COURT TO APPOINT AN "UNBIASED" HONEST AND COMPETENT ATTORNEYS TO REPRESENT PETITIONERS AND FINALLY AFFORD US THE EQUAL ACCESS TO JUSTICE THAT WE RIGHTFULLY DESERVE AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS FOR WHICH OUR BELOVED FATHER, JOE P. TREVINO, ROBERT TREVINO AND JULIO TREVINO COURAGOUSLY RISKED THEIR LIVES TO DEFEND AND PAID A VERY HIGH PRISE IN TIME OF FOREIGN WAR.  NOW, WE ARE CALLING UPON OUR GOVERNMENT AND THIS HONORABLE COURT TO AFFORD US THE BASIC CIVIL AND HUMAN RIGHTS THAT WE ARE LEGALLY ENTITLED TO AND THAT WE JUSTLY DESERVE AND HAVE BEEN ILLEGALLY DENIED FOR DECADES AND THAT THIS HONORABLE COURT IMMEDIATE GRANT US RETRAINING ORDER TO CONTROL THE "UNSHACKLED PERPETRATORS," US, VA, FBI AND ALL THEIR CRONIES ACTING IN ACTIVE CONCERT AND PARTICIPATION WITH THEM OR AT THEIR DISCRETION, FROM CAUSING US ANY FURTHER DETRIMENTAL IRREPARABLE HARM AND INJURY AND TO RECOVER DAMAGES AND THE TOTAL VA RIGHTS AND BENEFITS WE HONORABLY EARNED IN THE BATTLEFIELD IN FOREIGN WAR AND EVEN MORE DEADLY PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE. PETITIONERS PAID A VERY HIGH PRICE DEFENDING OUR COUNTRY AND OUR US CONSTITUTION AND THE FREEDOM OF THE PERPETRATORS AND AMERICAN CITIZENS.  OUR GOVERNMENT SHOULD NEVER INGENIOUSLY DEPRIVE AND DEFRAUD OUR DISTRESSED HISPANIC VETERANS OF THE FULL VA RIGHTS AND BENEFITS THAT WE ARE MORALLY AND LEGALLY ENTITLED TO AND JUSTLY DESERVE LEAVING US TOTALLY HELPLESS AND POWERLESS WITHOUT ANY MEANS TO DEFEND OURSELVES, "LEAVING HISPANIC VETERANS BEHIND" IN BLATANT VIOLATION OF OUR NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND.   ROBERT'S WELL DESERVED MEDALS OF HONOR WERE MALICIOUSLY REPLACED WITH WHAT AMOUNTS TO A BADGE OF INFAMY, DEMONIZED WITH "BIG LIES" AND "ZERO EVIDENCE" AND GANG-RAPED OF HIS HONOR, DIGNITY, FREEDOM, FULL VA RIGHTS AND BENEFITS THAT HE HONORABLE EARNED ON THE BATTLEFEILD ONLY TO LANGUISH IN MODERN DAY "DEATH-TRAP" IN FURTHERANCE OF THE "AMERICAN NIGHTMARE" AND "TWILIGHT ZONE."  THE NEO-NAZIS DOMESTIC TERRORIST GOVERNMENT OFFICIALS AND PERPETRATORS APPARENTLY BELIEVE THAT CORRUPTION AND

DISCRIMINATION IS THE PRIMARY PREVILEGE OF THEIR OFFICE AND THAT IT
GIVES THEM THE POWER TO NOT ONLY BENEFIT THEMSELVES IN EVERY
POSSIBLE WAY BUT TO UNJUSTLY ENRICH THOSE "COZY RELATIONSHIPS" AND
"CRONIES" IN THEIR ORBIT THAT SHARE THEIR SENSE OF ENTITLEMENT TO THE
DETRIMENT AND DEMISE OF THOSE THEY ARE ENTRUSTED IN PROTECTING, SUCH
AS IN THIS ROBERT TREVINO AND FAMILY CASE, AND OTHER MINORITIES
SIMILARLY SITUATED.  PERPETRATORS, HAVE NO SHAME, NO REMORSE, NO
MERCY AND NO EMPATHY AND SHOULD BE IMMEDIATELY DISBARRED AND
REMOVED FROM SERVING IN ANY GOVERNMENT OFFICE OR NON-PROFIT
ORGANIZATIONS. THEY SHOULD BE ASHAME TO BE SUED BY THOSE THEY ARE
ENTRUSTED IN PROTECTING AND REVICTIMIZED PETITIONERS AND IN
FURTHERANCE OF THE "BLACKLISTING" AND "SANCTIOINING" TO OBLIVIATE
PETITIONERS AND MAINTAIN TYRANNICAL CONTROL OF THE MULTIBILLIONS
ENTENDED TO PROTECT DISTRESSED MINORITIES AND CONTINUE TO LAWLESSLY
MISAPPROPRIATING THE FUNDS TO BRIBE AUTHORITIES TO "LOOK THE OTHER
WAY" GIVE PETITIONERS THE DEATH-EAR AND OBLIVIATE US OUT OF EXISTENCE
TO BE FORGOTTEN AND ABUSE OF CORPSE, RIDICULED AND HUMILIATED.
MEANWHILE, PERPETRATORS CONTINUE TO ENDULGE IN AMUSEMENT OVER THE
JUICY "MAD BLOOD MONEY" MISDIRECTED TO PAY MILLIONS AS LEGAL FEES TO
TOP DOLLAR ARMIES OF LAWYERS TO DEFEND THEIR CORRUPT WAY OF LIFE,
REVICTIMIZE AND MARGINILIZE ROBERT TREVINO AND FAMILY AND ONLY
REPRESENT A SMALL GROUP OF  BLACK VETERANS THAT THEY CAN MANIPULATE
AND CONTROL AND USE AS PUBLICITY STUNTS TO GENERATE AND SOLICITE
MULTIMILLIONS IN FUNDING INTENDED TO AFFORD EQUAL LEGAL
REPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR ALL DISTRESSED
VETERANS BUT ARE ENGAGED IN THE MAFIA-RELATED ACTIVITIES AND
"BLACKLIST,""SANCTION"AND "SABOTAGE" QUEST FOR JUSTICE FOR HISPANIC
VETERANS AND ROBERT TREVINO AND FAMILY TO OUR DETRIMENT AND DEMISE.
PERPETRATORS AND KILLING MORE MINORITIES THAN THEY ARE PURPORTED TO
DEFEND.  HOW MANY INNOCENT MINORITIES HAVE TO DIE IN ILLEGAL CUSTODY
BEFORE THE PERPETRATORS ARE HELD CRIMINALLY AND CIVILLY
ACCOUNTABLE FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND
BEHAVIORS AND MAFIA-RELATED ACTIVITIES AND GENOCIDE.  PERPETRATORS
HAVE ABOUT AS MUCH COMMITTMENT AND COMPASSION FOR THE CIVIL AND
HUMAN RIGHTS LAWS AS ADOLF HITLER HAD FOR THE JEWS. THEY CLEARLY
DEMONSTRATED CONTEMPT AND HATRED FOR "SHOOT EM UP" MENTALITY FOR
DISOBIDIENT DISABLED HISPANIC WOMAN VETERAN IN SOLITARY QUEST FOR
JUSTICE FOR ROBERT AND FAMILY.

 OUR COUNTRY AND VA SHOULD NEVER HAVE BEEN ALLOWED TO DEPRIVE AND
DEFRAUD OUR DISTRESSED VETERANS, WITH TBI, PTSD AND THEIR DEPENDENTS
OF ANY FINANCIAL OR MEDICAL MEANS TO TAKE CARE AND FEND FOR
OURSELVES AND TO PARTICIPATE IN COMPLICITY CRIMINAL CONSPIRACY
SCHEME OF FALSE IMPRISONMENT FOR LIFE AND ENDLESS RETALIATION AND
CRIMINAL OPPRESSION OF ROBERT TREVINO AND FAMILY.  AND, THEN LAUGH
HYSTERICALLY ABOUT OUR PREDICAMENT AND ENGAGE IN FURTHER
DETRIMENTAL AND FRAUDULENT RETALIATORY AND HARASSING ACTS
TO ATTEMPT TO COVER THEIR BEHIND AND CONTINUED TO ILLEGALLY DENY

ROBERT EMERGENCY MEDICAL TREATMENT AND EXAMINATIONS FOR HIS
WORSENING MEDICAL CONDITION AND/OR ASSIST IN OUR EFFORTS TO SAVE
ROBERT AND RELEASED ON MRIS TO VA HOSPITAL. LIKEWISE, THE VA
CONTINUED TO DENY ROBERT MEDICAL TREATMENT AND VA CLAIM EXAMS FOR
ROBERT'S DETERIORATING LIFE-THREATENING MEDICAL CONDITIONS IN
FURTHERANCE OF "BLACKLISTED" "SANCTIONS" AND "SABOTAGE" AND
"OBLIVIATE" ROBERT AND OUR QUEST FOR JUSTICE FOR ROBERT TREVINO AND
FAMILY, AND OTHER MINORITY VETERANS & THEIR FAMILIES, SIMILARLY
SITUATED, TO DATE, AND, IN SPITE OF TDCJ/UTMB ADMISSION THAT THEY DID NOT
HAVE A DIAGNOSIS OR PROGNOSIS FOR ROBERT'S DETERIORATING MEDICAL
CONDITION. HOWEVER, MALICIOUSLY AND ERRONEOUSLY ALLEGING THAT
ROBERT DID NOT QUALIFY FOR RELEASE ON MRIS AND, LIKEWISE, REFUSING TO
PROVIDE ANY MEDICAL AUTHORITY THAT MADE THE ERRONEOUS RETALIATORY
REPEATED DENIALS OF MRIS BUT INSISTING ROBERT WAS GETTING PROPER AND
ADEQUATE MEDICAL TREATMENT. THAT IS AS PROSTEROUS, LUDICROUS AND
"QUACKERY" AS THE "BIG LIES" WITH "ZERO EVIDENSE" ON PRETEXT OF JUSTICE
AS THE HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE
THAT PERPETRATORS MALICIOUSLY SUBJECTED ROBERT TREVINO AND FAMILY.
HOW CAN TDCJ/UTMB BE PROVIDING ROBERT WITH PROPER AND ADEQUATE
MEDICAL TREATMENT IF THEY DON'T KNOW WHAT ROBERT'S DIAGNOSIS AND
PROGNOSIS IS. MERELY TREATING SOME OF THE OBVIOUS NOTICEABLE
SYMPTOMS THAT TDCJ/UTMB CAN SEE, SUPERFICIALLY, DOES NOT EQUATE TO
PROPER AND ADEQUATE MEDICAL TREATMENT. YOU CAN'T CURE A MEDICAL
DISEASE OR CONDITION IF YOU DON'T EVEN KNOW WHAT IT IS OR IF IT'S GOING
TO KILL YOU! ILLEGALLY REMOVING ROBERT FROM THE CYMF, ICU WHERE HE
WAS BEING MONITORED 24/7 AND FORCIBLY TRANSFERRING HIM IN CRITICAL
RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION TO THE WORSE
INSANE ASYLUM IN THE WORLD TO BE FURTHER ISOLATED AND SECLUDED WHEN
HE WAS NOT SUICIDAL OR HOMICIDAL AND WAS ALREADY RECEIVING MENTAL
HEATH CARE AT THE CYMF, ICU ONLY TO ACELERATE PREMEDITATED
ASSASSINATION PLOT AGAINST ROBERT IN RETALIATION FOR OUR QUEST FOR
JUSTICE AND EFFORTS TO OBTAIN STATE'S STAR WITNESS CONFESSION
EXONERATING ROBERT OF ANY CRIME AND IMPLICATING THE OFFICIALS IN
MALICIOUS PERSECUTION TO HINDER THEIR PROSECUTION AND DEFRAUD
ROBERT OF MILLIONS OF DOLLARS IN COMPENSATION IS CRIMINAL. THE ILL-
FATED FORCIBLE TRANSFER OF ROBERT WAS RETALIATORY AND GESTAPO AGENT
JOHN RICHARDS AND NOEL POTNOY WERE COMPLICIT WITH THE PERPETRATORS
TO ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT. THERE
IS NOTHING NATURAL ABOUT MANNER OF DEATH. THIS WAS A COLD BLOODED
ASSASSINATION! ROBERT'S MRIS SHOULD HAVE BEEN GRANTED SINCE THE
WORSE INSANE ASYLUM WAS EVEN MORE DEADLY INAPPROPRIATE TO DEAL
WITH ROBERT'S MULTIPLE RECURRING LIFE-THREATENING "MEDICAL"
PROBLEMS. ACCORDINGLY, THE MANNER OF DEATH IS HOMICIDE!

PERPETRATORS NEED TO IMMEDIATELY CEASE AND DESIST FROM CONTINUING
TO ENGAGE IN ORGANIZE CRIME, HONEST SERVICES FRAUD, DISCRIMINATION,
CORRUPTION, RETALIATION, HARASSMENT AND RACKETEERING ACTIVITIES TO
PROTECT PETITIONERS FROM DEPRAVED HEART MASS MURDERS AND OTHER

14

DETRIMENTAL HOMICIDAL ACTIVITIES TO PROTECT OUR LIVES AND SAFETY, INCLUDING ASSASSINATIONS AND FROM CONTINUING TO OBSTRUCT AND SABOTAGE OUR QUEST FOR JUSTICE, TO AID AND ABET IN THE MAFIA RELATED ACTIVITIES, HINDER THE PROSECUTION OF THE PERPETRATORS, DEFRAUDING PETITIONERS OF FAIR COMPENSATION FOR ALL THE DAMAGES AND WRONGFUL MASSIVE DEPRAVED HEART MURDERS, TO FURTHER UNJUSTLY ENRICH PERPETRATORS AND FROM MAKING US "SCAPEGOATS" TO INGENIOUSLY FOREVER "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR, RIDICULE AND GANG-RAPE OF JUSTICE IN AMERICA AND COVER-UP/ WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND IN SUPPORT, CONTINUE TO STATES THE FOLLOWING;.

THE PETITIONERS ARE HONORABLY DISCHARGED DISABLED ELDERLY HISPANIC VETERANS AND DECEASED VETERANS WITHOUT LEGAL REPRESENTATION AS A RESULT OF THE STIGMATIZED DISCRIMINATION, RETALIATION, CORRUPTION AND MAFIA-RELATED ACTIVITIES OF THE PERPETRATORS AND "BLACKLIST,"AND "SANCTIONS" AGAINST PETITIONERS FOR NOT GOING ALONG WITH "COVER-UP/WHITEWASH STRATEGY" AND "SABOTAGE" OUR QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY. WE ARE NOT MINORS, AND RESPECTFULLY REQUEST THAT THIS HONORABLE COURT NOT DISMISS OUR PETITION MERELY BECAUSE OF SOME "UNREDACTED" ALLEGED PRIVATE AND PERSONAL MEDICAL RECORDS BECAUSE, UNBEKNOWNTH TO US, OUR SO-CALLED ATTORNEYS, JOHN E. RICHARDS AND CO-COUNSEL/CO-CONSPIRATOR, NOEL PORTNOY, LIKE ALL THE OTHER UNSCRUPULOUS SHYSTER ATTORNEYS, WERE BRIBED AND HAD FLIPPED/FLOPPED POSITIONS, ACTING UNDERCOVER AS GESTAPO AGENTS FOR PERPETRATORS. AND AS A RESULT OF THEIR DIABOLICAL INJURIOUS SHAM REPRESENTATION AND RIDICULE OF ROBERT TREVINO, MYSELF AND FAMILY, UNDER THE FALSE PRETENCE OF SEEKING JUSTICE FOR US, WHEN IN REALITY, WERE ACTING IN THE BEST INTEREST OF THE PERPETRATORS AND DETRIMENTAL TO THE PETITIONERS, MALICIOUSLY SOLICITED OUR PRIVATE AND PERSONAL MEDICAL RECORDS UNDER ERRONEOUS GUISE THAT THEY WERE NECESSARY TO WIN OUR LEGITIMATE AND MERITORIOUS CAUSES OF ACTION AGAINST THE DIABOLICA PERPETRATORS AND WRONGFUL IMPRISONMENT OF ROBERT. SUBSEQUENTLY, WITH THE BLESSING OF THE JUDGES, FILED ALL OF OUR PERSONAL AND PRIVATE MEDICAL RECORDS IN NEARLY EVERY COURT IN THE COUNTRY WITHOUT REDACTING ANY PERSONAL AND PRIVATE MEDICAL INFORMATION AND WITH THE COOPERATION OF ALL THOSE JUDGES, WITHOUT REDACTING ANYTHING MAKING ALL OF OUR PERSONAL AND PRIVATE MEDICAL RECORDS PUBLIC FREELY AVAILABLE FOR ANYONE TO OBTAIN FOR WHATEVER REASON. SUBSEQUENTLY, THE GESTAPO AGENTS SABOTAGED ALL OUR LEGAL MATTERS, SUNK SHIP AND OFFICIALLY ABANDONED SHIP, LEAVING US TO FEND FOR OURSELVES IN MYRIAD OF LEGAL BATTLES AND LEAVING ROBERT IN IMMINENT LIFE-ENDANGERMENT AFTER ILLEGALLY REMOVING ROBERT IN CRITICAL CONDITION FROM CYMF, ICU TO ILL-FATED FORCIBLE TRANSFER OF ROBERT TO THE WORSE INSANE ASYLUMIN THE WORLD TO ISOLATE AND SECLUDE HIM AND ACELERATE PREMEDITATED ASSASSINATION AND SABOTAGE QUEST FOR JUSTICE. AFTERWARDS, REFUSING TO FILE PROTECTIVE ORDER IN THE FEDERAL COURT IN HOUSTON TO CONCEAL THE CONFESSION OF THE

PERPETRATORS STAR WITNESS THAT  EXONERATED ROBERT OF ANY CRIME AND
IMPLICATING THE PERPETRATORS AND CONFIRMED ROBERT'S STANDFAST
ACTUAL INNOCENCE CLAIM AND OUR REPEATED COMPLAINTS OF EGREGIOUS
POLITICAL RETALIATORY VENDETTA BORN OF EXTREME HATRED AND PREJUDICE
AGAINST ROBERT TREVINO AND FAMILY BY THE DA  STEVE MARSHALL, WHO WAS
HIRED BY THE FBI WHO WAS SUPPOSEDLY PROBING TREVINO CASE AND POLICE
OFFICER BILLIE WIGGINS FOR CIVIL AND HUMAN RIGHTS VIOLATIONS.
HOWEVER, WERE IN COMPLICITY WITH THEM, AS WELL AS THE VA, THAT
LIKEWISE, VIOLATED ROBERT'S RIGHT TO EMERGENCY HOSPITALIZATION FOR
MAJOR DEPRESSION, PTSD, TBI AS WELL AS ILLEGALLY DENIED ROBERT A
COMPETENCY EXAMINATION, SHAMEFULLY ALLOWING ROBERT TO BE
ILLEGALLY PERSECUTED AND FALSE IMPISONMENT FOR LIFE AND ENGAGED IN
ONGOING RELENTLESS RETALIATION, HARASSMENT, FRAUD, CRIMINAL
OPRRESION OF ROBERT AND FAMILY EVEN AFTER STATE'S STAR WITNESS
CONFESSION THAT WAS ILLEGALLY CONCEALED FROM THE FEDERAL COURT IN
HOUSTON WHERE WE HAD FILED WRIT OF HABEAS CORPUS BECAUSE OF ILLEGAL
DENIALS OF RELEASE ON MRIS TO THE VA HOSPITAL IN AN EFFORT TO SAVE
ROBERT'S LIFE BECAUSE OF HIS CRITICAL LIFE-THREATENING PARALYZE
MEDICAL CONDITION AND CONFESSION EXONERATED ROBERT AND IMPLICATED
THE OFFICIALS, PROMPTED BRUTAL RETALIATORY ATTEMPTED
PSYCHOLOGICAL DEPRAVED HEART MURDER OD ME, LIKE, PERPETRATORS
DEPRAVED HEART MASS MURDERS OF JUAN AND MARIA TREVINO.  CONFESSION
ACELLERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT THAT THE
OTHER STATE OFFICIALS, LIKEWISE, REPEATEDLY FAILED TO PREVENT, SUCH AS
THE STATE BAR OF TEXAS, CDC ON ERRONEOUS EXCUSE THAT SOME DOCUMENTS
IN COMPLAINTS WERE UNREDACTED.  INSTEAD, PERPETRATORS, JOHN RICHARDS
AND NOEL PORTNOY WERE SECRETLY TRYING TO GET FEDERAL WHC CASE
DISMISSED WHERE WE HAD WRIT OF HABEAS CORPUS PENDING FOR ILLEGALLY
REPEATEDLY DENYING ROBERT RELEASE ON MRIS IN LIFE-THREATENING
CRITICAL CONDITION AND ILLEGALLY CONCEALED STATE'S STAR WITNESS,
PATRICK LANKFORD'S CONFESSION EXONERATING ROBERT OF ANY CRIME AND
IMPLICATED DA STEVE MARSHALL AND OFFICER BILLIE WIGGINS AND OTHERS
AND WERE ALSO IN COMPLICITY TO THE BRUTAL TRAUMATIC RETALIATION AND
ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT, LIKE THEY
WERE IN THE DEPRAVED HEART MURDER OF OUR OTHER BROTHER JUAN AND
SABOTAGE OF WRONGFUL DEATH SUIT AGAINST THE PERPETRATORS AND FOR
THE ATTEMPTED MURDER OF ME THAT INDUCED ME INTO SUFFERING A NEAR
FATAL STROKE WITH BRAIN BLEED AND EXCRUTIATING PAIN AND SUFFERING
FROM OTHER RELATED PHYSICAL AND EMOTIONAL DEBILITATING DISABILITIES
THAT HAS DRASTICALLY WORSENED MY SEVERE ANXIETY AND AGGRAVATED
CHRONIC PTSD AND OTHER SERVICE-CONNECTED DISABILITIES, INCLUDING
SHORT TERM MEMORY DIFFICULTIES, DEMENIA, IMPARED VISION.

TO DATE, GESTAPO AGENTS RICHARDS AND PORTNOY BLATANTLY REFUSED TO
RETURN ALL OF OUR FILES AND CONTINUE TO PSYCHOLOGICALLY HARASS AND
RETALIATE DIRECTLY AND INDIRECTLY THROUGH ATTORNEY TIM STANLEY, CEO
FOR JUSTIA, AND PRIOR DEFENDANTS WHO HE, LIKEWISE DEFENDED AND
SUPPOSEDLY WROTE DEMAND LETTERS FOR THEM TO STOP HARASSMENT AFTER

COVERTLY FLIP/FLOP POSITIONS SAVING THEM HUNDREDS OF THOUSANDS OF
DOLLARS IN DAMAGES AGAIN, DID JUST THE OPPOSIT AS PART OF GASLIGHTING
AND COERCED ME INTO SETTLING FOR PRACTICALLY NOTHING, LYING AND
MISREPRESENTING FACTS TO BENEFIT DEFENDANTS AND CRIMINALLY OPPRESS
AND DEFRAUD ME.   IN PARTICULARLY, THOSE THAT CLEARLY IMPLICATE THEM
IN DIABOLICAL CRIMINAL CONSPIRACY SCHEME TO SABOTAGE OUR QUEST FOR
JUSTICE FOR ROBERT AND JUAN TREVINO, SUCH AS THEIR LATE FILING OF
INITIAL WRIT OF HABEAS CORPUS WITH THE US SUPREME COURT FOR THE
WRONGFUL CONVICTION AND LIFE- IMPRISONMENT OF ROBERT, AS
INSUFFICIENT, INEFFECTIVE AND CONCEALED MANY ATROCITIES AND CIVIL AND
HUMAN RIGHTS VIOLATIONS AGAINST ROBERT TREVINO AND FAMILY.   WITH
HINDSIGHT, IT IS OBVIOUS AND CLEAR AND CONVINCING EVIDENCE THAT
RICHARDS AND PORTNOY DELIBERATELY, MALICIOUSLY AND WITH ILL-WILL
FILED THE INITIAL WRIT OF HABEAS CORPUS APPEAL OF ROBERT'S WRONGFUL
CONVICTION TO THE US SUPREME COURT "LATE" ON PURPOSE TO SABOTAGE OUR
QUEST FOR JUSTICE.  RICHARDS MALICIOUSLY SUBJECTED US TO GASLIGHTING,
DECIET, DISHONESTY AND TRICKERY AND WITH ILL-WILL CONTROLED OUR LIVES
AND WAS ALSO IN COMPLICITY WITH THE VA AND PERPETRATORS THAT HE WAS
PROTECTING AND OBVIOUSLY BRIBED HIM.  RICHARDS, SHAM REPRESENTATION
WAS INCONSISTENT WITH THAT OF A 30+ YEAR TRIAL ATTORNEY AND MORE
CONSISTENT WITH A CORRUPT BRIBED AND CROOKED ATTORNEY ON THE TAKE
ACTING AS UNDERCOVER FOR THE PERPETRATORS.  RICHARDS SHAM
REPRESENTATION  WAS CRIMINAL.  RICHARDS ACTED SO IGNORANT AS IF HE
DIDN'T KNOW THE PROPER WAY TO IMPEACH AN ADMITTED LIAR AND ALLOWED
ME TO BE PSYCOLOGICALLY ABUSED AND AMBUSHED WITH AGGRAVATED
PERJURED QUACKERY.  GESTAPO AGENT JOHN RICHARDS ALSO SABOTAGED
PETITIONERS COMPLAINT TO TMB BY PERNICIOUSLY INAPPROPRIATELY
BRAGGED AND BLURTED OUT TO  THE TMB JUST AFTER A HEARING AGAINST THE
VA DOCTORS FOR RETALIATION AND INAPPROPRIATE CONDUCT, THAT HIS
PSYCHIATRIST HAD COMMITTED SUICIDE.! THEY WERE AS SHOCKED AS I WAS AND
DISMISSED MY COMPLAINT WITH PREJUDICE!  I WAS IN TOTAL SHOCK AND
DISBELIEF. THAT IS WHY RICHARDS CONVIENIENTLY REFUSED TO RETURN
THOSE DOCUMENTS.  RICHARDS DELIBERATELY SUNK SHIP AND OFFICIALLY
ABANDONED SHIP.  HE MALICIOUSLY SABOTAGING ALL OUR LEGAL MATTERS AND
ILLEGALLY ENGAGED IN CRIMINAL CONSPIRACY, OBSTRUCTING JUSTICE AND
TAMPERING WITH VICTIMS RESULTING IN MY NEAR DEATH EXPERIENCE AND
SUFFERING A STROKE.  GESTAPO AGENT JOHN RICHARDS, MALICIOUSLY FILED
INITIAL WRIT OF HABEAS CORPUS OUT OF TIME AND WAS TIME BARRED, EVEN
THOUGH ROBERT AND I HAD NOTHING TO DO WITH THE GESTAPO AGENTS
BETRAYAL, SHAM REPRESENTATION AND SABOTAGED BY DELIBERATELY FILING
THE LATE APPEAL TO THE US SUPREME COURT AND ROBERT WAS THE ONE TO
SUFFER AND THE PERPETRATORS WERE PROTECTED.  PETITIONERS  WERE MADE
A LAUGHINGSTOCK AND RIDICULED AND CONTINUE TO FEEL AGGRIEVED AND
OUTRAGE OVER THE TEXAS STATE BAR, CDC  AND OTHER GOVERNMENT
OFFICIALS AIDING AND ABETTING, HINDERING THE PROSECUTION AND
HARBORING PERPETRATORS THAT HAVE ALL BETRAYED US, FLIPPED/FLOPPED
POSITIONS AND COMMITTING AGGRAVATED PERJURED TESTIMONY AND
CONFLICTING TESTIMONIES WITH IMPUNITY, CLEARLY BRIBED BY THE

17

PRINCIPAL OFFENDERS AND SERIAL KILLERS OF ROBERT, JUAN AND MARIA TREVINO AND ATTEMPTED MURDER OF ME TO SABOTAGE OUR RELENTLESS QUEST FOR JUSTICE AND OTHER HIGH CRIMES AND MISDEMEANERS. STATE BAR OF TEXAS, CDC, WRONGFULLY DISMISSED OUR MERITORIOUS COMPLAINTS AGAINST ALL THE GESTAPO AGENTS OVER THE PAST DECADES AND CONTINUE TO HINDER THEIR PROSECUTION AND PROTECTING THEM. THE STATE BAR OF TEXAS CDC, IN FURTERANCE OF THE "BLACKLIST" AND "SANCTIONS" AGAINST ROBERT TREVINO AND FAMILY, LIKEWISE, ALLOWED JOHN E. RICHARDS AND NOEL PORTNOY TO GET AWAY WITH COLD-BLOODED MASS MURDER, ATTEMPTED PSYCHOLOGICAL DEPRAVED HEART MURDER, AGGRAVATED PERJURY, TAMPERING WITH A WITNESS, BRIBERY, OBSTRUCTION OF JUSTICE, HONEST SERVICES FRAUD, RETALIATION, HARASSMENT, GASLIGHTING, DELIBERATELY CONCEALING CRITICAL AND VITAL INFORMATION FROM THE COURT THAT WOULD HAVE SAVED ROBERT'S LIFE, OUTRIGHT FRAUD AND OTHER MAFIA-RELATED ACTIVITIES UNDER ERRONEOUS GUISE THAT I DIDN'T REDACT PERSONAL AND PRIVATE MEDICAL INFORMATION EVEN THOUGH IT WAS THE PERPETRATORS THAT ILLEGALLY SOLICITED OUR MEDICAL INFORMATION AND FILED THEM UNREDACTED, WITH THE BLESSSINGS FROM NEARLY EVERY COURT IN THE COUNTRY, UNDER ERRONEOUS GUISE THAT THEY WERE REPRESENTING US IN OUR QUEST FOR JUSTICE AND MADE THEM PUBLIC RECORDS AND NO LONGER PRIVATE AND PERSONAL. ANOTHER LEGITIMATE REASON WHY THE STATE BAR OF TEXAS, CDC, SHOULD TAKE HARSH CRIMINAL AND DISCIPLINARY ACTION AGAINST THE GESTAPO AGENTS AND CEASE AND DESIST THE ENDLESS CRIMINAL DISCRIMINATION, CORRUPTION, RELENTLESS RETALIATION, CRIMINAL OPPRESSION, OUTRIGHT FRAUD, FUELING MY ANGER AND DEPRESSION WITH DISCRIMINATION AND GUILT TRIPS AND ATTEMTPED PSYCHOLOGICAL DEPRAVED HEART MASS MURDERS, MAKING ROBERT AND I, "SCAPEGOATS" AND RIDICULE TO "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR ABUSE OF POWER, RETALIATORY CONTRIBUTORY AND CRIMINAL PARTICIPATION IN COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE.

THE STATE BAR OF TEXAS CDC AND TX. COMMISSION ON JUDICIARY ARE IN COMPLICITY WITH THE "GOOD OL BOYS AT-LARGE" ARMED WITH WEAPONIZE LAW DEGREES TO CONTINUE SYSTEMATIC INJUSTICE, AND LIKEWISE, MARGINALIZING EXPLOITING HISPANICS AND OTHER MINORITIES IN THEIR OFFICIAL POSITIONS, HONEST SERVICES FRAUD, THEY ARE UNJUSTLY ENRICHING THEMSELVES AND THEIR CRONIES IN EVERY POSIBLE WAY AND CONSIDER IT A PRIVILEGE OF THEIR OFFICES AND ARE ALSO RESPONSIBLE FOR THE NORMALIZATION OF DISCRIMINATION PRACTICES, RAISING CORRUPTION TO NEW ARTFORM IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND FOR IGNITING THE OUT OF CONTROL RAGING INFERNO THATS DISTROYING OUR COUNTRY. THEY DON'T HAVE A CLUE OF HOW TO STOP THE CASTASTOPHIC DESTRUCTION THEY CREATED BECAUSE THEY COULD NEVER SEE THE FOREST BECAUSE OF THE TREES AND INSTEAD MADE ROBERT TREVINO AND FAMILY "SCAPEGOATS"SOFT TARGETS, "BLACKLIST" AND "SANCTIONS" AND GENOCIDE.

PETITIONERS HOPE AND PRAYS THAT THIS HONORABLE COURT NOT MAKE A BIG ISSUE OF "UNREDACTED RECORDS," LIKE THE PERPETRATORS WITH THE STATE

BAR OF TEXAS CDC AND THEIR CRONIES, "GOOD OL BOYS" CRIME FAMILY AND PROTECT AND AID AND ABET, HINDER FROM PROSECUTION AND HARBOR PERPETRATORS, ET AL., AS AN ERRONEOUS EXCUSE TO FURTHER NORMALIZE DISCRIMINATION AND CORRUPTION, MARGINILIZE, DISENPOWER, BELITTLE, MAKE INSIGNIFICAN, ISOLATE AND DENY EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR PETITIONERS, SCAPEGOAT AND SET-US ASIDEAND CONTINUE THEIR PERVERTED OUTBURST OF LAUGHTER, HUMILIATION, RIDICULE AND MOCKERY OF PETITIONERS, EVEN AFTER DEPRAVED HEART MASS MURDERS AND ASSASSINATION OF ROBERT AND ABUSE OF CORPSE. THE REDACTING OF PERSONAL AND PRIVATE MEDICAL INFORMATION INGENIOUSLY SOLICITED ILLEGALLY BY GESTAPO AGENTS, RICHARDS AND PORTNOY ON ERRONEOUS GUISE THAT THEY WERE REPRESENTING US AND NECESSARY TO ACHIEVE JUSTICE AND FILING THEM UNREDACTED IN NEARLY EVERY COURT IN THE COUNTRY MAKING THEM NO LONGER PRIVATE BUT PUBLIC INFORMATION FOR ALL TO SEE THEN SABOTAGING CASE AND OFFICIALLY ILLEGALLY ABANDONING US TO FEND FOR OURSELVES AND ALLOW THE, EQUALLY CORRUPT AND HOMICIDAL PERPETRATORS TO BE AT-LARGE AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR OUTRIGHT FRAUD AND HOMOCIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR WITHOUT PUNISHING THE GESTAPO AGENTS, WOULD UNDOUBTEDLY BE A GREAT INJUSTICE AND UNDUE BURDEN OF BIBLICAL PORPORTIONS ON GRIEF-STRICKEN PETITIONERS THAT WOULD FURTHER ENDANGER OUR LIVES AND WOULD BE CONSIDERED A "REVICTIMIZATION" AND "COMICAL ENTERTAINMENT" FOR THE DEPRAVED AND PERVERTED PERPETRATORS WHO ARE ALREADY ROLLING AROUND IN AMUSEMENT, LAUGHTER, RIDICULE AND MOCKERY OVER ILL- STRICKEN PETITIONERS. IT WAS THE RESPONSIBILITY OF THE OTHR COURTS AND GESTAPO AGENTS, RICHARDS AND PORTNOY THAT INGENIOUSLY CREATED AN ENORMOUS LABORIOUS UNDERTAKING TO FURTHER ENDANGER OUR LIVES AND FOREVER, SILENCE AND DEFRAUD US AND ESCAPING TOTAL ACCOUNTABILITY. THEY SHOULD BE IMMEDIATELY DISBARRED FROM REMOVED FROM THE LEGAL PROFESSION WHICH THEY HAVE MADE A COMPLETE MOCKERY OUT OF, AS THOSE DEFENDING THEM. THEY SHOULD IMMEDIATELY ARREST AND SHACKLE THEM FOR WEAPONIZING THEIR LAW DEGREES TO OBSTRUCT JUSTICE AND SABOTAGE OUR QUEST FOR JUSTICE AND FOR THEIR VITAL AND PRINCIPAL CONTRIBUTORY ROLL IN THE CRIMINAL CONSPIRACY SCHEME TO ACELERATE PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT AND OTHER MAFIA-RELATED ACTIVITIES, INCLUDING THEIR BRUTAL RETALIATION, CONCEALMENT OF CONFESSION EXONERATING ROBERT AND IMPLICATING THE PERPETRATORS AND FOR HIDERING THE PROSECUTION OF HIS CONIES, GOOD OL BOYS AT-LARGE, PERPETRATORS AND ATTEMTED DEPRAVED HEART PSYCHOLOGICAL MURDER OF ME THAT LEFT ME WITH BRAIN BLEED AND OTHER DEBILITATING DISABILITIES AND EXCRUCIATING PAIN AND SUFFERING THAT EXACERBATES SERVICE-CONNECTED DISABILITES AND INCREASES MY CHANCES OF MORTALITY COUPLED WITH OUR SOLITARY QUEST FOR EQUAL ACCESS TO JUSTICE AND "BLACKLISTED," "SANCTIONED,." AND "SABOTAGED." PERPETRATORS DELIBERATELY ILLEGALLY SOLICITED OUR PRIVATE AND PERSONALY MEDICAL RECORDS UNDER FALSE PRETENSE AND FILED THEM UNREDACTED WITH NEARLY EVERY COURT IN THE COUNTRY ON ERRONEOUS

GUISE THAT JUSTICE FOR PETITIONERS WOULD BE SERVED, HOWEVER, ONLY DISREGARDED OUR RIGHT TO PRIVACY, SABOTAGED AND SUNK SHIP AND OFFICIALLY ABANDONED SHIP IN FAVOR OF PERPETRATORS TO COERCE US TO FEND FOR OURSELVES TO FURTHER ENDANGER OUR LIVES AND CONTINUED RETALIATORY MAFIA RELATED ACTIVITIES, "BLACKLIST" AND "SANCTIONS," OUTRIGHT FRAUD AND ACELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO.  WE RESPECTFULLY REQUEST THAT THE HONORABLE COURT, INSTEAD FOCUS ON THE MAFIA-RELATED ACTIVITIES AND CRIMINAL CONSPIRACY SCHEME TO NORMALIZED DISCRIMINATION, CORRUPTION, ABUSE OF POWER, OBSTRUCTION OF JUSTICE, OUTRIGHT FRAUD, CRIMINAL OPPRESSION, GASLIGHTING, HONEST SERVICES FRAUD, RETALIATION, HARASSSMENT, COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE, "BLACKLISTING" "SANCTIONS" AND GENOCIDE.  INCLUDING, ABUSE OF CORPSE, AND REFUSING TO RELEASE FREE AUTOPSY REPORT AND ENGAGING IN ON-GOING CRIMINAL CONSPIRACY SCHEME WITH LATINO JUSTICE ATTORNEY ANDREW CASE THAT AGREED TO RETRIEVE AND RECOVER ROBERT'S MEDICAL RECORDS AND FREE AUTOPSY REPORT, HOWEVER, UPON CONTACTING TDCJ BEGAN TREATING ME WITH CONTEMPT AND, LIKEWISE, BRIBED TO PLIP/PLOP POSITIONS, OFFICIALLY ABANDONE US AND CONTINUING TO ACT AS GESTAPO AGENTS IN THE BEST INTEREST OF THE TDCJ.  LATINO JUSTICE ATTORNEY ANDREW CASE, PLAYED ABUSIVE DELAYING GAMES AND OFFICIALLY ABANDONED AND SCAPEGOATED ME AND WAS IN COMPLICITY WITH TX. GOVERNMENT OFFICIALS AND TDCJ AND OTHERS TO SYSTEMATICAALY HARASSS, RETALIATE, HUMILIATE, CRIMINALLY OPPRESS AND TRYING TO EXTORT ABOUT $800.00  FROM ME FOR TDCJ AND ADVISED ME THAT THEY WERE A NON-PROFIT AND DIDN'T HAVE ANY MONEY AND ILL-ADVISED ME TO CALL THEM TO PAY THEM THE $800.00 EVEN AFTER ANDREW CASE HAD OFFICIALLY ABANDONED ME SO CLEARLY HE WAS NOT ACTING ON MY BEHALF BUT ON BEHALF OF PERPETRATORS, TDCJ'S.  NATURALLY I DID NOT CALL TDCJ BECAUSE I WASN'T GOING TO TAKE ORDERS FROM AN ATTORNEY THAT HAD OFFICIALLY ABANDONED ME AND WAS OFFICIALLY ACTING ON BEHALF OF TDCJ AND I WASN'T GOING TO BE COERCED INTO PAYING THEM $800.00 FOR ASSASSINATING ROBERT. ABOUT A MONTH LATER, ANDREW CASE AND TDCJ INGENIOUSLY LOWERED THE COST OF THE AUTOPSY REPORT AND MEDICAL INFORMATION AND WERE TRYING TO EXTORT ABOUT $500.00 AND I NEVER RETURNED THEIR CALL.  ALSO, I NERVER CALLED THE PERPETRATORS BECAUSE THEY WILL DELIBERATELY AND MALICIOUSLY TAKE THE OPPORTUNITY TO PSYCHOLOGICALLY ABUSE ME TO FUEL MY ANGER AND DEPRESSION AND INDUCE MY DEATH AND DEMISE LIKE, VA AND OTHER PERPETRATORS HAVE DONE THIS IS ANOTHER ONE OF THE PERPETRATORS, M.O.  THE GESTAPO AGENTS, RICHARDS AND PORTNOY DID NOT WANT TO CONTACT THE FEDERAL COURT FOR PERTECTIVE ORDER BECAUSE HE WANTED TO PROTECT THE IDENTITY OF THE PERPETRATORS THE ILLEGALLY ISOLATED AND SECLUDED ROBERT AND ILLEGALLY REMOVED HIM FROM ICU, CYMF TO ILL-FATED INSANE ASYLUM. GESTAPO AGENTS, RICHARDS AND PORTNOY ARE THE ONCE THAT SET-UP ROBERT AND I TO BE BUTALLY AND VIOLENTLY TRAUMATIZED, ISOLATED AND SECLUDED TO ILL-FATED MONTFORD UNIT AND DIDN'T WANT TO GET PERTECTIVE ORDER FROM FEDERAL COURT OF CONCEAL CONFESSION, AND BRUTAL RETALIATORY ISOLATION, SECLUSION AND ILLEGAL REMOVAL OF ROBERT FROM TDCJ, CYMF,

"ICU" TO THE WORST INSANE ISYLUM IN THE WORLD TO ACELERATE PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT AND SABOTAGE CASE AFTER MAKING DEVIATION BY COMPLAINING TO THE CULPRITS CONSPIRATORS TDCJ, TDCJ. AND, LIKEWISE,  LATINO JUSTICE, ANDREW CASE, ACTING IN CO-HOOTS WITH TDCJ TO SABOTAGE EFFORTS TO RECOVER MEDICAL INFOR AND AUTOPSY REPORT WITH LIMITED HIS REQUEST FOR THE MEDICAL INFORMATION THAT WAS, UNJUSTIFIABLY DELAYED,TO EXCLUDE FREE AUTOPSY REPORT AND TO COACH TDCJ TO PROVIDE INFORMATION ON THE "TREATED HERNIA," LIKE PORTNOY WAS SPINNING PATRICKS CONFESSION,  TO PSYCHOLOGICALLY ABUSE AND FUEL MY ANGER TO INDUCE MY DEATH.  ANDREW CASE KNEW, THAT TDCJ HAD NEGLECTED PROTRUDING BASKETBALL SIZE HERNIA FOR EVE.  NEVER, NEVER WAS THE NEGLECTED HERNIA EVER TREATED AND WAS CAUSING RECURRING BOWEL OBSTRUCTIONS THAT CONTINUED TO LEAK EVEN AFTER THE SURGERIES.  NOT THE NEGLECTED CULPRIT, AND WAS  NEGATIVELY EFFECTING ROBERT'S IMMUNE SYSTEM, INFECTIONS AND WEAKENING HIS BAD COMPROMISED HEART CONDITION AND OVER-ALL LIFE-THREATENING MEDICAL PROBLEMS.  THE PEREPETRATORS, ET AL., NEED TO BE IMMEDIATELY REFERRED FOR CRIMINAL PROSECUTION FOR THEIR DIABOLICAL ASSASSINATION OF ROBERT AND MASS MURDERS AND ATTEMPTED MURDER AND CATASTROPHIC INHUMANE PHYSICAL AND COVERT PSYCHOLOGICAL MASS MURDERS AND ILLEGAL NORMALIZATION OF STIGMATZED DISCRIMINATION PRACTICES AGAINST HISPANIC DISTRESSED VETERANS AND THEIR FAMILIES AND FOR ILLEGALLY SOLICITING PERSONAL AND PRIVATE MEDICAL RECORDS OF THE PETITIONERS UNDER FALSE PRETENSE AND ERRONEOUS GUISE THAT THE PERPETRATORS GESTAPO AGENTS, JOHN RICHARDS AND NOEL PORTNOY WERE SEEKING JUSTICE FOR US AND FILED THE PERSONAL AND PRIVATE MEDICAL RECORDS "UNREDACTED" IN NEARLY EVERY COURT IN THE COUNTRY MAKING THEM PUBLIC RECORDS IN BLATANT VIOLATION OF OUR RIGHT TO PRIVACY AND IN FURTHERANCE OF HUMILIATION AND MOCKERY, WHILE SPEED ROCKET ACELERATION PREMEDITATED ASSASSINATION PLOT AGAINST  ROBERT TREVINO AND CONCEALING CRUCIAL AND VITAL EVIDENCE OF  PATRICK LANKFORDS CONFESSION EXONERATING ROBERT OF ANY CRIME AND IMPLICATING THE PERPETRATORS THAT UNDOUBTEDLY "BRIBED" GESTAPO AGENTS, JOHN RICHARDS  & NOEL PORTNOY AND OTHERS FOR ILLEGALLY CONCEAL THE CONFESSION FROM HOUSTON FEDERAL WRIT OF HABEAS CORPUS MRIS COURT AND NOT SEEK PROTECTIVE ORDER TO SAVE ROBERT'S LIFE.  INSTEAD, ILLEGALLY PLACED ROBERT IN GREATED IMINENT LIFE-THREATENING DANGER IN WORSE INSANE ASYLUM IN THE WORLD WHEN HE WAS NOT SUICIDAL OR HOMICIDAL AND WHEN HE WAS ALREADY RECEIVING MENTAL HEALTH CARE AT THE TDCJ, CYMF, ICU AND SABOTAGE OUR QUEST FOR JUSTICE AND INDUCED STROKE AND ASSASSINATED ROBERT WITH IMPUNITY.  THE PERPETRATORS SHOULD  IMMEDIATELY BE SWIFTLY HELD CRIMINALLY AND CIVILLY ACCOUNTABLE FOR THEIR WEAPONIZING THEIR POWERFUL GOVERNMENT POSITIONS AND LAW DEGREES FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIORS, CIVIL AND HUMAN RIGHTS VIOLATIOS, CONTRIBUTING TO THE EXPLOSION AND WIDESPREAD NORMALIZATION OF DISCRIMNATION AND CORRUPTION AND GANG-RAPE OF JUSTICE IN AMERICA, GENOCIDE AND OTHER HIGH CRIMES AND MISDEMEANORS AND COVER-UP/WHITEWASH WITH IMPUNITY.

EVEN FORMER PRESIDENT DONALD TRUMP HAS BEEN INDICTED AND WILL BE PROSECUTED FOR CRIMES, INCLUDING CONSPIRACY TO OBSTRUCT JUSTICE WHICH BY ITSELF CARRY PRISON TIME IF CONVICTED AND FOR VIOLATING NATIONAL SECURITY LAWS!!!  HOWEVER, THE "GOOD OL BOYS AT-LARGE" ARMED WITH WEAPONIZED LAW DEGREES AND COZY-RELATIONSHIP WITH THEIR "CRONIES" AND HAVE IGNITED AN OUT OF CONTROL RAGING INFERNO OF NORMALIZED DISCRIMINATION AND CORRUPTION THAT IS DESTROYING OUR COUNRTY, ARE CONTINUING TO DO BUSINESS AS USUAL AND CORRUPT WAY OF LIFE IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!!!

TXAG PAXTON IS ALSO UNDER INDICTMENT FOR FELONIES, FRUAD,  ABUSE OF POWER. AND TX BAR SHOULD ALSO FACE CHARGES FOR THEIR CONTRIBUTORY ROLE IN THE BLACKLISTING, SANCTIONING, SABOTAGE AND ASSASSINATION OF ROBERT TREVINO & FAMILY. ALSO, SEE ATTACHED MAY 13, 2015 RESIGNATION LETTER FROM ATTORNEY JEFF BLACKBURN TO TX. INNOCENCE PROJECT, MIKE WARE  BECAUSE MULTIMILLION DOLLAR BUDGET HAS CORRUPTED AND SABOTAGED MISSION.  LIKEWISE, US PRESIDENT JOE BIDEN SHOULD, LIKEWISE, BE ACCORDINGLY PROSECUTED UNDER THE UCMJ, AS COMMANDER IN CHIEF FOR BEING AWOL AND DERELICTION OF DUTY IN THE HIGHEST OFFICE IN THE COUNTRY AND ENGAGEING IN ILLEGAL DISCRIMINATION PRACTICES AND DELIBERATE INDIFFERENCE RESULTING IN THE MASS MURDERS AND ASSASSINATION OF A HIGHLY DECORATED DEFENSELESS HISPANIC PARALYZED WAR VETERAN AND POLITICAL PRISONER AND MASS MURDER OF HIS FAMILY IN THE COUNTRY HE RISKED HIS LIFE DEFENDING . INSTEAD, JOE BIDEN'S MORE INTERESTED IN CREATING "FAKE NEWS"  THROUGH PUBLICITY STUNTS AND IN SECURING THE RELEASE FROM FOREIGN PRISONS,  WHITE AMERICANS TO GAIN MORE ATTENTION NATIONALLY AND AROUND THE WORLD TO BOOST HIS NARCISSISTIC ARROGANCE AND CONCEITED  EGO AND SKYROCKET HIS FINANCIAL AND POLITICAL INFLUENCE, POPULARITY AND PRESIDENTIAL RE-ELECTION CAMPAIGN.  AND, IN MOST CASES HAVING TO PAY MILLIONS OF DOLLARS IN FINES TO FOREIGN GOVERNMENTS OR EXCHANGE NUMEROUS DANGEROUS FOREIGN TERRORIST FOR RELEASE OF ONE AMERICAN PRISONER FURTHER ENDANGERING THE LIFE AND SAFETY OF AMERICAN OVERSEAS AND OUR COUNTRY.  MEANWHILE, ALLOWING PETITIONERS OUTCRYS FOR  RELEASE FROM UNLAWFUL IMPRISONMENT OF TOTALLY DISABLED PARALYZE HARMLESS HIGHLY DECORATED HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT TREVINO, IN LIFE-THREATENING CRITICAL MEDICAL CONDITION, TREATED WITH CRUEL AND UNUSUAL PUNISHMENT, ISOLATED AND SECLUDED AND ILLEGALLY DENIED RELEASE ON MRIS TO THE VA HOSPITAL IN EFFORT TO SAVE HIS LIFE, BE IGNORED AND GIVEN US THE "DEATH-EAR" AS IF WE WERE SCREAMING BLOODY MURDER OUT IN THE WILDERNESS, FURTHER EMPOWERING THE PERPETRATORS RESULTING IN THE PREMEDITATED ASSASSINATION OF ROBERT TREVINO ON BIDEN'S WATCH.  PRESIDENT JOE BIDEN SHOULD BE JUSTIFIABLY IMMEDIATELY "BOOTED" OUT OF OFFICE BEFORE HE CAUSES ANY FURTHER IRREPARABLE HARM AND INJURY TO OUR DISABLED VETERANS, MILITARY AND NATIONAL SECURITY.  NO ONE IN THEIR RIGHT MIND IS GOING TO RISK THEIR LIVES FOR A COUNTRY THAT TREATS DISABLED PARALYZED WAR HEROES LIKE YESTERDAY'S

TRASH & COVER-UP/WHITEWASH WITH IMPUNITY IN THE FRIST DEGREE.
THE DECADES LONG ATROCIOUS AND INHUMANE TREATMENT OF HIGHLY
DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT
TREVINO, AND FAMILY IS NOT GOING TO ENCOURAGE THE BEST IN OUR SOCIETY
TO JOIN THE MILITARY.  NO ONE WILL WANT TO COURAGEOUSLY RISK THEIR
LIVES DEFENDING OUR COUNTRY IN TIME OF FOREIGN WAR ONLY TO BE
STIGMATIZED AND LEFT BEHIND AND FORGOTTEN TO BE OBLIVIATED OUT OF
EXISTENCE IN WHAT AMOUNTS TO A MODERN DAY DUNGEON AND "DEATH-TRAP,"
STRIPPED AND GANG-RAPED OF PETITIONERS VA RIGHTS AND BENEFITS TO LEAVE
HIM FURTHER TOTALLY HELPLESS, POWERLESS, ISOLATED AND SECLUDED, AND
MARGINALIZED WITHOUT EQUAL PROTECTION AND EQUAL ACCESS TO JUSTICE
AND TO LANGUISH IN UNLAWFUL IMPRISONMENT TO FEND FOR HIMSELF AND
FAMILY IN A PERPETUAL PERNICIOUS  COVERT PSYCHOLOGICAL DOMESTIC
TERRORIST GEURRILLA WARFARE AND CULTURE OF CORRUPTION AND
DISCRIMINATION AND GENOCIDE.  EVEN PRISONERS OF WAR AND IMMIGRANTS
ARE TREATED BETTER AND ALLOWED AND AFFORDED EQUALACCESS TO JUSTICE.

PRTITIONERS/INTERVENORS IN THE ABOVE CAPTIONED CASE, FILED OUR
COMPLAINT AGAINST BOTH, THE PLAINTIFFS YALE LAW SCHOOL VETERANS
CLINIC, ET AL., AND DEFENDANTS, UNITED STATES OF AMERICA, VA, ET. AL., FOR
DOING THE SAME THING TO PETITIONERS THAT PLAINTIFF'S ARE ALLEGING THE
DEFENDANTS HAVE DONE TO THEM.  BOTH PARTIES ENGAGING IN HONEST
SERVICES FRAUD, LEGITIMATE AND SHAM ORGANIZATIONS THROUGH
FRAUDULENT ACTIVITIES AND DISCRIMINATION AND CORRUPTION AND
ORGANIZED CRIME.  LIKE MOST UNIVERSITIES, ESPECIALLY THOSE WITH
ALLEGED FREE LEGAL SERVICES CONTROLED BY CORRUPT, GOOD OL BOYS
CRONIES, PROFESSORS, LIKE MIKE WARE AND DAVID DOW IN TEXAS, INNOCENCE
PROJECTS THAT BLATANTLY REPEATEDLY REFUSED TO REPRESENT HISPANICS
THAT THEY KNOW ARE INNOCENT, IN SPITE OF THEIR AGE, DISABILITY AND LIFE-
THREAENING PRISON ENVIRONMENT AND INADEQUATE MEDICAL CARE AND BY
MAKING ERRONEOUS "BIG LIES" TO FURTHER CONTINUE WRONGFUL
IMPISONMENT TO PROTECT THEIR CRONIES AND "GOOD OL BOYS NETWORK" .
INSISTING THAT THE PERPETRATORS HAVE DONE NOTHING WRONG AND
REFERED ME TO ROBERT UDASHEN TO BE FURTHER, DEFRAUDED AND GANG-
RAPE US OUT OF SUBSTANTIAL $15,000.00 AMOUNT BORROWED ON HOME EQUITY.
THEN, FOUND OUT THAT UDASHEN WAS ON THE BOARD OF DIRECTORS OF
INNOCENT PROJECT WHERE MIKE WARE WORKED AND BLATANTY REFUSED TO
REFUND MY MONEY.  SUBSEQUENT ATTORNEYS DID THE SAME THING TO
PROTECT THE CULTURE OF OUT OF CONTROL CORRUPTION, NORMALIZATION OF
STIGMATIZED DISCRIMINATION,  RETALIATION, BLACKLIST, SANCTION AND
SABOTAGE QUEST FOR JUSTICE AND COVER-UP/WHITEWASH WITH IMPUNITY IN
THE FIRST DEGREE, WITH THE BLESSINGS AND AIDING AND ABETTING OF THE
STATE BAR OF TX. AND OTHER CRONIES/CRIME FAMILY AND PERPETRATORS TO
PUNISH PETITIONERS OR EXERCIZING OUR GOD GIVEN FREE SPEACH AND
PETITION OUR GOVERNMENT FOR REDRESS OF GRIEVANCES.  WE HAD PRIOR
BEEN REFERED TO ALL INNOCENT PROJECTS BY THE TEXAS COURT OF CRIMINAL
APPEALS THAT SHAM APPEAL OPINION BASED ON SHAM TRIAL BY RAGE,
APPEARED ON OUR MOTHER'S OBITUARY TO FURTHER PSYCHOLOGICALLY

ABUSE, HUMILIATE, UNDIGNIFY AND TAUNT AND RIDICULE OUR MOTHER AND ROBERT TREVINO AND FAMILY AND WAS POSTED BY ATTORNEY TIM STANLEY, CEO OF JUSTIA, WHO MOST OF THE PERPETRATORS ARE ASSOCIATED WITH AND ARE MEMBERS OF, LIKE GESTAPO AGENT, JOHN RICHARDS.  TO DATE, THE PERPETRATORS AND CRONIES, CRIME FAMILY AND GOOD OL BOYS NETWORK REFUSES TO DELETE IN FURTHERANCE OF RETALIATION, HARASSMENT, VICTIM/WITNESS TAMPERING, OBSTRUCTION OF JUSTICE,  DENIAL OF EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE.  THEY ARE DETREMINED TO FUEL OUR ANGER, DEPRESSION AND OUTRAGE IN CONTINUING EFFORTS TO INDUCE DEPRAVED HEART MASS MURDERS AND SABOTAGE OUR SOLITARY QUEST FOR JUSTICE AND COVER-UP.
OUR RELENTLESS EFFORTS TO RECOVER OUR MONIES IN SMALL CLAIMS COURT FROM UDASHEN AND OTHERS, UNBEKNOWN TO US, WAS COVERTLY SABOTAGED BY COVER-UP "CON-ARTIST" GESTAPO AGENTS JOHN RICHARDS AND NOEL PORTNOY, WHO LIKEWISE, SABOTAGED INITIAL APPEAL TO US SUPREME COURT BY DELIBERATELY FILING APPEAL "LATE" AND INNOCENCE PROJECT AND CRONIES, TEXAS CRIME FAMILY HAS BEEN ENGAGED IN MAFIA-RELATED ATTIVITIES, BESIDES "BIG LIE" TO HINDER THE PROSECUTION OF THE PERPETRATORS, AND ILLEGALLY DENY US EQUAL REPRESENTATION, CRIMINALLY OPPRESS, EXPLOIT, DEFRAUD $15,000.00 ON ERRONEOUS GUISE THE UDASHEN WOULD GET ROBERT OUT OF UNLAWFUL IMPISONMENT GASLIGHTING AND CONCEALING INFORMING THAT UDASHEN WAS HIS PARTNER AND ON THE BOARD OF DIRECTORS OF INNOCENCE PROJECT AND SWINDLED AND BAMBOOZLE US OUT OF OUR MONEY.  ANOTHER PERFECT EXAMPLE OF HOW THE INNOCENCE PROJECT MIKE WARE IS  EXPLOITING THOSE DISTRESSED MINORITIES THEY ARE ENTRUSTED IN AFFORDING US EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE HOWEVER ARE FURTHER BAMBOZZLING AND SWINDLING MONEY  FROM US TO PAY THEIR CRONIES AND CRIME FAMILY FROM THE TX. CRIMINAL DEFENSE LAWYERS ASSOSIATION, SABOTAGE OUR QUEST FOR JUSTICE INFURTHERANCE OF WRONGFUL IMPRISONMENT AND GENOCIDE AND BLACKLIST AND SANCTION AND RIDICULE ROBERT TREVINO AND FAMILY.  PERPETRATORS, CLEVERLY, GESTAPO AGENTS JOHN RICHARDS NEVER RETURNED THOSE LEGAL DOCUMENTS FILED IN SMALL CLAIMS COURT FOR THEIR SCAM AND OF OTHERS IN CORRUPT AND BIGOTED CULTURE.  THEY, LIKEWISE, SIMILARLY DEFRAUDED AND EXPLOITED PETITIONERS SYSTEMATICALLY SABOTAGED OTHER LEGAL MATTERS, SUNK SHIP, OFFICIALLY ABANDONED SHIP, SCAPEGOATING US, INDUCING ME INTO SUFFERING A STROKE, BRAIN BLEED, WITH OTHER DEBILITATING DISABILITIES, CONCEALED EMERGENCY HOSPITALIZATION FROM JURY ALLOWING THE PERPETRATORS TO ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND JOIN IN THE COVERT HARASSMENT AND RETALIATION OF PETITIONERS. MEANWHILE, LIKEWISE, HAD SIMILARILY, CONCEALED  CONFESSION AND REFUSED TO FILE PROTECTIVE ORDER IN FEDERAL COURT AGAINST TDCJ IN WHC FOR ILLEGALLY  REPEATED DENIALS OF MRIS AND IN ATTEMPT TO GET ROBERT IN VA HOSPITAL AND OUT FROM EMINIENT DANGER TO SAVE HIS LIFE AND GESTAPO AGENTS RICHARDS AND PORTNOY REFUSED AND WENT ALONG WITH THE TDCJ BRUTALITY RETALIATION OF PETITIONERS  AND ACELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-UP.
LIKE TEXAS UNIVERSITIES INNOCENCE PROJECT, YALE UNIVERSITY VETERANS

CLINIC IS, LIKEWISE, CRUELY MANIPULATING, GASLIGHTING, THEIR BLACK
CLIENTS INTO OBEDIENT WELL TRAIN PUPPIES TO ENGAGE IN CRIMINAL
CONSPIRACY, PUBLICITY STUNTS FOR THEIR OWN AGENDA, DISCRIMINATION AND
PSYCHOLOGICAL ABUSE AGAINST HISPANICS AND OTHER MINORITIES SIMILARLY
SITUATED, AND TO ENGAGE IN OTHER MAFIA-RELATED RACKETEERING
ACTIVITIES AND  HONORING  COVERT "BLACKLIST" AND "SANCTIONS" AGAINST
PETITIONERS  ROBERT TREVINO AND FAMILY TO SABOTAGE AND COERCE
PETITIONERS TO REPRESENT THEMSELVES IN FURTHERANCE OF
PSYCHOLOGICAL DEPRAVED HEART MASS MURDERS AND COVER-UP ATROCITIES
IN OUR SOLITARY QUEST FOR JUSTICE BECAUSE OF OUR HISPANIC HERITAGE AND
DENY US EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE WHILE
PROVIDING THEIR BLACK CLIENTS TOP DOLLAR ARMIES OF LAWYERS AND
ERRONEOUSLY  ALLEGING THEY DON'T HAVE THE FINANCIAL RESORCES TO
REPRESENT HISPANIC VETERANS OR WOMEN HISPANIC VETERANS WHILE THEY
ARE UNDER CRIMINAL INVESTIGATION BY THE US DEPARTMENT OF EDUCATION
FOR NOT REPORTING BILLIONS OF DOLLARS IN QUESTIONABLE FUNDING FROM
HOSTILE FOREIGN COUNTRIES AND TAX-EVATION.  THIS CONSTITUTES SECRET
CAMOUFLAGED "ESPIONAGE" PUNISHABLE BY LIFE-IMPRISONMENT OR DEATH!
YET, THE WHITE TRAITORS, NEVER HAVE FACE ESPIONAGE CHARGES OR PAY ANY
ILL-GOTTEN BILLIONS BACK ERRONEOUSLY ALLEGING THEY ARE INDIGENT AND
AFFORDED TOP DOLLAR LAWYERS TO REPRESENT THEM.  THEY ARE MERELY
SLAPPED ON THE HAND FOR "LYING" TO FBI ABOUT THEIR ESPIONAGE
ACTIVITIES, BUT NOT CHARGED WITH ESPIONAGE, AND HAVE ARMIES OF TOP
DOLLAR LAWYERS REPRESENTING THEM, AS EVIDENT BY THEIR, MERE "LYING"
CHARGE AND NOT CHARGED FOR "LYING" ABOUT BEING INDIGENT AND NOT
BEING ABLE TO PAY THE ILL-GOTTEN "MAD BLOOD MONEY."  THIS IS
OUTRAGEOUS!!!  MEANWHILE, ROBERT TREVINO, THAT WAS HIGHLY
RECOMMENDED FOR THE PRESTIGIOUS SLIVER STAR AND IS A BRONZE STAR
PURPLE HEART RECIPIENT AND PARALIZED HISPANIC VETERAN  WITH TBI, PTSD
AND OTHER MULTIPLE LIFE-THREATENING CRITICAL MEDICAL CONDITION AND
POLITICAL PRISONER  LANGUISED IN WRONGFUL IMPRISONMENT ON "BIG LIES"
WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE WITHOUT PROPER AND
ADEQUATE MEDICAL TREATMENT, ALSO EVIDENT BY HIS CRITICAL LIFE-
THREATENING RUSSION ROULETTE MEDICAL CONDITION IN DEATH-TRAP, AND,
STRIPPED OF HIS VA RIGHTS AND BENEFITS TO FEND FOR HIMSELF AND DENIED
HONEST EFFECTIVE LEGAL REPRESENTATION FOR DECADES AND EVEN AFTER
STATE'S STAR WITNESS, PATRICK LANKFORD, CONFESSED EXONERATING ROBERT
OF ANY CRIME AND IMPLICATING THE PERPETRATORS OF COERCING THEM INTO
LYING AGAINST ROBERT UNDER THREAT OF HARSH PROSECUTION ON THEIR
FELONY CRIMES AND PENDING STATUTORY RAPE OF A 12 YEAR OLD GIRL AND IN
SPITE OF OUR PENDING FEDERAL WRIT OF HABEAS CORPUS CASE AGAINST THE
TX. OFFENDERS FOR ILLEGALLY REPEATEDLY DENYING ROBERT RELEASE ON
MRIS WHILE MALICIOUSLY SUBJECTING HIM WITH CRUEL AND UNUSUAL
PUNISHMENT AND BRUTAL PSYCHOLOGICAL ABUSE OF ROBERT AND I AND HIS
FAMILY, IS CLEARLY PREMEDITATED COLD-BLOODED ASSASSINATION OF ROBERT
AND OVER-KILL.  THERE IS NOTHING NATURAL ABOUT ROBERT'S MANNER OF
DEATH.  WE ARE DEMANDING IMMEDIATE CRIMINAL AND CIVIL
ACCOUNTABILITY, ESPECIALLY, THOSE AIDING AND ABETTING, HABORING,

HIDERING THE PROSECUTION OBSTRUCTING JUSTICE AND COVERING-UP FOR THE PRINCIPAL OFFENDERS, SUCH AS CRONIES, CRIME FAMILY AND PERPETRATORS WITH GOOD OL BOYS FROM ELLIS COUNTY, TDCJ, INNOCENCE PROJECTS, MIKE WARE, DAVID DOW, JOHN RICHARDS, NOEL PORTNOY, STATE BAR OF TEXAS AND ALL THOSE OTHERS ACTING IN ACTIVE CONCERT AND PARTICIPATION WITH THEM OR AT THEIR DISCRETION IN FURTHERANCE OF SYSTEMATIC INJUSTICE AND PERPETUAL PERNICOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE.

FOR DECADES TO DATE, PETITIONERS CONTINUE TO BE DENIED EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE COMPOUNDING THE IRREPARABLE HARM AND INJURY ALREADY SUFFERED AT THE HANDS OF THE NEO-NAZI WHITE SUPREMACIST DOMESTIC TERRORIST, GESTAPO AGENTS AND OTHERS. TO OUR DETRIMENT AND DEMISE AND GENOCIDE. FOR DECADES, DEFENDANTS, US, VA, FBI AND OTHERS HAVE BEEN IN COMPLICITY AND AIDING AND ABETTING AND HINDERING THE PROSECUTION OF THE PERPETRATORS IN THE "HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE FABRICATING "BIG LIES" WITH "ZERO EVIDENCE" IN PRETEXT OF JUSTICE AGAINST HIGHLY DECORATED PARALIZED HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT TREVINO, AND ALLOWING THEM TO WEAPONIZING THEIR GOVERNMENT POSITIONS UNDER COLOR OF LAW, MEDICAL AND LAW DEGREES, ABUSE OF POWER TO FURTHER ERADICATE ROBERT TREVINO AND FAMILY, AND OTHER MINORITIES SIMILARLY SITUATED, FOR SPEAKING TRUTH TO POWER IN AN EFFORT TO SILENCE US "BY ANY MEANS NECESSARY!" . THE NEO-NAZI DOMESTIC TERRORIST PERPETRATORS ARE IN BLATANT VIOLATION OF OUR NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM, AND IN VIOLATION OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, OUR BILL OF RIGHTS FOR WHICH OUR DISTRESSED VETERANS COURAGOUSLY RISKED THEIR LIVES TO DEFEND AND PAID A VERY HIGH PRICE IN TIME OF FOREIGN WAR AND IS IN VIOLATION OF INTERNATIONAL LAWS.

THE MODERN AMERICAN DREAM IS A SHAM OPINION AND ANOTHER HOAX.  IN REALITY, HISPANIC AMERICANS CONTINUE TO BE MALICIOUSLY DISCRIMINATED AND SYSTEMATICALLY ABUSED, CRIMINALLY OPPRESSED AND SUBJECTED TO THE UGLY REALITY CASE SCENARIO OF AMERICAN NIGHTMARE AND TWILIGHT ZONE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE, LIKE IN TREVINO AND FAMILY CASE.  THE BLACK PLAINTIFFS FILED LAWSUIT AGAINST THE US DEFENDANTS FOR DISCRIMINATION, HOWEVER, ARE ALSO ILLEGALLY DISCRIMINATING AGAINST OTHER MORE VULNERABLE PARALYZED HISPANIC VETERANS AND WOMEN VETERAN IN SPITE OF HIGHLY DECORATED MEDALS FOR HEROIC ACHIEVEMENTS DURING THE VIETNAM FOREIGN WAR AND MULTI LIFE-THREATENING MEDICAL CONDITION AND IMMINENT LIFE-ENDANGERMENT TO ACELERATED PREMEDITATED ASSASSINATION OF ROBERT SO THE PERPETRATORS CAN FOREVER, "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND ARE ROLLING AROUND IN AMUSEMENT AND LAUGHTER AND RIDICULE AT THE

PETITIONERS AND COVER-UP WITH IMPUNITY.

## "EVERY CRIMINAL CAREER HAS ITS BEGINING!"

PETITIONERS ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED  AND OUTRAGE OVER THE LAWLESSNESS, BIGOTRY AND CORRUPT CULTURE THAT THE LAW UNIVERSITIES, PROFESSORS ARE EXPOSING THEIR LAW STUDENTS TO AT A YOUNG AGE THAT PRACTICES, PREPAIRS, GROOMS, TEACH AND SERVE AS THE "SCHOOL GROUND" FOR PETTY LAW-BREAKERS  THAT GRAUATE TO FUTURE HOODLUMS OF AMERICA, MATURE PROFESSIONAL GANGSTERHOOD AND SADISTIC GANGSTERS AND RULING CLASS WITH TYRANNICAL CONTROL OF MULTIBILLION DOLLAR SHAM NON-PROFIT CRIMINAL ENTERPRICE INTENDED TO AFFORD THE MORE DISADVANTAGED EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, HOWEVER INSTEAD, ARE FURTHER REVICTIMIZING PETITIONERS THROUGH VICIOUS CYCLE OF IMULATING THE CORRUPT PRACTICES, BIGOTRY OF THEIR PROFESSORS, JUDGES AND LEGISLATURES AND WEAPONIZING THEIR LAW DEGREES IN MAFIA-RELATED ACTIVITIES AND DENYING PUBLICE SERVICES TO DISTRESSED DISABLED HONORABLY DISCHARGED HISPANIC VETERANS  IN LIFE-THREATENING RUSSIAN ROULETTE MEDICAL CONDITION IN IMMINENT LIFE-ENDANGERMENT AND COVER-UP WITH IMPUNITY.  PERPETRATORS CONTINUE TO ENGAGE IN DISCRIMINATION AND ABUSE THEIR POSITIONS TO UNJUSTLY ENRICH THEMSELVES IN EVERY POSIBLE WAY AS A PRIVILEDGE OF THEIR OFFICES, REVICTIMIZING THOSE THEY ARE SUPPOSEDLY REPRESENTING, COERCING PETITIONERS TO FEND FOR OURSELVES AND OR RELY ON FAMILIES TO PAY LEGAL FEES, EXTORTION, TO THEIR CRONIES ONLY TO BE RETALIATED, FURTHER DEFRAUDED, REVICTIMIZE, CORRUPT THE ADMINISTRATION OF JUSTICE TO HINDER THE PROSECUTION OF THE PERPETRATORS CRONIES, AND ASSASSINS OF ROBERT TREVINO, ESCAPE CRIMINAL AND CIVIL ACCOUNTABILITY IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA,  "BLACKLIST" AND "SANCTION" THEIR VICTIMS AND GENOCIDE.  AS REPORTED IN THIS AND OTHER DOCUMENTS ON THIS ROBERT TREVINO AND FAMILY CASE,  THE PERPETRATORS ARE DELIBERATELY PERNICIOUSLY AND COVERTLY KILLING MORE PEOPLE THAN THEY ARE HELPING AND THEY ARE DOING IT WITH IMPUNITY AND AMUSEMENT BECAUSE OF THEIR PERVERTED HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR.  THEY HAVE ABSOLUTELY NO REMORSE AND ABOUT AS MUCH COMPASSION AND COMMITMENT FOR THE CIVIL AND HUMAN RIGHTS LAWS AS ADOLF HITLER HAD FOR THE JEWS.  HISPANICS AND OTHER MINORITIES ARE BEING MALICIOUSLY DELIBERATELY ILLEGALLY CONDEMNED TO LIFE-IMPRISONMENT, MODERN DAY "DEATH-TRAPS"EVERY DAY ALL DAY LONG AND THAT'S WHY WE HAVE THE MOST MASSIVE WRONGFUL INCARCERATIONS IN THE WORLD, INCLUDING CHINA, THAT HAS THREE TIMES THE POPULATION, IN SPITE OF GENOCIDES IN CUSTODY AND MASS  EXECUTIONS..   ONE ASSASSINATION OF AN INNOCENT HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER IS ONE TO MANY WRONGFUL DEATH IN ILLEGAL CUSTODY.  NO ONE IS ABOVE THE LAW AND WE ARE DEMANDING PERPETRATORS BE IMMEDIATELY HELD TOTALLY ACCOUNTABLE  AND THAT PETITIONERS BE FINALLY AFFORDED THE EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR ALL

THAT PETITIONERS HAVE BEEN ILLEGALLY DEPRIVED OF FOR OVER DECADES RESULTING IN THE ERADICATION OF ROBERT TREVINO AND FAMILY.  ROBERT, MARIA, JUAN TREVINO DID NOT HAVE TO DIE!  HOWEVER, PERPETRATORS BLACKLISTED, SANCTIONED, AMBUSHED, SABOTAGED OUR SOLITARY QUEST FOR JUSTICE & ATTEMPTED PERNICIOUS COVERT PSYCHOLOGICAL MURDER OF ME.

PETITIONERS RESPECTFULLY FURTHER INFORMS THE HONORABLE COURT THAT NONE OF THE PETITIONERS/INTERVENTORS ARE MINORS AND THAT THE UNREDACTED MEDICAL RECORDS WERE ILLEGALLY SOLICITED FROM THE PETITIONERS THROUGH THE SHAM REPRESENTATION OF SHYSTER ATTORNEYS ACTING AS GESTAPO AGENTS, AND UNDERCOVER, ATTY. JOHN E. RICHARDS AND CO-COUNSEL, NOEL PORTNOY  THEY USED DECEIT, DISHONESTY, TRICKERY AND GASLIGHTING ON ERRONEOUS GUISE THAT THEY WERE REPRESENTING US WHILE ALL THE TIME THEY WERE ACTING PERNICIOUSLY AND COVERTLY IN THE BEST INTEREST OF THE PERPETRATORS TO DEFRAUD US, LINE THEIR OWN POCKETS AND UNJUSTLY ENRICH THEMSELVES TO THE DETRIMENT AND DEMISE OF ROBERT TREVINO AND FAMILY.  IN HINDSIGHT, THE GESTAPO AGENTS HAVE BEEN  IN COMPLICITY WITH THE US, FBI, VA, TDCJ, STATE BAR OF TEXAS, CDC, INNOCENCE PROJECT, MIKE WARE, DAVID DOW AND OTHERS SECRETLY ENGAGED IN CRIMINAL CONSPIRACY SCHEME OF NORMALIZATION OF STIGMATIZED DISCRIMINATION, RETALIATION, CRIMINAL OPPRESSION, OUTRIGHT FRAUD AND EXPLOITATION, CORRUPTION, EXTORTION, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE AND PERPETUAL AND PERNICIOUS HOMICIDAL COVERT PSYCHOLOGICAL DOMESTIC TERRORIST AND GUERRILLA WARFARE, GENOCIDE AND RIDICULE.  AS PART OF THE DECEPTION AND PERNICIOUS CRIMINAL ACTIVITIES UNDER THE ERRONEOUS GUISE THAT THEY WERE SEEKING JUSTICE FOR US.  GESTAPO AGENTS ATTY JOHN E. RICHARDS AND NOEL PORTNOY FILED THE UNREDACTED MEDICAL RECORDS OF US ONLY TO FURTHER RIDICULE AND MAKE US "SCAPEGOATS" BLAME AND REVICTIMIZE US FOR OUR DISABILITY, AGE, NATIONALITY SOCIALECONOMICAL STATUS, SEX TO DISCREDIT US FOR THEIR BREACH, FLIP/FLOP POSITIONS, BRIBERY AND ERRONEOUSLY ALLEGING THE PETITIONERS WERE ENDANGERING HIS HEALTH TO JUSTIFY OFFICIALLY ABANDONING US AFTER AT RECORD SPEED ACELLERATING PREMEDITATED ASSASSINATION PLOT AND ISOLATE, SECLUDE AND POSITIONING ROBERT IN DEADLY, IMINENT LIFE-ENDANGERMENT AND SABOTAGE OUR CASES, FURTHERMORE, CONCEALED CONFESSION OF STATE'S STAR WITNESS THAT EXONERATED ROBERT OF ANY CRIME AND IMPLICATING THE DA, OFFICER WIGGINS, PROMPTING DIABOLICAL PLOT TO ASSASSINATE ROBERT AND BLATANTLY REFUSED TO FILE PROTECTIVE ORDER WITH THE FEDERAL COURT IN HOUSTON WHERE WRIT OF HABEAS CORPUS WAS PENDING AND REFUSED TO STOP RETALIATION AND TO SAVE ROBERT'S LIFE BY HAVING HIM AIRLIFTED TO THE VA HOSPITAL THAT IS MORE EQUIPTED TO DEAL WITH EMERGENCIES RELATING TO NEGLECTED SERVICE-CONNECTED DISABILITIES AND CONCEALED FROM THE COURT STATE'S STAR WITNESS CONFESSION EXONERATING ROBERT OF ANY CRIME AND IMPLICATING PERPETRATORS TO HINDER THEIR PROSECUTION, AIDED AND ABETTED IN FURTHERANCE OF BRUTAL RETALIATION AND ASSASSINATION OF ROBERT TREVINO AND ATTEMPTED DEPRAVED HEART MURDER OF ME AND COVER-UP, LIKE THEY SIMILARLY COVERED-UP DEPRAVED

HEART MURDER OF JUAN AND SABOTAGED WRONGFUL DEATH SUIT TO PROTECT THE PERPETRATORS.  INSTEAD, GESTAPO AGENTS RICHARDS WAS IN CONSTANT SECRET COMMUNICATIONS WITH THE WARDEN, LORIE L.LARSON, KENIA LATIN, TDCJ OFFICIALS,, THEIR ATTORNIES AND CAROL YOUNG MEDICAL FACILITY/ICU AND SET-UP ROBERT AND I TO BE TRAUMATIZED AND VIOLENTLY ATTACKED BY THE WARDEN ON VISIT AND THREATENED ME WITH UNLAWFUL IMPRISONMENT MALICIOUSLY SUBJECTING US TO EXTREME BRUTAL PSYCOLOGICAL ABUSE AND, IN HINDSIGHT,  ATTEMPTED MURDER IN RETALIATION FOR PATRICK LANKFORD'S CONFESSION EXONERATING ROBERT OF ANY CRIME AND INPLICATING THE PERPETRATORS, HINDERING THEIR PROSECUTION, AND TO DEFRAUD ROBERT OF MILLIONS OF DOLLARS IN COMPENSATION IN EXONERATION FOR OPPRESSIVE 27 YEARS OF WRONGFUL IMPRISONMENT, CRUEL AND UNUSUAL PUNISHMENT AND DEPRIVATION OF ADEQUATE MEDICAL TREATMENT AND OTHER  VA RIGHTS AND BENEFITS HE HONORABLY EARNED ON THE BATTLEFIELD AND IN RETALIATION FOR OUR DEMANDS FOR RICHARDS TO OBTAIN EMERGENCY PROTECTIVE ORDER FROM FEDERAL COURT PENDING FOR WHC, MRIS, IN EFFORT TO GET ROBERT AIR-LIFTED TO THE VA HOSPITAL TO SAVE HIS LIFE AND INFORM THE FEDERAL COURT OF PATRICK LANKFORD'S CONFESSION AND INSTEAD, CONCEALED AND COVERED-UP CONFESSION AND ALSO ENGAGED IN THE ACELLERATED PREMEDITATED ASSASSINATION OF ROBERT.  GESTAPO AGENTS JOHN RICHARDS AND NOEL PORTNOY MALICIOUSLY REFUSED TO FILE PROTECTIVE ORDER FROM HOUSTON FEDERAL COURT WHERE WHC WAS PENDING AGAINST TDCJ FOR REPEATEDLY ILLEGAL DENIALS OF RELEASE OF ROBERT ON MRIS TO VA HOSPITAL IN AN EFFORT TO SAVE ROBERT'S LIFE AND ALSO BLATANTLY REFUSED TO INFORM THE COURT OF CONFESSION FROM PATRICK THAT EXONERATED ROBERT OF ANY CRIME AND IMPLICATED THE PERPETRATORS. GESTOPO AGENTS, JOHN RICHARDS AND NOEL PORTNOY, LIKEWISE, REFUSED TO DEMAND A CRIMINAL INVESTIGATION INTO THE WRONGFUL IMPRISONMENT OF ROBERT AND TO FIND OUT WHO INITIATED THE ASSASSINATION PLOT AND HAD ROBERT SUDDENLY ILLEGALLY FORCIBLY TRANSFERRED FROM ICU, CYMF IN WORSENING PARALYZED CRITICAL "MEDICAL" CONDITION TO THE WORSE ILL-FATED, ILL-EQUIPTED, UNSANITARY OVER CROWDED, UNDER STAFFED, INSANE ASYLUM IN THE WORLD TO BE FURTHERED ISOLATED, SECLUDED AND MALICIOUSLY SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT AND OTHER INHUMANITIES, WHEN ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND WAS ALREADY RECEIVING MENTAL HEALTH CARE AT THE ICU, CYMF AND MONITERED 24/7.  NO JUSTIFIABLE MEDICAL REASON FOR REMOVING ROBERT FROM ICU, CYMF WHERE HE WAS BEING MONITORED 24/7 AND FIVE MINUTES AWAY FROM NEAREST ER TRUMA CENTER AND WHERE ROBERT WAS ALREADY RECEIVING MENTAL HEALTH CARE AT TDCJ, CYMF, ICU.  IN HINDSIGHT, IT IS CLEARL THAT IT WAS GESTAPO AGENTS JOHN RICHARDS AND PORTNOY IN COLLUSION WITH THE TDCJ, WARDEN, LORIEL. LARSON AND PERPETRATORS  THAT HAD THREATENED ME WITH UNLAWFUL IMPRISONMENT AND THAT BRUTALLY RETALIATED VIOLENTLY AGAINST US AND SEPARATED, ISOLATED AND SECLUDED ROBERT FOR MY EFFORTS TO GET WRITTEN CONFESSION FROM PATRICK LANKFORD EXONERATING ROBERT OF ANY CRIME AND IMPLICATING THE PERPETRATORS THAT ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT TREVINO TO DEFRAUD HIM FURTHER OF MILLIONS OF DOLLARS AND SABOTAGE, COVER-UP.  GESTAPO

AGENTS RICHARDS BLATANTLY REFUSED TO OBTAIN PROTECTIVE ORDER
MAKING ERRONEOUS EXCUSES AND PROTECTED THE PERPETRATOR THAT, WITH
JOHN RICHARDS BLESSING GAVE THE ILL-FATED INHUMANE SADISTIC ORDER
REMOVING ROBERT FROM ICU AND CONCEALED AND SUPPRESS PATRICK'S
CONFESSION FROM FEDERAL COURT WHERE WHC, MRIS WAS PENDING.  NO
DOUBT, THAT IT WAS GESTAPO AGENTS JOHN RICHARDS, NOEL PORTNOY IN
COMPLICITY WITH THE WARDEN, STATE OFFICIALS AND PERPETRATORS THAT
HAD ROBERT ILLEGALLY FORCABLY TRANSFERRED TO WORSE INSANE ASYLUM
IN THE WORLD.  PETITIONERS BELIEVE IT WAS PERPETRATOR JOHN RICHARDS
BEHIND THE ILL-FATED REMOVAL OF ROBERT FROM ICU, CYMF  TO
REVICTIMIZED, ISOLATE,  SECLUDED AND MARGINALIZED TO INSIGNIFICANT,
POWERLESS, VULNERABLE  AND ACELLERATED PREMEDITATED ASSASSINATION
PLOT AND ATTEMPTED PSYCHOLOGICAL DEPRAVED HEART MURDER OF ME, LIKE
RICHARDS AND PERPETRATORS MRDERED JUAN AND LIKEWISE SIMILARLY,
SABOTAGED WRONGFUL DEATH SUIT PROTECTING THE PERPETRATORS AND
COVER-UP WITH IMPUNITY.   RICHARDS AND PORTNOY ABUSIVELY REPEATEDLY
SUBJECTED US TO GASLIGHTING, AND COVERTLY PLAYED THE DELAYING GAMES
FOR OVER A YEAR WHEN I TOLD THEM TO GET PATRICK'S DECLARATION ASAP TO
HINDER THE PROSECUTION OF THE PERPETRATORS.  INSTEAD, THEY PLAYED
THE ABUSIVE DELAYING GAME FOR OVER A YEAR AND A HALF WHILE THEY
PROTECTED PERPETRATORS AND CRUELLY MANIPULATED PATRICK
BEFRIENDED HIM TO SABOTAGE QUEST FOR JUSTICE FOR ROBERT AND WAS IN
COMPLICITY TO HELPED THE STATE'S STAR WITNESS PATRICK THAT WAS
SERVING A TEN YEAR SENTENCE FOR SEXUAL ASSAULT OF A CHILD TO "ESCAPE"
PRISON ON PAROLE TO GO ON THE LAM AND SILENCE HIM WITHOUT GETTING
THE DECLARATION SIGNED AND WHICH THEY TRIED TO SPIN TO PROTECT THE
STATE AND DEFRAUD ROBERT OF COMPENSATION FOR EXONERATION BY TRYING
TO SOLICITE A HALF A LIE FROM THE STATE WITNESS.  GESTAPO AGENTS WANTED
HALF A LIE TO PROTECT PERPETRATORS AND DEFRAUD ROBERT IN SPITE OF THE
FACT THAT THE HALF LIE WAS CONTRARY TO OUR STEADFAST ACTUAL
INNOCENCE CLAIM FOR WHICH GESTAPO AGENTS WERE SUPPOSEDLY
REPRESENTING ROBERT.  IT WAS ALSO, PATRICKS CONFESSION, CONTRARY TO
THE TRIAL TESTIMONY OF WILLIAMS THAT NO ONE, NOT EVEN PATRICK,
COULD CORROBORATE HIS COERCED FALSE ACCUSATIONS AGAINST ROBERT.  WE
WERE IN TOTAL SHOCK AND DISBELIEF OF GESTAPO AGENTS RICHARDS AND
PORTNOYS, BREACH OF FIDUTIARY DUTY, CONFLICT OF INTEREST, MISCONDUCT,
MALPRACTISE, OBSTRUCTION OF JUSTICE, TAMPERING WITH A WITNESS AND OUT
RIGHT FRAUD, LAWLESSNESS, LIFE-ENDANGERMENT OF PETITIONERS AND
MAFIA-RELATED ACTIVITIES.  GESTAPO AGENTS, JOHN RICHARDS AND NOEL
PORTNOY'S LEVEL OF CORRUPTION, DISCRIMINATION AND BETRAYAL WAS WAY
OFF THE CHARTS AND RAISED "DEPRAVITY" AND "BRIBERY" AND "CORRUPTION"
TO NEW ARTFORM.  FURTHERMORE,. NOEL'S EGREGIOUS  COACHING  OF PATRICK
TO CORROBORATE HALF A LIE WAS ALSO CONTRARY TO THE MEDICAL
EXAMINATION OF  WILLIAMS THAT THERE WAS ABSOLUTELY "ZERO EVIDENCE"
OF  SEXUAL TRAUMA WHICH ALSO CORROBORATED AND SUPPORTED
PETITIONERS, ROBERT'S "STEADFAST ACTUAL INNOCENCE CLAIM" AND WAS
EXTREMELY CONTRARY TO ROBERT'S UNWAVERING CLAIM OF "ACTUAL
INNOCENCE."  THE FABRICATED PREPOSTEROUS LUDICROUS "HALF LIE"

PORTNOY WAS TRYING TO SOLICIT FROM PATRICK AFTER PATRICK HAD
REPORTED TO PORTNOY THAT THERE WAS NO PRIVACY IN ROBERT'S HOUISE AND
THAT IF ROBERT HAD VIOLENTLY SEXUALLY ASSAULTED WILLIAMS WITH OR
WITHOUT A GUN HE WOULD HAVE KNOWN IT.  AND THAT IT NEVER HAPPENED BUT
THAT PATRICK AND GIRLFRIEND HAD COME TO TREVINO HOUSE LOOKING TO
TALK TO ROBERT TO TRY TO HELP ROBERT AND REPORT THAT WILLIAMS HAD
LIED BECAUSE THE DA STEVE MARSHALL AND OFFICER WIGGINS THREATENED
TO PROSECUTE HIM FOR FELONY BURGARIES AND LONG PRISON SENTENCE, AS
THE PERPETRATORS HAD COERCED HIM AND WANTED THE WHOLE VIOLENT
GANG TO FURTHER ADD THAT ROBERT HAD SEXUALLY ASSAULTED THEM AT
GUNPOINT FOR SECOND GRAND JURY TO INDICT BECAUSE FIRST GRAND JURY
"NO-BILLED" THE INDICTMENT.   WE BELIEVE IT WAS ALSO TO FURTHER
SENSATIONALIZE THE ALLEGATIONS TO FEED MORE RED MEAT TO HIS WHITE
SUPREMACIST POLITICAL SUPPORTERS AND FURTHER INFLUENCE AND
PREJUDICE THE UNSEQUESTERED ALL-WHITE JURY, SKYROCKET HIS POLITICAL
CAREER OPPORTUNITIES AND INFLUENCE.  IT IS OBVIOUS THAT PORTNOY AND
RICHARDS, WERE PROTECTING THE PERPETRATORS, HINDERING THEIR
PROSECUTION BECAUSE THEY HAD BEEN "BRIBED"  AND PAID, "PINOCCHIOS" AND
DEFRAUD ROBERT OF MILLIONS IN EXONERATION COMPENSATION AND
DELIBERATE CIVIL AND HUMAN RIGHTS VIOLATION, PROTECTING STATE'S BOGUS
ALLEGATIONS AND THEIR SHAM REPRESENTATION, BREACH OF FIDUTIARY DUTY,
GASLIGHTING,.  IT'S OBVIOUS THAT THE GESTAPO AGENTS NEVER READ THE
TRIAL TRANSCRIPT. ESPECIALLY THE PART WHERE WILLIAMS STATED NO ONE
COULD CORROBORATE HIS PROPOSTEROUS ALLEGATIONS FOR THE SIMPLE
REASON THAT HE WAS LYING.  THAT WAS EQIVALENT TO ANOTHER CONFESSION,
CONSIDERING EXPERT MEDICAL OPINION OF  "ZERO EVIDENCE" OF SEXUAL
TRAUMA AND ROBERT'S ACTUAL INNOCENCE CLAIM  THAT WAS SUPPORTED BY
THE STATE'S OWN EXPERT MEDICAL AUTHORITY THAT THEY FOUND NO
EVIDENCE OF SEXUAL TRAUMA THAT CORROBORATED ROBERT'S ACTUAL
INNOCENCE CLAIM.  WE WERE FURTHER SHOCKED AND OUTRAGE THAT NOEL
PORTNOY WAS TRYING TO COACH PATRICK TO CORROBORATE HALF A LIE TO
DEFRAUD ROBERT AND ALLOW THE PERPETRATORS TO FOREVER "ESCAPE"
TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY.  UPON MY LEARING THAT STATE'
STAR WITNESS, PATRICK LANKFORD WAS IN PRISON, WE PAID NOEL PORTNOY AND
JOHN RICHARDS SUBSTANCIAL AMOUNT OF MONEY TO GET PATRICK'S
DECLARATION ABOUT THE TRUTH.  WE ORDERED PORTNOY TO WRITE PATRICK A
LETTER ASKING HIM IF HE WAS WILLING TO TALK WITH HIM REFERANCE THE
ROBERT TREVINO CASE AND HE AGREED. WE ORDERED PORTNOY TO ASK
PATRICK IF HE WAS READY TO RECANT HIS FALSE TESTIMONY AGAINST ROBERT
AND TO ASK HIM WHY PATRICK AND HIS GIRLFRIEND CAME TO THE TREVINO
HOME DURING THE SHAM TRIAL BY RAGE WANTING TO TALK TO ROBERT AFTER
PATRICK AND HIS GANG TESTIFIED AGAINST ROBERT.  HOWEVER, WE DID NOT
ALLOW PATRICK OR HIS GIRL FRIEND TO TALK TO ROBERT BECAUSE OF COURT
NO CONTACT ORDER.  WE TOLD PORTNOY HE COULD ASK FOLLOW-UP QUESTIONS
BUT THOSE WERE THE MOST IMPORTANT THAT WE COULD THINK OF.  WE TOLD
PORTNOY THAT IN NO WAY WAS HE SUPPOSE TO ACT AS PATRICK'S PRIVATE
AND PERSONAL ATTORNEY.   NOT TO PROVIDE PATRICK ANY LEGAL ADVISE OR
ASSISTANCE, NOT TO PROVIDE PATRICK ANY LEGAL DOCUMENTS OF THE CASE OR

OF HIS BOGUS TESTIMON OR THE BOGUS TESTIMONY OF HIS GANG MEMBERS, NOT TO DO PATRICK ANY FAVORS, PROVIDE HIM ANY GIFTS OR MONEY OR WHATEVER PATRICK ASKED FOR OR WANTED. WE ALSO ORDERED PORTNOY TO PROVIDE US WITH HIS OWN WRITTEN STATEMENT REPORTING EVERYTHING THAT PATRICK HAD CONFESSED TO PORTNOY AT THE INTERVIEW. PORTNOY AGREED TO OUR DEMANDS AND WAS PAID SUPSTANTIAL AMOUNT OF MONEY.. HOWEVER, PORTNOY BLATANTLY VIOLATED OUR ORDERS AND AGREEMENT AND DID EVERYTHING WE TOLD HIM NOT TO DO AND EVEN PROVIDING PATRICK SUBSCRIPTION TO RECEIVE DEVIL WORSHIPING MAGAZINES WHICH THEIR GANG WAS INTO AND MOST NEO-NAZIS. PORTNOY DID EVERYTHING WE TOLD HIM NOT TO DO AND ALSO EVEN ALLOWED PATRICK TO CALL HIM, "NOEY," AS THEY WERE BEST FRIENDS AND WAS GIVING PATRICK LEGAL ADVISE AND HELPING PATRICK "ESCAPE" PRISON ON PAROLE TO CRUELY MANIPULATE PATRICK INTO SABOTAGING OUR EFFORTS IN PERSUIT OF JUSTICE FOR ROBERT. PORTNOY WAS COUCHING PATRICK INTO SPINNING HIS DECLARATION TO PROTECT THE PERPETRATORS AND SABOTAGE ROBERT'S TOTAL INNOCENCE CLAIM. AS PREVIOUSLY REPORTED, PORTNOY WAS TRYING TO GET PATRICK TO CORROBORATE HALF A LIE AND BASICALLY ALLEGE THAT ROBERT DID NOT USE A GUN, BEFORE, DURING AND AFTER ROBERT HAD SEXUALLY ASSAULTED CHRISTOPHER WILLIAMS. IN BLATANT VIOLATION OF THE FACTS AND SHAM TRIAL BY RAGE TRANSCRIPT AND WHAT PATRICK INITIALLY REPORTED THAT PATRICK AND HIS GIRLFRIEND HAD COME TO THE TREVINO HOME TO TRY TO HELP ROBERT AND REPORT THAT WILLIAMS WAS ALSO COERCED INTO LYING BY THE DA STEVE MARSHALL AND OFFICER BILLIE WIGGINS, WHOSE NAME IS ALL OVER THE INDICTMENT DOCUMENTS. HOWEVER, WIGGINS WAS THE MOST CREDIBLE WITNESS THE STATE HAD AND BASICALLY CONFESSED THAT HER TESTIMONY MAY NOT BE COMPLETELY ACCURATE BECAUSE SHE HAD TRAUMATIC EXPERIENCE AND HAD TO BE HOSPITALIZED FOR MAJOR DEPRESSION, PSYCHOSIS, BUT WOULD TRY TO ANSWER THE QUESTIONS AND BEGAN LYING AND DIDN'T PROVIDE ANY EVIDENCE OF HER PSYCHIATRIC HOSPITALIZATION AND ARMED WITH A GUN AND REVEALED MENTALLY DERANGED BEHAVIOR WITH HER LOVER, POLICE CHIEFS MINOR DAUGHTER. ALSO WIGGINS ADMITTED SHE NEVER LIKED ROBERT SINCE SHE FIRST MET HIM AND THAT WAS BEFORE HE SUCCESSFULLY CAMPAIGNED FOR THE RESIGNATION OF THE CHIEF OF POLICE, TED GARBER, THAT WAS HER BOSS AND LOVER. AND, IT WAS THE CITY MANAGER, BOB SOKOL, TED GARBER AND WIGGINS THAT HAD THREATENED TO "GET RID" OF ROBERT AT A CITY COUNCIL MEETING. WIGGINS FREELY "CONFESSED" ON THE STAND UNDER OATH THAT SHE NEVER LIKED ROBERT AND THAT SHE DIDN'T INVESTIGATE THE ALLEGATIONS OF SEXUAL ASSAULT PROFESSIONALLY IN ACCORDENCE WITH HER TRAINING AND LIED AND STATED THAT SHE DIDN'T KNOW THE STATE'S WITNESSES HAD ANY CONNECTION TO EACH OTHER EVEN THOUGH TWO WERE RELATED AND ONE WAS THE 12 YEAR OLD STATUTORY RAPE VICTIM OF PATRICK WHO HAD REFERED HER TO HIS GANG MEMBERS. AND, WIGGINS WAS SUPPOSEDLY IN CHARGE OF GANG TASK FORCE AND UNAWARE OF THE GANG MEMBERS. PATRICK AND SHAWN LANKFORD WERE UNDER MANDATORY PSYCHIATRIC TREATMENT FOR THEIR ANTI-SOCIAL PERSONALITIES AND CRIMINAL ACTIVITIES, DRUGS, BURGLARIES, ARSON, ETC., ETC. AND ROBERT HAD BEEN ORDERED BY A JUVENILE COURT TO BE

RESPONSIBLE FOR THEM BECAUSE THEY WERE OUT OF CONTROL AND THEY
WANTED ROBERT TO BE A FOSTER PARENT IN LIEU OF JUVENILE PRISON, EVEN
THOUGH ROBERT HAD NO TRAINING WHATSOEVER IN DEALING WITH OUT OF
CONTROL PSYCHOPATHS AND WAS NOT APPROVED BY THE STATE OR ANY SOCIAL
SERVICE AGENCY TO BE A FOSTER PARENT, BIG BROTHER, OR CARE-GIVER AND
SUFFERED FROM CHRONIC PTSD AND TBI AND WAS TAKEN UNFAIR ADVANTAGED
AND ALSO DIDN'T COMPENSATE HIM.  WIGGINS REPEATEDLY LIED ON THE STAND
AND BASICALLY CONFESSED BY STARTING OFF TESTIFYING THAT SHE MAY HAVE
PROBLEMS TESTIFYING BECAUSE OF HER TRUAMATIC EXPERIENCE AND
HOSPITALIZATION FOR PSYCHOSIS AND WIGGIN'S HERSELF SHOULD HAVE BEEN
GIVEN A COMPETENCY EXAMINATION.  AND, ROBERT WAS ILLEGALLY DENIED
EMERGENCY HOSPITALIZATION AND COMPETENCY EXAMINATION BY THE
PERPETRATORS TWICE INSPITE OF HIS PRESENT AND HISTORY OF PTSD, TBI  AND
TRAUMATIC EXPERIENCE OF BEING DRAMATICALLY ARRESTED IN THE COVER OF
DARKNESS, DENIED MEDICATION FOR HIS PSYCHOSIS, WAS SUICIDAL AND
ILLEGALLY PERSECUTED AND COVER-UP.  PATRICK STATED THAT WILLIAMS
NEVER WENT TO ROBERT HOUSE BY HIMSELF.  AND, THAT HE, PATRICK, WAS
ALWAYS WITH WILLIAMS WHEN THEY WENT TO SEE ROBERT.  PATRICK
REPORTED TO NOEL THAT ROBERT'S HOUSE WAS VERY SMALL AND THAT THERE
WAS NO PRIVACY AND THAT ROBERT NEVER SEXUALLY ASSAULTED WILLIAMS
WITH OR WITHOUT A GUN .  FURTHERMORE, PATRICK REPORTED THAT IF ROBERT
HAD EVER SEXUALLY ASSAULTED WILLIAMS, HE, PATRICK WOULD HAVE KNOWN
ABOUT IT.  PATRICKS CONFESSION THAT WILLIAMS LIED IS CORROBORATED BY
THE MEDICAL EVIDENCE OF "NO SEXUAL TRAUMA." THAT ALSO SUPPORTED
ROBERT'S ACTUAL INNOCENCE CLAIM AND OF WILLIAMS OWN TESTIMONY THAT
NO ONE COULD CORROBORATE HIS COERCED ERRONEOUS QUACKERY.  NOEL'S
DIABOLICAL AND EGREGIOUS  AND DEPRAVED BETRAYAL OF ROBERT AND FAMILY
TO PROTECT THE PERPETRATORS, DEFRAUD ROBERT OF EXONERATION
COMPENSATION,  IN SPITE OF 27 LONG AND OPPRESSIVE YEARS OF ALL THE
ATROCITIES AND INHUMANITIES AND ROBERT'S LIFE-THREATENING RUSSIAN
ROULETTE MEDICAL CONDITION, IS CLEAR AND UNDISPUTABLE EVIDENCE OF
MAFIA-RELATED ACTIVITIES, BRIBERY AND CORRUPTION, BREACH OF FIDITUARY
DUTY, CONFLICT OF INTEREST, OUTRIGHT FRAUD, AND FAILURE TO PROVIDE
WRITTEN REPORT AND WRITTEN DECLARATION OF PATRICKS CONFESSION  THAT
THEY SUPPRESSED AND CONCEALED AS IF IT NEVER HAPPENED AS PART OF THEIR
COVER-UP/WHITEWASH STRATEGY WITH IMPUNITY IN THE FIRST DEGREE.
PERPETRATORS CONTINUED TO MALICIOUSLY MANIPULATE, CONTROL, LIE, AND
SHAM REPRESENTATION, GASLIGHTING, DECEIT, DISHONESTY AND TRICKERY
AND RIDICULE.  PETITIONERS WERE TAKEN UNFAIR ADVANTAGE, CRUELLY AND
DIABOLICALLY MANIPULATED, TORMENTED, TRUAMATIZED AND UNDER
MEDICATION THAT MADE PETITIONERS MORE VULNERABLE TO EXPLOITATION
AND ABUSE AND DIDN'T REALIZED JUST HOW MUCH PHYSICAL AND MENTAL AND
EMOTIONAL DANGER WE WERE IN AND STRONGLY FEELS "SURVIVORS GUILT."
PETITIONERS FEEL REGRETS ABOUT DECISIONS WE'VE MADE, NEGATIVE IMPACT
OF OUR MENTAL HEALTH IN OUR LIVES, THE SHAME, ANGER, ANXIETY AND
DEPRESSION, ISOLATION AND FEEL RESPONSIBLE FOR THE ACTIONS OF JOHN
RICHARDS, NOEL PORTNOY AND OTHER PERPETRATORS.  PERPETRATORS,
INGENIOUSLY FUELED OUR ANGER AND DEPRESSIONAND DELIBERATELY

CONTRIBUTED TO OUR PTSD BY BLAMING AND SCAPEGOATING US WHILE
ENGAGED IN PERNICIOUS CRIMINAL CONSPIRACY SCHEME AND COVERT
GUERRILLA AMBUSH AND ATTACK WARFARE TO SABOTAGE OUR QUEST FOR
JUSTICE AND IN COMPLICITY ASSASSINATED ROBERT AND COVER-UP, SIMILARLY,
AS IN DEPRAVED HEART MASS MURDERS OF JUAN AND OUR MOTHER, MARIA
TREVINO.  THERE WAS MANY OTHER ILLEGAL ACTS OF THE PERPETRATORS THAT
PATRICK REPORTED TO NOEL AND THAT HE WAS AFFRAID TO RECANT HIS BOGUS
TESTIMONY AGAINST ROBERT BECAUSE THE STATUTE OF LIMITATION HAD NOT
RUN OUT ON THE STATUTORY RAPE OF 12 YEAR OLD AND THAT THE DA STEVE
MARSHAL AND OFFICER WIGGINS HAD COERCE THEM INTO LYING UNDER THE
THREAT OF HARSH PROSECUTION ON THE STATUTORY RAPE WITH LONG PRISON
SENTENCE AND WAS ALSO TRYING TO GET THEM ALL TO ALLEGE THAT ROBERT
HAD RAPED THEM ALL AT GUNPOINT SO SECOND GRANT JURY WOULD INDICT
ROBERT, SINCE FIRST GRAND JURY "NO-BILLED" INDICTMENT BECAUSE OF NO
CREDIBLE EVIDENCE.  SECOND GRAND JURY OVERLOOKED SOME "BIG RED
FLAGS" IN PATRICK'S BROTHER, SHAWN'S INDICTMENT STATEMENT.  IT IS CLEAR
AND CONVINCING EVIDENCE OF MORE LUDICROUS ACCUSATIONS AND FRAUD.
SHAWN HAD RECANTED HALF A LIE ON THE INDICTMENT DOCUMENT AT THE
LAST MINUTE BEFORE THE SECOND GRAND JURY AND THE DA MERELY MARKED
OVER THE AGGRAVATED PARTS OF THE COMPLAINT, LIKE NOEL WAS
INGENIOUSLY TRYING TO DO WITH PATRICKS WITNESS TESTIMONY OF WILLIAMS
"BIG LIE."  WHICH EXPLAINS WHY NOEL BLATANTLY VIOLATED AND
DISREGARDED OUR DEMANDS AND ACTED AS PATRICK'S "PERSONAL ATTORNEY"
AND "BEST FRIEND" AND SABOTAGE.  SECOND GRAND JURY FORMAN SHOULD
HAVE QUESTIONED SHAWN IN PRIVATE AND ASKED HIM WHY HE HAD RECANTED
HALF OF HIS COMPLAINT WHICH IS ABOUT THE SAME THING PORTNOY WANTED
TO GET PATRICK TO DO WITH THE SPINNING OF THE DECLARATION HE NEVER
GOT PATRICK TO SIGN. PORTNOY JUST WANTED PATRICK TO RECANT HALF A LIE
JUST THE AGGRAVATED PORTION EVEN THOUGH PATRICK HAD REPORTED NO
SEXUAL TRUAMA. OR HE WOULD HAVE KNOWN ABOUT IT BECAUSE OF NO
PRIVACY IN ROBERT'S HOUSE.  INSTEAD OF SAVING ROBERT'S LIFE, PORTNOY,
RICHARDS AND PERPETRATORS,  HELPED PATRICK "ESCAPE" PRISON ON PAROLE
INSTEAD OF SECURING PATRICKS WRITTEN DECLARATION  TO HELP ROBERT
WHICH PROMPTED ACELLERATED PREMEDITATED ASSASSINATION PLOT AGAINST
ROBERT AND PSYCHOLOGICAL ATTEMPTED DEPRAVED HEART MURDER OF ME
AND NEAR DEADLY STROKE. THEY ALSO REFUSED TO PROVIDE ME WITH THEIR
OWN WRITTEN STATEMENT OVER PATRICKS CONFESSION TO THEM AND
OFFICIALLY ABANDONING US LEAVING ROBERT IN IMMINENT LIFE-
ENDANGERMENT IN WORST INSANE ASYLUM IN THE WORLD AND, LIKEWISE,
SABOTAGED OUR OTHER LEGAL PROBLEMS TRYING TO COERCE ME INTO
REPRESENTING  MYSELF IN FURTHERANCE OF THE HOMICIDAL PSYCHOLOGICAL
DEPRAVED HEART MURDER.  LIKE, THEY DID IN THE SHAM REPRESENTATION OF
WRONGFUL DEPRAVED HEART MURDER CASE OF OUR OTHER BROTHER JUAN AND
WRONGFUL DEATH SUIT.  AS WELL AS JOHN RICHARDS' MALICIOUSLY
INTENTIONALLY FILING INITIAL APPEAL ON WRONGFUL CONVICTION OF ROBERT
TO US SUPREME COURT LATE TO SABOTAGE OUR QUEST FOR JUSTICE  ALSO THE
REASON WHY HE NEGLECTED TO RETURN COURT DOCUMENT IN THAT CASE AS
WELL.  EVERY THING WE PAID THEM TO DO AND REFUSED TO EVEN PROVIDE US

WITH A WRITTEN STATEMENTS OF WHAT PATRICK HAD CONFESSED THAT ROBERT WAS INNOCENT OF ANY CRIME AND IMPLICATED THE TEXAS OFFICIALS COERCION OF HIM AND HIS GANG MEMBERS UNDER THE THREAT OF HARSH PROSECUTION AND LONG PRISON SENTENCES ON STATUTORY RAPE OF 12 YEAR OLD AND FELONY BURGARIES.  PORTNOY'S WRITTEN COMMUNICATIONS WITH PARTICK WHICH HE CONCEALED FROM US UNTIL WE FILED A COMPLAINT WITH THE STATE BAR DID NOT PROVIDE ALL THE COMMUNICATIONS,  INCLUDING SECRET TELEPHONE CALLS BETWEEN THE TWO WHICH WE PAID FOR AND THEY ALLOWED PATRICK TO ESCAPE PRISON ON PAROLE, INSTEAD OF RELEASING ROBERT ON MRIS OR WHC PENDING IN FEDERAL COURT AND FURTHER ENGAGE IN CRIMINAL CONSPIRACY SCHEME TO BRUTALLY RETALIATE, AMBUSH AND ATTACK AND SABOTAGE THROUGH COVERT GUERRILLA WARFARE AND IT IS EVIDENT THAT RICHARDS AND PORTNOY BASICALLY GAVE US THE DEATH EAR BECAUSE THEY WERE DEEPLY ENGAGED IN SEPARATING ROBERT AND FAMILY IN ACELLERATE PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT AND OFFICIALLY ABANDONING US MAKING  US "SCAPEGOATS" AND TO ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR PRINCIPAL ROLE IN THE COVERT HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND GENOCIDE.  THEY OFFICIALLY ABANDONED US AFTER REPEATEDLY DEFENDING THE PERPETRATORS AND OFFICIALLY ABANDONED US TO FEND FOR OURSELVES IN ALL OUR LEGAL MATTERS THAT WITH THEIR 30 + YEAR TRIAL EXPERIENCE IN LAUNDRY LIST OF CRIMINAL, CIVIL AND HUMAN RIGHTS VIOLATIONS SUNK SHIP THEN ABANDONED SHIP AFTER DIABOLICAL BETRAYAL AND COVERT HOMICIDAL PSYCHOLOGICAL ABUSE AND BRAIN BLEED WITH ROBERT IN SERIOUS AND IMMINENT LIFE-ENDANGERMENT AND SUBSEQUENT ASSASSINATION AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE..  THE STATE BAR OF TEXAS CDC AND US, VA, FBI, TX REP. MANO DEAYALA, US REP. LIZZIE FLETCHER, INNOCENCE PROJECTS, MIKE WARE, DAVID DOW, TDCJ, AND OTHERS THAT SHARE A COZY RELATIONSHIP WITH THE LEGISLATURES, CRONIES, AND SHAM NON-PROFIT CRIMINAL ENTERPRISES RECEIVING MULTI-BILLION DOLLARS SUPPOSEDLY TO ASSIST AND REPRESENT DISTRESSED VETERANS, HOWEVER,  ARE IN REALITY, ARE FURTHER NORMALIZING STIGMATISE DISCRIMINATION AND CORRUPTION, MAFIA-RELATED ACTIVITIES, AND TREATING US AS A NUISANCE, WITH CONTEMPT AND HOSTILITY AND FURTHER MARGINALIZING US AS INSIGNIFICANT, AS IF  THE PERPETRATORS HAD MERELY RAN OVER A DOG AND DELIBERATELY CONTRIBUTING TO THE TRAUMATIC AND LIFE-THREATENING SERVICE-CONNECTED DISABBILITIES,  "BLACKLISTING" AND "SANCTIONING" "COVER-UP/WHITEWASH" WITH IMPUNITY IN THE FIRST DEGREE.  AND, AS IF CORRUPTION AND DISCRIMINATION, A DEADLY CONBINATION, IS THE PRIMARY INHERENT AUTHORITY AND PRIVILEGE OF THEIR PUBLIC SERVICE OFFICE TO USE FOR PERSONAL PROFIT AND BENEFIT FOR THEMSELVES AND "GOOD OL BOYS" IN THEIR ORBIT AND HAVE THE POWER TO REIGN IN DOMESTIC TERROR AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND GENOCIDE. TO DATE, PERPETRATORS  CONTINUE TO "BLACKLIST" AND "SANCTION" US AND GIVE US THE "DEATH-EAR,"  AS  IF WE WERE SCREAMING BLOODY MURDER IN THE WILDERNESS.   PERPETRATORS LOOK THE OTHER WAY AND ERRONEOUSLY ALLEGE WE HAVE NO JURISDICTION AND/OR THEY DID NOTHING WRONG AND/OR THAT THEY DON'T ACT ON INDIVIDUAL CASES, IN SPITE OF THE EXPLOSION OF

35

WIDESPEAD NEO-NAZIS WHITE SUPREMACIST ENGAGING IN COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE. TYPICAL DO NOTHING RESPONSE.  THIS HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALIZED WAR HERO AND POLITICAL PRISONER ON "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE OF ROBERT TREVINO IS ANOTHER PERFECT EXAMPLE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND IS REFLECTED IN MASS INCARCERATION THAT IS WORSE IN THE WORLD, INCLUDING CHINA THAT HAS THREE TIMES THE POPULATION.  OUR GOVERNMENT AGENCIES CONTINUE TO FUND MULTI-BILLIONS DOLLARS TO  SAME CRIMINAL ENTERPRISES, SHAM NON-PROFITS LIKE INNOCENSE PROJECT, MIKE WARE AND DAVID DOW THAT ARE SERIAL KILLERS THAT HAVE REPEATEDLY ALLEGED NO WRONG DOING IN ROBERT TREVINO CASE AND COULD HAVE SAVED ROBERT'S LIFE AND MANY OTHERS, SIMILARLY SITUATED.  ONLY DAVID DOW WAS MERELY SUSPENDED FOR A YEAR FOR NOT TIMELY FILING A STAY OF EXECUTION OF A RETARDED HISPANIC INMATE THAT WAS WRONGFULLY EXECUTED, IT WAS NOT HIS FIRST MURDER AND HE IS A SERIAL KILLER WITHOUT REMORSE.  LIKE GESTAPO AGENTS JOHN RICHARDS AND NOEL POTNOY, DELIBERATELY FILE INITIAL APPEAL ON ROBERT'S WRONGFUL CONVICTION IN US SUPREME COURT, THERE WAS NO REASONABLE OR JUSTIFIABLE EXCUSE FOR THE UNIVERSITY OF HOUSTON, INNOCENCE NETWORT, PROFESSOR, DAVID DOW, NOT TO BE ABLE TO FILE TIMELY STAY OF EXECUTION TO SAVE A HUMAN LIFE OF ANY MINORITY AND THIS WAS NOT HIS FIRST MURDER/WRONGFUL EXECUTION.  DAVID DOW HAS EASY ACCESS TO AN ARMY OF LAWYERS, INNOCENCE NETWORK AND ENTIRE LAW UNIVERSITIES AND TEXAS CRIMINAL DEFENSE LAWYERS ASSOCIATION AND MULTI-MILLIONS OF DOLLARS TO REPRESENT THE INDIGENT AT HIS CONVENIENCE AND THAT IMMEDIATELY CAME TO HIS DEFENSE WHEN MERELY SUSPENDED FOR  YEAR, EVEN THOUGH PROFESSOR DOW IS NOT INDIGENT, WHY DID DOW ALLOW THE WRONGFUL EXECUTION OF A HISPANIC INMATE AND THE ASSASSINATION OF ROBERT TREVINO, AND OTHERS SIMILARLY SITUATED, WITH IMPUNITY,  IF NOT IN FURTHERANCE OF NORMALIZATION OF GENOCIDE OF MINORITIES THAT THEY ARE ENTRUSTED IN PROTECTING.  ONE MURDER IS ONE TOO MANY!
THEY ARE CORRUPTED WITH MULTI-BLLIONS AND THEIR COZY RELATIONSHIP WITH THEIR CRONIES IN THE LEGISLATURES AND TEXAS COURT OF CRIMINAL APPEALS THAT APPROVES THEIR FUNDING, IN SPITE OF ALARMING NUMBER OF WRONGFUL DEATHS AND WORSENING LIFE-THREATENING INHUMANE CONDITIONS AND INCREASING WRONGFUL CONVICTIONS  AND ARE IN COMPLICITY WITH THE TEXAS STATE BAR, CDC, VA, FBI ET AL., THAT ARE AIDING AND ABBETTING, HINDERING THE PROSECUTION AND HARBORING THE PERPETRATORS IN DIABOLICAL STIGMATIZE DISCRIMINATION AND CORRUPTION AND "BLACKLISTING" AND "SANCTIONING' OF ANYONE WHO SPEAKS TRUTH TO POWER.  THE PERPETRATORS, CONTINUES TO MISREPRESENT THEMSELVES IN PUBLIC STUNTS AND MISREPRESENTATIONS, "FAKE NEWS" TO GENERATE MORE OF THOSE JUICY MULTI=MILLION DOLLAR FUNDING, TAKE CREDIT FOR OTHER EXONERATIONS, HIRING THE EXONERIES, ISOLATING AND SECULING THEM AND CORRUPTING THEM TO FURTHER THEIR MARKETING ACTIVITIES.  LIKE THE DEFENDANT, YALE UNIVERSITY, LAW PROFESSORS AS WELL AS OTHER LAW UNIVERSITIES ARE DOING TO INTERCEPT FUNDING, SABOTAGE EXONERATIONS,

LAUNDER , MISDIRECT FUNDING SUPPOSEDLY FOR EDUCATIONAL PURPOSES THAT ARE ALREADY FUNDED FROM OTHER SOURCES AND TUITIONS, INCLUDING UNREPORTED BILLIONS FROM FOREIGN GOVERNMENTS ALL OVER THE WORLD AND, LIKE INNOCENCE PROJECTS, ARE ALSO CHARGING ALLEGED FREE ATTORNEYS FEES FROM SOME EXONEREES AS MUCH AS AN ASTRONOMICAL ONE MILLION DOLLARS IN ATTORNEYS FEE FOR ONE EXONEREE.  AND, IT TAKES THE INNOCENT PROJECT SEVERAL OPPRESSIVE YEARS JUST TO LET YOU KNOW IF THEY ARE GOING TO TAKE YOUR CASE.  IN SPITE OF YOUR AGE, DIASBILITES, LIFE-THREATENING MEDICAL CONDITION, IMMINENT LIFE ENDANGERMENT, AND MOST INMATES DIE BECAUSE THE MERE POTENTIALLY DANGEROUS AND LIFE-THREATENING PRISON ENVIRONMENT COUPLED WITH THE INADEQUATE AND SUPERFICIAL MEDICAL CARE THAT IS CRIMINAL AND LIFE-THREATENING BY ITSELF. EVEN FOR THE HEATHIEST INMATES WITH NO DISABILITIES OR PRE-EXISTING MEDICAL PROBLEMS, THAT CLEARLY INCREASE CHANCES OF MORTALITY.

WHY DOES AN INMATE WITH LIFE-THREATENING MEDICAL CONDITION HAVE TO DIE BEFORE TESTING DNA?  WHEN COLE OR OTHERS WRONGFULLY INCARCERATED SHOULD HAVE BEEN RELEASED YEARS BEFORE THEY DIED AND YEARS LATER TESTING DNA.   AND IN OTHER CASES WHERE THE REAL OFFENDER CONFESSES TO A CRIME THAT AN INNOCENT INMATE DID NOT COMMIT AND IS SERVING TIME FOR, WHY DOESN'T THE COURT AND DA BLATANTLY ILLEGALLY REFUSE TO IMMEDIATELY RELEASE THE INNOCENT INMATE?  WHY? WHAT IS THE INNOCENT PROJECTS DOING ABOUT DA AND JUDGES NOT RELEASEING INNOCENT INMATES WHEN DNA PROVES THEY ARE INNOCENT? DO THEY HAVE TO DIE AS WELL?!  IF THE JUDGES AND DA WERE HELD CRIMINALLY AND CIVILLY ACCOUNTABLE FOR NOT RELEASING INNOCENT INMATES  ESPECIALLY WHEN THEY ILLEGALLY PERSECUTED THEM THEY WOULD STOP MALICIOUSLY PERSECUTING THEM JUST TO SKYROCKET THEIR POLITICAL CAREERS AND FINANCIAL INFLUENCE.

FORMER HISPANIC JUDGE LAMAS AND FORMER DA ARMANDO VILLADOBOS LOCKED-UP FOR BRIBERY AND OTHER CORRUPT MAFIA RELATED ACTIVITIES ! BUT WRONGFULLY INCARCERATED FOR OVER 25 YEARS AND DNA TESTED YEARS AFTER HIS WRONGFUL DEATH IN CUSTODY.  LIKE IN THE TIMOTHY COLE CASE. COLE WAS ALSO A  DISABLED VETERAN SUFFERING FROM LIFE-THREATENING RESPIRATORY PROBLEMS, RECURING INFECTIONS BECAUSE OF WEAKENED IMMUNE SYSTEM, LIKE TIMOTHY COLE, ROBERT TREVINO DIDN'T HAVE TO DIE. INNOCENCE PROJECT TAKES CREDIT FOR TIMOTHY COLES POSTHUMOUS EXONERATION TO GENERATE MORE FUNDING.  HOWEVER, THEY SHOULD ALSO TAKE RESPONSIBILITY FOR COLE'S MALICIOUS PERSECUTION, HIS OPPRESSIVE 25 + YEARS IN WRONGFUL IMPRISONMENT AS WELL AS WRONGFUL DEATH IN ILLEGAL CUSTODY SINCE IT TAKES INNOCENCE PROJECT ABOUT 5 OPPRESSIVE YEARS TO TEST DNA AND ABOUT TWO YEARS JUST TO LET YOU KNOW IF THEY ARE GOING TO TAKE YOUR CASE, THE SECOND TIME AROUND, LIKE IN THIS ROBERT TREVINO.  THEY DON'T CARE HOW OLD YOU ARE OR WHAT LIFE-THREATENING CONDITION YOU'RE IN IN FURTHERANCE OF GENOCIDE AND THEN CONTINUE TO LIE AND SAY THEY CAN NOT EXONERATE ANYONE AFTER DEATH.

KNOWING, THAT IT IS AS PREPOSTEROUS AS THE "BIG LIES" THEIR CRONIES USED
TO RAILROAD ROBERT AND CONTRADICTED BY THE POSTHUMOUS
EXONERATION OF TIMOTHY COLE, WHO THEY PROUDLY TAKE CREDIT FOR
POSTHOUMOUS EXONERATION OF COLE AND IS MORE CONSISTENT WITH THEIR
PRIOR "BIG LIES" THAT ERRONEOUSLY ALLEGED THAT PERPETRATORS DID
NOTHING WRONG TO CONTINUE TO HINDER THEIR PROSECUTION, DEFRAUD
ROBERT OF MILLIONS OF DOLLARS IN COMPENSATION AND ILLEGALLY
CONTINUE TO SHAMEFULLY AND ILLEGALLY DENY PETITIONERS THE EQUAL
REPRESENTATION AND EQUAL ACCESS TO JUSTICE THAT WE ARE LEGALLY
ENTITLED TO AND THAT WE JUSTLY DESERVED HAVE BEEN ILLEGALLY DENIED
FOR DECADES IN FURTHERANCE OF WONGFUL IMPRISONMENT AND ACELERATED
PREMEDITATED ASSASSINATION OF ROBERT AND GENOCIDE AND COVER-UP
WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  MEANWHILE,
PERPETRATORS CONTINUE TO ENGAGED IN STAGING PUBLICITY STUNTS AND
"BRIBED FAKE NEWS" TO GENERATE MILLIONS OF DOLLARS FOR THEIR SHAM
NON-PROFIT CRIMINAL ENTERPRISE AND MAFIA-RELATED ACTIVITIES WHILE
COVERING-UP ATROCITIES AND INHUMANITIES AGAINST PETITIONERS.  REFER TO
ATTORNEY JEFF BLACKBURN'S "SUBTLE" RESIGNATION LETTER ATTACKING
MISUSE OF INNOCENCE PROJECTS ABANDONING MISSION TO FREE WRONGFULLY
INCARCERATED FOR GREED AND BIG APPETI FOR THE JUICY MULTIMILLION
DOLLAR BUDGET.  PERPETRATORS BUILT A STATUTE OF TIMOTHY COLE AT THE
TEXAS UNIVERSITY//INNOCENCE PROJECT AND MIKE WARE, AWARDED THE
FAMILY A MERE MILLION DOLLARS, HIRED ONE OF TIMOTHY COLES BROTHER,
PAST ANOTHER LAW IN COLE'S NAME TO CREATE ANOTHER SHAM COMMISSION
TO EMBEZZLE MULTIMILLIONS TO CONDUCT MORE SHAM INVESTIGATIONS INTO
WRONGFUL INCARCERATIONS  FOR THEIR CRONIES AND "GOOD OL BOYS."
INNOCENCE NETWORK ENTERPRISE AND ENDULGE IN AMUSEMENT OVER
TYRANNICAL CONTROL OF  MILLIONS MORE IN "MAD BLOOD MONEY."
THEY EVEN HIRED COLE'S BROTHER TO WORK FOR THE INNOCENSE PROJECT
FOR PROPAGANDA PURPOSES AND ISOLATE AND CRUELLY MANIPULATE AND USE
TO CAMOUFLAGE, HIDE AND CONCEAL THEIR HOMICIDAL PSYCHOPATHIC
CRIMINAL MIND AND BEHAVIOR.  MEANWHILE THE PREPETRATORS/CRONIES
THAT MALICIOUSLY RAILROADED COLE AND CONCEALED CONFESSION FROM
THE ACTUAL RAPIST FOR YEARS, "ESCAPED" CRIMINAL AND CIVIL
ACCOUNTABILITY AND ARE LIKE, "SOCIETY AT LARGE."  IN SPITE OF THEIR COZY-
RERLATIONSHIP WITH LEGISLATURES, NOTHING IS BEING DONE TO HOLE THE
PERPETRATORS WITH WEAPONIZE LAW DEGREES CRIMINALLY OR CIVILLY
ACCOUNTABLE TO PUT AN END TO THE ABUSE OF POWER, MISCONDUCT AND
GOVERNMENT QUALIFIED IMMUNITY DOCTRINE – A LICENSE TO COMMITT MASS
INCARCERATIONS AND MASS MURDER IN CUSTODY AND GET OUT OF JAIL FREE
CARD, QUALIFIED IMMUNITY DOCTRINE IS CORRUPT AND RACIST AND
THEREFORE, NOT EVEN ON PERPETRATORS RADAR!  IT'S BUSINESS AS USUAL, AID
AND ABET, HINDER THE PROSECUTION OF THE PERPETRATORS, HARBORING
CRONIES AND GOOD OL BOYS TO CONTINUED STIGMATIZE DISCRIMINATION,
CORRUPTION, RETALIATION AND GENOCIDE WITH IMPUNITY.  THE NEO-NAZI
DOMESTIC TERRORIST GOVERNMENT PERPETRATORS IN COLLUTION WITH THE
INNOCENCE PROJECT, MIKE WARE AND DAVID DOW, WHOM SHARE A VERY COZY-
RELATIONSHIP ENGAGE IN THE MISREPRESENTATION AND PUBLICITY STUNTS TO

BOLSTER THEIR JUICY MULI-MILLION DOLLAR BUDGET TO THESE ELABORATE
AND INGENIOUS SHAM ORGANIZATIONS, AND DO NOTHING GOVERNMENT
AGENCIES BUT INTERCEPT AND EMBEZZLE AND SABOTAGE MISSION OF
ASSISTING THE DISTRESSED VETERANS AND MINORITIES ONLY TO UNJUSTLY
ENRICH THEMSELVES TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE
ENTRUSTED TO PROTECT AND IN SPITE OF THE ALARMING INCREASE OF MASS
INCARCERATIONS, MASS MUDERS IN CUSTODY AND ARE KILLING A LOT MORE
PEOPLE THAN THEY ARE EXONERATING.  PERPETRATORS CONTINUE TO FUND
CRIMINAL ENTERPRICES AND RACKETEERING ACTIVITIES BY CREATING MORE
DO-NOTHING GOVERNMENT AGENCIES AND SHAM NON-PROFITS CRIMINAL
ENTERPRISE, MORE SHAM INVESTIGATIONS, COMMISSIONS, DO NOTHING
GOVERMENT AGENCIS TO INVESTIGATE CAUSES OF WRONGFUL CONVICTIONS,  AS
IF THEY DIDN'T KNOW WHAT THEY ARE, SINCE THEIR CRONIES ARE THE ONES
LOCKING PEOPLE UP  WHILE APPROVING THE MULTIMILLIONS TO SUPPOSEDLY
EXONERATE THE PEOPLE THEY LOCKED-UP AND ARE FUNDING THE SHAM NON-
PROFIT CRIMINAL ENTERPRISES AND WHILE ALLOWING THE CRIMINAL
ENTERPRISES TO ENGAGE IN MAFIA-RELATED ACTIVITIES AND GENOCIDE.
SUSPENDING DAVID DOW OF INNOCENCE NETWORK FOR A YEAR FOR NOT FILING
A STAY OF EXECUTION AND ALLOWING THE EXECUTION OF A RETARDED INMATE
WHEN IT WAS HIS THIRD OFFENSE AND HAD NO REASONABLE EXCUSE AND
ACCESS TO MULTIMILLION DOLLARS AND ARMIES OF LAWYERS IS CRIMINAL AND
DAVID DOW SHOULD HAVE BEEN IMMEDIATELY DISBARRED, CRIMINALLY
PROSECUTED AND LOCKED-UP.  DAVID DOW HAD THE AUDACITY TO CHALLENGE
ONE YEAR SUSPENTION AND HAD INNOCENSE NETWORK AND THE ENTIRE TX.
CRIMINAL DEFENSE LAWYERS ASSOSIATION TO REPRESENT HIM EVEN THOUGH
HE IS A PROFESSOR OF LAW AND NOT INDIGENT.  YET REPEATEDLY BLATANTLY
REFUSED TO AFFORD ROBERT EQUAL REPRESENTATION AND EQUAL ACCESS TO
JUSTICE IN FURTHERANCE OF ACELERATED PREMEDITATED ASSASSINATION OF
ROBERT.  AGAIN, THE INNOCENCE PROJECT AND THEIR PERPETRATORS ARE
KILLING MORE PEOPLE THAN THEY ARE EXONERATING.  WHEN AN INMATE DOES
GET EXONERATED PERPETRATORS HAVE TOTAL CONTROL OF FAKE NEWS MEDIA
THAT ARE ON THE TAKE TO MISREPRESENT PERPETRATORS AS HEROES AND
SILENCE THE TRUE HISPANIC WAR HEROES AND REVICTIMS OF PERPETRATORS
IN FURTHERANCE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION
AND SYSTEMATIC INJUSTICE AND COVER-UP/WHITEWASH, BLACKLIST, SANCTION
AMBUSH AND SABOTAGE PETITIONERS QUEST FOR JUSTICE.  NO FANFAIR FOR
PETITIONERS OR THE ILLEGAL EXECUTION OF MINORITY RETARDED INMATE.

 THE GOVERNMENT'S "BIG LIES" VIOLATE THE CONSTITUTION WHEN THEY
MALICIOUSLY DEPRIVE THEIR TARGET OF THEIR CONSTITUTIONAL CIVIL AND
HUMAN RIGHTS.  INNOCENCE PROJECTS, FBI, VA, GESTAPO AGENTS JOHN
RICHARDS AND NOEL PORTNOY, YALE UNIVERSITY AND ALL THOSE OTHERS
ACTING IN ACTIVE CONCERT AND PARTICIPATION WITH THEM OR AT THEIR
DISCRETION ARE ALSO IN BLATANT VIOLATION OF OUR CONSTITUTIONAL CIVIL
AND HUMAN RIGHTS WITH IMPUNITY.  INNOCENCE PROJECT ERRONEOUSLY
ALLEGES THAT THEY CANNOT GET POSTHUMOUS EXONERATION FOR ROBERT
AFTER DEATH, EVEN THOUGH THEY REPEATEDLY ILLEGALLY DENIED HIM
EXONERATION DECADES AGO WHEN HE WAS VERY MUCH ALIVE AND

CONVENIENTLY CLOSED ROBERT'S FILE WITHOUT REFERRING CASE TO THE PROPER AUTHORITIES FOR CRIMINAL PROSECUTION AND COVER-UP. INNOCENSE PROJECT SHOULD HAVE EXONERATED ROBERT DECADES AGO SHORTLY AFTER THE MALICIOUS PERSECUTION OF ROBERT. HOWEVER, LIKE THE PERPETRATORS "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE, INNOCENSE PROJECT CONTINUE CRIMINAL CONSPIRACY AND "BIG LIES!" "LIES" "LIES!" IN FURTHERANCE OF WRONGFUL INCARCERATION OF ROBERT TREVINO WITH IMPUNITY TO PROTECT THEIR GOOD OL BOYS NETWORK OF CRONIES AND MAFIA-RELATED ACTIVITIES. ERRONEOUSLY ALLEGING THAT PERPETRATORS COMMITTED NO CIVIL AND HUMAN RIGHTS VIOLATIONS TO PROTECT THE NEO-NAZI WHITE SUPREMACIST DOMESTIC TERRORIST GOVERNMENT PERPETRATORS THAT SHARE A VERY COZY-RELATIONSHIP WITH AND WHO KEEP POURING MULTI-MILLIONS IN FUNDING IN SPITE OF THE FACT THAT WRONGFUL IMPRISONMENTS HAVE INCREASED AND WORSENED, NOT IMPROVED. AS A RESULT, THE UNITED STATES, THAT IS SUPPOSE TO BE THE MOST CIVILIZED SOCIETY IN THE WORLD, HAS THE WORSE MASSIVE INCARCERATIONS OF INNOCENT MINORITIES IN MODERN DAY AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IS A MODERN DAY DEATH-TRAPS WITH CORRESPONDING CRIMINAL MEDICAL SYSTEM, DUE TO THE CORRUPTION, FREE FOR ALL, CHAOTIC, DISORGNIZED, MISMANAGMENT OF MEDICAL CARE AND FUNDING INTENDED TO IMPROVE DEPLORABLE UNSANITARY AND LIFE-THREATENING CONDITIONS, ESPECIALLY TO THE DISABLED ELDERLY AND PARALIZED, SECLUDED AND ISOLATED, IN UNSANITARY CELLS FULL OF FECES AND OTHER WASTE MATTERS, LIKE WHERE ROBERT AND OTHER INMATES WERE HOUSED TO ACELERATE THE DEPRAVED HEART MURDERS AND PREMEDITATED ASSASSINATIONS AND GENOCIDE. AS REPORTED HEREIN AND OTHER DOCUMENTATIONS, SENATOR JOHN WHITMIRE AND OTHERS FROM THE CRIMINAL JUSTICE COMMITTEE HAVE SWORN THEY WERE NOT GOING TO IMPROVE THE LIFE-THREATENING PRISON CONDITIONS BECAUSE THE INMATES WERE "CONVICTED CRIMINALS." JOHN WITMIRE STATED THAT THE INMATES WERE IN PRISON TO BE PUNISHED TO ENCOURAGE AND INCITE HIS CRONIES TO CONTINUE TO ENDULGE AND ENTERCEPT, EMBEZZLE AND MISDIRECT MILLIONS IN FEDERAL FUNDING INTENDED TO PROVIDE AIR CONTITIONING FOR HUMANITARIAN AID AND TO ASSIST AND PREPARE INMATES GOING OUT ON PAROLE WITH PSYCHOLOGICAL COUNSELING AND MILLIONS OF DOLLARS GOING TO LINE THE POCKETS OF THE TDCJ EMPLOYEES AND OTHERS ENTRUSTED IN PROVIDING THE SERVICES WITH IMPUNITY. IN SPITE OF THE CARNAGE, JOHN WHITMIRE SWORE TO NOT SPEND THE MULIMILLIONS TO PREVENT DEADLY HEAT WAVE WITH NO AIRCONDITIONING.

PETITIONERS PROTEST THAT THE ROBERT TREVINO CASE IS THE FIRST TIME IN THE HISTORY OF THE UNITED STATES WHERE THE ALL WHITE VIOLENT GANG YELLED RAPE AND THE HISPANIC VICTIM WENT TO PRISON FOR LIFE WITHOUT PAROLE AND ASSASSINATED ON "BIG LIES" WITH "ZERO EVIDENCE." CONCOCTED BY THE OFFICIALS UNDER THREAT OF HASH PROSECUTION FOR STAUTORY RAPE OF 12 YEAR OLD BYTHE GANG LEADER THAT CONFESSED AND EXONERATED ROBERT OF ANY CRIME AND PROMPTED ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT. A HANG EM HIGH TEXAS STYLE

40

LYNCHING!  ROBERT TREVINO'S US CONSTITUTIONAL CIVIL AND HUMAN RIGHTS WERE ALL MALICIOUSLY TRAMPLED ON AND CONDONED BY THE FBI THAT WAS SUPPOSEDLY PROBING CASE AND VA THAT WAS COMPLICIT IN THE DENIAL OF EMERGENCY HOSPITALIZATION FOR MAJOR DEPRESSION, PTSD AND TBI, AND DENIED EVEN A COMPETENCY EXAMINATION BY BOTH THE VA AND HANGING JUDGE. WE WERE FURTHER SHOCKED AND TRAUMATIZED OVER THE VA DOCTOR FREDERICK ERUPTION OF CRAZED AND INSANE OUT OF CONTROL LAUGHTER AND MOCKERY OVER THE CONVICTION AND LIFE-IMPRISONMENT WHICH AMOUNTED TO A DEATH-SENTENCE AS ROBERT WAS SUBSEQUENTLY ASSASSINATED TO FURTHER DEFRAUD HIM OF COMPENSATION FOR WRONGFUL IMPRISONMENT AS WELL AS HIS VA MEDICAL AND FINANCIAL COMPENSATION. ANOTHER REASON WHY THE GOVERNMENT SHOULD NOT DEPRIVE DISABLED VETERANS AND THEIR DEPENDANT PARENT OF THEIR WELL DESERVED VA COMPENSATION WHEN WRONGFULLY IMPRISONMENT LEAVING ROBERT HELPLESS TO LANGUISH IN UNLAWFUL IMPRISONMENT UNTIL DEATH.  ANOTHER INGENIOUS WAY FOR THE NEO-NAZI DOMESTIC TERRORIST WAR MACHINE TO COVERTLY DISCRIMINATE AND CRIMINALLY OPPRESS DISABLED HISPANIC WAR HEROES.  THEY WILL COMPENSATE YOU WITH ONE HAND AND TAKE IT AWAY FROM YOU WITH THE OTHER HAND.   THE VA CONTINUED TO ENGAGE IN CRIMINAL CONSPIRACY SCHEME TO STIGMATIZE DICRIMINATION, CORRUPTION, RETALIATION, HARASSMENT, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE AGAINST ROBERT AND FAMILY AND GENOCIDE. OTHER AGENCIES, BESIDES FBI, THAT HIRED THE DA AND PRINCIPLE OFFENDER THAT CONCOCTED FABRICATED FICTICIOUS ALLEGATIONS AGAINST ROBERT AND COERCING GANG WITH PROSECUTION ON THEIR FELONY CHARGES, JOINED IN THE CONSPIRACY AND "BLACKLISTED" AND "SANCTIONED" ROBERT TREVINO AND FAMILY.

UNFORTUNATELY, THIS IS NOT AN ISOLATED CASE AND FURTHER DISCRIBES HOW DISTRESSED HISPANIC VETERANS AND THEIR FAMILIES ARE INGENIOUSLY DIABOLICALLY "BUSHWACKED" AND DEPRIVED OF THE VA MEDICAL AND FINANCIAL RIGHTS AND BENEFITS THEY HONORABLY AND COURAGEOUSLY RISKED THEIR LIVES TO DEFEND AND PAID A VERY HIGH PRICE IN TIME OF FOEIGN WAR.  NOW IN THE BEST INTEREST OF JUSTICE, WE ARE CALLING UPON OUR GOVERNMENT AND THE INTERNATIONAL COMMUNITY TO COME TO OUR AID AND PROTECTION IN OUR SOLITARY QUEST FOR EQUAL PROTECTION, EQUAL REPRESENTATIONAND EQUAL ACCESS TO JUSTICE FOR ALL.

THE USA, VA HAVE A MORAL, LEGAL AND ETHICAL DUTY TO ASSIST DISTRESSED HONORABLY DISCHARGED DISABLED VETERANS AND NOT ENGAGE IN STIGMATIZED DISCRIMINATION, CORRUPTION AND COMPLICITY TO BLATANTLY TRAMPLE ALL OVER THE CIVIL AND HUMAN RIGHTS OF OUR MOST VULNERABLE HISPANIC VETERANS JUST TO DEPRIVE PETITIONERS OF THE RIGHTS AND BENEFITS THEY HONORABLY EARNED ON THE BATTLEFIELD.  OUR DISTRESSED VETERANS ALREADY PAID A VERY HIGH PRICE FOR THEIR VA RIGHTS AND BENEFITS.  THE ROBERT TREVINO FAMILY UGLY CASE SCENARIO IS A PERFECT EXAMPLE OF WHY THE VA RIGHTS AND BENEFITS SHOULD NEVER BE TAKEN AWAY FROM DISTRESSED VETERANS AND THEIR DEPENDANT PARENT WHEN THEY NEED THEM THE MOST TO FEND FOR OURSELVES AND NOT RELY ON NEO-NAZIS TO

SUPPOSEDLY HELP DISABLED HISPANIC VETERANS.  IF ANYBODY WAS GANG-RAPED, IT WAS ROBERT AND FAMILY.  TO DATE, WE HAVE BEEN "BLACKLISTED" AND "SANCTIONED" AND ILLEGALLY DENIED EQUAL ACCESS TO JUSTICE.

CLEAR AND CONVINCING EVIDENCE OF AGGRAVATED PERJURY AND FLIP/FLOP POSITIONS IN DEFENSE OF PERPETRATORS AND DETRIMENTAL TO ROBERT AND WHICH DETRIMENTAL STATEMENT PORTNOY WAS COACHING THE STATE'S STAR WITNESS IN PORTNOY'S LETTERS TO HIM AND CONTRARY TO STATE'S STAR WITNESS CONFESSION AND TO THE FACTS AND CIRCUMSTANCES.  WE ARE DEMANDING JUSTICE!  GESTAPO AGENTS NOT ONLY HAD TDCJ ALLOW THE "ESCAPE" ON PAROLE OF THEIR STATE WITNESS - A CAREER CRIMINAL, SERIAL PEDOPHILE, SERVING 10 YEARS FOR SEXUAL ASSAULT OF A CHILD, WITH PENDING STATUTORY RAPE OF A 12 YEAR OLD.  HOW DOES, THE "GREAT HOUDINI" ESCAPE PRISON ON PAROLE? ROVERT AND I WERE SEPARATED,ISOLATING AND SECLUDING ROBERT FROM FAMILY REMOVING HIM FROM 24/7 MONITORING AND ILLEGALLY SENT  TO UNSANITARY OVER-CROWDED, UNDERSTAFFED IN ILL-FATED WORSE INSANE ASYLUM IN THE WORLD EVEN THOUGH ROBERT WAS NOT SUICIDAL OR HOMICIDAL TO ILL-EQUIPED TO TAKE CARE OF ROBERT'S MULTIPLE LIFE-THREATENING DIRE MEDICAL CONDITION WITH NEGLECTED PROTRUDING BASKETBALL SIZE HERNIA AND RECURRING LIFE-THREATENING BOWEL OBSTRUCTIONS, EPILEPTIC SEIZURES, PARALIZED, WITH IMPARED IMMUNE SYSTEM, FREQUENT INFECTIONS, TBI, PTSD, EXTENSIVE NERVE DAMAGE FROM AGENT ORANGE AND COMPROMISED HEART CONDITION AND ILLEGALLY REMOVED FROM THE INTENSIVE CARE UNITE OF THE CAROL YOUNG MEDICAL FACILITY THAT ALSO PROVIDED MENTAL HEALTH TREATMENT TO ILL-FATED INSANE-ASYLUM.  PLAINTIFFS DENIED PETITIONERS REQUEST FOR EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE WITH CONTEMPT AND  UNDER ERRONEOUS GUISE THAT THEY ARE NOT REPRESENTING HISPANICS OR WOMEN VETERANS ONLY BLACK VETERANS IN BLATANT VIOLATION OF THE LAW AND AS PART OF THE DEFENDANTS' "BLACKLISTING" AND ""SANCTIONS" AND MARGINALIZING AND SABOTAGE JUSTICE FOR ROBERT TREVINO AND FAMILY.

US CONGRESSWOMAN LIZZIE FLETCHER, LIKE STATE REP. MANO DEAYALA AND OTHERS  ARE CONTINUING TO ENGAGE IN SADISTIC AND BRUTAL LIFE-THREATENING BLATANT VIOLATIONS OF OUR CIVIL AND HUMAN RIGHTS IN ENDLESS "BLACKLIST" & "SANCTIONS" AND GENOCIDE ON ROBERT TREVINO & FAMILY AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. THEY ARE ERRONEOUSLY ALLEGING THAT THEY HAVE NO JURISDICTION OR OTHER EXCUSES IN FURTHERANCE OVER THE LAUNDRY LIST OF OTHER BARBARIC AND SADISTIC ATROCITIES AND INHUMANITIES, INCLUDING PREMEDITATED COVERT PSYCHOLOGICALDOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE. THEY ARE COMPLICIT AND HARBORING, AIDING AND ABETTING, AND HINDERING THE PROSECUTION OF VA, SBA, FTC, DAV w/BBB, "F" RATING AND CONGRESSIONAL CHARTERED SHAM NON-PROFIT RACKETEERING CRIMINAL ENTERPRISE OF PERPETRATORS AND DAV, ATTY. CHISHOLM, CHISHOLM & KIRPATRICK, THAT ASSISTED THE DAV, VA IN FURTHER DEFRAUDING  AND CRIMINALLY OPPRESSING ROBERT AND GLORIA, AS WELL AS, ROBERT UDASHEN,  JOHN DIXON, JOHN RICHARDS & NOEL

PORTNOY, THAT, LIKEWISE, DEFENDED THE PERPETRATORS DEFRAUDING ROBERT OF OTHER RIGHTS AND BENEFITS IN HUNDREDS OF THOUSANDS OF DOLLARS IN VA COMPENSATION FOR DEPENDENT PARENT AND IN ALLEGED LEGAL FEES AND EXPENSES IN ENDLESS SHAMEFUL EGREGIOUS AND DIABOLICAL SCHEME OF CRIMINAL OPPRESSION, RIDICULE, STIGMATIZE DISCRIMINATION AND CORRUPTION KNOWING THEY CONTINUE TO LIE AS WEAPONS TO PUNISH DISENTERS AND ARE IN BLATANT VIOLATIONS OF THE LAW OF THE LAND AND OTHER HIGH CRIMES AND MISDEMEANORS AND THAT THERE ARE ALSO SERIOUS CONSEQUENCES FOR CONTINUING, **"BIG LIES"** AND **"SHAM REPRESENTATIONS," AND "GENOCIDE."** AND, JUST LIKE THE DOMESTIC NEO-NAZI GOVERNMENT TERRORIST DEPLOYED, FABRICATED AND CONCOCTED **"BIG LIES"** WITH **"ZERO EVIDENCE" ON PRETEXT OF JUSTICE, TO TRAMPLE ALL OVER THE CONSITUTIONAL CIVIL AND HUMAN RIGHTS OF ROBERT TREVINO, CONDEMN HIM TO WRONGFUL LIFE-IMPRISONMENT, AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO, DEPRAVED HEART MURDER OF MARIA AND JUAN TREVINO AND REPEATED STALKING, UPDUCTING,  BRUTALLY PHYSICALLY AND MENTALLY ASSAULTING, ARRESTING ON FABRICATED BOGUS ALLEGATIONS, DRUGGING AND ATTEMPTING TO COERCE ME INTO SIGNING OVER MY HOUSE AND OTHER PERSONAL PROPERTY TO THEM AND ATTEMPTED MURDER OF ME INDUCING ME INTO SUFFERING A NEAR FATAL STROKE AND OTHER IRREPARABLE SERVICE-CONNECTED HARM AND INJURIES AND DEBILITATING DISABILITIES THAT ARE COMPOUNDED WITH THE IRREPARABLE HARM AND INJURIES, ALREADY SUFFERED AT THE HANDS OF THE PERPETRATORS AND ALL THOSE ACTING IN ACTIVE CONCERT AND PARTICIPATION WITH THEM OR OT THEIR DISCRETION.  THEY SHOW ABSOLUTELY NO RESPECT FOR OUR EXCRCIATING PAIN AND SUFFERING AND EVEN AFTER DEATH DIABOLICALLY HUMILIATED, RIDICULED AND MOCKED BY THE PERPETRATORS POSTING THE APPEAL OF THE WRONGFUL CONVICTION OF ROBERT TREVINO ON OUR BELOVED MOTHER, MARIA TREVINO'S OBITUARY AND TO THIS DAY, CEO OF JUSTIA, TIM STANDLEY, JOHN RICHARDS, NOEL PORTNOY REFUSES TO REMOVE IT OR TELL US WHO PUT HIM UP TO THIS.  SINCE  WE DON'T HAVE ANY DEALINGS WITH JUSTIA/TIM STANLEY, WE ATRONGLY BELIEVE THAT THE VA IN COMPLICITY WITH THE STATE OF TEXAS, TDCJ, ATTY. JOHN RICHARDS, NOEL PORTNOY, STATE BAR OF TX., CDC AND OTHERS, PROBABLY ALL MEMBERS OF JUSTIA ARE BEHIND THE DIRTY EVIL DEED  IN FURTHERANCE OF THE EMOTIONAL ABUSE, PERPETUAL, PERNICIOUS, COVERT PSYCHOLOGICAL DOMESTIC NEO-NAZI HOMICIDAL GOVERNMENT TERRORIST AND AMBUSE/SABOTAGE GUERRILLA WARFARE AND GENOCIDE AND COVER-UP  WITH IMPUNITY IN THE FIRST DEGREE.  THIS IS ANOTHER PERFECT EXAMPLE OF THE OFF THE CHARTS LEVEL OF HOMICIDAL PSYCHOLOGICAL CRIMINAL MIND AND BEHAVIOR OF THE PERPETRATORS ARE AND OF THEIR FOAMING AT THE MOUTH THIRST FOR OUR BLOOD.  AND  DEPAVED HEART MURDER AND GENOCIDE. THEY ARE FOR EXTREME PSYCHOLOGICAL IRREPARABLE HARM AND INJURY, FUEL OUR ANGER AND DEPRESSION AND FURTHER ENDANGER OUR LIVES.  "**THERE HAS TO BE IMMEDIATE HARSH DISCIPLINARY CONSEQUENCES FOR THEIR BRIBERY FOR** "**BIG LIES**," ESPECIALLY, UNDER OATH TO OBSTRUCT AND CORRUPT THE ADMINISTRATION OF JUSTICE AND FURTHER SYSTEMATIC ABUSE, **"BLACKLIST"** AND **"SANCTIONS"** AGAINST ROBERT TREVINO AND FAMILY AND OTHER MINORITIES SIMILARLY SITUATED AND GANG-RAPE OF JUSTICE IN AMERICA.  TX. REPRESENTATIVE

MANO DEAYALA AND US CONGRESSWOMAN LIZZIE FLECHER ERRONEOUSLY ALLEGES THAT THEY DON'T HAVE JURISDICTION OVER THE PERPETRATORS CONTINUED BLATANT CIVIL AND HUMAN RIGHTS VIOLATIONS INCLUDING THOSE SERIAL PSYCHOLOGICAL DEPRAVED HEART MURDERS AND ASSASSINATIONS AND ARE ACTIVELY PARTICIPATING IN SAME TO FURTHER RETALIATE AND ERADICATE TREVINO FAMILY MEMBERS INTO SILENCE, FURTHER VICTIMIZING AND MAKING **"SCAPEGOATS"** AND **"LAUGHING STOCKS"** OF US AND "FOREVER ESCAPE" CRIMINAL AND CIVIL ACCOUNTABILITY. FLETCHER'S OFFICE, LIKEWISE, ERRONEOUSLY ALLEGES THAT IT WOULD NOT DO ANY GOOD TO GO BEFORE THE US HOUSE CRIME SUB-COMMITTEE TO LAUNCH AN **"UNBIAS"** CRIMINAL INVESTIGATION OVER THE MALICIOUS PERSECUTION, WRONGFUL IMPRISONMENT INHUMANITIES AND SUBSEQUENT ACELLERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND FAMILY BECAUSE THE **"REPUBLICANS"** ARE IN CONTROL, EVEN THOUGH THEY HAVE A MORAL, ETHICAL AND LEGAL DUTY AND RESPONSIBILITY TO ABIDE BY THE LAW AND NOT POLITICS. WHEN MY BROTHERS WERE DRAFTED TO GO RISK THEIR LIVES DEFENDING OUR CONSTITUTION OF THE UNITED STATES OF AMERICA IN FOREIGN VIETNAM WAR, OUR GOVERNMENT DID NOT CARE WHO WAS IN CONTROL OR WHETHER, YOU WERE A REPUBLICAN OR DEMOCRAT. AS LONG AS YOU COULD FIRE A WEAPON, YOU WERE GOING TO RISK YOU LIVES FIGHTING IN THE VIETNAM WAR, - LIKE IT OR NOT! THEREFORE, OUR GOVERNMENT, REGARDLESS OF WHO IS IN CONTROL, LIKE IT OR NOT, WE ARE ENTITLED TO EQUAL PROTECTION, EQUAL REPRESENTATION, EQUAL ACCESS TO JUSTICE AND EQUAL OPPORTUNITY TO ACHEIVE THE AMERICAN DREAM, AS OPPOSE TO MALICIOUSLY REPEATEDLY SUBJECTED TO THE **"AMERICAN NIGHTMARE"** AND **"TWIGHTLIGHT ZONE!"** ACCORDINGLY, WE ARE DEMANDING EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR ALL FOR WHICH WE HAVE BEEN MALICOUSLY REPEATEDLY ILLEGALLY DENIED FOR DECADES, FURTHER, AIDING AND ABETTING, HINDERING THE PROSECUTION, HARBORING AND EMPOWERING THE NEO-NAZIS AND WHITE SUPREMACIST IN OUR GOVERNMENT. ATTN: LIZZIE FLETCHER, C/O SARA BULLARD, EMAIL,, sara.bullard@mail.house.gov

ANOTHER PERFECT EXAMPLE OF THE OVER THE CHARTS LEVEL OF HOMICIDAL DEPRAVITY AND RAW HATRED FOR ROBERT AND OUR FAMILY IS, LIKEWISE, DEMONSTRATED BEFORE, DURING AND AFTER ROBERT TREVINO'S ACELLERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO. TDCJ HAVE ONLY PROVIDED US WITH ABOUT A FOUR LINE ALLEGED FACTS AND CIRCUMSTANCES OF ROBERT'S DIABOLICAL AND EGREGIOUS DEATH AND DEMISE INSTEAD OF RELEASING ROBERT ON MRIS TOVA IN EFFORT TO SAVE HIS LIF FROM THE MULTITUTE OF LIFE-THREATENING CRITICAL MEDICAL PROBLEMS, ROBERT WAS REPEATEDLY ILLEGALLY DENIED RELEASE ON MRIS TO VA .
&
**US SUPREME COURT OF THE UNITED STATES, C/O CHIEF JUSTICE, JOHN G. ROBERTS JR.,** ONE FIRST STREET, NE., WASHINGTON, DC, NO RESPONSE TO DATE!
&
**WHITE HOUSE, WASHINGTON, DC. ,ATTN: US PRESIDENT JOE BIDEN,** AWOL & DERELICTION OF DUTY TO EXECUTE HIS DUTY AS COMMANDER IN CHIEF, WITH IMPUNITY. THEREBY SHAMEFULLY AND WILLFULLY WEAPONIZING HIS POSITION WITH HIS DERELICTION AND EXTREME LACK OF CARE AND CONCERN FOR THE LIFE

AND SAFETY OF THE MOST VULNERABLE MINORITY CITIZENS AND HIGHLY
DECORATED CRITICALLY ILL PARALYZED HISPANIC VETERAN AND POLITICAL
PRISONER, ROBERT TREVINO. BIDEN'S DELIBERATE INDIFFERENCE TO ROBERT
TREVINO AND FAMILY AND THE ENDLESS EGREGIOUS CRIMINAL CONSPIRACY
SCHEME WITH HIS ENTIRE ADMINISTRATION AND OTHERS, TO **"BLACKLIST" &
"SANCTION"** US, AMBUSH AND SABOTAGE IN COVERT PSYCHOLOGICAL DOMESTIC
TERRORIST GUERRILLA WARFARE FOREVER SILENCE US AND GENOCIDE TO DATE.
BIDEN, LIKE THE OTHER RULING CLASS, HAS CLEAR AND UNDISPUTICALLY
DEMONSTRATED HIS DELIBERATE INDIFFERENCE, EXTREME HATREAD AND
PREJUDICE THROUGH HIS DERELICTION OF DUTY AND NUMEROUS PUBLICITY STUNTS
TO FREE **"WHITE AMERICANS"** LOCKED-UP AND IMPRISONED IN FOREIGN
COUNTRIES EVEN PAYING MILLIONS IN TAX-PAYER DOLLARS IN DAMAGES FOR THEIR
RETURN, AND/OR PRISONER EXCHANGE ON PRETEXT OF JUSTICE AND THAT WOULD
UNDOUBTEDLY MAKE AMERICANS ABROAD MORE VULNERABLE TO KIDNAPPINGS,
EXTORTIONS AND MORE LIKELY LIFE-ENDANGERMENT. MEANWHILE, HOWEVER,
IGNORING OUR OUTCRYS FOR JUSTICE FOR ROBERT, AS IF WE WERE CRYING OUT IN
THE WILDERNESS AND REPEATEDLY DENYING ROBERT TREVINO TO BE FREED FROM
UNLAWFUL LIFE-IMPRISONMENT ON **"BIG LIES"** WITH **"ZERO EVIDENCE"** IN INSPITE
OF ROBERT'S HEROIC ACHIEVEMENTS IN THE FOREIGN VIETNAM WAR OR HIS
MULTIPLE CRITIALILL LIFE-THREATENING SERVICE-CONNECTED DISABILITIES AND
ATROCITIES AND INHUMANITIES AND REPEATEDLY ILLEGALLY DENIAL OF RELEASE
ON MRIS TO VA HOSPITAL TO SAVE HIS LIFE AND SUBSEQUENT ACCELERATED
PREMEDITATED ASSASSINATION.AND **"BLACKLIST"** AND **"SANCTIONS"** CONTINUE TO
FOREVER SILENCE US AND ALLOWING THE NEO-NAZI WHITE SUPREMACIST TO,
LIKEWISE, FOREVER, **"ESCAPE"** CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR
HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR WITH IMPUNITY IN THE
FIRST DEGREE, TO DATE. AND GENOCIDE. AS COMMANDER AND CHIEF AND
PRESIDENT OF THE USA, JOE BIDEN, SHOULD BE IMMEDIATELY HELD CRIMINALLY
AND CIVILLY ACCOUNTABLE FOR HIS DERELICTIONOF DUTY, STIGMATIZED
DISCRIMINATION, CORRUPTION, CRUEL AND INHUMANE TREATEMENT OF ROBERT
AND FAMILY, INCLUDING SERIAL MURDERS IN BLATANT VIOLATION OF THE HIGHEST
LAWS OF OUR LAND AS WELL AS THE INTERNATIONAL COMMUNITY.AND GENOCIDE.
ROBERT TREVINO DID NOT HAVE TO DIE AND HIS LEGACY HAS JUST BEGUN.
&
**SUPREME COURT OF TEXAS, PO BOX 12248, AUSTIN, TEXAS 78711, ATTN; CHIEF
JUSTICE NATHAN L. HECHT, PLACE 1, ET. AL., INCLUDING, STATE BAR OF TEXAS,
CDC & ATTY, ROBERT FORD, ROBERT UDASHEN, FRIEND, PERPATRATOR,
PREVIOUSLY ON BD OF DIR. W/MIKE WARE AND INNOCENCE PROJECT THAT TOOK
UNFAIR ADVANTAGE OF MY DISTRESSED MENTAL AND EMOTIONAL DISTRESS AND
MIKE WARE, INGENIOUSLY LIED AND ALLEGED THERE WAS NOTHING THEY
COULD TO DO HELP EXONERATE ROBERT AND REFERRED ME TO ATTY. ROBERT
UDASHEN, ALSO FRIEND OF MIKE WARE AND BD OF DIR., TO INNOCENCE PROJECT
THEN INGENIOUSLY DEFRAUDED ME OUTOF $15,000.00 TO CONTINUE TO
PERPETRATE THE ON GOING "BIG LIE" TO PROTECT THE STATE AND GIVE
CREDIBILITY TO THEIR "BIG LIES" ON "ZERO EVIDENCE!"**

CONSEQUENTLY ALL THE INNOCENCE PROJECTS AND NETWORKS, DAVID DOW, ET. AL.,
THAT I WAS REFERED TO BY THE TEXAS COUT OF CRIMINAL APPEALS THAT APPROVES

AND PROVIDE THEM MULTI-MILLIONS OF DOLLARS IN FUNDING TO REPRESENT AND
DEFEND THE WRONGFULLY CONVICTED. HOWEVER, ENGAGED IN THE DIABOLICAL
HOMICIDAL SCHEME TO AMBUSH AND SABOTAGE OUR QUEST FOR JUSTICE TO COVER-
UP THE PARTICIPATION OF THE USDOJ, FBI THAT WAS PROBING TREVINO, HOWEVER,
AIDED AND ABETTED AND THEN HIRED THE DA THAT RAILROADED ROBERT TO WORK
FOR THE FBI AND REPEATEDLY COVER-UP FOR ONE ANOTHER AND AMBUSH AND
SABOTAGE ADMINISTRATION OF JUSTICE, REPEATED ENDLESS ON-GOING CIVIL AND
HUMAN RIGHTS VIOLATIONS AND "BLACKLISTED AND "SANCTIONED" ROBERT
TREVINO AND FAMILY IN SPITE OF THE EGREGIOUS DIABOLICAL LAUNDRY LIST OF
BLATANT AND MALICIOUS   CIVIL AND HUMAN RIGHTS VIOLATIONS AND AMBUSH OF
UNCHALLENGED AGGRAVATED PERJURED TESTIMONY AND AS A RESULT OF NEWLY
DISCOVERED AND COMPELING EVIDENCE OF AGGRAVAED PERJURY NOT ONLY BY THE
STATE'S STAR WITNESSES AND DA AND OFFICER WIGGINS BUT INCLUDING, OUR
ATTORNEYS, JOHN DIXON, ROBERT UDASHEN, ROBERT FORD, MIKE WARE AND DAVID
DOW, JOHN RICHARDS AND NOEL PORTNOY AND OTHERS, INCLUDING USDOJ, FBI,
AKA, "KGB," TEXAS STATE BAR, CDC, REPEATEDLY PROTECTING AND AIDING AND
ABETTING THE PERPETRATORS AND MALICIOIUSLY RETALIATING AGAINST US ALONG
WITH OTHER GOVERNMENT AGENCIES AND OFFICIALS IN FURTHERANCE OF
HOMICIDAL CIVIL AND HUMAN RIGHTS VIOLATIONS TO ILLEGALLY REPEATEDLY
DENY US EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESST TO
JUSTICE IN EXPLOWDING OUT OF CONTROL CRIMINAL CONSPIRACY SCHEME IN THE
STIGMATIZED DISCRIMINATION, CORRUPTION, CRIMINAL OPPRESSION, OUTRIGHT
FRAUD, GASLIGHTING, PERNICIOUS AND PERPETUAL INSIDIOUS AND COVERT
PSYCHOLOGICAL DOMESTIC TERRORIST GEURRILLA WARFARE AND "BLACKLISTED"
AND "SANCTIONED" OF ROBERT TREVINO AND FAMILY AND RIDICULE AND MOCKERY
EVEN AFTER THE SENSELESS UNTIMELY INDUCED MURDER AND DEATH AND DEMISE
OF MY FAMILY, SUCH AS ABUSE OF A CORSE FOR MAXIMUM HOMICIDAL
PSYCHOLOGICAL PAIN AND SUFFERING AND ATTEMPTED COLD-BLOODED MURDER
ARMED WITH THE KNOWLEDGE THAT ROBERT'S FAMILIES MEMBERS HAD ALREADY
SUFFERED SIMILAR INCREDIBLE IRREPARABLE LIFE-THREATENING PHYSICAL,
EMOTIONAL AND MENTAL DISTRESS WITH PRE-EXISTING DEBILITATING DISABILITIES
THAT THEY HAVE CONTRIBUTED TO WITH THEIR ABUSIVE RETALIATORY TREATMENT
OF THEM AND OF ROBERT TREVINO AND WERE DESPERATELY TRUING TO SAVE HIS
LIFE AND THEIR DETERMINATION TO SILENCE US AND COVER-UP/WHITEWASH THE
ATROCITIES AGAINST ROBERT TREVINO AND FAMILY..

THE INNOCENCE PROJECT OF TX.,MIKE WARE & INNOCENCE NETWORK, DAVID DOW,
GESTAPO AGENTS, ATTY. JOHN RICHARDS, NOEL PORTNOY DIOBOLICAL BETRAYAL,
FLIP/FLOPPED POSITIONS CREATED GROSS CONFLICT OF INTEREST, CONCEALED
STATE'S WITNESS CONFESSION EXONERATING ROBERT OF ANY CRIME AND
IMPLICATED THE NEO-NAZIS THAT CONCOCTED AND FABRICATED ALLEGATIONS
AGAINST ROBERT AND COERCED THE STATE'S STAR WITNESS/ALLEGED VICTIM AND
HIS VIOLENT GANG-MEMBERS TO TESTIFY FALSELY AGAINST ROBERT OR FACE HARSH
PROSECUTION WITH LONG PRISON SENTENCES FROM FEDERAL COURT WHERE WE
HAD WRIT OF HABEAS CORPUS PENDING, BLATANTLY REFUSED TO REPORT
CONFESSION TO THE FEDERAL COURT OR FILE RESTRAINING ORDER IMMEDIATELY
PROHIBITING THE TDCJ/UTMB FROM RELEASING ROBERT'S RECENT MEDICAL
RECORDS AND FURTHER TRAUMATIC RETALIATION AGAINST ROBERT AND I  AND TO

LAUNCH A CRIMINAL INVESTIGATION INTO FINDING OUT WHO WAS ILLEGALLY
DENYING ROBERT'S RELEASE ON MRIS AND WHAT MEDICAL AUTHORITY GAVE THE
ORDER TO ILL-FATED MOVE OF ROBERT FROM TDCJ/CYMF, ICU IN CRITICAL
CONDITION TO ACROSS TEXAS INSTEAD OF RELEASING HIM TO THE VA ON MRIS BY
AIRLIFTED TO THE VA HOSPITAL IN HOUSTON TO SAVE HIS LIFE FROM IMMINENT LIFE-
ENDANGERMENT AND DEATH FROM ILL-FATED WORST INSANE ASYLUM IN THE
WORLD THAT WAS DEATH-TRAP TO ROBERT AND ILL-EQUIPTED TO DEAL WITH THE
MULTITUDE OF CRITICAL LIFE-THREATENING MEDICAL CONDITION AND EVEN
THOUGH ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND EVEN THOUGH THE CYMF
WAS ALSO PROVIDING ROBERT WITH MENTAL HEALTH TREATMENT FOR YEARS AND
THEY REFUSED TO ACKNOWLEDGE THAT HE HAD BRAIN DAMAGE EVEN THOUGH
RECORDS SHOW HE HAD CONCUSSION BLAST TBI AND DEMENTIA AND RSUDDEN
REPEATED LONG EPILEPTIC SEIZURES AMOUNG OTHER THINGS.  INSTEAD JOHN
RICHARDS AND NOEL PORTNOY AMBUSHED AND SABOTAGED ROBERT EXONERATION
AND TRANSFER TO THE VA HOSPITAL WHILE ALLOWING STATES STAR WITNESS, A
CAREER CRIMINAL, SERIAL PEDOPHILE, SERVING A TEN YEAR SENTENCE FOR SEXUAL
ASSAULT OF A CHILD AND WITH PENDING STATUTORY RAPE OF A 12 YEAR OLD GIRL
AND ALLOWED PATRICK LANKFORD, AKA, **"THE GREAT HOUDINI" ESCAPE** PRISON
ON PAROLE TO GO ON THE LAM AND SILENCE HIM.  PORTNOY AND RICHARDS WERE
SUPPOSE TO IMMEDIATELY GET PATRICKS DECLARATION AND MALICIOUSLY PLAYED
THE RETALIATORY AND HARASSING DELAYING GAME UNTIL THEY AIDED AND
ABETTED IN THE **"ESCAPE"** ON PAROLE WITH STILL PENDING STAUTORY RAPE OF 12
YEAR OLD CHARGES PENDING.  THEY DID EVERYTHING I HAD TOLD THEM NOT TO DO.
A LAUNDRY LIST! TO CRUELY MANIPULATE PATRICK. FLIP/FLOPPED POSITIONS, ACTED
ON BEHAVE OF THE STATE, TDCJ, AND PATRICK TO THE DETRIMENT AND DEMISE OF
ROBERT.  JOHN RICHARDS AND NOEL PORTNOY ACTED AS GESTAPO AGENTS FOR THE
NEO-NAZIS GOVERNMENT OFFICIALS THAT MALICIOUSLY RAILROADED ROBERT AND
TOOK UNFAIR ADVANTAGE OF OUR DISSTRESSED STATE OF MIND, AND USED, DECEIT,
DISHONESTY AND TRICKERY, GASLIGHTING TO CRIMINALLY OPPRESS ROBERT AND I.
AND PROTECTED THE STATE OFFICIALS AND VISA VERSA, THE STATE OFFICIALS,
STATE BAR OF TEXAS REFUSE TO TAKE ANY ACTION AGAINST THEM OR ANY OF THE
OTHER CORRUPT LAWYERS THAT HAVE LIKEWISE FLIPPED/FLOPPED POSITIONS TO
PROTECT THE PERPETRATORS AND DEFRAUDING US OF MILLIONS OF DOLLARS IN
DAMAGES AND ALLOWING THE PERPETRATORS TO FOREVER, **"ESCAPE"** TOTAL
CRIMINAL AND CIVIL ACCOUNTABILITY FOR WEAPONIZING THEIR LEGAL DEGREES,
TO OBSTRUCT JUSTICE, UNETHICAL, IMMORAL AND ILLEGAL MAFIA-RELATED
CRIMINAL ACTIVITIES, TO DATE.

THEY SABOTAGED ROBERT'S MRIS AND EXONERATION AND HARBORING, AND
HIDERING THE PROSECUTION OF THE GROWING NUMBER OF SHAMLESS RACIST AND
CORRUPT PERPETRATORS THAT CLEARLY BRIBED JOHN RICHARDS AND PORTNOY AND
NEITHER ONE WOULD SUBPOENA ROBERT'S ENTIRE MEDICAL RECORDS IN WRIT OF
HABEAS CORPUS FOR NOT RELEASING ROBERT ON MRIS SUPPOSEDLY BECAUSE HE
DIDN'T MEET THEIR CRITERIA AND BLATANTLY REFUSED TO PROVIDE ANY MEDICAL
RECORDS TO BACK-UP THEIR ERRONEOUS DENIAL OF MRIS.AND AS IN THE TO BIG TO
JAIL POLITICALLY AND FINANTIALLY FLUENTIAL FORD DEALERSHIP DEFENDANTS
AND IN INITIAL APPL TO THE US SUPREME COURT ON INITIAL WRIT OF HABEAS
CORPUS FOR WRONGFUL CONVICTION WHICH HE FILED OUT OF TIME DELIBERATELY

TO PROTECT THE STATE OF TEXAS AS HE DID IN THE LAST WRIT OF HABEAS CORPUS ON ILLEGAL DENIAL FOR RELEASE ON MRIS AND AFTER CONFESSION FROM STAR WIRNESS THEN OFFICIALLY ABANDONED US AND INGENIOUSLY MAKING US THE SCAPEGOATS IN RETALIATION FOR NOT GOING ALONG WITH THEIR COVER-UP/WHITEWASH STATEGY.  TDCJ/UTMB, ALSO ENGAGED LATINO JUSTICE, ANDREW CASE, ET AL.,THAT PROMISED TO OBTAIN ROBERT'S ENTIRE MEDICAL RECORDS, INCLUDING AUTOPSY REPORT, LIKEWISE, FLIP/FLOPPED POSITIONS, TO PROTECT THE HOMICIDAL TDCJ PSYCHOPATHS, SIMILARLY BETRAYED AND BREACHED HIS FIDUTIARY DUTY, PLAYED THE ABUSIVE HARASSING AND RETALIATORY DELAYING GAMES, IN BAD-FAITH, CREATING GROSS CONFLICT OF INTEREST, PERPETUAL PERNICIOUS PSYCHOLOGICALLY ABUSED TO FUEL MY ANGER AND DEPRESSION AND GRIEF TO INDUCE MY DEATH AND DEMISE, FOREVER SILENCE ME, LIKE THEY DID ROBERT AND OTHER FAMILY MEMBERS, LIKEWISE, MADE ME THE **"SCAPEGOAT"** PUTTING  ME ON GUILTY TRIPS AND ANOTHER ATTEMPTED PSYCHOLOGICAL MURDER AND TO OFFICIALLY ABANDONED ME AFTER ACTING AS TDCJ/UTMB REPRESENTATIVE , SABOTAGE MY GUEST TO OFTAIN AUTOPSY REPORT AND MEDICAL RECORDS OF ROBERT IN AN EFFORT TO PROTECT AND COVER-UP WHO GAVE THE ILL-FATED ORDER TO ISOLATE, SECLUDE AND TRANSFER ROBERT TO DEATH-TRAP IN MONTFORD PSYCHIATRIC UNIT THE WORST INSANE ASYLUM IN THE WORLD AND OFFICIALLY ABANDONING ME.  THEN CONTINUE TO HARASS ME BY ACTING IN THE BEST INTEREST OF THE HOMICIDAL PERPETRATORS AND TRYING TO COERCE ME INTO PAYING THE ASSASSINS OF ROBERT LARGE SUM OF MONEY FOR AUTOPSY REPORT AND ROBERT'S MEDICAL RECORDS, ERRONEOUSLY ALLEGING THAT THEY WERE A NON-PROFIT ORGANIZATION (SHAM NON-PROFIT CRIMINAL ENTERPRISE) AND COULD NOT AFFORD TO PAY TDCJ/UTMB AFTER AGREEING TO OBTAIN THE MEDICAL INFORMATION OVER SIX MONTHS AGO IN WRITTEN AGREEMENT AS WELL AS ORAL AGREEMENT AND NEVER ADVISED ME THAT HE EXPECTED ME TO PAY FOR THEM.  I NEVER AGREED TO PAY THE SERIAL KILLERS AND THEIR CONSPIRATORS TO THE DECADES LONG ABUSIVE RETALITORY INHUMANE TREATMENT OF MY FAMILY RESULTING IN WRONGFUL DEATH OF OUR BELOVED ILL-STRICKEN MOTHER, JUAN AND WRONGFUL LIFE-IMPRISONMENT AND ASSASSINATION OF ROBERT AND RERPEATED ATTEMPTED MURDER OF ME, RESULTING IN MY SUFFERING A NEAR FATAL STROKE, EYE STOKE AND OTHER DEBILITATING DISABILITIES, ANY MONEY.  THIS IS JUST ANOTHER EXAMPLE OF THE OFF THE CHARTS LEVEL OF DEPRAVITY, RETALIATION, HUMILIATIONA AND MOCKERY OF THE MAFIA RELATED CRIMINAL ACTIVITIES OF LATINO JUSTICE , ANDREW CASE, TDCJ OFFICIALS   AFTER "WHACKING" ROBERT AND MOST OF MY FAMILY WITH IMPUNITY IN THE FIRST DEGREE.  I'M CERTAIN THAT LATINO JUSTICE, ANDREW CASE, MILKED TDCJ AND OTHERS FOR **"MAD BLOOD MONEY"** FOR ENGAGING IN THE CONTINUED, HARASSING AND RETALIATORY "BLACKLISTING" AND "SANCTIONED"  AND FOR HIS "SHOT" AT COVERTLY NARCISSSISTIC PSYCHOLOGICAL ATTEMPTED MURDER OF ME AND DEATH BY COVERT ABUSE OF OUR MOTHER, MARIA, MY BROTHER JUAN AND ASSASSINATION OF ROBERT TREVINO AND COVER-UP/WHITEWASH IMPUNITY IN THE FIRST DEGREE.. 'BUT NOT WORRIED ABOUT VIOLATING THEIR WRITTEN AND ORAL AGREEMENT TO OBTAIN THE FULL MEDICAL RECORDS AND AUTOPSY REPORT ON ROBERT AND TO FIND OUT WHO GAVE THE DETRIMENTAL ORDER TO REMOVE ROBERT FROM CYMF, ICU IN CRITICAL MEDICAL CONDITION TO BE ASSASSINATED IN THE WORST INSANE AYLUM IN THE WORLD ILL-EQUIPTED TO DEAL WITH ROBERT'S MULTITUTE OF LIFE-

THREATENING MEDICAL PROBLEMS.  DEPRAVED HOMICIDAL LATINO JUSTICE
ANDREW CASE, ACTING ON BEHALF OF HIS CRIME FAMILY, LIMITED THE RECORDS
REQUEST TO THE ALLEGED TREATED HERNIA AS TO COUCH AND SOLICIT **"BIG LIE"**
FROM  TDCJ/UTMB AND COVER-UP THE FACT THAT THE NEGLECTED PROTRUDING
BASKETBALL SIZE HERNIA WAS LIFE-THREATENING EVEN FOR A YOUNG HEALTHY
PERSON AND ROBERT WAS NOT YOUNG AND NOT THE HEALTHIEST PERSON AND MORE
LIKELY TO DIE FROM THE GROSSLY NEGLECTED UNTREATED PERTRUDING
BASKETBALL SIZE  HERNIA  AS WELL AS AS THE RECURING LIFE-THREATENING
BOWEL OBSTRUCTIONS, INFECTIONS FROM BOWEL LEAKS FROM IMPROPER
TREATMENT ON LIFE-THREATENING BOWEL OBSTRUCTIONS, CHRONIC
CONSTIPATIONS,  SEVERE NEGLECTED DENTAL PROBLEMS THAT CAUSE AND
EXACERBATES OTHER LIFE-THREATENING MEDICAL CONDITIONS, SUCH AS
INFLAMATION OF THE BRAIN WORSENING DEMENTIA AND TBI, BRAIN DAMAGE.  POOR
ORAL HEALTH, IS ALSO LINKED TO RESPIRATORY PROBLEMS SUCH AS PNEUMONIA
AND ACUTE BRONCHITIS. INFECTIONS-CAUSING BACTERIA TRAVEL FROM THE MOUTH
TO THE BLOODSTREAM.  FROM THERE IT CAUSES ACCESS TO THE LUNGS.  THIS WILL
CERTAINLY CAUSE AGRAVATED RESPIRATORY PROBEMS TO ROBERT, WHO HAD A
HISTORY OF SERIOUS RESPIRATORY PROBLEMS WITH RECURRING INFECTIONS.
ROBERT OFTEN COMPLAINED THAT THERE WAS NO DENTAL CARE AT THE PRISON,  THE
ONLY THING THEY DID WOULD PULL TEETH.  NOTHING ELSE, LIKE BRUSHING TEETH
AND ROBERT WAS NOT ABLE TO EVEN BRUSH HIS TEETH AND MOST OF THE TIME THE
NURSES WOULDN'T EVEN CHANGE HIS DIAPERS ALL DAY LONG.  ROBERT WAS NOT
BEING MONITORED 24/7, LIKE AT THE CYMF AND AT THE WORSE PRISON IN THE
WORLD DIDN'T EVEN AN AN EMERGENCY BUTTON TO CALL FOR HELP IF HE WAS
HAVING AN EMERGENCY AND UNLIKE THE CYMF THAT WAS FIVE MINUTES AWAY
FROM THE NEAREST ER HOSPITAL, THE WORSE INSANE ASYLUM IN THE WORLD WAS
OVER AN HOUR AWAY KNOWING OF ROBERT'S WEAKENING OF COMPROMISED
IMMUNE SYSTEM, RESPIRATORY SYSTEM, RECURRING INFECTIONS, AND
COMPROMISED ISCHEMIC HEART CONDITION, RECURRING LIFE-THREATENING BOWEL
OBSTRUCTIONS, SUDDEN LIEF-THREATENING EPILEPTIC SEIZURES,  AND MULTIPLE
OTHER LIFE-THREATENING MEDICAL CONDITIONS, TDCJCYMF SENT ROBERT TO ILL-
FATED WORST INSANE ASYLUM IN THE WORLD WHEN HE WAS NOT SUICIDAL OR
HOMICIDAL AND WHEN THERE WAS NO MEDICAL REASON FOR IT SINCE THE CYMF,
ICU ALREADY PROVIDED MENTAL HEALTH AS WELL.  THE HOMICIDAL CRIMINAL
CONSPIRACY PLOT TO ACELLERATE PREMEDITATED ASSASSINATION OF ROBERT WAS
BORN OF EXTREME STIGMATIZED DISCRIMINATION, HATRED, RETALIATION, CRIMINAL
OPPRESSION, CORRUPTION, SYSTEMATIC INJUSTICE, AS WAS THE MALICIOUS
PERSECUTION, TO DENY HIM MILLIONS OF DOLLARS IN EXONERATION AND CRIMINAL
MISCONDUCT, ABUSE OF THE LEGAL SYSTEM, AND OTHER HIGH CRIMES AND
MISDEMEANORS IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA,

WE STRONGLY BELIEVE THAT IT WAS JOHN RICHARDS AND NOEL PORTNOY IN
COMPLICITY WITH THE TDCJ/UTMB OFFICIALS AND OTHERS LIKE VA, NEVER WANTED
TO TREAT OR EVALUATE ROBERT FOR MRIS AS THEY DID WHEN ROBERT WAS FIRST
TRAUMATIZED ON ILLEGAL ABDUCTION OUT OF HIS HOME UNDER COVER OF
DARKNESS, DEPRIVED OF HIS MEDICATION FOR PTSD/TBI  SO THE VA DIDN'T HAVE TO
TAKE CARE OF HIM AND ALLOWED HIM TO BE PERSECUTED WHILE INCOMPETANT TO
STAND TRIAL AND OTHER INHUMANITIES AND ATROCITIES, TO DATE.

LATINO JUSTICE, ATTY. ANDREW CASE, BETRAYED PETITIONERS AND BREACHED AGREEMENT TO OBTAIN ROBERT'S TDCJ AUTOPSY REPORT AND MEDICAL RECORDS AND THEN TRIED TO COERCE ME INTO PAYING AN OUTRAGEOUS $800 DOLLARS TO PERPETRATORS FOR THE MEDICAL RECORDS WHICH HE HAD LATER LIMITED TO THE "TREATED HERNIA." ANOTHER PERNICIOUS LIE TO COACH PERPETRATORS TO GENERATE AND FALSIFY MEDICAL RECORDS OF ALLEGED "TREATED  HERNIA" THAT NEVER HAPPENED AND TO PSYCHOLOGICALLY ASSAULT ME  BY TRYING TO GIVE CREDIBILITY TO THE $3500.00 PRIVATE AUTOPSY REPORT AND MY OUTRAGE THAT IT WAS INSUFFICIENT, INCOMPLETE, MISLEADING AND ALSO OUTRIGHT QUACKERY AND TOTALLY CONTRARY TO THE FACTS AND CIRCUMSTANCES AND UNDOUBTEDLY FINANCIALLY INFLUENCED BY THE PERPETRATORS, AS THEY INFLUENCE ATTORNEY ANDREW CASE WITH LATINO JUSTICE AND TO SABOTAGE JUSTICE FOR ROBERT TREVINO AND FAMILY, CONTINUE TO TAMPER WITH WITNESS/VICTIM, OBSTRUCT JUSTICE, FALSEFY RECORDS, CRIMINALLY OPPRESS PETITIONERS, HINDER THE PROSECUTION OF THE PERPETRATORS AND ESCAPEJUSTICE AND RIDICULE OUR EFFORTS TO EXPOSE THE TRUTH AND PERPETRATORS ARE "COVER-UP ARTIST!"

 C/O SUPREME COURT OF TEXAS, CHIEF JUSTICE NATHAN L. HECHT. ETAL. TEXAS REP. MANO DE AYALA, 9525 KATY FREEWAY, SUITE 215B, HOUSTON, TEXAS 77024,   ROOM E2. 416, PO BOX 2910,  AUSTIN,TX., 78768

 HOWEVER, THE RULING CLASS CANNOT SEE THE FOREST BECAUSE OF THE TREES AND IS BUSINESS AS USUAL WITH ALL THE BICKERING OVER MOSTLY MAINTAINING TYRANNICLE REIGN OF TERROR AND INCONSEQUENTIAL LEGISLATION AND TO CONTINUE TO PROVIDE MULTI-BILLION DOLLARS MORE IN TAXPAYER MONEY TO THEIR COZY-RELATIONSHIPS IN MOSTLY SAME FAILING CORRUPT ATTORNEYS/PROFESSORS, LAW UNIVERSITIES, DEFENCE LAWYERS ASSOSIATION AND MORE DO-NOTHING SHAM NON-PROFIT CRIMINAL ENTERPRISES THAT THEY CONTROL AND, LIKEWISE, CREATE MORE DO NOTHING GOVERNMENT AGENCIES ON ERRONEOUS GUISE THAT THEY ARE FIXING THE PROBLEM WITH WRONGFUL CONVICTIONS, INHUMANE LIFE-THREATENING AND UNSANITARY PRISON ENVIORNMENT, EQUAL PROTECTION, EQUAL RESENTATION AND EQUAL ACCESS TO JUSTICE FOR THE MOST VULNERABLE DISTRESSED DISABLED HISPANIC MINORITIES AND OTHER SOCIAL SERVICES FOR SAME, HOWEVER, IN REALITY ARE ADDING MORE FUEL TO THE OUT OF CONTROL CATASTROPHIC RAGING INFERNO IN OUR COUNTRY AND GENOCIDE.

ERRONEOUSLY "LIES" ALLEGES THAT HE HAS NO JURISDICTION OVER THE STATE BAR OF TX, CDC, NOR STATE COMMISSION ON JUDICIAL CONDUCT, IN HIS CONTRIBUTORY ROLE IN HONORING AND ENGAGING IN DIOBOLICA CRIMINAL CONSPIRACY SCHEME IN NORMALIZATION OF STIGMITIZED DISCRIMINATION, CORRUPTION, GASLIGHTING, RETALIATION, HARASSMENT, SYSTEMATIC INJUSTICE AND 30 LONG AND OPPRESSIVE YEARS OF "BLACKLIST" AND "SANCTIONED" OF ROBERT TREVINO  & FAMILY AND CONTINUEING AMBUSH SABOTAGE OUR SOLITARY QUEST FOR JUSTICE IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND COVER-UP WITH IMPUNITY IN THE FIRST DEGREE!

FORMERLY INCHARGE OF TDCJ PRISON SYSTEM AND MEDICA SYSTEM THAT ARE ILLEGAL, INHUMANE AND LIFE-THREATENING EVEN FOR THE HEALTHIES YOUNG PERSON AND ERRONEOUSLY "LIES" AND ALLEGES THAT HE ALSO DOESN'T HAVE ANY JURISDICTION ON THE STATE AGENCIES THAT HE PREVIOUSLY SUPPOSEDLY REGULATED FOR DECADES AND EVEN MORE SO NOW THAN BEFORE SINCE HE IS TEXAS STATE REPRESENTATIVE.  HOWEVER HE IS AIDING AND ABETTING AND HINDERING THE PROSECUTION AND HARBORING THE NEO-NAZIS DOMESTIC TERRORIST AND RACKETEERING CRIMINAL ACTIVITIES OF THE TEXAS AGENCIES ENTRUSTED IN PROTECTING THE DISTRESSED MINORITY DISABLED VETERANS AND THEIR FAMILIES AND OTHERS IN RETALIATION FOR EXERCIZING OUR GOD GIVEN FREEDOM OF SPEECH, SPEAKING TRUTH TO POWER AND FOR EXERCIZING OUR RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES TO  EMBEZEL THE MULTI-BILLIONS DOLLARS FROM  LOCAL AND FOERIGN UNREPORTED BILLIONS AS "MAD BLOOD MONEY TO LINE THEIR OWN POCKETS, PAY BRIBERIES AND KICK-BACKS TO CORRUPT AND RACIST GOVERNMENT OFFICIALS AND OTHER CROOKET LEGISLATURES , SHYSTER ATTORNEYS WITH SHAM NON-PROFIT RACKETEERING ENTERPRISES .AND OTHER MARKETING TOOLS, LIKE PUBLICITY STUNTS AND POLITICAL AND FINANCIALLY MODIVATED LAWSUITS TO SHYROCKET THEIR POLITICAL, CARREERS AND FINANCIAL NETWORTH TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE PORPORTED TO ASSIST.  THEY CONTINUE TO FURTHER DECIECVE THE COMMUNITY THROUGH PUBLIC MEDIA TO GENERATE MULTI-MILLIONS OF DOLLARS MORE. AND, THOSE DISTRESSED HISPANIC MINORITY AND DISTRESSED VETERANS ARE MAKE SCAPEGOATS TO "ESCAPE," TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR CRIMINAL AND CORRUPT WAY OF LIFE.

THE MERE FACT THAT YOU HAVE HIGHLY DECORATED DISTRESSED CRITICALLY ILL HISPANIC PARALYZED VETERANS AND POLITICAL PRISONER LANGUISHED FOR DECADES IN SOLITARY CONFINMENT AND ISOLATED AND SECLUDED FROM FAMILY IN THE WORSE INSANE ASYLUM IN THE WORLD FORCED TO FEND FOR HIMSELF WHILE THE US GOVERNMENT, VA, AND THOSE ALLEGED NON-PROFIT CRIMINAL ENTERPRISE RACKETEERING CORRUPT ORGANIZATIONS CLEARLY EMBEZZLEING MULTI-BILLIONS OF DOLLARS INTENDED TO HELP REPRESENT AND ASSIST DISTRESSED VETERANS AND THEIR FAMILIES ARE INSTEAD REPRESENT BY ARMIES OF TOP DOLLAR LAYERS, LAW UNIVERSITIES, AKA, "TRUMP UNIVERSITIES" AND ALLEGED NON-PROFIT ORGANIZATIONS PAID FOR BY OUR LOCAL, STATE AND FEDERAL GOVERNMENT AND THE PUBLIC AND UNDISCLOSED BILLIONS OF DOLLARS FROM FOREIGN COUNTRIES ALL OVER THE WORLD, SUPPOSEDLY FUNDED  TO  ASSIST AND REPRESENT DISTRESSED VETERANS HOWEVER DISTRESSED VETERANS ARE BEING FORCED TO REPRESENT OURSELVES IN EFFORT TO SILENCE US WHILE THE RACKETEERING I INFLUENCE AND CORRUPT ORGANIZATIONS EMBEZZLE TAX-PAYER MULTI-BILLIONS OF DOLLARS TO PAY FOR TOP DOLLARS LAWYERS, UNIVERSITIES, AKA, "TRUMP UNIVERSITIES" AND BY THEIR OWN RACKETRRRING INFLUENCE AND CORRUPT ORGANIZATIONS WITH MONEY INTENDED TO HELP REPRESENT THE DISTRESSED VETERANS MAKING US EVEN MORE VULNERABLE TO THE NORMALIZATION OF STIGMATIZED DISCRIMINATION, INHUMANITIES, CORRUPTION, RETALIATION, HARASSNEBT, CRIMINAL GASLIGHTING, DECIET, DISHONESTY, AND TRICKERY, EXPLOITATION, SYSTEMATIC INJUSTICE, PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GEURRILLA WARFARE AND GENOCIDE.

WHILE STILL PRETENDING TO THE WORLD THAT THEY ARE NON-PROFIT  TO HELP DISTRESSED VETERANS  WHILE BLATANTLY DISCRIMINATING AND REVICTIMIZING VETERANS  AND LINING THEIR OWN POCKETS AND THOSE OF THEIR CRONIES BLATANTLY REFUSING TO REPRESENT US "SCAPEGOATING " ON ERRONIOUS GUISE THAT THEY ARE ONLY REPRESENTING BLACK VETERANS, NOT HISPANIC VETERANS OR WOMEN VETERANS HOWEVER, DON'T DISCRIMINATE AGAINST WHOEVER FUNDS THEM.  JUST, LIKE, THE US DOESN'T DISCRIMINATE AGAINST WHOEVER RISK THEIR LIVES IN WARTIME TO DEFEND THE USA.  THE BLACK VETERAN PLAINTIFFS ARE SUING THE DEFENDANTS US, VA, ET AL FOR DISCRIMINATION, HOWEVER, THE BLACK PLAINTIFFS AND THE DEFENDANTS, US, VA, ET AL., ARE ALSO DISCRIMINATING AGAINST HISPANIC VETERANS AND WOMEN VETERANS AND FAMILIES AND BLATANTLY REFUSING TO AFFORD US EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE AND EQUAL ACCESS TO ACHIEVE THE AMERICAN DREAM, WHICH AS YOU CAN SEE THE MODERN DAY AMERICAN DREAM IS CLEARLY A HOAX AND A PIPE DREAM TO HISPANIC AMERICANS AND WAR HEROES AND THEIR FAMILIES.

DISCRIMINATION AND CORRUPTION CAUSES EXTREME PSYCHOLOGICAL HARM AND INJURIES EVERYTIME AND IS A FELONY CRIME.  HISPANICS ARE NOT NEW TO BLATANT DISCRIMINATION AND CORRUPTION AND CRIMINAL OPPRESSION, BUT WE ARE NOT IMMUNE TO DISCRIMINATION, CORRUPTION, EXPLOITATION AND CRIMINAL OPPRESSION  AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THE 30 YEAR, "BLACKLISTED" AND "SANCTIONED" OF ROBERT TREVINO AND FAMILY AND TOTAL LACK OF CARE AND CONCERN OVER THE ENDLESS INHUMANE TREATMENT AND GENOCIDE OF MY FAMILY. THE PLAINTIFFS AND DEFENDANTS HAVE MALICIOUSLY SUBJECTED US TO IRREPARABLE HARM AND INJURY BY ENGAGING IN THIS ON-GOING RELENTLESS DIABOLICAL INHUMANE CRIMINAL CONSPIRACY SCHEME TO PSYCHOLOGICAL ABUSE AND TORTURE AND ENDLESS AMBUSH/SABOTAGE AND DEPRAVED HEART MURDER AND SOBOTAGE.AND GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE TO FOREVER, "ESCAPE" CRIMINAL AND CIVIL ACCOUNTABILITY. AND RIDICULE AND OVER-KILL AFTER DEATH WHICH CONSTITUTES, ANOTHER ABUSE OF CORPSE OF ROBERT TREVINO, AS IN OUR MOTHER, MARIA TREVINO, INTENDED TO FURTHER FUEL OUR ANGER AND DEPRESSION TO INDUCE DEPRAVE HEART MURDER OF THE REST OF OUR FAMILY AND INFURTHERANCE OF GENOCIDE.
AND AS EVIDENT IN THE MULTIPLE-LIFE-THREATENING CRITICAL MEDICAL CONDITION OF ROBERT THAT WAS ALSO PARALYZED TO FURTHER ENDANGER HIS LIFE, ILLEGALLY REMOVED FROM THE INTENSIVE CARE UNIT UNDER 24/7 MONITORED BY NURSE AND HAD EMERGENCY BUTTON ON  HIS HAND TO RING FOR EMERGENCIES AND MINUTES AWAY FROM THE NEAREST TRAUMA ER HOSPITAL AT THE CAROL YOUNG MEDICAL FACILITY  WHERE HE WAS ALSO RECIEVING MENTAL HEALTH CARE AND NO JUSTIFIABLE MEDICAL REASON FOR THE ILL-FATED TRANSFER ACROSS TEXAS, (LIKE TO CHINA) WITH HIS MULTIPLE LIFE-THREATENING CRITICAL MEDICAL CONDITIONS.  HOWEVER, ROBERT WAS ILLEGALLY DIABOLICALLY REMOVED AND TRANSPORTED BY GROUND TRANSPORTATION IN CRITICAL CONDITION, ISOLATED AND SECLUDED WITHOUT 24/7 NURSE MONITOR OR ACCESS TO EMERGENCY BUTTON TO ALERT ANYONE HE WAS HAVING ANOTHER LIFE-THREATENING EMERGENCY AT THE WORST INSANE ASYLUM IN THE WORLD WHEN HE WAS NOT SUICIDAL OR HOMICIDAL AND HOURS AWAY FROM THE NEAREST ER TRAUMA HOSPITAL AND THE

REASON WHY HE WAS REPEATEDLY ILLEGALLY PREVIOUSLY DENIED RELEASE ON
MRIS, MEDICALLY RECOMMENDED INTENSIVE SUPERVISION  TO THE HOUSTON VA
MEDICAL HSPITAL IN HOUSTON, TEXAS AND WHILE  FEDERAL WRIT OF HABEAS
CORPUS WAS PENDING WAS ACCELERATED PREMEDITATED ASSASSINATION OF
ROBERT.  USA PRISON SYSTEM IS EXTREMELY DANGEROUS, LIFE-THREATENING,
INHUMAN AND MODERN DAY DUNGEONS AND DEATH-TRAPS, ESPECIALLY TO THE
ELDERLY ILL AND PARALYZED DISABLED VETERANS.  THE USA IS THE ONLY
DEMOCRICY IN THE WORLD WHERE THE PRISON SYSTEM IS OVERLOOKED/OVERSEEN
BY THE GOVERNMENT THAT PERSECUTED THE MOSTLY INNOCENT MINORITIES, SUCH
AS IN THE UNGLY CASE SCENARIO OF ROBERT TREVINO AND FAMILY.  ROBERT WAS
MALICIOUSLY SUBJECTED TO A MODERN DAY 1600 CENTURY SALEM WITCH TRIAL,
CONDEMNED ON "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE  THAT
TRAMPLED ALL OVER ROBERT'S  CIVIL AND HUMAN RIGHTS AND
AMBUSHED/SABOTAGE GUERILLA TACTICTS IN LAUNDRY LIST OF BASIC CIVIL AND
HUMAN RIGHTS VIOLATIONS OF THE CONSTITUTION OF THE UNITED STATES OF
AMERICA, BILL OF RIGHTS, INCLUDING OUR NATIONS SOLEMN PROMIS TO LEAVE NO
VETERAN AND THEIR FAMILIES BEHIND AND AFFORD US THE EQUAL PROTECTION,
EQUAL REPRESENTATION, EQUAL ACCESS TO JUSTICE AND EQUAL OPPORTUNITY TO
ACHIEVE THE AMERICAN DREAM WHICH HAS BECOME A SHAM OPINIONS, PIPE
DREAM, AMERICAN NIGHTMARE AND TWILIGHT ZONE AND LIKE THOSE DIABOLICAL
INJURIOUS RACIST SHAM OPINIONS OF THE CRIMINAL AND CIVIL JUSTICE SYSTEM IN
TREVINO CASE AND POSTED IN SUBSEQUENT DEPRAVED HEART MURDER OF OUR
OTHER BROTHER JUAN TREVINO AS WELL AS ROBERT'S AND THAT ALSO CONSTITUTES
FURTHERMORE, THESE ARE ALSO IN BLATANT VIOLATION OF UNHCHR
INTERNATIONAL DECLARATION OF BASIC PRINCIPLES OF JUSTICE FOR VICTIMS AND
ABUSE OF POWER AND IN ACCORDANCE WITH UNHCHR COMMISSION ON HUMAN
RIGHTS AND SUB-COMMISION ON PREVENTION OF DISCRIMINATION AND PROTECTION
OF MINORITIES.  INMATES AND EMBEZZLES BILLIONS OF TAXPAYERS MONEY
INTENDED TO IMPROVE THE INHUMANE LIFE-THREATENING CONDITIONS IN US
PRISONS.  INSPITE OF MASSIVE INCARCERATION THAT IS THE WORST IN THE WORLD,
INCLUDING CHINA, WHO HAS THREE TIMES THE POPULATION AS THE USA,TO
ACCELERATE PREMEDITATED ASSASSINATION  PLOT OF ROBERT TREVINO  AND
COVER-UP, PARALYZED, CLEARLY AMOUNTS TO A MODERN DAY MASS
INCARCERATION, DUNGEON AND DEATH-TRAP/UTMB WHERE ROBERT LANGUISHED IN
FOR 27 LONG AND OPPRESSIVE YEARS
**&**
**COURT OF CRIMINAL APPLS, ATTN; JUDGE SHARON KELLER,  PO BOX 12308,
CAPITOL STATION,  AUSTIN, TX. 78711  RE:  INNOCENCE PROJECT, MIKE WARE &**
**INNOCENCE NETWORK, DAVID DOW & TIM STANLEY, CEO JUSTIA THAT POSTED TX
CT OF CRIMINAL APPL'S INJURIOUS ABSOLUTE RACIST SHAM OPINION BASED ON**
**EQUALLY EGREGIOUS RACIST SHAM TRIAL BY RAGE OF ROBERT TREVINO.  THE
 OPINION IS A SICK AND PERVERTED HOAX THAT CLEARLY UNDISPUTEDLY
CONTRIBUTED TO THE INDUCED DEATH AND DEMISE OF OUR BELOVED MOTHER,
MARIA RODRIGUEZ TREVINO AND POSTED ON HER OBITUARY WITHOUT OUR
KNOWLEDGE OR CONCENT "FUTHER OVERKILL" OUR MOTHER, WHO, LIKE
ROBERT, NEVER HURT ANYONE.  IT WAS  WITH AND OFFENSIVE,  HUMILIATION,
GROSS DISRESPECT, DISHONOR AND CONSTITUTES ABUSE OF CORPSE
INFURTHERANCE OF PERPETUAL COVERT PSYCHOLOGICAL AMBUSH AND**

SABOTAGE OUR QUEST FOR JUSTICE FOR ROBERT TREVINO, RIDICULE AND
MOCKERY AND ATTEMPTED PSYCHOLOGICAL MURDER OF ENTIRE FAMILY.  IN
THE MODERN STYLE LYNCHING OF "HANG EM HIGH" TEXAS STYLE RAILROAD
OF HYPOCRISY AND INJUSTICE AND SHAM TRIAL BY RAGE OF HIGHLY
DECORATED PARALYZED VETERAN AND POLITICAL PRISONER AND SUBSEQUENT
PREMEDITATED ASSASSINATION OF ROBERT TREVINO ON "BIG LIES" WITH "ZERO
EVIDENCE" ON PRETEXT OF JUSTICE ON OUR BELOVED MOTHERS OBITUARY IN
FURTHERANCE OF THE RELENTLESS GANG-STYLE ABUSE OF POWER,
WEAPONIZING THEIR LEGAL DEGREES AND POLITICAL POWER AND OFFICES TO
ILLEGALLY DENY SERVICES AND EQUAL PROTECTION, EQUAL REPRESENTATION,
AND EQUAL ACCESS TO JUSTICE AND THE AMERICAN DREAM.  INSTEAD, ENGAGE
IN CRIMINAL CONSPIRACY SCHEME OF THE NORMALIZATION OF STIGMATIZED
DISCRIMINATION, CORRUPTION, GASLIGHTING, OUTRIGHT FRAUD, CRIMINAL
OPPRESSION, RETALIATION, AMBUSH/SABOTAGE, HARASSMENT, SYSTEMATIC
INJUSTICE AND PERPETUAL PERNICIOUS COVERT PSYCOLOGICAL DOMESTIC
TERRORIST GUERRILLA WARFARE AND GANG-RAPE OF JUSTICE IN AMERICA AND
GENOCIDE.  IT IS JUST ANOTHER CLEAR AND UNDISPUTED PERFECT EXAMPLE OF
THE "OFF THE CHARTS" LEVEL OF DEPRAVITY AND PERVERTED HOMICIDAL
THRIST FOR OUR BLOOD, BIGOTRY, HUMILIATION, MOCKERY AND RIDICULE AND
PSYCHOLOGICAL  PHYSICAL, MENTAL AND EMOTIONAL FINANCIAL, BRUTAL
ABUSE THAT ROBERT TREVINO AND FAMILY HAVE HAD TO ENDURE AND SUCCUMB
TO THE OVER KILL EVEN AFTER MULTIPLE WRONGFUL DEATHS AND  REMAIN,
"BLACKLISTED" AND "SANCTIONED" TO DATE, WITH IMPUNITY TO FOREVER
"ESCAPE" CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR TYRANNICAL REIGN
OF TERROR AND MALICIOUSLY SUBJECTING US TO THE AMERICAN NIGHTMARE
AND TWILIGHT ZONE FOR SIMPLY EXERCIZING OUR GOD GIVEN RIGHT TO SPEAK
TRUTH TO POWER AND PETITIONING OUR GOVERMENT FOR REDRESS OF
GRIEVANCES.  THE ABUSES OF POWER AND STIGMATIZE DISCRIMINATION AND
CORRUPTION ALSO CLEARLY DEMONSTRATES THE URGENT NEED TO
IMMEDIATELY OUTLAW AND FOREVER BAN THE GOVERNMENT QUALIFIED
IMMUNITY DOCTRINE THAT ENCOURAGES AND AIDS AND ABET AND HINDERS THE
PROSECUTION OF THE FOAMING AT THE MOUTH BEAST OF PREY IN SHEEPS
CLOTHING THAT HAVE TAKEN DISTRESSED HISPANIC VETERANS AND THEIR
FAMILIES BACK TO THE STONE AGES AND MODERN DAY LYNCHINGS AND DEATH-
TRAPS. IT IS A GET OUT OF JAIL FREE CARD AND LICENSE TO GET AWAY WITH
COLD-BLOODED MASS MURDER.

THE NEO-NAZI CORRUPT AND HOMICIDAL GOVERMENT OFFICIALS AND GESTAPO
AGENTS MAY HAVE ENDED THE LIFE OF DEFENSLESS DISABLED AND DISTRESSED
PARALYZED WAR HERO AND POLITICAL PRISONER WITH THEIR PERPETUAL
PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA
WARFARE – BUT HIS LEGACY OF COURAGE AND SOLITARY QUEST FOR EQUAL
ACCESS TO JUSTICE FOR ALL HAS JUST BEGUN!
SUPREME CT OF TX.,  PO BOX 12248,  AUSTIN, TX. 78711, ATTN; CHIEF JUSTICE
NATHAN L. HECHT, PLACE 1, ET AL.,  RE:  STATE BAR OF TX., CDC
&
INNOCENCE PROJECT OF TX., MIKE WARE & INNOCENCE NETWORK, DAVID DOW
C/O MIKE WARE, 300 BURNETT STREET SUITE 160, FORT WORTH, TX., 76102

**THE USA, VA, FBI, FTC, SBA, USDOJ, DAV, TVC, ATTY. ANDREW CASE, LATINO JUSTICE, TDCJ/UTMB, ALL INNOCENT PROJECTS/NETWORKS/RACKETEERING CRIMINAL ENTERPRISE & MIKE WARE, DAVID DOW, ANDREW CASE, LATINO JUSTIC, HOUSTON LAW CENTER, YALE UNIVERSITY, YALE LAW SCHOOL VETERANS CLINIC, MICHAEL J. WISHNIE, CONLEY MONKS JR., NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, ET AL., GESTAPO AGENTS, JOHN RICHARDS & CO-COUNSE/CONSPIRATOR, NOEL PORTNOY, STATE OF TX. AG, KEN PAXTON, TDCJ/UTMB, TX STATE BAR, CDC, TX. COMM. ON THE JUDICIARY IN COMPLICITY WITH OTHER RACKETEERING CRIMINAL CONSPIRATORS PERNICIOUS COVERT "BLACKLISTING" AND "SANCTIONS" AGAINST ROBERT TREVINO AND FAMILY IN FUTHERANCE OF NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, GASLIGHTING, OUTRIGHT FRAUD, CRIMINAL OPPRESSION. RETALIATION, SYSTEMATIC INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND DEMAND FOR IMMEDIATE APPEARANCE BEFORE US SUBCOMMITTEE ON CRIME TO LAUNCH AN "UNBIASED" CRIMINAL INVESTIGATION INTO THE "HANG EM HIGH" TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG LIES" AND "ZERO EVIDENCE" ON PRETEXT OF JUSTICE AGAINST HIGLY DECORATED PARALYZED HISPANIC FOREIGN WAR HERO VETERAN AND POLITICAL PRISONER, ROBERT <u>TREVINO & COVER-UP/WHITEWASH WITH IMPUNITY IN FIRST DEGREE!!!</u>**

**SEE ADDITIONAL SUPPORTING UNDISPUTED EVIDENCE FROM TEXAS CUBAN REPRESENTATIVE MANO DE AYALA, AKA, "ANCHOR BABY" & WHITE SUPREMACIST NEO-NAZI "WANT -TO BE!" FOR CONTINUING "BIG LIES" THAT HE HAS NO JURISDICTION TO CLEAN UP TEXAS. DEAYALA IS A "PROUD TEXAS MIRACLE LIVING THE AMERICAN DREAM" IN THE LAND OF BOUNDLESS OPPORTUNITIES!" BRINGING WITH HIM CORRUPT GOVERNANCE TO NEW ARTFORM & WEAPONIZING HIS LAW DEGREE & OFFICIAL OFFICE TO UNJUSTLY ENRICH HIMSELF TO EVERY POSIBLE WAY AS A "PRIVILEGE TO HIS OFFICE" & DELIBERATELY MALICIOUSLY SUBJECTING THE MOST VULNERABLE IN OUR SOCIETY TO "AMERICAN NIGHTMARE" & "TWILIGHT ZONE" IN VIOLATION OF OUR NATIONS SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND AND IN BLATANT VIOLATION OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS AS WELL AS INTERNATIONAL LAW AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AS OVERWHELMING UNDISPUTED EVIDENCE SUPPORT ROBERT TREVINO & FAMILY.**

TO DATE, TDCJ, TX REPRESENTATIVE DE AYALA, ATTORNEY **ANDREW CASE WITH LATINO JUSTICE** ANOTHER SHAM NON-PROFIT CRIMINAL ENTERPRISE, GESTAPO AGENTS ATTORNEY JOHN RICHARDS AND NOEL PORTNOY AND OTHERS HAVE BLATANTLY BETRAYED US AND FLIPPED/FLOPPED POSITIONS AND ARE TRYING TO OVER-KILL AND CONTINUE TO CRIMINALLY OPPRESS AND DEFRAUD US AND COERCE AND EXTORT HUNDREDS OF DOLLARS TO GIVE TO THEIR EQUALLY HOMICIDAL CORRUPT AND RACIST CRONIES WITH THE TX. REPRESENTATIVES, FROM TDCJ AND MANO DE AYALA UNDER ERRONIOUS GUISE OF COST FOR ROBERT'S MEDICAL RECORDS WHICH ANDREW CASE FROM LATINO JUSTICE AGREED TO SECURE FOR US AT HTHEIR EXPENSE. HOWEVER, ANDREW CASE FROM LATINO HAS, LIKEWISE, BEEN BRIBED TO FLIP/FLOP POSITIONS

CRIMINALLY OPPRESS US TO PROTECT THE STATE AND REVICTIMIZE US. THEY ARE COVERING UP TO HINDER THE PROSECUTION OF THE TEXAS OFFICIALS, GESTAPO AGENTS, ANDREW CASE, JOHN RICHARDS AND NOEL PORTNOY THAT HAVE WEAPONIZED THEIR LAW DEGREES AND GOVERNMENT OFFICES TO CONTINUE TO CORRUPT THE PROCESS, HARASS, EXPLOIT, CRIMINALLY OPPRESS AND TAMPER WITH THE WITNESS/VICTIM AND TRYING TO COERCE ME INTO PAYING PERPETRATORS THAT ASSASSINATED ROBERT OVER $800.00 THAT CASE AND LATINO JUSTICE AGREED TO PAY FOR TDCJ AUTOPSY REPORT AND ROBERT'S MEDICAL RECORDS AND WHICH AUTOPSY REPORT IS SUPPOSE TO BE FREE AND SO SHOULD ROBERT'S MEDICAL RECORDS WHICH THEY ALSO CONCEALED, WITHOUT OBJECTIONS FROM ATTORNEY RICHARDS, FROM THE HOUSTON FEDERAL COURT ON WHC, MRIS TO VA HOSPITAL, ALONG WITH THE STATE'S STAR WITNESS CONFESSION EXONERATING ROBERT OF ANY CRIME AND IMPLICATED OFFICIALS, DA STEVE MARSHALL AND OFFICER BILLIE WIGGINS THAT HAD CONCOCTED AND FABRICATED THE BOGUS ALLEGATIONS AND IN COERCING, HIM, PATRICK LANKFORD AND HIS GANG MEMBERS INTO MAKING THE FALSE TESTIMONY AGAINST ROBERT OR FACE HARSH PROSECUTION ON THEIR PENDING STAUTORY RAPE OF A 12 YEAR OLD AND FELONY BURGLARIES  WITH LONG PRISON SENTENCES IF THEY DIDN'T GO ALONG WITH SHAM TRIAL BY RAGE. RICHARDS, LIKEWISE, CONCEALED THE ILL-FATED RETALITORY ILLEGAL FORCIBLE TRANSFER OF ROBERT TO WORSE OVER-CROWDED, UNDERSTAFFED UNSANITARY LIFE-THREATENING ISOLATED AND SECLUDED ILL-EQUIPTED INADEQUATE MONTFORD PSYCHIATRIC UNIT TO BE FURTHER ISOLATED AND SECLUDED TO SECRETLY CARRY OUT ACELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO PLOT.  RICHARDS REFUSED TO OBTAIN PROTECTIVE ORDER FROM THE FEDERAL COURT OR EVEN INVESTIGATE WHO GAVE THE ILLEGAL DIABOLICAL ORDER TO FORCIBLY TRANSFER ROBERT TO DUNGEON AND DEATH-TRAP BECAUSE OBVIOUSLY RICHARDS AND PORTNOY WERE ACTING AS GESTAPO AGENTS AND WERE PRIME SUSPECTS, BRIBED TO SABOTAGE EXONERATION . ALSO, WE BELIEVE THAT THE CYMF, ICU WARDEN AND TDCJ DIRECTOR ALSO A PARTY TO THE FEDERAL WHC, MRIS AND WHO HAD BOTH REPEATEDLY THREATENED ROBERT AND I ABOUT A WEEK BEFORE HE WAS ASSASSINATED TO SABOTAGE WHC, MRIS AND EXONERATION TO DEFRAUD ROBERT OF MILLIONS OF DOLLARS IN FAIR COMPENSATION FOR WRONGFUL IMPRISONMENT AND TWILIGHT ZONE AND MAKE MOCKERY OUT OF THE PETITIONERS. TDCJ , LIKEWISED, BRIBED AND GOT TDCJ/UTMB "PHANTOM" DOCTOR TO, LIKEWISE, WEAPONIZED HIS MEDICAL DEGREE TO REPEATEDLY ILLEGALLY DENY ROBERT'S RELEASE ON MRIS TO VA HOSPITAL TO SABOTAGE OUR QUEST TO SAVE ROBERT'S LIFE AND "ESCAPE" JUSTICE.  IN SPITE OF THE PENDING FEDERAL WRIT OF HABEAS CORPUS FOR SAME.  ALSO, EVEN THOUGH THE TDCJ COULD NOT GIVE A DIAGNOSES OR PROGNOSES TO ROBERT'S MULTIPLE LIFE-THREATENING MEDICAL CONDITION, THE VA CONTINUE TO BLATANTLY REFUSE TO EVALUATE ROBERT OR HELP IN THE MRIS BUT MERELY SAID ROBERT WAS ELIGIBLE FOR VA HOSPITAL CARE. HOW CAN ANYBODY ADEQUATELY TAKE CARE OF ROBERT IF THEY DO NOT KNOW HIS DIAGNOSES OR PROGNOSES BUT BLATANTLY REFUSED TO RELEASE ROBERT TO VA HOSPITAL.  TDCJ/UTMB WERE MERELY INADEQUTELY SUPERFICIALLY TAKING CARE OF SYMPTOMS BUT NEGLECTING UNDERLYING CAUSE AND THAT WAS ONE OF THE MANY REASONS WHY ROBERT'S MEDICAL CONDITION

HAD DETERIORATED AND WAS LIFE-THREATENING.  FURTHERMORE, **PHANTOM DOCTOR WEAPONIZED HIS MEDICAL DEGREE** LIKE ATTORNEYS WEAPONIZED THEIR LAW DEGREES AND EXECUTED DIABOLICAL SCHEME TO ERADICATE ROBERT AND HAD HIM ILLEGALLY FORCIBLY REMOVE FROM THE ICU SECTION OF CAROL YOUNG MEDICAL FACILITY IN CRITICAL LIFE-THREATENING MEDICAL CONDITION FROM HIS MULTIPLE LIFE-THREATENING MEDICAL PROBLEMS THAT WERE BEING MONITERED 24/7 AND FIVE MINUTES AWAY FROM NEAREST ER HOSPITAL TRUAMA CENTER TO CERTAIN DEATH AT THE WORSE INSANE ASYLUM IN THE WORLD ISOLATED AND SECLUDED AND ONE LONG HOUR AWAY FROM THE NEAREST ER TRAUMA HOSPITAL CENTER. THE LAST PLACE ROBERET NEEDED TO BE IS IN AN ILL-EQUIPTED, IMPROPER AND DANGEROUS TDCJ UNIT AND GESTAPO AGENTS BLATANTLY REFUSED TO SAVE HIS LIFE AND CONCEALED EVERYTHING FROM THE FEDERAL COURT JUDGES REVIEWING WRIT OF HABEAS CORPUS FOR WRONGFUL IMPRISONMENT AND ILLEGALLY REPEATEDLY DENYING ROBERT RELEASE ON MRIS.
KNOWING FULL WELL THAT ROBERT SUFFERED FROM SEVERE BRAIN DAMAGE, SUDDEN REPEATED AND RECURRING LIFE-THREATENING EPILEPTIC SEIZURES, DEMENTIA, PARALYSIS, PERIPHERAL NEUROPHATHY OF UPPER AND LOWER EXTREMITIES, COMPROMISED CRITICAL ISCHEMIC HEART CONDITION, SEVERE NERVE DAMAGE, PAIN AND SUFFERING AS A RESULT OF CONCUSSION BLAST HEAD INJURY AND BEING SHOT IN THE HEAD, AND EXTENSIVE EXPOSURE TO AGENT ORANGE AND OTHER EXTREMELY DANGEROUS HERBICIDES, ALSO NEGLECTED PROTUDING BASKETBALL SIZE HERNIA THAT WAS LIFE-THREATENING BY ITSELF EVEN TO THE HEALTHIEST PERSON AND ROBERT WAS NOT THE HEALTHIEST PERSON AND WAS 76 YEARS OLD THAT FURTHER DANGEROUSLY INCREASED HIS CHANCES OF MORTALITY AND WAS ALSO CONTRIBUTING TO OTHER RECURRING LIFE-THREATENING BOWEL OBSTRUCTIONS, COMPROMISED IMMUNE SYSTEM, RECURRING DANGEROUS INFECTIONS,CHRONIC CONSTIPATION, AND FURTHER WEAKENING HIS ALREADY COMPROMISED ISCHEMIC HEART CONDITION AND BRAIN DAMAGE.  IN SHORT, ROBERT WAS IN A **RUSSIAN ROULETTE** LIFE-THREATENING MEDICAL CONDITION.  TO MY SHOCK, DISBELIEF AND OUTRAGE TDCJ/UTMB, THE TDCJ/CYMF, ICU, CYMF WARDEN THAT TRAUMATIZED ME AND ROBERT AS AN EXCUSE TO REMOVE ME FROM VISITATION LIST IN RETALIATION AND IN AN EFFORT TO JUSTIFY HER ILLEGALLY DENYING US VISITATIONS ON ERRONEOUS GUISE THAT ROBERT HAD REMOVED ME FROM THE VISITATION LIST AND AS A DECOY AND CAMOUFLAGE TO CONCEAL ACELERATED PREMEDITATED ASSASSINATION PLOT, TDCJ STATE OFFICIALS, GESTAPO AGENTS, JOHN RICHARD AND NOEL PORTNOY WERE COVERTLY COMPLICIT IN AND CONCEALED FROM THE FEDERAL JUDGE AND REFUSED TO GET RESTRAINING ORDER BECAUSE OF HIS BETRAYAL, FLIP/FLOPPED POSITION, BRIBERY TO DEFRAUD ROBERT OF MILLIONS IN COMPENSATION AND EXONERATION.  THEY HAD ROBERT ILLEGALLY FORCIBLY TRANSFERRED TO THE WORSE INSANE ASYLUM IN THE WORLD THAT WAS DANGEROUSLY OVER-CROWDED, UNDERSTAFFED, UNSANITARY AND ISOLATED AND SECLUDED AND PSYCHOLOGICALLY ABUSED AND TRAUMATIZED EVEN THOUGH HE WAS NOT SUICIDAL OR HOMICIDAL TO ACELERATE PREMEDITATED ASSASSINATION AFTER STATES STAR WITNESS, PATRICK LANKFORD CONFESSED AND EXONERATED ROBERT OF ANY CRIME AND IMPLICATED THE OFFICIALS, DA AND POLICE OFFICER AND OTHER CRIMINAL CONSPIRATORS. PATRICK WAS "SINGING LIKE A CANARY." AND CONFESSED THAT THE DA AND POLICE OFFICER WIGGINS COERCED HIM AND HIS GANG OF DEVIL WORSHIPERS AND VIOLENT CRIMINAL ACTIVITIES UNDER THE

THREAT OF HARSH PROSECUTION ON STATUTORY RAPE OF 12 YEAR OLD AND
BURGLARIES WITH LONG PRISON SENTENCES IF HE DIDN'T FALSELY TESTIFY AGAINST
ROBERT.  MOST OF PATRICKS CONFESSION IS CORROBORATED IN THE COURT
TRANSCRIPS, SECOND GRAND JURY INDICTMENT THAT WAS PARTIALLY RECANTED
"TO HALF A LIE."  WITH "ZERO EVIDENCE" AND RED FLAGS WERE IGNORED AND
OVER-LOOKED IN FURTHERANCE OF THE MALICIOUS PERSECUTION AND WRONGFUL
CONVICTION AND SUBSEQUENT ACELERATED PREMEDITATED ASSASSINATION AND
CONTINUED COVER-UP.  TO DATE, WE CONTINUE TO BE ILLEGALLY DENIED ROBERT'S
FULL MEDICAL RECORDS, AUTOPSY REPORTS AND THE NAME OF **PHANTOM DOCTOR**
THAT, LIKEWISE, WEAPONIZED MEDICAL DEGREE, AND UNFIT TO BE A VETERINARIAN,
LIKE, OFFICIALS AND GESTAPO AGENTS WEAPONIZED LAW DEGREES AND EQUALLY
UNFIT FOR THE PRACTICE OF LAW AND THE STATE BAR OF TEXAS CDC IS ALSO AIDING
AND ABETTING THEM, HINDERING THEIR PROSECUTION AND HARBORING THEM
ERRONEOUSLY CONTINUING TO SPREAD AND FACILITATE **"BIG LIES"** THAT THEY
HAVE NO JURISDICTION IN FURTHERANCE OF WRONGFUL IMPRISONMENT AND
ASSASSINATION OF ROBERT AND TO CONTINUE NORMALIZATION OF STIGMATIZED
DISCRIMINAT, HARASSMENT , RETALIATION, CORRUPTION,  AND MARGINALIZE
PETITIONERS IN VIOLATION OF OUR CIVIL AND HUMAN RIGHTS, DENY US EQUAL
REPRESENTATION, EQUAL PROTECTION AND EQUAL ACCESS TO JUSTCE, RIDICULE
AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  PERPETRATORS,
TX.,BAR CDC AND OTHERS HAVE RAISED THE NORMALIZATION OF STIGMATIZED
DISCRIMINATION, CORRUPTION, OUTRIGHT FRAUD, CRIMINAL OPPRESSION,
GASLIGHTING, SYSTEMATIC INJUSTICE, GANG-RAPE OF JUSTICE IN AMERICA TO NEW
ARTFORM IN FURTHERANCE OF  **"BLACKLISTED"** AND **"SANCTIONED"AND**
AMERICAN PARALYZED HISPANIC HERO OF FOREIGN WAR AND POLITICAL PRISONER
ROBERT TREVINO AND FAMILY, LIKE **NORTH KOREAN, KIM JUNG-UN,** AS IF WE WERE
"PUBLIC ENEMY NO. ONE," TROUBLEMAKERS TO DEFRAUD, CRIMINALLY OPPRESS,
RETALIATE AND SYSTEMATIC INJUSTICE AND HINDER THE PROSECUTION OF
CRIMINAL CONSPRIATORS AND HARBORING THEM AND ERRONIOUSLY ALLEGING
THEY HAVE NO JURISDICTION TO CLEAN UP TEXAS AND FURTHER ENDANGER OUR
LIVES BY  DEMONSTABLY MAKING US FEND FOR OURSELVES AGAINST THE FOAMING
AT THE MOUTH BLOOD THIRSTY BEAST OF PREY  IN SHEEP CLOTHING. AMERICAN
HISPANIC FOREIGN WAR HERO AND DISABLED VETERAN, ROBERT TREVINO AND
FAMILY HAVE BEEN SHAMEFULLY AND DIABOLICALLY BETRAYED BY OUR
GOVERNMENT, VA, FBI, USDOJ, ET.AL, THAT HE COURAGELY RISKED HIS LIFE TO
DEFEND AND PAID A VERY HIGH PRICE AND IN BLATANT VIOLATION OF OUR NATIONS
SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILES BEHIND AND TO
AFFORD US THE EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS
TO JUSTICE AND EQUAL OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM AS
GUARENTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND
OUR BILL OF RIGHTS. HOWEVER, OUR NATION HAS FORGOTTED THEIR PROMISE AND
LEFT BEHIND  AMERICAN WAR HERO AND PARALYZED HISPANIC VETERAN ROBERT
TREVINO AND FAMILY AND MALICIOUSLY SUBJECTED TO THE **"AMERICAN
NIGHTMARE"** AND **"TWILIGHT ZONE."** TO BEGIN THE PROCESS OF
**"ETHNIC CLEANSING AND GENOCIDE!"**  THE UGLY CASE SCENARIO OF THE HANG EM
HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG LIES" WITH
"ZERO EVIDENCE" ON PRETEXT OF JUSTICE AGAINST HIGHLY DECORATED PARALYZE
HISPANIC VETERAN AND POLITICAL PRISONER AND SUBSEQUENT ACELERATED

PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND FAMILY IS THE SINGLE MOST GREATEST SYMBOL OF THE ALARMING ERUPTION OF PERPETUAL NEO-NAZISM AND WHITE SUPREMACIST PERPETUAL COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE IN USA AND GENOCIDAL MAFIA STATE. THE PERPETRATORS ARE GUILTY OF MANY FELONIES, ATROCITIES AND INHUMANITIES . .

THE LOCAL, STATE AND FEDERAL GOVERNMENT OFFICIALS, INCITED, ENCOURAGED AND ARMED WITH THE ILLEGAL AND **IMMORAL RACIST GOVERNMENT QUALIFIED IMMUNITY DOCTRINE THAT VIOLATES AND UNDERMINDS THE CONSTITUTION OF THE UNITED STATES OF AMERICA. GQI DOCTRINE IS SELF-SERVING, IS A LICENCE TO LITERALLY GET AWAY WITH COLD-BLOODED MURDER AND A GET OUT OF JAIL FREE CARD AND MAKES THE PERPETRATORS ABOVE THE LAW. HOWEVER, NO ONE IS SUPPOSE TO BE ABOVE THE LAW IN THE USA. IT IS DESTROYING OUR COUNTRY AND TURNING IT INTO A DISTATORSHIP AND SENDING MINORITIES BACK TO THE DARK STONE AGES AND AMERICAN NIGHTMARE AND TWILIGHT ZONE. MINORITIES ARE BEING SIMILARLY RAILROADED WITH IMPUNITY EVERYDAY ALL DAY LONG AND WE HAVE THE MOST MASS INCARCERATION IN THE WORLD, INCLUDING CHINA WITH THREE TIMES THE POPULATION. THESE SHAM NON-PROFIT CRIMINAL ENTERPRISES ARE INGENIOUSLY INTERCEPTING MULTIMILLIONS OF DOLLARS SOLICITED UNDER THE ERRONEOUS GUISE OF REFORMING SYSTEM OF JUSTICE, AFFORD DISTRESS MINORITIES AND VETERANS EQUAL ACCESS TO JUSTICE AND EXONERATIONS AND FREEDOM FROM WRONGFUL IMPRISONMENTS, HOWEVER, THEY ARE SABOTAGING THE MISSION AND UNJUSTLY ENRICHING THEMSELVES AND THEIR CRONIES, MEANWHILE, DENY ACCESS TO JUSTICE TO THOSE THEY PURPORTED TO ASSIST AND SPORADICALLY EXONERATE SOMEONE AND BEGING THE CYCLE AGAIN OF ENGAGING IN ILLEGAL SCHEMES TO GENERATE MORE INCOME FOR THEMSELVES, CRONIES AND OTHERS THROUGH A PATTERN OF RACKETEERING ACTIVITIES, BRIBERIES, EXTORTION, FAVORS, CAMPAIGN CONTRIBUTIONS, IMPROPER INFLUENCE AND PROTECTION, OTHER SHAM DUMMY CORPORATIONS, IN SPITE OF THE WIDESPREAD CORRUPTION, MASS INCARCERATIONS AND GENOCIDE OF THOUSANDS OF INNOCENT MINORITIES IN ILLEGAL CUSTODY, PERPETRATORS CONTINUE TO RECEIVE MULTIMILLIONS TO LINE THEIR OWN POCKETS AND THOSE CRONIES IN THEIR ORBIT. PERPETRATORS HAVE CONTROL OF THE MEDIA FOR AIDING AND ABETTING IN THE CRIMINAL CONSPIRACY SCHEME TO ILLEGALLY GENERATE PUBLICITY STUNTS, FANFARE AND EVEN HIRE THE EXONEREE TO HIDE AND CAMOUFLAGE THEIR BEHAVIORS, GASLIGHTING, EXPLOITING, EMBEZZLE, MISDIRECT, LAUNDER, PAYING FOR PROTECTION, BRIBES AND FAVORS TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE SUPPOSEDLY EXONERATING WHEN IN REALITY THEY ARE KILLING MORE INNOCENT MINORITIES THAT THEY ARE HELPING.**

**THE TREVINO CASE** CAN BEST BE DESCRIBED AS A 1600 CENTURY SALEM WITCH TRIAL SINCE DURING THE 1980'S -1990'S CHILDREN WERE BEING COERCED TO LIE BY RACIST AND CORRUPT VENDICTIVE GOVERNMENT OFFICIALS TO GET RID OF THOSE THEY CONSIDERED"TROUBLEMAKERS." LIKE, HISPANICS, ELDERLY, DISABLED, SEX, RACE, COLOR, AND OTHER DISADVANTAGES THAT MADE US MORE VULNERABLE TO EXPLOITATION AND ABUSE, LIKE IN ROBERT TREVINO AND FAMILY. CASE. THESE

DOMESTIC TERRORIST GOVERMENT OFFICIALS AND OTHERS ALSO WANTED TO CREATE "HYSTERIA" BY FEEDING RED MEAT TO THE MEDIA AND THEIR POLITICAL SUPPORTERS TO SKYROCKET THEIR POLITICAL CAREERS AND RAISE MEGA-MILLIONS IN FUNDING TO UNJUSTLY ENRICH THEMSELVES TO THE DETRIMENT AND DEMISE OF ROBERT, AND OTHER MINORITIES SIMILARLY SITUATED AND TO SILENCE US FOR EXERCISING OUR GOD GIVER RIGHT TO FREE SPEECH AND RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCE. THE DA, STEVE MARSHALL AND POLICE OFFICER BILLIE WIGGINS THAT HARBORED A VICIOUS POLITICAL VENDETTA BORN OF EXTREME HATRED AND PREJUDICE AGAINST ROBERT FOR SUCCESSFULLY CAMPAIGNING FOR THE RESIGNATION OF THE CHIEF OF POLICE, TED GARBER, WHO WIGGINS WAS HAVING AN AFFAIR WITH AND WAS HER BOSS AND LOVER. THEY COERCED A GANG OF VIOLENT JUVENILE DELINQUENTS THAT WERE UNDER MANDATORY PSYCHIATRIC TREATMENT FOR THEIR ANTI-SOCIAL PERSONALITY DISORDERS, DRUGS, CRIMINAL ACTIVITIES AND PSYCHOPATHIC CRIMINAL MIND AND BEHAVIORS TO MAKE DEMONSTRABLE "BIG LIES" WITH "ZERO EVIDENCE" AGAINST ROBERT ON PRETEXT OF JUSTICE OR THEIR RING-LEADER, PATRICK LANKFORD AND CHRISTOPHER WILLIAMS WOULD BE HARSHLY PROSECUTED ON THEIR PENDING FELONY CHARGES  WITH LONG PRISON SENTENCE. ON STATUTORY RAPE OF 12 YEAR OLD AND FELONY BURGLARIES, WHICH PATRICK LATER CONFESSED AND EXONERATED ROBERT OF ANY WRONGDOING AND IMPLICATED THE DA, STEVE MARSHALL AND OFFICER WIGGINGS. PATRICK'S CONFESSION IS CORROBORATED BY TRIAL TRANSCRIPTS AND THE STATE'S OWN EXPERT DOCTOR THAT TESTIFIED SHE HAD FOUND NO EVIDENCE OF ANY SEXUAL TRAUMA AND THE DEMONSTRABLE FALSE QUACKERY AND FICTITIOUS ACCUSATIONS WERE CONCOCTED THE THE DA MARSHALL AND POLICE OFFICER WIGGINS. THE USDOJ, FBI.WAS PROBING TREVINO CASE AS A RESULT OF MY CALLING THEM EVERYDAY PROTESTING THE EQUALLY DEMONSTRABLE  SHAM TRIAL BY RAGE AND LAUNDRY LIST OF CIVIL AND HUMAN RIGHTS VIOLATION AND HANGING JUDGE GENE KNIZE ACTING MORE LIKE THE VENDICTIVE RACIST DA  AND TYRANNICAL REIGN OF TERROR. THE USDOJ, FBI HIRED THE DA STEVE MARSHAL CREATING AN EVEN GREATER CONFLICT OF INTEREST AND TO SABOTAGE AND OUR CIVIL AND HUMAN RIGHTS COMPLAINTS.  FURTHERMORE, THE FBI AND OTHERS DURING THE SENTENCING OF ROBERT WERE LAUGHING AND HIGH FIVING THEMSELVES AS IF THEY WERE AT A FOOTBBALL GAME, HINDERING THE PROSECUTION OF THE PERPETRATORS AND AIDING AND ABETTING THEM AND COVERING-UP FOR THEM.  THE FBI WAS ALSO SUPPOSE TO TALK TO DEFENSE ATTORNEY JOHN DIXON, WHO AFTERWARDS ALSO BETRAYED US AND HAD FLIPPED/FLOPPED POSITIONS AFTER RECIEVING OVER $30,000.00 IN ATTORNEYS FEES AND COMMITTED AGGRAVATED PERJURED TESTIMONY CONTRADICTING HIMSELF AND WHEN INEFFECTIVE AS ATTORNEY, ALLOWED TO ACT LIKE EXPERT MEDICAL AUTHORITY ERRONEOUSLY ALLEGING THAT ROBERT DIDN'T NEED A COMPETENCY CONTRARY TO THE FACTS AND HIS OWN TRIAL TESTIMONY THAT ROBERT NEEDED A COMPETENCY EXAMINATION AND ALSO CONTRARY OUR DISTINGUISHED REAL BOARD CERTIFIED AND ONLY EXPERT MEDICAL AUTHORITY ON ISSUE THAT EXTENSIVELY EXAMINED ROBERT, HIS MEDICAL RECORDS AND WITNESS TESTIMINY.

FURTHERMORE, THE INNOCENSE PROJECT/MIKE WARE, ERRONEOUSLY ALLEGED THAT THERE WAS NOTHING THEY COULD DO CONTRARY TO THEIR EXONERATION OF 75 YEAR OLD MELVIN QUINNEY, GIVING HIM HIS GOOD NAME BACK AND THAT WAS

WRONGLY CONVICTED DURING **"MORAL SATANIC PANIC."** OF THE 1980'S AND 1990'S. THEIR PERSECUTION WAS ALSO BASED ON COERCED **"BIG LIES"** OF BIZARRE CHILD SEX ABUSE WITH **"ZERO EVIDENCE"** BY ILL-GUIDED ADULTS.  HOWEVER, THE FICTICIOUS QUACKERY WERE NOT CONCOCTED BY THE ROGUED DA AND POLICE THAT WERE EXECUTING A VICIOUS POLITICAL VENDETTA BORN OF EXTREME HATRED AND PREJUDICE. AND CLEARLY UNDOUBTEDLY FALSE.  IN FURTHERANCE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, CRIMINAL OPPRESSION, FALSE IMPRISONMENT, OUTRIGHT FRAUD, PERNICIOUS SYSTEMATIC INJUSTICE AND GENOCIDE, WARE MALICIOUSLY REFERRED ME TO ATTORNEY ROBERT UDASEN, WHO LIKEWISE, GASLIGHTING DEFRAUDED ME OUT OF $15,000.00 AND DID ABSOLUTELY NOTHING TO EARN ANY PART OF IT AND THE STATE BAR, LIKEWISE, PROTEDTED AND AIDED AND ABETTED THEM AND ALSO, LIKEWISE, SABOTAGED MY SMALL CLAIMS CASE AGAINT UDASEN AND THE OTHER CORRUPT AAND RACIST ATTORNEYS AND "CON ARTIST."  I WAS DEFRAUDED OUTOF HUNDREDS OF THOUSANDS OF DOLLARS AND ALL ERRONIOUSLY ALLEGED THAT THERE WAS NOTHING THEY COULD DO AFTER THEY SWINDLED ME.  THE STATE BAR OF TEXAS CDC, LIKEWISE, AIDED AND ABETTED IN THE CRIMINAL OPPRESSION AND OUTRIGHT FRAUD WHILE ROBERT LANGUISHED IN UNLAWFUL IMPRISONMENT IN LIFE-THREATENING CRITICAL MEDICAL CONDITION.  LATER, I FOUND OUT THAT UDASEN WAS ON THE BOARD OF DIRECTORS FOR THE INNOCENCE PROJECT AND THAT MIKE WARE, DIRECTOR, DELIBERATELY SEND ME TO UDASEN ONLY TO BE RETALIATED, EXPLOITED AND CRIMINALLY OPPRESSED AND TO PERNICOUSLY COVERTLY ATTEMPTED PSYCHOLOGICAL MURDER. I HAD TAKEN A HOME EQUITY LOAN TO TRY TO HELP ROBERT AND MIKE WARE WANTED TO SILENCE US.  MIKE WARE AND DAVID DOW KILL MANY MORE PEOPLE THAN THEY EXONERATE.  OUR GOVERNMENT KEEPS LAUNDERING MEGA-MILLIONS TO THESE GANGSTERS AND ARE AIDED AND ABETTED IN THE CRIMINAL CONSPIRACY WITH GESTAPO AGENTS, JOHN RIICHARDS AND NOEL PORTNOY SUPPOSEDLY TO REFORM AND PREVENT WRONFUL CONVICTIONS. HOWEVER, WRONGFUL CONVICTIONS AND MASSIVE INCARCERATIONS IN MODERN DAY DEATH-TRAPS HAVE SKYROCKETED, INSPITE OF THE MILLIONS OF SUSPICIOUS DEATHS IN CUSTODY AND THAT DOESN'T INCLUDE THE WRONGFUL NUMEROUS EXECUTIONS OF RETARDED AND/OR INNOCENT MINORITES MALICIOUSLY PERSECUTED, SUCH AS ROBERT TREVINO CASE AND COVER-UP WITH IMPUNITY. JOHN RICHARDS, ALSO TOOK UNFAIR ADVANTAGE OF MY DISTRESSED STATE OF MIND AND SABOTAGED ROBERT'S CASE BY NOT APPEALING TO THE US SUPREME COURT IN A TIMELY MANER TO HINDER THE PROSECUTION OF THE PERPETRATORS AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  THE STATE BAR OF TEXAS , LIKEWISE, CONTINUES TO PROTECT THE PERPETRATORS AND ALLOWED THEM TO OFFICIALLY ABANDONED US AFTER SABOTAGING ALL OUR CASES, INCLUDING THE WRONGFUL DEATH OF OUR OTHER BROTHER, JUAN, BY THE SAME PERPETRATORS THAT ASSASSINATED ROBERT AND JOHN RICHARDS AND NOEL PORTNOY IN COMPLICITY WITH THE USDOJ FBI, FEDERAL, STATE AND LOCAL OFFICIALS TO CRIMINALLY OPPRESS ROBERT AND TO ACELERATE PREMEDITATED ASSASSINATION. OF ROBERT.  THEY HAD ROBERT ILLEGALLY AND DIABOLICALLY TRANSFERRED AND ISOLATED AND SECLUDED AT THE WORST INSANE ASYLUM IN THE WORLD AND CONCEALED FROM THE FEDERAL COURT WHERE HE HAD ANOTHER WRIT OF HABEAS CORPUS FILED  FOR ILLEGALLY DENYING ROBERT RELEASE ON MRIS TO VA HOSPITAL TO SAVE HIS LIFE THEN SABOTAGED CASE AND OFFICIALLY ABANDONED US AND

DEFRAUD ROBERT OUT OF MILLIONS OF DOLLARS FOR THE MALICIOUS WRONGFUL IMPRISONMENT AND SUPPRESSED PATRICK'S CONFESSION EXONERATING ROBERT AND IMPLICATING THE NEO-NAZIS.MALICIOUSLY INDUCING ME INTO SUFFERING A NEAR FATAL STROKE.AND MAKING ROBERT AND I THE SCAPEGOATS FOR THE PERNICIOUS HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR.

THEY HAD ALLOWED ROBERT WITH TBI, PTSD, ISCHEMIC HEART CONDITION AND OTHER DEBILITATING DISABILITIES EXPECTED ROBERT TO FEND FOR HIMSELF,AND BLATANTLY REFUSED TO APPOINT HIM AN ATTORNEY SO DALLAS FEDERAL JUDGE SIDNEY FITZWATER COERCED ME TO REPRESENT ROBERT IN SPITE OF MY PROTEST THAT I WAS NOT AN ATTORNEY AND HAD MY OWN MEDICAL DEBILITATING DISABILITIES &. LIMITATIONS. FURTHERMORE, EVEN IN SPITE OF MY DOCTORS BROWN'S REPORT THAT I COULD NOT REPRESENT ANYONE OR MYSELF AND TO TAKE THESE EXCEPTIONAL CIRCUMSTANCES INTO CONSIDERATION WHEN CONSIDERING THE WRIT OF HABEAS CORPUS AND REQUEST FOR APPOINTMENT OF COUNSEL. LIKEWISE, DR. BROWN WAS ILLEGALLY IGNORED WITH IMPUNITY. AND SO WAS HER EXPERT OPINION THAT ROBERT WAS INCOMPETENT DURING THE SHAM TRAIL BY RAGE. SUBSEQUENTLY, DR. BROWN'S REPORT MIRACULOUSLY DISAPPEARED FROM THE FEDERAL COURT RECORDS. HOWEVER, LUCKILY, I FOUND MY STAMPED DATED COPY. JUDGE FITZTWATER FORCED ME TO GO BEFORE THE FIFTH CIRCUIT COURT OF APPEALS AND CHIEF JUDGE EDITH JOANS THREATENED ME WITH IMPRISONMENT AND WARNED ME. NOT TO SAY ANYTHING AGAINST JUDGE FITZWATER IN COURT ORDER. IN BLATANT VIOLATIONS OF MY FREE SPEACH. JUDGE SIDNEY FITZWATER AND EDITH JOUNES THREATENED TO IMPRISON ME IN COURT ORDER IF I EVER CALLED JUDGE FIZTWATER A RACIST AGAIN. SUBSEQUENTLY, I FILED A COMPLAINT WITH THE US COMMITTEE ON THE JUDICIARY AGAINST JUDGE JOANS FOR VIOLATING MY GOD GIVEN FREE SPEECH RIGHTS AND CIVIL AND HUMAN RIGHTS, LIKE JUDGE FITZWATER DID AND IS A FEDERAL CRIME. AND THEY CONTINUE TO DO THIS TO OTHER MINORITIES EVERY DAY ALL DAY LONG INCARCERATING MILLIONS OF MINORITIES SIMILARLY SITUATED. AFTERWARDS, KNOWING EVERYTHING THAT WAS GOING ON, UNBEKNOWN TO ME THAT ATTORNEY JOHN RICHARDS AND CO-CONSPIRATOR, NOEL PORTNOY, WERE GESTAPO AGENTS FOR THE PERPETRATORS, US, FBI, VA, STATE OFFICIALS AND AGENCIES, STATE BAR OF TEXAS, CDC, AND JUDICIARY AND PERNICIOUSLY AND COVERTLY SABOTAGED ROBERT'S CHANCE FOR FREEDOM BY FILING THE APPEAL FROM THE FIFTH CIRCUIT COURT OF APPEALS TO THE US SUPREME COURT **"UNTIMELY!" JOHN RICHARDS AND NOEL PORTNOY CONTINUED TO TAKE UNFAIR ADVANTAGE OF ROBERT, FAMILY AND I AND WITH ACTIVITIES OF GESTAPO AGENTS FOR THE PERPETRATORS AND CRIMINAL CONSPIRATORS, SHAM REPRESENTATION, DECIET, DISHONESTY AND TRICKERY, GASLIGHTING AND MAKING FALSE PROMISES OF GETTING ROBERT OUT OF PRISON, AND WOULD PERNICIOUSLY FILE LAWSUITS AGAINST THE PERPETRATORS AND CRIMINAL CONSPIRATORS THEN WOULD, LIKEWISE, PERNICIOUSLY SABOTAGE THE LAWSUITS. ALLOWING THE PERPETRATORS TO "ESCAPE" TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY AND MAKING ROBERT AND I "SCAPEGOATS" FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR, RIDICULING US AND MAKING LAUGHING STOCKS OF ROBERT AND I.. AFTER THE LANKFORD CONFESSION, JOHN RICHARDS AND PORTNOY CONCEALED THE INFORMATION FROM THE FEDERAL JUDGE HEARING WRIT OF HABEAS CORPUS FOR ILLEGALLY**

DENYING ROBERT RELEASE ON MRIS AND FURTHER ENGAGED IN A CRIMINAL CONSPIRACY SCHEME WITH THE FBI, VA, STATE DEFENDANTS AND TDCJ AND OTHERS WITH DEFENDANTS TO BIG TO JAIL STERLING MCCALL FORD DEALERSHIPR DEFENDANTS AND BRIBED ARAMBULA, AKA, "PINOCCHIO" QUACKERY IN OPPOSITION TO DR. BROWN'S PROFESSIONAL REPORT THAT HAS TREATED ME FOR OVER 30 YEARS AND HER OPINION SUPPORTED THAT MY PTSD, CHRONIC ANXIETY  WAS IMPARED, WAS NOT ALLOWED TO LEAVE AND SUBJECTED TO UNFAIR HARD SALES TACTICS AND UNDER DURESS WHEN I WAS COERCED INTO WRITING THEM A $1000.00 CHECK AND INTO SIGNING THE UNFAIR DETRIMENTAL ILLEGAL CONTRACT.  ARAMBULA, PINOCCHIO, MADE REPEATED INJURIOUS QUACKERY AND AGGRAVATED PERJURED ALLEGATIONS WITHOUT EVER TESTING ME, INTERVIEWING ME IN BLATANT VIOLATION OF ETHICS AND THE LAW AND WAS JUST MAKING UP FICTITIOUS AND ERRONEOUS TALL-TAILS ABOUT THE VA TREATMENT OF ME AND ABOUT MY VA RECORDS WITHOUT MY AUTHORIZATION AND WITHOUT ANY LEGAL ACCESS TO MY VA RECORDS OR DOCTORS. FURTHERMORE, TO FURTHER APPEASE HIS UNSCRUPULOUS CLIENTS , FBI, STATE OFFICIALS THAT RAILROADED ROBERT, ARAMBULA CONTINUED TO FREELY WITHOUT OBJECTION, MAKE OTHER IRRELAVANT BUT MORE AGGRAVATED PERJURED TESTIMONY AGAINST ROBERT TO APPEASE THE STATE AND OTHERS WHO HAVE UNJUSTLY ENRICHED ARAMBULA BY BRIBEING HIM TO SEND MINORITY INDIGENT INMATES WITHOUT ATTORNEYS TO DEATH ROW OR LONG PRISON SENTENCES AND STATED THAT BECAUSE THE APPEALS COURT UPHELD ROBERT'S CONVICTION HE WAS GUILTY AND WERE HE BELONGED.  I WAS OUTRAGED AND PROTESTED THAT T HE JUDICIAL BENCH WAS PACKED WITH JUDGES THAT HAVE ABOUT AS MUCH COMPASSION AND COMMITTMENT TO THE CIVIL AND HUMAN RIGHTS LAWS AS ADOLF HITLER HAD FOR THE JEWS!  GESTAPO AGENT JOHN RICHARDS DID NOT WANT TO ATTACK HIM ON PREVIOUS CASES WHERE HE HAD BEEN CHASTIZED BY JUDGE FOR MAKING IRRELEVANT STATEMENTS THAT HAD NOTHING TO DO WITH THE CASE, JUST LIKE HE DID IN SHAM TRIAL BY RAGE IN MY CASE WITH IMPUNITY IN THE FIRST DEGREE. GESTAPO AGENT JOHN RICHARDS AND PORTNOY  IN CRIMINAL CONSPIRACY SCHEME, AFTER PATRICKS CONFFESSION EXONERATING ROBERT OF ANY WRONG DOING AND IMPLICATING THE DA AND OTHERS OF CONCOCTING THE FICTITIOUS ALLEGATIONS AGAINST ROBERT, WERE NOT GOING TO HELP EXONERATE ROBERT TO DEFRAUD HIM FROM OVER 2 MILLION DOLLARS FOR WRONGFUL IMPRISONMENT PLUS SEVERAL MILLION IN ADDITION FOR PROSECUTORIAL AND POLICE MISCONDUCT AND CONCEALED THE VITAL INFORMATION FROM HOUSTON FEDERAL COURT JUDGE AND HAD REFUSED TO REQUEST A RESTRAINING AND PROTECTIVE ORDER TO GET ROBERT OUT OF THE WORLDS WORST INSANE ASYLUM INTO A MEDICAL HOSPITAL FOR EMERGENCY TREATMENT AND INSTEAD SABOTAGED FEDERAL AND MY CIVIL CASE THEN INGENIOUSLY WITHDREW LEAVING ROBERT IN ISOLATION AND SECLUSION IN WORST INSANE ISYLUM IN THE WORLD TO ACELERATE PREMEDITATED ASSASSINATION AND KNOWING OF HIS CRITIAL RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION.  ALL THE PERPETRATORS, INCLUDING THE INNOCENT PROJECT, WANTED ROBERT DEAD AND DID NOTHING TO TRY TO SAVE HIS LIFE AND CONTINUE TO BRUTALLY RETALIATE, PERNICIOUS DENIAL OF MY FULL VA MEDICAL AND FINANCIAL COMPENSATION FOR MY DETERIORATING

DEBILITATING DISABILITIES, WHICH THEY HAVE MALICIOUSLY PERNICIOUSLY CONTRIBUTED TO IN EFFORT TO PSYCHOLOGICALLY MURDER AND FOREVER, SILENCE ME, LIKE THEY INGENIOUSLY PERNICIOUSLY ACELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND DEPRAVED HEART MURDER OF OUR BELOVED MOTHER AND JUAN, AND PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE IN FURTHERANCE OF ETHNICITY CLEANSING/GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY.

THE ALLEGED NONPROFIT MULTI-MILLION DOLLAR CRIMINAL ENTERPRISES, LIKE THE INNOCENCE PROJECTS/NETWORKS, THEIR UNIVERSITIES AND PROFESSORS, MIKE WARE AND DAVID DOW. THEY SHOULD BE DISBARRED FROM THE PRACICE OF LAW AND HARSHLY PROSECUTED AND SENTENCED TO LIFE BEHIND BARS FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR. INSTEAD, THEY ARE BEING UNJUSTLY ENRICHED, ALONG WITH OTHERS, WITH "MAD BLOOD MONEY" AND PROBABLY LAUNDERING MILLIONS AND PAYING BRIBES TO OFFICIALS TO LOOK THE OTHER WAY. THEY ARE, LIKEWISE,  KILLING MORE INNOCENT INMATES THAN THEY ARE EXONERATING AND HAVE NO REMORSE AND ROLLING IN MILLIONS WITH LAUGHTER AND RIDICULE .AS A RESULT, THE UNITED STATES HAS MORE AND MORE EXPLODING MASSIVE INCARCERATION AND WRONGFULL DEATHS IN CUSTODY THAN ANY OTHER COUNTRY IN THE WORLD, INCLUDING CHINA THAT HAS THREE TIMES THE POPULATION. YET THE US, HOSTILE FOREIGN COUNTRIES AND OTHERS KEEP POURING MEGA-BILLIONS IN UNREPORTED FUNDING, LIKE YALE AND HARVARD SCIENTIST CHARLES LIEBER, THAT ALSO NOT REPORTING OR PAYING INCOME TAX. YALES VETERANS LAW CLINIC HAVE AN ARMY OF LAWYERS REPRESENTING BLACK AND WHITE VETERANS MOSTLY WITH BAD DISCHARGES AND THEIR ALLEGED NON-PROFIT ENTERPRISE. HOWEVER, THEY BLATANTLY REFUSED TO REPRESENT AMERICAN HISPANIC VETERAN AND POLITICAL PRISONER  OR ME BECAUSE THEY DON'T REPRESENT HISPANIC WOMEN OR MEN AND HAVE MADE OTHER ERRONEOUS EXCUSES AND ABUSIVELY CHASTIZED ME TO RUN ME OFF TO SILENCE ME. THEY SHOWED NO RESPECT FOR MY PAIN AND SUFFERING AND AGAIN, MAKING ROBERT AND I "SCAPEGOATS" FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR. THEY ARE SUING THE VA FOR DISCRIMINATION AGAINST BLACKS WHILE THEY DISCRIMINATE AGAINST HISPANICS, AS THEY BEEN NEGATIVELY INFLUENCE AND IN CONTROL OF YALE UNIVERSITY AND THEIR VETERANS CLINIC. AGAIN, THIS UGLY CASE SCENARIO OF ROBERT TREVINO CASE IS A ANOTHER PERFECT EXAMPLE  OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION, RETALIATION, CORRUPTION, CRIMINAL OPPRESSION, ILL-WILL FOR THE WRONGFUL DEATH IN ILLEGAL CUSTODY OF HISPANICS AND UNFORTUNATELY, THANKS TO THESE NON-PROFIT ENTERPRISES, THIS IS NOT AN ISOLATED CASE AND THERE ARE MILLION HISPANICS SIMILARLY SITUATED. THESE FOUNDERS OF THESE ALLEGED NON-PROFIT ORGANIZATIONS ARE LITERALLY GETTING AWAY WITH COLD BLOODED MURDER AND MIKE WARE, JOHN RICHARDS, ET.AL, ARE HIGHLY PAID ACCOMPLICES FOR DEFRAUDING ROBERT AND FAMILY FAIR COMPENSATION TO THE ATROCITIES AND INHUMANE TREATMENT AND SUBSEQUENT GENOCIDE. ROBERT WAS MALICIOUSLY BLACKLISTED AND SANCTIONED AND SUBJECTED TO THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND SUBSEQUENTLY

**ASSASSINATED AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.** THE USDOJ, FBI WERE SUPPOSE TO BE PROBING THE **"SHAM TRIAL BY RAGE AND CLASSIC KANGAROO COURT PROCEEDINGS"** SINCE I HAD BEEN CALLING EVERYDAY REPORTING THE LAUNDRY LIST OF BLATANT BASIC CIVIL AND HUMAN RIGHTS VIOLATION INCLUDING WITH THE VA'S COMPLICITY WITH THE STATE OFFICIALS TO ILLEGALLY DENY ROBERT VA EMERGENCY HOSPITALIZATION FOR MAJOR DEPRESSION, BRAIN DAMAGE, AND PTSD EVEN THOUGH HE WAS SUICIDAL AND ILLEGALLY DENIED ROBERT EVEN A COMPETENCY EXAMINATION, AND CONTINUED TO HARASS AFTER HE WAS SWIFTLY PERSECUTED, WRONGFUL IMPRISONED FOR LIFE IN MODERN DAY DEATH-TRAP TO FOREVER INGENIOUSLY DEFRAUD HIM OF HIS JUSTLY DESERVED AND BADLY NEEDED FINANCIAL COMPENSATION AND ADEQUATE PROPER MEDICAL TREATMENT.  SINCE ROBERT HAD BEEN COVERTLY BLACKLISTED AND SANCTIONED TO DEFRAUD AND EXPLOIT HIM AND HIS ILL-STRICKEN DEPENDANT PARENT, STRIPPING THEM OF THEIR DIGNITY, HONOR AND CRIMINALLY OPPRESSING AND DEFRAUDING THEM IN FURTHERANCE OF THE EXTREME HARDSHIPS, NORMALIZATION OF STIGMATIZE DISCRIMINATION, CORRUPTION, RETALIATION, GASLIGHTING, SYSTEMATIC INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE.

 ROBERT WAS FURTHER ILLEGALLY DENIED MEMBERS OF HIS PEERS ON THE ALL WHITE NEO-NAZI JURY TO ENSURE A CONVICTION AND MAXIMUM LIFE ENTENCE AND CONDEMNED TO LIFE IMPRISONMENT.  THEY HAD BUSHWACKED ROBERT WITH UNCHALLENGED AGGRAVATED PERJURED QUACKERY AND INCONSITENT WITH THE HONOR AND CHARACTER OF SOMEONE WITH NO FELONY RECORD AND THAT WOULD RISK HIS LIFE WHILE WOUNDED HIMSELF AND UNDER HEAVY AUTOMATIC GUNFIRE FROM ALL DIRECTION TO SAVE THE LIFE OF OTHERS.  THE WRONGFUL CONVICTION WAS ALSO INCONSISTENT WITH THE STATES EXPERT MEDICAL OPNION THAT THERE WAS NO EVIDENCE OF ANY SEXUAL TRAUMA AND  ALSO SUPPORTED ROBERT'S CLAIM OF ACTUAL INNOCENSE THAT IS ALSO SUPPORTED WITH PATRICK'S CONFESSION. AS WELL AS THE EVIDENCE THAT THE COURT ILLEGALLY SUPPRESSED THAT FURTHER IMPEACHED THE CREDIBILITY OF THE STATES ALLEGED VICTIMS THAT DIDN'T KNOW WHAT THE DETAILS OF THEIR COMPLAINTS WERE.  THEY CONFESSED THAT IT WAS POLICE OFFICER WIGGINS THAT HAD CONCOCTED THE REPORTS AND WIGGINS POINTED THE FINGER AT THE DA MARSHALL WHO HAD COME UP WITH THE DETAILS. DA MARSHALL POINTED THE FINGER AT HIS SPECIALLY PICKED GRAND JURY FORMAN. THEN HANGING JUDGE KNIZE CHASTIZED DEFENSE ATTORNEY JOHN DIXON AND ORDERED HIM TO STOP ASKING THE WITNESSES BECAUSE THESE ARE STATE CHARGES AND THE ALLEGED VICTIMS DIDN'T KNOW WHAT THE DETAILS OF THEIR COMPLAINTS WERE.  THE DA HAD SOUGHT A GRAND JURY WITH A MORE LYNCH MOB MENTALITY BECAUSE THE FIRST GRAND JURY BLATANTLY REFUSED TO INDICT ROBERT AND HAD "NO-BILLED" THE INDICTMENT BECAUSE OF NO CREDIBLE EVIDENCE. FURTHERMORE, THE SECOND GRAND JURY FORMAN DELIBERATELY OVERLOOKED SOME **"BIG RED FLAGS,"** LIKE THE PATIALLY RECANTED INDICTMENT DOCUMENT OF ALLEGED STATE VICTIM, SHAWN LANKFORD.  SHAWN HAD FLIP/FLOPPED AND MARKED OVER THE HALF ALLEGATION THAT ROBERT HAD ALLEGEDLY  VIOLENTLY RAPED HIM AT GUNPOINT TO ROBERT HAD ONLY RAPED HIM BECAUSE DA WOULDN'T LET HIM RECANT THE WHOLE DA CONCOCTED AND FICTITIOUS QUACKERY.  THESE WERE NOT "LITTLE WHITE LIES!"  HALF A LIE EQUALS A LIE! SAME AS, HALF THE

TRUTH EQUALS A WHOLE LIE!  IN OTHER WORDS, NOT BEING COMPLETLY HONEST, IS DECEITFUL AS LYING!  INTENTIONALLY OMITTING INFORMATION IS EQUVELANT TO LYING! THAT DIDN'T SEEM TO MATTER TO THE SECOND JURY FORMAN BECAUSE HISPANICS ARE PRESUMED GUILTY FROM THE DAY WE WERE BORN.  ESPECIALLY WHEN YOU HAVE ALL-WHITE GANG MEMBERS FOR THE ALL-WHITE CORRUPT NEO-NAZI GOVERNMENT OFFICIALS AND POLITICAL ENEMIES FURTHER TAKING UNFAIR ADVANTAGE ON EMERGING GREATER OPPORTUNITY TO CRUELY MANIPULATE THE RACIST MEDIA TO SENSATIONALIZE ENCOURAGE INSTIGATE BOLSTER THE  **"MORAL SATANIC PANIC"** AND CAPITALIZE AND SKY-ROCKET THE FINANCIAL AND POLITICAL CAREER INLUENCE OF THE PERPETRATORS, ET AL.  **ONLY A BIGOTED NEO-NAZI UNREASONABLE ALL-WHITE JURY TO ENSURE A CONVICTION AND MAXIMUM LIFE SENTENCE COULD  HAVE WRONGFULLY CONVICTED ROBERT ON EQUALLY BIAS UNCHALENGED QUACKERY THAT WAS PRESENTED.  PETITIONERS REQUEST THE DENOUNCEMENT OF IRREGULARITIES AND DISCREPANCIES THOUGHTOUT THE SHAM TRIAL BY RAGEAND THE HUMAN AND CIVIL RIGHTS VIOLATIONS MALICIOUSLY INFLICTED ON ROBERT TREVINO AND FAMILY BY THE CRIMINAL AND CIVIL JUSTICE SYSTEM AND GANG-RAPED OF JUSTICE IN UNITED STATES OF AMERICA. WITH IMPUNITY IN THE FIRST DEGREE.**  PLEASE REFER TO MY TESTIMONY OF PATRICK LANKFORD CONFESSION WHEN HE WAS **"SINGING LIKE A CANARY"** THAT THE DA HAD COERCED HIM TO LIE AGAINST ROBERT OF FACE CRIMINAL CHARGES OF STATUTORY RAPE OF A 12 YEAR OLD THAT IS STILL PENDING TO DATE.  PATRICK FURTHER CONFESSED THAT CHRISTOPHER WILLIAMS HAD ALSO LIED ABOUT ROBERT ALLEGEDLY VIOLENTLY RAPING HIM AT GUNPOINT BECAUSE HE WAS ALWAYS WITH CHRISTOPHER WHENEVER THEY WENT TO VISIT ROBERT AND THAT ROBERT'S HOUSE WAS SO SMALL WITH NO PRIVICY AND THAT IF ROBERT HAD RAPED WILLIAMS HE, PATRICK , WOULD HAVE KNOWN IT AND THAT IT DIDN'T HAPPEN WHICH IS THE RESON THAT THE RAPE TEST HAD FOUND NO EVDENCE OF SEXUAL TRAUMA THAT SUPPORTED ROBERT'S CLAIM OF ACTUAL INNOCENCE AND THAT'S WHY WILLIAMS HAD TESTIFIED IN COURT THAT NO ONE COULD CORROBORATE HIS LUDICROUS QUACKERY ALLEGATIONS CONCOCTED BY THE DA UNDER THREAT OF PROSECUTING HIM ON SEVERAL FELONY BURGLARIES WITH LONG PRISON SENTENCES..  INSTEAD OF PROSECUTING THE ROGUE DA, STEVE MARSHALL, POLICE OFFICER BILLIE WIGGNS AND THE HANGING JUDGE GENE KNIZE, THE FBI HIRED THE DA MARSHAL TO WORK WITH THE FBI, USDOJ, CREATING AN EVEN GREATER CONFLICT OF INTEREST TO FURTHER SABOTAGE OUR COMPLAINTS AGAINST THE PERPETUAL AND TO ENCOURAGE AND INCITE ON-GOING ENDLESS CIVIL AND HUMAN RIGHTS VIOLATIONS AND OTHER INHUMANITIES AND ATROCITIES TO FURTHERED ENDANGERED ROBERT AND FAMILIES LIFE AND RESULTING IN THE SAME PERPETRATORS TO, LIKEWISE, MALICIOUSLY WRONGFULLY INCARCERATE OUR OTHER BROTHER, JUAN, AND ILLEGALLY DENY HIM HIS DIABETES MEDICATION FOR AN ENTIRE YEAR TO DEPRAVE HEART MURDER JUAN AND , LIKE, **"COVER-UP ARTIST'** BRIBED GESTAPO AGENT JOHN RICHARDS AND NOEL PORTNOY TO SABOTAGE WRONGFUL DEATH LAWSUIT ALLOWING THE STATE DEFENDANTS TO  **"ESCAPE"** TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND COVER-UP/ WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND INDUCED ME INTO SUFFERING A STROKE THAT COULD HAVE BEEN FATALAND RESULTING IN CHRONIC PAIN AND OTHER DEBILITATING DISABILITIES AND THE VA CONTINUES TO RETALIATE AND DEFRAUD ME OF FAIR AND TOTAL COMPENSATION FOR MY DETERIORATING LIFE-THREATENING

DISABILITIES.  GESTAPO AGENTS JOHN RICHARDS AND NOEL PORTNOY THAT MALICOUSLY FILED THE WRIT OF HABEAS FOR THE WRONGFUL ON THE WRONGFUL IMPRISONMENT OF ROBERT LATE,TO FOREVER, SABOTAGE HIS CASE AND SEALING HIS FATE AND HAD BEEN CONCOCTING SHAM REPRESENTATIONS, PERNICIOUS AND COVERT OPERATIONS, GASLIGHTING, OUTRIGHT FRAUD, RETALIATION, CORRUPTION AND SYSTEMATIC INJUSTICE, **GANG-RAPE OF JUSTICE IN AMERICA** AND HIGHLY ENGAGED IN THE ACELERATION OF PREMEDITATED ASSASSINATION OF ROBERT UPON STATE'S STAR WITNESS, PATRICK LANKFORD'S CONFESSION EXONERATING ROBERT OF ANY WRONGDOING AND IMPLICATING THE OFFICIALS TO HINDER THEIR PROSECUTION AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. TRAITOR AND GESTAPO AGENT RICHARDS AND PORTNOY CLEARLY BRIBED BY THE DEFENDANTS, OFFICIALLY BETRAYED AND ABANDONED ROBERT AND I ALLOWING THE PERPETRATORS AND CRIMINAL CONSPIRATORS **"ESCAPE"** TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY, AND LIKE THE **"UNSCUPULOUS, CON ARTIST"** THAT THEY ARE, DENIED ANY WRONGDOING, FURTHER VICTIMIZED US AND MADE ROBERT AND I, **"SCAPE GOATS" FOR THEIR PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR.** AS RICHARDS AND CO-CONSPIRATOR DID WITH THE TO BIG TO JAIL STERLING MACCALL FORD DEALERSHIP DEFENDANTS, THEIR EXPERT MICHEAL ARAMBULA, THAT WAS, LIKEWISE, HIGHLY BRIBED TO LIE WITHOUT CHALLENGED.  HOW DOES A 30 + YEAR EXPERIENCE TRIAL ATTORNEY NOT KNOW THE PROPER WAY TO IMPEACH THE CREADIBILITY OF THE **BBB "F" RATING** OF THE DEFENDANTS AND OF THE MASTERMIND THAT WAS AN ADMITTED LIAR!? NO QUESTION THEY WERE BRIBED AND PETITIONERS WERE MALICIOUSLY SUBJECTED TO A SHAM TRIAL BY RAGE IN CIVIL CASE THAT ROBERT WAS MALICIOUSLY SUBJECTED TO IN CRIMINAL CASE AND ALL THE FLIP/FLOPPING ATTORNEYS AGGRAVATED PERJURED TESTIMONY WERE ALSO PROTECTED BY THE STATE OF TX CDC AND JUDICIALRY, ET AL  ALLOWED CULPRITS ESCAPE JUSTICE  TO SABOTAGE PETITIONERS EXONERATION OF ROBERT AND QUEST FOR JUSTICE BY OFFICIALLY ABANDON PETITIONERS WITH IMPUNITY.  OUR GOVERNMENT HAS COVERTLY BLACKLISTED AND SANCTIONED ROBERT TREVINO AND FAMILY AS **"TROUBLEMAKERS"** FOR NOT  GOING ALONG WITH THEIR COVER-UP/WHITEWASH STRATEGY AND NOT ACCEPTING THEIR PERVERTED AND CORRUPT INTERPRETATION OF THE LAW OF THE LAND AND SHAM TRIAL BY RAGE, **"KANGAROO COURTS"** AND GENOCIDE.  WE CONTINUE TO BE SHUNNED AND EXCLUDED BY OTHERS FOR ALLEGEDLY ENGAGING IN UNACCEPTIBLE OR UNETHICAL BEHAVIOR AND RETALIATION FOR EXERCISING OUR GOD GIVEN RIGHT TO FREE SPEECH AND POLITICAL ACTIVITIES AS WELL AS FOR PERTITIONING THE GOVERMENT FOR REDRESS OF GRIEVACES AND DETERMINATION IN OUR SOLITARY QUEST FOR JUSTICE,.  AS A RESULT, WE HAVE SUFFERED EXTREME FINANCIAL HARDSHIP, SEVERE AND IRREPARABLE LIFE-THREATENING PHYSICAL AND PSYCHOLOGICAL MENTAL AND EMOTIONAL DISTRESS AND EXTREMELY SEVER PAIN AND SUFFERING AND AGONY, MAKING PERPETRATORS MORE VULNERABE TO REVICTIMIZATION AND CONTINUED HARASSMENT AND RETALIATION AND ATTEMPTED PSYCHOLOGICAL MURDER OF ME, THE DEPRAVED HEART MURDER OF OUR BELOVED MOTHER, OTHER BROTHER JUAN AND  ACELERATED PREMEDITATED ASSASSSINATION OF ROBERT TREVINO.  FROM 1995 TO DATE, PETITIONERS HAVE BEEN DEPRIVED THE FULL RIGHTS AND BENEFITS FROM PERPETRATORS, VA  AND THE LARGE AND PROFITABLE SELF-REGULATING INDUSTRY OF LEGAL PROFESSION THAT IS AN INTEGRAL PART OF OUR DAILY LIVES AND HAVE LEFT PETITIONERS WITH A MYRAID OF LEGAL BATTLES IN COMPLICITY  WITH THE US,

VA AND OTHERS TO "SCAPEGOAT" "BLACKLIST," "SANCTION," "BUSHWACKED" "SABOTAGE."AND "GENOCIDE," AND "HUMILIATED" AND "RIDICULED." EVEN AFTER PERNICIOUS DEATHS AND THREATENED BY TDCJ DIRECTOR AND REP. JOAN HUFFMAN. DAYS BEFORE ROBERT WAS FOUND UNRESPONSIVE IN CELL. **JUST ANOTHER WARNING TO THE AMERICAN AND INTERNATIONAL COMMUNITY THAT INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVERYWHERE!**

<div align="center">

**"I CAN'T BREATHE!"**
**"OLD, PARALYZE, UNRESPONSIVE -DEAD OR DYING- ABUSE OF CORPSE!!!"**

</div>

PETITIONERS WERE THREATENED BY TDCJ DIRECTOR AND REP. JOANS HUFFMAN. ON NOV. 3, 2022, ROBERT WAS SADISTICALLY ASSASSINATED. THE PERPETRATORS ALLEGED THAT; "STAFF OBSERVED INMATE TREVINO UNRESPONSIVE IN HIS CELL AND BEGAN LIFE-SAVING MEASURES. UNIT MEDICAL ARRIVED AND RESUMED LIFE-SAVING MEASURES WHILE 911WAS CALLED. EMS ARRIVED, TRANSPORTED VIA EMS TO UNIVERSITY MEDICAL CENTER, AND WAS PRONOUNCED DECEASED BY THE ATTENDING PHYSICIAN. THE PRILIMINARY CAUSE OF DEATH IS UNKNOWN. THE NEXT OF KIN (SISTER) WAS NOTIFIED AND WILL CLAIM THE BODY. THE OFFICE OF INSPECTOR GENERAL WAS NOTIFIED."

UNRESPONSIVE, MEANING AT LEAST UNCONSCIOUS, NOT MOVING AND POSSIBLY DEAD OR DYING. WHAT PETITIONERS WANT TO KNOW IS HOW LONG WAS ROBERT TREVINO "UNRESPONSIVE" BEFORE STAFF "OBSERVED" ROBERT BEING "UNRESPONSIVE IN HIS CELL AND BEGAN LIFE-SAVING MEASURES" AND AT WHAT POINT DURING THE "LIFE – SAVING MEASURES" DID TDCJ SADISTICALLY TAKE TIME TO CALL THEIR SUPERIOR TO GET APPROVAL TO SHACKLE ROBERT'S LIFELESS UNCONSCIOUS POSIBLY DEAD OR DYING NEAR-DEATH EXPERIENCE TO EXACERBATE AND FLASH BEFORE HIS EYES "RESTRAINTS" TO EXACERBATE PROFOUND EMOTIONAL IMPACT AND PREVENT ROBERT FROM GOING INTO SURVIVAL MODE AND MIRACULOUSLY DEFY AND "ESCAPE" DEATH BEFORE AMBULANCE ARRIVED. WE AGONIZE IN PROFOUND EMOTIONAL GRIEF AND OUTRAGE AND JUST IMAGINE ROBERT'S AMERICAN NIGHTMARE AND TWILIGHT ZONE FLASHING BEFORE HIS EYES. AGAIN, NOTHING NATURAL ABOUT THE MANNER OF DEATH! THE SHACKLES WERE A FINAL SADISTIC ACT OF ABUSE OF CORPSE AND RIDICULE BY THE PERPETRATORS AS IF TO OVER KILL AND SEND ROBERT'S SOUL AND SPIRIT TO THE SPIRITUAL REALM IN AFTERLIFE AS IF THEY WERE GOD. HOWEVER, ROBERT IS IN PARADISED AND FREE FROM THE BLOOD-THIRSTY BEAST OF PREY IN SHEEP CLOTHING AND SAFE WITH OUR MERCIFUL GOD IN HEAVEN. PTITIONERS ARE DEMANDING JUSTICE FOR ROBERT TREVINO AND FAMILY. IT IS BEYOND EVIL, DEPRAVITY AND CRIMINALITY TO DISRESPECT, DESECRATE, DISHONOR AND MAKE MOCKERY OF ROBERT WHILE DEAD OR DYING. LEAVING SHACKLES ON HIS LEG DURING HOUR LONG TRIP TO ER HOSPITAL, DURING AUTOPSY, AND DAYS LATER TO PRIVATE AUTOPSY WHERE HIS SHACKLES WERE FINALLY REMOVED AND IS UNCONSCIONABLE AND INJURIOUS ROBERT WAS SHACKLED ABOUT A WEEK AFTER HE WAS ASSASSINATED AND HAS HAD A DEVESTATING REPEATED AND PROLONGED EMOTIONAL TRAUMATIC IMPACT OF SADNESS, AGONY AND SURVIVOR'S GUILT, SEVERE ANXIETY IN OUR DAILY LIVES. PERPETRATORS, INCLUDING GESTAPO AGENTS, JOHN RICHARDS

AND NOEL PORTNOY, IN COLLUTION WITH OTHER KNOWN AND UNKNOWN PERPETRATORS, HAD NO REASONABLE JUSTIFIABLE MEDICAL EXCUSE WHATSOEVER TO DIABOLICALLY ILLEGALLY FORCIBLY REMOVING ROBERT FROM THE TDCJ CAROL YOUNG MEDICAL FACILITY, ICU SECTION, WHERE HE WAS BEING MONITORED 24/7 AND HAD ACCESS TO EMERGENCY BUTTON AND FIVE MINUTES AWAY FROM NEAREST ER TRAUMA CENTER AND WHERE HE WAS ALREADY RECEIVING MENTAL HEATH CARE AND SADISTICALLY FORCIBLY TRANSFER HIM BY GROUND TRANSPORTATION IN CRITICAL MEDICAL CONDITION WITH FORTH LIFE-THREATENING BOWEL OBSTRUCTION TO THE WORSE OVERCROWDED, UNDERSTAFFED, CONTAMINATED INADEQUATE, INAPPROPRIATE INSANE ASYLUM IN THE WORLD, WHEN ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND ABANDONED, ISOLATED AND SECLUDED FROM FAMILY AND THE OTHER INMATES, WAS EXACERBATING TO HIS MULTITUDE OF LIFE-THREATENING CRITICAL MEDICAL CONDITION, INCLUDING RECURRING INFECTIONS AND WEAKENED IMMUNE SYSTEM WAS INHUMANE, CRUEL AND UNUSUAL PUNISHMENT, EVIL, SADISTIC AND CRIMINAL. THE ONLY REASON THE BIGOTED AND UNSCRUPULOUS PERPETRATORS ILLEGALLY FORCIBLY TRANSFERRED ROBERT IN CRITICAL MEDICAL CONDITION AND PARALYZED TO EXTREMELY DANGEROUS AND HAZARDOUS ILL-FATED INSANE ASYLUM WITH HISTORY OF PATIENT NEGLECT, FOUND UNRESPONSIVE, LIKE ROBERT, ABUSE, WRONGFUL DEATH LAWSUITS AND THAT WAS ONE HOUR AWAY FROM NEAREST ER TRAUMA CENTER, WAS TO "EXECUTE" ACELERATED PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT. INSTEAD OF IMMEDIATELY DEINSTITUTIONALIZE ROBERT ON HUMANITARIAN GROUNDS AND GRANTING HIM RELEASE ON PENDING WRIT OF HABEAS CORPUS AND MRIS TO THE VA HOSPITAL TO SAVE HIS LIFE AND TO EXONERATE HIM ALLOWING HIM TO LIVE IN PEACE AND DIGNITY, PERPETRATORS EXECUTED ASSASSINATION TO FURTHER GANG-RAPE ROBERT TREVINO OF JUSTICE, EXONERATION COMPENSATION AND HIS LIFE AND DIGNITY, RIDICULE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. PERPETRATORS CONTINUE TO "BLACKLIST" "SANCTION" "AMBUSH" AND "SABOTAGE" PETITIONERS SOLITARY QUEST FOR JUSTICE IN THE MYRAID OF LEGAL BATTLES THEY CREATED AND WE ARE NOT AMUSED AND NOT LAUGHING.

PSALMS 50;4-5-7-15 MSG. "HE SUMMONS HEAVEN AND EARTH AS A JURY, HE'S TAKING HIS PEOPLE TO COURT; "ROUND UP MY SAINTS WHO SWORE ON THE BIBLE THEIR LOYALTY TO ME." THE WHOLE COSMOS ATTESTS TO THE FAIRNESS OF THIS COURT, THAT HERE GOD IS JUDGE."

THEREFORE, PETITIONERS RESPECTFULLY REQUEST THAT THIS HONORABLE COURT TAKE THESE EXCEPTIONAL CIRCUMSTANCES INTO CONSIDERATION WHEN CONSIDERING PETITIONERS REQUEST FOR APPOINTMENT OF HONEST AND COMPETENT AND EFFECTIVE COUNCIL AND LAW FIRM IN PERSUIT OF JUSTICE AND IN "SHACKLING" THE PERPETRATORS TO RESTRAIN THEM FROM CAUSING PETITIONERS ANY FURTHER IRREPARABLE HARM AND INJURY AND FROM CONTINUE IN MAFIA-RELATED ACTIVITIES TO BLACKLIST, SANCTION, AMBUSH AND SABOTAGE PETITIONER'S QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY AND FOR ANY OTHER RELIEF THAT IS JUST AND PROPER.. PETITIONERS FURTHER PROTEST THAT THE PERPETRATORS HOMICIDAL

**PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR IS FURTHER CLEAR AND CONVINCING EVIDENCE THAT THIS IS JUST ANOTHER PERFECT EXAMPLE OF THE ATROCITIES, INHUMANITIES,  DELIBERATE INDIFFERENCE, CIVIL AND HUMAN RIGHTS VIOLATIONS THAT ROBERT HAS BEEN MALICIOUSLY SUBJECTED TO BY THE PERPETRATORS SINCE THE TIME OF HIS ABDUCTION,  PERSECUTION IN 1995 AND THE ENTIRE TIME THAT ROBERT WAS IN WRONGFUL IMPRISONMENT THAT HE EVENTUALLY SUCCUMBED TO AND CONTINUES TO BE COVERED-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE TO DATE.**
**WE CONTINUES TO FEEL AGGRIEVED, SHOCKED, OUTRAGE, DEPRESSED , SURVIVOR'S GUILT, AND SEVERE AGONY OVER THE DEPRAVED HEART MURDERS OF OUR BELOVED MOTHER, MARIA,  JUAN TREVINO AND THE ACELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND ATTEMPTED DEPRAVED PSYCHOLOGICAL MURDER OF GLORIA TREVINO AND OTHER ATROCITIES AND INHUMANITIES IN EFFORTS TO SILENCE US AND OVER THE TOTAL LACK OF CARE, CONCERN AND RIDICULE FOR OUR EXTREME PAIN AND SUFFERING. PERPETRATORS ABSOLUTELY HAVE NO RESPECT, NO MERCY, NO EMPATHY AND NO REMORSE AND PETITIONERS ARE DEMANDING JUSTICE!**

OUR GOVERNMENT CORRUPTED WITH NEO-NAZIS THAT SHAMEFUL BETRAYED, BLACKLISTED AND SANCTIONED DEFENSELESS PARALYZED HERO ROBERT TREVINO AND FAMILY AND DEPRIVED OF EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, RIDICULE AND AMUSED OVER THEIR EXECUTION OF ASSASSINATION OF  ROBERT, OUR MOTHER AND JUAN AND REPEATED ATTEMPTED PSYCHOLOGICAL MURDER OF ME IN AN EFFORT TO SILENCE PETITIONERS AND WE ARE NOT AMUSED.  WE  DEMAND CONGRESSIONAL CRIMINAL INVESTIGATION  INTO THE MAFIA-RELATED CRIMINAL ACTIVITIES AND NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION AND SYSTEMATIC INJUSTICE IN THE LEGAL PROFESSIONAL INDUSTRY THAT WEAPONIZED THEIR LEGAL DEGREES TO MAINTAIN TYRANNICAL REIGN OF TERROR AND CONTROL OF SHAM NON-PROFIT CRIMINAL ENTERPRISE AND MULTIBILLION DOLLAR TO ASSIST DISTRESSED MINORITIES WITH EQUAL ACCESS TO JUSTICE, HOWEVER, ARE FURTHER REVICTIMIZING MINORITIES AND UNJUSTLY ENRICHING THEMSELVES, LINING THEIR POCKETS AND THOSE OF THEIR CRONIES WITH IMPUNITY.  PERPETRATORS SHOULD IMMIDEATELY BE HELD CRIMINALLY AND CIVILLY ACCOUNTABLE BEFORE THEY CAUSE ANY FURTHER IRREPARABLE HARM AND INJURY TO OUR DETRIMENT AND DEMISE AND IN THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE.  **PETITIONERS WILL NEVER FORGET THE ULTIMATE SACRIFICE ROBERT TREVINO  HEROICALLY MADE IN FOREIGN WAR AND IN SOLITARY DEADLIER NEO-NAZI, WHITESUPREMACIST COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE.  EVEN THOUGH ROBERT TREVINO'S LIFE HAS ENDED, HIS LEGACY OF HONOR, DIGNITY AND JUSTICE FOR ALL IS ONLY JUST BEGINNING.**

*Gloria Trevino*

**GLORIA TREVINO**
**VETERANS IN PETITION FOR JUSTICE**                                          **SEE  ATTACHMENTS**
12526 OLYMPIA DRIVE; HOUSTON, TEXAS  77077        **OTHER ATTACHMENTS**
713-309-5962 , Email;  vip4justice@gmail.com          FORTHCOMING
                    **"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**

## VETERANS IN PETITION FOR JUSTICE
### GLORIA TREVINO, PETITIONER IN LOVING MEMORY OF PARALYZED HISPANIC WAR HERO, ROBERT TREVINO AND FAMILY
12526 Olympia Drive – HOUSTON, TX., 77077,
. 713-309-5962, Em; vip4justice@gmail.com

## MISSION IN SALUTE TO UNSUNG WAR HEROES
## IN LOVING MEMORY OF PARALYZED HISPANIC UNSUNG WAR HERO, <u>ROBERT TREVINO</u>

**VETERANS IN PETITION FOR JUSTICE** was founded by honorably discharged disabled Hispanic woman veteran of the United States Armed Forces, Gloria Trevino, in Salute to Unsung War Heroes in Loving Memory of Beloved Highly Decorated Paralyzed Hispanic US Marine Veteran Unsung War Hero and Political Prisoner, ROBERT TREVINO, that was subsequent assassinated in illegal custody on, Nov. 3, 2022. This ugly case scenario is the single most modern day "Hang Em High Texas Style Railroad of Hypocrisy and Injustice" based on **"BIG LIES"** with **"ZERO EVIDENCE"** on pretext of justice in the history of the United States of America. In her quest for justice, Gloria,had received compelling but not surprising evidence from atty. Noel Portnoy that the State's Star Witness had **confessed and exonerated Robert of any crime and implicated the officials of concocting the fictitious fabricated allegations and coerced him and his violent gang into lying against Robert in the 1995 Ellis County sham trial by rage under the threat of harsh prosecution with long prison sentences for their pending felony crimes of statutory rape of 12 year old and several burglaries.** Subsequently, **after State star witness confession, our attys were clearly "bribed" and attys, John E. Richards and Noel Portnoy, concealed confession from federal court where Gestapo Agent/Shyster Atty, Richards had pending, Writ of Habeas Corpus for continued wrongful imprisonment, cruel and inhumane treatment of Robert, who always maintained actual innocence and for TDCJ's repeated illegal denials of release on, Medically Recommended Intensive Supervision, (MRIS) to VA Hospital in an effort to save Robert's life and qualified for because of his Paralysis, Age, TBI, PTSD and Confession Exonerating Robert of any crime and Implicating the DA and Police of Concocting Defamatory Character Assassination and subsequent extermination of Robert. Atty. Richards and Portnoy erroneously alleged that Robert and Gloria had falsely accused him of helping the other side when, in fact, that is precisely what Richards and Portnoy had done over, the "Mad Blood Money." Richards alleged representation of Robert Trevino and Family was a total sham and Sabotage. It was totally inconsistent with that of a 35 year experience trial attorney and more consistent with the wicked and unscrupulous bigoted politicians that think their political seat is a "throne" and like those fake Government agencies that are supposedly regulating shyster attorneys, like, John Richards, but clearly "Bribed" to ambush and sabotage, "look the other way" and engage in Mafia related activities and covert psychological domestic terrorist guerrilla warfare with "Zero Remorse." Richards and Noel engaged in gaslighting criminal conspiracy to defraud Robert of millions of dollars in exoneration compensation and officially abandon Robert and continued false imprisonment and accelerated premeditated assassination of Robert. Instead, helped State Witness, aka, Houdini, "escape" prison on parole to go on the lam and keep him from communicating with Robert and family about confession, which they advised him not to do and assisted him to go on the lam because of still pending Statutory rape of 12 year old girl. They betrayed Robert, flip/flop positions, saved the State of TX. millions of dollars, illegally forcibly removed Robert in critical life-threatening medical condition from TDCJ, ICU OF CYMF to**

certain death at ill-fated worse insane asylum in the World instead of release on MRIS to the VA Hospital to save his life. The State of TX. TDCJ could not have illegally forcibly removed Robert in critical condition without "bribing" medical authority besides Richards and Portnoys complicity, especially with pending Federal Writ of Habeas Corpus against TDCJ for cruel and unusual treatment and repeatedly illegally denying Robert release on MRIS to VA Hospital to save his life, then ingeniously make Robert and Gloria "scapegoats" for their covert Mafia-related criminal enterprise and assassination and officially abandoned Trevino Family. And, visa-versa, FBI, THAT WAS PROBING TREVINO CASE AND WITH CIVIL AND HUMAN RIGHTS COMPLAINTS AGAINST THE ELLIS COUNTY DA, HIRED THE DA THAT CONCOCTED AND COERCED STATE WITNESSES TO GIVE FALSE TESTIMONY AGAINST ROBERT, THEREBY CREATING GREATER CONFLICT OF INTEREST AND SABOTAGE COMPLAINTS. USDOJ, VA, State of Texas, State Bar, CDC, AND Board of Directors, TX. Supreme Ct. AND POLITICIANS are, likewise, protecting the culprits for their Genocidal corrupt way of life, Blacklist and Sanction and leaving Trevino family with a myriad of legal battles without equal representation in retaliation for Gloria not going along with their Cover-up/Whitewash Strategy and ridiculed and humiliated. Robert, was illegally brutally forcibly removed from ICU SECTION of Carol Young Medical Facility of TDCJ that was five minutes away from the nearest trauma ER Hospital in critical condition and forth life-threatening bowel obstruction, compromised ischemic heart and sudden life-threatening recurring epileptic seizures, infections, compromised immune system, paralyzed as a result of TBI and PTSD from concussion blast and shot in head while rescuing members of his platoon to the ill-fated ill-equipped, over-crowded, understaffed unsanitary worse insane asylum in the World when he was not suicidal or homicidal and already receiving mental heath care at the ICU at CYMF plus 24/7 monitoring with emergency panic button to be isolated and secluded, treated with cruel and unusual punishment in Mondfort TDCJ Unit located an hour away from the nearest trauma ER Hospital and preventable assassination to defraud him of millions of dollars in exoneration compensation and other damages, hinder the prosecution of the officials that orchestrated the sham trial by rage against Robert in blatant violation of the Constitution of the United States of America that Robert' risked his life to defend and had paid a very high price in time of War and cover-up/whitewash with impunity in the first degree. Nothing natural about Robert's preventable accelerated death in illegal custody! This Robert Trevino and Family case is not an isolated case but a perfect example of an out of control renegade tyrannical widespread normalization of corruption and racist in **GENOCIDAL MAFIA STATE IN AMERICA!** Thousands of Innocent minorities are being packed in massive incarceration and dying in modern day "Death-traps," not including the countless illegal executions of the mentally retarded without regard for human life. Unless you are politically and financially influential there will be No Justice, No Compassion, No Mercy and No Remorse but Extreme Hatred, contempt, ridiculed and humiliation by the white supremacist perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. America is suppose to be the most civilized society in the World that takes care of the most vulnerable in our society, however, we are the number one Country in the World with the most mass incarceration and genocide. Accordingly, Gloria Trevino has become a huge thorn in the side of the legal profession industry and a soft target of the same widespread Mafia-related criminal conspiracy scheme of biblical proportions to silence her in retaliation for not going along with their cover-up/whitewash strategy. She continues to be harassed, victimized and threatened with malicious persecution, false imprisonment by top Government officials in complicity with others and as the officials did Robert for his political activities and as the State officials concocted fabricated the bogus allegations against Robert in executing threats and vicious political and racist vendetta and corroborated by State's own Star Witnesses/Alleged Victims confession exonerating Robert of any

crime and implicated the State officials of coercing, orchestrating false allegations and sham trial by rage against Robert under threat of prosecutions and long prison sentences which prompted accelerated premeditated assassination plot against Robert and cover-up/whitewash with impunity in the first degree. State's Star Witness/Alleged Victim confession is also corroborated with sham trial by rage transcript and State's own expert doctor's testimony that their was no evidence of any sexual assault. To date, Trevino Family continue to be subjected to covert Psychological Domestic Terrorist Guerrilla Warfare, **"Blacklisted," "Sanctioned," Ambushed" and "Sabotage" by Renegade Government officials and legal profession industry in effort to induce Gloria's death to forever silence and bury her as this Pervasive Renegade Genocidal System of Oppression and Secrecy, likewise, assassinated and buried Robert, induced death of dependent mother, Maria and depraved heart murder of Juan Trevino. "We here highly resolve that these dead shall not have died in vain!"**

**Therefore, VETERANS IN PETITION FOR JUSTICE** is dedicated to the advancement of equal protection, equal representation and equal access to justice for all distressed veterans and their families and/or survivors of all generations without regard to their social or economic status, with emphasis on helping Hispanics. We are fighting and determined to remind our Nation of it's solemn promise to never leave no veteran and their family behind and compel **"POLITICIANS"** and **"THE RULING CLASS"** not to supersede, corrupt or undermine the Constitution of the United States of America and our Bill of Rights, for which they also solemnly swore to support and defend against all enemies, foreign and domestic. However, in collusion with the US Supreme Court, rogue Ruling Class, have ingeniously concocted the self-serving, illegal, immoral, bigoted and corrupt Genocidal, **"GOVERNMENT QUALIFIED IMMUNITY DOCTRINE" (GQID)** that supersedes, perverts and undermines the supreme law of the land that they solemnly swore to support and defend against all enemies, foreign and domestic, however, GQID, blatantly violates US Constitution and illegally allows politicians, their cronies, cozy-relationship with their supporters and the ruling class to **"ESCAPE JUSTICE" for their tyrannical reign of terror, persecutions, mass incarceration in inhumane modern day "death-traps" assassinations and further abuse their official power to unjustly enrich themselves in any way possible and those cronies in their orbit and supporters of perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. Meanwhile, continue to engage in ingenious scams to intercept, funnel misdirect billions of dollars to do nothing fake government agencies, tyrannical judges, and sham non-profit alleged civil and human rights organizations but, in reality, are racketeering influence and corrupt criminal enterprise to unjustly enrich themselves, line their own pockets, deny access justice to the detriment and demise of those distressed veterans and families they are intended to protect from these abuses, but are only protecting themselves, harbor, aid and abet, hinder the prosecution of the perpetrators to "escape" criminal and civil accountability for their homicidal Psychopathic criminal mind and behavior. It's the old scam of, "FOX GUARDING THE HEN HOUSE!" Like choosing a Bank Robber to Guard a Bank! They have about as much commitment and compassion for civil and human rights laws as Adolf Hitler had for the Jews. This self-appointed sham Monarchy of ruling class officials have likewise concocted this vicious continued cycle and engage in criminal conspiracy scheme of revictimization, retaliation, mafia-related activities, systematic injustice, "blacklist," "Sanctions, " "Bushwhacked" and "Sabotage" anyone that speaks truth to power and considered a threat to their bigotry, hypocrisy and corrupt way of life in furtherance of the Gang-rape of Justice in America" and genocide. GQID is a Monarchy and Perpetrators are Renegade Totalitarian Regime and are guilty of "Treason" for betraying our Country as well as our distressed veterans that courageously risked their lives defending our Democracy and US Constitution and our freedom. We salute our wounded unsung heroes for the sacrifices they made and they did not make those sacrifices to be a prisoner of war**

in their own Country for covert psychological warfare for a covert Monarchy or Totalitarian Regime nor to protect Traitors and Perpetrators that harbor extreme hatred and contempt for the supreme law of the land and are trampling all over our US Constitution as if it never existed as well as those who sacrificed their lives defending it only for the ruling class can unjustly enrich themselves to our detriment and demise and in furtherance of covert "Gang-Raped of Justice in America!"and "Justice for Sale in America!" The GQID is self-serving concocted sham and clever disguise to mask and conceal the true identities of the perpetrators that continue foaming at the mouth for our blood, and are "Beast of Prey" in sheep clothing. Perpetrators are bigoted and corrupt self-serving concocted GQID incites, emboldens and empowers out of control White Supremacist Neo-Nazis to abuse their official offices to maliciously subject unsuspecting innocent minorities to egregious persecutions in **"Classic Kangaroo Court"** proceedings to their entertainment, enjoyment, amusement, ridicule, humiliate law abiding distressed minorities and disabled veterans. GQID is allowing Gang of Professional Thugs to literally get away with cold-blooded murder and assassins and Trample all over our US Constitution as if we are in a third World Renegade Chaotic Totalitarian Regime of absolute tyranny, coercion, brutal repression, massive wrongful incarceration in modern day "Death-Traps" and assassinations in illegal custody. To date, Gloria Trevino, continues to be brutally physically and psychologically abused by the renegade chaotic government officials engaged in endless criminal conspiracy schemes to induce her untimely senseless death and demise to forever silence her, as they did her paralyzed defenseless brother, Robert Trevino and family, for demanding an unbiased US Congressional criminal investigation into the shameful malicious persecution and subsequent assassination of her paralyzed veteran, Robert Trevino and Family with impunity in the first degree! **UNFORTUNATELY, the Robert Trevino and Family case is not an isolated case. Massive incarceration of the most vulnerable soft-targets defenseless distressed veterans and other minorities are being eradicated as fast as they are being incarcerated and the US still has the greatest mass incarceration in the World even China that has three times the population and we're suppose to be the most civilized society in the World.** We do not have or serve an "Emperor" or a "king" that are above the law only in an Absolute Tyrannical Monarchy. In spite of our Democracy the white supremacist Neo-Nazi Ruling Class covertly concocted self-serving sham Genocidal GQID in violation of our US Constitution to "escape justice" for abusing their official office and power to unjustly enrich themselves in every possible way because they consider it a privilege and inherent authority to use their office for personal profit or benefit as an "emperor" or a "king"in Absolute Tyrannical Monarchy. You cannot have it both ways and enjoy two desirable but mutually exclusive alternatives - a Monarchy and a Democracy so that you can flip/flop positions to whatever suits your purpose, such as in the sham representation and betrayal of Robert Trevino and Family ugly case scenario. In other words, you can't have your cake and eat it too!!! Accordingly, the Genocidal Government Qualified Immunity Doctrine is extremely dangerous and Genocidal. It is a Sham, Hoax and a Shame that needs to be immediately "outlawed" in it's entirety and never to see the light of day again because the USA is "exclusively" a Democracy! Created by the people for the people to forever outlaw a Monarchy, Kings and Emperors! "ONLY GOD IS KING!"

THEREFORE, Robert Trevino was highly recommended for the distinguished "Silver Star" and is a "Bronze Star""Purple Heart" recipient for his heroic achievements and made the ultimate sacrifice defending our US Constitution when our Country called on him in time of foreign war and subsequent exploiting widespread normalization of stigmatized discrimination, corruption and perpetual pernicious covert psychological domestic terrorist guerrilla warfare in solitary quest for equal access to justice for all. Now we are calling on the grateful American people and International community to not forget the ultimate sacrifice that Robert Trevino, and other heroic unsung distressed veterans made to keep you safe and free from renegade tyrannical regime. We hope it will inspire you

4

to come to our aid and support in accomplishing our Mission to Salute our Unsung War Heroes and bring to reality equal protection, equal representation and equal access to Justice and equal opportunity to achieve the American Dream, as oppose to the American Nightmare and Twilight Zone that Paralyzed Unsung War Hero Robert Trevino endured and succumb to. **Even though Robert Trevino's life has tragically ended, we are forever grateful for the sacrifices he made to uphold our freedom in Foreign and perpetual pernicious Covert Psychological Domestic Guerrilla Warfare. We are honored to share Robert's untold story of wounded veterans and their families and self-sacrifice for equal access to justice. We are equally proud and forever grateful for your unwavering commitment and support of our wounded unsung war heroes and in saluting those that made the ultimate self-sacrifice for your life and freedom, yet are not celebrated or recognized.**

**Thank you for making these stories possible and for assisting us in our Mission to compel our Nation to action and bring to reality its solemn promise to leave no veteran and their families behind and afford all veterans the full rights and benefits they honorably and courageously earned in the battlefield and never to be deprived of to ensure distressed veterans the equal protection, equal representation, equal access to justice and equal opportunity to achieve the American Dream and as guaranteed under the Constitution of the United States of America and our Bill of Rights. We are dedicated to empowering veterans and their families to lead high quality lives with respect and dignity. We are also strongly devoted to creating an independent task force to transform and expose Renegade Racist and Corrupt Genocidal Government officials that are Beast of Prey foaming at the mouth for our blood and disguised in sheep's clothing to concealed their true identities and behavior and need to be shackled and restrained from violating solemn promise to leave no veteran and their families behind and from the gang-rape of our most vulnerable distressed veterans of the full rights and benefits leaving us totally defenseless at their mercy and humiliated. We don't want the US Constitutional civil and human rights that our veterans courageously risked their lives defending and paid a high price for to be trample on to revictimized our veterans and their families in furtherance of Gang-rape of justice in America and Genocide, humiliated, ridiculed and assassinated in illegal custody of our Government that shamefully betrayed and further psychologically shocked and traumatized Robert's Family by abusing the corpse of fallen unsung war heroes, mocking them in obituary by JUSTIA, crime family, atty. Tim Stanley posting humiliating offensive obscene SHAM OPINION of TX. Appls Ct. based on SHAM TRIAL/CONVICTION and refusing to delete it clearly revealing their true identities and further proof of their off-the-charts level of depravity, wickedness, genocidal psychopathic criminal mind and behavior. Further proof that from 1995 to date, Robert Trevino and Family lived the American Nightmare and Twilight Zone.**

We strongly declare that we are battle ready with the whole armor of God and devoted to achieving great victory in fighting "The Great Battle between Good and Evil" and when all the Wicked and evil are Totally Destroyed, never to see the light of day, Peace and Justice for All in America and throughout the entire World, will prevail and the Kingdom of God will reign forever and ever!

<div align="center">

**"PREPARE FOR BATTLE!"**
**VETERANS IN PETITION FOR JUSTICE IN**
**LOVING MEMORY OF PARALYZED HISPANIC UNSUNG**
**WAR HERO ROBERT TREVINO AND FAMILY**
**GLORIA TREVINO, PETITIONER**
**12526 Olympia Drive, Houston, Texas 77077, 713-309-5962, email, vip4justice@gmail.com**
**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**

5
</div>

 Gmail                                          Gloria Trevino <vip4justice@gmail.com>

---

## USA - GENOCIDAL MAFIA STATE!

2 messages

---

**Gloria Trevino** <vip4justice@gmail.com>                                Thu, Jul 27, 2023 at 9:02 PM
To: newyork@ohchr.org, Gloria Trevino <vip4justice@gmail.com>, CNN <vcm@cnn.com>, "US REP. LIZZIE FLETCHER"
<Fletcher.office@mail.house.gov>, kkrause@dallasnews.com, jfarle21@ford.com, jfarley24@gmail.com,
maya.rigley@txcourts.gov, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, "Wishnie, Michael"
<michael.wishnie@yale.edu>, vlsc_monk-owner@mailman.yale.edu, natalie.elicker@usdoj.gov,
meghan.brooks@ylsclinics.org, mayor@houstontx.gov, amy.starnes@txcourts.gov, sara.bullard@mail.house.gov,
senator@blumenthal.senate.gov, sarah.rafique@lubbockonline.com, sian.schilhab@txcourts.gov, pio@supremecourt.gov,
Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, CDCInfo <cdcinfo@texasbar.com>,
information@scjc.texas.gov, USAWA Inquiries <usawainq@unhcr.org>, oscar.montes@tdi.texas.gov,
3j5qxx5j48ckw@claims.usaa.com, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, 360@cnn.com, appeal@txboda.org,
Vanessa_Richardson@ccl.hctx.net, mark.w.elliott@wellsfargo.com, wayne.peacock@usaa.com, USDOJ
<askdoj@usdoj.gov>, info@harriscountygop.com, "Lane Lewis, Chair" <harrisdemocrats@harrisdemocrats.com>,
editorial@foxnewslatino.com, russconswdc@gmail.com, rusembusa@mid.ru, rcrow@sterlingmccallford.com, Christina
Sturdevant <CSturdevant@machaikford.com>, Charles.scharf@wellsfargo.com

    S

      📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

    S

      📄 A SALUTE TO UNSUNG WAR HEROES, P2.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P3.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P4.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P5.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P6.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P7.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P8.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P9.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P10.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P11.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P13.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P14.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P15.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, P17.pdf

      📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

SEE ATTACHED,
RE; MONK VS VSS., ET. AL. CASE3;22-CV-01503- ABA, IN THE US DISTRICT CT, DISTRICT OF CONNECTICUT.

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE IN MEMORY OF UNSUNG WAR HERO, ROBERT TREVINO
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077

## VETERANS IN PETITION FOR JUSTICE

Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962,  email,  vip4justice@gmail.com
Nov. 23,  2022

# THE ASSASSINATION OF DISABLED WAR HERO & POLITICAL PRISONER ROBERT TREVINO

**Another preventable, insidious, treacherous & sinister plot to eradicate Robert Trevino & Family to save Defendants, the State and Gestapo Agents & others, millions and millions of dollars in restitution for wrongful life-imprisonment and subsequent murders, to "escape" total criminal and civil accountability for the, "BIG-LIES" in pretext of justice, lining their pockets and Texas Style Railroad of Hypocrisy and Injustice against Robert & cover-up w/impunity in the First Degree.**

**TO:  TEXAS  GOVERNOR , GREG ABBOTT,** PO BOX 12428,  AUSTON, TEXAS  78711 &
**TEXAS ATTORNEY GENERALKEN PAXTON,** PO BOX 12548,  AUSTON, TEXAS 78711-2548

**APA, SAUL LEVIN & GENERAL COUNSEL & COUNSEL TO THE ETHICS COMMITTEE, COLLEEN M. COYLE, MICHAEL R. ARAMBULA, AKA, "PINOCCHIO QUACKERY!"** 800 MAINE AVENUE, S.W., SUITE 900, WASHINGTON, DC  20024

**HONORABLE JUDGE ANDEA BOURESSA RE; COMM'N FOR LAWYER DISCIPLINE, STATE BAR CDC VS. TX AG KEN PAXTON** CASE, #471-02574-2022, 471ST DISTRICT CT, COLLIN COUNTY RUSSELL A. STEINDAM COURTSBUILDING, 2100 BLOOMDALE ROAD, SUITE 30276, MCKINNEY, TEXAS 75071

Greetings,  Refer to previous correspondence and attachments.

If you are not a party to the endless continued criminal conspiracy scheme to harass, defraud, stigmatize discrimination, exploitation, retaliation gaslighting and cold-blooded murders and assassination to eradicate Robert Trevino & Family, immediately refer the Neo-Nazis Government Officials, Defendants and Gestapo Agents and others to the appropriate authorities for immediate harsh prosecution and any other legal remedies available in the best interest of equal access to true justice for all. Including supporting our efforts to appear before Subcommittee on Crime to initiate a Congressional "unbiased" Criminal Investigation into the Texas Style Railroad of Hypocrisy and Injustice on "BIG LIES" and subsequent assassination of Robert Trevino.  You are not innocent bystanders! You are representatives of "all" the people of Texas and officers of the court entrusted in upholding the law and protecting the most vulnerable in our society and have a moral, ethical and legal responsibility and a duty to report criminal activities, especially life-threatening criminal activities, and more especially, since I have been screaming bloody murder for 30 long and oppressive years for equal protection, equal representation and equal access to justice for Robert Trevino and Family to save Robert from further irreparable harm and injury to his imminent detriment and demise and myself have been threatened, harassed, given the "death -ear" and attempted murder & induced mini-stroke compounding my own debilitating disabilities & continued cover-up with impunity in the first degree. Your immediate intervention and cooperation in this most serious and urgent matter is required!

*Gloria Trevino*

Gloria Trevino, Veterans In Petition for Justice, 12526 Olympia Drive, Houston, Texas  77077

## VETERANS IN PETITION FOR JUSTICE
**Robert & Gloria Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077**
**(713)309-5962, Email; vip4justice@gmail.com**

To; via email, anne.allensworth@senate.texas.gov                     Oct. 7, 2022
**TEXAS SENATOR JOAN HUFFMAN, ET AL.**
**CRIMINAL JUSTICE AND FINANCE COMMITTEE**
**C/O GLORIA, DISTRICT DIRECTOR**
**&**
via email, susan.gunnels@tdcj.texas.gov & ofs@tdcj.texas.gov
**TDCJ, EXECUTIVE DIRECTOR, BRYAN COLLIER,**
**C/O SUSAN GUNNEL, AKA, "GUNNER" "GUNSLINGER!"**

**RE;  TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE OF DECORATED DISABLED HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO & DEMAND EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME TO INITIATE "UNBIASED" CONGRESSIONAL INVESTIGATION INTO THE NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, SYSTEMATIC INJUSTICE AND OTHER HIGH CRIMES AND MISDEMEANORS AGAINST DISTRESSED HISPANIC VETERANS, AND OTHER MINORITIES SIMILARLY SITUATED, AS RAISED THROUGHOUT ALL MY CORRESPONDENCE.**

**SUBJ;  DEMAND FOR EQUAL ACCESS TO JUSTICE FOR ALL!**

Greeting,

We are writing to express shock and outraged over your contributory retaliatory premeditated abuse of power and authority and threats against me for continuing to exercise my God given right to free speech and to petition our Government for redress of grievances as referenced above and your total lack of care and concern and level of depravity has reached an all time high as well as in your continuing efforts to eradicate political prisoner, Robert Trevino and my entire family to silence and shut us up and we are demanding immediate access to equal protection, equal representation under the law and equal access to justice as guaranteed under the US Constitution without further incidents and unnecessary delays to save Robert's life and before you induce my own death and demise, as was my beloved mother and subsequent cold-blooded murder of my other brother, Juan, in illegal custody.

Your response has been the typical hostile, threatening my life and safety and to engage in cover-up/whitewash strategy and orchestrate a fearsome crescendo of more concocted aggravated "Big Lies" in furtherance of the continued wrongful life-imprisonment of Robert.  You and DTCJ Collier had Gunnel, aka, "Gunnerr" "Cover-up Artist" to call me on the erroneous guise and pretext of helping. However, it was to further retaliate, harass, provoke  and chastise me by maliciously trying to silence me through confrontations and defending the indefensible tyrannical Neo-Nazis Government officials and their employees and their right to reign of terror and flagrant violations of our civil and human rights to try to fuel my anger and depression to induce my death. Cover-up Artist, Gunner, then brags about how low and softly she was speaking to me. Con-Artist Gunnel, soft and subtle words were loud and clear and even deafening but just as vicious and dangerous and deadly as the civil and human rights violations and other atrocities, including, playing Russian Roulette against Robert and family, which

1

includes the induced wrongful death of my beloved mother, subsequent cold-blooded murder of our brother, Juan, while in similar illegal custody by the same domestic terrorist and political enemies of Robert Trevino and Family. .

TDCJ, Bryan Collier, Gloria And Gunner concocted racist erroneous cover-up/whitewash allegations that Robert has no issues as to erroneously imply that Robert is very happy and content in continuing unlawful life-imprisonment, cruel and unusual punishment, totally isolated from family and that he doesn't need to be release on MRIS or to be exonerated or even compensated for the gang-rape of his honor, dignity or freedom and being unlawfully imprisoned for life was doing him a big favor. This is the typical bigoted self-serving preposterous and ludicrous sham investigations these cover-up artist fantasize and indulge in daydreaming and amusement about something desired and try to sell. TDCJ, Bryan Collier, Gloria and Gunner ingeniously attempt to shift the focus and attention to alleged crimes of the powerless, as oppose to the monumental domestic terrorists hate crimes of the powerful Neo-Nazi Government officials that maliciously railroaded Robert, and others similarly situated, in executing their vicious retaliatory vendetta born of extreme hatred, political revenge on their concocted "Big Lies" and continue wrongful imprisonment based on more "Big Lies" by TDCJ and Senate Finance Committee that continue to cover-up and defraud and deny equal protection and equal access to Justice for Robert and Family. Also, it is common practice for corrupt and racist Government officials and Domestic Terrorist to coerce the wrongfully imprisoned to go along with their egregious cover-up schemes under threat of further bodily harm, cruelty, solitary confinement, denial of privileges, commissary, phone calls, visitations or to coerce others to commit aggravated perjured allegation and "Big Lies" against Robert to railroad him and again, such as TDCJ, Bryan Collier, in collusion with Patrick Lankford, Attorney John Richards and Noel Portnoy, acting as Gestapo Agents to Sabotage my effort to get Patrick Lankford's confession and allowed Lankford, the career criminal and serial pedophile with outstanding statutory rape of 12 year "escape" prison on parole to go on lam while continuing to illegally deny Robert release on MRIS or exonerated in furtherance of unlawful imprisonment and outright fraud and systematic injustice the reason we are being illegally denied equal representation, equal protection under the law and illegally denied equal access to justice and denied emergency appearance before subcommittee on crime to initiate an unbiased Congressional investigation into these serious and urgent matters of the normalization of corruption and stigmatized discrimination and systematic injustice and such as TDCJ, Bryan Collier, Gloria acting on behalf of Senator Joan Huffman and like others have done. It's become clear that all those millions of dollars going to state agencies, such as State Bar of Texas, State Commission on Judicial conduct and all those alleged non-profit organizations and are illegally denying Robert and Family equal protection and equal representation and equal access to justice are doing so for fear of upsetting their "cash cow" and for fear of losing their "meal ticket." and are aiding and abetting in the corruption and retaliation and continued unlawful imprisonment of Robert and cover-up/whitewash with impunity in the first degree. This is not an isolated case. Thousands of minorities are still being wrongfully imprisoned and requesting legal aid and not getting it and are further being criminally oppressed by being forced to represent themselves because the state does not want to exonerate them to defraud them out of fair compensation, such as in this Robert Trevino family case. Likewise the corrupt organizations, shyster attorneys, acting in the best interest of the State to further line their own pockets, acting as Gestapo Agents for Corrupt and racist Neo-Nazis, are ingeniously further victimizing the victims, making us scapegoats for their psychopathic criminal mind and behaviors and allowing the domestic terrorist to forever "escape" criminal and civil accountability for their federal violations. They protected the corrupt and racist government officials and others and visa-versa, the corrupt and racist government officials are protecting the Gestapo agents and Robert continues to live the American Nightmare in life-threatening medical condition. Another reason Patrick Lankford, was illegally allowed to "escape"

2

prison on Parole to be on the lam while Robert continues to languish in prison and illegally denied equal access to justice and cover-up/whitewash with impunity in the first degree. Where are all those juicy millions and millions of dollars to help distressed veterans?  In any case, their fantasy and preposterous and ludicrous allegation that Robert is happy and has no issues is inconsistent with the the ugly reality of Robert's dire life-threatening medical condition and several unnecessary brushes with death as a result of cruel and unusual punishment coupled with the inadequate superficial medical care and potentially dangerous and life-threatening prison environment, continued isolated from family and denied visitations, phone calls and playing Russian Roulette with his life to send him home in body bag instead of releasing him on MRIS to the Micheal E. DeBakey VA Medical Center where he can finally receive the badly needed adequate and comprehensive life-saving medical care that he has been illegally denied for over 27 long and oppressive years in unlawful life-imprisonment in blatant violation of his civil and human rights.  Their fantasy preposterous and ludicrous allegations that Robert is happy and is where he belongs is also totally inconsistent with the numerous lawsuits he has filed in courts all over the Country in his efforts to expose the atrocities and disentangle himself from the Texas Style Railroad of Hypocrisy and Injustice and cover-up/whitewash with impunity in the first degree.  As honorable discharged disabled and distressed veterans, Robert and I are legally, morally and ethically entitled to equal protection, equal representation and equal access to Justice and all those other basic civil and human needs as guaranteed under the US Constitution and we will not allow Neo-Nazis Government officials,Gestapo Agents and others continue to treat us like their yesterday's trash and continue to make a mockery out of us and indulge in amusement and laughter by saboteur.

**THEREFORE,** Robert is innocent and a political prisoner and is not a happy camper at the worse prison in the Country, TDCJ Montford Psychiatric Unit basically a "Dungeon" and "Death-Trap!"Contrary to bigoted fantasy fictitious misrepresentation sent to me by email tattered with fraud yesterday.  We continue to feel aggrieved and outraged over the orchestrated fearsome crescendo of continuing harassment, retaliation, and threats for exercising our God given and US Constitutional civil and human rights to free speech and to petition our Government for redress of grievances and the fabrication of more aggravated perjured bigoted, "Big Lies," in furtherance of the Texas Style Railroad of Hypocrisy and Injustice and Cover-up/Whitewash with impunity in the first degree of Decorated Disabled Hispanic Veteran and Political Prisoner, Robert Trevino and Demand Emergency Appearance Before Subcommittee on Crime to Initiate "Unbiased" Congressional Investigation into the normalization of stigmatized discrimination, retaliation, corruption ridicule and systematic injustice and the Gang-rape of Justice in America without further incidents and unnecessary delays and before Robert Trevino and Family suffer further irreparable harm and injury, including senseless wrongful death and demise and for which your immoral Unconstitutional Qualified Government Immunity Doctrine that is weakening our Country and is turning it into a third World Tyrannical Country and this will not save you from "escaping" professional and personal civil and criminal accountability.

**THIS IS NOT RUSSIA OR CHINA!  NO ONE IS ABOVE THE LAW IN AMERICA!**

And, Justice For All,

*Robert Trevino by Gloria Trevino POA 3 Gloria Trevino*

VETERANS IN PETITION FOR JUSTICE
Robert & Gloria Trevino, Petitioners
12526 Olympia Drive
Houston, Texas  77077
(713)309-7962, email, vip4justice@gmail.com
UNHCHR, USDOJ, Access to Justice, Rossi, et al.    3

Attach, Oct. 6, 2022 email fabricated
by TDCJ, Bryan Collier, Joan Huffman
& Gloria, Dir. for Huffman  & Gunnels

# PETITION TO THE SENATE OF THE UNITED STATES

RESPECTFULLY SUBMITTED TO;
1) US PRESIDENT BILL CLINTON
2) US CONGRESSMAN HENRY HYDE, COMMITTEE ON THE JUDICIARY, CHAIRMAN
3) US CONGRESSMAN BILL MCCOLLUM, SUBCOMMITTEE ON CRIME, CHAIRMAN
4) US CONGRESSMAN BOB LIVINGSTON, COMMITTEE ON APPROPRIATIONS
5) UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS  G/SO 215/1 USA 1111



United States Court
Southern District of Texas
FILED

JUL 2 0 2000 **BT**

**Michael N. Milby, Clerk**

FROM;
VICTIMS IN PETITION FOR JUSTICE
Gloria Trevino, President

## IN PURSUIT OF JUSTICE FOR ROBERT RODRIGUEZ TREVINO

WHEREAS, Our Forefather, and We the People of the United States in Order to form a more perfect Union, establish Justice, insure domestic Tranquillity, provide for the Common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves, and our Posterity, did ordain and establish the Constitution of the United States of America; and

WHEREAS, Robert Rodriguez Trevino, a human being, a citizen of the United States, political activist, indigent Hispanic war veteran, who was seriously wounded during the Vietnam War when he risked his life rescuing members of his platoon from an ambush and when showered with Agent Orange and other dangerous and poisonous herbicides while defending our country and our freedom; and

WHEREAS, Robert Rodriguez Trevino, suffers from skin disorders, liver damage, head and back problems, neurological and physical problems aggravated by his over weight condition, hearing and vision is seriously impaired, suffers from arthritus, symptoms of diabetes, prostate problems, soft tissue sarcoma, nerve damage, drop-attacks, structural damage to the brain, emotional problems associated with, like many other Vietnam war veterans, Post Traumatic Stress Disorders, carries steel fragment from explosions embedded in his knees, bone spurs in his feet, and has to use a cane and therapeutic shoes to walk; and

WHEREAS, Robert Rodriguez Trevino, in spite of his heroic acts and because his national origin, financial status and significant baffling, bothersome cripling, deteriorating poor medical condition, has been blatantly discriminated against for over 20 years, forced to struggle for employment until he finally received recognition, a "Bronze Star" and "Purple Heart" as well as VA medical and financial compensation of $1,800.00 per month; and

WHEREAS, Robert Rodriguez Trevino, continues to be the victim of blatant discrimination practices by his political opponents in collusion with others and has been, on Day 1, illegally arrested without probable cause, subjected to illegal search and seizure, Day 2, illegal warrent signed by JP Judge, with no law degree acting outside his jurisdiction and judicial capacity and who gladly signed the illegal warrent in furtherance of the conspiracy to violate Robert's civil rights and commit fraud and to defraud, denied bond, falsely accused of a crime he did not commit and could not have committed nor was any evidence of any alleged crime ever presented, Day 3, probable cause (the wild accusations of over 24 counts of agravated sexual assault on a gang of juvenile delinquents who had criminal records and criminal charges pending was solicited and who couldn't remember the name of the clinic or of the "phantom doctor" who supposedly performed the "rape-test" and neither could their parents who had to give consent nor the arresting police officers,) nevertheless, was denied change of venue, maliciously persecuted, defamed, tried without members of his own peers, denied a defense and fair trial, subjected to a "Sham Trial" in furtherance of the conspiracy to violate his civil rights and to ensure a conviction, subsequently convicted and unlawfully imprisoned for life; and

WHEREAS, Robert Rodriguez Trevino, once again, is being defrauded out of VA compensation, and deprived of medical treatment for his service-connected disabilities even his cane and therapeutic shoes have been replaced with a mop, and his condition has been worsened by the cruel and unusual punishment at the Texas Department of Criminal Justice, Mark Stiles Unit Prison in Beaumont, Texas; and

WHEREAS, Robert Rodriguez Trevino, continues to be denied medical evaluations and transfer to the Dallas, Texas VAMC where he can be close to his 77 year old ill-stricken mother, Maria Rodriguez Trevino, who is also being defrauded out of VA compensation as Robert's dependent parent and where Robert can receive treatment for his service-connected disabilities, supposedly, as alleged, in writing, by top federal officials, who likewise seem to be indulging with amusement at our pain and suffering as well as our predicament, because Robert can not afford to pay for these services and therefore, Robert's Civil and Human rights are not being violated; and

WHEREAS, the need to eliminate unnecessary death, destruction, suffering is a reflection of international interest and of the moral values of civilized man, and, Robert Rodriguez Trevino, continues to be the victim of the greatest crime against humanity, "autocratic rule" and denied those "unalienable rights" endowed by our creator, among which includes, life, liberty, and the pursuit of happiness, and being  forced to face death almost on a daily basis until his own since the over-crowded, highly contagious Mark Stiles Unit Prison is a "death-trap" filed with terminally ill inmates who are suffering from aids, tuberculosis, and hepatitis and are likewise being deprived of medical treatment by the prison doctors who are under license suspension because of criminal activities and drug abuse and are in reality butchers and executioners in disguise and are receiving bonuses, supposedly for saving the tax-payers money in medical expenses, 16 deaths have been found to be "inappropriate" and no on is being held accountable and Robert is entitled to retain his fundamental rights as a human being, regardless of his financial status, disabilities, national origin, political beliefs or the political activities or beliefs of his family members also victims of systematic abuse, violence, police brutality, abuse of power, abuse of process, retaliation, harassment, persecutions; and

WHEREAS, Robert Rodriguez Trevino, and family continue to be the victims of systematic abuse, criminal oppression and fraud in the evil-doers' efforts to "cover-up" this injustice and other atrocities inflicted upon our family members for our relentless pursuit of true justice, equal representation, due process of law and equal protection under the law in violation of the Constitution of the United States of America; and

WHEREAS, Robert Rodriguez and family have exhausted all legal remedies under domestic law or have been prevented from exhausting them because of the discrimination fraud, and corruption, criminal oppression, retaliation, lack of money, and lack of care and concern for indigent disabled Hispanic victims of discrimination and injustice; and

WHEREAS, Robert Rodriguez Trevino, risked his life and has paid a high price in defending our Government when our Government called upon Robert in time of need to defend our national interest by going to war, We are calling upon our Government to come to Robert's aid in disentangling himself from this "Railroad of Hypocrisy and Injustice,"

NOW THEREFORE BE IT RESOLVE, that in the interest of true justice we urge you to allow an Emergency Hearing before the House Crime Subcommittee or any other Governmental body as well as both Houses of congress to immediately investigate without bias or prejudice the Civil Rights and Human Rights Violations and RICO Violations leading up to and during Robert's unlawful imprisonment to secure his freedom and to enforce those provisions that would prohibit the Government from violating those inalienable rights in accordance with the Constitution of the United States of America and for any other relief that is fit and proper, We Pray.

VICTIMS IN PETITION FOR JUSTICE

Gloria Trevino, President
12526 Olympia Drive
Houston, Texas 77077
(281) 752 - 8884          Date: 7/23/98

cc
Texas Congressman Martin Frost

## VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962
vip4justice@gmail.com

JANUARY 21, 2015

### ROBERT RODRIGUEZ TREVINO, a VEGGIE
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
Carol S. Young Medical Facility
### UNLAWFULLY INCARCERATED SINCE 1995



Born June 7, 1946

**NATIONS UNIES**
HAUT COMMISSARIAT AUX DROITS DE L'HOMME



**UNITED NATIONS**
HIGH COMMISSIONER FOR HUMAN RIGHTS

Téléfax: (41-22) 917 0111
Télégrammes: UNATIONS, GENEVE
Télex: 41 29 62
Téléphone: (41-22) 917 3377/917 4364/917 1347

Palais des Nations
CH 1211 Geneve 10

Reference: G/SO 215/1 USA 1111

31 March 1998

Your communication
dated 18 February 1998

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

Dear Mrs. Trevino,

    This is to acknowledge the receipt of your communication referred to above.

    In accordance with a procedure set out in the enclosed resolutions, a copy of your communication will be sent to the authorities of the country concerned and a summary of it will be confidentially submitted to the Commission on Human Rights and the Sub-Commission on Prevention of Discrimination and Protection of Minorities.

                              Yours sincerely,

                          for   Helga Klein
                    Chief a.i., Support Services Branch

Mrs. Gloria Trevino
2404 Harmon Rd.
Silver Spring
Maryland 20902
Etats-Unis d'Amérique

# Legal News

<br />

VOL. 9  No. 6         *Working to Extend Democracy to All*         June 1998

ISSN 1075-7678                                                   Price: $5.00

## Mis-Managed Health Care in Texas Prisons

In 1993, Texas state prisons overflowed with 70,000 prisoners. But the state was nearing completion of a $1.5 billion prison construction program that would more than double the number of state prisons. State Comptroller John Sharp approached with few Texans knew: the $1.5 billion prison construction price tag would be dwarfed by annual operating costs.

Prison health care was of particular concern to Sharp. For the previous half-decade, those costs had risen at a rate of 6 percent annually. The solution, according to a three-page recommendation...

...tion packed into a massive 1993 state prison audit released by Sharp: managed health care.

Later that year, the Texas Legislature passed a bill that wrenched control of prison health care away from the Texas Department of Criminal Justice (TDC) and gave the responsibility for most of the medical care of the state's prisoners to the University of Texas Medical Branch at Galveston and the Texas Tech Health Sciences Center in Lubbock.

The bill passed with little debate and almost no opposition. After all, plenty of people in the free world hate their HMOs. What some Texas politicians would deprive prisoners a taste of managed care, especially when the plan promised to save tax dollars?

So in September 1994, UTMB and Texas Tech assumed control over more than 3,000 prison medical workers and a budget of $210 million. About 80 percent of the managed care would be handled by UTMB, located in southeast Texas, where the vast majority of state prisons are situated. Texas Tech would cover the remaining 20 percent of the prisons located in north and west Texas. Both promised to cut costs and improve care for a prison population that has since mushroomed to approximately 140,000.

After three years of managed care, the savings, according to prison HMO officials, are impressive. So far, they say, the state has saved some $125 million as the cost-per-prisoner has dropped from $132 a month the prison HMO was paid at its start compared to the approximately $160 a month it's currently paid. The

prison system paid a set contract fee of $163 million for managed care in 1997.

But a state audit released in January 1998, highlights some deeply troubling systemic deficiencies beneath the rosy glow of efficiency and cost savings. Among the issues underscored by the audit:

• Last year, the two medical schools realized a $25 million profit from the contract; the audit cites this as an indication that the contract is too generous.

• The level of care was described as "improper" in 16 of 24 deaths at one prison unit. The prison, coincidentally the Mark Stiles Unit, was unnamed in the audit. But in 1996 the TDC ordered a "mortality review" of 24 deaths at the Stiles Unit (where UTMB has concentrated prisoners identified as HIV+) and found that 16 of the 24 cases had been handled improperly. The TDC review called for disciplinary action against a Stiles Unit doctor. But UTMB's medical director for the prison HMO, Jason Calhoun, overruled the TDC task force recommendations and no action was taken. Calhoun said the TDC task force had "no business" telling UTMB how to manage HIV care.

• A review of medical personnel showed that eight prison doctors and three nurses are under licensing restrictions by the state's medical boards for problems ranging from sexually molesting patients to botched abortions to drug and alcohol abuse. The audit showed that both universities failed to check references, graduation records and residency program completions for their doctors and nurses.



### Inside

| | |
|---|---|
| Editorial | 4 |
| Book Reviews | 4 |
| Pro Se Tips & Tactics | 6 |
| NY Prisoner Awarded SSDI | 8 |
| BOP Sued Sex Abuse for $300k | 9 |
| WA County Accused of Cover-up | 11 |
| PLRA News | 12 |
| Sexual Harassment Award in CA | 15 |
| SF Jails Held Unconstitutional | 18 |
| MI Parole Amend. Constitutional | 19 |
| Race Regs. for NAR Struck Down | 22 |
| News in Brief | 24 |
| Highrate Attica Requests Tom | 25 |

PUBLISHER
Rollin Wright

EDITORS
Legal Paul Wright
News Dan Pens

CIRCULATION
Fred Markham

LAYOUT/DTP
Matthew Esget

QUARTERLY COLUMNISTS
John Midgley
Laura Whitehorn
Mumia Abu Jamal

CALIFORNIA CORRESPONDENT
Willie Wisely

CONTRIBUTING WRITERS
Alex Friedmann, Adrian Lomax,
Julia Lutsky, James Quigley
& O'Neil Stough

Subscriptions

If you have not made a donation of stamps or money to PLN, please do so now. A one year subscription is $15 for prisoners, $20 for individuals, more if you can afford it, and $50 for lawyers and institutions. Prisoner donations of less than $15 will be pro-rated at $1.25/issue. Do not send less than $7.50 at a time. New subscribers please allow six to eight weeks for the delivery of your first issue, longer if you are a Texas prisoner. Confirmation of receipt of donations cannot be made without an SASE unless you have not received your last issue within the time allotment mentioned above. Ad rates are available on request. PLN is a section 501 (c)(3) non-profit organization. Donations are tax-deductible. Send contributions to:

Prison Legal News
2400 NW 80th Street #148
Seattle WA 98117

If you are located in Europe or the Middle East, send financial contributions to Sozialwerk Prolaris, C/O PLN. DTO Milan, Italy. Readers in Latin America, Canada or elsewhere outside the United States can send their PLN donations to Arm the Spirit, PO Box 6326, Station A, Toronto, Ontario, Canada M5W 1P7.

Articles submissions may be made directly to the editors Paul Wright #930500, PO Box 777, Monroe WA 98272 or Dan Pens #272308, PO Box 518, Monroe WA 98272. We cannot return submissions without an SASE. If we use your article, you will receive a one year gift subscription to PLN.

PLN is online with a newly designed Website. Point your browser to http://www.prisonlegalnews.org to see the start of the PLN legal research site. It will soon be a comprehensive resource for prison litigation and provide fully reviewed back issues of PLN. If there are any questions or comments about the Webpage they can be emailed to the webmaster at webmaster@prisonlegalnews.org

## Health Care (continued)

* Some $668,000 was paid to 60 UTMB prison HMO doctors last year as bonuses, despite strong protest from the TDCJ that such payments provide an incentive for prison doctors to deny care to prisoners.

Another matter, this one condensed by the TDCJ Health Services Division in 1997, summarized the five most frequently found problems in the prisons it audited. Of the 58 prisons whose records were reviewed, 41 failed to follow up on a program of flu immunizations for prisoners at high risk; 42 failed to adequately account for emergency room procedures; 44 could not properly document that they had counseled prisoners in need of therapeutic diets; and 49 could not show that they had offered vaccines to prisoners at risk for pneumonia, which would include the elderly, the chronically ill and those with HIV.

But the most troubling statistic was that 48 of the 58 prisons missed an audit question concerning their documentation for access to care. In other words, prison HMO workers were saying that they had provided care — but they didn't have the paperwork to prove it.

However, such problems haven't hurt the accreditation rating of Texas prisons. Prisons that are not in compliance with some accreditation standards frequently have been given extensions to get into compliance by Dr. Michael Warren, who until recently was the medical director of the TDCJ Health Services Division on a part-time basis.

Despite problems cited by TDCJ auditors, Warren rarely criticized UTMB's managed care — in part perhaps because he was spending most of his time employed by UTMB as its chief of urology.

When the *Houston Press* asked TDCJ director Wayne Scott how Warren could manage such an obvious conflict of interest, Scott replied that Dr. Warren is here at our request, not anybody else's, as part-time medical director. Mike Warren is a guy, we believe, that can separate those two responsibilities.

But two days after talking to the *Press* about Warren, Scott fired the doctor and sent a secretary to Galveston to

And Dr. Warren's double duty is the only easy deal or questionable practice uncovered by *Press* reporters. Probably the most glaring question centers not around who provides medical care, but who is overseeing it.

Instead of having the two medical schools contract directly with the prison system, the 1993 legislation created a new and separate entity, the Correctional Managed Health Care Advisory Committee (CMHCAC), to supervise prison health care. Despite its name, there seems to be nothing "advisory" about the CMHCAC. Indeed, in some legislative documents it's described as the "Board of Directors" that supervises the HMO contract. The board consists of two representatives each from UTMB and Texas Tech and two representatives from TDCJ, one of whom must be a full-time medical doctor. In other words, the prison HMO contract is overseen by the vendors themselves, who outnumber their client four to two.

The January 1998 audit stated such a governing board "may no longer be critical to the continuation of the managed care system" and suggested that the universities contract directly with the prison system. Such a change, however, would require legislative action because the CMHCAC is a creature sired by the 1993 Texas Legislature.

Allan Polunsky, chairman of the Texas Board of Criminal Justice (which has oversight of the TDCJ), has even stronger words about the structure of the CMHCAC, declaring it "fundamentally wrong. The committee lacks accountability; it lacks accountability to the Legislature and to the TDCJ and ultimately to the taxpayers. It is the classic case of the tail wagging the dog. It makes no sense at all, but is the result of lobbying and politics."

But if the CMHCAC were to make sense to anybody, through it, it would be two former TDCJ directors, James Riley and James Lynaugh.

In theory, the CMHCAC is supposed to be a supervisory agency that plans and monitors health care. But in reality, the actual day-to-day work of planning, providing care, hiring employees and so forth is done by the two medical schools. Nevertheless, the CMHCAC has its own five-person office located approximately

This office is headed by Riley and Lynaugh, neither of whom has extensive medical experience. As executive director, Riley makes $118,400 a year; Lynaugh pulls down $136,302 annually as chief financial officer. They supervise one assistant director and two administrative associates.

So about a million dollars a year from the prison health care contract goes directly to this five-person department, and no one seems to be able to explain just what the state gets in return.

According to Michael Berryhill, reporting for the *Houston Press*, James Lynaugh is a financial expert who worked closely with Lt. Governor Bob Bullock when Bullock was state Comptroller. Although Lynaugh had no prison experience, he was installed as director of TDC in 1987 when then-governor Bill Clements was pouring money into the budget to build more prisons. Lynaugh fell out of favor with the TDC board during Ann Richard's governorship, and resigned in the fall of 1993.

The board was divided about who to choose for its next director, and present James Riley, a former military prison warden who had been working in health care for the TDC, to serve as interim director. Riley told the board he didn't want the job permanently but he took it for several months until [the recently indicted] Andy Collins of VitaPro fame was selected.

One reason Riley may not have wanted the high-pressure job of director was that he was busy setting himself up as kingpin for the fabulously lucrative prison HMO contract. Buried in the back of state Comptroller John Sharp's massive 1993 audit of the prison system was the three-page recommendation to create the managed health care system Texas has today. Included in the recommendation was the creation of not just a board of officials from the medical schools and TDCJ but also a "managed care administrative position," which eventually resulted in six-figure jobs for Lynaugh and Riley.

When asked how the prison HMO's unique organizational structure was created, Riley would only say that it was the suggestion of the Comptroller and the will of the Legislature. But the specific recommendations were invented by someone, and Riley's name appears in the footnotes of Sharp's report as assistant director of ... state services.

Most observers believe that Riley and Lynaugh masterminded the creation of the CMHCAC with the politically connected Lynaugh as the brains of the operation — which might explain why he makes $13,000 more a year than Riley, the man he reports to. In the words of Texas prisoners, it looks like Riley and Lynaugh have cut themselves a fat hog.

But if the state has saved $125 million on prison health care costs, and the medical schools who run the prison managed care system are pulling down $25 million a year in profits, isn't that a win-win situation? Why should anyone complain?

Texas prisoners are the clear losers, and they have plenty of reasons to complain. Horror stories abound of prisoners routinely and systemically denied care. As former TDC health administrator Jim Cook says, "When UTMB took over, the approach was typical of managed care. Cut costs, cut care."

Part of the HMO's problem, according to Cook, is that UTMB has eliminated important clinical positions and consolidated nursing and administrative positions. The result is both inadequate care and inadequate documentation. He describes one of many instances where this combination proved deadly.

"I had an inmate shipped from the Hodge Unit in Rusk, which houses mentally retarded inmates," Cook says. "He was a brittle diabetic and had bad teeth, and we sent him to Galveston to have his teeth extracted. UTMB put him on a chain bus to Estelle Unit for a layover before returning him to Hodge. No one read the orders on him. He didn't get insulin for six days, and he died."

So the bottom line is this: (mis)managed care isn't a "win-win" situation, it's a "win-win-lose" situation, with prisoners — some of them literally dying for medical attention — clearly on the short end of a very lucrative stick. And what is the Texas Legislature doing to correct things around?

During the last legislative session, state Representative Todd Staples of Palestine introduced a bill to change the board structure of TDCJ's managed care system. His bill would have replaced the vendor-dominated board with a board of outsiders. But the prison HMO's highly-paid barons Riley and Lynaugh spent a good deal of time in Austin fighting the bill, and it died in committee.

And to add insult to injury, the Legislature ... ... ...

charge Texas prisoners a $3 medical co-pay for every medical visit.

So Riley and Lynaugh still have their fat hog. And Texas prisoners — none of whom are paid for their labor, all of whom are forcibly compelled to work, and 80 percent of whom are indigent — have the indignity of being forced to pay for medical care heaped upon the insult of, in many cases, literally dying for lack of adequate care in the first place.

But then, prisoners don't have inside political connections, don't send lobbyists to Austin, and they don't vote. So who cares?

Sources: *Dallas Morning News*, *Houston Press*

[Editor's note: This article could not have been possible without the superb investigative journalism of Michael Berryhill of the *Houston Press*. Many thanks for a job well done.] ■

## Pelican Bay Cellie Slayings

Felipe Cruz, more than seven years into a 17-to-life sentence for second degree murder out of L.A. County, was found unconscious in his Pelican Bay SHU cell on the morning of November 1, 1997. He was taken to a local hospital, where he was pronounced dead. Prison officials said that 26-year-old Cruz was strangled by his cellmate, 29-year-old James Elrod.

It was the eighth such cellie-on-cellie slaying in Pelican Bay in the last 25 months. All five killings were by strangulation. Six prison spokesmen Lt. Domingo Uribe said the prison has no plans to re-examine its practice of double-celling prisoners in the Pelican Bay control unit where cellmates are confined (some say crammed) together 23 1/2 hours a day.

"All these inmates, when they double cell, it's voluntary," said Uribe. They sign agreements to cell with each other."

Uribe said there is no evidence any of the slayings are related, although he told reporters that all of the victims and their accused killers were white. Uribe continued that some of the killings may have been "gang related," saying that one of the victims was a member of the Aryan Brotherhood, and one of the suspects was "an associate" of the AB.

11/1/22, 12:18 PM                                    Tim Stanley - CEO - Justia | LinkedIn

 

 Sign in to LinkedIn with Google                    



 Gloria Trevino
vip4justice@gmail.com

Continue as Gloria

To create your account, Google will share your
name, email address, and profile picture with
LinkedIn. See LinkedIn's privacy policy and terms of
service.

**Tim Stanley**

CEO Justia

Mountain View, California, United States

3K followers  ·  500+ connections

Join to connect

  Justia

 Stanford University

 Websites

# About

Justia's mission is to make law and legal resources free for all.

Justia works on free law projects, collecting and distributing millions of documents to the Internet
community. Justia provides free attorney-written daily case opinion summaries for all of the US
Federal Appellate Courts, all of the top-level US State Courts, and all of the California Appellate
Courts.

Justia also provides free business, consumer, and educational information and has started

Google

obituary of robert r. trevino of waxahachie

🔍 All   📰 News   📚 Books   🖼 Images   🛍 Shopping   ⋮ More     Tools

About 167,000 results (0.65 seconds)

https://law.justia.com › texas › tenth-court-of-appeals

**Roberto Rodriguez Trevino v. The State of Texas--Appeal from ...**
A jury convicted appellant, Roberto Rodriguez Trevino, of one count of aggravated ... Officer Wiggins is one of four investigators for the Waxahachie Police ...
You've visited this page many times. Last visit: 11/10/22

https://www.legacy.com › Texas › Ellie County

**Local Obits for Waxahachie, TX - Legacy.com**
2 days ago — Tyler R. O'Tater obituary, 1934-2021, Waxahachie TX ... Robert attended school in Avalon, Texas. ... Aidan Noel Trevino.

https://www.waxahachiefuneralhome.com › obits

**Recent Obituaries | Waxahachie Funeral Home**
Records 1 - 20 of 750 — Roberto Rodriguez Trevino went to be with our Lord on November 3, 2022, at the age of 76. He was born to Jose and Maria View full ...

https://www.waxahachiefuneralhome.com › obits

**Waxahachie Funeral Home : Waxahachie, Texas (TX)**
Home · Obituaries; Who We Are. Our Story · Our Staff · 1201 W HWY 287 BPY Waxahachie, TX 75165 · Our Calendar. Plan a Funeral.

🖼 Images for obituary of robert r. trevino of waxahachie   ⋮

Robert was convicted by an all-white Neo-Nazi jury to ensure a conviction & maximum life sentence. No reasonable jury would have convicted Robert on Pinocchio Big lies!

View all →

https://www.guardianfhcremation.com › obituary › rob...

**Obituary | Robert R. Trevino of Corpus Christi, Texas**
Robert was born to Adan Trevino and Anita Rodriguez Trevino on September 13, 1956 in Corpus Christi, Texas. Robert will always be remembered for his beautiful ...
Missing: waxahachie | Must include: waxahachie

https://www.dignitymemorial.com › obituaries › name

**Obituaries Search for Robert Trevino - Dignity Memorial**
See all obituaries for Robert Trevino. Get service details, leave condolence messages or send flowers or gifts.
Missing: waxahachie | Must include: waxahachie

https://www.yumpu.com › document › view › city-of-...

**City of Waxahachie Cemetery Listing - Yumpu**
Jul 9, 2015 — LAST FIRST BORN DIED ADDITION BLOCK LOT GRID SPACEAiken Henry / / / / OC
1 *Ainsworth Robert Noel 05/10/1908 02/06/1986 4 4 9 *Akin Anderson ...

https://www.echovita.com › funeral-homes › waxahachi...

Have Justic immediately remove sham opinion based on Stigmatize discrimination, systematic injustice & Big lies! Wiggins was the only so-called investigator involved in sham investigation to sham trial by rage & admitted under oath she didn't investigate professionally and was contrary to her training. Mary Hugh Red Flags! Also admitted her testimony may not be accurate because she was hospitalized with Major Depression & Trauma & Psychosis! And she was the State's most credible witness! Also admitted she never liked Robert and that was before he successfully campaigned for resignation of Chief of Police Ted Galion who was her lover. No mistrial was declared!

Gloria Trevino

 obituary of maria rodriguez trevino of waxahach   ✕   🎤   📷   🔍     

News    Images    Shopping    Videos    Books    Maps    Flights    Finance

All filters ▾    Tools    SafeSearch ▾

About 209,000 results (0.53 seconds)

 Justia
https://law.justia.com › texas › tenth-court-of-appeals    ⋮

### Roberto Rodriguez Trevino v. The State of Texas--Appeal ...
Officer Wiggins testified that **Trevino** was arrested on February 9, 1995, because, at that time, the Waxahachie Police Department had received four complaints ...
You've visited this page many times. Last visit: 11/11/22

🌐 Waxahachie Funeral Home
https://www.waxahachiefuneralhome.com › obituary    ⋮

### Roberto Rodriguez Trevino - Obituary
Nov 3, 2022 — Roberto **Rodriguez Trevino** went to be with our Lord on November 3, 2022, at the age of 76. He was born to Jose and Maria Trevino on June 7, 1946.

Ⓔ Echovita
https://www.echovita.com › ... › Texas › Waxahachie    ⋮

### Roberto Rodriguez Trevino Obituary - Waxahachie, Texas
Family and friends must say goodbye to their beloved Roberto **Rodriguez Trevino** (Waxahachie, Texas), who passed away at the age of 76, on November 3, 2022.

🖼 Images for obituary of maria rodriguez trevino of waxah...    ⋮

›

Feedback

View all →

 PeekYou
https://www.peekyou.com › maria_trevino    ⋮

### Maria Trevino Facebook, Instagram & Twitter on PeekYou
Maria S. **Trevino** Age 49. Sierra Vista, AZ | Houston, TX | Needville, TX. Also known as: maria_met. Maria **Trevino** lives in Sierra Vista, AZ.

Dignity Memorial
https://www.dignitymemorial.com › webster-tx › mari...    ⋮

### Maria Trevino Obituary - Webster, TX
Nov 14, 2018 — **Trevino** passed away on Wednesday, November 14, 2018 at the age of 71. Born on February 22, 1947 in Del Rio, Texas, Maria was the oldest of 11 ...
Missing: waxahachie; | Must include: waxahachie;

🆃 Tribute Archive
https://www.tributearchive.com › obituaries › Maria-R...    ⋮

### Maria Reyes Obituary
... 2018, Maria Reyes passed away on November 15, 2018 in Waxahachie, Texas. ... in **Rodriguez** Nuevo Leno, Mexico to her parents, Merced **Trevino** and Maria ...

https://www.tributearchive.com › obituaries › maria-h...    ⋮

### Maria H. Trevino Obituary



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collier
Executive Director

17 October 2022

Gloria Trevino

| OFFENDER | TDCJ # |
|---|---|
| TREVINO,ROBERTO RODRIGUEZ | 00729766 |

Dear Gloria Trevino,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-2134
Fax:(512)671-2409



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collier
Executive Director

04 May 2021

John Richards

| OFFENDER | TDCJ # |
|---|---|
| TREVINO, ROBERTO RODRIGUEZ | 00729766 |

Dear John Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-21
Fax(512)671-24

**Texas Department of Criminal Justice**

— **Bryan Collier**
Executive Director

February 27, 2019

John E. Richards
john.richards@richardsvaldez.com

RE:    Trevino, Roberto Rodriguez
       TDCJ # 729766

Dear Mr. Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the Offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding his current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

EXHIBIT B

1

4616 W. Howard Lane, Ste. 200

(512) 671-2134
Fax (512) 671-2409



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

November 22, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

RE: Robert Trevino, TDCJ# 729766

Dear Ms. Trevino:

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

Medically Recommended Intensive Supervision (MRIS) provides for the early review and release of certain categories of offenders and state jail confinees who are mentally ill, mentally retarded, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles (TDCJ-CID) or by the sentencing Judge (State Jail Confinees).

HB 1670, enacted during the 78th Legislative Session, excluded from MRIS eligibility those offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure. The 80th Legislative Session, however, enacted HB 2611 allowing MRIS consideration for those offenders if "in a persistent vegetative state" or being a person with an "organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that Offender Trevino's condition does not currently meet the clinical criteria as stated above.

For information on the Emergency Medical Reprieve process, please contact the Texas Board of Pardons and Paroles, Executive Clemency Section, 8610 Shoal Creek Blvd, Austin, Texas 78757, phone number (512) 406-5852.

Sincerely,

Jessica Riley
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.state.tx.us

8712 Shoal Creek Blvd.
Austin, Texas 78757

EXHIBIT C

(512) 465-5100
Fax (512) 465-5116

**GLORIA TREVINO**
12526 Olympia Drive – Houston, Texas 77077
(713)309-5962 – email address, vip4justice@gmail.com

May 2, 2022

INNOCENCE PROJECT OF TEXAS
c/o Mr. Ryan Hamilton, Project Director
300 Burnett Street, Suite 160
Fort Worth, Texas 76102

SUBJ; EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST
      DEGREE!

RE; THE CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND
    AMERICAN WAR HERO, ROBERT R. TREVINO, TDCJ #729766

Greetings,

Robert is 75 years old and at invalid and almost completely paralyze and a prisoner in his own body
that has been at death's door several times because of neglect and cruel and unusual punishment and is
housed at the worst TDCJ prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas and
is in imminent life-endangerment and we respectfully request priority consideration because of the
emergency life-threatening dire medical condition of Robert.

Attached are emails previously sent to you in reference to the continued unlawful imprisonment of my
brother, Robert, who is an invalid and victim of egregious systematic injustice with impunity in the
first degree. In 1995 in Waxahachie, Ellis County, Texas, Robert was shamefully and maliciously
falsely accused of supposedly raping a violent juvenile delinquent gang with felony statutory rape of a
13 year old girl against the ring-leader who was under mandatory court ordered psychiatric treatment
for his anti-social personality disorder and psychosis and was illegally secretly offered immunity from
prosecution in exchange for the orchestrated false allegations against Robert by police officer, Billie
Wiggins. Wiggins was the State's most credible witness and was executing a vicious vendetta born of
hatred and prejudice against Robert for his successful campaign for the resignation of the Chief of
Police who she was having an affair with and was her lover. At the beginning of her testimony,
Wiggins voluntarily admitted under oath that she also had been hospitalized for Major Depression,
which is a psychosis and would try to answer truthfully.

Furthermore, Wiggins also admitted that she never liked Robert even before his successful campaign
against her lover and that she did not investigate the allegations against Robert professionally and no
mistrial was ever declared. Also Robert was incompetent during the sham trial and was further
illegally denied a competency examination. Also, there was no medical or scientific evidence of the
alleged crime and a laundry list of other irregularities and indiscrepancies throughout the Kangaroo
Court and no mistrial was ever declared. Also, clear and convincing crucial evidence that supported
Robert's innocence and impeached the credibility and character of the alleged hoodlums was illegally
suppressed and covered-up?whitewashed. It was further a forgone conclusion that the specially
selected extremely bias and prejudice racist all-white jury to ensure a conviction and maximum life-
sentence convicted Robert. It is the first time in the history of the United States of America where the
gang yelled rape and the victim went to prison for life. To date, Robert remains in unlawful
imprisonment and is in a life-threatening medical condition maliciously further subjected to deliberate

1

indifference and cruel and unusual punishment with impunity in the first degree.

Another perfect example of the credibility and validity of the sham trial by rage is the fact that Wiggins ingeniously solicited a JP Judge, Curtis Polk, with no law degree to act outside his jurisdiction and in signing the felony warrant for Robert's unlawful arrest in blatant violation of Texas Constitution Article IV, Section 19, which states Jurisdiction of JP Court shall only have jurisdiction of criminal matters of misdemeanor cases punishable by fine only. Ratified, February 15, 1876. Also refer to TX. Gov. Code 27.031, Jurisdiction of JP, Further evidence of blatant violations of Robert's civil and human US Constitutional Rights and Bill of Rights with impunity in the first degree. Our attorneys were totally ineffective and conducted sham representations and further criminally oppressed Robert and family.

Repeated complaints of outright fraud, police brutality, retaliation and continued civil and human rights violations and corruption/RICO violations to the USDOJ, FBI and others have been in vain. The USDOJ, FBI are entrusted in protecting the most vulnerable in our society however, they are further victimizing us and are inciting them and aiding and abetting in the atrocities. For example, instead of prosecuting the police and prosecutor in the malicious Kangaroo Court against Robert, the FBI hired the Prosecutor, Steve Marshall, with pending civil rights complaints further empowered him making him extremely more dangerous to the disabled minorities and other disadvantages that make us more vulnerable to exploitation and abuse, such as in this Robert Trevino case. I was totally shocked and in disbelief that the FBI hired corrupt and racist DA Steve Marshall instead of prosecuting him for his vital role in the malicious prosecution of Robert.

Robert risked his life heroically and valiantly defending our Country in time of war and paid a very high price for it. His well deserved metals of honor were viciously shamefully replaced with what amounts to a Badge of Infamy by our Country that he risked his life to defend. Now we are calling on our Government to come to Robert's aid and help him disentangle himself from this railroad of hypocrisy and injustice and cover-up/whitewash without further incidents and unnecessary delays before Robert suffers further irreparable harm and injury including unnecessary senseless death and demise. Repeated request for Robert's release on MRIS, Medically Recommended Intensive Supervision, have likewise been illegally denied with impunity in the first degree.

The USA is suppose to be the most civilized society in the world where everyone is guaranteed equal protection and a fair and impartial trial and where no one is above the law. These corrupt officials in cooperation with others are freely violating our US Constitution and our Bill of Rights and turning our Country into a third World Country with impunity in the first degree and are guilty of treason and high crimes and misdemeanors and accordingly should be immediately held civilly and criminally accountable. This is not China or Russia.

Robert remains in an extremely dangerous and life-threatening situation and continues Living the American Nightmare and your immediate intervention and assistance is respectfully requested.

Respectfully,

*Gloria Trevino*

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962

2



Home / News / Education News / Feds Investigate Harvard, Yale

# Colleges and Universities Fail to Report Billions in Foreign Donations

An Education Department investigation triggered schools to report $6.5 billion in previously undisclosed gifts from foreign countries.

By Lauren Camera

Feb. 13, 2020









 ALJAZEERA

 ▶ LIVE  ✕

News | Courts

# Justice Clarence Thomas failed to disclose luxury trips: Report

*ProPublica says the US Supreme Court justice did not report travel offered by a donor, in possible violation of law.*



When you agree to our cookies, you automatically place on your browser but allowing AlJazeera and our and its partners to use cookies or similar technologies helps us improve our content and offerings to you. You can change your policy preferences at any time by selecting 'Cookie preferences' at the bottom of our service. To read more, please see our cookie policy.

**Allow All**


BRENNAN
CENTER
FOR JUSTICE

**Issues    Our Work    Experts    Get Involved    About**    Library    Press

Home // Our Work // Analysis & Opinion // Qualified Immunity Is the Scourge of Prison Reform

FELLOWS

# Qualified Immunity Is the Scourge of Prison Reform

A recent federal appeals court ruling is an egregious example of the problem.


Getty

 Andrew Cohen    |    January 7, 2020

 **End Mass Incarceration**
Cutting Jail & Prison Populations

Prison reform, or the hope of it anyway, comes in many forms. Enlightened corrections officials can impose it by changing policies. Legislators can demand it through the passage of new laws. And judges can order it to remedy violations of those laws or the Constitution.

There are many ways to stifle prison reform, too. Unions and lobbyists representing law enforcement and corrections officers can resist it. Elected officials can evade or delay it. And judges can ignore it by protecting those who make or allow prisons to be places of deplorable cruelty.

The Fifth Circuit Court of Appeals surely falls in the latter category. A federal appeals court with jurisdiction over Texas, Louisiana, and Mississippi, it has a long history of antipathy toward prisoners. It also now is brimming with new Trump appointees. On the Friday before Christmas, it quietly and largely upheld a lower federal court's ruling against a Texas prisoner named Trent Taylor. Corrections officers allegedly laughed in his face when he complained about living for days in unspeakably filthy conditions.

number of perfectly valid reasons for doing so. Our holding is limited to the extraordinary facts of this case, in which Taylor alleges that the floor on which he slept naked was covered in his and others' human excrement."

Some say that there is reasonable hope that the Supreme Court, led by Justice Neil Gorsuch of all people, will begin to restrict the application of the "qualified immunity" doctrine.

I am not so sure. I think it's much more likely that he will endorse or at least not block the Court's clear trend toward an expanded view of the doctrine. That will mean, tragically, that more corrections officers who laugh at men forced to live in their own excrement will continue to be protected from lawsuits for their misconduct, their culpability, and their heartlessness.

A more hopeful sign is the broad and growing consensus for restricting the scope of qualified immunity that exists today among legal scholars. They see that the doctrine is increasingly used as a sword and not a shield by corrections officers and cops. They see how judges lazily rely — as they did here — on qualified immunity to countenance even egregious misconduct.

Indeed, so long as the federal courts countenance such cruelty and debasement, so long as men and women have no legal recourse when they are abused like this, prison reform for too many in America will be a hollow promise.

*The views expressed are the author's own and not necessarily those of the Brennan Center.*

**RELATED ISSUES:**



**End Mass Incarceration**

Cutting Jail & Prison Populations

CAUSE NO'S 21530-2153 FILED FOR RECORD

95 AUG 16 AM 8:26

BILLIE A FOWLER
DISTRICT CLERK
ELLIS COUNTY, TEXAS

THE STATE OF TEXAS                    IN THE DISTRICT COURT
VS.                                   ELLIS COUNTY, TEXAS
ROBERT TREVINO                        40TH JUDICIAL DISTRICT

DEFENDANT'S MOTION FOR PSYCHIATRIC TEST
TO DETERMINE COMPENTCY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, ROBERT TREVINO, Defendant
in the above entitled and numbered
causes by and through his attorney
of record John A Dixon and File
this his motion requesting psychiatric
examination to determine his
competency to stand trial in the
above referenced causes and in
support of said motion would
show unto the Court the following

I

THE Defendant is set for trial in
the above referenced causes on
August 21, 1995

II

THE Defendant's attorney has reason
to believe, that the Defendant is
afflicted with some form of mental
disorder, disease or defect that may
well have destroyed the Defendant

AUG 16 1995

ability to perceive the alleged wrongfulness of his conduct or his capacity to conform his conduct to the requirements of the law he allegedly violated and further that the Defendant appears to be in a state at the present time that prevents him from being able to effectively assist the undersigned attorney in preparing any effective defense.

III

The Defendant suffers from POST TRAUMATIC STRESS DISORDER and was previously under the care of DR Dekleva of the DALLAS VETERANS medical Department of Psychiatry. However, DR Dekleva was transferred to another hospital and the Defendant was assigned another Doctor in JUNE 1995. PRIOR To the new assignment of DR FREDERICK PETTY PHD, M.D, ROBERT TREVINO had been diagnosed by HIS former DR, Dr. DeKleva to have had an increase in his level of Depression. DR DeKleva's REPORT is on Record with this Honorable Court.

IV

Since ROBERT TREVINO was assigned

AUG 1 6 1995

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962
vip4justice@gmail.com

JANUARY 21, 2015

## ROBERT RODRIGUEZ TREVINO, a VEGGIE
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
### Carol S. Young Medical Facility
## UNLAWFULLY INCARCERATED SINCE 1995



Born June 7, 1946



Houston Public Media News 88.7

ON Now

PLAYLIST

 Houston Public Media

DONATE

LAW

# Texas continues to exonerate people who were wrongly convicted during 'satanic panic'

April 18, 2023 · 4:31 PM ET

Heard on All Things Considered

By Paul Flahive

**3-Minute Listen**

PLAYLIST

Download

Transcript

Texas courts are still exonerating people who were falsely convicted and imprisoned amid the "moral satanic panic" of the 1980s and '90s. Their persecution was based on lies and conspiracy theories.

**Sponsor Message**

*Why not exonerate Robert Trevino after state witness confession + implication of government officials?*

8/8/22, 3:38 AM                    Gmail - REPEATED DEMANDS TO CEASE AND DESIST PSYCHOLOGICAL ABUSE!

 Gmail                                    **Gloria Trevino <vip4justice@gmail.com>**

## REPEATED DEMANDS TO CEASE AND DESIST PSYCHOLOGICAL ABUSE!
4 messages

**Gloria Trevino <vip4justice@gmail.com>**                              Wed, Jul 27, 2022 at 5:33 PM
To: rcrow@sterlingmccallford.com, "john.richards" <john.richards@richardsvaldez.com>, sheriff.gonzalez@sheriff.hctx.net,
USDOJ <askdoj@usdoj.gov>, usatxs.atty@usdoj.gov, usatxs-publicinquiry@usa.doj.gov, Texas Attorney General
<consumerprotection-complaints@texasattorneygeneral.gov>, community@texastribune.org, CDCInfo
<cdcinfo@texasbar.com>, information@scjc.texas.gov, pio@supremecourt.gov, ctakei@aclu.org, brazil@hrw.org,
josh.turner@house.texas.gov, amy.starnes@txcourts.gov, Gloria Trevino <vip4justice@gmail.com>, activism@ij.org,
aimember@aiusa.org, ohchr-civilsociety@un.org, ohchr-infoDesk@un.org, general@ij.org, publicaffairs@usccr.gov

VIA EMAIL;  rcrow@sterlingmccallford.com
TO;  FORD MOTOR COMPANY
&
RODNEY CROW & DEFENDANTS, ET AL.,
C/O RODNEY CROW & TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL
FORD DEALERSHIP DEFENDANTS, INCLUDING, MICHAEL R. ARAMBULA, AKA, "PINOCCHIO" WITH HIS
UNCHALLENGED "QUACKERY" AGGRAVATED PERJURED TESTIMONY!
&
JOHN RICHARDS/CO-COUNSEL/CO-CONSPIRATOR NOEL PORTNOY/TRAITORS/SELLOUTS/SHYSTERS AND
GESTAPO AGENTS!

RE;  REPEATED DEMANDS TO IMMEDIATELY CEASE AND DESIST PSYCHOLOGICAL ABUSE!

Greeting:

I have made repeated demands that you, directly and/or indirectly immediately cease and desist from the endless
continuing harassment and psychological abuse of me through your unwanted, unsolicited, annoying and harassing
advertisements, surveys, etc.and to take me off your contact list and after maliciously subjecting me to a sham trial by
rage and ambushed me with unchallenged aggravated perjured testimony and other flagrant US Constitutional Civil and
Human Rights violations , deliberately endangering my life and inducing me into suffering a stroke/cerebral microbleed
and making Robert and I the scapegoats for your psychopathic criminal mind and behavior and you continue to mock
and  abuse me relentlessly, thumbing your noses at me and cover-up/whitewash with impunity in the first degree,

ALSO, IMMEDIATELY STOP THE MURRAY DEFENDANTS AND THEIR FALSE ADVERTISING COMPANY, FIVE STAR
RATED, FROM THE HARASSMENT AND PSYCHOLOGICAL ABUSE AS WELL!,

Therefore, I am not amused over your perverted sense of humor and bamboozling and gang-rape Robert and I out of true
justice and systematic injustice of us.  We continue to feel aggrieved and outraged and as repeatedly warned you are not
above the law and I intend to hold you civilly and criminally accountable for your psychopathic criminal mind and
behavior!

IMMEDIATELY STOP,, DIRECTLY AND INDIRECTLY,  THE HARASSING AND PSYCHOLOGICAL ABUSE OF ME!

YOU HAVE BEEN REPEATEDLY FAIR WARNED!

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077
713-309-5962

**5 attachments**

📄 **FORD CROW ET AL RELENTLESS PSYCHOLOGICAL ABUSE.pdf**
3575K

📄 **FORD CONTINUING HARASSMENT$ & PSYCHOLOGICAL ABUSE.pdf**

# No. 20-40589

# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**Robert Rodriguez Treviño**

**Petitioner – Appellant**

**v.**

**Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,**

**Respondent - Appellee**

**On Appeal from**

**United States District Court for the Southern District of Texas**

**3:19-CV-324**

# RECORD EXCERPTS OF APPELLANT

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 500
Dallas, Texas 75206
214-455-4690 (phone)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR APPELLANT

## TABLE OF CONTENTS

| TAB | Record Excerpt Pages | Document | ROA |
|-----|----------------------|----------|-----|
| A | RE 1-4 | OC Docket Sheet | 1-4 |
| B | RE 5-6 | Notice of Appeal | 8631-8932 |
| C | RE 7 | Judgment District Court | 8630 |
| D | RE 8- 26 | Memorandum Opinion and Order | 8611-8629 |
| E | RE 28 | Letter to TDCJ of February 20, 2019 Requesting MRIS | 379 |
| F | 30 -32 | Pictures of Robert Treviño in current physical state | 471-473 |
| G | RE 33-36 | Letter from TDCJ of February 27, 2019 from TDCJ denying MRIS and other correspondence from TDCJ concerning MRIS | 369-372 |
| H | RE 37-39 | TDCJ Policy Manual on MRIS | 361-363 |
| I | RE 40-50 | TDCJ TCOOMMI Program Guidelines and Processes for Medically Recommended Intensive Supervision (MRIS) , PGP | 573-583 |

## CERTIFICATE OF SERVICE

I certify that on November 24, 2020 the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF user:

Joseph P. Corcoran
Assistant Attorney General Supervising Attorney
Non-Capital Appeals Criminal Appeals Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711

Edward Marshall
Office of the Attorney General
Austin, TX

/s/John E. Richards

John E. Richards

APPEAL,CLOSED,HABEAS

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Galveston)
# CIVIL DOCKET FOR CASE #: 3:19-cv-00324
# Internal Use Only

Trevino v. Davis
Assigned to: Judge Jeffrey V Brown
Related Case: 3:19-mc-00021
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/30/2019
Date Terminated: 08/05/2020
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

## Petitioner

**Robert Rodriguez Trevino**

represented by **John E Richards**
Richards Valdez
6060 N Central Expwy
Ste 560
Dallas, TX 75206
214-455-4690
Email: john.richards@richardsvaldez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Respondent

**Lorie Davis**

represented by **Edward Larry Marshall**
Office of the Attorney General
PO Box 12548
Austin, TX 78711
512-936-1400
Fax: 512-320-8132
Email: caddocket@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P Corcoran**
Postconviction Litigation Div
Office of the Attorney General of Texas
POB 12548
Austin, TX 78711-2548
512-936-1400
Fax: 512-936-1280
Email: joseph.corcoran@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

RE 1                    A                              20-40589.1

| 08/19/2019 | 1 (p.5) | PETITION for Writ of Habeas Corpus (Filing fee $ 5) filed by Robert Rodriguez Trevino.(dwilkerson, 3) Modified on 10/2/2019 (bgoolsby, 4). (Entered: 10/01/2019) |
|---|---|---|
| 09/30/2019 | 2 (p.296) | MOTION/APPLICATION to Proceed In Forma Pauperis by Robert Rodriguez Trevino, filed. Motion Docket Date 10/21/2019. (dwilkerson, 3) (Entered: 10/01/2019) |
| 09/30/2019 | 3 (p.302) | ORDER TO ANSWER - ORDER FOR SERVICE ON TX ATTORNEY GENERAL. Answer due for Lorie Davis 1/31/2020; DENYING 2 (p.296) MOTION/APPLICATION to Proceed In Forma Pauperis.(Signed by Judge Jeffrey V Brown) (Attachments: # 1 (p.5) Petition for Writ of Habeas Corpus) Parties notified.(dwilkerson, 3) . (Entered: 10/01/2019) |
| 09/30/2019 | 4 (p.597) | EXHIBITS re: Exhibit #9 to Exhibit H of DE 1 (p.5) Petition for Writ of Habeas Corpus-DVD 1 of 1-Video Deposition of Robert Trevino-placed in brown folder on shelf in Clerk's Office, Galveston Division, filed. (Attachments: # 1 (p.5) Letter)(JessicaVillarreal, 3) (Entered: 10/03/2019) |
| 10/01/2019 | | (Court only) Document(s) Sent by regular mail to Office of the Attorney General via CM/ECF NEF and Lorie Davis via regular mail re: 1 (p.5) Petition for Writ of Habeas Corpus, 3 (p.302) Order for Service on TX Attorney General,, filed. (dwilkerson, 3) (Entered: 10/01/2019) |
| 10/10/2019 | 5 (p.599) | Other EXHIBITS re: 1 (p.5) Petition for Writ of Habeas Corpus by Robert Rodriguez Trevino, filed. (Attachments: # 1 (p.5) Exhibit Exhibit 2 to Exhibit H part 2, # 2 (p.296) Exhibit Exhibit 2 to Exhibit H part 3, # 3 (p.302) Exhibit Exhibit 2 to Exhibit H part 4, # 4 (p.597) Exhibit Exhibit 2 to Exhibit H part 5, # 5 (p.599) Exhibit Exhibit 2 to Exhibit H part 6, # 6 (p.8280) Exhibit Exhibit 2 to Exhibit H part 7, # 7 (p.8283) Exhibit Exhibit 2 to Exhibit H part 8, # 8 (p.8295) Exhibit Exhibit 2 to Exhibit H part 9, # 9 (p.8302) Exhibit Exhibit 2 to Exhibit H part 10, # 10 (p.8423) Exhibit Exhibit 2 to Exhibit H part 11)(Richards, John) (Entered: 10/10/2019) |
| 10/16/2019 | 6 (p.8280) | NOTICE of Appearance by Joseph P. Corcoran on behalf of Lorie Davis-Director TDCJ-CID, filed. (Corcoran, Joseph) (Entered: 10/16/2019) |
| 10/29/2019 | 7 (p.8283) | NOTICE *Status of Request for Certified Trust Fund Account Statement from TDCJ Carol Young Unit* re: 3 (p.302) Order for Service on TX Attorney General, by Robert Rodriguez Trevino, filed. (Richards, John) (Entered: 10/29/2019) |
| 10/30/2019 | 8 (p.8295) | NOTICE *of Filing of Certified Statement of Trust Fund Account* re: 2 (p.296) MOTION/APPLICATION to Proceed In Forma Pauperis by Robert Rodriguez Trevino, filed. (Attachments: # 1 (p.5) Exhibit Certified Trust Fund Account statement)(Richards, John) (Entered: 10/30/2019) |
| 10/31/2019 | | Filing fee: $5.00 re: 1 (p.5) Petition for Writ of Habeas Corpus, receipt number HOU092021, filed. (mmapps, 4) (Entered: 10/31/2019) |
| 01/19/2020 | 9 (p.8302) | Opposed MOTION for Discovery by Robert Rodriguez Trevino, filed. Motion Docket Date 2/10/2020. (Attachments: # 1 (p.5) Exhibit Exhibit A Subpoena to TDCJ, # 2 (p.296) Exhibit Exhibit B Subpoena to UTMB, # 3 (p.302) Exhibit Exhibit C Email from Morrell, # 4 (p.597) Exhibit Exhibit D Email to Morrell with documents, # 5 (p.599) Exhibit Exhibit E Email exchange with Morrell, # 6 (p.8280) Exhibit Exhibit F Email from Morrell, # 7 (p.8283) Exhibit Exhibit G Email to Corcoran and Morrell, # 8 (p.8295) Exhibit Exhibit H Correspondence to TDJC, # 9 (p.8302) Proposed Order Proposed Order Granting Motion)(Richards, John) |

| | | |
|---|---|---|
| | | (Entered: 01/19/2020) |
| 01/21/2020 | 10 (p.8423) | MOTION for Summary Judgment *with Brief in Support* by Lorie Davis, filed. Motion Docket Date 2/11/2020. (Attachments: # 1 (p.5) Proposed Order, # 2 (p.296) Exhibit A, # 3 (p.302) Exhibit B)(Corcoran, Joseph) (Entered: 01/21/2020) |
| 01/23/2020 | 11 (p.8528) | RESPONSE in Opposition to 9 (p.8302) Opposed MOTION for Discovery, filed by Lorie Davis. (Corcoran, Joseph) (Entered: 01/23/2020) |
| 02/17/2020 | 12 (p.8538) | Unopposed MOTION for Extension of Time Time to Respond to Motion for Summary Judgment by Robert Rodriguez Trevino, filed. Motion Docket Date 3/9/2020. (Attachments: # 1 (p.5) Proposed Order Order Granting Extension of Time)(Richards, John) (Entered: 02/17/2020) |
| 02/20/2020 | 13 (p.8543) | ORDER granting 12 (p.8538) Motion for Extension of Time Responses due by 3/1/2020..(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 02/20/2020) |
| 03/01/2020 | 14 (p.8544) | RESPONSE to 10 (p.8423) MOTION for Summary Judgment *with Brief in Support* filed by Robert Rodriguez Trevino. (Attachments: # 1 (p.5) Exhibit Exhibit 1 Policy Manual, # 2 (p.296) Exhibit Exhibit 2 Letter from TDCJ, # 3 (p.302) Exhibit Exhibit 3 Declarations, # 4 (p.597) Exhibit Exhibit 4 Affidavit, # 5 (p.599) Exhibit Exhibit 5 Letter to TDCJ, # 6 (p.8280) Exhibit Exhibit 6 Program Guidelines)(Richards, John) (Entered: 03/01/2020) |
| 07/31/2020 | 15 (p.8600) | Unopposed EMERGENCY MOTION, MOTION to Expedite Resolution of Petition for Writ of Habeas Corpus( Motion Docket Date 8/21/2020.) by Robert Rodriguez Trevino, filed. (Attachments: # 1 (p.5) Exhibit Email from Respondent on Motion, # 2 (p.296) Proposed Order Order on Emergency Motion)(Richards, John) (Entered: 07/31/2020) |
| 08/05/2020 | 16 (p.8611) | MEMORANDUM OPINION AND ORDER Granted 10 (p.8423) MOTION for Summary Judgment with Brief in Support Denied 9 (p.8302) Opposed MOTION for Discovery, Denied 15 (p.8600) Unopposed EMERGENCY MOTION MOTION to Expedite Resolution of Petition for Writ of Habeas Corpus (Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 08/05/2020) |
| 08/05/2020 | 17 (p.8630) | FINAL JUDGMENT. Case terminated on 8/5/2020 A certificate of appealability is DENIED.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 08/05/2020) |
| 09/04/2020 | 18 (p.8631) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 17 (p.8630) Order of Dismissal, 16 (p.8611) Memorandum and Order, by Robert Rodriguez Trevino, filed. (Richards, John) (Entered: 09/04/2020) |
| 09/08/2020 | 19 (p.8633) | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 18 (p.8631) Notice of Appeal. Fee status: Not Paid. COA denied, filed. (Attachments: # 1 (p.5) Notice of Appeal) (JenniferLongoria, 1) (Entered: 09/08/2020) |
| 09/08/2020 | | Appeal Review Notes re: 18 (p.8631) Notice of Appeal. Fee status: Not Paid. COA denied. The appeal filing fee has not been paid, and the appellant is represented by counsel.No hearings were held in the case - no transcripts. Number of DKT-13 Forms expected: 1, filed.(JenniferLongoria, 1) (Entered: 09/08/2020) |
| 09/18/2020 | | Notice of Assignment of USCA No. 20-40589 re: 18 (p.8631) Notice of Appeal, |

RE 3                    A                                        20-40589.3

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:19-cv-324

ROBERT RODRIGUEZ TREVINO, TDCJ #00729766, PETITIONER,

v.

LORIE DAVIS, RESPONDENT.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

For the reasons stated in the memorandum opinion and order entered this day, the petition for writ of habeas corpus (Dkt. 1) filed by Robert Rodriguez Trevino is **DISMISSED**. A certificate of appealability is **DENIED**.

The clerk will provide a copy of this order to the parties.

Signed on Galveston Island this 5th day of August , 2020.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

RE 7        C

20-40589.8630

| | | filed.(jtabares, 1) (Entered: 09/18/2020) |
|---|---|---|
| 09/21/2020 | 20 (p.8636) | NOTICE *Rule 10 no transcript ordered* re: 18 (p.8631) Notice of Appeal by Robert Rodriguez Trevino, filed. (Richards, John) (Entered: 09/21/2020) |
| 09/22/2020 | 21 (p.8638) | DKT13 TRANSCRIPT ORDER REQUEST by Petitioner. Transcript is unnecessary for appeal purposes This order form relates to the following: 18 (p.8631) Notice of Appeal, filed.(Richards, John) (Entered: 09/22/2020) |
| 09/25/2020 | 22 (p.8639) | MOTION/APPLICATION to Proceed In Forma Pauperis by Robert Rodriguez Trevino, filed. Motion Docket Date 10/16/2020. (Attachments: # 1 (p.5) Affidavit Declaration in Support of Motion, # 2 (p.296) Exhibit Attachment B letter to TDCJ, # 3 (p.302) Proposed Order Proposed Order on Motion)(Richards, John) (Entered: 09/25/2020) |
| 09/29/2020 | 23 (p.8655) | ORDER granting 22 (p.8639) Motion for Leave to Proceed in forma pauperis.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 09/29/2020) |
| 10/13/2020 | | (Court only) Set/Cleared Flags. Appeal_Nat flag cleared. (dnoriega, 1) (Entered: 10/13/2020) |
| 10/13/2020 | | (Court only) ***ROA requested from Fifth Circuit. Due 10/28/2020.***(PRIVATE ENTRY), filed. (dnoriega, 1) (Entered: 10/13/2020) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT
## GALVESTON DIVISION

| | |
|---|---|
| TREVIÑO RODRIGUEZ TREVIÑO §<br>TDCJ # 00729766, §<br>    Petitioner §<br>§<br>v. §<br>§<br>LORIE DAVIS, et. al. §<br>    Respondent § | No. 3-19-cv- 324 |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Robert Rodriguez Treviño in the above-named case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment dismissing this case and denying a certificate of appealability entered in this action on August 5, 2020.

Respectfully Submitted

/s/ John E. Richards

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 500
Dallas, TX 75206
ATTORNEYS FOR PETITIONER
Treviño Rodriguez Treviño

NOTICE OF APPEAL Page 1

RE 5                                         B

20-40589.8631

## NOTICE OF ELECTRONIC FILING

I, John E. Richards, attorney for Plaintiff, certify that I have electronically submitted for filing a true and correct copy of the foregoing pursuant to the Electronic Case Files System of the Southern District of Texas, on September 4, 2020.September 4, 2020

/s/ John E. Richards

_____

John E. Richards

## CERTIFICATE OF SERVICE

The Undersigned certifies that he served a true and correct copy of the foregoing Notice via email to Joseph P. Corcoran, Assistant Attorney General Supervising Attorney for Non-Capital Appeals Criminal Appeals Division, Capitol Station, P. O. Box 12548 Austin, Texas 78711, attorney for Respondent via email at Joseph.Corcoran@oag.Texas.gov on September 4, 2020.

/s/ John E. Richards

_____

John E. Richards

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:19-cv-324

ROBERT RODRIGUEZ TREVINO, TDCJ #00729766, PETITIONER,

v.

LORIE DAVIS, RESPONDENT.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

For the reasons stated in the memorandum opinion and order entered this day, the petition for writ of habeas corpus (Dkt. 1) filed by Robert Rodriguez Trevino is **DISMISSED**. A certificate of appealability is **DENIED**.

The clerk will provide a copy of this order to the parties.

Signed on Galveston Island this 5th day of August, 2020.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1 / 1

RE 7          C                                          20-40589.8630

United States District Court
Southern District of Texas

**ENTERED**

August 05, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:19-cv-324

ROBERT RODRIGUEZ TREVINO, TDCJ #00729766, PETITIONER,

v.

LORIE DAVIS, RESPONDENT.

## MEMORANDUM OPINION AND ORDER

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

State inmate Robert Rodriguez Trevino is incarcerated in the Texas Department of Criminal Justice–Correctional Institutions Division ("TDCJ"). Trevino has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and § 2254[1] (Dkt. 1), seeking release from prison on Medically Recommended Intensive Supervision ("MRIS").[2] Trevino is represented by counsel. Respondent Lorie Davis has filed a motion for summary judgment, arguing that Trevino is not

---

[1]     Although Trevino purports to bring this action solely under 28 U.S.C. § 2241, the petition is properly treated as brought under 28 U.S.C. § 2254 as well because he is "in custody pursuant to the judgment of a State court[.]"

[2]     Gloria Trevino, Robert Trevino's sister, acting in her role as his power of attorney, signed and filed the petition on his behalf (*see* Dkt. 1, at 54). For purposes of this memorandum opinion and order, "Trevino" will refer to Robert Trevino and "Gloria" will refer to Gloria Trevino. Respondent does not challenge Gloria's standing to bring this petition on Trevino's behalf.

entitled to federal habeas relief and that his petition should be denied (Dkt. 10).
Trevino has responded to the motion for summary judgment (Dkt. 14). Trevino
has also filed a motion requesting: (1) the court approve the issuance of subpoenas
seeking certain of his medical records; (2) an extension of time to respond to
Davis's motion for summary judgment; and (3) an order allowing his sister to visit
with him so that he may assist with the habeas petition (Dkt. 9). Also pending is
an unopposed emergency motion filed by Trevino, requesting that the court
expedite the final resolution of his writ of habeas corpus (Dkt. 15). Having now
considered the petition, briefing, all matters of record, and the applicable legal
authorities, the court determines that Davis's motion for summary judgment
should be granted and the petition should be dismissed.

## I.   BACKGROUND

### A.   Factual and Procedural Background

Trevino is a TDCJ prisoner who, before his recent admission to the
University of Texas Medical Branch ("UTMB") John Sealy Hospital in Galveston,
was housed at the Carol Young Medical Center in Dickinson, Galveston County,
Texas (*see* Dkt. 1, at 4; Dkt. 15, at 4).[3]  In 1995, a jury in the 40th District Court of
Ellis County, Texas, found Trevino guilty of one count of aggravated sexual assault,

---

[3]     Throughout this memorandum opinion, the court's citations to specific pages in
the record refer to the pagination of docket entries on the court's electronic case-filing
("ECF") system.

RE 9                    D                                      20-40589.8612

### B.    Trevino's Federal Habeas Petition

On August 19, 2019, through counsel, Trevino filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and § 2254, challenging the February 2019 denial of his release on MRIS (Dkt. 1).  Trevino is a 73-year-old Vietnam War veteran who states that he suffered severe injuries and a head wound during his service in the war that have qualified him for 100% medical disability with the United States Department of Veterans Affairs (*id.* at 31).  Trevino asserts that over the past several years his health has deteriorated to the point that he is "totally incapacitated physically and in a severely impaired mental state[]" (*id.* at 10).  Trevino states that, among other ailments, he can no longer walk or stand, that he has very limited mobility in his hands, that he is confined to a bed or geriatric wheelchair, that he is unable to bathe by himself, and that he requires 24-hour attendant care  (*id.* at 10, 31).  Trevino asserts that these conditions qualify him for release on MRIS (*id.* at 10, 31).

In his petition, Trevino argues that failure to release him on MRIS violates: (1) his "liberty interests" as protected by the Due Process Clause of the Fourteenth Amendment;[5] (2) his Eighth Amendment right to be free from cruel and unusual

---

MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives.  Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

(Dkt. 1, at 64).

[5]    *See* Dkt. 1, at 52 ("Petitioner's detention is based upon actions that unreasonably apply the standards under federal law of Trevino's liberty interest"); *id.* at 51 ("[Trevino] 4/ 19

three counts of sexual assault of a child, one count of sexual assault, and one count of indecency with a child (*see* Dkt. 10-2, at 2–33). The state district court judge sentenced Trevino to life imprisonment for the aggravated sexual assault conviction, and to twenty years' incarceration, to run concurrently, for each of the other convictions (*see id.*). Trevino then filed a direct appeal of his convictions and sentence, and the Tenth Court of Appeals affirmed his convictions. *See Trevino v. State*, Nos. 10-95-277-CR, 10-95-278-CR, 10-95-279-CR, 10-95-280-CR, 10-95-281-CR (Tex. App.—Waco, March 19, 1997, no pet.); *Robert Rodriguez Trevino v. Rick Thaler*, Case No. 3:10-cv-2413-D, Dkt. 11, at 1 (N.D. Texas, Dallas Div.). Trevino did not file a petition for discretionary review with the Texas Court of Criminal Appeals, nor did he file a petition for writ of certiorari with the United States Supreme Court (Dkt. 10-3, at 3).

On February 20, 2019, Gloria submitted a request for release on MRIS on Trevino's behalf to TDCJ's Reentry and Integration Division (*see* Dkt. 1, at 74). On February 27, 2019, the request for release on MRIS was denied (*see* Dkt. 1, at 64). The letter denying release on MRIS parole from the Reentry and Integration Division stated that Trevino's "condition does not meet the clinical criteria for MRIS at this time" (*id.*).[4] Trevino did not appeal this decision in Texas state court.

---

[4]     The letter from TDCJ's Reentry and Integration Division described release on MRIS as follows:

> MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of

punishment;[6] and (3) his statutory rights under § 508.146 of the Texas Government Code and Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual.[7] Trevino requests relief in the form of release to MRIS and immediate transfer to the Michael D. DeBakey VA Medical Center in Houston, "where [Trevino] can be afforded the top quality comprehensive long-term in-patient medical care that he has a right to as a Vietnam decorated and 100% disabled Veteran" (Dkt. 1, at 5–6). Trevino goes on to request, seemingly in the alternative, for a judicial determination that he is medically qualified for release on MRIS.[8]

---

has a Cognizable Claim under the . . . XIV Amendment[] to the United States Constitution, because he is being deprived of a right to receive Medically Recommended Intensive Supervision (MRIS) at the Department of Veteran's Affairs").

[6]     See id. ("[Trevino] has a Cognizable Claim under the VIII . . . Amendment[] to the United States Constitution, because he is being deprived of a right to receive Medically Recommended Intensive Supervision (MRIS) at the Department of Veteran's Affairs"); id. at 9 ("Petitioner asserts he is being held in violation of his civil rights and human rights . . . [t]he wrongful refusal to release Petitioner on MRIS is in itself clearly cruel and unusual punishment considering Petitioner's dire and life-threatening health conditions, both physical and mental.").

[7]     See id. at 5 ("[T]his is an action to require TDCJ to certify and release Trevino on . . . MRIS pursuant to § 508.146 of the Texas Government Code and the TDCJ Policy Manual A-08.6, including attachments A&B to the Policy Manual . . . .").

[8]     See id. at 53 ("At a bare minimum there needs to be a judicial determination that the documents and evidence showing Trevino's physical and mental disabilities and the existence of brain damage and other factors which qualify Trevino for MRIS, including those elements for which MRIS is mandatory [and] that the United States Department of Veterans Affairs can be a place where Trevino can be under MRIS[.]")

20-40589.8615

### C.    Davis's Motion for Summary Judgment

Davis has moved for summary judgment, arguing that Trevino's petition should be denied because his claims are not cognizable in federal habeas corpus (Dkt. 10).[9] Specifically, Davis asserts that to the extent Trevino seeks habeas relief on the misapplication of state law and state procedures to deny him MRIS release, such a claim is not cognizable on federal habeas review (Dkt. 10, at 10). Davis argues further that Trevino's claim that his "liberty interests" under the Fourteenth Amendment's Due Process Clause are being violated should be rejected because no such liberty interest exists under Texas parole law or under the MRIS scheme (Dkt. 10, at 11–17). Finally, Davis contends that Trevino's claim regarding his right to be free from "cruel and unusual punishment" under the Eighth Amendment is not cognizable in federal habeas (Dkt. 10, at 17–18).

Trevino responded to the motion (Dkt. 14), mainly arguing that the "MRIS framework" creates a liberty interest for Trevino.

## II.    STANDARD OF REVIEW

### A.    Habeas Corpus

A federal writ of habeas corpus is available to a state prisoner only if he is

---

[9]     Trevino argues that inmates do not have a right to challenge the denial of MRIS in state habeas corpus (Dkt. 1, at 15), while Davis asserts that Trevino is incorrect and that the Texas Court of Criminal Appeals will review due-process challenges to parole decisions under Article 11.07 of the Texas Code of Criminal Procedure (Dkt. 10, at 6 n.10). The court need not determine whether Trevino has exhausted his claims in state court, however, as Davis requests that the court consider the case on the merits, in lieu of dismissing the petition as unexhausted, in the interests of judicial economy (Dkt. 10, at 6).

RE 13            D                              20-40589.8616

being held in violation of the Constitution, laws, or treaties of the United States.

28 U.S.C. § 2254(a); *Boyd v. Scott*, 45 F.3d 876, 881 (5th Cir. 1994).  Pursuant to

the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), courts may

not grant habeas corpus relief unless a petitioner demonstrates that the state

court's decision was "contrary to, or involved an unreasonable application of,

clearly established federal law" or was "based on an unreasonable determination

of the facts." 28 U.S.C. § 2254(d).

AEDPA's deferential standard of review, however, applies only to claims

adjudicated on the merits. *See id.*  Because Trevino has not presented his denial of

release on MRIS claim to any state court, his claim is subject to *de novo* review.

*See Berghuis v. Thompkins*, 560 U.S. 370, 390 (2010) ("Courts can . . . deny writs

of habeas corpus under § 2254 by engaging in *de novo* review when it is unclear

whether AEDPA deference applies, because a habeas petitioner will not be entitled

to a writ of habeas corpus if his or her claim is rejected on *de novo* review[.]");

*Carty v. Thaler*, 583 F.3d 244, 253 (5th Cir. 2009) (recognizing that the AEDPA-

mandated deference to state court decisions does not apply when the state court

did not adjudicate the claim on the merits); *Henderson v. Cockrell*, 333 F.3d 592,

601 (5th Cir. 2003) (AEDPA standard of review was inapplicable to state court

claim not adjudicated on its merits).

## B.   Summary Judgment

A court may grant summary judgment when "the pleadings, depositions,

answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *see also Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). The party moving for summary judgment bears the initial burden of proving the absence of any genuine issues of material fact.

Rule 56 of the Federal Rules of Civil Procedure "applies with equal force in the context of habeas corpus cases." *Clark v. Johnson*, 202 F.3d 760, 764 (5th Cir. 2000). The rule, however, applies only to the extent that it does not conflict with the habeas rules. *Smith v. Cockrell*, 311 F.3d 661, 668 (5th Cir. 2002). Generally, in ruling on a motion for summary judgment, the court resolves any doubts and draws any inferences in favor of the nonmoving party, *Hunt v. Cromartie*, 526 U.S. 541, 552 (1999), but 28 U.S.C. § 2254(e)(1) commands that factual findings of the state court are to be presumed correct. Thus, 28 U.S.C. § 2254(e)(1) overrides the general summary-judgment rule. *Smith*, 311 F.3d at 668.

## III. **DISCUSSION**

### A. **Trevino's Constitutional Claims**

#### 1. Fourteenth Amendment Due Process Clause Claim

Trevino argues that failure to release him to MRIS parole violates his "liberty interests" as protected by the Due Process Clause of the Fourteenth Amendment. *See* Dkt. 1, at 52 ("Petitioner's detention is based upon actions that unreasonably

8/ 19

RE 15          D                                              20-40589.8618

apply the standards under federal law of Trevino's liberty interest"); *id.* at 51
("[Trevino] has a Cognizable Claim under the . . . XIV Amendment[] to the United
States Constitution, because he is being deprived of a right to receive Medically
Recommended Intensive Supervision (MRIS) at the Department of Veteran's
Affairs"). Trevino asserts that he is entitled to release under both § 508.146 of the
Texas Government Code and Policy Number A-08.6 of the Correctional Managed
Health Care Policy Manual (*see* Dkt. 1, at 9). Davis counters that this claim should
be denied because no liberty interest exists under Texas parole law generally, or
under the MRIS scheme, specifically (Dkt. 10, at 11–17).

"Procedural due process under the Fourteenth Amendment is implicated
where an individual is deprived of life, liberty, or property, without due process of
law." *Jennings v. Owens*, 602 F.3d 652, 657 (5th Cir. 2010) (citing U.S. Const.
amend. XIV, § 1, cl. 3). Because Trevino has not been deprived of life or property,
his claim hinges on whether he has been deprived of a liberty interest without
adequate procedural protections. "In the prison context, a liberty interest is
created in one of two ways: [e]ither the Due Process Clause confers a liberty
interest, or such an interest is created by the state through a statute[.]" *Richardson
v. Joslin*, 501 F.3d 415, 418–19 (5th Cir. 2007) (internal citations omitted). An
inmate has no constitutional right to be conditionally released before the
expiration of his sentence. *Greenholtz v. Inmates of Neb. Penal & Corr. Complex*,
442 U.S. 1, 7 (1979). Thus, any potential liberty interest related to release on MRIS

must come from the state.

    *a.*    *Texas Government Code § 508.146*

Section 508.146 of the Texas Government Code provides that if certain conditions are met, "[a]n inmate . . . *may* be released on medically recommended intensive supervision[.]" Tex. Gov't Code § 508.146(a) (emphasis added). The statute makes clear that any such release on MRIS is entirely discretionary. Where, as here, a statute "grants the prison administration discretion, the government has conferred no rights on the inmate." *Richardson*, 501 F.3d at 419 ("The hallmark of a statute that has not created a liberty interest is discretion."). Accordingly, a prisoner has no constitutionally protected liberty interest in release on MRIS. *See Barker v. Owens*, 277 F. App'x 482, 2008 WL 1983782, at *1 (5th Cir. May 8, 2008) (per curiam) (holding in a suit under 28 U.S.C. § 1983 that an inmate "has no constitutionally protected interest in release" on MRIS because "the decision whether to release an inmate to MRIS is entirely within the Board's discretion") (citing Tex. Gov't Code Ann. § 508.146 and *Allison v. Kyle*, 66 F.3d 71, 73–74 (5th Cir. 1995)); *Moore v. TDCJ*, No. 3:17-CV-205-D (BH), 2018 WL 4938796, at *4 (N.D. Tex. Sept. 10, 2018) (holding in federal habeas action that inmates have no constitutionally protected liberty interest in release on MRIS) (citing *Barker*, 2008 WL 1983782, at *1); *Foreman v. Director, TDCJ-CID*, Civil Action No. 6:11cv116, 2011 WL 5080180, at *8 (E.D. Tex. July 12, 2011) (same). Thus, because Trevino has no constitutionally protected liberty interest in obtaining MRIS release, his

RE 17       D       20-40589.8620

claim that his Fourteenth Amendment Due Process right was violated is without merit.

> ### b. Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual

Similarly, policy number A-08.6 of the Correctional Managed Health Care Policy Manual contains no mandatory language that would lead to a protected liberty interest. The purpose of the policy is to "establish procedures for submitting medical and mental health summaries for ill offenders who meet criteria for Medically Recommended Intensive Supervision (MRIS) as outlined in Texas Government Code 508.146" (Dkt. 1, at 56). As discussed above, release on MRIS is entirely discretionary. The purpose of policy number A-08.6 is to provide direction for "submitting medical and mental health summaries for ill offenders who meet criteria for [MRIS]" and then to provide those summaries to "the Texas Correctional Office for Offenders with Medical or Mental Impairments (TCOOMMI) for use in consideration of offenders for [MRIS]" (Dkt. 1, at 56). In other words, this policy merely sets forth a mechanism to assist in the review of those inmates eligible for release on MRIS; [10] it does not create a liberty interest

---

[10] Texas Administrative Code § 145.3, the regulation that contains the Board of Pardons and Paroles' policy statements relating to parole release decisions, again confirms the discretionary nature of release on parole (including release on MRIS). This regulation also explains that there are no mandatory rules or guidelines that must be followed when considering release for an offender:

> (1)    Release to parole is a privilege, not an offender right, and the parole decision maker is vested with *complete discretion* to grant, or to deny parole release as defined by statutory law.

entitled to due-process protection. Trevino's Fourteenth Amendment Due Process claims are denied.

### 2. Eighth Amendment Claim

Trevino alleges that TDCJ's "refusal" to release him on MRIS is cruel and unusual punishment which violates his rights under the Eighth Amendment (*see* Dkt. 1, at 51). But as Davis argues, the remedy Trevino seeks—release from prison due to an Eighth Amendment violation—is not cognizable in federal habeas.

Civil-rights claims are not actionable in a federal habeas proceeding because the writ of habeas corpus provides a remedy only for prisoners challenging the "fact or duration" of confinement and is not properly used as an avenue for relief from

---

(A)   Candidates for parole are to be evaluated on an individual basis.

(B)   *There are no mandatory rules or guidelines that must be followed* in every case because each offender is unique. . . . The Board and parole panels *use parole guidelines as a tool to aid in the discretionary parole decision process.*

. . .

(4)   An offender will be considered for parole when eligible and when the offender meets the following criteria with regard to behavior during incarceration.

. . .

(F)   An offender who is otherwise eligible for release and meets the criteria for Medically Recommended Intensive Supervision (MRIS) as required by Section 508.146, Government Code *may* be considered for release on parole.

37 Tex. Admin. Code § 145.3 (emphasis added).

12/ 19

RE 19          D                                    20-40589.8622

conditions of confinement. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) ("[W]e hold . . . that when a state prisoner is challenging the very fact or duration of his physical imprisonment, and the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment, his sole federal remedy is a writ of habeas corpus."); *see also Poree v. Collins*, 866 F.3d 235, 243 (5th Cir. 2017) (explaining that "challenges to the fact or duration of confinement are properly brought under habeas, while challenges to the conditions of confinement are properly brought under § 1983"); *Cook v. Hanberry*, 592 F.2d 248, 249 (5th Cir. 1979) (per curiam) (internal citations omitted) ("Habeas corpus is not available to prisoners complaining only of mistreatment during their legal incarceration. . . . [T]he sole function of habeas corpus is to provide relief from [u]nlawful imprisonment or custody, and it cannot be used for any other purpose."). Eighth Amendment violations cannot justify an inmate's release from prison; instead, the proper relief from such violations, if proven, would be to equitably enjoin such actions, "not [grant] freedom from otherwise lawful incarceration." *Cook*, 592 F.2d at 249. Because Trevino may not seek relief for his Eighth Amendment conditions-of-confinement claim in this habeas action, such claim is denied.

## B.    Trevino's State Law Claims

Finally, Trevino claims that he is being "unlawful[ly] incarcerated" by TDCJ "in violation of its obligations to release [him] on . . . MRIS . . . under the

13/ 19

involved."). As discussed *supra* Part III.A., Trevino's denial of release to MRIS does not violate his constitutional rights. Accordingly, Trevino's claim that TDCJ is not following state parole law or procedure fails to state an actionable basis for federal habeas relief.

### C.    Pending Motions

1.    <u>Motion Requesting Approval for Subpoenas, for Extension of Time to Respond to Respondent's Answer, and For Order Allowing Visit to Petitioner</u>

Trevino has filed a motion requesting that the court approve the issuance of two subpoenas seeking his medical records, an extension of time to respond to Davis's motion for summary judgment, and an order allowing Gloria to visit petitioner so that he may assist with his habeas petition (Dkt. 9).

First, Trevino requests that the court approve his issuance of two subpoenas seeking certain of his medical records from TDCJ and UTMB. Trevino states that he needs access to these medical records to show that his medical condition does not support the denial of release on MRIS (Dkt. 9, at 5). He further argues that he "cannot succeed in his [federal habeas] Petition unless he can show that the State is holding him in violation of its own rules" (*id.*). Davis opposes the subpoena requests (*see* Dkt. 11).

As Davis points out, a request for discovery by a federal habeas petitioner is subject to "good cause." Rule 6(a), 28 U.S.C. foll. § 2254 ("A judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Civil

Procedure and may limit the extent of discovery."). "A petitioner demonstrates 'good cause' under Rule 6(a) 'where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief." *United States v. Fields*, 761 F.3d 443, 473 (5th Cir. 2014) (quoting *Bracy v. Gramley*, 520 U.S. 899, 908–09 (1997)).

Unfortunately for Trevino, the relief he seeks by way of federal habeas does not hinge on the contents of his medical records. As discussed in depth *supra*, Part III.A–B, he is not entitled to federal habeas relief as a matter of law. Accordingly, he is not able to establish the "good cause" needed for his discovery request. *See, e.g., Ramey v. United States*, Civil Action No. RWT-14-106, Criminal Action No. RWT-12-309, 2014 WL 12661574, at *1 (D. Md. Feb. 14, 2014) (explaining that good cause is not shown where a habeas petitioner "bases a discovery request on a claim that fails as a matter of law"); *Barnette v. United States*, No. 3:12CV327-V, No. 3:97cr23, 2014 WL 234817, at *2 (W.D.N.C. Jan. 22, 2014) (same); *Case v. Miller-Stout*, No. C12-187MJP, 2013 WL 4094871, at *10 (W.D. Wash. Aug. 13, 2013) (same). Trevino's request that the court approve the issuance of two subpoenas for his medical records is denied.

Next, Trevino requests that the court grant access for Gloria to visit with him so that he can assist with his habeas petition (Dkt. 9, at 9–12).[11] The motion states

---

[11] The court previously granted Trevino's request for an extension of time to respond to Davis's motion for summary judgment (*see* Dkt. 13).

16/ 19

that Gloria has been removed from Trevino's visitor list and that the "right to visit" should be "restored" because Gloria's ability to visit Trevino is "necessary because the information from the visits is vital for this action" (Dkt. 9, at 10–12).

Davis contends that the court should deny what she has interpreted as Gloria's request for "unfettered visitation" because Trevino cannot obtain habeas relief as a matter of law. She further argues the court should adhere to the well-established doctrine that disfavors judicial interference with the administration of prisons (Dkt. 11, at 6–8).

Under these circumstances, where Trevino is not entitled to habeas relief as a matter of law, his request for Gloria to visit with him so that he may assist with his habeas petition is now moot. This request is therefore denied.

    2.    <u>Unopposed Emergency Motion to Expedite Final Resolution of Habeas Corpus</u>

Trevino's unopposed emergency motion to expedite final resolution of writ of habeas corpus (Dkt. 15) is denied as moot.

## IV.   **CERTIFICATE OF APPEALABILITY**

Habeas corpus actions under 28 U.S.C. § 2254 require a certificate of appealability to proceed on appeal. 28 U.S.C. § 2253(c)(1); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003). Rule 11 of the Rules Governing Section 2254 Cases requires a district court to issue or deny a certificate of appealability when entering a final order that is adverse to the petitioner.

A certificate of appealability will not issue unless the petitioner makes "a

17/ 19

substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), which requires a petitioner to demonstrate "'that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" *Tennard*, 542 U.S. at 282 (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Under the controlling standard, a petitioner must show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 336 (internal citation and quotation marks omitted). Where denial of relief is based on procedural grounds, the petitioner must show not only that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right," but also that they "would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

A district court may deny a certificate of appealability, *sua sponte*, without requiring further briefing or argument. *Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000). After careful review of the record and the applicable law, the court concludes that reasonable jurists would not find its assessment of the claims debatable or wrong. Because Trevino does not allege facts showing that his claims could be resolved in a different manner, a certificate of appealability will not issue in this case.

18/ 19

## V.   <u>**CONCLUSION**</u>

For the reasons stated above the court **ORDERS** as follows:

1.   Davis's Motion for Summary Judgment (Dkt. 10) is **GRANTED**;

2.   Trevino's Unopposed Emergency Motion to Expedite Final Resolution of Writ of Habeas Corpus (Dkt. 15) is **DENIED as moot**;

3.   Trevino's Motion Requesting Approval for Subpoenas, for Extension of Time to Respond to Respondent's Answer, and for Order Allowing Visit to Petitioner (Dkt. 9) is **DENIED**;

4.   The petition for writ of habeas corpus (Dkt. 1) filed by Robert Rodriguez Trevino is **DISMISSED with prejudice**; and

5.   A certificate of appealability is **DENIED**.

The clerk will provide a copy of this order to the parties.

Signed on Galveston Island this 5th day of August , 2020.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

# RICHARDS & VALDEZ

### ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

February 20, 2019

April Zamora
Director
Reentry and Integration Division
4616 W Howard Lane, Suite 200
Austin, TX 78728

Re:     Request for MRIS
        Robert Rodriguez Treviño, TDCJ #729766

Dear Director Zamora;

Gloria Treviño, Robert's sister, and I, his attorney are submitting the attached Request for MRIS for Robert along with 11 Exhibits.

Please let us know what additional information you might need.

Sincerely,

John E. Richards

cc:     Gloria Treviño

RF 28         E                                    20-40589.379

requirements of" Texas Government Code § 508.146 and Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual (Dkt. 1, at 5). He further argues that he "has a right to MRIS under Tex. Gov. Code § 508.146 and TDCJ Policy Manual A-08.6 because he meets all the criteria for release" (Dkt. 1, at 7), and that the "document[s] and records" from "both UTMB and the VA establish there are grounds for him to receive MRIS under TDCJ's own guidelines and that there needs to be a judicial determination based on the analysis of all the facts and medical standards that Trevino qualifies for MRIS" (Dkt. 1, at 31). Trevino goes on to argue that he suffers from several of the medical conditions that make an inmate eligible for release on MRIS (*see* Dkt. 1, at 31–36).

Davis argues that to the extent that Trevino is asserting a "free-standing" violation of Texas law, such pure state-law claims are not cognizable in federal habeas review (Dkt. 10, at 10–11). Davis is correct.

Federal habeas relief is available only for violations of rights existing under federal law and the Constitution, and not for violations of state law. *See Manning v. Warden, La. State Penitentiary*, 786 F.2d 710, 711 (5th Cir. 1986) ("[H]abeas corpus is available only for the vindication of rights existing under federal law; not rights existing solely under the rules of state procedure.") (quoting *Nelson v. Estelle*, 642 F.2d 903, 905–06 (5th Cir. 1981)); *Bronstein v. Wainwright*, 646 F.2d 1048, 1050 (5th Cir. 1981) ("A state's interpretation of its own laws or rules is no basis for federal habeas corpus relief since no constitutional question is

RE 21          D

20-40589.8624







RE 31          F

| CORRECTIONAL MANAGED HEALTH CARE POLICY MANUAL | Effective Date:  8/23/2018 | NUMBER:  A-08.6 |
|---|---|---|
| | Replaces:  3/7/2017 | Page 3 of 3 |
| | Formulated:  7/98<br>Reviewed: 07/18 | |

## MEDICALLY RECOMMENDED INTENSIVE SUPERVISION (MRIS) SCREENING

II.   A MRIS medical or mental health summary (Attachment B) will be completed by a health care provider upon request from TCOOMMI.

   A.   Medical summaries must be completed by a physician, physician assistant, or nurse practitioner.

   B.   Mental Health summaries must be completed by a licensed psychiatrist or physician assistant / nurse practitioner trained as a CMC mental health provider.

   C.   By law, a qualifying diagnosis for a MRIS summary must be confirmed by a physician or psychiatrist.   Confirmation will be indicated by physician/psychiatrist signature on the MRIS Referral form.

   D.   The MRIS summary should be completed in the note builder section of the EHR or printed from EHR FORMS and scanned into the EHR. A request for a medical or mental health summary from TCOOMMI must be completed      no later than five (5) working days from receipt unless a more urgent or expedited review      is requested. A provider may request an extension of the deadline.  An extension will be  granted ONLY if information critical to the accuracy of the summary is pending and can  be   obtained   within   a   time period acceptable to TCOOMMI.


Reference:   Texas Government Code Section 508.146, Medically Recommended Intensive Supervision
TCOOMMI MRIS Procedures (Effective 02/01/2008)
ACA Standard 4-4399 (Ref 3-4369) Special Needs
Texas Health and Safety Code, Sections 591.003 and 571.003

RE 39            H                                                          20-40589.363

| CORRECTIONAL MANAGED HEALTH CARE POLICY MANUAL | Effective Date: 8/23/2018 | NUMBER: A-08.6 |
|---|---|---|
| | Replaces: 3/7/2017 | Page 2 of 3 |
| | Formulated: 7/98 Reviewed: 07/18 | |

## MEDICALLY RECOMMENDED INTENSIVE SUPERVISION (MRIS) SCREENING

condition(s) producing that inability will not change over time and requires nursing care.

**Organic Brain Syndrome:** Any of a group of chronic syndromes involving temporary or permanent impairment of brain function caused by trauma, infection, toxin, tumor or tissue sclerosis, and causing mild to severe impairment of memory, orientation, judgment, intellectual functions and emotional adjustment.

**Persistent Vegetative State:** A condition of profound non-responsiveness in the wakeful state caused by brain damage at any level and characterized by a non-functioning cerebral cortex, absence of response to the external environment, akinesia, mutism, and inability to signal.

**Special needs patients** include those with health conditions that require regular care.

### MRIS REFERRAL REQUIRED FOR:
1. All patients in a persistent vegetative state
2. All patients with an organic brain syndrome *and* significant to total mobility impairment (i.e. bed bound)
3. All patients who meet criteria for Hospice or Permanent Infirmary status
4. All patients with significant mobility impairments, no expectation of improvement, and requiring 24 hour licensed nursing care
5. All patients with life expectancy less than 6 months (i.e., terminally ill)
6. Patients with mental illness and/or significant *developmental or acquired* cognitive impairment but without history or suspected propensity for violent or destructive behavior (e.g. schizophrenia, dementia, developmentally disabled etc.)
7. Cancer patients with advanced/metastatic disease
8. ESLD patients with MELD score $\geq 22$
9. HIV/AIDS patients with CD4 < 50

### PROCEDURE:
I. A MRIS medical screening form (Attachment A) will be completed by a health care provider if an offender meets eligibility criteria, or alternatively, upon request from TCOOMMI.
   A. Requests from TCOOMMI for a medical screening form must be completed no later than three (3) working days from receipt unless a more urgent or expedited review is requested. Extensions of the deadline will not be granted, but the provider should submit an updated screening form if information critical to the accuracy of the screening changes after submission.
   B. Medical screening forms may be completed by a physician, physician assistant, or nurse practitioner.
   C. The medical screening form should be completed in the note builder section of the EHR or printed from EHR FORMS and scanned into the EHR.



| | | |
|---|---|---|
| **Texas Department of Criminal Justice** | **Number:** | **PGP 01.04** |
| | **Date:** | **May 1, 2014** |
| **TCOOMMI** | **Page:** | **1 of 11** |
| **Program Guidelines and Processes for Medically Recommended Intensive Supervision (MRIS)** | **Supersedes:** | **July 7, 2010** |

| | |
|---|---|
| **Subject:** | Medical Recommended Intensive Supervision process for offenders with significant illnesses sentenced to serve felony convictions in   TDCJ-CID or State Jails, county jails, concurrent Texas convictions in other State Prisons, and concurrent Texas convictions in Federal Correctional Institutions |
| **Purpose:** | To identify offenders as being elderly, physically handicapped, mentally ill, terminally ill, mentally retarded, or having a condition requiring long term care (see Attachment 1) |
| **Discussion:** | Referrals may be unit direct from medical/mental health staff, from offenders, or from external sources (i.e., elected officials, family members, concerned citizens, social service agencies, etc.) |

**Guidelines:**

Referrals will be screened by the TCOOMMI MRIS Program Supervisor utilizing the following minimum eligibility criteria:

1. Offenders must meet category definitions of elderly, physically handicapped, mentally ill, terminally ill, mentally retarded, or having a condition requiring long term care;

2. Offenders must not have a sentence of death;

3. Offenders with a reportable conviction or adjudication under Chapter 62,  Code of Criminal Procedure (sex offenses) may only be considered if in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment;

4. Offenders with a pending felony detainer for a sex offense may only be considered if in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment;

5. Offenders with an instant offense described under Section 3g, Article 42.12, Code of Criminal Procedure, may only be considered if a medical condition of terminal illness or long-term care has been diagnosed.

20-40589.8573

PGP 01.04

I.    **MRIS Referrals**

    A.    Unit Direct Referrals

Medical / mental health staff who deems an offender appropriate for MRIS review will submit a MRIS medical / mental health summary to the MRIS Program Supervisor to screen for MRIS eligibility based on offense of commitment.

Medical summaries must be completed by a physician, physician's assistant or nurse practitioner, and mental health summaries must be completed by a licensed psychiatrist or physician assistant / nurse practitioner trained as a Correctional Managed Care mental health provider. By law, a qualifying diagnosis must be confirmed by a physician or psychiatrist. Confirmation will be indicated by physician/psychiatrist signature on the MRIS referral form.

- If ineligible, the Program Supervisor will transmit written notification, via EMR, to the requesting medical authority.

    B.    Offender Referrals

Upon receipt of written offender correspondence requesting MRIS consideration, the offender records will be reviewed for eligibility based on Texas Government Code: § 508.146.

- If eligible and the TDCJ computer system indicates a significant medical or mental health condition, an E-mail will be sent, via EMR, to the unit medical staff requesting recommendation based on the offender's current condition.

  - ➢ The unit medical staff will make recommendation for MRIS by forwarding the appropriate MRIS medical / mental health summary.

  - ➢ If it is the professional opinion of unit medical staff that the offender's condition does not warrant consideration, written notification stating, "clinical criteria not met" will be forwarded to the offender.

- If eligible and the TDCJ computer system does not indicate a significant medical or mental health condition, correspondence will be sent to the offender referring him/her to unit medical staff for further consideration.

- If ineligible, the Program Supervisor will transmit written notification to the offender.

    C.    External Referrals

Upon receipt of written correspondence or telephonic referral requesting MRIS consideration, the offender's records will be reviewed for determination of eligibility.

- If eligible, an E-mail will be sent, via EMR, to the unit medical staff requesting recommendation based on the offender's current condition

  - ➢ The unit medical staff will make recommendation for MRIS by forwarding the appropriate MRIS medical / mental health summary

  - ➢ If it is the professional opinion of unit medical staff that the offender's condition does not warrant consideration, written notification stating "clinical criteria not met" will be forwarded to the requestor

- If ineligible, the Program Supervisor will transmit written notification to the requestor

RF 41                                    I                              20-40589.8574

PGP 01.04

II.    **MRIS Eligible Process**

    1.    Detainers will be reviewed on a case-by-case basis to determine further processing of eligible cases.

    2.    Offenders serving concurrent TDCJ-CID and State Jail sentences will be processed for MRIS first for the CID sentence.

        •    If approved for MRIS by the Texas Board of Pardons and Paroles, the sentencing judge will be notified for determination of MRIS on the State Jail sentence.

        •    If denied MRIS by the Texas Board of Pardons and Paroles, no further action will be taken.

    3.    In coordination with unit staff, TCOOMMI will obtain a MRIS Agreement Form, signed by the offender, as well as a current photo of the offender for inclusion in the transmittal to the Board of Pardons and Paroles.

        •    If the offender refuses to proceed with Medically Recommended Intensive Supervision, the reason must be stated (i.e. prefers parole or prefer Mandatory Supervision, refused interview, refused nursing home).

III.    **TDCJ – Correctional Institutions Division (CID)**

    1.    The MRIS Administrative Assistant will request the parole file on eligible cases via e-mail to the TDCJ-PD Release Processing Administrative Technician.  The e-mail will also include a request for Notices to Trial Officials (NTO) to be generated.  Copy of this email to Victim Services staff will serve as notification of possible release.

    2.    The Administrative Assistant will verify the date of the most current parole case summary and, if necessary, request preparation of a new case summary from the appropriate Institutional Parole Office.

    3.    Upon receipt of the parole file, the Administrative Assistant will review the current case summary for any indication of an offense with sexual elements.

        A.    Offenders who do not have a conviction or adjudication under Chapter 62 of the Code of Criminal Procedures (sex offenses), but whose case summary indicates a sexual element during the commission of the offense, will be forwarded to the Program Specialist III, TDCJ-PD Specialized Programs.

        B.    The Program Supervisor will review and determine if the individual is classified as a sex offender.

            •    If "no", the Administrative Assistant will proceed with the MRIS.

            •    If "yes", the offender must meet the appropriate MRIS eligibility requirements for sex offenders.

    4.    Transmittal to Board Panel

        A.    Upon receipt of the parole file, the Program Supervisor prepares a MRIS transmittal for the Texas Board of Pardons and Paroles (BPP) MRIS Panel

        B.    The completed transmittal is attached to the front of the parole file and includes:

            •    Board Member or Commissioner Panel Member's names
            •    Date of report
            •    Offender's name
            •    TDCJ identification number

20-40589.8575

PGP 01.04

- State identification number (SID)
- Unit of assignment/Location
- Parole eligibility date
- Status - custody level
- Minimum expiration date
- Referral source
- Category
- Diagnosis/Prognosis
- Life Expectancy
- Mobility Level
- Functional Limitations
- Post Release Needs
- Expected Transportation Needs
- Supplemental Report of On-Site Visit
- Present conviction information
- Criminal history
- Disciplinary history
- Recommended release plan
- Recommended Supervision level

Additional documents attached to the transmittal include the medical / mental health summary, TDCJ-CID disciplinary records, Supplemental Report of On-Site Visit, medical records and any additional information deemed necessary for the Board Panel's review

C. Upon determination by the Board Panel, the transmittal, along with parole file, will be returned to the Program Supervisor in Huntsville, to include:

- Board Recommendation (threat to public safety)
- Board Determination (Approved or Deny)
- Additional special conditions to be imposed

D. The Administrative Assistant will transmit written notification of the Board Panel's decision to the offender, medical staff at the unit of assignment, Parole Division, and the TCOOMMI Human Service Specialist (HSS).

E. The Administrative Assistant scans and e-mails to the TDCJ-PD Release Processing Analyst, a copy of the approved offender's parole guidelines, risk factor guidelines, initial case summary, most recent case summary and BPP minutes sheet indicating MRIS decision. Copies of all documents, as well as the completed BPP transmittal, are made for the TCOOMMI file.

F. The parole file is forwarded to the TDCJ-PD Release Processing Analyst or appropriate Institutional Parole Officer (if in regular review process) with E-mail notice of the final decision. TDCJ Victim Services is copied on the E-mail for all cases with favorable decisions.

5. MRIS Decisions (CID)

A. <u>Board Denied Cases</u>

1. Cases will be reconsidered:

- as documented by the Board Panel on the transmittal, or

- at the request of medical / mental health staff at any time they deem the offender's condition warrants reconsideration for MRIS.

2. MRIS Program Supervisor will refer to the COC Program Supervisor, all MRIS denied cases with a mandatory or flat discharge date within six months of denial

RE 43                                    I                      20-40589.8576

PGP 01.04

B.  <u>Board Approved Cases</u>

    1.  The Administrative Assistant prepares a Social Security Prerelease Application memorandum to the appropriate HSS for immediate completion and submission (48 hours) of aged or disability claim for cases in which applications have not been previously filed.

    2.  Release Planning

       A.  The Program Supervisor shall:

          1)  Coordinate an appropriate release and continuity of care plan in accordance with post release needs.

          2)  Initiate, via E-mail, the plan investigation and request for parole certificate issuance with the TDCJ-PD Review and Release Processing staff.

             a)  The proposed plan is verified by the District Parole Office staff within one (1) working day.  Upon verification of plan, the TDCJ-PD Release Processing Analyst will issue the parole certificate and notify the Program Supervisor via E-mail.

                ➢  **All plan investigations and/or placement requests to the District Parole Officer for Medically Recommended Intensive Supervision are a PRIORITY.**

          3)  Request continued medical updates until date of release to determine any changes/improvements condition which would warrant resubmission to the Board of Pardons and Paroles for further consideration or withdrawal of original vote.

          4)  In coordination with the TDCJ Health Services Transfer Liaison and TDCJ-CID Field Services Manager, the Program Supervisor schedules appropriate release transportation.

          5)  The Program Supervisor prepares written release notification to include:

             •  Offender's name, TDCJ #, SID #, SSN and current unit of assignment
             •  Release date/time
             •  Release location
             •  Transportation source
             •  Release plan and contact
             •  Parole Officer's name and contact information
             •  Contract Caseworker's name and contact information

             a)  The release notification will be forwarded, via email, to all appropriate TDCJ administrative and unit personnel, and to the contract caseworker.  Notification will be forwarded, via EMR, to unit medical staff.

             b)  If offender is released to a facility other than home placement and family contact information is unavailable, the appropriate unit Chaplain will be notified for assistance with family notification.

          6)  On the day prior to release, the MRIS Program Supervisor will obtain a current MRIS medical summary, signed by a physician. Based on this information the Program Supervisor will make a determination to continue with release as scheduled or cancel release pending further instruction from the Texas Board of Pardons and Paroles.

- If the release is scheduled on a Monday, or first day following a scheduled holiday, the request will be made on the last working day prior. If a determination is made to continue with release, an email will be forwarded to the unit physician and appropriate unit staff with instructions should the offender's condition improve. The offender shall not be released as scheduled without notification to TCOOMMI on the morning of release.

## IV.   TDCJ - State Jail

1. An NCIC/TCIC background check will be completed to determine any outstanding warrants for the State Jail confinee. Evidence of warrants will preclude further processing.

2. Transmittal to - Judge of Record

   A. The Program Supervisor prepares a MRIS transmittal which is forwarded to the - Judge and includes:

   - Presiding Judge's name and court information
   - Date of report
   - Offender's name
   - TDCJ identification number
   - State identification number (SID)
   - Unit of assignment/Location
   - State Jail offense and Cause #
   - Sentence Term
   - Sentence Date
   - Term Expiration
   - Disciplinary History
   - Diagnosis/Prognosis
   - Life Expectancy
   - Mobility Level
   - Functional Limitations
   - Post Release Needs
   - Expected Transportation Needs
   - Recommended release plan

     ➤ Additional documents attached to the transmittal may include the medical/-mental health summary, and any additional information deemed necessary for the Judge's review

   B. A request will be made that the presiding Judge respond to the Program Supervisor, in writing, of the decision. If MRIS approval is granted, a copy of the court order will be forwarded to the Program Supervisor at this time.

   C. The Administrative Assistant will transmit written notification of the Judge's decision to the offender, medical staff at the unit of assignment, and the HSS.

3. MRIS Decisions (State Jail)

   A. _Denied Cases_

   1. Cases will be reconsidered:

      - at the request of medical / mental health staff at any time they deem the offender's condition warrants reconsideration for MRIS.

RE 45                                    I                          20-40589.8578

PGP 01.04

B.  Approved Cases

1.  The Administrative Assistant prepares a Social Security Pre-Release Application memorandum to the appropriate HSS for immediate completion and submission (48 hours) of aged or disability claim for cases in which applications have not been previously filed.

2.  Release Planning

    A.  The Program Supervisor shall:

        1)  Request continued medical updates until date of release to determine any changes/improvements condition which would warrant resubmission to the Board of Pardons and Paroles for further consideration or withdrawal of original vote.

        2)  Notify, via email, the Assistant Regional Director, Community Justice and Assistance Division (CJAD), who will in turn coordinate with the Community Supervision Officer (CSO) at the appropriate Community Supervision and Corrections Department (CSCD) serving the sentencing court.

            ➢  The CJAD Assistant Regional Director, will provide the Program Supervisor, via email, the name and contact information of the appropriate CSCD and CSO

        3)  Coordinate an appropriate release and continuity of care plan in accordance with the court order and any post release needs

        4)  In cooperation with the TDCJ Health Services Transfer Liaison and TDCJ-CID Field Services Manager, coordinate appropriate release transportation.

        5)  Forward a copy of the court order to the appropriate State Jail facility Senior Warden, Chief of Classification, and other appropriate TDCJ staff who will in turn await further instructions from TCOOMMI regarding placement instructions and release date.

    B.  The Program Supervisor prepares written release notification to include:

        •  Offender's name, TDCJ #, SID #, SSN and current unit of assignment
        •  Release date/time
        •  Release location
        •  Transportation source
        •  Release plan and contact
        •  CSO's name and contact information
        •  Contract Caseworker's name and contact information

        a)  The release notification will be forwarded, via email, to all appropriate TDCJ administrative and State Jail personnel, the CJAD Assistant Regional Director, the CSO, and the HSS. Notification will be forwarded, via EMR, to unit medical staff.

        b)  If offender is released to a facility other than home placement and family contact information is unavailable, the appropriate unit Chaplain will be notified for assistance with family notification.

        c)  On the day prior to release, the MRIS Program Supervisor will obtain a current MRIS medical summary, signed by a physician, and based on this information make a determination to continue with or cancel release on the following day.

            •  If the release is scheduled on a Monday, or first day following a scheduled holiday, the request will be made on the last working day prior. If a determination is made

20-40589.8579

to continue with release, an email will be forwarded to the unit physician and appropriate unit staff with instructions should the offender's condition improve. The offender shall not be released as scheduled without notification to TCOOMMI on the morning of release.

## V.   Social Security Applications

1.   The TCOOMMI Human Services Specialist (HSS) will provide pre-release Social Security Insurance application services, to assist the offender with special needs, in coordinating aftercare federal entitlement benefits.

2.   The HSS will:

- ensure that a Social Security Insurance Pre-Application interview is completed for MRIS approved cases within forty-eight (48) hours of receipt of the TCOOMMI referral

- secure the appropriate medical / mental health records to be provided with the application as supportive information

- submit the completed Social Security forms, with supporting documentation, to the local Social Security Administration office

- provide application status to the MRIS Program Supervisor, via email, seven (7) calendar days following application submission to SSA.

3.   The HSS will contact the SSA field office every three (3) days thereafter, until such time as the claim is identified as "active" in the SSA system.  Once the application is active, no further follow-ups will be necessary.

## VI.   Post Release Case Management

1.   The supervising HSS will:

A.   Contact the releasee within 24 hours (first working day if release occurs after 12:00 pm or on Friday and/or on a Holiday) following release

B.   Complete two (2) face-to-face or telephonic contacts with releasee each month and will update the appropriate contact information worksheet accordingly.

C.   Contact the Parole or CSCD officer monthly by phone or in person to exchange information relevant to the placement and condition of the releasee.

D.   Complete Incident Reports and submit to the Program Supervisor within 24 hours of receiving information related to violations of conditions of release

E.   Report to the Program Supervisor within 48 hours, via email, upon receiving notification of a releasee death.

F.   If necessary, coordinate with the Department of State Health Services and/or Department of Assistive and Rehabilitative Services to ensure appropriate post-release healthcare needs are met.

G.   Provide a Quarterly Releasee Status Report

a)   On a quarterly basis, a MRIS Releasee Status Report will be provided to the Program Supervisor who will compile and submit a Quarterly Placement Status Report to the Board of

PGP 01.04

Pardons and Paroles

- On the basis of the TCOOMMI quarterly report, the Parole Board may modify conditions of release and impose any condition on the releasee.
- Any changes to the conditions of release will be reported to the MRIS Program Supervisor

## VII.    Interstate Compact

1.  Offenders approved for MRIS who are released thru Interstate Compact will not be supervised by a TCOOMMI Human Service Specialist.

2.  The TDCJ – Parole Division supervising parole officer will contact the MRIS Program Supervisor with changes in medical or supervision status, or the death of the releasee.

_____    5|1|2014
April Zamora, Reentry and Integration Division, Director           Date

20-40589.8581

# MRIS Eligibility Criteria

Medically Recommended Intensive Supervision (MRIS) provides for the early parole review and release of certain categories of offenders who are mentally ill, mentally retarded, elderly, terminally ill, physically handicapped, or require long-term care. The purpose of MRIS is to release inmates, who pose minimal public safety risk, from incarceration to more cost effective alternatives. Offenders sentenced to death are not eligible and all other offenders are eligible as follows:

- Non-3G offenders and State Jail confinees are eligible in all categories

- 3G offenders (those serving a sentence for an aggravated offense) are eligible only if terminally ill or requiring long term care.

- Sex Offenders may be given consideration only if in a persistent vegetative state or with an organic brain syndrome with significant to total mobility impairment

## Definitions

| | |
|---|---|
| **ELDERLY** | Means an offender sixty-five (65) years of age or older. |
| **LONG TERM CARE** | Means a person who is deficient in the area of self-care and where there is a reasonable medical probability that the clinical condition(s) producing that inability will not change over time and requires nursing care. |
| **MENTALLY ILL** | Has the meaning assigned by Section 4, Texas Mental Health Code (Article 5547-4, VTCS) and means an illness, disease, or condition that either substantially impairs a person's thoughts, perception of reality, emotional process, judgment, or grossly impairs a person's behavior, as manifested by recent disturbed behavior. |
| **MENTALLY RETARDED** | Has the meaning assigned by Section 3, MRPA of 1977 (Article 5547-300, VTCS) means significantly sub-average intellectual functioning existing concurrently with deficits in adaptive behavior and originating in the developmental period (until the age of 18). |
| **ORGANIC BRAIN SYNDROME** | Any of a group of acute or chronic syndromes involving temporary or permanent impairment of brain function caused by trauma, infection, toxin, tumor, or tissue sclerosis, and causing mild-to-severe impairment of memory, orientation, judgment, intellectual functions, and emotional adjustment. |
| **PERSISTENT VEGETATIVE STATE** | A condition of profound non-responsiveness in the wakeful state caused by brain damage at any level and characterized by a nonfunctioning cerebral cortex, absence of response to the external environment, akinesia, mutism, and inability to signal. |

RE 49

20-40589.8582

| | |
|---|---|
| **PHYSICALLY HANDICAPPED** | A severe, chronic disability that is likely to continue indefinitely and results in substantial functional limitations in three or more of the following areas of major life activity: self care, self-direction, learning, receptive and expressive language, mobility, capacity for independent living, or economic self-sufficiency. These limitations are reflected in the person's need for a combination and sequence of special, interdisciplinary, or generic care, treatment, or other services of extended or lifelong duration that are individually planned and coordinated. |
| **TERMINALLY ILL** | Is a condition which is incurable and would inevitably result in death within six (6) months regardless of life sustaining treatment and requiring skilled nursing care, hospice or home health care. |

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## PRESIDENT JOE BIDEN HAS BEEN AWOL & DERELICTION OF DUTY WITH IMPUNITY!!!
1 message

**Gloria Trevino <vip4justice@gmail.com>**                                    Wed, Apr 26, 2023 at 12:14 PM
To: pio@supremecourt.gov, Gloria Trevino <vip4justice@gmail.com>, info@contact.joebiden.com,
information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USAWA Inquiries <usawainq@unhcr.org>,
newyork@ohchr.org, info@harriscountygop.com, Texas Attorney General <consumerprotection-
complaints@texasattorneygeneral.gov>, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, usatxs.atty@usdoj.gov,
USDOJ <askdoj@usdoj.gov>, ethan.haywood@house.texas.gov

UNITED NATIONS,et al.

RE; COMPLAINT AGAINST USA GENOCIDAL MAFIA STATE!

GREETINGS,

THE US PRESIDENT JOE BIDEN HAS BEEN AWOL AND DERELICTION TO EXECUTE HIS DUTY REQUIRED BY HIS
POSITION AS COMMANDER IN CHIEF AND PRESIDENT OF THE USA THEREBY SHAMEFULLY AND WILLFULLY
WEAPONIZING HIS POSITION WITH HIS DERELICTION AND EXTREME LACK OF CARE AND CONCERN FOR THE
MOST VULNERABLE MINORITY CITIZENS AND HIGHLY DECORATED DISABLED CRITICALLY ILL PARALYZED
HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT TREVINO'. AS A RESULT, BIDEN AND HIS
ADMINISTRATION ALLOWED THE ACCELERATED PREMEDITATED ASSASSINATION OF ROBERT IN SPITE OF
OUR REPEATED PLEAS TO INTERVENE AND HELP SAVE ROBERT'S LIFE IN FURTHERANCE OF THE
NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, HARASSMENT,
GASLIGHTING, PERPETUAL AND PERNICIOUS SHAM REPRESENTATIONS, OUTRIGHT FRAUD, DENIALS OF
EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, SYSTEMATIC INJUSTICE,
OTHER HIGH CRIMES AND MISDEMEANORS AGAINST HUMANITY AND FOR HIS CONTRIBUTORY ROLE IN THE
CONTINUED  "BLACKLISTING" AND "SANCTIONING" ROBERT TREVINO AND FAMILY, THE GANG-RAPE OF
JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.
WE CONTINUE TO LIVE THE "AMERICAN NIGHTMARE" AND "TWILIGHT ZONE" AND ARE, AGAIN, RESPECTFULLY
REQUESTING IMMEDIATE HUMANITARIAN AID AND PROTECTION FROM THE NATIONAL AND  INTERNATIONAL
COMMUNITY.

AS COMMANDER AND CHIEF AND PRESIDENT OF THE USA, JOE BIDEN SHOULD BE IMMEDIATELY HELD
CIVILLY AND CRIMINALLY ACCOUNTABLE FOR HIS DERELICTION OF DUTY AND/OR FEDERAL CRIMINAL
CHARGES IN THE CONTINUED WRONGFUL LIFE-IMPRISONMENT OF CRITICALLY ILL PARALYZED VETERAN,
ROBERT TREVINO IN THE WORST INSANE ASYLUM IN THE WORLD' AND MODERN DAY DEATH-TRAP TO
ACCELERATE PREMEDITATED ASSASSINATION OF ROBERT TREVINO.  ROBERT DID NOT DIE OF NATURAL
CAUSES OR PSYCHOLOGICAL PROBLEMS BUT HOMICIDAL REMOVAL FROM ICU IN MEDICAL FACILITY  IN
CRITICAL MEDICAL CONDITION TO DANGEROUSLY  UNSANITIZED, ILL-EQUIPPED, OVERCROWDED AND
UNDERSTAFFED, ISOLATED AND SECLUDED DEATH-TRAP TO FURTHER DEFRAUD ROBERT FROM MILLIONS
OF DOLLARS IN COMPENSATION AFTER THE STATE'S STAR WITNESS, PATRICK LANKFORD, STARTED
CONFESSING AND "SINGING LIKE A CANARY" EXONERATING ROBERT AND IMPLICATING THE NEO-NAZI
GOVERNMENT TERRORIST THAT COERCED HIM AND HIS GANG TO MAKE "BIG LIES" WITH "ZERO EVIDENCE"
TO RAILROAD ROBERT FOR LIFE.  OUR LAWYERS, JOHN RICHARDS AND NOEL PORTNOY CONCEALED THE
INFORMATION FROM THE FEDERAL COURT WHERE OUR WRIT OF HABEAS CORPUS WAS PENDING AND
BLATANTLY REFUSED TO ASK FOR PROTECTIVE RESTRAINING ORDER AND IT BECAME CLEARLY EVIDENT
THAT THEY HAD BEEN ACTING LIKE GESTAPO AGENTS, BRIBED AND OFFICIALLY FLIPPED/FLOPPED
POSITIONS, SABOTAGED CASE, MADE US ``SCAPEGOATS" FOR THEIR CONTRIBUTORY ROLE IN THE
OUTRIGHT FRAUD, "ESCAPE" TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY, FOR THEIR HOMICIDAL
PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND OFFICIALLY ABANDONED US AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE .

THE STATE BAR OF TEXAS CDC CONTINUES TO AID AND ABET, PROTECT AND HINDER THE PROSECUTION OF
GESTAPO AGENTS AND THE OHER CORRUPT AND PERVERTED LAWYERS IN THE RAILROAD OF ROBERT,
EVEN ONE THAT WAS PRACTICING WITHOUT A LAW LICENSE AND CONTINUES TO HARASS, RIDICULE AND

MAKE A MOCKERY OUT OF US AND THE LEGAL SYSTEM IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND HAVE TURNED OUT COUNTRY INTO A THIRD WORLD COUNTRY MAFIA STATE WITH IMPUNITY.. IN FURTHERANCE, THEREOF, THE USA GENOCIDAL MAFIA STATE, CONTINUES TO LAWLESSLY FUND MEGA MILLIONS OF DOLLARS TO SHAM NON-PROFIT CRIMINAL ENTERPRISES CONTROLLED AND OPERATED BY CORRUPT AND RACIST ATTORNEYS AND LAW UNIVERSITIES, LIKE TRUMP UNIVERSITIES AND THE INNOCENT PROJECTS AND OTHERS, ON THE ERRONEOUS GUISE THAT THEY ARE GOING TO REFORM THE RACIST AND CORRUPT LEGAL SYSTEM AND REPRESENT THE WRONGFULLY INCARCERATED AND PREVENT WRONGFUL CONVICTIONS.  HOWEVER, THE USA GENOCIDAL MAFIA STATE HAS THE MOST MASSIVE INCARCERATIONS IN THE WORLD, INCLUDING CHINA THAT HAS THREE TIMES THE POPULATION, AND HAS BEEN WORSENED SINCE THE CREATION OF THE SHAM NONPROFIT CRIMINAL ENTERPRISES, SUCH AS THE INNOCENCE PROJECTS/LAW UNIVERSITIES THAT ARE CORRUPTING AND ENCOURAGING THE FUTURE LAWYERS OF AMERICA TO SEND ALL MINORITIES TO DEATH-ROW BECAUSE WE ARE ALL CRIMINALS AND THEY WOULD BE DOING US A FAVOR SO WE CAN HAVE THE OPPORTUNITY TO MAKE PEACE WITH GOD.  AS A RESULT, THE SHAM NON PROFIT CRIMINAL ENTERPRISES INNOCENCE PROJECT CONTROLLED BY LAW PROFESSORS, MIKE WARE AND DAVID DOW, ARE KILLING MORE INMATES THAN THEY ARE EXONERATING.  NEVERTHELESS, THE USA GENOCIDAL MAFIA STATE CONTINUES TO MAKE MULTI MILLION DOLLARS IN FUNDING FROM TAX-PAYERS AND UNSUSPECTING INDIVIDUAL DONORS TO SUPPOSEDLY EXONERATE INMATES BUT ARE CLEARLY UNJUSTLY ENRICHING THEMSELVES TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE SUPPOSEDLY EXONERATING AND ARE LIVING HIGH ON THE HOG WITH WHAT AMOUNTS TO "MAD BLOOD MONEY!" THE ROBERT TREVINO CASE IS NOT AN ISOLATED CASE BUT A PERFECT EXAMPLE OF THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA AND USA GENOCIDAL MAFIA STATE.

THE USA CONTINUES TO "BLACKLIST" AND "SANCTION" US IN AN EFFORT TO ERADICATE AND FOREVER SILENCE US AND COVER-UP WITH IMPUNITY.

THEREFORE, PRESIDENT JOE BIDEN'S PROPAGANDA POLITICAL CAMPAIGN FOR OUR  SUPPORT IN HIS REELECTION IS A MOCKERY TO THE ACCELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND FAMILY AND WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER HIS DERELICTION AND TOTAL LACK OF CARE AND CONCERN FOR THE CIVIL AND HUMAN RIGHTS VIOLATION AGAINST ROBERT AND FAMILY IN BLATANT VIOLATION OF OUR NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND AND AFFORD US THE EQUAL OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM  AND HAS INSTEAD, MALICIOUSLY SUBJECTED ROBERT TREVINO AND FAMILY TO THE "AMERICAN NIGHTMARE" AND "TWILIGHT ZONE" WITH IMPUNITY IN THE FIRST DEGREE.
.
PRESIDENT JOE BIDEN IS "AWOL" AND DERELICTION OF HIS DUTY TO DEFEND THE LAW OF THE LAND AND IS AN IMMINENT THREAT TO OUR NATIONAL SECURITY AND HUMANITY AND THEREFORE, UNFIT FOR RE-ELECTION TO THE HIGHEST OFFICE OF THE LAND WHEN HE CAN'T EVEN DEFEND AND SAVE THE LIFE OF A HIGHLY DECORATED CRITICALLY ILL PARALYZED DISTRESSED HISPANIC VETERAN AND FAMILY.. AS COMMANDER IN CHIEF HE SHOULD BE PROSECUTED UNDER THE UCMJ AND/OR FEDERAL CRIMINAL CHARGES FOR HIS DERELICTION OF DUTY AND OTHER HIGH CRIMES AND MISDEMEANORS AND GENOCIDE!

YOUR IMMEDIATE ATTENTION TO THIS MOST SERIOUS AND URGENT MATTER IS RESPECTFULLY REQUESTED.

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com

---

BIDEN HAS BEEN AWOL WITH IMPUNITY IN THE FIRST DEGREE!! !.pdf
2610K

# GLORIA TREVINO'S STATEMENT
# IN SUPPORT OF MRIS FOR ROBERT R TREVINO 729766

"My name is Gloria Trevino. I am a totally disabled honorably discharged veteran of the United States Armed forces and am one of Robert Trevino's sisters. I am over the age of 18 years and am fully competent to make this Statement in Support of MRIS for Robert, the facts of which are true and correct and within my personal knowledge and belief.

Robert Trevino is a totally disabled 74 year old invalid Vietnam Veteran that has been wrongfully incarcerated for over 25 long and oppressive years. Even though Robert is an invalid permanently confined to a geriatric wheelchair and practically completely paralyzed and is a prisoner in his own body and suffers severe brain damage and not a threat to anyone, he has been repeatedly wrongfully denied release on MRIS, (Medically Recommended Intensive Supervision) by the TDCJ. In furtherance of the cruel and unusual punishment, Robert is also being illegally harassed and denied visitations with his family members. As a result, last year, we filed a Writ of Habeas Corpus in Galveston federal court. Because Robert has since been infected with Covid-19 Virus, we filed an Emergency Motion On Friday July 31, 2020 in an effort to get an immediate favorable ruling. We are trying to have Robert released from TDCJ and transferred to the Michael E. DeBakey VA Medical Center in Houston, Texas where he can finally receive the proper and adequate intensive comprehensive in-patient medical care that he badly needs and that he justly deserves. However, like the previous Writ of Habeas Corpus that I was forced to file on his behalf because of the wrongful incarceration after being "railroaded," on trumped-up charges, Robert has been wrongfully denied release on MRIS as well and we have a pending appeal to our Writ of Habeas Corpus as a result.

Prior to his wrongful conviction, Robert had no felony record and is not Public Enemy No. 1. Robert is an American War Hero! He also suffers from chronic PTSD and TBI from concussion blast head injuries which he sustained while serving his tour of duty in the Republic of Vietnam. Robert also was shot in the head while rescuing members of his platoon from an ambush and was highly recommended for the distinguished Silver Star for his heroic achievements during Vietnam. He was awarded the Bronze Star with "V" for valor and Purple Heart. Robert has periventricular ischemic changes in the brain, brain damage/dementia as a result of concussion blast head injury and exposure to Agent Orange. He also suffers from ischemic heart disease and severe and crippling nerve damage to his upper and lower extremities from extensive exposure to Agent Orange and other extremely dangerous herbicides. Nevertheless, on August of 1995, he was shamefully railroaded on trumped up charges of raping a gang of white juvenile delinquents that were secretly offered immunity from prosecution for their felony crimes in exchange for their false and conflicting testimony against Robert by a rogue female police officer that admitted on the witness stand under oath that she never had liked Robert since the first time she had met him and that was years before Robert had successfully campaigned for the resignation of the chief of police whom she was having an affair with and was her boss in the small town of Waxahachie in Ellis County, Texas. She harbored extreme hatred against Robert and was executing a vicious vendetta against him in retaliation. Yet, no mistrial was declared. The sham trial by rage was the classic "Kangaroo Court." Robert was arrested at gun point in the cover of darkness and held without bond and illegally denied his medication for his psychiatric illness and suffered a relapse and was not competent to stand trial and was likewise illegally denied a competency examination.

Furthermore, to ensure a conviction and maximum life-sentence, Robert was illegally denied minority

1

members of his peers on the all white bias jury.. There was no evidence to support their outrageous and erroneous and conflicting allegations and impeachment evidence was illegally suppressed. There was a laundry list of other irregularities of the sham trial besides the lack of medical evidence of the alleged sexual assaults of the teens that accused Robert of the crimes. In short, it was the first time in the history of the United States where the gang yelled rape and the victim went to prison for life. The higher courts further illegally denied Robert a court appointed attorney and ingeniously forced me to represent him even though I told them that I wasn't an attorney and that I was also a disabled veteran that suffers from chronic PTSD and other psychological problems as a result of MST. Nevertheless, the federal court illegally denied Robert a court appointed attorney and forced me to represent Robert for whom I was requesting a court appointment attorney for. I was clearly not qualified to represent Robert because of my own mental disabilities but was ingeniously forced to defend Robert. Naturally the higher courts just reaffirm the conviction and demonstrated the total lack of care and commitment to the civil and human right laws. There is undoubtedly two systems of justice in the United States of America. One for White Americans and another for Non-white Americans, like minorities, such as in this Robert Trevino case. In short, Robert is the victim of an extremely racist criminal justice system.

Consequently during his decades time in prison because the lack of proper and adequate medical care and retaliation, Robert's dire condition continued to deteriorate to the point where he is almost completely paralyzed and has life-threatening epileptic like long repetitive seizures. The doctor who did the neck surgery on Robert stated that he doubted that the surgery had done him any good because he felt like Robert had brain damage that was contributing to his paralysis and I told him of Robert's TBI. Robert also has drastic neurocognitive decline. He has had three life-threatening bowel obstructions as a result of decades of neglected hernia. He badly needs top quality comprehensive round the clock medical attention which he is not getting at the prison. Most of the time they won't even change his diapers and is in a life-threatening situation and is maliciously being denied release on MRIS. Because of the conviction on erroneous aggravated charge, Robert has to have brain damage to qualify for release on MRIS, however, TDCJ doctors are maliciously blatantly lying and erroneously alleging that Robert doesn't have organic brain syndrome or they are not fit to be veterinarians or both to egregiously deny Robert's release on MRIS. We strongly believe that TDCJ doesn't want to release him also because of retaliation and they don't want to lose the money that they are getting to supposedly take care of him. To make matters worse, Robert is being maliciously further subjected to cruel and unusual punishment by sending him across Texas in his dire life-threatening condition to supposedly treat his psychiatric condition, as if he couldn't get it closer to family yet refusing to acknowledge his brain damage, to keep him further isolated from family and I have been illegally ingeniously denied visits with him for over a year. Robert needs to be immediately released on MRIS and transferred to the Houston VA Hospital Emergency Room where he can finally get the proper medical care that he honorably earned and justly deserves before he suffers further irreparable harm and injury or senseless death. Robert is truly Living the American Nightmare!

Therefore, Robert paid a very high price defending our Country when our Country called on him in time of need and remains unlawfully incarcerated. Now we are calling on our Government to come to Robert's aid and help disentangle him from this egregious railroad of hypocrisy and injustice."


*Gloria Trevino*

Gloria Trevino

Dated, June 3, 2021

2



## DECLARATIONS OF GLORIA TREVIÑO AND JOHN E. RICHARDS
## UNDER PENALTY OF PERJURY

If you are incarcerated, on what date did you place this petition in the prison mail system: Not Applicable.

I declare under penalty of perjury that I, Gloria Treviño am the sister and next friend of petitioner and am acting under the power of attorney that he has given me and is attached as Exhibit 7 to Exhibit H. I have read this petition and the information in this petition which is drawn from my Affidavit being attached as an Exhibit 6 to Exhibit H is true and correct and based upon my observation, except when identified as being under information and belief or is based on documents or quotes from a documents that are attached as exhibits to this Petition. In addition, there are statements in my affidavit that convey my opinion on the treatment that my brother Robert has received by TDCJ and UTMB. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _Aug. 18, 2019_                    _Gloria Treviño_
                                        Gloria Treviño as Authorized Agent for
                                        Robert Rodriguez Treviño

I declare under penalty of perjury that I, John E. Richards, Texas Bar No.16848900, am the attorney of petitioner. I have read this petition and that information in this petition which is drawn from my Affidavit being attached as an exhibit 8 to Exhibit H is true and correct, except when identified as being under information and belief or is based on documents or quotes from a documents that are attached as exhibits to this Petition. The section that my affidavit relates to in this Petition are found in ¶ 66 of this Petition  In addition, those portions of the Petition which relate to the submission of the Request for MRIS to the TDCJ Division of Reentry and Integration and on the various requests for Open Records made to TDCJ and its various divisions and to UTMB found in are found in ¶¶ 28-48 of this Petition and describe the actions I took with respect to obtaining records from TDCJ and UTMB.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  8-18-19                          _John E. Richards_
                                        John E. Richards, Attorney for
                                        Robert Rodriguez Treviño

**PETITION FOR WRIT OF HABEAS CORPUS Page 51**

EXHIBIT 3

# VETERANS IN PETITION FOR JUSTICE

**Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077**

**(713)309-5962, vip4justice@gmail.com**

**March 11, 2015**

**PRESS RELEASE:**                                    **CONTACT: Gloria Trevino (713)309-5962**

### DISABLED HISPANIC WOMAN VETERAN FILES SUIT AGAINST THE US DEPARTMENT OF VETERANS AFFAIRS FOR THE GROSS NEGLIGENCE AND DELIBERATE INDIFFERENCE TREATMENT SHE RECEIVED AT THE MICHAEL E. DEBAKEY VA MEDICAL CENTER IN HOUSTON

**Case #4:15-mc-00105, US DISTRICT CT FOR THE SOUTHERN DISTRICT OF TX. HOUSTON DIVISION, filed 1-14-15**

GLORIA TREVINO is a 62 year old 100% disabled honorably discharged Hispanic woman veteran of the United States Armed Forces.  She suffers from chronic PTSD, Depression, Anxiety and other service connected disabilities.  She also has numerous physical and psychological problems which require treatment.  Ms. Trevino has received extensive treatment from the Michael E. DeBakey VA Medical Center in Houston, Texas for many medical problems.  However, Ms. Trevino's treatment at the Houston VA hospital has been medically inappropriate and completely unsatisfactory.  It has gotten so bad Ms. Trevino can't even get an annual appointment for her mammogram exam which the VA contracts with the Rose Clinic.  The new VA primary care provider, Dr. Morse alleged that they had approved the exam however the Rose Clinic insisted they had not delaying the exam for months.  Ms. Trevino stated that every year the VA makes her go to hell and back over the appointment for the mammogram exam.  With respect to her regular care, Ms. Trevino has also received improper treatment.  Her former primary care physician at the VA was Dr. Ali Abbas.  Besides making Ms. Trevino suffer every year for her mammogram exam appointment, Dr. Abbas subjected her to great embarrassment and stress when he gave her a pap smear.  With no medical reason there were about seven other persons in the room.  One was a nurse and the others were office people.  Ms. Trevino does not believe they were all medical.  This was extremely embarrassing and done without any need to have all the persons looking on.  Ms. Trevino's dental treatment has left her damaged jaw and a facial deformity without further treatment.  She has had similar problems getting appointments with the eye clinic.

The psychiatric treatment Ms. Trevino has received at the VA hospital has also been a disaster.  Dr. Jenny Hall who saw Ms. Trevino for about five years suddenly abandoned her after she began to have problems with Karen Shaver, the former WVA (Woman Veterans of America) Commander, who falsely accused Ms. Trevino of stalking after defrauding her of some money.  Shaver and the WVA are housed at the VA hospital.  Shaver unjustifiably kicked Ms. Trevino out of the WVA without warning and where Ms. Trevino was a life-time member and also defrauded her of her life-time membership dues.  The WVA/Shaver also abused her influence and authority and had Ms. Trevino similarly kicked out of the VA Volunteer service where Shaver sits on the volunteer service committee through the former volunteer office director, Mr. Bryan J. Dyck and his girlfriend, Rebecca Johnson, who lives at the VA hospital when she is not living with Mr. Dyck and both are or were employees of the VA hospital and loyal friends of Shaver.  Dr. Hall also retaliated against Ms. Trevino when she accused her of suing persons, although Ms. Trevino's lawsuits were entirely proper.  Dr. Hall and Karen shaver, who also sits on all other VA Department Committees and overlooks the care being afforded to veterans, alienated the staff so that Ms.

## VETERANS IN PETITION FOR JUSTICE
### GLORIA TREVINO, PETITIONER IN LOVING MEMORY OF PARALYZED HISPANIC WAR HERO, ROBERT TREVINO AND FAMILY
12526 Olympia Drive – HOUSTON, TX., 77077,
. 713-309-5962, Em; vip4justice@gmail.com

## MISSION IN SALUTE TO UNSUNG WAR HEROES
## IN LOVING MEMORY OF PARALYZED HISPANIC UNSUNG WAR HERO,
## <u>ROBERT TREVINO</u>

**VETERANS IN PETITION FOR JUSTICE**  was founded by honorably discharged disabled Hispanic woman veteran of the United States Armed Forces, Gloria Trevino, in Salute to Unsung War Heroes in Loving Memory of Beloved Highly Decorated Paralyzed Hispanic US Marine Veteran Unsung War Hero and Political Prisoner, ROBERT TREVINO, that was subsequent assassinated in illegal custody on, Nov. 3, 2022.  This ugly case scenario is the single most modern day "Hang Em High Texas Style Railroad of Hypocrisy and Injustice" based on **"BIG LIES"** with **"ZERO EVIDENCE"**on pretext of justice in the history of the United States of America.  In her quest for justice, Gloria,had received compelling but not surprising evidence from atty. Noel Portnoy that the State's Witness had **confessed, exonerating Robert of any crime and implicated the officials of concocting the fictitious fabricated allegations and coerced him and his violent gang into lying against Robert in 1995 Ellis County sham trial by rage under the threat of harsh prosecution with long prison sentences for their pending felony crimes of statutory rape of 12 year old and several burglaries.**  Subsequently, after State witness confession, our attys were clearly **"bribed" and attys, John E. Richards and Noel Portnoy, tried to spin and restrict confession to half a lie as on 2ND GRAND JURY indictment after 1ST Grand jury "NO BILLED" "BIG RED FLAG," to protect State, concealed confession from Federal CT. where Gestapo Agents, Shyster Richards had pending, Writ of Habeas Corpus for continued wrongful imprisonment, cruel, inhumane treatment of Robert, who always maintained actual innocence, for TDCJ's denials of release on, Medically Recommended Intensive Supervision, (MRIS) to VA Hospital in effort to save Robert's life, his Paralysis, Age, TBI, PTSD and Confession Exonerating Robert of any crime, Implicating the DA and Police of Concocting Defamatory Character Assassination and subsequent assassination of Robert.  Richards and Portnoy "scapegoated" Robert and Gloria erroneously accused them of falsely accusing them of helping State, when in fact, that's precisely what they did for juicy "Mad Blood Money." Richards alleged representation of Robert Trevino and Family was a total sham and a shame.  It was totally inconsistent with that of 35 yr. experience trial attorney and more consistent with wicked, unscrupulous bigoted politicians that think their political seat is a "throne" and like fake Government agencies that are supposedly regulating shyster attorneys, and more consistent with shyster attys, like, Richards, "Bribed" to sabotage case and everyone, "looks the other way" to, likewise, revictimize, abandon, defraud Robert of millions in exoneration damages and engage in covert racketeering enterprise, unjustly enrich themselves, in furtherance of covert psychological domestic terrorist guerrilla warfare and Genocide with impunity and "Zero Remorse." Robert continued false imprisonment, accelerated assassination and State Witness, aka, "Houdini," again "escaped" prison on parole, career criminal, serial pedophile serving 10 yrs in TDCJ, with pending Statutory rape charge to silence his confessing to Robert's detriment, hinder the prosecution of State officials then erroneously accuse Trevino of falsely accusing them of betrayal, flip/flop positions, saved State Megamillions, isolate and forcibly removed Robert in critical medical condition from TDCJ,  ICU OF CYMF to**

1

certain death at ill-fated worse insane asylum in the World instead of release on MRIS to the VA Hospital to save his life. The State of TX. TDCJ could not have illegally forcibly removed Robert in critical condition without "bribing" medical authority besides Richards and Portnoys complicity, especially with pending Federal Writ of Habeas Corpus against TDCJ for cruel and unusual treatment and repeatedly illegally denying Robert release on MRIS to VA Hospital to save his life, then ingeniously make Robert and Gloria "scapegoats" for their covert Mafia-related criminal enterprise and assassination and officially abandoned Trevino Family. And, visa-versa, FBI, THAT WAS PROBING TREVINO CASE AND WITH CIVIL AND HUMAN RIGHTS COMPLAINTS AGAINST THE ELLIS COUNTY DA, HIRED THE DA THAT CONCOCTED AND COERCED STATE WITNESSES TO GIVE FALSE TESTIMONY AGAINST ROBERT, THEREBY CREATING GREATER CONFLICT OF INTEREST AND SABOTAGE COMPLAINTS. USDOJ, VA, State of Texas, State Bar, CDC, AND Board of Directors, TX. Supreme Ct. AND POLITICIANS are, likewise, protecting the culprits for their Genocidal corrupt way of life, Blacklist and Sanction and leaving Trevino family with a myriad of legal battles without equal representation in retaliation for Gloria not going along with their Cover-up/Whitewash Strategy and ridiculed and humiliated. Robert, was illegally brutally forcibly removed from ICU SECTION of Carol Young Medical Facility of TDCJ that was five minutes away from the nearest trauma ER Hospital in critical condition and forth life-threatening bowel obstruction, compromised ischemic heart and sudden life-threatening recurring epileptic seizures, infections, compromised immune system, paralyzed as a result of TBI and PTSD from concussion blast and shot in head while rescuing members of his platoon to the ill-fated ill-equipped, over-crowded, understaffed unsanitary worse insane asylum in the World when he was not suicidal or homicidal and already receiving mental heath care at the ICU at CYMF plus 24/7 monitoring with emergency panic button to be isolated and secluded, treated with cruel and unusual punishment in Mondfort TDCJ Unit located an hour away from the nearest trauma ER Hospital and preventable assassination to defraud him of millions of dollars in exoneration compensation and other damages, hinder the prosecution of the officials that orchestrated the sham trial by rage against Robert in blatant violation of the Constitution of the United States of America that Robert' risked his life to defend and had paid a very high price in time of War and cover-up/whitewash with impunity in the first degree. Nothing natural about Robert's preventable accelerated death in illegal custody! This Robert Trevino and Family case is not an isolated case but a perfect example of an out of control renegade tyrannical widespread normalization of corruption and racist in <u>**GENOCIDAL MAFIA STATE IN AMERICA!**</u> Thousands of Innocent minorities are being packed in massive incarceration and dying in modern day "Death-traps," not including the countless illegal executions of the mentally retarded without regard for human life. Unless you are politically and financially influential there will be No Justice, No Compassion, No Mercy and No Remorse but Extreme Hatred, contempt, ridiculed and humiliation by the white supremacist perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. America is suppose to be the most civilized society in the World that takes care of the most vulnerable in our society, however, we are the number one Country in the World with the most mass incarceration and genocide. Accordingly, Gloria Trevino has become a huge thorn in the side of the legal profession industry and a soft target of the same widespread Mafia-related criminal conspiracy scheme of biblical proportions to silence her in retaliation for not going along with their cover-up/whitewash strategy. She continues to be harassed, victimized and threatened with malicious persecution, false imprisonment by top Government officials in complicity with others and as the officials did Robert for his political activities and as the State officials concocted fabricated the bogus allegations against Robert in executing threats and vicious political and racist vendetta and corroborated by State's own Star Witnesses/Alleged Victims confession exonerating Robert of any

crime and implicated the State officials of coercing, orchestrating false allegations and sham trial  by rage against Robert under threat of prosecutions and long prison sentences which prompted accelerated premeditated assassination plot against Robert and cover-up/whitewash with impunity in the first degree.  State's Star Witness/Alleged Victim confession is also corroborated with sham trial by rage transcript and State's own expert doctor's testimony that their was no evidence of any sexual assault. To date,  Trevino Family continue to be subjected to covert Psychological Domestic Terrorist Guerrilla Warfare, **"Blacklisted," "Sanctioned," Ambushed" and "Sabotage" by Renegade Government officials and legal profession industry in effort to induce Gloria's death to forever silence and bury her as this Pervasive Renegade Genocidal System of Oppression and Secrecy, likewise, assassinated and buried Robert, induced death of dependent mother, Maria and depraved heart murder of Juan Trevino.  "We here highly resolve that these dead shall not have died in vain!"**

**Therefore, VETERANS IN PETITION FOR JUSTICE** is dedicated to the advancement of equal protection, equal representation and equal access to justice for all distressed veterans and their families and/or survivors of all generations without regard to their social or economic status, with emphasis on helping Hispanics.  We are fighting and determined to remind our Nation of it's solemn promise to never leave no veteran and their family behind and compel **"POLITICIANS"**and **"THE RULING CLASS"** not to supersede, corrupt or undermine the Constitution of the United States of America and our Bill of Rights, for which they also solemnly swore to support and defend against all enemies, foreign and domestic. However, in collusion with the US Supreme Court, rogue Ruling Class, have ingeniously concocted the self-serving, illegal, immoral, bigoted and corrupt Genocidal, **"GOVERNMENT QUALIFIED IMMUNITY DOCTRINE" (GQID)** that supersedes, perverts and undermines the supreme law of the land that they solemnly swore to support and defend against all enemies, foreign and domestic, however, GQID, blatantly violates US Constitution and illegally allows politicians, their cronies, cozy-relationship with their supporters and the ruling class to **"ESCAPE JUSTICE" for their tyrannical reign of terror, persecutions, mass incarceration in inhumane modern day "death-traps" assassinations and further abuse their official power to unjustly enrich themselves in any way possible and those cronies in their orbit and supporters of perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. Meanwhile, continue to engage in ingenious scams to intercept, funnel misdirect billions of dollars to do nothing fake government agencies, tyrannical judges, and sham non-profit alleged civil and human rights organizations but, in reality, are racketeering influence and corrupt criminal  enterprise to unjustly enrich themselves, line their own pockets, deny access justice to the detriment and demise of those distressed veterans and families they are intended to protect from these abuses, but are only protecting themselves, harbor, aid and abet, hinder the prosecution of the perpetrators to "escape" criminal and civil accountability for their homicidal Psychopathic criminal mind and behavior.  It's the old scam of, "FOX GUARDING THE HEN HOUSE!"  Like choosing a Bank Robber to Guard a Bank!  They have about as much commitment and compassion for civil and human rights laws as Adolf Hitler had for the Jews. This self-appointed sham Monarchy of ruling class officials have likewise concocted this vicious continued cycle and engage in criminal conspiracy scheme of revictimization, retaliation, mafia-related activities, systematic injustice, "blacklist," "Sanctions, " "Bushwhacked" and "Sabotage" anyone that speaks truth to power and considered a threat to their bigotry, hypocrisy and corrupt way of life in furtherance of the Gang-rape of Justice in America" and genocide. GQID is a Monarchy and Perpetrators are Renegade Totalitarian Regime and are guilty of "Treason" for betraying our Country as well as our distressed veterans that courageously risked their lives defending our Democracy and US Constitution and our freedom.  We salute our wounded unsung heroes for the sacrifices they made and they did not make those sacrifices to be a prisoner of war**

3

in their own Country for covert psychological warfare for a covert Monarchy or Totalitarian Regime nor to protect Traitors and Perpetrators that harbor extreme hatred and contempt for the supreme law of the land and are trampling all over our US Constitution as if it never existed as well as those who sacrificed their lives defending it only for the ruling class can unjustly enrich themselves to our detriment and demise and in furtherance of covert "Gang-Raped of Justice in America!"and "Justice for Sale in America!"  The GQID is self-serving concocted sham and clever disguise to mask and conceal the true identities of the perpetrators that continue foaming at the mouth for our blood, and are "Beast of Prey" in sheep clothing.  Perpetrators are bigoted and corrupt self-serving concocted GQID incites, emboldens and empowers out of control White Supremacist Neo-Nazis to abuse their official offices to maliciously subject unsuspecting innocent minorities to egregious persecutions in **"Classic Kangaroo Court"** proceedings to their entertainment, enjoyment,  amusement, ridicule, humiliate law abiding distressed  minorities and disabled veterans. GQID is allowing Gang of Professional Thugs to literally get away with cold-blooded murder and assassins and Trample all over our US Constitution as if we are in a third World Renegade Chaotic Totalitarian Regime of absolute tyranny, coercion, brutal repression, massive wrongful incarceration in modern day "Death-Traps" and assassinations in illegal custody.   To date, Gloria Trevino, continues to be brutally physically and psychologically abused by the renegade chaotic government officials engaged in endless criminal conspiracy schemes to induce her untimely senseless death and demise to forever silence her, as they did her paralyzed defenseless brother, Robert Trevino and family, for demanding an unbiased US Congressional criminal investigation into the shameful malicious persecution and subsequent assassination of her paralyzed veteran, Robert Trevino and Family with impunity in the first degree!  **UNFORTUNATELY, the Robert Trevino and Family case is not an isolated case. Massive incarceration of the most vulnerable soft-targets defenseless distressed veterans and other minorities are being eradicated as fast as they are being incarcerated and the US still has the greatest mass incarceration in the World even China that has three times the population and we're suppose to be the most civilized society in the World.**  We do not have or serve an "Emperor" or a  "king" that are above the law only in an Absolute Tyrannical Monarchy.  In spite of our Democracy the white supremacist Neo-Nazi Ruling Class covertly concocted self-serving sham Genocidal GQID in violation of our US Constitution to "escape justice" for abusing their official office and power to unjustly enrich themselves in every possible way because they consider it a privilege and inherent authority to use their office for personal profit or benefit as an "emperor" or a "king"in Absolute Tyrannical Monarchy.  You cannot have it both ways and enjoy two desirable but mutually exclusive alternatives - a Monarchy and a Democracy so that you can flip/flop positions to whatever suits your purpose, such as in the sham representation and betrayal of Robert Trevino and Family ugly case scenario.  In other words, you can't have your cake and eat it too!!! Accordingly, the Genocidal Government Qualified Immunity Doctrine is extremely dangerous and Genocidal.  It is a Sham, Hoax and  a Shame that needs to be immediately "outlawed" in it's entirety and never to see the light of day again  because the USA  is "exclusively" a Democracy! Created by the people for the people to forever outlaw a Monarchy, Kings and Emperors!   "**ONLY GOD IS KING!**"

**THEREFORE,  Robert Trevino was highly recommended for the distinguished "Silver Star" and is a "Bronze Star""Purple Heart" recipient for his heroic achievements and** made the ultimate sacrifice defending our US Constitution when our Country called on him in time of  foreign war and subsequent exploiting widespread normalization of stigmatized discrimination, corruption and perpetual pernicious covert psychological domestic terrorist guerrilla warfare in solitary quest for equal access to justice for all.  Now we are calling on the grateful American people and International community to not forget the ultimate sacrifice that Robert Trevino, and other heroic unsung distressed veterans made to keep you safe and free from renegade tyrannical regime.  We hope it will inspire you

4

to come to our aid and support in accomplishing our Mission to Salute our Unsung War Heroes and bring to reality equal protection, equal representation and equal access to Justice and equal opportunity to achieve the American Dream, as oppose to the American Nightmare and Twilight Zone that Paralyzed Unsung War Hero Robert Trevino endured and succumb to. **Even though Robert Trevino's life has tragically ended, we are forever grateful for the sacrifices he made to uphold our freedom in Foreign and perpetual pernicious Covert Psychological Domestic Guerrilla Warfare. We are honored to share Robert's untold story of wounded veterans and their families and self-sacrifice for equal access to justice. We are equally proud and forever grateful for your unwavering commitment and support of our wounded unsung war heroes and in saluting those that made the ultimate self-sacrifice for your life and freedom, yet are not celebrated or recognized.**

**Thank you for making these stories possible and for assisting us in our Mission to compel our Nation to action and bring to reality its solemn promise to leave no veteran and their families behind and afford all veterans the full rights and benefits they honorably and courageously earned in the battlefield and never to be deprived of to ensure distressed veterans the equal protection, equal representation, equal access to justice and equal opportunity to achieve the American Dream and as guaranteed under the Constitution of the United States of America and our Bill of Rights. We are dedicated to empowering veterans and their families to lead high quality lives with respect and dignity. We are also strongly devoted to creating an independent task force to transform and expose Renegade Racist and Corrupt Genocidal Government officials that are Beast of Prey foaming at the mouth for our blood and disguised in sheep's clothing to concealed their true identities and behavior and need to be shackled and restrained from violating solemn promise to leave no veteran and their families behind and from the gang-rape of our most vulnerable distressed veterans of the full rights and benefits leaving us totally defenseless at their mercy and humiliated. We don't want the US Constitutional civil and human rights that our veterans courageously risked their lives defending and paid a high price for to be trample on to revictimized our veterans and their families in furtherance of Gang-rape of justice in America and Genocide, humiliated, ridiculed and assassinated in illegal custody of our Government that shamefully betrayed and further psychologically shocked and traumatized Robert's Family by abusing the corpse of fallen unsung war heroes, mocking them in obituary by JUSTIA, crime family, atty. Tim Stanley posting humiliating offensive obscene SHAM OPINION of TX. Appls Ct. based on SHAM TRIAL/CONVICTION and refusing to delete it clearly revealing their true identities and further proof of their off-the-charts level of depravity, wickedness, genocidal psychopathic criminal mind and behavior. Further proof that from 1995 to date, Robert Trevino and Family lived the American Nightmare and Twilight Zone.**

**We strongly declare that we are battle ready with the whole armor of God and devoted to achieving great victory in fighting "The Great Battle between Good and Evil" and when all the Wicked and evil are Totally Destroyed, never to see the light of day, Peace and Justice for All in America and throughout the entire World, will prevail and the Kingdom of God will reign forever and ever!**

**"PREPARE FOR BATTLE!"**
**VETERANS IN PETITION FOR JUSTICE IN**
**LOVING MEMORY OF PARALYZED HISPANIC UNSUNG**
**WAR HERO ROBERT TREVINO AND FAMILY**
**GLORIA TREVINO, PETITIONER**
**12526 Olympia Drive, Houston, Texas  77077,  713-309-5962, email, vip4justice@gmail.com**
**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## THE UNLAWFUL IMPRISONMENT OF ROBERT TREVINO
1 message

Gloria Trevino <vip4justice@gmail.com>                                                    Sat, Sep 17, 2022 at 8:04 PM
To: Donna Irvin <donna@innocencetexas.org>, kim@ipoftexas.org, "dolores.helms" <dolores.helms@yahoo.com>,
olga.dixon54@gmail.com, Rick Trevino <rickchristiannlisa@gmail.com>, Gloria Trevino <vip4justice@gmail.com>

TO: INNOCENCE PROJECT
C/O DONNA IRVIN & KIM

RE: THE RAILROAD OF ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE

Greetings,

Please call me.

Attached are 11 additional pages in support of Robert's innocence and request for immediate assistance because of his
life-threatening medical condition, age and continued retaliation, cruel and unusual punishment and further isolation from
family members.  He is illegally being denied visitation and even denied to make telephone calls to me and my family and
we fear for his life.

Attached are Affidavits from defense witnesses, Rick Tutton, Juanita Bell Young and James D. Lamb that were not called
that supported Robert's innocence and more evidence of criminal conspiracy by racist and political enemies executing
their vicious vendetta which defense was concealed and suppressed by officials from the bias jury in furtherance of the
unlawful conviction and maximum life-sentence.

Also attached is a copy of one of the bogus indictment documents that was partially retracted to half a lie. It
further supports our defense and Patrick Lankford's confession to attorney Noel Portnoy that the DA, Steve Marshall and
officer Billie Wiggins, who is listed as a witness along with Patrick's brother, Shawn Lankford and is signed by the second
Grand Jury Foreman because the first Grand Jury had "NO BILLED" the indictment for lack of credible evidence or no
evidence of a crime and should have raised a "red flag."  However, the officials were undeterred because of their
extreme hatred and egregious vicious vendetta born of extreme political and stigmatized discrimination and retaliation
and aggressively sought the concocted aggravated perjured testimony of the rest of the rebel gang members and a
second Grand Jury with a more mob lynching mentality.  The partially retracted bogus half lie indictment of Shawn
Lankford is further clear and convincing undisputed evidence that they could not get their concocted preposterous
ficticious aggravated perjured rape at gunpoint story straight and Shawn, like Patrick, refused to goi in alignment with the
DA, Steve Marshalland Billie Wiggins before the Grand Jury.  Therefore, they just marked over the "aggravated" part of
the offense of aggravated sexual assault of a child to half a lie of sexual assault of a child.  Including, making over the last
five lines of the bogus indictment document that erroneously alleged that Shawn was in great fear of bodily harm and for
his life supposedly because Robert had started raping him at gunpoint and hated Robert for sexually assaulting him.  Of
course, crucial evidence of Shawn, as well as Patrick, praising and thanking Robert that further impeached their
character, credibility and aggravated perjured testimony that they hated Robert for repeatedly sexually assaulting them
was illegally suppressed by the hanging judge Gene Knize and DA, Steve Marshall, who orchestrated and concocted the
aggravated perjured testimony as was reveiled in the finger pointing contest between alleged victims accusing Wiggins of
the details of complaints and Wiggins pointed the finger at DA Steve Marshall, durting the sham trial by rage.  Then
hanging Judge Knize ordered the defense attorney to stop asking the alleged victims/state witnesses about the details
because they didn't know what they were and confessed that these  were the State's charges and the alleged State
witnesses/victims didn't know any details.

Also attached are conflicting letters from different IG USDOJ.  One memo refers to my civil and human rights complaint to
the Criminal Section of the Civil Rights Division of USDOJ because they have jurisdiction.  Another USDOJ letter
erroneously alleged that the statute of limitations was five years and had already run out which was an unadulterated lie.
The railroad of Robert was in August 1995 and the USDOJ response was Jan. 1996, less than a year later and the DA
Steve Marshall, with pending Civil Rights Complaints, had already been hired by the FBI who was suppose to be iprobing
Trevino case and instead hired DA Steve Marshall to further Sabotage any Civil and Human Rights Complaints and
making us more vulnerable to continued retaliation, stigmatized discrimination, exploitation and abuse and systematic
injustice and cover-up/whitewash with impunity in the first degree.  Subsequent letters from IGUSDOJ, dated April 18,
2022, from Michael E. Horowitz erroneously allege nothing wrong and no jurisdiction contradictory to a prior memo dated
April 20998 from IGUSDOJ Michael R. Bromwich to Richard W. Roberts, Chief, Criminal section of the Civil Rights

Division because issues raised fall under your jurisdiction.  Clearly IGUSDOJ Michael E. Horowitz erroneous response to my civil and human rights complaint is a cover-up/whitewash with impunity and intended to shut me up and normalize stigmatize discrimination, retaliation and systematic injustice and Gang-rape of Justice in America. Furthermore, Billie Wiggins has since married Judge William "Doug" Wallace, who was appointed by the Texas AG, Ken Paxton, and no State agencies or State Representative, Jim Murphy will even respond and/or erroneously allege, like IGUSDOJ Michael E. Horowitz, that there is nothing wrong, nothing immoral, unethical or criminal and no jurisdiction contrary to the domestic terrorist and criminal conspiracies to bamboozle us out of justice and cover/up/whitewas with impunity in the first degree.

Meanwhile, from A1995 to date, Robert remains in life-threatening medical condition, illegally denied release on MRIS to Michael E. DeBakey VA Medical Center in Houston where he can finally receive the life-saving comprehensive top quality medical care that he badly need and deserves and maliciously subjected to cruel and unusual punishment, further isolated in the worst prison in our Country according to the USDOJ, and illegally denied even visitation and phone calls with family members and Robert continues to live the American Nightmare!.

Please call me.

Thank you for your consideration and cooperation in this most serious and urgent matter of life and death..

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962   .   .    .   .


**RT CASE PART IV.pdf**
4662K

No. 1137499

| | | |
|---|---|---|
| **GLORIA TREVIÑO TURNER** | § | IN COUNTY COURT AT LAW |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MCCALL-F, INC, D/B/A STERLING** | § | **COURT NO. 3** |
| **MCCALL FORD; PETER TOSH;** | § | |
| **JASON WEEKS AND CAMERON** | § | |
| **JOSEPH** | § | |
| **Defendants** | § | **HARRIS COUNTY, TEXAS** |

### PLAINTIFF'S THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Gloria Treviño Turner files her Third Amended Original Petition and Request for Disclosure, complaining of McCall-F, Inc. d/b/a McCall Ford; Peter Tosh; Jason Weeks and Cameron Joseph and for her causes of action would show the following:

### I.   RULE 190 DISCOVERY LEVEL

This is a Level Three case within the meaning of Rule 190.4 Tex. R. Civ. Proc.

### II.   PARTIES

1.   Gloria Treviño Turner ("Plaintiff" or "Treviño") is an individual residing in Harris County Texas. The last four numbers of her driver's license are 9957.

2.   McCall-F, Inc d/b/a Sterling McCall Ford ("McCall Ford") is a foreign for-profit corporation doing business in Texas and doing business in Harris County, Texas. Service is no longer necessary because the Defendant has already answered.

3.   Peter Tosh ("Tosh") is in Sales and Finance at McCall Ford.   . Service is no longer necessary because the Defendant has already answered.

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 1**

4.     Cameron Joseph ("Joseph") is a salesman at McCall Ford . Service is no longer necessary because the Defendant has already answered.

5.     Jason Weeks ("Weeks") works at McCall Ford.

6.     At all times during the transaction complained of, the individual defendants were also acting as agents of McCall Ford.

## III.     PLAINTIFF'SS CONSUMER STATUS UNDER SUBCHAPTER 17.41, TEX. BUS. & COM. CODE

7.     Plaintiff is a consumer within the meaning of the §17.45(4) Texas Deceptive Trade Practices – Consumer Protection Act (the "DTPA"). Plaintiff is a consumer who acquired goods, by purchase from McCall Ford, and by its salesmen, Joseph and Weeks, and its finance person Tosh. These defendants are all either and entity or persons that can be sued under the DTPA.

## IV.     BASIC FACTS

8.     Plaintiff resides in Harris County Texas. She is a totally disabled honorably discharged woman veteran of the Unites States Armed Forces. She is also a lifetime member of the Disabled American Veterans ("DAV").   She suffers from chronic Post- Traumatic Stress Disorder ("PTSD"), Depression and other serious health problems. As set forth below, her PTSD and other problems are relevant based upon the events that occurred during the transactions described below and related to her treatment by the self- centered and unscrupulous Defendants.

9.     As set forth above, Plaintiff is suffering from PTSD resulting from her period of service in the Air Force. She has sought treatment for this condition over a period of years from her psychiatrist, Dr. Karen Brown. Dr. Brown has discussed this issue with Plaintiff and has given the following diagnosis:

Gloria Trevino is currently under my care. She is diagnosed with Schizoaffective Disorder, a severe mental illness, and PTSD. As a consequence of her illness, Ms. Trevino functions very poorly under stress and makes impulsive, ill-considered decisions. She has been hospitalized several times for her mental illness; her symptoms are exacerbated by stress. When placed under duress, Ms. Trevino cannot think clearly enough to make rational choices. She should, therefore, not be held to a contract signed following the use of hard sales tactics.

(A copy of this letter is attached as Exhibit 1)

10.     Plaintiff keeps reliving the nightmare she experienced at the hands     of the unscrupulous and self-centered Defendants, McCall Ford Dealership and employees. She recalls that she became interested in purchasing a new Mustang. Being a 66-year-old totally disabled woman veteran and living on a fixed income she has a limited budget and a limited amount she could afford to pay on a monthly basis for the Mustang, including auto insurance which would increase at least by about $150.00 monthly, maintenance and operating expenses. She let the Defendants know from the very beginning that she could not afford to pay more than about $28,000.00 for the Mustang at about $400.00 per month for 72 months with no down payment and only her 2010 Ford Focus as trade in. .Before the Plaintiff called McCall Ford, she had gone to MacHaik Ford to look at their new Mustangs. They were regularly priced about $22,000 without discounts or trade ins. These were not used, demos or loaner cars but new Mustangs like the one that McCall Ford had ridiculously overpriced at $38,000 without options or discounts. The drive-out price at MacHaik Ford was about $28,000 with extended warranty and aluminum wheels without discounts or trade-ins which would have further lowered the price. However, MacHaik did not have the color Plaintiff wanted and it respected her wishes. However, McCall Ford coerced her into signing their detrimental contract at over $41,000 and supposedly with UAW discount and DAV discounts and trade-in. The Plaintiff did not get the $22,000 figure from the internet or advertisements as Defendants allege. She got the $22,000 figure from MacHaik dealership and  from what she saw and was shown on the MacHaik vehicles.

11.     The Plaintiff does not need a guardianship to have gathered this information and was deceived and pressured and coerced by Defendants whose actions fueled her symptoms of PTSD and paranoia. Furthermore, as for the issue of guardianship that the Defendants have ingeniously and conveniently raised without revealing any expert medical authority. Plaintiff does not need a guardianship and she  demands that the Defendants immediately reveal their

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 3**

secret phantom medical expert or cease and desist from making false and misleading accusations challenging and attacking Plaintiff's mental state alleging she needed guardianship as well as attacking Dr. Brown's opinion. Defendants are aware they used deceit, dishonestly and trickery to get Plaintiff to come to the dealership under false pretense and they knew she was not feeling well when that they coerced her into signing the contract under duress and she doesn't need a guardianship to handle her affairs. See Dr. Brown's expert opinion letter dated January 25, 2021, Exhibit 2. In this report, Dr. Brown states:

> I am a board certified psychiatrist in private practice since 1991. I have treated Ms. I intermittently since 2007, most recently since October 2017. Since 2017, she has seen me every I to 3 months.

> I am writing this letter to attest that, in my professional opinion, Trevino is capable of managing her own finances and does not require guardianship to do so for her. On careful exam in her last appointments (5/1/20 and 5/4/20) she was able to clearly detail both her income and expenses, and is managing her money competently.

> While she has been distressed by a recent car purchase, during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement.

> In general, over the years I have known her, Ms. Trevino has never exhibited a pattern of impulsive spending. In fact, I have noted that she has had enough money in reserve to pay for her appointments with me, as well as to pay me to do a consultation on her brother who was incarcerated several years ago.

> To conclude, I do not concur that a financial guardianship is warranted on the basis of Ms. Treviño's psychiatric illness.

Dr. Brown also has subsequently provided a detailed Expert Report to Defendants that further expands and details this opinion.

12.    Defendants have revealed that their $23,000 price was for their used Mustang. It is further obvious that McCall Ford is selling their used Mustangs at new car prices and likewise ridiculously over-charging their new Mustangs as in this case.

13.    Furthermore, the Defendants erroneously allege that they obtain 0% interest for Plaintiff's retail installment contract to supposedly save her money. However, they failed to mention that they overcharged her for the Mustang for about double the price. The Defendants did trick the Plaintiff into not going through her credit union for financing

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 4**

because they did not want her to know the outrageous total amount being financed for their ridiculously overpriced Mustang which was an outrageous $41,393 for a $22,000 car. They repeatedly lied to her and told her the UAW and DAV discount and bonus would bring the price down to her budget but instead increased the price.

14.    Furthermore, they never gave Plaintiff the DAV discounts and bonus she was legally entitled to and never told her how much the discount was and in fact never gave her the UAW discount since the price of the car increased and even though they insisted she received a/z plan pricing that was supposedly below the dealer invoice price for the vehicle and the price did not decrease as they repeatedly promised that the UAW would bring the price down to her budget, an outright lie and a sick and perverted joke.

15.    Unaware of their unscrupulous business practices, some of which Plaintiff has now learned, have been complained about by other customers, she had called McCall Ford and spoke to Cameron Joseph, one of the salesmen. He told her that their new Mustangs were priced at about $38,000.00. She told him what her budget was and that their prices were way too high and out of her budget so she would not even bother to go there to look at them. However, Joseph, clearly an experienced con-artist maliciously and deliberately lied to her and told her that they had some new Mustangs that were lower closer to her price range that would fit her budget and urged her to come in the next day to look at it. The next day, Defendant Weeks, Joseph's supervisor and mastermind of the elaborate scheme perpetrated on Plaintiff, also called her, and persuaded her to come in and look at their Mustang. They led her to believe that they had an affordable Mustang to fit her budget for her to look at. Unbeknownst to Plaintiff, the Defendants had used deceit, dishonest and trickery to get her to come to their dealership under false pretense only to maliciously subject her to extreme hard sales tactics and coerce her to purchase the ridiculously overpriced new Mustang.

16.     On May 17, 2019, when she arrived to view their alleged affordable new Mustang, as soon as she walked into the dealership, Defendant Joseph immediately took illegal possession of Plaintiff's Focus by snatching the keys out of her hand and making her feel trapped and on the erroneous guise that he was going to have it appraised and moved her Focus to their shop out of sight. He then took her outside to test drive their Mustang that had a sticker price of an outrageous $36,368.00 on it and she blatantly refused to even test drive it and had walked away from it. At that point, she wanted to go home; however, the Defendant Joseph, immediately on her arrival had ingeniously taken illegal possession of her car by literally and aggressively snatching the keys to her focus from her hand and startling and intimidating her, making her feel she was trapped and stranded, and they would not return her car.

17.     Joseph said he was going to get the Focus appraised; however, it was to take illegal possession of her high-end Focus and hold her hostage, since clearly they never intended to give her fair $5,000 price for her car and she never agreed to give her car away for what little they were offering her. And therefore, she never gave them the title for her Ford Focus (see Exhibit 2, Title to Ford Focus). Plaintiff repeatedly said "NO" and rejected their Mustang and complained that the Mustang was still overpriced by several thousand dollars and way too high and outside of her budget. She repeatedly told him she could not pay more than $28,000 for a Mustang. However, the Defendant Joseph continued to illegally detain Plaintiff by repeatedly not returning her keys to further cruelly manipulate her by continuing to lie and putting undue pressure on her and assuring her that their rebates and her DAV and her family's UAW employee discount plus her trade-in would considerably lower the price of the Mustang to fit her budget. The Defendants, Joseph, Weeks and

Tosh maliciously misled Plaintiff to believe that she would be getting an affordable Mustang with heated leather seats with the alleged discounts. This was not the case.

18.      Furthermore, the $36,368.00 sticker price of their over-priced Mustang was also equally deceiving since it ingeniously didn't include equipment that was already on it that increased the price by several thousand dollars more, such as the polished aluminum wheels, etc. The Defendants conveniently didn't mention that the added equipment would not only offset any alleged discounts but would further raise the price of the already overpriced Mustang. They again tortuously and maliciously deliberately lied and misled Plaintiff to believe their alleged DAV and UAW discounts plus her trade-in would considerably lower the price of their excessively priced Mustang to fit her budget.

19.      Plaintiff strongly believes that the Defendants should have been honest with her from the beginning and never had persuaded her to come by their dealership under the false pretense that they had an affordable Mustang at her price range and that would fit her budget. However, instead like con artist they continued to use deceit, dishonesty and trickery to cruelly manipulate, exploit, abuse and oppress Plaintiff, and to unjustly enrich themselves to her detriment.

20.      When Plaintiff first came in, Joseph asked her about the Disabled Veteran license plate on her Ford Focus. She told him that she was totally disabled according to the Veterans Administration and suffered from chronic PTSD. She told him that she was a life-time member of DAV, which had a discount program with Ford and was also eligible for a United Auto Workers ("UAW") discount. However, he never told her how much the mysterious and elusive DAV and UAW discounts were because they had no intentions of affording her any discounts to lower the price to fit her budgets as they repeatedly were promising her. The DAV X-Plan Pricing Discount amount had an added $1,000.00 cash

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 7**

bonus. In spite of that, they shamelessly and brazenly defrauded her out of a least another $1,000.00 for the phantom heated leather seat and plus the DAV discount and UAW discount. He had told her the UAW pricing plan discount would be better, but she now believes they cheated her and tortiously interfered with both her UAW and DAV membership discount. Unfortunately for Plaintiff because of her disabilities which they were aware, Defendants, Joseph, Weeks and Tosh pounced on her like unsuspecting prey and have made a mockery out of her.

21.    Defendants created too much undue pressure and confusion while repeatedly demanding Plaintiff stay put and wait while coming back and forth with different figures and erroneously said and ingeniously telling her that they were working on her family's UAW Discount. They said first they could not find the UAW Discount Approval even though Plaintiff had provided them with the pin number approving it. Joseph would not tell her how much the UAW or DAV discounts were and would order her to stay in his small office while he checked with Weeks about the discounts. He would leave her stewing and baffled and confused for long periods of time, knowing that she could not leave without her car while he went back and forth to check with Weeks about the alleged discounts. This went on for most of the day and she was extremely fearful and feeling tired, extremely anxious, confused and fearful because each time Joseph would come back into his office from talking to Weeks, he would put a lot of pressure on her to accept their price insisting that they could not find the UAW discount approval from Ford Motor Company. She would repeatedly say "NO," reject their price and told him it was not in her budget. However, Joseph would not return the keys to her Focus and would not let her leave, insisting that her discounts would considerably lower the price to her budget.

22.     Confused, baffled and disoriented, Plaintiff called her sister, Dolores Treviño Helms on speaker cell phone and asked her to give Joseph the Z number for the UAW discount approval because he kept telling her that they couldn't find it for whatever reason. Ms. Helms gave Joseph the z number and he confirmed to her that it was the right number and that they were going to give her the UAW discount even though they could not find it. (See Exhibit 3, Statement of Dolores Treviño Helms.) Joseph told Plaintiff and Helms the discount would bring the price of the mustang down to Plaintiff's budget. However, after talking to Plaintiff's sister, Joseph again began to pressure Plaintiff relentlessly insisting on their price while confusing her and promising the UAW discount to fit her budget. Joseph warned her that they were not going to let her leave without driving away in their mustang. Defendants had Plaintiff sweating bullets and suffering severe symptoms of PTSD and Paranoia and fearful  and physically and mentally exhausted, feeling severe anxiety and fear even feeling faint and chest pain and mental blocks and she needed to get home before she suffered one of her anxiety attacks. Plaintiff was like a Zombie and a Hostage and succumbed to their relentless pressure and agreed and relied on his promises.

23.     Defendants erroneously said they would give Plaintiff the discount, but they would never tell her what it was to further keep her bewildered and confused and hanging on while continuing to push and put undue pressure on her and clearly ignoring and disregarding her tight limited budget which she had repeatedly told them about. It is obvious they never intended to give her any discount and the price of their Mustang increased to the outrageous $41,393 for a $22,000 Mustang. This is in spite of Defendants' claim that the Plaintiff received A/Z plan pricing that was below the dealer's invoice for the vehicle and contrary to their repeated promises to her that the UAW discount would lower the price to

fit her budget, and even charging her for the one phantom heated leather seat and useless Sirius radio.

24.    When Plaintiff had first arrived at their dealership, she started to feel trapped when Joseph had immediately taken illegal possession of her Focus keys when he snatched them out of her hand, supposedly to get it appraised. However, Plaintiff believes it was to keep her from leaving after he showed her the overpriced Mustang especially since they didn't want to give her more than $500.00 for her Focus. She told Joseph that the new Michelin tires alone were worth $1000.00. Joseph later agreed to give her $1500.00 for her Focus even though it was a high-end Focus valued at about $5000.00 with heated leather seats, sunroof, power windows, cruise control, cd player, spoiler, blue tooth, security system and the new Michelin tires. And their new overpriced Mustang was not a convertible, nor did it have an alarm system, a sunroof, nor did it have heated leather seats but cheap unheated cloth seats that have already started to fade and that according to other Ford dealers had it regularly priced at about $23,000.00 with a drive out price, before discounts or trade-in allowances, would be about $28,000.00. She never agreed to their measly offer for the Focus and never gave them the title to it, nor did they return her the keys.

25.    Because of their relentless, pushing and undue persistence and undue pressure for an oppressive length of time, Plaintiff was extremely tired, in pain and exhausted and had begun to experience mental blocks and her ability to concentrate was drastically impaired and was like a Zombie and Hostage. She wanted to go home to her comfort zone but felt extremely fearful and intimidated, a frequent symptom of PTSD. Defendant Joseph had repeatedly warned Plaintiff that they were not going to let her go home without signing the contract and her driving away in the new Mustang and she was sweating bullets and succumbed to their relentless pressure and threats. She developed a completely irrational

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 10**

psychological alliance with them and even felt empathy for them and felt compelled to go along with them so they would let her go home before she suffered an anxiety attack and she relied on their promises and representations that they were putting her in an affordable Mustang. However, they had no intentions of doing that and took unfair advantage of her and made a complete fool out of her. Even though they had finally then given her keys back, it was only for her to remove her house keys and drive off in the overpriced Mustang and she did as she was ordered. She was still under their total control and influence and was never going to be allowed to leave without driving off in the over-priced Mustang. Obviously, they had decided that they were going to coerce her to purchase this over-priced Mustang and did not show her any other one that might have been lower priced without all the added and unnecessary features that Plaintiff did not need and should not have had to pay for.

26.     They had repeatedly assured her and led her to believe that their rebate, her trade- in and her family's UAW/DAV discounts would considerably lower the price of the Mustang. However, they were evasive and deceptive and would never tell her how much the UAW/DAV discounts would be repeatedly telling her they were still working on it to further keep her baffled and confused and hanging on under extreme pressure. And even though they never told her what the UAW discount was, they assured her they had given it to her. She believes that they never gave her the mysterious and elusive UAW discount nor the DAV discounts with the $1,000.00 cash bonus.

27.     Finally, in furtherance of their cruel manipulation, exploitation, fraud and abuse of Plaintiff, and to further unjustly enrich themselves to her detriment, Joseph walked Plaintiff to Weeks and told him that she wanted heated leather seats. Weeks became enraged and with impunity and in an angry agitated authoritarian and threatening manner, he yelled and

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 11**

chastised Plaintiff for wasting all their time and dictated he was only going to provide one heated leather seat and demanded that Plaintiff write them a $1000.00 check to supposedly cover part of the $2000.00 charge for only one phantom heated leather seat, complaining to her and dictating that the passenger seat would not be heated and then further demanded that Plaintiff go with Tosh and immediately sign the injurious and detrimental paperwork that Tosh had prepared for her and she did so in a panic and fearful state of mind under duress and without understanding what she was signing. At no time did Tosh ever inform Plaintiff what the outrageous total amount was that Ford Credit was financing for their overpriced Mustang which was an outrageous estimated $41,393.00. Additionally, as if in jest and as if he didn't know and as if he cared, Tosh did ask Plaintiff both times before she signed the detrimental contract under duress, how she was feeling to which Plaintiff replied "like hell" both times. He knew she was feeling bad, but he did not care but was making her sign the detrimental contract both times under duress. Plaintiff was not skipping up and down with joy as the Defendants erroneously described to her attorney. This was physically impossible for Plaintiff to have done in in a dazed and depressed state and in high heel shoes with painful arthritic feet with shoes she never expected to be wearing all day. Tosh would not tell Plaintiff the total amount charged, only that they had erroneously saved her a lot of money with UAW discounts and no interest. He sealed the envelop that he put all the paperwork in so she could not see the total amount charged. Plaintiff believes that the Defendants also had tortiously interfered and ingeniously refused to let her go through her credit union, Texas DOW Employee Credit Union ("TDECU") which she had previously asked about the financing for a Mustang. They deceptively told her that they were going to save her money and that Ford Credit was not going to charge her any interest. But, in reality, it was so she would not know the outrageous total amount they were charging her to finance

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 12**

the already overpriced Mustang and that the extended warranty, useless Sirius Radio, added equipment that was already on the Mustang was not only going to offset any discounts but in reality, instead increased the already overpriced Mustang and to the outrageous estimated $40,000.00 financing even without the interest charge. And that the equally overpriced extended warranty And, for the same Mustang other Ford dealers had regularly priced at about $23,000.00, since it was not a convertible, had no sunroof or heated leather seats but cheap unheated cloth seats and 4 cylinder and did not have many of the options she had in Ford Focus.

28.    Upon arriving at her home and when she looked at the paperwork, Plaintiff was in total shock and outrage and realized that the Defendants, without fear of any negative legal consequences had freely victimized her and basically swindled her out of several thousands of dollars and made a mockery out of her. The financed amount was not what was agreed but what she had repeatedly disagreed to and had repeatedly told them which she could not afford and nowhere close to her budget, which they had promised her they would meet. In fact, it was for the amount she told them she would not even bother to go to their dealership to even look at much less test drive or even buy their overpriced Mustangs.

29.    Plaintiff, still devastated and distraught, immediately called her bank and instructed them to immediately stop payment on the $1000.00 check that Defendants had coerced her into writing them for the phantom one leather heated seat. She then called Joseph and told him that the financed amount was not what she had agreed and that she had signed the papers under duress and was returning the Mustang and demanded her Focus back and that she was not giving them the title to her Focus. He told her that he had already left for the day, so Plaintiff returned the Mustang the next morning. Joseph and Tosh refused to

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 13**

accept the keys to their Mustang and contemptuously and sarcastically criticized Plaintiff and taunting her that they had already been funded and that she should never have signed the paperwork, even though they knew they had coerced her in signing the paperwork. Tosh finally accepted the keys to their Mustang but blatantly refused to return the Focus back to Plaintiff and furthermore, threatened to have her arrested for her stop-payment on the $1000.00 check that they had ingeniously also coerced her into writing them. for the phantom one leather heated seat. Nonetheless, Plaintiff left their Mustang there and, because she had no transportation, since they refused to give her the Focus. She had to wait for a taxi to drive her back home. However, by the time she arrived home, she was further shocked and in disbelief that Joseph and Tosh had further disregarded Plaintiff's No Trespassing Sign in her front yard and like common thugs had illegally trespassed on her private property and had parked the Mustang back in her driveway and further appeared to have maliciously damaged the driver's window by keying the tint on it, leaving scratch marks on it.

30.     Furthermore, they approached her front door and taped the keys to their Mustang to her front door in an envelope that anyone could have stolen. Ring Doorbell Video Camera captured Joseph or Tosh approaching Plaintiff's front door twice, once to tape the envelope with the keys to her front door and the second time arousing suspicion that he was trying to break into her house since the recording abruptly stopped as he aggressively approached her front door. Their illegal trespassing onto Plaintiff's private property amounted to a home invasion and another personal affront and ridicule of Plaintiff. As a result, Plaintiff continues to feel further threatened for her personal safety and at even greater risk alone in the privacy of her home. Consequently, Plaintiff is excessively worried that the Defendants will return to her home to cause her further harm and injury and no

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 14**

longer feels safe and secure there and no longer considers her home her comfort zone and lives in greater fear for her life and safety.

31.    With the Taxi drivers help, Plaintiff immediately returned the Mustang back to McCall Ford Dealership for a second time on the same day. She was approached by Ruben Herrera, another manager there. She demanded that they stop trespassing onto her private property and to immediately return her Focus and to leave her alone.  Herrera was very confrontational and told her that there was no way they were going to return her Ford Focus to her and threatened to have the Mustang towed back to her house and were further going to bill her for the cost of the towing. He further stated that she had signed the paperwork for the Mustang.

32.    Plaintiff protested that she had signed the detrimental paperwork under duress and that the Mustang was not worth $38,000.00. He concluded that it didn't matter that she had signed the paperwork.  She immediately left the second time in the same Taxi that had previously driven her home.

33.    Subsequently, she contacted her attorney, John Richards and asked for his help.

34.    He called McCall Ford to complain about the issue. The undersigned was able to identify Crow as the sales manager and communicated with him and later sent him a letter dated May 18, 2019 which raised the issue of misrepresentation and deceptive practices and requested that the transaction be rescinded.  A copy of this letter is attached as Exhibit 4.

35.    Thereafter, on May 20, 2019, the undersigned sent Crow a list of over twenty issues with the transaction. A copy of the email and the list of issues is attached as Exhibit 5.

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 15**

36.    Thereafter a series of discussions occurred between the undersigned and Crow. Crow was unwilling to rescind the contract however, he stated he would make certain reductions and adjustments in the amount. The monthly payment was adjusted down to $488.44 which is still unreasonable and unjust and included the $1000.00 for the check they coerced Plaintiff into writing them supposedly to cover part of the $2000.00 charge for the only one phantom heated leather seat which she never got but was conveniently and maliciously defrauded out of anyway.

37.    At this time, Plaintiff was desperate because the Defendants blatantly and maliciously refused to return her Focus and she was still without transportation and h a d no way to retrieve her Focus, forcing her to have to take expensive Taxis everywhere she had to go because she does not live close to the bus system. the Defendants were further maliciously subjecting her to severe mental, emotional and physical distress and extreme financial hardship. Therefore, she clearly signed the detrimental and injurious papers under duress.

38.    However, even though she signed the new papers, McCall Ford would not return the $1000.00 check which Weeks had brazenly demanded and coerced her into writing, supposedly to cover the cost of the one phantom heated leather seat. And she never intended to make any down payment for any new car. Only after great pressure from the undersigned via email was the check returned and only after they had ingeniously attempted to obtain the Focus Title supposedly in exchanged for the $1000.00 check.

39.    On May 29, 2019, Joseph had the audacity to call Plaintiff telling her that they needed the title to her Focus.  He had assured her that they had the $1000.00 Check that they had coerced her into writing them and that she had stopped payment on in their possession and erroneously promised to return the check to her in exchange for the

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 16**

Focus Title. He instructed her to come by the dealership to pick it up in exchanged for her Focus Title. They knew that Plaintiff was desperate to recover the check back because of their repeated threats to have her arrested for stop payment on it and she was also afraid that they would try to cash it after the expiration of the stop payment, and they had repeatedly previously refused to return to her. Plaintiff immediately drove to the dealership, which is about an hour of heavy traffic away, However, when she arrived again, they tried to pressure her into giving them her Focus Title in exchanged for a worthless copy of the check. She again protested that they had again made a complete fool out of her making her drive all the way over there under false pretense only this time she flashed-back on her past traumatic experience with them and she refused to give them the title to her Focus and stormed out of there, which is what she wanted to do when she first saw the outrageous sticker price on the Mustang but was not allowed because Joseph had ingeniously taken possession of her Focus on her arrival under the pretense they had a Mustang that would fit her budget. She further expressed total shock and disbelief over their continued use of deceit, dishonesty and trickery to cruelly manipulate and abuse her in their continuing further efforts to pressure her and con her out of her Focus title just like they had cleverly done to trick and conned her into coming to their dealership in the first place and pressured and coerced her into writing them the $1000.00 check as well as into signing all their detrimental and injurious paperwork for their overpriced unaffordable mustang to unjustly enrich themselves to Plaintiff's detriment.

40.    Tosh did call Plaintiff's attorney, John Richards and reported to him that Plaintiff had refused to give them the Title to her Focus and had stormed out of there. They also blatantly lied to him and told him they had voided the check. Tosh emailed Richards a copy of the check which only proved that it was not voided since the word voided was nowhere

written on the check, and further, only proved Tosh was a liar, since it was not voided. Richards advised him that the check was not voided and that it was still a valid check and for them to immediately return the check to Plaintiff and they continued to refuse and made erroneous excuses, even blaming their bank. Checks with stop payments on them are still valid since the stop payments have expiration dates on them. It is Plaintiff's strongest contention that the Defendants had repeatedly refused to return the check back to Plaintiff even though they had included the $1000.00 in the new detrimental papers she was again clearly coerced into signing because they intended to cash it after the expiration of the stop payment to further exploit, oppress and abuse Plaintiff and again further unjustly enrich themselves to her detriment.

41.    Repeated complaints to Ford Credit and Ford Motor Consumer Relations were frustrating and in vain since they don't seem to have any control over the McCall Ford Defendants. As a result, in further retaliation for her complaints, Defendants Weeks and Joseph angrily taunted and ridiculed Plaintiff and threatened to have her arrested for the stop payment and remarked that they didn't need her Focus Title even though they clearly know they maliciously coerced her into signing all their damaging paperwork and therefore she had signed the detrimental and injurious papers under duress and never gave them her Focus Title. See Exhibit 2, copy of Plaintiff's Ford Focus Title. However, even though she had signed the new papers, McCall Ford would not return the $1,000 check. Only after great pressure from the undersigned was the check returned.

42.    On June 6, 2019, the undersigned sent another letter to McCall Ford, once again demanded that the sale be rescinded. A true and correct copy of this letter is attached as Exhibit 65. McCall Ford once again declined to rescind the transaction despite knowing of Plaintiff's severe and chronic PSTD condition which they had clearly tortuously

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 18**

maliciously fueled and aggravated and knowing that Plaintiff had no option but to sign the detrimental and injurious agreement again because otherwise she would be carless and without transportation and again maliciously and intentionally inflicted to further suffer severe mental, emotional and physical distress and extreme financial hardship and still subject to billing from Ford Credit.

43.    In effect the wrongful actions of Ford, through its agents Joseph, Weeks, and Tosh, considering all the facts and circumstances related to the transaction, constituted unfair representation, manipulation and coercion on Plaintiff. In refusing to initially rescind the transaction despite knowing of Plaintiff's severe and chronic PTSD and knowing that Plaintiff had no option but to sign the injurious and detrimental agreement because otherwise she would be carless and without transportation and again maliciously and intentionally inflicted to suffer severe emotional and physical distress and extreme financial hardship and still subject to billing from Ford Motor Credit. Defendants acted maliciously and in bad faith. Therefore, contrary to Defendants contention that Plaintiff filed her Petition against them in bad faith, Plaintiff did not file in bad faith but in the best interest of justice. The Defendants repeatedly used deceit and trickery and dishonesty to get her to come to their dealership under the false pretense they had a new Mustang to fit into her budget and maliciously subjected her to sever mental distress through the use of extreme hard sales tactics and coerce her into signing the first and second detrimental and injurious sales contracts under duress. However, at no time did the Plaintiff nor her attorney ever agree to waive or relinquish her legal rights to seek justice through the court to hold Defendants accountable for their egregious blatant violation of the 'DTPA, coercion, etc. and to seek damages for same. Plaintiff is merely lawfully exercising her legal rights to seek justice through the courts that she clearly deserves and is justly legally and morally entitled

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 19**

to. It is Plaintiff's contention that it is the defendants that are egregiously acting in bad faith in this case as well by continuing to use deceit, dishonesty and trickery to further harass and deprive the Plaintiff of justice and defraud her of fair compensation and escape strict civil accountability for their flagrant, egregious pattern of unscrupulous conduct and outright fraud, and deceptive trade practices.

IV.    **CAUSES OF ACTION**

A.    **Coercion/Economic Duress/Rescission**

44.    Based upon the facts stated above, the actions of the Defendants constituted coercion and duress. Plaintiff is entitled to rescission of the contract and return of her Ford Focus or its fair market value.

B.    **Misrepresentation/Fraud**

45.    The conduct of the Defendants McCall Ford, Weeks, Joseph and Tosh, as set forth above constitute intentional misrepresentation and/or intentional omission, including failure to disclose matters which should have been disclosed to Plaintiff and which she should have been made aware of. In particular, at least the following misrepresentations were made:

a. Told her they were going to get her a Mustang that would fit the budget she told them she could afford and yet placed her under a contract which she could not afford, and they knew she could not afford.

b. Failed to tell her that she could have purchased another less expensive Mustang which did not have all the extra added on expensive features (i.e., such as the Aluminum Wheels and Sirius radio) which she did not need.

c. In addition, McCall Ford, Joseph, Weeks and Tosh acted knowingly and or intentionally, which entitles Plaintiff to enhanced (punitive) damages under Texas Business & Commerce Code section 17.50(b)(1).

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 20**

46.    As a result of these misrepresentation, Plaintiff has suffered damages in the amount of an alleged debt to Ford Motor Credit. She also has suffered emotional anguish of at least $150,000 and is entitled to damages for this.

### C.    Deceptive Trade Practices

47.    The conduct described above constitute Deceptive Trade Practices by Defendants McCall Ford, Weeks, Joseph and Tosh. In particular, these Defendants engaged in an "unconscionable action or course of action" by taking advantage of the lack of knowledge, ability, experience, or capacity of Plaintiff to a grossly unfair degree. They told her they were going to get her a Mustang that would fit the budget she told them she could afford (McCall Ford, Joseph and Weeks) and yet placed her under a contract which she could not afford, and they knew she could not afford. The Defendants are guilty of a false, misleading, or deceptive act or practices that are specifically enumerated in a subdivision of Subsection (b) of Section 17.46 of the DTPA and identified above; were relied on by a Plaintiff to Plaintiff's detriment. In particular, they failed to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclose in violation of §17.46(b)(24) of the DTPA.    Their conduct constituted an unconscionable action or course of action in violation of §17.50 (3) of the Act.

   a.  Failed to tell her that she could have purchased another Mustang which did not have all the extra added on expensive features (i.e., such as the Aluminum Wheels and Sirius radio, which she did not need.

   b.  Failed to provide a proper discount under the DAV and UAW programs and defrauded her out of the $1,000.00 DAV bonus.

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 21**

### D.    Damages

48.    Defendants McCall Ford, Weeks, Joseph and Tosh's wrongful conduct was a producing cause of Plaintiff's injury:

a. Plaintiff sustained economic damages in the amount of the cost of the Mustang that Plaintiff is otherwise contractually committed to pay plus conversion of her Ford Focus that had a value of $5,000.00. It was a high-end Focus with heated leather seats, sunroof, security system, cruise control, power windows fully automatic with new Michelin tires, bluetooth, CD player and spoiler.

b. Plaintiff was defrauded out of the $1,000.00 DAV cash bonus and the DAV, UAW discounts and is justly entitled to those damages.

c. Plaintiff was also defrauded by having to write the $1000.00 check she was coerced into writing for the one phantom heated leather seat and she entitled to the damages for the heated leather seat she was supposed to have.

d. The actions of Defendants were committed knowingly and intentionally and
Plaintiff is entitled to receive three times her economic damages and three times her mental anguish, as provided by Section 17.50(b) of the DTPA, which anguish is at least $150,000 or a lesser amount if other damages increase the total amount sought to $200,000 so that the total sought does not exceed the jurisdictional amount for this court.

e. Defendants, actions constituted misrepresentation and were done knowingly and intentionally. As a result, Plaintiff suffered economic loss as set forth above and is entitle to those damages. In addition, Plaintiff sustained extreme mental anguish. McCall Ford, Weeks, Joseph and Tosh. acted knowingly and or intentionally, which

46.    As a result of these misrepresentation, Plaintiff has suffered damages in the amount of an alleged debt to Ford Motor Credit. She also has suffered emotional anguish of at least $150,000 and is entitled to damages for this.

### C.    Deceptive Trade Practices

47.    The conduct described above constitute Deceptive Trade Practices by Defendants McCall Ford, Weeks, Joseph and Tosh. In particular, these Defendants engaged in an "unconscionable action or course of action" by taking advantage of the lack of knowledge, ability, experience, or capacity of Plaintiff to a grossly unfair degree. They told her they were going to get her a Mustang that would fit the budget she told them she could afford (McCall Ford, Joseph and Weeks) and yet placed her under a contract which she could not afford, and they knew she could not afford. The Defendants are guilty of a false, misleading, or deceptive act or practices that are specifically enumerated in a subdivision of Subsection (b) of Section 17.46 of the DTPA and identified above; were relied on by a Plaintiff to Plaintiff's detriment. In particular, they failed to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclose in violation of §17.46(b)(24) of the DTPA.    Their conduct constituted an unconscionable action or course of action in violation of §17.50 (3) of the Act.

a. Failed to tell her that she could have purchased another Mustang which did not have all the extra added on expensive features (i.e., such as the Aluminum Wheels and Sirius radio, which she did not need.

b. Failed to provide a proper discount under the DAV and UAW programs and defrauded her out of the $1,000.00 DAV bonus.

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 21

### D.    Damages

48.    Defendants McCall Ford, Weeks, Joseph and Tosh's wrongful conduct was a producing cause of Plaintiff's injury:

a. Plaintiff sustained economic damages in the amount of the cost of the Mustang that Plaintiff is otherwise contractually committed to pay plus conversion of her Ford Focus that had a value of $5,000.00. It was a high-end Focus with heated leather seats, sunroof, security system, cruise control, power windows fully automatic with new Michelin tires, bluetooth, CD player and spoiler.

b. Plaintiff was defrauded out of the $1,000.00 DAV cash bonus and the DAV, UAW discounts and is justly entitled to those damages.

c. Plaintiff was also defrauded by having to write the $1000.00 check she was coerced into writing for the one phantom heated leather seat and she entitled to the damages for the heated leather seat she was supposed to have.

d. The actions of Defendants were committed knowingly and intentionally and
Plaintiff is entitled to receive three times her economic damages and three times her mental anguish, as provided by Section 17.50(b) of the DTPA, which anguish is at least $150,000 or a lesser amount if other damages increase the total amount sought to $200,000 so that the total sought does not exceed the jurisdictional amount for this court.

e. Defendants, actions constituted misrepresentation and were done knowingly and intentionally. As a result, Plaintiff suffered economic loss as set forth above and is entitle to those damages. In addition, Plaintiff sustained extreme mental anguish. McCall Ford, Weeks, Joseph and Tosh. acted knowingly and or intentionally, which

entitles Plaintiff to enhanced/punitive damages under Texas Business & Commerce Code section 17.50(b)(1).

f.   Plaintiff is entitled to reasonable and necessary attorney fees for prosecuting this suit under Texas Business & Commerce Code section 17.50(d) and section 38.001 of the Texas Civil Practices & Remedies Code, including notice and demand which meets the requirements of Texas Business & Commerce Code section 17.505(a) and section 38.002 of the Texas Civil Practices and Remedies Code.

g. Pursuant to Tex. R. Civ. P. 77(c), the maximum amount that will be sought by Plaintiff will be within the jurisdiction limits of Tex. Gov. Code 25.0003;(c)(l) and shall not exceed $200,000, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs,

49.   All Conditions Precedent to bringing this action have been performed.

50.   Plaintiff is also entitled to her reasonable attorney's fees because of the breaches of the Deceptive Trade Practices Act.

## V. JURY DEMAND

51.   Plaintiff demands a jury trial.

## VI. REQUEST FOR DISCLOSURE

52.   Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

## VII. PRAYER

Plaintiff requests that citation be issued and after trial on the merits asks the Court to render judgment by rescinding the contract with Ford Motor Credit, judgment

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 23

for Plaintiff recover her damages as set forth above, including enhanced/punitive damages, and damage for mental anguish, costs, plus reasonable attorney's fees, prejudgment interest and post-judgement interest and award Plaintiff all other relief to which she is justly entitled.

Respectfully submitted,

/s/ John E. Richards

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
214-455-4690 (direct dial)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PLAINTIFF
Gloria Treviño Turner

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct of the foregoing was served on all know counsel of record via email as indicated below, on January 25, 2021 as follow:"

Andrew H. Sharenson
asharenson@jdkglaw.com
Donald W. Gould, II
DONALD W. GOULD, II
dgould@jdkglaw.com
Johnson Deluca Kurisky & Gould
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010

/s/ John E. Richards

_____
John E. Richards

12/6/22, 4:54 PM
Gmail - Report Fraud Account

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Report Fraud Account
1 message

**no-reply@consumersentinel.gov** <no-reply@consumersentinel.gov>
To: vip4justice@gmail.com

Tue, Dec 6, 2022 at 10:52 AM

Your report has been submitted to the Federal Trade Commission.

**Report Number: 154172913**

Thank you for helping our work to protect consumers.

Learn about common scams and how to recover from them at ftc.gov/scams.
To update a report online, go to ReportFraud.ftc.gov/update.

**FTC Next Steps**

- We use reports to investigate and bring cases against fraud, scams, and bad business practices, but we can't resolve reports on behalf of individuals.
- We will share your report with our law enforcement partners.
- We use reports to spot trends, educate the public, and provide data about what is happening in your community. You can check out what is going on in your state or metro area by visiting ftc.gov/exploredata.

When we bring cases, we try to get money back for people. Check out ftc.gov/refunds to see recent FTC cases that resulted in refunds.

**Additional Information**

How to Avoid a Scam

I.P.

 Gmail

**Gloria Trevino <vip4justice@gmail.com>**

## Response: Your Civil Rights Division Report - 128618-KMD from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>          Fri, Jan 14, 2022 at 9:33 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: vip4justice@gmail.com

Dear Gloria Trevino,

You contacted the Department of Justice on January 12, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 128618-KMD.

What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

To find a local office:

American Bar Association
www.findlegalhelp.org
(800) 285-2221

Legal Service Corporation (or Legal Aid Offices)
www.lsc.gov/find-legal-aid
(202) 295-1500

How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## SALUTE TO UNSUNG WAR HEROES!
1 message

**Gloria Trevino** <vip4justice@gmail.com>                                    Mon, Jul 17, 2023 at 1:11 PM
To: oscar.montes@tdi.texas.gov, Gloria Trevino <vip4justice@gmail.com>, wayne.peacock@usaa.com, information@scjc.texas.gov, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, CDCInfo <cdcinfo@texasbar.com>, pio@supremecourt.gov, drteam <drteam@bbbhou.org>, sara.bullard@mail.house.gov, amy.starnes@txcourts.gov, senator@blumenthal.senate.gov, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, USDOJ <askdoj@usdoj.gov>, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, Ethan Haywood <ethan.haywood@house.texas.gov>, natalie.elicker@usdoj.gov, jfarle21@ford.com, jfarley24@gmail.com, kkrause@dallasnews.com, "National;Media ACLU" <media@aclu.org>, nturner@gbafamilylaw.com

GREETINGS,

SEE ATTACHMENTS REGARDING SALUTE TO UNSUNG WAR HERO ROBERT TREVINO AND TO TO COMPEL GOVERNMENT TO BRING TO REALITY THE EQUAL PROTECTION, EQUAL REPRESENTATION, EQUAL ACCESS TO JUSTICE AND EQUAL ACCESS TO ACHIEVE THE AMERICAN DREAM AS OPPOSE TO THE AMERICAN NIGHTMARE TO HISPANIC UNSUNG WAR HEROES AND THEIR FAMILIES AS OUR NATION'S SOLEMN PROMISE TO NEVER LEAVE ANY VETERAN AND THEIR FAMILIES BEHIND AND AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA!

FOR OVER 28 LONG AND OPPRESSIVE YEARS ROBERT TREVINO AND FAMILY HAVE BEEN THE SOFT TARGETS OF EXPLOSION AND WIDESPREAD CORRUPTION AND WHITE SUPREMACIST NEO-NAZIS PERPETUALPERNICIOUS COVERT PSYCHOLOGICAL  DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE, RIDICULE AND MOCKERY  AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND WE ARE DEMANDING CRIMINAL AND CIVIL ACCOUNTABILIT FOR THE PSYCHOPATHIC CRIMIMINAL MIND AND BEHAVIOR OF THE PERPETRATORS WITHOUT FURTHER INCIDENTS AND UNNECSARY DELAYS BEFORE WE SUFFER FURTHER IRREPARABLE HARM AND INJURIES TO OUR DETRIMENT AND DEMISE.

DISCRIMINATION, CORRUPTION AND GENOCIDE, IS AGAINST THE LAW IN ANY DEMOCRACY AND THE WORLD!


THIS IS NOT RUSSIA OR CHINA!  THIS IS NOT THE WILD, WILD, WICKED WEST!
THIS COUNTRY IS NOT A MONARCHY AND THOSE GOVERNMENT SEATS ARE NOT THRONES!

BELOVED ROBERT TREVINO, DEPENDENT PARENT, MARIA TREVINO AND JUAN TREVINO DID NOT HAVE TO DIE!  THE HEADS OF THOSE RESPONSIBLE AS WELL AS OF THOSE HINDERING THEIR PROSECUTION , AIDING AND ABETTING AND EMPOWERING THE PERPETRATORS, HAVE GOT TO ROLL.

📄 CALL-TO-ACTION! PI.pdf

📄 CALL -TO- ACTION! PII.pdf

📄 CALL-TO-ACTION! P III.pdf

📄 CALL-TO-ACTION PIV.pdf

📄 SALUTE TO UNSUNG WAR HEROES! P1.pdf

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice#gmail.com

1/14/22, 11:07 AM                    Gmail - Response: Your Civil Rights Division Report - 128618-KMD from the Disability Rights Section

 Gmail                                            Gloria Trevino <vip4justice@gmail.com>

## Response: Your Civil Rights Division Report - 128618-KMD from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>        Fri, Jan 14, 2022 at 9:33 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: vip4justice@gmail.com

Dear Gloria Trevino,

You contacted the Department of Justice on January 12, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 128618-KMD.

What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

To find a local office:

American Bar Association
www.findlegalhelp.org
(800) 285-2221

Legal Service Corporation (or Legal Aid Offices)
www.lsc.gov/find-legal-aid
(202) 295-1500

How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

**KAREN S. BROWN, M.D.**
*General Psychiatry*

*Diplomate, American Board of Psychiatry and Neurology*

October 21, 2010

This report is being written at the request of Gloria Trevino, sister of Robert Trevino, and is meant to serve as a review of Mr. Trevino's psychiatric history and symptoms. The purpose is to assess the likelihood that Mr. Trevino was delusional and, as a result, legally incompetent to stand trial in 1995.
The below history is based on interviews with one of his sisters, a letter from another, an interview with the patient and reviews of available records from the V.A. and from TDC.

**Psychiatric history:**

Robert Trevino is a 64 year old Hispanic male, currently diagnosed with Chronic Schizophrenia and Post Traumatic Stress Disorder (PTSD). His psychiatric symptoms reportedly date from about 1970 while on active duty in the marines in Vietnam, but no treatment was sought until 1992, when he was encouraged to get treatment by his family because of his increasingly bizarre behavior. As reported by the patient and his sister he had a history of getting up at night and patrolling outside the family house with a rifle, expressing fear that his family was in danger and "looking for Vietcong" which began when he returned from Vietnam. He reported visual hallucinations and flashbacks of combat situations and would at times tell his family to "get their gear" and get ready to leave. These symptoms were attributed to PTSD from his combat experiences.

In addition to the above set of symptoms, his sisters report that from sometime in the 1970's after returning home, he also started to express a variety of paranoid and persecutory delusions. He started to express the belief that the government was conspiring with his family business's competitors to put them out of business when some of the family owned land was re-zoned. He insisted to family that government officials had spies at the post office going through his mail and that they had bugged his phone He reported auditory hallucinations warning him and telling him that he and his family were in danger. He complained to the family of hearing voices warning him that officials were "trying to get rid" of him. He claimed that city officials were trying to overcharge on taxes and utilities in order to harass him. He wrote letters and made trips to Austin to lodge complaints about these conspiracy beliefs with his state representatives, about twice a month for several years.

In addition to information from the family, records from the VA dating from July 1993 to June 1994 reflect severe symptoms of PTSD, but also some evidence of the above outlined paranoia, such as his refusal to see a psychiatrist because "he might be a cousin of Saddam Hussein". His behavior at that time was also documented as "fluctuating"

between "docile and compliant" and "angry and unrealistic". In an outpatient psychiatric clinic note Mr. Trevino is noted to have "themes of anger towards the government." as well as "numerous comments with a paranoid flavor".

Following his arrest in 1995, Mr. Trevino expressed persecutory delusions to his attorney believing that the government was conspiring with juvenile delinquent gang members to have him "eradicated" and sent to prison because of his past political activities. He also expressed the belief that the detective on the case was trying to have him killed. He made a suicide attempt while in jail.

Mr. Trevino is currently diagnosed with Chronic Schizophrenia, paranoid type and PTSD. The diagnosis of Schizophrenia was given in March 2008 after he made a second suicide attempt by hanging, while in prison. At that time he expressed the delusional belief that inmates and security personnel were conspiring to kill him. He has remained in a psychiatric unit and has continued to express paranoid ideation and to have auditory hallucinations. Although recent physician and staff notes indicate that he has improved somewhat with treatment, the fact that Mr. Trevino remains in a psychiatric unit and has not been returned to the general prison population indicates that his level of function remains very low and he is currently totally disabled.

In addition to the above outlined presence of paranoid delusions there are other threads of evidence that Mr. Trevino suffered from Paranoid Schizophrenia, as well as PTSD, beginning at least in the 1980's. Several references are made in the VA records to his disheveled appearance ("unshaven, poorly dressed, clothes need laundering") which is typical of the negative symptoms of Schizophrenia (i.e. lack of motivation for ordinary activities of daily living, neglect of hygiene, social withdrawal). Following his four years of service, he is reported to have been unable to function well enough to work, even in the shelter of a family business. He was isolative, and never married or otherwise connected to a significant other. In short, he exhibited extremely poor psychosocial function dating from the 1970's which is also characteristic of the illness.

Comments and Conclusions:

The question this report attempts to address is whether Mr. Trevino was likely to have been too psychiatrically ill and disconnected from reality to be able to understand the charges against him and assist his attorney in his defense in 1995. At the time he was diagnosed with Post Traumatic Stress Disorder, secondary to his combat experiences. He was in treatment at the VA, but was not diagnosed with, or treated for, psychosis. He has been additionally diagnosed with Chronic Schizophrenia since 2007, with documented paranoid delusions.

Schizophrenia is an illness that typically begins early in life. In men, the mean age of onset is 21.4 years of age. Nine of ten males with Schizophrenia develop the illness before age 30 and only 2% have onset after the age of 35. At the time of Mr. Trevino's trial he was 49 years old. This, together with the above outlined history, speaks to a high

likelihood that he had undiagnosed and untreated Paranoid Schizophrenia at that time. It is therefore also highly likely that the presence of his persecutory delusions interfered significantly with his competence to stand trial and his ability to assist in his defense.

Karen S. Brown, M.D.



**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

December 9, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Re: Offender Roberto Rodriguez Trevino, TDCJ-ID #729766, Young Facility

Dear Ms. Trevino:

This correspondence is in response to your letters dated November 5, 2013 and November 20, 2013, concerning your brother, Roberto Rodriguez Trevino, TDCJ-ID #729766. Your concerns include: 1) a request for information about your brother's past and present medical condition, 2) you would like a list of all his current medications, 3) you would like information about his therapy and 4) you would like information about your brother's prognosis and recommendations regarding his care. An Authorization for Use and Disclosure of Protected Health Information (PHI) was obtained for you on November 7, 2013 and is in effect for 180 days, unless revoked earlier by your brother.

An investigation has been conducted by the Health Services Division and the findings are as follows:

➢ According to the medical record, your brother has been diagnosed with a seizure disorder (a sudden spasm or convulsion), high blood pressure, high cholesterol, coronary atherosclerotic disease (a condition in which blood vessels in the heart become clogged and hardened), arthritis, hearing loss, spinal stenosis (an abnormal narrowing of the spinal canal) and a ventral hernia (bulging of the gut through a weakness in the abdominal wall). Your brother also had a stent (a wire mesh stainless steel tube that holds a blood vessel open and keeps it from closing again) placement in June 2012. He had surgery on his back in May 2013 due to a pinched nerve in the back of his neck. Secondary to your brother's back condition, he developed a condition in which he feels tingling and/or burning in both of his hands. Documentation reflects that your brother was diagnosed with Schizophrenia which is a chronic, severe, and disabling mental disorder characterized by a breakdown of thought processes and by impaired emotional responses.

Your brother was evaluated and treated at Hospital Galveston Specialty Clinics on multiple occasions regarding his various medical problems. At this time, he is being seen at the Neurosurgery (surgical subspecialty dealing with surgery of brain and/or spine) and Cardiology (area of medicine specializing in conditions of the heart) Clinics on a routine basis. Appointments are scheduled for February and August of 2014.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

Two Financial Plaza, Suite 625
Huntsville, Texas 77340
(936) 437-4271
www.tdcj.state.tx.us

Texas Department of Criminal Justice
Page 2 of 2

> The following medications have been prescribed to treat your brother's medical problems: clopidogrel (a blood thinner used alone or together with Aspirin to lessen the chance of heart attack, stroke or other serious problems with your heart), Aspirin (blood thinner) and Baclofen (a muscle relaxer used to treat muscle symptoms). The medications enalapril and metoprolol are prescribed to treat your brother's high blood pressure. Your brother is also prescribed the medications furosemide (fluid pill), omeprazole (antacid), phenytoin (used to treat seizure disorder), potassium, pravastatin (used to treat high cholesterol), amantadine (used to treat attention deficit disorder) and risperidone (used to treat the symptoms of mental health disorders).

> Your brother was recently evaluated by the physical and occupational therapist regarding improvement in strength, mobility and endurance. He was scheduled to receive physical therapy two times a week for eight weeks, along with occupational therapy two to three times a week for six to eight weeks. On November 7, 2013, the physical therapist discontinued the therapy due to your brother meeting his optimum level of function. He requires total assistance from medical staff for all of his activities of daily living (i.e., bathing, dressing, feeding, toileting, etc.). At this point, your brother is to continue with the home exercise program given to him by the physical therapist.

> The medical provider has not identified a definitive prognosis of your brother's medical condition at this time. There are no specific recommendations documented regarding his medical needs; however, the unit provider will continue to provide medical care to your brother as needed for his identified diagnoses.

For future information about your brother's health care you may contact the unit's University of Texas Medical Branch-Correctional Managed Health Care (UTMB-CMHC) medical staff directly. Your point of contact for general health information is Naushad Noor, UTMB-CMHC Practice Manager, who can be reached by mail at the Young Medical Facility, P.O. Box 1174, Dickinson, Texas 77539, or by telephone at (409) 948-0001. If you require, more specific information such as test results and diagnoses, you may contact the Department of Quality Services and Risk Management, UTMB-CMHC by mail at 301 University Boulevard, Galveston, Texas 77555-1007.

Sincerely,

Patient Liaison Program
Office of Professional Standards
TDCJ Health Services

KM/MW/KB/lt

xc: Owen Murray, D.O., M.B.A., Vice President, UTMB-CMHC
    Young Unit Medical Management Team

Reference No.: 130072976600048, 130072976600049, 130072976600050

risks to public safety and the en- | wire barrier along the riverbank in Eagle Pass on Thursday.

# 3 mayoral hopefuls took banned donations

**By Yilun Cheng, Mike Morris and Caroline Ghisolfi**
STAFF WRITERS

Mayoral hopefuls state Sen. John Whitmire and U.S. Rep. Sheila Jackson Lee have accepted campaign donations from city contractors during prohibited periods, breaking a Houston ordinance designed to limit donors' influence at City Hall.

The law in question bars city vendors from donating to any candidate within 30 days after a contract award. In at least 11 instances, however, Houston's mayoral candidates accepted donations — totaling $38,000 — from representatives of these companies during blackout periods, according to their latest campaign finance reports and a log of contractors compiled by the city secretary.

Whitmire is involved in five of these cases, three of which concern contributions from Locke Lord, the law firm where he serves as counsel. Jackson Lee also received five such donations, and attorney Lee Kaplan received one. Most of the companies that made the contributions are long-term contractors, and some are frequent donors in local elections.

By law, if candidates have unknowingly violated the or-dinance, they have 10 days to return the money. The ordinance defines contractors as donors who are corporate officers and directors or those with a sufficient ownership stake in the business. Out of the 11 contributions, six — totaling $22,000 — had the donors' names explicitly listed in the city secretary's logs of prohibited individuals.

Whitmire's and Jackson

**Donations continues on A5**

---

**TONY BENNETT** 1926-2023

# Beloved singer carried torch for American standards

**By Bruce Weber**
NEW YORK TIMES

Tony Bennett, a singer whose melodic clarity, jazz-influenced phrasing, audience-embracing persona and warm, deceptively simple interpretations of musical standards helped spread the American songbook around the world and won him generations of fans, died Friday at his home of

**INSIDE**

Singer recalled as creator of own world. **A3**

many decades in Manhattan. He was 96.

His publicist, Sylvia Weiner, announced his death.

Bennett learned he had Alzheimer's disease in 2016, his wife, Susan Benedetto, told AARP the Magazine in February 2021. But he continued to perform and record despite his illness; his last public performance was in August 2021, when he appeared with Lady Gaga at Radio City Music Hall in a show titled "One Last Time."

Bennett's career of more

**Bennett continues on A3**



Brett Coomer/Staff file photo

**Tony Bennett performs in 2001 at the Cynthia Woods Mitchell Pavilion in The Woodlands. He died Friday in New York at 96.**

resignation letter to Sharp on Thursday evening first obtained by the Texas Tribune.

The fallout from missteps McElroy's hiring has caused two administrators step down from high-level positions at A&M amid allegations outside interference at the traditionally conservative school.

A&M officials initially celebrated the decision to hire McElroy, a Third Ward native who had had a distinguished career at the New York Times and directed the University of Texas Austin's School of Journalism. At the time, Department of Communication and Journalism head Hart Blanton called McElroy a person who brings the "vision and experiences" needed to revive the journalism program which went defunct in 2004.

While many in the journalism industry supported the pick, an article in the conservative-affiliated "Texas Scorecard" labeled McElroy as a DEI "proponent."

Negotiations fell apart when the university watered down her contract to a non-tenured, will position. McElroy told the Tribune in a nationally circulated story that her hiring became mired in "hysteria" from influences who had concerns about her research on diversity, equity, her diversity and equity experience in newsrooms, more generally her former employment at the Times.

State institutions are in the process of dismantling their diversity, equity and inclusion

**Texas A&M continues on**

---

Business ....**B8** | Crossword ...**A13** | Editorials....**A9** | Nation..........**A4** | Sports.......**B1** | TV ..............**A13**
Comics ......**A12** | Directory ....**A2** | Horoscope **A12** | Obituaries..**B11** | Star .........**A10** | Weather....**B12**

**TWITTER:** @HoustonChron    **INSTAGRAM:** HoustonChron
**LINKEDIN:** Houston-Chronicle    **FACEBOOK:** @HoustonChronicle

**HOUSTONCHRONICLE.COM:** VISIT NOW FOR BREAKING NEWS, CONSTANTLY UPDATED STORIES, SPORTS COVERAGE, PODCASTS AND A SEARCHABLE NEWS ARCHIVE.



6  37953  1111

HOUSTON CHRONICLE | HOUSTONCHRONICLE.COM

A5

# DONATIONS

**From page A1**

Lee's campaigns acknowledged their mistakes and promised to refund the money. Kaplan's team said it is still reviewing the documents but would also give back any donation that violates the rules.

This marks the second time this week that the three campaigns have promised to return money they were not supposed to take. Before the latest revelations, they also admitted to receiving contributions that exceeded legal limits, with Jackson Lee expected to return at least $63,800 in excess donations.

The quest for Houston's top job got off to its earliest fundraising start in history, with top contenders already raking in millions by this time last year.

As the November election nears and the fundraising race intensifies, candidates' scramble for cash has not only led to blunders but also compromised ethics, said Brandon Rottinghaus, a political science professor at the University of Houston.

"The history of Houston has been chock full of conflicts of interest, and the laws put in place were designed to try to minimize some of those conflicts," Rottinghaus said. "These laws are pretty ironclad. They have been in existence for a while. So following these laws and making sure that everything is buttoned up properly is paramount right now to ensure public trust."

## ssue has hit many

Whitmire accepted a total of




Mark Mulligan/Staff file photo    Raquel Natalicchio/Staff file photo

**State Sen. John Whitmire and U.S. Rep. Sheila Jackson Lee, as well as attorney Lee Kaplan, got donations for their mayoral campaigns from city contractors during prohibited periods.**

ance of a conflict has been something that a lot of mayoral candidates and all mayors have grappled with," Rottinghaus said. "It has ripple effects across the city and worsens the public perception that businesses and developers — not the people — run the city."

Massey Villareal, president of technology firm Precision Task Group and a longtime donor to conservative politicians, illegally gave $5,000 to Whitmire's campaign. The company has earned at least $7.7 million for providing information technology services to Houston.

Representatives of FCM Engineers made a $5,000 donation to both Whitmire and Jackson Lee during the blackout periods.

The firm has seven past and ongoing city contracts for various infrastructure projects such as sewer systems and water treatment facilities. It has received at least $6.2 million since 2012.

Whitmire's spokesperson Sue Davis said the campaign's errors were partially a result of the challenge of navigating two sets of fundraising restrictions and adhering to both city and

comments.

## 'They should know better'

Longtime political consultant Nancy Sims said that while candidates should regularly check the city secretary's contractor list, companies are also responsible for monitoring their blackout periods. Many of these firms' political insider status makes their infractions of ethics rules even less forgivable.

"You shouldn't have contributions going to anyone that may be governing when your contract is up for review. The burden should be on the contractor to alert the candidates," said Sims, now a lecturer at the University of Houston's political science department. "These are experienced contractors that do lots of business with the city. They should know better."

Of the $21,000 in problematic contributions to Jackson Lee's campaign, $10,000 came from Baker Wotring, a firm specializing in commercial litigation and environmental law, which has made $8.6 million from city contracts since 2015.

Two attorneys from Baker Wotring contributed to Jackson

2011. Another such contribution came from an employee of Reytec Construction, a company that has secured over a dozen city contracts and earned over $200 million in the last 20 years.

Baker Wotring and LaneStaffing have not responded to requests for comments.

James Sonneman, Jackson Lee's campaign manager, said the recent errors were staff-driven and would be rectified with refunds and the implementation of robust safeguards against future mistakes.

"As has been reported, it is clear other campaigns are currently going through the same situation," Sonneman said. "Clearly we believe, one, it is important to be transparent, and, two, it is important to abide by the law. This campaign will do both."

Kaplan received one $500 donation from a lawyer at Locke Lord during the prohibited periods. His campaign manager, Jennie Johnson, said she was personally not aware of the city ordinance in question and that the team did not have a rigorous process to check for problematic donations but will look to improve its process.

"Now that I know that this is a real thing, it's something we're absolutely going to do moving forward," Johnson

> "These contribution ordinances at the city of Houston need revisions. But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."
>
> *Nancy Sims, longtime political consultant*

year's crowded mayor's race. Aside from the recent report of donors' exceeding contribution limits, debates persist regarding how much of Whitmire's $10 million war chest can be legally transferred to his city account.

"There's no enforcement mechanism to impose penalty. They're just going to say, 'Oh, we didn't know. We're going to refund it,'" Sims said. "Whether it's somebody having overdonated, or it's a question of how much money can be transferred from other accounts, or the contractor payments, there's no enforcement mechanism to make all of these rules stick."

"In any case, these contribution ordinances at the city of Houston need revisions," she continued. "But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."

Chris Bell, a former Houston City Council member, agreed with Sims that the city's ethics laws need strengthening. As the former Ethics Committee chair, Bell drove a series of ethics reforms about two decades ago, including preventing those who raise money independently of a campaign — so-called soft money — from coordinat-

money they were not supposed to take. Before the latest revelations, they also admitted to receiving contributions that exceeded legal limits, with Jackson Lee expected to return at least $63,800 in excess donations.

The quest for Houston's top job got off to its earliest fundraising start in history, with top contenders already raking in millions by this time last year.

As the November election nears and the fundraising race intensifies, candidates' scramble for cash has not only led to blunders but also compromised ethics, said Brandon Rottinghaus, a political science professor at the University of Houston.

"The history of Houston has been chock full of conflicts of interest, and the laws put in place were designed to try to minimize some of those conflicts," Rottinghaus said. "These laws are pretty ironclad. They have been in existence for a while. So following these laws and making sure that everything is buttoned up properly is paramount right now to ensure public trust."

### Issue has hit many

Whitmire accepted a total of $21,500 from donors linked with city vendors during the prohibited periods. Of this, $5,600 came from three donations by representatives of Locke Lord, which is currently executing a two-year, $757,000 lobbying services contract for the mayor's office.

Violating ethics rules is already alarming on its own, Rottinghaus said, and Whitmire's personal tie with the law firm has only amplified the concerns surrounding these donations.

"This conflict or the appear-

ance of a conflict has been something that a lot of mayoral candidates and all mayors have grappled with," Rottinghaus said. "It has ripple effects across the city and worsens the public perception that businesses and developers — not the people — run the city."

Massey Villareal, president of technology firm Precision Task Group and a longtime donor to conservative politicians, illegally gave $5,000 to Whitmire's campaign. The company has earned at least $7.7 million for providing information technology services to Houston.

Representatives of FCM Engineers made a $5,000 donation to both Whitmire and Jackson Lee during the blackout periods.

The firm has seven past and ongoing city contracts for various infrastructure projects such as sewer systems and water treatment facilities. It has received at least $6.2 million since 2012.

Whitmire's spokesperson Sue Davis said the campaign's errors were partially a result of the challenge of navigating two sets of fundraising restrictions and adhering to both city and state laws.

"The Whitmire campaign has made every effort to be transparent and report all contributions and expenditures. An error was obviously made," Davis said. "Any mistakes that were made will be corrected within the allowable period, and refunds will be sent."

Robert Miller, chair of Locke Lord's public law section, who was among the three donors, declined to comment on the infractions. Precision Task Group and FCM Engineers did not respond to requests for

comments.

### 'They should know better'

Longtime political consultant Nancy Sims said that while candidates should regularly check the city secretary's contractor list, companies are also responsible for monitoring their blackout periods. Many of these firms' political insider status makes their infractions of ethics rules even less forgivable.

"You shouldn't have contributions going to anyone that may be governing when your contract is up for review. The burden should be on the contractor to alert the candidates," said Sims, now a lecturer at the University of Houston's political science department. "These are experienced contractors that do lots of business with the city. They should know better."

Of the $21,000 in problematic contributions to Jackson Lee's campaign, $10,000 came from Baker Wotring, a firm specializing in commercial litigation and environmental law, which has made $8.6 million from city contracts since 2015.

Two attorneys from Baker Wotring contributed to Jackson Lee's campaign. One of them, Earnest Wotring, was appointed as a trustee on the Houston Firefighters Relief and Retirement Board by Mayor Sylvester Turner. The other, Debra Tsuchiyama Baker, was part of Turner's transition committee and traveled with him to Japan last October as a city delegate.

Moreover, Jackson Lee's campaign accepted an illegal donation from Carla Lane, founder of staffing firm LaneStaffing, a company that has received $14.9 million in payments from city contracts since

limits, debates persist regarding how much of Whitmire's $10 million war chest can be legally transferred to his city account.

"There's no enforcement mechanism to impose penalty. They're just going to say, 'Oh, we didn't know. We're going to refund it,'" Sims said. "Whether it's somebody having over-donated, or it's a question of how much money can be transferred from other accounts, or the contractor payments, there's no enforcement mechanism to make all of these rules stick."

"In any case, these contribution ordinances at the city of Houston need revisions," she continued. "But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."

Chris Bell, a former Houston City Council member, agreed with Sims that the city's ethics laws need strengthening. As the former Ethics Committee chair, Bell drove a series of ethics reforms about two decades ago, including preventing those who raise money independently of a campaign — so-called soft money — from coordinating with the candidate.

As campaigns grow pricier and fundraising competition heats up, Bell said he sees an increased risk of ethical boundaries being overstepped.

"You really have to avoid a 'pay to play' system. If you're not careful, that's what you'll end up with, where only the people who are in a position to give large sums of money are able to get anything done," he said. "You have to have enough rules on the books so it doesn't get completely out of control."

*Dylan McGuinness contributed to this report.*

city contracts and earned over $200 million in the last 20 years.

Baker Wotring and Lane-Staffing have not responded to requests for comments.

James Sonneman, Jackson Lee's campaign manager, said the recent errors were staff-driven and would be rectified with refunds and the implementation of robust safeguards against future mistakes.

"As has been reported, it is clear other campaigns are currently going through the same situation," Sonneman said. "Clearly we believe, one, it is important to be transparent, and, two, it is important to abide by the law. This campaign will do both."

Kaplan received one $500 donation from a lawyer at Locke Lord during the prohibited periods. His campaign manager, Jennie Johnson, said she was personally not aware of the city ordinance in question and that the team did not have a rigorous process to check for problematic donations but will look to improve its process.

"Now that I know that this is a real thing, it's something we're absolutely going to do moving forward," Johnson said. "Your inquiry has alerted me to the fact that we need to have a strong process to look for these contributions."

### Lack of enforcement

While these fundraising rules are a crucial safeguard against potential conflicts of interest, the lack of an enforcement mechanism has largely removed incentives for candidates and businesses to adhere to them, Sims said.

This isn't the first time controversies over potential rule breaches have surfaced in this

## DECLARATION OF GLORIA TREVINO

1.     I am over eighteen years old and a resident of the State of Texas.

2.     I am providing this statement top provide my consent for the release to me of the medical records of my deceased brother, Robert Trevino, pursuant to § 159.005(a)(5).

3.     Pursuant to Texas Occupations Code § 159.005(a)(5), I am the personal representative of my brother and the executrix of his estate.

4.     I have attached as **Exhibit A** to this Declaration a true and accurate copy of the Statutory Durable Power of Attorney that my brother executed in my favor on July 31, 2008.

5.     I have attached as **Exhibit B** to this Declaration a true and accurate copy of my brother Robert Trevino's last will and testament, naming me the executrix of his estate.

6.     As the executrix of his state, I am this personal representative and may seek his medical records.

7.     Pursuant to Texas Occupations Code § 159.005(b)(1), I am seeking all medical records relating the treatment of my brother while he was in TDCJ custody.

8.     Pursuant to Texas Occupations Code § 159.005(b)(2), the reason I am seeking this information is to better understand the medical care my brother received while in TDCJ custody.

9.     Pursuant to Texas Occupations Code § 159.005(b)(3), the records may be released to Andrew Case at LatinoJustice, who may be contacted at acase@latinojustice.org.

My name is Gloria Trevino, my date of birth is _Jan. 8, 1953_ , and my address is _12526 Olympia Drive, Houston, TX 77077_

I hereby provide consent as set forth above.

Executed in _Harris_ County, State of Texas, on the _19th_ day of Decemer, 2022.

_Gloria Trevino_

Gloria Trevino

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder - 12526 Olympia Drive - Houston, Texas 77077 - (713)309-5952
May 20, 2013

## ROBERTO R. TREVINO, UNITED STATES MARINE CORPS – VIETNAM ERA

Was highly recommended for the SILVER STAR & is a Bronze Star, Purple Heart recipient. However, since
1995 to date, "ROBERT HAS BEEN LIVING THE AMERICAN NIGHTMARE!"



Robert is a totally disabled American War Hero of
Hispanic descent that has been shamefully betrayed by
the USA, gang-raped of his dignity, civil, human rights
and benefits, treated worse than an undocumented
immigrant and more like a man without a Nationality and
a man without a Country. His well deserved **medals of
honor** were basically replaced with what amounts to a
badge of infamy. He was labeled a "pedophile" by the
white-supremacist lover of the Ellis County, Waxahachie
Police Chief and a violent gang of juvenile delinquents
she had offered immunity from prosecution on felony
statutory rape charge against the ring-leader in exchange
for their unfounded baseless bogus allegations against
Robert. She was the sole rogue lead investigator and the
most "credible" state's witness against Robert and was
executing her vicious vendetta born of raw hatred and
retaliation against Robert for exercising his right to
successfully campaign for the resignation of the Police
Chief, who was her lover. She even admitted under oath
that she never had "liked" Robert and that not having the
alleged rape-victims submit to rape examinations was
contrary to her training and that it was the DA who had
come up with the details. As a result, Robert was
maliciously subjected to a sham trial by rage, denied

a competency, members of his peers on the all-white bias jury and "RAILROADED." He is a political prisoner
and has been languishing in a Texas Department of Criminal Justice dungeon for about the last 20 horrific,
oppressive years and is at the end of his life and at death's door. As long as we ignore the crimes of the
ruling class, the despotic army of fascists and perpetrators of genocide, renegade judges will continue to
administer their own political, racial agenda from the bench instead of administering Justice for all and as a
Nation, we will continue to reap the consequences. Robert is innocent and doesn't deserve to die in a
dungeon. He courageously risked his life for our Country and your freedom, now we are calling on you to
help disentangle Robert from this railroad of extreme bigotry, hypocrisy, supreme tyranny and egregious
injustice and help save his life. IT IS THE RIGHT THING TO DO, IT IS THE AMERICAN RIGHT THING TO DO.

"With Liberty and Justice for All"

US STATE DEPARTMENT, MR. PEDRO ERIVITI          UNHCHR, G/SO 215/1 USA 1111
10/ESA, RM.5333
2201 C. ST.,N.W.
WASHINGTON, D.C.  20520

COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS

Hustonian files request for UN review of the unlawful imprisonment of

ROBERTO RODRIGUEZ TREVINO
Born June 7, 1946

UNITED STATES COURT
SOUTHERN DISTRICT OF T
FILED

SEP 18 1998

MICHAEL N. MILBY, CLERK OF COURT



**UNITED STATES MARINES - HONORABLE DISCHARGE**
Sept. 23, 1968 - Sept. 22, 1972, (Vietnam Era)

VICTIMS  IN PETITION FOR JUSTICE
GLORIA TREVINO
12526 OLYMPIA DR.
HOUSTON, TEXAS  77077
(281)752-8884

## VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

ROBERT RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS

Was highly recommended for the Silver Star Award and,

Is a Bronze Star, Purple Heart Recipient

Sept. 23, 1968 – Sept. 22, 1972, VIETNAM ERA



Born June 7, 1946

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Petitioner – 12526 Olympia Drive – Houston, Texas  77077
713-309-5962,  Email; vip4justice@gmail.com

## VIETNAM WAR  - HIGHLY DECORATED DISABLED VETERAN ROBERT TREVINO SHOT IN HEAD  & WOUNDED THROUGH MILITARY COMBAT HELMET THAT DON'T PROTECT THE SOLDIERS, BUT INSTEAD INTENSIFIES DAMAGE CAUSED BY BULLET.




VETERANS IN PETITION FOR JUSTICE
Gloria Trevino, founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, email:  vip4justice@gmail.com

JUAN ANTONIO TREVINO, DOB, JAN. 8, 1948 – MURDERED OCT. 22, 2012
VICTIM OF DEPRAVE HEART MURDER
by Defendants of the Ellis County Jail
Photo was taken after previous Rodney King style Waxahachie police brutality attack on Juan.



"With Liberty and Justice for All"

MR. JOSE P. TREVINO & MARIA RODRIQUEZ TREVINO
Married Feb. 20, 1945



MR. JOSE P. TREVINO
UNITED STATES ARMY - HONORABLE DISCHARGE - WORLD WAR II

# Boze-Mitchell Funeral Home
## 511 West Main Street
## Waxahachie, Texas 75165
### Ph 972-937-2211
### Fax 972-938-2228

United States Court
Southern District of Texas
FILED

JUL 2 0 2000 BT

Michael N. Milby, Clerk

July 7. 2000

Mr. Roger Thorpe
Texas Department of Criminal Justice
Fax# 936-437-8721

Dear Mr. Thorpe,

We are requesting the release of Robert Rodriguez Trevino Inmate # 729766 who is located in the Michael Unit to attend the funeral services of his mother Maria Rodriguez Trevino. Mrs. Trevino passed away July 5, 2000 and her services are scheduled for 10:00 AM Saturday July 8, 2000 at the chapel of Boze-Mitchell Funeral Home in Waxahachie. Texas. The interment will follow in the Lakeview Memorial Park in Waxahachie. Any assistance you can give in the matter of his release will be appreciated.

Sincerely,

Charles W. Fulton
Funeral Director
Operations Manager

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962
vip4justice@gmail.com

## GLORIA TREVINO, UNITED STATES AIR FORCE
## 1979- 1982, Honorably Discharged After MST



Born January 8, 1953

NATIONS UNIES

HAUT COMMISSARIAT AUX DROITS DE L'HOMME

UNITED NATIONS

HIGH COMMISSIONER FOR HUMAN RIGHTS

Téléfax:       (41-22) 917 0111
Télégrammes:   UNATIONS, GENEVE
Télex:         41 29 62
Téléphone:     (41-22) 917 3377/917 4264/917 1387



Palais des Nations
CH 1211 Genève 10

Référence : G/SO 215/1 USA 1111

31 March 1998

Your communication
dated 18 February 1998

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

Dear Mrs. Trevino,

This is to acknowledge the receipt of your communication referred to above.

In accordance with a procedure set out in the enclosed resolutions, a copy of your communication will be sent to the authorities of the country concerned and a summary of it will be confidentially submitted to the Commission on Human Rights and the Sub-Commission on Prevention of Discrimination and Protection of Minorities.

Yours sincerely,

*for* Helga Klein
Chief a.i., Support Services Branch

Mrs. Gloria Trevino
2404 Harmon Rd.
Silver Spring
Maryland 20902
Etats-Unis d'Amérique



BRENNAN
CENTER
FOR JUSTICE

**Issues**   **Our Work**   **Experts**   **Get Involved**   **About**   Library   Press

Home // Our Work // Analysis & Opinion // Qualified Immunity Is the Scourge of Prison Reform

FELLOWS

# Qualified Immunity Is the Scourge of Prison Reform

A recent federal appeals court ruling is an egregious example of the problem.



Getty

 Andrew Cohen    January 7, 2020



**End Mass Incarceration**

Cutting Jail & Prison Populations

Prison reform, or the hope of it anyway, comes in many forms. Enlightened corrections officials can impose it by changing policies. Legislators can demand it through the passage of new laws. And judges can order it to remedy violations of those laws or the Constitution.

There are many ways to stifle prison reform, too. Unions and lobbyists representing law enforcement and corrections officers can resist it. Elected officials can evade or delay it. And judges can ignore it by protecting those who make or allow prisons to be places of deplorable cruelty.

The Fifth Circuit Court of Appeals surely falls in the latter category. A federal appeals court with jurisdiction over Texas, Louisiana, and Mississippi, it has a long history of antipathy toward prisoners. It also now is brimming with new Trump appointees. On the Friday before Christmas, it quietly and largely upheld a lower federal court's ruling against a Texas prisoner named Trent Taylor. Corrections officers allegedly laughed in his face when he complained about living for days in unspeakably filthy conditions.

The decision stands as a particularly pungent example of the ways in which the federal courts can stymie prison reform through an overbroad (and in this case absurd) interpretation of the doctrine of "qualified immunity." The doctrine shields from civil liability public officials, like corrections or police officers, who deprive people of their legal rights so long as those rights were not "clearly established" when they were violated.

Taylor's story, as chronicled in court, begins when he was placed in a cell in September 2013 at the John T. Montford Unit in Lubbock, Texas, part of the state's vast prison system. The cell, he alleges, was covered from floor to wall to ceiling in feces. He could not drink from the faucet, he testified, because the faucet itself was covered in human excrement. The officers knew about the condition of the cell, Taylor claims, because they joked about the "long weekend" he would have to spend in it. His complaints were ignored for days.

When Taylor finally *was* transferred to another cell it was, he alleges, a "seclusion" cell designed to be dangerously cold and used on prisoners who exhibited signs of mental illness. There was only a drain in this cell — no sink, toilet, or bed — and it was clogged. Taylor was denied a restroom break and ultimately urinated on himself and slept on the floor in his own urine. The corrections officers knew this was happening, and one told Taylor to "deal with it." In his federal civil rights lawsuit, Taylor alleged that he became seriously ill from the ordeal.

Reasonable people reading Taylor's allegations surely would be appalled by the conditions he describes even if they knew nothing about the current state of prison reform in America. Surely, anyone with a conscience would say that our civil rights laws, at a minimum, should be construed to hold corrections officers and officials responsible for permitting such cruelty to prisoners. Surely, even the most cramped interpretation of the Constitution should forbid corrections officers from forcing incarcerated people to lay in freezing cells covered in their own waste.

Evidently not. First, the federal district court judge in Taylor's case ruled that his cell conditions did not create a constitutional violation because he was "only" held there for a few days and had shown no evidence of injury as a result of this ordeal. Imagine spending 87 hours living in your own filth and arguing it's a short period. The judge ruled in favor of the nearly four dozen defendants (corrections officers and prison officials) Taylor had sued, effectively ending his lawsuit far short of the damages and jury trial he was seeking.

Taylor and his attorneys appealed to the Fifth Circuit, which took a different route but ended up at the same place. In its view, Taylor *did* allege facts that might establish that his constitutional rights were violated. There *was* evidence that the officers had acted with "deliberate indifference" toward him and had subjected him to a "substantial risk of serious harm." But, the court ruled, under "qualified immunity" doctrine Taylor had no "clearly established" right not to be housed for days in his own filth.

Got that? Because no court had ever ruled it unconstitutional to keep a prisoner in such horrible conditions for "only" a few days, the officers had no reason to consider that he had a right to be free from such conditions. Because no federal court had "clearly established" such a right, no such right existed. This Kafkaesque tautology spares corrections officers and their bosses in Texas and around the rest of the country from having to defend to a jury their deliberate indifference to incarcerated people.

It's not just the cruel result of the ruling that makes it so galling. It's the way in which the judges welcome future constitutional violations. "We do not suggest hold [sic] that prison officials cannot require prisoners to sleep naked on the floor," the judges wrote in a footnote, lest they be accused of coddling prisoners. "There can be any

number of perfectly valid reasons for doing so. Our holding is limited to the extraordinary facts of this case, in which Taylor alleges that the floor on which he slept naked was covered in his and others' human excrement."

Some say that there is reasonable hope that the Supreme Court, led by Justice Neil Gorsuch of all people, will begin to restrict the application of the "qualified immunity" doctrine.

I am not so sure. I think it's much more likely that he will endorse or at least not block the Court's clear trend toward an expanded view of the doctrine. That will mean, tragically, that more corrections officers who laugh at men forced to live in their own excrement will continue to be protected from lawsuits for their misconduct, their culpability, and their heartlessness.

A more hopeful sign is the broad and growing consensus for restricting the scope of qualified immunity that exists today among legal scholars. They see that the doctrine is increasingly used as a sword and not a shield by corrections officers and cops. They see how judges lazily rely — as they did here — on qualified immunity to countenance even egregious misconduct.

Indeed, so long as the federal courts countenance such cruelty and debasement, so long as men and women have no legal recourse when they are abused like this, prison reform for too many in America will be a hollow promise.

*The views expressed are the author's own and not necessarily those of the Brennan Center.*

**RELATED ISSUES:**



**End Mass Incarceration**

Cutting Jail & Prison Populations



LUBBOCK AVALANCHE-JOURNAL

LOCAL

# Mother suing officers in 2014 death of Montford inmate

**Sarah Rafique**
Published 5:34 p.m. CT May 21, 2016

Marsele Thompson was 27 years old when correctional officers found the inmate unresponsive in the psychiatric cell block of a Lubbock state jail.

An autopsy said Thompson, who was serving a 25-year sentence for aggravated robbery with a deadly weapon, died of natural causes due to restricted blood supply to his small bowel and "clinical features of dehydration." But, his mother has filed a $3 million civil lawsuit, claiming faster access to medical care could have prevented his Jan. 25, 2014, death at the Texas Department of Criminal Justice's Montford Psychiatric Unit.

The lawsuit stems from an internal investigation that found employees violated procedures and also prompted the Montford Unit to implement new guidelines regarding its water restriction policy.

Thompson's mother, Misha Thompson, filed the multimillion-dollar lawsuit against five TDCJ employees on Jan. 22, 2016, but claims against a sixth employee, Cami Benschoter, were dismissed without prejudice by Senior U.S. District Judge Sam R. Cummings on Tuesday because Benschoter was never located or served with notice of the lawsuit.

The civil suit claims prison guards violated her son's Eighth and 14 Amendment rights by acting "with an evil motive or intent or with reckless or callous indifference."

TDCJ employees Mario Campos, James Caughran, Donald Coleman, Robert Creager and Norma Perez - who were on duty the day Thompson died - filed a motion May 9, proposing the judge dismiss the claims against them. Benschoter and Coleman are no longer employees at TDCJ, according to its spokesman, Jason Clark.

Investigation documents released to A-J Media show those officers broke multiple TDCJ rules and policies the day Thompson died. Despite their violations, an Administrative Incident Review says "the investigation identified several performance shortfalls of the

assigned staff, however, none of these shortfalls appear to be linked directly to the death of (Thompson)."

TDCJ's correctional officers are required to conduct rounds every 15 minutes for inmates like Thompson, a psychiatric patient who had been diagnosed with schizophrenia. But, Benschoter failed to conduct and document 15-minute physical checks of Thompson; Caughran made security rounds every 30 to 40 minutes, instead of the mandatory 15 minutes; Perez documented row checks early and Coleman failed to conduct any security checks of his assigned row, according to investigation documents obtained by A-J Media.

Benschoter also falsified records by documenting "behavioral refusal" of a meal by Thompson, when he was actually discovered unresponsive. And, Caughran and Coleman also failed to ensure they were "counting a living, breathing offender," when conducting checks.

"They both assumed he was breathing due to him having a history of just sitting or lying in one spot for long periods of time," according to an investigation summary emailed to the unit's senior warden, Robert Stevens, on Jan. 31, 2014.

Benschoter, Caughran, Perez, Coleman and Campos received a cumulative total of 54 months of probation and four days of suspension for violating state jail rules on the day Thompson died, an investigation report states. Sgt. Robert Creager also received a letter of instruction for failing "to ensure officers were within policy as they worked on the pod."

### Dying behind bars

When he died, Thompson was about seven years into his 25-year sentence for an aggravated robbery with a deadly weapon out of Travis County.

In a written statement six days after Thompson's death, Caughran said he looked into Thompson's cell at 12:30 p.m. Jan. 25, 2014, and "didn't notice anything unusual that would really make me think anything would be wrong."

About 2½ hours later, Campos was banging on the door of Thompson's cell after noticing the inmate didn't appear to be breathing.

He was sitting on a blanket, which was partially wrapped around his lower torso, according to an administrative review obtained by A-J Media. His left arm was resting on the edge of the bunk and his left leg was propped up toward his chest. He was naked; his eyes unblinking.

After several attempts at CPR, and moving Thompson's body to the infirmary, crews were advised that shock should not be given until the unit provider was contacted.

An ambulance arrived at the facility 21 minutes later and a paramedic with Lubbock Aid Ambulance Service called a doctor at University Medical Center to tell him about Thompson's condition. The doctor pronounced Thompson dead via telephone at 3:44 p.m. Thompson was 5-foot-9 and a scant 121 pounds when he died, according to a Tarrant County autopsy report. He had lost about 40 pounds since he first arrived at TDCJ in 2007.

Minutes earlier, at Thompson's cell, a nurse documented his skin was cold to the touch, his body was stiff and he did not have a pulse.

Generally, a body is stiff and warm at two hours and becomes stiff and cool between four and six hours, A-J Media previously reported.

Thompson's mother questions if his death would have occurred if proper 15-minute checks had been taking place.

On Dec. 6, 2013, Thompson was found sitting naked with his hands and feet in the toilet, "playing with the water," according to documentary evidence included in interoffice communications. Both of his blankets were also found soaked in water. Thompson, who had a history of hypothermia, was placed on water restriction and was moved to a seclusion cell to remove him from a water source and keep him as dry as possible. While under the restriction, "water was scheduled to be turned on for five minutes every hour to allow (Thompson) to drink and the toilet to be flushed," the interoffice communications state.

While he was in seclusion, staff offered Thompson restroom and water breaks every two hours, but he "refused water and restroom breaks a majority of the time," according to a motion filed by the three officers on May 9.

Although a review of clinical notes documents Thompson being moved to seclusion and water restriction going into effect, it does not document when the restriction was removed.

A motion filed May 9 by the officers shows he was removed from the seclusion cell on Dec. 16, 2013, and was not under a water restriction when he died.

An internal investigation - which focused on the correctional officers' activities and the type and frequency of their interactions with Thompson prior to discovering him unresponsive - identified a potential problem with unit policy regarding water restriction, including how, when and by whose authority an inmate's access to water can be restricted, according to

official documents obtained by A-J Media. As a result, there were revisions to the Montford Unit supplemental post order for pod officers, including immediate notification of the duty warden any time an inmate's water needs to be restricted for behavioral issues.

Additionally, imposed water restrictions started being reviewed by the duty warden every 24 hours to determine if restrictions need to continue. There was also a new water/fluid restriction form implemented "to ensure that all restrictions are documented and placed in the offender's electronic medical record."

Thompson's lawyer, Charles Dunn, said Misha Thompson did not want to comment on the case.

TDCJ does not comment on pending litigation.

sarah.rafique@lubbockonline.com • 766-2159

Follow Sarah on Twitter @SarahRafique



## LUBBOCK AVALANCHE-JOURNAL

LOCAL

# Records show no reprimands for jailers after Montford inmate death

*State investigation into McCoin's death continues*

**Adam D. Young**
Published 2:48 p.m. CT Dec. 6, 2014

*Qualified Immunity = Genocide!*

Six Montford Psychiatric Unit detention officers have not been reprimanded after using force to restrain a 63-year-old inmate who died shortly after the incident earlier this year, recently released records show.

But Benjamin McCoin's death March 19 at University Medical Center and the preceding incident at the prison remain under investigation by state jail officials.

The Texas Department of Criminal Justice released to A-J Media last month the officers' public personnel files, including reprimand forms from their time at the Lubbock-based prison.

A-J Media requested the documents in October while investigating inmate deaths.

The request also came after a Lubbock County medical examiner's ruling this fall contradicted previous rulings by the state, meaning ultimately someone could be culpable for McCoin's death.

The records show five of the six officers have been reprimanded for unrelated incidents at the prison, including one who failed to properly report another officer's use of force on an inmate in a violent incident a decade prior.

All of the correctional officers involved have at least 30 months of service or more.

One of the officer's files included a reprimand form for his use of force in an incident in the prison the same day McCoin died, but the incident was not related to McCoin, TDCJ spokesman Jason Clark said.

The reprimand form shows the officer was found not guilty of using excessive or necessary force when he struck an unnamed inmate twice in the upper torso as part of a team responding to an inmate.

But none of the officers involved had reprimand forms provided by TDCJ for the incident involving McCoin.

"The unit administration did a fact-finding investigation regarding the use of force against McCoin and it was determined that it was an appropriate (use of force) and no disciplinary action was taken against staff involved," Clark wrote in an email to A-J Media.

Robert Stevens, Montford's senior warden who signed the most recent reprimand forms, on Thursday said he was not familiar with the forms provided to A-J Media. He declined to comment on the status of the ongoing investigation of McCoin's death.

Jackie McCoin, Benjamin's brother, said he's thankful the investigation is ongoing but has so far been disappointed with the state's response to his brother's death.

"It seems there's no consequences for the guards," he said.

The incident

Benjamin McCoin, who had a history of paranoid schizophrenia, was moved to Montford in January, according to A-J archives. He received a 99-year prison sentence in 2000 for attempted murder in Red River County. He was also serving time for two counts of aggravated assault with a deadly weapon.

Documents obtained by A-J Media show McCoin suffered an acute hip fracture after a Montford extraction team went to his cell because he refused medical and psychiatric medications.

Later, McCoin complained of hip pain and was taken to the unit's infirmary. He was then sent to University Medical Center for treatment where he collapsed and died in Emergency Room 2, documents show.

A Montford doctor originally reported McCoin's death as natural.

But, as per TDCJ policy, McCoin's body was taken to Tarrant County, which has the contract with the department to conduct autopsies.

In that autopsy, Tarrant County said McCoin's death was accidental.

But the autopsy report raised questions and concerns.

Lubbock County Medical Examiner Sridhar Natarajan conducted an Oct. 2 review, changing the manner of death to homicide.

"Homicide doesn't mean murder," he said in October. "In simple terms, it means death at the hands of another individual."

Natarajan previously told the A-J he planned to file the report with the Lubbock County Criminal District Attorney's Office. He was not available for comment Friday.

On Thursday, Clark said the department's inspector general has an open investigation into McCoin's death. Such an investigation is standard procedure for any inmate who dies in TDCJ's custody.

Jackie McCoin, who lives near Detroit, Texas, said he's hopeful the ongoing investigation will bring attention to a need to reconsider policies for dealing with inmates with mental illness.

"Nothing will bring my brother back," he said. "My goal with this is to let the state of Texas know they need to spend more money on mental health."

To comment on this story:

adam.young@lubbockonline.com • 766-8725

Follow Adam on Twitter @AYoungReporter



LOCAL

# Dying behind bars: Conflicting opinion on inmate's death, part of larger problem, advocates say

*1 of 2 deaths under investigation*

**NICOLE C. BRAMBILA**
Published 9:11 p.m. CT Oct. 18, 2014

Benjamin McCoin's death was not an accident.

A 63-year-old inmate convicted of attempted murder-by-dynamite with a history of paranoid schizophrenia, McCoin died on March 19 shortly after detention officers at the Montford Psychiatric Unit tried to forcibly move him to another cell.

A recent review of the state autopsy shows McCoin's death was a homicide.

What this new finding does is reverse a previous decision paid for by the state. And, it means ultimately someone could be culpable for McCoin's death.

McCoin's death is not the only conflicting opinion and reversal after a local review. Nor is it the only death at the Montford Unit this year that the Texas Office of the Inspector General is investigating. Advocates for reform say the deaths are not isolated, but instead are part of a larger problem about how those in custody are treated, especially the mentally ill.

Documents obtained by A-J Media show McCoin sustained an acute hip fracture after a Montford extraction team went to his cell because he refused medical and psychiatric medications.

Later, McCoin complained of hip pain and was taken to the unit's infirmary. He was then sent to University Medical Center for treatment where he collapsed and died in Emergency Room 2, documents show.

State law requires an inquest to determine the cause of death. McCoin's body was taken to Tarrant County, which has the contract with the Texas Department of Criminal Justice to

conduct local autopsies.

On March 25, Susan J. Roe, M.D., in Tarrant County said McCoin's death was accidental.

But Roe's autopsy report raised questions and concerns.

Lubbock County Medical Examiner Sridhar Natarajan conducted an Oct. 2 review, changing the manner of death, which he said he will file with the Lubbock County district attorney this week.

"It was a fairly entangled set of circumstances," Natarajan said.

"Homicide doesn't mean murder. In simple terms, it means death at the hands of another individual."

'Differing causes of death'

A Montford doctor originally reported McCoin's death as natural.

Patricia Aristimuno, M.D., said McCoin died from "sudden cardiac death," noting tobacco use could have been a contributing factor. A Tarrant County autopsy later found McCoin had heart disease with 80- to 85-percent blockage in addition to the hip fracture.

In his review of the case, Natarajan noted the cause of death was attributed to "blunt trauma due to forceful restraining."

McCoin also had a laceration on his forehead. And he had an abrasion on his wrist and "crusted areas" on an ankle and knee indicating various stages of healing.

The body condition, medical experts say, indicates McCoin had been restrained.

"When you see something on the wrists and ankles, that could be a restraint injury," said Judy Melinek, M.D., forensic pathologist and author of the New York Times bestseller "Working Stiff."

"If the restraint caused fatal trauma, that's not an accident, it's homicide."

Melinek, a contract pathologist for the Alameda County Coroner's Office in California, reviewed the autopsy reports for the A-J.

Perhaps more troubling than what the autopsy reveals is what the report doesn't say.

Roe, in the Tarrant County autopsy, did not examine the extent of hip damage McCoin

"Why didn't she cut down on the hip to see hemorrhaging or how bad the injury was?" Melinek said.

"That's not as complete as it should be. That's a big oversight."

The state has been investigating the death since March.

A-J Media has requested, but not yet received, a copy of the use-of-force video from the Lubbock County Medical Examiner's office.

Montford Warden Robert Stevens declined to comment.

Nizam Peerwani, M.D., Tarrant County chief medical examiner, did not return multiple phone calls and emails seeking comment.

Jason Clark, a TDCJ spokesman, called Natarajan's review unusual.

"It's certainly a unique situation where you have differing causes of death between two medical examiners," Clark said.

Not an isolated incident

More than 60 inmates since 2005 have died in state custody at the Montford Unit, which includes the West Texas Hospital for prisoners, according to the Texas Attorney General Custodial Deaths Report.

Data collection on custodial deaths began following the federal Death in Custody Reporting Act of 2000. In-custody deaths include anyone in the process of being arrested, en route or incarcerated in municipal or county jail, state prison or other correctional facility.

The causes of death can vary - whether natural because of age or disease, by suicide or at the hands of other inmates. Some die from neglect, abuse or inadequate facilities as was documented by a University of Texas School of Law report earlier this year, which found 14 inmates in prisons across the state have died of heat-related injuries since 2007.

And still others - as was the case with McCoin - die at the hands of prison staff.

"Most of the really horrifying things happen because they basically lock people up and throw away the key," said Brian McGiverin, a prisoners' rights attorney in Austin with the Texas Civil Rights Project.

"The bigger, additional problem with jails is the issue of failing to screen folks."

The Montford facility, which is one of three psychiatric units in the state, had averaged about two inmate deaths a year from 2005 to 2012. But then in 2013, the number jumped to 24 deaths. So far this year there have been 18 custodial deaths.

The Texas Department of Criminal Justice explains the rise in custodial deaths statewide to a reporting requirement change. Clark said that before 2013, deaths in an in-patient setting were not included.

Montford is the only state facility in Lubbock. The average age at the Lubbock psychiatric unit is 47, slightly higher than the state average of 39. But it's been higher. In 2012, the average inmate age at Montford was 62.

The unit does not specifically provide care to older inmates like the Rufus H. Duncan Geriatric Facility in Diboll does, but Montford is offering hospice care to six offenders.

McGiverin, who tracks inmate deaths, said he was not aware of the increased number across the state.

But the numbers were not a revelation to everyone.

"It really didn't come as a surprise that the Montford Unit has that many deaths," said Lance Lowry, president of the Texas chapter of the American Federation of State County Municipal Employees, which advocates for greater training for correctional officers.

"This isn't an isolated incident.

"For a facility to have that many deaths, it definitely does raise flags."

Reviewing additional deaths

McCoin's death is one of four Natarajan has reviewed in the past year.

In two of the cases the state said were natural deaths - including McCoin's - Natarajan has changed the cause, out of concern.

The second involved 27-year-old Marsele Dauntri Thompson, who in January was found unresponsive in his cell. Tasha Z. Greenberg, M.D., in Tarrant County reported finding "no evidence of trauma or foul play."

And yet, the autopsy records evidence of a contusion on Thompson's forehead in the process of healing, as well as abrasions around his eyes and and additional contusions on his arm and thigh.

Correctional officers were supposed to be conducting 15-minute checks on Thompson, a schizophrenic on water restriction for his personal safety. However, when officers discovered Thompson sitting nude in his cell with his legs crossed, his body was cold.

Generally, a body is stiff and warm at two hours. It's stiff and cool between four and six hours.

"When the body was found it was cold, in rigor," Nataranjan said. "That's not going to happen within a 15-minute check. It doesn't match with 15-minute checks."

Natarajan reported the death undetermined.

"If I'm not able to explain it, I'm not going to give a cause of death," Nataranjan said.

The Texas Office of Inspector General is also investigating Thompson's death, Clark said.

'Those people should not be dying'

The issue of in-custody deaths is not a state one alone.

On Sept. 29, A-J Media requested from the Lubbock County Medical Examiner's office copies of the autopsies conducted on inmates who died in local and state custody over the past five years.

Among the findings:

¦ Of the four state cases reviewed by the Lubbock County Medical Examiner's office, two of the death certificates were amended because of conflicting findings. Two were ruled undetermined.

¦ More than half of the Lubbock County Sheriff's Office deaths were ruled natural, the majority of which related to heart disease, obesity or stroke.

¦ Half of the sheriff's office natural deaths involved inmates younger than 40. One was a 28-year-old inmate who reportedly died from obesity.

¦ Two-thirds of the inmate deaths under the auspices of the Lubbock Police Department were homicides, mostly by gunshot. Not all the autopsy reports indicate who fired the weapons.

¦ At least one police homicide death was attributed to methamphetamine use.

¦ One police department death ruled an accident was attributed to "blunt head trauma due to fall."

¦ The Lubbock Police Department has had two suicides since 2008.

Of the state and local cases the A-J reviewed, the most troubling - advocates say - are those involving inmates in county jail, 90 percent of whom in Lubbock are awaiting trial.

Lt. Bryan Taylor, a sheriff's spokesman, said all in-custody deaths are investigated. The Lubbock police did not respond to requests for comment.

Understaffing, shrinking budgets and a lack of training are among the contributing factors to the high number of in-custody deaths, McGiverin in Austin said.

"What you're describing sounds particularly bad," McGiverin said.

"Those people should not be dying. People in jail are all pre-trial. They're not even guilty of anything. It's appalling."

• 766-8754

Follow Nicole on Twitter

@nbrambila

# THE BEXAR COUNTY JAIL

## An UNOFFICIAL Information Website.

Search ...                                                                        Search

ATTORNEY ADVICE    IN THE NEWS    COMMISSARY    INFO FOR INMATES    UNDERSTANDING THE SYSTEM    DEPARTMENTS    MONEY FOR COMMISSARY

SENDING & RECEIVING MAIL    PHONE NUMBERS    INMATE PHONE CALLS    VISITATION    FIND ARRESTED PERSON    DAILY ARRESTS    LOCATIONS & PARKING

## Court Record: 4 Sources Found

Updated: 2023.

ReviewPublicRecords

Ads by Google

Stop seeing this ad

Why this ad? ▷

# Inmate Wins Against Qualified Immunity, Can S
# Prison Officials

By ADMIN  in IN THE NEWS  ⏰ November 4, 2020



1) Click on "Start"    |    2) Start the Installation    |    3) Block Ads & Malware

SUPPORT US!

Buy TBCJ Info Tees



### John T. Montford Psychiatric Facility Unit

(TX) – The Supreme Court has just ruled that officials at the John
Montford Psychiatric Facility Unit in Lubbock, Texas, do not have
immunity and can be sued by inmate Trent Taylor. Mr. Taylor had b
assigned to the facility and on September 6, 2013, was placed in a
was covered in feces. He spent 6 days between that cell and a sec
the second one having backed up sewage that was all over the floo
bed. When first placed in the cell with feces, Mr. Taylor asked to be
The guards laughed at his request saying, **"Dude, this is Montford**

Texas Department of Criminal Justice

shit in all these cells from years of psych patients," and telling Tay
was, "going to have a long weekend."

Days later, when Taylor was moved to the second cell, which didn't have a toilet, "he was told to urinate on the fl
After 24 hours in this cell, guards went to move Taylor again. Taylor begged not to be placed back in the feces-fill
The guard relented and placed him in a different unit.

## Eighth Amendment Violation

Mr. Taylor filed a lawsuit against officials at the Montford Facility, which is part of the Texas Department of Crim
Justice system, claiming that he had been subjected to cruel and unusual punishment in violation of the eighth
agmendment. The U.S. Court of Appeals for the 5th Circuit agreed that his rights had been violated but ruled tha
could not sue because the officials were protected through qualified immunity. According to Reason.com, qualifi
immunity is commonly used to prevent officers from facing any repercussions from their actions and gives the be
examples.

> *"Consider the two cops who received qualified immunity after allegedly stealing $225,000. Or the cop who received qualified immunity after shooting a 10-year-old (or, alternatively, the one who shot a 15-yea old). Or the cops who received qualified immunity after assaulting and arresting a man for standing outside of his own house. Or the prison guar who received qualified immunity after hiding while an escaped inmate raped someone in the building. Or the cops who received qualified immunity after siccing a police canine on a person who'd surrendered. "*

## Supreme Court Overrules Court of Appeals

Fortunately for Mr. Taylor, on November 2 of this year, the Supreme Court made a surprising ruling and ruled aga
Court of Appeals. The courts have not been very friendly toward people who have been abused by officers and c
allow the officers to get away with major abuses, claiming they have qualified immunity. This ruling in favor of th
was extremely surprising.

TAGS: EIGHTH AGMENDMENT, JOHN T. MONTFORD PSYCHIATRIC FACILITY UNIT, QUALIFIED IMMI
SUPREME COURT, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, TRENT TAYLOR,
U.S. COURT OF APPEALS

← SAPD Stalls in Arresting Retired Police Detective        Police Beat Black Man Then Threaten Family →

## Leave a Reply

Your email address will not be published. Required fields are marked *

COMMENT *

05.03.2021
NEWS

# He Spent Six Days in a Cell Covered in Feces. The Supreme Court Says He Can Sue His Jailers.

It's the first time in years the highest court allowed such a suit to proceed. The ruling suggests it is reconsidering protections for officers who cause harm.



By BETH SCHWARTZAPFEL AND TONY PLOHETSKI
Photos by Ricardo B. Brazziell/Austin American-Statesman

Trent Taylor was naked in front of a Texas prison cell, hands shackled behind his back, when the stench hit him.

"The officer that was standing next to me, he just kind of cringed," Taylor recalls. It wasn't until Taylor was inside the cell, the solid door locked behind him, that he got a good look.

This article was published in partnership with Austin American-Statesman and USA Today

There were human feces everywhere, he said: smeared on the window, the ceiling, packed inside the water faucet. A smiley face and a swastika were painted in feces on the wall. A layer caked on the floor made a "dry crunch" under his feet.

Through the slot in the door that the officers used to uncuff him, he heard one officer say to another, "He's going to have a long weekend."

Then the slot slammed shut.

That day in September 2013 sparked a legal odyssey stretching from a state prison outside Lubbock to the U.S. Supreme Court. Taylor fought for the right to sue his guards and lost in two lower courts, only to prevail in the nation's highest court in November 2020. He was recently released after serving an 11-year sentence for robbery. Though barely known to the public, his case — which centers around a legal doctrine known as qualified immunity — provides new legal avenues to hold law enforcement responsible for the most egregious misconduct.

Qualified immunity shields government workers from being personally sued for their actions on the job, except in rare circumstances. The idea is that no one would want to work for the government if they were at risk of personal bankruptcy for every good faith mistake. But in recent years, groups across the ideological spectrum have begun to question the doctrine, arguing it made it nearly impossible to hold law enforcement accountable.

After George Floyd's death, with millions of people taking to the streets calling for police reform, qualified immunity — a concept previously relegated to marble-columned courtrooms and law review articles — was the target of protests and lobbying in state legislatures.



Protesters at a Black Lives Matter march in Lock Haven, Penn., in July of 2020. PAUL WEAVER/PACIFIC PRESS/LIGHTROCKET, VIA GETTY IMAGES

"The justices are watching the news and know what is going on in the country," said Kelsi Corkran, a senior fellow at Georgetown Law School who worked on Taylor's case. "There was a lot of pressure on the court to align the doctrine with realities of today."

Taylor ultimately spent a total of six days in two fetid cells. At that point, he had been locked up for years, on and off since he was a teenager, including on a previous conviction stemming from an assault. But these were the most disgusting conditions he'd ever encountered, he said. In the first cell, he didn't eat or drink for days, fearing his food and water would be contaminated. The second had no toilet — he was told to relieve himself into the clogged drain on the floor, despite begging to

be brought to the bathroom. The cell also had no bed, so Taylor was forced to sleep naked on the floor in raw sewage.

Prison staff had placed Taylor in the cells in a psychiatric unit after he overdosed on pain medication because they were concerned he might harm himself.

When Taylor sued the officers who put him in those cells and ignored his cries for help, federal judges agreed that the conditions were unconstitutional — but they threw out his lawsuit, citing qualified immunity. The issue has come up again and again as the country grapples with what accountability for law enforcement should look like.

For years, courts upheld this legal shield. The Supreme Court granted qualified immunity to police in Oklahoma who arrived at a hospital to help staff restrain an agitated patient, but instead shocked him with a stun gun and pinned him to the ground until he died. In another case where the court allowed qualified immunity, a Georgia deputy sheriff shot a 10-year-old who was laying face down on the ground. The cop had been aiming at the family dog and missed.

Courts have used qualified immunity "to protect law enforcement officers from having to face any consequences for wrongdoing," Mississippi District Court Judge Carlton W. Reeves wrote in a ruling last summer. Even when police commit egregious abuse and misconduct, the judge said, "qualified immunity has served as a shield for these officers, protecting them from accountability."

Then, for the first time in decades, the Supreme Court signaled in Taylor's case that this shield has gone too far: "Any reasonable officer should have realized that Taylor's conditions of confinement offended the Constitution," the justices wrote. Taylor could sue, after all.

"This is a new message," said Joanna Schwartz, a law professor who studies qualified immunity at UCLA. "This is not a reversal of qualified immunity — it is not a new doctrine," she said, but it does indicate that courts should start thinking more critically about when officers need protection and when that protection becomes a free pass for abuse.

Advocates of qualified immunity warn that the fear of being sued will cause officers to be less proactive and more reluctant to intervene in potentially risky situations. "Do you really want the police officer thinking about whether they are going to be sued? Or do you want them focusing on how the facts are emerging, perceived by them?" said Philip Savrin, an attorney who often represents law enforcement officers in civil suits, including in one suit before the Supreme Court where qualified immunity was at issue. "We've got to have a cushion."



Throughout many years of fighting in court, the Texas Department of Criminal Justice has barely disputed Taylor's description of his living conditions, focusing instead on the officers' protection from being sued. Jeremy Desel, a spokesman for the state corrections department, declined to comment because the case is ongoing. An email and phone call to Courtney Corbello, the Texas Assistant Attorney General representing the individual officers in court, were not returned.

Now that the correctional officers are no longer shielded by qualified immunity, Taylor looks forward to taking them to trial. Recent high-profile civil cases that ended in death — like those of George Floyd and Breonna Taylor — were settled, so the issue of qualified immunity, and how much protection individual officers deserve, was never debated in court in those cases.

For Taylor, it's about accountability. "The taxpayers paid them to abuse me," he said. "Who watches the watchers?"



Trent Taylor enters a car and sees his fiancée, Maria Rios, for the first time as a free man after his release from prison.

Taylor, 33, has been home from prison for four weeks since his release from the John B. Connally Unit in Southeast Texas on April 9. He married the day of his release, and plans to enroll in training to become a barber. Taylor hopes to one day run his own shop.

For someone who had recently prevailed at the Supreme Court, his release was largely unremarkable: That morning, his fiancee, Maria Rios, picked him up. They had first met just before Taylor was sent to prison.

The couple spent the rest of the day getting Taylor new clothes and a haircut, taking him to his first restaurant meal in more than a decade — and marrying at a wedding officiated by Rios' aunt.





Trent Taylor got on one knee and proposed to Maria Rios over the phone on October 23, 2020, with a Ring Pop that he asked her to pick up from a candy store. Maria Rios bought another candy ring right before Taylor's release from prison so he could propose in person in their hotel room in Kenedy, Texas. Trent Taylor received a haircut at the barber shop.    Taylor and Rios after getting married.

Taylor is still trying to shake off the horrors of what happened to him at Texas' Montford Unit prison. He said he tried to distract himself by fantasizing about suing the officers who put him there.

"I just laid there and zoned out," he said. "It was a daydream. The stuff I was thinking about doing was just something that got me through the day."

In the following months, Taylor said he was diagnosed with panic disorder and PTSD. He was jumpy and barely ate, imagining how dirty the cafeteria trays were, and would panic whenever he had to touch anything others had touched. He stayed busy trying to turn his vision of accountability into a reality. He wrote letters to attorneys, with little response. Then he teamed up with an accomplished jailhouse lawyer who suggested Taylor start reading other legal cases.

"Nobody's case had come close to what I went through," he said.

Taylor borrowed a friend's typewriter and filed his suit in federal district court but was disappointed when a judge turned him away, saying that the guards were shielded by qualified immunity. He appealed, unsuccessfully, to the federal 5th Circuit Court of Appeals.

In December 2019, Taylor got word that Samuel Weiss, founder of the Washington, D.C.-based Rights Behind Bars, had seen Taylor's case being discussed on social media among constitutional law experts. Weiss thought he had a chance to prevail at the nation's highest court.

With a looming deadline and without any way to contact Taylor, Weiss flew to Texas during the Christmas holidays to meet with Taylor. After that, months passed with no word.

But late last year, a few months before he was set to be released, Taylor learned in a phone call that he had won: The Supreme Court had ruled in his favor.

"I started laughing," Taylor said. "I was really well-versed in the legal system, and I knew how rare it was."

When Trent Taylor's petition arrived in federal court, he had little reason to hope. It had been more than a decade since the last time the Supreme Court had denied any officer qualified immunity.

In that case, in 2002, a man named Larry Hope sued Alabama prison officials for chaining him, shirtless, to a hitching post designed for livestock. For seven hours in the hot Southern sun, Hope had minimal water and no bathroom breaks. At one point, Hope alleged, a guard taunted him by giving water to the dogs from the prison's K-9 unit. When Hope conceded he was thirsty enough that he would drink it after the dogs, the guard kicked it over so it spilled onto the ground.



Larry Hope was tied to a post at the Limestone Correctional Facility in Harvest, Alabama, in 1995. JAMES NACHTWEY ARCHIVE, HOOD MUSEUM OF ART, DARTMOUTH

When Hope sued, Alabama Department of Corrections officers claimed qualified immunity. Before they could be held financially liable, officials deserved fair warning in the form of a prior court judgment that their behavior was illegal or unconstitutional, they argued. As a general rule, this is true, the Supreme Court replied. But in this case, the "obvious cruelty inherent in this practice should have provided respondents with some notice." After all, the Constitution itself prohibits cruel and unusual punishment.

For a generation, the Supreme Court essentially ignored that decision, routinely overturning lower court decisions and siding with law enforcement. Until Taylor's case, Hope "had almost seemed like a blip, a one-off," said Schwartz, the UCLA professor.

Then, in May of last year, tens of millions of people took to the streets to demand change after George Floyd died under the knee of a former Minneapolis Police officer. By then, Michael Brown, Sandra Bland, Tamir Rice and Breonna Taylor had become household names, and the country was amid a national reckoning over what role police should play in public safety.

Reform proposals that were previously on the radical fringe were now the subject of dinner table conversations, op-eds and pilot programs. In some places, social workers, and not police, began responding to mental health crises and civilians began taking over other policing functions like traffic stops. More than 20 big cities reduced their police budgets and reallocated dollars toward supporting community services and programs. Colorado, Connecticut and then New Mexico passed laws limiting or eliminating officers' ability to shield themselves from lawsuits in state courts if they violated people's rights. Multiple bills were introduced in Congress that would end or curtail qualified immunity on the federal level — one, the George Floyd Justice in Policing Act, passed the House in March and has President Biden's backing, though it faces steep odds in the Senate.

By the time Taylor's case made its way up to the Supreme Court, at least two different federal courts had already granted the officers qualified immunity. But the Supreme Court had, in subtle ways, signaled that it was paying attention to the mood in the country. Its decision in Taylor's case mentioned Larry Hope's case from two decades ago — a reminder that it still stands.

"The Supreme Court is saying, in essence, 'we recognize this has gotten out of hand. We are not going to reconsider the doctrine entirely. We are going to curb its greatest excesses," said Jay Schweikert of the Cato Institute.

Officers still deserve to be put on notice by the courts that any particular behavior is illegal, the court said. But some circumstances are simply obvious. "No reasonable correctional officer could have concluded that, under the extreme circumstances of this case, it was constitutionally permissible to house Taylor in such deplorably unsanitary conditions for such an extended period of time," the justices wrote.

A second Supreme Court decision, issued just months later, signaled that Taylor wasn't an anomaly. In that case, Prince McCoy sued a Texas correctional officer for pepper-spraying him in the face without provocation. Just as in Taylor's case, a lower court granted the officer immunity. And just as in Taylor's case, the Supreme Court reversed it, telling the lower court to look at the case again — in light of their Taylor decision.

This is especially significant because both cases began in the conservative Fifth Circuit Court of Appeals, which has granted law enforcement qualified immunity in excessive force cases more than any other region in recent years. That same court is now considering an appeal from the family of a man who died, unarmed, barefoot and screaming for his life, after Dallas police knelt on his back for 14 minutes in 2016. Tony Timpa had called the police for help, telling the dispatcher he was schizophrenic and off his medications. A lower court granted officers immunity in that case, but lawyers for Timpa's family hope the Supreme Court rulings in Taylor and McCoy will sway the Fifth Circuit.

Critics of qualified immunity, though, fear the impact of the rulings will be modest — "kind of in between incremental and a sea change," said Colin Miller, a law professor at the University of South Carolina School of Law. "It's going to depend on how lower courts apply it." In the months since the decisions, a lower court granted qualified immunity to Denver police after they deleted a bystander video of them beating a suspect, even though they had been taught that bystanders have a First Amendment right to record them.

Real change can only come when states and Congress outlaw qualified immunity, critics say. Colorado did just that last June, eliminating qualified immunity under state law for officers found by a judge or jury to have violated someone's civil rights. The law holds them personally liable up to $25,000 (the government that employs them is on the hook for the remainder). Jeff Harrison, president and co-founder of Prymus Insurance, which is developing an insurance policy for Colorado police officers, believes that market forces may prompt more accountability because officers with reprimands or judgments against them would pay higher premiums.

12/19/22, 8:59 AM       Lawsuit Filed Calling TX Dept. of Criminal Justice to Release Documents it has Been Withholding, Violating the Texas Public Info…

DONATE (/donate)

TWITTER

## Tweets from @latinojustice

 LatinoJustice PRLDEF
Retweeted

**Deborah Archer**
@DeborahNA... · Dec 16

Black + Brown students
disproportionately suffer the health
impacts of going to class near highway
pollution. It's a glaring example of
environmental racism in New York State
and they deserve better.

💬 1    🤍 28                          ⓘ

**LatinoJustice PRLDEF...**
@latinojustice · Dec 16

We are witnessing unprecedented

# NEWSLETTER SIGN UP

* **Email**

First Name

Last Name

Postal Code

**DAILY**                                    MENU     SEARCH

# Texas parents arrested after their infant dies from effects of meth

06/10/2022 11:28 am PDT



Shawn Lankford; Heather Williams

**ELLIS COUNTY, Texas (TCD)** -- A 30-year-old woman and a 43-year-old man were arrested in connection with the death of their 6-month-old infant.

According to a news release from the Ellis County Sheriff's Office, on Saturday, March 19, deputies responded to a home on Lone Elm Road in Waxahachie, Texas, to a report of an unresponsive child. The child was reportedly transported to the Methodist Hospital via ambulance, and despite lifesaving measures, the victim was pronounced deceased.

According to the Sheriff's Office, an autopsy performed by the Dallas County Medical Examiner's Office revealed the child died from "toxic effects of methamphetamine in an unsafe sleeping environment."

Authorities reportedly obtained arrest warrants for the child's parents, Shawn Lankford and Heather Williams, on murder charges.

Lankford and Williams were arrested June 7 and booked into the Wayne McCollum Detention Center on $1 million bond each, according to the Sheriff's Office.

SEARCH

**DAILY**

# HARVARD LAW REVIEW

**QUALIFIED IMMUNITY**

# *Taylor v. Riojas*

*Leading Case:* 141 S. Ct. 52 (2020)

**NOV 10, 2021**
135 Harv. L. Rev. 421

Qualified immunity protects government officers from being sued for damages unless they have violated "clearly established" law. 

1. Anderson v. Creighton, 483 U.S. 635, 639 (1987).

Following the high-profile police killings of spring 2020, 

2. *See* Larry Buchanan et al., *Black Lives Matter May Be the Largest Movement in U.S. History*, N.Y. TIMES (July 3, 2020), https://www.nytimes.com/interactive/2020/07/03/us/george-floyd-protests-crowd-size.html (https://www.nytimes.com/interactive/2020/07/03/us/george-floyd-protests-crowd-size.html) [https://perma.cc/Y2T7-NMPC (https://perma.cc/Y2T7-NMPC) ]; Andrew R. Chow, *People Expected Police Behavior to Change After George Floyd's Murder. The Numbers Tell a Different Story*, TIME (May 13, 2021), https://time.com/6046645/police-killings-2021 (https://time.com/6046645/police-killings-2021) [https://perma.cc/E2CJ-WMPE (https://perma.cc/E2CJ-WMPE) ].

more eyes have turned to holding officers accountable and the ways in which legal doctrines like qualified immunity prevent that from happening.

3. *See* The Argument, *Should It Be This Hard to Sue the Police and Win?*, N.Y. TIMES (June 16, 2021), https://www.nytimes.com/2021/06/16/opinion/qualified-immunity-sue-police.html (https://www.nytimes.com/2021/06/16/opinion/qualified-immunity-sue-police.html) [https://perma.cc/ESR2-BT83 (https://perma.cc/ESR2-BT83) ].

Qualified immunity has come under fire from academics,



**U.S. Department of Justice**

Civil Rights Division

168-74-0
ECATS-2022-077817

*Special Litigation Section*
*U.S. Mail: 130 M Street, N.E.*
*Washington, DC 20530*
*Facsimile: (202) 514-0212*

May 20, 2022

<u>Via First Class Mail</u>

Gloria Trevino
12526 Olympia Drive
Houston, TX 77077

Dear Ms. Trevino:

Thank you for your letter. The Special Litigation Section relies on information from community members to identify civil rights violations. Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.

The Special Litigation Section is part of the Civil Rights Division. The Special Litigation Section primarily works in five areas: 1) protecting the civil rights of people in state and local institutions; 2) protecting civil rights in people's interactions with state and local law enforcement agencies; 3) protecting the rights of children in the administration of juvenile justice; 4) protecting access to reproductive health care clinics free of force or threats of force; and 5) protecting people's ability to practice their religion while in state and local institutions.

We may investigate conditions in facilities operated by or for a state or local government, including jails, prisons, juvenile detention, and institutions serving people with disabilities.

We may also investigate whether people with disabilities are able to receive needed services in integrated, community settings, instead of in facilities.

We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section: https://civilrights.justice.gov/.

*Received*
*9/29/22*

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people. We do not assist with individual problems. We cannot help you recover damages or any personal relief. We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.

If you have an individual problem or seek compensation or some other form of personal relief, you may wish to consult a private attorney or a non-profit or legal aid organization for assistance. There are only two areas in which we can assist an individual or address a single incident: 1) we may be able to assist you if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; 2) we may be able to assist you if you have experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

For more information about the Special Litigation Section or the work we do, please visit our web page: www.justice.gov/crt/about/spl/.

Sincerely,

/s/

Steven H. Rosenbaum
Chief
Special Litigation Section

5/11/22, 1:51 AM                    Gmail - Response to request you submitted to the Houston Lawyer Referral Service

 Gmail                                              Gloria Trevino <vip4justice@gmail.com>

## Response to request you submitted to the Houston Lawyer Referral Service
1 message

**Houston Lawyer Referral Service** <no-reply@send.afterpattern.com>          Tue, May 10, 2022 at 4:29 PM
To: Vip4justice@gmail.com

Hi GLORIA TREVINO,

Thank you for contacting the Houston Lawyer Referral Service. You may find the following resource helpful. Please reach
out to the organization listed below.


General Legal Info

If you are looking for free legal advice - visit https://hba.org/index.cfm?pg=LegalLine. Unfortunately, Houston Lawyer
Referral Service does not have an attorney at this time to suit your needs. Visit the link below for a guide of legal
resources.

https://hlrs.org/wp-content/uploads/FREE-LEGAL-SERVICES-1.pdf

https://hlrs.org/wp-content/uploads/FREE-LEGAL-SERVICES-1.pdf


This email is automatically generated by a web service we use. For that reason, please do not reply to this email if you
need to contact us. Instead email us directly at info@hlrs.org.

Warm regards,
Houston Lawyer Referral Service

*[Handwritten annotations:]*

*Misleading We were Banned*
*HLRS "Blackballed!"*
*by*
*Criminal enterprise!*
*nonprofit racketeering*
*enterprise!*

*eg TX SB*
*CDC.*
*HVL at VA*
*and others*
*Innocence Network,*
*Innocence Project*
*et el.*

*US DOJ & AG & TX AG*
*Ken Paxton turn a blind*
*eye to those who are more*
*than happy to pay them off.*

1/1



*The Ellis*

# County Press

*Ellis County's only independently owned newspaper*

NEWS    OPINION    INSPIRATIONAL    COMMUNITY    SPORTS    LIFESTYLE    OBITUARIES    LEGALS    ABOUT US    CONTACT



Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

## LOCAL COUPLE ARRESTED FOR MURDER OF INFANT

Wed, 06/15/2022 - 1:01pm

**RITA COOK / STAFF WRITER**

WAXAHACHIE – The Ellis County Sheriff's Department arrested a Waxahachie couple last week on charges of the murder of their female infant.

The name of the infant was not released.

Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

Their bond was set at $1,000,000 each.

The incident was initially reported on Saturday, March 19, when Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie in reference to a child who was not breathing.

The deputies arrived at the location and observed the infant being loaded into an ambulance.

Ferris, TX 75125     69 °F   90 °F

**Have a news tip?**

Do you have information that the public should know about? Share news tips with us anonymously.


SUBMIT NEWS TIP

ECP TV

ECP TV Terry Murphy...

▶

**ECP-TV: RITA COOK AND TERRY MURPHY TALK ABOUT THE INFLUENCE OF LOBBYISTS ON ELECTIONS (APRIL 7, 2023)**

MORE VIDEOS

CAUSE NO. 2/531 CR
DA# 02-1372

§
§    FILED FOR RECORD
§
§    95 MAR -1 PM 2: 54
§
THE STATE OF TEXAS    §
V.    §    BILLIE A. FULLER
ROBERTO RODRIGUEZ TREVINO    §    DISTRICT CLERK
§    ELLIS COUNTY, TX.
§
OFFENSE: AGGRAVATED SEXUAL ASSAULT    §
OF A CHILD    §
§
§
AGENCY: WPD    §
§
WITNESSES:    BILLIE WIGGINS    §
SHAWN LANGFORD    §
§
§    (This Space For Clerk's Use)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

        The Grand Jurors, duly selected, organized, sworn and impaneled as such for the
County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District
Court for said County, upon their oaths present in and to said Court that on or about
January 17, 1994, and before the presentment of this indictment, in the County and State
aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly
cause the penetration of the anus of Shawn Langford, a child who was then and there
younger than 17 years of age and not the spouse of the defendant, by defendant's sexual
organ, and the defendant did then and there by acts and words threaten and place
Shawn Langford in fear that death and serious bodily injury would be imminently inflicted
on Shawn Langford, and said acts and words occurred in the presence of Shawn
Langford, and in the course of the same criminal episode the defendant used and
exhibited a deadly weapon, to wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

"Nothing But the Truth"
The recounting of Kids..
a lie is a Confession"
"Big Red Flag"
disregarded by all!"
LJ.

FOREMAN OF THE GRAND JURY

V2591



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

**From:** Gloria Trevino <vip4justice@gmail.com>
**Sent:** Tuesday, November 15, 2022 10:00 AM
**To:** PIA <PIA@tdcj.texas.gov>
**Subject:** THE ASSASSINATION OF ROBERT R. TREVINO 729766

---

CAUTION: This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

---

TDCJ
pio@tdcj.texas.gov

RE: ASSASSINATION OF ROBERT R. TREVINO 729866

GREETINGS,

I AM ROBERT'S SISTER, GLORIA TREVINO.   I DEMAND TO KNOW EVERYTHING THAT HAPPENED TO ROBERT ON THE DAY OF HIS ASSASSINATION.

WHERE DID HE DIE, WHAT TIME AND CIRCUMSTANCES SURROUNDING HIS
UNTIMELY SENSELESS ASSASSINATION.   IS THIS WHY YOU DIDN'T WANT HIM RELEASED ON MRIS TO THE VA FOR EMERGENCY LIFESAVING MEDICAL CARE?

PLEASE RESPOND ASAP AND WHERE ARE HIS DEATH CERTIFICATES?

GLORIA TREVINO, PETITIONER
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS 777077
713-309-5962
vip4justice@gmail.com

 Gmail

Gloria Trevino <vip4justice@gmail.com>

**Brief - Gloria Trevino - PIA No. 0812-11-2022**
3 messages

**OGC Open Records** <ogcopenrecords@tdcj.texas.gov>                    Thu, Dec 1, 2022 at 2:43 PM
To: "vip4justice@gmail.com" <vip4justice@gmail.com>

Good Afternoon,

The Texas Department of Criminal Justice is submitting your request dated November 15, 2022 to the Office of the Attorney General for a ruling. Attached is a copy of our Request for Decision and comments as to why the information is excepted from public disclosure. We expect to receive a ruling from the Office of the Attorney General in approximately 45 days.

Below is the Basic Summary of the Incident:

On November 3, 2022, inmate Robert Trevino, assigned to the Montford Unit, was discovered to be unresponsive while in his bunk by Corrections Officer Grace Garza. CO Garza initiated ICS, requested additional staff and a supervisor to assist. Sgt Raul Saenz and medical staff responded. Chest compressions and lifesaving measures were begin by RN Bethany Armstrong. Local EMS was contacted, arrived, continued compressions and lifesaving measures, and transported inmate Trevino to University Medical Center.

University Medical Center received inmate Trevino at 12:28, and continued lifesaving efforts. Inmate Trevino passed at 12:48. Inmate Trevino's next of kin was notified and agreed to claim the body

Thank you,

Office of the General Counsel-TDCJ

P: (936) 437-6700

The information contained in this email and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email shall not be forwarded outside the Texas Department of Criminal Justice, Office of the General Counsel, without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

Brief - Gloria Trevino.pdf
317K



# Texas Department of Criminal Justice

# Emergency Action Center – Basic Releasable Information

**Offender Name/TDCJ #:**      Robert Trevino TDCJ #1306205

**Date/Time of Incident:**      November 03, 2022, at approximately 12:48 hours

**Location of Incident:**      Hospital/Clinic/Infirmary/Lab

**Injuries Sustained:**

**Known Disciplinary Action:**

**Basic Summary of Incident:**

Staff observed Inmate Trevino unresponsive in his cell and began life-saving measures. Unit medical arrived and resumed life-saving measures while 911 was called. EMS arrived, transported via EMS to University Medical Center, and was pronounced deceased by the attending physician. The preliminary cause of death is unknown. The next of kin (sister) was notified and will claim the body. The Office of Inspector General was notified.



December 12, 2022
Via Mail: First Class Mail
Via Email: vip4justice@gmail.com

Gloria Trevino
12526 Olympia Dr.
Houston, TX 77077

Dear Mrs. Trevino,

Enclosed is the final report for the autopsy examination performed on Robert Trevino. The autopsy examination was performed by a physician American board certified in forensic pathology.

Our examination is designed to analyze the cause and manner of death, the nature of disease and, the effects of treatment. The information provided may be important to your family and personal physicians in gaining a better understanding of the cause of death and medical conditions.

Please accept our sympathy for your loss. We want to thank you for allowing American Forensics to assist you and your family at this difficult time.

Please contact us if you have any questions.


Sincerely,


The Medical Staff at American Forensics

info@usaforensics.com



**American Forensics**

2452 US Highway 80E Mesquite, TX 75149
(214) 221-2700 • FAX (972) 692-6676 • usaforensics.com

**Case number:** 22-0808                 **Decedent:** Robert Trevino

**Age:** 76      **Gender:** Male    **Race:** Hispanic

**Authorization:** Sister of the deceased.

**Date and time of death:** 11/3/2022 at unknown time.

**Date and time of examination:** 11/7/2022 at 1330

**Forensic Pathologist:** Maneesha Pandey, MD

### Final Autopsy Report

I.   Second autopsy
II.  Acute pneumonia
    a.  Diffuse polymorphonuclear cell infiltration of the pulmonary parenchyma
III. Atherosclerotic cardiovascular disease:
    a.  Calcific lumen coronary arteries with stents in some segments
    b.  Moderate atherosclerosis aorta
IV.  Obesity 249 pounds
V.   History of seizures, per family
VI.  History of protruding hernia per family
VII.     No evidence of significant trauma within limitation of postmortem examination
VIII.    Blood collected for Genetics/Molecular Autopsy, if requested


**CAUSE OF DEATH:** Acute pneumonia

**CONTRIBUTORY CONDITIONS:** Atherosclerotic cardiovascular disease, obesity and history of seizures

**MANNER OF DEATH:** Natural


*Addendum 12/15/2022: Changed that the deceased had history of protruding hernia per family and not hernia repair surgery. No other changes were made to the report. MP*





ANAB
ANSI National Accreditation Board
ACCREDITED
FORENSIC INSPECTION AGENCY

Accredited by the National Association of Medical Examiners



# American Forensics

2452 US Highway 80E Mesquite, TX 75149
(214) 221-2700 • FAX (972) 692-6676 • usaforensics.com

**Case number:** 22-0808      **Decedent:** Robert Trevino

**Age:** 76     **Gender:** Male    **Race:** Hispanic

**Authorization:** Sister of the deceased.

**Date and time of death:** 11/3/2022 at unknown time.

**Date and time of examination:** 11/7/2022 at 1330

**Forensic Pathologist:** Maneesha Pandey, MD

## Final Autopsy Report

I. Second autopsy
II. Acute pneumonia
     a. Diffuse polymorphonuclear cell infiltration of the pulmonary parenchyma
III. Atherosclerotic cardiovascular disease:
     a. Calcific lumen coronary arteries with stents in some segments
     b. Moderate atherosclerosis aorta
IV. Obesity 249 pounds
V. History of seizures, per family
VI. History of hernia repair surgery, per family
VII.      No evidence of significant trauma within limitation of postmortem examination
VIII.      Blood collected for Genetics/Molecular Autopsy, if requested

**CAUSE OF DEATH:** Acute pneumonia

**CONTRIBUTORY CONDITIONS:** Atherosclerotic cardiovascular disease, obesity and history of seizures

**MANNER OF DEATH:** Natural




Accredited by the National Association of Medical Examiners          Page 1 of 5

AF22-0808
ROBERT TREVINO
Page **2** of **5**

## AUTHORIZATION
This autopsy is performed at the request of sister of the deceased. No restrictions are requested for this examination.

## ATTENDANCE:
In the performance of the usual and customary duties, autopsy assistant Daphne Hammett is present during the autopsy.

## CLOTHING AND PROPERTY:
Unclad and no property.

## IDENTIFICATION:
Body is identified by tags attached to the body bag. Photographs are taken. Fingerprints are taken when possible. An identification tag is on the body. The left ankle has multiple bracelets with one of them labeled as "TPF 22-250" and dated 11/4/2022.

## EXTERNAL EXAMINATION
The body is that of a well-developed, well-nourished, obese adult male, approximately 249 pounds and 65 inches, whose appearance is appropriate for the reported age. The body is cold to touch due to refrigeration.
Rigor mortis is absent. Livor mortis is red, posterior and does not blanch with pressure. The scalp has male pattern baldness and has short gray hair. The irides are blue and cloudy. The eyes are collapsed. The sclerae and conjunctivae are clear.
The nose and ears are not unusual. The mouth has natural teeth in adequate repair. The tongue appears unremarkable.
The deceased wears a mustache and beard.
The neck is unremarkable. The thorax is well-developed. The chest and abdomen have a previous Y shaped partially sutured autopsy procedure incision. The anus and back are unremarkable.
External genitalia are those of a normal adult male.
Fingernails are short , well-kept, and pale. Toenails are short and thickened.
The upper and lower extremities are well-developed and symmetrical.

## IDENTIFYING MARKS:
Posterior neck has a well healed 4-inch vertical scar. Other distinct marks are not readily visible.

## EVIDENCE OF MEDICAL INTERVENTION:
None.





AF22-0808
ROBERT TREVINO
Page 3 of 5

EVIDENCE OF INJURY:
The mid chest has abrasions likely due to cardiopulmonary resuscitation procedure.

INTERNAL EXAMINATION:
The body is status post previous autopsy. The thoracic, abdominal organs as well as the brain are all in a bag in the abdominal and chest cavity. The chest panniculus adiposis is 2.0 cm in maximum thickness. The abdominal panniculus adiposis is 5.0 cm in maximum thickness.
Two dark green irregular, hard stones are recovered from the bag, These measure up to 3.0 cm in maximum dimension.
The organs are previously dissected. Dissected and fragmented sections of organs are identified. These are photographed and weighed. Accurate evaluation of the organs is limited due to previous dissection.

Internal organ weights:
Heart: approximately 362 g
Right and left lungs: combined weight of both lungs approximately 1034 g
Liver: approximately 1420 g
Spleen: approximately 78 g
Right kidney: combined weight of both kidneys approximately 216 g
Brain: approximately 1034 g

CARDIOVASCULAR SYSTEM:
The heart is previously dissected. Segments of coronary arteries are identified. The coronary arteries have calcific lumen. One of the segments has a white metallic stent. The right ventricle wall thickness is 0.4 cm. The left ventricle thickness is 1.5 cm. Interventricular septum thickness is 1.5 cm. The myocardium is uniform red-brown and free of abnormal markings. The atrial and ventricular septae are intact. The aorta segment has moderately significant atherosclerosis. The vena cava is thin walled.

RESPIRATORY SYSTEM:
Accurate evaluation of the lungs is limited due to the previous dissection. The segment of tracheobronchial tree visible is patent, and the mucosal surfaces are intact with non-obstructive lumen. Pleural surfaces are translucent, smooth, and glistening. The pulmonary parenchyma is dark red-purple and exudes moderate to large amounts of blood and frothy fluid. Pulmonary arteries and veins are normally developed and patent.

DIGESTIVE/HEPATOBILIARY SYSTEM:
The segments of esophagus is lined by intact tan-white smooth mucosa. The gastro esophageal junction is not identified. The stomach is previously open, and the gastric mucosa is flattened by autolysis. The small and large intestines segments have fluid and semi formed yellow stool. The pancreas has white specks and has the usual tan lobulated appearance, and the ducts are clear.



Accredited by the National Association of Medical Examiners



ANAB
ANAB National Accreditation Board
A C C R E D I T E D

AF22-0808
ROBERT TREVINO
Page **4** of **5**

The liver is sectioned and has yellow brown, soft parenchyma. The gallbladder is not identified.

ENDOCRINE SYSTEM:
The thyroid gland is dark brown. The adrenal glands are surrounded with adipose tissue. They are previously sectioned.

GENITOURINARY SYSTEM:
The kidneys are received sectioned into multiple pieces. The segments are red brown and have areas of scarring. The cortices of sections of kidneys are indistinctly delineated from the red brown medullary pyramids. The calyces, pelvis and ureters are not distinctly visible. The urinary bladder is open and contains urine; the mucosa is gray-tan, and trabeculated.
The prostate is sectioned and appears unremarkable.

HEMATOPOIETIC SYSTEM:
The spleen is very soft, sectioned and has very soft red-purple parenchyma. The regional lymph nodes are not identified. The bone marrow (rib ends) is red-brown and homogeneous without focal abnormality.

MUSCULOSKELETAL SYSTEM:
The bony framework, supporting musculature and soft tissues are not unusual.

NECK:
Examination of the soft tissues of the neck, including strap muscles and large vessels, reveals no abnormalities. The hyoid bone and larynx are intact. Tongue is previously sectioned and appears unremarkable.

NERVOUS SYSTEM:
The brain is previously sectioned. It has unremarkable cut surface. No distinct masses, hemorrhage, or lesions are visible in the sections of brains examined.

TOXICOLOGY:
Postmortem specimens are collected and submitted to NMS Labs for analysis. The following table summarizes the results.

Positive Findings:

| Analyte | Result | Units | Matrix Source |
|---|---|---|---|
| Ethanol | 33 | mg/dL | 001 - Cavity Blood |
| Blood Alcohol Concentration (BAC) | 0.033 | g/100 mL | 001 - Cavity Blood |

MICROSCOPIC DESCRIPTION:





Accredited by the National Association of Medical Examiners

Pancreas:
Autolysis of pancreatic parenchyma.

Kidney:
Autolysis, congested vessels, focal global glomerulosclerosis, focal areas of
thyroidization of tubules and mononuclear cell infiltration.

Liver:
Centrilobular necrosis with periportal fibrosis, periportal mononuclear cell infiltration
and areas of bridging fibrosis.

Heart:
Myocyte hypertrophy, interstitial fibrosis and focal myocytolysis.

Lung:
Extravasated red blood cells, congested vessels, diffuse polymorphonuclear cell
infiltration and intra-alveolar edema.

MEDICAL RECORDS REVIEW:
The medical records were not available to review at the time of completion of the case.

GENETICS/MOLECULAR AUTOPSY:  In accordance with the standards of the
National Association of Medical Examiners (NAME), blood was collected at the time of
autopsy for genetic studies. No genetic analysis was requested at this time.

SPECIMEN RETENTION POLICY: Consistent with The National Association of
Medical Examiners' (NAME) Accreditation requirements and the College of American
Pathologists (CAP) recommendations, all wet stock tissue and toxicology specimens
collected at the time of autopsy will be retained for 1 year after the date of examination
unless otherwise requested in writing.

CONCLUSION: Based upon the autopsy findings and the history available to me, it is
my opinion at this time that Robert Trevino died as the result of acute pneumonia
contributed to by atherosclerotic cardiovascular disease, obesity and history of seizures.
The manner of death is Natural.

Signature: _____    Date: _____
12/10/2022

Maneesha Pandey, MD
Forensic Pathologist





Accredited by the National Association of Medical Examiners



# Texas Department of Criminal Justice

# Emergency Action Center – Basic Releasable Information

**Offender Name/TDCJ #:**  Robert Trevino TDCJ #1306205

**Date/Time of Incident:**  November 03, 2022, at approximately 12:48 hours

**Location of Incident:**  Hospital/Clinic/Infirmary/Lab

**Injuries Sustained:**

**Known Disciplinary Action:**

**Basic Summary of Incident:**

Staff observed inmate Trevino unresponsive in his cell and began life-saving measures. Unit medical arrived and resumed life-saving measures while 911 was called. EMS arrived, transported via EMS to University Medical Center, and was pronounced deceased by the attending physician. The preliminary cause of death is unknown. The next of kin (sister) was notified and will claim the body. The Office of Inspector General was notified.

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Dec 20 2022

**STATE OF TEXAS**  **CERTIFICATE OF DEATH**  **STATE FILE NUMBER** 142-22-228447

| 1. LEGAL NAME OF DECEASED (include AKA's, if any) (First, Middle, Last) | (Before Marriage) | 2. DATE OF DEATH – ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|
| ROBERTO RODRIGUEZ TREVINO | | NOVEMBER 3, 2022 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo. Days | IF UNDER 1 DAY Hours Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | JUNE 7, 1946 | 76 | | | LAREDO, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married  ☐ Widowed (But not remarried)  ☐ Divorced (but not remarried)  ☒ Never Married  ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 8602 PEACH AVE | | LUBBOCK |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| LUBBOCK | TEXAS | 79404-7777 | ☐ Yes  ☒ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| JOSE P TREVINO SR. | MARIA RODRIGUEZ |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

| IF DEATH OCCURRED IN A HOSPITAL: | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: |
|---|---|
| ☐ Inpatient  ☒ ER/Outpatient  ☐ DOA | ☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify) |

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| LUBBOCK | LUBBOCK, 79415 | UNIVERSITY MEDICAL CENTER |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISONS - LISA A LOPEZ | 262 FM 3478 # STE B, HUNTSVILLE, TX 77320 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. ☐ Unknown |
|---|---|---|
| ☒ Burial  ☐ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal from state  ☐ Mausoleum  ☐ Other (Specify) | KENNETH DOLLAR, BY ELECTRONIC SIGNATURE - 111851 | Section 1-C  Block 91  Lot  Space 3 |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| LAKEVIEW MEMORIAL CEMETERY | WAXAHACHIE, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| WAXAHACHIE FUNERAL HOME | 1201 WEST 287 BYPASS, WAXAHACHIE, TX 75165 |

**26. CERTIFIER (Check only one)**
☒ Certifying physician–To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

| 27. CERTIFIER (Printed Name) | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| COLEY BRYANT DUNCAN , BY ELECTRONIC SIGNATURE | DECEMBER 2, 2022 | Q0627 | 12:48 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| COLEY BRYANT DUNCAN 8602 PEACH, LUBBOCK, TX 79404-7605 | MD |

| 33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH. | Approximate interval Onset to death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ⟶  a. ASPIRATION PNEUMONIA | IMMEDIATE |
| Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST  b. | |
| Due to (or as a consequence of): | |
| c. | |
| Due to (or as a consequence of): | |
| d. | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1. | 34. WAS AN AUTOPSY PERFORMED?  ☒ Yes  ☐ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?  ☒ Yes  ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural  ☐ Accident  ☐ Suicide  ☐ Homicide  ☐ Pending Investigation  ☐ Could not be determined | ☐ Yes  ☒ No  ☐ Previously  ☐ Probably  ☐ Unknown | ☐ Not pregnant within past year  ☐ Pregnant at time of death  ☐ Not pregnant, but pregnant within 42 days of death  ☐ Not pregnant, but pregnant 43 days to one year before death  ☐ Unknown if pregnant within the past year | ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK?  ☐ Yes  ☐ No | 40d. PLACE OF INJURY (e.g., Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| 40e. LOCATION (Street and Number, City, State, Zip Code) | | | 40f. COUNTY OF INJURY |

| 41. DESCRIBE HOW INJURY OCCURRED |
|---|

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| | | *Tara Das* |

VS-112 REV 1/2006

JON

EDR NUMBER  000044445474476

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED   Dec 21 2022

*Tara Das*

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

WARNING The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.3(b))



CERTIFICATION OF VITAL RECORD

# ELLIS COUNTY
## THE OFFICE OF COUNTY CLERK



Exh. 6

STATE OF TEXAS        CERTIFICATE OF DEATH        STATE FILE NUMBER

| 1. LEGAL NAME OF DECEASED (include Aka's, if any) (First, Middle, Last) | | | | | (Maiden) | 2. DATE OF DEATH – ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|---|---|---|---|
| JUAN ANTONIO TREVINO | | | | | | OCTOBER 22, 2012 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo · Days | IF UNDER 1 DAY Hours · Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | JANUARY 8, 1948 | 64 | | | LAREDO, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married ☐ Widowed ☐ Divorced ☑ Never Married ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|---|
| 158 CHILDRESS RD. | | | WAXAHACHIE |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| ELLIS | TEXAS | 75165 | ☐ Yes ☑ No |

| 11. FATHER'S NAME | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| JOE P. TREVINO | MARIA RODRIGUEZ |

| 13. PLACE OF DEATH (CHECK ONLY ONE) | |
|---|---|
| IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☑ Decedent's Home ☐ Other (Specify) |

| 14. COUNTY OF DEATH | 15. CITY/TOWN, OR ZIP CODE (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| ELLIS | PRECINCT 1, 75165 | 158 CHILDRESS ROAD |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| OLGA DIXON – SISTER | 158 CHILDRESS ROAD, WAXAHACHIE, TX 75165 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. | ☐ Unknown |
|---|---|---|---|
| ☑ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify) | JAMES A MCKIBBIN ,BY ELECTRONIC SIGNATURE – 11506B | Section | |
| | | Block | |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) | Lot | TREVINO |
|---|---|---|---|
| LAKEVIEW CEMETERY | WAXAHACHIE, TX | | |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| BOZE-MITCHELL-MCKIBBIN FUNERAL HOME – WAXAHACHIE | 511 W. MAIN STREET, WAXAHACHIE, TX 75165 |

| 26. CERTIFIER (Check only one) |
|---|
| ☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated. |
| ☑ Medical Examiner/Justice of the Peace – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. |

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| JOHN A BOUSQUET III, BY ELECTRONIC SIGNATURE | OCTOBER 31, 2012 | G6017 | 06:38 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | | 32. TITLE OF CERTIFIER |
|---|---|---|
| JOHN A BOUSQUET III 108 SW MAIN ST, ENNIS, TX 75119 | | JMD |

33. PART 1. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. NON-HODGKINS LYMPHOMA | 9/2012 |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. ___ | |
| | Due to (or as a consequence of): | |
| | c. ___ | |
| | Due to (or as a consequence of): | |
| | d. ___ | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH  BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1. | 34. WAS AN AUTOPSY PERFORMED? |
|---|---|
| CIRRHOSIS OF THE LIVER; DIABETES MELLITUS | ☐ Yes ☐ No |
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☑ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☑ No ☐ Probably ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| | | ☐ Yes ☐ No | |

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| | |

| 41. DESCRIBE HOW INJURY OCCURRED |
|---|
| |

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 01625 | NOVEMBER 5, 2012 | REGISTRAR – ELLIS COUNTY CLERK, ELECTRONICALLY FILED |
| DCR NUMBER  03000121262 | | |

---

STATE OF TEXAS }
COUNTY OF ELLIS }

I hereby certify that this is a true and correct copy of the official vital record in the custody of the Ellis County Clerk.

DATE ISSUE: _____

Do not accept unless prepared on security paper displaying the Official Seal of Ellis County and the signature of the Ellis County Clerk or Deputy County Clerk.
NOT VALID IF PHOTOCOPIED.



*Cindy Polley*
Cindy Polley, County Clerk, Ellis County, Texas

By _____, deputy

11/11/22, 7:09 PM
obituary of robert r. trevino of waxahachie - Google Search

Google | obituary of robert r. trevino of waxahachie | ✕ 🎤 📷 🔍

🔍 All 📰 News 📚 Books 🖼 Images 🛒 Shopping ⋮ More          Tools

About 167,000 results (0.65 seconds)

https://law.justia.com › texas › tenth-court-of-appeals
**Roberto Rodriguez Trevino v. The State of Texas--Appeal from ...**
A jury convicted appellant, **Roberto Rodriguez Trevino**, of one count of aggravated ... Officer Wiggins is one of four investigators for the **Waxahachie** Police ...
You've visited this page many times. Last visit: 11/10/22

https://www.legacy.com › Texas › Ellis County ⋮
**Local Obits for Waxahachie, TX - Legacy.com**
2 days ago — Tyler R. O'Teter obituary, 1934-2021, **Waxahachie** TX ... **Robert** attended school in Avalon, Texas. ... Aidan Noel **Trevino**.

https://www.waxahachiefuneralhome.com › obits
**Recent Obituaries | Waxahachie Funeral Home**
Records 1 - 20 of 750 — **Roberto Rodriguez Trevino** went to be with our Lord on November 3, 2022, at the age of 76. He was born to Jose and Maria View full ...

https://waxahachiefuneralhome.com › ...
**Waxahachie Funeral Home : Waxahachie, Texas (TX)**
Home · Obituaries; Who We Are. Our Story · Our Staff · 1201 W HWY 287 BPY Waxahachie, TX 75165 · Our Calendar. Plan a Funeral.

🖼 Images for obituary of robert r. trevino of waxahachie ⋮

*Robert was convicted by an all-white Neo-Nazi jury to ensure a conviction & maximum life-sentence. No reasonable jury would have convicted Robert on Pinocchio Big Lies!*

View all

https://www.guardianfhcremation.com › obituary › rob...
**Obituary | Robert R. Trevino of Corpus Christi, Texas**
**Robert** was born to Adan **Trevino** and Anita Rodriguez **Trevino** on September 13, 1956 in Corpus Christi, Texas. **Robert** will always be remembered for his beautiful ...
Missing: **waxahachie** | Must include: **waxahachie**

https://www.dignitymemorial.com › obituaries › name
**Obituaries Search for Robert Trevino - Dignity Memorial**
See all obituaries for **Robert Trevino**. Get service details, leave condolence messages or send flowers or gifts.
Missing: **waxahachie** | Must include: **waxahachie**

https://www.yumpu.com › document › view › city-of-...
**City of Waxahachie Cemetery Listing - Yumpu**
Jul 9, 2015 — LAST FIRST BORN DIED ADDITION BLOCK LOT GRID SPACEAiken Henry / / / / OC
1 *Ainsworth Robert Noel 05/10/1908 02/06/1986 4 4 9 *Akin Anderson ...

https://www.echovita.com › funeral-homes › waxahachi... ⋮

*Have Justice immediately remove sham opinion based on stereotype discrimination, systematic injustice & Big Lies! Wiggins was the only so-called investigator involved in sham investigation to sham trial by rage & admitted under oath she didn't investigate professionally and was contrary to her training "Many Hugh Red Flags!" Also admitted her testimony may not be accurate because she was hospitalized with "Major Depression & Trauma & Psychosis!" And she was the State's most credible witness! Also admitted she never liked Robert and that was before he successfully campaigned for resignation of Chief of Police, Ted Garley, who was her lover. No mistrial was declared!*

*Gloria Trevino*

Feedback

11/11/22, 7:11 PM   Roberto Rodriguez Trevino v. The State of Texas--Appeal from 40th District Court of Ellis County :: 1997 :: Texas Court of Appeal...

Case 3:22-cv-01503-SRU   Document 68   Filed 08/18/23   Page 346 of 711

# Receive free daily summaries of new opinions from the Supreme Court of Texas.

# Roberto Rodriguez Trevino v. The State of Texas--Appeal from 40th District Court of Ellis County

IN THE

TENTH COURT OF APPEALS

No. 10-95-277-CR

No. 10-95-278-CR

No. 10-95-279-CR

No. 10-95-280-CR

No. 10-95-281-CR

ROBERTO RODRIGUEZ TREVINO,









Sign in to LinkedIn with Google    ✕

Gloria Trevino
vip4justice@gmail.com

Continue as Gloria

To create your account, Google will share your name, email address, and profile picture with LinkedIn. See LinkedIn's privacy policy and terms of service.

## Tim Stanley

CEO Justia

Mountain View, California, United States

3K followers · 500+ connections

Join to connect

 Justia

 Stanford University

 Websites

## About

Justia's mission is to make law and legal resources free for all.

Justia works on free law projects, collecting and distributing millions of documents to the Internet community. Justia provides free attorney-written daily case opinion summaries for all of the US Federal Appellate Courts, all of the top-level US State Courts, and all of the California Appellate Courts.

Justia also provides free business, consumer, and educational information and has started

# Boze-Mitchell Funeral Home
## 511 West Main Street
## Waxahachie, Texas 75165
### Ph 972-937-2211
### Fax 972-938-2228

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

July 7, 2000

Mr. Roger Thorpe
Texas Department of Criminal Justice
Fax# 936-437-8721

Dear Mr. Thorpe,

   We are requesting the release of Robert Rodriguez Trevino Inmate # 729766 who is located in the Michael Unit to attend the funeral services of his mother Maria Rodriguez Trevino. Mrs. Trevino passed away July 5, 2000 and her services are scheduled for 10:00 AM Saturday July 8, 2000 at the chapel of Boze-Mitchell Funeral Home in Waxahachie, Texas. The interment will follow in the Lakeview Memorial Park in Waxahachie. Any assistance you can give in the matter of his release will be appreciated.

Sincerely,

Charles W. Fulton
Funeral Director
Operations Manager

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077 - (713)309-5962

## July 7, 2013

**PRESS RELEASE:**              **CONTACT: Gloria Trevino**              **(713)309-5962**

## "MISSION NOT ACCOMPLISHED!"

**ROBERT R. TREVINO, American War Hero and Bronze Star, Purple Heart Recipient of Hispanic Descent was illegally blatantly denied emergency medical treatment and a competency examination by the VA in complicity with the Ellis County Judicial Offenders in spite of his induced suicidal and distorted state of mind after being illegally jailed and denied his medication for PTSD** . He was, likewise, illegally blatantly denied members of his peers in the All-white bias Jury in furtherance of the conviction and maximum life-sentence.  Robert was subjected to the **"Classic Kangaroo Court"** and shamefully **"RAILROADED"** in 1995 on groundless erroneous allegations by unreliable gang of Juvenile delinquents and orchestrated by lead investigator who had offered them immunity from prosecution on their felony crimes in exchange for bogus allegations against Robert.  The investigator was executing her vicious vendetta born of extreme racial hatred and political prejudiced against Robert for successful campaigning for the resignation of the Waxahachie Police Chief that was her boss and her lover.  To date, Robert remains illegally incarcerated, suffering from PTSD, schizophrenia due to concussion blast **"Traumatic Head Injuries"** and is paralyze from criminal neglect of his peripheral neuropathy of his upper/lower extremities and critical Ischemic Heart condition as a result of extensive exposure to Agent Orange during his two tours of duty in the Republic of Vietnam. Robert is at the end of his life and at **"Death's Door."**  The VA in complicity with the right wing white supremacist Judicial Offenders continues to blatantly deny Robert basic civil and human rights and the VA rights and benefits he honorably earned on the battlefield.  They blatantly refuses to even provide Trevino a letter in support of **"Emergency Medical Reprieve"** to further endanger his life, deprive him of his freedom so they don't have to take care of him.  Robert's sister, Gloria Trevino searches for Justice in the US Court of Federal Claims and has filed Injunction/Petition against the VA, US and Perpetrators of Homicide/Genocide in the Criminal Justice System and others to immediately transfer Robert to a private hospital in Houston, Texas in hope of saving his life.
**"Even infamous, notorious, mob-boss, "Scar-face," Al Capone was released from prison on humanitarian grounds!**



**"With Liberty and Justice for All"**

*In Loving Memory*





*Roberto Rodriguez Trevino*

*June 7, 1946 ~ November 3, 2022*

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## A Response from Congresswoman Lizzie Fletcher's Office
5 messages

**Fatimah El-Ibrahim** <Fatimah.El-Ibrahim-TX07@emanager.house.gov>    Fri, Oct 21, 2022 at 12:06 PM
Reply-To: Fatimah.El-Ibrahim-TX07@emanager.house.gov
To: "Ms. Gloria Trevino" <vip4justice@gmail.com>

------------- Please reply ABOVE this line -------------

| | | |
|---|---|---|
| LIZZIE FLETCHER<br>7TH DISTRICT, TEXAS<br><br>HOUSE COMMITTEE ON ENERGY AND<br>COMMERCE<br>SUBCOMMITTEE ON HEALTH<br>SUBCOMMITTEE ON COMMUNICATIONS AND<br>TECHNOLOGY<br>SUBCOMMITTEE ON CONSUMER PROTECTION<br>AND COMMERCE<br><br>HOUSE COMMITTEE ON SCIENCE,<br>SPACE, AND TECHNOLOGY<br>SUBCOMMITTEE ON ENVIRONMENT | CONGRESS OF THE UNITED STATES<br>HOUSE OF REPRESENTATIVES<br>WASHINGTON, D.C. 20515 | WASHINGTON OFFICE<br>119 CANNON HOUSE OFFICE BUILDING<br>WASHINGTON, DC 20515<br>(202) 225-2571<br><br>HOUSTON OFFICE<br>5599 SAN FELIPE ROAD, SUITE 950<br>HOUSTON, TX 77056<br>(713) 353-8680<br><br>FLETCHER.HOUSE.GOV |

October 21, 2022

Dear Ms. Trevino:

Thank you for contacting the office of Congresswoman Lizzie Fletcher. After reviewing your information, I wanted to let you know that this is not a matter with a federal agency. Unfortunately, as this is a legal case, our office cannot intervene. I encourage you to contact the Houston Volunteer Lawyers, they may be able to assist you in your case.

Houston Volunteer Lawyers
1111 Bagby, Suite FLB300
Houston, TX 77002
(713) 228-0735
info@hvlp.org
https://www.makejusticehappen.org/

*[handwritten] To Further endanger my life, Naturally Nobody Wants to help to fuel my anger & depression & psychological abuse & Murder. A.S.*

Although we cannot be of assistance to you in this matter, I am very glad that you thought of getting in touch with Congresswoman Fletcher's office. Please let us know if there is anything further we can assist with.

Cordially,



THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

718 S.W. 16th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

> *"No legacy is so rich as honesty".*
>     -Shakespeare, *All's Well that Ends Well*

---

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law
Texas Board of Legal Specialization



RYAN BROWN
BRUCE MOSELEY, OF COUNSEL



**BLACKBURN & BROWN, LLP**
LAWYERS

THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn

 casetext

Sign In    Get a Demo    Free Trial

Search all cases and statutes...                                   JX

**Opinion**    **Summaries**    **Case details**

Summaries of

# In re Dow

SUPREME COURT OF TEXAS

Jun 26, 2015

58 Tex. Sup. Ct. J. 1457 (Tex. 2015)

*His last warning*
*Dow had a history*
*of filing late, especially,*
*allowing execution of*
*Hispanic inmates.*

Noting that the Texas Court of Criminal Appeals held Dow in contempt for his untimely filings and barred him from practicing before that court for one year

Summary of this case from Murphy v. Collier

*Killing more inmates than*
*they are exonerating?*

Stating that "Without jurisdiction, we may not address the merits of the case"

Summary of this case from Pidgeon v. Turner

WIKIPEDIA
The Free Encyclopedia

# Charles M. Lieber

*(handwritten)* "Guilty of Espionage"
The Camouflage & Secrecy of Espionage! "Lets slop in Ha
For simply lying ~ Jay = Walking"

**Charles M. Lieber** (born 1959)[1] is an American chemist, a pioneer in nanoscience and nanotechnology, and a convicted felon. In 2011, Lieber was named the leading chemist in the world for the decade 2000–2010 by Thomson Reuters, based on the impact of his scientific publications.[2] He is known for his contributions to the synthesis, assembly and characterization of nanoscale materials and nanodevices, the application of nanoelectronic devices in biology, and as a mentor to numerous leaders in nanoscience.[3]

Lieber, a professor at Harvard University, has published over 400 papers in peer-reviewed journals and has edited and contributed to many books on nanoscience.[4] Until 2020 he was the chair of the Department of Chemistry and Chemical Biology and held a joint appointment in that department and the School of Engineering and Applied Sciences as the Joshua and Beth Friedman University Professor. He is the principal inventor on over fifty issued US patents and applications, and joined nanotechnology company Nanosys as a scientific co-founder in 2001 and Vista Therapeutics in 2007.[5] In 2012, Lieber was awarded the Wolf Prize in Chemistry in a special ceremony held at the Israeli Knesset.[6][7]

In December 2021, Lieber was convicted of six felonies, including two counts of making false statements to the FBI and investigators from the Department of Defense and National Institutes of Health regarding his participation in the Chinese government's Thousand Talents Program,[8][9] as well as four counts of filing false tax returns.[10][11] The US government began its investigation of Lieber as part of the China Initiative, a program established by the Department of Justice in 2018 to investigate academic espionage at American universities.[10][12]

Lieber has been on paid leave from Harvard since his arrest in 2020[13] as a result of his criminal charges and a lymphoma diagnosis.

## Early life, education, and career



| Charles M. Lieber | |
|---|---|
| Born | 1959 (age 63–64)[1] Philadelphia, Pennsylvania[1] |
| Nationality | American |
| Education | Franklin & Marshall College Stanford University |
| Known for | Nanomaterials synthesis and assembly Nanostructure characterization Nanoelectronics and nanophotonics Nanobioelectronics |
| Awards | Wolf Prize in Chemistry (2012) MRS Von Hippel Award (2016) |
| **Scientific career** | |
| Fields | Nanoscience and nanotechnology Chemistry Materials physics Neuroscience |
| Institutions | Harvard University Columbia University Wuhan University of Technology |

*Houston Chronicle   July 21, 2023*

# 3 mayoral hopefuls took banned donations

**By Yilun Cheng, Mike Morris and Caroline Ghisolfi**
STAFF WRITERS

Mayoral hopefuls state Sen. John Whitmire and U.S. Rep. Sheila Jackson Lee have accepted campaign donations from city contractors during prohibited periods, breaking a Houston ordinance designed to limit donors' influence at City Hall.

The law in question bars city vendors from donating to any candidate within 30 days after a contract award. In at least 11 instances, however, Houston's mayoral candidates accepted donations — totaling $38,000 — from representatives of these companies during black-out periods, according to their latest campaign finance reports and a log of contractors compiled by the city secretary.

Whitmire is involved in five of these cases, three of which concern contributions from Locke Lord, the law firm where he serves as counsel. Jackson Lee also received five such donations, and attorney Lee Kaplan received one. Most of the companies that made the contributions are long-term contractors, and some are frequent donors in local elections.

By law, if candidates have unknowingly violated the or-dinance, they have 10 days to return the money. The ordinance defines contractors as donors who are corporate officers and directors or those with a sufficient ownership stake in the business. Out of the 11 contributions, six — totaling $22,000 — had the donors' names explicitly listed in the city secretary's logs of prohibited individuals.

Whitmire's and Jackson

***Donations continues on A5***

---

**TONY BENNETT** 1926-2023

## Beloved singer carried torch for American standards

**By Bruce Weber**
NEW YORK TIMES

Tony Bennett, a singer whose melodic clarity, jazz-influenced phrasing, audience-embracing persona and warm, deceptively simple interpretations of musical standards helped spread the American songbook around the world and won him generations of fans, died Friday at his home of many decades in Manhattan. He was 96.

His publicist, Sylvia Weiner, announced his death.

Bennett learned he had Alzheimer's disease in 2016, his wife, Susan Benedetto, told AARP the Magazine in February 2021. But he continued to perform and record despite his illness; his last public performance was in August 2021, when he appeared with Lady Gaga at Radio City Music Hall in a show titled "One Last Time."

Bennett's career of more

***Bennett continues on A3***

**INSIDE**
Singer recalled as creator of own world. **A3**


Brett Coomer/Staff file photo
**Tony Bennett performs in 2001 at the Cynthia Woods Mitchell Pavilion in The Woodlands. He died Friday in New York at 96.**

Sharp on Thursday evening an... first obtained by the Texas Tri... bune.

The fallout from missteps i... McElroy's hiring has now caused two administrators t... step down from high-level posi... tions at A&M amid allegations o... outside interference at the tradi... tionally conservative school.

A&M officials initially cele... brated the decision to hire McEl... roy, a Third Ward native wh... has had a distinguished career a... the New York Times and direct... ed the University of Texas a... Austin's School of Journalism... At the time, Department of Com... munication and Journalism head Hart Blanton called McEl... roy a person who brings the "vi... sion and experiences" needed t... revive the journalism program... which went defunct in 2004.

While many in the journalism... industry supported the pick, a... article in the conservative-affili... ated "Texas Scorecard" labele... McElroy as a DEI "proponent.

Negotiations fell apart whe... the university watered down he... contract to a non-tenured, a... will position. McElroy told th... Tribune in a nationally circula... ed story that her hiring becam... mired in "hysteria" from inflt... ences who had concerns abo... her research on diversity an... equity, her diversity and equi... experience in newsrooms an... more generally her former e... ployment at the Times.

State institutions are in t... process of dismantling their ... versity, equity and inclusion,

***Texas A&M continues on A***

---

**TWITTER:** @HoustonChron   **INSTAGRAM:** HoustonChron
**LINKEDIN:** Houston-Chronicle   **FACEBOOK:** @HoustonChronicle

**HOUSTONCHRONICLE.COM:** VISIT NOW FOR BREAKING NEWS, CONSTANTLY UPDATED STORIES, SPORTS COVERAGE, PODCASTS AND A SEARCHABLE NEWS ARCHIVE.

6  37953 11111

# DONATIONS

## From page A1

Lee's campaigns acknowledged their mistakes and promised to refund the money. Kaplan's team said it is still reviewing the documents but would also give back any donation that violates the rules.

This marks the second time this week that the three campaigns have promised to return money they were not supposed to take. Before the latest revelations, they also admitted to receiving contributions that exceeded legal limits, with Jackson Lee expected to return at least $63,800 in excess donations.

The quest for Houston's top job got off to its earliest fundraising start in history, with top contenders already raking in millions by this time last year.

As the November election nears and the fundraising race intensifies, candidates' scramble for cash has not only led to blunders but also compromised ethics, said Brandon Rottinghaus, a political science professor at the University of Houston.

"The history of Houston has been chock full of conflicts of interest, and the laws put in place were designed to try to minimize some of those conflicts," Rottinghaus said. "These laws are pretty ironclad. They have been in existence for a while. So following these laws and making sure that everything is buttoned up properly is paramount right now to ensure public trust."

## Issue has hit many

Whitmire accepted a total of



Mark Mulligan/Staff file photo          Raquel Natalicchio/Staff file photo

**State Sen. John Whitmire and U.S. Rep. Sheila Jackson Lee, as well as attorney Lee Kaplan, got donations for their mayoral campaigns from city contractors during prohibited periods.**

ance of a conflict has been something that a lot of mayoral candidates and all mayors have grappled with," Rottinghaus said. "It has ripple effects across the city and worsens the public perception that businesses and developers — not the people — run the city."

Massey Villareal, president of technology firm Precision Task Group and a longtime donor to conservative politicians, illegally gave $5,000 to Whitmire's campaign. The company has earned at least $7.7 million for providing information technology services to Houston.

Representatives of FCM Engineers made a $5,000 donation to both Whitmire and Jackson Lee during the blackout periods.

The firm has seven past and ongoing city contracts for various infrastructure projects such as sewer systems and water treatment facilities. It has received at least $6.2 million since 2012.

Whitmire's spokesperson Sue Davis said the campaign's errors were partially a result of the challenge of navigating two sets of fundraising restrictions and adhering to both city and

comments.

### 'They should know better'

Longtime political consultant Nancy Sims said that while candidates should regularly check the city secretary's contractor list, companies are also responsible for monitoring their blackout periods. Many of these firms' political insider status makes their infractions of ethics rules even less forgivable.

"You shouldn't have contributions going to anyone that may be governing when your contract is up for review. The burden should be on the contractor to alert the candidates," said Sims, now a lecturer at the University of Houston's political science department. "These are experienced contractors that do lots of business with the city. They should know better."

Of the $21,000 in problematic contributions to Jackson Lee's campaign, $10,000 came from Baker Wotring, a firm specializing in commercial litigation and environmental law, which has made $8.6 million from city contracts since 2015.

Two attorneys from Baker Wotring contributed to Jackson

2011. Another such contribution came from an employee of Reytec Construction, a company that has secured over a dozen city contracts and earned over $200 million in the last 20 years.

Baker Wotring and Lane-Staffing have not responded to requests for comments.

James Sonneman, Jackson Lee's campaign manager, said the recent errors were staff-driven and would be rectified with refunds and the implementation of robust safeguards against future mistakes.

"As has been reported, it is clear other campaigns are currently going through the same situation," Sonneman said. "Clearly we believe, one, it is important to be transparent, and, two, it is important to abide by the law. This campaign will do both."

Kaplan received one $500 donation from a lawyer at Locke Lord during the prohibited periods. His campaign manager, Jennie Johnson, said she was personally not aware of the city ordinance in question and that the team did not have a rigorous process to check for problematic donations but will look to improve its process.

"Now that I know that this is a real thing, it's something we're absolutely going to do moving forward," she said.

> "These contribution ordinances at the city of Houston need revisions. But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."
>
> **Nancy Sims, longtime political consultant**

year's crowded mayor's race. Aside from the recent report of donors' exceeding contribution limits, debates persist regarding how much of Whitmire's $10 million war chest can be legally transferred to his city account.

"There's no enforcement mechanism to impose penalty. They're just going to say, 'Oh, we didn't know. We're going to refund it,'" Sims said. "Whether it's somebody having overdonated, or it's a question of how much money can be transferred from other accounts, or the contractor payments, there's no enforcement mechanism to make all of these rules stick."

"In any case, these contribution ordinances at the city of Houston need revisions," she continued. "But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."

Chris Bell, a former Houston City Council member, agreed with Sims that the city's ethics laws need strengthening. As the former Ethics Committee chair, Bell drove a series of ethics reforms about two decades ago, including preventing those who raise money independently of a campaign — so-called soft money — from coordinat-

tions, they also admitted to receiving contributions that exceeded legal limits, with Jackson Lee expected to return at least $63,800 in excess donations.

The quest for Houston's top job got off to its earliest fundraising start in history, with top contenders already raking in millions by this time last year.

As the November election nears and the fundraising race intensifies, candidates' scramble for cash has not only led to blunders but also compromised ethics, said Brandon Rottinghaus, a political science professor at the University of Houston.

"The history of Houston has been chock full of conflicts of interest, and the laws put in place were designed to try to minimize some of those conflicts," Rottinghaus said. "These laws are pretty ironclad. They have been in existence for a while. So following these laws and making sure that everything is buttoned up properly is paramount right now to ensure public trust."

## Issue has hit many

Whitmire accepted a total of $21,500 from donors linked with city vendors during the prohibited periods. Of this, $5,600 came from three donations by representatives of Locke Lord, which is currently executing a two-year, $757,000 lobbying services contract for the mayor's office.

Violating ethics rules is already alarming on its own, Rottinghaus said, and Whitmire's personal tie with the law firm has only amplified the concerns surrounding these donations.

"This conflict or the appear-

ance of a conflict has been something that a lot of mayoral candidates and all mayors have grappled with," Rottinghaus said. "It has ripple effects across the city and worsens the public perception that businesses and developers — not the people — run the city."

Massey Villareal, president of technology firm Precision Task Group and a longtime donor to conservative politicians, illegally gave $5,000 to Whitmire's campaign. The company has earned at least $7.7 million for providing information technology services to Houston.

Representatives of FCM Engineers made a $5,000 donation to both Whitmire and Jackson Lee during the blackout periods.

The firm has seven past and ongoing city contracts for various infrastructure projects such as sewer systems and water treatment facilities. It has received at least $6.2 million since 2012.

Whitmire's spokesperson Sue Davis said the campaign's errors were partially a result of the challenge of navigating two sets of fundraising restrictions and adhering to both city and state laws.

"The Whitmire campaign has made every effort to be transparent and report all contributions and expenditures. An error was obviously made," Davis said. "Any mistakes that were made will be corrected within the allowable period, and refunds will be sent."

Robert Miller, chair of Locke Lord's public law section, who was among the three donors, declined to comment on the infractions. Precision Task Group and FCM Engineers did not respond to requests for

comments.

## 'They should know better'

Longtime political consultant Nancy Sims said that while candidates should regularly check the city secretary's contractor list, companies are also responsible for monitoring their blackout periods. Many of these firms' political insider status makes their infractions of ethics rules even less forgivable.

"You shouldn't have contributions going to anyone that may be governing when your contract is up for review. The burden should be on the contractor to alert the candidates," said Sims, now a lecturer at the University of Houston's political science department. "These are experienced contractors that do lots of business with the city. They should know better."

Of the $21,000 in problematic contributions to Jackson Lee's campaign, $10,000 came from Baker Wotring, a firm specializing in commercial litigation and environmental law, which has made $8.6 million from city contracts since 2015.

Two attorneys from Baker Wotring contributed to Jackson Lee's campaign. One of them, Earnest Wotring, was appointed as a trustee on the Houston Firefighters Relief and Retirement Board by Mayor Sylvester Turner. The other, Debra Tsuchiyama Baker, was part of Turner's transition committee and traveled with him to Japan last October as a city delegate.

Moreover, Jackson Lee's campaign accepted an illegal donation from Carla Lane, founder of staffing firm Lane-Staffing, a company that has received $14.9 million in payments from city contracts since

$200 million in the last 20 years.

Baker Wotring and Lane-Staffing have not responded to requests for comments.

James Sonneman, Jackson Lee's campaign manager, said the recent errors were staff-driven and would be rectified with refunds and the implementation of robust safeguards against future mistakes.

"As has been reported, it is clear other campaigns are currently going through the same situation," Sonneman said. "Clearly we believe, one, it is important to be transparent, and, two, it is important to abide by the law. This campaign will do both."

Kaplan received one $500 donation from a lawyer at Locke Lord during the prohibited periods. His campaign manager, Jennie Johnson, said she was personally not aware of the city ordinance in question and that the team did not have a rigorous process to check for problematic donations but will look to improve its process.

"Now that I know that this is a real thing, it's something we're absolutely going to do moving forward," Johnson said. "Your inquiry has alerted me to the fact that we need to have a strong process to look for these contributions."

## Lack of enforcement

While these fundraising rules are a crucial safeguard against potential conflicts of interest, the lack of an enforcement mechanism has largely removed incentives for candidates and businesses to adhere to them, Sims said.

This isn't the first time controversies over potential rule breaches have surfaced in this

ing how much of Whitmire's $10 million war chest can be legally transferred to his city account.

"There's no enforcement mechanism to impose penalty. They're just going to say, 'Oh, we didn't know. We're going to refund it,'" Sims said. "Whether it's somebody having overdonated, or it's a question of how much money can be transferred from other accounts, or the contractor payments, there's no enforcement mechanism to make all of these rules stick."

"In any case, these contribution ordinances at the city of Houston need revisions," she continued. "But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."

Chris Bell, a former Houston City Council member, agreed with Sims that the city's ethics laws need strengthening. As the former Ethics Committee chair, Bell drove a series of ethics reforms about two decades ago, including preventing those who raise money independently of a campaign — so-called soft money — from coordinating with the candidate.

As campaigns grow pricier and fundraising competition heats up, Bell said he sees an increased risk of ethical boundaries being overstepped.

"You really have to avoid a 'pay to play' system. If you're not careful, that's what you'll end up with, where only the people who are in a position to give large sums of money are able to get anything done," he said. "You have to have enough rules on the books so it doesn't get completely out of control."

*Dylan McGuinness contributed to this report.*

7/2/22, 11:47 AM
Sterling McCall Ford | Better Business Bureau® Profile



# Better Business Bureau®

Home > Texas > Houston > New Car Dealers > Sterling McCall Ford
 Share  Print

 Business Profile

# Business Profile
## Sterling McCall Ford

Not BBB
Accredited

 6445 Southwest Fwy
Houston, TX 77074-
2205

 http://www.sterlingm
ccallford.com

📞 (281) 588-5000

## Contact Information

 6445 Southwest Fwy
Houston, TX 77074-2205

 http://www.sterlingmccallford.com

 (281) 588-5000

## BBB Rating & Accreditation

F

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 11

12/24/22, 4:06 PM
Mother suing officers in 2014 death of Montford inmate


LUBBOCK AVALANCHE-JOURNAL

LOCAL

# Mother suing officers in 2014 death of Montford inmate

**Sarah Rafique**
Published 5:34 p.m. CT May 21, 2016

Marsele Thompson was 27 years old when correctional officers found the inmate unresponsive in the psychiatric cell block of a Lubbock state jail.

An autopsy said Thompson, who was serving a 25-year sentence for aggravated robbery with a deadly weapon, died of natural causes due to restricted blood supply to his small bowel and "clinical features of dehydration." But, his mother has filed a $3 million civil lawsuit, claiming faster access to medical care could have prevented his Jan. 25, 2014, death at the Texas Department of Criminal Justice's Montford Psychiatric Unit.

The lawsuit stems from an internal investigation that found employees violated procedures and also prompted the Montford Unit to implement new guidelines regarding its water restriction policy.

Thompson's mother, Misha Thompson, filed the multimillion-dollar lawsuit against five TDCJ employees on Jan. 22, 2016, but claims against a sixth employee, Cami Benschoter, were dismissed without prejudice by Senior U.S. District Judge Sam R. Cummings on Tuesday because Benschoter was never located or served with notice of the lawsuit.

The civil suit claims prison guards violated her son's Eighth and 14 Amendment rights by acting "with an evil motive or intent or with reckless or callous indifference."

TDCJ employees Mario Campos, James Caughran, Donald Coleman, Robert Creager and Norma Perez - who were on duty the day Thompson died - filed a motion May 9, proposing the judge dismiss the claims against them. Benschoter and Coleman are no longer employees at TDCJ, according to its spokesman, Jason Clark.

Investigation documents released to A-J Media show those officers broke multiple TDCJ rules and policies the day Thompson died. Despite their violations, an Administrative Incident Review says "the investigation identified several performance shortfalls of the

assigned staff, however, none of these shortfalls appear to be linked directly to the death of (Thompson)."

TDCJ's correctional officers are required to conduct rounds every 15 minutes for inmates like Thompson, a psychiatric patient who had been diagnosed with schizophrenia. But, Benschoter failed to conduct and document 15-minute physical checks of Thompson; Caughran made security rounds every 30 to 40 minutes, instead of the mandatory 15 minutes; Perez documented row checks early and Coleman failed to conduct any security checks of his assigned row, according to investigation documents obtained by A-J Media.

Benschoter also falsified records by documenting "behavioral refusal" of a meal by Thompson, when he was actually discovered unresponsive. And, Caughran and Coleman also failed to ensure they were "counting a living, breathing offender," when conducting checks.

"They both assumed he was breathing due to him having a history of just sitting or lying in one spot for long periods of time," according to an investigation summary emailed to the unit's senior warden, Robert Stevens, on Jan. 31, 2014.

Benschoter, Caughran, Perez, Coleman and Campos received a cumulative total of 54 months of probation and four days of suspension for violating state jail rules on the day Thompson died, an investigation report states. Sgt. Robert Creager also received a letter of instruction for failing "to ensure officers were within policy as they worked on the pod."

### Dying behind bars

When he died, Thompson was about seven years into his 25-year sentence for an aggravated robbery with a deadly weapon out of Travis County.

In a written statement six days after Thompson's death, Caughran said he looked into Thompson's cell at 12:30 p.m. Jan. 25, 2014, and "didn't notice anything unusual that would really make me think anything would be wrong."

About 2½ hours later, Campos was banging on the door of Thompson's cell after noticing the inmate didn't appear to be breathing.

He was sitting on a blanket, which was partially wrapped around his lower torso, according to an administrative review obtained by A-J Media. His left arm was resting on the edge of the bunk and his left leg was propped up toward his chest. He was naked; his eyes unblinking.

After several attempts at CPR, and moving Thompson's body to the infirmary, crews were advised that shock should not be given until the unit provider was contacted.

An ambulance arrived at the facility 21 minutes later and a paramedic with Lubbock Aid Ambulance Service called a doctor at University Medical Center to tell him about Thompson's condition. The doctor pronounced Thompson dead via telephone at 3:44 p.m. Thompson was 5-foot-9 and a scant 121 pounds when he died, according to a Tarrant County autopsy report. He had lost about 40 pounds since he first arrived at TDCJ in 2007.

Minutes earlier, at Thompson's cell, a nurse documented his skin was cold to the touch, his body was stiff and he did not have a pulse.

Generally, a body is stiff and warm at two hours and becomes stiff and cool between four and six hours, A-J Media previously reported.

Thompson's mother questions if his death would have occurred if proper 15-minute checks had been taking place.

On Dec. 6, 2013, Thompson was found sitting naked with his hands and feet in the toilet, "playing with the water," according to documentary evidence included in interoffice communications. Both of his blankets were also found soaked in water. Thompson, who had a history of hypothermia, was placed on water restriction and was moved to a seclusion cell to remove him from a water source and keep him as dry as possible. While under the restriction, "water was scheduled to be turned on for five minutes every hour to allow (Thompson) to drink and the toilet to be flushed," the interoffice communications state.

While he was in seclusion, staff offered Thompson restroom and water breaks every two hours, but he "refused water and restroom breaks a majority of the time," according to a motion filed by the three officers on May 9.

Although a review of clinical notes documents Thompson being moved to seclusion and water restriction going into effect, it does not document when the restriction was removed.

A motion filed May 9 by the officers shows he was removed from the seclusion cell on Dec. 16, 2013, and was not under a water restriction when he died.

An internal investigation - which focused on the correctional officers' activities and the type and frequency of their interactions with Thompson prior to discovering him unresponsive - identified a potential problem with unit policy regarding water restriction, including how, when and by whose authority an inmate's access to water can be restricted, according to

official documents obtained by A-J Media. As a result, there were revisions to the Montford Unit supplemental post order for pod officers, including immediate notification of the duty warden any time an inmate's water needs to be restricted for behavioral issues.

Additionally, imposed water restrictions started being reviewed by the duty warden every 24 hours to determine if restrictions need to continue. There was also a new water/fluid restriction form implemented "to ensure that all restrictions are documented and placed in the offender's electronic medical record."

Thompson's lawyer, Charles Dunn, said Misha Thompson did not want to comment on the case.

TDCJ does not comment on pending litigation.

sarah.rafique@lubbockonline.com • 766-2159

Follow Sarah on Twitter @SarahRafique

## LatinoJustice Uncovers and Reports Pandemic Profiteering and Fraud by a Private Prison Company
### MTC Was Paid Millions for Work that it Never Performed

**Austin, Texas** - A two-year investigation  (https://www.latinojustice.org/sites/default/files/2022-11/2022-11-20%20Cover%20Letter.pdf)by LatinoJustice PRLDEF has uncovered a pandemic profiteering scheme that has cost Texas taxpayers at least $2 million, run by Management and Training Company (MTC), a private prison company with a long history of fraud, waste, and abuse.

For years, MTC has provided substance abuse treatment programs to people incarcerated by the Texas Department of Criminal Justice (TDCJ). But since early 2020, MTC stopped providing this treatment, and created fraudulent paperwork that it used to bill TDCJ for work it never performed. As a result, people in need of counseling and treatment did not receive it, even as taxpayers provided millions to MTC.

Over the course of two years, LatinoJustice has conducted dozens of interviews and reviewed thousands of pages of documents obtained under the Texas Public Information Act. This investigation showed that, using COVID as a pretext, MTC denied services in order to cut costs, but continued to bill TDCJ as though it had been providing services in full.

Under seventeen separate contracts, TDCJ pays MTC over $100 million per year to provide programming in TDCJ units. By law and contract, MTC must provide group therapy, individual sessions with counselors, and other treatments designed to help those struggling with addiction stay sober upon their release from custody.

When COVID-19 struck TDCJ, MTC sensed an opportunity. Under the guise of COVID restrictions, MTC stopped providing therapeutic treatment that involved MTC counselors or employees. Individuals were given paper worksheets that took ten minutes to fill out, and then threatened with longer jail time if they didn't fill out fraudulent timesheets claiming they had received four hours of treatment.

"If the parole board thinks that someone should be in a drug treatment program, they should send that person to get treatment in the community," LatinoJustice Senior Counsel Andrew Case said. "Outsourcing this important work to MTC is a recipe for fraud, and it's no surprise that MTC took advantage of pandemic conditions to steal from Texas taxpayers."



Téléfax:        (41-22) 917 0111
Télégrammes:    UNATIONS, GENEVE
Télex:          41 29 62
Téléphone:      (41-22) 917 3377/917 4344/917 1347

Palais des Nations
CH 1211 Genève 10

Références :  G/SO 215/1 USA 1111

31 March 1998

Your communication
dated 18 February 1998

United State Court
Southern District of Texas
FILED

JUL 2 0 2000 **BT**

Michael N. Milby, Clerk

Dear Mrs. Trevino,

This is to acknowledge the receipt of your communication referred to above.

In accordance with a procedure set out in the enclosed resolutions, a copy of your communication will be sent to the authorities of the country concerned and a summary of it will be confidentially submitted to the Commission on Human Rights and the Sub-Commission on Prevention of Discrimination and Protection of Minorities.

Yours sincerely,

Helga Klein
Chief a.i., Support Services Branch

Mrs. Gloria Trevino
2404 Harmon Rd.
Silver Spring
Maryland 20902
Etats-Unis d'Amérique

# Legal News

VOL. 9  No. 6

ISSN 1075-7678

*Working to Extend Democracy to All*

June 199

Price: S5.0

## Mis-Managed Health Care in Texas Prisons

In 1993, Texas state prisons over-flowed with 70,000 prisoners. But the state was nearing completion of a $1.5 billion prison construction program that would more than double the number of state prisons. State Comptroller Joan Sharp appreciated that few Texans knew the $1.5 billion prison construction price tag would be covered by annual operating costs.

Prison health care was of particular concern to Sharp. For the previous half-decade, those costs had risen at a rate of 6 percent annually. The solution, according to a three-page recommendation...

tion tucked onto a massive 1993 state prison audit released by Sharp: managed health care.

Later that year, the Texas Legislature passed a bill that wrenched control of prison health care away from the Texas Department of Criminal Justice (TDCJ) and gave the responsibility for most of the medical care of the state's prisoners to the University of Texas Medical Branch at Galveston and the Texas Tech Health Sciences Center in Lubbock.

The bill passed with little debate and almost no opposition. After all, plenty of people in the free world hate their HMOs. What state Texas politician would deprive prisoners a taste of managed care, especially when the plan promised to save tax dollars?

So in September 1994, UTMB and Texas Tech assumed control over more than 3,000 prison medical workers and a budget of $270 million. About 80 percent of the managed care would be handled by UTMB, located in southeast Texas, where the vast majority of state prisons are situated. Texas Tech would cover the remaining 20 percent of the prisons located in north and west Texas. Both promised to cut costs and improve care for a prison population that has since mushroomed to approximately 140,000.

After three years of managed care, the savings, according to prison HMO officials, are impressive. So far they say, the state has saved some $125 million as the cost-per-prisoner has dropped from $932 a month (the prison HMO was paid in its first contract to the approximately $160/month it's currently paid). The

prison system paid a set contract fee of $153 million for managed care in 199?

But a state audit released in January 1998, highlights some deeply troubling systemic deficiencies beneath the rosy glow of efficiency and cost savings. Among the issues underscored by the audit:

* Last year, the two medical schools realized a $15 million profit from the contract; the audit cites this as an indication that the contract is too generous.

* The level of care was described as "improper" in 16 of 24 deaths at one prison unit. The prison, undoubtedly the Mark Stiles Unit, was mentioned in the audit. But in 1996 the TDCJ ordered a "mortality review" of 24 deaths at the Stiles Unit (where UTMB has concentrated prisoners identified as HIV+) and found that 16 of the 24 cases had been handled improperly. The TDCJ review called for disciplinary action against Stiles Unit doctors. But UTMB's medical director for the prison HMO, Jason Calhoun, overruled the TDCJ task force recommendations and no action was taken. Calhoun said the TDCJ task force had "no business" telling UTMB how to manage HIV care.

* A review of medical personnel showed that eight prison doctors and three nurses are under licensing restrictions by the state's medical boards for problems ranging from sexually molesting patients to botched abortions to drug and alcohol abuse. The audit showed that both incarcerees failed to check references, graduation records and residency program completions for their doctors and nurses.

## INSIDE

| Editorial | 4 |
|---|---|
| Book Reviews | 4 |
| Pro Se Tips & Tactics | 6 |
| NY Prisoner Awarded $55k | 8 |
| BOP Sexize Sex Abuse for $500k | 9 |
| WA County Accused of Cover-up | 11 |
| PLRA News | 12 |
| Sexual Harassment Award in CA | 13 |
| SF Jails Held Unconstitutional | 13 |
| MI Parole Amend. Constitutional | 19 |
| Race Regs. for MAR Struck Down | 21 |
| News in Brief | 22 |
| Vigilante Autice. Requests Time | 23 |

**PUBLISHER**
Rollin Wright

**EDITORS**
Legal Paul Wright
News Dan Pens

**CIRCULATION**
Fred Markham

**LAYOUT/DTP**
Matthew Esget

**QUARTERLY COLUMNISTS**
John Midgley
Laura Whitehorn
Mumia Abu Jamal

**CALIFORNIA CORRESPONDENT**
Willie Wisely

**CONTRIBUTING WRITERS**
Alex Friedmann, Adrian Lomax,
Julia Lutsky, James Quigley
& O'Neil Stough

**Subscriptions**

If you have not made a donation of stamps or money to PLN, that would do so now...

# Health Care (Continued)

* Some $668,000 was paid to 60 UTMB prison HMO doctors last year as bonuses, despite strong protest from the TDCJ that such payments provide an incentive for prison doctors to deny care to prisoners.

Another audit, this one conducted by the TDCJ Health Services Division in 1997, summarized the five most frequently found problems in the prisons it audited. Of the 58 prisons whose records were reviewed, 41 failed to follow up on a program of flu immunizations for prisoners at high risk; 42 failed to adequately account for emergency room procedures; 44 could not properly document that they had counseled prisoners in need of therapeutic diets; and 49 could not show that they had offered vaccines to prisoners at risk for pneumonia, which would include the elderly, the chronically ill and those with HIV.

But the most troubling statistic was that 48 of the 58 prisons missed an audit question concerning their documentation for access to care. In other words, prison HMO workers were saying that they had provided care — but they didn't have the paperwork to prove it.

However, such problems haven't hurt the accreditation rating of Texas prisons. Prisons that are not in compliance with state accreditation standards frequently have been given extensions to get into compliance by Dr. Michael Warren, who until recently was the medical director of the TDCJ Health Services Division on a part-time basis.

Despite problems cited by TDCJ auditors, Warren rarely criticized UTMB's managed care — in part perhaps because he was spending most of his time employed by UTMB as his chief of urology.

When the Houston Press asked TDCJ director Wayne Scott how Warren could manage such an obvious conflict of interest, Scott replied that "Dr. Warren is here at our request, not anybody else's, as part-time medical director, Mike Warren is a guy, we believe, that can separate those two responsibilities."

But two days after talking to the Press about Warren, Scott fired the doctor, and sent a secretary to Galveston to

And Dr. Warren's double duty is the only easy deal or questionable practice uncovered by Press reporters. Probably the most glaring question is not around who provides medical care, but who is overseeing it.

Instead of having the two medical schools contract directly with the prison system, the 1993 legislation created a new and separate entity, the Correctional Managed Health Care Advisory Committee (CMHCAC), to supervise prison health care. Despite its name, the CMHCAC seems to be nothing "advisory" about CMHCAC. Indeed, in some legislative documents it's described as the "Board of Directors" that supervises the HMO contract. The board consists of two representatives each from UTMB and Texas Tech and two representatives from TDCJ, one of whom must be a full-time medical doctor. In other words, the prison HMO contract is overseen by the vendors themselves, who outnumber their client four to two.

The January 1998 audit stated such a governing board "may no longer be critical to the continuation of the managed care system" and suggested that the universities contract directly with the prison system. Such a change, however, would require legislative action, because the CMHCAC is a creature sired by the 1993 Texas Legislature.

Allan Polunsky, chairman of the Texas Board of Criminal Justice (which has oversight of the TDCJ), has even stronger words about the structure of the CMHCAC, declaring it "fundamentally wrong. The committee lacks accountability; it lacks accountability to the Legislature and to the TDCJ and ultimately to the taxpayers. It is the classic case of the tail wagging the dog. It makes no sense at all, but is the result of lobbying and politics."

But if the CMHCAC were to make sense to anybody through, it would be two former TDCJ directors, James Riley and James Lynaugh.

In theory, the CMHCAC is supposed to be a supervisory agency that plans and monitors health care. But in reality, the actual day-to-day work of planning, providing care, hiring employees and so forth is done by the two medical schools. Nevertheless, the CMHCAC has its own five-person office located...

This office is headed by Riley and Lynaugh, neither of whom has extensive medical experience. As executive director, Riley makes $118,400 a year; Lynaugh pulls down $106,302 annually as chief financial officer. They supervise one assistant director and two administrative associates.

So about a million dollars a year from the prison health care contract goes directly to this five-person department, and no one seems to be able to explain just what the state gets in return.

According to Michael Berryhill, reporting for the *Houston Press*, James Lynaugh is a financial expert who worked closely with Lt. Governor Bob Bullock when Bullock was state Comptroller. Although Lynaugh had no prison experience, he was installed as director of TDC in 1987 when then-governor Bill Clements was pouring money into the budget to build more prisons. Lynaugh fell out of favor with the TDC board during Ann Richards's governorship, and resigned in the fall of 1993.

The board was divided about who to choose for its next director, and pressed James Riley, a former military prison warden who had been working in health care for the TDCJ, to serve as interim director. Riley told the board he didn't want the job permanently but he took it for several months until [the recently indicted] Andy Collins of Vinelco fame was selected.

One reason Riley may not have wanted the high-pressure job of director was that he was busy setting himself up as bag-man for the fabulously lucrative prison HMO contract. Buried in the back of state Comptroller John Sharp's massive 1993 audit of the prison system was the three-page recommendation to create the managed health care system Texas has today. Included in the recommendation was the creation of not just a board of officials from the medical schools and TDCJ, but also a "managed care administrative position," which eventually resulted in six-figure jobs for Lynaugh and Riley.

When asked how the prison HMO's unique organizational structure was created, Riley would only say that it was the decision of the Comptroller and the will of the Legislature. But the specific recommendations were drafted by someone, and Riley's name appears in the footnotes of Sharp's report as assistant director for [illegible] services.

Most observers believe that Riley and Lynaugh masterminded the creation of the CMHCAC with the politically connected Lynaugh as the brains of the operation — which might explain why he makes $18,000 more a year than Riley, the man he reports to. In the words of Texas prisoners, it looks like Riley and Lynaugh have cut themselves a fat hog.

But if the state has saved $125 million on prison health care costs, and the medical schools who run the prison managed care system are pulling down $25 million a year in profits, isn't that a win-win situation? Why should anybody complain?

Texas prisoners are the clear losers, and they have plenty of reasons to complain. Horror stories abound of prisoners routinely and systemically denied care. As former TDC health commissioner Jim Cook says, "When UTMB took over, the approach was typical of managed care: Cut costs, cut care."

Part of the HMO's problem, according to Cook, is that UTMB has eliminated important clinical positions and consolidated nursing and administrative positions. The result is both inadequate care and inadequate documentation. He describes one of many instances where this combination proved deadly.

"I had an inmate shipped from the Hodge Unit in Rusk, which houses mentally retarded inmates," Cook says. "He was a brittle diabetic and had bad teeth, and we sent him to Galveston to have his teeth extracted. UTMB put him on a chain bus to Estelle Unit for a layover before returning him to Hodge. No one read the orders on him. He didn't get insulin for six days, and he died."

So the bottom line is this: (mis)managed care isn't a "win-win" situation, it's a "win-win-lose" situation, with prisoners — some of them literally dying for medical attention — clearly on the short end of a very lucrative stick. And what is the Texas Legislature doing to turn things around?

During the last legislative session, state Representative Todd Staples of Palestine introduced a bill to change the board structure of TDCJ's managed care system. His bill would have replaced the vendor-dominated board with a board of outsiders. But the prison HMO's highly-paid bagmen, Riley and Lynaugh, spent a good deal of time in Austin fighting the bill, and it died in committee.

And to add insult to injury, the legislature [illegible] a bill [illegible].

charge Texas prisoners a $3 medical co-pay for every medical visit.

So Riley and Lynaugh still have the fat hog. And Texas prisoners — none of whom are paid for their labor, all of whom are forcibly compelled to work, and [illegible] percent of whom are indigent — have the indignity of being forced to pay for medical care heaped upon the insult of, in many cases, literally dying for lack of adequate care in the first place.

But then, prisoners don't have inside political connections, don't send lobbyists to Austin, and they don't vote. So who cares?

Sources: *Dallas Morning News*, *Houston Press*

[Editor's note: This article could not have been possible without the superb investigative journalism of Michael Berryhill of the *Houston Press*. Many thanks for a job well done.] ■

## Pelican Bay Cellie Slayings

Felipe Cruz, more than seven years into a 17-to-life sentence for second-degree murder out of L.A. County, was found unconscious in his Pelican Bay SHU cell on the morning of November 1, 1997. He was taken to a local hospital, where he was pronounced dead. Prison officials said that 26-year-old Cruz was strangled by his cellmate, 29-year-old James Ellrod.

It was the eighth such cellie-on-cellie slaying in Pelican Bay in the last 25 months. All five killings were by strangulation. But prison spokesman Lt. Domingo Uribe said the prison has no plans to re-examine its practice of double-celling prisoners in the Pelican Bay control unit where cellmates are confined (some say entombed) together 23 1/2 hours a day.

"All these inmates, when they double-cell, it's voluntary," said Uribe. "They sign agreements to cell with each other."

Uribe said there is no evidence any of the slayings are related, although he told reporters that all of the victims and their accused killers were white. Uribe intimated that some of the killings may have been "gang-related", saying that one of the victims was a member of the Aryan Brotherhood, and one of the suspects was "an associate" of the AB.



# VICTIMS IN PETITION FOR JUSTICE

**Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas 77077**
**(281)752-8884**

United States Court
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk
July 18, 2000

Supreme Court of the United States
c/o Honorable Justice Ms. Ruth Ginsburg and Honorable Justice Steven Breyer
One 1st. Street, N.E.
Washington, D. C. 20543

Honorable Ms. Mary Robinson                        Honorable Consulado General De Mexico, Luis Gustavo Chavez
United Nations High Commissioner for Human Rights  10103 Fondren Road
Palais Des Nation                                  Houston, Texas
1211 Geneva 10 Switzerland

Honorable Attorney General John Cornyn    Judge David Hittner, US Dist. Ct. Southern Dist. of TX.
c/o John Cornyn                           Civil Rights/RICO Misc. Action No. 95-4
P.O. Box 12548                            Judge Olen Underwood/Lynn Bradshaw-Hall, Cty Civ. Ct. #3,Case 731174
Austin, Texas 78711                       Judge Mark Davidson/Patrict Mizell, 129th Jud. Dist. Ct/Harris Case 199763312

US Congressman Bill McCollum              Honorable Judge William Wayne Justice
Committee on the Judiciary, House Crime Subcommittee   Thornberry Building
Washington, D. C. 20515-6216                           903 San Jacinto - Austin, Texas 78701

VA North Texas Health Care System. Mr. Alan Harper, VA Hospital Director/Gerald Jones, Medical Administration
4500 S. Lancaster Rd., Dallas, Texas 75216

### Maria Rodriguez Trevino Murdered in Pursuit of Justice for Roberto R. Trevino
### (UNHCHR Complaint No. G/SO 215/I USA IIII)
### and
### Outcry for Immediate Action and Extraordinary Relief from US Senate, House Crime Subcommittee

On 31 March 1998, The United Nations High Commissioner for Human Rights responded to my complaint of human rights violations on behalf of unlawfully incarcerated brother, Roberto Rodriguez Trevino and family and in accordance with International Law referred this case to the US Authorities. The US State Department has since refused to provide me with a copy of their response to the UNHCHR or even intervene on our behalf or to refer this case to the US Senate, House Crime Subcommittee or anyone that can render aid aware of the "enterprise" of harassment, discrimination practices, abuses and Mafia-related activities. It is my contention that the US State Department's response was unilateral mostly intended to give the false impression that there are no disabled Hispanic victims of injustice. tyranny, systematic abuse and Autocratic Rule in America instead of securing equal "Justice for All" to prevent unnecessary pain and suffering and saving human lives. As a result, the retaliation continued and numerous violations of International and Domestic Human/Civil Rights Laws, high crimes and misdemeanors and fundamental freedom have been freely exercised without fear of disciplinary action from state, federal agencies and officials, such as US Department of Justice, FBI and other law enforcement, State Bar of Texas and Judicial Conduct Committee who continue to protect the defendants/culprits with impunity. Consequently, after an oppressive 5 year battle for freedom and Justice, my mother, Maria Rodriguez Trevino, is the third member of my immediate family to suffer a senseless death and Robert remains unlawfully incarcerated in a potentially life-threatening environment at the Michael Unit of the Texas Department of Criminal Justice and we remain in a dangerous state of affairs.

My mother, Maria Rodriguez Trevino, was blatantly denied hospitalization for her critical diabetes condition after only a few days in the intensive care unit of Charlton Methodist Hospital. Mother was in a weak critical condition suffering excruciating pain from broken bones, a non-functional pancreas, traumatic stress and injury and numerous other untreated contributing debilitating bothersome medical problems and against my wishes and instructions. was wrongfully discharged from the Charlton Methodist Hospital by Dr. Jay Narayana, a product of the University of Texas Medical Branch that provides Miss-Managed Heath Care to the Texas Department of Criminal Justice, who have blatantly denied Robert medical treatment for his 100% service connected disabilities over the past five years as previously repeatedly reported. Charlton Methodist Hospital's Dr. Jay Narayana, with total disregard for the well being and safety of my mother wrongfully discharged mother to an understaffed and ill-equipped Rehabilitation Center in Ennis, Texas to be further deprived of emergency medical care for her critical condition which Rehabilitation Center was believed to be discharging my critically ill mother to further endanger her life when she suffered the induced heart-attack then rushed to Ennis Regional Hospital where mother died upon arrival. Subsequently, evidence was

Maria R. Trevino Murdered In Pursuit of Justice For Roberto R. Trevino - UNHCHR Complaint N0. G/SO 215/1 USA llll
Outcry for Immediate Action and Extraordinary Relief From US Senate, House Crime Subcommittee
July 18, 2000 - P.2

destroyed and Dr. Jay Narayana, the Charlton Methodist Hospital and Ennis Rehabilitation Center blatantly refuse to provide me
equal access to witnesses and vital information. Mother had been taken to the Charlton Methodist Hospital which is about 45
minutes away because on September 12, 1998, the local Waxahachie Baylor Medical Center had previously blatantly denied mother
emergency medical treatment in spite of her doctor (Dr. John Compton) recommendation that Maria be hospitalized. The
emergency room staff later insisted that Dr. Compton had advised them that mother didn't need to be hospitalized contrary to his
recommendations to us and the need for emergency medical treatment. However, after long dispute and debate with the Baylor
Medical Director, Mr. Mike Lee, Ms. Helen and Nelson, my mothers need for emergency medical treatment was reconsideration the
following day and my mother was hospitalized however, the medical staff called stating that mothers insurance carrier,
Medicare/United Health Care would not pay for more than three days hospitalization and was discharged prematurely. I advised
the Baylor Medical Center Executive Director, Mr. Mike Lee, Ms. Helen and Nelson not to make the issue of money an over riding
factor over my mothers medical care and requested an investigation and written clarification as to what their medical staff were
alleging and both their medical staff and the insurance company conspirators refused to provide me with information. I reminded
the executive director that my mother was also being blatantly denied VA medical and financial assistance as a dependent parent of
Robert who took care of her and that this was unlawful, inhumane and immoral and that there is no room for hatred and prejudice in
the medical profession or in a civilize society. This, unfortunately, has become the prescribed medical maltreatment of Robert,
Maria and I by the health care conspirators and I had justifiable fears for the health and safety of my mother as I continue to feel
fearful for Robert health and safety and for my life as repeatedly reported in my previous requests for emergency intervention and
assistance. See copy of Sept. 28. 1998 letter to Mr. Mike Lee also filed in Civil/Human Rights RICO Case, along with Great Writ
of Liberty and Motion for Appointment of Counsel filed on behalf of Robert. In my efforts to secure Robert's right to attend
mother's funeral to pay last respect and honor our mother, I was cruelly manipulated and abused by State Representative Judith
Zaffirini's office, Cindy Ellison who maliciously gave us false hope and the royal run-around the day before funeral. State
Representative Judith Zaffirini is aware of the circumstances surrounding this case toyed with me on the guise of allowing Robert to
attend funeral and had me running around obtaining and faxing information to her as well as Mr. Roger Thorpe of TDCJ about
funeral services and arrangement from Boze-Mitchell Funeral Home and employing private security service to escort Robert when
in fact, they had no intentions of allowing Robert to attend mother's funeral and Robert was not even notified of mother's senseless
death and I had to be the one to tell Robert the heart-breaking news during visit after the funeral. Furthermore, State
Representative Judith Zafirini's staff indicated an unwillingness to conduct a criminal investigation into the cold-blooded murder of
my mother, such as in the malicious false accusations, persecution and unlawful imprisonment of Robert, and referred me back to
those directly responsible for our present unfortunate predicament and dangerous state of affairs to request a criminal investigation.
State Zafirini's staff, Cindy Ellison, after giving me false hope and the run around, further prejudiced and caused me harm and injury
by advising me of the false charges Robert was convicted of as to give credibility to the bogus charges and implied that Robert
would never get out of jail alive since she also stated that it would take about 15 years for Robert to be eligible for parole or attend
a funeral. I have also repeatedly protested this unreasonable and oppressive unlawful imprisonment of Robert since also considering
his 55 years of age coupled with the life-threatening prison environment and other human rights violations of deprived medical
treatment for his service-connected disabilities, amounts to a "death-sentence." State Representative Judith Zafirini's Cindy
commented that someone had allegedly contacted their office to prevent them from allowing Robert to attend mother's funeral and
her attitude was hateful and abusive. Robert's present lawyer, Robert Ford, had previously told family members that there was no
way Robert could attend mother's funeral and has been unsuccessful in getting Robert transferred to a medical unit to be near our
ill- stricken mother or in providing Robert medical treatment for his service-connected disabilities. Attorney Robert Ford was
retained on Dec. 7, 1998 and after an oppressive year and a half had finally filed the Writ of Habeas Corpus on Robert's behalf on
about April 2000 only addressing incompetence of attorney John Dixon and the denial of competency evaluation and medical
treatment of Robert prior to trial and was waiting for attorney John Dixon to respond putting Robert's fate back in the hands of
attorney John Dixon and Judge Gene Knize. Therefore, prior to the abduction of Robert, I had civil rights case pending with
efforts to appear before federal grand jury in reference to same and an even greater disadvantage and conflict of interest exists since
I have filed human and civil rights complaints with the UNHCHR, US House Crime Subcommittee, the US State Department and
others in Pursuit of Justice and the State of Texas officials, representatives and others have continued to retaliate and witness/victim
tampering and obstruct Justice by blatantly refusing to correct their "errors" to cover-up and for fear of civil or criminal liability and
accountabilities and Supreme Court Jurisdiction and extraordinary relief is justly warranted. Upon my arrival at home from my
mother's funeral and "windfall" of another whole new world of problems created and visit with Robert at the prison, the harassing
telephone calls continued and I had received a message from the Houston funeral home where my beloved husband is buried urging
me to come in and make funeral arrangements for myself ahead of time. I was further shocked and in disbelief as the telephone
harassment continues on a daily basis and threats from the Ashford Hollow CIA and city/county governmental housing
discrimination conspirators/defendants and the blatant lack of care and equal protection from the authorities to further interfere and
sabotage any efforts in my part in pursuit of Justice and Restrain and Stop their "Unlawful Enterprise of Terror, Horror and
Totalitarian Control of the Justice System."

Maria R. Trevino Murdered In Pursuit of Justice for Robert R. Trevino - UNHCHR Complaint No. G/SO 215/I USA IIII
Outcry for Immediate Action and Extraordinary Relief from US Senate House Crime Subcommittee
July 18, 2000 - P. 3

My mother loved and worried about Robert who helped care and support her and was also suffering severe grief and sorrow and extreme hardships as a result of the fraud, misrepresentations of those entrusted in defending Robert however, instead, aided and abetted in the civil/human rights violations and was further traumatized when visiting Robert and witnessed clear visible bodily injuries on him. I also had justifiable fears for both Robert and mother, as well as myself because we were all being blatantly and violently denied medical treatment and my mother and I were being harassed and terrorized over the telephone in retaliation for exercising our right to petition the government for redress of grievances. Robert is 100% disabled veteran was violently abducted out of his home on Feb. 1995, blatantly denied medical and psychiatric evaluations and treatment and subjected to a Sham Trial by Rage, maliciously persecuted on vicious false testimony orchestrated by the officials and condemned to life-imprisonment. Maria was the dependent parent of a disabled Hispanic American War Hero and a political prisoner and to date, Robert continues to be treated with cruel and unusual punishment by the Tx. Dept. of Criminal Justice deprived of VA Medical treatment for his service-connected disabilities, including Post Traumatic Stress Disorder, as he was denied competency evaluations, medical treatment, prior to and during Sham Trial in spite of the traumatic experience we were all forced to endure. The VA claims that incarceration is not a bar from VA medical treatment and veterans relief, however, blatantly refuse to provide Robert emergency medical treatment aware that he is not being treated at the prison. The VA has repeatedly shifted the responsibility back to the Texas Department of Criminal Justice and their Miss-Managed Health Care System with the University of Texas Medical Branch of Galveston where an estimated 16 out of 24 deaths a year in one unit alone have been reported and ruled inappropriate, visa versa, the TDCJ/UTMB shifts the responsibility back to the Dallas VA and the Dallas VA, Director, Mr. Alan Harper and Gerald Jones, Medical Administration shifts the responsibility to the Houston VA, Ms. Lily Fetzer, chief veteran's service, Mr. Thomas Wagner, Director, David Whatley, Mr. Ralph Duval, Consumer Affairs/Rufus Randle who unlawfully reduced Robert's disability rating and who has repeatedly blatantly denied Robert and mother VA medical treatment and compensation as dependent parent in spite of their greatest need for emergency medical assistance and protection and who has violently denied me medical treatment over the past decade by assaulting me and having me unlawfully incarcerated on trumped-up charges while suffering complications after surgery and contributed to the cover-up crimes of sexual harassment and rape against me while on active duty tour with United States Air Force and subsequent related wrongful senseless death of my husband. The VA has since continue to treat us with gross criminal negligence and prior to my mothers induced senseless death had threatened to eradicate us and have boldly advised me that Robert mother and I will not live to see Justice and advised me to "sue us." The Dallas VA has been apprised of this unconscionable egregious treatment of us and continue to refer us back to the defendants/culprits at the Houston VA who are also being protected

Prior to Robert's abduction, I had a pending Civil/Human Rights/RICO Case against the US, FBI, Police Department, et al., for similar violations, police brutality, violent assault on me, malicious persecution and police theft of my private property/automobile in which case, Robert was my character witness and had provided me with Affidavit which attorney Fouche had typed up in support of my character and credibility in reference to those defendants. In addition, I was attempting to appear before federal grand juries in reference to the Civil,Human Rights/RICO defendants and attorney, Fouche was also supposedly assisting and representing me in same. Nevertheless, Robert was maliciously abducted, falsely accused, defense witness testimony was suppressed, members of Robert's own peers were excluded from the Jury, no minorities on all-white jury and Robert was condemned to life-imprisonment in spite of my efforts to stop the violations by alerting and calling on the US Department of Justice/FBI, the State Bar of Texas and State Commission on Judicial Conduct Committee who continue to protect their membership with impunity. In reference to same, Robert's attorney, John Dixon was referred and misrepresented to us as a competent, honest and experienced lawyer by attorney Robyn Fouche who was supposedly representing family members and myself in those other Civil Rights/RICO claims. However, unbeknown to us at the time, attorney Robyn Fouche and her friend and associate, attorney John Dixon, used deceit dishonesty, misrepresentations and trickery, were acting with a double face playing the confidence game to gain and abuse our trust and confidence and acted as inside informants to incited, aroused and aided and abetted the defendants and all those acting in active concert with them or at their discretion in the malicious persecution and civil rights violations of Robert and of myself and corrupted the administration of Justice and violate our due process rights. Attorney John Dixon and Robyn Fouche knowingly freely without any fear of disciplinary action by the officials and representatives committed pre-meditated outright fraud, misrepresentations, entered into agreements with us in bad faith, breached and abused their agreements and fiduciary duty to us. cruelly manipulated and defrauded and subjected us to mental cruelty, blatantly refused to address the federal violations to protect their principal accomplices/defendants and visa-versa are being protected. For example, attorney Dixon and Fouche blatantly refused to file the Writ of Habeas Corpus attacking all federal violations in federal court/Civil Rights Case as initially agreed upon because of the federal defendants undue influence coupled with prejudicial publicity from the Waxahachie Daily Light who aroused and incited the community with their unilateral, bias front page coverage and played a crucial role in aiding and abetting in the Civil Rights violations and suppressed and covered-up truth. Attorney Dixon and Fouche blatantly refused to attack the infamous illegal warrant which was signed the day after Robert was abducted and already in illegal custody the equally incompetent, bias and corrupt JP Judge, Curtis Polk with no law degree, acting outside his judicial capacity and jurisdiction as a self-appointed county judge in an alleged felony case. Instead, Dixon contacted Bondsman and filed the Writ an

Maria R. Trevino Murdered In Pursuit of Justice for Robert R. Trevino - UNHCHR Complaint No. G/SO 215/I USA IIII
Outcry for Immediate Action and Extraordinary Relief from US Senate, House Crime Subcommittee
July 18, 2000 - P. 4

requested the outrageous and unreasonable Bond which Dixon referred to as "fair and reasonable" and was over and above atty.
Dixons unreasonable and ludicrous attorney's fees and outrageous $2,000.00 charge of court transcript of the orchestrated and
unadulterated lies which amounted to malicious gossip by the State of TX. and their outlaw gang. Furthermore, atty. Dixon was
graciously granted a Motion to Suppress Evidence without objections because Judge Gene K-nize and the DA Steve Marshall were
apprised that the items sought to be admitted were illegally acquired and were illegally used to prejudice and indict Robert,
however, could not be used in court because they were illegally obtained prior to the manufacture of the defective and bogus illegal
warrant and, likewise, bogus charges should have been dismissed and Robert should have been exonerated. In addition, upon the
granting of vague Motion to Suppress, I was shocked and in disbelief that it was atty Dixon who strategically requested and again,
graciously granted the "gag-order" in furtherance of the conspiracy to violate Robert's civil rights and cover-up. Atty. John Dixon
did not want to answer questions or address the illegal search and seizure of Robert and his personal property to the reporters who
were covering the case and who had already repeatedly defamed Robert through prejudicial publicity and who likewise refused to
print copy of warrant and the truth. Subsequently, the District Attorney Steve Marshall violated the gag-order to create a
diversion, confusion and spoke to reporters in reference to some other issue that he wanted to raise as a decoy and trick. In
accordance, attorney Dixon reported the gag-order violation to Judge Knize and Judge Gene Knize fined DA Marshall a mere
$100.00 fine for violating his gag-order, initiated by Dixon. The US Department of Justice, FBI was made aware of all these
malicious proceeding, fragrant violations and discriminatory and deceptive practices were being exercised and again, blatantly
refused to act, intervene or even witness and stop the sham proceedings. FBI Agent Larry Fulton blatantly refused to act and
responded to me by stating that, "You don't know, maybe we were there (at the trial) undercover!" Subsequently, shortly after the
Sham Trial by Rage, the District Attorney, Steve Marshall appeared in the local newspaper and announced that his "Childhood
Dream" of officially working for the US Department of Justice, FBI, as "FBI Special Agent," had become a reality and stated that
he had previously worked with Gangs and FBI and was impressed with their abilities and unlimited resources. DA Steve Marshall
further quoted stating, "There's a limited amount of money locally which can never match what the federal government has access
to." Steve Marshall's involvement with the FBI has created an even greater conflict of interest in my efforts to initiate an unbiased
investigation into civil rights complaints and in our quest for Justice for Robert and family. See attached copy of article entitled, "
County's Prosecutor Joining FBI." Please note comment, that "The road to Washington D.C. evidently goes right through the Ellis
County District Attorney's office," since others officials are now officially employed by US Department of Justice, FBI. I believe
that the defendants, USDOJ,FBI in collusion with others, have continued to resort to retaliatory cruel manipulation, psychological
warfare and criminal oppression through abuse of power, victim/witness tampering, and obstruction of Justice. Attorney Fouche
who was under "criminal investigation" by USDOJ, FBI in relation to her knowingly assisting a disbarred lawyer, Mayfield, in
federal case, Judge David Hitner's court, may have compromised and negotiated our rights and freedom. Attorney Fouche was
involved with the business dealings and defense of defendant, Michael Angel Socrates Makris, referred to by 60 Minutes Television
New's Program as "Meanest Man in the World." Evidently, Mr. Makris was convicted of numerous counts of Fraud after
embezzling billions of dollars from heads of state all over the world which the US had not recovered. Fouche and Mayfield had
received $250,000.00 in attorney's fees from Makris and were attempting to launder billions of dollars for deposited in a US Bank,
suddenly Fouche's partner and associate, Mayfield disappears and Makris was transferred out of prison and allowed to serve his
remaining life-sentence at his home and Fouche was protected. Refer to US vs. Michael Angel Socrates Markis, Case No. H93-
107, US Dist. Ct. Southern Dist. of Texas/Houston. Fouche was also involved in the representation of Robert and defended Dixons
actions and Robert was defrauded and "swindled" out of his life's savings, contributed to the intentionally infliction of mental and
financial distress, fraud, and unlawful imprisonment. Attorney Dixon merely defrauded Robert and presented him to be maliciously
persecuted without medical and competency evaluations or medical treatment, withheld crucial evidence and juvenile court records,
statements, documentation's, such as mandatory court ordered psychiatric treatment of the alleged victims who had anti-social
personalities and criminal records with felony charges pending, such as rape, arson, burglaries, truancy and other behavior problems
and drug addiction and court orders by Judge Penny Redington ordering Robert custody and to be responsible for the gang ring-
leader, Patrick Langford because Patrick was accusing his parents of abuses and both Patrick and his parents wanted Robert
because of Robert's kindness to have guardianship of them however, now were alleging Robert had been abusing them prior to
Judge Penny Redington ordering Robert custody. These juvenile court records, witnesses and documentation in the interest of
Justice would have benefited Robert however witnesses, such as juvenile court reported, social workers and psychiatrist who were
treating the alleged victims and never received any complaints against Robert were suppressed as well as myself and the pattern of
series of evils and atrocities inflicted against my family. Conveniently, Judge Penny Redington was not called upon and the juvenile
court reporter was present and ready to testify and again, conveniently was not called upon. We were also present and ready to
testify however, attorney John Dixon refused to call on any defense witness and/or District Attorney and Judge Gene K-nize would
not allow us to testify. Furthermore, none of the alleged victims were present during the appeal process only a very nervous and
equally incompetent attorney representing the state of Texas and, nevertheless, the wrongful conviction was upheld. No evidence of
any crime was ever presented and attorney John Dixon, likewise, negotiated and compromised Robert's due process right to fair and
impartial trial and freedom to our demise and are continuing to be protected. As a result, numerous other violations of just local,

Maria R. Trevino Murdered In Pursuit of Justice for Robert R. Trevino - UNHCHR Complaint No. G/SO 215/I USA IIII
Outcry for Immediate Action and Extraordinary Relief form US Senate, House Crime Subcommittee
July 18, 2000 - P. 5

state, federal and International Laws, code, policies and procedures were blatantly exercised, corrupted and violated, and to date, Robert remains unlawfully incarcerated. We, including our mother, Maria, had been and continued to be blatantly and violently harassed, subjected to economic destruction, slavery, harassing telephone calls, death-threats, threats of violence, threats of unlawful persecutions and unlawful imprisonment's, threats of unlawful seizure of personal property/home and self-help evictions, including the condemning Robert's rental home to force foreclosure and unlawfully seize Robert's 75 acres of farm land on a lake which Robert finance through Veteran's Land Commission and which even the gang-ring leader tried to seize possession of immediately after Robert was abducted. In short, we continue to be battered by the system and repeatedly denied equal protection, representation and due process of law in spite of my repeated request and demands for restraining order to stop the abuses before additional irreparable harm and injury the subject of civil, human rights complaints and repeated efforts to appear before US Senate House Crime Subcommittee. Robert's second attorney, Robert Ford, has taken an oppressive entire year and a half to file Writ of Habeas Corpus and failed to address vital information and heinous federal violations before Supreme Court Jurisdiction, aware of the extraordinary hazards and highly unusual unfortunate factual situation and extenuating circumstances and emergency need for immediate federal intervention and relief.

Repeatedly US Congressman Martin Frost, US Congressman Bill Archer, Texas Representatives John Culberson/Judith Zafirini and others government agencies such as the State Bar of Texas, Judicial Conduct Committee who continues to protect their membership with impunity in spite of the continued high crimes and misdemeanors and battery of abuses of power and process perpetrated against my family, prior to the wrongful death of my husband, the wrongful incarceration of my brother and the wrongful death of our mother and blatantly refuse to assist or refer this case or allow me the opportunity to appear before the US House Crime Subcommittee to address endless pattern of egregious series of evils, shifting the responsibility back to the "legal system" and those directly responsible for our unfortunate extraordinary and dangerous state of affairs and who are determine to eradicate us, usurp our rights, property and functions to unjustly enrich themselves to our demise.

Therefore, once again, I am calling upon your office for immediate action and refer this case to the Supreme Court of the United States, Supreme Court of Texas and the US House Crime Subcommittee in our continuing efforts to be afforded equal protection and equal representation and due process of law and put a stop to the endless civil and human rights violations and Mafia related activities against Robert Rodriguez Trevino, Maria Rodriguez Trevino and Gloria Trevino. Immediate action for unbiased serious investigation into my civil and human rights complaints, including the wrongful imprisonment of Robert Rodriguez Trevino, the wrongful and senseless death of our mother, Maria Rodriguez Trevino. Extraordinary Relief from the US Senate, House Crime Subcommittee is warranted and hereby demanded.

Respectfully submitted,

*Gloria Trevino*

Gloria Trevino, President
Victims In Petition for Justice
12526 Olympia Dr.
Houston, Texas 77077

attachments:
Copy of Letter to Baylor Medical Center, Executive Director, Mike Lee, dated Sept/28/98, filed, Oct/ 3/98, Federal Ct.
Boze-Mitchell Funeral Home letter to Mr. Roger Thorpe, dated July 7, 2000 - also faxed to Zaffirini
Boze-Mitchell Funeral Home - Obituary - Survivors also faxed to State Representative Zaffirini
Waxahachie Daily Light Article after Sham Trial, entitled, "County's Chief Prosecutor Joining FBI," - DA Steve Marshall
Petition To The Senate Of The United States In Pursuit of Justice For Roberto Rodriguez Trevino from family members
        previously submitted.
Demand for Sanctions and Restraining Order Against Ashford Hollow CIA, et al and Refer Case to US Senate w/ attach.
June 8/00 Reconsideration of Request for Emergency Medical Treatment/Compensation for Robert/Maria R. Trevino
March 13/00 letter to Atty. Robert Ford and John Lasseign re: Writ of Habeas Corpus
June 8/95 letter to US Ct. of Appeals ref. Harassment/Civil Rights/RICO Case
cc:
His Holiness Pope John Paul II

**"In our weakness, God is strong"**

## VICTIMS IN PETITION FOR JUSTICE
### Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas 77077
### (281)752-8884

US Department of Veterans Affairs                                    March 14, 2000
**Veterans Benefits District Office, Disability Ratings**
c/o Hobbs, Director
4500 South Lancaster Road
Dallas, Texas 75216

### Justice For Roberto Rodriguez and Family
### UNHCHR Case No. G/SO 215/I USA IIII and VA Claim No. 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

Dear Mr. Hobbs,

I am writing on behalf of my brother, Roberto Rodriguez Trevino and family. Robert is further tormented and distressed and has reported to me that the VA has once again unjustifiably reduced his 100% disability rating and has asked me to contact you in an effort to restore his disability rating to 100%. In addition, we would like for the VA to immediately afford my ill-stricken mother, Maria Rodriguez Trevino, as dependent parent of Robert, a disabled veteran, VA compensation and benefits in accordance with Title 38 of US Code of Federal Regulations governing Veterans Pensions, Bonuses and Veteran's Relief.

As you are aware, Robert was wounded in action during the Viet Nam War and while under heavy fire put his life on the line and saved members of his platoon from an ambush for which he was awarded the "Bronze Star and Purple Heart." Robert was also extensively exposed to the Agent Orange and other dangerous and contagious herbicides and suffers from skin disorders, liver damage, head and back problems, neurological and physical problems aggravated by his over weight condition. Robert's hearing and vision is seriously impaired and also suffers from dental problems, arthritis, diabetes, acneform diseases, prostate problems, soft tissue sarcoma, nerve damage, bone deformities in feet and knees, drop-attacks and like many other Viet Nam War veterans suffers from Post Traumatic Stress Disorder. To this day, Robert carries steel fragments from explosives embedded in his knees and has to use a cane and therapeutic shoes to walk.

Furthermore, you are aware, that on August 1995, Robert was abducted out of his home without warrant, maliciously persecuted and condemned and remains unlawfully imprisoned for life on wild, ludicrous and outrageous unsubstantiated allegations and has been blatantly denied medical treatment for his service-connected disabilities in prison and treated with cruel and unusual punishment. In fact, when Robert was shamefully imprisonment, his VA therapeutic shoes and knee braces were replaced with a mop. Robert was forced to mop floors and walk up and down stairs with his crippling leg and significant bothersome chronic medical condition. Subsequently, to this day, Robert has been blatantly and abusively deprived of badly needed medical care and continues to be treated with confrontation and provocation by the prison medical staff and officials in spite of my frustrating efforts through Congressman Martin Frost and other Representatives, (who have likewise made unprofessional and prejudicial statements such as Robert can't afford to pay for these services,) to get Robert the medical care that he is entitled to and the return of his VA issued cane and therapeutic shoes and in spite of Robert's deteriorating medical condition compounded by the traumatic experience leading up to and during his unlawful incarceration. My response to these misguided and exploiting representatives has been that Robert has already paid a very high price and is guaranteed these services.

Therefore, to alleviate further unnecessary destruction, pain and suffering, we are requesting that your office assist us in immediately affording Robert the guaranteed medical treatment for his 150% service-connected disabilities, restoring Robert's 100% disability rating, as well as affording our dependent mother, Maria Rodriguez Trevino, the VA compensation and benefits that they have so wrongfully and shamefully been deprived of for the oppressive length of time that Robert has been in unlawful imprisonment of over five years. We pray you will help.

cc:                                                    Respectfully submitted,
UNHCHR
US Dept. of Defense                                    *Gloria Trevino*
US State Depart.                                       **Gloria Trevino, President**
His Holiness Pope John Paul II/Rev. John Lasseigne     **Victims In Petition For Justice**
Robert Trevino                                         12526 Olympia Drive
See attach copy of letter to Atty. Ford dated, 3/13/2000    Houston, Texas 77077
                                                       (281)752-8884

### "In our weakness, God is strong"

United Nations Commission on Human Rights
Room S 2914
1 United Nations Plaza
New York, N.Y. 10017   -   Certified Mail # Z-419-446-837

Nov 5  2 31 PM '97   November 5, 1997

N. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

United States District Court for the District of Columbia
Attention: Honorable James Robertson
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Subject:  Continuing Civil Rights and Racketeer Influenced and Corrupt Organizations Act Violations
Title:     "Living the American Nightmare" subtitled "Victims in Petition for Justice"
Reference 1: State of Texas vs. Roberto Rodriguez Trevino in the 40th Judicial District court of
               Ellis County, Case No. 21530, etc./ 10th Circuit Court of Appeals, Case No. 10-95-277-CR.
Reference 2: Gloria Trevino vs. The United States of America, et. al., in the United States District Court
               for the District of Columbia, Case No. 97-604 (JR)

Dear  Honorable Ladies and Gentlemen;

        Enclose please find the above titled "Living the American Nightmare," subtitled, "Victims in Petition for Justice," part of which was unlawfully seized from me when I was denied free speech in front of White House, which describes a series of evils aimed at my family and myself indicating an ongoing pattern of criminal oppression, brutality, savagery, unlawful imprisonments and harassment aimed at discouraging my quest for justice as mentioned as the subject above.  All Constitutionally protected civil, political, human rights and rights to freedom have been, and continue to be, violated.  I am determined that justice shall prevail and I am relentless in my pursuit.

        I have exhausted all domestic legal/administrative remedies in my effort to get assistance for my brother and our family.  Any further legal proceedings are an impossible task, because of the continuing criminal oppression, harassment, Racketeer Influenced and Corrupt Organization activities by misguided governmental interference and influence and because of our distress financial stress as described throughout the enclosed booklet.  Also some of the culprits mentioned in the booklet  have been compromised  and are now employed in the United States Department of Justice, creating an even greater conflict of interest.

        My specific request to the United Nations Commission on Human Rights, in the interest of Justice, is that they immediately investigate and publicly denounce the irregularities and discrepancies in the case which led to the unlawful imprisonment of my brother, Roberto Rodriguez Trevino.  Also requested is assistance in assuring that we are afforded due process and equal protection under the law as guaranteed under the Constitution of the United States.

        Your prompt and full attention and investigation of this complaint is urgently needed and requested.  I pray you will help.

                                                        Respectfully submitted,

                                                        Gloria Trevino
                                                        12526 Olympia Dr.
                                                        Houston, Texas 77077

CC:     US House Committee on Appropriations
        and appropriate subcommittees

VICTIMS IN PETITION FOR JUSTICE
12526 Olympia Dr.
Houston, Texas 77077

# GUILTY OR RAILROADED?

*Roberto  R. Trevino Sent to Prison for Life  by a Town that Systematically Persecuted his Entire Family.*

**For Immediate Release**
Thursday, July 11, 1996

Contact:   **Gloria Turner Trevino (713)496-7177**

[Houston]—Roberto  Rodriguez Trevino was found guilty of  24 counts of aggravated sexual

assault by an all-white  jury in Waxahachie, Texas in August of 1995.    His attorney

unsuccessfully attempted to move the trial accusing authorities of trumping up charges against

Roberto Trevino, a 100% disabled and physically incompetent Vietnam veteran of Hispanic

decent who occasionally  "attacked the system."    During the trial, the defense argued that

investigator had a personal relationship with the ex-police chief who was a close friend of City

Manger Bob Sokoll.  Sokoll was purported to have had a verbal altercation with Roberto Trevino

at some time in the past in which he said that he would get rid of him.  Other irregularities of the

trial was the lack of medical evidence of the sexual assault of the teens that accused Trevino of

this crime.

Clearly,  there had been a series of harassing incidents in Waxahachie against different

members of the Trevino family.

\*    In 1968,  Jose P. Trevino, the father, was pressured to sell his commercial property

with the issuance of 17 citations all on the same day.

\* In 1978, Juan Treviño, the brother, was stopped, held-down and violently pistol whipped by the Waxahachie police.

\* In about 1978, Gloria Trevino, the sister, was threatened by the Waxahachie mayor for filing a sexual harassment complaint in a company that he managed. He stated that Gloria had opened up a can of worms and would live to regret the filing of the complaint to the NLRB.

## Was Robert R. Trevino the last on the list to receive the wrath of the townspeople?

Gloria Trevino Turner moved to Houston in an effort to avoid persecution in Waxahachie and to continue to seek justice for herself, Roberto R. Trevino and the rest of her family. However, Gloria has also been met with continued harassment and repression from the governmental agencies, like the FBI, where she turned to, attempting to correct the damages caused to her and the family's civil and human rights. In a detailed report entitled <u>Victims In Petition For Justice</u>, she outlines the many instances where federal, state and local officials ignore the family's petitions and call for justice.

<u>**Please call Gloria Trevino for interviews and the in-depth report at (713)496-7177.**</u>

VICTIMS IN PETITION FOR JUSTICE
12526 Olympia Dr.
Houston, Texas 77077

# APPEAL DENIED TO ROBERTO R. TREVINO

*Sent to Prison for Life Unjustly by a Town that Systematically Persecuted his Entire Family, the Court of Appeals Confirms This Injustice.*

**For Immediate Release**
Monday, July 28, 1997

Contact:   Gloria Trevino (281)752-8884

[Houston]—In April, 1997, the Tenth Circuit Court of Appeals in Waco, Texas denied Roberto Rodriguez Trevino his request for a new trial and added to a long-list of injuries to Roberto and his family.   Roberto Rodriguez Trevino was found guilty of 24 counts of aggravated sexual assault by an all-white jury in Waxahachie, Texas in August of 1995.    His attorney unsuccessfully attempted to move the trial accusing authorities of trumping up charges against Roberto Trevino, a 100% disabled and physically incompetent Vietnam veteran of Hispanic decent who occasionally "attacked the system."

There had been a series of harassing incidents in Waxahachie against different members of the Trevino family.   In 1968, Jose P. Trevino, the father, was pressured to sell his commercial property with the issuance of 17 citations all on the same day.   In 1978, Juan Trevino, the brother, was stopped, held-down and violently pistol whipped by the Waxahachie police.   In about 1978, Gloria Trevino, the sister, was threatened by the Waxahachie mayor for filing a sexual harassment complaint in a company that he managed. He stated that Gloria had opened up a can of worms and would live to regret the filing of the complaint   to the NLRB.

**Please call Gloria Trevino for interviews at (281)752-8884.**

# DENIED FREE SPEECH AT WHITE HOUSE

## Texan Hispanic Woman Arrested By Secret Service As She Protests Harassment of Family by Authorities.

for Immediate Release
Monday, October 7, 1996

Contact:
    Gloria Trevino   (202)232-3058, Washington, DC
or.  Dolores T. Helms (214)923-1803, Waxahachie, TX

[Houston,TX/Washington,DC] - Gloria Trevino has led a fight against the injustices perpetrated against herself and family for years.  She and her family have suffered several incidents of constitutional rights violations at the hands of Texas authorities and federal officials in Texas.  In September, she went to Washington, DC to protest the unlawful incarceration of her brother, Robert Rodriguez Trevino.  The form of the protest is a hunger strike with the American Flag in its distress state (upside down) in front of the White House.  Twice she has been forcibly removed from her peaceful demonstration by the Secret Service and other police forces.  She has been detained 5 days since she began her effort. Her protest material has been seized and not returned.  She denounces such actions by the Secret Service and other police.  She is also seeking a restraining order for the return of all of her protest materials, and to prevent further disruptions of her first amendment activities, freedom of speech and freedom from oppression.  She is willing to do interviews at the above number.

*Received 10/11/96*
*Public & Intergovernmental Affairs*
*Carol Blake*

*Recieved 10/11/96*

CAUSE NO. 21530-21534

THE STATE OF TEXAS                          IN THE DISTRICT COURT OF

VS.                                         ELLIS COUNTY, TX.

ROBERT TREVINO                              40TH JUDICIAL DISTRICT

FILED FOR RECORD
95 OCT -3 PM 4 39
BILLIE A FULLER
DISTRICT CLERK
ELLIS COUNTY, TX.

DEFENDANT's FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and numbered causes by and through his attorney of record, John A. Dixon and files this his Defendant's Formal Bill of Exception.

BE IT REMEMBERED that during the course of the trial of the above entitled and numbered cause the following transcribed, namely:  The testimony of GLORIA TREVINO, a defense witness, was excluded by the Honorable Judge GENE KNIZE after motion by the state for said exclusion. The testimony by GLORIA TREVINO would have aided the Defense in its assertion that the Trevino family in Waxahachie, Texas had been a target for harassment from officials in Waxahachie, Texas over a long period of time resulting in even physical abuse of some family members. Further, the testimony of GLORIA TREVINO would have aided the Defense in its assertion that the Defendant ROBERT TREVINO being a member of the Trevino Family was targeted by the officials in Waxahachie, Texas for continued harassment.  The testimony of GLORIA TREVINO is outlined in the Affidavit of PERSONAL Statement Regarding Change of Venue For Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to the Trial Court and asks that it be approved without qualification, or in the alternative, if it is approved with qualification, that the reasons for qualification be stated or if it is refused, that the reason for the refusal be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 400
Houston, Texas  77054
713-349-8387
SBN#:  00785824

STATE OF TEXAS                    )
                                 )
                                 )
COUNTY OF HARRIS                 )

### AFFIDAVIT OF GLORIA TREVINO IN
### SUPPORT OF MRIS FOR ROBERT RODRIGUEZ TREVINO, TDCJ # 729766

Before me, the undersigned, personally appeared Gloria Trevino, who after being duly sworn by me, upon her oath did state the following:

"My name is Gloria Trevino. I am a totally disabled honorably discharged woman veteran of the United States Armed Forces. I am also one of Robert Trevino's sister and have his Power of Attorney to act on his behalf and in support of Medically Recommended Intensive Supervision (MRIS) for Robert to the best of my recollection and belief state the following:

Robert is a highly decorated totally permanently disabled honorably discharged veteran of the United States Armed Forces. He was highly recommended for the distinguish Silver Star for his heroic achievements in combat in the Republic of Vietnam and is a Bronze Star with "V" for Valor and Purple Heart Recipient. During combat, Robert sustained several injuries that have contributed to his disabilities. At one time Robert suffered a concussion blast head injury which rendered him unconscious and profusely bleeding from the ears, nose and mouth. Another time he was shot in the head while rescuing an injured soldier while under heavy fire from all sides and while injured himself. Another time he fell 35 to 40 feet into a ravine splitting his right knee cap in half. He also suffers from Ischemic Heart Condition as a result of extensive exposure to Agent Orange and feel that he also suffers from peripheral neuropathy of the upper and lower extremities as a result of same as well as his crippling bad knee. I also feel that there is some connection with his periventricular ischemic changes to his brain with Agent Orange and the Concussion blast head injury. Has history of atonic seizures and while in TDCJ, Robert experienced repetitive life-threatening seizures that put him in a persistent vegetative state for long periods of time clearly due to his severe brain damage. And, like many other Vietnam veterans, Robert also suffers from chronic psychological problems like PTSD, depression and Paranoid Schizophrenic. During Vietnam Robert was twice offered a Medical Disability Discharge and twice he was crazy enough to rejected them and the financial and medical help he so badly needed which demonstrated early on clear evidence of impaired thinking and brain damage. The VA disability rating for Robert is 100%. As a 100% totally and permanently disabled highly decorated honorably discharged Vietnam veteran, the VA places Robert in Priority Group I which is the highest priority group and Robert is entitled to the world-class benefits and services he honorably earned in any VA facility in the United States. Robert is currently enrolled in the VA health care system and is eligible for comprehensive top quality inpatient medical care and supervised medical supervision at the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030.

When Robert first came home from Vietnam he often use to get up in the middle of the night like in a trance, half unconscious and dreaming he was still in Vietnam scaring all of us. He would get his rifle and go outside patrolling the house and looking for Vietnamese to kill and when he woke up didn't have any recollection of what he had done. My mother would often worry that while Robert was in one of those trances he could accidentally shoot one of my other brothers that would often come home late at night. He also had other incidents of PTSD/Brain Damage during the day that he also didn't remember. Robert had no felony criminal record and is currently a prisoner of the Texas Department of Criminal

1

EXHIBIT 4

1



such as, memory losses, behavioral problems, irritability, making up things he believes are true often offending and alienating people that are trying to help him, thinking ability impaired, inability to recognize common things, etc. For example, when the doctor at the hospital asked Robert if he ever had any heart surgeries, Robert replied "NO." Robert had no recollection and did not remember his massive heart attack and I had to tell his doctor that Robert had in fact have heart surgery and stints inserted in his heart arteries. He did not remember the life-threatening seizures that he had just had that put him in a persistent vegetative state for long period of time. Another time, while visiting him he asked me, "Where am I?"He had forgotten where he was. Another time he asked me, "Who are you?" Forgotten who I was. Most recently, another time while visiting him out of nowhere, Robert blurted out," You killed Juan!" Juan is one of my other brothers that had died of a heart attack and complications with diabetes and cancer (NHL) back in 2012. I was offended and not to happy about it. Robert has also accused his own attorney of paying $2,000.00 to the medical staff at the Carol Young to kill him. He often told me that the medical staff at the Carol Young are trying to kill him by poisoning his food and orders me to file complaints with the local police and contact the media. He often tells me that the nursing staff have killed other inmates and that they are trying to kill him as well and that he feared for his life and that I needed to contact the local police and make a report and to contact the media as well. Robert often becomes irritable and more paranoid and unreasonable if I disagree with him or try to convince him otherwise so I just let him talk and not say anything. Robert also often cries or laughs at inappropriate times during my visits.

Furthermore, Robert seems to spend all of his time nearly everyday all day long filing questionable lengthy rambling grievances against the nursing medical staff at the Carol Young Medical Facility which are all determined to be unfounded and which are further evidence that his thinking ability is so impaired that it interferes with his daily functioning.

Therefore, Robert has been unlawfully incarcerated for about 24 oppressive long years during which time he has never committed any violence against anyone and is at an elderly age of 72 years old and practically a Veggie that cannot possibly hurt anyone. **Robert does not deserve to die in prison and I pray and respectfully request, that in the interest of true justice, he be immediately released on MRIS on humanitarian grounds and transferred to the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030."**

Respectfully submitted,

*Gloria Trevino*
Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962

SUBSCRIBED AND SWORN to before me on this __6 th__ day of February 2019.

_Vessle W. Rewal_
**Notary Public in and for the State of Texas**

My Commission Expires: __12/24/2022.__

3

EXHIBIT



VARSHA K. RAVAL
Notary Public, State of Texas
Comm. Expires 12-24-2022
Notary ID 130662206



## DECLARATIONS OF GLORIA TREVIÑO AND JOHN E. RICHARDS
## UNDER PENALTY OF PERJURY

If you are incarcerated, on what date did you place this petition in the prison mail system:
Not Applicable.

I declare under penalty of perjury that I, Gloria Treviño am the sister and next friend of
petitioner and am acting under the power of attorney that he has given me and is attached
as Exhibit 7 to Exhibit H. I have read this petition and the information in this petition which
is drawn from my Affidavit being attached as an Exhibit 6 to Exhibit H is true and correct
and based upon my observation, except when identified as being under information and
belief or is based on documents or quotes from a documents that are attached as exhibits
to this Petition. In addition, there are statements in my affidavit that convey my opinion on
the treatment that my brother Robert has received by TDCJ and UTMB. I understand that
a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _Aug. 18, 2019_          _Gloria Treviño_
                               Gloria Treviño as Authorized Agent for
                               Robert Rodriguez Treviño

I declare under penalty of perjury that I, John E. Richards, Texas Bar No.16848900, am
the attorney of petitioner. I have read this petition and that information in this petition
which is drawn from my Affidavit being attached as an exhibit 8 to Exhibit H is true and
correct, except when identified as being under information and belief or is based on
documents or quotes from a documents that are attached as exhibits to this Petition. The
section that my affidavit relates to in this Petition are found in ¶ 66 of this Petition   In
addition, those portions of the Petition which relate to the submission of the Request for
MRIS to the TDCJ Division of Reentry and Integration and on the various requests for
Open Records made to TDCJ and its various divisions and to UTMB found in are found in
¶¶ 28-48 of this Petition and describe the actions I took with respect to obtaining records
from TDCJ and UTMB. I understand that a false statement of a material fact may serve as
the basis for prosecution for perjury.

Date:  8-18-19               _John E. Richards_
                             John E. Richards, Attorney for
                             Robert Rodriguez Treviño

PETITION FOR WRIT OF HABEAS CORPUS Page 51

EXHIBIT 3



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collier
Executive Director

17 October 2022

Gloria Trevino

| OFFENDER | | TDCJ # |
|---|---|---|
| TREVINO,ROBERTO RODRIGUEZ | . | 00729766 |

Dear  Gloria Trevino,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-2134
Fax: (512)671-2409

## GLORIA TREVINO'S STATEMENT
## IN SUPPORT OF MRIS FOR ROBERT R TREVINO 729766

"My name is Gloria Trevino. I am a totally disabled honorably discharged veteran of the United States Armed forces and am one of Robert Trevino's sisters. I am over the age of 18 years and am fully competent to make this Statement in Support of MRIS for Robert, the facts of which are true and correct and within my personal knowledge and belief.

Robert Trevino is a totally disabled 74 year old invalid Vietnam Veteran that has been wrongfully incarcerated for over 25 long and oppressive years. Even though Robert is an invalid permanently confined to a geriatric wheelchair and practically completely paralyzed and is a prisoner in his own body and suffers severe brain damage and not a threat to anyone, he has been repeatedly wrongfully denied release on MRIS, (Medically Recommended Intensive Supervision) by the TDCJ. In furtherance of the cruel and unusual punishment, Robert is also being illegally harassed and denied visitations with his family members. As a result, last year, we filed a Writ of Habeas Corpus in Galveston federal court. Because Robert has since been infected with Covid-19 Virus, we filed an Emergency Motion On Friday July 31, 2020 in an effort to get an immediate favorable ruling. We are trying to have Robert released from TDCJ and transferred to the Michael E. DeBakey VA Medical Center in Houston, Texas where he can finally receive the proper and adequate intensive comprehensive in-patient medical care that he badly needs and that he justly deserves. However, like the previous Writ of Habeas Corpus that I was forced to file on his behalf because of the wrongful incarceration after being "railroaded," on trumped-up charges, Robert has been wrongfully denied release on MRIS as well and we have a pending appeal to our Writ of Habeas Corpus as a result.

Prior to his wrongful conviction, Robert had no felony record and is not Public Enemy No. 1. Robert is an American War Hero! He also suffers from chronic PTSD and TBI from concussion blast head injuries which he sustained while serving his tour of duty in the Republic of Vietnam. Robert also was shot in the head while rescuing members of his platoon from an ambush and was highly recommended for the distinguished Silver Star for his heroic achievements during Vietnam. He was awarded the Bronze Star with "V" for valor and Purple Heart. Robert has periventricular ischemic changes in the brain, brain damage/dementia as a result of concussion blast head injury and exposure to Agent Orange. He also suffers from ischemic heart disease and severe and crippling nerve damage to his upper and lower extremities from extensive exposure to Agent Orange and other extremely dangerous herbicides. Nevertheless, on August of 1995, he was shamefully railroaded on trumped up charges of raping a gang of white juvenile delinquents that were secretly offered immunity from prosecution for their felony crimes in exchange for their false and conflicting testimony against Robert by a rogue female police officer that admitted on the witness stand under oath that she never had liked Robert since the first time she had met him and that was years before Robert had successfully campaigned for the resignation of the chief of police whom she was having an affair with and was her boss in the small town of Waxahachie in Ellis County, Texas. She harbored extreme hatred against Robert and was executing a vicious vendetta against him in retaliation. Yet, no mistrial was declared. The sham trial by rage was the classic "Kangaroo Court." Robert was arrested at gun point in the cover of darkness and held without bond and illegally denied his medication for his psychiatric illness and suffered a relapse and was not competent to stand trial and was likewise illegally denied a competency examination.

Furthermore, to ensure a conviction and maximum life-sentence, Robert was illegally denied minority

1

members of his peers on the all white bias jury.. There was no evidence to support their outrageous and erroneous and conflicting allegations and impeachment evidence was illegally suppressed. There was a laundry list of other irregularities of the sham trial besides the lack of medical evidence of the alleged sexual assaults of the teens that accused Robert of the crimes. In short, it was the first time in the history of the United States where the gang yelled rape and the victim went to prison for life. The higher courts further illegally denied Robert a court appointed attorney and ingeniously forced me to represent him even though I told them that I wasn't an attorney and that I was also a disabled veteran that suffers from chronic PTSD and other psychological problems as a result of MST. Nevertheless, the federal court illegally denied Robert a court appointed attorney and forced me to represent Robert for whom I was requesting a court appointment attorney for. I was clearly not qualified to represent Robert because of my own mental disabilities but was ingeniously forced to defend Robert. Naturally the higher courts just reaffirm the conviction and demonstrated the total lack of care and commitment to the civil and human right laws. There is undoubtedly two systems of justice in the United States of America. One for White Americans and another for Non-white Americans, like minorities, such as in this Robert Trevino case. In short, Robert is the victim of an extremely racist criminal justice system.

Consequently during his decades time in prison because the lack of proper and adequate medical care and retaliation, Robert's dire condition continued to deteriorate to the point where he is almost completely paralyzed and has life-threatening epileptic like long repetitive seizures. The doctor who did the neck surgery on Robert stated that he doubted that the surgery had done him any good because he felt like Robert had brain damage that was contributing to his paralysis and I told him of Robert's TBI. Robert also has drastic neurocognitive decline. He has had three life-threatening bowel obstructions as a result of decades of neglected hernia. He badly needs top quality comprehensive round the clock medical attention which he is not getting at the prison. Most of the time they won't even change his diapers and is in a life-threatening situation and is maliciously being denied release on MRIS. Because of the conviction on erroneous aggravated charge, Robert has to have brain damage to qualify for release on MRIS, however, TDCJ doctors are maliciously blatantly lying and erroneously alleging that Robert doesn't have organic brain syndrome or they are not fit to be veterinarians or both to egregiously deny Robert's release on MRIS. We strongly believe that TDCJ doesn't want to release him also because of retaliation and they don't want to lose the money that they are getting to supposedly take care of him. To make matters worse, Robert is being maliciously further subjected to cruel and unusual punishment by sending him across Texas in his dire life-threatening condition to supposedly treat his psychiatric condition, as if he couldn't get it closer to family yet refusing to acknowledge his brain damage, to keep him further isolated from family and I have been illegally ingeniously denied visits with him for over a year. Robert needs to be immediately released on MRIS and transferred to the Houston VA Hospital Emergency Room where he can finally get the proper medical care that he honorably earned and justly deserves before he suffers further irreparable harm and injury or senseless death. Robert is truly Living the American Nightmare!

Therefore, Robert paid a very high price defending our Country when our Country called on him in time of need and remains unlawfully incarcerated. Now we are calling on our Government to come to Robert's aid and help disentangle him from this egregious railroad of hypocrisy and injustice."

_Gloria Trevino_
Gloria Trevino

Dated, <u>June 3, 2021</u>

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

### AFFIDAVIT OF GLORIA TREVINO

Before me, the undersigned authority, personally appeared Gloria Treviño, who after being sworn by me, upon her oath did state as follows:

1.  "My name is Gloria Treviño (Turner).  I am a 66 year old honorably discharged 100% disabled veteran of the United States Armed Forces.  I suffer from Chronic PTSD and other bothersome medical problems as a result of MST and am fully competent to make this affidavit, the facts of which are true and correct and within my personal knowledge.

2.  On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years. Robert is confined to a geriatric wheelchair because he can not sit up in a regular wheelchair and is practically completely paralyzed.  He also suffers from severe brain damage, PTSD and Schizophrenia as a result of concussion blast head injuries he sustained during his tour of duty in Vietnam and also suffers from life-threatening seizures that put him in a vegetative state  as a result. He also has peripheral neuropathy of the upper and lower extremities and critical ischemic heart condition as a result of extensive exposure to Agent Orange.  Robert is a Bronze Star, Purple Heart Recipient and an American War Hero!  As previously repeatedly protested, Robert's dire medical condition is life-threatening and unless immediately restrained from the relentless harassment, TDCJ/UTMB employees are going to maliciously cause Robert further irreparable harm and injury and induce his untimely senseless death!

AFFIDAVIT OF GLORIA TREVIÑO  Page 1

3.      As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21st, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.   I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence, or lack thereof, and visits in revenge for TDCJ/UTMB lawsuit.

5.      They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President,

AFFIDAVIT OF GLORIA TREVIÑO Page 2

Callender, however, they were swept under the rug further empowering and emboldening the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.   When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.   Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.   However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.   Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a

AFFIDAVIT OF GLORIA TREVIÑO   Page 3

sitting position and cramming it towards the phone and hurting and injuring Robert even though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10. In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and

AFFIDAVIT OF GLORIA TREVIÑO Page 4

obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11.     I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12.     I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13.     Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me

**AFFIDAVIT OF GLORIA TREVIÑO  Page 5**

that no further harm would come to Robert but had no control over Warden Massey since she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14.    Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15.    Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14 , 2019

Notary Public in and for The State of Texas

My Commission Expires: 12 24 2022

**AFFIDAVIT OF GLORIA TREVIÑO** Page 6



VARSHA K. RAVAL
Notary Public, State of Texas
Comm. Expires 12-24-2022
Notary ID 130062206

Diplomate, American Board of Psychiatry and Neurology

October 21, 2010

This report is being written at the request of Gloria Trevino, sister of Robert Trevino, and
is meant to serve as a review of Mr. Trevino's psychiatric history and symptoms. The
purpose is to assess the likelihood that Mr. Trevino was delusional and, as a result,
legally incompetent to stand trial in 1995.
The below history is based on interviews with one of his sisters, a letter from another, an
interview with the patient and reviews of available records from the V.A. and from TDC.

Psychiatric history:

Robert Trevino is a 64 year old Hispanic male, currently diagnosed with Chronic
Schizophrenia and Post Traumatic Stress Disorder (PTSD). His psychiatric symptoms
reportedly date from about 1970 while on active duty in the marines in Vietnam, but no
treatment was sought until 1992, when he was encouraged to get treatment by his family
because of his increasingly bizarre behavior. As reported by the patient and his sister he
had a history of getting up at night and patrolling outside the family house with a rifle,
expressing fear that his family was in danger and "looking for Vietcong" which began
when he returned from Vietnam. He reported visual hallucinations and flashbacks of
combat situations and would at times tell his family to "get their gear" and get ready to
leave. These symptoms were attributed to PTSD from his combat experiences.

In addition to the above set of symptoms, his sisters report that from sometime in the
1970's after returning home, he also started to express a variety of paranoid and
persecutory delusions. He started to express the belief that the government was
conspiring with his family business's competitors to put them out of business when some
of the family owned land was re-zoned. He insisted to family that government officials
had spies at the post office going through his mail and that they had bugged his phone. He
reported auditory hallucinations warning him and telling him that he and his family were
in danger. He complained to the family of hearing voices warning him that officials were
"trying to get rid" of him. He claimed that city officials were trying to overcharge on
taxes and utilities in order to harass him. He wrote letters and made trips to Austin to
lodge complaints about these conspiracy beliefs with his state representatives, about twice
a month for several years.

In addition to information from the family, records from the VA dating from July 1993 to
June 1994 reflect severe symptoms of PTSD, but also some evidence of the above
outlined paranoia, such as his refusal to see a psychiatrist because "he might be a cousin
of Saddam Hussein". His behavior at that time was also documented as "fluctuating"

between "docile and compliant" and "angry and unrealistic". In an outpatient psychiatric clinic note Mr. Trevino is noted to have "themes of anger towards the government." as well as "numerous comments with a paranoid flavor".

Following his arrest in 1995, Mr. Trevino expressed persecutory delusions to his attorney believing that the government was conspiring with juvenile delinquent gang members to have him "eradicated" and sent to prison because of his past political activities. He also expressed the belief that the detective on the case was trying to have him killed. He made a suicide attempt while in jail.

Mr. Trevino is currently diagnosed with Chronic Schizophrenia, paranoid type and PTSD. The diagnosis of Schizophrenia was given in March 2008 after he made a second suicide attempt by hanging, while in prison. At that time he expressed the delusional belief that inmates and security personnel were conspiring to kill him. He has remained in a psychiatric unit and has continued to express paranoid ideation and to have auditory hallucinations. Although recent physician and staff notes indicate that he has improved somewhat with treatment, the fact that Mr. Trevino remains in a psychiatric unit and has not been returned to the general prison population indicates that his level of function remains very low and he is currently totally disabled.

In addition to the above outlined presence of paranoid delusions there are other threads of evidence that Mr. Trevino suffered from Paranoid Schizophrenia, as well as PTSD, beginning at least in the 1980's. Several references are made in the VA records to his disheveled appearance ("unshaven, poorly dressed, clothes need laundering") which is typical of the negative symptoms of Schizophrenia (i.e. lack of motivation for ordinary activities of daily living, neglect of hygiene, social withdrawal). Following his four years of service, he is reported to have been unable to function well enough to work, even in the shelter of a family business. He was isolative, and never married or otherwise connected to a significant other. In short, he exhibited extremely poor psychosocial function dating from the 1970's which is also characteristic of the illness.

Comments and Conclusions:

The question this report attempts to address is whether Mr. Trevino was likely to have been too psychiatrically ill and disconnected from reality to be able to understand the charges against him and assist his attorney in his defense in 1995. At the time he was diagnosed with Post Traumatic Stress Disorder, secondary to his combat experiences. He was in treatment at the VA, but was not diagnosed with, or treated for, psychosis. He has been additionally diagnosed with Chronic Schizophrenia since 2007, with documented paranoid delusions.

Schizophrenia is an illness that typically begins early in life. In men, the mean age of onset is 21.4 years of age. Nine of ten males with Schizophrenia develop the illness before age 30 and only 2% have onset after the age of 35. At the time of Mr. Trevino's trial he was 49 years old. This, together with the above outlined history, speaks to a high

likelihood that he had undiagnosed and untreated Paranoid Schizophrenia at that time. It is therefore also **highly likely** that the presence of his persecutory delusions interfered significantly with his competence to stand trial and his ability to assist in his defense.

Karen S. Brown, M.D.

**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

December 9, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Re:  Offender Roberto Rodriguez Trevino, TDCJ-ID #729766, Young Facility

Dear Ms. Trevino:

This correspondence is in response to your letters dated November 5, 2013 and November 20, 2013, concerning your brother, Roberto Rodriguez Trevino, TDCJ-ID #729766. Your concerns include: 1) a request for information about your brother's past and present medical condition, 2) you would like a list of all his current medications, 3) you would like information about his therapy and 4) you would like information about your brother's prognosis and recommendations regarding his care. An Authorization for Use and Disclosure of Protected Health Information (PHI) was obtained for you on November 7, 2013 and is in effect for 180 days, unless revoked earlier by your brother.

An investigation has been conducted by the Health Services Division and the findings are as follows:

➢  According to the medical record, your brother has been diagnosed with a seizure disorder (a sudden spasm or convulsion), high blood pressure, high cholesterol, coronary atherosclerotic disease (a condition in which blood vessels in the heart become clogged and hardened), arthritis, hearing loss, spinal stenosis (an abnormal narrowing of the spinal canal) and a ventral hernia (bulging of the gut through a weakness in the abdominal wall).  Your brother also had a stent (a wire mesh stainless steel tube that holds a blood vessel open and keeps it from closing again) placement in June 2012. He had surgery on his back in May 2013 due to a pinched nerve in the back of his neck. Secondary to your brother's back condition, he developed a condition in which he feels tingling and/or burning in both of his hands. Documentation reflects that your brother was diagnosed with Schizophrenia which is a chronic, severe, and disabling mental disorder characterized by a breakdown of thought processes and by impaired emotional responses.

Your brother was evaluated and treated at Hospital Galveston Specialty Clinics on multiple occasions regarding his various medical problems. At this time, he is being seen at the Neurosurgery (surgical subspecialty dealing with surgery of brain and/or spine) and Cardiology (area of medicine specializing in conditions of the heart) Clinics on a routine basis. Appointments are scheduled for February and August of 2014.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

Two Financial Plaza, Suite 625
Huntsville, Texas 77340
(936) 437-4271
www.tdcj.state.tx.us

Texas Department of Criminal Justice
Page 2 of 2

➢ The following medications have been prescribed to treat your brother's medical problems: clopidogrel (a blood thinner used alone or together with Aspirin to lessen the chance of heart attack, stroke or other serious problems with your heart), Aspirin (blood thinner) and Baclofen (a muscle relaxer used to treat your brother's muscle symptoms). The medications enalapril and metoprolol are prescribed to treat your brother's high blood pressure. Your brother is also prescribed the medications furosemide (fluid pill), omeprazole (antacid), phenytoin (used to treat seizure disorder), potassium, pravastatin (used to treat high cholesterol), amantadine (used to treat attention deficit disorder) and risperidone (used to treat the symptoms of mental health disorders).

➢ Your brother was recently evaluated by the physical and occupational therapist regarding improvement in strength, mobility and endurance. He was scheduled to receive physical therapy two times a week for eight weeks, along with occupational therapy two to three times a week for six to eight weeks. On November 7, 2013, the physical therapist discontinued the therapy due to your brother meeting his optimum level of function. He requires total assistance from medical staff for all of his activities of daily living (i.e., bathing, dressing, feeding, toileting, etc.). At this point, your brother is to continue with the home exercise program given to him by the physical therapist.

➢ The medical provider has not identified a definitive prognosis of your brother's medical condition at this time. There are no specific recommendations documented regarding his medical needs; however, the unit provider will continue to provide medical care to your brother as needed for his identified diagnoses.

For future information about your brother's health care you may contact the unit's University of Texas Medical Branch-Correctional Managed Health Care (UTMB-CMHC) medical staff directly. Your point of contact for general health information is Naushad Noor, UTMB-CMHC Practice Manager, who can be reached by mail at the Young Medical Facility, P.O. Box 1174, Dickinson, Texas 77539, or by telephone at (409) 948-0001. If you require, more specific information such as test results and diagnoses, you may contact the Department of Quality Services and Risk Management, UTMB-CMHC by mail at 301 University Boulevard, Galveston, Texas 77555-1007.

Sincerely,

Patient Liaison Program
Office of Professional Standards
TDCJ Health Services

KM/MW/KB/k

xc: Owen Murray, D.O., M.B.A., Vice President, UTMB-CMHC
    Young Unit Medical Management Team

Reference No.: 130072976600048, 130072976600049, 130072976600050

# HCA✦Houston Healthcare™
Mainland

## Cholecystectomy



S/P: Release of incarcerated Ventral hernia | Small bowel Obstruction and Open Cholecystectomy.

82179

You've had painful attacks caused by gallstones. To treat the problem, your healthcare provider wants to remove your gallbladder. This surgery is called a cholecystectomy. Taking out the gallbladder can ease pain. It will also help stop future attacks. You can live a healthy life without your gallbladder. You may also be able to go back to eating foods you liked before your gallbladder problems started.

## Before your surgery

Be prepared:

- Tell your healthcare provider what medicines you take. Include both prescription medicines and those bought over the counter. Also include vitamins, herbs, and supplements. Be sure to mention if you take prescription blood thinners. This includes warfarin, clopidogrel, and aspirin.
- Have any tests your provider asks for, such as blood tests.
- Follow any directions you are given for not eating or drinking before your surgery. You may need to take some medicine with sips of water. Talk with your healthcare provider.

## The day of surgery

When you arrive, you will get ready for surgery:

- An IV (intravenous) line will be put into a vein in your arm or hand. This gives you fluids and medicine.
- An anesthesiologist will talk with you about anesthesia. This is medicine used to prevent pain. You will get general anesthesia. This puts you into a state like deep sleep through the procedure.

## HCA✛Houston Healthcare™
Mainland

40398

## Small Bowel Obstruction



## Small bowel obstruction can lead to tissue damage and even tissue death.

A small bowel obstruction occurs when part or all of the small intestine (bowel) is blocked. As a result, digestive contents can't move through the bowel and out of the body correctly. Treatment is needed right away to remove the blockage. This can ease painful symptoms. It can also prevent serious problems, such as tissue death or bursting (rupture) of the small bowel. Without treatment, a small bowel obstruction can be fatal.

### Causes of small bowel obstruction

A small bowel obstruction can be caused by:

- **Scar tissue (adhesions).** These may form after belly (abdominal) surgery or an infection.
- **Hernia.** A hernia is when an organ pushes through a weak spot or tear in the abdomen wall. Part of the small bowel can push out and be seen as a bulge under the belly. Hernias can also occur internally.
- **Certain health problems.** These include when part of the bowel slides inside another part (intussusception). Other causes include irritable bowel disease such as Crohn's disease, and inflammation and sores in the intestine (ulcerative colitis).

- **Abnormal tissue growths (tumors).** These can form on the inside or outside of the small bowel. They are usually due to cancer.

## Symptoms of small bowel obstruction

Common symptoms include:

- Belly cramping and pain
- Belly swelling and bloating
- Upset stomach (nausea) and vomiting
- Can't pass gas
- Can't pass stool (constipation)
- Diarrhea

## Diagnosing small bowel obstruction

Your provider will ask about your symptoms and health history. You'll also have a physical exam. Tests may also be done to confirm the problem. These can include:

- **Imaging tests.** These provide pictures of the small bowel. Common tests include X-rays and a CT scan.
- **Blood tests.** These check for infection and other problems, such as excess fluid loss (dehydration).
- **Upper GI (gastrointestinal) series with a small bowel follow-through.** This test takes X-rays of the upper digestive tract from the mouth through the small bowel. An X-ray dye (contrast fluid) is used. The dye coats the inside of your upper digestive tract so it will show up clearly on X-rays.

## Treating small bowel obstruction

Treatment takes place in a hospital. As part of your care, the following may be done:

- No food or drink is given by mouth. This allows your bowels to rest.
- An IV (intravenous) line is placed in a vein in your arm or hand. The IV line is used to give fluids. It may also be used to give medicines. These may be needed to ease pain, nausea, and other symptoms. They may also be needed to treat or prevent infections.
- A soft, thin, flexible tube (nasogastric tube) is inserted through your nose and into your stomach. The tube is used to remove extra gas and fluid in your stomach and bowels. This helps to ease symptoms such as pain and swelling.
- In some cases, surgery is done. This may be needed if the small bowel is almost or totally blocked, if symptoms continue even after treatment, or if there is a hole in the bowel (bowel perforation). During surgery, the blockage is removed. Parts of the bowel may also be removed if there is tissue death. Other repair may be done as well, depending on what caused the blockage. Your healthcare provider will give you more information about surgery, if needed.
- You'll be watched closely in the hospital until your symptoms improve. Your provider will tell you when you can go home.

## Long-term concerns

After treatment, most people recover with no lasting effects. If a long part of the bowel is removed, there is a greater chance for lifelong digestive problems. Bowel movements may become irregular. Work with your provider to learn the best ways to manage any symptoms you may have, and to protect your health.

## When to call your healthcare provider

Call your provider right away if you have any of the following:

- Severe pain **(call 911)**
- Belly swelling or cramping that won't go away
- Can't pass stool or gas
- Nausea or vomiting (especially if the vomit looks or smells like stool)

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# HCA✦Houston Healthcare™
Mainland

87928

# Hernia Repair Surgery

A hernia (or "rupture") is a weakness or defect in the wall of the abdomen. A hernia will not heal on its own. Surgery is needed to repair the defect in the abdominal wall. If not treated, a hernia can get larger. Although rare, it can also lead to serious health complications. Fortunately hernia surgery can be done quickly and safely. Below is an overview of hernia repair surgery.

## Preparing for surgery

Your healthcare provider will talk with you about getting ready for surgery. Follow all the instructions you're given and be sure to:

- Tell your healthcare provider about any medicines, supplements, or herbs you take. This includes both prescription and over-the-counter items. Ask if you should stop taking any of them.
- Stop taking aspirin, ibuprofen, naproxen, and other NSAIDs 7 to 14 days before surgery.
- Arrange for an adult family member or friend to give you a ride home after surgery.
- Stop smoking. Smoking affects blood flow and can slow healing. Smoking can make you more likely to have complications from anesthesia and the surgery.
- Gently wash the surgical area the night before surgery.
- Follow any directions you are given for not eating or drinking before surgery.

## The day of surgery

Arrive at the hospital or surgical center at your scheduled time. You'll be asked to change into a patient gown. You'll then be given an IV to provide fluids and medicine. Shortly before surgery, an anesthesiologist or nurse anesthetist will talk with you. He or she will explain the types of anesthesia used to prevent pain during surgery. You will have one or more of the following:

- Monitored sedation to make you relaxed and sleepy.
- Local anesthesia to numb the surgical site.
- Regional anesthesia to numb specific areas of your body.
- General anesthesia to let you sleep during surgery.

## Fixing the weakness

Surgery treats a hernia by repairing the weakness in the abdominal wall. Most hernias are treated using "tension-free" repairs. This is surgery that uses special mesh materials to repair the weak area. The mesh covers the weak area like a patch. The mesh is made of strong, flexible plastic that stays in the body. Over time, nearby tissues grow into the mesh to strengthen the repair.

## After surgery

When the procedure is over, you'll be taken to the recovery area to rest. Your blood pressure and heart rate will be monitored. You'll also have some type of bandage over the surgical site. To help reduce discomfort, you'll be given pain medicines. You may also be given breathing exercises to keep your

lungs clear. Later you'll be asked to get up and walk. This helps prevent blood clots in the legs. You can go home when your healthcare provider says you're ready.

## Risks and possible complications of hernia surgery

- Bleeding
- Infection
- Numbness or pain in the groin or leg
- Risk the hernia will recur
- Damage to the testicles or testicular function
- Anesthesia risks
- Mesh complications
- Inability to urinate
- Bowel or bladder injury

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.



**Texas Department of Criminal Justice**

─────────────────────────────────────

**Bryan Collier**
Executive Director

February 27, 2019

John E. Richards
john.richards@richardsvaldez.com

RE:    Trevino, Roberto Rodriguez
       TDCJ # 729766

Dear Mr. Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for
Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill,
intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care.    The
purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost
effective alternatives.    Decisions for MRIS cases are determined by a voting panel of the Texas Board of
Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a
reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent
vegetative state or being a person with an organic brain syndrome with significant to total mobility
impairment".

Information submitted to this office by the unit medical provider indicates that the Offender's condition
does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding his current medical treatment, please contact TDCJ Health
Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

─────────────────────────────────────

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

EXHIBIT B                    1

4616 W. Howard Lane, Ste. 200                    (512) 671-2134
Austin, Texas 78728                              Fax (512) 671-2409



THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

718 S.W. 16th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

*"No legacy is so rich as honesty".*
    -Shakespeare, *All's Well that Ends Well*

*[handwritten:] Supper Lawyers — Robert Udashen Defrauded me out of $20,000.⁰⁰ did absolutely nothing but cover-up + criminally oppress Robert + d.*

*[handwritten:] Tried to recover money in Small Claims ct. but was harassed + abused. by H estapp agent Richard*

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law

RYAN BROWN
BRUCE MOSELEY, OF COUNSEL



# BLACKBURN & BROWN, LLP
## LAWYERS

THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn

## GLORIA TREVINO'S STATEMENT
## IN SUPPORT OF MRIS FOR ROBERT R TREVINO 729766

"My name is Gloria Trevino. I am a totally disabled honorably discharged veteran of the United States Armed forces and am one of Robert Trevino's sisters. I am over the age of 18 years and am fully competent to make this Statement in Support of MRIS for Robert, the facts of which are true and correct and within my personal knowledge and belief.

Robert Trevino is a totally disabled 74 year old invalid Vietnam Veteran that has been wrongfully incarcerated for over 25 long and oppressive years. Even though Robert is an invalid permanently confined to a geriatric wheelchair and practically completely paralyzed and is a prisoner in his own body and suffers severe brain damage and not a threat to anyone, he has been repeatedly wrongfully denied release on MRIS, (Medically Recommended Intensive Supervision) by the TDCJ. In furtherance of the cruel and unusual punishment, Robert is also being illegally harassed and denied visitations with his family members. As a result, last year, we filed a Writ of Habeas Corpus in Galveston federal court. Because Robert has since been infected with Covid-19 Virus, we filed an Emergency Motion On Friday July 31, 2020 in an effort to get an immediate favorable ruling. We are trying to have Robert released from TDCJ and transferred to the Michael E. DeBakey VA Medical Center in Houston, Texas where he can finally receive the proper and adequate intensive comprehensive in-patient medical care that he badly needs and that he justly deserves. However, like the previous Writ of Habeas Corpus that I was forced to file on his behalf because of the wrongful incarceration after being "railroaded," on trumped-up charges, Robert has been wrongfully denied release on MRIS as well and we have a pending appeal to our Writ of Habeas Corpus as a result.

Prior to his wrongful conviction, Robert had no felony record and is not Public Enemy No. 1. Robert is an American War Hero! He also suffers from chronic PTSD and TBI from concussion blast head injuries which he sustained while serving his tour of duty in the Republic of Vietnam. Robert also was shot in the head while rescuing members of his platoon from an ambush and was highly recommended for the distinguished Silver Star for his heroic achievements during Vietnam. He was awarded the Bronze Star with "V" for valor and Purple Heart. Robert has periventricular ischemic changes in the brain, brain damage/dementia as a result of concussion blast head injury and exposure to Agent Orange. He also suffers from ischemic heart disease and severe and crippling nerve damage to his upper and lower extremities from extensive exposure to Agent Orange and other extremely dangerous herbicides. Nevertheless, on August of 1995, he was shamefully railroaded on trumped up charges of raping a gang of white juvenile delinquents that were secretly offered immunity from prosecution for their felony crimes in exchange for their false and conflicting testimony against Robert by a rogue female police officer that admitted on the witness stand under oath that she never had liked Robert since the first time she had met him and that that was years before Robert had successfully campaigned for the resignation of the chief of police whom she was having an affair with and was her boss in the small town of Waxahachie in Ellis County, Texas. She harbored extreme hatred against Robert and was executing a vicious vendetta against him in retaliation. Yet, no mistrial was declared. The sham trial by rage was the classic "Kangaroo Court." Robert was arrested at gun point in the cover of darkness and held without bond and illegally denied his medication for his psychiatric illness and suffered a relapse and was not competent to stand trial and was likewise illegally denied a competency examination.

Furthermore, to ensure a conviction and maximum life-sentence, Robert was illegally denied minority

1

members of his peers on the all white bias jury.. There was no evidence to support their outrageous and erroneous and conflicting allegations and impeachment evidence was illegally suppressed. There was a laundry list of other irregularities of the sham trial besides the lack of medical evidence of the alleged sexual assaults of the teens that accused Robert of the crimes. In short, it was the first time in the history of the United States where the gang yelled rape and the victim went to prison for life. The higher courts further illegally denied Robert a court appointed attorney and ingeniously forced me to represent him even though I told them that I wasn't an attorney and that I was also a disabled veteran that suffers from chronic PTSD and other psychological problems as a result of MST. Nevertheless, the federal court illegally denied Robert a court appointed attorney and forced me to represent Robert for whom I was requesting a court appointment attorney for. I was clearly not qualified to represent Robert because of my own mental disabilities but was ingeniously forced to defend Robert. Naturally the higher courts just reaffirm the conviction and demonstrated the total lack of care and commitment to the civil and human right laws. There is undoubtedly two systems of justice in the United States of America. One for White Americans and another for Non-white Americans, like minorities, such as in this Robert Trevino case. In short, Robert is the victim of an extremely racist criminal justice system.

Consequently during his decades time in prison because the lack of proper and adequate medical care and retaliation, Robert's dire condition continued to deteriorate to the point where he is almost completely paralyzed and has life-threatening epileptic like long repetitive seizures. The doctor who did the neck surgery on Robert stated that he doubted that the surgery had done him any good because he felt like Robert had brain damage that was contributing to his paralysis and I told him of Robert's TBI. Robert also has drastic neurocognitive decline. He has had three life-threatening bowel obstructions as a result of decades of neglected hernia. He badly needs top quality comprehensive round the clock medical attention which he is not getting at the prison. Most of the time they won't even change his diapers and is in a life-threatening situation and is maliciously being denied release on MRIS. Because of the conviction on erroneous aggravated charge, Robert has to have brain damage to qualify for release on MRIS, however, TDCJ doctors are maliciously blatantly lying and erroneously alleging that Robert doesn't have organic brain syndrome or they are not fit to be veterinarians or both to egregiously deny Robert's release on MRIS. We strongly believe that TDCJ doesn't want to release him also because of retaliation and they don't want to lose the money that they are getting to supposedly take care of him. To make matters worse, Robert is being maliciously further subjected to cruel and unusual punishment by sending him across Texas in his dire life-threatening condition to supposedly treat his psychiatric condition, as if he couldn't get it closer to family yet refusing to acknowledge his brain damage, to keep him further isolated from family and I have been illegally ingeniously denied visits with him for over a year. Robert needs to be immediately released on MRIS and transferred to the Houston VA Hospital Emergency Room where he can finally get the proper medical care that he honorably earned and justly deserves before he suffers further irreparable harm and injury or senseless death. Robert is truly Living the American Nightmare!

**Therefore,** Robert paid a very high price defending our Country when our Country called on him in time of need and remains unlawfully incarcerated. Now we are calling on our Government to come to Robert's aid and help disentangle him from this egregious railroad of hypocrisy and injustice."

Gloria Trevino                                                    Dated, June 3, 2021

2

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

### AFFIDAVIT OF GLORIA TREVINO

 Before me, the undersigned authority, personally appeared Gloria Treviño, who after being sworn by me, upon her oath did state as follows:

1.  "My name is Gloria Treviño (Turner).  I am a 66 year old honorably discharged 100% disabled veteran of the United States Armed Forces.  I suffer from Chronic PTSD and other bothersome medical problems as a result of MST and am fully competent to make this affidavit, the facts of which are true and correct and within my personal knowledge.

2.  On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years.  Robert is confined to a geriatric wheelchair because he can not sit up in a regular wheelchair and is practically completely paralyzed.  He also suffers from severe brain damage, PTSD and Schizophrenia as a result of concussion blast head injuries he sustained during his tour of duty in Vietnam and also suffers from life-threatening seizures that put him in a vegetative state  as a result.  He also has peripheral neuropathy of the upper and lower extremities and critical ischemic heart condition as a result of extensive exposure to Agent Orange.  Robert is a Bronze Star, Purple Heart Recipient and an American War Hero!   As previously repeatedly protested, Robert's dire medical condition is life-threatening and unless immediately restrained from the relentless harassment, TDCJ/UTMB employees are going to maliciously cause Robert further irreparable harm and injury and induce his untimely senseless death!

**AFFIDAVIT OF GLORIA TREVIÑO**   Page 1

3.    As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21st, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.    I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence and visits in revenge for TDCJ/UTMB lawsuit.

5.    They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President, Callender, however, they were swept under the rug further empowering and emboldening

**AFFIDAVIT OF GLORIA TREVIÑO** Page 2

the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.    When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.    Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.    However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.    Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a sitting position and cramming it towards the phone and hurting and injuring Robert even

**AFFIDAVIT OF GLORIA TREVIÑO**  Page 3

though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10.  In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was

**AFFIDAVIT OF GLORIA TREVIÑO** Page 4

leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11.    I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12.    I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13.    Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me that no further harm would come to Robert but had no control over Warden Massey since

**AFFIDAVIT OF GLORIA TREVIÑO**  Page 5

she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14.     Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15.     Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

*Gloria Treviño*

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14, 2019

Notary Public in and for The State of Texas

My Commission Expires: 12.30.2022

**AFFIDAVIT OF GLORIA TREVIÑO** Page 6



KIRIT H. RAVAL
Notary Public, State of Texas
Comm. Expires 12-30-2022
Notary ID 130063928

THE STATE OF TEXAS        *

                      *

COUNTY OF ELLIS        *

## AFFIDAVIT OF RICK TUTTON
### IN
### DEFENSE OF ROBERT RODRIGUEZ TREVINO, TDCJ, No., 729766

**BEFORE ME,** the undersigned authority, on this day personally appeared Rick Tutton, who after having been duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Rick Tutton, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in defense of Robert R. Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Robert R. Trevino and family for over 20 years and am aware that Robert is a Disabled American War Veteran who received the Bronze Star and Purple Heart for his wounds and heroism during the Viet nam War. I am aware of Robert's 100% Post Traumatic Stress Disorder, back, feet and knee problems and other service-connected disabilities and I know Robert to be a very caring and attentive person who would give the shirt off his back to help anyone in need. My wife, kids and I lived with Robert at his home, located at 11 Yinger Street in Waxahachie, Texas from about March, April, May through June of 1994 during the time Patrick Lankford alleges that he was living with Robert, which is not the case. I was aware that Patrick was the leader of a gang of devil worshipers known as the "Pyro Pirates," involved in burglaries, arson, truancy, drugs and other criminal activities and that Patrick had criminal charges pending at the time. However, Patrick Lankford and/or any of his gang members did not ever live with us and I never witnessed any alleged abuses against Patrick and/or any of his gang members by Robert, nor did Patrick and/or any of his gang members ever reported any alleged abuses against them by Robert to me. In fact, to date, I have never even met any of Patrick's gang members who alleged Robert had been violently abusing them over a long period of time. I am aware of Robert's problems with the Waxahachie "authorities" and that they harassed and had it in for Robert. Subsequently, after Robert's arrest in Feb. 1995 for allegedly violently repeatedly sexually assaulting the alleged victims, Patrick and his gang members, I testified in court on Robert's behalf, however, Robert's attorney, John Dixon, was ineffective in using my testimony to impeach the credibility of Patrick Lankford. Patrick was dangerously manipulative, mischievous, had a violent criminal record, had criminal charges pending, was on probation, untrustworthy, unreliable, was out of control and the responsibility was being placed on Robert. Patrick's own mother didn't have any control and Robert had Court Orders to make sure Patrick got to and from school. I knew that Patrick had given false testimony when he stated that he had been violently sexually assaulted when he was a minor while living with Robert during the time that my family and I lived with Robert. Even though I was not with Robert 24 hours a day I witnessed Patrick's mother drop off Patrick at Robert's home about 6 O'clock in the A. M. and I accompanied Robert when he drove Patrick to school as well as when Robert picked up Patrick after school to go feed our pigs at the farm on the way to drop off Patrick at his home with his mother. Sometimes I drove my truck and my wife came along with us to drop off Patrick and we never observed or heard of any abuses nor did Patrick ever report any abuses against him by Robert. Contrary to Patrick's testimony, he never lived with us and I was always with Robert in March and April when Patrick was present. Therefore, attorney John Dixon was ineffective in using my sworn testimony to impeach the false testimony and credibility of Patrick during the trial. I am also aware that crucial defense witnesses were not called to testify, such as Robert's sister, Gloria Trevino who's testimony would have aided the defense in their assertion that Robert and the Trevino family had been a target of harassment from the officials for over a long period of time resulting in even physical abuse and continued civil and human rights violations. Both defense witness Gloria and Sugar Gun waited outside the courtroom for five days ready to testify. Defense witness, Sugar Gun, the juvenile court reporter, Patrick's probation officer and Patrick's psychiatrist, who's office was located directly across the street from the courthouse were also never called to testify and their testimony would have revealed the character and criminal history of Patrick Lankford. I am also aware that there were no members of Robert's peers on the jury and that the change of venue was blatantly denied in spite of the overwhelming hatred that the officials harbored against Robert and his family which was incited, aroused and compounded by the contributory prejudicial publicity. Furthermore, I am aware that Robert had suffered a relapse of his illness and had become disoriented and confused prior to trial which was why his attorney John Dixon requested a competency evaluation and medical treatment however was also ineffective and unsuccessful in obtaining and securing Robert's civil and human rights. No evidence was ever presented such as DNA, cuts or bruises, torn clothing, etc., and Robert was tried, convicted and condemned to life imprisonment. To date, Robert's second attorney, Robert Ford, has never even bothered to contact me.

Robert is a nice, caring and truthful man who did not cause any harm or trouble to these people and I do not know why they did this to Robert. I strongly believe that Robert did not get a fair and impartial trial as required by law and as guaranteed under the United States Constitution."

_Rickey Tutton_
RICK TUTTON

SUBSCRIBED AND SWORN TO BEFORE ME on this 17 day of _DEC_ , 2000

Andrew Ortiz Cantu, Jr.
Notary Public, State of Texas
My Commission Expires
FEBRUARY 7, 2004

_Andrew Ortiz Cantu_
NOTARY PUBLIC in and for the
State of Texas

STATE OF TEXAS      §
                       §
COUNTY OF PARKER      §

## AFFIDAVIT OF JAMES D. LAMB
## IN
## DEFENSE OF ROBERTO RODRIGUEZ TREVINO
### TDCJ No. 729766

BEFORE ME, the undersigned authority, on this day personally appeared James D. Lamb, who after duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is James D. Lamb, I am over 18 years of age, of sound mind, have the legal capacity to make this Affidavit in Defense of Robert Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have lived in Waxahachie for 20 years and I met Robert at the city council meetings. I am aware that Robert is a disabled American Veteran and Recipient of both the Bronze Star and Purple Heart. Robert had been campaigning for the resignation of the City Manager, Bob Sokol and Chief of Police, Ted Garber. On one occasion after Robert had completed addressing the council, I overheard the Chief of Police, Ted Garber, tell Officer Billie Wiggins, "We need to get rid of Robert." After the meeting, I approached Robert and warned him of what I had overheard and advised Robert to be careful. Later, I was made aware that after another city council meeting, Robert was, indeed himself the victim of a verbal altercation during which time he was threatened by Bob Sokol who swore to get rid of Robert. Robert had filed criminal charges against Bob Sokol, however, no action was taken against the Waxahachie City Manager. Joe Grubbs and Gene Knize had previously been chastise by appeal court judges for prior violations of Robert's Civil Rights. I am also aware that former Judge Mike Boyd, the son of the late Sheriff Barney Boyd, was now president of a Bank, was known as the "Care-taker" of the Marijuana Patches in Ellis County and that he had testified against the Change of Venue that Robert's attorney had filed and stated that there was no conspiracy and no prejudicial publicity. The chief of police has been under investigations by ATF for illegally selling guns to gun dealers in Arizona and later stated that he had simply made a mistake and continues to "Police the Town". If you don't go along with whatever plans or schemes they have in mind they will harass and ruin your life and your families. Since no action has ever been taken against them, most people are afraid to come forward or they just refuse to believe the truth. What the Waxahachie officials have done to Robert and his family is a perfect example of the high crimes and misdemeanors against humanity that they are capable of and need to be restrained and brought to justice.

Therefore, I strongly believe that Robert did not get a fair and impartial trial as required by law and is the victim of the classic, "RAILROAD."

_____
JAMES D. LAMB

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 20th day of August, 2001.

_____
Notary Public in and for the State of Texas

SUE D. HUDDLESTON
Notary Public, State of Texas
My Commission Expires
June 20, 2005

THE STATE OF TEXAS        X

                                      X

COUNTY OF DALLAS       X

<center>

### AFFIDAVIT OF JUNIA BELL YOUNG
### IN
### DEFENSE OF ROBERTO RODRIGUEZ TREVINO, TDCJ, No. 729766

</center>

**BEFORE ME,** the undersigned authority, on this day personally appeared Junia Bell Young, who after being duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Junia Bell Young, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in Defense of Roberto Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Roberto Rodriguez Trevino for several years and he is a very kind, honest and caring person. I am aware that Robert is a disabled American War Hero that suffers from Post Traumatic Stress Disorder and other medical problems. My late husband, Alex, Robert and I spend a lot of time together and were best of friends. We went fishing often and at times spend the night at each others homes.

I am also aware of Robert's problems with the Waxahachie authorities and that they harassed him and had it in for him. In fact, after Robert's arrest in Feb. 1995, Alex and I spoke to Robert's attorney, John Dixon, and reported to him that we were with Robert on August 2, 3, 4 and 5 of 1994, from about, 7 in the P.M. to till about 10 P.M and sometimes till Midnight, for a planned fish fry/get together on August 6, 1994. And that on August 3, 1994 Robert had come back home with us to help us clean the fish and had spend the night with us. Robert had left early the next morning to be back at his home by 6 in the A.M. Robert was with Alex and I during the time the alleged victims were accusing Robert of sexual assault and Robert is innocent. Attorney John Dixon had asked us to wait outside the courtroom every day of the trial to be called in to testify as defense witnesses and Alex and I waited, however, attorney Dixon never called us to testify on Robert's behalf. There were other crucial defense witnesses waiting outside the courtroom, including, Robert's sister, Gloria Trevino, who's testimony would have uncovered that Robert and the Trevino family had been the target of systematic abuse and civil rights violations by the officials. The Juvenile Court Reporter, Sugar Gunn, who had vital information about the violent criminal records and activities and lack of credibility of the alleged victims and her husband, Bill Gunn, character witness for defense were present, however, they were never called either. Defense witness, friend/former roommate of Robert, Rick Tutton, was also present however, attorney Dixon did not use his testimony effectively. The probation officer of the alleged victims and their Psychiatrist were never called to testify. No evidence of any crime was ever presented, there was extensive explosive prejudicial publicity, the change of venue was denied and there were no minorities on the Jury. I am also aware that Robert was suffering from stress and confusion and his attorney Dixon was ineffective in affording Robert a Competency Evaluation/Treatment.

There's no question in my mind that Robert did not get a fair and impartial trial as required by law."

<div align="right">
<em>Junia Bell Young</em>
</div>

**Subscribed And Sworn To Before Me** on this _20_ day of _August_, 2001

<div align="right">
Notary Public in and for<br>
State of Texas
</div>

ANNE FAVORS<br>
MY COMMISSION EXPIRES<br>
July 6, 2005

# GLORIA TREVINO

**12526 Olympia Drive – Houston, Texas  77077**
**(713)309-5962, Email Address, vip4justice@gmail.com**

## URGENT! - IMMEDIATE ASSISTANCE REQUIRED – URGENT!
### SECOND REQUEST FOR URGENT ASSISTANCE

<u>Mailed FedEx Overnight Delivery</u>                                        June 21, 2022

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF INSPECTOR GENERAL,
HONORABLE MICHAEL E. HOROWITZ
950 Pennsylvania Avenue, NW.
Washington, dc 20530-0001

## ABOVE THE LAW!

**Re:  SEE ATTACHED GRIEVANCE AGAINST NOEL PORTNOY/JOHN RICHARDS TO STATE BAR OF TEXAS, CDC**

**RE:  ROBERT TREVINO"S REQUEST TO INSPECTOR GENERAL OF USDOJ FOR IMMEDIATE ASSISTANCE IN DISENTANGLING HIM FROM THIS EGREGIOUS RAILROAD OF HYPOCRISY AND INJUSTICE AND SYSTEMATIC INJUSTICE**

Greetings,

Attached is Robert Trevino's statement, with attachments, in support of request for immediate assistance.  The USDOJ has repeatedly denied us the equal protection and civil and human rights that we are legally and morally entitled to as guaranteed under the US Constitution.  As a result, the officials have been incited and emboldened resulting in the malicious persecution and unlawful life-imprisonment of Robert and subsequent depraved heart murder of my other brother, Juan, that had been previously viciously pistol whipped and hospitalized.  We want these out of control rogue racist government officials and others bought to justice and help disentangle Robert from the egregious railroad of hypocrisy and injustice before he suffers any further irreparable harm and injury to his already vulnerable life-threatening medical condition.

As previously reported in my May 13, 2022 letter and previous correspondence since 1995, Robert is my brother and is a totally and permanently disabled honorably discharged veteran of the United States Armed Forces and American war Hero.  He is an invalid and remains in unlawful imprisonment,.  During the sham trial by rage, I was not allowed to testify on his behalf about the atrocities against my family by the Waxahachie officials, including Rodney King Style police brutality attacks on Juan and subsequent depraved heart murdered of him while held in their jail without bond on trumped-up charges, maliciously illegally denied emergency medical treatment resulting in Juan's unnecessary senseless death and demise and cover-up/whitewash..

The USA is suppose to be the most civilized society in the World. Everybody is entitled to equal protection, a fair and impartial trial and civil and human rights guaranteed under our Constitution of the

1

United States of America and our Bill of Rights.  However, these corrupt Government officials armed with the unlawful and immoral qualified immunity doctrine, in collusion with others, are turning our Country into a third World Country to maintain tyrannical control and reign of terror and are taking the more vulnerable citizens in our society back to the stone ages, such as in Trevino case and others similarly situated, and are guilty of treason and other high crimes and misdemeanors and should be immediately held accountable for their heinous crimes against humanity.

**NO ONE IS SUPPOSE TO BE ABOVE THE LAW IN THE USA!**

**We pray you will immediately come to Robert and our aid and protection.**

Your immediate assistance in this most serious matter is required and appreciated..

Respectfully submitted,

*Gloria Trevino*

Gloria Trevino.
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962

Attachments;
REFER TO; Statement of Robert Trevino w/attachments about 117 pages.
SECOND ATTACHMENTS, about 8½ p.



U. S. Department of Justice

Office of the Inspector General

April 20, 1998

**MEMORANDUM**

To:        Richard W. Roberts
              Chief, Criminal Section
              Civil Rights Division, U.S. Department of Justice

From:      Michael R. Bromwich
              Inspector General

Subject:    Letter from Ms. Gloria Trevino

      The Inspector General's Office recently received correspondence from Ms. Gloria Trevino alleging violation of her civil rights as well as those of her brother, Roberto Rodriguez Trevino, who is presently incarcerated in a Beaumont, Texas, prison. Because the issues raised in this letter fall under your jurisdiction, I am forwarding Ms. Trevino's letter to you for disposition. Thank you.

Attachment

cc: Ms. Gloria Trevino

CAUSE NO. 21530-21534

E STATE OF TEXAS                         IN THE DISTRICT COURT

VS.                                      ELLIS COUNTY TEXAS

BERT TREVINO                             40TH JUDICIAL DISTRICT

FILED FOR RECORD
95 OCT -3 PM 82 39
BILLIE A FULLER
DISTRICT CLERK
ELLIS COUNTY TX.

### DEFENDANT's FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and numbered causes by and through his attorney of record, John A. Dixon and files this his Defendant's Formal Bill of Exceptions.

BE IT REMEMBERED that during the course of the trial of the above entitled and numbered cause the following transcribed, namely:  The testimony of GLORIA TREVINO, a defense witness, was excluded by the Honorable Judge GENE KNIZE after motion by the state for said exclusion. The testimony by GLORIA TREVINO would have aided the Defense in its assertion that the Trevino family in Waxahachie, Texas had been a target for harassment from officials in Waxahachie, Texas over a long period of time resulting in even physical abuse of some family members. Further, the testimony of GLORIA TREVINO would have aided the Defense in its assertion that the Defendant ROBERT TREVINO being a member of the Trevino Family was targeted by the officials in Waxahachie, Texas for continued harassment.  The testimony of GLORIA TREVINO is outlined in the Affidavit of PERSONAL Statement Regarding Change of Venue For Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to the Trial Court and asks that it be approved without qualification, or in the alternative, if it is approved with qualification, that the reasons for qualification be stated or if it is refused, that the reason for the refusal be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 400 D
Houston, Texas  77054
713-349-8387
SBN#:  00785824

*Ct of appl. No's 10-95-00277-10-95-00281
10th Dist of Tx. Waco, Tx.
Brief for appellant        2 May 96*

to any of the alleged acts by the Appellant. The State offered no expert testimony to assist the jury in making the determination that the complainant's had been mentally and physically abused. Only one of the five complainant's had a medical report and it revealed no physical evidence of abuse and Dr. Remmer used the most sophisticated instruments to determine if there had been any physical abuse of complainant Christopher Williams over a long period of time and found none.

The Appellant respectfully prays that this Honorable Court look at the record and view the evidence and then make the determination that Appellant's guilty verdict is clearly wrong and unjust and therefore order an acquittal of the Appellant in all of these causes.

<u>PRAYER FOR RELIEF</u>

WHEREFORE PREMISES CONSIDERED, Appellant Prays this Honorable Court to consider each and every point of error raised herein to reverse Appellants conviction and to order a judgment of acquittal or new trial as the law and justice demands.

Respectfully submitted,

John A. Dixon
2616 S. Loop W. Ste. 400D
Houston, Texas   77954
713-349-8387
Fax:  713-349-8783
SBN:  00785824
Attorney for Appellant

1    Court. It does not give a span of one week, two

2    weeks, three weeks or four weeks. The law says

3    that at any time prior to the trial of the case.

4    And even during the trial of the case, if there

5    is an issue of competency, that issue has to be

6    addressed by the Court. And we feel that the

7    defendant in this particular cause, Your Honor,

8    has shouldered the burden of trying to solicit

9    from this Court a continuance to ascertain the

10   medical condition of Robert Trevino in order to

11   determine his competency to stand trial in this

12   particular cause. And we request that this

13   Honorable Court would grant this Motion for

14   Continuance and allow Robert Trevino to select

15   the doctor of his choice, under the law, to make

16   that psychiatric evaluation and prepare a report

17   to this Court.

18            Thank you, Your Honor.

19            THE COURT: Yes, sir.

20       The Motion for Continuance is denied.

21   The Motion for Psychiatric testing is denied.

22   The Case is set for trial at 9:00 AM, August 21,

23   1995. Attorneys and defendant are directed to

24   appear at 8:00 AM that day for any last minute

25   motions, if there are any. Under the

proceedings thus far in this Court on this style, I do not anticipate we'll proceed with a competency trial. I do not intend on impaneling a jury for a competency trial. But like I say, between now and Monday morning at 9:00 o'clock, I don't know what else will happen. And I'll be here at 8:00 to see if anything else has happened, to determine whether we are going to have a competency trial or a jury trial on the merits, but we'll have one or the other, depending on if anything else is received. But what I've gotten so far, I'm just going to go on to the trial of the merits at this time.

Thank you.

MR. DIXON: Excuse me, Your Honor?

THE COURT: Yes, sir.

MR. DIXON: I would like to go on the record to make an objection to the denial of the Defendant's Motion for Continuance and also the denial of having the defendant undergo a psychiatric evaluation to determine competency.

THE COURT: Okay. I don't -- I'm not denying the right of the defendant to go out and be examined by anybody he wants to. I'm just not appointing anybody to examine him

19

*The Judge*

because I don't see any need for it. He's had
psychiatric exams and -- anyway, be as it may,
if he want to go out and hire somebody else,
that's fine with me. And if there are any
reports on that I'll hear those at 8:00 o'clock
Monday morning.

*Court over like Halen*

*Wiggins Don't like Halen*

(Arguments were made by counsel
for the State, and counsel for
the defendant.)

THE COURT: All right. Thank you,
Mr. Dixon. It would certainly be included as
part of the record in this case, especially if
you ask the court reporter to type it up and put
it in there.

But I find the evidence offered in
support of your conclusions of a conspiracy
against the defendant to be nonsecular, jumping
the Grand Canyon without a bridge, and
therefore, I sustain the State's object to the
offer of the testimony being offered today, with
the exception -- and I would like to note for
the record that the defendant's question of --
and I don't recall exactly how it was. But it
was something to the effect of the witness
Wiggins, do you like or dislike Robert Trevino,
and her answer was she hadn't liked Robert
Trevino since the first citation. That question
was not asked the witness during the trial of
this cause nor was it tendered to the Court to
be asked of the witness. And if it would have
been, the Court would have admitted it. But
that wasn't tendered to the Court during the

*Court
struck*

Wiggins  Don't  Like  Trevino!

```
 1    did I ask you whether you were at the meeting on the
 2    night that Mr. Sokol allegedly verbally assaulted
 3    Robert Trevino?
 4         A     No, I wasn't.
 5         Q     How long have you known Robert Trevino?
 6         A     Just since I came to work for the
 7    Waxahachie Police Department.  I believe I had an
 8    occasion to meet him probably my first year working for
 9    the police department.
10         Q     Was that during the time of the
11    confrontation between he and Mr. Sokol, and his efforts
12    to have Mr. Sokol and Mr. Garber resign as city
13    employees?
14         A     No, it wasn't.
15         Q     Have you an opinion of Robert Trevino?
16         A     I believe everyone has an opinion.
17         Q     What is your opinion of Robert Trevino,
18    do you consider to like Robert Trevino for what he did
19    to Mr. Garber — or what he attempted to do to Mr.
20    Garber?
21         A     My feelings or my opinions towards Robert
22    Trevino have nothing to do with him and Ted Garber, if
23    they had a problem.
24         Q     But you didn't like Robert Trevino's
25    attacks on Mr. Garber, did you, Ms. Wiggins?
```

answer it.

1          THE WITNESS:    I would like to
2   state for the record, the time we are going back
3   into, it was a very traumatic time in my life.
4   I was hospitalized and diagnosed  with major
5   depression.   So I will answer your questions
6   with the best of my recollection.
7       Q      (By Mr. Dixon)  Was Mr. Garber ever your
8   lover, Ms. Wiggins?
9       A      No.
10      Q      Did you ever have a personal relationship
11  with him, outside of friendship?
12      A      No.
13      Q      Has Mr. Garber ever done anything outside
14  of your professional relationship with him to appease
15  you in any manner?
16      A      No.
17      Q      You stated, at one time in your life, you
18  were going through a very traumatic event.  Can -- for
19  the Court for this particular hearing, can explain what
20  particular relationship former Police Chief Ted Garber
21  played in your traumatic event?
22      A      I can't really say he played any part in
23  that.
24      Q      Could you tell me what was the essence of

*Billie Wiggins*

1     A     I haven't like Robert Trevino since the

2  first time I issued him a citation, which was the

3  occasion I spoke of the first year I came here.

         MR. DIXON:  No further questions,

4  Your Honor.

5        MR. MARSHAL:  No questions, Your

6  Honor.

7        THE COURT:  You may step down.

8        MR. DIXON:  I would like to call

9  Mr. Alsup, please.

10            MR. RED ALSUP

11  the said witness having been sworn to tell the truth,

12  the whole truth, and nothing but the truth, testified

13  on his oath as follows:

14           DIRECT EXAMINATION

15

16  BY MR. DIXON:

17     Q     Mr. Alsup, on or about the year 1992,

18  do you recall being in attendance of a City Hall

19  meeting where Robert Trevino was in attendant at that

20  particular meeting?

21     A     Yes, I sure do.

22     Q     Was City Manager Bob Sokol also in

23  attendant at that meeting, sir?

24     A     He sure was.

25     Q     Was your wife, Mrs. Alsup --

1    answer it.

2                          THE WITNESS:    I would like to

3    state for the record, the time we are going back

4    into, it was a very traumatic time in my life.

5    I was hospitalized and diagnosed with major

6    depression.   So I will answer your questions

7    with the best of my recollection.

8         Q        (By Mr. Dixon)   Was Mr. Garber ever your

9    lover, Ms. Wiggins?

10        A        No.

11        Q        Did you ever have a personal relationship

12   with him, outside of friendship?

13        A        No.

14        Q        Has Mr. Garber ever done anything outside

15   of your professional relationship with him to appease

16   you in any manner?

17        A        No.

18        Q        You stated, at one time in your life, you

19   were going through a very traumatic event.   Can -- for

20   the Court for this particular hearing, can explain what

21   particular relationship former Police Chief Ted Garber

22   played in your traumatic event?

23        A        I can't really say he played any part in

24   that.

25        Q        Could you tell me what was the essence of

better what to do and where to go from there.

Q.    (By Mr. Dixon)  Did you do your best when it came down to Stacy Harris?

A.    Yes, sir.

Q.    Did you do your best when it came down to Shannon Russell?

A.    Yes, sir.

Q.    Did you do your best when it came down to Shawn Lankford?

A.    Yes, sir.

Q.    Did you do your bet when it came down to Patrick Lankford?

A.    Yes, sir.

Q.    Was your best the non-referral of these individuals to see a doctor?

A.    Yes, sir.

Q.    And as a sexual assault investigator, would you say that your actions were contrary to your training?

A.    Yes, sir.

Q.    Then why did you take them to the doctor if you knew that it was contrary to your training, why would you not have referred them to the doctor?  When you just testified that it was against your training to not refer them, why did you do it?

preamble -- proceed.

Q.     (By Mr. Dixon)   Christopher Williams came

to you when?  February of '95, is that correct?

A.     I took the statement from Christopher

Williams in February of '95.

Q.     Now, when you took the statement from

Christopher Williams in February of '95, how many

pages did it consist of?

A.     Nine.

Q.     How did you come up with the dates, Ms.

Williams?  When he gave you the statement about the

times that Robert Trevino allegedly sexually assaulted

him, the statement didn't give any January 1st,

January 3rd, January 8th, January 9th, January 10th

scenario, did it?

A.     No, sir.

Q.     When did you come to the realization that

they all happened on December 30th, December 30th,

December 30th, December 30th, January 15th, January

18th, January 22nd, January 28th, et cetera?  When did

you come to give those dates?

A.     Never.

Q.     Then how were the dates provided?

A.     By the District Attorney's Office.

Q.     Now, the D.A.'s office filed charges,

*Dr. Remmers finding no [illegible] abuse*

1    form two years ago we referred to many forms across

2    the country of people that had been using in their

3    classifications and we made it very simple because

4    many people in the hospital, different situations,

5    would be using them. With our experience we're

6    realizing that this is much too limiting. And myself

7    and my partners who do this, each of us about two days

8    a week, we've actually stopped filling out the boxes

9    and we just do narratives. We're in the process of

10    revamping the boxes because they're just too limiting,

11    too narrow. Too limiting from one perspective and

12    much too broad from another.

13        Q.   Yes, ma'am. Now, let me get this. In the

14    examination of Mr Williams, Dr. Remmer, your findings

15    showed that there was no physical signs of sexual

16    abuse with Christopher Williams; is that correct?

17        A.   That's correct.

18        Q.   Now, you testified that you used a

19    colposcope --

20        A.   Colposcope.

21        Q.   Colposcope.

22        A.   A magnifier.

23        Q.   Magnifier. Thank you. -- a magnifier to

24    determine whether or not there had been any rectal

25    tears or signs of any rectal irregularities with

1    yes.

2         Q.    And your findings of no physical abuse at

3    that time would be reflective of a thorough and well-

4    conducted examination of Christopher Williams at that

5    time?

6         A.    Findings of a normal physical exam which

7    never rules out sexual abuse --

8         Q.    I understand.

9         A.    It's based on a complete and thorough

10   physical exam on February 2nd -- 10th, yeah.

11        Q.    And you do have cases that have observable

12   physical signs of sexual abuse?

13        A.    In our practice we've had one little boy

14   who had severe trauma to the perianal area, and this

15   was actually an act of violence. He was raped

16   aggressively. He's the only one that we have had

17   severe trauma anally. We have had one other boy who

18   had a scar that was very suspicious, and that's what

19   used to fall under non-specific. It's not a place

20   that we would normally expect a scar to be from, say,

21   passing a large stool. It was off-center, it was

22   further out and it had been many months. So it was

23   suspicious and concerning and supportive. That's why

24   we're changing those three boxes. So we've only had

25   two males who have had findings.

1        Q.    Mr. Williams, how is it that you cannot

2  remember one thing and you cannot remember how is that

3  you can remember one thing and you can remember 13?

4                     MS. BUCKINGHAM:  We're going to

5        object as being argumentative.

6                     THE COURT:  Restate the question.  I

7        got jumbled up.  Ask it again.

8        Q.    (By Mr. Dixon)  Mr. Williams, how are you

9  able to recall things that allegedly happened to you a

10 year ago and you can't recollect things that happened

11 to you in a lesser degree of time?

12       A.    Because I don't remember my doctor's name

13 or phone number.

14       Q.    You don't remember the dates, the times,

15 what day or night because these things didn't happen,

16 did they, Mr. Williams?

17       A.    Yes, they did.

18       Q.    If they happened you would remember them,

19 isn't that correct?

20       A.    Yeah.

21       Q.    And you admit that?

22       A.    Yeah.

23       Q.    But you don't remember --

24                     MR. MARSHAL:  Object to the

25       argumentative nature of that again, Your

1                          Honor, arguing with him.

2                                THE COURT:  Sustained.

3              Q.     (By Mr. Dixon)  But you don't remember the

4      dates, do you, Mr. Williams?

5              A.     No, I don't.

6              Q.     You don't remember whether it was day or

7      night?

8                                THE COURT:  Repetitive, Counselor.

9              Q.     (By Mr. Dixon)  Do you remember whether or

10     not on all of the charges that you have here, Mr.

11     Williams, whether Patrick Lankford or someone else was

12     in the house on any of these other occasions?

13             A.     I don't understand.

14             Q.     When you alleged that Robert Trevino

15     sexually you, Mr. Williams, were you alone with Robert

16     Trevino on each of those occasions, with the exception

17     of the one that you have testified to with Patrick

18     Lankford being there?

19             A.     Yes.

20             Q.     You were alone with Robert Trevino?

21             A.     Kind of.

22             Q.     So there were no other witnesses to

23     corroborate what you're telling the Court today, is

24     that correct?

25             A.     That's correct.

1          Q.     (By Mr. Dixon)  Did you know the cause of

2    these particular problems at that time?

3          A.     No, I didn't.  Well, yes, I did.  I take

4    that back.  I did.

5          Q.     What were those causes?

6          A.     From listening to my daughter is why --

7    what the causes were, she told me that it was from

8    having sex with Patrick and Robert that night.

9          Q.     Did she -- was -- did she make the comment

10   that she had had sex with Robert Trevino?

11         A.     No, sir, she did not.

12         Q.     Was he comment to you that Robert Trevino

13   had sexually molested her?

14         A.     At the hospital she talked to me about him

15   fondling her.

16         Q.     Did she say that Robert Trevino touched

17   her breast area?

18         A.     Not at that time.

19         Q.     Have you ever talked to Robert Trevino

20   over the phone?

21         A.     Yes, I did.

22         Q.     When did you talk to Robert Trevino?

23         A.     Well, I'm not good with dates, but it was

24   the night before I had found out where she was at.  I

25   had called and talked to him.  I asked him was my

1       A.      I don't remember.

2       Q.      But you admit that you were angry at

3  Robert Trevino after you allege that he sexually

4  assaulted you?

5       A.      Yes, sir.

6               MR. DIXON:  May I approach, Your

7       Honor?

8               THE COURT:  Who?

9               MR. DIXON:  The witness.

10              THE COURT:  Have you got an exhibit?

11              MR. DIXON:  Yes, sir.

12              THE COURT:  Yes.

13      Q.      (By Mr. Dixon)  Mr. Lankford --

14      A.      Yes, sir.

15      Q.      -- I would like to show you a letter from

16  Shawn Lankford to Robert Trevino.  Is that your

17  handwriting?

18      A.      Yes, sir.

19              MR. DIXON:  I would like this marked

20      as Defendant's Exhibit Number 1, and I

21      would tender it to counsel for review.  I

22      would like to have it offered into

23      evidence.  I'm offering and I would like

24      it admitted into evidence, Your Honor.

25              MR. MARSHAL:  Your Honor, we object.

BRYAN CURRY, CSR              214/923-5064     143

1    to hearsay of any letter written by this

2    defendant outside of this proceeding.

3         THE COURT:  I thought it's his

4    letter.

5         MR. DIXON:  It's his letter, Your

6    Honor.

7         MR. MARSHAL:  It's still hearsay,

8    Your Honor.  We object.

9         THE COURT:  Is that your only

10   objection?

11        MR. MARSHAL:  We'd also object to

12   the relevance of it, Your Honor.  It has

13   no bearing on this case or issue to be

14   decided in this case.

15        THE COURT:  Let me see it.

16        MR. DIXON:  May I comment, Your

17   Honor?

18        THE COURT:  No, not yet.

19        MR. DIXON:  Okay.

20        THE COURT:  All right.  Ladies and

21   gentlemen, go to the jury room for a

22   couple of minutes.  We'll call you in a

23   couple of minutes.

24             (Jury retired from the

25        courtroom.)

BRYAN CODAY, CSR            214/823-5064     144

1    THE COURT: All right. Mr. Dixon,

2    on the — I don't remember what the

3    State's first objection was, but whatever

4    it was I don't think it was any good and I

5    overruled it. I guess that's why I

6    dismissed it from my mind what it was.

7    On the objection about relevance,

8    the only possible relevance that I could

9    see for this letter would be for

10   impeachment purposes, and that's not the

11   proper method of impeachment. So how do

12   you want to address that?

13   MR. DIXON: Your Honor, this letter

14   was written by Shawn Lankford on April the

15   12th of 1994, after he alleged —

16   THE COURT: I can see all that. But

17   what does that have to do with the method

18   that is required under the rules for

19   impeachment?

20   MR. DIXON: This letter is a letter

21   written by Patrick Lankford — I mean

22   Shawn Lankford, Your Honor. It is not —

23   it is a letter that would show that his

24   testimony about his anger at Robert

25   Trevino after the alleged allegations are

1          false. That the fact he is thanking

2          Robert Trevino for the things that Robert

3          Trevino has done for him. This will

4          give —

5                    THE COURT: You didn't lay a

6          predicate for any impeachment, Counselor.

7          You didn't ask him if he ever made

8          anything like that, said anything like

9          that before.

10                    MR. DIXON: He testified, Your

11          Honor, that this was his handwriting.

12                    THE COURT: Okay. We're not getting

13          anywhere on this. I sustain the objection

14          as to relevancy.

15                    Bring the jury back in.

16                    Additionally, it's improper

17          impeachment — is the only other way I know

18          it would get in.

19                    MR. DIXON: For the record, I would

20          like to make an objection to the Court's

21          ruling.

22                    THE COURT: Yes, sir. You can even

23          submit it on a bill.

24                    (Jury returned to the courtroom.)

25                    THE COURT: Sustained. Proceed, Mr.

Robert, Patrick, mon 4/12/04   2.00 P.m.
Say bud. whats up! Not all that much
there. They put me back in public school. I
miss you homie. Come up 1 day and
visit me. So hows Life, Its boring up here
get me 1 of these Pitty pups. On my
next w/end home I need you to pick
me up at the Bus station. If thats ok
with you. if not I just will come later.
I'm being good now. I wish I would
have listened to you when you told
me something. I cry everynight. think-
ing of you guys down there. Because
you my boy my homie, and my best
friend. Please don't let patrick get into
trouble. Its not fun not getting to
See my family everyday or get to
talk to them everyday. Nows when
I relized I Really Love my family
and my Brother. and you. Because
98% of the kids now days go to
Prison if there still getting into trouble
when there 18. And thats where Im
headed IF I don't get straight. Well
better Let you guys go for now.
See you soon hopefully.

Love Always

Vincent Bedford

*(left margin, vertical:)* I will Remember you homie. you my homie. I will Remember you. from Yesterday

*(bottom margin, vertical:)* P.S 4/12 g



Case 3:10-cv-02413-D(A) Document 1-6 Filed 5/29/10 Page 38 of 40 PageID 2289

1    were staying with Robert Trevino in March of 1994?

     You allege in Count One --

3                        THE COURT:  I'm sorry.  Was that a

4         question.  I didn't hear an answer.

5                        MR. DIXON:  Yes.

6         Q.    (By Mr. Dixon)  Ricky Tutton and his

7    family were staying with Robert Trevino at the time

8    that you were residing there; is that correct?

9         A.    Yes, sir.

10        Q.    Mr. Lankford, you stated that your first

11   encounter with Robert Trevino occurred on or about

12   March 1st, 1994.  Approximately what time did this

13   particular incident take place?

14        A.    I don't remember.

15        Q.    Do you remember it happened 14, 16 times,

16   but you don't remember what time?

17        A.    I didn't look at the clock.

18        Q.    Did you look at a calendar, Mr. Lankford?

19        A.    It was in his room.  I had to.

20        Q.    You have 16 counts of sexual assault on

21   Robert Trevino.  First count on or about March 1st,

22   1994.  Second on or about March 5th, 1994.  Third,

23   March 10th, 1994.  Fourth, March 15th, 1994.  The

24   fifth count on March 20th, 1994.  The sixth, March the

25   25th, 1994.  The seventh, March 30th, 1994.  Eighth,

1          April 1st, 1994.  Count nine, April 5th of 1994.

2          April 10th was the tenth count, 1994.  Eleventh, April,

3          15th, 1994.  Twelfth, April 20th, 1994.  Count 13,

4          April 25th, 1994.  Count 14, April 30th, 1994.  Count

5          15, March 30th, 1994.  Count 16, April 1st, 1994.

6                    Did you have a calendar to mark those days

7          off, Mr. Lankford?

8               A.   No, sir, I didn't.

9               Q.   But you remember them?

10              A.   Yes, sir.

11              Q.   All 16 counts?

12              A.   Yes, sir.

13              Q.   But you don't remember what time the first

14         count was?

15              A.   No, I don't.

16              Q.   On or about March 1st, 1994.  Don't

17         remember -- was it day or night?

18              A.   Night.

19              Q.   It was at night?

20              A.   Yes.

21              Q.   Approximately what time?

22              A.   I'm not really sure.

23              Q.   You're not sure about the first time that

24         you allege that Robert Trevino sexually assaulted you,

25         Mr. Lankford, but you are certain that it happened 16

1    times and that you have an accuracy of the dates here

2    so similar to each other, but you can't remember the

3    first time, the first time that you allege that Robert

4    Trevino sexually assaulted you. Can you explain that,

5    Mr. Lankford?

6         A.    Yes.  He has a calendar in his room, not a

7    clock.

8         Q.    Did you use a calendar --

9         A.    No.

10        Q.    -- when you spoke with the investigator on

11   this here particular charge that you have with Robert

12   Trevino for all 16 counts, Mr. Lankford?

13        A.    No, I didn't.

14        Q.    How did you remember?

15        A.    I can remember days, not times.

16        Q.    What date was March 5, 1994 on or about?

17        A.    I don't remember.

18        Q.    What day was March 10th, 1994 on or about?

19        A.    He abused me.

20        Q.    What day was March 1st, 1994 on or about?

21        A.    I got drunk and he fucked me.

22        Q.    March 15th, 1994, what date was that?

23   What day was that?

24        A.    I don't remember.

25        Q.    Do you remember March 20th -- or about

*Did not ans Judge*

1       March 20th, 1994, what day that was?

2               A.    I can't recall.

3               Q.    Do you recall what date March 25th, 1994

4       was?

5               A.    He abused me again.

6               Q.    What date?

7               A.    I don't know.

8               Q.    Do you remember March 30th, 1994, what day

9       that was?

10              A.    No, I don't.

11              Q.    Do you remember April 1st, 1994, what day

12      that was?

13              A.    No, I don't.

14              Q.    Do you remember on or about April 5th,

15      1994, what day that was?

16              A.    No, I don't.

17              Q.    Do you remember April the 10th, 1994, the

18      day that was?

19              A.    No, I don't.

20              Q.    Do you remember April 15th, 1994, the day

21      that was?

22              A.    No, I don't.

23              Q.    Do you remember April 20th, 1994, the day

24      that was?

25              A.    No, I don't.

1          Q.    Do you remember April 25th, 1994, the day
2      that was?
3          A.    No, I don't.
4          Q.    Do you remember April 30th, 1994, the day
5      that was?
6          A.    No, I don't.
7          Q.    Do you remember March 30th, 1994, the day
8      that was?
9          A.    No, I don't.
10         Q.    Do you remember April 1st, 1994, the day
11     that was?
12         A.    No, I don't.
13         Q.    You don't remember not one day?
14         A.    I remember the dates, not the days.
15         Q.    You do not remember one day out of 16
16     counts of sexual assault against Robert Trevino, you
17     can't give this court one day as to when those
18     particular incidents occurred?
19                    MR. MARSHAL:  I'm going to object to
20              that as being repetitive.  The answer has
21              already been --
22                    THE COURT:  Sustained.
23         Q.    (By Mr. Dixon)  Do you know what time
24     Count 1 occurred on, Mr. Lankford?
25                    MR. MARSHAL:  Object.  He's already

1                    answered that question, Your Honor.

2                        THE COURT:  Overruled.  You can

3                    answer.

4        A.    No, sir, I don't.

5        Q.    (By Mr. Dixon)  Do you know what time the

6    alleged incident occurred on Count 2?

7        A.    I don't recall the time.

8        Q.    Do you know the time on Count 3?

9        A.    No, I don't.

10       Q.    On Count 4?

11       A.    At nighttime.

12       Q.    Do you know the time for Count 5?

13       A.    They were mostly at night.

14       Q.    You testified that Count 4 was in the

15   nighttime.

16       A.    Yes, I did.

17       Q.    What happened in the nighttime with

18   regards to Count 4?

19       A.    Well, most of the time I was drunk and he

20   sexually abused me.

21       Q.    How did he sexually abuse you?

22       A.    He got in my anus.

23       Q.    Were you asleep?

24       A.    I don't remember.

25       Q.    Were you asleep on Count 4?

COPY

1              A.    I don't remember.

2              Q.    Were you asleep on Count 5?

3              A.    I don't remember.

4              Q.    Were you asleep on Count 6?

5              A.    I don't remember.

6              Q.    Were you asleep on Count 7?

7              A.    I don't remember.

8              Q.    Were you asleep on Count 8?

9              A.    I believe so.

10             Q.    What was Count 8, Mr. Lankford?

11             A.    I believe it was when he told me to give

12      him a blow job.

13             Q.    What date was that?     *Can Remember*

14             A.    I'm not sure.          *Dates*

15             Q.    Count 9, were you asleep?

16             A.    I don't remember.

17             Q.    Were you asleep on Count 10?

18             A.    I don't remember.

19             Q.    Were you asleep on Count 11?

20             A.    I don't remember.

21             Q.    Were you asleep on Count 12?

22             A.    I don't remember.

23             Q.    Were you asleep on Count 13?

24             A.    I don't remember that one either.

25             Q.    Were you asleep on Count 14?

1          A.    I don't remember.

2          Q.    Were you asleep on Count 15?

3          A.    I don't remember.

4          Q.    Were you asleep on Count 16?

5          A.    I don't remember.

6          Q.    And you don't remember because they didn't

7    happen, did it?

8          A.    Yeah, they did.

9          Q.    Why can't you give an account, a graphic

10   depiction of what happened on the date and times that

11   are presented here, Mr. Lankford?

12               MR. MARSHAL:   Object to the

13               argumentative nature that he didn't ask

14               for a graphic account.

15               THE COURT:   Sustained.

16         Q.    (By Mr. Dixon)  Count 1, can you give me a

17   graphic account, depict what happened on that date?

18         A.    I don't understand.

19         Q.    Will you tell me what happened on March

20   1st, 1994?

21         A.    Sure.  He asked me to spend the night with

22   him.  Got me drunk.  I passed out.  He took advantage

23   of it.

24         Q.    Can you give me a graphic

25   depiction of what happened on March 5th, 1994?

1      A.    About the same thing.

2      Q.    About the same thing?

3      A.    That's right.

4      Q.    Because you don't know for sure?

5      A.    I know for sure.

6      Q.    Give me a graphic depiction of what

7   happened on March the 10th?

8      A.    I don't remember.

9      Q.    Give me a graphic depiction of what

10  happened on March 15th?

11     A.    He told me to suck his dick.

12     Q.    That's not what the Count says, Mr.

13  Lankford.

14              MR. MARSHAL:  I'll object to that.

15          That was not the question that was asked,

16          Your Honor.

17              THE COURT:  Sustained.  These aren't

18          his charges.  These are the state of Texas

19          charges.  Proceed.

20     Q.    (By Mr. Dixon)  Did you make a statement

21  with regard to these allegations, Mr. Lankford?

22     A.    I don't understand.

23     Q.    Did you provide the investigator with a

24  written statement regarding these allegations on

25  Robert Trevino?

BRYAN CODAY, CSR                214/033-5064        305

1        A.    ·Yes, I did.

2        Q.    And·who was that investigator?

3        A.    Billie Wiggins.

4              MR. DIXON:  May I take a few minutes

5        to review this, Your Honor?

6              THE COURT:  Yes, sir.

7                   (Pause in the proceedings.)

8        Q.    (By Mr. Dixon)  Mr. Lankford, you

9        testified earlier that when you first talked to

10       Detective Wiggins --

11       A.    Yes, sir.

12       Q.    -- that you gave her some other names of

13       some people that had been sexually assaulted by Robert

14       Trevino; is that true?

15       A.    Yes, sir.

16       Q.    You made this report in February; is that

17       correct?

18       A.    I believe so.

19       Q.    And you told Ms. Wiggins of the other

20       people?

21       A.    Yes, sir.

22       Q.    You told her that she needed to talk to

23       Christopher Williams?

24       A.    Yes, sir.

25       Q.    Stacy Harris?

1      A.    Yes, sir.

2      Q.    And your brother --

3      A.    Yes, sir.

4      Q.    -- Shawn Lankford?  Do you know why it

5   took -- if you have personal knowledge, do you know

6   why that after you told Officer Wiggins in February

7   about the other people, do you have any personal

8   knowledge as to why it took Officer Wiggins eight more

9   months before she talked to Stacy Harris?

10     A.    No, sir.

11     Q.    You did testify that you -- on February

12   10th gave Officer Wiggins some other names that -- of

13   people that Robert Trevino had sexually assaulted.

14     A.    Yes.

15     Q.    Did she tell you that they were going to

16   investigate this matter the next day?

17     A.    No, sir.

18     Q.    Did she ever tell you why she waited eight

19   months later to talk to Stacy Harris?

20               MR. MARSHAL:  I object to that as

21          calling for hearsay.

22               THE COURT:  Sustained.

23     Q.    (By Mr. Dixon)  Now, you stated, Mr.

24   Lankford, that when you moved into Robert Trevino's

25   house that Ricky Tutton, his wife and children were

BRYAN CODAY, CSR

1    there.

2         A.    Yes, sir.

3         Q.    When you allege that Robert Trevino

4    sexually assaulted you in March and April, where were

5    Ricky Tutton and his wife and children?

6         A.    I don't know.  I'm not his personal

7    business.

8         Q.    Do you think it's important to corroborate

9    your testimony your testimony here before this jury?

10                    MR. MARSHAL:  Objection, calls for

11               legal conclusion.

12               THE COURT:  Sustained.

13        Q.    (By Mr. Dixon) Was Ricky Tutton in the

14    house?

15        A.    No, he wasn't.

16        Q.    Was Mrs. Tutton in the house?

17        A.    She wasn't.

18        Q.    On all 16 counts that you allege Robert

19    Trevino sexually assaulted you, were any members of

20    that household present?

21        A.    Not members of the household, no.

22        Q.    But you don't remember what time it was,

23    day or night, do you?

24        A.    It was mostly during the night.  That, I

25    do know.

1      Q.    Approximately what time?

2      A.    That, I'm not sure.

3      Q.    Was it before ten o'clock news?

4      A.    Sometimes.

5      Q.    Was it after ten o'clock news sometimes?

6      A.    Yes.

7      Q.    Does Ricky Tutton's wife work?  Was she

8  working at that time?

9      A.    That, I don't know.

10     Q.    You stayed at a house with people two

11  months and you don't know whether they work or not,

12  Mr. Lankford?

13     A.    I'm not nosy.  I wouldn't know.

14     Q.    Was Ricky Tutton working?

15     A.    I believe so.

16     Q.    Do you know whether he was working in the

17  daytime or nighttime?

18     A.    I don't keep his hours.

19     Q.    When Robert Trevino would pick you up, Mr.

20  Lankford, and take you to school -- after school, what

21  would happen?

22     A.    Go by the house sometimes.  Sometimes he

23  would go straight to the farm.

24     Q.    Now, on or about April 1st, 1994, which

25  was the last alleged sexual assault by Mr. Robert

a fair trial.

THE COURT: All right, Mr. Dixon, I'm going to grant the State's motion. Before the evidence is going to be allowed on these points, you're going to have to come to the Court outside the presence of the jury first, some nexus between this alleged animosity as an influence on these witnesses' testimony that may appear in this court. The fact that the president of the United States might hate Robert Trevino's guts or whether or not he does, and I don't even know whether he even knows him, has no relevance here unless there's some connection with the witnesses testified who are being influenced by that animosity. So you're going to have to show that nexus before I'm going to allow the testimony on that issue.

MR. DIXON: I understand, Your Honor.

THE COURT: Okay. The last motion I have -- new motion I have on file today that we haven't taken up is a motion for sanctions against the State for violation

BRYAN CODAY, CSR

MR. DIXON:  Your Honor, may I.
approach, please?

THE COURT:  Do you have an exhibit?

MR. DIXON:  No, sir.  I need to
approach.

THE COURT:  Oh, me.  Okay.

(Side-bar discussion.)

(Brief recess.)

THE COURT:  Bailiff, a couple of
them went to the bathroom, which is all
right.  But you might go stand at the
door.  If we're talking in here, tell them
to stop before coming back in.

Go ahead, Mr. Dixon.

MR. DIXON:  Yes, sir, Your Honor.

I would like to make a formal
complaint against the District Attorney's
Office for all the signals to the witness
while she is on the stand.  That has been
going on during the duration of the
testimony with Officer Wiggins.  I have
noticed and observed this.  This defendant
cannot receive a fair and impartial trial
if counsel for the State is going to
continuously signal how she'll respond to

*In Loving Memory*



 *Roberto Rodriguez Trevino* 



*June 7, 1946 ~ November 3, 2022*

MR. JOSE P. TREVINO & MARIA RODRIQUEZ TREVINO
Married Feb. 20, 1945



MR. JOSE P. TREVINO
UNITED STATES ARMY - HONORABLE DISCHARGE - WORLD WAR II

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

JANUARY 21, 2015

ROBERT RODRIGUEZ TREVINO, a VEGGIE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

Carol S. Young Medical Facility

UNLAWFULLY INCARCERATED SINCE 1995



Born June 7, 1946

# VETERANS IN PETITION FOR JUSTICE
### Gloria Trevino, Petitioner,  12526 Olympia Drive -  Houston, Texas  77077

## DENIED FREE SPEECH IN FRONT OF WHITE HOUSE
## TEXAS HISPANIC WOMAN HONORABLY DISCHARGED VETERAN ARRESTED BY
## SECRET SERVICE AS SHE PROTESTS HARASSMENT OF FAMILY BY AUTHORITIES
### Oct. 7, 1996



Contact: Gloria Trevino at 713-3095962,  Email, vip4justice@gmail.com

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas 77077
(713)309-5962
vip4justice@gmail.com

## ROBERT RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS
Was highly recommended for the Silver Star Award and,
Is a Bronze Star, Purple Heart Recipient
Sept. 23, 1968 – Sept. 22, 1972, VIETNAM ERA



Born June 7, 1946

VETERANS IN PETITION FOR JUSTICE
Gloria Trevino, founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, email:  vip4justice@gmail.com

JUAN ANTONIO TREVINO, DOB, JAN. 8, 1948 – MURDERED OCT. 22, 2012
VICTIM OF DEPRAVE HEART MURDER
by Defendants of the Ellis County Jail
Photo was taken after previous Rodney King style Waxahachie police brutality attack on Juan.



"With Liberty and Justice for All"

## VETERANS IN PETITION FOR JUSTICE

Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962,  email,  vip4justice@gmail.com
Nov. 23, 2022

## THE ASSASSINATION OF DISABLED WAR HERO & POLITICAL PRISONER ROBERT TREVINO

**Another preventable, insidious, treacherous & sinister plot to eradicate Robert Trevino & Family to save Defendants, the State and Gestapo Agents & others, millions and millions of dollars in restitution for wrongful life-imprisonment and subsequent murders, to "escape" total criminal and civil accountability for the, "BIG-LIES" in pretext of justice, lining their pockets and Texas Style Railroad of Hypocrisy and Injustice against Robert & cover-up w/impunity in the First Degree.**

TO:  TEXAS  GOVERNOR , GREG ABBOTT, PO BOX 12428,  AUSTIN, TEXAS  78711 &
TEXAS ATTORNEY GENERALKEN PAXTON, PO BOX 12548,  AUSTIN, TEXAS 78711-2548

APA, SAUL LEVIN & GENERAL COUNSEL & COUNSEL TO THE ETHICS COMMITTEE,
COLLEEN M. COYLE, MICHAEL R. ARAMBULA, AKA, "PINOCCHIO QUACKERY!"
800 MAINE AVENUE, S.W., SUITE 900, WASHINGTON, DC  20024

HONORABLE JUDGE ANDEA BOURESSA RE; COMM'N FOR LAWYER DISCIPLINE,
STATE BAR CDC VS. TX AG KEN PAXTON CASE, #471-02574-2022, 471ST DISTRICT CT,
COLLIN COUNTY RUSSELL A. STEINDAM COURTS BUILDING, 2100 BLOOMDALE ROAD,
SUITE 30276, MCKINNEY, TEXAS 75071

Greetings,  Refer to previous correspondence and attachments, including APA Sept. 15, 2022 letter.

If you are not a party to the endless continued criminal conspiracy scheme to harass, defraud, stigmatize discrimination, exploitation, retaliation gaslighting and cold-blooded murders and assassination to eradicate Robert Trevino & Family, immediately refer the Neo-Nazis Government Officials, Defendants and Gestapo Agents and others to the appropriate authorities for immediate harsh prosecution and any other legal remedies available in the best interest of equal access to true justice for all. Including supporting our efforts to appear before Subcommittee on Crime to initiate a Congressional "unbiased" Criminal Investigation into the Texas Style Railroad of Hypocrisy and Injustice on **"BIG LIES"** and subsequent assassination of Robert Trevino.  You are not innocent bystanders! You are representatives of "all" the people of Texas and officers of the court entrusted in upholding the law and protecting the most vulnerable in our society and have a moral, ethical and legal responsibility and a duty to report criminal activities, especially life-threatening and more especially, since I've been  **"SCREAMING BLOODY-MURDER"** for 30 long and oppressive years for equal protection, equal representation and equal access to justice for Robert Trevino and Family to save Robert from further irreparable harm and injury to his imminent detriment and demise and myself have been threatened, harassed, given the "death -ear" and attempted murder & induced mini-stroke compounding my own debilitating disabilities & continued cover-up with impunity in the first degree. Your immediate intervention and cooperation in this most serious and urgent matter is required!

Gloria Trevino, Veterans In Petition for Justice, 12526 Olympia Drive, Houston, Texas  77077



Here's how you know

THE UNITED STATES
DEPARTMENT of JUSTICE
TICE NEWS

*Could have saved Robert!*
*Repeatedly refuse to help*
*Robert > d.*
*27.*

**Department of Justice**

**Office of Public Affairs**

FOR IMMEDIATE RELEASE

Wednesday, November 10, 2021

## Attorney General Merrick B. Garland Directs Steps to Safeguard the Rights of and Ensure Access to Justice for Veterans & Servicemembers

### Civil Rights Division and Office for Access to Justice to Lead Efforts

U.S. Attorney General Merrick B. Garland today issued a memorandum reaffirming the Justice Department's commitment to guarding the rights of and improving access to justice for veterans, servicemembers and military families. The memorandum directs the Civil Rights Division's Servicemember and Veterans Initiative to develop a plan to guide its expanded duties and outreach efforts.

The Attorney General also directed the Office for Access to Justice to provide recommendations for actions that may be taken to better meet the legal needs of veterans and servicemembers, including through medical-legal partnerships, veterans treatment courts and reentry programs and services.

"The Justice Department honors our nation's veterans and servicemembers not just with words but also with action," said Attorney General Garland. "To that end, I have directed the Civil Rights Division and the Office for Access to Justice to mobilize resources in order to protect the rights of those who serve and lead efforts across government to ensure access to justice for veterans, servicemembers and military families."

"Many veterans face unique legal challenges that stem from their service to our country," said Associate Attorney General Vanita Gupta. "The Justice Department's Office for Access to Justice is uniquely positioned to deploy the tools of the department and to engage our partners across government through the Legal Aid Interagency Roundtable to identify opportunities that will expand access to justice for veterans, servicemembers and their families."

"Through vigorous enforcement of our federal civil rights laws, we are working to ensure that our servicemembers and veterans, and their families, are able to enjoy the freedoms and rights for which they so valiantly fought," said Assistant Attorney General for Civil Rights Kristen Clarke. "This Veterans Day, we affirm our long-standing commitment to protecting servicemembers' civilian employment rights, financial and housing rights, voting rights and more."

On Nov. 18, the Civil Rights Division will host a virtual event to recognize the commitment and contributions of diverse servicemembers and veterans. The program will feature remarks by the Assistant Attorney General Clarke and a presentation by Ret. Col. Will Gunn, Vice President for Legal Affairs and General Counsel for the Legal Services Corporation. The event is free and open to the public, and pre-registration is required. For more information and to register for this event, please visit: Unsung Heroes: A Civil Rights Division Celebration of Diverse Veterans.

Topic(s):
Servicemembers Initiative
Access to Justice

Component(s):

# The Intercept_

Creede Newton

January 24 2017, 9:51 a.m.



Photo: Andrew Lichtenstein/Corbis/Getty Images

# RICHARDS & VALDEZ

### ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

6060 NORTH CENTRALEXPRESSWAY
STE. 500
DALLAS, TX 75206
Telephone: (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

March 4, 2022

Via email at vip4justice@email.com
Via certified mail #70142120 0002 1990 8509
Via express mail

Gloria Treviño Turner
12526Olympia Drive
Houston, TX 7

Re:    Withdrawal As Your Attorney, including representation in
       Treviño Turner v. McCall, No. 1137449, Harris County Civil Court 3.

Dear Gloria:

I and my firm Richards & Valdez must withdraw as representing you as an attorney, not only in the McCall Ford Case but also in all other matters, including those related to Robert.

### Reasons for My Withdrawal

1. During the preparation for trial, I had to argue with you concerning what I believed was the effective strategy under the facts of the case and the law and had to resists tactics and allegations that the I felt were improper. I made every effort to include those matters you wanted even though I felt that some of them were impruden

2. Toward the end of the case, you began to insult me and claim that I was actually supporting the Defendants which is untrue. In addition, I had arguments with you with matters you wanted to present that the I could not in good conscience present to the court. This put me in the impossible situation that I could not represent you with respect to the advocacy you expected of me.

3. With respect to the Motions, I made and filed them under the rules of the Harris County Civil Courts and set them for hearings by Zoom as is the current practice. Despite the fact that I was following the rules, you asserted and continued to assert that I am pushing the Defendants' case not yours.

Gloria Treviño Turner
March 4, 2022
Page2

4. I also notified you that I could not continue to represent you if you continually sent me accusatory emails accusing me of working with the Defendants, hoping I was trying to get the Defendants to win, which is untrue. You have continued to make these claims which does effect my emotional health and my ability to represent you.

5. I notified you with respect to my evaluation of your claims and theories about the motions which I did not believe were correct and were not supported under the law. This also related to your claims about the trial judge.

6. Without my knowledge or approval, you filed a claim against the judge with the Texas Commission on Judicial Conduct, as well as with the United States Department of Justice. This action by you without my approval placed me in an untenable position. I do not agree with your claims about the judge and can no longer represent you with respect to your claims concerning. I can have no assurance that you will not continue to do things that I believe are imprudent without my knowledge and approval.

7. I do believe that there are valid grounds that new trial should be granted because you was unable to attend closing because she was in a psychiatric unit and also because of an objection of the failure of the court to put an instruction on the eggshell plaintiff in the charge submitted to the jury. Although I believe these are valid grounds, I cannot represent to you of their success nor that an appellate court will accept then. In addition, I believe that perhaps the trial court should recuse herself because of the continuance issue and the fact that you have filed a claim against the judge with the Texas Commission on Judicial Conduct which may make the judge uncomfortable Under the rules, I believe the judge should have the option to withdraw and I cannot guarantee their success. Once again I do not agree with your claims about the judge and think they are imprudent .

8. You have continued to send accusatory emails to me where you copy other persons so I can have no assurance that anything I tell you will retain the attorney-protection. In other words, I have no way to communicate strategy with you.

9. I have told you there is never a guarantee that a lawsuit will be successful and that you could loose this lawsuit. I also told you before the trial that in my opinion, the outcome would depend on whether the jury believed you are the Defendants.

10. I believe I tried a good case and presented your case to the jury. I do not like to loose cases either.

11. There are many of other issues that are detailed in the volume of email between us.

12. With respect to the Motions, I believe I have ordered those parts of the transcript, i.e. the trial testimony of Defendants Weeks and Joseph and the telephone conversation you had with the judge which are necessary for the hearing and have sent you those.

Gloria Treviño Turner
March 4, 2022
Page3

## Motion to Withdraw as an Attorney

I am filing a Motion to Withdraw as Attorney, a copy of which is attached. You have the right to consent or object to this withdrawal.

## Objection to Withdrawal

You may object by sending an email to the judge's administrative assistant Vanessa Richardson at Vanessa_Richardson@ccl.hctx.net. She always responds promptly. You can send a letter to the Court at Harris County Civil Court # 3, Harris County Civil Courthouse, 201 Caroline, 5th Floor, Houston Texas, 77002. You can call Court 3 at 713 - 274-1353. You can object to the judge on the Zoom call on Tuesday, March 8, 2022, at 9:00. You can communicate to me by email that you object and I will forward that the Court.

I will follow the local rules on a hearing which means that I will have to give ten days notice.

## Zoom Link for Zoom Call to Court for Hearings

You can call in or use the following link:

- County Civil Court at Law No. 3: https://hccocm.zoom.us/my/hccivil03
  - Dial-in information: (346)-248-7799, Meeting ID: 549 990 5106

This will be the same link for the hearing now set on Wednesday, March 9, 2022, for the Mistrial/New Trial set at 9:00a.m.

## Upcoming Court Dates and Settings

These are the following Court dates and settings that I am aware of at this time:

    a. The Motion to Recuse is set for hearing on Tuesday March 8, 2022, in this court at 9:00 a.m.

    b. The Motion for Mistrial/New Trial is set for hearing on Wednesday, March 9, 2022, in this court at 9:00 a.m.

    c. If a Mistrial/New Trial is not ruled on by March 22, 2022, the Judgment will be overruled by operation of law on April 21, 2022, pursuant to Texas Rule Civil Procedure 329(c).

    d. The court will retain plenary power over the Judgment for 30 days after March 22, 2022, until April 21, 2022.

    e. Any notice of appeal to the Texas Courts of Civil Appeal must be filed by April 21, 2022.

Gloria Treviño Turner
March 4, 2022
Page4

    I will notify you of any date I become aware up till the time of arrival. Also, as I have communicated with you by email, I will attend the Motions and be prepared to argue those matters that I believe are reasonable and that there is a factual and legal basis for. I will not argue matters that I believe will prejudice you position. I will also make sure that if there is a need to seek another judge, I will inform you of how to do it and will assure that a notice of appeal to the court of appeals is timely filed if necessary.

### Consent/Object to Withdrawal

    I am placing a place for you to sign as to whether your consent or do not consent to the withdrawal. Also circle the one you want.

        Consent to the Withdrawal. _____

        Object to the Withdrawal._____

    You can email back your consent or objection.

                Sincerely,

                John E. Richards
                Richards & Valdez

1137499

Harris County - County Civil Court at Law No. 3

3/22/2022 11:01 AM
Teneshia Hudspet
County Cler
Harris Count

No. 1137499

| | | |
|---|---|---|
| GLORIA TREVIÑO TURNER | § | IN COUNTY COURT AT LAW |
| **Plaintiff** | § | |
| | § | |
| | § | |
| v. | § | |
| | § | COURT NO. 3 |
| MCCALL-F, INC, D/B/A STERLING | § | |
| MCCALL FORD; PETER TOSH; | § | |
| JASON WEEKS AND CAMERON | § | |
| JOSEPH | § | |
| **Defendants** | § | HARRIS COUNTY, TEXAS |

### ORDER GRANTING MOTION TO WITHDRAW

On March 22, 2022, this Court consider the Motion to Withdraw of Attorney John E. Richards and the law firm of Richards & Valdez.

This Court finds that, based upon the testimony of counsel for Plaintiff and the pleadings and other evidence on file, that the Motion to Withdraw was served on Plaintiff and Plaintiff was given notice of her right to object. This Court notes that Plaintiff filed an untimely objection to the Motion to Withdraw on March 21, 2022, which indicated her objection to the withdrawal. In addition, Plaintiff was notified of all pending deadlines, which included the date of this hearing, and was given the opportunity to be present at this hearing but told her counsel that she could not attend and was asking for a continuance, which this Court denied. This Court also heard testimony from the undersigned that he has notified Plaintiff of the date that any notice of appeal to the Court of Appeals should be filed and that he will assist Plaintiff of filing said notice however, that he does not plan to represent her on appeal. This Court also notes that Plaintiff was in attendance at the last Zoom hearing on the Motion to Recuse so was familiar with how to participate in the Zoom hearings of this Court. Andrew Sharenson, attorney for Defendants, was present at this hearing and had no objection to the Motion to Withdraw.

This Court **ORDERS** that the Motion to Withdraw as Attorney of John E. Richards and the law firm of Richards & Valdez is granted and that John E. Richards and Richards and Valdez are withdrawn as counsel for Plaintiff Gloria Treviño Turner.

This Court finds that the last known mailing address of Plaintiff Gloria Treviño Turner was 12526 Olympia Drive, Houston, TX 77077

This Court **ORDERS** John E. Richards to immediately notify Plaintiff Gloria Treviño Turner of any addition settings or deadlines that he has knowledge of and has not already notified her of.

Signed: _3/28/2022_____

JUDGE PRESIDING

FILED
03/28/2022 1:56:16 PM
Teneshia Hudspeth
County Clerk
Harris County, Texas
krojas

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder  -  12526 Olympia Drive  -  Houston, Texas  77077
(281)920-9519  -  Email, gloria-trevino@att.net

## ROBERTO RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS
Was highly recommended for the SILVER STAR AWARD and,
is a Bronze Star, Purple Heart recipient.



### VIETNAM ERA
(Sept. 23, 1968 – Sept. 22, 1972)

# VICTIMS IN PETITION FOR JUSTICE

### Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas 77077
### (281)752-8884

CONGRESS OF THE UNITED STATES                    March 11, 1999
Honorable Congressman Bill Archer
10000 Memorial Drive, Suite 620
Houston, Texas 77024-3490

**Re:** REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME
**Subj:** JUSTICE FOR ROBERTO RODRIGUEZ TREVINO AND FAMILY

## "LIVING THE AMERICAN NIGHTMARE"

#### In Pursuit of Justice For Roberto Rodriguez Trevino and Family

As per our telephone conversations, in support of our REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME, I submit the following Memorandum, entitled, "LIVING THE AMERICAN NIGHTMARE," subtitled, "VICTIMS IN PETITION FOR JUSTICE." Also attached is an article from the Houston Chronicle on the case of, "David Ruiz vs. W.S. Estelle," dated, March 2, 1999, entitled, "US Judge keeps hold on state prisons." We support the Honorable Judge William Wayne Justice's ruling, rejecting the state's latest pleas to be relieved of federal court supervision. We agree that Constitutional rights of Texas inmates are routinely violated despite 20 years of judicial oversight and official promise to improve treatment. Therefore, we are in strong opposition to the Texas Attorney General, John Cornyn's groundless appeal to the 5th US Circuit Court of Appeals in New Orleans. In support of our position, I submit the ugly case scenario of my brother, Roberto Rodriguez Trevino, inmate No. 729766, Mark Stiles Unit, 3060 F.M. 3514, Beaumont, Texas 77705, 19 - C - 06, subtitled:

## "Nightmare on M. Stiles Unit Prison."

Roberto Rodriguez Trevino is a Bronze Star, Purple Heart recipient and a political prisoner at the Texas Department of Criminal Justice, Mark Stiles Unit Prison, one of the worst prison units in the state, where he continues to be treated with cruel and unusual punishment and blatantly denied visitation rights with me as well as blatantly denied medical treatment for his 100% service-connected disabilities which have been worsened by the maltreatment that he has been subjected to by the prison officials over the past four years.

Robert was born June 7, 1944, in Laredo, Texas, one of ten siblings. Our father, Jose P. Trevino, was a WWII veteran and master plumber by trade who also suffered from arthritis, diabetes, and weak heart condition from an early age and died in 1957 of a heart-attack at age 53. Daddy, suffered more than his share of reprisals and blatant discrimination practices for trying to be an active participant in community affairs. Robert is a war hero, had never been involved with any gangs, drugs and had no felonious criminal record and would give the shirt of his back to help someone in need. Robert served two tours in Vietnam and was seriously wounded while rescuing members of his Platoon from an ambush and while wounded himself and under heavy fire, valiantly saved the lives of his comrades. Robert was extensively exposed to Agent Orange and other dangerous herbicides and suffers from skin disorders, liver damage, head and back problems, neurological and physical problems aggravated by his over weight condition, hearing and vision is seriously impaired, suffers from arthritis, diabetes, weak heart condition, soft tissue sarcoma, nerve damage, drop-attacks, structural damage to the brain, emotional problems associated with, like many other Vietnam war veterans, Post Traumatic Stress Disorders, carries steel fragments from explosions embedded in his knees, bone spurs in his feet, and has to use a cane and therapeutic shoes to walk.

Congressman Bill Archer - Request For Emergency Appearance Before Subcommittee on Crime
March 11, 1999 - P. 2

    Robert was illegally arrested on Feb. 9, 1995, falsely accused of over 24 unsubstantiated counts of aggravated sexual assault on a gang of white juvenile delinquents who had criminal records and criminal charges pending at the time. On day 1, without probable cause, and without a warrant, Robert was abducted out of his home and the victim of illegal search and seizure. Day 2, after Robert was in illegal custody, illegal warrant was obtained and signed by JP judge, Curtis Polk, who has no law degree, acting outside his jurisdiction and judicial official capacity then held Robert on what amounted to "NO BOND!" JP judges are limited to misdemeanor cases and wedding ceremonies. However, JP judge Curtis Polk doesn't have to have a law degree to understand that their are other judges with law degrees who have jurisdiction in more serious cases such as alleged in Robert's case and that by signing the illegal warrant he was contributing to a crime since Robert was already in illegal custody. Day 3, the probable cause, complaint, was solicited from the juvenile delinquent gang who couldn't even remember the name or location of the clinic or of the "phantom doctor" who supposedly performed the "rape-test" on them and neither could their parents who had to give consent for the minors, alleged victims of aggravated assault, to be examined. Their justification is that JP judges don't have to have law degrees. It is true that a JP judge in the State of Texas doesn't have to have a law degree so long as he doesn't go outside his jurisdiction and the judicial official capacity of a JP judge with no law degree. Therefore, "self-appointed" county judge, Curtis Polk, (Alias Judge Roy Dean) with no law degree, set the "Wheels of Injustice" in motion. Robert was subjected to a one-sided, "sham trial," where I was not even allowed to testify on Robert's behalf and numerous other violations of the United States Constitution, denied members of his peers on the all white jury in furtherance of the violations of his civil rights and to ensure a conviction and consequently was condemned to life imprisonment making Robert more vulnerable to more blatant civil and human rights violations. No evidence of any crime was ever presented. There was no DNA samples, no cuts or bruises, no torn clothing, no hair sample, no weapons, no foot and/or shoe prints and there was no bloody gloves and/or finger prints, no dead bodies and, again, no members of Robert's peers on the jury. Robert was condemned to life imprisonment on mere vicious unadulterated lies!

    Subsequently, Robert's cane and therapeutic shoes were replaced with a mop and was being forced to hard labor at the prison and/or face corporal physical punishment by the prison guards. Robert was sent to one of the worst prison units in Texas, the Mark Stiles Unit in Beaumont, Texas to be forced to witness and face death almost on a daily basis since the Stiles Unit is basically a "concentration camp" and a "death-trap." The Mark Stile's Unit, like most prison units, is over-crowed, and highly contagious. Stile's Unit is filled with terminally ill inmates who are suffering from aids, tuberculosis and hepatitis and are force to work serving food while coughing up blood and throwing-up and are likewise being deprived of medical treatment by the prison doctors some of whom are under license suspension for criminal activities and drug abuse. The prison doctors are in reality, butchers and executioners in disguise who receive bonuses for supposedly saving the tax-payers money in medical expenses to the inmate's demise. In a short period of about a year, at the Stile's Unit alone, 16 out of 24 death's were ruled "inappropriate" and no one is being held accountable. The violent deaths of inmates as a result of brutal beatings by the prison guards are not included in this alarming number of casualties. Robert is innocent and regardless of this unlawful conviction and false imprisonment, he is entitled to retain his fundamental rights as a human being.

    Over the past four years, we have been unsuccessful in our efforts to get assistance from representatives of the government to come to Robert's aid and to provide Robert the badly needed medical treatment and/or transferred to a medical facility where he can be near our critically, ill-stricken mother, Maria Rodriguez Trevino, whose medical condition, as Robert's, has worsened and can't travel the 12 hour round-trip to visit him. My mother also suffers from chronic pain, diabetes and multiple bothersome medical problems and is Insulin dependent however she continues to suffer infections to vital organs in her body and is in and out of the emergency room. Mother and my other family members, as well as myself, continue to suffer severe grief, sorrow, and extreme hardships in relation to the traumatic experience of having a loved one falsely accused, persecuted and condemned to life imprisonment to be further abused. Even my sister-in-law, has been in the intensive care unit for weeks unable to breath on her own. My

other brother, Carlos, is also at risk since he suffers from among other things, epilepsy. This makes my mother more vulnerable because of her fragile medical condition and I'm worried that mother might go into shock and suffer a stroke or worse.

Furthermore, my efforts to get the VA and VA Medical Center, who have an agreement with the Texas Department of Criminal Justice to provide inmate veterans medical treatment for their service-connected disabilities, have likewise been frustrating and in vain. The VA and the VA Medical Center have unjustifiably blatantly denied Robert medical treatment well aware of his present unfortunate predicament and have likewise denied my mother VA compensation as a dependent parent of a disabled veteran and "War Hero," again, well aware of the entire situation, and in spite of the extreme hardships. The VA and VA Medical Center have blatantly denied me badly needed veteran's benefits over the years even though I'm not in prison and aware of my predicament.

In relentless pursuit of "True Justice," I also filed a Complaint to the United Nations High Commissioner for Human Rights who returned a communication of receipt of the complaint and sent to the US authorities in accordance with International law and the sub-Commission on the Prevention of Discrimination and Protection of Minorities. In my complaint, I request the investigation of this case, the denouncement of irregularities and discrepancies throughout the trail and the human rights violations inflicted on my brother by the criminal justice system in the United States. The result, the US authorities allowed the culprits, "Cover-up Artist," to investigate themselves and they generated false and misleading documents and reports to give the false impression and illusion that Robert has been and continues to be treated with kindness and in a fair and humane manor. When in reality Robert continues to be the object of the greatest crime against humanity – "Autocratic Rule!"

Not everything is Black and/or White and it seem to me that society in general refuse to accept the reality that there are Hispanic victims of discriminatory practices, hatred and injustice. Some of us are being persecuted for raising the issue of discrimination and fraud and are being taken back, or are living in the stone ages. We are not all gang members, thieves, abusers, drug dealers or drug users. Why are there no Hispanic guards at the Mark Stiles Unit Prison? We are not all criminals or members of the Mexican Mafia. Some of us are truly being victimized for simply trying to become active participants in the community and for simply exercising our rights to grievances and our freedom to address matter of public concern. This is suppose to be a Free Country! Throwing people in jail on trumped-up charges and/or putting them in isolation just because you don't like their politics is uncivilized and unacceptable. In addition, stripping our disabled Hispanic American war hero's of their dignity by replacing their well deserve medals of honor with a badge of infamy to throw them away like trash is also unreasonable, immoral and unlawful.

The Honorable US District Judge William Wayne Justice has somewhat restored my faith in the Judicial System. It is clear that the need to eliminate unnecessary death, destruction and suffering is a reflection of international interest and of the moral values of civilized man. However, the Texas Attorney General, John Cornyn's office and most of the Texas legislators are aware of this case and have done nothing to afford Robert his basic human needs or to alleviate our pain and suffering which are having a devastating effect on our daily lives. Therefore, this groundless and bad-faith appeal to the 5th US Circuit Court of Appeals constitutes criminal contempt, abuse of the legal process and is truly a waste of the Tax payers money.

Robert paid a high price in defending our Government when our Government called upon him in time of need to defend our national interest by going to war. I am also an honorably discharged veteran and a victim of defamation, retaliation, discrimination, police brutality and systematic abuse. Now we are calling upon our Government to come to Robert's aid in disentangling himself from this "Railroad of Hypocrisy and Injustice."

**David Ruiz**, the inmate who gave name to suit and is known for **prison reform** in Texas lives in **isolation**, never killed anyone and is serving a life sentence for burglary. David Ruiz asks, "Can you imagine being in a little room 23 hours a day for 11 years?" My heart hurts and feels pain for inmate, David Ruiz and his family. God bless David Ruiz for the great sacrifice and price he has had to pay for trying to make prison conditions better than they must have been even though not much have changed and certainly not for him. Yes, I can imagine being in a little room 23 hours a day for 11 years. This is inhumane and totally unjustifiable!

**Robert's** case is "**unprecedented**" and the first time in the history of the United States that a man has ever been charged, convicted and condemned to life imprisonment for allegedly "raping a gang" of juvenile delinquent. A travesty of justice and another perfect example of "**Trial by Rage**" inflicted on Hispanics. Can you imagine what they would do to me if I yelled "gang-raped" and couldn't remember the name and location of the doctor who supposedly examined me?

**Exposing these atrocities and injustices and those entrusted on protecting us** seems to be our only defense since we have exhausted all legal remedies under domestic law or have been prevented from exhausting them because of the continued outrageous arbitrary and capricious injurious retaliatory practices, harassment, blatant denial of civil and human rights, blatant denial of equal protection, equal representation and equal protection under the law, fraud, corruption, criminal oppression, lack of money and the lack of care and concern for indigent disabled Hispanic victims of discrimination practices and injustice. And, "**cover-up!**" Everyone seems to be covering-up with the same dirty, bloody blanket!

Therefore, we respectfully request that the Honorable Congressman Bill Archer intervene in our behalf and grant us the opportunity for the following:

1) **Request for Emergency Appearance** before the Subcommittee on Crime in our continuing efforts to initiate a Congressional "**unbias**" investigation into the matters I have raised throughout the attached documents concerning the discrimination practices, fraud, and other abuses and inefficiencies that have occurred and continue to occur within our government.

2) That the Subcommittee on Crime appoint an Investigative Committee on Justice for Hispanics.

3) That my brother's, Roberto Rodriguez Trevino, case be the first case to be investigated by the Investigative Committee on Justice for Hispanics.

4) That Roberto Rodriguez Trevino be appointed an attorney to afford him the equal legal representation, due process of law and equal protection under the law and those other basic civil and human needs as guaranteed under the US Constitution.

5) That the Trevino Family be afforded the equal legal representation and equal protection and due process of law as guaranteed under the US Constitution.

6) That I be appointed as staff member of that Investigative Committee on Justice for Hispanics.

and for any other relief that is just and proper in Pursuit of Justice for Roberto Rodriguez Trevino and Family.

attachment;
copy of letter from UNHCHR, dated 3/31/98
R.R.T on cover page of complaint to US State Department
Copy of Memorandum
cc - Honorable Judge William Wayne Justice

For Justice,

*Gloria Trevino*

**Gloria Trevino, President**
**Victims In Petition for Justice**
12526 Olympia Drive
Houston, Texas 77077

"In our weakness, God is strong"

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

JANUARY 21, 2015

## ROBERT RODRIGUEZ TREVINO, a VEGGIE
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
### Carol S. Young Medical Facility
## UNLAWFULLY INCARCERATED SINCE 1995



Born June 7, 1946

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077 - (713)309-5962

## July 7, 2013

**PRESS RELEASE:**                    **CONTACT: Gloria Trevino**                    **(713)309-5962**

## "MISSION NOT ACCOMPLISHED!"

ROBERT R. TREVINO, American War Hero and Bronze Star, Purple Heart Recipient of Hispanic Descent was illegally blatantly denied emergency medical treatment and a competency examination by the VA in complicity with the Ellis County Judicial Offenders in spite of his induced suicidal and distorted state of mind after being illegally jailed and denied his medication for PTSD . He was, likewise, illegally blatantly denied members of his peers in the All-white bias Jury in furtherance of the conviction and maximum life-sentence.  Robert was subjected to the "Classic Kangaroo Court" and shamefully "RAILROADED" in 1995 on groundless erroneous allegations by unreliable gang of Juvenile delinquents and orchestrated by lead investigator who had offered them immunity from prosecution on their felony crimes in exchange for bogus allegations against Robert.  The investigator was executing her vicious vendetta born of extreme racial hatred and political prejudiced against Robert for successful campaigning for the resignation of the Waxahachie Police Chief that was her boss and her lover.  To date, Robert remains illegally incarcerated, suffering from PTSD, schizophrenia due to concussion blast "Traumatic Head Injuries" and is paralyze from criminal neglect of his peripheral neuropathy of his upper/lower extremities and critical Ischemic Heart condition as a result of extensive exposure to Agent Orange during his two tours of duty in the Republic of Vietnam. Robert is at the end of his life and at "Death's Door." The VA in complicity with the right wing white supremacist Judicial Offenders continues to blatantly deny Robert basic civil and human rights and the VA rights and benefits he honorably earned on the battlefield.  They blatantly refuses to even provide Trevino a letter in support of "Emergency Medical Reprieve" to further endanger his life, deprive him of his freedom so they don't have to take care of him.  Robert's sister, Gloria Trevino searches for Justice in the US Court of Federal Claims and has filed Injunction/Petition against the VA, US and Perpetrators of Homicide/Genocide in the Criminal Justice System and others to immediately transfer Robert to a private hospital in Houston, Texas in hope of saving his life. "Even infamous, notorious, mob-boss, "Scar-face," Al Capone was released from prison on humanitarian grounds!



"With Liberty and Justice for All"



# SEMANA

AÑO 3 NO. 182 HOUSTON, TEXAS    DEL 8 AL 14 DE AGOSTO 1996



## ¿Dónde quedaron los derechos...?

# ¡Tras las rejas!

La constitución de Estados Unidos consigna las prerrogativas

que tiene ante la ley todo ser humano por la simple razón de serlo.

Eso, sin embargo, es desconocido incluso por algunos de quienes

están encargados de hacerlo cumplir. *Violación.*

*Por favor, lea Portada. Páginas 9 a 11.*

...os que se van,
...os que vienen

...diós Atlanta!
Hola Sidney!

Terminados los olímpicos y
engolosinados con los triunfos
de los deportistas texanos y,
en general, la inobjetable
superioridad estadounidense a
los países latinos sólo les queda

# SEMANA

**Niro** atismo en página 21

¡AT

**AÑO 3 NO. 182 HOUSTON, TEXAS** **DEL 8 AL 14 DE AGOSTO 1996**

**men**

Esta semana

**SEMA**

Calidad infor en Españ

SEMANA prepar siguientes bocad miras a hacerlos apetitosos y gu Le sugerimos ac pañarlos de los s adicionales al gu se anuncian aqu estos está la Bud Western Union, Sears, Fiesta, Sou ern Bell, Bacardí nas de las mejor películas en cart

**Aperitivo:** No hay dere Ge

**Entradas:** Caldo de periodista Seman

**Plato fuert** Derechos en su concha Portada,

**Especial de** México si paga, pero... Mé

**"Show cent** María Felix, "El Buki" y otros ricos Espectáculos,

**Entremes:** El Ezln y la c Cult

**SEMA** Siga, por la

**Primera** Gra



¿Dónde quedaron los derechos...?

# ¡Tras las rejas!

La constitución de Estados Unidos consigna las prerrogativas

que tiene ante la ley todo ser humano por la simple razón de serlo.

Eso, sin embargo, es desconocido incluso por algunos de quienes

están encargados de hacerlo cumplir. *Violación.*

Por favor, lea Portada. Páginas 9 a 11.

os que se van, os que vienen

diós Atlanta!

Terminados los olímpicos y engolosinados con los triunfos de los deportistas texanos y, en general, la inobjetable superioridad estadounidense a los países latinos sólo les queda

**Portada**

Del 8 al 14 de agosto de 199



Con el amparo de
la Constitución de
Estados Unidos

# Justicia: grito desde adentro

... a vivir con dignidad y en paz

... no se le puede negar a nadie. Pero ...

... la autoridad que debe velar por el ...

... de una comunidad tan diversa, se c...

... fugo de una sociedad que lucha ...

... el racismo y la discriminación

---

SEMANA Investigativa
Análisis sociológico

■ Por Sayda Chapa Reyn

Houston.- Por muchos ·
Estados Unidos ha extendi
brazos para mostrar un esta
de lucha por el respeto a lo
chos humanos.

En este país existen mú
organizaciones humanitari:
se dedican a vigilar las ac
del mundo entero, siempre
cando un trato humano
todos por igual.

No importa si se trata ·
malhechor, un pobre ancian
niño o hasta un líder izquie
esas agrupaciones pelean po
se imparta justicia y nada má

Incluso el mismo gobierno
ral ha hecho reclamos perió
en contra de algunos país
América Latina gobernado
ideólogos opuestos como Au
Pinochet en Chile o Fidel C
en Cuba, por considerar qu
autoridades abusaron de su
ción y violaron los derechos c
e individuales de sus ciudada

**La otra verdad**

Esta actitud tan humana
parte de Estados Unidos des¡
un profundo sentimiento de s
ridad entre sus habitantes y
panorama color de rosa er
mentes de quienes añora:
parte del 'sueño americano'.

Sin embargo, y al igual
sucedió en Chile y se cree
sigue pasando en Cuba, este
también tiene su talón de Aq
a la hora de impartir justicia
justicia ciega y ecuánime que
ciudadano espera recibir,
importar sus condiciones ec
micas, su ideología o religión
estado legal o su relación cor
representantes del poder.

Ese trato justo era el que esp
ba Gloria Treviño, una mujer
virtudes y defectos como c
quier ser humano. Pero ell
parecer, cometió dos errores
cionales: tener sangre latina er
venas y vivir, junto con su fam
en un pueblo del norte de T
llamado Waxahachie dond
autoridad tiene claras tender
racistas.

En efecto, y de acuerdo con
investigación llevada a cabo
SEMANA, la señora Treviño
siendo víctima de esas som
que ella no buscó pero que la
siguen hasta la fecha.

## La cuerda floja...

### Arranque en frío...

El primer episodio que puso a Gloria de frente con la realidad de ser latina y estar el lugar inadecuado, tuvo lugar en 1977. "Eran la cuatro de la mañana -relató a este semanario- iba en mi carro. Me dirigía hacia el pueblo cuando el oficial de policía Kenneth Langford me obligó a detenerme.

El policía -dijo- me preguntó que adonde iba, se apoyo en la ventana y comenzó a tocarme el pecho. Quería tener sexo conmigo. Yo estaba asustada y para quitármelo de encima le prometí que le llamaría cuando regresara del pueblo".

Treviño reportó el incidente en dos ocasiones: a Pierce Pagett, jefe de policía y al oficial Barney Boyd. Ninguno hizo nada por favorecerla.

Por el contrario, se cree que ellos le contaron a Langford acerca de las quejas y Treviño tuvo que cargar con la venganza: Langford la acusó de haberla detenido porque iba manejando en estado de embriaguez y la citó a la corte bajo ese cargo (DWI, por su sigla en inglés).

### En la cuerda floja

Treviño prestó sus servicios militar en la Fuerza Aérea de Estados Unidos (Usaf), pero fue dada de baja por problemas de salud. Tiempo después se casó y su mudo a Houston.

A partir de ahí, la historia de Gloria Treviño y su familia, podría ser el argumento de cualquier película taquillera de corte dramático.

Treviño se vio envuelta en un accidente automovilístico que le ocasionó serios problemas en la columna vertebral. Dos años después su esposo murió en otro accidente de carro muy cerca a una oficina de correo, sin que nadie le diera auxilio.

Por otra parte y sin causa aparente, las autoridades le negaron a Treviño la compensación del seguro social por ser viuda, por lo que ahora tiene serios problemas económicos debido al historial que carga y a sus problemas de salud.

"Yo me queje -dijo Gloria en una entrevista con este semanario- pero no recibí ninguna respuesta que justificara esa negativa. No sólo no me dieron lo que me correspondía, sino que además trataron de despojarme del mi casa y las pertenencias de mi marido.

## Camino a la Gloria

**EN EL CADALSO.—** Desde 1977 a la fecha Gloria Treviño fue encarcelada siete veces, presuntamente, bajo falsos cargos.

**EN LA BREGA.—** Actualmente Treviño, está luchando por alcanzar la libertad de su hermano y para lograrlo está formando una organización no lucrativa dirigida a mostrar los abusos que las autoridades del Estado cometen en contra de los latinos.

**MAS PARA VER.—** Poco antes de terminar de escribir esta parte de la historia, Treviño recibió una notificación por parte de Ashford Hollow Community Improvement Association notificándole que será desalojada por no haber pagado 1,634 dólares de mantenimiento.

**VUELVE Y PASA.—** Según la versión de Treviño, no es la primera vez que pasa, ya que en otras ocasiones han intentado quitarle la casa que compraron ella y su esposo. "Este barrio es de puros gringos y me quieren fuera del juego", comentó Treviño.

**EN LA RUTINA.—** "Nada de lo que me está pasando es una 'desafortunada coincidencia'. Ellos quieren que me calle y para lograrlo se han metido en mi vida de tal forma que han intervenido en todos mis asuntos, incluyendo el seguro médico y de carro. Hasta la fecha, ninguna compañía quiere asegurarme..."

Como yo no me dejé -señaló-, he tenido que vivir hasta la fecha bajo las constantes amenazas y persecución de las autoridades del condado de Harris".

### Vuelta a la lona

Al parecer, cada vez que Treviño intentaba levantar la voz para exigir justicia, incrementaba la ira de las autoridades y como consecuencia también subían de tono las amenazas por teléfono y cada vez que se presentaba en la corte a tratar de luchar por su caso. Hasta que la bomba explotó:

"Un día estaba en la 'pulga' Common (Flea Market) que esta por el 59 sur y la calle Windswert, cuando se acercaron a mi los oficiales Darrell Breedlove y Bob Smith, del cuerpo dice de la poli-

cía 'Houston Rangers' y Eduardo Fernández, un agente de seguridad.

Sin provocación de mi parte fuí agredida de manera violenta y arrestada sin ningún motivo. Estaba aturdida, no sabía lo que pasaba. Yo sólo les decía que no tenían que golpearme... No había necesidad, yo no me estaba resistiendo!. La gente que me estaba viendo le gritaba a los oficiales: 'tranquilos, tranquilos!'... me sentía humillada".

### En el corral

Según cuenta, Treviño estuvo prisionera por siete horas en una oficina privada. . Allí la ataron, la torturaron y abusaron de ella sexualmente. "Eso lo hicieron los 'Houston Rangers': mientras uno de ellos me manoseaba, el otro me apuntaba a la cabeza con un revólver.

Al parecer, no tenían intenciones de llevarme a la cárcel, así que cuando me dejaron sola me arrastre hacia la puerta y comencé a pedir ayuda, pero fue en vano porque enseguida llegó un oficial que me estrelló con tal fuerza contra el suelo que me dejo inmovilizada".

Después de todo, Gloria fue lleva al cuarto de emergencia de la cárcel de la ciudad. "Cuando me sacaron de la cárcel para trasladarme a otro lugar -contó-, hacía mucho frío, pero a ellos no les importó, rasgaron mis ropas y me quitaron la ropa interior.

Cuando llegamos a la otra cárcel -dijo- los oficiales que me trasladaban le hablaron a sus compañeros para que vinieran a verme, porque supuestamente yo había golpeado a cinco policías...".

### En el reino del terror...

En ese momento Gloria estaba esposada y tirada en la parte trasera de una camioneta.

"De repente -recordó- llegaron otros policías y comenzaron a manosearme y a jalonearme como si quisieran romper mi cuerpo en pedazos. Luego me dejaban por un tiempo y volvían a hacerme lo mismo hasta que finalmente se cansaron".

Después y por ordenes del médico de la cárcel, Treviño fue llevada en dos ocasiones al hospital Ben Taub. "A pesar de las protestas de los policías -contó- me



### Sin salida...

Después de haber sido atacada, sin causa aparente, por diversas autoridades en Texas, Gloria Treviño está firme en su posición: "No bajaré las manos, seguiré luchando hasta alcanzar la justicia que le han negado a mi familia. No importa cuantas amenazas reciba del FBI y todas autoridades, yo seguiré adelante".

## Bajo la mira

**EN FAMILIA.—** No solo Gloria Treviño ha sido blanco de persecución y abuso, la familia entera ha tenido que soportar tratos injustos y muestras de racismo por parte de las autoridades de Waxahachie.

**RECORDATORIO.—** Cuando el padre de Gloria vivía, también fue blanco de ataque de las autoridades en Waxahachie por haberse negado a vender la propiedad donde tenía un negocio de plomería, que tiempo después tuvo que cerrar por 'reubicación de la zona'.



**Robert Treviño**

**BAJO FUEGO.—** Robert Treviño, hermano de Gloria, tampoco se escapó de la persecución. Actualmente se encuentra en la cárcel cumpliendo cadena perpetua sin pruebas de un crimen que nunca cometió, pero que fue inventado por una pandilla llamada 'The Pyro Pyriots', bajo el amparo de las autoridades de Waxahachie.

**EN LA OLLA.—** Robert es veterano de la guerra ena Vietnam y quedó inválido. Poco antes de ser arrestado había recibido una compensación y fue condecorado con la 'Estrella de Bronce' y el 'Corazón Púrpura' por haber expuesto su vida para salvar a sus compañeros.

**SIN PARADERO.—** Este semanario intentó hacer contacto con los abogados Robyn Anette Fuches y John Dixon, pero habían cambiando de trabajo y domicilio

**NADA DE NADA.—** Se han pedido declaraciones de los jueces y demás autoridades involucradas en esta historia, pero fue imposible obtenerlas a tiempo

SEMANA  Houston, Texas

## Portada

del 8 al 14 de agosto de 1996

### En la balanza...

atendieron de emergencia debido a que estaba paralizada, ni siquiera podía caminar y el dolor me estaba marando. En el hospital me dieron medicamentos que luego me quitaron en la cárcel. Ni el Tylenol me dejaron pasar".

Después de estar internada durante semana en la unidad médica de la cárcel, fue trasladada a la sección de psiquiatría. Allí pasó cuatro meses sin asistencia médica e imposibilitada para caminar por el estado físico en el que se encontraba.

"Estuve tres meses en huelga de hambre, hasta que un día vinieron los doctores y comenzaron a inyectarme una droga que me mantenía en la nubes... me convirtieron en un 'zombie'.

Me torturaban y me obligaban a convivir con las presas más peligrosas y violentas... Y jamás, durante todo ese tiempo, me permitieron tener visitas".

#### En la balanza

Al parecer, los golpes físicos y mentales que Treviño sufrió en la prisión, no aminoraron sus gritos en la prisión.



#### Persecución...

Años antes de ser encarcelado de por vida, por un crimen que asegura no cometió, Robert Treviño fue brutalmente golpeado por autoridades del Waxahachie, Texas. Este incidente fue reportado al FBI quienes, según versiones de Gloria, nunca tomaron cartas en el asunto y permitieron que este tipo de abusos en contra de la familia

de ayuda, al contrario, atizaron su deseo de hacerse justicia. Y cuando por fin salió de la cárcel, lo que pudo haberse convertido en un final justo, se había transformado en una guerra que apenas comenzada.

A las demandas que había levantado Treviño desde 1984 en contra del FBI, del departamento de policía de Dover, Dallas y Waxahachie por persecución y violación de los derechos civiles, se unieron nuevos reclamos en contra de la Corte del Estado y el departamento de Policía de Houston bajo los mismos cargos.

"Yo me contacté con la abogada Robyn Anette Fouche para que me representara en el proceso legal. Ella se dio cuenta de todos los abusos que estaban cometiendo conmigo, pero eso no le importó, me puso una trampa y poco antes de terminar uno los procesos se vendió a la otra parte y me dejo desprotegida. Mi caso fue referido a John Dixon, un abogado amigo de Fouche que hizo exactamente lo mismo que ella. No pudieron con el paquete y se rindieron antes de comenzar la pelea".

#### Sola en soledad...

Actualmente, Treviño no cuenta con representación legal y hasta el cierre de esta edición le había sido negado el derecho de defender su caso frente a la Corte.

"No han dejado de perseguirme y todo porque tengo sangre hispana en las venas. A mí y a mi familia nos han hecho la vida imposible. Parece que nosotros no tenemos derecho a quejarnos y a exigir justicia. Pero si fuera gringa, seguramente no me hubieran tratado así.

Es una clara muestra de racismo, cuando van a acusarme usan mi apellido de casada: Turner, así nadie puede decir que hay discriminación, pero cuando ya que estoy en el hoy entonces sí soy Treviño, una hispana más a quien hay que darle una lección por quererse salir de su jacal... Nos quieren ver sumisos y con la cabeza agachada.

A veces se me acaban las fuerzas y siento que no puedo más. Se supone que esto no debería de estar pasando. Soy ciudadana estadounidense, he servido a este país, mi padre sirvió en la Segunda Guerra Mundial, mi hermano es veterano de la guerra de Vietnam, no merecemos ser tratados como si fuéramos unos perros... ¡No es posible! ¿Dónde está la justicia en

### Esta escrito

**EL OTRO ENSUEÑO.—** Hace 35 años, el Congreso de Estados Unidos proclamó el día primero de mayo como el 'Día de la Ley' y para festejan este año, la Asociación Estadounidense de Abogados (American Bar Association) escogió el tema, 'La Constitución de Estados Unidos: el original sueño americano'.

▶ **PARA QUE CONSTE.—** El 4 de Julio de 1776 en el congreso se hicieron las siguientes declaraciones de ley:

▶ **PUEDE PASAR.—** "...Cuando en el curso de la historia humana, es necesario para una persona, disolver los grupos políticos que están conectados con otros y asumen todo el poder de la tierra, es indispensable crear una separación y fomentar la igualdad conforme a las leyes de Dios..."

▶ **ESTA ESCRITO.—** "...Es derecho de los individuos de este país, alterar o abolir cualquier forma de gobierno

que este encaminada a destruir. Así como también, es deber de estos mismos ciudadanos crear un nuevo sistema de gobierno..."

▶ **TODOS A UNA.—** En defensa de las leyes que vigilan los derechos civiles y humanos surgió una agrupación civil y constitucional llamada 'Asociación de Justicia', que lucha a través de toda la nación oponiéndose a los actos de insurrección en contra de esta tierra y su gente.

▶ **QUE PASARIA.—** "... Si se diera el caso, es derecho y responsabilidad del gobierno proveer nuevos elementos de seguridad nacional para evitar el abuso y usurpación por parte de la autoridad..."

▶ **VUELTA A LA LEY.—** El 14 de abril de 1871 en el Senado de Estados Unidos se levantó un acta de donde se extrajeron los siguientes puntos:

▶ **TODOS POR IGUAL.—** "... Ninguna persona, sin importar color de piel, estado legal, origen, regulación, costumbre o uso de ningún estado, podrá ser causa o causante de priva-

ción de ninguno de sus derechos, por parte de la jurisdicción de Estados Unidos...".

▶ **NADA DE NADA.—** "La ley tampoco podrá privar de sus derechos a una porción o clase de personas por ser diferente a las demás..."

▶ **AHI ESTAN.—** Además de esa agrupación, existen Organizaciones con el 'Comité de Zolidaridad con el Pueblo Mexicano en Houston', que además de tener objetivos específicos de lucha, apoyan otros movimientos en pro de la justicia y la igualdad.

▶ **SIN RESPUESTA.—** Gloria Treviño acudió al Colegio de Abogados de Houston (Houston Bar Association) cuando fue defraudada por los abogados Robyn Anette Fouche y John Dixon pero, según palabras de la entrevistada, ellos se negaron a tomar alguna acción en contra de estas personas, alegando que la organización estaba ahí para defender a sus miembros y no para atacarlos.



**Monterrey Regalado.**
Aeroméxico une a los centros principales de comercio de Houston y Monterrey con tres convenientes vuelos diarios.
Este servicio es ideal para los hombres de negocios que quieran disfrutar de precios

módicos y un servicio a bordo que es tan cordial como nuestro México lindo y querido.
**Para más información y reservaciones, llame o pídale a su agente de viajes que llame a Aeroméxico desde Houston al 939-0077 o gratuitamente al 1-800-AEROMEX (1-800-237-6639).**



**aeroméxico**
Vuelva con los suyos

Tarifa es desde el Aeropuerto Internacional de Houston. Tarifa no incluye cargo de aduana de E.U.A. de US$6.50, cargo federal de inspección de US$7.45 ni

**BBB.** better **business** Bureau®

**Business Profile**
# Disabled American Veterans

Not BBB
Accredited

Veterans Organizations

## Contact Information

◎ 17779 E. Fourteen Mile Road
Fraser, MI 48026-2290

☎ (586) 415-8610

## BBB Rating & Accreditation



THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

Years in Business: 35

Customer Reviews are not used in the calculation of BBB Rating

Reasons for BBB Rating

## Customer Reviews

# Weathermon v. Disabled American Veterans, 15 F. Supp. 2d 940 (D. Neb. 1998)

**U.S. District Court for the District of Nebraska - 15 F. Supp. 2d 940 (D. Neb. 1998)**

**August 12, 1998**

## 15 F. Supp. 2d 940 (1998)

**John C. WEATHERMON, Plaintiff,**
v.
**DISABLED AMERICAN VETERANS, Defendant.**

No. 4:97CV3397.

### United States District Court, D. Nebraska.

August 12, 1998.

John C. Weathermon, St. Joseph, MO, pro se.

Tory M. Bishop, Marcia A. Judd, Kutak, Rock Law Firm, Omaha, NE, for Defendant.

MEMORANDUM AND ORDER

KOPF, District Judge.

John C. Weathermon has filed a complaint and amended complaint against the Disabled
American Veterans (DAV), claiming that the Lincoln, Nebraska, office of the DAV violated
his right to due process when the DAV as Weathermon's appointed representative in his
claim to the Department of Veteran Affairs for disability benefits (1) withheld evidence that
would have resulted in four additional years of benefits for Weathermon had the DAV
brought it to the Department's attention earlier; (2) unnecessarily delayed his hearing
before the "ratings board" by erroneously sending his records to Wichita, Kansas, when the
hearing was eventually held in Lincoln; and (3) exploited Weathermon's psychotic
disability by writing letters to him containing "provocative" language and by refusing to
produce information Weathermon requested. Weathermon also complains that the hearing
officer engaged in "lying and deception" in making a decision because the hearing officer
ignored what Weathermon viewed as his "first line of evidence reports from the original
examining doctor" and because the hearing officer referred to a June 15, 1991, examination
of Weathermon which did not in fact exist.

**\*941** In sum, Weathermon prays for an order requiring the DAV to pay Weathermon full
disability payments for the four years preceding Weathermon's victory before the Board of
Veterans' Appeals in Washington, D.C. a victory which was allegedly based on evidence the
DAV refused to introduce in proceedings that preceded Weathermon's appeal to the Board.
(Complaint & Amended Complaint, Filings 1 & 6.)

Defendant DAV has filed a motion to dismiss (filing 7) pursuant to Fed.R.Civ.P. 12(b) (1)
and 12(h) (3) alleging lack of subject matter jurisdiction. The court granted Weathermon's
motion for an additional 90 days in which to respond to DAV's motion to dismiss (filing 9),
but Weathermon has failed to respond.

For the following reasons, I shall grant DAV's motion to dismiss.

### *Diversity Jurisdiction*

Pursuant to 28 U.S.C. § 1332, this court has original jurisdiction of all civil actions where
the matter in controversy, excluding interest and costs, exceeds $75,000 and is between
citizens of different states. A corporation is deemed to be a citizen of its state of
incorporation and the state of its principal place of business. 28 U.S.C. § 1332(c) (1).
Although it is unclear, it appears that plaintiff Weathermon may now be a resident of
Missouri. (Filing 14.)

For Legal Professionals › (https://lp.findlaw.com/)

FindLaw.

...

FINDLAW (HTTPS://LP.FINDLAW.COM/)  /    CASELAW (HTTPS://CASELAW.FINDLAW.COM/)  /
UNITED STATES (HTTPS://CASELAW.FINDLAW.COM/COURTS/UNITED%20STATES)  /
DC COURT OF APPEALS (HTTPS://CASELAW.FINDLAW.COM/COURT/DC-COURT-OF-APPEALS)  /    THOMAS V. DISABLED AMERICAN VETERANS ASSOCIATION

# THOMAS v. DISABLED AMERICAN VETERANS ASSOCIATION (2007)

Print                                                    Font size:  A  A  Reset

### District of Columbia Court of Appeals.

### Oscar L. THOMAS, Appellant, v. DISABLED AMERICAN VETERANS ASSOCIATION, et al., Appellees.

### Nos. 05-CV-1318, 05-CV-1319.

### Decided: August 23, 2007

Before GLICKMAN, KRAMER, and FISHER, Associate Judges. Oscar L. Thomas, filed a brief, pro se. Christopher Clay, Sacramento, CA, Ralph A. Finizio, Pittsburgh, PA, and Fidelis Agbapuruonwu, Washington, DC, filed a brief, for the Disabled American Veterans Association. Richard H. Ihfe, San Antonio, TX, and William E. Leighner, filed a brief for appellee, Non-Commissioned Officers Association of the United States of America.

Oscar L. Thomas filed a civil complaint in the Superior Court against the Disabled American Veterans ("DAV") and the Non-Commissioned Officers Association of the United States of America ("NCOA").  That action arose from the alleged shortcomings of both organizations in representing Thomas before the United States Department of Veterans Affairs.  The Superior Court dismissed Thomas's complaint against DAV, presumably because substantially identical claims were still pending in federal court.  The court later dismissed Thomas's remaining claims, concluding that it lacked personal jurisdiction over NCOA.  We reverse and remand for further proceedings.

I.   Factual and Procedural Background

When he retired from the U.S. Army in 1989, Mr. Thomas [1] designated NCOA (a veterans service organization) as his representative to present claims for benefits to the Veterans Administration.[2]  In 1997 he designated DAV to take over that function.  Thomas was given a comprehensive medical evaluation by the Department of Veterans Affairs in 1991, and a VA doctor reached a "working diagnosis" that Thomas had schizophrenia.[3]  Thomas complains that he has suffered injury because DAV and NCOA (as well as the VA) failed to inform him of this tentative diagnosis.  Thomas also alleges that both organizations failed properly to represent his interests before the Department of Veterans Affairs.

Thomas brought an action against DAV and NCOA in the United States District Court alleging, among other claims, gross negligence, fraudulent concealment, and legal malpractice.  On January 21, 2005, the District Court dismissed Thomas's action for lack of subject matter jurisdiction;[4] he appealed that decision to the United States Court of Appeals.  On March 21, 2005, Thomas filed this action in Superior Court, essentially restating the common law claims against DAV and NCOA which had been dismissed by the District Court.[5]  On September 29, 2005, the D.C. Circuit affirmed the judgment dismissing the federal complaint.[6]

Meanwhile, on June 14, 2005, the Superior Court granted DAV's motion to dismiss, without prejudice.  On October 11, 2005, the court granted NCOA's motion to dismiss for lack of personal jurisdiction.  Thomas timely appealed both orders, and we consolidated the appeals.

II.   Dismissal of Thomas's Claims Against DAV

Inc., 355 A.2d 808, 813 (D.C.1976) (en banc).    We hold that the trial court acted prematurely in granting NCOA's motion to dismiss because there are unresolved factual questions concerning the applicability of the government contacts exception.

In Environmental Research, a Massachusetts corporation hired a District of Columbia consulting firm to prepare an application for a construction grant and to assist in processing the application through the Environmental Protection Agency (EPA).    355 A.2d at 810.    We accepted the trial court's finding "that Environmental Research was an independent contractor and not an agent."    Id. at 812 n. 7.    When a dispute arose over payments, the consulting firm filed a breach of contract action in Superior Court, but the trial court quashed service of process and dismissed the complaint for lack of personal jurisdiction.    Id. at 810.    We affirmed, on the ground that the Massachusetts corporation's contacts with the District of Columbia fell short of satisfying the due process requirements for exercising long-arm jurisdiction.    Id. at 811.    Citing the "government contacts" principle articulated in Mueller Brass Co. v. Alexander Milburn Co., 80 U.S.App. D.C. 274, 152 F.2d 142 (1945), we explained:

[T]he "government contacts" exception . finds its source in the unique character of the District as the seat of national government and in the correlative need for unfettered access to federal departments and agencies for the entire national citizenry.    To permit our local courts to assert personal jurisdiction over nonresidents whose sole contact with the District consists of dealing with a federal instrumentality not only would pose a threat to free public participation in government, but also would threaten to convert the District of Columbia into a national judicial forum.

Environmental Research, 355 A.2d at 813 (footnotes omitted).    We held that "[t]he mere fact that a nonresident has retained the professional services of a District of Columbia firm, thereby setting into motion the resident party's own activities within this jurisdiction, does not constitute an invocation by the nonresident of the benefits and protections of the District's laws."    Id. at 812.    We also held that two visits to the EPA by officials of the Massachusetts corporation fell within the "government contacts" exception.    Id.

We distinguished Environmental Research in a more recent case, pointing out that the new lawsuit was brought "by the out-of-state entity against its own agent acting within the District of Columbia on the out-of-state entity's behalf on a cause of action directly related to that activity."    Lex Tex Ltd., Inc. v. Skillman, 579 A.2d 244, 249 (D.C.1990).    "The activities which [were] the very basis of the suit [in Lex Tex] were undertaken in the defendants' capacity as the agent of and on behalf of the plaintiff's predecessor in interest."    Id.    "To the extent, then, that any petitioning of the government was taking place, it was that of the [plaintiff], not [the defendant]."    Id. at 250.    Answering a question certified by the United States Court of Appeals for the District of Columbia Circuit, we concluded:

[O]ne can hardly demand the right to come to the District of Columbia to pursue activities exclusively on behalf of an out-of-state principal and expect to be absolutely immune from suit here by that principal for causes of action arising directly out of the performance of such activities.    The "government contacts" principle does not extend so far.

579 A.2d at 250.    We cannot tell from the present record whether the Superior Court has personal jurisdiction over NCOA based on the principles discussed in Lex Tex.

    When no evidentiary hearing is conducted, the plaintiff may satisfy its burden by making a prima facie showing that the court has personal jurisdiction over the defendant.    Edmond v. United States Postal Service General Counsel, 292 U.S.App. D.C. 240, 249, 949 F.2d 415, 424 (1991).    The plaintiff "may rest [his] argument on [his] pleadings, bolstered by such affidavits and other written materials as [he] can otherwise obtain."    Mwani v. bin Laden, 368 U.S.App. D.C. 1, 7, 417 F.3d 1, 7 (2005).    Accord, 5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure: Civil 3D § 1351, at 305 (2004).    "We construe the pleadings and affidavits in the light most favorable to [the plaintiff], resolving all doubts in his favor."    DiStefano v. Carozzi North America, Inc., 286 F.3d 81, 84 (2d Cir.2001).    Accord, Combs v. Bakker, 886 F.2d 673, 676 (4th Cir.1989).

Appellant Thomas's complaint alleged that "[d]efendant NCOA, . at all times relevant, provided legal representation to Plaintiff from one of its offices located in . Washington, D.C."    In his opposition to NCOA's motion to dismiss, Thomas asserted that "each and every one of Thomas' claims of acts and omissions alleged and complained against NCOA . were committed and/or arose in D.C., from one of NCOA's satellite offices or from the Department of Veterans Affairs . located in the [District of Columbia]."    He also claimed that "NCOA met with Plaintiff and conducted business with Plaintiff from its satellite office it maintained in the District between 1989 and 1996, at or nearby DVARO then at 941 Capit[o]l] and/or thereby, and still conducts a very substantial amount of its business in the District."    In contrast, Mr. Overstreet states in his affidavit that "NCOA does not now and has never maintained or had an office in D.C.," but the Superior Court did not hold an evidentiary hearing to resolve this conflict, nor did it make any factual findings with respect to the issue of personal jurisdiction.

DAV moved the trial court to dismiss Thomas's complaint on a single ground-that "[a]s this case is presently ongoing before another court, the Court of Appeals for the District of Columbia Circuit, it would be inappropriate for this matter to go forward before this Court at this time." Because the trial court granted the motion without explanation, we assume it accepted DAV's argument. The trial court erred in doing so.

DAV argues that the trial court was "plainly correct" to dismiss Thomas's complaint but cites only a single case to support the trial court's order: Jones v. John W. Glen, Inc., 130 U.S.App. D.C. 153, 397 F.2d 714 (1968). Jones does not support DAV's argument or the trial court's dismissal, however. In Jones, the United States District Court for the District of Columbia dismissed an action on the ground that a civil complaint based on the same claims had been filed and was pending in the District of Columbia Court of General Sessions. Id. at 154, 397 F.2d at 715. The Circuit Court of Appeals reversed the dismissal and remanded the case because it could not determine whether the District Court's dismissal "rested entirely on the pendency of two actions." Id. at 155, 397 F.2d at 716. The court in Jones explained that it was "not unaware of the problems of the two trial courts here involved and the burdens that these proceedings entail in having two courts be concerned over a single case." Id. Notwithstanding that burden, the court concluded that "it is clear that the proper procedure is for the District Court to enjoin the prosecution of the case in the Court of General Sessions." Id. at 155 n. 1, 397 F.2d at 716 n. 1, citing Smith v. Leigh, 101 U.S.App. D.C. 225, 248 F.2d 85 (1957). Thus, Jones in no way supports dismissal of the underlying complaint in this case. If anything, it stands for the proposition that one suit should be stayed while the other proceeds.[7]

In a case postured procedurally like this one, this court held that the Municipal Court erred in dismissing a civil action on the ground that a similar action had been previously filed, and was still pending, in District Court. In Coates v. Ellis, 61 A.2d 28 (D.C.1948), the parties were involved in an automobile collision and Mrs. Ellis brought a personal injury action in District Court. Id. at 29. Before service of process was completed, Mr. Coates filed in the Municipal Court a suit for damages arising out of the same collision. Mrs. Ellis moved to dismiss the Municipal Court action based on the prior filing and pendency of her District Court action, and the trial judge dismissed "without prejudice." Id. We reversed, explaining that the Municipal Court "had no right to dismiss the case." Id. at 31.

> The dismissal, though stated to be "without prejudice," would almost certainly result in confusion and in prejudice to plaintiff if the District Court action did not proceed to final determination. Comity, as we have previously pointed out, can best be maintained in such a situation, not by dismissing the action, but by staying proceedings therein. That course has been prescribed in several other cases. We therefore order the judgment below reversed, with instructions to vacate the order of dismissal, and to enter an order staying proceedings until the final determination of the pending District Court action.

Id. at 31-32 (emphasis added) (footnotes omitted). See also Batter v. Dixon, 177 A.2d 893, 894 (D.C.1962) ("As that issue has already been submitted to the District Court for determination, . the trial court acted within proper bounds in curtailing the instant action, to await the final outcome of the preceding litigation."); Bradley v. Triplex Shoe Co., 66 A.2d 208 (D.C.1949) (confirming Municipal Court's authority to stay its own proceedings pending determination of an action in the District Court). There is, of course, no general requirement that the Superior Court defer to the District Court when related actions are pending in both courts, but it often will be prudent and efficient to do so, especially when the federal court was the first to acquire jurisdiction.[8]

We have not found-and have not been directed-to any authority that has overturned Coates or even called it into question. Its reasoning remains sound. We therefore hold that the trial court erred in dismissing Thomas's complaint against DAV, and we reverse and remand for further proceedings.[9] We decline DAV's invitation to affirm on an alternative ground that was not raised before the Superior Court.

III. Dismissal of Thomas's Claims Against NCOA

NCOA moved to dismiss Thomas's complaint, asserting that the trial court lacked personal jurisdiction over it or, in the alternative, that this jurisdiction provides an inconvenient forum. NCOA argued below and before this court that Thomas had failed to establish that it engaged in the "transact[ion of] business in the District of Columbia" within the meaning of this jurisdiction's long-arm statute, D.C.Code § 13-423(a)(1) (2001). It submitted an affidavit of its president, Gene Overstreet, averring that NCOA is a Texas non-profit corporation, is headquartered in San Antonio, Texas, does not own property or even have an office within the District of Columbia, and "[o]ther than meeting with officials and representatives from various federal agencies and/or providing testimony before Congress, NCOA has not otherwise engaged in any persistent course of conduct in D.C." NCOA argues that its contacts and meetings with federal officials and its testimony before congressional representatives cannot serve as a basis for personal jurisdiction under § 13-423 because such activities fall within the so-called "government contacts" exception to in personam jurisdiction, which applies when non-residents enter "into the District of Columbia . for the purpose of contacting federal government agencies." Environmental Research International, Inc. v. Lockwood Greene Engineers,

Inc., 355 A.2d 808, 813 (D.C.1976) (en banc).   We hold that the trial court acted prematurely in granting NCOA's motion to dismiss because there are unresolved factual questions concerning the applicability of the government contacts exception.

In Environmental Research, a Massachusetts corporation hired a District of Columbia consulting firm to prepare an application for a construction grant and to assist in processing the application through the Environmental Protection Agency (EPA).   355 A.2d at 810.   We accepted the trial court's finding "that Environmental Research was an independent contractor and not an agent."   Id. at 812 n. 7.   When a dispute arose over payments, the consulting firm filed a breach of contract action in Superior Court, but the trial court quashed service of process and dismissed the complaint for lack of personal jurisdiction.   Id. at 810.   We affirmed, on the ground that the Massachusetts corporation's contacts with the District of Columbia fell short of satisfying the due process requirements for exercising long-arm jurisdiction.   Id. at 811.   Citing the "government contacts" principle articulated in Mueller Brass Co. v. Alexander Milburn Co., 80 U.S.App. D.C. 274, 152 F.2d 142 (1945), we explained:

[T]he "government contacts" exception . finds its source in the unique character of the District as the seat of national government and in the correlative need for unfettered access to federal departments and agencies for the entire national citizenry.   To permit our local courts to assert personal jurisdiction over nonresidents whose sole contact with the District consists of dealing with a federal instrumentality not only would pose a threat to free public participation in government, but also would threaten to convert the District of Columbia into a national judicial forum.

Environmental Research, 355 A.2d at 813 (footnotes omitted).   We held that "[t]he mere fact that a nonresident has retained the professional services of a District of Columbia firm, thereby setting into motion the resident party's own activities within this jurisdiction, does not constitute an invocation by the nonresident of the benefits and protections of the District's laws."   Id. at 812.   We also held that two visits to the EPA by officials of the Massachusetts corporation fell within the "government contacts" exception.   Id.

We distinguished Environmental Research in a more recent case, pointing out that the new lawsuit was brought "by the out-of-state entity against its own agent acting within the District of Columbia on the out-of-state entity's behalf on a cause of action directly related to that activity."   Lex Tex Ltd., Inc. v. Skillman, 579 A.2d 244, 249 (D.C.1990).   "The activities which [were] the very basis of the suit [in Lex Tex ] were undertaken in the defendants' capacity as the agent of and on behalf of the plaintiff's predecessor in interest."   Id.   "To the extent, then, that any petitioning of the government was taking place, it was that of the [plaintiff], not [the defendant]."   Id. at 250.   Answering a question certified by the United States Court of Appeals for the District of Columbia Circuit, we concluded:

[O]ne can hardly demand the right to come to the District of Columbia to pursue activities exclusively on behalf of an out-of-state principal and expect to be absolutely immune from suit here by that principal for causes of action arising directly out of the performance of such activities.   The "government contacts" principle does not extend so far.

579 A.2d at 250.   We cannot tell from the present record whether the Superior Court has personal jurisdiction over NCOA based on the principles discussed in Lex Tex.

    When no evidentiary hearing is conducted, the plaintiff may satisfy its burden by making a prima facie showing that the court has personal jurisdiction over the defendant.   Edmond v. United States Postal Service General Counsel, 292 U.S.App. C.A. 240, 249, 949 F.2d 415, 424 (1991).   The plaintiff "may rest [his] argument on [his] pleadings, bolstered by such affidavits and other written materials as [he] can otherwise obtain."   Mwani v. bin Laden, 368 U.S.App. D.C. 1, 7, 417 F.3d 1, 7 (2005).   Accord, 5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure: Civil 3D § 1351, at 305 (2004).   "We construe the pleadings and affidavits in the light most favorable to [the plaintiff], resolving all doubts in his favor."   DiStefano v. Carozzi North America, Inc., 286 F.3d 81, 84 (2d Cir.2001).   Accord, Combs v. Bakker, 886 F.2d 673, 676 (4th Cir.1989).

Appellant Thomas's complaint alleged that "[d]efendant NCOA, . at all times relevant, provided legal representation to Plaintiff from one of its offices located in . Washington, D.C."   In his opposition to NCOA's motion to dismiss, Thomas asserted that "each and every one of Thomas' claims of acts and omissions alleged and complained against NCOA . were committed and/or arose in D.C., from one of NCOA's satellite offices or from the Department of Veterans Affairs . located in the [District of Columbia]."   He also claimed that "NCOA met with Plaintiff and conducted business with Plaintiff from its satellite office it maintained in the District between 1989 and 1996, at or nearby DVARO then at 941 Capit[o]l and/or thereby, and still conducts a very substantial amount of its business in the District."   In contrast, Mr. Overstreet states in his affidavit that "NCOA does not now and has never maintained or had an office in D.C.," but the Superior Court did not hold an evidentiary hearing to resolve this conflict, nor did it make any factual findings with respect to the issue of personal jurisdiction.

Appellant Thomas did not make his assertions of fact in affidavit form, but even if we discount them for this reason, Mr. Overstreet's affidavit acknowledges that NCOA's officers and personnel meet with officials and representatives of federal agencies and testify before Congress. "The Department of Veterans Affairs ('VA') is among those federal agencies that NCOA has met with at times in D.C." Mr. Overstreet does not say how frequently this occurs, but Mr. Thomas attached to his opposition a printout from NCOA's website which states that it maintains a National Capital Office in Alexandria, Virginia.

The record before us does not demonstrate that the Superior Court lacked personal jurisdiction over NCOA. Unanswered questions include whether NCOA maintains an office in the District of Columbia, or did so at relevant times. Even if it did not have an office here, what is the nature and extent of its activity in the District? If it maintains an active presence in the District of Columbia representing veterans, then perhaps NCOA is subject to the jurisdiction of our courts. Was NCOA the agent of Mr. Thomas? Did it represent Mr. Thomas before the VA (and, if so, how and to what extent)? Answers to these and related questions will help to determine whether the jurisdictional issue is governed by Environmental Research or Lex Tex. See also Shoppers Food Warehouse v. Moreno, 746 A.2d 320 (D.C.2000) (en banc) (comprehensive discussion of long-arm jurisdiction).

For the reasons discussed, the judgment of the Superior Court is reversed and the case is remanded for further proceedings consistent with this opinion.

So ordered.

FOOTNOTES

1.    Thomas currently resides in Germany but considers himself a citizen of Tennessee. He represents himself in these consolidated appeals.

2.    Effective in 1989, the Veterans' Administration was redesignated as the Department of Veterans Affairs. 102 Stat. 2635.

3.    The doctor concluded that Thomas had "persistent auditory hallucinosis which is troubling, so a diagnosis of schizophrenia probably is the most likely correct diagnosis. Some of the other adjunct symptoms of schizophrenia are not present, however, but this will be the working diagnosis for him. He has slight social and industrial disability resulting from this." See Thomas v. Principi, 265 F.Supp.2d 35, 36 n. 1 (D.D.C.2003), aff'd in part and rev'd in part, 364 U.S.App. D.C. 326, 328, 394 F.3d 970, 972 (2005) (remanding claim that the VA had committed medical malpractice and intentionally caused Thomas emotional distress by failing to inform him of the working diagnosis of schizophrenia).

4.    Thomas v. Non-Commissioned Officers Ass'n, Civil Action No. 04-0193 (D.D.C. January 21, 2005).

5.    His Superior Court complaint alleges gross negligence, fraudulent concealment, legal malpractice, intentional infliction of emotional distress, "medical negligent and legal misconduct," making of intentional false statements and misrepresentations, fraud and conspiracy to commit fraud, breach of contract, and breach of fiduciary duty.

6.    Thomas v. Non-Commissioned Officers Ass'n, No. 05-7042 (D.C.Cir. September 29, 2005).

7.    When Jones and Smith were decided, the local trial court was a court of limited civil jurisdiction; both it and the United States District Court were part of the same court system. The jurisdictional cap on civil suits was $3,000 in the Municipal Court, D.C.Code § 11-755(a) (1951), and $10,000 in its successor, the Court of General Sessions, D.C.Code § 11-961(a) (1967). Now, of course, the Superior Court is "a court of general jurisdiction with the power to adjudicate any civil action at law or equity involving local law." Andrade v. Jackson, 401 A.2d 990, 992 (D.C.1979); D.C.Code § 11-921 (2001).

8.    See E.H. Schopler, Annotation, Stay of Civil Proceedings Pending Determination of Action in Federal Court in Same State, 56 A.L.R.2d 335, 338-39 (1957 & 2007 Supp.) ("[T]he state courts, with only a few exceptions, have recognized the power to stay a proceeding until determination of a pending federal action. The exercise of this power is not a matter of right, but a matter of comity and discretion.").

9.    DAV urges us to affirm the judgment of the Superior Court "as the dismissal was proper at the time it was ordered." Because the dismissal of the federal suit has now been affirmed, however, DAV concedes that Thomas may "re-file his claims in the Superior Court, or in some other court, as he sees fit." We do not agree that the dismissal by the Superior Court was proper at the time it was ordered, and Thomas might encounter new procedural obstacles if we merely allowed him to re-file his claims. We therefore reverse and remand for reinstatement of the complaint.

FISHER, Associate Judge:

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## (no subject)

2 messages

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Fri, Jun 10, 2022 at 6:25 AM
To: Gloria Trevino <vip4justice@gmail.com>

**3 attachments**

📄 **FORD HARASSING EMAILS.pdf**
1112K

📄 **FORD HARASSING COMMUNICATIONS WITH ME.pdf**
5283K

📄 **FORD HARRASING NOTIFICATIONS.pdf**
430K

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Fri, Jun 10, 2022 at 6:48 AM
To: sheriff.gonzalez@sheriff.hctx.net, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
josh.turner@house.texas.gov, fordteam@computershareshare.com, Ford Values Your Feedback <ford-quality@vehicle-
quality.us>, dgould@jdkglaw.com, "john.richards" <john.richards@richardsvaldez.com>, Noel Portnoy
<PortnoyNoel@gmail.com>, CDCInfo <cdcinfo@texasbar.com>, usatxs.atty@usdoj.gov, USDOJ <askdoj@usdoj.gov>, Gloria
Trevino <vip4justice@gmail.com>, Vanessa_Richardson@ccl.hctx.net

        TO;  TEXAS ATTORNEY GENERAL, ET AL
             FORD MOTOR COMPANY,
             STERLING MCCALL FORD DEALERSHIP. DEFENDANTS
             PSYCHOPATHS TRAITOR, JOHN RICHARDS
             PSYCHOPATH TRAITOR, & CO-COUNSEL, NOEL PORTNOY
             ANDREW H. SHARENSON
             DONALD W. GOULD

    Greetings,

    See attached ,

    STOP THE ENDLESS HARASSING EMAILS AND COMMUNICATIONS FROM THE ABOVE DEFENDANTS!
    THEY THINK THEY ARE ABOVE THE LAW AND ARE DELIBERATELY AND MALICIOUSLY DISREGARDING MY
    REPEATED DEMANDS TO CEASE AND DESIST FROM THE CONTINUED PSYCHOLOGICAL AND MENTAL ABUSE
    WITH THEIR ENDLESS ANNOYING AND HARASSING UNWANTED SOLICITATIONS, NOTIFICATIONS AND OTHER
    DISTURBING EMAILS AND COMMUNICATIONS!

    THEY ARE NOT ABOVE THE LAW!

    GLORIA TREVINO
    12526 OLYMPIA DRIVE
    HOUSTON, TEXAS 77077
    713-309-5962

    ---------- Forwarded message ---------
    From: **Gloria Trevino** <vip4justice@gmail.com>
    Date: Fri, Jun 10, 2022 at 6:25 AM
    Subject:
    To: Gloria Trevino <vip4justice@gmail.com>

**3 attachments**

 **FORD HARASSING EMAILS.pdf**
1112K

 **FORD HARASSING COMMUNICATIONS WITH ME.pdf**
5283K

**FORD HARRASING NOTIFICATIONS.pdf**
430K

STATE OF TEXAS                    X
                                  X
                                  X
                                  X
COUNTY OF __HARRIS__              X


BEFORE ME, the undersigned authority, on this day personally appeared __GLORIA TREVINO__

__TURNER_____, who being duly sworn stated;

"My name is __GLORIA TREVINO TURNER__ and I have personal knowledge of the facts, I am

attesting to. I am over 18 years of age, of sound mind and have the legal capacity to make

this Affidavit of my Personal Statement in regard to the inappropriate behavior of Judge

Gene Knize, Assistant District Attorney, Lacy Buckingham, Steve Marshall, Detective, Billie

Wiggins, other law enforcement personnel, the alleged afflictive victims, especially juvenile

delinquents and ring-leader, Patric Langford, his brother, Shawn, and their mother, members

of the Jury and news media. The malicious conduct exhibited by the parties mentioned herein

are considered wicked, discriminatory, unfair, bias and prejudicial and reflect on the crimi-

nal nature of their minds and of their perverted, concerted, mischievous intentions and mo-

tives and support my contention and that of the Defense that Robert Rodriguez Trevino and

his family are the real victims of injustice in the case of State of Texas vs. Roberto

Rodriguez Trevino in the 40th Judicial District Court of Ellis County.


I. CONDUCT CONSIDERED "CRIMINAL CONTEMPTS" AIMED TO OBSTRUCT, PERVERT OR DEFEAT THE
   ADMINISTRATION OF JUSTICE:

      1. Prejudicial publicity

      2. District Attorneys violate gag-order.

      3. Intimidation against Defense witnesses by Detective Billie Wiggins, Juvenile
         Delinquents, Patric and Shawn Langford and their mother in and outside the
         Courtroom.

      4. See Waxahachie Police Department Offense Report dated August 22, 1995. Assault
         by threat and threaten bodily injury. Defense witness, Gloria Trevino Turner,
         informed us that she and her neiphew were followed from the Courthouse to a
         store where she was confronted by Patric, Shawn Langford and their mother, who
         had made all sorts of threats against her, including malicious prosecution. In
         addition, that she was ordered to get out of town if she knew what was good for
         her, that all the Langford's mother had to do was pick up the phone and call
         Detective Billie Wiggins and they'd have her "rail-roaded," as well. The in-
         formation was reported to the responding officer.

1

5. Defense witnesses being taunted, ridiculed, and threatened by the alleged, sorrowfull victims who hardly appeared to have been the object of a crime or tort and certainly not of the most serious nature such as is being alleged in this case.

6. Evidense and testimony was distorted, such as a doctor who found no evidence of sexual assault or sexual abuse which supported Roberto Trevino's innocence.

7. Judge Gene Knize signalling to District Attorneys and District Attorneys signalling to their witness while testifying on witness stand.

8. Judge Gene Knize acted outside his judicial capacity by demonstrating his bias and prejudice and acted more like a prosecuting attorney against Defense.

9. Defense evidense was suppressed.

10. Defense witness were not allowed to testify.

11. A Motion In Limine was filed by District Attorneys prohibiting, Defense witness, Gloria Trevino Turner from testifying to relevant evidense and testimony which she earlier testified in Change of Venue hearing, therby covering-up other atrocities and injustices aimed at the Trevino family.

12. Defense witness, Gloria Trevino Turner, also provided a copy of her Affidavit in support of Change of Venue hearing to the Waxahachie Daily Light on about June 6, 1995, in an effort to expose the truth, however, the media suppressed the information as well.

13. News reporters fraternizing with court officials and law enforcement personnel displaying their "cozy-relationship."

14. Law-enforcement officers, John and Mark and others, were sitting on last row in Courtroom laughing and ridiculing Robert Trevino, his family and friends as they pleated for mercy during the sentencing phase of the bias trial, to no avail.

15. No minorities on the Jury. Minorities were excluded from Jury.

16. Jury members fraternized with Court officials and law-enforcement personnel and also displayed their prejudice from the Jury-box from the very onset and throughout the trial. Jury members also demonstrated a bias, unjust and disinterested attitudes giving the Defense the "death-ear" through body language, jestures, laughing, reclining and closing their eyes and going to sleep.

Before and during the course of the trial by news media, I had never witness in my life the blatant displayal of so much extreme hatred and prejudice aimed towards one man that the Courtroom was filled with a strong odor of mendacity. It is evident that Roberto Rodriguez Trevino did not get a fair and impartial trial as is guaranteed by the due process clause of the Fourteenth Amendment of the United States Constitition.

I pray that in the interest of Justice, Roberto Rodriguez Trevino gets a new and impartial trial."

2

*Gloria Y Turner*

TDL 07659957

SUBSCRIBED AND SWORN TO BEFORE ME on this _30th_ day of _Aug._ 1995.

*niranjan gandhi*

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

My Commission Expires:

03-18-1997

NIRANJAN GANDHI

Printed/typed Name of Notary

Niranjan Gandhi
Notary Public
STATE OF TEXAS
My Comm Exp 03-18-97

3



# Better Business Bureau®

<u>Home</u> > <u>Texas</u> > <u>Houston</u> > <u>New Car Dealers</u> > Sterling McCall Ford  <u>Share</u>     <u>Print</u>

 **Business Profile**

## Business Profile
# Sterling McCall Ford

Not BBB
Accredited

 6445 Southwest Fwy
Houston, TX 77074-2205

 <u>http://www.sterlingm
ccallford.com</u>

📞 (281) 588-5000

## Contact Information

 6445 Southwest Fwy
Houston, TX 77074-2205

 <u>http://www.sterlingmccallford.com</u>

 (281) 588-5000

## BBB Rating & Accreditation

F

THIS BUSINESS IS NOT BBB ACCREDITED

<u>Search for Accredited
Businesses in this category</u>

**Years in Business: 11**



THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

718 S.W. 16th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

> *"No legacy is so rich as honesty".*
> -Shakespeare, *All's Well that Ends Well*

---

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law

RYAN BROW
BRUCE MOSELEY, OF COUNSE



THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

---

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn

Secure Owner ID: CAW3990217                                    Expire Date: 5/17/2023

*VA has Gateway Mortgage servicing my account & in
retaliation for suit* **Home Servicing Credit**

*have Phantom Squatter as New Owner to*                  $199.00

Home Loan Secured By: PRIVATE LENDER        Signature NOT required for redemption

*my property home w/less than*
*$10,000.⁰⁰ bal, on 360,000.⁰⁰ home.*

23162 T84 P1 ***********AUTO**ALL FOR AADC 773              Signature: *Not amused!*

To The
Order Of:   Rob Shuller
            12526 Olympia Dr
            Houston TX 77077-5828                          *Gloria Trevino*

Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.
THIS IS NOT A CHECK

HOME SERVICING DEPT                    Notice Date:       4/17/2023
                                       Contact Phone:     (800) 299-9568
IMMEDIATE RESPONSE TO THIS             Secure Owner ID:   CAW3990217
NOTICE REQUESTED                       **Respond By:      5/17/2023**

                          **FINAL NOTICE**

                                       Call to verify the above information
**Home Loan Secured By: PRIVATE LENDER**     **Before the respond date expires!**

                                       Read below for more information

IMMEDIATE RESPONSE REQUESTED           Secure Owner ID: CAW3990217

ATTENTION: Rob Shuller

This letter is to inform you that the property's home warranty, at 12526 Olympia Dr, Houston, TX 77077-5828 secured
by PRIVATE LENDER, may be expiring or may have already expired.

Our records indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

**Please Call IMMEDIATELY as this will be our FINAL ATTEMPT TO NOTIFY YOU (800) 299-9568.**

Without a home warranty in place, you are at risk of being financially liable for any and all repairs. However, you still
may have time left to activate a Warranty on your home before it's too late. No inspection will be required and final
acceptance is subject to your ability to meet eligibility requirements.

We reserve the right to revoke your eligibility for service coverage after 5 days.

PLEASE RESPOND BY: 5/17/2023                    PHONE: (800) 299-9568

                    **CALL (800) 299-9568**
                    Hours M - F 9 AM - 8 PM Eastern

                    **Se Habla Español: (888) 498-1716**

Secure Owner ID: CAW3990217              TOLL-FREE: (800) 299-9568



**Department of Veterans Affairs**

Michael E DeBakey VA Medical Center
2002 Holcombe Blvd.
Houston TX 77030

OFFICIAL BUSINESS

*RAD 114*



US POSTAGE
$ 000.57°

Alexander Rufus Roosevelt
12526 Olympia Dr.
Houston, TX 77077

77077$5828 C017



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

Date: **October 19, 2022**
Dear Veteran,

Our records show an order has been place for you to receive a radiology test. If you would like to be seen for this radiology test, please call us at **713-794-8723** to schedule an appointment.

If we do not hear from you within **14 days from the date of this letter**, we will remove your radiology test orders from our records.

Thank you for your service to our nation, and we look forward to hearing from you soon. Thank you for choosing the Michael E. DeBakey Veterans Affairs (VA) Medical Center for your health care needs.

Sincerely,
Houston VA Radiology Department



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

Date: **October 19, 2022**
Dear Veteran,

Our records show an order has been place for you to receive a radiology test. If you would like to be seen for this radiology test, please call us at **713-794-8723** to schedule an appointment.

If we do not hear from you within **14 days from the date of this letter**, we will remove your radiology test orders from our records.

Thank you for your service to our nation, and we look forward to hearing from you soon. Thank you for choosing the Michael E. DeBakey Veterans Affairs (VA) Medical Center for your health care needs.

Sincerely,
Houston VA Radiology Department



**Department of
Veterans Affairs**
Michael E DeBakey VA Medical Center
2002 Holcombe Blvd.
Houston TX 77030

OFFICIAL BUSINESS

RAD 114

Alexander Rufus Roosevelt
12526 Olympia Dr.
Houston, TX 77077

7707735828 C017



another phantom loan to my home which VA Mortgages through Gateway Mortgages?



**Department of
Veterans Affairs**
Michael E DeBakey VA Medical Center
2002 Holcombe Blvd.
Houston TX 77030

OFFICIAL BUSINESS

RAD 114



US POSTAGE
$ 000.57°

Alexander Rufus Roosevelt
12526 Olympia Dr.
Houston, TX 77077

7707785828 C017



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

Date: **October 19, 2022**
Dear Veteran,

Our records show an order has been place for you to receive a radiology test. If you would like to be seen for this radiology test, please call us at **713-794-8723** to schedule an appointment.

If we do not hear from you within **14 days from the date of this letter**, we will remove your radiology test orders from our records.

Thank you for your service to our nation, and we look forward to hearing from you soon. Thank you for choosing the Michael E. DeBakey Veterans Affairs (VA) Medical Center for your health care needs.

Sincerely,
Houston VA Radiology Department

CAUSE NO. 2/53/ _____ CR'
DA# 02-1372

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE: AGGRAVATED SEXUAL ASSAULT
OF A CHILD

AGENCY: WPD

WITNESSES: BILLIE WIGGINS
SHAWN LANGFORD

§
§  FILED FOR RECORD
§
§  95 MAR -1  PM 2: 54
§
§     BILLIE A FULLER
§     DISTRICT CLERK
§  ELLIS COUNTY, TX.
§
§
§
§
§
§
§
§
§  (This Space For Clerk's Use)

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

V25$1



*The Ellis*

# County Press

*Ellis County's only independently owned newspaper*

  NEWS    OPINION    INVESTIGATIVE    COMMUNITY    SPORT    LIFESTYLE    COMMERCE    LEGALS    ARCHIVES    CONTACT



Ferris, TX 75125    69 °F   90 °F

Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

## LOCAL COUPLE ARRESTED FOR MURDER OF INFANT

Wed, 06/15/2022 - 1:01pm

**RITA COOK / STAFF WRITER**

WAXAHACHIE – The Ellis County Sheriff's Department arrested a Waxahachie couple last week on charges of the murder of their female infant.

The name of the infant was not released.

Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

Their bond was set at $1,000,000 each.

The incident was initially reported on Saturday, March 19, when Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie in reference to a child who was not breathing.

The deputies arrived at the location and observed the infant being loaded into an ambulance.

**Have a news tip?**

Do you have information that the public should know about? Share news tips with us anonymously.


SUBMIT NEWS TIP

**ECP TV**

ECP TV Terry Murphy...



## ECP-TV: RITA COOK AND TERRY MURPHY TALK ABOUT THE INFLUENCE OF LOBBYISTS ON ELECTIONS (APRIL 7, 2023)

MORE VIDEOS

CAUSE NO. 2 / 5 3 /         CR'
DA# 02-1372

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE:   AGGRAVATED SEXUAL ASSAULT
           OF A CHILD

AGENCY:  WPD

WITNESSES:   BILLIE WIGGINS
             SHAWN LANGFORD

§  FILED FOR RECORD
§
§  95 MAR -1  PM 2: 54
§
§     BILLIE A FULLER
§      DISTRICT CLERK
§     ELLIS COUNTY, TX.
§
§
§
§
§
§
§
§  (This Space For Clerk's Use)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

V25φ1



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

# GLORIA TREVINO

**12526 Olympia Drive – Houston, Texas  77077**
**(713)309-5962, Email address:  vip4justice@gmail.com**

TO;                                                                                        August 8, 2022
**STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL    RESUBMITTED, Aug. 22, 2022**
**STATE COMMISSION ON JUDICIAL CONDUCT**
**SUPREME COURT OF THE UNITED STATES, ALL HONORABLE JUSTICES**
**SUPREME COURT OF TEXAS, ALL HONORABLE JUSTICES**
**IGUSDOJ, HONORABLE MICHAEL EVAN HOROWITZ**
**NEO-NAZI TX. REP.  JIM MURPHY MORE DANGEROUS THAN HITLER! ALSO DOES**
**NOTHING ABOUT BIGOTRY & CORRUPTION THEN MAKES VICTIMS SCAPE-GOATS!**
**C/O STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL**
**P.O. BOX 13287,  AUSTIN, TEXAS  78711**

**RE;  GLORIA AND ROBERT AND JUAN TREVINO'S PROTEST TO STATE BAR OF TEXAS**
**CHIEF DISCIPLINARY COUNSEL'S LATEST AUG. 12, 2022 & PREVIOUS CONTINUED**
**FLAGRANT ILLEGAL VIOLATION OF OUR GOD GIVEN RIGHT TO FREE SPEECH AND**
**US CONSTITUTIONAL CIVIL AND HUMAN RIGHT TO GOVERNMENT SERVICES,**
**EQUAL PROTECTION, EQUAL REPRESENTATION, DUE PROCESS AND RIGHT TO**
**PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES AND ANOTHER**
**REASON TO COMPLETELY ABOLISH AND PUT AN END TO QUALIFIED IMMUNITY**
**DEFENSE THAT ALLOWS THESE RACIST AND CORRUPT GOVERNMENT OFFICIALS**
**TO GET AWAY WITH MURDER!**
**&**
**COMPELLING EVIDENCE OF THE GANG-RAPE OF JUSTICE IN AMERICA!**
Grievance Against John E. Richards/Co-Counsel/Co-Conspirator/Gestapo Agent Noel Portnoy, Et Al.

Greetings;

Attached is Robert and my response in protest to your latest, July 29, 2022, and previous bad-faith and
harassing letters returning our legitimate meritorious complaints against crooked attorneys John E.
Richards, Noel Portnoy/Traitors/Sellouts/Shysters/Gestapo Agents and others demanding that I redact
unredacted third party health information instead of attacking the culprits for making the unredacted
third party health information public under false pretense and sham representation of us.  Your
insidious workings with subtle tactics to silence us are nevertheless clearly as deadly as the cold-
blooded murder of our other brother, Juan, the modern day 1600 Century Salem Witch Trial by Rage
and wrongful life-imprisonment of our ill-stricken invalid and highly decorated disabled veteran,
Robert, and compounded by the equally continued deadly harassing games and repeated attempted
murder of Robert and myself by Ford Defendants, Et. Al, that induced me into suffering a near fatal
stroke and systematic injustice of Trevino family and cover-up.  Accordingly, y'all need  to immediately
cease and desist from continuing deadly harassing games against Robert, my family and I before you
cause us further irreparable harm and injury to our detriment and demise.  Instead, you need to
immediately take harsh disciplinary action against these Shysters/Gestapo Agents for sham
representation, outright fraud and their psychopathic unethical, immoral, and criminal behavior to
bamboozle and gang-rape us out of justice, making us scapegoats, allowing the Neo-Natzi Government
Officials and others, including so-called expert, highly paid to lie hired gun, Dr. Michael R. Arambula,
AKA, "Pinocchio" with unchallenged quackery aggravated perjured testimony of stigmatize
discrimination to forever escape civil and criminal accountability and literally get away with murder,

1

attempted murder and cover-up/whitewash with impunity in the first degree. These Traitors, conspirators and Gestapo Agents need to be immediately disbarred and placed behind bars for their outright fraud and psychopathic criminal mind and behavior! It is as a direct result of John E. Richards/Noel Portnoy's sham representations of us that they obtained the unredacted third party health information on the erroneous guise that they were seeking justice for the wrongful life-imprisonment of Robert, subsequent cold-blooded murder of Juan by the same Neo-Natzi Government officials that railroaded Robert and for the victim/witness tampering of me in an effort to silence me, inducing me to suffer a near fatal stroke, that these Shysters/Gestapo Agents filed the unredacted third party health information in nearly every court in the Country and made them public records. Neither the Judges nor the Shysters/Gestapo Agents made any efforts in any of the Courts to redact any of the third party health information! Repeatedly demanding that I redact the unredacted third party health information after they have been filed in the courts by the shysters and made public information is illegal and tampering with evidence and is also harassment and witness/victim tampering and further endangering my life considering a second stoke would be most likely fatal. See deadly harassment email attached.

**Again, refer to my July 25, 2022, 621 pages to State Bar of Texas Chief Disciplinary Counsel, Et. Al., entitled, The Gang-rape of Justice in America & Robert Continues Living the American Nightmare!** In further support of our complaints against John Richards & Noel Portnoy, Traitors, Sellouts/ Shysters/Gestapo Agents for Neo-Natzi Government Officials & their sympathizers aided and abetted with illegal and immoral Qualified Immunity Doctrine allowing them to get away with cold-blooded murder and other high crimes and misdemeanors and cover-up/whitewash with impunity in the first degree that's turned our Country into a Neo-Natzi Government with tyrannical control of reign of terror against anyone who speaks truth to power, such as this Robert Trevino Family Case, and others similarly situated, you're not innocent bystander, normalizing corruption and hate, swatting victims.

**Therefore**, you need to immediately take hash disciplinary action against John E. Richards/Noel Portnoy for their sham representations and blatant refusal to return all copies of our files, especially, those regarding "all" communications with Patrick Lankford and that sabotage and also those copies related to the wrongful conviction and sabotage appeal to the Supreme Court of the United States by deliberately filing the appeal to late. In addition, for obtaining personal and private medical information from Robert, Juan and myself under the false pretense that they were seeking justice for us and for filing the unredacted first, second and third party health information in nearly every Court in the Country making them public information available to anyone to use for their own personal reasons while we are not being allowed to use them against the corrupt crooked attorneys, Gestapo Agents, illegally denying us free speech to silence us and deny us equal protection, making us scapegoats and protect the shysters/Gestapo Agents for their high crimes and misdemeanors in furtherance of the egregious cover-up/whitewash with impunity in the first degree and systematic injustice.
**YOU HAVE LEGAL DUTY TO ACT & REPORT CRIMES TO PROPER AUTHORITIES!!
IMMEDIATE ACTION IS DEMANDED!!!**

Sincerely,

*Gloria Trevino & Robert Trevino by Gloria Trevino, POA*
Gloria Trevino & Robert Trevino by Gloria Trevino, POA
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962
See attachments & refer to July 25, 2022, 621 pages addressed to SBTCDC Et Al c/o SBTCDC.



 Houston Public Media News 88.7

 ON AIR Now

DONATE

EDUCATION

# Harvard, Yale Accused Of Failing To Report Hundreds Of Millions In Foreign Donations

February 13, 2020 · 7:37 AM ET

By Scott Neuman, Cory Turner



Harkness Tower on Yale University's campus in 2016. The Department of Education said Yale failed to disclosed a total of $375 million in foreign money.

*Beth Harpaz/AP*

## Updated at 4:37p.m. EST.

The U.S. Department of Education says it is opening an investigation into Yale and Harvard universities for failing to disclose hundreds of millions of dollars in gifts and contracts from foreign donors.

The two Ivy League schools have been singled out in a federal crackdown on institutions of higher learning for allegedly not reporting foreign donations of more than $250,000, as required by law under Section 117 of the Higher Education Act.

The Department of Education said Yale failed to disclosed a total of $375 million in foreign money and that it was concerned that Harvard may not have fully complied with reporting requirements.

"This is about transparency," Secretary of Education Betsy DeVos said in the statement. "If colleges and universities are accepting foreign money and gifts, their students, donors, and taxpayers deserve to know how much and from whom."

A letter from Reed Rubinstein, the DOE's principal deputy general counsel, to Yale President Peter Salovey accused the university of not reporting "a single foreign source gift or contract" from 2014 to 2017, despite the school having sites in dozens of countries.

Sponsor Message

▷ ✕

In a similar letter to Harvard President Lawrence Bacow, Rubinstein said the Education Department was "aware of information suggesting Harvard University lacks appropriate institutional controls."



DONATE NOW

November 11, 2014 7:45AM EST

Available In    English    العربية

# Letter to the ICC Prosecutor Regarding Accountability for Serious Crimes in Libya

 



We use cookies, tracking technologies, and third-party
analytics tools to better understand who is using the
website and improve your experience. By using our website    Accept    **Other options**
you are agreeing to this. Read our privacy policy to find out
what cookies are used for and how to change your settings.

We write ahead of your upcoming United Nations Security Council briefing on Libya to draw your attention to a number of issues that we believe implicate your mandate as authorized by Resolution 1970. Indeed, we believe the Office of the Prosecutor should now take several steps to further the quest for accountability for serious crimes in Libya. In the face of ongoing serious crimes that may amount to war crimes and crimes against humanity, particularly with the escalation of armed conflicts in many places in 2014, investigations your office is pursuing in Libya remain limited to cases from 2011 involving officials of the former Gaddafi government.

We believe that your office needs to do more to meaningfully address Libya's current culture of impunity and that further engagement in the face of serious ongoing crimes is needed. We also urge your office to rigorously follow up on the cases involving International Criminal Court (ICC) suspect Saif al-Islam Gaddafi as well as Abdullah Sanussi.

**Impunity for Serious Ongoing Crimes**

Since the uprising in Libya in 2011, Human Rights Watch has closely monitored the situation in the country. We have had a regular presence there and have issued several reports and numerous press releases, statements, and op-eds. Our research has shown rampant ongoing violations of international law amid a climate of impunity, including arbitrary detentions, torture, forced displacement, and unlawful killings. Many of these violations are sufficiently organized and widespread to amount to crimes against humanity.

Thousands of people across Libya remain in **arbitrary detention**. Only around 10 percent of some 6,000 detainees held in prisons that the Justice Ministry nominally administers, according to the ministry in April, are serving sentences imposed by the courts. The others are held in pre-charge detention, including some who have been detained since 2011. An unknown number of detainees are being held in facilities controlled by militias and there is little information about those detained and their conditions of detention as a result of the current conflicts. Despite repeated promises since 2011, and even passing of laws, to address the issue of militia detainees, little has changed. Human Rights Watch has documented serious violations of the rights of detainees held under state custody as well as under the control of militias, including **torture** and other ill-treatment, and denial of due process.

Some 40,000 people from the town of Tawergha **forcibly displaced** since August 2011 continue to be

We use cookies, tracking technologies, and third-party analytics tools to better understand who is using the website and improve your experience. By using our website you are agreeing to this. Read our privacy policy to find out what cookies are used for and how to change your settings.

**Mattison, Thomas (HOU)** <Thomas.Mattison@va.gov>                    Tue, Nov 1, 2022 at 2:13 PM
To: Gloria Trevino <vip4justice@gmail.com>
Cc: "Mitchell, Lynda M." <Lynda.Mitchell@va.gov>

Hello Ms. Trevino,


This is a follow up to our phone conversation of today.


1. The HCRV Outreach Specialist , Lynda Mitchell LCSW-S (cc'd on this email thread) will request face to face visit with your brother during her visit to TDCJ Montford unit next week. She will verify his current situation and clarify as appropriate, his treatment goals moving forward.
2. You have the right to petition again, yourself or with an attorney's assistance, TDCJ for:
   a. MRIS release for your brother
   b. Request he be relocated to facility closer, that allows septuagenarian family members, some in wheel chairs, easier access to visit vs a 500 + mile one way trip to current TDCJ hospital facility vet is currently housed at.


I will follow up with you sometime next week after Ms. Mitchell completes her site visit to Montford.


Please feel free to contact me as needed.


Respectfully,


*Thomas Lloyd Mattison LCSW-S*


Michael E. DeBakey VA Medical Center

Healthcare for Reentry Veterans (HCRV) Specialist

2002 Holcombe Blvd. MC 122

Houston, TX 77030


Thomas.Mattison@va.gov


936 522-4000 Ext. 10950

Cell: 406 417-9536


http://www.va.gov/HOMELESS/Reentry.asp



# INSIDER

Subscribe

HOME > NEWS

# The Education Department says universities haven't disclosed more than $6.5 billion in foreign funding — and they're reportedly going after Harvard and Yale

**Rhea Mahbubani**  Feb 12, 2020, 5:06 PM CST

Read in app



Jump to

Main content

Search

Account

‹  HOMEPAGE

**Harvard University.** REUTERS

**The US Department of Education has launched a probe of foreign funding to Harvard and Yale universities.**

**An ongoing review has revealed that US universities have not disclosed $6.5 billion in foreign investment, the Wall Street Journal reported.**

**Foreign money goes to the wealthiest universities in the US but "does not reduce or otherwise offset American students' tuition costs," a department document alleges.**

**Officials are seeking information particularly related to funding from Saudi Arabia, China, Russia, Qatar and Iran, claiming national security concerns.**

**Visit Insider's homepage for more stories.**

Jump to

Main content
Search
Account

Subscribe

 Gmail

**Gloria Trevino <vip4justice@gmail.com>**

## I'm officially running for reelection:
3 messages

**Joe Biden** <info@contact.joebiden.com>
Reply-To: info@contact.joebiden.com
To: vip4justice@gmail.com

Tue, Apr 25, 2023 at 5:40 PM



Every generation has a moment where they have had to stand up for democracy. To stand up for their fundamental freedoms. *I believe this is ours.*

**That is why I am running for reelection as president of the United States. If you're with me, I hope you'll let me explain exactly why this campaign matters so much and then consider pitching in to support it.**

When I ran in 2020, I said we were in a battle for the soul of America. We still are. The question before us now is whether we'll have more freedoms or fewer in the years ahead. More rights, or fewer. I know what I want the answer to be.

**Giving folks a little more breathing room. Making your life a little freer. *This has been the work of my lifetime. And we've made real progress these last few years.***

But, across the country, MAGA extremists are lining up to take us backward. They're trying to gut Social Security and Medicare. They're trying to raise prices on prescription drugs and repeal the cost-saving measures we've put in place for the hardworking families, all while saying we have enough money to cut taxes for the rich.

They're telling women what health care choices they're allowed to make. They're telling you what books should be in your kids'

schools. And if you don't like it, tough luck: They're going after your right to vote, too.

**But we can stop them. There is nothing beyond our capacity if we do it together. So, I am asking: Will you chip in $25 today to get our campaign off to a strong start?**

*If you've saved payment information with ActBlue Express, your donation will go through immediately:*

$25 >>          $50 >>

$100 >>         $250 >>

$500 >>         Other >>

There's a choice ahead of us. Do we continue to build a future full of opportunities for you and families like yours? Or will we turn the clock back? But here's the honest truth: I'm more optimistic than I've ever been. And it's because I've seen what this team can do when it comes together.

**In 2020, more than 6 million grassroots supporters just like you helped propel our campaign to victory.**

I'm so proud of the progress we made. We took our economy back from the brink, helping create more than 12 million jobs. We took aggressive action to bring costs down for working people -- all while making corporations pay their fair share. We took the strongest action on climate in our nation's history -- I'm not kidding.

But there's still so much left to be done. Where we passed the first major federal legislation on gun violence in decades, we now need to finish the job and ban assault weapons. Where we capped insulin at $35 for Medicare recipients, we need to cap it for everyone. And where we finally made the wealthiest corporations pay their fair share, we need to do the same for billionaires.

10/5/22, 5:53 AM
Gmail - Concern Received - Case No. 08590856

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Concern Received - Case No. 08590856
1 message

**DO NOT REPLY - Wh Hotline** <noreplywhvahotline@va.gov>                Tue, Oct 4, 2022 at 9:34 AM
To: "vip4justice@gmail.com" <vip4justice@gmail.com>

Thank you for contacting the White House VA Hotline.

I am writing to acknowledge receipt of your Veteran concern,
dated 10/3/2022.  Your concern is currently being reviewed by a VA team
member for prompt resolution.

Below you will find the case number and expected resolution date. If you
want to follow up on this case at a further date, please have the case
number ready to give to the White House VA Hotline team member at 1-
855-948-2311.

Case Number: 08590856
Expected Resolution: Approximately 14 Business Days
Concern Type: Coordination of Care

Respectfully,

White House VA Hotline Team

**COVID-19 vaccines at VA:** All Veterans, their spouses and caregivers,
and CHAMPVA recipients can now get a COVID-19 vaccine at VA. Find
out how to get your vaccine and get the latest VA vaccine updates and
answers to common questions by clicking below:

va.gov/healthcare/covid-19

**CLICK HERE TO DOWNLOAD THE VA Welcome Kit**: va.gov/welcome-
kit
Whether you're just getting out of the military or you've been a Veteran for
years now, the VA Welcome Kit can help guide you to the benefits and
services you've earned.



# List of journalists killed in the United States

Numerous journalists have been murdered or killed in the United States while reporting, covering a military conflict, or because of their status as a journalist. At least 39 of these have been directly targeted as a result of their journalistic investigations.[1]

The most dangerous sector of the US media after 1980 has been the race and ethnic press.[2][3] According to the Committee to Protect Journalists, ten journalists serving the Vietnamese, Haitian and Chinese immigrant communities were killed in political assassinations between 1980 and 1993.[4][5][6] Chauncey Bailey, who was the editor at a large circulation African American newspaper, was murdered in 2007 for his investigative reporting.[7]

Since the September 11 attacks, terrorism-related deaths involving journalists is another trend.[8][9]

Secure Owner ID: CAW3990217

Expire Date: 5/17/2023

*VA has Gateway Mortgage servicing my account & in retaliation for suit have Phantom Squatter as New Owner to my property home w/ less than $10,000.°° bal, on $360,000.°° home.*

## Home Servicing Credit

Home Loan Secured By: PRIVATE LENDER

$199.00

Signature NOT required for redemption

23162 T84 P1 ***********AUTO**ALL FOR AADC 773

To The Order Of
Rob Shuller
12526 Olympia Dr
Houston TX 77077-5828

Signature: *Not amused!*
*Gloria Trevino*

*Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.*
THIS IS NOT A CHECK

---

HOME SERVICING DEPT

IMMEDIATE RESPONSE TO THIS
NOTICE REQUESTED

| | |
|---|---|
| Notice Date: | 4/17/2023 |
| Contact Phone: | (800) 299-9568 |
| Secure Owner ID: | CAW3990217 |
| **Respond By:** | **5/17/2023** |

### FINAL NOTICE

**Home Loan Secured By: PRIVATE LENDER**

Call to verify the above information
**Before the respond date expires!**

Read below for more information

IMMEDIATE RESPONSE REQUESTED

Secure Owner ID: CAW3990217

ATTENTION: Rob Shuller

This letter is to inform you that the property's home warranty, at 12526 Olympia Dr, Houston, TX 77077-5828 secured by PRIVATE LENDER, may be expiring or may have already expired.

Our records indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

**Please Call IMMEDIATELY as this will be our FINAL ATTEMPT TO NOTIFY YOU (800) 299-9568.**

Without a home warranty in place, you are at risk of being financially liable for any and all repairs. However, you still may have time left to activate a Warranty on your home before it's too late. No inspection will be required and final acceptance is subject to your ability to meet eligibility requirements.

We reserve the right to revoke your eligibility for service coverage after 5 days.

PLEASE RESPOND BY: 5/17/2023

PHONE: (800) 299-9568

### CALL (800) 299-9568
**Hours M - F 9 AM - 8 PM Eastern**

### Se Habla Español: (888) 498-1716

Secure Owner ID: CAW3990217

TOLL-FREE: (800) 299-9568

**VETERANS IN PETITION FOR JUSTICE**
Robert & Gloria Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, Email; vip4justice@gmail.com

To; via email, anne.allensworth@senate.texas.gov                    Oct. 7, 2022
**TEXAS SENATOR JOAN HUFFMAN, ET AL.**
**CRIMINAL JUSTICE AND FINANCE COMMITTEE**
**C/O GLORIA, DISTRICT DIRECTOR**
**&**
via email, susan.gunnels@tdcj.texas.gov & ofs@tdcj.texas.gov
**TDCJ, EXECUTIVE DIRECTOR, BRYAN COLLIER,**
**C/O SUSAN GUNNEL, AKA, "GUNNER" "GUNSLINGER!"**

**RE;  TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE OF DECORATED DISABLED
HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO & DEMAND
EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME TO INITIATE
"UNBIASED" CONGRESSIONAL INVESTIGATION INTO THE NORMALIZATION OF
STIGMATIZED DISCRIMINATION, CORRUPTION, SYSTEMATIC INJUSTICE AND
OTHER HIGH CRIMES AND MISDEMEANORS AGAINST DISTRESSED HISPANIC
VETERANS, AND OTHER MINORITIES SIMILARLY SITUATED, AS RAISED
THROUGHOUT ALL MY CORRESPONDENCE.**

**SUBJ;  DEMAND FOR EQUAL ACCESS TO JUSTICE FOR ALL!**

Greeting,

We are writing to express shock and outraged over your contributory retaliatory premeditated abuse of
power and authority and threats against me for continuing to exercise my God given right to free
speech and to petition our Government for redress of grievances as referenced above and your total
lack of care and concern and level of depravity has reached an all time high as well as in your
continuing efforts to eradicate political prisoner, Robert Trevino and my entire family to silence and
shut us up and we are demanding immediate access to equal protection, equal representation under the
law and equal access to justice as guaranteed under the US Constitution without further incidents and
unnecessary delays to save Robert's life and before you induce my own death and demise, as was my
beloved mother and subsequent cold-blooded murder of my other brother, Juan, in illegal custody.

Your response has been the typical hostile, threatening my life and safety and to engage in cover-
up/whitewash strategy and orchestrate a fearsome crescendo of more concocted aggravated "Big Lies"
in furtherance of the continued wrongful life-imprisonment of Robert.  You and DTCJ Collier had
Gunnel, aka, "Gunnerr" "Cover-up Artist" to call me on the erroneous guise and pretext of helping.
However, it was to further retaliate, harass, provoke  and chastise me by maliciously trying to silence
me through confrontations and defending the indefensible tyrannical Neo-Nazis Government officials
and their employees and their right to reign of terror and flagrant violations of our civil and human
rights to try to fuel my anger and depression to induce my death.  Cover-up Artist, Gunner, then brags
about how low and softly she was speaking to me.  Con-Artist Gunnel, soft and subtle words were loud
and clear and even deafening but just as vicious and dangerous and deadly as the civil and human rights
violations and other atrocities, including, playing Russian Roulette against Robert and family, which

1

prison on Parole to be on the lam while Robert continues to languish in prison and illegally denied equal access to justice and cover-up/whitewash with impunity in the first degree. Where are all those juicy millions and millions of dollars to help distressed veterans?  In any case, their fantasy and preposterous and ludicrous allegation that Robert is happy and has no issues is inconsistent with the ugly reality of Robert's dire life-threatening medical condition and several unnecessary brushes with death as a result of cruel and unusual punishment coupled with the inadequate superficial medical care and potentially dangerous and life-threatening prison environment, continued isolated from family and denied visitations, phone calls and playing Russian Roulette with his life to send him home in body bag instead of releasing him on MRIS to the Micheal E. DeBakey VA Medical Center where he can finally receive the badly needed adequate and comprehensive life-saving medical care that he has been illegally denied for over 27 long and oppressive years in unlawful life-imprisonment in blatant violation of his civil and human rights.  Their fantasy preposterous and ludicrous allegations that Robert is happy and is where he belongs is also totally inconsistent with the numerous lawsuits he has filed in courts all over the Country in his efforts to expose the atrocities and disentangle himself from the Texas Style Railroad of Hypocrisy and Injustice and cover-up/whitewash with impunity in the first degree.  As honorable discharged disabled and distressed veterans, Robert and I are legally, morally and ethically entitled to equal protection, equal representation and equal access to Justice and all those other basic civil and human needs as guaranteed under the US Constitution and we will not allow Neo-Nazis Government officials,Gestapo Agents and others continue to treat us like their yesterday's trash and continue to make a mockery out of us and indulge in amusement and laughter by saboteur.

**THEREFORE,** Robert is innocent and a political prisoner and is not a happy camper at the worse prison in the Country, TDCJ Montford Psychiatric Unit basically a "Dungeon" and "Death-Trap!"Contrary to bigoted fantasy fictitious misrepresentation sent to me by email tattered with fraud yesterday.   We continue to feel aggrieved and outraged over the orchestrated fearsome crescendo of continuing harassment, retaliation, and threats for exercising our God given and US Constitutional civil and human rights to free speech and to petition our Government for redress of grievances and the fabrication of more aggravated perjured bigoted, "Big Lies," in furtherance of the Texas Style Railroad of Hypocrisy and Injustice and Cover-up/Whitewash with impunity in the first degree of Decorated Disabled Hispanic Veteran and Political Prisoner, Robert Trevino and Demand Emergency Appearance Before Subcommittee on Crime to Initiate "Unbiased" Congressional Investigation into the normalization of stigmatized discrimination, retaliation, corruption ridicule and systematic injustice and the Gang-rape of Justice in America without further incidents and unnecessary delays and before Robert Trevino and Family suffer further irreparable harm and injury, including senseless wrongful death and demise and for which your immoral Unconstitutional Qualified Government Immunity Doctrine that is weakening our Country and is turning it into a third World Tyrannical Country and this will not save you from "escaping" professional and personal civil and criminal accountability.

**THIS IS NOT RUSSIA OR CHINA!  NO ONE IS ABOVE THE LAW IN AMERICA!**

And, Justice For All,

*Robert Trevino by Gloria Trevino POA a Gloria Trevino*

VETERANS IN PETITION FOR JUSTICE
Robert & Gloria Trevino, Petitioners
12526 Olympia Drive
Houston, Texas  77077                          Attach, Oct. 6, 2022 email fabricated
(713)309-7962, email, vip4justice@gmail.com      by TDCJ, Bryan Collier, Joan Huffman
UNHCHR, USDOJ, Access to Justice, Rossi, et al.   3    & Gloria, Dir. for Huffman  & Gunnels

 Gmail                                        Gloria Trevino <vip4justice@gmail.com>

## USA - GENOCIDAL MAFIA STATE!

2 messages

**Gloria Trevino** <vip4justice@gmail.com>                          Thu, Jul 27, 2023 at 9:02 PM
To: newyork@ohchr.org, Gloria Trevino <vip4justice@gmail.com>, CNN <vcm@cnn.com>, "US REP. LIZZIE FLETCHER"
<Fletcher.office@mail.house.gov>, kkrause@dallasnews.com, jfarle21@ford.com, jfarley24@gmail.com,
maya.rigley@txcourts.gov, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, "Wishnie, Michael"
<michael.wishnie@yale.edu>, vlsc_monk-owner@mailman.yale.edu, natalie.elicker@usdoj.gov,
meghan.brooks@ylsclinics.org, mayor@houstontx.gov, amy.starnes@txcourts.gov, sara.bullard@mail.house.gov,
senator@blumenthal.senate.gov, sarah.rafique@lubbockonline.com, sian.schilhab@txcourts.gov, pio@supremecourt.gov,
Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, CDCInfo <cdcinfo@texasbar.com>,
information@scjc.texas.gov, USAWA Inquiries <usawainq@unhcr.org>, oscar.montes@tdi.texas.gov,
3j5qxx5j48ckw@claims.usaa.com, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, 360@cnn.com, appeal@txboda.org,
Vanessa_Richardson@ccl.hctx.net, mark.w.elliott@wellsfargo.com, wayne.peacock@usaa.com, USDOJ
<askdoj@usdoj.gov>, info@harriscountygop.com, "Lane Lewis, Chair" <harrisdemocrats@harrisdemocrats.com>,
editorial@foxnewslatino.com, russconswdc@gmail.com, rusembusa@mid.ru, rcrow@sterlingmccallford.com, Christina
Sturdevant <CSturdevant@machaikford.com>, Charles.scharf@wellsfargo.com

S

📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

S

📄 A SALUTE TO UNSUNG WAR HEROES, P2.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P3.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P4.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P5.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P6.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P7.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P8.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P9.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P10.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P11.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P13.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P14.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P15.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P17.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

SEE ATTACHED,
RE; MONK VS VSS., ET. AL. CASE3;22-CV-01503- ABA, IN THE US DISTRICT CT, DISTRICT OF CONNECTICUT.

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE IN MEMORY OF UNSUNG WAR HERO, ROBERT TREVINO
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077

71309-5962
vip4justice@gmail.com

"IF YOU LOVE YOU FREEDOM, THANK YOUR HEROES!"

---

**2 attachments**

📄 **ARTICLE 15 COMPLAINT TO ICC, OTP, P1.pdf**
   6444K

📄 **A SALUTE TO UNSUNG WAR HEROES, P16.pdf**
   10728K

---

**postmaster@unhcr365.onmicrosoft.com** <postmaster@unhcr365.onmicrosoft.com>    Thu, Jul 27, 2023 at 9:02 PM
To: vip4justice@gmail.com

## Delivery has failed to these recipients or groups:

USAWA Inquiries (usawainq@unhcr.org)

Your message is too large to send. To send it, make the message smaller, for example, by removing attachments.

The maximum message size that's allowed is 21 MB. This message is 22 MB.

**Diagnostic information for administrators:**

Generating server: PAVPR05MB10185.eurprd05.prod.outlook.com

usawainq@unhcr.org
Remote server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from DB7PR03CA0105.eurprd03.prod.outlook.com (2603:10a6:10:72::46)
 by PAVPR05MB10185.eurprd05.prod.outlook.com (2603:10a6:102:2f9::20) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.6631.29; Fri, 28 Jul
 2023 02:02:47 +0000
Received: from DB5EUR02FT021.eop-EUR02.prod.protection.outlook.com
 (2603:10a6:10:72:cafe::75) by DB7PR03CA0105.outlook.office365.com
 (2603:10a6:10:72::46) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.6631.29 via Frontend
 Transport; Fri, 28 Jul 2023 02:02:47 +0000
Authentication-Results: spf=pass (sender IP is 209.85.160.49)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 209.85.160.49 as permitted sender) receiver=protection.outlook.com;
 client-ip=209.85.160.49; helo=mail-oa1-f49.google.com; pr=C
Received: from mail-oa1-f49.google.com (209.85.160.49) by
 DB5EUR02FT021.mail.protection.outlook.com (10.13.58.64) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.6631.29 via Frontend Transport; Fri, 28 Jul 2023 02:02:47 +0000
Received: by mail-oa1-f49.google.com with SMTP id 586e51a60fabf-1bbb061ce4bso1810229fac.0
```

```
                   for <usawainq@unhcr.org>; Thu, 27 Jul 2023 19:02:46 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=gmail.com; s=20221208; t=1690509765; x=1691114565;
         h=to:subject:message-id:date:from:to:cc:subject
          :date:message-id:reply-to;
         bh=QctHrVvLQ/PuHNaZvgCnH7Q1OWjAy7DAdYzBAPJGD88=;
         b=P6mnjxsas6g9BZko4tgFQf7rky20xFk6n4c7L6GZ7Cl+GczD0SHtgyvZsSHycYPWmU
          1jUSs4GDYQdKbiaJBM9hs9aDjycZSXSEZ1027yIF87FWnRQCwe67XXjhTqNSELGNbLkm
          1Y3NlUP2kZ3GnNZ/I9UOA95HZyRhGE7/G+qsIMe88NCftuLr6H+ZRq+8rrsHmPIjX9m3
          265e6w32wcBfSDvaC6HVPk70gt9bRUVFni0vCao/HzBcGDufANIjn8g60yEu2OW4GVbw
          lNzdYeH8CaMFaNo6Y2O+wgiqGF46pNDLcuaHa/UYrkzO2A6r9M2D7H5vLgSQOJMYk2zk
          hy5Q==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=1e100.net; s=20221208; t=1690509765; x=1691114565;
         h=to:subject:message-id:date:from:mime-version:x-gm-message-state
          :from:to:cc:subject:date:message-id:reply-to;
         bh=QctHrVvLQ/PuHNaZvgCnH7Q1OWjAy7DAdYzBAPJGD88=;
         b=Hp2hfpodG+Ey/9e+vA2vsTzNZJ+W/80xla2AIJVY4WsRWdRFMq524tX+Unva7Si3dO
          13xOIbZfQznMrjELZzR9kxgzXpxQSIm8rAcKImpnk2lXcUNeW2nsk5pxCY/m82+1EspA
          Db9Bo0pJ5kYobxwTtFi09NkWeNpbQR00AJB6x2zxavp6VnhccKoRUM2qbZ78VSRWoVli
          sKOiNxQPg3BZ4OOoNHUypmLxCvCJk0XHsEPKjrRP/42xcE8ftGNiusRLdNzknLvt0nG9
          mMNSnQKqzjlx/C3Ghv6xvCifCFS19tbFj4qyd4OYR/qgkpaqaATEbO6l4NMTOtUo/2/q
          PEtg==
X-Gm-Message-State: ABy/qLYJVIFEGKRHIj2/KmQ95qbhTqVdunsqk98aS9iasWyY7q39c10V
         ihK2RvhFzbodLs4t2+4kGOMvDAZZC4341hHdX78=
X-Google-Smtp-Source: APBJJlExflQl3hzwBd4dDOsXeyAAeODjQN+/Qklc6Kco/ZxsJTXgK1KoN1FuZQo8OGl3PPN3/
pApBHt8UzVnLgmYi4I=
X-Received: by 2002:a05:6871:201:b0:1b7:4458:2bd2 with SMTP id
 t1-20020a056871020100b001b744582bd2mr731783oad.26.1690509759764; Thu, 27 Jul
 2023 19:02:39 -0700 (PDT)
MIME-Version: 1.0
From: Gloria Trevino <vip4justice@gmail.com>
Date: Thu, 27 Jul 2023 21:02:27 -0500
Message-ID: <CAES+tgsGYkUN_1NHKv9mkF2fHCq6+BburUyOvBZQiDfOK3PtPg@mail.gmail.com>
Subject: USA - GENOCIDAL MAFIA STATE!
To: newyork@ohchr.org, Gloria Trevino <vip4justice@gmail.com>, CNN <vcm@cnn.com>,
         "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, kkrause@dallasnews.com,
jfarle21@ford.com,
         jfarley24@gmail.com, maya.rigley@txcourts.gov,
         "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, "Wishnie, Michael"
<michael.wishnie@yale.edu>,
         vlsc_monk-owner@mailman.yale.edu, natalie.elicker@usdoj.gov,
         meghan.brooks@ylsclinics.org, mayor@houstontx.gov, amy.starnes@txcourts.gov,
         sara.bullard@mail.house.gov, senator@blumenthal.senate.gov,
         sarah.rafique@lubbockonline.com, sian.schilhab@txcourts.gov,
         pio@supremecourt.gov,
         Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
         CDCInfo <cdcinfo@texasbar.com>, information@scjc.texas.gov,
         USAWA Inquiries <usawainq@unhcr.org>, oscar.montes@tdi.texas.gov,
         3j5qxx5j48ckw@claims.usaa.com, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, 360@cnn.com,
         appeal@txboda.org, Vanessa_Richardson@ccl.hctx.net,
         mark.w.elliott@wellsfargo.com, wayne.peacock@usaa.com,
         USDOJ <askdoj@usdoj.gov>, info@harriscountygop.com,
         "Lane Lewis, Chair" <harrisdemocrats@harrisdemocrats.com>, editorial@foxnewslatino.com,
         russconswdc@gmail.com, rusembusa@mid.ru, rcrow@sterlingmccallford.com,
         Christina Sturdevant <CSturdevant@machaikford.com>, Charles.scharf@wellsfargo.com
Content-Type: multipart/mixed; boundary="000000000000b945560601827902"
Return-Path: vip4justice@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: e5c37981-6664-4134-8a0c-6543d2af80be:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: DB5EUR02FT021:EE_|PAVPR05MB10185:EE_
X-MS-Office365-Filtering-Correlation-Id: bb5b782b-c0de-4d9f-67e0-08db8f0ebd50

Final-Recipient: rfc822;usawainq@unhcr.org
Action: failed
Status: 5.2.3
```

Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient
X-Display-Name: USAWA Inquiries

**noname**
68K

# U.S. Government to Fund Wrongful Conviction Representation and Training Efforts

The U.S. Bureau of Justice Assistance, an office within the Department of Justice, announced recently that it will provide nearly $2.5 million in funding this year for 11 organizations working to represent defendants seeking to overturn wrongful convictions. The funding is dedicated to organizations that handle cases where DNA testing cannot help prove innocence. The BJA also announced that it will provide about $100,000 to the National Association of Criminal Defense Lawyers to facilitate training to help attorneys and organizations to improve the capacity to represent defendants seeking to prove their innocence in post-conviction appeals.

The organizations awarded grants are: the

Idaho Innocence Project
(http://www.idahoinnocenceproject.org/)
, the

Innocence Project of Minnesota
(http://www.ipmn.org/)
, the

Kentucky Innocence Project
(http://www.kyinnocenceproject.org/home.html)
, the

Midwestern Innocence Project
(http://www.innocenceprojectmidwest.org/)
, the

Northern California Innocence Project
(http://law.scu.edu/ncip/)

, the

Alaska Innocence Project
(http://www.alaskainnocence.org/)
, the

Cooley Innocence Project
(http://www.cooley.edu/clinics/innocence.htm)
(at Cooley Law School in Lansing, Michigan), the Massachusetts

Committee for Public Counsel Services
(http://www.publiccounsel.net/)
, the

Innocence Project of Florida
(http://floridainnocence.org/content/)
, the

Michigan State Appellate Defender's Office
(http://www.sado.org/)
and the

Arizona Justice Project
(http://www.azjusticeproject.org/)
.


The Innocence Project is a separate non-profit organization from the organizations above, many of which are fellow members of the

Innocence Network
(http://innocencenetwork.org/members.html)
– an affiliation of organizations dedicated to overturning wrongful convictions. The Innocence Project only handles cases where DNA testing could prove innocence.


Read more in the BJA statement on the grants
(http://www.ojp.usdoj.gov/BJA/funding/09WrongfulProsAwards.pdf)
.

The Department of Justice also announced recently that it would fund DNA testing in cases of possible wrongful conviction in nine states under the

Postconviction DNA Testing Assistance Program (http://www.ncjrs.gov/pdffiles1/nij/sl000872.pdf)
. The nine states receiving funds this year are California, Colorado, Connecticut, Louisiana, Maryland, Minnesota, North Carolina, New Mexico and Wisconsin.

**VETERANS IN PETITION FOR JUSTICE**
Robert & Gloria Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, Email; vip4justice@gmail.com

To; via email, anne.allensworth@senate.texas.gov                        Oct. 7, 2022
**TEXAS SENATOR JOAN HUFFMAN, ET AL.**
**CRIMINAL JUSTICE AND FINANCE COMMITTEE**
**C/O GLORIA, DISTRICT DIRECTOR**
**&**
via email, susan.gunnels@tdcj.texas.gov & ofs@tdcj.texas.gov
**TDCJ, EXECUTIVE DIRECTOR, BRYAN COLLIER,**
**C/O SUSAN GUNNEL, AKA, "GUNNER" "GUNSLINGER!"**

**RE;  TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND COVER-**
**UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE OF DECORATED DISABLED**
**HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO & DEMAND**
**EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME TO INITIATE**
**"UNBIASED" CONGRESSIONAL INVESTIGATION INTO THE NORMALIZATION OF**
**STIGMATIZED DISCRIMINATION, CORRUPTION, SYSTEMATIC INJUSTICE AND**
**OTHER HIGH CRIMES AND MISDEMEANORS AGAINST DISTRESSED HISPANIC**
**VETERANS, AND OTHER MINORITIES SIMILARLY SITUATED, AS RAISED**
**THROUGHOUT ALL MY CORRESPONDENCE.**

**SUBJ;  DEMAND FOR EQUAL ACCESS TO JUSTICE FOR ALL!**

Greeting,

We are writing to express shock and outraged over your contributory retaliatory premeditated abuse of
power and authority and threats against me for continuing to exercise my God given right to free
speech and to petition our Government for redress of grievances as referenced above and your total
lack of care and concern and level of depravity has reached an all time high as well as in your
continuing efforts to eradicate political prisoner, Robert Trevino and my entire family to silence and
shut us up and we are demanding immediate access to equal protection, equal representation under the
law and equal access to justice as guaranteed under the US Constitution without further incidents and
unnecessary delays to save Robert's life and before you induce my own death and demise, as was my
beloved mother and subsequent cold-blooded murder of my other brother, Juan, in illegal custody.

Your response has been the typical hostile, threatening my life and safety and to engage in cover-
up/whitewash strategy and orchestrate a fearsome crescendo of more concocted aggravated "Big Lies"
in furtherance of the continued wrongful life-imprisonment of Robert.  You and DTCJ Collier had
Gunnel, aka, "Gunnerr" "Cover-up Artist" to call me on the erroneous guise and pretext of helping.
However, it was to further retaliate, harass, provoke  and chastise me by maliciously trying to silence
me through confrontations and defending the indefensible tyrannical Neo-Nazis Government officials
and their employees and their right to reign of terror and flagrant violations of our civil and human
rights to try to fuel my anger and depression to induce my death.  Cover-up Artist, Gunner, then brags
about how low and softly she was speaking to me.  Con-Artist Gunnel, soft and subtle words were loud
and clear and even deafening but just as vicious and dangerous and deadly as the civil and human rights
violations and other atrocities, including, playing Russian Roulette against Robert and family, which

1

includes the induced wrongful death of my beloved mother, subsequent cold-blooded murder of our brother, Juan, while in similar illegal custody by the same domestic terrorist and political enemies of Robert Trevino and Family. .

TDCJ, Bryan Collier, Gloria And Gunner concocted racist erroneous cover-up/whitewash allegations that Robert has no issues as to erroneously imply that Robert is very happy and content in continuing unlawful life-imprisonment, cruel and unusual punishment, totally isolated from family and that he doesn't need to be release on MRIS or to be exonerated or even compensated for the gang-rape of his honor, dignity or freedom and being unlawfully imprisoned for life was doing him a big favor. This is the typical bigoted self-serving preposterous and ludicrous sham investigations these cover-up artist fantasize and indulge in daydreaming and amusement about something desired and try to sell. TDCJ, Bryan Collier, Gloria and Gunner ingeniously attempt to shift the focus and attention to alleged crimes of the powerless, as oppose to the monumental domestic terrorists hate crimes of the powerful Neo-Nazi Government officials that maliciously railroaded Robert, and others similarly situated, in executing their vicious retaliatory vendetta born of extreme hatred, political revenge on their concocted "Big Lies" and continue wrongful imprisonment based on more "Big Lies" by TDCJ and Senate Finance Committee that continue to cover-up and defraud and deny equal protection and equal access to Justice for Robert and Family. Also, it is common practice for corrupt and racist Government officials and Domestic Terrorist to coerce the wrongfully imprisoned to go along with their egregious cover-up schemes under threat of further bodily harm, cruelty, solitary confinement, denial of privileges, commissary, phone calls, visitations or to coerce others to commit aggravated perjured allegation and "Big Lies" against Robert to railroad him and again, such as TDCJ, Bryan Collier, in collusion with Patrick Lankford, Attorney John Richards and Noel Portnoy, acting as Gestapo Agents to Sabotage my effort to get Patrick Lankford's confession and allowed Lankford, the career criminal and serial pedophile with outstanding statutory rape of 12 year "escape" prison on parole to go on lam while continuing to illegally deny Robert release on MRIS or exonerated in furtherance of unlawful imprisonment and outright fraud and systematic injustice the reason we are being illegally denied equal representation, equal protection under the law and illegally denied equal access to justice and denied emergency appearance before subcommittee on crime to initiate an unbiased Congressional investigation into these serious and urgent matters of the normalization of corruption and stigmatized discrimination and systematic injustice and such as TDCJ, Bryan Collier, Gloria acting on behalf of Senator Joan Huffman and like others have done. It's become clear that all those millions of dollars going to state agencies, such as State Bar of Texas, State Commission on Judicial conduct and all those alleged non-profit organizations and are illegally denying Robert and Family equal protection and equal representation and equal access to justice are doing so for fear of upsetting their "cash cow" and for fear of losing their "meal ticket." and are aiding and abetting in the corruption and retaliation and continued unlawful imprisonment of Robert and cover-up/whitewash with impunity in the first degree. This is not an isolated case. Thousands of minorities are still being wrongfully imprisoned and requesting legal aid and not getting it and are further being criminally oppressed by being forced to represent themselves because the state does not want to exonerate them to defraud them out of fair compensation, such as in this Robert Trevino family case. Likewise the corrupt organizations, shyster attorneys, acting in the best interest of the State to further line their own pockets, acting as Gestapo Agents for Corrupt and racist Neo-Nazis, are ingeniously further victimizing the victims, making us scapegoats for their psychopathic criminal mind and behaviors and allowing the domestic terrorist to forever "escape" criminal and civil accountability for their federal violations. They protected the corrupt and racist government officials and others and visa-versa, the corrupt and racist government officials are protecting the Gestapo agents and Robert continues to live the American Nightmare in life-threatening medical condition. Another reason Patrick Lankford, was illegally allowed to "escape"

2

prison on Parole to be on the lam while Robert continues to languish in prison and illegally denied equal access to justice and cover-up/whitewash with impunity in the first degree. Where are all those juicy millions and millions of dollars to help distressed veterans?  In any case, their fantasy and preposterous and ludicrous allegation that Robert is happy and has no issues is inconsistent with the the ugly reality of Robert's dire life-threatening medical condition and several unnecessary brushes with death as a result of cruel and unusual punishment coupled with the inadequate superficial medical care and potentially dangerous and life-threatening prison environment, continued isolated from family and denied visitations, phone calls and playing Russian Roulette with his life to send him home in body bag instead of releasing him on MRIS to the Micheal E. DeBakey VA Medical Center where he can finally receive the badly needed adequate and comprehensive life-saving medical care that he has been illegally denied for over 27 long and oppressive years in unlawful life-imprisonment in blatant violation of his civil and human rights.  Their fantasy preposterous and ludicrous allegations that Robert is happy and is where he belongs is also totally inconsistent with the numerous lawsuits he has filed in courts all over the Country in his efforts to expose the atrocities and disentangle himself from the Texas Style Railroad of Hypocrisy and Injustice and cover-up/whitewash with impunity in the first degree.  As honorable discharged disabled and distressed veterans, Robert and I are legally, morally and ethically entitled to equal protection, equal representation and equal access to Justice and all those other basic civil and human needs as guaranteed under the US Constitution and we will not allow Neo-Nazis Government officials,Gestapo Agents and others continue to treat us like their yesterday's trash and continue to make a mockery out of us and indulge in amusement and laughter by saboteur.

**THEREFORE,** Robert is innocent and a political prisoner and is not a happy camper at the worse prison in the Country, TDCJ Montford Psychiatric Unit basically a "Dungeon" and "Death-Trap!"Contrary to bigoted fantasy fictitious misrepresentation sent to me by email tattered with fraud yesterday.  We continue to feel aggrieved and outraged over the orchestrated fearsome crescendo of continuing harassment, retaliation, and threats for exercising our God given and US Constitutional civil and human rights to free speech and to petition our Government for redress of grievances and the fabrication of more aggravated perjured bigoted, "Big Lies," in furtherance of the Texas Style Railroad of Hypocrisy and Injustice and Cover-up/Whitewash with impunity in the first degree of Decorated Disabled Hispanic Veteran and Political Prisoner, Robert Trevino and Demand Emergency Appearance Before Subcommittee on Crime to Initiate "Unbiased" Congressional Investigation into the normalization of stigmatized discrimination, retaliation, corruption ridicule and systematic injustice and the Gang-rape of Justice in America without further incidents and unnecessary delays and before Robert Trevino and Family suffer further irreparable harm and injury, including senseless wrongful death and demise and for which your immoral Unconstitutional Qualified Government Immunity Doctrine that is weakening our Country and is turning it into a third World Tyrannical Country and this will not save you from "escaping" professional and personal civil and criminal accountability.

**THIS IS NOT RUSSIA OR CHINA!  NO ONE IS ABOVE THE LAW IN AMERICA!**

And, Justice For All,

*Robert Trevino by Gloria Trevino POA & Gloria Trevino*

VETERANS IN PETITION FOR JUSTICE
Robert & Gloria Trevino, Petitioners
12526 Olympia Drive
Houston, Texas  77077                                          Attach, Oct. 6, 2022 email fabricated
(713)309-7962, email, vip4justice@gmail.com                by TDCJ, Bryan Collier, Joan Huffman
UNHCHR, USDOJ, Access to Justice, Rossi, et al.    3       & Gloria, Dir. for Huffman  & Gunnels

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## USA - GENOCIDAL MAFIA STATE!

2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                    Thu, Jul 27, 2023 at 9:02 PM
To: newyork@ohchr.org, Gloria Trevino <vip4justice@gmail.com>, CNN <vcm@cnn.com>, "US REP. LIZZIE FLETCHER"
<Fletcher.office@mail.house.gov>, kkrause@dallasnews.com, jfarle21@ford.com, jfarley24@gmail.com,
maya.rigley@txcourts.gov, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, "Wishnie, Michael"
<michael.wishnie@yale.edu>, vlsc_monk-owner@mailman.yale.edu, natalie.elicker@usdoj.gov,
meghan.brooks@ylsclinics.org, mayor@houstontx.gov, amy.starnes@txcourts.gov, sara.bullard@mail.house.gov,
senator@blumenthal.senate.gov, sarah.rafique@lubbockonline.com, sian.schilhab@txcourts.gov, pio@supremecourt.gov,
Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, CDCInfo <cdcinfo@texasbar.com>,
information@scjc.texas.gov, USAWA Inquiries <usawainq@unhcr.org>, oscar.montes@tdi.texas.gov,
3j5qxx5j48ckw@claims.usaa.com, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, 360@cnn.com, appeal@txboda.org,
Vanessa_Richardson@ccl.hctx.net, mark.w.elliott@wellsfargo.com, wayne.peacock@usaa.com, USDOJ
<askdoj@usdoj.gov>, info@harriscountygop.com, "Lane Lewis, Chair" <harrisdemocrats@harrisdemocrats.com>,
editorial@foxnewslatino.com, russconswdc@gmail.com, rusembusa@mid.ru, rcrow@sterlingmccallford.com, Christina
Sturdevant <CSturdevant@machaikford.com>, Charles.scharf@wellsfargo.com

S

📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

S

📄 A SALUTE TO UNSUNG WAR HEROES, P2.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P3.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P4.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P5.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P6.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P7.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P8.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P9.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P10.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P11.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P13.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P14.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P15.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P17.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

SEE ATTACHED,
RE; MONK VS VSS., ET. AL. CASE3;22-CV-01503- ABA, IN THE US DISTRICT CT, DISTRICT OF CONNECTICUT.
,
GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE IN MEMORY OF UNSUNG WAR HERO, ROBERT TREVINO
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077

71309-5962
vip4justice@gmail.com

"IF YOU LOVE YOU FREEDOM, THANK YOUR HEROES!"

**2 attachments**

📄 **ARTICLE 15 COMPLAINT TO ICC, OTP, P1.pdf**
6444K

📄 **A SALUTE TO UNSUNG WAR HEROES, P16.pdf**
10728K

---

**postmaster@unhcr365.onmicrosoft.com** <postmaster@unhcr365.onmicrosoft.com>          Thu, Jul 27, 2023 at 9:02 PM
To: vip4justice@gmail.com

## Delivery has failed to these recipients or groups:

USAWA Inquiries (usawainq@unhcr.org)

Your message is too large to send. To send it, make the message smaller, for example, by removing attachments.

The maximum message size that's allowed is 21 MB. This message is 22 MB.

**Diagnostic information for administrators:**

Generating server: PAVPR05MB10185.eurprd05.prod.outlook.com

usawainq@unhcr.org
Remote server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from DB7PR03CA0105.eurprd03.prod.outlook.com (2603:10a6:10:72::46)
 by PAVPR05MB10185.eurprd05.prod.outlook.com (2603:10a6:102:2f9::20) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.6631.29; Fri, 28 Jul
 2023 02:02:47 +0000
Received: from DB5EUR02FT021.eop-EUR02.prod.protection.outlook.com
 (2603:10a6:10:72:cafe::75) by DB7PR03CA0105.outlook.office365.com
 (2603:10a6:10:72::46) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.6631.29 via Frontend
 Transport; Fri, 28 Jul 2023 02:02:47 +0000
Authentication-Results: spf=pass (sender IP is 209.85.160.49)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 209.85.160.49 as permitted sender) receiver=protection.outlook.com;
 client-ip=209.85.160.49; helo=mail-oa1-f49.google.com; pr=C
Received: from mail-oa1-f49.google.com (209.85.160.49) by
 DB5EUR02FT021.mail.protection.outlook.com (10.13.58.64) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.20.6631.29 via Frontend Transport; Fri, 28 Jul 2023 02:02:47 +0000
Received: by mail-oa1-f49.google.com with SMTP id 586e51a60fabf-1bbb061ce4bso1810229fac.0
```

```
                 for <usawainq@unhcr.org>; Thu, 27 Jul 2023 19:02:46 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20221208; t=1690509765; x=1691114565;
        h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
         :date:message-id:reply-to;
        bh=QctHrVvLQ/PuHNaZvgCnH7Q1OWjAy7DAdYzBAPJGD88=;
        b=P6mnjxsas6g9BZko4tgFQf7rky20xFk6n4c7L6GZ7Cl+GczDOSHtgyvZsSHycYPWmU
         ljUSs4GDYQdKbiaJBM9hs9aDjycZSXSEZ10Z7yIF87FWnRQCwe67XXjhTqNSELGNbLkm
         1Y3NlUP2kZ3GnNZ/I9UOA95HZyRhGE7/G+qsIMe88NCftuLr6H+ZRq+8rrsHmPIjX9m3
         265e6w32wcBfSDvaC6HVPk70gt9bRUVFni0vCao/HzBcGDufANIjn8g60yEu2OW4GVbw
         lNzdYeH8CaMFaNo6Y2O+wgiqGF46pNDLcuaHa/UYrkzO2A6r9M2D7H5vLgSQOJMYk2zk
         hy5Q==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20221208; t=1690509765; x=1691114565;
        h=to:subject:message-id:date:from:mime-version:x-gm-message-state
         :from:to:cc:subject:date:message-id:reply-to;
        bh=QctHrVvLQ/PuHNaZvgCnH7Q1OWjAy7DAdYzBAPJGD88=;
        b=Hp2hfpodG+Ey/9e+vA2vsTzNZJ+W/80xla2AlJVY4WsRWdRFMq524tX+Unva7Si3dO
         13xOIbZfQznMrjELZzR9kxgzXpxQSIm8rAcKImpnk2lXcUNeW2nsk5pxCY/m82+1EspA
         Db9Bo0pJ5kYobxwTtFi09NkWeNpbQR00AJB6x2zxavp6VnhccKoRUM2qbZ78VSRWoVli
         sKOiNxQPg3BZ4OOoNHUypmLxCvCJk0XHsEPKjrRP/42xcE8ftGNiusRLdNzknLvt0nG9
         mMNSnQKqzjlx/C3Ghv6xvCifCFS19tbFj4qyd4OYR/qgkpaqaATEbO6l4NMTOtUo/2/q
         PEtg==
X-Gm-Message-State: ABy/qLYJVIFEGKRHIj2/KmQ95qbhTqVdunsqk98aS9iasWyY7q39c10V
        ihK2RvhFzbodLs4t2+4kGOMvDAZZC4341hHdX78=
X-Google-Smtp-Source: APBJJlExflQl3hzwBd4dDOsXeyAAeODjQN+/Qklc6Kco/ZxsJTXgK1KoN1FuZQo8OGl3PPN3/
pApBHt8UzVnLgmYi4I=
X-Received: by 2002:a05:6871:201:b0:1b7:4458:2bd2 with SMTP id
 t1-20020a056871020100b001b744582bd2mr731783oad.26.1690509759764; Thu, 27 Jul
 2023 19:02:39 -0700 (PDT)
MIME-Version: 1.0
From: Gloria Trevino <vip4justice@gmail.com>
Date: Thu, 27 Jul 2023 21:02:27 -0500
Message-ID: <CAES+tgsGYkUN_1NHKv9mkF2fHCq6+BburUyOvBZQiDfOK3PtPg@mail.gmail.com>
Subject: USA - GENOCIDAL MAFIA STATE!
To: newyork@ohchr.org, Gloria Trevino <vip4justice@gmail.com>, CNN <vcm@cnn.com>,
        "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, kkrause@dallasnews.com,
jfarle21@ford.com,
        jfarley24@gmail.com, maya.rigley@txcourts.gov,
        "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, "Wishnie, Michael"
<michael.wishnie@yale.edu>,
        vlsc_monk-owner@mailman.yale.edu, natalie.elicker@usdoj.gov,
        meghan.brooks@ylsclinics.org, mayor@houstontx.gov, amy.starnes@txcourts.gov,
        sara.bullard@mail.house.gov, senator@blumenthal.senate.gov,
        sarah.rafique@lubbockonline.com, sian.schilhab@txcourts.gov,
        pio@supremecourt.gov,
        Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
        CDCInfo <cdcinfo@texasbar.com>, information@scjc.texas.gov,
        USAWA Inquiries <usawainq@unhcr.org>, oscar.montes@tdi.texas.gov,
        3j5qxx5j48ckw@claims.usaa.com, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, 360@cnn.com,
        appeal@txboda.org, Vanessa_Richardson@ccl.hctx.net,
        mark.w.elliott@wellsfargo.com, wayne.peacock@usaa.com,
        USDOJ <askdoj@usdoj.gov>, info@harriscountygop.com,
        "Lane Lewis, Chair" <harrisdemocrats@harrisdemocrats.com>, editorial@foxnewslatino.com,
        russconswdc@gmail.com, rusembusa@mid.ru, rcrow@sterlingmccallford.com,
        Christina Sturdevant <CSturdevant@machaikford.com>, Charles.scharf@wellsfargo.com
Content-Type: multipart/mixed; boundary="000000000000b945560601827902"
Return-Path: vip4justice@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: e5c37981-6664-4134-8a0c-6543d2af80be:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: DB5EUR02FT021:EE_|PAVPR05MB10185:EE_
X-MS-Office365-Filtering-Correlation-Id: bb5b782b-c0de-4d9f-67e0-08db8f0ebd50


Final-Recipient: rfc822;usawainq@unhcr.org
Action: failed
Status: 5.2.3
```

Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient
X-Display-Name: USAWA Inquiries

**noname**
68K

CAUSE NO. _2/53/_____ CR'

DA# 02-1372

THE STATE OF TEXAS

V.

ROBERTO RODRIGUEZ TREVINO

OFFENSE: ~~AGGRAVATED~~ SEXUAL ASSAULT OF A CHILD

AGENCY: WPD

WITNESSES: BILLIE WIGGINS
SHAWN LANGFORD

§ FILED FOR RECORD
§
§ 95 MAR -1 PM 2:54
§
§ BILLIE A FULLER
§ DISTRICT CLERK
§ ELLIS COUNTY, TX.
§
§
§
§
§
§
§
§
§ (This Space For Clerk's Use)

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, ~~and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to-wit: a firearm~~,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

V2591



# The Ellis County Press

*Ellis County's only independently owned newspaper*



Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

## LOCAL COUPLE ARRESTED FOR MURDER OF INFANT

Wed, 06/15/2022 - 1:01pm

**RITA COOK / STAFF WRITER**

WAXAHACHIE – The Ellis County Sheriff's Department arrested a Waxahachie couple last week on charges of the murder of their female infant.

The name of the infant was not released.

Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

Their bond was set at $1,000,000 each.

The incident was initially reported on Saturday, March 19, when Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie in reference to a child who was not breathing.

The deputies arrived at the location and observed the infant being loaded into an ambulance.

Ferris, TX 75125          89 °F   80 °F

### Have a news tip?

Do you have information that the public should know about? Share news tips with us anonymously.



**SUBMIT NEWS TIP**

### ECP TV



ECP TV Terry Murphy...

**ECP-TV: RITA COOK AND TERRY MURPHY TALK ABOUT THE INFLUENCE OF LOBBYISTS ON ELECTIONS (APRIL 7, 2023)**

MORE VIDEOS

CAUSE NO. _2 / 53 /_____ CR'

DA# 02-1372

THE STATE OF TEXAS

V.

ROBERTO RODRIGUEZ TREVINO

OFFENSE:   AGGRAVATED SEXUAL ASSAULT
OF A CHILD

AGENCY:  WPD

WITNESSES:   BILLIE WIGGINS
SHAWN LANGFORD

§ FILED FOR RECORD

§ 95 MAR -1 PM 2:54

§

§ BILLIE A FULLER
§ DISTRICT CLERK
§ ELLIS COUNTY, TX.

§

§

§

§

§

§

§

§

§

§

§ (This Space For Clerk's Use)

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

V2591



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

United Nations Commission on Human Rights
Room S 2914
1 United Nations Plaza
New York, N.Y. 10017   -   Certified Mail # Z-419-446-837

**NOV 5   2 31 PM '97**   November 5, 1997

N. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

United States District Court for the District of Columbia
Attention: Honorable James Robertson
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Subject:  Continuing Civil Rights and Racketeer Influenced and Corrupt Organizations Act Violations
Title:    "Living the American Nightmare" subtitled "Victims in Petition for Justice"
Reference 1: State of Texas vs. Roberto Rodriguez Trevino in the 40th Judicial District court of
             Ellis County, Case No. 21530, etc./ 10th Circuit Court of Appeals, Case No. 10-95-277-CR.
Reference 2: Gloria Trevino vs. The United States of America, et. al., in the United States District Court
             for the District of Columbia, Case No. 97-604 (JR)

Dear  Honorable Ladies and Gentlemen;

        Enclose please find the above titled "Living the American Nightmare," subtitled, "Victims in Petition for Justice," part of which was unlawfully seized from me when I was denied free speech in front of White House, which describes a series of evils aimed at my family and myself indicating an ongoing pattern of criminal oppression, brutality, savagery, unlawful imprisonments and harassment aimed at discouraging my quest for justice as mentioned as the subject above. All Constitutionally protected civil, political, human rights and rights to freedom have been, and continue to be, violated. I am determined that justice shall prevail and I am relentless in my pursuit.

        I have exhausted all domestic legal/administrative remedies in my effort to get assistance for my brother and our family. Any further legal proceedings are an impossible task, because of the continuing criminal oppression, harassment, Racketeer Influenced and Corrupt Organization activities by misguided governmental interference and influence and because of our distress financial stress as described throughout the enclosed booklet. Also some of the culprits mentioned in the booklet  have been compromised  and are now employed in the United States Department of Justice, creating an even greater conflict of interest.

        My specific request to the United Nations Commission on Human Rights, in the interest of Justice, is that they immediately investigate and publicly denounce the irregularities and discrepancies in the case which led to the unlawful imprisonment of my brother, Roberto Rodriguez Trevino. Also requested is assistance in assuring that we are afforded due process and equal protection under the law as guaranteed under the Constitution of the United States.

        Your prompt and full attention and investigation of this complaint is urgently needed and requested.
    I pray you will help.

                                            Respectfully submitted,

                                            *Gloria Trevino*

                                            Gloria Trevino
                                            12526 Olympia Dr.
                                            Houston, Texas 77077

CC:   US House Committee on Appropriations
      and appropriate subcommittees

 Gmail                                    **Gloria Trevino <vip4justice@gmail.com>**

---

# Response: Your Civil Rights Division Report - 128618-KMD from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>     Fri, Jan 14, 2022 at 9:33 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: vip4justice@gmail.com

Dear Gloria Trevino,

You contacted the Department of Justice on January 12, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 128618-KMD.

What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

To find a local office:

American Bar Association
www.findlegalhelp.org
(800) 285-2221

Legal Service Corporation (or Legal Aid Offices)
www.lsc.gov/find-legal-aid
(202) 295-1500

How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder  -  12526 Olympia Drive  - Houston, Texas  77077 - (713)309-5962

May 20, 2013

## ROBERTO R. TREVINO, UNITED STATES MARINE CORPS – VIETNAM ERA

Was highly recommended for the SILVER STAR & is a Bronze Star, Purple Heart recipient. However, since 1995 to date, "ROBERT HAS BEEN LIVING THE AMERICAN NIGHTMARE!"



Robert is a totally disabled American War Hero of Hispanic descent that has been shamefully betrayed by the USA, gang-raped of his dignity, civil, human rights and benefits, treated worse than an undocumented immigrant and more like a man without a Nationality and a man without a Country.  His well deserved medals of honor were basically replaced with what amounts to a badge of infamy.  He was labeled a "pedophile" by the white-supremacist lover of the Ellis County, Waxahachie Police Chief and a violent gang of juvenile delinquents she had offered immunity from prosecution on felony statutory rape charge against the ring-leader in exchange for their unfounded baseless bogus allegations against Robert.  She was the sole rogue lead investigator and the most "credible" state's witness against Robert and was executing her vicious vendetta born of raw hatred and retaliation against Robert for exercising his right to successfully campaign for the resignation of the Police Chief, who was her lover.  She even admitted under oath that she never had "liked" Robert and that not having the alleged rape-victims submit to rape examinations was contrary to her training and that it was the DA who had come up with the details.   As a result, Robert was maliciously subjected to a sham trial by rage, denied a competency, members of his peers on the all-white bias jury and "RAILROADED." He is a political prisoner and has been languishing in a Texas Department of Criminal Justice dungeon for about the last 20 horrific, oppressive years and is at the end of his life and at death's door. As long as we ignore the crimes of the ruling class, the despotic army of fascists and perpetrators of genocide, renegade judges will continue to administer their own political, racial agenda from the bench instead of administering Justice for all and as a Nation, we will continue to reap the consequences.  Robert is innocent and doesn't deserve to die in a dungeon.  He courageously risked his life for our Country and your freedom, now we are calling on you to help disentangle Robert from this railroad of extreme bigotry, hypocrisy, supreme tyranny and egregious injustice and help save his life.  IT IS THE RIGHT THING TO DO, IT IS THE AMERICAN RIGHT THING TO DO.

"With Liberty and Justice for All"

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com


## ROBERT RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS
### Was highly recommended for the Silver Star Award and,
### Is a Bronze Star, Purple Heart Recipient
### Sept. 23, 1968 – Sept. 22, 1972, VIETNAM ERA



Born June 7, 1946

*In Loving Memory*






*Roberto Rodriguez Trevino*

*June 7, 1946 ~ November 3, 2022*

CAUSE NO. 21530~21534

THE STATE OF TEXAS

    VS.

ROBERT TREVINO

IN THE DISTRICT COURT

ELLIS COUNTY, TEXAS

40TH JUDICIAL DISTRICT

FILED FOR RECORD
95 OCT -3 PM 12 39
SUE A FULLER
DIST. CLERK
COUNTY TX.

### DEFENDANT's FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and numbered causes by and through his attorney of record, John A. Dixon and files this his Defendant's Formal Bill of Exception.

BE IT REMEMBERED that during the course of the trial of the above entitled and numbered cause the following transcribed, namely: The testimony of GLORIA TREVINO, a defense witness, was excluded by the Honorable Judge GENE KNIZE after motion by the state for said exclusion. The testimony by GLORIA TREVINO would have aided the Defense in its assertion that the Trevino family in Waxahachie, Texas had been a target for harassment from officials in Waxahachie, Texas over a long period of time resulting in even physical abuse of some family members. Further, the testimony of GLORIA TREVINO would have aided the Defense in its assertion that the Defendant ROBERT TREVINO being a member of the Trevino Family was targeted by the officials in Waxahachie, Texas for continued harassment. The testimony of GLORIA TREVINO is outlined in the Affidavit of PERSONAL Statement Regarding Change of Venue For Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to the Trial Court and asks that it be approved without qualification, or in the alternative, if it is approved with qualification, that the reasons for qualification be stated or if it is refused, that the reason for the refus[...] be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 400
Houston, Texas 77054
713-349-8387
SBN#: 00785824

2nd Battalion 26th Marines
9th Marine Amphibious Brigade, FMFPac
FPO San Francisco 96602

1 Oct 1969

From: Sgt. COSTINE

To:  Commanding Officer, Battalion Landing Team 2/26, Attn: S-5

Subj: Statment in case of PFC R. TREVINO

On the evening of 6 Sep 69 the 1st platoon Fox Company 2/26 was conducting operations in defense of the Danang area. At approximately 2400 the same date this platoon deploid two squad size ambushes in excess of 800 meters from the platoon CP. This left the platoon approximately twelve men at the CP.

At this approximate time the platoon CP was assualted by a platoon of NVA. The initial assualt started with 82mm mortars falling around and inside the perimeter also at the same time we recieved RPG's from three sides, the initial onslaught was broadened by Chicoms, automatic AK47 fire and light Sappers had penetrated our thin lines and hurled two Satchel charges into the platoon CP bunker. The first burst of fire found five Marines seriously wounded, one of the Marines was in the same hole that was occupied by PFC TREVINO. The wounded Marine was bleeding excessively as the assualt continued PFC TREVINO seeing the wounded Marine applied battle dressings to the Marine to stop the bleeding. All during this time PFC TREVINO's hole also kept recieving heavy automatic fire, the same hole also recieved six to eight Chicoms, PFC TREVINO hurtling one back that landed inside his own hole. The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, at one point in the firefight PFC TREVINO recieved one round going straight through his helmet yet he continued to return fire. The Bizarre phenomenon of his actions were he was wounded himself with schrape metal. After the enemy were moved back after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds.

PFC TREVINO was a definite inspiration to the remaining men that were not wounded. And most of all his actions bringing credit to himself and the U.S. Marine Corps. PFC TREVINO is highly recommended for the Silver Star.

Robert A. COSTINE

*Sgt Robert A. Costine*

Exhibit F

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
DLC-vls

APR 2 1970

From:   Commandant of the Marine Corps
To:     Commanding Officer, Fox Company, 2/26
        First Platoon, First Marine Expeditionary Force,
        FPO, San Francisco, California 96602

Subj:   Silver Star and Purple Heart: case of LCPL.
        Robert TREVINO 249 63 12 USMC, presentation of and
        information concerning

Ref:    (a) LCPL TREVINO's ltr of recent date

Encl:   (1) Purple Heart

1.   The records of this Headquarters show that Lance Corporal
TREVINO is entitled to the Purple Heart for a wound received
in action against insurgent Communist Guerrilla forces on
6 September 1969 in the Republic of Vietnam.   The decoration
is enclosed with the request that it be presented to him.
It is suggested that he again make application for the Certif-
icate upon his return to CONUS.

2.   It is also requested that Lance Corporal TREVINO be
informed that on 11 October 1969 he was recommended for the
award of the Silver Star Medal for service in Vietnam on 9
September 1969.   On 30 January 1970 the Commanding General,
Fleet Marine Force, Pacific approved the award of the Bronze
Star Medal with Combat "V" for the action.   The decoration and
citation were forwarded for presentation to him via Commanding
General, First Marine Expeditionary Force on 30 January 1970.

H. THOMAS
By direction

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
DLC-vls

APR 7 1970

From: Commandant of the Marine Corps
To: Commanding Officer, Fox Company, 2/26
First Platoon, First Marine Expeditionary Force,
FPO, San Francisco, California 96602

Subj: Silver Star and Purple Heart; case of LCPL
Robert TREVINO 249-63-12 USMC, presentation of and
information concerning

Ref: (a) LCPL TREVINO's service record book

Encl: (1) Purple Heart

1. The records of this Headquarters show that Lance Corporal
TREVINO is entitled to the Purple Heart for a wound received
in action against insurgent Communist Guerrilla forces on
6 September 1969 in the Republic of Vietnam. The decoration
is enclosed with the request that it be presented to him.
It is suggested that he again make application for the Certif-
icate upon his return to CONUS.

2. It is also requested that Lance Corporal TREVINO be
informed that on 11 October 1969 he was recommended for the
award of the Silver Star Medal for service in Vietnam on 9
September 1969. On 30 January 1970 the Commanding General,
Fleet Marine Force, Pacific approved the award of the Bronze
Star Medal with Combat "V" for the action. The decoration and
citation were forwarded for presentation to him via Commanding
General, First Marine Expeditionary Force on 30 January 1970.

H. Thomas
H. THOMAS
By direction

Exhibit I

| | | | | |
|---|---|---|---|---|
| TREVINO, Robert | | 5a. GRADE, RATE OR RANK | | SOCIAL SECURITY NUMBER N/A · 450 · 86 |
| USMC | | Sgt | E-5 | DATE GR RANK — DAY 01 · MONTH Jun · YEAR |
| 6. PLACE OF BIRTH (City and State or Country) | | Laredo, Texas | | DATE OF BIRTH — DAY 07 · MONTH Jun · YEAR |
| SELECTIVE SERVICE NUMBER 41 · 107 · 46 · 267 | | LB#107, Sinton, Texas | | DATE INDUCTED — DAY N/A · MONTH · YEAR |

| REASON OF TRANSFER OR DISCHARGE | STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Transfer to Marine Corps Reserve | SU#1, CasCo, H&SBn, MCB, CamPen, Calif. |

TYPE OF SEPARATION AND AUTHORITY: 202-Expiration of Enlistment
Par 3009 MARCORSEPMAN & MCO 1900.2G

| EFFECTIVE DATE — DAY 22 · MONTH Sep · YEAR | TYPE OF CERTIFICATE ISSUED N/A |

CHARACTER OF SERVICE: HONORABLE

LAST DUTY ASSIGNMENT AND MAJOR COMMAND: H&SCo, ScolsBn, MCB, CamPen

DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED:
Forces Class III 1500 E. Bannister Rd., Kansas City, Mo. 64131

REENLISTMENT CODE: RE-1A

TERMS OF OBLIGATION: 22 Sep 74

| SOURCE OF ENTRY: [X] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER |

TERM OF SERVICE (Years) 04 | DATE OF ENTRY — DAY 23 · MONTH Sep · YEAR

PRIOR REGULAR ENLISTMENTS: None

GRADE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: Private (E-1)

PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): Houston, Texas

HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE: Almeda, Harris, Texas 77067

| 22. STATEMENT OF SERVICE | YEARS | MONTHS |
|---|---|---|
| (a) NET SERVICE THIS PERIOD | 04 | 00 |
| (b) OTHER SERVICE | 00 | 00 |
| (c) TOTAL (Line (1) plus Line (2)) | 04 | 00 |
| TOTAL ACTIVE SERVICE | 04 | 00 |
| FOREIGN AND/OR SEA SERVICE | 00 | 11 |

RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:
199.168 Proof Dir (small arms)

DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:
Rifle Sharpshooter Badge, Bronze Star Medal, Combat Action Ribbon, Purple Heart, Good Conduct Medal, National Defense Service Medal, Vietnam Service Medal w/1*, Vietnam Campaign Medal w/device, RVN Cross of Gallantry w/Plm, CivAct Ribbon w/B

EDUCATION AND TRAINING COMPLETED:
High School Graduate 1966
Scol., CamPen., 1971

| DAYS TIME LOST (Preceding) | PAY ACCRUED LEAVE PAID | INSURANCE IN FORCE (NSLI or USGLI) | AMOUNT OF ALLOTMENT | MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| None | 22 days due | | N/A | N/A |

VA CLAIM NUMBER: N/A

SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE:
[ ] $10,000 [ ] $5,000 [ ] NONE — $15,000

REMARKS:
Good Conduct Medal Period Commences 23Sep71
Served in Vietnam on or after 5Aug64
Served in Vietnam: 690405-700305

PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE:
208 Marvin St., Waxahachie, Ellis 75165

SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED:
Robert Trevino

GRADE AND TITLE OF AUTHORIZED OFFICER: J.S. DEAN, 1stLt., USMC, AdmO

SIGNATURE OF OFFICER AUTHORIZED TO SIGN: J S Dean

DD FORM 214MC (1900) PREVIOUS EDITION OF ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE — SN 0102-002-0000 · SR/OQR OR HQMC-2

## VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas 77077
(713)309-5962
vip4justice@gmail.com

**ROBERT RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS**
Was highly recommended for the Silver Star Award and,
Is a Bronze Star, Purple Heart Recipient
Sept. 23, 1968 – Sept. 22, 1972, VIETNAM ERA



**Born June 7, 1946**

VICTIMS IN PETITION FOR JUSTICE
Gloria Trevino, President
12526 Olympia Drive
Houston, Texas 77077

## COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS
*Houstonian files request for UN review of the unlawful imprisonment of*

### Roberto Rodriguez Trevino

## *For Immediate Release*
Thursday, April 30, 1998

Contact:    Gloria Trevino   Phone:  (281)752-8884.

[Houston]—Houstonian Gloria Trevino filed a request for the intervention of the UN Commissioner for Human

Rights on behalf of her brother Roberto Rodriguez Trevino, a disabled Viet-Nam veteran and recipient of the

"Bronze Star" and "Purple Heart," who has been falsely accused and unlawfully imprisoned for life at the Mark

Stiles Unite Prison in Beaumont, Texas where he is being treated with cruel and unusual punishment and denied

medical treatment for his service-connected disabilities.  The UN Commissioner of Human Rights returned a

communication of receipt of the complaint and sent to the US authorities in accordance with international law

and the Sub-Commission on the Prevention of Discrimination and Protection of Minorities.  In the complaint,

Ms. Trevino requests the investigation of this case, the denouncement of irregularities and discrepancies

throughout the trial and the human rights violations inflicted on her brother by the criminal justice system in the

United States.  This latest motion by Gloria Trevino is another in the long list in her quest for true justice over

the pass years.  Included in these efforts, she peacefully protested in front of the White House for 14 days, was

violently unlawfully arrested twice  and now she has a civil rights case pending on violations of First

Amendment rights of freedom of speech and assembly and likewise she continues to be denied equal legal

representation for her brother, family and herself.  For the Trevino family, no money, no rights, no justice!

Ms. Gloria Trevino is available for interviews upon request.  Please write to her at the above

address or call at  (281)752-8884.  after 9:30 a.m. CST.

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

JANUARY 21, 2015

## ROBERT RODRIGUEZ TREVINO, a VEGGIE
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
## Carol S. Young Medical Facility
## UNLAWFULLY INCARCERATED SINCE 1995



Born June 7, 1946

# VETERANS IN PETITION FOR JUSTICE

**Gloria Trevino, Petitioner – 12526 Olympia Drive – Houston, Texas  77077**
**713-309-5962,  Email; vip4justice@gmail.com**

**VIETNAM WAR  - HIGHLY DECORATED DISABLED VETERAN ROBERT TREVINO**
**SHOT IN HEAD  & WOUNDED THROUGH MILITARY COMBAT HELMET THAT DON'T**
**PROTECT THE SOLDIERS, BUT INSTEAD INTENSIFIES DAMAGE CAUSED BY BULLET.**




# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas 77077
(713)309-5962
vip4justice@gmail.com

## GLORIA TREVINO, UNITED STATES AIR FORCE
## 1979- 1982, Honorably Discharged After MST



Born January 8, 1953

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder - 12526 Olympia Drive - Houston, Texas 77077 - (713)309-5962

May 20, 2013

## ROBERTO R. TREVINO, UNITED STATES MARINE CORPS - VIETNAM ERA

Was highly recommended for the SILVER STAR & is a Bronze Star, Purple Heart recipient. However, since 1995 to date, "ROBERT HAS BEEN LIVING THE AMERICAN NIGHTMARE!"



Robert is a totally disabled American War Hero of Hispanic descent that has been shamefully betrayed by the USA, gang-raped of his dignity, civil, human rights and benefits, treated worse than an undocumented immigrant and more like a man without a Nationality and a man without a Country. His well deserved metals of honor were basically replaced with what amounts to a badge of infamy. He was labeled a "pedophile" by the white-supremacist lover of the Ellis County, Waxahachie Police Chief and a violent gang of juvenile delinquents she had offered immunity from prosecution on felony statutory rape charge against the ring-leader in exchange for their unfounded baseless bogus allegations against Robert. She was the sole rogue lead investigator and the most "credible" state's witness against Robert and was executing her vicious vendetta born of raw hatred and retaliation against Robert for exercising his right to successfully campaign for the resignation of the Police Chief, who was her lover. She even admitted under oath that she never had "liked" Robert and that not having the alleged rape-victims submit to rape examinations was contrary to her training and that it was the DA who had come up with the details. As a result, Robert was maliciously subjected to a sham trial by rage, denied a competency, members of his peers on the all-white bias jury and "RAILROADED." He is a political prisoner and has been languishing in a Texas Department of Criminal Justice dungeon for about the last 20 horrific, oppressive years and is at the end of his life and at death's door. As long as we ignore the crimes of the ruling class, the despotic army of fascists and perpetrators of genocide, renegade judges will continue to administer their own political, racial agenda from the bench instead of administering Justice for all and as a Nation, we will continue to reap the consequences. Robert is innocent and doesn't deserve to die in a dungeon. He courageously risked his life for our Country and your freedom, now we are calling on you to help disentangle Robert from this railroad of extreme bigotry, hypocrisy, supreme tyranny and egregious injustice and help save his life. IT IS THE RIGHT THING TO DO, IT IS THE AMERICAN RIGHT THING TO DO.

"With Liberty and Justice for All"

Veterans In Petition For Justice
Gloria Trevino
12526 Olympia Drive • Houston, TX•77077•281-920-9519

# Vietnam War hero, convicted rapist attracting media attention

HOUSTON—Robert Trevino was a highly-decorated (Silver Star, Purple Hearts) Vietnam War hero who worked hard as a plumber in Waxahachie, Texas; he was also active in the community, working to get the City of Waxahachie to help families with basic services. Well, as his political activism progressed, so did his list of enemies.

Robert Trevino was sentenced in 1995, before 40th District Judge Gene Knize, on 24 counts of sexual assault. Ellis County Press Reporter, Joey Dauben with the help of The Ellis County Press' senior columnist/investigative reporter Fred Shannon & Co. have put together, researched, read, re-read, written, interviewed, researched some more, re-read some more, and have come out with the evidence that there was a conspiracy to frame Robert Trevino for the heinous charges.

Veterans In Petition For Justice, led by Gloria Trevino, Robert Trevino's sister, who lives in Houston, has been working tirelessly for the past nine years to free him from prison. She says her brother has been falsely accused and unlawfully imprisoned for a crime he didn't commit. Robert Trevino is serving a life sentence at the Texas Department of Criminal Justice, Michael Unit in Tennessee Colony, Texas, for aggravated sexual assault.

The evidence - Shannon's in-depth editorials, as well as an article by Dauben - are provided below for the first time outside of The Ellis County Press web site. Dauben has set up a Web site called the Robert Trevino Case. http://www.joeydauben.com/Trevino.htm The Trevino pages are updated weekly.

# The Robert Trevino Case

## Waxahachie man goes from Vietnam War hero to rapist

**JOEY DAUBEN**
*The Ellis County Press*

12-31-03

WAXAHACHIE – Fred Shannon is back.

Shannon, this newspaper's former investigative journalist and senior columnist, has spent the past several months reading and re-reading trial testimony and conducting interviews with family members of Robert Trevino, a highly-decorated Vietnam War hero was sentenced to prison in 1995 on 24 counts of sexual assault.

The case, according to several editorials in recent weeks (with Part 3 this week), documents the deliberate attempt to pin the charges on Trevino from a wayward police investigator, Waxahachie City Manager Bob Sokoll, who threatened Trevino that "someone will get rid of you", and District Judge Gene Knize, as well as County/District Attorney Joe Grubbs.

"This all started with Tulia," Shannon said. "They had a rogue cop, a conspiracy to put the [blacks] in jail...it's the same as [the Trevino case]."

Since the trial, Trevino's family has sought a pardon from Gov. Rick Perry, which he has denied, but a committee to study wrongful imprisonments of war veterans was created by Houston Sen. Rodney Ellis.

The case will be brought before the public in a series of editorials, and then, this reporter will investigate and come out with actual news articles for follow-ups.

"This resembles Tulia so much and how they violated everyone's civil rights," Shannon said. "It's up to us to make sure this doesn't happen again."

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuthin' But A ——

Part I

"Wuddn't nuthin' but a bunch of damned Meskins. What you press folks doing up here stirring up trouble anyway?"

These were the words screamed at me by a citizen of the small town of Tulia, Texas during the public review held at the Tulia Junior High School, July 10, 2002. The public review was conducted by the administrator of the Texas Alcohol and Beverage Commission (TABC) after a TABC raid on the Rosales Family home at a graduation party for their oldest son.

Illegal entry was performed by agents of the TABC, while the law enforcement officials of Tulia and Swisher County looked on. In short the TABC agents were doing local law enforcements' job. Because of the out of media coverage, such as the Ellis County Press (ECP), this infringement on the civil rights of more than 15 individuals resulted in the firing of two of the TABC agents.

In also let the good citizens of Tulia know that civil rights violations would be broadcast nation wide. Tulia, the town where Tom Coleman, who will face charges later this year for his efforts there, was hired to participate in a Drug Task Force operated in the Panhandle of this state. Tulia, the town where 10% of the total black population of the city was arrested, tried, convicted, and sentenced to long term prison sentences based on Coleman's testimony, his and his alone. Testimony and evidence that was thought, by a retired judge, to be contrived for arrest purposes only.

Testimony and evidence, certainly not verified by another law enforcement official, which eventually affected the lives of over 39 individuals and their families. The entire episode finally resulting in a pardon of all individuals charged, by the Governor of the State, Rick Perry. Tulia, the town where the County Sheriff Larry Stewart, who hired Coleman, and the District Attorney Terry McEachern requested Coleman's previous law enforcement history not be allowed to be presented to the jurors in the many trials of the defendants.

Tulia, the town where the District Judge Ed Self allowed Coleman's testimony to stand, while sealing the historical facts of Coleman's previous law enforcement records. In press language this just sounded like a "choo choo" job to those of us who were knowledgeable of the facts, and it subsequently proved to be just that. This is the same Tom Coleman who was hired by Ellis County District Attorney Joe Grubbs, to participate in the Drug Task Force in the county. Subsequently Grubbs had to terminate Coleman for whatever reason, one never fully explained to the public from what I can gather.

No one wants to talk about it. But accordingly one has to ponder and wonder if individuals were wrongfully arrested, tried, convicted and sentenced in Ellis County in a Tulia like manner. Shortly after the Tulia Hispanic mess, I received a phone call from a young lady who introduced herself as a sister to a man who was serving three consecutive life prison sentences for crimes she claimed he did not do. Bear in mind that



investigative journalists and editorial writers receive these type calls almost daily, and intense scrutiny has to be accomplished in order not to wander off on the proverbial wild goose chase.

After hearing approximately one hour of her conversation, I made the decision to look further into the situation. I requested any documentation she had, relative to her claims and, although incomplete, some of those documents arrived two days later. After spending almost 8 hours going over these papers, I smelled railroad locomotive smoke and heard steel wheels on steel tracks. I made the decision to investigate further and I immediately contacted the Owner/Publisher of the Ellis County Press–a paper who "ain't afraid to say what needs to be said and stays with the facts"–and informed him of what I had. Charles and Sheila Hatfield said "GO" and we have. I discussed the possibilities with one of the ECP's staff writers, Joey Dauben, who agreed to do the investigative reporting on the articles.

Shortly after the decision was made to go public with the facts of the case, we held a meeting with the family of the gentleman who is currently incarcerated, and more details were gleaned from these family members, along with a complete transcript of the trial. After having read the complete transcript, consisting of four complete books, plus a Bill of Exception, five times, I am convinced this trial was one of the biggest "railroad jobs" that has ever been conducted by the judicial system.

This trial, and all the incidents connected with this trial was conducted in ELLIS COUNTY on August 21, 22, 23, 24, 1995 via Cause Nos. 21,530, 21,531, 21,532, 21,533, 21,534 in the 40th Judicial District Court of Ellis County, Texas. The case is listed as State of Texas vs. Roberto Trevino. Major players include the Honorable Gene Knize, Judge of the 40th Judicial District Court of Ellis County, Mr. Joe Grubbs, District Attorney, Ms. Lacy Buckingham and Mr. Steve Marshal of the District Attorney's staff, along with Mr John Dixon, attorney at law for the defendant, Robert Rodriquez Trevino. Mr. Trevino is a Hispanic; Mr John Dixon is a black lawyer from Houston Texas, the jury was all white, the judge is white, Mr. Grubbs is white, and both Ms. Buckingham and Mr. Marshal are both white, and this trial took place in Waxahachie, Texas.

There were two blacks in the jury pool, one struck by the defense, and one struck by the prosecution on one of the most outrageous rationales this writer has ever heard. More on this later. Now, if that's not a loaded gun to the temple with 5 fingers on the trigger, you'll never see it. So be it, the change of venue, requested by the defense, was opposed by not only the prosecution, the judge, district attorney, but it was verified that a fair trial could be held in Ellis County by one Mike Boyd, a banker from Italy, Texas–also the son of one Barney Boyd (deceased), a former Sheriff of Ellis County. Help me here please!

How in the hell could a banker from Italy, Texas be called on to testify to the ability of this court to conduct a fair and unbiased trial? What special air exists in Italy that would provide that capability? Did Mr. Boyd have some special elixir he was drinking in order to make that decision, or perhaps he may just have been called on by someone involved to come forth and share his great knowledge with the world.

One thing for certain, you can bet the farm if this happened, no one from the defense team made that request. The local paper in Waxahachie, the Daily Light was publishing almost as it's name implies, "daily" reports on the pre trial events. Some 48 year old Hispanic had abused several "children" and he was gonna' pay. Wait until we get through presenting these "children" to you along with their public Open Record resumes. You will just have to ask yourself how these people's testimony could ever be presumed to have any veracity whatsoever.

You have to ask, "Why is Shannon on this case so vehemently?" Firstly, I have the utmost sympathy, compassion, and respect for the Hispanic cultural group. I am a Comanche Native- American, the white man's hyphenation, not mine. I prefer to be called what I am; an American Original. I was raised with the Mexican people on our ranch in west Texas, and spoke the language fluently at one time, I understand the culture very well and I believe I can judge the character of the Hispanic as well as anyone. I'm also intelligent enough to realize though established as a "Minority Group" at the current time, the Hispanic will



be the "Majority Group" in this state in the near future. One other thing that is eating in my craw, Robert Trevino and I are brothers who share a common bond.

That bond is we both fought our asses off in Viet Nam, and both of us were severely wounded, while some of the American Elite either dodged the draft, burned their draft cards, joined the National Guard and didn't make the meetings, rode the education band wagon for student deferments while failing their courses. Others left for Canada, and were pardoned by the infamous peanut farmer from Georgia, Jimmy Carter, and the Rockefeller group from New York City. Meanwhile Robert Trevino, Fred Shannon, and thousands of other "peons" were either drafted and/or volunteered to do battle with whoever the idiot congress and the president decided to do battle with across the globe. I might add, there were over 50,000 who paid the supreme sacrifice and didn't come back to the land of the big PX, and over 2000 MIA's that Nixon and company negotiated away to spend eternity in the Tiger Cages of Southeast Asia. Bitter, you bet your ass we're bitter. We can become more mean, nasty, and sordid when you screw with one of the brothers, and folks that, in my opinion, is just what the "Ellis County Musical Chair Politicos" did to Mr. Trevino.

Of course I'm referring to Messrs. Grubbs, Knize, Sokoll, an ex-police chief named Garber--the same individual who sold the confiscated guns to the Arizona combine until he was caught--, and possibly, one of the Detective Investigators of the Waxahachie Police Department who is still employed there. So here's our heads up to the individuals listed above, and to all the witnesses who participated in the trial and/or anyone named in the Official Transcript of the trial. We will be using names, dates, incidences, testimony and any other items deemed pertinent from this public record.

And to those who have participated in this railroad job: "You've made a mistake in believing because he's just one more 'Meddlin' Mexican', trying to get the city politicos to stand up and do what they're sworn to do, ain't nobody gonna' care what happens to him." Waylon Jennings said it best in one of his old country songs, "WRONG!!" I would wager that when we put the "real facts" before the good citizens of Ellis County in this case, these public politicians are gonna' answer more questions than they've ever had the opportunity to provide in all of their "public trough feeding" careers. Every instance, quotation, and personal opinion mentioned in the future parts of this editorial will be based solely on that Official Transcript.

There will be no "allegations, unnamed sources, individuals who request anonymity, persons who will not be identified, or any politically correct statements forthcoming. In other words this will be a bare bones, bare knuckle, honest, hard hitting, factual presentation of the facts of this Ellis County Choo Choo. If you think you're going to have a problem with any of this, you can contact me at 432-553-8851 or a local call to 972-544-2369 for Charles/Sheila Hatfield, or Joe Dauben. We'll be glad to talk to you and make every attempt to lessen any hardship this trial reconstruction might cause you or your family. We will not, however, jeopardize Robert Trevino's future by withholding any information we think could do that very thing.

Fred Shannon - Former Senior Columnist and Investigative Reporter Ellis County Press

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuthin' But A _____

Part II

"On the evening of 6 Sep 69 the 1st Platoon Fox Company 2/26 was conducting operations in defense of the Danang Area. At approximately 2400 hours the platoon CP (Command Post) was assaulted by a platoon of NVA (North Vietnamese Army). The initial assault started with 82mm mortars falling around and inside

the perimeter————— The first burst of fire found five Marines seriously wounded, one of the Marines was in the same hole occupied by PFC TREVINO. The wounded Marine was bleeding excessively as the assault continued. PFC TREVINO, seeing the wounded Marine applied battle dressing to the Marine to stop the bleeding. All during this time PFC TREVINO's hole also kept receiving heavy automatic fire————. The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, and at one point in the firefight PFC TREVINO received one round going straight through his helmet yet he continued to return fire. The bizarre phenomenon of his actions were he was wounded badly himself with shrapnel metal. After the enemy were moved back, after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds. PFC TREVINO was a definite inspiration to the remaining men that were not wounded. And most of all his actions bringing credit to himself and the U.S. Marine Corps. PFC TREVINO is highly recommended for the Silver Star."

The above is an extraction from a recommendation filed by PFC TREVINO'S platoon sergeant Robert A. Costeno to the Commanding Officer, Battalion Landing Team 2/26 of the United States Marine Corps.

As I read the recommendation above, I correlated it to memories of the disaster of Vietnam and also to some of my own experiences. The Silver Star was not awarded, I don't know why, but Robert R. Trevino received the Bronze Star with a V device for the valor he exhibited on this terrible night. A Hero by any definition.

This is the same Robert R. Trevino which, 27 years later on August 21, 1995, would face some of the most horrendous charges in a court of law imaginable; the sexual abuse of a child. Prior to this trial, Robert Trevino faced another set of charges in Ellis County. He was charged and convicted with unlawfully carrying a handgun. But an appeal to the Court of Criminal Appeals of Texas on case number 53785, dated Sept 21, 1977 was honored by that court and reversed the conviction.

Court statement, first paragraph: "Defendant was convicted before the County Court, Ellis County, Joe Grubbs, of unlawfully carrying a handgun, and he appealed. The Court of Criminal Appeals, Green, C., held that the record was not sufficiently developed to show that the defendant knowingly and intelligently waived his right to counsel after being made aware of advantages and disadvantages of self-representation, thus requiring reversal. Reversed and Remanded." The Court document goes on to state the legal participants involved as Russ W. Henrichs, Dallas, For the Appellant. Gene Knize, County Atty. And Constance Smith McGuire, Asst. County Atty.; Waxahachie. Jim D. Vokers (Sic) State's Atty. And David S. McAngus, Asst. State's Atty, Austin for the State. Readers the above is not a typo. In September 1977 Joe Grubbs WAS the County Judge, and Gene Knize WAS the County Attorney.

The musical chairs, reversing these two men's position happened at a later date. But in any case, both of the gents had their wrists slapped and you can bet the farm they didn't forget. At a later time when Robert Trevino was hit with the trumped up charges of sexual abuse of children, both of these men played a HUGE part in getting him sent up the river to serve 3 consecutive life sentences in one of the most hideous examples of justice miscarriage this writer has ever witnessed.

Subsequent to obtaining a complete court transcript, and carefully reading it over 6 or 7 times by several members of the Ellis County Press team, it was decided because of the fact all of the primary witnesses—although juveniles at the time of the trial—are now adults; we will provide the names of those witnesses along with their current criminal/civil court records. There were five "children" involved in testimony for the prosecution: Stacy Harris—A 13 year old girl at the time of trial. In the summer of 1994 she was the 12 year old girl friend of 17 year old Patrick Lankford, and readily admits having sexual intercourse with Patrick in Robert Trevino's house while Robert was in the house, but not in the bedroom. Page 39 Court Transcript, dated August 22, 1995. She later claimed that Robert Trevino mixed her a drink and she became ill and threw up in the bathroom. She then claims she laid on Trevino's bed and he fondled her, while at the same time she was ill and still throwing up. Her entire testimony is fraught with lies.



These lies are apparent in the Court Transcript and will be discussed later. Shawn Lankford—A 16 year old boy at the time of the trial. He is a younger brother to the same Patrick Lankford who had sex with Stacy Harris when she was 12 years old. His claims that Robert Trevino had sex with him several times and that it was painful each time, but he also admits that he returned to Trevino's house many times. When queried why, if the sex was painful, did he keep going back to the Trevino house, his answer was words to the effect, "I just didn't have any other place to go." Yeh right. Much more will be revealed when we take this person's testimony apart as we plan to do. Patrick Lankford—An 18 year old man at the time of the trial and the "ringleader" of this gang. He claims to have had multiple contacts, sexually, with Robert Trevino. In the next breath he also claims pain, but he too also remained in contact with Trevino. He also readily admits having sex with Stacy Harris when she was 12 years old and he was 17. He also, under oath, admits he and his parents couldn't get along and his mother, Mrs. Harris, obtained a court order for Robert Trevino to take him to school and pick him up daily. This in order to keep him from going to Juvenile Detention.

His testimony, relative to the date he was molested, would be absolutely hilarious if the results of that testimony weren't so tragic. That is, if Judge Knize would have exercised his judicial responsibility and thrown the entire case out of court after this man's claims became so bizarre it was unbelievable. I will wager you will be screaming for blood when I finish this man's testimonial analysis. Shannon (Shane) Russell—A 15 year old boy at the time of the trial. This kid had to be brought to the trial site from Stephenville, Texas, where he admittedly was in a drug and alcohol treatment center and had been there since August 27, 1994. That in accordance with the court document. Remember we're in trial on August 22, 1995. He, too, claims Trevino had sex with him many times, but like the others he continued to go to Trevino's house and farm. He also admits he told no one about his alleged relationship with Trevino until detective Billie Wiggins of the Waxahachie PD came to his house to hear what happened to him. Did he complain to anyone before that time?

No. Did he file any charges against Trevino before that time? No. Then how in the good name of anyone did Billie Wiggins find out about the alleged attack on this boy. Well, pour Patrick Lankford, Stacy Harris and a couple of more members of the gang into the mix and you see a conspiracy starting to unfold. There's a reason for all this that will be forthcoming, I promise you. Christopher Williams—A 16 year old boy at the time of the trial. Introduced to Trevino by Patrick Lankford. Yep, Williams was another member of the Patrick Lankford fraternity. He, like the others, alleges that Trevino had sex with him many times and it was painful, but he also kept coming back to the Trevino house and farm. He also claims Trevino held a gun on him to have sex. He admits under oath that Patrick Lankford burglarized his home and they, at trial date, are no longer friends. When we take this testimony apart you'll see the beginning of the end for Trevino's chances of a fair trial.

Not in Ellis County. There you have a little background on the five principal witness who filed charges against Trevino. The coincidence of the charge filing dates will be discussed at length, along with the actions and inactions of the Police Detective assigned the case, Billie Wiggins at the time of the trial. Ms. Wiggins has married and is the same Lieutenant Billie Wiggins Pendleton still assigned to the Waxahachie Police Department. Much more on her later. That's this episode, limited only by space in the press. There is so much to this mess, it will have to be an ongoing serial according to the Editor. It will be and we will continue to provide you, the reader, with facts and only facts.

Fred Shannon—Former Investigative Reporter and Senior Columnist Ellis County Press

http://www.joeydauben.com/Trevino.htm

"Wuddn't Nuthin' But A ——

Part III

Robert R. Trevino is currently serving three consecutive life sentences, for several counts of child abuse. He is the victim, in this writer's opinion, of a travesty of justice executed against him in the 40th District



Court, Ellis County, on August 21 through 24, 1995. But the ruling on the "ratified job" case occurred October 3, 1995 during a Bill Of Exception hearing before the HONORABLE GENE KNIZE, Judge, Presiding.

Texas Appellant Court Rule 33.2 covers Formal Bills of Exception. These bills are filed, formally, to complain on appeal about a matter that would not otherwise appear in the record in a court of law. Mr. Trevino's attorney, John Dixon, filed such a bill in order to argue several points he was not able to make during Mr. Trevino's trial, and to set the stage for an appeal of Trevino's case.

What happened during this hearing will be taken "verbatim" as a true copy from the document labeled "BILL OF EXCEPTION" covering Cause nos. 21,530 to and including 21,534, dated Oct 3, 1995 prepared by Bryan L. Cooley, CSR. This is a public document and can be obtained from the Court. There will be several quotes in this article taken directly from the bill, utilizing names, times and dates if necessary. Part III of this series will deal with only the Bill Of Exception direct examination of one BILLIE WIGGINS, the officer responsible for the investigation of the charges against Trevino.

Ms Wiggins is currently employed with the Waxahachie Police Department and is actively engaged in police work activity. She has, however, married and now is known as Billie Wiggins Pendleton according to Texas State Driver's License Records. The direct examination of Ms. Wiggins, by Mr. Dixon, will be covered extensively. There are several areas of the discussion that leaves this writer "cold" with her answers. There is, in one subject area, she was asked the exactly worded question and in one instance her answer was "Yes", and shortly thereafter she answered the same question "No".

It will be pointed out to you. During this direct examination, Mr. Marshall of the District Attorney's office made several objections, some sustained and some overruled. Marshall did, however, object to the very first question Dixon asked of Wiggins. Here is the Question and answer from the transcript, Dixon; Office, Wiggins, what was your relationship with former Police Chief Ted Garber? It was objected to by Marshall and overruled by the Court. Dixon again had to repeat the question and the following is Wiggins' answer. Wiggins; He was the Chief of Police for the Waxahachie Police Department where I was and am still currently employed. It was obvious that Dixon was trying to establish a romantic relationship between the two and proved so during the following questioning. This examination can be found from page 17, line 15 through page 29, line 8 of the official transcript.

During the questioning Ms. Wiggins makes the following statement on page 19, lines 2 through 7. "WITNESS: I woke like to state for the record, the time we are going back into, it was a very traumatic time in my life. I was HOSPITALIZED AND DIAGNOSED WITH MAJOR DEPRESSION. So I will answer your questions with the best of my recollection." (This is Ms. Wiggins' Testimony verbatim from the transcript. The emphasis and capitalization are added). This is a law enforcement official, testifying before a District Judge, after investigating charges against another leading being that had just received 3 life sentences in prison? This is a law enforcement official with the capability of carrying a sidearm and making arrests on the citizens of Waxahachie? Wouldn't it appear to someone that this person's actions and/or reactions could possibly be questionable?

"Wouldn't a "justice seeking" judge be at least a little curious about this witness' testimony? Pointing out possible perjury, in Ms. Wiggins testimony about a meeting held in the Council chambers in Waxahachie. In the Bill Transcript—page 20, line 18 through 25 same page; Q. Do you ever remember seeing Robert Trevino at a City Hall meeting designed for the purpose of addressing the termination or resignation of Ted Garber? A. Yes. Q. Were you at the meeting when City Manager Bob Sokora allegedly verbally assaulted Robert Trevino? A. Yes, Sir. Page 27, Line 25 and page 28, lines 1 through 4, the following question and answer are number 2. Q. Do you know" — were you at the meeting — did I ask you whether you were at the meeting on the night that Mr. Sokol allegedly verbally assaulted Robert Trevino? A. No, I wasn't.

Well, was it Yes or was it No? This is a legally sworn law enforcement official answering a question with completely opposite responses in the course of a few minutes. Short memories don't belong in life

threatening situations, or obtaining evidence resulting in life sentences for an individual. Here's the killer question and answer. It appears on page 28, lines 24-25 and page 29, lines 1-3 of the official transcript. Q. But you didn't like Robert Trevino's attacks on Mr. Garber, did you, Ms. Wiggins? A. I HAVEN'T LIKE ROBERT TREVINO SINCE THE FIRST TIME I ISSUED HIM A CITATION, WHICH WAS THE OCCASION I SPOKE OF THE FIRST YEAR I CAME HERE. (Emphasis added, but the word 'like' was probably 'liked') Now if you were a District Judge and you heard this law enforcement official make this statement in a Bill of Exception hearing, what would you think of the extensive testimony she gave during the trial? What's more important, what kind of a non-biased, objective investigation could this person conduct on an individual she admittedly didn't like?

Along with the foregoing, how much of her investigation contained the real, true facts? When I read this statement, and taking into consideration all of the other research I've done on this case, it reaffirmed my opinion that Robert Trevino has been sitting in prison for over 9 years because of this injustice. The injustice wasn't tendered by Billie Wiggins alone however. The District Attorney, and the Judge could and should have put a stop to this immediately, if they had had the desire and any visionary forethought whatsoever. Most certainly Judge Knize should have taken all the above in consideration before he rendered his decision to honor the State's Objection. What a mess!! If you think this is a witch hunt, you should read the transcript of the trial. I will try to give you an idea of the garbage that transpired in court in another part of the series.

The above testimony did cause some heartburn for Judge Knize in his summary of the Bill of Exception hearing, and here is his final statement page 39, lines 3 through 25 and page 40, lines 1 through 3 : Quote: THE COURT: "All right. Thank you Mr. Dixon. It would certainly be included as part of the record in this case, especially if you ask the court reporter to type it up and put it in there. But I find the evidence offered in support of your conclusions of a conspiracy against the defendant to be nonsecular, jumping the Grand Canyon without a bridge, and therefore, I sustain the State's object to the offer of the testimony being offered today, with the exception -- and I would like to note for the record that the defendant's question of -- -and I don't recall exactly how it was.

But it was something to the effect of the witness Wiggins, do you like or dislike Robert Trevino, and her answer was she hadn't liked Robert Trevino since the first citation. That question was not asked the witness during the trial of this cause nor was it tendered to the Court to be asked of the witness. And if it would have been, the Court would have admitted it. But that wasn't tendered to the Court during the trial at that time, and with the exception of that one question and one answer, I sustain the State's objection to the testimony." Unquote. What a nice unobtrusive way for a Judge to cover his butt. What about justice in this case?

Aren't we interested in that? Here's some questions that need answers: ------Could a possibly biased, non-objective investigation by a police official of the city, who stated in sworn testimony she hadn't liked Trevino since the first time she issued him a citation, been in the interest of an individual's guaranty of his constitutional rights? Doubtful! ------Could the investigator, responsible for the evidence that put Trevino behind bars, who was shoulder to shoulder and was rumored, and I specify "rumored", to have had a romantic affair with the ex-police chief (who Robert Trevino and others attempted to have terminated for trying to rid the city of some police officers) be non-subjective in her evidence presentation to the District Attorney's office? Doubtful! ------Could the investigator, who works for, and has her checks signed by the City Manager who had verbal assault charges filed against him by Robert Trevino for allegedly stating words to the effect, "Maybe someone will get rid of you", be not intimidated by this man's position respective to her employment? Doubtful! ------Could the investigator who provided investigative evidence to the District Attorney—Gene Knize at the time— and the Judge—Joe Grubbs at the time— (both who had their hands slapped by an appeal court in a previous case against Trevino for not allowing him "absolute" legal representation in a former case) be not intimidated by their positions? Doubtful! And oh, by the way, this is the same investigator who had personal knowledge of charges filed against Patrick Lankford, a witness against Trevino, in August/September 1994—almost 6 months prior to the arrest of Trevino— for statutory rape of a 12 year old girl, and did not arrest the young man earlier.

Point of interest, I could find no record that he has ever answered for that little ditty, but I was able to find out he's had "serious problems" with the legal system subsequent to the trial of Trevino. A little "Louisiana Lagniappe" (something extra) for a later time that you can chew on. It's hard to prove a negative, and folks may say there was no "conspiracy", but I can tell you there's something rotten in this Ellis County trial, and Robert Trevino is sitting in a prison cell serving time for something he probably did not do. And you think Tulia, and the justice rendered there is sinful? Hang on, you ain't heard nuttin' yet.

*Fred Shannon - Former Senior Columnist Ellis County*
*Press*http://www.joeydauben.com/Trevino.htm

Wuddn't Nuttin' But A ————

Part 5

"Leave the woman alone, she's an officer of the law!" "You should be ashamed of yourself, don't you believe a policeman?" "Why are you hounding Ms. Wiggins, she didn't do anything wrong." "How would you like it if your wife were being crucified in the news media like you're doing Billie Wiggins."

All the above, the probable results of e-mails and telephone calls received by this writer, if I weren't quoting directly from the transcripts of the trial of Robert Trevino in August 1995. Truth of the matter is I've not received one single email, phone call, or threat about the previous four parts of this series. Does that mean I've struck a chord of truth, or people just don't care.

In either case we're continuing to bring to the readership's attention the fallacies and ambiguities of Ms. Wiggins' testimony in that trial. Is all this important? It certainly is when one considers a Vietnam War Hero is languishing in prison doing 3 life sentences because of the Wiggins' "investigation", which could more accurately be labeled "railroad job" in the opinion of many.

Did Wiggins lie on the stand before Judge Knize? In the opinion of this writer and according to the official transcript, not once, but many times. Why wasn't she called on those untruths and why weren't perjury charges filed against her? Was it her word against more than one witness, or did she knowingly fabricate testimony? Continuing with the revelation, here goes from the official transcript. You make up your own mind.

In the August 24, 1995, page 110, lines 17 through 25 of the official transcript, the following discourse occurred:

Q. Did you offer any assistant to Stacy Harris in the interview?
A. Her mother was there sitting right beside her during the entire time of the written statement given by her.
Q. Did you offer any assistance to Stacy Harris in conducting the interview?
A. Her mother was sitting right beside her. As far as—.

Well that's pretty plain to me. Stacy Harris' mother was sitting there in the room with Stacy and Wiggins during the entire interview...but here's Ms. Harris' statement from the official transcript from the same exact day Wiggins spoke the foregoing words. Page 183 lines 8 through 19 of that same transcript:

Q. When you met Ms. Wiggins the next day, did you -- were you interviewed by her at that time?
A. No I was not. My daughter was.
Q. Were you present with her at that interview?
A. Kind of, sort of.
Q. Could you be a little more specific?
A. Well I didn't stay in the room the whole time they talked.
Q. So most of the time Ms. Wiggins was there, she was along with Stacy Harris?
A. You could say, yes.



I don't know how you read these statements, but someone isn't being truthful. I choose to believe Ms. Harris, it was her daughter, and she had no reason to not be truthful. If one were conducting an investigation for prosecution, with a biased outlook on the outcome, Ms. Wiggins once more is indicating her ability to look good on the stand. Too bad, but the transcripts have borne out the many times Ms. Wiggins hasn't been able to get to the facts as they really are.

Recalling testimony from Wiggins in the previous part of the series, she elaborates on the charges filed against Patrick Lankford and Robert Trevino as being those of "indecency with a child". Not one time did the prosecution ever bring up the fact that Statutory Rape charges were filed on Patrick Lankford by Ms. Harris for Lankford's rape of her 12 year old daughter. Wiggins ducked the question 4 times in her testimony on August 23, 1995. The following is the first time she admits that Ms. Harris' complaint was Statutory Rape.

From the August 24, 1995 transcript, page 82, lines 6 through 22:

Q. Is it not true that the real reason in this particular case that Robert Trevino is on trial is because Patrick Lankford provided you with information about Robert Trevino with the anticipation that you would not file charges against him for statutory rape on Stacy Harris?
A. No, sir.
Q. Then why is not Patrick Lankford in jail for statutory rape?
Marshal of the DA's office objects and Judge Knize overrules him.
A. I don't make that Grand Jury referral. I sent that to the District Attorney's office, and where it goes from there I have no idea.

Well I guess that puts the ball in Joe Grubbs' court so to speak. Where did it go Joe? You still got it or did you use the thing in some manner?

We now know, from Ms. Harris' and Ms. Wiggins' testimony that there was a statutory charge and complaint supposedly filed against Patrick Lankford. What happened to it is anybody's guess. I further confirmed the complaint by researching further into the transcript. Here is Ms. Patricia Lankford's, Patrick's mother's, testimony relative to the statutory rape charges:
From the official transcript of August 24, 1995, page 136, lines 12 through 25:

Q. Were you ever visited by Officer Wiggins regarding a complaint of statutory rape made by Stacy Harris?
Marshal objects and Knize overrules.
A. Okay. Could you say that again.
Q. Were you ever visited by Officer Wiggins regarding a statutory rape complaint made by Stacy Harris against Patrick Lankford?
A. Yes, sir.

Well I guess that puts that to rest. Did Patrick Lankford rape Stacy Harris and were complaints issued by Stacy Harris' mother? You bet they were. What happened to them is the mystery of the decade. No one knows what happened to them. Or no one knows enough to talk about them.

One has to ask why the ambiguities in the Wiggins' testimony. Are we covering up something, or is her testimony designed to keep from telling what really happened? It is my personal opinion that both facts bear looking into and we are.

Don't give up, we may get another trial for Robert and move the venue. At least Mike Boyd won't be called to verify that a fair one could be held in Ellis County. Maybe the Texas Rangers are better informed with respect to this one than some folks realize. Fred Shannon Former Investigative Reporter and Senior Columnist
Ellis County Press

*In Loving Memory*





*Roberto Rodriguez Trevino*

*June 7, 1946 ~ November 3, 2022*

MEDICAL RECORD | CONSULTATION SHEET

REQUEST

TO: _____  FROM: PTSD PROGRAM  DATE OF REQUEST: 17/10/93

Pt. is 47 Y-O Marine combat veteran who reports "Drop Attacks" following duty in Vietnam. Described bleeding from ears, nose + mouth after close grenade explosions. Pt will require transportation assistance which RCT will arrange when appt for evaluation is scheduled. Please see attached NOTE. Thank you.

PROVISIONAL DIAGNOSIS
1.) PTSD 2.) Depression 3.) R/O OBS 2° Head injury

CONSULTATION REPORT

Background Information: Robert R. Trevino is a 47 y/o, RH, USN who was referred for neuropsychological evaluation by Dr. Reagan Andrews in the PTSD clinic. Accelerated memory problems, chronic hearing deficits, and "drop attacks" - sudden blackouts, were the major complaints that precipitated the evaluation. The evaluation was requested to determine Mr. Trevino's current level of functioning.

Mr. Trevino was born in Laredo, TX and is the second oldest of 10 children. Spanish was the primary language spoken in his family. While in school, Mr. Trevino reported making mostly A's, B's, and C's and he was actively involved in football and cross country track. He noted that he excelled in math and history; his worst subject was English. He graduated from high school in 1966 and began attending college on a part-time basis while working for the Texas Department of Corrections (TDC). Mr. Trevino reported that he joined the Marines in an effort to avoid being drafted into the Army. Upon his discharge from the military, Mr. Trevino indicated that he worked for a brief period at TDC, then switched to construction and plumbing. He noted he has been unemployed for the past four years due to health problems, in particular increased knee pain, recurrent "drop attacks", and memory difficulties.

Mr. Trevino enlisted in the Marines in September of 1968. He was assigned to the "Fox" Company at Danang, Vietnam, where he functioned as 0311 Rifleman until he was wounded in 1969. Mr. Trevino's unit was

(Continued on reverse side)

SIGNATURE AND TITLE | DATE

IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO.

PATIENT'S IDENTIFICATION

TREVINO, ROBERT R.

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

(214) 937-1145

MAY 09 1995

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 3-77)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
513-108

VOL0001 PG0022

actively involved in "Search and Destroy" missions and protection of roads and bridges. As noted in many military documents, including his letter of recommendation for a silver star, Mr. Trevino suffered a serious head injury when he was shot through his helmet and injured in a hand grenade concussion blast. Mr. Trevino was rendered momentarily unconscious and was profusely bleeding from his ears, nose, and mouth. In addition, he sustained injury to his left knee and leg due to metal chrapnel. He received medical treatment, including a two-month convalescence on a ship. At this time, Mr. Trevino began experiencing what he refers to as "drop attacks" which present as sudden blackouts without warning and he has no recollection of them occurring. Mr. Trevino was offered a medical discharge, which he refused because he wanted to complete his tour of duty.

Shortly after returning to his unit, Mr. Trevino reported suffering another serious injury while attempting to jump a ravine in an effort to clear a pathway for his squad. He fell 35-40 feet into the ravine and split his right knee cap in half. Mr. Trevino reported that his commander refused to medivac him due to hazards and he continued to limp on his leg for a month until his unit was in a position that he could be safely evacuated. After receiving medical treatment, Mr. Trevino was again offered a medical discharge which he refused for the same reason previously stated. Following this convalescence period, he was returned to duty and transferred back to CONUS and Camp Pendleton, CA to complete his tour of duty. Mr. Trevino received a honorable discharge from the Marines in September, 1972. During his military service, Mr. Trevino was awarded a Purple Heart and a Bronze Star Medal with Combat "V".

Mr. Trevino's medical problems and hx since his military discharge are all related to injuries he incurred while serving in the Marines. Mr. Trevino suffered severe hearing loss and currently wears hearing aide devices as a result of his head injury. He continues to report ringing in his ears. He noted that he began to experience "drop attacks" after this head injury, which persist today. Mr. Trevino's license is currently under review by the Dept. of Public Safety due to this health condition. He also reports suffering from arthritis in both legs and jungle rot on his feet. He denied any history of seizures or other head trauma.

Psychologically, Mr. Trevino reported daily either "day and/or nightmares" related to his combat experience. He noted that it is not uncommon for him to experience visual hallucinations with the day time episodes. He reported hearing a helicopter at a recent family gathering in which he then "saw" the helicopter and began ordering everyone to get their gear ready for departure. He indicated that he frightened his family, especially his young nieces and nephews, which greatly disturbs him. Mr. Trevino reports feeling "nervous", "jumpy", frequently breaking out in sweats and trembling. He reports difficulty sleeping, with a usual sleep pattern of one to two hours of sleep each night. Mr. Trevino also reported feeling very depressed;

MAY 09 1995

VOL0001 P60023

Standard Form 507
(12-77-79)

**CLINICAL RECORD**

Report on _____

or

Continuation of S.F. _____
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

*(Sign and date)*

in part due to the physical pain and nightmares he endures, but also because of the lack of understanding and poor treatment he has received at the VA. He noted frequent temper and rage control problems, as well as homicidal and suicidal thoughts. Mr. Trevino's current medications include Protriptyline, Sulindac, Lodine, Cephalexin, Ibuprofen, and Fluoxetine.

As for drug or alcohol history, Mr. Trevino reported engaging in some "social drinking" while enlisted in the Marines. He also reports very little alcohol consumption since his military discharge. Mr. Trevino reported receiving a DWI two years ago, however the case was dismissed since his weaving was due to health problems which were not alcohol related. He denies any drug abuse, as well as any family history for alcohol or drug abuse.

Behavioral Observations: Mr. Trevino arrived early for his appointment and was casually dressed. Initially, Mr. Trevino expressed a great deal of anger and was very resistant to testing once he discovered the examiner was an intern and not a "doctor". Mr. Trevino frequently became tearful as he expressed feelings of anger, rejection, and hurt. Most of these feelings center around his perception of giving his life to his country and then receiving "poor treatment" from the VA in return. Dr. Michael Eppinger, Supervising Psychologist, spoke with Mr. Trevino and addressed his concerns and questions. It appeared that once someone in authority listened to him and was sympathetic to his problems, Mr. Trevino felt trust could be established and was amenable to testing. As the testing session progressed, Mr. Trevino continued to become more relaxed and talkative with the examiner. During the second day of testing Mr. Trevino brought with him many of his military records, pictures, and his damaged helmet to share with the examiner.

Once trust and rapport was established with Mr. Trevino, he was very friendly and cooperative. Mood was depressed and he continued to be tearful during the interview when painful memories were discussed or when he described some of his physical problems. He acknowledged suicidal and homicidal ideations, as well as visual hallucinations associated with PTSD episodes. His speech was normal in pace and

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.                    WARD NO.

REPORT ON _____ or CONTINUATION OF _____

STANDARD FORM 507
General Services Administration and Interagency Committee on Medical Records
FPMR (41 CFR) 201-45.505
FIRMR (41 CFR) 507-107

U.S. GPO: 1992-324-454/60327

MAY 09 1995

VOL0001 PG5824

volume. He was alert and oriented to person, place, time, and
situation. His memory and concentration abilities were sufficient for
him to complete the more formal aspects of testing. Mr. Trevino was
attentive and put forth considerable effort on each task indicating
that the test results are an accurate reflection of his current
cognitive and personality functioning.

Tests Administered:  Halstead-Reitan Neuropsychological Test Battery,
Wechsler Adult Intelligence Scale-Revised (WAIS-R), Wechsler Memory
Scale (Russell Version), California Verbal Learning Test, Stroop
Color-Word Test, Hooper Visual Organization Test, Wisconsin Card
Sorting Test, Millon Clinical Multiaxial Inventory-2, and Minnesota
Multiphasic Personality Inventory (administered by PTSD clinic).

TEST RESULTS

Attention and Concentration:  His functioning in most areas, including
attention and concentration, appeared to vary as a function of the
complexity and duration of the task.  His ability to attend to a
series of numbers and immediately recalling them either forwards or
backwards fell within the low average range (DS=7), as well as his
ability to attend to and solve simple arithmetic problems
(Arithmetic=7).  Mr. Trevino's performance on a task involving mental
calculation and attention to and selection of particular numbers and
letters was moderately impaired.  His performance on a task that
involved sustained attention to a timed, complex, visual-motor task
however, fell significantly below average (DSy=3).

Motor and Sensory-Perceptual Functioning:  Measures of upper extremity
fine motor speed (Finger Tapping) indicate mild impairment for his
dominate hand (R) and average ability for his nondominate hand (L).
Additionally, grip strength of his dominate hand (R) was also slightly
lower than that of his nondominate hand (L).

Mr. Trevino's performance on the visual task of the Sensory-Perceptual
Examination was within normal limits.  However, on a task of visual
perception of drawings, and identifying missing details, his
performance was significantly below average (Picture Completion=4).
His detection of the presence or absence and general location (hand or
face) of tactile stimulation was intact (bilateral simultaneous
tactile stimulation), as well as his ability to perceive specific
locations of tactile stimulation (Tactile Finger Recognition), but his
fine tactile discrimination ability was the mildly impaired range.
(Fingertip Number Writing).  Mr. Trevino's perception of and ability
to discriminate patterns of sounds was in the severely impaired range
(Seashore Rhythm Test).  His ability to visually identify spoken words
was very severely impaired (Speech Sounds Perception Test).

Visual-Spatial and Visual-Motor Functioning:  Mr. Trevino was able to
manually copy simple geometric figures without difficulty (Aphasia
Screening drawings).  His ability to perceive meaningful wholes from

MAY 09 1995

VOL0001 PG0025

PSYCHOLOGICAL TESTING

Standard Form 507
(1/27/94)

CLINICAL RECORD

Report on _____
or
Continuation of S.F. XXXXXXXXXXXXXXXXXXXXXXXXXX

*(Sign and date)*

their constituent parts was in the low average to average range
(Object Assembly=7, Hooper=T48), as was his ability to visualize
complex geometric designs and reproduce them with groupings of blocks
(Block Design=8). On a timed task of tactile identification of
geometrically shaped blocks and the spaces into which they fit, his
performance for both his dominant (R) and nondominate (L) was in the
mild impairment range. With regard to visual-motor integration Mr.
Trevino was very slow on a task requiring the ability to rapidly code
symbols in sequence.

Memory: Mr. Trevino's ability to store and retrieve verbal memories
immediately after presentation of the information, as well as his
ability to recall this information after a delay fell within the
moderately impaired range. His ability to retain this type of
information after the delay appears to be in the mildly impaired
range. On another memory task which taps simpler word acquisition,
Mr. Trevino fell within normal limits. Additionally, his long-term
memory of well-learned information appears to be intact
(Information=10, Vocabulary=8). His immediate recall of nonverbal
information (geometric figures) presented visually fell within the
mildly impaired range, while his delayed recall was in the average
range. His ability to retain this type of information after a delay
appears to be within normal limits. Additionally, his ability to
remember shapes of objects presented to the tactile modality, as well
as the locations of these objects on a form board was in the average
range.

Language and Communication Skills: Mr. Trevino's verbal skills
including knowledge of facts (Information=10), word vocabulary
(Vocabulary=8) and word comprehension (Comprehension=10) are within
normal limits. On the Aphasia Screening Test, he exhibited some
spelling difficulty. He spelled "square" as "squar", however this
could be impacted by his culture in that his primary language in his
home was Spanish. He appeared to have little or no difficulty
understanding questions and instructions, and the content of his
conversational speech was coherent and logical.

General Intelligence: Mr. Trevino obtained a WAIS-R Full Scale IQ of

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.

WARD NO.

REPORT ON _____ or CONTINUATION OF _____
STANDARD FORM 507
General Services Administration and Interagency Committee
on Medical Records
October 1975    507-107

VOL0031                                                     PAGE 26

U.S. GPO: 1992-624-450/00177

MAY 0 9 1995

89 which is in the low average range of intelligence. There is a notable split (14 points) between his Verbal IQ of 96 (average) and his Performance IQ of 82 (low average). Mr. Trevino's Performance IQ is impacted by his Digit Symbol subtest score (DSy=3), which suggests difficulties with visual-motor processing as well as rapid information processing. It is also important to note that Digit Symbol performance is frequently a low score in instances of neuropsychological impairment. Estimates of his premorbid intelligence, based on demographic formulae, suggest a decline general and performance intelligence (Estimated VIQ=99, PIQ=96, and FIQ=97).

Complex Cognitive Functioning: Mr. Trevino's ability to perform on tasks requiring higher-order cognitive processes was consistent. He scored high average on a task of simple and complex abstractions (Similarities=12). His judgement of the consequences of social events was low average, but within normal limits (Picture Arrangement=7). He was also within normal limits on two tests which assess for inductive reasoning, specifically the ability to develop hypotheses, test them, and then evaluate the information to develop problem-solving strategies.

However, Mr. Trevino's efficiency of cognitive processing appears to be moderately impaired. He obtained a "moderately" impaired rating on both Trails A and B, and a "severely" impaired rating on the Digit Symbol/AV Index.

Personality Testing: Mr. Trevino demonstrated a response style to overly endorse negative items which may reflect his present distress level. His resulting personality profiles are consistent with people who are significantly depressed, anxious, and maintain feelings of pessimism, low motivation, and hopelessness. Somatic and hysterical features are likely. They may have difficulty completing even routine tasks due to loss of efficiency, pervasive apathy, confusion, concentration, and memory difficulties. Generally, they have persistent problems with low self-esteem and social interaction. These individuals also tend to be easily agitated and at times hostile towards others. Psychological interpretations have little meaning for them because of limited self-insight. These problems are likely chronic in nature and the prognosis for change is poor.

Conclusions: Mr. Trevino obtained an RNG Average Impairment rating of 2.25 which classifies his global neuropsychological functioning as moderately impaired. Several significant areas of neuropsychological deficits are apparent: 1) impaired motor ability with specific lateralization of decreased motor strength on the right side; 2) a mild bilateral sensory-perceptual fine tactile deficit; 3) severe to very severe bilateral sensory-perceptual auditory deficit, most likely a peripheral injury to middle ear structure; 4) bilateral mild to moderate impairment in his visual-spatial and visual-motor abilities, 5) mild to moderate memory impairment with more moderate deficits lateralized to left hemisphere, 6) probable decline in general and

(1/27/94)

**CLINICAL RECORD**

Report on _____

or

Continuation of S. F. _____

(Strike out one line) (Specify type of examination of date)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

(Side and date)

performance intelligence, and 7) moderate to severe impairment with regard to his efficiency of processing cognitive material. His personality testing suggest the presence of ineffective long-term personality patterns as well as depression and anxiety.

Considering his neurological hx, Mr. Trevino most likely developed the above stated cognitive deficits as a result of closed head injury (CHI) secondary to the concussion of the grenade blast.

Recommendations: Based on Mr. Trevino's self-report of PTSD episodes, he would benefit from any individual and/or group counseling specific to those needs. In conjunction with PTSD psychotherapy, Mr. Trevino would also benefit from interpersonal skills training which would teach him how to better meet his needs in a socially appropriate manner. With regard to anger management, it may be helpful to evaluate his medications to check for some kind of psychopharmological intervention. In addition, teaching Mr. Trevino cognitive/behavioral techniques designed for anger management might be helpful. Regarding Mr. Trevino's pain, looking for alternative treatments may be helpful such as learning pain management skills, biofeedback, and weight loss support groups. Given Mr. Trevino's medical and psychological difficulties, his service connection eligibility should be reevaluated. Finally, it is recommended that Mr. Trevino undergo neuropsychological testing in a year to ascertain if his deficits are progressive in nature or static.

_____        _____
Lisa Elliott, M.S.          Date    Michael Eppinger, Ph.D.
Date
Psychology Intern                   Clinical Psychologist

(Continued on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| | REGISTER NO. | WARD NO. |

REPORT ON _____ or CONTINUATION OF _____

STANDARD FORM 507

General Services Administration and Interagency Committee
on Medical Records
FPMR (41 CFR) 201-45.505
October 1975   507-207

MAY 0 9 1995

VOL0000 P60028

volume. He was alert and oriented to person, place, time, and situation. His memory and concentration abilities were sufficient for him to complete the more formal aspects of testing. Mr. Trevino was attentive and put forth considerable effort on each task, indicating that the test results are an accurate reflection of his current cognitive and personality functioning.

Tests Administered: Halstead-Reitan Neuropsychological Test Battery, Wechsler Adult Intelligence Scale-Revised (WAIS-R), Wechsler Memory Scale (Russell Version), California Verbal Learning Test, Stroop Color-Word Test, Hooper Visual Organization Test, Wisconsin Card Sorting Test, Millon Clinical Multiaxial Inventory-2, and Minnesota Multiphasic Personality Inventory (administered by PTSD clinic).

TEST RESULTS

Attention and Concentration: His functioning in most areas, including attention and concentration, appeared to vary as a function of the complexity and duration of the task. His ability to attend to a series of numbers and immediately recalling them either forwards or backwards fell within the low average range (DS=7), as well as his ability to attend to and solve simple arithmetic problems (Arithmetic=7). Mr. Trevino's performance on a task involving mental calculation and attention to and selection of particular numbers and letters was moderately impaired. His performance on a task that involved sustained attention to a timed, complex, visual-motor task however, fell significantly below average (DSy=3).

Motor and Sensory-Perceptual Functioning: Measures of upper extremity fine motor speed (Finger Tapping) indicate mild impairment for his dominate hand (R) and average ability for his nondominate hand (L). Additionally, grip strength of his dominate hand (R) was also slightly lower than that of his nondominate hand (L).

Mr. Trevino's performance on the visual task of the Sensory-Perceptual Examination was within normal limits. However, on a task of visual perception of drawings, and identifying missing details, his performance was significantly below average (Picture Completion=4). His detection of the presence or absence and general location (hand or face) of tactile stimulation was intact (bilateral simultaneous tactile stimulation), as well as his ability to perceive specific locations of tactile stimulation (Tactile Finger Recognition), but his fine tactile discrimination ability was the mildly impaired range (Fingertip Number Writing). Mr. Trevino's perception of and ability to discriminate patterns of sounds was in the severely impaired range (Seashore Rhythm Test). His ability to visually identify spoken words was very severely impaired (Speech Sounds Perception Test).

Visual-Spatial and Visual-Motor Functioning: Mr. Trevino was able to manually copy simple geometric figures without difficulty (Aphasia Screening drawings). His ability to perceive meaningful wholes from

MAY 09 1995

Standard Form 507
(12/27/94)

**CLINICAL RECORD**

PSYCHOLOGICAL TESTING (cont'd.)

Report on _____
or
Continuation of SF XXXXXXXXXXXXXXXXXXXXXXXX
(Sign and date)

their constituent parts was in the low average to average range
(Object Assembly=7, Hooper=T48), as was his ability to visualize
complex geometric designs and reproduce them with groupings of blocks
(Block Design=8). On a timed task of tactile identification of
geometrically shaped blocks and the spaces into which they fit, his
performance for both his dominant (R) and nondominate (L) was in the
mild impairment range. With regard to visual-motor integration Mr.
Trevino was very slow on a task requiring the ability to rapidly code
symbols in sequence.

Memory: Mr. Trevino's ability to store and retrieve verbal memories
immediately after presentation of the information, as well as his
ability to recall this information after a delay fell within the
moderately impaired range. His ability to retain this type of
information after the delay appears to be in the mildly impaired
range. On another memory task which taps simpler word acquisition,
Mr. Trevino fell within normal limits. Additionally, his long-term
memory of well-learned information appears to be intact
(Information=10, Vocabulary=8). His immediate recall of nonverbal
information (geometric figures) presented visually fell within the
mildly impaired range, while his delayed recall was in the average
range. His ability to retain this type of information after a delay
appears to be within normal limits. Additionally, his ability to
remember shapes of objects presented to the tactile modality, as well
as the locations of these objects on a form board was in the average
range.

Language and Communication Skills: Mr. Trevino's verbal skills
including knowledge of facts (Information=10), word vocabulary
(Vocabulary=8) and word comprehension (Comprehension=10) are within
normal limits. On the Aphasia Screening Test, he exhibited some
spelling difficulty. He spelled "square" as "squar", however this
could be impacted by his culture in that his primary language in his
home was Spanish. He appeared to have little or no difficulty
understanding questions and instructions, and the content of his
conversational speech was coherent and logical.

General Intelligence: Mr. Trevino obtained a WAIS-R Full Scale IQ of

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first,
middle, grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
|  |  |

REPORT ON _____ or CONTINUATION OF _____

STANDARD FORM 507
General Services Administration and Interagency Committee
on Medical Records
FIRMB 41 CFR 201-45.505
October 1975   507-107

VOL00001                    6

MAY 0 9 1995

89 which is in the low average range of intelligence. There is a notable split (14 points) between his verbal IQ of 96 (average) and his Performance IQ of 82 (low average). Mr. Trevino's Performance IQ is impacted by his Digit Symbol subtest score (DSy=3) which suggests difficulties with visual-motor processing as well as rapid information processing. It is also important to note that Digit Symbol performance is frequently a low score in instances of neuropsychological impairment. Estimates of his premorbid intelligence, based on demographic formulae, suggest a decline general and performance intelligence (Estimated VIQ=99, PIQ=96, and FIQ=97).

Complex Cognitive Functioning: Mr. Trevino's ability to perform on tasks requiring higher-order cognitive processes was consistent. He scored high average on a task of simple and complex abstractions (similarities=12). His judgement of the consequences of social events was low average, but within normal limits (Picture Arrangement=7). He was also within normal limits on two tests which assess for inductive reasoning, specifically the ability to develop hypotheses, test them, and then evaluate the information to develop problem-solving strategies.

However, Mr. Trevino's efficiency of cognitive processing appears to be moderately impaired. He obtained a "moderately" impaired rating on both Trails A and B, and a "severely" impaired rating on the Digit Symbol/AV Index.

Personality Testing: Mr. Trevino demonstrated a response style to overly endorse negative items which may reflect his present distress level. His resulting personality profiles are consistent with people who are significantly depressed, anxious, and maintain feelings of pessimism, low motivation, and hopelessness. Somatic and hysterical features are likely. They may have difficulty completing even routine tasks due to loss of efficiency, pervasive apathy, confusion, concentration, and memory difficulties. Generally, they have persistent problems with low self-esteem and social interaction. These individuals also tend to be easily agitated and at times hostile towards others. Psychological interpretations have little meaning for them because of limited self-insight. These problems are likely chronic in nature and the prognosis for change is poor.

Conclusions: Mr. Trevino obtained an RNG Average Impairment rating of 2.25 which classifies his global neuropsychological functioning as moderately impaired. Several significant areas of neuropsychological deficits are apparent: 1) impaired motor ability with specific lateralization of decreased motor strength on the right side; 2) a mild bilateral sensory-perceptual fine tactile deficit; 3) severe to very severe bilateral sensory-perceptual auditory deficit, most likely a peripheral injury to middle ear structure; 4) bilateral mild to moderate impairment in his visual-spatial and visual-motor abilities, 5) mild to moderate memory impairment with more moderate deficits lateralized to left hemisphere, 6) probable decline in general and

MAY 09 1995                    VOL 001 PG0027



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

In Reply Refer To: 00A-00C-CA

APR ~ 2 2020

Ms. Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077-5828

Dear Ms. Trevino:

This acknowledges your inquiry of March 10, 2020, to the White House Hotline, regarding your disagreement that your PTSD diagnosis did not have a bearing on a contract for a vehicle purchase you signed.

Dr. Jonathan M. Grabyan, Psychologist, Dr. Robert Garza, Staff Psychiatrist, and Dr. Jill Zachariah, Nurse Practioner, have responded previously to your concerns about their refusal to sign an excuse that you were under duress in signing a new vehicle purchase contract. We feel we have addressed your concerns to the best of our ability and cannot provide any new information. Accordingly, this letter will be considered the final response to your inquiry for an excuse that your PTSD affected your ability to engage in a vehicle purchase contract.

Please be assured that we will continue to provide you the medical care for which you are eligible. Should you have further questions about your medical care, please feel free to consult Dr. Jonathan M. Grabyan, Psychologist, at 713-791-1414, extension 23594. He would be most pleased to assist you.

Please be confident that we will forever honor our Veterans, from the greatest generation to the latest generation, and it is our privilege to care for the very best of our citizens who have given their very best to our country.

Sincerely,

Francisco Vazquez, MBA
Medical Center Director

received
4/15/20

FV/rek

### JULIO TREVINO
### 300 BLOSSOM VALLEY STREAM
### BUDA, TEXAS 78610
### (512)820-0246

**TO WHOM IT MAY CONCERN;**

April 27, 2020

My name is Julio Trevino 4789.  I am also an honorably discharged totally disabled Vietnam Veteran and am the brother of 100% disabled veteran, Gloria Trevino 6890.

I am writing to express shock and outrage over the retaliatory meanspirited April 2, letter and mistreatment that my sister, Gloria, has been maliciously subjected to by the Michael E. DeBakey VA Medical Center Director, Francisco Vazquez, the Mental Health Clinic Director, Dr. Robert Garza, Dr. Ann Zachariah and Dr. Jonathan Grabyan involved in the egregious retaliatory illegal, immoral, and unethical scheme to deny Gloria proper medical care and sabotage her case against the car dealership that coerced Gloria into signing a totally injurious detrimental contract under duress.  Gloria was clearly suffering from her service-connected mental illness and not in her right frame of mind when she was coerced into signing the detrimental contract under duress.  You don't have to be a brain surgeon to figure that out.  However, these VA doctors aren't fit to be veterinarians and are erroneously alleging that Gloria was not suffering from her mental illness and was not under duress when she signed the injurious detrimental contract and it clearly demonstrates their ill will and hatred towards Gloria.

I am also a witness to when the Houston VA Mental Health Clinic doctors tried to have Gloria illegally arrested by sending the Houston Police with guns drawn to her house supposedly because she was homicidal, however, I was visiting her on that day and saved her life.  I am concerned that the Houston VA Mental Health Clinic generated a call to Gloria by having Contree Hollor, I believe is her name from phone number (713)791-1414, extension 26910 last Monday on the guise that they were referring her to another doctor there that was going to help her, however, Gloria has not heard back from her and feel their call was only made to appease the White House and was not serious or made in good faith as if Gloria is not entitled to adequate and proper care from the VA Hospital.  I am also concerned that these VA Officials and Employees might try again to have Gloria illegally arrested and confined to a jail or mental health facility in further retaliation for her filing legitimate complaints against them and I fear for her life and safety.

Therefore, I respectfully request that you intervene on Gloria's behalf, hold these lawless federal employees accountable and restrain them from causing her any further harm and injury to ensure her that she will receives the full rights and benefits that she honorable earned while serving our Country without further incidents and unnecessary delays.

Thank you for your kindness and understanding.

Respectfully,

Julio Trevino, 4789
300 Blossom Valley Stream
Buda, Texas 78610

Veterans In Petition For Justice
Gloria Trevino
12526 Olympia Drive•Houston, TX•77077•281-920-9519

# NEWS RELEASE

FOR IMMEDIATE RELEASE
**Contact:** Gloria Trevino, 281-920-9519

## Mission Not Accomplished
*"Houston woman still searching for justice"*

HOUSTON—When **Gloria Trevino** set out on a mission last November to help her wrongfully imprisoned brother, she had no idea she would end up right where she started.

It was **Veterans Day**, November 11, 2002, and Trevino was honoring her brother's life and recognizing the sacrifices he made serving his country. She even teamed up with **The Innocence Network at the University of Houston Law Center**—a non-profit organization that works on behalf of wrongfully convicted prisoners—with hopes that the organization would assist her. To take the case, **The Innocence Network** needed $1,000 to request the transcript of her brother's trial. Gloria Trevino sent **The Innocence Network** a check for $2,000 to cover the cost of the transcript, plus copies and offered to pay for any other expenses. Her check was returned to her and nothing ever materialized.

"They rejected it, and sent it back," says Gloria Trevino, president of **Veterans In Petition For Justice**, a Houston organization she founded whose purpose is to bring to the public's attention veterans who are wrongly accused of a crime. "They (**The Innocence Network**) say they can't take every case that comes along. I believe they didn't want to take this case."

Now Gloria is back to where she was a year ago. Her latest attempt at freeing **Robert Rodriguez Trevino**, who is serving a life sentence at the **Texas Department of Criminal Justice, Michael Unit in Tennessee Colony, Texas,** for aggravated sexual assault, was in the form of a letter written to **Senator Rodney Ellis, D-Houston** hoping that his office would convince **Governor Rick Perry's** office to address the issue in the legislative session. Senator Ellis passed **Senate Bill 1045** out of the **Texas Senate** on May 20, 2003. Senate Bill 1045 creates an interim Innocence Commission to investigate the causes of wrongful criminal convictions in Texas. **Senate Bill 22** was passed in the Texas Senate on July 24, 2003. SB 22 is the omnibus Government Reorganization bill. As with SB 1045, this bill also includes a provision creating an interim **Innocence Commission**. The nine members of the **Joint Interim Committee on Post Conviction Exonerations** will represent a cross section of the criminal justice community. The committee will be charged with studying the cause of wrongful convictions and recommend policies to prevent further wrongful convictions.

However, when the bills were sent to the Texas House of Representatives they did not pass.

"Governor Perry refused to look at the case," she said. "The Governor has the right to pardon someone when it's brought up during the regular session. They told me nothing could be done and that the

information was sent to the **Texas Board of Pardons and Parole**. It could take forever for the parole board to look into this case."

**Robert Trevino**, a recipient of the **Bronze Star** and **Purple Heart** was arrested February 1995 in **Waxahachie, Texas**. During his trial, the defense argued that the lead investigator was the girlfriend of the ex-police chief who was a close friend of the city manager, who was purported to have had a verbal altercation with Robert at some time in the past in which he said that he would "get rid of him," Gloria Trevino said.

"The lead investigator voluntarily admitted under oath that she never liked Robert from the first time she had met him, and that was before Robert campaigned for the resignation of her ex boyfriend, the chief of police," she said. "She (the lead investigator) also stated that she spent time in a mental hospital for major depression and that her memory was impaired and that her testimony basically may not be completely accurate."

Other irregularities of the trial were the lack of medical evidence of the sexual assault of the teens that accused Robert of the crime, she said. In April 1997, the **Tenth Circuit Court of Appeals** in **Waco, Texas**, denied Robert a request for a new trial.

Gloria Trevino also says that while in prison, her brother has been treated with cruel and unusual punishment and denied medical treatment for the disabilities he received in the service.

"Robert is a political prisoner unlawfully imprisoned for life on wild allegations of more than 24 counts of aggravated sexual assault on a gang of juvenile delinquents, some of whom had also been under mandatory psychiatric treatment for their anti-social criminal behavior and who had felony charges pending at the time," she said.

Gloria Trevino has been working tirelessly to get justice for her brother since his arrest eight years ago. Her goal is to continue drawing attention to innocence issues as they relate to veterans who are wrongly accused of a crime.

"I know in my heart Robert did not commit this crime," she said. "I'm going to continue fighting for him until he gets justice."

*Editor's Note: Gloria Trevino is available for interviews by calling 281-920-9519.*

-30-

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk
July 18, 2000

# VICTIMS IN PETITION FOR JUSTICE

Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas 77077
(281)752-8884

Supreme Court of the United States
c/o Honorable Justice Ms. Ruth Ginsburg and Honorable Justice Steven Breyer
One 1st. Street, N.E.
Washington, D. C. 20543

Honorable Ms. Mary Robinson                    Honorable Consulado General De Mexico, Luis Gustavo Chavez
United Nations High Commissioner for Human Rights    10103 Fondren Road
Palais Des Nation                              Houston, Texas
1211 Geneva 10 Switzerland

Honorable Attorney General John Cornyn    Judge David Hittner, US Dist. Ct. Southern Dist. of TX.
c/o John Cornyn                                Civil Rights/RICO Misc. Action No. 95-4
P.O. Box 12548                    Judge Olen Underwood/Lynn Bradshaw-Hall, Cty Civ. Ct. #3,Case 731174
Austin, Texas 78711              Judge Mark Davidson/Patrict Mizell, 129th Jud. Dist. Ct/Harris Case 199763312

US Congressman Bill McCollum                   Honorable Judge William Wayne Justice
Committee on the Judiciary, House Crime Subcommittee    Thornberry Building
Washington, D. C. 20515-6216                    903 San Jacinto - Austin, Texas 78701

VA North Texas Health Care System. Mr. Alan Harper, VA Hospital Director/Gerald Jones, Medical Administration
4500 S. Lancaster Rd., Dallas, Texas 75216

## Maria Rodriguez Trevino Murdered in Pursuit of Justice for Roberto R. Trevino
(UNHCHR Complaint No. G/SO 215/1 USA IIII)
and
Outcry for Immediate Action and Extraordinary Relief from US Senate, House Crime Subcommittee

On 31 March 1998, The United Nations High Commissioner for Human Rights responded to my complaint of human rights violations on behalf of unlawfully incarcerated brother, Roberto Rodriguez Trevino and family and in accordance with International Law referred this case to the US Authorities. The US State Department has since refused to provide me with a copy of their response to the UNHCHR or even intervene on our behalf or to refer this case to the US Senate, House Crime Subcommittee or anyone that can render aid aware of the "enterprise" of harassment, discrimination practices, abuses and Mafia-related activities. It is my contention that the US State Department's response was unilateral mostly intended to give the false impression that there are no disabled Hispanic victims of injustice. tyranny, systematic abuse and Autocratic Rule in America instead of securing equal "Justice for All" to prevent unnecessary pain and suffering and saving human lives. As a result, the retaliation continued and numerous violations of International and Domestic Human/Civil Rights Laws, high crimes and misdemeanors and fundamental freedom have been freely exercised without fear of disciplinary action from state, federal agencies and officials, such as US Department of Justice, FBI and other law enforcement. State Bar of Texas and Judicial Conduct Committee who continue to protect the defendants/culprits with impunity. Consequently, after an oppressive 5 year battle for freedom and Justice, my mother, Maria Rodriguez Trevino, is the third member of my immediate family to suffer a senseless death and Robert remains unlawfully incarcerated in a potentially life-threatening environment at the Michael Unit of the Texas Department of Criminal Justice and we remain in a dangerous state of affairs.

My mother, Maria Rodriguez Trevino, was blatantly denied hospitalization for her critical diabetes condition after only a few days in the intensive care unit of Charlton Methodist Hospital. Mother was in a weak critical condition suffering excruciating pain from broken bones, a non-functional pancreas, traumatic stress and injury and numerous other untreated contributing debilitating bothersome medical problems and against my wishes and instructions, was wrongfully discharged from the Charlton Methodist Hospital by Dr. Jay Narayana. a product of the University of Texas Medical Branch that provides Miss-Managed Heath Care to the Texas Department of Criminal Justice, who have blatantly denied Robert medical treatment for his 100% service connected disabilities over the past five years as previously repeatedly reported. Charlton Methodist Hospital's Dr. Jay Narayana, with total disregard for the well being and safety of my mother wrongfully discharged mother to an understaffed and ill-equipped Rehabilitation Center in Ennis, Texas to be further deprived of emergency medical care for her critical condition which Rehabilitation Center was believed to be discharging my critically ill mother to further endanger her life when she suffered the induced heart-attack then rushed to Ennis Regional Hospital where mother died upon arrival. Subsequently, evidence was

24th District, Texas

RULES COMMITTEE

# Congress of the United States

## House of Representatives

### Washington, DC 20515

2298 Rayburn Hou
Washington
(202) 22
www.house
frost@hr.h

## MARSHA STEEVER-PATYKIEWICZ

### OFFICE MANAGER/CASEWORKER

HON. MARTIN FROST
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

400 S. ZANG BLVD., SUITE 506
DALLAS, TX 75208
214-948-3401
fax 214-948-3468

*****FAX TRANSMISSION*****

FAX TO: _Gloria Trevino_

FROM: _Marsha Patykiewicz_

DATE: _5/13/98_    TIME: _2:40 pm_

TOTAL # OF PAGES (including cover): _2_

IF YOU EXPERIENCE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL

_Marsha_ , AT (214) 948-3401 or (800) 937-2056.

OUR FAX NUMBER IS (214) 948-3468.

ADDITIONAL COMMENTS:

Please reply to office checked

Fort Worth, TX 76140
☐ 3020 S.E. Loop 820
(817) 293-9231
1-800-346-6213

☒ Dallas, TX 79208
400 S. Zang Blvd., Suite 506
(214) 948-3401
1-800-937-2056

☐ 10

To: Cinda/Ronnie/Askia
From: Marsha
Re: case for Gloria Trevino
Date: May 4, 1998

Ms. Gloria Trevino contacted us 3/8, she lives in Maryland, however, her brother Robert is from Waxahachie. He was incarcerated about two years ago for sexual assault. He is a 100% disabled vietnam vet, about 50 years old. She has several concerns, but only two are on the federal level. (The others involve legal matters or specific prison matters and I have explained we can do nothing in those areas.) Her two main concerns are:

1) the fact that her brother cannot receive medical treatment from the VAMC and

2) her mother cannot receive dependent benefits from her brother's record.

According to VA law, a mother is not a dependent, unless mentally incompetent and cared for by the veteran financially. Mr. Trevino receives about $90.00 a month while in prison. The VA has indicated that she cannot be a dependent of his, when he is not even supporting himself? Dependents consist only of spouse and children under 18 or those that have mental disabilities.

The treatment by the VAMC is possible, however, I have had some trouble with the VAMC and the prison as to who actually begins the process. The prison says they need a letter from the VAMC doctor that will treat him, with all the details as to the treatment and how long he will be there. Mr. Trevino is responsible for his expenses to and from the hospital, as well as the guards that will accompany him. He must pay for them around the clock, since the VAMC cannot be responsible for guarding him. However, the VAMC says that Mr. Trevino must make the arrangements for his release or escort with the prison. The VAMC cannot do this. He still must make arrangements to pay for all expenses himself. I am still trying to get a straight answer to determine which one he needs to do first, however, even when I do, I doubt that he can afford to pay for the services. This is not a denial of his civil rights to receive treatment. He is entitled to them, however, because he is incarcerated, he must make special arrangements.

You are certainly welcome to speak to me if you want specifics on any issues. Ms. Trevino has indicated that she doesn't want me to continue on the case. She wants someone with more power. She wants us to refer her the House Crime Subcommittee. This is the request I am making to Ronnie. How to handle that request. I realize the Committee doesn't meet all the time and it might be weeks before she could get in, but any suggestions will be greatly appreciated. Thanks so much for your time. Just let me know.

Marsha

** TOTAL PAGE.

CAUSE NO. 21531 CR
DA# 02-1372

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE: AGGRAVATED SEXUAL ASSAULT
OF A CHILD

AGENCY: WPD

WITNESSES: BILLIE WIGGINS
SHAWN LANGFORD

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

FILED FOR RECORD

95 MAR -1 PM 2: 54

BILLIE A FULLER
DISTRICT CLERK
ELLIS COUNTY, TX.

(This Space For Clerk's Use)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the
County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District
Court for said County, upon their oaths present in and to said Court that on or about
January 17, 1994, and before the presentment of this indictment, in the County and State
aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly
cause the penetration of the anus of Shawn Langford, a child who was then and there
younger than 17 years of age and not the spouse of the defendant, by defendant's sexual
organ, and the defendant did then and there by acts and words threaten and place
Shawn Langford in fear that death and serious bodily injury would be imminently inflicted
on Shawn Langford, and said acts and words occurred in the presence of Shawn
Langford, and in the course of the same criminal episode the defendant used and
exhibited a deadly weapon, to-wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

"Nothing But the Truth"
The recanting of half..
"a lie is a Confession"
"Big Red Flag"
"disregarded by all!"
SJ

FOREMAN OF THE GRAND JURY

#1 Grand Jury "No Billed"
No Evidence Reliable
Last Minute
Shawn recants
half lie! &
No Red Flags.
in #2 Grand Jury

V2591

"No Billed
Reliable



Troy Caldwell, M.D. -- Skyview Unit
UTMB CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES
P.O. Box 999
Rusk, Texas 75785
Phone: (903) 683-5781

March 24, 2008

To Whom It May Concern:

   I was the attending psychiatrist for this Roberto Trevino (medical records # 729766)  at Skyview Psychiatric Hospital in Rusk, Texas. He was treated there for Paranoid Schizophrenia using Fluphenazine decoanate 37.5 mg IM every two weeks and Cogentin 2 mg by mouth twice a day.

Sincerely,

Troy Caldwell M.D.



THE WHITE HOUSE

WASHINGTON

April 19, 2022

Gloria Trevino
Houston, Texas

Dear Gloria,

Thank you for taking the time to write and share your story with
President Biden. He is honored by the opportunity to serve you and
the American people.

White House staff reviewed your correspondence and forwarded it
to the appropriate Federal agency for further action. For additional
information about the Federal government in the meantime, please
visit www.USA.gov or call 1-800-FED-INFO.

Sincerely,

The White House

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

August 18, 2022

Gloria Trevino
vip4justice@gmail.com

Dear Ms. Trevino,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office.  You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority:  https://oig.justice.gov/ hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter.  Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division



U. S. Department of Justice

Office of the Inspector General

April 20, 1998

MEMORANDUM

To:        Richard W. Roberts
           Chief, Criminal Section
           Civil Rights Division, U.S. Department of Justice

From:      Michael R. Bromwich
           Inspector General

Subject:   Letter from Ms. Gloria Trevino

     The Inspector General's Office recently received correspondence from Ms. Gloria Trevino alleging violation of her civil rights as well as those of her brother, Roberto Rodriguez Trevino, who is presently incarcerated in a Beaumont, Texas, prison. Because the issues raised in this letter fall under your jurisdiction, I am forwarding Ms. Trevino's letter to you for disposition. Thank you.

Attachment

cc: Ms. Gloria Trevino

 **Gmail**                                        Gloria Trevino <vip4justice@gmail.com>

## Response: Your Civil Rights Division Report - 128618-KMD from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>          Fri, Jan 14, 2022 at 9:33 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: vip4justice@gmail.com

Dear Gloria Trevino,

You contacted the Department of Justice on January 12, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 128618-KMD.

What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

To find a local office:

American Bar Association
www.findlegalhelp.org
(800) 285-2221

Legal Service Corporation (or Legal Aid Offices)
www.lsc.gov/find-legal-aid
(202) 295-1500

How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division



U.S. Department of Justice

Civil Rights Division

DLP:dom:kyw
DJ 144-74-0

Criminal Section
P.O. Box 66018
Washington, DC  20035-6018

JAN 1 1 1995

Ms. Gloria T. Turner
12526 Olympia Drive
Houston, Texas   77077

Dear Ms. Turner:

    This is in response to your letter to President Clinton.
The White House has asked the Department of Justice to respond to
your complaint that you and your family has been harassed for
years by various state law enforcement officials.

    Your allegations include your brother, Robert Trevino, was
denied a fair trial, your brother, Juan, was allegedly assaulted
by Houston policemen in 1978, and you have been approached by a
Waxahachie police man for sexual favors and allegedly assaulted
by Houston police officers.

    The Criminal Section of the Civil Rights Division enforces
the federal criminal civil rights statutes that pertain to
incidents of official misconduct, such as police brutality, and
violent hate crimes, such as beatings and cross burnings.  You
should also be aware that these statutes have a statute of
limitations of five years.  Accordingly, the only aspect of your
complaint that this office would have any jurisdiction in
investigating would be your allegations that you were assaulted
by Houston police officers.  However, the information which you
furnished was insufficient to permit us to determine the
existence of a possible violation of federal criminal civil
rights statutes.  Therefore, we are unable to authorize
investigation of your complaint.  We will consider the matter
further if you will provide specific information concerning the
circumstances involved in your complaint.  Please include the
date of the incident, the sequence of events, the injuries
sustained, whether medical treatment was obtained and the names
of involved law enforcement officials and possible witnesses.

Ms. Gloria T. Turner
Page 2

You can be assured that if the evidence shows that there was a prosecutable violation of a federal criminal civil rights statute, appropriate action will be taken.

Sincerely,

Deval L. Patrick
Assistant Attorney General
Civil Rights Division

By: *Daniel Mestas*

Daniel Mestas
Paralegal Specialist
Criminal Section



U.S. Department of Justice

Civil Rights Division

_____

168-74-0
ECATS-2022-077817

*Special Litigation Section*
*U.S. Mail: 150 M Street, N.E.*
*Washington, DC 20530*
*Facsimile: (202) 514-0212*

May 20, 2022

<u>Via First Class Mail</u>

Gloria Trevino
12526 Olympia Drive
Houston, TX 77077

Dear Ms. Trevino:

Thank you for your letter. The Special Litigation Section relies on information from community members to identify civil rights violations. Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.

The Special Litigation Section is part of the Civil Rights Division. The Special Litigation Section primarily works in five areas: 1) protecting the civil rights of people in state and local institutions; 2) protecting civil rights in people's interactions with state and local law enforcement agencies; 3) protecting the rights of children in the administration of juvenile justice; 4) protecting access to reproductive health care clinics free of force or threats of force; and 5) protecting people's ability to practice their religion while in state and local institutions.

We may investigate conditions in facilities operated by or for a state or local government, including jails, prisons, juvenile detention, and institutions serving people with disabilities.

We may also investigate whether people with disabilities are able to receive needed services in integrated, community settings, instead of in facilities.

We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section: https://civilrights.justice.gov/.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people. We do not assist with individual problems. We cannot help you recover damages or any personal relief. We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.

If you have an individual problem or seek compensation or some other form of personal relief, you may wish to consult a private attorney or a non-profit or legal aid organization for assistance. There are only two areas in which we can assist an individual or address a single incident: 1) we may be able to assist you if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; 2) we may be able to assist you if you have experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

For more information about the Special Litigation Section or the work we do, please visit our web page: www.justice.gov/crt/about/spl/.

Sincerely,

/s/

Steven H. Rosenbaum
Chief
Special Litigation Section

Waxahachie Daily Light

Thurs. 4-27-95

# FBI probing police over Trevino case

**By ALLAN TAYLOR**
*Daily Light Managing Editor*

A Waxahachie police administrator confirmed Wednesday that the department is being investigated for alleged civil rights violations of accused sexual offender Roberto Rodriguez Trevino.

Less than 24 hours after handing over arrest and incarceration data to the FBI, Deputy Chief Brett Colston said the department remains "confident that the case was handled properly."

"All the requirements were met (Tuesday) — we were totally cooperative with the FBI case investigator," Colston said. "We feel like there was no wrong doing on our part and we're looking forward to being totally vindicated of any civil rights violations."

Colston said local officials will now await word from the U.S. Justice Department, which should receive the FBI's preliminary report within 21 days.

While police were characterizing the allegations as unfounded, Trevino's defense attorney was apparently learning of the suit for the first time. Contacted at his Houston office Wednesday, John

See FBI, Page 10

# FBI

Continued from Page 1

Dixon said he "had no idea that any complaint had been filed."

"If indeed there has been a suit filed, then it was done beyond my knowledge, and I'm disappointed that something like that would occur without me being made aware of it," Dixon said.

After filing a motion for change of venue March 17, Dixon said the charges against Trevino were merely repercussions for his client's past criticism of the department. Dixon also questioned whether Trevino was being provided with adequate medical care during the incarceration and threatened to carry to the U.S. Attorney General's office.

But despite the allegations, Dixon maintained Wednesday that he was unaware of Trevino's civil rights suit.

"Any civil rights lawsuit filed on behalf of Mr. Trevino was not initiated by his attorney," Dixon said.

Police arrested the 48-year-old Trevino Feb. 9 at his Waxahachie home and bond was set at $425,000.

Trevino was indicted March 1 on more than 24 counts ranging from sexual assault to indecency with a child after five minors reportedly testified against him before an Ellis County grand jury.

Trevino was released from jail in April when bond was lowered to $70,000.

# County's chief prosecutor joining FBI

**By PATRICIA C. STUMB**
*Daily Light News Editor*

The road to Washington D.C. evidently goes right through the Ellis County District Attorney's office.

Three of the past four prosecutors to leave that office have gone on to work in the nation's capital. The latest in that string is chief felony prosecutor Steve Marshall, who has worked in Waxahachie for the past year.

Marshall — just like former misdemeanor prosecutor Steve Vedral who resigned from the DA's office about a month ago — is leaving to become a special agent with the FBI. That designation will come after 15



Patricia C. Stumb/The Daily Light

**Assistant D.A. Steve Marshall will become an FBI special agent.**

See FBI, Page 10

# FBI

Continued from Page 1

grueling weeks of physical and academic training.

"I'm not that concerned about the academic aspect of it," Marshall said. "I've been practicing law for 11 years, so I should have that part down. The most challenging part for me, an almost 35-year-old man, is the physical fitness part.

"It makes me wish I had taken better care of myself. There's an office pool going on how long I'll last before I kill myself. I'm betting on 12 weeks."

When Marshall accepted the chief felony prosecutor's position — which was vacated by Clay Strange who is now heads the DNA technical assistance unit for the National District Attorneys Association — he had already sent in an application to be a special agent with the FBI.

The competition was pretty stiff. Marshall said there were 30,000 applicants for 1,300 job openings with the federal agency.

If he hadn't made the cut in this round of hires, Marshall feels certain his childhood dream of being an FBI agent wouldn't have been realized. The cutoff date is 37.

"I guess every kid who grew up in the '60s wanted to be Efram Zimbalist Jr.," the 1984 Texas Tech Law School graduate said. "I've thought about doing this for a while.

"I've got a great job right now, and there's no better person to work for than (District Attorney) Joe Grubbs. I've got a great staff, and I've enjoyed every minute of working with (felony prosecutor) Lacy Buckingham. I can't think of another job offer that would cause me to quit this."

Marshall worked in the Tarrant County District Attorney's Office for almost 10 years before going into private practice for about six months.

After Marshall completes training at FBI headquarters in Quantico, Va., he does not know he'll be sent or what he'll be doing. He hopes it will be investigating violent crime.

"That's the part about being a prosecutor that I liked best," the Houston native said. "I've enjoyed the courtroom, but I've done that for 11 years, and I'm ready to move on. The courtroom is a very limited part of the process."

Marshall he looks forward to the extended resources the FBI has to handle case investigations.

"When working with the FBI in the gang unit in Tarrant County, I was impressed with their resources and abilities," he said. "It will be great to have the means to investigate cases as they should be. Local government — especially in Tarrant County — didn't have those resources.

"There's a limited amount of money locally which can never match what the federal government has access to."

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

https://www.santafenewmexican.com/news/local_news/ex-fbi-agent-to-head-law-enforcement-academy/article_8f022839-628e-558a-9bfd-dadbd6ea2751.html

# EX-FBI agent to head Law Enforcement Academy

By Andrew Oxford
The New Mexican
Apr 29, 2016



Stephan Marshall

The secretary of the state Department of Public Safety has tapped a former FBI agent to lead the New Mexico Law Enforcement Academy.

CAUSE NO. 2 / 53 / _____ CR'
DA# 02-1372

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE:   AGGRAVATED SEXUAL ASSAULT
OF A CHILD

AGENCY: WPD

WITNESSES:   BILLIE WIGGINS
SHAWN LANGFORD

§  FILED FOR RECORD
§  95 MAR -1  PM 2: 54
§
§       BILLIE A FULLER
§       DISTRICT CLERK
§       ELLIS COUNTY, TX.
§
§
§
§
§
§
§
§  (This Space For Clerk's Use)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to wit: a firearm.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

V2591

**Buffalo _Creek_ 4**

| *Now Playing...* | "Fair Game", "Get Shorty", "Three Wishes", "Vampire in Brooklyn" |
| --- | --- |

Call for today's showtimes...

**938-LINE**

*Starts Fri., Nov. 10th:* "Ace Ventura: When Nature Calls" *starring Jim Carrey*

597 N. Hwy. 77 • Northgate Plaza • 938-LINE    See ad on back page of this newspaper for times

☐ **SPORTS**
WHS cross country team heads to regionals/ Page 5A

☐ **STATE**
13-year-old convicted in death of youths/ Page 3A

# The Waxahachie Daily Light

Volume 105, Number 103    Friday, November 3, 1995    16 pages in 2 sections    50 cents/ 32 cents home delivery

**Police Officer of the Year**

## Wiggins says she's had to prove herself

By BARTON CROMBERG
*Daily Light Staff Writer*



Billie Wiggins' tenure at the Waxahachie Police Department has witnessed a number of firsts. She was the first female officer to carry rank and she was the first female detective.

On Thursday, Billie was named Police Officer of the Year. That too, was a first for a female police officer with the City of Waxahachie.

Barton Cromberg/The Daily Light
Billie Wiggins is the first woman to earn Police Officer of the Year honor in Waxahachie.

"I was a little surprised when I heard I had been voted as police officer of the year," Wiggins said. "I've been busier in the past year than I ever have with the department, and I've been very fortunate to remove some people from the streets that would have continued being offenders. I had the opportunity to put them where they belonged, and I worked very hard to do it. I feel that I have really been able to serve the citizens of Waxahachie to the best of my ability."

Wiggins has worked for the Waxahachie Police for eight years. About four of the eight years were served in a patrol capacity. Four years of Wiggins' employment have been spent in criminal investigation — the area to

## WIGGINS

Continued from Page 1

Wiggins holds the rank of corporal in the Criminal Investigations Division for crimes against persons.

"I definitely like this best," Wiggins said of her current assignment. "The opportunity to serve people is much greater. You don't just go out and take a report before telling a complainant that an investigator will be contacting them. We get to pretty much do it all from back here."

Wiggins specializes in Waxahachie's sex crimes and offenses involving children.

"Kind of like everything else, there are some things women do better and others things that men excel at," Wiggins said. "Some jobs just have my name on them and the men step back and let me do them and vice-versa.

"There have been a lot of tough times in my years as a female officer. Every now and then a new officer comes on board, and I have to prove myself all over again. You have to show them you can function as well as a man, and then they are easier to work with. I think this was definitely a vote of confidence from the other officers."

Wiggins' superiors say she need not worry about their confidence in her.

"What can you say — she's dedicated, hard-working, and she's been involved in several very hard cases which she has investigated meticulously," Police Chief Allwin Barrow said. "Her complete investigations are put together extremely well and ready to prosecute. She goes out of her way to help other officers, and she is the kind of officer other employees go to for advice and help."

Wiggins was not the only person who received an award or commendation for her service.

Kay Dillon was named Civilian Employee of the Year.

Bob Dayton was named Reserve Officer of the Year.

Tim Lumkin, David Bittle, Ron Turbeville, Daniel Burgess, Russell Poynor, Bobby Milam, Joe Bill Wisor, Steve Stone, Todd Woodruff, Dean Settlemyer, Richard Segura and Gary Bray also received awards for their service and achievements.

# ONE STEP AT A TIME

## WHS marching band takes near miss in stride, relishes best-ever finish

By KENNETH VINCENT
*Daily Light Staff Writer*

The "Spirit of Waxahachie" high school marching band is about more than a halftime show, members say, and recent competitions place this year's band among the best ever



SERVING ELLIS COUNTY SINCE 1867

Call for today's showtimes...  **938-LINE**
Kid in King Arthur's Court", "Babe", "Waterworld", "Mortal Kombat", and Something to Talk About"
e Plaza • 938-LINE     See ad on back page of this newspaper for times

**STATE**
*State Court denies death row appeal of Henry Lucas/* **Page 3**

**SPORTS**
*Indians prepare to scrimmage defending 5A champ/* **Page 6**

# Waxahachie Daily Light

er 41 | Thursday, August 24, 1995 | 10 pages in 1 section | 50 cents/ 32 cents home delivery

# Teen says Trevino forced sex at gunpoint

## State expected to rest its case today; defense denied request for mistrial

**By BARTON CROMEENS**
*Daily Light Staff Writer*

A juvenile testified Wednesday that he initially consented to sex with Roberto Trevino but was eventually forced to perform sexual acts at gunpoint.

The 16-year-old boy was another in a line of underaged witnesses against Trevino, the 48-year-old Waxahachie man accused of sexually molesting five minors. The prosecution was expected to complete its case today, the third day of the trial that could last into next week.

When prosecutors asked the juvenile to relate what happened the first day he met Trevino, the boy replied that he had gone with the defendant and a friend in a failed attempt to pick up livestock out of town. The teenager said the threesome bought alcoholic beverages and cigarettes before returning to Trevino's house where they drank, smoked, talked and watched "dirty" movies. Feeling "woozy" and "intoxicated," the juvenile said he decided to go to sleep and Trevino arranged a pallet on the bedroom floor. The teen-ager said that within minutes, Trevino had laid down

*See* **TREVINO,** *Page* **10**



Kenneth Vincent/The Daily Light

Wee

oke, he says
ave to quit"



MORNING STROLL

# Bombing mom aims

The Waxahachie [illegible]

Volume 101, Number 223 Sunday, March 19, 1995 36 pages in 3 sec[illegible]

SHAKERS

WAXAHACHIE DAILY LIGHT

# Defense wants trial moved

## Attorney for Trevino says charges born of prejudice

By ALLAN TAYLOR
*Daily Light Managing Editor*

Roberto Rodriguez Trevino, facing more than 34 counts of sexual assault and indecency with five minors, cannot receive a fair trial in Ellis County because of pretrial publicity, his defense counsel claimed Friday.

Houston attorney John Dixon, who said he has been representing Trevino for three weeks, filed a motion for change of venue in Ellis County District Court. The two-page motion claims that local residents "have been exposed repeatedly and inadequately to inflammatory and unfair statements" about Trevino, and that the publicity has "created a hostile community atmosphere."

> District attorney's office says an impartial jury can be found.

But Assistant District Attorney Lucy Buckingham said her office plans to oppose the motion.

"We feel confident that Mr. Trevino can receive a fair and impartial trial in Ellis County," Buckingham said. "Out of some 60,000 eligible jurors, I feel certain that we can select an impartial jury."

At the time the motion was filed, The Daily Light had published two articles regarding the Trevino case — one after his Feb. 8 arrest and another following his March 2 indictment. The case also [illegible] reports [illegible] a local radio station.

In an interview with The Daily Light, Dixon accused authorities of trumping up charges against Trevino, a Houston [illegible] of Hispanic descent who has occasionally "bucked the system."

"[Trevino] has crossed some words and I think (the charges) is a vindication," Dixon said. "He is being [illegible] and [illegible] because of his statements, to [illegible] in [illegible]

# DEFENSE

*Continued from Page 1*

Dixon said he has spoken with district attorney's office in seeking to reduce Trevino's $425,000 bond, but "there could be no agreement on any amount that would not still be classified as excessive."

"There are more violent crimes where other individuals have received less bond, and I think the whole issue surrounding my client is one based on bias and prejudice," Dixon said.

Police arrested Trevino Feb. 8 at his home on East Marvin. A grand jury indicted him March 2 on more than 34 counts ranging from aggravated sexual assault to indecency with a child. All five minors who filed charges reportedly testified before the grand jury.

Dixon, however, suggested there are "problems with the credibility of the plaintiffs." While the names of the minors are being withheld, Dixon said some of them have prior arrest records.

The attorney claims Trevino was denied proper medical attention regarding an arthritic condition. He said Trevino also suffers from post-traumatic stress disorder and has "made some mention of suicide" in a recent letter to jailers.

If his change of venue request is not granted, Dixon said he will consider filing a civil rights suit with the U.S. Department of Justice.

"I will not be shut up. I will not run and hide from the authorities in this particular city," he said. "If I have to go to the United States Attorney General's office then so be it."

Wed. 8-23-95

# The Daily Light

12 pages in 1 section · first cents/ 82 cents home delivery

## Trevino defense fails to strike all white jury

intentional exclusion of two potential jurors for the color of their skin, Dixon said his client, a member of a minority, deserves a trial in which minority jury members are present.

Judge Gene Knize found that Dixon's motion was unfounded.

After the testimony of Assistant District Attorney Lacy Buckingham and Dixon's use dismissal of one of the two jury members he accused the state of being prejudiced against.

The jury was brought into the court, sworn in and the trial began.

See TREVINO, Page 12

# Conspiracy theory by defense draws Judge Knize's ire

## Closing arguments expected today in Trevino trial

### BY BARTON CROMEENS
*Daily Light Staff Writer*

Defense attorney John Dixon's multiple attempts to portray a conspiracy among ex-police chief Ted Garber, Waxahachie City Manager Bob Sokoll and a police investigator to ruin Roberto Trevino's life landed him in the hot seat with District Judge Gene Knize Wednesday.

Dixon claimed that the investigator in the state's sexual molestation cases against Trevino was in a personal relationship with the ex-police chief, who was a close friend of Sokoll. Sokoll was purported to have had a verbal altercation with Trevino at some time in the past in which he said that he would get rid of the man.

Twice, Dixon tried to have testimony pertinent to his theory admitted — both during a recall of the investigator and, after Sokoll had been called to the stand, Knize retired the jury to hear the evidence and upheld the state's objection that Dixon's line of questioning was irrelevant.

the witnesses in this case and those who you are apparently trying to defame," Knize said to Dixon. "Tell me what you want to establish. You had (the investigator) on the stand two times and never asked her once if anyone tried to affect her, bringing charges against the defendant. You can continue this next week with Bills of Exceptions after this trial is over."

Also, Dixon attempted to make a formal complaint against the district attorney's office during his questioning of the lead investigator in the case against his client. Dixon claimed the assistant district attorneys had made signals to a witness and that his client could not possibly receive an impartial trial.

Knize disagreed vehemently.

"I was facing you (Dixon) and the district attorneys when you asked your questions, and I didn't see them doing that," Knize said. "You were facing me so there is no way you could see them giving signals. What I'm telling you is you're telling me a bunch of beans — a bunch of bodey."

Closing arguments and jury deliberation in the guilty/not guilty phase of the trial are expected to begin today.

The defense began its case early Wednesday after the prose...

#0

Robert, Patrick, mom 4/12/04   2.00 P.M.

    Say bud. whats up? Not all that much
here. They put me back in public school. I
miss you homie. Come up 1 day and
visit me. So hows Life. Its boring up here
get me 1 of those Pitty pups. On my
next w/end home I need you to pick
me up at the Bus station. If thats OK
with you if not I just will come later.
I'm being good now. I wish I would
have listened to you when you told
me something. I cry everynight. Think-
ing of you guys down there. Becauses
you my boy my homie, and my best
Friend. Please dont let patrick get into
trouble. Its not fun not getting to
see my family every day or get to
talk to them everyday. Nows when
I relized I Really Love my family
and my Brother. and you. Because
98% of the kids now days go to
Prison if there still getting into trouble
when there 18. And thats where Im
needed If I dont get Straight. well
Better Let you guys go for now
See you soon hopefully.

                Love Always

                *Simon B. Lford*

*Yesterday. It was Like I have you homie*

*I will Remember You Homie.*

*I will Remember*

*P.s.*

20

#3

September 23

Plain here with Rohet 'cause my mom don't trust me right. She hits me, curses me. Calls me names all day. Beating me down. She an me different from the house friday. She also tells me to move to my D.D. She was going to

...endorse his backing of the

See BUSH, Page 14

July 9, 1992

# Sokoll found innocent
# in verbal assault charge

**By TERRY BRITT**
**Daily Light Staff**

Waxahachie City Manager Bob Sokoll was found not guilty of verbal assault charges Tuesday in a case filed by the state on behalf of Waxahachie resident Robert Trevino.

The case stemmed from an incident on April 29 in Singleton Plaza in which Trevino alleged Sokoll threatened him with bodily harm after a meeting about the city's water and sewer line construction plans along Unger Street.

Municipal Court Judge Ron Johnson cited the state's "insufficient evidence and lack of credible witnesses" in making his decision.

Trevino and two other state's witnesses, Jim Thompson, Mr. and Mrs. Harold Alsup, testified that Sokoll approached Trevino in the parking lot across from the Waxahachie Police Department building after the meeting.

Trevino said he and the Alsups were discussing their dissatisfaction with the city council on the water and sewer project proposal in the meeting that evening.

In that discussion in the parking lot Trevino said he felt "we should replace some council members and replace the city manager."

Trevino testified at that point that Sokoll walked up to him and said he "could get rid of me," Trevino said, "there and then." Trevino said Sokoll was shaking a finger in his face and had his other hand in his pants pocket.

"I thought he was going to hurt me bad . . . I thought he was going to shoot me or cut me," said Trevino.

Trevino also testified that he could smell alcohol on Sokoll's breath, but defense attorney War-

> The State cited insufficient evidence and lack of credible witnesses in making municipal court decision.
> Judge Ron Johnson

wick Jenkins pointed out that nothing related to alcohol was on the offense report filed by Trevino immediately after the incident. Trevino was the only witness to testify that he thought Sokoll had been drinking.

When questioned, Sokoll denied having had any alcoholic drink that day or evening and denied having any kind of weapon on him or in his vehicle.

Sokoll testified that he did not walk over to the group in the parking lot to confront Trevino, but to talk to them about the city's proposal presented in the meeting.

"I knew the people were upset and the city's plan was not one they were fond of," said Sokoll.

"I made the decision to walk over and let them know that I was concerned. I wanted to let them know that a final decision had not been made on what the city would do and that we would try to work out some type of solution," he said.

At that point, Sokoll said he saw Trevino point a finger at him and say, "I'm going to get rid of you."

Sokoll testified that what he actually replied to Trevino was, "Well, someday somebody may get rid of you, Mr. Trevino," but said he never meant the remark as a personal threat to Trevino.

See SOKOLL, Page 14

# 8 primary elections

tion Aug. 8 and to reopen the missioners' filing due to altered

Democrat    G.T.    Morton
Waxahachie

employment cost index, considered one of the best gauges of wage inflation pressures, was down from 4.6 percent in the 12 months ended in June 1991.

It was the smallest increase since a similar 3.0 percent advance in the year ended Dec. 31, 1987, and was fresh evidence of the curbing effects of the sluggish economy on inflation.

It could further alleviate inflation concerns of the Federal Reserve and give it more leeway to lower interest rates further if needed to bolster economic recovery.

## Mafia investigator ambushed, killed

CATANIA, Sicily (AP) — Police set up roadblocks and conducted house-to-house searches today in their hunt for gunmen who killed a Mafia investigator, defying a government crackdown on the mob.

At least two, and perhaps four, gunmen in motorcycle helmets ambushed inspector Giovanni Lizzio, 40, as he drove home from work Monday night, police said. Lizzio was shot in the chest and head and was pronounced dead at a hospital.

## Chinese officials to buy U.S. autos

DETROIT (AP) — The Chinese government announced today it has signed contracts with the U.S. Big Three automakers to buy $130 million worth of vehicles and parts by year's end.

"We believe that the U.S. is the world leader in auto manufacturing, and many of its products meet the demands of China's users," said Gan Ziyu, vice chairman of the Chinese state planning commission.

## Vatican, Israelis move toward ties

VATICAN CITY (AP) — The Vatican today announced a major step toward establishing diplomatic ties with Israel.

The Vatican and Israel set up a permanent commission, which held its first meeting today.

nued from Page 1
President Bush aboard Air
One," and will be one of the
s accompanying him on the

rton praised the work of the
s delegation in Congress, parti-
cularly of Senators Lloyd
en and Phil Gramm in prepar
for the Senate vote on the pro-

e said he had extended Bush's in-
tation a year ago to visit the
and Bush had said two months
he would put it on an upcom-
schedule. Barton said the presi-
e's visit could not be better
ed.

Having the president at the
e) on the day of the contest
ght convince some undecided
lators to vote for it," said Bar-
, whose congressional district
ludes the super collider.

An advance team of White
ouse aides and Secret Service
ents toured the construction site
onday to plan the president's
sit and have met with area law
nforcement to plan security.

Collider spokesman Russ Wylie
id President Bush probably will
alk through the construction site
here the main shaft, 60 feet wide
nd more than 200 feet deep, is
eing dug for the collider.

## Sokoll

Continued from Page 1
When questioned by state prose-
cutor Lee Johnson, Sokoll admitted
that his response to Trevino was
not a professional one.

"I don't think I should have said
that. I feel it was probably out of
line," said Sokoll.

R.E. Simpson, director of utili-
ties for the City of Waxahachie,
and City Engineer Frank Davis
both testified they were at the April
29 meeting, and had been at an
earlier social gathering at the
Waxahachie Chamber of Com-
merce office with Sokoll and at no
time saw any actions by Sokoll to
indicate he had been drinking.

After the decision, Trevino said
he was bothered by what he
believed was a "conflict of interest"
in the case because Judge Johnson
had worked for Jenkins' law firm
from 1969-1974.

"I'm going to call the state bar
and have them look into this mat-
ter," said Trevino. "He (Johnson)
shouldn't have presided over this
case."

Sokoll could not be reached for
comment after the case.

## Genealogical Society to

The Ellis County Genealogical
Society will hold their monthly
meeting, Monday, Aug. 3, at 7:30
p.m., at the TU Electric Com-
munity Room, 401 Ferris Ave.,
Waxahachie.

Speaker for this month's meeting
will be Jeanne J. Tabb and her topic
will be "How to Join a Patriotic

### Fund-raiser slated at Maypearl cafe

A fund-raiser for candidates Del
McLane and James Ledbetter will
be held Saturday, Aug. 1, in the
Busy Bee Cafe in Maypearl at 6:30
p.m.

The dinner will be a fish fry and
tickets are $5 for adults and $3 for
children.

The event is sponsored by Ann
Heath, owner of the cafe, and
friends of the candidates.

McLane is incumbent Pct. 3 Ellis
County Commissioner and Ledbet-
ter is a candidate for county sheriff.
Both are Democrats.

Organization."

Active in numerous
nies, she is presi
Colonial Dames of
National Program Cha
Daughters of 1812, St
of the Sons & Daug
ngimus, past direct
president of the Dalla
cal Society, and has
offices in the local an
societies.



## SAINT

As Jesus entered a cer
into her house," Jesus w
people. He was a welco
at the death of Lazar
resurrection and confess

## ST. JOSEP
504 E. Marv



**ELLIS COUNTY SHERIFF'S DEPT.**

*John L. Gage*
SHERIFF

214/937-6060
214/923-4900

800 S. JACKSON
WAXAHACHIE, TEXAS 75165

### Medical Center Pharmacy

ESTEE     **aramis**     White
LAUDER    CLINIQUE       Shoulders

MON.-FRI. 8:00-6:30
SAT. 8:00-5:00
SUN. 8:30 a.m.-10:30 p.m.

 

937-1420
FAX 938-1898

201 Ferris Ave.     Waxahachie



Enchilad
(2 Bee
Tostada
Quesad
Chile R
CHILD

208 W. Franklin S

## Buy one admission, get one

# FREE

Matinees Only
Monday-Thursday
With Coupon - Expires 8/13/92

Buffalo *Creek* 4
Northgate Plaza Waxa 938-2121



*Grace's*
*Dress Shoppe*

*Popular Monthly*

# RIDICULOUS SALE



*ENNIS PRESS*

## The Editor's opinion

Friday, August 7, 1992 • THE PRESS • Page 5A

# Sokoll should learn when to keep his mouth shut

Don't be afraid to take a big step if one is indicated. You can't cross a chasm in two small jumps.

DAVID LLC. D'GEORGE

By R.L. Klemp

*ENNIS PRESS*

Waxahachie city manager Bob Sokoll has a bad habit. He opens his mouth at the wrong times and inappropriate words come out.

This happened April 29, when Sokoll spoke to Waxahachie resident Robert Trevino in front of other Waxahachie citizens.

Trevino filed charges against Sokoll, saying that the city manager threatened his well-being.

Later, in his trial in city court, the embattled city manager admitted, he should never have walked over and encountered a group of dissatisfied citizens after a special city meeting.

And, Sokoll admitted he was wrong in responding verbally when he heard Trevino talking about how the city manager and city council members should be replaced.

At that time, Sokoll admits, he said something wrong. In so many words, Sokoll said that Trevino could be gotten rid of, too.

Trevino filed charges.

Responding heatedly to a citizens remark (no matter how heated that remark might be) is something a city manager just does not do. It shows that he has lost control.

The city manager should always show control, so that he can be relied on to lead the city out of crises.

During future crises, can the citizens of Waxahachie expect to see

their city manager off in a corner arguing with a group of citizens?

This is not the first time Sokoll's mouth has gotten him in trouble. A couple of years ago, when there was quite a bit of competitiveness between Ellis County towns over which towns would reap the most benefits from the SSC, Sokoll referred to the people of Ennis as a bunch "of peons."

★ ★ ★ ★ ★

Not only did the statement contain a racial slur, it's very bad taste for a city official to publically try to demean another city. Unfortunately, Sokoll's remark made the Dallas Morning News.

Keep your mouth zipped, Bob!

Evil often triumphs but never conquers.

---

### NOTICE

## Telico Volunteer Fire Dept.

Will Meet Tuesday,
August 11 at 8:00 pm in the
fire house.

Barn Dance
Will Be
Discussed

---

# THE ALLERGY AND ASTHMA CENTER OF DUNCANVILLE

## Jay S. Gartner, M.D.

### ADULT AND PEDIATRIC ALLERGY AND ASTHMA

* Eye, Ear, Nose & Throat Allergy
* Asthma, Hayfever, Sinus
* Chronic or Persistent Cough
* Recurrent Infections
* Low Immunity
* Sinus Headaches, Sore Throat

* Hives and Swelling
* Skin Allergy, Contact Dermatitis Poison Ivy
* Insect Allergy: Fire ant, Bees
* Food Allergy
* Cedar Fever

**Telephone Answered 24 Hours**



# 709-NOSE

### 709-6673

**626 W. Wheatland Road**
**Duncanville, Texas**

---

## Allergy & Asthma Update

*By Dr. Jay S. Gartner M.D.*

### Testing, One, Two...

Patients often approach allergy testing with anxiety. Will it hurt? Is it safe? There are several ways to test patients for allergies, but many doctors prefer a procedure called "Serial Dilution Antigen Endpoint Titration." The name is generally shortened to Serial Dilution or just "titration." After a thourough medical history and physical exam, the doctor or a trained assistant will administer a series of small injections, using very fine needles, on the patients arms. Only a tiny amount of the test substance (antigen) is injected. These produce little bumps, like mosquito bites. After a waiting period of about ten minutes, the size of

 You CAN DO IT WITH *True Value* HARDWARE

Master ELECTRICIAN
25-Ft.

You CAN DO IT WITH *True Value* HARDWARE

GALAXY BY LISKE
6-In. Personal



Case 3:10-cv-02413-D   Document 1-7   Filed 11/29/10   Page 16 of 30   PageID 312

# The Waxahachie Light

Volume 103, Number 223 · Sunday, March 19, 1995 · 36 pages in 3 sections

SHAKERS

*WAXAHACHIE DAILY LIGHT*

## Defense wants trial moved

### Attorney for Trevino says charges born of prejudice

By ALLAN TAYLOR

DEFENSE

Continued from Page 1

## VETERANS IN PETITION FOR JUSTICE
### Gloria Trevino, Petitioner, 12526 Olympia Drive - Houston, Texas 77077

### DENIED FREE SPEECH IN FRONT OF WHITE HOUSE
### TEXAS HISPANIC WOMAN HONORABLY DISCHARGED VETERAN ARRESTED BY
### SECRET SERVICE AS SHE PROTESTS HARASSMENT OF FAMILY BY AUTHORITIES
Oct. 7, 1996



Contact: Gloria Trevino at 713-3095962, Email, vip4justice@gmail.com

 Gmail

**Gloria Trevino <vip4justice@gmail.com>**

---

**Dealer Complaint**
1 message

---

**AskDMV (TxDMV) <ASKDMV@txdmv.gov>**                          Wed, Jul 19, 2023 at 1:46 PM
To: "vip4justice@gmail.com" <vip4justice@gmail.com>

Hello,

Thank you for contacting us.  It is my pleasure to assist you today.

Our Enforcement Division investigates complaints against licensed dealers.

You may submit a dealer complaint online.  You will receive an email with a case number once completed.

Please allow time for the complaint to be assigned to an investigator.  The investigator will reach out to you for more information, if needed.

If we find evidence of a violation of the laws we enforce we may initiate administrative action in the name of the Texas Department of Motor Vehicles (TxDMV) against the person or entity. Please be advised that any civil penalty collected by the TxDMV is credited to a specified state fund. **The TxDMV cannot pursue a private claim for damages on your behalf.**

You may have civil claims against the dealer or person you are complaining about that are separate and apart from our administrative action. We encourage you to seek private legal counsel to assist you in determining your rights, time limits to file civil claims and other options in this matter.

For your convenience, this email contains a hyperlink(s), which is the text underlined and highlighted in blue.  Click the hyperlinked word(s) to visit the referenced website.

Please let us know if we can be of further assistance.  Have a wonderful day!

Sincerely,

**Mariza** || Customer Service Representative

**Texas Department of Motor Vehicles**

**Consumer Relations Division**

**Email: AskDMV@TXDMV.gov Phone:** 512-465-3000 or 1-888-368-4689

 Gmail                                          Gloria Trevino <vip4justice@gmail.com>

**Refresh your vehicle's offer. Don't miss out!**
1 message

**Carvana** <DoNotReply@mail.carvana.com>                    Fri, Apr 7, 2023 at 5:41 AM
Reply-To: DoNotReply@carvana.com
To: vip4justice@gmail.com



See how values have changed and refresh your offer below.



2019 Ford Mustang

# $23,871

Estimated Carvana Offer*

+$471     Since your original offer

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Rating & Accreditation



THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 52

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

## Contact Information

10333 Katy Fwy
Houston, TX 77024-1107

Visit Website

(713) 932-5000

## Complaints Summary

**17** total complaints in the last 3 years.

**4** complaints closed in the last 12 months.

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

# RICHARDS & VALDEZ

### ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Licensed in Missouri and Texas
Rated AV Preeminent™ by Martindale-Hubbell
Telephone (214) 455-4690
Telecopier (866) 823-2719
john.richards@richardsvaldez.com

**ST. LOUIS OFFICE**
**4006 CASTLEMAN**
**SAINT LOUIS, MO. 63110**

**DALLAS OFFICE**
**6060 NORTH CENTRAL EXPRESSWAY**
**SUITE 500**
**DALLAS, TX 75206**

October 29, 2019

*[handwritten: accelerate premeditated murder!]*

VIA Express Mail: EK 363240632 US

Director's Review Committee
P.O. Box 99
Huntsville, TX 77342

*[handwritten: Sham review only rubber stamps Complicit gaslighting to conceal crucial evidence (Confession) retaliation and Millions of dollars in exoneration/damages]*

Re:    Treviño, Robert #729766 – Disapproved List

Dear Sirs:

I represent Gloria Treviño Turner ("Ms. Treviño"), Robert Treviño's sister, and also Robert Treviño. Ms. Treviño is appealing her removal from the visitation list of Robert Treviño. I am attaching the letter dated October 18, 2019, from Assistant Warden Lorie L. Larson, Carol Young Medical Facility which states she has been removed from Robert's List.

The removal letter was dated one day after the letter I sent to Warden Massey on October 17, 2019 protesting the facts and circumstances related to Ms. Treviño's visits to her brother Robert and the improper way that both Ms. Treviño and Robert were treated on her visit on October 12, 2019 and Ms. Treviño's treatment when she had falsely been told that she was taken off Robert's visitation by Robert when she came to the Unit on September 11, 2019. I am attaching my letter which contained an affidavit of Ms. Treviño in which she details, under oath, the impropriety in the way she was treated. Also, please note the second page of the October 18th letter which shows that it was not mailed until October 21, 2019.

Both Ms. Treviño and I believe that this action was taken because on October 11, 2019, I had notified Carol Young Medical Center by letter that there was now Petition for Writ of Habeas Corpus in the Southern District of Texas filed by Robert. I sent the October 11, 2019 letter, which is attached along with proof that the fax was received on October 11, to request a verified copy of

Directors Review Committee
October 29, 2019
Page2

Robert's Trust Fund Account pursuant to an order from the federal court in the Southern District of Texas, Galveston Division. I attached the order to the letter.

Please note that in Ms. Treviño's affidavit and my October 17th letter, we stated that Mr. Treviño was totally disabled and in a geriatric wheelchair. I wanted to provide visual proof to you of this. Therefore, I am attaching excerpts from a video deposition I took of Robert at Carol Young several years ago. From the video you can see how Robert cannot be fit into a booth for a visit but requires a contact visit.

I hope you will review this carefully and see how the timeline represents a strong case for retaliation, especially because the was the first time that Ms. Treviño was denied a contact visit with Robert required to have a visit in a booth where Robert clearly doesn't fit in and obviously couldn't reach the phone.

Please let me know immediately if you need any other information.

Sincerely,

John E. Richards

cc:    Robert Treviño
        Gloria Treviño

VETERANS IN PETITION FOR JUSTICE
Gloria Trevino, founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, email: vip4justice@gmail.com

JUAN ANTONIO TREVINO, DOB, JAN. 8, 1948 – MURDERED OCT. 22, 2012
VICTIM OF DEPRAVE HEART MURDER
by Defendants of the Ellis County Jail
Photo was taken after previous Rodney King style Waxahachie police brutality attack on Juan.



"With Liberty and Justice for All"

# RICHARDS & VALDEZ

### ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRALEXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

October 17, 2019

Via facsimile at 409-645-7669

Kim Massey, Senior Warden
Carol Young Medical Facility
5509 Attwater Dr.
Dickinson, TX
77539

Re:   Robert Rodriguez Treviño #729766
      Treviño v. Collier, USDC, SD TX. 3:19-CV-324

Warden Massey;

I am the attorney for Robert Treviño and also the attorney for his sister, Gloria Treviño Turner, who has been visiting Robert at the TDCJ units where he has been confined for over ten years. She is his only regular visitor. In addition, she has the power of attorney from Robert and acts on his behalf both with the Veteran's Administration and the United States District Court in the lawsuit that has been filed in the United States District Court, Southern District of Texas, Galveston Division which is identified above.

The purpose of this letter is to set forth what both Ms. Treviño Turner and I believe is highly inappropriate behavior to both Mr. Treviño and to his sister on her visit to Carol Young on Saturday, October 12, 2019, a visit of which you are aware. In addition, on September 21, 2019, the staff did not Ms. Treviño Turner visit Mr. Treviño and the claim that he had taken her off the visitation list. I myself called and was told that Gloria Turner was still on the list. It is my understanding that you were aware of both of these visited.

Kim Massey, Senior Warden
Carol Young Medical Unit
October 17, 2019
Page 2

I begin this letter by stating that the Carol Young Unit is fully aware that Mr. Treviño is basically totally disabled and spends his time either in bed or in a geriatric wheelchair. He has almost no movement in his arms and he is hurt badly when his body is twisted about. Therefore, let me begin with Mr. Treviño's treatment at the visit. Rather than the long history of visits when he is wheeled into the room on his geriatric wheelchair or bed and his visitor can sit across from and talk to him, he was wheeled into a closed small room with a thick glass separating him from his visitor and which had a phone in order to communicate. Because of his disabled condition, he could not reach the phone and also, and this is very significant, the attendant tried to push him up to the phone, violently bending the geriatric wheelchair to a sitting position which was very which was very painful to him. I have visited Mr. Treviño several times at Carol Young in the last several years and this never happened with me.  In addition, over the entire time Ms. Treviño Turner has visited him at Carol Young, which have been periodic and often weekly, he was never pushed into the communication booth until Saturday.

I understand Ms. Treviño Turner complained about this and was told that you were setting the rules. I believe that this was improper pursuant to the Texas Department of Criminal Justice Offender Rules and Regulations for Visitation and other TDCJ Policies. In particular, Mr. Treviño has special needs which Carol Young is cognizant. These policies provide for visits with respect to special conditions such as Mr. Treviño. In particular, his condition, both physical and mental, demand a contact visit as called for by the Rules. In particular, I refer to 7.6.2 General Visitation Area, which provides that "(1) Offenders whose health condition permits may receive visits in the existing visitation area."

Mr. Treviño's health conditions required a contact visit. The fact that this "new" rule requiring the visit behind the glass in a room where he had no ability to communicate except by shouting, can, in my opinion, only arise in retaliation for the lawsuit that has been filed in federal district court in Galveston. I can think of no other change in his circumstances or health which justify this new action other than retaliation.  I do not believe anything provision of Rule 3.14, Termination of Visits in Progress, apply to the new rule.

My client, Ms. Treviño Turner is, in my opinion, completely justified in her reaction to what happened last Saturday. I have spoken to her about it in detail and she has prepared a written statement of what happened. I am attaching this statement.

Kim Massey, Senior Warden
Carol Young Medical Unit
October 17, 2019
Page 3

Because of the matters set out in this letter and the Affidavit, I make these demands:

1. That Ms. Treviño Turner be allowed contact visits from now on without any further harm to Mr. Treviño nor harassment of Ms. Treviño Turner nor her property.

2. That Carol Young verify that Ms. Treviño Turner has not been removed from Mr. Treviño's visitor list.

3. That Carol Young provide a detailed written explanation of why the visit on Saturday, October 12, 2019, was conducted in the way it was and any written documentation supporting this explanation.

4. That Carol Young provide a detailed written explanation of Ms. Treviño Turner was not allowed to visit Mr. Trevino on Saturday, September 21, 2019 and erroneously told that he had taken her off his visitation list.

5. That Carol Young explain in detail how, given Mr. Treviño's physical health, that he must be required to be pushed into a small booth that barely accommodates his geriatric wheelchair, and how Carol Young expects that he has the capability to speak through the phone without lifting and twisting his body.

6. That Carol Young immediately respond to my letter last week dated October 11, 2019 with an order of the federal court in Galveston, verifying that a certified account statement for Mr. Treviño be prepared and forwarded to the federal district clerk in Galveston as identified in that letter.

I need an immediate response to this letter by Friday, October 18, 2019.

Sincerely,

John E. Richards

Attachment:   Affidavit of Gloria Treviño

cc:   Gloria Treviño Turner

*[Handwritten top right: Noel Portray & John Richards unofficially had Betrayed us had flipped/flop positions & conceal State's witness Confession hindering prosecution of Officia]*

# RICHARDS & VALDEZ
## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Licensed in Missouri and Texas
Rated AV Preeminent™ by Martindale-Hubbell
Telephone (214) 455-4690
Telecopier (866) 823-2719
john.richards@richardsvaldez.com

**ST. LOUIS OFFICE**
4006 CASTLEMAN
SAINT LOUIS, MO. 63110

**DALLAS OFFICE**
6060 NORTH CENTRAL EXPRESSWAY
SUITE 500
DALLAS, TX 75206

October 19, 2019
**ATTORNEY CLIENT COMMUNICATION**

via priority mail

Robert Treviño, #00729766
Carole S. Young Medical Facility,
5509 Attwater Ave.,
Dickinson, TX, 77539

Re:     Your Visits with Gloria

Dear Robert:

*[Handwritten: John Richards conducting sham representation gaslighting pernicious covert and undercover ~~too~~ activities as Gestapo agents and espionage to sabotage our quest for justice to unjustly enrich the State to our]*

    I sent a letter to Carol Young Medical Facility on August 30, 2019, informing them that *[handwritten: detained & demand]* your lawsuit for Writ Habeas Corpus had been filed and that I needed a copy the statement of you funds in your account to submit to the court. When I called, I was told they needed an order from the Court. After that first letter, Gloria went to visit you on September 21, 2019. She was told that you had her removed from the visitor's list. October 11, 2019, I sent another letter to Carol Young attaching an order from the Court which related to the lawsuit and to the statement of your funds. I then called Carol Young and asked about your visitor's list and was told that Gloria was still on it. When Gloria came to visit you on October 12, the visit was conducted in a booth. This was the first time this ever happened because before they wheeled you out in your geriatric wheelchair or bed into the reception area. According to Gloria, you could not reach the phone and the staff tried to push you up into a sitting position and this caused you pain and you still were not able to reach the phone.

    I need the following information from you: *[handwritten: Had no intentions of getting Order of Protection – Robert never took me off visitation list!]*

1.  Do you still want Gloria to visit you?

2.  How much pain did you suffer in the booth?

3.  Has the staff mentioned to you they know about the lawsuit? *[handwritten: attorney knew & everybody knew! thats why we were being retaliated & mentally & physically abused!]*

Robert Treviño
October 19, 2019
Page 2

4. Have you filed a grievance on the incident in the booth?

5. Has the staff retaliated against you in any other way?

Write me asap on this. Sent it to the 4006 Castleman, St. Louis, MO 63310 address.

Also, we are working on an emergency action to prevent this from happening as well as preparing a grievance on this incident which will be filed by Gloria as your representative.

Finally, I am attaching the letter we sent warden Massey and the Affidavit of Gloria attached to it.

Sincerely,

*John E. Richards*

John E. Richards

cc:    Gloria Treviño

*[handwritten margin notes:]*

*Richards was suppose to file emergency Protective Order. He knows DTCJ grievance system is a sham & also aware of other ways Stbo retaliate*

*I never agreed to file sham grievance*

*Richard was suppose to file Emergency Protective Order from Federal Ct in WHC for MRES, & concealed everything from court. confessions DoJ police Misconduct & Criminal Acts & Conspiracy —*

*as well as their plot to accelerate assassinate by ill-fated transfer of Robert from FCUa CYMF that also treated inmates for critically ill medical conditions as well as mental & psychologe and no need to transfer Robert to worst insane asylum in the world, One hr away from ER.*

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

JOHN E. RICHARDS
Licensed in Missouri and Texas
Rated AV Preeminent™ by Martindale-Hubbell
Telephone (214) 455-4690
Telecopier (866) 823-2719
john.richards@richardsvaldez.com

ST. LOUIS OFFICE
4006 CASTLEMAN
SAINT LOUIS, MO. 63110

DALLAS OFFICE
6060 NORTH CENTRAL EXPRESSWAY
SUITE 500
DALLAS, TX 75206

October 19, 2019
**ATTORNEY CLIENT COMMUNICATION**

via priority mail

Robert Treviño, #00729766
Carole S. Young Medical Facility,
5509 Attwater Ave.,
Dickinson, TX, 77539

     Re:  Your Visits with Gloria

Dear Robert:

   I sent a letter to Carol Young Medical Facility on August 30,  2019, informing them that your lawsuit for Writ Habeas Corpus had been filed and that I needed a copy the statement of you funds in your account to submit to the court. When I called, I was told they needed an order from the Court. After that first letter, Gloria went to visit you on September 21, 2019. She was told that you had her removed from the visitor's list.  October 11, 2019, I sent another letter to Carol Young attaching an order from the Court which related to the lawsuit and to the statement of your funds.  I  then called Carol Young and asked about your visitor's list and was told that Gloria was still on it. When Gloria came to visit you on October 12, the visit was conducted in a booth. This was the first time this ever happened because before they wheeled you out in your geriatric wheelchair or bed into the reception area. According to Gloria, you could not reach the phone and the staff tried to push you up into a sitting position and this caused you pain and you still were not able to reach the phone.

   I need the following information from you:

1.  Do you still want Gloria to visit you?

2.  How much pain did you suffer in the booth?

3.  Has the staff mentioned to you they know about the lawsuit?

Robert Treviño
October 19, 2019
Page 2

4.  Have you filed a grievance on the incident in the booth?

5.  Has the staff retaliated against you in any other way?

Write me asap on this. Sent it to the 4006 Castleman, St. Louis, MO 63310 address.

Also, we are working on an emergency action to prevent this from happening as well as preparing a grievance on this incident which will be filed by Gloria as your representative.

Finally, I am attaching the letter we sent warden Massey and the Affidavit of Gloria attached to it.

Sincerely,

John E. Richards

cc:    Gloria Treviño

STATE OF TEXAS      §
                         §
COUNTY OF HARRIS    §

## AFFIDAVIT OF GLORIA TREVINO

Before me, the undersigned authority, personally appeared Gloria Treviño, who after being sworn by me, upon her oath did state as follows:

1. "My name is Gloria Treviño (Turner). I am a 66 year old honorably discharged 100% disabled veteran of the United States Armed Forces. I suffer from Chronic PTSD and other bothersome medical problems as a result of MST and am fully competent to make this affidavit, the facts of which are true and correct and within my personal knowledge.

2. On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years. Robert is confined to a geriatric wheelchair because he can ñot sit up in a regular wheelchair and is practically completely paralyzed. He also suffers from severe brain damage, PTSD and Schizophrenia as a result of concussion blast head injuries he sustained during his tour of duty in Vietnam and also suffers from life-threateñing seizures that put him in a vegetative state as a result. He also has peripheral neuropathy of the upper and lower extremities and critical ischemic heart condition as a result of extensive exposure to Agent Orange. Robert is a Bronze Star, Purple Heart Recipient and an American War Hero! As previously repeatedly protested, Robert's dire medical condition is life-threatening and unless immediately restrained from the relentless harassment, TDCJ/UTMB employees are going to maliciously cause Robert further irreparable harm and injury and induce his untimely senseless death!

AFFIDAVIT OF GLORIA TREVIÑO   Page 1

3.   As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21st, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.   I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence and visits in revenge for TDCJ/UTMB lawsuit.

5.   They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President, Callender, however, they were swept under the rug further empowering and emboldening

**AFFIDAVIT OF GLORIA TREVIÑO** Page 2

the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.   When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.   Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.   However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.   Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a sitting position and cramming it towards the phone and hurting and injuring Robert even

**AFFIDAVIT OF GLORIA TREVIÑO**   Page 3

though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10. In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was

**AFFIDAVIT OF GLORIA TREVIÑO** Page 4

leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11.    I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12.    I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13.    Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me that no further harm would come to Robert but had no control over Warden Massey since

AFFIDAVIT OF GLORIA TREVIÑO   Page 5

she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14.  Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15.  Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14, 2019

Notary Public in and for The State of Texas

My Commission Expires: 12-30-2022

**AFFIDAVIT OF GLORIA TREVIÑO** Page 6



KIRIT H. RAVAL
Notary Public, State of Texas
Comm. Expires 12-30-2022
Notary ID 130063928

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## "DEMAND EQUAL PROTECTION, REPRESENTATION & EQUAL ACCESS TO JUSTICE FOR ROBERT TREVINO & FAMILY!"

1 message

**Gloria Trevino** <vip4justice@gmail.com>                                    Sat, May 6, 2023 at 2:17 PM
To: "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, lisa.falkenberg@chron.com,
sara.bullard@mail.house.gov, Ethan Haywood <ethan.haywood@house.texas.gov>, Andrew Case
<acase@latinojustice.org>, ware@mikewarelaw.com, CDCInfo <cdcinfo@texasbar.com>, USAWA Inquiries
<usawainq@unhcr.org>, newyork@ohchr.org, information@scjc.texas.gov, pio@supremecourt.gov, news@chron.com,
hello@gijn.org, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
amy.starnes@txcourts.gov, senator@blumenthal.senate.gov, usatxs.atty@usdoj.gov, USDOJ <askdoj@usdoj.gov>, Gloria
Trevino <vip4justice@gmail.com>, VAVBAHOU/DAV <DAV.vbahou@va.gov>

HONORABLE CONGRESSWOMAN LIZZIE FLETCHER
C/O MS. SARA BULLARD
&
UNHCHR, US SUPREME COURT, US DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, CASE NO. 3;22-
CVC-1503; CONLEY F. MONK JR., ET AL. VS. US, VA, ET AL
141 CHURCH STREET, NEW HAVEN, CONNECTICUT 06510
&
TEXAS REPRESENTATIVE MANO DEAYALA, AKA, "ANCHOR BABY" & "NEO-NAZI, WHITE SUPREMACIST WANT-
TO-BE"
C/O ETHAN HAYWOOD, VIA EMAIL,  ethan.haywood@house.texas.gov


GREETINGS,

SEE ATTACHMENTS

TEXAS REPRESENTATIVE MANO DEAYALA CONTINUES TO PERPETRATE AND FACILITATE, "BIG LIES"  TO
WEAPONIZE HIS LAW DEGREE AND OFFICIAL OFFICE, USE TDCJ/UTMB DOCTORS, WEAPONIZED THEIR
MEDICAL DEGREES TO EXECUTE COVERT CRIMINAL CONSPIRACY SCHEME TO ACCELERATE PREMEDITATED
ASSASSINATION OF ROBERT TREVINO TO SABOTAGE EXONERATION AND DEFRAUD HIM OF MILLIONS OF
DOLLARS IN COMPENSATION OVER  "HANG EM HIGH" TEXAS STYLE RAILROAD OF HYPOCRISY AND
INJUSTICE OF HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER ROBERT TREVINO AND
COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST. TO DATE, WE CONTINUE TO BE RELENTLESSLY
RETALIATED AND CRIMINALLY OPPRESSED FOR OUR REFUSAL TO OBEY PERVERTED AND CORRUPT
WRONGFUL IMPRISONMENT, ATROCITIES FOR NOT GO ALONG WITH THEIR COVER- UP/WHITEWASH
STRATEGY IN OUR SOLITARY QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY.

THE NEO-NAZI, WHITESUPREMACIST DEFENDANTS FURTHER ASSASSINATED ROBERT AFTER STATE'S STAR
WITNESS, PATRICK LANKFORD, CONFESSED AND EXONERATE ROBERT OF ANY CRIME AND IMPLICATED
GOVERNMENT OFFICIALS IN CONCOCTING, FABRICATING "BIG LIES" AND COERCING HIM AND HIS GANG TO
MAKE AGGRAVATED PERJURED TESTIMONY AGAINST ROBERT UNDER THE THREAT OF HARSH PROSECUTION
WITH LENGTHY PRISON SENTENCES ON PENDING STATUTORY RAPE OF 12 YEAR OLD STACY HARRIS AND
OTHER FELONY CRIMES IF THEY DIDN'T MAKE THE "BIG LIES" UNDER OATH IN THE SHAM TRIAL BY RAGE
AGAINST ROBERT TREVINO AND SUBSEQUENTLY, THE DEFENDANTS, GESTAPO AGENTS AND OTHERS
ASSASSINATED ROBERT AND ATTEMPTED PSYCHOLOGICAL MURDER OF ME INDUCING ME INTO SUFFERING
A NEAR FATAL STROKE AND CONTINUE PERNICIOUS COVERT PSYCHOLOGICAL ABUSE AND CRIMINAL
OPPRESSION, TO DATE.

TEXAS REPRESENTATIVE, MANO AYALA, ERRONEOUSLY ALLEGES THAT HE DOES NOT HAVE JURISDICTION
ON TEXAS AGENCIES, EMPLOYEES TO "BLACKLIST"  AND DENY ME EQUAL PROTECTION UNDER THE LAW
AND IS AIDING AND ABETTING, HINDERING THE PROSECUTION AND HARBORING THE TEXAS STATE BAR
CRIMINAL CONSPIRATORS THAT ARE, LIKEWISE, PROTECTING THE DEFENDANTS, GESTAPO AGENTS IN
FURTHERANCE OF "BLACKLISTING" AN "SANCTIONING" ROBERT TREVINO AND FAMILY. AND SABOTAGE
SOLITARY QUEST FOR JUSTICE. REPRESENTATIVE DEAYALA WAS APPOINTED BY GOVERNOR GREG  ABBOTT
TO SIT ON BOARD OVERSEEING TDCJ AND IT'S INHUMANE INADEQUATE MISMANAGED SUPERFICIAL MEDICAL



Here's how you know

THE UNITED STATES
DEPARTMENT of JUSTICE
TICE NEWS

*Could have saved Robert!*
*Repeatedly refuse to help*
*Robert & al.*
*27.*

**Department of Justice**

**Office of Public Affairs**

FOR IMMEDIATE RELEASE

Wednesday, November 10, 2021

## Attorney General Merrick B. Garland Directs Steps to Safeguard the Rights of and Ensure Access to Justice for Veterans & Servicemembers

### Civil Rights Division and Office for Access to Justice to Lead Efforts

U.S. Attorney General Merrick B. Garland today issued a memorandum reaffirming the Justice Department's commitment to guarding the rights of and improving access to justice for veterans, servicemembers and military families. The memorandum directs the Civil Rights Division's Servicemember and Veterans Initiative to develop a plan to guide its expanded duties and outreach efforts.

The Attorney General also directed the Office for Access to Justice to provide recommendations for actions that may be taken to better meet the legal needs of veterans and servicemembers, including through medical-legal partnerships, veterans treatment courts and reentry programs and services.

"The Justice Department honors our nation's veterans and servicemembers not just with words but also with action," said Attorney General Garland. "To that end, I have directed the Civil Rights Division and the Office for Access to Justice to mobilize resources in order to protect the rights of those who serve and lead efforts across government to ensure access to justice for veterans, servicemembers and military families."

"Many veterans face unique legal challenges that stem from their service to our country," said Associate Attorney General Vanita Gupta. "The Justice Department's Office for Access to Justice is uniquely positioned to deploy the tools of the department and to engage our partners across government through the Legal Aid Interagency Roundtable to identify opportunities that will expand access to justice for veterans, servicemembers and their families."

"Through vigorous enforcement of our federal civil rights laws, we are working to ensure that our servicemembers and veterans, and their families, are able to enjoy the freedoms and rights for which they so valiantly fought," said Assistant Attorney General for Civil Rights Kristen Clarke. "This Veterans Day, we affirm our long-standing commitment to protecting servicemembers' civilian employment rights, financial and housing rights, voting rights and more."

On Nov. 16, the Civil Rights Division will host a virtual event to recognize the commitment and contributions of diverse servicemembers and veterans. The program will feature remarks by the Assistant Attorney General Clarke and a presentation by Ret. Col. Will Gunn, Vice President for Legal Affairs and General Counsel for the Legal Services Corporation. The event is free and open to the public, and pre-registration is required. For more information and to register for this event, please visit: Unsung Heroes: A Civil Rights Division Celebration of Diverse Veterans.

Topic(s):
Servicemembers Initiative
Access to Justice

Component(s):

# The
# Intercept_

Creede Newton

January 24 2017, 9:51 a.m.



Photo: Andrew Lichtenstein/Corbis/Getty Images

To make a referral of an exempt organization, submit <u>Form 13909, Tax-Exempt Organization Complaint (Referral) Form</u>.

Form 13909, and any supporting documentation, can be submitted in a variety of ways:

Mail to IRS EO Classification, Mail Code 4910DAL,
1100 Commerce St., Dallas, TX 75242-1198
Fax to 214-413-5415, or
Email to eoclass@irs.gov.

The IRS takes all complaints seriously and scrutinizes all referrals. For more information, go to: <u>www/IRS.gov</u>.

### ###

## LatinoJustice Uncovers and Reports Pandemic Profiteering and Fraud by a Private Prison Company

MTC Was Paid Millions for Work that it Never Performed

**Austin, Texas** - A two-year <u>investigation</u> (https://www.latinojustice.org/sites/default/files/2022-11/2022-11-20%20Cover%20Letter.pdf)by LatinoJustice PRLDEF has uncovered a pandemic profiteering scheme that has cost Texas taxpayers at least $2 million, run by Management and Training Company (MTC), a private prison company with a long history of fraud, waste, and abuse.

For years, MTC has provided substance abuse treatment programs to people incarcerated by the Texas Department of Criminal Justice (TDCJ). But since early 2020, MTC stopped providing this treatment, and created fraudulent paperwork that it used to bill TDCJ for work it never performed. As a result, people in need of counseling and treatment did not receive it, even as taxpayers provided millions to MTC.

Over the course of two years, LatinoJustice has conducted dozens of interviews and reviewed thousands of pages of documents obtained under the Texas Public Information Act. This investigation showed that, using COVID as a pretext, MTC denied services in order to cut costs, but continued to bill TDCJ as though it had been providing services in full.

Under seventeen separate contracts, TDCJ pays MTC over $100 million per year to provide programming in TDCJ units. By law and contract, MTC must provide group therapy, individual sessions with counselors, and other treatments designed to help those struggling with addiction stay sober upon their release from custody.

When COVID-19 struck TDCJ, MTC sensed an opportunity. Under the guise of COVID restrictions, MTC stopped providing therapeutic treatment that involved MTC counselors or employees. Individuals were given paper worksheets that took ten minutes to fill out, and then threatened with longer jail time if they didn't fill out fraudulent timesheets claiming they had received four hours of treatment.

"If the parole board thinks that someone should be in a drug treatment program, they should send that person to get treatment in the community," LatinoJustice Senior Counsel Andrew Case said. "Outsourcing this important work to MTC is a recipe for fraud, and it's no surprise that MTC took advantage of pandemic conditions to steal from Texas taxpayers."

# VETERANS IN PETITION FOR JUSTICE
## PETITIONERS, GLORIA , MARIA, JUAN &  ROBERT TREVINO
### 12526 OLYMPIA DRIVE – HOUSTON, TEXAS  77077
### 713-309-5962, Email; vip4justice@gmail.com

**HONORABLE JUDGE JANET BOND ARTERSON**                    **JUNE 13, 2023**
**US DISTRICT COURT, DISTRICT OF COMMETICUT**          **RESUBMITTED**
141 CHURCH STREET, NEW HAVEN, CONNETICUT  06510          **AUG. 11, 2023**
RE;  CASE NO. 3:22-CVC-1503-JBA, CONLEY F. MONK JR., ET AL.  VS. US, ET AL.
PETITIONERS/INTERVENORS, GLORIA TREVINO, MARIA TREVINO, JUAN TREVINO,
ROBERT TREVINO VS. MONK, YALE UNIVERSIT LAW CLINIC, US, VA, ET. AL

### "GOOD OL BOYS AT-LARGE!!!!"

GLORIA TREVINO, ET AL., PETITIONERS FOR VETERANS IN PETITION FOR JUSTICE,
HEREBY RESPECTFULLY APOLOGIZE TO THIS HONORABLE COURT FOR NOT BEING
ABLE TO RESOND TO COURT ORDER OF MAY 15, 2023 AND HOPE WE CAN REPLY ASAP..
AS YOU ARE AWARE, I ALSO SUFFERED A NEAR DEADLY STROKE AS A ESULT OF THE
RELENTLESS MAFIA-RELATED ACTIVITIES OF PERPETRATORS TO FOREVER, SILENCE
US AND **"ESCAPE"** TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY WITH IMPUNITY.

AS YOU ALSO AWARE, WE ARE HONORABLY DISCHARGED DISABLED HISPANIC
VETERANS. MY BROTHER, ROBERT TREVINO, DECEASED, WAS HIGHLY RECOMMENDED
FOR THE DISTINGUISED SILVER STAR AND IS A BRONZE STAR WITH "V" FOR VALOR
AND , PURPLE HEART RECIPIENT FOR HIS HEROIC ACHIEVEMENTS IN THE REPUBLIC
OF VIETNAM.  ROBERT SUFFERED FROM TBI, WITH LIFE-THREATENING EPILEPTIC
SEIZURES, BRAIN DAMAGE, DEMENTIA, COMPROMISED ISCHEMIC HEART CONDITION,
CHRONIC PTSD, PERIPHERAL NEUROPHY, INFECTIONS, WEAKEND IMMUNE SYSTEM,
NEGLECTED PROTRUDING BASKETBALL SIZE HERNIA, THAT WAS CAUSING OTHER
RECURRING LIFE-THREATENING BOWEL OBSTRUCTIONS AND THAT I CONSIDERED,
RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITIONS AS A RESULT OF
BEING SHOT IN THE HEAD, CONCUSSION BLAST HEAD INJURY, EXTENSIVE EXPOSURE
TO AGENT ORANGE AND OTHER EXTREMELY DANGEROUS AND LIFE-THREATENING
HERBICIDES AND PARALYZED AND UNABLE TO EVEN ROLL AROUND IN THE BED.
IN SHORT, ROBERT WAS A PRISONER IN HIS OWN BODY. AND SCREAMING FOR JUSTICE!

IN 1995 TO DATE, THE DEFENDANTS US, VA, ET AL., IN COMPLICITY  WITH NEO-NAZI
WHITE SUPREMACIST GOVERNMENT  OFFICIALS DEMONIZED ROBERT AND STRIPPED
HIM OF HIS HONOR, DIGNITY, FREEDOM AND THE VA BENEFITS HE HONORABLE
EARNED ON THE BATTLEFIELD AND LEFT HIM BEHIND TOTALLY DEFENSELESS AND
POWERLESS TO FEND FOR HIMSELF AND  THEY BURSTED OUT WITH LAUGHTER AND
RIDICULED FURTHER, **"BLACKLISTED"** AND **"SANCTIONED"**  ROBERT AND FAMILY TO
LANGUISH IN WRONGFUL IMPRISONMENT AND ASSASSINATED AND COVER-UP WITH
IMPUNITY IN THE FIRST DEGREE AND IN BLATANT VIOLATION OF OUR NATION'S
SOLEMN PROMIS TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND! AND ROBERT
LIVED THE **"AMERICAN NIGHTMARE"** AND **"TWILIGHT ZONE"** FOR DECADES.

GLORIA TREVINO, **VETERANS IN PETITION FOR JUSTICE** WILL REPLY ASAP.
12526 OLYMPIA DR., HOUSTON, TEXAS  77077, PH; 713-309-5962, Eml; vip4justice@gmail.com;

⬇ Obtain proof of delivery

**DELIVERY STATUS**

Delivered ✓

✉ Get Status Updates

**TRACKING ID**

780379608094 ✏ ☆

**FROM**
Houston, TX US

*Label Created*
6/26/2023 4:53 PM

**PACKAGE RECEIVED BY FEDEX**
MISSOURI CITY, TX
6/26/2023 5:48 PM

**IN TRANSIT**
STRATFORD, CT
6/29/2023 6:48 AM

**OUT FOR DELIVERY**
STRATFORD, CT
6/29/2023 7:00 AM

**DELIVERED**
New Haven, CT US

*Delivered*
6/29/2023 at 2:28 PM

*My response of Ct is missing. Claim they never received it. About 600p box. Ct?*

Manage Delivery          ⌄

SEE FULL DETAILS          (/FEDEXTR
ACTION=TRACK&TRACKINGNUMBER=78037960

FedEx Office℠

Address:              12121 WESTHEIMER RD
                      HOUSTON
                      TX 77077
Location:             JGQKO
Device ID:            ~BTC01
Transaction:          940369838615

FedEx Ground
Tracking Number:
780379608094    12.00 lb (M)        82.45
   Declared Value   0
   Pack & Ship Service:
      Standard  Medium, 17x17x7
      790363010746  1(T)       $11.49

Recipient Address:
   Honorable Judge Janet Bond
   Arterton, US District CT For The
   District Of Conneticut
   141 Church St
   New Haven, CT 06510
   0000000000

Scheduled Delivery Date 06/29/2023

Pricing option:
   STANDARD RATE

Package Information:
   Your Packaging
   17 x 17 x 17

        Shipment subtotal:       $82.45
Merchandise taxable subtotal:    $11.49
         Tax(City): 1%           $0.12
         Tax(TX): 8.25%          $0.72
         Tax(SC): 1%             $0.11

         Total Due:              $94.89

      (K) CreditCard:            $94.89

Total:
Card Type:       VISA
Card Entry:      CHIP                    $176.39
Acct #:          ***********0970
Approval Code:   065325
*********** EMV PURCHASE ***********
App Label:
Mode:                              VISA DEBIT
AID: A0000000031010                Issuer
TVR: 8000008000
IAD: 06061203A0A000
TSI: 6800
ARC:
AC:  A0A22CD1AE010798
CVM: 5E0000


Total Tender                      176.39
Change Due                         0.00


Total Discounts      4.36



* 2 1 0 6 0 0 2 2 7 8 7 *

Tell us how we did and get $5 off your
next purchase of $30 or more print order
visit fedex.com/welisten
Promo Code:____ Offer expires 12/31/2023

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.


Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office


By submitting your project to FedEx
Office or by making a purchase in a
FedEx Office store, you agree to all
FedEx Office terms and conditions,
including limitations of liability.
Request a copy of our terms and
conditions from a Team Member or visit
fedex.com/officeserviceterms
for details.


Customer Copy

Location:
Device ID:        -BTC03
Transaction:      940372179051

_____
FedEx International Priority
Tracking Number:
781718375787   4.05 lb (S)   261.84
   Declared Value   1
Recipient Address:
   His Excellency,Mr Karim A.Klan
   International Criminal Court
   Post Office Box 19519
   Ter Hague, ZH 2500CM, NL
   310705158515

Scheduled Delivery Date 7/31/2023

Package Information:
   FedEx Small Box

          Shipment subtotal:    $261.84

               Total Due:    $261.84

          (S) CreditCard:    $261.84
   ***********7956


M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.


          Visit us at: fedex.com
          Or call 1.800.GoFedEx
          1.800.463.3339

       Jul 27, 2023 2:06:36 PM


     ********* WE LISTEN *********
       Tell us how we're doing
   & receive a discount on your next order!
          fedex.com/welisten
       Redemption Code: _____


          *** Thank you ***



Address:        12121 WESTHEIMER RD
                HOUSTON
                TX 77077
Location:       JGQKO
Device ID:      -BTC03
Transaction:    940372179051

**FedEx International Priority**
Tracking Number:
  781718375787     4.05 lb (S)      261.84
  Declared Value    1
Recipient Address:
  His Excellency,Mr Karim A.Klan
  International Criminal Court
  Post Office Box 19519
  Ter Hague, ZH 2500CM, NL
  310705158515

Scheduled Delivery Date 7/31/2023

Package Information:
  FedEx Small Box

        Shipment subtotal:      $261.84

            Total Due:      $261.84

            (S) CreditCard:    $261.84
            ***********7956

    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be greater than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

---

FedEx Office is your destination
for printing and shipping.

        12121 Westheimer Rd
        Houston, TX 77077-6671
        Tel: (713) 977-2666

7/27/2023              2:06:43 PM CST
Team Member: Catawna P.

                SALE

CLR 1S on 32# Wht      90 @      0.8000 T
 000224 Reg. Price     0.80
BW 1S Copy/Print      218 @      0.2200 T
 000001 Reg. Price     0.24
Traveler Kingst 32GB    1 @      7.9900 T
 012190 Reg. Price     7.99
Priority Print $100+    1 @     35.0000 T
 051952 Reg. Price    35.00

    Regular Total     167.31
    Discounts           4.36

    Total             162.95


Sub-Total                       162.95
Tax                              13.44
Deposit                           0.00

Total                           176.39

************* PURCHASE **************
            APPROVED
Total:                          $176.39
Card Type:      VISA
Card Entry:     CHIP
Acct #:         ************0970
Approval Code: 065325
************ EMV PURCHASE ************
App Label:                    VISA DEBIT
Mode:                            Issuer
AID: A0000000031010
TVR: 8000008000
IAD: 06061203A0A000
TSI: 6800
ARC:
AC:  A0A22CD1AE010798
CVM: 5E0000

    Total Tender              176.39
    Change Due                  0.00

**GLORIA AND ROBERT AND JUAN TREVINO'S PROTEST TO JUNE 30, 2022 STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL'S LATEST CONTINUED FLAGRANT AND ILLEGAL VIOLATION OF OUR US CONSTITUTIONAL CIVIL AND HUMAN RIGHT TO GOVERNMENT SERVICES, EQUAL PROTECTION, DUE PROCESS AND TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES AND ANOTHER REASON TO COMPLETELY ABOLISH AND PUT AN END TO QUALIFIED IMMUNITY DEFENSE THAT ALLOWS THESE RACIST AND CORRUPT GOVERNMENT OFFICIALS TO GET AWAY WITH MURDER!**
**&**
**COMPELLING EVIDENCE OF THE GANG-RAPE OF JUSTICE IN AMERICA!**
Re:  Grievances Against John E. Richards & Co-counsel/Co-conspirator, Noel Portnoy, Et. Al.

Robert and I, on behalf of ourselves and as Collateral Heirs of the Estate of Juan Trevino, Deceased, hereby protest the STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL'S, June 20, 2022, letter illegally returning correspondence, dated June 3, 2022 & May 23, 2022 and all the others, supposedly because of unredacted third party health information, Death Certificate and your repeated unlawful dismissal and/or return of our meritorious grievances against crooked attorneys, John E. Richards, Co-counsel/Co-conspirator, Noel Portnoy/Traitors/Sellouts and Gestapo Agents and others and in doing so, not only allowed these crooked attorneys to basically get away with murder for their sham representations and bamboozle and Gang-rape of justice for Robert, Juan, Trevino Family and myself and cover-up/whitewash with impunity in the first degree, but as well as the Gang-rape of Justice in America. We continue to be immorally and illegally blatantly discriminated against because of our disabilities, sex, age, race, ethnicity, socioeconomic status and other disadvantages that make us more vulnerable to exploitation and abuse even by those entrusted in protecting us, such as in this tragic Trevino family case.   The unlawful dismissals and/or return of our meritorious grievances amounts to continued criminal oppression/cover-up and is clearly another flagrant on-going violation of our US Constitutional Civil and Human Right to access Government services, equal protection, due process and to petition the Government for redress of grievances and retaliation.  Your engagement in this illegal egregious diabolical on-going scheme to shut us up and criminally oppress Robert, Juan, me and my family and I is in  violations of RICO!  It is also clearly another violation of our free speech rights to petition our Government for redress of grievances and cover-up/whitewash the tyrannical reign of terrorist activities by those government officials entrusted in protecting the most vulnerable that railroaded  and wrongfully life-imprisonment of our ill-stricken totally and permanently disabled American war hero, Robert, the cold-blooded murder of our brother, Juan and continued systematic injustice against my family and I contributing to a legal system to operate by and for criminals and bigots that have no greater enemy than law-abiding minority citizens seeking justice and in further support, we state the following,

So-called attorney, John E. Richards and his Co-counsel/Co-conspirator, Noel Portnoy in collusion with others, including those corrupt and racist government officials have, likewise, discriminated against us and taken unfair advantage of our total and permanent disabilities and used deceit, dishonesty, trickery and misrepresentations that they were seeking true justice over the tyrannical reign of terror, wrongful life-imprisonment, cold blooded murder and systematic injustice against our family and I and promised to hold those Defendants civilly and criminally accountable to obtain our personal and private extensive psychological, mental and medical records, including Juan's Death Certificate, and filing them in the courts and making them public available to anyone, even the media, to  use as they see fit. However, in reality, these crooked attorneys had no intentions of seeking justice for us as evident

1

by their failure to appeal Robert's wrongful conviction to the US Supreme Court on time and holding the Defendants civilly and criminally accountable for their tyrannical reign of terrorist and systematic injustice against my family. Richards and Portnoy are Traitors/Sellouts and Gestapo Agents and further systematically oppressed us. In their sham representation of Robert and I, Richards and Portnoy filed hundreds of thousands of pages of psychological, mental and medical records in various city, county, state and federal courts, making our private medical records, including military medical, administrative and even Juan's Death Certificate and Autopsy Report, and other records available to the general public and/or the media or to anyone, including me, to use for whatever reason or purpose. The public has been allowed access to courtrooms and court records under the First Amendment of the US Constitution and Common Law. I am also a member of the general public and we are also members and representatives of Juan's Estate and have the legal right to use this public information in pursuit of Justice for Robert, Juan and me and my family. The First Amendment guarantees the rights of individuals to speak freely and protects us from the Government abridging our freedom of speech or expression, or the right of the people peaceably to assemble and to petition the Government for redress of grievances. Also, due to the Freedom of Information and Access, public citizens are granted insight to court systems and other Government Agencies. Public access to records and proceedings holds courts accountable by ensuring any errors, oversight and injustices are transparent. Ultimately, this Freedom helps elevate our justice system to the highest standard of accuracy and integrity. Our use of our medical records, Juan's Death Certificate in our grievances to the State Bar of Texas, Chief Disciplinary Counsel, which Richards and Co-counsel/Co-conspirator, Portnoy obtained in their sham representation and filed in various courts all over the Country under the false pretense that they were seeking true justice, freedom from unlawful life-imprisonment of Robert, cold-blooded murder of our other brother Juan and are further evidence in support of our grievances, other violations of ADA. John Richards and Noel Portnoy should be immediately disbarred and harshly prosecuted!

**THEREFORE**, Juan's Death Certificate, unredacted third party medical health or any other information and military information that John Richards and Co-counsel/Co-conspirator, Noel Portnoy as Traitors/Sellouts and Gestapo Agents obtained under false pretense and sham representations and made public by filing them in nearly every court in the Country making them public information, don't need to be redacted. They are evidence of depraved heart cold-blooded murder of Juan, our debilitating disabilities, discrimination practices, retaliation, further repeatedly induced life-threatening medical emergencies and irreparable harm and injuries to Robert and myself, including the Deprave Heart Murder of Juan and further demonstrates how we were immorally, unethically, illegally officially abandoned and ingeniously made scapegoats to allow the Defendants to forever escape total civil and criminal accountability, unjustly enrich themselves to our detriment and demise, cover-up and in the best interest of justice are necessary to defend ourselves and the proper administration of justice. Continuing to illegally dismiss and/or return our grievances are a further violation of our US Constitutional Civil and Human Rights to petition the Government for redress of grievances, further corrupting the administration of justice and are other high crimes and misdemeanors and cover-up/whitewash with impunity in the first degree. This is not China or Russia! This is the USA! No One is Suppose to be Above the Law! However, the illegal and immoral qualified immunity doctrine allows corrupt and racist Government officials and Gestapo Agents that are foaming at the mouth with thirst for our blood and tyrannical control of reign of terror are literally getting away with cold-blooded murder and should be prosecuted for Treason! The USA is suppose to be the most civilized society in the World and is taking the most vulnerable in our society back to the stone ages for speaking truth to power and putting us in modern day concentration camps/life-imprisonment/death row! As a result, totally and permanently disabled and honorably discharged critically ill invalid veteran and American War Hero, remains in potentially dangerous and life-threatening prison environment and has been at

death's door several times. Robert continues to live the American Nightmare and is legally and morally entitled to honest & competent legal representation to disentangle him from this egregious sham trial by rage and railroad of hypocrisy and injustice! Compelling evidence show that attorneys John Richards and Noel Portnoy's sham representation of us is totally inconsistent with over 32 years trial experience lawyers and more consistent with crooked attorneys that have been repeatedly bribed by the Defendants, like the too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants and others to bamboozle and Gang-rape us of Justice and aiding and abet in the Gang-rape of Justice in America and should be immediately disbarred from the practice of law and harshly prosecuted for their principal contributory role in the systematic injustice against Robert, Juan, Trevino Family and I and for their cover-up/whitewash with impunity in the first degree, without further incidents and unnecessary delays!!!

This Statement is true and correct to the best of our recollection and belief.

Respectfully submitted,                                                    July 13, 2022

_Robert Trevino by Gloria Trevino, POA_
Robert Trevino by Gloria Trevino, POA

_Signed by Robert Trevino Collateral Heir of the Estate of Juan Trevino_
Signed by Robert Trevino, Collateral Heir of the Estate of Juan Trevino, Deceased, by Gloria Trevino, POA. _by Gloria Trevino, POA_

_Signed by Gloria Trevino, Collateral Heir of the Estate of Juan Trevino_
Signed by Gloria Trevino, Collateral Heir of the Estate of Juan Trevino, Deceased.
12526 Olympia Dr.,
Houston, TX. 77077
713-309-5962

Cc; IGUSDOJ, ET. Al.

PS, All of Robert's medical records, military achievements, as well as Juan's Death Certificate were obtained by attorneys, John Richards and Noel Portnoy in their sham representation of us and under the erroneous guise that they were seeking Justice for us and filed them in courts all over Country making them public and are clear and convincing and undisputed and compelling evidence of their sham representation and systematic injustice against Trevino Family and cover-up/whitewash with impunity in the first degree!

SEE ATTACHMENTS;

**Exhibit "A," Gloria Trevino's Power of Attorney from Robert Trevino.**
1. June 16, 2022, State Bar of TX CDC'S Returned Correspondence dated May 23, 2022 w/attachments and are hereby resubmitted w/additional records & refer to previous grievances
2. Defendant's Formal Bill of Exceptions #1 filed Oct. 3, 1995 by corrupt atty.#1, John Dixon.
3. Picture of bed-ridden invalid, Robert Trevino.
4. Military picture of Robert Trevino
5. # 2, Military picture of Robert Trevino receiving Medal.

3

6. Picture of Juan Trevino after Ellis County & Waxahachie, Texas police brutality and Rodney King Style beating and pistol whipped before being Murdered Oct. 22, 2012. in illegal custody.
7. Ellis County Death Certificate of Juan Trevino.
8. Military picture of Gloria Trevino
9. VA letter dated, Dec. 15, 2021 of Gloria Trevino total and permanent disability.
10. April 19, 2022, The White House/US President Biden Letter forwarding complaint to Feds
11. April 20, 1998 IGUSDOJ Memo to USDOJ, Criminal Section of Civil Rights Division re.
12. Violations of Robert Trevino and unlawful imprisonment.
13. Affidavit of GT ref; Continued retaliation and harassment by TDCJ/CYMF officials/co-conspirators to John Richards and entrapment/set-up in furtherance of cruel and unusual punishment against Robert and Trevino family.
14. ARICAL on USDOJ rating of Montford Psychiatric Prison Unit in Lubbock, Texas one of the top 4 worst TDCJ Prisons in the United States of America where TDCJ/CYMF officials/co-conspirator, John Richards had critically ill Robert illegally transferred in effort to induce his untimely senseless death and need for emergency private hospital for life-saving surgery and another brush with death as a result and on-going retaliatory civil and human rights violation.
15. Page 22 of sham trial by rage erroneously denying rogue police misconduct on part of Wiggins and other city officials in the railroad of Robert which was clearly evident during Kangaroo CT. and Motion for Continuance for Psychiatric Testing that was illegally maliciously denied.
16. Affidavit of Robert dated, 2000 ref; his incompetence or work w/corrupt atty. #1, John Dixon.
17. VA Medical Report on Robert's PTSD and neuropsychological evaluation of impaired mental capacity as a result of TBI and early signs of dementia and seizures/drop attacks, etc..
18. Feb. 27, 2019 another TDCJ's illegal denial of MRIS for Robert even though he has organic brain syndrome/dementia/ periventricular ischemic changes in his brain as a result of TBI and extensive nerve damage as a result of extensive exposure to Agent Orange with significant to total mobility impairment. Robert is practically completely paralyzed, bed-ridden and a prisoner in his own body. Can't even roll around in his bed, can't feed himself or change his diapers yet denied release on MRIS to VA Hospital where he can finally receive the adequate and top quality comprehensive long term emergency medical care that he has been illegally deprived of for over 27 oppressive years since he's been unlawfully incarcerated in TDCJ as clearly evident by his dire and life-threatening medical condition as result of superficial care..
19. Refer to Oct. 21, 2010, Dr. Karen Brown's psychiatric evaluation of Robert that he was incompetent during sham trial by rage and was suffering from PTSD and Schizophrenia which has worsened, not improved during his unlawful imprisonment as clearly evident by his confinement in the Montford Psychiatric Unit as inadequate and rated worse in the Country.
20. Also refer to Dec. 9, 2013, letter from TDCJ ref. Robert's dire medical condition and requires total assistance from medical staff for all his activities of daily living(i.e., bathing, dressing, feeding, toileting, etc). Significant immobility impairment yet illegally denied release on MRIS.

4

**GLORIA TREVINO'S STATEMENT IN RESPONSE TO TSPP, CHAIR, DANIEL B. PEARSON, III, APA ETHICS COMMITTEE'S REQUEST FOR ADDITIONAL INFORMATION IN SUPPORT OF OPPOSITION TO UNETHICAL AND EGREGIOUS DISMISSAL OF MERITORIOUS COMPLAINT AGAINST PINOCCHIO, MICHAEL R. ARAMBULA**
**Even schizophrenics Have Real Enemies & Entitled to Equal Protection & Justice!**

As per your request for additional information in support of my complaints against paid Pinocchio and Machismo Micheal R. Arambula, I have attached copies of depositions, reports, and other documents that are clear and convincing undisputed evidence that Arambula is extremely dangerous and flagrantly violated his Hippocratic Oath to do no harm and committed unethical, immoral and criminal acts by weaponizing his medical degree to lie for pay in alignment with the too big to jail financially and politically influential Sterling McCall Ford Dealership Defendants (Ford Dealership Defendants) and stigmatize discriminate, defraud and take injurious cheap-shots and personal attacks and concoct felonious and fictitious aggravated perjured testimony in corroboration with and in alignment with the Ford Dealership Defendants to unjustly enrich himself to the detriment of my ill-stricken 76 year old totally and permanently disabled honorably discharged paralyzed veteran and American War Hero, brother, Robert, and compounding the irreparable harm and injury and systematic injustice and cover-up/whitewash with impunity in the first degree. Compelling evidence will show that the Ford Dealership Defendants highly paid hired gun Arambula, and others, to influence them to engage in the felonious diabolical scheme to "Bamboozle" and gang-rape my brother, Robert, and I out of justice and aid and abet in the Gang-rape of Justice in America and forever escape criminal and civil accountability for their psychopathic criminal mind and behavior and in further support, I state the following;

The Ford Dealership Defendants, Arambula and other, undermined the rule of law, corrupted the administration of justice and encouraged and enabled stigmatized discrimination and criminalization, aided and abetted in egregious diabolical scheme to Bamboozle me out of Justice and continued blatant violation of my God given right to free speech, fair and impartial trial, equal protection and US Constitutional Civil and Human Right to petition the Government for redress of grievances and other high crimes and misdemeanors, subjected me to sham trial by rage and systematic injustice and cover-up/whitewash with impunity in the first degree as in the malicious persecution, Kangaroo Court, and wrongful life-imprisonment of Robert, who is in life-threatening critical medical condition in potentially dangerous life-threatening prison environment and continues to Live the American Nightmare to date. Arambula, aided and abetted by the Ford Dealership Defendants, John Richards and others, and empowered as a result, with no fear of any disciplinary action from anyone, with impunity, shameful stigmatize discrimination and criminalization and condemnation of Robert to further defame and prejudice us in an effort to give credibility and legality to his unchallenged aggravated perjured testimony is really irrelevant to the facts and circumstances surrounding my being coerced into writing $1000.00 check and signing the fictitious contract under duress. It only further **supports my meritorious complaints that Arambula bamboozled me out of justice and is a paid Pinocchio and a despicable pathological liar that reflects on his psychopathic criminal mind and behavior. See attached Arambula unchallenged false and misleading egregious and ludicrous report dated, August 13, 2021, labeled, "Exhibit B,"which is also tattered with fraud in it's entirety as is his deposition and trial testimony in this and other related cases**. It is a cheap shot and personal attack and mockery of me and my brother to bolster his highly paid for fictitious Pinocchio allegations. Only relevance, Robert is my brother and we are both totally and permanently disabled honorably discharged veterans and victims of stigmatized discrimination, sham trial by rage and systematic injustice. Arambula further defames, mocks and criticizes me for complaining about the racist and corrupt

1

tyrannical reign of terror in judicial system that has unjustly enriched him for similar  paid to lie felonious erroneous aggravated perjured testimony. He insinuates that my complaints of the total lack of concern and support from VA and others are delusional and basically accuses me of being a spoiled rotten brat "when I don't get my way" and venting, whining  and having tantrums, like I suppose in this Ford Dealership Defendant case to further discredit me, give legitimacy to his felonious  fictitious aggravated perjured testimony in alignment with the Ford Dealership Defendants to allow them to forever escape civil and criminal accountability for his principal role in diabolical scheme to bamboozle me out of justice.  It is no secret and well known that the VA don't always treat Veterans well, especially women veterans, however, according to Arambula, Veterans that justifiably complain about it are Delusional and just spoiled rotten brats, venting, whining and having tantrums for not getting our way.  Arambula stops short of accusing my entire family of being delusional and spoiled rotten brats over our outrage in horror over the subsequent cold-blooded murder of my other brother, Juan', while in illegal custody at the hands of same Neo-Natzi officials that railroaded Robert and that had previously violently attacked him in Rodney King Style brutality case.  I continue to feel aggrieved and outrage over the continued harassment, victim/witness tampering and systematic injustice and I an compelled to defend my families' honor and accordingly demand immediate serious unbias investigation into my meritorious complaints against Arambula, et al., so that harsh disciplinary action and true justice can be served and in further support state the following;

As previously stated, my name is Gloria Trevino.  I am a 69 year old totally and permanently disabled honorably discharged Hispanic woman veteran of the United States Armed Forces. I suffer from chronic PTSD, Major Depression, Paranoia, Severe Anxiety, DD of Heart, Cerebral Microbreed as a result of Mini-stroke and other bothersome psychological and physical problems as a result of MST which have been deliberately maliciously aggravated by the systematic criminal oppression and injustice by the Ford Dealership Defendants, their so-called expert, Michael R. Arambula and others, including Gestapo Agents,John Richards & Noel Portnoy, Co-Counsel/Co-conspirator that maliciously endangered my life and induced me into suffering a mini-stroke/cerebral microbleed and sabotaged my case, as well as Robert's case.  It is Arambula's M.O. to weaponizes his medical degree to lie for hire/bribery in total disregard for the truth, facts and circumstances in blatant violations of state and federal laws that guarantees fair and impartial trails no matter what the consequences are, such as in this and other cases.  I have no doubt that Arambula's erroneous aggravated perjured testimony has even been used to send innocent minorities to unlawful life-imprisonments and death row to satisfy corrupt and racist Neo-Natzis Government officials empowered by the illegal and immoral qualified immunity doctrine that basically allows them to literally get away with cold-blooded murder and all those other cases need to be reviewed and overturned.  They stigmatize minorities and disabled as criminals and don't want to lose tyrannical control of reign of terror and try to justify their actions by erroneously alleging that they are doing a service to minorities by sending us to death row to make peace with God when in reality it is to satisfy their foaming at the mouth thirst for our blood.  Since Arambula has tried to further prejudice me by mentioning other irrelevant cases that he clearly knows absolutely nothing whatsoever about, like in those other cases, to make a mockery out of me and my invalid brother Robert as well as the medical profession and justice system, I am attaching documents in defense of my 76 year old totally and permanently disabled honorably discharged highly decorated ill-stricken paralyzed veteran and American War Hero, Robert Trevino. The bogus, inconsistent and preposterous aggravated perjured testimony against my brother were totally inconsistent with the character of someone with no felony record and with someone who while under heavy automatic gunfire from all sides and with total disregard for his own safety and while seriously wounded himself risk his life to save others as he did while serving his Country in the Republic of Vietnam for which he was highly recommended for the distinguished Silver Star and is a Bronze star, Purple Heart Recipient.

The preposterous and ludicrous erroneous allegations and unlawful conviction of Robert, which Arambula upholds, since he's been unjustly enriched for his felonious and erroneous perjured testimony in alignment with the criminal justice system, were also inconsistent with their own aggravated perjured and contradictory testimony of the alleged victims and of their own medical evidence of no signs of sexual trauma which supported Robert's innocence and inconsistent with crucial impeachment evidence that supported Robert's innocence that was, likewise, illegally suppressed.  In fact, the preposterous and ludicrous aggravated perjured testimony that was presented was more consistent with a modern day 1600 Century Salem Witch Trial and classic Kangaroo Court and more consistent with this similar Ford Dealership case and sham trial by rage and railroad of hypocrisy and injustice, cover-up/whitewash with impunity in the first degree and is more consistent with Arambula's contemptuous criminalization, stigmatization discrimination and in making a mockery out of Robert and I, as well as the medical profession and justice system.

**Refer to attached complaints to IGUSDOJ & Sate Bar of Texas Chief Disciplinary Counsel against John Richards/Noel Portnoy/Tritors/Sellouts and Gestapo Agents which also includes some supporting trial court transcripts, Military Award Letters, Medical Information, TDCJ harassment and correspondence in support of MRIS for Robert and of his innocence, Ford Dealership Defendant case, including Richards Letter, and Notice of Withdrawal as Counsel, dated, March 4, 2022.  In retaliation for not going along with cover-up/whitewash strategy and their criminal conspiracy and diabolical scheme to bamboozle us out of justice! Richards Officially Abandoning Robert and I further victimizing us, leaving us totally defenseless, insinuating I was delusional for his egregious breach of fiduciary duty, illegal conflict of interest and even though he blatantly refused to disqualify or impeach Arambula or Ford Dealership Defendant's unchallenged unopposed aggravated perjured testimony that contradicted their depositions, suppressed crucial witness testimony that corroborated my testimony that the Corrupt Ford Dealership Defendants had promised me a mustang to fit my non-negotiable $28,000.00 before UAW, DAV Discounts and before trade-ins then erroneously alleged that the outcome of the trial would depend on who the jury believed.  Blaming me and sending me on guilt trips.  Furthermore, Richards did not take advantage "Perry Mason Moment" when Arambula concluded his trial testimony, not knowing the VA had diagnose me with dementia, stating that I could only have signed the contract under duress if I had dementia.  Richards reluctantly put me on the stand to testify but ordered me not to say any more than the VA had diagnose me with dementia.  However, in spite of my testimony that the VA had diagnose me with dementia, Richards gave me the royal brush off and did not take advantage of unexpected "Perry Mason Moment" and rudely and abruptly rested the case without dramatically highlighting the unexpected favorable revelation and summarizing the case.  Furthermore, Richards and Judge LaShawn Williams diabolically concealed from jury that I had suffered an anxiety reaction and was in  hospital unable to attend to alienate and let them believe I didn't care and ruled in favor of the corrupt Ford Dealership Defendant and made some other erroneous and damning statements.  He had also asked the Judge to let him abandon me.  Richards further mocks me as delusional because of my disabilities which further supports my complaints against him for his despicable psychopathic criminal nature of his mind and behavior. Richards conveniently makes Robert and I scapegoats for his sham representation, stigmatize discrimination, outright fraud, allowing the corrupt Ford Dealership Defendants, who clearly paid him off, to forever escape total criminal and civil accountability and cover-up/whitewash with impunity in the first degree. Richards had erroneously alleged that I was falsely accusing him of defending the indefensible insinuating I was crazy, delusional endangering his health, encouraging and enabling the stigmatization discrimination and systematic injustice.  Even though and despite the facts and**

3

**overwhelming evidence that I was was injured as a result of his felonious sham representation that was totally inconsistent with a 34 year trial experience lawyer and more consistent with a crooked lawyer that accepting a bribe from the equally corrupt Ford Dealership Defendants, as Arambula did, and bamboozle Robert and I of Justice and sabotaged our case in defense of the indefensible Defendants and as equally corrupt Judges LaShawn Williams did as evident by her preferential treatment and illegally ruling in favor of the politically and financially influential Defendants and approved Richards official abandonment, leaving Robert and I totally defenseless and Gang-raped of Justice completing the criminal conspiracy and sabotage.**

My brother, Robert, is a 76 year old totally and permanently disabled honorably discharged highly decorated Vietnam veteran. As a result of his injuries during Vietnam, Robert suffers from PTSD, TBI, Ischemic Heart Condition, uncontrolled long and repeating epileptic seizures, peripheral neuropathy of upper and lower extremities, dementia and is practically completely paralyzed, bed-ridden and a prisoner in his own body as a result of concussion blast head injury, shot in the head and extensive exposure to Agent Orange and other dangerous herbicides and other psychological and physical life-threatening critical medical condition. However, in 1995, Robert's well deserved medals of honor were maliciously and shamefully replaced with what amounts to a Badge of Infamy. The worse thing that can happen to a minority man is being demonized and falsely accused of being a pedophile and all alleged victims being white. Furthermore, Robert's Ellis County, Waxahachie, Texas political enemies, rogue racist detective, Billie Wiggins executing their vicious vendetta born of extreme hatred and prejudice in co-hoots with DA Steve Marshall, who helped concoct, fabricate and orchestrate the fictitious allegations. They cruelly manipulated the "future hoodlums of America," a violent juvenile delinquent white gang known as the, "Pyro Pirates," with felony statutory rape of 12 year old pending against the ring-leader, Patrick Lankford and felony burglary charges against another gang member, Christopher Williams. According to the ring-leader, Patrick Lankford, the DA Steve Marshall coerced gang member/alleged victims/into falsely accusing Robert of violently sexually assaulting them even at gunpoint or face harsh prosecution and long prison sentences for their pending felony crimes and naturally gang were illegally given immunity from prosecution. DA , Marshall and officer Wiggins concocted the vicious and injurious accusations against Robert and were clearly empowered with the illegal and immoral white supremacy qualified immunity defense to committed prosecutorial and police misconduct and ambushed Robert with the overwhelming fictitious concocted unchallenged aggravated perjured testimony in sham trial by rage and systematic injustice and cover-up/whitewash with impunity in the first degree. Likewise, the Ford Dealership Defendants illegally bribed Arambula into concocting fictitious injurious aggravated perjured testimony against me. To Hell with the truth and to further sensationalize the case and sky-rocket their political careers, fame and fortune, they threw more red meat to their Neo-Natzi political supporters by getting Christopher Williams to erroneously allege that Robert had raped him at gunpoint. Robert was illegally held without bond, denied his medication for PTSD and other psychological problems contributing to his traumatic experience, shock and incompetency then illegally denied him a competency examination and subjected him to a sham trial by rage and systematic injustice, like, I was in Ford Dealership Defendant case. Likewise, crucial impeachment evidence was illegally suppressed and to ensure the wrongful conviction on the outrageous and preposterous contradictory and inconsistent erroneous aggravated perjured testimony that was presented and maximum life-sentence they illegally denied Robert minority members of his peers on the racist all-white jury. No reasonable jury would have convicted Robert on the clear and convincing and indisputable preposterous ludicrous and contradictory erroneous aggravated perjured testimony that was presented. For example, the alleged victims admitted that they didn't know what the details of their complaints were and blamed it on officer Wiggins who had come up with the details of alleged crime against them, Wiggins blamed it on the DA Steve Marshall who had come-up with the

details  DA Steve Marshall then blamed it on the Grand Jury for coming up with the details of alleged crimes.  The corrupt and Neo-Natzi Judge Gene Knize emphatically objected and ordered defense attorney to stop asking the alleged victims/witness about the details of alleged crimes because they didn't know what they were and advised him that these were the "State's charges against Robert!" See attached copies of Kangaroo Court transcripts in support of Robert's innocence.  Other irregularities of the trial was the lack of medical evidence of the alleged sexual assault of the alleged victims that accused Robert of the crime. This is the first time in the history of the USA when the gang yelled rape and the victim went to prison for life!  In fact, it wasn't even professionally investigated as a sex crime as Wiggins had admitted  and confessed that she never liked Robert since the first time she had met him and that was before he had successfully campaigned for the resignation of her lover, the former police Chief, Ted Garber and clearly hated Robert and no mistrial was declared.  In addition, Wiggins, who was the State's most credible witness, voluntary admitted and testified that she had been hospitalized for "Major Depression," a psychosis, and that her testimony may not be completely accurate but would try to answer the questions. And, Wiggins is allowed to carry a gun!  Again, no mistrial was declared. Only Christopher Williams, who erroneously alleged that Robert had violently raped him at gunpoint, was examined because defense attorney John Dixon requested what medical evidence they had and the medical evidence they produced showed no evidence of rape trauma which further supported Robert's innocence.  However, again, to Hell with the truth and they distorted the facts to support their aggravated perjured testimony and as Arambula has repeatedly done in this Ford Dealership case..

**Arambula's August 13, 2021 Exhibit "B" Highly paid for Pinocchio stigmatize discrimination,** criminalization, derogatory and contemptuous aggravated perjured statement/opinions is clearly tattered with fraud in it's entirety and is a personal attack and mockery of Robert and I in alignment with and for the entertainment and amusement of the equally perverted and corrupt Ford Dealership Defendants. Arambula erroneously alleged that he had reviewed the medical records from Memorial Psychiatric Association, which are in reality Dr. Karen Brown's medical records on me, and erroneously alleges that my opinions, based on his review of Dr. Brown's medical records on me, are all to a reasonable degree of medical certainty:  Arambula in covert way, insinuates and further lied and erroneously alleged that my doctor of over 20 years, Dr. Karen Brown, who supports and corroborates my testimony that the Ford Dealership Defendants had coerced me into signing the detrimental contract under duress and that therefore, I should not be held to a contract signed following the use of hard sales tactics, actually supports his felonious lie and injurious aggravated perjured testimony in alignment with the equally corrupt and unscrupulous Ford Dealership Defendants that did not sign contract under duress and as to blame and make Dr. Brown the scapegoat for his lies. Subsequently, Arambula admits that doctors don't always record everything the patient tells them, praises Dr. Brown's record keeping, but admitted he did not review Dr. Brown's deposition nor court testimony that supported me and even though he admitted it was helpful to interview the patient, he never bothered to interview me, however, underhandedly insinuates Dr. Brown's records support his felonious lies in alignment with the too big to jail financially and politically influential Sterling McCall Ford Dealership Defendants that paid him to lie. Arambula knowingly lies and alleged that I was largely asymptomatic when she purchased a new automobile in 2019.  He further lies and erroneously alleged that records do not substantiate that I was impaired by my mental illness and when I purchased the new automobile in 2019.  This erroneous statement from Arambula is totally contrary to Exhibit, "1," Dr. Brown's medical records on me, which includes her May 21, 2019 Medical report that as a consequence of my illness, PTSD, Schizoaffective Disorder, I function poorly under stress and my symptoms are exacerbated by stress.  Dr. Brown's further stated that when placed under duress, I don't think clearly enough to make rational choices.  I should, therefore, not be held to a contract signed following the use of hard sales tactics.  There were other similar reports from Dr. Brown that supported that I had signed the detrimental contract under

5

duress that corroborates my testimony.  However, Arambula in an effort to justify and give credibility to his outright unadulterated lie and fraud, further felonious lies and erroneously alleges that Dr. Brown's records support his erroneous lie. He also admits that he didn't bother to review Dr. Brown's deposition, her other testimony that further corroborates my testimony for the same reason that it contradicted his egregious aggravated perjured testimony in alignment with the equally corrupt Ford Defendants,who had bribed him to lie. Arambula also further lies and tries to rewrite history by erroneously alleged that 2019 records showed that I bought the new car but that I discovered 3 days later that the paperwork had been changed and I retained a lawyer to reverse the deal.  In reality, the 2019 records and facts and circumstances, show that after finally being allowed to leave the Ford Dealership after being coerced into writing them a $1000.00 check and coerced into signing the detrimental contract under duress, I immediately upon arriving to the safety of my home, called the bank to stop payment on the coerced $1,000.00 Check, called the Ford Dealership to tell them I was returning their mustang the next day and to pick up my Ford Focus, then called Richards to request his immediate assistance in canceling the coerced contract.  **May 17, 2019, NOT 3 DAYS LATER FOR ALLEGEDLY CHANGING MY MIND!  See attached Letter dated May 18, 2019 send via email from Richards to Ford Dealership Manager, Rodney Crow, who refused and repeatedly kept** erroneously alleging that their video camera footage  supported their perverted version of the facts. However, blatantly refused to provide us the video camera footage for the simple reason that it would further support my testimony of the facts and circumstances.  Arambula again, trying to rewrite history to align with his fellow psychopaths, repeatedly lied throughout his Exhibit "B" Pinocchio opinion and erroneously alleges that Dr. Brown's record supported his Pinocchio opinion, "outright unadulterated lie," when in reality it contradict it and supports me. Refer to Dr. Brown's reports.  Another perfect example and clear and convincing undisputed evidence of Arambula's aggravated perjured testimony in alignment with equally corrupt and prejudice Ford Dealership Defendants, their corrupt way of life, fraud, criminal oppression of me and their psychopathic criminal nature of their mind and behavior. Arambula further tries to give credibility and legality to his outright unadulterated lies by referring to irrelevant cases in an effort to further defame, stigmatize discrimination and criminalized my ill-stricken brother, **Robert and I and that have nothing to do with me signing a detrimental contract under duress.  Arambula further distorts and perverts the facts and erroneously alleged that I had returned to Dr. Brown in July 2010 requesting correspondence in support of my pedophile brother's legal petition.**  In reality, I returned to Dr. Brown for follow up treatment and also hired her to conduct an unbias competency examination on Robert and provide me with a report of her professional opinion based on her review of Robert's psychiatric history and symptoms to asses the likelihood that Robert was delusional and, as a result , legally incompetent to stand trial in 1995.  Her review investigation and evaluation included interviews and correspondence with family members, an interview with the patient, and review of available records from the VA and TDCJ.  See attached, Dr. Brown's Oct. 21, 2010 professional opinion that further supports that Robert was incompetent during sham trial by rage and illegally denied the Defense attorney's request for competency evaluation of Robert because he was not able to assist in his own defense because of some mental defect. This corroborates our complaints that Robert is the victim of systematic injustice was also stigmatized, discriminated against, maliciously persecuted, denied a fair and impartial trial and subjected to a sham trial by rage in blatant violations of his US Constitutional Civil and Human Rights, like in Ford Dealership case.  Arambula, who has likewise, made a lot of money in bribes and has been unjustly enriched by the equally corrupt write supremacist criminal justice system, shamefully tries to give legality to the wrongful imprisonment of Robert, making him the scapegoat for the corrupt white supremacist criminal justice system, and likewise, illegally denied his appeal, and unbeknownst to me, Richards/Portnoy acting as Gestapo Agents ingeniously failed to appeal to the US Supreme Court on time sabotaging all my efforts to help Robert, like they sabotaged my case against the Ford Dealership

In my continuing efforts to help Robert and get case reopened with recant statement from ring-leader, Patrick Lankford, who was serving a ten year sentence in TDCJ for sexual assault of another child unrelated to the statutory rape of 12 year old Stacey Harris, was maliciously, likewise, sabotaged by John Richards and Co-counsel/Co-conspirator, Noel Portnoy, who unbeknownst to me had been conducting sham representations and acting as Gestapo Agents on behalf of the corrupt and racist tyrannical Neo-Natzi Government officials and others to cover-up the wrongful imprisonment of Robert, subsequent cold-blooded murder of Juan and systematic injustice and cover-up/whitewash with impunity in the first degree, such as in the this too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants, to date. **Refer to my attached complaints against Noel Portnoy and John Richards with the IGUSDJ and State Bar of Texas Chief Disciplinary Counsel..** Patrick Lankford, who had erroneously alleged that he was so angry with Robert for supposedly violently sexually assaulting him the first time so he kept going back to Robert's house to be violently sexually assaulted 24 more times told Portnoy that he could not recant because he was afraid that the Ellis County DA could still prosecute him on the statutory rape of 12 year old Stacey Harris because statute of limitation had not run out. However, Patrick Lankford told Portnoy that the only reason that Robert was still in prison was because of the alleged rape at gunpoint allegation made by Christopher Williams. Patrick told Portnoy that it was the DA, Steve Marshall that had coerced Christopher Williams to lie and say that Robert had raped him at gunpoint and that the DA also tried to get him to say the same thing. Patrick further reported to Portnoy that he knows Christopher Williams lied because Robert's house was so small and there wasn't any privacy and that Christopher Williams was only at Robert's house when he was there. Patrick told Portnoy that if Robert had raped Christopher Williams with or without a gun he would have known about it and that Christopher Williams made the false accusation because he was afraid of the DA and knew that the DA had enough evidence to convict him on the burglary crime. However, Noel Portnoyl/John Richards/traitors/sellouts had been acting as Gestapo Agents for Neo-Natzi Government officials and conducting sham representations, not only in Ford Dealership Defendant Case but in Juan's Murder case as well as in Robert's case and have maliciously and diabolically sabotaged my effort to help Robert and cover-up/whitewash with impunity in the first degree. They refused to immediately get Patrick's Declaration and instead were cruelly manipulating and befriend Patrick and advised him not to write to Robert because Patrick was expressing concern for Robert in a letter to Portnoy and wanted to write Robert and help him. This letter from Patrick to Portnoy expressing his concern for Robert and wanting to write Robert further contradicts Patrick's own erroneous and preposterous ludicrous aggravated perjured testimony that he hated Robert for allegedly violently sexually assaulting him 25 times. Portnoy had maliciously concealed Patrick's correspondence from me and blatantly refused to give me a sworn statement to what Patrick had reported to him as well erroneously alleging that it was hearsay when in reality Portnoy/Richards/Traitors/Sellouts acting as Gestapo Agents were protecting Neo-Natzi Government officials and covering-up and visa-versa Neo-Natzi Government officials are protecting them for their misconduct, malpractice and harassment and systematic injustice and cover-up with impunity in the first degree. Knowing Robert has always maintained his claim of actual innocence, Richards/Portnoy, unbeknownst to me were trying to get Patrick to corroborate half a lie and erroneously allege that Robert had sexually assaulted Christopher Williams but not with a gun. I was outraged and in total shock and disbelief. Knowing that non of the gang members/alleged victims had ever corroborated each others ludicrous and preposterous aggravated perjured testimony during the sham trial. I thought, no wonder he had befriended Patrick and was acting as his attorney not ours. Richards and Portnoy, Traitors/Sellouts and Gestapo agents were constantly in communications with TDCJ/CYMF officials on the erroneous guise they were representing Robert on MRIS release from unlawful imprisonment, however, unbeknownst to me had called me advising me that I was still on the visitation list since they had not allowed me to visit Robert before erroneously alleging that I was not on the visitation list any

more. Richards had called me advising me to go visit Robert that weekend assuring me that I was still on the visitation list. Richards set me up to be maliciously traumatized by the TDCJ/CYMF officials on scheduled visit and threatened me with bodily harm and false imprisonment falsely accusing me of disorderly conduct for advising them that I was making a formal complaint of cruelty for causing pain and injury to Robert while trying to force him into the phone booth knowing he didn't fit with geriatric wheel chair and couldn't reach the phone and to officially illegally bar me from visiting Robert. This had never happened before the entire time of over a decade that Robert had been at the TDCJ, CYMF. In furtherance of the harassment and human rights violations and further endanger Robert's life, had TDCJ, CYMF illegally remove Robert from CYMF and transferred across the State of Texas by ground transportation in life-threatening critical medical condition with his third life-threatening bowel obstruction to the worse prison in the Country, according to USDOJ, located in Lubbock, Texas, the Montfort Psychiatric Unit, when he wasn't suicidal or homicidal, to be further isolated from family in violation of previously approved order that Robert be housed near family because of medical and financial hardship reasons and in violation of their own rules that an inmate cannot be moved or transferred anywhere while he is in a medical facility and Robert remains illegally housed at the Montford Psychiatric Unit, to date. Upon his arrival in Montford, unbeknownst to the family Robert had to be rushed to the nearest private hospital for emergency life-saving surgery for his bowel obstruction and clear and convincing undisputed evidence of his illegal transfer in life-threatening critical medical condition and life-endangerment. Robert's mere untreated protruding basketball size hernia by itself is life-threatening and Robert should have never been basically sent to China in his life-threatening critical medical condition where he remains to date. Richards likewise similarly maliciously endangered my life during sham trial by rage and repeated threats to officially abandon me if I didn't go along with his cover-up/whitewash strategy to protect the Ford Dealership Defendants.

Likewise, similar crucial evidence that Patrick Lankford and other fellow gang member and brother, Shawn Lankford were under court ordered mandatory psychiatric treatment for their anti-social personality disorders and criminal activities, truancy, drug addiction, including other crucial impeachment evidence were illegally suppressed during sham trial by rage and covered-up with impunity in the first degree. Similarly to Ford Dealership Defendant case. Patrick's brother, Shawn/Alleged Victim, another alleged victim of Robert. See attached Ellis County Sheriff 's Office Press Release on the arrest of Shawn Lankford, dated March 20, 2022 entitled, ARREST OF PARENTS OF INFANT HOMICIDE VICTIM. Don't understand why it took their second infant homicide victim on "toxic effects of methamphetamine in an unsafe sleeping environment" for them to be arrested. I predicted the juvenile delinquent gang/alleged victims of Robert were the scum of the earth and "Future Hoodlum of America!" and that's who the Waxahachie police officer Billie Wiggins in collusion with the Ellis County DA, Steve Marshall and others used to railroad Robert.

Also Richards similarly had me ambushed with unchallenged inconsistent, ludicrous and preposterous erroneous aggravated perjured testimony and sham trial by rage and railroad of hypocrisy and systematic injustice and cover-up/whitewash with impunity in the first degree. As stated, Robert was highly recommended for the distinguished Silver Star for his heroic achievements while serving his Country in the Republic of Vietnam and received the Bronze star and Purple Heart. However, his well deserved medals of honor were maliciously replaced with what amounts to a Badge of Infamy. Robert was maliciously persecuted in retaliation for successfully campaigning for the resignation of ex-police chief, Ted Garber who was the lover of officer, Billie Wiggins and were close friends of city manager, Bob Sokoll. Sokoll had a verbal altercation with Robert and Sokoll threatened to get rid of Robert at a city counsel meeting before plenty of eye-witnesses. To date, Robert remains in unlawful life-imprisonment in extremely dangerous and life-threatening prison environment since 1995 to date. It has

become clearly evident that John Richards/Noel Potnoy/Traitors/sellouts and Gestapo Agents, conducting sham representations, likewise sabotaged Robert's wrongful conviction appeal to the US Supreme Court by not appealing on a timely basis and are visa-versa being protected by those Neo-Natzi Government officials that they protected as Gestapo Agents. As a result, Robert remains unlawfully imprisoned for life and has been at death's door several times because of the cruel and unusual punishment, illegally repeatedly denied release on MRIS (Medically Recommended Intensive Supervision) even though he is legally entitled to it because of his TBI, organic brain syndrome and significantly total immobility impairment and illegally denied transferred to the Houston VA Hospital where he can finally be afforded the top quality comprehensive long term life-saving emergency in-patient hospitalization that he deserves in furtherance of the life-threatening cruel and unusual punishment. Robert continues to live the American Nightmare, Meanwhile, I continue to be harassed and retaliated against, ridiculed and systematically criminally oppressed for exercising my God given freedom of speech and US Constitutional Civil and Human Right to petition the Government for redress of grievances and cover-up/whitewash with impunity in the first degree.

As a 69 year old Hispanic woman, I am not new to discrimination practices, exploitation and abuse compounded by the fact that I am also totally and permanently disabled honorably discharged veteran even without revealing the Schizoaffective diagnoses and other disadvantages that further stigmatizes me and makes me more vulnerable to unfair treatment, exploitation and criminal oppression as is clearly evident in this and related cases. The fact that I am not new to discrimination practices and systematic injustice doesn't in no way mean that I am immune from it and I continue to feel as aggrieved and outraged as the previous times and I'm sure this won't be the last. Society as a whole further stigmatizes women rape victims and are uneasy and ashamed of us. The unscrupulous and male chauvinist pig perpetrators, like the psychopaths that they are, have denied any wrongdoing, further victimize and blame us for our disabilities to escape total civil and criminal accountability for their immoral and criminal mind and behavior. Ford Dealership Defendant representative, Rodney Crow, with absolute supreme arrogance and no fear of any disciplinary action from anyone whatsoever, "self-reports" in court and knowingly misrepresented the facts and committed aggravated perjury by conducting themselves, like they did at their Ford Dealership, erroneously alleging that they were the greatest Ford Dealership in Houston with great ratings contrary to their "F" rating with the BBB for similar deceptive trade practices, misrepresentations, criminal activities and corrupt way of life and is clear and convincing undisputed evidence of their continued outright fraud, exploitation and criminal oppression of me and cover-up/whitewash with impunity in the first degree. The numerous customer complaints of fraud, deceptive trade practices and unscrupulous business practices against the Ford Dealership Defendants and their "F" rating with the BBB, as a result, supports and corroborates my testimony. See attached report from the BBB. These customer complaints further proves that even their most healthiest customers, with no psychiatric history, have been victimized by the Ford Dealership Defendants. Clearly they considered me one of their "Blue Bird Customers," and an easier target because of my disabilities and more vulnerable to exploitation and abuse. Discrimination blocks efforts to challenge corruption, while corruption prevents victims of discrimination from pursuing and obtaining justice, as evident in this case, and in Robert's case. Ford Dealership Defendant and supervisor/mastermind Jason Weeks erroneously testified in deposition that he never knew I was a disabled veteran until his deposition even though he approved my application that stated I was a disabled veteran and I had disabled veteran license plates and admitted that he had checked to see if I was eligible for the DAV discount and erroneously alleged I didn't qualify for it in violation of agreement between Ford Motor company and DAV to provide discounts plus $1000.00 cash bonus to their members. He also admitted that he never had possession of my Focus car keys because that was the salesman's responsibility and salesman Cameron, accomplice testified he turns the car keys over to

9

the appraisal desk to appraise the car and that if there's no car deal he takes the customer to appraisal desk to retrieve their key for the customer to leave. However in court they contradict themselves and Cameron erroneously alleged that he had taken me to Weeks to get my Focus key for me to leave because we had no car deal, However, that I refused to leave, wrote them the $1,000.00 check that they coerced me into writing them under the false pretense it was to pay for one phantom heated leather seat now erroneously alleging the coerced $1000.00 was for down payment on overpriced mustang and was jumping up and down with joy and happiness and dancing with Cameron but blatantly refused to provide video camera footage that they erroneously allege supported their perverted and preposterous and ludicrous version of the facts. Refer to Emails between Richards and Crow. I didn't understand anything Finance guy Tosh was saying because of the overwhelming fear, anxiety and panic state of mind, coupled with his speed talking, and was evident by the court officials asking him to slow down so they could understand him. Tosh similarly, threatened to have me arrested and jailed for stopping payment on coerced $1000.00 check in an effort to further coerce me into giving them the title to my Ford Focus which Focus they stole anyway even though I refused to give them the Focus Title and was Exhibit 4, that Richards illegally suppressed and concealed as well as my witness, Dolores Helms.

**Refer to attached is copy of Pinocchio Michael R. Arambula's unapposed unchallenged deposition and August 13, 2021 report labeled  Exhibit "B,"factitious fantasy is in reality another perfect example of Arambula's guilt and of his psychopathic criminal mind and behavior. He** illegally accepted a bribe from the too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants to fabricate and concoct a lie with impunity to corroborate their aggravated perjured testimony, engaged in illegal scheme to further defraud me, corrupt the administration of justice, illegally deny me equal protection and fair and impartial trial in flagrant violation of my God given free speech rights and US Constitutional Civil and Human Rights and other high crimes and misdemeanors  allowing the Defendants to forever escape total and civil accountability for their corrupt way of life and criminally oppress me and family. The Defendants admitted that I was not in agreement with their car deal, however, then erroneously alleged that the the manager and mastermind, Jason Weeks, who testified in deposition that he never had possession of my car keys, didn't know anything about the $1,000.00 check and that he didn't know I was a disabled veteran until his deposition about a year later even though my license plates are disabled plates, my credit application that he had to approve had disabled veteran on it and admitted that he had checked about my DAV discount and erroneously alleged that I did not qualify for the DAV discount in violation of Ford Motor Company agreement with the DAV to provide discounts to DAV members and even though I am a Life-time member of the DAV. However, in court, mastermind, Weeks erroneously alleged that he had given me the keys to my car for me to leave but wouldn't and agreed to write them $1000.00 Check for down payment contrary to deposition that he never had possession of my car keys and didn't know anything about no $1,000.00 check. Also, Cameron, in an effort to corroborate Weeks aggravated perjured testimony, further incriminates and contradicts himself that when a customer rejects their car deal, he takes them to the appraisal desk to retrieve their car keys. He did not do that with me. He admitted that I had rejected their car deal however he did not take me to the appraisal desk to retrieve my keys for me to leave, he took me to mastermind, Weeks, who had testified that he never had possession of my keys , to supposedly retrieve my car keys from Weeks, not appraisal desk for keys for me to leave. Their entire testimony was aggravated perjury with impunity. Even though Weeks had admitted in deposition that he lies to his customers which corroborated my testimony that they repeatedly lied to me and used deceit, dishonesty, trickery and coercion, however, John Richards refused to impeach him on his own admission in deposition that he lies to his customers. Weeks, Cameron and Tosh refused to take no for an answer and threatened to not let me leave until I write them the $1000.00 check and into signing the detrimental contract under duress. However they erroneously alleged that I wouldn't leave

and agreed to write them a $1000.00 Check and signed the contract for more than what I had not agreed to and was so happy and jumping up and down with joy and dancing with the salesman, Cameron before I left. This is totally contrary to the facts that upon my arrival at home, I immediately called my bank to stop payment on coerced, called the salesman Cameron to let him know I was returning their mustang to pick up my Ford Focus the next day, then called John Richards for assistance all on the same day immediately upon my arrival at home. **See attached emails from John Richards to Rodney Crow dated May 18, 2019, the next day after contacting him about voiding the contract signed under duress and Crows repeated mention of video camera footage that erroneously supported their lies but conveniently refused to produce their alleged supporting evidence.** Arambula, again, likewise, maliciously lied, misrepresented the facts and erroneously alleged that May 2019 records showed that I bought a new car but discovered 3 days later that the paperwork had been changed, and I retained a lawyer to reverse the deal because I had changed my mind. Pinocchio Arambula's outrageous unadulterated lies is another perfect example of his clear and convincing undisputed evidence of his machismo dominant attitude and psychopathic criminal mind and behavior! Arambula admitted that his mind was already made up and basically conducted a limited and incomplete sham investigation to support his false and misleading aggravated perjured testimony and bias opinion. As a result, Arambula admitted that his bias injurious opinion was not changed or influenced in any way by my testimony, the facts and circumstances, my witness Dolores Helms's statement in support of my petition even though her court testimony was illegally suppressed and concealed by John Richards/Traitor/Sellout acting as Gestapo Agents. Arambula's further admits that his bias and injurious erroneous opinion was also not influence or changed by the limited and incomplete review of Dr. Karen Brown's professional opinion that I signed the detrimental contract under duress, nor her supportive testimony who's been treating me for over 20 years, nor Dr. Brown's medical records on me and admitted that he did not review Dr. Brown's deposition or court testimony. Arambula, even though he further admits that doctors don't always record everything that the patients tells them, nevertheless, he ingeniously blames me, who he never interviewed to discredit and condemn and prejudice me for not everything being recorded. He also fails to admit that sometimes doctors misunderstand and get things wrong or that patients sometimes suppress their thoughts and feelings. Yet, Arambula further demonstrates his extreme prejudiced and gross criminal negligence of never treating me nor examined or counseled me nor interview me for any length of time about my traumatic experience before, during and after the traumatic experience at the Ford Dealership. Arambula, further admitted that he didn't even review Dr. Brown's deposition and court testimony. He was not influenced by my testimony, my petition, and apparently not even the facts and circumstances surrounding this case. Arambula never even talked to any of my VA doctors, nor read any of my VA medical records, however, made some outrageous and ludicrous unchallenged aggravated perjured testimony about my treatment at the VA and erroneously alleged that the VA had discontinued my medication because they had miraculously cured me of my total and permanent service-connected disabilities and therefore I did not sign the detrimental contract under duress. In other words, Arambula is basically admitting on his sworn deposition that his aggravated perjured testimony was paid for by the unscrupulous and corrupt Ford Dealership Defendants to corroborate their lies in spite of overwhelming facts and justified "F" rating against them from BBB. Arambula's extremely bias and prejudiced deposition further supports my complaints that Arambula conducted a sham investigation in furtherance of his paid to lie injurious detrimental opinion and did not want to know the facts and circumstances to cover-up the truth, make-up stuff and outright lied to appease the corrupt equally machismo male-chauvinist pig Ford Dealership Defendants with impunity in the first degree.

Furthermore, Arambula acted totally ignorant and demonstrated his total lack of care and concern for Hispanic women rape victims that suffer from chronic PTSD and other bothersome psychological and

11

physical problems as a result of MST aggravated and compounded by other traumatic experiences, such as being lured under false pretense to a location, held against your will and coerced into writing a $1000.00 check under false pretense and coerced into signing a detrimental contract against your will and under duress as what happened to me in this case. Rape victims suffering from PTSD or other traumatic experience don't always open up about their traumatic experience right away for fear of facing them. I also have trouble bottling up emotions and suppressing feelings and thoughts. I have a fear of appearing weak or just prefer to keep emotions to myself for fear of venting out and of negative consequences as a result. It is my way of keeping the lid of a boiling pot. Like many other gang-rape victims with chronic PTSD, I also suffer from frequent brain zaps, flashbacks and nightmares and most of the time sleep deprivation and other bothersome psychological and physical problems, which include common symptoms of severe anxiety, chest pains, depression, chronic fatigue, excessive fear and fear of impending doom, paranoia, fainting spells, impaired concentration, mental blocks on a daily basis under normal circumstances. Just leaving the comfort zone of my home for brief periods of time makes me very anxious, uncomfortable, confused and fearful as a result, I am basically a hermit and a recluse. My traumatic experience with the unscrupulous and corrupt Ford Dealership Defendants that lured me there under the false pretense that they had a mustang to fit my non-negotiable strict budget, held me "Hostage" against my will for an oppressive length of time most of the day under extreme pressure and wouldn't take no for an answer forced me into negotiations and wouldn't return my car for me to leave and chastised and berate me and threatened to not let me leave unless I write them a $1000.00 check and coerced me into signing the detrimental contract under duress had exacerbated my PTSD and other symptoms. I was overwhelmed, had fight or flight reaction, not thinking rationally and in a panic state of mind signed the detrimental contract under duress to escape to the safety of my home and comfort zone. I suffer from severe anxiety every day under normal circumstances and these were not normal circumstances and fueled my anger and depression and chronic PTSD and was sweating bullets. However, even healthy people have apparently been similarly victimized and traumatize by the unscrupulous Sterling McCall Ford Dealership Defendants and their corrupt way of life. **See attached BBB "F" rating and similar complaints against the Defendants contrary to the absolute arrogance and** egregious aggravated perjured testimony with impunity in the first degree of the Ford Dealership representative, Rodney Crow that "self-reports"they are the best Ford Dealership with great ratings. John Richards/Traitor/Sellout and Gestapo Agent expects me to believe that with his over 34 year trial experience he didn't know the proper way to impeach a clearly lying witness. Furthermore, has the audacity to keep repeating that the outcome of the case was going to depend on who the jury believes and conceals the testimony of my witness. Not my fault, but yours to send me on guilt trip! This traumatic experience with the bullies at the Ford dealership Defendants was not normal circumstances. However, Arambula further demonstrates his extreme hatred and prejudice against me, like the paid assassin, parasite and psychopathic pervert that he is, further erroneously alleged that I was not under duress when I signed the detrimental contract because I could afford to pay the equally unreasonable and outrageous overpriced $40,000.00 for a regularly priced mustang of $23,000.00 and therefore, could not have signed the detrimental contract under duress. Another perfect example of Arambula's psychopathic criminal mind and behavior. See Arambula's attached incomplete, under-reporting, "self-reporting" extremely bias and prejudice irrelevant incorrect, unethical, immoral, highly paid for aggravated perjured testimony to corroborated his fellow perpetrators and psychopaths, labeled, Exhibit "B" August 13, 2021. I may be a little crazy at times, but I'm not stupid! I do not give my limited income away and being taken unfair advantage of because of my sex, race, age, disabilities and other disadvantages that make me more vulnerable to exploitation and abuse does not make me jump up and down and dance with the perpetrators with joy and happiness as your too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants/your fellow psychopaths erroneously alleged and would like you to believe I did, however, flagrantly refuse to

provide video camera footage from that day for the simple reason that it would corroborate my testimony, not theirs. Furthermore, it doesn't support the facts and circumstances that if I was so elated and happy when I left, why did I immediately call my bank upon my arrival at home to stop payment on the $1,000.00 check that they coerced me into writing them and then call them to advise them I was returning the mustang the next day, How does Arambula/Dr. Jekyll and Mr. Hyde support that outrageous and ludicrous unadulterated lie! Also, my House is over 40 years old and takes a lot of money to upkeep and have a lot of other bills, medical and legal. Arambula acts like he has no clue of what rape victims go through. And, oh yeah, the black salesman and finance guy from the Ford Dealership Defendants, did remind me of one of the black men that had raped me and yeah, I still feel like I was gang-raped all over again! Arambula's deposition zeroed in on his erroneous perverted allegations that the VA doctors had taken me off my medication because they had erroneously cured me from my chronic PTSD and other bothersome psychological and physical problems. Arrambula further erroneously alleged and/or erroneously implied  that the VA doctors were taking me off disability because they had erroneously miraculously cured me. He made these erroneous allegations without talking to my VA doctors nor reviewing any of my VA medical records nor even asking me even though he admitted that doctors don't always record everything that is said. If Arambula had conducted a complete and thorough honest investigation and interviewed me like he said was important to reach an informed and complete opinion, instead of a highly paid sham investigation to corroborate the bullies aggravated perjured testimony, he would have discovered that the VA had rated me totally and permanently disabled for life because they clearly felt my condition was only going to get worse and not curable. Arambula also further maliciously lied and alleged that I was not on my VA  medications at the time of my traumatic experience with the Ford dealership bullies. Again without asking me or my VA doctors nor reviewing my VA medical records. The fact is that I was still on my medications at the time at the Corrupt Ford Dealership. However, I had been complaining to Dr. Brown and VA doctors that the medications may be contributing to my frequent mental blocks and impaired concentration, burning eyes and hissing in my ears/tinnitus and other bothersome side effects. The VA doctors examination coupled with their misinterpretation that I was giving my money away diagnosed me with Dementia and threatened to appointing me a guardianship  In any case, the medication I was on was no miracle drugs and I felt they were contributing to my mental blocks and were turning me into a complete Zombie. Arambula's malicious erroneous allegation  that I was not on medication at time at the Ford Dealership Defendants as though they were some miracle drugs and is another unadulterated lie to further stigmatize and prejudice me and appease his fellow psychopaths. Pinocchio, Arambula further demonstrated his extreme bias and prejudiced towards me by erroneously alleging that because I negotiated with the Ford Dealership Defendants/Bullies that I was not under duress. However, the mere fact that the unscrupulous and corrupt predatory Ford Dealership Defendants, Cameron and Weeks  kept calling me over the phone and persuaded me to come to their Ford Dealership using deceit, dishonesty, trickery under the false pretense that they had a mustang to fit my non-negotiable fixed budget of no more that $28,000.00 before UAW, DAV discounts and trade-in and after I told them on very first conversation that I would not pay anything more, constitutes duress. Therefore, anything they made me do after luring me there under false pretense and threats of not allowing me to leave holding me Hostage, constitutes duress with impunity in the first degree. That includes the forced negotiations and coercing me into writing them a $1000.00 check under false pretense that it was to cover cost of one heated leather seat and coerced signing of the detrimental contract, also constitutes duress with impunity in the first degree! Cameron erroneously alleged that he didn't remember anything we talked about over the phone. Then contradicts himself and said we may have talked about her budget but he didn't promise me he had a mustang to fit my budget. Unadulterated lie! Cameron also had Weeks call me making the same false promises, however,

erroneously alleged that Weeks was only calling me to confirm the appointment we never had. Arambula further clearly demonstrated his extreme bias and prejudiced towards me by erroneously alleging that because I was able to handle my problem involving the equally unscrupulous and corrupt Murray Roofer, who put a lousy roof on my house in total and complete violation of their own contract that I could not have signed the equally corrupt and unscrupulous Ford Dealership detrimental contract under duress. That is so egregious and outrageous, retaliatory and ludicrous and further reflects on Arambula's psychopathic criminal nature of his mind and behavior and clearly further supports and gives credibility to my complaints against him. Arambula also has absolutely no clue whatsoever about the facts and circumstances surrounding the Murray Roofing Case. Had I not replaced the lousy roof I guaranteed my roof would have blown away during the hurricane afterwards and I would have been in deep trouble without a roof. In any case, it was Murray Roofing who had the audacity to file the frivolous bad-faith and harassing lawsuit against me and forced me to defend myself and counterclaim. Subsequently, my attorney, John Richards/Traitor/Sellout and Gestapo agent, similarly breached his fiduciary duty and created a gross conflict of interest and after making me pay several thousands of dollars in legal expenses, like in this Ford Dealership Defendants case, flagrantly refused to prosecute the Murray defendants and coerced me into settling to my detriment allowing the equally unscrupulous and corrupt Murray Roofing Defendants to forever escape total civil and criminal accountability and I barely recovered my legal expenses. **See attached Counterclaim against Murray Roofing.** Attorney Richards had started acting like the Devil's advocate, as in this too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants and insisted on just focusing on my brother, Robert's case when unbeknownst to me had likewise sabotaged Robert's case again, allowing the TDCJ Officials to harass and illegally remove me from Robert's visitation list and further endanger Robert's life-threatening critical medical condition by having him illegally removed from a medical facility and transferred him in critical life-threatening medical condition by ground transportation across the State to the TDCJ Montford Psychiatric Prison Unit and worse prison in the Country according to USDOJ Report even though Robert was not suicidal or homicidal to further isolate him from our family and in an effort to induce his untimely senseless death, like they murdered Juan, and Robert had to have another emergency life-saving surgical procedure in the nearest private hospital far away from family and without our knowledge where he remains in life-threatening medical condition, to date. Clearly Richards/Portnoy/Traitors/Sellouts/Gestapo agents were also bribed in this case as well and officially illegally abandoned Robert and I and in retaliation for my not going along with his cover-up/whitewash strategy in Ford Dealership Defendant case and like in Robert; and Juan's Murder case in flagrant violation of our God given right to freedom of speech and US Constitutional Civil and Human Rights to petition the Government for redress of grievances and making us the scapegoat for his psychopathic criminal mind and behavior and sham trial by rage and railroad of hypocrisy and injustice and cover-up/whitewash with impunity in the first degree. Robert continues to Live the American Nightmare! **Refer to attached copy of complaints to IGUSDOJ and State Bar of Texas Chief Disciplinary Counsel w/attachments.** Arambula in his perverted aggravated perjured testimony labeled, Exhibit "B"is also trying to demoralize and condemn my totally and permanently disabled honorably discharged veteran and American War Hero and invalid brother, Robert, that John Richards has equally illegally abandoned knowing his life-threatening critical medical condition and unlawful life-imprisonment, the cold-blooded murder of my other brother Juan and systematic injustice of my family, I feel the need to defend Robert and family and have attached supporting information of his actual innocence claim. It has become evident that my former attorneys John Richards/Noel Portnoy/Co-Counsel/Co-conspirator/ Traitors/Sellouts acting as Gestapo Agents in collusion with others involved in egregious diabolical scheme of sabotage and cover-up the tyrannical reign of terror and systematic injustice against Robert, who remains in life-threatening critical medical condition in potentially dangerous and life-threatening prison environment for life on trumped-up allegations fabricated by

14

corrupt and racist Government officials, rogue police and others, the subsequent, cold-blooded murder of our other brother, Juan and criminal oppression of me and family. John Richards/Noel Portnoy/Traitors/sellouts have been involved in this sham representation and maliciously subjected me to an ambush of unchallenged aggravated perjured testimony in the too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants that Robert was shamefully illegally maliciously subjected to in the same type of sham trial by rage and railroad of hypocrisy and injustice and cover-up/whitewash with impunity in the first degree in retaliation for our criticism against corrupt and racist criminal justice system and qualified immunity doctrine that allows these perverted bigoted government officials and others to literally get away with murder, as in Juan's case. Arambula's endless disgusting and perverted interpretation of the facts are as shameful as the malicious persecution and wrongful life-imprisonment of Robert. Arambula erroneously alleged that I had returned to Dr. Karen Brown requesting "correspondence" in support of my brother's legal petition, when in fact, I returned to her for continued medical treatment and also hired her to conduct a competency evaluation of Robert and provide me with her professional opinion based on her intensive review of Robert's psychiatric history and symptoms to assess the likelihood that Robert was delusional and, as a result, legally incompetent to stand trial in 1995. It included interviews with the patient and reviews of available records from VA and TDCJ. See attached Oct. 21, 2010 Report from Dr. Karen Brown's professional opinion that supports that Robert was incompetent during sham trial by rage. Therefore, illegally denied the competency examination that was requested by Robert's defense attorney because of Robert's inability to assist in his own defense because of some mental defect and maliciously persecuted and wrongfully imprisoned for life.

**Also attached are copies of the Acevedo case against Arambula during which time he was chastised by court for making similar erroneous aggravated perjured testimony against Acevedo and Arambula, likewise, knowingly lied about it in this Ford Dealership Defendants case in court erroneously alleging that his expert testimony had never been challenged by any court.** He committed aggravated perjured testimony in court and erroneously alleging that his so-called expert opinion had never been challenged by any court as if he never lies to further corrupt the administration of law. This is another clear and convincing undisputed unadulterated lie and another perfect example of Arambula's psychopathic criminal nature of his mind and behavior. Also attached is copy of Arambula's case against Wells during which time Arambula was seeking over $50,000.00 in alleged lost wages because he was alleged he had sustained "serious brain injury" and was unable to work involving a whiplash accident even though he did not lose any wages and was apparently unjustly enriched. Arambula also claimed he had sustained "serious brain injury" from the whip-lash accident, however, my attorney, John Richards/Traitor/Sellout and Gestapo Agent blatantly refused to disqualify or impeach Arambula nor question him about his "serious brain injury" or fitness to perform his duties as an unbias expert witness or how his "serious brain injury" had effected his judgment and threatened to officially abandon me if I didn't go along with his cover-up/whitewash strategy. Arambula has clearly demonstrated that he is an extremely dangerous psychopath that has weaponized his medical degree to use as a hired gun and paid Pinocchio to unjustly enrich himself to the detriment of the victims and support and corroborated the aggravated perjured testimony of the perpetrators, repeatedly victimize the victims and making us the scapegoats and allow the perpetrators to forever escape civil and criminal accountability and cover-up whitewash with impunity in the first degree as in this case. Despicable hire gun, Arambula's effort to bolster and give legitimacy to his paid for derogatory bigoted aggravated perjured testimony and attempt to justify his total disregard for the rule of law and disrespect for the horrific life-threatening debilitating emotional, mental and physical pain and suffering of Robert, my family and I, and others similarly situated, by "self-reporting" that he is the current President of the Texas Society of Psychiatric Physicians and immediate Past President of the

15

Texas Medical Board, is not working and is only further bring shame, dishonor and making a mockery of the medical profession and legal system as well as to anyone who sticks their neck out and tries to defend the indefensible. Arambula further attaches his 7 page Curriculum Vitae, Exh."A" in support.

**THEREFORE,** compelling evidence supports my meritorious complaints against Michael R. Arambula that he has weaponized his medical degree to commit felonious stigmatize discrimination and aggravated perjured testimony against me to corroborate a lie and give illegal unfair advantage equally corrupt and bigoted too big to jail financially and politically influential Sterling McCall Ford Dealership Defendants that paid Arambula and others to lie in furtherance of fraud and criminal oppression and egregious diabolical scheme to bamboozle my brother and I out of justice, defend the indefensible, allow them to forever escape civil and criminal accountability for their psychopathic criminal mind and behavior and cover-up/whitewash with impunity in the first degree, just like in the sham trial by rage and railroad of hypocrisy and injustice against Robert that remains unlawfully imprisoned for life, subsequent cold-blooded murder of Juan by the same Neo-Natzis Government officials that maliciously persecuted and wrongfully imprisoned Robert. Arambula's contributory principal role in the continued retaliatory blatant violations of our God given right to free speech and US Constitutional Civil and Human Right to petition our Government for redress of grievances also in flagrant violations of other high crimes and misdemeanors and a blatant violation of the Hippocratic Oath to do no harm and is unethical, immoral and criminal in nature. As a result, Robert my family and I continue to feel aggrieved and outraged and in the best interest of justice demand an immediate serious unbias investigation to our meritorious complaints against Arambula and that he harshly disciplined and banned from the practice of medicine and held civilly and criminally accountable for his psychopathic criminal mind and behavior

Clear and convincing undisputed evidence that Arambula is a highly dangerous and manipulative psychopath that is clearly even unfit to be a veterinarian. He has ingeniously positioned himself in the medical board's regulating agencies to influence and protect himself from legitimates complaints against him and should be immediately justly harshly criminally punished and banned from the practice of medicine without further incidents and unnecessary delays and before he causes any further irreparable harm and injuries to myself or anyone else similarly situated. Coercive threats under duress invalidates any U.C.C. Contract and is illegal in any Country, including Russia and China and especially in the USA. The Mafia Ford Dealership Defendants, Michael R. Arambula and others, including attorney John Richards, are trying to turn the USA into a third World Country to exploit and oppress the most vulnerable in our society and take us back to the stone ages to maintain their free reign of terror and tyrannical control of the judicial system with impunity in the first degree. However, they are not above the law and should immediately be held civilly and criminally accountable for their contributory role in this egregious systematic railroad of hypocrisy and injustice and cover-up/whitewash. Defendants should be swiftly prosecuted for aggravated perjured testimony, Civil and Human Rights Violations, other high crimes and misdemeanors, including Treason! The Defendants, Sterling McCall Ford Dealership, Arambula, John Richards/Tritor/Sellout and Gestapo Agent, equally corrupt judge LaShawn Williams not only bamboozled and gang-raped Robert and I out of justice but are aiding and abetting in the gang-rape of justice in America. This Corrupt Legal System operated by and for criminals has no greater enemy than the law-abiding citizens.

**JUSTICE IS NOT FOR SALE IN THE USA!**

**THIS IS NOT CHINA OT RUSSIA!**

16

This statement is true and correct to the best of my recollection and belief.

Respectfully submitted,                                        Dated, July 13, 2022

*Gloria Trevino*

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962

Attachments
1. May 21, 2019, Dr. Karen Brown's report confirming I signed contract under duress!
2. August 13, 2020 Dr. Brown's report further supporting I signed contract under duress!.
3. August 13, 2021, covert derogatory report from Michael R. Arambula, Exh "B." & "A"erroneously alleging Dr. Brown actually support's his lie that I was not under duress!
4. BBB "F" rating report and some complaints against Sterling McCall Ford Dealership.
5. May 30, 2020, Suppressed Statement of Dolores Helms in support of my testimony.
6. Declaration of Dolores Helms that she was suppressed & supports Motions/Mistrial
7. Oct. 21, 2010, Dr. Brown's report on Robert Trevino's incompetence during sham trial by rage.
8. Information on Acevedo V. State ref; Arambula's irrelevant and erroneous opinion.
9. Information on Otto Andrew Koehler, III v. Michael R. Arambula
10. Arambula v. Wells, Arambula's serious brain injury and alleged lost wages..
11. May 18, 2019 email/letter to Sterling McCall Ford , Rodney Crow from Richards, day after coerced signed contract.  Not 3 days later for changing my mind as Arambula alleged.
12. Plaintiff's Gloria Trevino's Third Amended Original Petition.
13. March 4, 2022, Retaliatory Withdrawal Letter from John Richard, Cover-up/Whitewash.
14. Order Granting Withdrawal in furtherance of outright fraud and systematic injustice.
15. 11/15/2021, Egregious and Erroneous Deposition of Arambula
16. 8/3/2021, Deposition of Mastermind, Jason Weeks, admits lies to customers.
17. 10/5/2021 Deposition of Cameron Joseph, Don't recall phone calls then lies, no promises.
18. Some Sham Trial Transcripts of Cameron & Weeks, inconsistent to their depositions.
19. June 7, 2019 letter from Richards to Crow, ref; continued demands for cancellation of contract.
20. May 21, 2019, Crow's email to Richards ref; to phantom video shows I was not under duress.
21. May 6, 2020 report from Dr. Brown in further support of my under duress testimony.
22. June 15, 2021, Letter from Noel Portnoy that I don't need a Guardian.
23. Dec. 15, 2021 VA letter on my total and permanent disability rating & dementia diagnosis.
24. 2019 Ford Credit Application w/Disabled Veteran listed & approved by Weeks and lied in his deposition that he never knew I was a disabled veteran until his deposition 8/3/2021.
25. Copy of my disabled veteran license plate which Weeks knew about in 2019 & lied on Depo
26. Aug. 12, 2019, Defendants' General Denial Response to Petition that I'm disabled veteran.
27. Mac Haik Ford $29,368 regular price before UAW & DAV Discounts or Trade-ins & Sterling McCall Ford coerced me into signing detrimental contract under duress for over $40,000.00.
28. .June 13, 2019, Crow's email to Richards that he can't send phantom video that supports them. Crow also lied in court erroneously alleging they were the greatest Dealership with great ratings contrary to BBB "F" rating and Richards was not able to properly impeach him either which is inconsistent with a lawyer with 34 year trial experience and more consistent with a crooked lawyer's sham representation and bamboozling their client from justice.

17

29.   Sept. 1, 2017, Counterclaim in Murray Roofing Case when Richards coerced unfair settlement.

30.  Copy of my 2010 Ford Focus Title & Exh."4" to Petition that Richards also suppressed and that McCall Ford Defendants tried to coerce me into giving them under the threat of pressing charges and imprison me for stopping payment on the $1000.00 Check they had coerced me into writing them and they made false promises to return the $1000.00 Check to me in exchange for the Focus title and then tried to give me copy of the check in exchange for the Title..

31.  Robert Trevino's DD 214 .

32. March 19, 2022, Ellis County Sheriff's Office Press Release, on Arrest of Shawn Lankford for Murder of their infant child.  Their second Infant child's death. Shawn Lankford was one of the alleged victims falsely accused Robert because DA, Steve Marshall threatened to prosecute his brother Patrick Lankford on Statutory Rape of his 12 year old girlfriend and another gang member, Christopher Williams for burglary if they didn't accuse Robert of violently sexually assaulting them.

33. June 21, 2022, Complaints to IGUSDOJ w/attachments & Repeated Complaints Against Crooked Attorneys John Richards/Noel Portnoy to State Bar of Texas, Chief Disciplinary Counsel, latest returned in furtherance of Gang-rape of Justice in America and resubmitted, dated , July 13, 2022 w/attachments, including some compelling supporting evidence of malicious persecution of Robert and sham trial by rage, as well as evidence of Richards/Portnoy/Traitors/Sellouts/Gestapo Agent's sham representation, gang-rape and bamboozling us out of Justice and sabotage.

34. July 13, 2022, Gloria,& Robert Trevino's Statement In Opposition To State Bar of Texas Chief Disciplinary Counsel's repeated return/dismissal of our meritorious complaints Against John Richards/Noel Portnoy/Traitors/Sellouts/Gestapo Agents and Resubmitted because the alleged personal information is no  longer private or personal since Richards?Portnoy obtained the personal and private information and filed it in nearly every court in the Country making it public, which they obtained during their sham representation and on the erroneous guise they were representing us in pursuit of Justice for the wrongful imprisonment of Robert, subsequent cold-blooded murder of Juan and against too big to jail politically and financially influential Sterling McCall Ford Dealership, et al., and made public for the media or any member of the public to use for whatever purpose, we erroneously cannot use in our complaints against the crooked attorneys pursuit in justice for Robert, Juan, Trevino family or myself further victimizing us and are aiding and abetting in the Gang-rape of Justice in America and cover-up/whitewash with impunity in the first degree.  Compelling evidence that the Qualified Immunity Doctrine must be immediately abolished so that these criminals can be held criminally and civilly accountable. .

Total Pages about 612p.

**END OF GLORIA TREVINO'S STATEMENT IN RESPONSE TO FOR ADDITIONAL INFORMATION IN SUPPORT OF OPPOSITION TO UNETHICAL AND EGREGIOUS DISMISSAL OF MERITORIOUS COMPLAINT AGAINST PINOCCHIO MICHAEL R. ARAMBULA**

**ATTN:  Chair, APA Ethics Committee.**

18

## CASE SUMMARY BY GLORIA TREVINO
## IN
## DEFENSE OF ROBERT RODRIGUEZ TREVINO
### TDCJ No. 729766

This case is about absolute tyranny and a travesty of justice. Robert Rodriguez Trevino, 729766, is the victim of the dangerous combination of repeated racial and political discrimination practices and egregious enterprise of human and civil rights violations by the criminal justice system in Waxahachie, Ellis County, Texas and remains unlawfully imprisoned for life without parole, which amounts to a death-sentence, since August 25, 1995 at TDCJ, Michael Unit, PO Box 4500, Tennessee Colony, Texas, 75886, Cell 4-F-54. I would also like to point out that the tactics used to railroad my brother Robert, also went out during the late 1600 and 1700 century Salem witch –trials. The last thing the officials were seeking or wanted to hear was the whole truth because of their own animosities, fears and hatred born of egregious racial and political revenge. Crucial evidence that impeached the credibility of the alleged victims, a juvenile delinquent rebel gang, was maliciously illegally suppressed, including criminal and psychiatric records. Robert was accused of anything that would make him appear guilty and accusations amounted to vicious gossip. Also just recently the Supreme Court ruled in favor of Thomas Miller-El, who had been on death role and is getting a new trial or his freedom in accordance to the favorable ruling citing racial discrimination during trial court on the jury selection which is also what happened in Robert's case plus numerous other violations. Their specially selected bias all-white jury, a lynch mob, was extensively exposed to hysteria and explosive prejudicial publicity before and during the sham trial by rage. They erroneously alleged that minorities that are single parents are morally unfit to sit on the jury to strike potential single minority jurors. Another reason why in this day and age all-white juries should be outlawed where minorities are concern. For whatever ingenious excuses whoever comes up with, Robert has a right to be judged by members of his own peers. Apparently disabled minorities who exercise political activities have no legal or moral right to be judged by members of our peers in Ellis County. Robert's case can also be compared to the infamous Tulia Case in which they had a rogue cop, Tom Coleman, a conspiracy to put the minorities in jail without evidence or corroboration. However, in that case Coleman was indicted because of the alarming reach and the national media attention. In Robert's case, the conspiracy theory drew the bias judges' ire and we are requesting anyone's help to intervene on Robert's behalf and help disentangle him from this railroad of hypocrisy and injustice and to bring those responsible to justice. In support of our position, I submit this ugly case scenario for your review and consideration.

Robert is a 100% disabled decorated American War Veteran. He was highly recommended for the Silver Star and received two Purple Hearts and Bronze Star for his valor and heroism. During his two tours in Vietnam, Robert was seriously wounded while rescuing members of his platoon from ambush. Robert was also extensively exposed to Agent Orange and other dangerous herbicides. As a result, Robert suffers from neurological, physical and emotional problems associated with Post Traumatic Stress Disorder.

Robert had no felony record, an American War Hero, however, on February 9, 1995, Robert's medals of Honor were maliciously replaced with a badge of infamy. Robert's political enemies, DA Joe Grubbs, City manager, Bob Sokol, Judge Gene Knize, lead investigator, Billy Wiggins in collusion with others engaged in an egregious politically motivated Witch-Hunt; a "Get rid of Robert Trevino" radical campaign by demonizing Robert through hard hitting baseless attacks of outrageous unadulterated lies and distortions and in the process contributed to the untimely wrongful death and demise of our beloved mother, Maria Rodriguez Trevino, whom they also harassed with outrageous and unreasonable $150.00per mo. water bills as a result of Robert's complaints to the TX Water Commission. Robert has also been as death's door on more than one occasion in their continuing efforts to eradicate him. His bothersome medical problems were severely aggravated and he was having increasing blackouts with memory loss, severe major depression with frequent crying spells and threats of suicide when under cover of darkness, he was subjected to the traumatic experience of being dramatically abducted out of his home at gun-point in the middle of the night and in an effort to further endanger his life, the lead investigator, Billy Wiggins shouted as Robert came out of his home, that, "He's got a gun! He's got a gun!" Luckily no one fired at Robert. Robert was held in solitary confinement, deprived of his medications, food and water for several days, held without bond until suicide letter to jailer and was rushed to the hospital by order of the jail psychiatrist where he received emergency treatment for his acute physical and psychotic depressed mental state. Robert, who also has a low I-Q, appeared to be in shock and overwhelmed, his concentration severely impaired and didn't understand everything that was going on and was unable to assist in his own defense. Subsequently, Robert was shamefully exploited and taken unfair advantage and blatantly denied a competency examination and maliciously persecuted by the criminal justice system in Ellis County, Texas in co-hoots with a rebel gang of juvenile delinquents, known as the Pyro Pirate, with extensive criminal histories, serious drug problems, truancy

1

and under mandatory court ordered psychiatric treatment for anger management and anti-social personality disorders. The ring leader, Patrick Langford, had at least three felony charges pending at the time of the delusional, ludicrous and frivolous outrageous allegations of over 24 counts of aggravated sexual assault. The groundless allegations against Robert amounted to vicious gossip and is the first time in the history of the United States where the rebel gang yelled rape and the victim went to prison for life without parole. The false allegations were generated and orchestrated through the combined concerted efforts of Robert's political enemies, DA Joe Grubbs, city manager, Bob Sokol, who was foaming at the mouth with madness and vengeance against Robert for reporting them the city to the Texas Water Commission for their refusal to fix sewer heath problems and the commission threatened to withhold millions of dollars in city funds unless they fix the problem within a month and fined about $500.00 a day thereafter until problem was fixed correctly. City manager, Bob Sokol and Grubbs were infuriated against Robert because they didn't want to spend the $30,000.00 necessary to fix the sewer problem which had gone unattended for years and Sokol swore to get rid of Robert. Sokol, the chief of police, Ted Garber and his girlfriend, the lead detective, Billy Wiggins, were carrying out their threats and shared common vendetta – a "Get rid of Robert" radical campaign. Robert had previously filed criminal charges of verbal assault against the city manager, Bob Sokol, who threatened to get rid of Robert, however, Sokol was acquitted and free to continue the feud and carry out his threats. Robert had also campaigned for Sokol's resignation and the resignation of the police chief, Ted Garber, Wiggin's lover. Furthermore, even though officer Wiggins admitted that her prejudiced against Robert existed prior to his political campaign against police chief Ted Garber and city manager, Bob Sokol, Judge Knize didn't call for a mistrial. Crucial evidence that supported Robert's entire defense about the conspiracy and that proved his innocence and that proved the state witnesses, alleged victims were lying was also maliciously illegally suppressed by the co-conspirator, Judge Gene Knize including Wiggin's admission of extreme bias against Robert. Judge Knize is guilty of at the very least judicial misconduct. The all-white bias jury that was unconstitutionally selected and empanelled was further prejudiced by the outrageous frivolous multiple allegations compounded by the extensive explosive prejudicial publicity and was not allowed to hear any part of the defense in furtherance of the sham trial by rage, shameful wrongful conviction and life/death –sentence. However, it was also obvious that they had offered immunity to the ring leader, Patrick Langford, when he was not entitled to immunity from prosecution in exchange for the false allegations against Robert. WHY WAS PATRICK LANGFORD NOT ARRESTED FOR STATUTORY RAPE OF A 12 YEAR OLD GIRL BLEEDING AT THE EMERGENCY ROOM HOSPITAL WITH HER MOTHER DEMANDING THAT PATRICK LANGFORD, NOT ROBERT TREVINO, BE ARRESTED FOR STATUTORY RAPE? THIS HAPPENED AT LEAST SIX MONTHS BEFORE ROBERT WAS ABDUCTED IN THE COVER OF DARKNESS AND HELD WITHOUT BOND. WHOSE DNA EVEDENCE DO THE EMERGENCY ROOM DOCTORS AND THE POLICE HAVE? AND WHY WAS PATRICK NOT ARRESTED ON THE ARSON AND BUGLARY CHARGES? The DA and Wiggins also initially tried to pin these charges on Robert. Transcript of the kangaroo court proceeding shows that according to the lead investigator, Billie Wiggins and the alleged victims, the rebel gang, that it was the DA's office who contributed to and added the details to the fraudulent reports and therefore the alleged victims were clueless and DA objected to relevant questions over details claiming they don't know these are the states counts. It was Wiggins who sought out and solicited the complaints from the juvenile delinquents on a one on one basis and blatantly lied when she said the parents or some other adult were present when she took the initial complaints. The mother of the ring leader, Patrick and Shawn, Patricia Langford also committed aggravated perjury when she tried to corroborate that she was present with Wiggins during the initial complaints and that she had a close relationship with her kids. More unadulterated lies! The steps are easy to trace by which a few deranged, destructive human beings led ordinary mortals down the dark path of fear, hatred and envy to demonize and destroy Robert. Judge Knize acknowledged that the kind and friendly letters the alleged victims had admitted writing gratefully thanking Robert for all the help and advice that he had provided them impeached their credibility. In fact, the evidence contradicted their bogus virtuous ludicrous testimony that they always hated Robert for allegedly repeatedly violently sexually assaulting them even at gun point for over a year since they erroneously alleged they kept going back for more sexual abuse during this time without ever telling anyone not even each other, their parents or their psychiatrist. Patricia and Patrick even invited Robert to participate in their family counseling therapy sessions which they were having because they couldn't get along with each other and wanted Robert's help. Instead of dismissing the entire bogus charges, Judge Knize continued with the sham trial by rage and suppressed impeachment documents and corrupted the "immunity issue" by erroneously referring to it as the "defense of speeders." Judge Knize erroneously alleges that Dixon had not used the proper method of impeaching the witness when he introduced the impeachment documents. When Dixon objected to the Judges illegal ruling in favor of DA's objection of irrelevancy and suppression of impeachment documents, Judge Knize boldly and sarcastically responded, "Yes, Sir. You can even submit it on a bill!" Knize then orders the jury back in the court room with no knowledge that the alleged victims were lying. Furthermore, in support of the "immunity deal," the DA solicited the perjured testimony of Patrick and Shawn's mother, Patricia Langford, who made Robert the "scape-goat" for her negligent control over the immoral and criminal acts and behavior of her sons who had previously accused her of child abuse, neglect, and physical and

2

mental abuse years before they met Robert. Patricia's defense was that the boys were angry about their adoption status. It was Patricia Langford who had solicited the juvenile court judge, Reddington to order and compel Robert, who is not the father nor was he listed in any foster parent or big brother program in the county and has no training or experience in dealing with juvenile delinquents with serious psychiatric problems and violent felony charges pending, to contribute to the economic maintenance, including Education of Patrick and Shawn making him legally responsible for getting them to and from school during the time they were now alleging Robert had been sexually abusing them. Patrick and Shawn needed disciplinary action and rehabilitation in jail not put in Robert's custody. The Judge Knize and the DA Joe Grubbs, playing musical chairs, had previously been slapped in the hand by an appeals court for previous blatant civil rights violations against Robert on bogus weapon's charge and in the interest of justice should have recused themselves. They had illegally forced Robert to represent himself without counsel and would repeatedly threaten him outside the presence of the jury for informing them that he wasn't qualified to defend himself and needed an attorney. It was clear that Gene Knize and Joe Grubbs still harbored extreme raw hatred against Robert and sought revenge and engaged in the repeated egregious enterprise of fraud, human and civil rights violations and criminal oppression of Robert. Conveniently, they kept no record of indictment proceeding so we can only imagine the prosecutorial misconduct that took place with the Grand Jury. At the very least, Knize and Grubbs should have allowed the change of venue, however, instead they further obstructed Justice by soliciting the false and perjured testimony in opposition to the change of venue of their friend and accessory, a formal judge convicted of growing and selling marijuana, the son of the late county sheriff, Barney Boyd, Mike Boyd, to erroneously allege that there was no conspiracy and no extensive prejudicial publicity. See attached opinion on previous blatant civil rights violations against Robert by Knize and Joe Grubbs. Robert R. Trevino v. State of Texas, 555 South Western Reporter, 2nd Series, 750 - 753, Sept. 21, 1977. Defense attorney John Dixon had told reporters that there were problems with the credibility of the witnesses and that the charges against Robert were "born of prejudice." Dixon also took advantage of our distressed state and played the confidence game further promising us and was even quoted in the newspaper saying that if the change of venue was denied, he would file a civil rights suit with the US Department of Justice, protesting that he would not be "shut-up" nor would he run and hide from the local authorities. However, subsequently, Dixon obviously defrauded us and negotiated and compromised Robert's civil and human rights and freedom then reneged, breached his promise, hid and refused to cooperate in the FBI Probe into the case and requested the "gag order" to cover-up. Dixon officially flipped/flopped positions and committed aggravated perjury in opposition to second attorney Ford's "Minimal" Writ of Habeas Corpus and erroneously alleged that Robert was not illegally incarcerated and that he was not guilty of ineffective assistance of counsel. We are also requesting information regarding alleged FBI Probe from US Department of Justice demanding answers as to why they did not stop the sham trial by rage and why they hired assistant DA, Steve Marshall, accomplice and Co-conspirator in the criminal oppression of Robert.

Attorney John Dixon also took unfair advantage of Robert's severe psychological problems and used them as a platform for exploitation and abuse and it appeared that Robert had been brainwashed by Dixon, who cruelly manipulated and led Robert by the hand like the sacrificial lamb to slaughter. Dixon stated that he was having trouble with Robert because he could not remember important things, was severely depressed and could not assist in his own defense and was gross negligence in providing the suicide letter and testimony of jailer and jail psychiatrist in support of competency examination of Robert. Dixon accompanied Robert to the Dallas VA Medical Center on Aug. 16, 1995, VA Dr. Frederick Petty advised Dixon that he could not provide the examination on such short notice and advised him to contact Dr. Dekleva who was more familiar with Robert and to see if he had time to do the "interim assessment," however, increased Robert's medications and provided Dixon a medical report advising Robert to avoid legal issues for 90 days. However, Dixon, was also gross negligence and also violated the doctor's warning and further endangered Robert's mental health driving him to his breaking point through constant pressure, demands and even ordering him what to say and do in and outside of the courtroom. Judge Knize blatantly denied the motion and extension of time for the competency examination even though Dr. Petty had talked to him as well as to the DA in an effort to examine Robert, to no avail. As a result, Robert was maliciously illegally persecuted, condemned to life-imprisonment without parole where he began the first 6 months of illegal custody in a straight jacket in the psychiatric unit of TDCJ Skyview Unit, receiving intensive medical treatment for his critical psychotic and incompetent mental state of mind. Dixon was also gross criminal negligence in obtaining the testimony of the gang's psychiatrist and that of their parole officer to discredit their frivolous allegations. He was also negligence and did not call the psychiatrist of the lead investigator, Billy Wiggins, who even voluntarily proved bias and boldly admitted under oath that: 1) Wiggins never liked Robert since the first time she had cited him. This means Wiggins bias against Robert clearly existed prior to her public city hall opposition to Robert's political campaign for the resignation of her cozy friends, police chief Ted Garber and city manager, Bob Sokol, who retaliated against Robert and verbally assaulted and swore to get rid of him. 2) Wiggins also admitted that she did not investigate this alleged rape case professionally like other rape cases. 3) Besides her admission of bias against Robert,

Wiggins further Voluntarily admitted that she also had a history of "psychiatric hospitalizations" for "Major Depression" and would answer "questions with the best of my recollection." Wiggin's entire sham testimony against Robert should have been stricken from the record, however, conveniently, only the part proving bias was suppressed by the equally bias judge Knize in furtherance of the malicious persecution and unlawful conviction. 4) Wiggins anger and unstable behavior is also described in her testimony when she got into a violent altercation with police chief Ted Garber's daughter supposedly over borrowed clothes resulting in the breaking out windows of city vehicle. Because of Wiggins serious mental problems and extreme bias, we question her competency as a peace officer as well as her legal right to carry a loaded gun. Subsequently, Wiggins was promoted and received recognition as officer of the year. Dixon was also gross negligence and failed to call other crucial defense witnesses and expert testimony whose testimony would have changed the outcome of the sham trial by rage. Alibi witness, Junia Bell Young and her husband waited outside the courtroom everyday to be called and were never called and Junia's husband has since passed away. The testimony of James Lamb who over heard Wiggin and Garber's vow to get rid of Robert at a city hall meeting was never utilized. Expert witness, Dr. Crowler from the University of Texas, would have analyzed the testimony of the state witnesses for impeachment purposes and was never called. The shameful conviction of Robert was also further obtained by the contributory unconstitutional failure of the prosecution to disclose exculpatory evidence about the pending felony charges and long criminal histories of the state witnesses and their lack of credibility because, according to Wiggins, it was the DA who contributed to the creation of the false police reports and had entered the details, such as the dates of when the alleged sexual assaults supposedly occurred. There were **NO DNA SAMPLES, NO CUTS OR BRUISES, NO TORN CLOTHING, NO HAIR SAMPLES, NO FOOT OR FINGERPRINTS, NO WEAPONS, AND AGAIN, NO MEMBERS OF ROBERT'S PEERS ON THE ALL WHITE JURY TO SECURE A CONVICTION. AND, LIKE IN THE TULIA CASE, THERE WAS NO CORROBORATED TESTIMONY!** The state offered no expert testimony to prove that the alleged victims had been either mentally or physically sexually abused. Only one of the accusers had a medical report and it revealed, **"NO PHYSICAL EVIDENCE OF SEXUAL ABUSE AND DR. REMMER USED THE MOST SOPHISTICATED INSTRUMENTS TO DETERMINE IF THERE HAD BEEN ANY PHYSICAL SEXUAL ABUSE OF COMPLAINANT CHRISTOPHER WILLIAMS OVER A LONG PERIOD OF TIME AND FOUND NONE."** The assistant DA, Steve Marshall, who with malice blatantly violated gag order to further prejudice the unsequestered bias all-white jury was hired by FBI posing a greater threat to our quest for justice. The judge and DA, also illegally allowed sham testimony about unconstitutional evidence from an illegal search and seizure even though it had previously been ruled out and banned. Wiggins committed perjury throughout her entire contradictory testimony and it was she who sought out the alleged aggrieved juvenile victims and solicited their incomplete complaints on a one and one basis, without the use of tapes recordings, video recording and outside the presence of their parents or any other adult witness. Wiggins even erroneously allege that she did not know that the alleged victims had any connection with each other even though two were brothers and one of the brothers, the ring leader, Patrick Langford, was the boy friend of another alleged victim and it was Patrick who referred Wiggins to his gang members who hardly appeared to be the victims of any crime or tort.

Robert's second attorney, Robert Ford, took our money then put the last nail in Robert's coffin by deliberately wasting the Writ of Habeas Corpus by blatantly refusing to address the laundry list of numerous irregularities, discrepancies and discriminatory practices and merely submitted a "minimal writ of habeas corpus" stating that Robert was in illegal custody only addressing the blatant denial of the competency examination and raising the ineffective assistance of counsel issue. Ford, likewise, obtained Robert's medical authorization on the guise of obtaining supporting medical reports for the need of the competency examination of Robert back in 1995. However, then conveniently accepts and embraced the official mean-spirited flip/flop bad faith aggravated perjured testimony of attorney Dixon acting as an expert medical authority in opposition to Ford's Writ, which Dixon made without any fear of disciplinary action whatsoever. In furtherance of the corruption in the administration of Justice, Judge Knize had solicited, through court order, and embraced the infamous contradictory perjured testimony of Dixon that Robert was not in illegal custody and that he was not ineffective assistance of council to cover-up. Dixon was now alleging that Robert didn't need a competency examination and therefore was not in illegal custody in opposition to Ford's Writ and his own request for the competency examination during trial and subsequent direct appeal that Robert was in illegal custody because he was blatantly denied members of his peers in the outlaw all-white jury. To accept Dixon's sham testimony in opposition to Ford's Writ you would also have to conclude that his entire defense of Robert was a charade and a sham and Robert is legally and morally entitle to honest, caring, competent legal representation. When clearly ineffective and unfit for the practice of law, Dixon, is allowed to act as an expert qualified medical authority erroneously alleging that Robert didn't need a competency examination. So why did Dixon take Robert to the VA in 1995 requesting a competency examination of Robert? Naturally, Judge Knize embraced Dixon's perjured bad faith sham testimony and both covered-up their contributory criminal oppression of Robert. In furtherance of the deception and unlawful imprisonment of Robert, Dixon submitted an out-dated medical report written years prior to his own motion for the competency

examination of Robert and the more recent medical report in support thereof. During the trial Dixon had advised the court that Robert was suffering from some sort of mental defect and needed a competency examination and that if Robert is denied a competency examination it would be a clear violation of his US Constitutional Right to receive a fair and impartial trial. In support of Dixon's motion for competency examination, he submitted the recent Aug. 16, 1995 VA medical report by Dr. Petty describing Robert's diminished mental distress and depressed state of mind had increased to the point that Robert needed to avoid any legal proceedings for 90 days until Robert was more stabled and he had a chance to conduct a complete competency examination. It is clear that both Dixon and Ford were gross criminally negligence and abused Robert's medical authorization and sabotaged the competency examination and medical information in support thereof and in an effort to justify their contributory role in the trampling of Robert's human and civil rights to receive a fair and impartial trial, generated or caused to be generated false and misleading information to harass, support and corroborate their flip/flop positions and gross conflict of interest in opposition to the Writ of Habeas Corpus. As a result, Robert's disability rating was unjustly reduced from 100% to 80%, even though his mental problems had worsened, not improved, and the less favorable Jan. 27, 2000 VA medical reports. In the appeal brief, Dixon concludes that Robert was wrongfully convicted by an all white jury who were all victims of sexual abuse or had a close relationship to a victim of abuse to ensure a conviction. Furthermore, minorities were deliberately maliciously excluded from the jury to further deny Robert a fair and impartial trial on uncorroborated testimony with no evidence and insufficient evidence of physical or mental abuse. The Court of Criminal Appeals denied Appeal and Habeas Relief because of "legal bigotry" and "bad lawyering." Both Dixon and Ford were at the very least guilty of ineffective assistance of counsel and failed to challenge attorney Dixon's "medical credentials" and expose the injurious aggravated perjured testimonies of the state witnesses, investigator Wiggins and the infamous flip/flop positions of Dixon and Robert is mentally incompetence to represent and defend himself.

Robert is legally and morally entitle to equal protection and a fair and impartial trial as guaranteed under the Constitution of the United States of America for which he risked his life and, in fact, paid a very high price to defend. To date, Robert remains in illegal custody in an extremely dangerous and potentially life threatening state of affairs and you can not imagine the tremendous emotional, physical, psychological injury and financial devastation that he has been forced to endure. This case is a travesty of justice which threatens the cause of Civil Rights not only in the United States, but in the International Community as well. We are suppose to be the most civilized society in the World; I think it's about time that all minorities are afforded a fair and impartial trial as guaranteed under the Constitution of the United States of America. Robert clearly needs immediate emergency intervention to get this wrongful conviction overturned and to ensure no other American Citizen is ever subjected to such a travesty of justice, ever again.

I declare under penalty of perjury that the foregoing is true and correct.

*Gloria Trevino*                    Executed on: *Jan. 20, 2006*

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

cc: RRT

Attachments:
Copies of direct appeal, opinion, 1107 Writ of Habeas Corpus by attorney Robert Ford w/attached Motion for Psychiatric Testing and testimony of defense attorney John Dixon in support thereof and his flip/flop perjured testimony in opposition to same to cover-up, note card denying writ confirming wrongful conviction. News articles relating to Trevino Case by Ellis County Press, Investigative Reporter, Mr. Fred Shannon, suppressed friendly letters to Robert that impeached the authors, Langford boys. Article on verbal assault charge and threat to get rid of Robert by political enemy, city manager, Bob Sokol, who was the friend and boss of Co-conspirator, police chief Ted Garber that were feuding with Robert, one entitled, "Sokol found innocent in verbal assault charge," the other by Ennis Press, "Sokol should learn when to keep his mouth shut." Other relevant supportive documents includes opinion on bogus weapon's charge and miscellaneous news articles relating to case entitled, "Defense wants trial moved," which mentions deprivation of medications and suicide letter, "FBI probing police over Trevino case," "Trevino defense fails to strike all-white jury," "Conspiracy theory by defense draws judge knize's ire," and article entitled, "county's chief prosecutor joining FBI." Also article on the sewer Yinger stink, the all white juries, wrongful convictions & Senator, Tom Delay's "Conspiracy Defense!" Overwhelming evidence of extreme bias, prejudice and vendetta in Robert's case, he was denied conspiracy defense/change of venue.

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Automatic reply: URGENT EMERGENCY ASSISTANCE NEEDED. AGAINST THE USA - A GENOCIDAL MAFIA STATE!

**OTP InformationDesk (Article15)** <otp.informationdesk@icc-cpi.int>                    Tue, Jul 25, 2023 at 2:27 PM
To: Gloria Trevino <vip4justice@gmail.com>

Dear sender,
Thank you for contacting the Office of the Prosecutor at the International Criminal Court.

However, we regret to inform you that this email address is unable to receive any communications.
If you intend to make an Article 15 claim, please submit it via the following link: https://otplink.icc-cpi.int

Thank you for your kind cooperation and understanding.

Best regards,

Office of the Prosecutor, International Criminal Court.

Cher expéditeur,

Merci d'avoir contacté le Bureau du Procureur de la Cour pénale internationale.

Cependant, nous avons le regret de vous informer que cette adresse e-mail ne peut recevoir aucune communication.
Si vous avez l'intention de faire une réclamation au titre de l'article 15, veuillez la soumettre via le lien suivant
: https://otplink.icc-cpi.int

Merci pour votre aimable coopération et votre compréhension.

Cordialement,
Bureau du Procureur, Cour pénale internationale.

This message contains information that may be privileged or confidential and is the property of
the International Criminal Court. It is intended only for the person to whom it is addressed. If
you are not the intended recipient, you are not authorized by the owner of the information to
read, print, retain copy, disseminate, distribute, or use this message or any part hereof. If you
receive this message in error, please notify the sender immediately and delete this message and
all copies hereof.

Les informations contenues dans ce message peuvent être confidentielles ou soumises au secret
professionnel et elles sont la propriété de la Cour pénale internationale. Ce message n'est
destiné qu'à la personne à laquelle il est adressé. Si vous n'êtes pas le destinataire voulu, le
propriétaire des informations ne vous autorise pas à lire, imprimer, copier, diffuser, distribuer
ou utiliser ce message, pas même en partie. Si vous avez reçu ce message par erreur, veuillez
prévenir l'expéditeur immédiatement et effacer ce message et toutes les copies qui en auraient
été faites.

# VETERANS IN PETITION FOR JUSTICE
## IN LOVING MEMORY OF UNSUNG WAR HERO ROBERT TREVINO
**Gloria Trevino, Petitioners**
12526 Olympia Drive, Houston, Texas 77077
713-309-5962,  email, vip4justice@gmail.com

**HIS EXCELLENCY, MR. KARIM AHMAD KLAN**                    July 25, 2023
**PROSECUTOR OF THE INTERNATIONAL CRIMINAL COURT**
**OFFICE OF THE PROSECUTOR**
The Hague, The Kingdom of the Netherlands

**RE:  USA – GENOCIDAL MAFIA STATE!**

Dear Prosecutor Klan;

I greet you in the name of our Lord and Savior, Jesus Christ.

My name is Gloria Trevino. I am a 70 year old disabled honorably discharged Hispanic woman veteran of the United States Armed Forces and survivor of MST.  I am also the proud sister of highly decorated Paralyzed Hispanic Unsung War Hero and Political Prisoner, Robert Trevino, that has become a symbol of most egregious modern day  **"MARTYR" and "SACRIFICIAL LAMB"** in the history of the USA and of our Nation's betrayal of solemn promise to never leave a veteran and their families behind and affording us the equal protection, equal representation, equal access to justice and equal opportunity to achieve the American Dream also as guaranteed under the Constitution of the United States of Americas and our Bill of Rights.  However, instead Robert was maliciously subjected to the "Hang Em High Texas Style Railroad of Hypocrisy and Injustice on **"BIG LIES"** with **"ZERO EVIDENCE"** on pretext of justice and American Nightmare and Twilight Zone and subsequently accelerated premeditated assassination and cover-up/whitewash with impunity in the first degree in furtherance of Gang-rape of Justice in America and Genocide.  The USA further left us with a myriad of legal battles without any help from anybody. For decades, the ruling class have been intercepting,funneling and laundering the billions of dollars in funding supposedly allocated to assist and support distressed veterans and other vulnerable minorities and redirecting the money to line their own pockets and those of their cronies, supporter, government contractors to unjustly enrich themselves and to the detriment and demise of the distressed veterans and minorities that they are so quick to condemn to massive incarceration in modern day, **"Death-Valley and "Death Traps."** They may sporadically help someone with a lot of media coverage, political stunts and fanfare to generate more money for themselves. From 1995 to date, Robert Trevino and family have been victims of stigmatized discrimination, corruption, gaslighting, retaliation, harassment, outright fraud, exploitation, criminal oppression, systematic injustice, perpetual pernicious covert psychological domestic terrorist guerrilla warfare and ambushed, sabotaged, blacklisted and sanctioned.  President Joe Biden, has been **"AWOL"** along with his administration and those entrusted  in protecting the most vulnerable to exploitation and abuse and are further threatening and treating us psychological brutality and turn their heads the other way and are protecting one another because they are lining their own pockets and unjustly enriching themselves with the billions of dollars allocated to aid, support and protect us, However, they are also to busy campaigning to keep government seat as their **"THRONE"** and are accepting millions of dollars in **"BRIBES'** as illegal political campaigns, kick-backs from big unscrupulous businesses with their Government Contracts, some with companies they work for and other criminal scams in racketeering

activities also mentioned in attachments. These Genocidal Mafia related activities have been going on for decades. The premeditated assassination of Robert in illegal custody, induced death of our ill-stricken mother, Maria and the depraved heart murder of our other brother Juan Trevino in illegal custody by same perpetrators and the repeated attempted psychological murder of me that induced me into suffering a near fatal stroke further exacerbating my service-connected debilitating disabilities and increasing my chances of suffering another more fatal stroke. This did not have to happen if our Government would take us off their perpetual pernicious and covert psychological domestic terrorist guerrilla warfare and illegal secret Blacklist, Sanction, Ambush and Sabotage our solitary quest for justice. Even after our legitimate complaints to the UNHCHR in March 1998, our Government officials doubled down and resorted to engage in insidious Gestapo Agents tactics, gaslighting, psychological abuse, sabotage and execute assassination of Robert in further retaliation for getting confession exonerating Robert of any crime and implicating the officials that concocted the fictitious allegations against Robert under threat of harsh prosecution on pending statutory rape of 12 year old and burglaries and, likewise, sabotaged our efforts through Gestapo Agents. We continue to be retaliated against and revictimized over and over again and cover-up/whitewash with impunity in the first degree. The USDOJ, FBI, had hired the prosecutor of Robert to work for FBI creating an even greater conflict of interest and "blacklisted"and "Sanctioned" us instead, likewise, state officials, State Bar of Texas, CDC, BD of Directors, TX. Defense Lawyers Association, all the Innocence Project and Judiciary again and again turn their heads the other way because of the cozy-relationship with their cronies and everyone in their orbit that are indulging in those juicy billions of dollars intended to protect and support the distressed veterans and citizens but are ingeniously lining their pockets and enriching themselves. As a result, my personal property and I are under "seized" in continuing effort to coerce me into going along with their cover-up/whitewash strategy and silence me or end-up in **"SKID ROW" OR "DEATH ROW." Unfortunately,** The ugly case scenario of the Robert Trevino and Family is not an isolated case but a perfect example of the explosive widespread out of control homicidal Neo-Nazi, white supremacist and corruption that is destroying our Democracy and turning our Country into a chaotic Totalitarian Tyrannical regime. The US Supreme Court ingeniously illegally concocted self-serving Genocidal Government Qualified Immunity Doctrine is a Sham, a Hoax and a Shame that is in blatant violation of the US Constitution. It basically allows them to get away with cold-blooded murder and genocide and cover-up/whitewash with impunity in the first degree. This explains why the USA has the most wrongfully incarcerated minorities in the World, even China that has three times the population. The Judiciary Bench is corrupted and racist and is packed with Judges that have about as much commitment and compassion to the civil and human rights laws, as Adolf Hitler had for the Jews. They are maliciously trampling all over the US Constitution that they took an oath to protect from all enemies foreign and domestic. However, repeatedly demonstrate extreme hatred and contempt for the law of the land and completely disregard it, such in the sham trial by rage in Robert's case further empowered by the Self-serving Genocidal Government Qualified Immunity Doctrine. The USA is wrongfully incarcerating about 2,000 per year and are killing about 1,000 per day in illegal custody and executions, Robert Trevino, assassination in illegal custody ins another perfect example of the Gang-rape of Justice in America. The illegal executions of the mentally ill and retarded and completely paralyzed, harmless people still being executed as well. We have out of control widespread white supremacist still secretly plotting to again overthrow our Government by domestic terrorist coup and turn it into greater threat and chaotic tyrannical totalitarian regime.
I founded, Veterans In Petition For Justice in Loving Memory of Unsung War Hero and Political Prisoner, Robert Trevino and Family. Robert succumbed to the treacherous assassination by psychological abuse, inhumanities and atrocities in illegal custody, like a political Prisoner of War and in blatant violation of domestic and international law. For 28 long and oppressive years, the USA diabolically and sadistically refused to come to Robert's aid and protection, but goes across the World

to get white Americans released from prison supposedly because they are wrongfully tried and convicted and even paying millions of dollars in ransom or trading prisoners, even several terrorist for one American and further endangering World peace. Furthermore, we believe that our Government representatives are basically doing this to skyrocket their political career and are publicity stunts, window dressing to appear favorable and deceive and manipulate the Domestic and International Community. In reality, our representatives, are making ridiculous shameless spectacles of themselves especially when we have the highest massive wrongful incarcerations in the World, as in this ugly case scenario of paralyzed Unsung War Hero and Political Prisoner, Robert Trevino and Family that made the ultimate sacrifice in solitary quest for justice for all in the Country he courageously risked his life defending and is the single most modern "Martyr" to the Gang-rape of justice in America.

**Therefore,** we extend our heart-felt apology for the self-aggrandizement abuse of power of our shameless hypocritical US Government against the ICC while infringing on the rights of others and our most vulnerable citizens. On about Oct. 9, 2019, United States issued new sanctions threat against ICC Judges and Prosecutors and announced visa sanctions on "all ICC officials.... directly responsible for ....ICC investigations of US personnel, or off allied personnel without our allies' consent." Subsequently, on about April 21, 2023, **US President Biden, Secretary of State, Antony J. Blinken send out press statement announcing they were, "Ending sanctions and visa restrictions against personnel of the International Criminal Court ." The US Government should, likewise, immediately end covert Sanctions, Blacklisting and unimaginable atrocities against most vulnerable veterans and other minorities that are threatening the peace, security and well-being of the World.** Over 28 long and oppressive years our Government repeatedly shamefully and without remorse continues their perpetual pernicious covert psychological domestic terrorist guerrilla warfare and subsequent accelerated premeditated assassination of paralyzed unsung war hero and political prisoner Robert Trevino and family, likewise, ambush and sabotage our solitary quest for justice, genocide and ridiculed. The USA repeatedly continue to deny our repeated request for an unbiased Congressional Criminal investigation into the malicious persecution, wrongful life-imprisonment and subsequent assassination of Robert Trevino and Family and to immediately "**Shackle**" and "**Restrain**" the perpetrators from causing further irreparable harm and injury to silence us and "scapegoat" us to continue to forever, "**escape**" criminal and civil accountability for their genocidal psychopathic criminal mind and behavior. America's allegiance is to the juicy "**Mad Blood Money.**" Bigotry and corruption is in the DNA. of our political and justice system and like a Beast of Prey in sheep clothing foaming at the mouth for our blood and last breathe to forever silence us while they weaponize their official positions to unjustly enrich themselves in every possible way. This is not a case of jaywalking. but abuse of power, stigmatize discrimination, corruption in furtherance of the Gang-rape of Justice in America and Genocide of "**SOFT-TARGETS**" and we are respectfully requesting the honorable Prosecutor of the ICC to come to our immediate aid and assistance. **No one is Above the Law!** We strongly declare that we are battle ready with the whole armor of God and devoted to achieving great victory in fighting "**The Great Battle between Good and Evil**" and when all the Wicked and Evil are Totally Destroyed, never to see the light of day, Peace and Justice for All in America and throughout the entire World, will prevail and the Kingdom of God will reign forever and ever!

_Gloria Trevino_
Gloria Trevino, Petitioner
**Veterans In Petition for Justice, In Loving Memory of Paralyzed Hispanic Unsung War Hero**
12526 Olympia Drive, Houston, Texas 77077
713-309-5962, email; vip4justice@gmail.com
**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**
3

## VETERANS IN PETITION FOR JUSTICE
### GLORIA TREVINO, PETITIONER IN LOVING MEMORY OF PARALYZED HISPANIC WAR HERO, ROBERT TREVINO AND FAMILY
12526 Olympia Drive – HOUSTON, TX., 77077,
. 713-309-5962,  Em; vip4justice@gmail.com

## MISSION IN SALUTE TO UNSUNG WAR HEROES
## IN LOVING MEMORY OF PARALYZED HISPANIC UNSUNG WAR HERO, <u>ROBERT TREVINO</u>

**VETERANS IN PETITION FOR JUSTICE**  was founded by honorably discharged disabled Hispanic woman veteran of the United States Armed Forces, Gloria Trevino, in Salute to Unsung War Heroes in Loving Memory of Beloved Highly Decorated Paralyzed Hispanic US Marine Veteran Unsung War Hero and Political Prisoner, ROBERT TREVINO, that was subsequent assassinated in illegal custody on, Nov. 3, 2022.  This ugly case scenario is the single most modern day "Hang Em High Texas Style Railroad of Hypocrisy and Injustice" based on **"BIG LIES"** with **"ZERO EVIDENCE"** on pretext of justice in the history of the United States of America.  In her quest for justice, Gloria, had received compelling but not surprising evidence from atty. Noel Portnoy that the State's Witness had **confessed, exonerating Robert of any crime and implicated the officials of concocting the fictitious fabricated allegations and coerced him and his violent gang into lying against Robert in 1995 Ellis County sham trial by rage under the threat of harsh prosecution with long prison sentences for their pending felony crimes of statutory rape of 12 year old and several burglaries.**  Subsequently, after State witness confession, our attys were clearly "bribed" and attys, John E. Richards and Noel Portnoy, tried to spin and restrict confession to half a lie as on 2ND GRAND JURY indictment after 1ST Grand jury "NO BILLED" "BIG RED FLAG," to protect State, concealed confession from Federal CT. where Gestapo Agents, Shyster Richards had pending, Writ of Habeas Corpus for continued wrongful imprisonment, cruel, inhumane treatment of Robert, who always maintained actual innocence, for TDCJ's denials of release on, Medically Recommended Intensive Supervision, (MRIS) to VA Hospital in effort to save Robert's life, his Paralysis, Age, TBI, PTSD and Confession Exonerating Robert of any crime, Implicating the DA and Police of Concocting Defamatory Character Assassination and subsequent assassination of Robert.  Richards and Portnoy "scapegoated" Robert and Gloria erroneously accused them of falsely accusing them of helping State, when in fact, that's precisely what they did for juicy "Mad Blood Money." Richards alleged representation of Robert Trevino and Family was a  total sham and a shame.  It was totally inconsistent with that of 35 yr. experience trial attorney and more consistent with wicked, unscrupulous bigoted politicians that think their political seat is a "throne" and like fake Government agencies that are supposedly regulating shyster attorneys, and more consistent with shyster attys, like, Richards, "Bribed" to sabotage case and everyone, "looks the other way" to, likewise, revictimize, abandon, defraud Robert of millions in exoneration damages and engage in covert racketeering enterprise, unjustly enrich themselves, in furtherance of covert psychological domestic terrorist guerrilla warfare and Genocide with impunity and "Zero Remorse." Robert continued false imprisonment, accelerated assassination and State Witness, aka, "Houdini," again "escaped" prison on parole, career criminal, serial pedophile serving 10 yrs in TDCJ, with pending Statutory rape charge to silence his confessing to Robert's detriment, hinder the prosecution of State officials then erroneously accuse Trevino of falsely accusing them of betrayal, flip/flop positions, saved State Megamillions, isolate and forcibly removed Robert in critical medical condition from TDCJ,  ICU OF CYMF to

1

certain death at ill-fated worse insane asylum in the World instead of release on MRIS to the VA Hospital to save his life. The State of TX. TDCJ could not have illegally forcibly removed Robert in critical condition without "bribing" medical authority besides Richards and Portnoys complicity, especially with pending Federal Writ of Habeas Corpus against TDCJ for cruel and unusual treatment and repeatedly illegally denying Robert release on MRIS to VA Hospital to save his life, then ingeniously make Robert and Gloria "scapegoats" for their covert Mafia-related criminal enterprise and assassination and officially abandoned Trevino Family. And, visa-versa, FBI, THAT WAS PROBING TREVINO CASE AND WITH CIVIL AND HUMAN RIGHTS COMPLAINTS AGAINST THE ELLIS COUNTY DA, HIRED THE DA THAT CONCOCTED AND COERCED STATE WITNESSES TO GIVE FALSE TESTIMONY AGAINST ROBERT, THEREBY CREATING GREATER CONFLICT OF INTEREST AND SABOTAGE COMPLAINTS.  USDOJ, VA, State of Texas, State Bar, CDC, AND Board of Directors, TX. Supreme Ct. AND POLITICIANS are, likewise, protecting the culprits for their Genocidal corrupt way of life, Blacklist and Sanction and leaving Trevino family with a myriad of legal battles without equal representation in retaliation for Gloria not going along with their Cover-up/Whitewash Strategy and ridiculed and humiliated.  Robert, was illegally brutally forcibly removed from ICU SECTION of Carol Young Medical Facility of TDCJ that was five minutes away from the nearest trauma ER Hospital in critical condition and forth life-threatening bowel obstruction, compromised ischemic heart and sudden life-threatening recurring epileptic seizures, infections, compromised immune system, paralyzed as a result of TBI and PTSD from concussion blast and shot in head while rescuing members of his platoon to the ill-fated ill-equipped, over-crowded, understaffed unsanitary worse insane asylum in the World when he was not suicidal or homicidal and already receiving mental heath care at the ICU at CYMF plus  24/7 monitoring with emergency panic button to be isolated and secluded, treated with cruel and unusual punishment in Mondfort TDCJ Unit located an hour away from the nearest trauma ER Hospital  and preventable assassination to defraud him of millions of dollars in exoneration compensation and other damages, hinder the prosecution of the officials that orchestrated the sham trial by rage against Robert in blatant violation of the Constitution of the United States of America that Robert' risked his life to defend and had paid a very high price in time of War and cover-up/whitewash with impunity in the first degree.  Nothing natural about Robert's preventable accelerated death in illegal custody!  This Robert Trevino and Family case is not an isolated case but a perfect example of an out of control renegade tyrannical widespread normalization of corruption and racist in **GENOCIDAL MAFIA STATE IN AMERICA!**  Thousands of Innocent minorities are being packed in massive incarceration and dying in modern day "Death-traps," not including the countless illegal executions of the mentally retarded without regard for human life.  Unless you are politically and financially influential there will be No Justice, No Compassion, No Mercy and No Remorse but Extreme Hatred, contempt, ridiculed and humiliation by the white supremacist  perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide.  America is suppose to be the most civilized society in the World that takes care of the most vulnerable in our society, however, we are the number one Country in the World with the most mass incarceration and genocide. Accordingly,  Gloria Trevino has become a huge thorn in the side of the legal profession industry and a soft target of  the same widespread Mafia-related criminal conspiracy scheme of biblical proportions to silence her in retaliation for not going along with their cover-up/whitewash strategy. She continues to be harassed, victimized and threatened with malicious persecution, false imprisonment by top Government officials in complicity with others and as the officials did Robert for his political activities and as the State officials concocted fabricated the bogus allegations against Robert in executing threats and vicious political and racist vendetta and corroborated by State's own Star Witnesses/Alleged Victims confession exonerating Robert of any

crime and implicated the State officials of coercing, orchestrating false allegations and sham trial  by rage against Robert under threat of prosecutions and long prison sentences which prompted accelerated premeditated assassination plot against Robert and cover-up/whitewash with impunity in the first degree. State's Star Witness/Alleged Victim confession is also corroborated with sham trial by rage transcript and State's own expert doctor's testimony that their was no evidence of any sexual assault. To date,  Trevino Family continue to be subjected to covert Psychological Domestic Terrorist Guerrilla Warfare, **"Blacklisted," "Sanctioned," Ambushed" and "Sabotage"** by Renegade Government officials and legal profession industry in effort to induce Gloria's death to forever silence and bury her as this Pervasive Renegade Genocidal System of Oppression and Secrecy, likewise, assassinated and buried Robert, induced death of dependent mother, Maria and depraved heart murder of Juan Trevino.  <u>**"We here highly resolve that these dead shall not have died in vain!"**</u>

**Therefore, VETERANS IN PETITION FOR JUSTICE** is dedicated to the advancement of equal protection, equal representation and equal access to justice for all distressed veterans and their families and/or survivors of all generations without regard to their social or economic status, with emphasis on helping Hispanics.  We are fighting and determined to remind our Nation of it's solemn promise to never leave no veteran and their family behind and compel **"POLITICIANS"** and **"THE RULING CLASS"** not to supersede, corrupt or undermine the Constitution of the United States of America and our Bill of Rights, for which they also solemnly swore to support and defend against all enemies, foreign and domestic. However, in collusion with the US Supreme Court, rogue Ruling Class, have ingeniously concocted the self-serving, illegal, immoral, bigoted and corrupt Genocidal, **"GOVERNMENT QUALIFIED IMMUNITY DOCTRINE" (GQID)** that supersedes, perverts and undermines the supreme law of the land that they solemnly swore to support and defend against all enemies, foreign and domestic, however, GQID, blatantly violates US Constitution and illegally allows politicians, their cronies, cozy-relationship with their supporters and the ruling class to **"ESCAPE JUSTICE"** for their tyrannical reign of terror, persecutions, mass incarceration in inhumane modern day "death-traps" assassinations and further abuse their official power to unjustly enrich themselves in any way possible and those cronies in their orbit and supporters of perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. Meanwhile, continue to engage in ingenious scams to intercept, funnel misdirect billions of dollars to do nothing fake government agencies, tyrannical judges, and sham non-profit alleged civil and human rights organizations but, in reality, are racketeering influence and corrupt criminal  enterprise to unjustly enrich themselves, line their own pockets, deny access justice to the detriment and demise of those distressed veterans and families they are intended to protect from these abuses, but are only protecting themselves, harbor, aid and abet, hinder the prosecution of the perpetrators to "escape" criminal and civil accountability for their homicidal Psychopathic criminal mind and behavior. It's the old scam of, "FOX GUARDING THE HEN HOUSE!"  Like choosing a Bank Robber to Guard a Bank!  They have about as much commitment and compassion for civil and human rights laws as Adolf Hitler had for the Jews. This self-appointed sham Monarchy of ruling class officials have likewise concocted this vicious continued cycle and engage in criminal conspiracy scheme of revictimization, retaliation, mafia-related activities, systematic injustice, "blacklist," "Sanctions, " "Bushwhacked" and "Sabotage" anyone that speaks truth to power and considered a threat to their bigotry, hypocrisy and corrupt way of life in furtherance of the Gang-rape of Justice in America" and genocide. GQID is a Monarchy and Perpetrators are Renegade Totalitarian Regime and are guilty of "Treason" for betraying our Country as well as our distressed veterans that courageously risked their lives defending our Democracy and US Constitution and our freedom.  We salute our wounded unsung heroes for the sacrifices they made and they did not make those sacrifices to be a prisoner of war

in their own Country for covert psychological warfare for a covert Monarchy or Totalitarian Regime nor to protect Traitors and Perpetrators that harbor extreme hatred and contempt for the supreme law of the land and are trampling all over our US Constitution as if it never existed as well as those who sacrificed their lives defending it only for the ruling class can unjustly enrich themselves to our detriment and demise and in furtherance of covert "Gang-Raped of Justice in America!"and "Justice for Sale in America!" The GQID is self-serving concocted sham and clever disguise to mask and conceal the true identities of the perpetrators that continue foaming at the mouth for our blood, and are "Beast of Prey" in sheep clothing. Perpetrators are bigoted and corrupt self-serving concocted GQID incites, emboldens and empowers out of control White Supremacist Neo-Nazis to abuse their official offices to maliciously subject unsuspecting innocent minorities to egregious persecutions in **"Classic Kangaroo Court"** proceedings to their entertainment, enjoyment, amusement, ridicule, humiliate law abiding distressed minorities and disabled veterans. GQID is allowing Gang of Professional Thugs to literally get away with cold-blooded murder and assassins and Trample all over our US Constitution as if we are in a third World Renegade Chaotic Totalitarian Regime of absolute tyranny, coercion, brutal repression, massive wrongful incarceration in modern day "Death-Traps" and assassinations in illegal custody. To date, Gloria Trevino, continues to be brutally physically and psychologically abused by the renegade chaotic government officials engaged in endless criminal conspiracy schemes to induce her untimely senseless death and demise to forever silence her, as they did her paralyzed defenseless brother, Robert Trevino and family, for demanding an unbiased US Congressional criminal investigation into the shameful malicious persecution and subsequent assassination of her paralyzed veteran, Robert Trevino and Family with impunity in the first degree! **UNFORTUNATELY, the Robert Trevino and Family case is not an isolated case. Massive incarceration of the most vulnerable soft-targets defenseless distressed veterans and other minorities are being eradicated as fast as they are being incarcerated and the US still has the greatest mass incarceration in the World even China that has three times the population and we're suppose to be the most civilized society in the World.** We do not have or serve an "Emperor" or a "king" that are above the law only in an Absolute Tyrannical Monarchy. In spite of our Democracy the white supremacist Neo-Nazi Ruling Class covertly concocted self-serving sham Genocidal GQID in violation of our US Constitution to "escape justice" for abusing their official office and power to unjustly enrich themselves in every possible way because they consider it a privilege and inherent authority to use their office for personal profit or benefit as an "emperor" or a "king"in Absolute Tyrannical Monarchy. You cannot have it both ways and enjoy two desirable but mutually exclusive alternatives - a Monarchy and a Democracy so that you can flip/flop positions to whatever suits your purpose, such as in the sham representation and betrayal of Robert Trevino and Family ugly case scenario. In other words, you can't have your cake and eat it too!!! Accordingly, the Genocidal Government Qualified Immunity Doctrine is extremely dangerous and Genocidal. It is a Sham, Hoax and a Shame that needs to be immediately "outlawed" in it's entirety and never to see the light of day again because the USA is "exclusively" a Democracy! Created by the people for the people to forever outlaw a Monarchy, Kings and Emperors! "<u>**ONLY GOD IS KING!**</u>"

**THEREFORE, Robert Trevino was highly recommended for the distinguished "Silver Star" and is a "Bronze Star""Purple Heart" recipient for his heroic achievements and** made the ultimate sacrifice defending our US Constitution when our Country called on him in time of foreign war and subsequent exploiting widespread normalization of stigmatized discrimination, corruption and perpetual pernicious covert psychological domestic terrorist guerrilla warfare in solitary quest for equal access to justice for all. Now we are calling on the grateful American people and International community to not forget the ultimate sacrifice that Robert Trevino, and other heroic unsung distressed veterans made to keep you safe and free from renegade tyrannical regime. We hope it will inspire you

to come to our aid and support in accomplishing our Mission to Salute our Unsung War Heroes and bring to reality equal protection, equal representation and equal access to Justice and equal opportunity to achieve the American Dream, as oppose to the American Nightmare and Twilight Zone that Paralyzed Unsung War Hero Robert Trevino endured and succumb to. **Even though Robert Trevino's life has tragically ended, we are forever grateful for the sacrifices he made to uphold our freedom in Foreign and perpetual pernicious Covert Psychological Domestic Guerrilla Warfare. We are honored to share Robert's untold story of wounded veterans and their families and self-sacrifice for equal access to justice. We are equally proud and forever grateful for your unwavering commitment and support of our wounded unsung war heroes and in saluting those that made the ultimate self-sacrifice for your life and freedom, yet are not celebrated or recognized.**

**Thank you for making these stories possible and for assisting us in our Mission to compel our Nation to action and bring to reality its solemn promise to leave no veteran and their families behind and afford all veterans the full rights and benefits they honorably and courageously earned in the battlefield and never to be deprived of to ensure distressed veterans the equal protection, equal representation, equal access to justice and equal opportunity to achieve the American Dream and as guaranteed under the Constitution of the United States of America and our Bill of Rights. We are dedicated to empowering veterans and their families to lead high quality lives with respect and dignity. We are also strongly devoted to creating an independent task force to transform and expose Renegade Racist and Corrupt Genocidal Government officials that are Beast of Prey foaming at the mouth for our blood and disguised in sheep's clothing to concealed their true identities and behavior and need to be shackled and restrained from violating solemn promise to leave no veteran and their families behind and from the gang-rape of our most vulnerable distressed veterans of the full rights and benefits leaving us totally defenseless at their mercy and humiliated. We don't want the US Constitutional civil and human rights that our veterans courageously risked their lives defending and paid a high price for to be trample on to revictimized our veterans and their families in furtherance of Gang-rape of justice in America and Genocide, humiliated, ridiculed and assassinated in illegal custody of our Government that shamefully betrayed and further psychologically shocked and traumatized Robert's Family by abusing the corpse of fallen unsung war heroes, mocking them in obituary by JUSTIA, crime family, atty. Tim Stanley posting humiliating offensive obscene SHAM OPINION of TX. Appls Ct. based on SHAM TRIAL/CONVICTION and refusing to delete it clearly revealing their true identities and further proof of their off-the-charts level of depravity, wickedness, genocidal psychopathic criminal mind and behavior. Further proof that from 1995 to date, Robert Trevino and Family lived the American Nightmare and Twilight Zone.**

**We strongly declare that we are battle ready with the whole armor of God and devoted to achieving great victory in fighting "The Great Battle between Good and Evil" and when all the Wicked and evil are Totally Destroyed, never to see the light of day, Peace and Justice for All in America and throughout the entire World, will prevail and the Kingdom of God will reign forever and ever!**

<div align="center">

**"PREPARE FOR BATTLE!"**
**VETERANS IN PETITION FOR JUSTICE IN**
**LOVING MEMORY OF PARALYZED HISPANIC UNSUNG**
**WAR HERO ROBERT TREVINO AND FAMILY**
**GLORIA TREVINO, PETITIONER**
**12526 Olympia Drive, Houston, Texas 77077, 713-309-5962, email, vip4justice@gmail.com**
**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**

5

</div>

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## URGENT EMERGENCY ASSISTANCE NEEDED. AGAINST THE USA - A GENOCIDAL MAFIA STATE!

2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                    Tue, Jul 25, 2023 at 2:25 PM
To: otp.informationdesk@icc-cpi.int, Gloria Trevino <vip4justice@gmail.com>

His Excellency, Mr. Karin Ahmad Klan
Honorable, International Criminal Court,
Office of the Prosecutor
The Hague, the Kindomof the Netherlands

Greeting,

First of all, we want to apologize for the hypocritical abuse of power of our leaders and their imposing sanctions upon the ICC, Prosecutor and Judges. Our leaders should applaud all the hard work you are doing to make a more Peaceful and humane and safer World in which to live and to hold perpetrators criminally and civilly accountable for spreading hate and Genocide. This is just another perfect example of the Genocidal psychopathic criminal mind and behavior that Robert Trevino and Family have been maliciously subjected to for over 30 long and oppressive years and cover-up/whitewash with impunity in the first degree. To date, we continue to be covertly "Blacklisted" and "sanctioned" by the Country my beloved Father, Joe P. Trevino and Brothers courageously risked their lives to defend and paid a very high price for only to be maliciously subjected to atrocities, and American Nightmare and Twilight Zone and we desperately need emergency assistance before we suffer further irreparable harm and injury to our detriment and demise.

MY NAME IS Gloria Trevino, I am a 70 year old honorably discharged Hispanic woman veteran of the United States Armed Forces. I also suffer from chronic PTSD as a result of MST and that has been exacerbated by renegade bigoted and corrupt US Government officials and others engaged in a criminal conspiracy to silence my family and i and sabotage our solitary quest for equal protection, equal representation and equal access to Justice and equal opportunity to acheive the American Dream and instead maliciously subject us to the American Nightmare and Twilight Zone through perpetual pernicious covert psychological domestic terrorist guerrilla warfare and Genocide and cover-up/whitewash with impunity in the first degree. Since 1995 to date, these lawless domestic terrorists have maliciously railroaded my brother, Robert Trevino, a highly decorated paralyzed War Hero and Political Prisoner and subsequently induced the wrongful death of our dependent parent, Maria and the depraved heart muder of our other brother Juan Trevino in illegal custody and subsequent, accelerated premeditated assassination of Robert Trevino and repeated attempted psychological murder of me. We have been covertly "Blacklisted" and "Sanctioned" and desperately need emergency assistance since my property and I are under seize in continuing effort to send me to "skid row" and "death row" by revictimizing me and "scapegoat" and sabotage our solitary quest for Justice and forever "escape" criminal and civil accountability for their Genocidal psychopathic criminal mind and behavior and cover-up/whitewash..

Unfortunately the ugly case scenario of the Robert Trevino and Family case is not an isolated case but another perfect example of the explosion and widespread out of control white supremacy Neo-Nazi and the normalization of corruption and stigmatized discrimination in furtherance of the gang-rape of justice in America and Genocide and cover-up/whitewash with impunity in the first degree. Billions of dollars allocated to protect and support minorities and the more vulnerable in our society to afford us the equal protection, equal representation and equal access to Justice, however, are ingeniously unjustly enriching themselves and lining their own pockets to the detriment and demise of Hispanics and other vulnerable citizens. . Those, entrusted in supporting us and revictimizing and treating us with psychological brutality and/or giving us the death ear, turning their heads  and looking the other way the other way and continue to with their racketeering criminal enterprise over the irresistible juicy, "Mad Blood Money." and genocide. The Billions of funding is being intercepted, funneled, misguided, laundered and for paying kick-backs, bribes, "political  campaign donations from big corporations or law firms they also work for and have given lucrative multi million dollars contracts to and have weaponized their law degrees abusing their official  positions to unjustly enrich themselves in every possible way .because they conveniently consider the privilege of their office, government chair a throne and are above the law. .

We hope and pray you will help.

Respectfully

Gloria Trevino
Veterans In Petition for Justice In Loving Memory of Unsung War Hero, Robert Trevino
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962
vip4justice@gmail.com

See attachments.

📄 A SALUTE TO UNSUNG WAR HEROES, PA.pdf

📄 A SALUTE TO UNSUNG HEROES, P11.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P2.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P3.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P4.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P5.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P5.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P6.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P7.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P8.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P9.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P9.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P10.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P11.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P13.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P14.pdf

📄 A SALUTE TO UNSUNG WAR HEROES, P15.pdf

2 attachments

📄 COMPLAINT TO ICC, OFFICE OF THE PROSECUTOR, HIS EXCELLENCY ,MR. KARIM AHMAD KLAN.pdf
5365K

📄 A SALUTE TO UNSUNG WAR HEROES, P16.pdf
10728K

**Gloria Trevino** <vip4justice@gmail.com>                                   Tue, Jul 25, 2023 at 3:48 PM
To: olga.dixon54@gmail.com

[Quoted text hidden]

**2 attachments**

# U.S. Government to Fund Wrongful Conviction Representation and Training Efforts

The U.S. Bureau of Justice Assistance, an office within the Department of Justice, announced recently that it will provide nearly $2.5 million in funding this year for 11 organizations working to represent defendants seeking to overturn wrongful convictions. The funding is dedicated to organizations that handle cases where DNA testing cannot help prove innocence. The BJA also announced that it will provide about $100,000 to the National Association of Criminal Defense Lawyers to facilitate training to help attorneys and organizations to improve the capacity to represent defendants seeking to prove their innocence in post-conviction appeals.

The organizations awarded grants are: the

Idaho Innocence Project
(http://www.idahoinnocenceproject.org/)
, the

Innocence Project of Minnesota
(http://www.ipmn.org/)
, the

Kentucky Innocence Project
(http://www.kyinnocenceproject.org/home.html)
, the

Midwestern Innocence Project
(http://www.innocenceprojectmidwest.org/)
, the

Northern California Innocence Project
(http://law.scu.edu/ncip/)

, the

Alaska Innocence Project
(http://www.alaskainnocence.org/)
, the

Cooley Innocence Project
(http://www.cooley.edu/clinics/innocence.htm)
(at Cooley Law School in Lansing, Michigan), the Massachusetts

Committee for Public Counsel Services
(http://www.publiccounsel.net/)
, the

Innocence Project of Florida
(http://floridainnocence.org/content/)
, the

Michigan State Appellate Defender's Office
(http://www.sado.org/)
and the

Arizona Justice Project
(http://www.azjusticeproject.org/)
.


The Innocence Project is a separate non-profit organization from the organizations above, many of
which are fellow members of the

Innocence Network
(http://innocencenetwork.org/members.html)
— an affiliation of organizations dedicated to overturning wrongful convictions. The Innocence Project
only handles cases where DNA testing could prove innocence.




Read more in the BJA statement on the grants
(http://www.ojp.usdoj.gov/BJA/funding/09WrongfulProsAwards.pdf)
.

U.S. Government to Fund Wrongful Conviction Representation and Training Efforts - Innocence Project

The Department of Justice also announced recently that it would fund DNA testing in cases of possible wrongful conviction in nine states under the

Postconviction DNA Testing Assistance Program (http://www.ncjrs.gov/pdffiles1/nij/sl000872.pdf)
. The nine states receiving funds this year are California, Colorado, Connecticut, Louisiana, Maryland, Minnesota, North Carolina, New Mexico and Wisconsin.



**The Free Encyclopedia**

**Toggle the table of contents**

# Innocence Project

**Innocence Project, Inc.** is a 501(c)(3) nonprofit legal organization that is committed to exonerating individuals who have been wrongly convicted, through the use of DNA testing and working to reform the criminal justice system to prevent future injustice.[1][6] The group cites various studies estimating that in the United States between 1% and 10% of all prisoners are innocent.[7][8][9][10] The Innocence Project was founded in 1992 by Barry Scheck and Peter Neufeld who gained national attention in the mid-1990s as part of the "Dream Team" of lawyers who formed part of the defense in the O. J. Simpson murder case.[11]

As of 2021, the Innocence Project has helped to successfully overturn over 300 convictions through DNA-based exonerations.[12][13] In 2021, Innocence Project received the biennial Milton Friedman Prize for Advancing Liberty by Cato Institute, awarded in recognition and gratitude for its work to ensure liberty and justice for all.[14] In March 2022, The Innocence Project won two Webby Awards for its *Happiest Moments* video, winning the Best Humanitarian & Services campaign in both the brand and non-profit categories. *Happiest Moments* was the organizations first-ever public service announcement that premiered in June 2021 and was produced by Hayden5.[15][16]

## Founding

The Innocence Project was established in the wake of a study by the U.S. Department of Justice and U.S. Senate, in conjunction with Yeshiva University's Benjamin N. Cardozo School of Law, which claimed that incorrect identification by eyewitnesses was a factor in over 70% of wrongful convictions.[17][18][19] The Innocence Project was founded in 1992 by Scheck and Neufeld as part of a law clinic at Cardozo. It became an independent 501(c)(3) nonprofit organization on January 28, 2003,[20] but it maintains institutional connections with Cardozo.[21][22] Madeline deLone was the executive director from 2004 until 2020,[23][24] succeeded by Christina Swarns on September 8, 2020.[25][26]

| Innocence Project, Inc. | |
|---|---|
| **INNOCENCE PROJECT** | |
| **Formation** | 1992[1] |
| **Founder** | Barry Scheck Peter Neufeld |
| **Type** | Nonprofit organization |
| **Tax ID no.** | 32-0077563[2] |
| **Legal status** | 501(c)(3)[2] |
| **Purpose** | • Exoneration • Justice reform |
| **Headquarters** | 40 Worth Street, New York, NY 10013 |
| **Region** | United States |
| **Executive Director** | Christina Swarns[3] |
| **Chair** | Jack Taylor[4] |
| **Affiliations** | The Innocence Network |
| **Revenue (2020)** | $21,373,256[5]:1 |
| **Expenses (2020)** | $15,944,005[5]:1 |
| **Endowment** | $21,620,304 (2020)[5]:33 |
| **Employees (2020)** | 91[5]:1 |
| **Volunteers (2020)** | 22[5]:1 |
| **Website** | innocenceproject .org (http://innocen ceproject.org) |

# VETERAN IN PETITION FOR JUSTICE

**Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077**
**(713)-309-5962, Email address; vip4justice@gmail.com**

## MISSION                                                          Oct. 15, 2022

Our Mission, is to combat and put an end to the alarming out of control eruption of Neo-Nazism and White Supremacy in our government across our Country that has normalized stigmatized discrimination, corruption, retaliation, systematic injustice and are guided by financial and political influence, bigotry, hypocrisy and emboldened by the controversial treacherous "Qualified Government Immunity Doctrine" that is aiding and abetting in civil and human rights violations and other high crimes and misdemeanors and cover-up with impunity and contributing to the **Gang-rape of Justice in America. This is not China or Russia!  No one is above the law in America!**  Allowing the domestic terrorist to escape total civil and criminal accountability putting them above the law is weakening our Country and tuning it into a third World Totalitarian Tyrannical Country and is contributing to the Gang-rape of justice in America.  These unscrupulous bigoted Government officials are weaponizing their positions to reign in terror and eradicate law abiding minorities and decorated disabled indigent Hispanic veterans that speak truth to power and sending us back to the stone ages through malicious persecutions even after first Grand Jury **"NO-BILLED"** the indictment for lack of credible evidence. However, DA Steve Marshall and officer Billie Wiggins, undeterred further violated **"Collateral Estoppel Doctrine"** in furtherance of **"Classic Kangaroo Court/Sham Trial by Rage,"** "all-white "Pyro-Pirate," aka, "Pinocchio"gang, alleged victims/State Witnesses & all-white bias jury" to ensure  wrongful conviction and maximum life-sentence at TDCJ, modern day death-trap/death-row. Robert was bushwhacked with unchallenged fictitious groundless aggravated perjured testimony, traumatized, denied a competency, suppressed impeachment evidence and convicted on preposterous concocted coerced **"BIGLIES"** on pretext of justice. The 1995 Government Betrayal and TX Style Railroad of Hypocrisy and Injustice and Cover-up with Impunity of Decorated Disabled Indigent Hispanic Veteran and Political Prisoner, Robert Trevino and his service-connected disabilities of PTSD, TBI, epileptic seizures, ischemic heart , peripheral neuropathy paralysis, and multitude of other life-threatening medical problems have worsened as he continues to languish in TDCJ dungeon  and is in critical medical condition.  He has been at death's door several times because of inadequate superficial medical care, deliberate indifference, cruel and unusual punishment compounded with the dangerous and potential life-threatening prison environment in the worse TDCJ prison in the Country, Montford Unit in Lubbock, TX, according to USDOJ.  Nevertheless, TDCJ continue to repeatedly illegally deny Robert emergency released on MRIS to the VA Hospital in Houston where he can finally receive the badly needed adequate comprehensive life-saving medical care that he has been deprived of for over 27 oppressive years as evident with his paralysis, an invalid and prisoner in his own body and need 24/7 care.  Meanwhile, Patrick Lackford, ringleader, career criminals, serial pedophile, was serving a ten year sentence for separate sexual assault of a child with statutory rape charge still pending, confessed to our attorneys, Noel Portnoy, John Richards, who unbeknownst to us acted as Gestapo Agents for TDCJ, TX, Neo-Nazis, DA, Marshall, Wiggins, and others who coerced Pinocchio gang into falsely testifying against Robert or face harsh prosecution on statutory rape and allowed Patrick to **"escape"** prison on parole with pending statutory rape charge to shut him up and is on the lam.  Trial testimony supported Patrick"s confession when alleged victims/State witnesses, began finger pointing at Wiggins for coming up with the details to their charges and Wiggins pointed finger at DA, who intern pointed finger at the second Grand Jury for coming up with the details to their preposterous bogus allegations.  Then Judge Knize/DA objected and chastised John Dixon and demanded that he stop questioning the state witnesses and proclaimed these were State Charges and State witness didn't know details and ordered him to move on!  Patrick confessed that DA Marshall coerced him to aggravated testimony against

1

Robert but stated that he could not recant because the statute of limitation on statutory rape charge had not run out and was still afraid they could still prosecute him if he recanted. Patrick added that his brother Shawn and Christopher Williams and others were also coerced by DA into erroneously alleging that Robert had raped them at gunpoint and wanted him to say same thing. However, DA Marshall & Wiggins could not get Shawn and others to go along with all their fictitious concocted allegations and simply marked over the aggravated parts of indictment document that second Grand Jury Foreman signed and overlooked the huge red flags. Alleged victim/State witness Shawn, is a serial killer but only charged with murder of his second toddler. Patrick confessed that he and CW were always together at Robert's small house with no privacy and Robert never sexually assaulted CW with or without a gun which corroborates the medical evidence of no signs of sexual trauma that further supported Robert's claim of actual innocence and even CW's confession that no one could corroborate his bogus allegations. However, Gestapo Agents/Sellouts/Traitors, Portnoy and Richards were trying to manipulate Patrick into corroborating half a lie to sabotage case. They wanted Patrick to erroneously allege that CW was sexually assaulted by Robert but not at gunpoint to allow the TX officials to forever"escape" total civil and criminal accountability, deny Robert exoneration and defraud him out of millions and millions of dollars in compensation for over 27 oppressive years of terror in wrongful imprisonment and the laundry list of blatant violations of civil and human rights and other high crimes and misdemeanors and cover-up/ whitewash with impunity in the first degree..

**THEREFORE, As honorably discharged Disabled Hispanic Veterans of the United States Armed Forces, we are determined to eradicate domestic terrorist, bigotry, and the tyrannical reign of terror in our Government and afford Robert Trevino and Family, and other distressed veterans and their families similarly situated, the equal protection, equal representation and equal access to justice for all that we deserve and legally entitled to as guaranteed under the Constitution of the United States of America and our Bill of Rights. No one is above the law and domestic terrorist in our Government in collusion with others immediately should be equally held in strict civil and criminal accountability for their lawlessness and tyrannical reign of terror and crimes against humanity. It is our heart**felt appreciation for Robert's bravery and sacrifice for our Country that he is an Honorary Lifetime Member of Veterans In Petition for Justice. We are committed to empower distressed veterans and their families and disentangle Robert Trevino from this Texas Style Railroad of Hypocrisy and Injustice and Cover-up/Whitewash With Impunity in the First Degree, and restore the respect, honor, dignity and freedom and equal access to Justice that Robert was shamefully denied and gang-raped out of by the Government he risked his life to defend and paid a very high price. We are also demanding immediate free world physical and mental examination of Robert, and others similarly situated, in an effort to save his life before he suffers any further irreparable harm and injury, including senseless death and demise. **To date, Robert Trevino remains isolated from family in critical condition and Living the American Nightmare!**

## NO ONE IS ABOVE THE LAW IN THE UNITED STATES OF AMERICA!

**Equal Access To Justice For All,**

_____

**VETERANS IN PETITION FOR JUSTICE**
**Gloria & Robert Trevino, Petitioners**
12526 Olympia Drive
Houston, Texas 77077, phone, .(713)309-5962, Email, vip4justice@gmail.com
        **"If You Love Your Freedom, Thank Your Veterans!"**

depraved indifference and doesn't deserve to die in what amounts to a dungeon. To date, Trevino is **"LIVING THE AMERICAN NIGHTMARE"** and is at death' door.

Trevino is innocent, is 67 years old, poses no threat or safety risk to anyone and is in dire condition, however, efforts to get Trevino released from unlawful imprisonment on Medically Recommended Intensive Supervision, (MRIS) has been in vain because the Houston VAMC Director, Adam C. Walmus blatantly refuses to provide us with a VAMC Letter stating that they will provide Trevino with the badly needed comprehensive, top quality long-term "in-patient" medical care that he deserves and that he honorably earned on the battlefield.  The VAMC's Veterans Integrated Service Network, (VISN 16) likewise, refuses to intervene and have also allowed the VAMC to maliciously subject Gloria Trevino, Robert's sister who is also an honorably discharged veteran, with deliberate and depraved indifference to further jeopardize her own life and freedom in retaliation for her trying to help Robert and so they don't have to take care of them.

Even infamous, notorious, mob-boss, "Scar-face," Al Capone was released from prison on humanitarian grounds!  However, like Nelson Mandela in Africa, Robert R. Trevino is the longest held political prisoner in the U. S. A. that has shamefully betrayed him treated him worse than an undocumented immigrant and more like a man without a country.

Robert R. Trevino courageously risked his life for our Country and your freedom, now we are calling on you to help us disentangle him from this railroad of extreme bigotry, hypocrisy, supreme tyranny and egregious injustice and save his life.  It is the right thing to do.  It is the American right thing to do!



"With Liberty and Justice for All"

2

**GLORIA TREVINO**
12526 Olympia Drive  -  Houston, Texas 77077
(713)309-5962, Email address;  vip4justice@gmail.com

INNOCENCE PROJECT                                                   AUGUST 1, 2022
C/O Kim Moore
300 Burnett Street, Suite 160
Fort Worth, Texas  76102

RE:  THE UNLAWFUL LIFE IMRISONMENT
OF
ROBERT TREVINO
TDCJ #729766

Greetings;

Hello, this is Gloria Trevino.  I am one of Robert's sisters.  He told me he had gotten a questionnaire
from you.  He wanted me to help him fill it out but didn't send me the questionnaire and I didn't
understand everything he was wanting.  Don't know if he had help writing me the letter but it was not
that clear.  Since I have his POA, I had asked that you send me whatever questions you need so I can
try to gather them for you.

Also, I have enclosed about 600 pages regarding Robert's criminal case and my civil case since the
attorneys and Defendants had inserted Robert's criminal case in my civil case to try to stigmatize
discrimination and defame me.  The only relevance is that we are both disabled veterans, Robert is my
brother and we were both ambushed with unchallenged aggravated perjured testimony and maliciously
subjected to a sham trial by rage.  I felt compelled to defend myself as well as Robert's honor, which
points will be helpful to his defense.  Most especially regarding my efforts to get recant from Patrick
Lankford through attorneys John Richards/co-conspirator Noel Portnoy/co-counsel/ Traitor/ Sellout and
Gestapo Agent and they sabotaged our efforts.  Even though Patrick wrote Portnoy a letter that Portnoy
had concealed to me until recently. Patrick expressed concern for Robert in his letter which contradicts
his trial testimony that he always hated Robert for allegedly violently sexually assaulting him 25 times.
Similar impeachment evidence was illegally suppressed by the DA Steve Marshal and hanging Judge
Gene Knize.  The evidence in court show that it was the DA, Steve Marshall and Officer Billie Wiggins
that had concocted the allegations against Robert.  Patrick refused to recant because the statute of
limitations had not run out on the Statutory Rape of 12 year old Stacy Harris and he was afraid if he
recanted they will prosecute him on that outstanding charge and he was subsequently released early on
parole while Robert remains unlawfully incarcerated. He referred Portnoy to Christopher Williams and
reported to Portnoy that he knew for a fact that Robert had not violently sexually assaulted Williams
and not even at gunpoint  He stated that the DA Marshall had concocted the allegations against Robert
and had coerced Williams into making the allegations under the threat of having him prosecuted on the
burglary charge and that also tried to get him to say the same thing that Robert had raped them at
gunpoint. Patrick stated that Robert's house was so small that there was no privacy.  He also stated that
Williams and he were always together when at Robert's house and that Robert never sexually violently
assaulted Williams with or without a gun.  He stated tha't why he went over to the Trevino house during
the sham trial by rage to tell Robert and that it was the DA Steve Marshall that had coerced Williams
into saying that.  They never corroborated each others erroneous allegations and neither did the rape

1

test on Williams.  However, unbeknownst to me Portnoy had befriended Patrick to manipulate his Declaration that was never signed thanks to Portnoy. .  Portnoy was trying to get Patrick to corroborate half a lie!    I was outraged!  Portnoy deliberately waited over a year befriending Patrick, sending him copies of transcripts and signing him up to receive witchcraft magazine and acted like his parole attorney and giving him legal advise.  Totally opposite of what Robert and I had told him not to do.  Then tries to get Patrick to say Robert sexually assaulted Williams but did not use a gun before during and after the alleged sexual assault. Trying to get Patrick to corroborate half the lie.  He also tried to get him to say it was the DA team that had concocted the rape at gunpoint charge and coerced Williams, when he had initially specifically named the DA Steve Marshall and never mentioned the name Wiggins even though her name is all over the indictment papers.  Never asked him about her role in the concocted allegations even though her name is all over the place.  During the sham trial by rage, the alleged victims didn't know what the details to their complaints were and they said it was Wiggins who had come up with the details.  Wiggins pointed the finger at the DA Steve Marshall that had concocted the details to the complaints.  DA Steve Marshall blamed it on the Grand Jury.  Judge Knize infuriated ordered the defense attorney to stop asking the alleged victims about the details!!!  That they didn't know what they were that these were the State of Texas's charges!!!

Patrick's reporting this is corroborated with the sham trial by rage transcript. See attached about 601pages.

If you need additional information, please don't hesitate to call , write or email me.

Thank you for your consideration and cooperation.

Respectfully submitted,

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962

See attachments

## VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas 77077
(713)309-5962
vip4justice@gmail.com

### ROBERT RODRIGUEZ TREVINO, UNITED STATES MARINE CORPS
Was highly recommended for the Silver Star Award and,
Is a Bronze Star, Purple Heart Recipient
Sept. 23, 1968 – Sept. 22, 1972, VIETNAM ERA



Born June 7, 1946

# VETERANS IN PETITION FOR JUSTICE
# IN LOVING MEMORY OF UNSUNG WAR HERO ROBERT TREVINO
**Gloria Trevino, Petitioners**
12526 Olympia Drive, Houston, Texas 77077
713-309-5962,  email, vip4justice@gmail.com

**HIS EXCELLENCY, MR. KARIM AHMAD KLAN**                          **July 24, 2023**
**PROSECUTOR OF THE INTERNATIONAL CRIMINAL COURT**
**OFFICE OF THE PROSECUTOR**
The Hague, The Kingdom of the Netherlands

**RE:  USA – GENOCIDAL MAFIA STATE!**

Dear Prosecutor Klan;

I greet you in the name of our Lord and Savior, Jesus Christ.

My name is Gloria Trevino. I am a 70 year old disabled honorably discharged Hispanic woman veteran of the United States Armed Forces and survivor of MST.  I am also the proud sister of highly decorated Paralyzed Hispanic Unsung War Hero and Political Prisoner, Robert Trevino, that has become a symbol of most egregious modern day  **"MARTYR" and "SACRIFICIAL LAMB"** in the history of the USA and of our Nation's betrayal of solemn promise to never leave a veteran and their families behind and affording us the equal protection, equal representation, equal access to justice and equal opportunity to achieve the American Dream also as guaranteed under the Constitution of the United States of Americas and our Bill of Rights.  However, instead Robert was maliciously subjected to the "Hang Em High Texas Style Railroad of Hypocrisy and Injustice on **"BIG LIES"** with **"ZERO EVIDENCE"** on pretext of justice and American Nightmare and Twilight Zone and subsequently accelerated premeditated assassination and cover-up/whitewash with impunity in the first degree in furtherance of Gang-rape of Justice in America and Genocide.  The USA further left us with a myriad of legal battles without any help from anybody. For decades, the ruling class have been intercepting,funneling and laundering the billions of dollars in funding supposedly allocated to assist and support distressed veterans and other vulnerable minorities and redirecting the money to line their own pockets and those of their cronies, supporter, government contractors to unjustly enrich themselves and to the detriment and demise of the distressed veterans and minorities that they are so quick to condemn to massive incarceration in modern day, **"Death-Valley and "Death Traps."** They may sporadically help someone with a lot of media coverage, political stunts and fanfare to generate more money for themselves. From 1995 to date, Robert Trevino and family have been victims of stigmatized discrimination, corruption, gaslighting, retaliation, harassment, outright fraud, exploitation, criminal oppression, systematic injustice, perpetual pernicious covert psychological domestic terrorist guerrilla warfare and ambushed, sabotaged, blacklisted and sanctioned.  President Joe Biden, has been **"AWOL"** along with his administration and those entrusted  in protecting the most vulnerable to exploitation and abuse and are further threatening and treating us psychological brutality and turn their heads the other way and are protecting one another because they are lining their own pockets and unjustly enriching themselves with the billions of dollars allocated to aid, support and protect us, However, they are also to busy campaigning to keep government seat as their **"THRONE"** and are accepting millions of dollars in **"BRIBES**' as illegal political campaigns, kick-backs from big unscrupulous businesses with their Government Contracts, some with companies they work for and other criminal scams in racketeering

1

activities also mentioned in attachments. These Genocidal Mafia related activities have been going on for decades. The premeditated assassination of Robert in illegal custody, induced death of our ill-stricken mother, Maria and the depraved heart murder of our other brother Juan Trevino in illegal custody by same perpetrators and the repeated attempted psychological murder of me that induced me into suffering a near fatal stroke further exacerbating my service-connected debilitating disabilities and increasing my chances of suffering another more fatal stroke. This did not have to happen if our Government would take us off their perpetual pernicious and covert psychological domestic terrorist guerrilla warfare and illegal secret Blacklist, Sanction, Ambush and Sabotage our solitary quest for justice. Even after our legitimate complaints to the UNHCHR in March 1998, our Government officials doubled down and resorted to engage in insidious Gestapo Agents tactics, gaslighting, psychological abuse, sabotage and execute assassination of Robert in further retaliation for getting confession exonerating Robert of any crime and implicating the officials that concocted the fictitious allegations against Robert under threat of harsh prosecution on pending statutory rape of 12 year old and burglaries and, likewise, sabotaged our efforts through Gestapo Agents. We continue to be retaliated against and revictimized over and over again and cover-up/whitewash with impunity in the first degree. The USDOJ, FBI, had hired the prosecutor of Robert to work for FBI creating an even greater conflict of interest and "blacklisted"and "Sanctioned" us instead, likewise, state officials, State Bar of Texas, CDC, BD of Directors, TX. Defense Lawyers Association, all the Innocence Project and Judiciary again and again turn their heads the other way because of the cozy-relationship with their cronies and everyone in their orbit that are indulging in those juicy billions of dollars intended to protect and support the distressed veterans and citizens but are ingeniously lining their pockets and enriching themselves. As a result, my personal property and I are under "seized" in continuing effort to coerce me into going along with their cover-up/whitewash strategy and silence me or end-up in **"SKID ROW" OR "DEATH ROW." Unfortunately,** The ugly case scenario of the Robert Trevino and Family is not an isolated case but a perfect example of the explosive widespread out of control homicidal Neo-Nazi, white supremacist and corruption that is destroying our Democracy and turning our Country into a chaotic Totalitarian Tyrannical regime. The US Supreme Court ingeniously illegally concocted self-serving Genocidal Government Qualified Immunity Doctrine is a Sham, a Hoax and a Shame that is in blatant violation of the US Constitution. It basically allows them to get away with cold-blooded murder and genocide and cover-up/whitewash with impunity in the first degree. This explains why the USA has the most wrongfully incarcerated minorities in the World, even China that has three times the population. The Judiciary Bench is corrupted and racist and is packed with Judges that have about as much commitment and compassion to the civil and human rights laws, as Adolf Hitler had for the Jews. They are maliciously trampling all over the US Constitution that they took an oath to protect from all enemies foreign and domestic. However, repeatedly demonstrate extreme hatred and contempt for the law of the land and completely disregard it, such in the sham trial by rage in Robert's case further empowered by the Self-serving Genocidal Government Qualified Immunity Doctrine. The USA is wrongfully incarcerating about 2,000 per year and are killing about 1,000 per day in illegal custody and executions, Robert Trevino, assassination in illegal custody ins another perfect example of the Gang-rape of Justice in America. The illegal executions of the mentally ill and retarded and completely paralyzed, harmless people still being executed as well. We have out of control widespread white supremacist still secretly plotting to again overthrow our Government by domestic terrorist coup and turn it into greater threat and chaotic tyrannical totalitarian regime. I founded, Veterans In Petition for Justice in Loving Memory of Unsung War Hero and Political Prisoner, Robert Trevino and Family. Robert succumbed to the treacherous assassination by psychological abuse, inhumanities and atrocities in illegal custody, like a political Prisoner of War and in blatant violation of domestic and international law. For 28 long and oppressive years, the USA diabolically and sadistically refused to come to Robert's aid and protection, but goes across the World

to get white Americans released from prison supposedly because they are wrongfully tried and convicted and even paying millions of dollars in ransom or trading prisoners, even several terrorist for one American and further endangering World peace. Furthermore, we believe that our Government representatives are basically doing this to skyrocket their political career and are publicity stunts, window dressing to appear favorable and deceive and manipulate the Domestic and International Community. In reality, our representatives, are making ridiculous shameless spectacles of themselves especially when we have the highest massive wrongful incarcerations in the World, as in this ugly case scenario of paralyzed Unsung War Hero and Political Prisoner, Robert Trevino and Family that made the ultimate sacrifice in solitary quest for justice for all in the Country he courageously risked his life defending and is the single most modern "Martyr" to the Gang-rape of justice in America.

**Therefore,** we extend our heart-felt apology for the self-aggrandizement abuse of power of our shameless hypocritical US Government against the ICC while infringing on the rights of others and our most vulnerable citizens. On about Oct. 9, 2019, United States issued new sanctions threat against ICC Judges and Prosecutors and announced visa sanctions on "all ICC officials.... directly responsible for ....ICC investigations of US personnel, or off allied personnel without our allies' consent." Subsequently, on about April 21, 2023, **US President Biden, Secretary of State, Antony J. Blinken send out press statement announcing they were, "Ending sanctions and visa restrictions against personnel of the International Criminal Court ." The US Government should, likewise, immediately end covert  Sanctions, Blacklisting and unimaginable atrocities against most vulnerable veterans and other minorities that are threatening the peace, security and well-being of the World.** Over  28 long and oppressive years our Government repeatedly shamefully and without remorse continues their perpetual pernicious covert psychological domestic terrorist guerrilla warfare and subsequent accelerated premeditated assassination of paralyzed unsung war hero and political prisoner Robert  Trevino and family, likewise, ambush and sabotage our solitary quest for justice, genocide and ridiculed. The USA repeatedly continue to deny our repeated request for an unbiased Congressional Criminal investigation into the malicious persecution, wrongful life-imprisonment and subsequent assassination of Robert Trevino and Family and to immediately "**Shackle**" and "**Restrain**" the perpetrators from causing further irreparable harm and injury to silence us and "scapegoat" us to continue to forever, "**escape**" criminal and civil accountability for their genocidal psychopathic criminal mind and behavior. America's allegiance is to the juicy "**Mad Blood Money.**" Bigotry and corruption is in the DNA. of our political and justice system and like a Beast of Prey in sheep clothing foaming at the mouth for our blood and last breathe to forever silence us while they weaponize their official positions to unjustly enrich themselves in every possible way. This is not a case of jaywalking. but abuse of power, stigmatize discrimination, corruption in furtherance of the Gang-rape of Justice in America and Genocide of "**SOFT-TARGETS**" and we are respectfully requesting the honorable Prosecutor of the ICC to come to our immediate aid and assistance. **No one is Above the Law!** We strongly declare that we are battle ready with the whole armor of God and devoted to achieving great victory in fighting "**The Great Battle between Good and Evil**" and when all the Wicked and Evil are Totally Destroyed, never to see the light of day, Peace and Justice for All in America and throughout the entire World, will prevail and the Kingdom of God will reign forever and ever!

_Gloria Trevino_
Gloria Trevino, Petitioner
**Veterans In Petition for Justice, In Loving Memory of Paralyzed Hispanic Unsung War Hero**
12526 Olympia Drive, Houston, Texas 77077
713-309-5962,  email;  vip4justice@gmail.com
**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**
3

**VETERANS IN PETITION FOR JUSTICE**
**GLORIA TREVINO, PETITIONER IN LOVING MEMORY OF PARALYZED HISPANIC**
**WAR HERO, ROBERT TREVINO AND FAMILY**
12526 Olympia Drive – HOUSTON, TX., 77077,
. 713-309-5962,  Em; vip4justice@gmail.com

## MISSION IN SALUTE TO UNSUNG WAR HEROES
## IN LOVING MEMORY OF PARALYZED HISPANIC UNSUNG WAR HERO,
## <u>ROBERT TREVINO</u>

**VETERANS IN PETITION FOR JUSTICE**  was founded by honorably discharged disabled
Hispanic woman veteran of the United States Armed Forces, Gloria Trevino, in Salute to Unsung War
Heroes in Loving Memory of Beloved Highly Decorated Paralyzed Hispanic US Marine Veteran
Unsung War Hero and Political Prisoner, ROBERT TREVINO, that was subsequent assassinated in
illegal custody on, Nov. 3, 2022.  This ugly case scenario is the single most modern day "Hang Em
High Texas Style Railroad of Hypocrisy and Injustice" based on **"BIG LIES"** with **"ZERO
EVIDENCE"**on pretext of justice in the history of the United States of America.  In her quest for
justice, Gloria,had received compelling but not surprising evidence from atty. Noel Portnoy that the
State's Witness had **confessed, exonerating Robert of any crime and implicated the officials of
concocting the fictitious fabricated allegations and coerced him and his violent gang into lying
against Robert in 1995 Ellis County sham trial by rage under the threat of harsh prosecution
with long prison sentences for their pending felony crimes of statutory rape of 12 year old and
several burglaries.**  Subsequently, **after State witness confession, our attys were clearly "bribed"
and attys, John E. Richards and Noel Portnoy, tried to spin and restrict confession to half a lie as
on 2ND GRAND JURY indictment after 1ST Grand jury "NO BILLED" "BIG RED FLAG," to
protect State, concealed confession from Federal CT. where Gestapo Agents, Shyster Richards
had pending, Writ of Habeas Corpus for continued wrongful imprisonment, cruel, inhumane
treatment of Robert, who always maintained actual innocence, for TDCJ's denials of release on,
Medically Recommended Intensive Supervision, (MRIS) to VA Hospital in effort to save Robert's
life, his Paralysis, Age, TBI, PTSD and Confession Exonerating Robert of any crime, Implicating
the DA and Police of Concocting Defamatory Character Assassination and subsequent
assassination of Robert.  Richards and Portnoy "scapegoated" Robert and Gloria erroneously
accused them of falsely accusing them of helping State, when in fact, that's precisely what they
did for juicy "Mad Blood Money." Richards alleged representation of Robert Trevino and Family
was a  total sham and a shame.  It was totally inconsistent with that of 35 yr. experience trial
attorney and more consistent with wicked, unscrupulous bigoted politicians that think their
political seat is a "throne" and like fake Government agencies that are supposedly regulating
shyster attorneys, and more consistent with shyster attys, like, Richards, "Bribed" to sabotage
case and everyone, "looks the other way" to, likewise, revictimize, abandon, defraud Robert of
millions in exoneration damages and engage in covert racketeering enterprise, unjustly enrich
themselves, in furtherance of covert psychological domestic terrorist guerrilla warfare and
Genocide with impunity and "Zero Remorse." Robert continued false imprisonment, accelerated
assassination and State Witness, aka, "Houdini," again "escaped" prison on parole, career
criminal, serial pedophile serving 10 yrs in TDCJ, with pending Statutory rape charge to silence
his confessing to Robert's detriment, hinder the prosecution of State officials then erroneously
accuse Trevino of falsely accusing them of betrayal, flip/flop positions, saved State Megamillions,
isolate and forcibly removed Robert in critical medical condition from TDCJ,  ICU OF CYMF to**

1

certain death at ill-fated worse insane asylum in the World instead of release on MRIS to the VA Hospital to save his life. The State of TX. TDCJ could not have illegally forcibly removed Robert in critical condition without "bribing" medical authority besides Richards and Portnoys complicity, especially with pending Federal Writ of Habeas Corpus against TDCJ for cruel and unusual treatment and repeatedly illegally denying Robert release on MRIS to VA Hospital to save his life, then ingeniously make Robert and Gloria "scapegoats" for their covert Mafia-related criminal enterprise and assassination and officially abandoned Trevino Family. And, visa-versa, FBI, THAT WAS PROBING TREVINO CASE AND WITH CIVIL AND HUMAN RIGHTS COMPLAINTS AGAINST THE ELLIS COUNTY DA, HIRED THE DA THAT CONCOCTED AND COERCED STATE WITNESSES TO GIVE FALSE TESTIMONY AGAINST ROBERT, THEREBY CREATING GREATER CONFLICT OF INTEREST AND SABOTAGE COMPLAINTS. USDOJ, VA, State of Texas, State Bar, CDC, AND Board of Directors, TX. Supreme Ct. AND POLITICIANS are, likewise, protecting the culprits for their Genocidal corrupt way of life, Blacklist and Sanction and leaving Trevino family with a myriad of legal battles without equal representation in retaliation for Gloria not going along with their Cover-up/Whitewash Strategy and ridiculed and humiliated. Robert, was illegally brutally forcibly removed from ICU SECTION of Carol Young Medical Facility of TDCJ that was five minutes away from the nearest trauma ER Hospital in critical condition and forth life-threatening bowel obstruction, compromised ischemic heart and sudden life-threatening recurring epileptic seizures, infections, compromised immune system, paralyzed as a result of TBI and PTSD from concussion blast and shot in head while rescuing members of his platoon to the ill-fated ill-equipped, over-crowded, understaffed unsanitary worse insane asylum in the World when he was not suicidal or homicidal and already receiving mental heath care at the ICU at CYMF plus 24/7 monitoring with emergency panic button to be isolated and secluded, treated with cruel and unusual punishment in Mondfort TDCJ Unit located an hour away from the nearest trauma ER Hospital and preventable assassination to defraud him of millions of dollars in exoneration compensation and other damages, hinder the prosecution of the officials that orchestrated the sham trial by rage against Robert in blatant violation of the Constitution of the United States of America that Robert' risked his life to defend and had paid a very high price in time of War and cover-up/whitewash with impunity in the first degree. Nothing natural about Robert's preventable accelerated death in illegal custody! This Robert Trevino and Family case is not an isolated case but a perfect example of an out of control renegade tyrannical widespread normalization of corruption and racist in **GENOCIDAL MAFIA STATE IN AMERICA!** Thousands of Innocent minorities are being packed in massive incarceration and dying in modern day "Death-traps," not including the countless illegal executions of the mentally retarded without regard for human life. Unless you are politically and financially influential there will be No Justice, No Compassion, No Mercy and No Remorse but Extreme Hatred, contempt, ridiculed and humiliation by the white supremacist perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. America is suppose to be the most civilized society in the World that takes care of the most vulnerable in our society, however, we are the number one Country in the World with the most mass incarceration and genocide. Accordingly, Gloria Trevino has become a huge thorn in the side of the legal profession industry and a soft target of the same widespread Mafia-related criminal conspiracy scheme of biblical proportions to silence her in retaliation for not going along with their cover-up/whitewash strategy. She continues to be harassed, victimized and threatened with malicious persecution, false imprisonment by top Government officials in complicity with others and as the officials did Robert for his political activities and as the State officials concocted fabricated the bogus allegations against Robert in executing threats and vicious political and racist vendetta and corroborated by State's own Star Witnesses/Alleged Victims confession exonerating Robert of any

2

crime and implicated the State officials of coercing, orchestrating false allegations and sham trial by rage against Robert under threat of prosecutions and long prison sentences which prompted accelerated premeditated assassination plot against Robert and cover-up/whitewash with impunity in the first degree. State's Star Witness/Alleged Victim confession is also corroborated with sham trial by rage transcript and State's own expert doctor's testimony that their was no evidence of any sexual assault. To date, Trevino Family continue to be subjected to covert Psychological Domestic Terrorist Guerrilla Warfare, **"Blacklisted," "Sanctioned," Ambushed" and "Sabotage" by Renegade Government officials and legal profession industry in effort to induce Gloria's death to forever silence and bury her as this Pervasive Renegade Genocidal System of Oppression and Secrecy, likewise, assassinated and buried Robert, induced death of dependent mother, Maria and depraved heart murder of Juan Trevino. "We here highly resolve that these dead shall not have died in vain!"**

Therefore, **VETERANS IN PETITION FOR JUSTICE** is dedicated to the advancement of equal protection, equal representation and equal access to justice for all distressed veterans and their families and/or survivors of all generations without regard to their social or economic status, with emphasis on helping Hispanics. We are fighting and determined to remind our Nation of it's solemn promise to never leave no veteran and their family behind and compel **"POLITICIANS"** and **"THE RULING CLASS"** not to supersede, corrupt or undermine the Constitution of the United States of America and our Bill of Rights, for which they also solemnly swore to support and defend against all enemies, foreign and domestic. However, in collusion with the US Supreme Court, rogue Ruling Class, have ingeniously concocted the self-serving, illegal, immoral, bigoted and corrupt Genocidal, **"GOVERNMENT QUALIFIED IMMUNITY DOCTRINE" (GQID)** that supersedes, perverts and undermines the supreme law of the land that they solemnly swore to support and defend against all enemies, foreign and domestic, however, GQID, blatantly violates US Constitution and illegally allows politicians, their cronies, cozy-relationship with their supporters and the ruling class to **"ESCAPE JUSTICE" for their tyrannical reign of terror, persecutions, mass incarceration in inhumane modern day "death-traps" assassinations and further abuse their official power to unjustly enrich themselves in any way possible and those cronies in their orbit and supporters of perpetual pernicious covert psychological domestic terrorist guerrilla warfare and genocide. Meanwhile, continue to engage in ingenious scams to intercept, funnel misdirect billions of dollars to do nothing fake government agencies, tyrannical judges, and sham non-profit alleged civil and human rights organizations but, in reality, are racketeering influence and corrupt criminal enterprise to unjustly enrich themselves, line their own pockets, deny access justice to the detriment and demise of those distressed veterans and families they are intended to protect from these abuses, but are only protecting themselves, harbor, aid and abet, hinder the prosecution of the perpetrators to "escape" criminal and civil accountability for their homicidal Psychopathic criminal mind and behavior. It's the old scam of, "FOX GUARDING THE HEN HOUSE!" Like choosing a Bank Robber to Guard a Bank! They have about as much commitment and compassion for civil and human rights laws as Adolf Hitler had for the Jews. This self-appointed sham Monarchy of ruling class officials have likewise concocted this vicious continued cycle and engage in criminal conspiracy scheme of revictimization, retaliation, mafia-related activities, systematic injustice, "blacklist," "Sanctions, " "Bushwhacked" and "Sabotage" anyone that speaks truth to power and considered a threat to their bigotry, hypocrisy and corrupt way of life in furtherance of the Gang-rape of Justice in America" and genocide. GQID is a Monarchy and Perpetrators are Renegade Totalitarian Regime and are guilty of "Treason" for betraying our Country as well as our distressed veterans that courageously risked their lives defending our Democracy and US Constitution and our freedom. We salute our wounded unsung heroes for the sacrifices they made and they did not make those sacrifices to be a prisoner of war**

in their own Country for covert psychological warfare for a covert Monarchy or Totalitarian Regime nor to protect Traitors and Perpetrators that harbor extreme hatred and contempt for the supreme law of the land and are trampling all over our US Constitution as if it never existed as well as those who sacrificed their lives defending it only for the ruling class can unjustly enrich themselves to our detriment and demise and in furtherance of covert "Gang-Raped of Justice in America!"and "Justice for Sale in America!" The GQID is self-serving concocted sham and clever disguise to mask and conceal the true identities of the perpetrators that continue foaming at the mouth for our blood, and are "Beast of Prey" in sheep clothing. Perpetrators are bigoted and corrupt self-serving concocted GQID incites, emboldens and empowers out of control White Supremacist Neo-Nazis to abuse their official offices to maliciously subject unsuspecting innocent minorities to egregious persecutions in **"Classic Kangaroo Court"** proceedings to their entertainment, enjoyment,  amusement, ridicule, humiliate law abiding distressed  minorities and disabled veterans. GQID is allowing Gang of Professional Thugs to literally get away with cold-blooded murder and assassins and Trample all over our US Constitution as if we are in a third World Renegade Chaotic Totalitarian Regime of absolute tyranny, coercion, brutal repression, massive wrongful incarceration in modern day "Death-Traps" and assassinations in illegal custody.   To date, Gloria Trevino, continues to be brutally physically and psychologically abused by the renegade chaotic government officials engaged in endless criminal conspiracy schemes to induce her untimely senseless death and demise to forever silence her, as they did her paralyzed defenseless brother, Robert Trevino and family, for demanding an unbiased US Congressional criminal investigation into the shameful malicious persecution and subsequent assassination of her paralyzed veteran, Robert Trevino and Family with impunity in the first degree!  **UNFORTUNATELY, the Robert Trevino and Family case is not an isolated case. Massive incarceration of the most vulnerable soft-targets defenseless distressed veterans and other minorities are being eradicated as fast as they are being incarcerated and the US still has the greatest mass incarceration in the World even China that has three times the population and we're suppose to be the most civilized society in the World.** We do not have or serve an "Emperor" or a  "king" that are above the law only in an Absolute Tyrannical Monarchy.  In spite of our Democracy the white supremacist Neo-Nazi Ruling Class covertly concocted self-serving sham Genocidal GQID in violation of our US Constitution to "escape justice" for abusing their official office and power to unjustly enrich themselves in every possible way because they consider it a privilege and inherent authority to use their office for personal profit or benefit as an "emperor" or a "king"in Absolute Tyrannical Monarchy.  You cannot have it both ways and enjoy two desirable but mutually exclusive alternatives - a Monarchy and a Democracy so that you can flip/flop positions to whatever suits your purpose, such as in the sham representation and betrayal of Robert Trevino and Family ugly case scenario.  In other words, you can't have your cake and eat it too!!! Accordingly, the Genocidal Government Qualified Immunity Doctrine is extremely dangerous and Genocidal.  It is a Sham, Hoax and  a Shame that needs to be immediately "outlawed" in it's entirety and never to see the light of day again  because the USA  is "exclusively" a Democracy! Created by the people for the people to forever outlaw a Monarchy, Kings and Emperors!   "**ONLY GOD IS KING!**"

**THEREFORE,  Robert Trevino was highly recommended for the distinguished "Silver Star" and is a "Bronze Star""Purple Heart" recipient for his heroic achievements and** made the ultimate sacrifice defending our US Constitution when our Country called on him in time of  foreign war and subsequent exploiting widespread normalization of stigmatized discrimination, corruption and perpetual pernicious covert psychological domestic terrorist guerrilla warfare in solitary quest for equal access to justice for all.  Now we are calling on the grateful American people and International community to not forget the ultimate sacrifice that Robert Trevino, and other heroic unsung distressed veterans made to keep you safe and free from renegade tyrannical regime.  We hope it will inspire you

4

to come to our aid and support in accomplishing our Mission to Salute our Unsung War Heroes and bring to reality equal protection, equal representation and equal access to Justice and equal opportunity to achieve the American Dream, as oppose to the American Nightmare and Twilight Zone that Paralyzed Unsung War Hero Robert Trevino endured and succumb to. **Even though Robert Trevino's life has tragically ended, we are forever grateful for the sacrifices he made to uphold our freedom in Foreign and perpetual pernicious Covert Psychological Domestic Guerrilla Warfare. We are honored to share Robert's untold story of wounded veterans and their families and self-sacrifice for equal access to justice. We are equally proud and forever grateful for your unwavering commitment and support of our wounded unsung war heroes and in saluting those that made the ultimate self-sacrifice for your life and freedom, yet are not celebrated or recognized.**

**Thank you for making these stories possible and for assisting us in our Mission to compel our Nation to action and bring to reality its solemn promise to leave no veteran and their families behind and afford all veterans the full rights and benefits they honorably and courageously earned in the battlefield and never to be deprived of to ensure distressed veterans the equal protection, equal representation, equal access to justice and equal opportunity to achieve the American Dream and as guaranteed under the Constitution of the United States of America and our Bill of Rights. We are dedicated to empowering veterans and their families to lead high quality lives with respect and dignity. We are also strongly devoted to creating an independent task force to transform and expose Renegade Racist and Corrupt Genocidal Government officials that are Beast of Prey foaming at the mouth for our blood and disguised in sheep's clothing to concealed their true identities and behavior and need to be shackled and restrained from violating solemn promise to leave no veteran and their families behind and from the gang-rape of our most vulnerable distressed veterans of the full rights and benefits leaving us totally defenseless at their mercy and humiliated. We don't want the US Constitutional civil and human rights that our veterans courageously risked their lives defending and paid a high price for to be trample on to revictimized our veterans and their families in furtherance of Gang-rape of justice in America and Genocide, humiliated, ridiculed and assassinated in illegal custody of our Government that shamefully betrayed and further psychologically shocked and traumatized Robert's Family by abusing the corpse of fallen unsung war heroes, mocking them in obituary by JUSTIA, crime family, atty. Tim Stanley posting humiliating offensive obscene SHAM OPINION of TX. Appls Ct. based on SHAM TRIAL/CONVICTION and refusing to delete it clearly revealing their true identities and further proof of their off-the-charts level of depravity, wickedness, genocidal psychopathic criminal mind and behavior. Further proof that from 1995 to date, Robert Trevino and Family lived the American Nightmare and Twilight Zone.**

**We strongly declare that we are battle ready with the whole armor of God and devoted to achieving great victory in fighting "The Great Battle between Good and Evil" and when all the Wicked and evil are Totally Destroyed, never to see the light of day, Peace and Justice for All in America and throughout the entire World, will prevail and the Kingdom of God will reign forever and ever!**

<div align="center">

**"PREPARE FOR BATTLE!"**
**VETERANS IN PETITION FOR JUSTICE IN**
**LOVING MEMORY OF PARALYZED HISPANIC UNSUNG**
**WAR HERO ROBERT TREVINO AND FAMILY**
**GLORIA TREVINO, PETITIONER**
**12526 Olympia Drive, Houston, Texas 77077, 713-309-5962, email, vip4justice@gmail.com**
**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**

5

</div>

TREVINO, Robert

| | | 1a. GRADE, RATE OR RANK | | RATE | MONTH | YEAR |
|---|---|---|---|---|---|---|
| USMC | | Sgt | E5 | 01 | Jun | 7 |

8. PLACE OF BIRTH (City and State or Country)
Laredo, Texas

DATE OF BIRTH: 07 Jun 4

SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE
107 | 46 | 267    LB#107, Sinton, Texas

DATE INDUCTED: N/A

REASON AND AUTHORITY FOR TRANSFER OR DISCHARGE
Transfer to Marine Corps Reserve
202-Expiration of Enlistment
Par 3809 MARCORSEPMAN & MCO 1900.2G

STATION OR INSTALLATION AT WHICH EFFECTED
SU#1,CasCo, H&SBn, MCB, CamPen, Calif.

EFFECTIVE DATE: 22 Sep 7

CURRENT AND MAJOR COMMAND
CasCo, ScolsBn, MCB, CamPen

CHARACTER OF SERVICE
HONORABLE

TYPE OF CERTIFICATE ISSUED: N/A

COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED
Marine Corps Reserve
Forces Class III 1500 E. Bannister Rd. Kansas City, Mo. 64131

REENLISTMENT CODE
RE-1A

| DATE OF CURRENT SERVICE | | TERM OF SERVICE | DATE OF ENTRY | | |
|---|---|---|---|---|---|
| MONTH: Sep | YEAR: 74 | 04 | DAY: 23 | MONTH: Sep | YEAR |

GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE
Private (E-1)

PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State)
Houston, Texas

HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE
Reseda, Harris, Texas   77067

| 22. | STATEMENT OF SERVICE | YEARS | MONTHS | D. |
|---|---|---|---|---|
| | (a) NET SERVICE THIS PERIOD | 04 | 00 | |
| | (b) OTHER SERVICE | 00 | 00 | |
| | (c) TOTAL (Line (i) plus Line (ii)) | 04 | 00 | |
| | (d) TOTAL ACTIVE SERVICE | 04 | 00 | |
| | (e) FOREIGN AND/OR SEA SERVICE | 00 | 11 | |

RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER
199.168 Proof.
Dir (small arms)

Rifleman

3. MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
Rifle Sharpshooter Badge, Bronze Star Medal, Combat Action Ribbon, Purple Heart,
Good Conduct Medal, National Defense Service Medal, Vietnam Service Medal w/1*,
Vietnam Campaign Medal w/device, RVN Cross of Gallantry w/plm, CivAct Ribbon w/B

EDUCATION AND TRAINING COMPLETED
Sign School Graduate, 1966
NCO Scol., CamPen, 1971

| | | NON PAY PERIODS TIME LOST (Preceding) | DAYS ACCRUED LEAVE PAID | INSURANCE IN FORCE (NSLI or USGLI) | AMOUNT OF ALLOTMENT | MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|---|---|
| | | | 22 days due | NO / YES | N/A | N/A |

SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE
$15,000

Good Conduct Medal, Service commence 22Sep71
Served in Vietnam on green street
Served in Vietnam 590415/760301

PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE
Marvin St., Hauxhachie, Texas
75165

SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED

TYPED NAME, GRADE AND TITLE OF AUTHORIZED OFFICER
W.S. DEAN, 1stLt, USMC, AdmO

SR/OQR OR HQMC2

COMPANY F
2nd Battalion 26th Marines
9th Marine Amphibious Brigade, FMFPac
FPO San Francisco 96602

1 Oct 1969

From: Sgt. COSTINE

To: Commanding Officer, Battalion Landing Team 2/26, Attn: S-5

Subj: Statment in case of PFC R. TREVINO

On the evening of 6 Sep 69 the 1st platoon Fox Company 2/26 was conducting operations in defense of the Danang area. At approximately 2400 the same date this platoon deploid two squad size ambushes in excess of 800 meters from the platoon CP. This left the platoon approximately twelve men at the CP.

At this approximate time the platoon CP was assaulted by a platoon of NVA. The initial assault started with 82mm mortars falling around and inside: the perimeter also at the same time we recieved RPG's from three sides, the initial onslaught was breadened by Chicoms, automatic AK47 fire and last Sappers had penetrated our thin lines and hurled two Satchel charges into the platoon CP bunker. The first burst of fire found five Marines seriously wounded, one of the Marines was in the same hole that was occupied by PFC TREVINO. The wounded Marine was bleeding excessively as the assault continued PFC TREVINO seeing the wounded Marine applied battle dressings to the Marine to stop the bleeding. All during this time PFC TREVINO'S hole also kept recieving heavy automatic fire, the same hole also recieved six to eight Chicoms, PFC TREVINO hurtling one back that landed inside his own hole. The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, at one point in the firefight PFC TREVINO recieved one round going straight through his helmet yet he continued to return fire. The Bizarre phenomenon of his actions were he was wounded himself with schraps metal. After the enemy were moved back after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds.

PFC TREVINO was a definite inspiration to the remaining men that were not wounded. And most of all his actions bringing credit to himself and the U.S. Marine Corps. PFC TREVINO is highly recommended for the Silver Star.

Robert A. COSTINE

Sgt Robert A. Costine

Exhibit F

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
DLC-vls

APR 2 1970

From:   Commandant of the Marine Corps
To:     Commanding Officer, Fox Company, 2/26
        First Platoon, First Marine Expeditionary Force,
        FPO San Francisco, California 96602

Subj:   Silver Star and Purple Heart, case of LCPL
        Robert TREVINO 249-61-12 USMC, presentation of and
        information concerning

Ref:    (a)

Encl:   (1)  Purple Heart

1.  The records of this Headquarters show that Lance Corporal
TREVINO is entitled to the Purple Heart for a wound received
in action against insurgent Communist Guerrilla forces on
6 September 1969 in the Republic of Vietnam.  The decoration
is enclosed with the request that it be presented to him.
It is suggested that he again make application for the Certif-
icate upon his return to CONUS.

2.  It is also requested that Lance Corporal TREVINO be
informed that on 11 October 1969 he was recommended for the
award of the Silver Star Medal for service in Vietnam on 9
September 1969.  On 30 January 1970 the Commanding General,
Fleet Marine Force, Pacific approved the award of the Bronze
Star Medal with Combat "V" for the action.  The decoration and
citation were forwarded for presentation to him via Commanding
General, First Marine Expeditionary Force on 30 January 1970.

H. THOMAS
By direction

Exhibit I



The President of the United States takes pleasure in presenting the
BRONZE STAR MEDAL to

PRIVATE FIRST CLASS ROBERT TREVINO

UNITED STATES MARINE CORPS

for service as set forth in the following

CITATION:

"For heroic achievement in connection with combat operations
against the enemy in the Republic of Vietnam while serving as a Fire Team Leader
with Company F, Second Battalion, Twenty-Sixth Marines, Ninth Marine
Amphibious Brigade. On the evening of 6 September 1969, Private First Class
Trevino's platoon was attacked by a large hostile force employing rocket-propelled
grenades, automatic weapons, and satchel charges. Reacting instantly, Private First
Class Trevino began to direct accurate fire at the numerically superior enemy force
while disregarding his own safety to aid a Marine who had been seriously wounded.
On one occasion, when a hand grenade landed in his fighting hole, he quickly
retrieved it and hurled it back toward the enemy. Refusing to abandon his wounded
companion, Private First Class Trevino remained in his hazardous position until the
hostile fire was suppressed and the wounded Marine was safely evacuated. His bold
fighting spirit and unflagging determination inspired all who observed him and were
instrumental in thwarting the enemy's attempt to overrun the platoon's position.
Private First Class Trevino's courage, resolute determination, and unwavering
devotion to duty at great personal risk were in keeping with the highest traditions of
the Marine Corps and of the United States Naval Service."

The Combat Distinguishing Device is authorized.

FOR THE PRESIDENT,

H. W. BUSE, JR.
LIEUTENANT GENERAL, U. S. MARINE CORPS
COMMANDING GENERAL, FLEET MARINE FORCE, PACIFIC

Exhibit G

## VETERANS IN PETITION FOR JUSTICE
### Gloria Trevino, Petitioner – 12526 Olympia Drive – Houston, Texas  77077
### 713-309-5962,  Email; vip4justice@gmail.com

**VIETNAM WAR  - HIGHLY DECORATED DISABLED VETERAN ROBERT TREVINO SHOT IN HEAD  & WOUNDED THROUGH MILITARY COMBAT HELMET THAT DON'T PROTECT THE SOLDIERS, BUT INSTEAD INTENSIFIES DAMAGE CAUSED BY BULLET.**




# ROBERTO RODRIGUEZ TREVINO
## Born June 7, 1946





1 - May 25, 1967 - Graduated from Gregory Portland High continued to Del Mar College for 6 months until his father suffered a massive heart attack and got a job to help family.

2 - 1967 - Eployed at the Tx. Department of Correction as a prison guard until drafted.





3 - Sept. 23, 1968-Sept. 22, 1972 - Received Honorable Discharge from U.S Marines. During Vietnam war Robert was already convicted & sentenced to suffer with his war injuries, PTSD, etc., as well as deteriorating medical condition. Later, after over 20 yrs. of oppression, in about 1994, received his Bronze Star, Purple Heart, and 100% disability plus V.A. compensation

4 - 1995 until Death/Railroaded - Basically a POW at age 49 detained and stripped of his honor and dignity replacing his medals with a "badge of infamy" to be further deprived of his freedom, medical care, and other inmate privileges, as well as his V.A. compensation. Appeal pending.

1997 - "APPEAL DENIED!"



Sept. 23, 1968 — Sept. 22, 1972, Vietnam War Hero



Aug. 1995 — Railroaded and Condemned to Life-imprisonment at TDCJ. Medals of Honor replaced with badge of infamy . Other irregularities of the sham trial by rage was the lack of medical evidence of the allegations of repeatedly raping a gang, 25 Counts, even at gunpoint and the exclusion of minorities on the bias all-white jury. Inconsistent with the character of a man with no felony record and with a man that while under heavy automatic gunfire from all sides and while seriously wounded would risk his own life to save others.

**Karen S. Brown, MD**
929 Gessner, Suite 2000
Houston, Texas 77024
Tel. (713) 973-1007
Fax (713) 973-0104

April 19, 2022

Re:   Gloria Trevino

To Whom It May Concern:

I am a board certified psychiatrist in private practice since 1991.  I have treated Ms. Trevino intermittently since 2007, most recently since October 2017.  Since 2017, she has seen me every 1 to 3 months.

I am writing this letter to attest that, in my professional opinion, Ms. Trevino is not capable of representing herself in court.

Should you require further information, please call my office.

Sincerely,

Karen S. Brown, M.D.

*General Psychiatry*

*Diplomate, American Board of Psychiatry and Neurology*

January 10, 2011

Re:   Robert Rodriguez Trevino

To Whom It May Concern:

I am a psychiatrist who evaluated Mr. Robert Rodriguez Trevino and submitted a report at the request of his sister, Ms. Gloria Trevino Turner.

Mr. Rodriguez Trevino suffers from, and is diagnosed with, both Post Traumatic Stress Disorder and Chronic Schizophrenia. The latter illness has resulted in Mr. Rodriguez Trevino's inability to effectively represent himself in his petition to the court. He has paranoid and persecutory delusions, auditory hallucinations and significant impairment of his cognition and volition, which render him unable to present a clear and coherent history.

Ms. Trevino Turner, his sister, approached me to evaluate her brother's psychiatric status in the hope that his history of delusional symptoms and lack of a psychiatric assessment at the time would re-open his case. She has actively participated in supporting him since his trial and incarceration. She paid for the evaluation and report and consistently provided whatever information was requested. Ms. Trevino Turner appears to be most supportive and involved of Mr. Rodriguez Trevino's family members.

Should you require further information, please contact my office.

Sincerely,

Karen S. Brown, M.D.

KAREN S. BROWN, M.D.
*General Psychiatry*

*Diplomate, American Board of Psychiatry and Neurology*

October 21, 2010

This report is being written at the request of Gloria Trevino, sister of Robert Trevino, and is meant to serve as a review of Mr. Trevino's psychiatric history and symptoms. The purpose is to assess the likelihood that Mr. Trevino was delusional and, as a result, legally incompetent to stand trial in 1995.

The below history is based on interviews with one of his sisters, a letter from another, an interview with the patient and reviews of available records from the V.A. and from TDC.

Psychiatric history:

Robert Trevino is a 64 year old Hispanic male, currently diagnosed with Chronic Schizophrenia and Post Traumatic Stress Disorder (PTSD). His psychiatric symptoms reportedly date from about 1970 while on active duty in the marines in Vietnam, but no treatment was sought until 1992, when he was encouraged to get treatment by his family because of his increasingly bizarre behavior. As reported by the patient and his sister he had a history of getting up at night and patrolling outside the family house with a rifle, expressing fear that his family was in danger and "looking for Vietcong" which began when he returned from Vietnam. He reported visual hallucinations and flashbacks of combat situations and would at times tell his family to "get their gear" and get ready to leave. These symptoms were attributed to PTSD from his combat experiences.

In addition to the above set of symptoms, his sisters report that from sometime in the 1970's after returning home, he also started to express a variety of paranoid and persecutory delusions. He started to express the belief that the government was conspiring with his family business's competitors to put them out of business when some of the family owned land was re-zoned. He insisted to family that government officials had spies at the post office going through his mail and that they had bugged his phone. He reported auditory hallucinations warning him and telling him that he and his family were in danger. He complained to the family of hearing voices warning him that officials were "trying to get rid" of him. He claimed that city officials were trying to overcharge on taxes and utilities in order to harass him. He wrote letters and made trips to Austin to lodge complaints about these conspiracy beliefs with his state representatives, about twice a month for several years.

In addition to information from the family, records from the VA dating from July 1993 to June 1994 reflect severe symptoms of PTSD, but also some evidence of the above outlined paranoia, such as his refusal to see a psychiatrist because "he might be a cousin of Saddam Hussein". His behavior at that time was also documented as "fluctuating"