between "docile and compliant" and "angry and unrealistic". In an outpatient psychiatric clinic note Mr. Trevino is noted to have "themes of anger towards the government." as well as "numerous comments with a paranoid flavor".

Following his arrest in 1995, Mr. Trevino expressed persecutory delusions to his attorney believing that the government was conspiring with juvenile delinquent gang members to have him "eradicated" and sent to prison because of his past political activities. He also expressed the belief that the detective on the case was trying to have him killed. He made a suicide attempt while in jail.

Mr. Trevino is currently diagnosed with Chronic Schizophrenia, paranoid type and PTSD. The diagnosis of Schizophrenia was given in March 2008 after he made a second suicide attempt by hanging, while in prison. At that time he expressed the delusional belief that inmates and security personnel were conspiring to kill him. He has remained in a psychiatric unit and has continued to express paranoid ideation and to have auditory hallucinations. Although recent physician and staff notes indicate that he has improved somewhat with treatment, the fact that Mr. Trevino remains in a psychiatric unit and has not been returned to the general prison population indicates that his level of function remains very low and he is currently totally disabled.

In addition to the above outlined presence of paranoid delusions there are other threads of evidence that Mr. Trevino suffered from Paranoid Schizophrenia, as well as PTSD, beginning at least in the 1980's. Several references are made in the VA records to his disheveled appearance ("unshaven, poorly dressed, clothes need laundering") which is typical of the negative symptoms of Schizophrenia (i.e. lack of motivation for ordinary activities of daily living, neglect of hygiene, social withdrawal). Following his four years of service, he is reported to have been unable to function well enough to work, even in the shelter of a family business. He was isolative, and never married or otherwise connected to a significant other. In short, he exhibited extremely poor psychosocial function dating from the 1970's which is also characteristic of the illness.

Comments and Conclusions:

The question this report attempts to address is whether Mr. Trevino was likely to have been too psychiatrically ill and disconnected from reality to be able to understand the charges against him and assist his attorney in his defense in 1995. At the time he was diagnosed with Post Traumatic Stress Disorder, secondary to his combat experiences. He was in treatment at the V.A. but was not diagnosed with, or treated for, psychosis. He has been additionally diagnosed with Chronic Schizophrenia since 2007, with documented paranoid delusions.

Schizophrenia is an illness that typically begins early in life. In men, the mean age of onset is 21.4 years of age. Nine of ten males with Schizophrenia develop the illness before age 30 and only 2% have onset after the age of 35. At the time of Mr. Trevino's trial he was 49 years old. This, together with the above outlined history, speaks to a high

likelihood that he had undiagnosed and untreated Paranoid Schizophrenia at that time. It is therefore also highly likely that the presence of his persecutory delusions interfered significantly with his competence to stand trial and his ability to assist in his defense.

Karen S. Brown, M.D.

# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

December 9, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Re: Offender Roberto Rodriguez Trevino, TDCJ-ID #729766, Young Facility

Dear Ms. Trevino:

This correspondence is in response to your letters dated November 5, 2013 and November 20, 2013, concerning your brother, Roberto Rodriguez Trevino, TDCJ-ID #729766. Your concerns include: 1) a request for information about your brother's past and present medical condition, 2) you would like a list of all his current medications, 3) you would like information about his therapy and 4) you would like information about your brother's prognosis and recommendations regarding his care. An Authorization for Use and Disclosure of Protected Health Information (PHI) was obtained for you on November 7, 2013 and is in effect for 180 days, unless revoked earlier by your brother.

An investigation has been conducted by the Health Services Division and the findings are as follows:

➢ According to the medical record, your brother has been diagnosed with a seizure disorder (a sudden spasm or convulsion), high blood pressure, high cholesterol, coronary atherosclerotic disease (a condition in which blood vessels in the heart become clogged and hardened), arthritis, hearing loss, spinal stenosis (an abnormal narrowing of the spinal canal) and a ventral hernia (bulging of the gut through a weakness in the abdominal wall). Your brother also had a stent (a wire mesh stainless steel tube that holds a blood vessel open and keeps it from closing again) placement in June 2012. He had surgery on his back in May 2013 due to a pinched nerve in the back of his neck. Secondary to your brother's back condition, he developed a condition in which he feels tingling and/or burning in both of his hands. Documentation reflects that your brother was diagnosed with Schizophrenia which is a chronic, severe, and disabling mental disorder characterized by a breakdown of thought processes and by impaired emotional responses.

Your brother was evaluated and treated at Hospital Galveston Specialty Clinics on multiple occasions regarding his various medical problems. At this time, he is being seen at the Neurosurgery (surgical subspecialty dealing with surgery of brain and/or spine) and Cardiology (area of medicine specializing in conditions of the heart) Clinics on a routine basis. Appointments are scheduled for February and August of 2014.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

Two Financial Plaza, Suite 625
Huntsville, Texas 77340
(936) 437-4271
www.tdcj.state.tx.us

➢ The following medications have been prescribed to treat your brother's medical problems: clopidogrel (a blood thinner used alone or together with Aspirin to lessen the chance of heart attack, stroke or other serious problems with your heart), Aspirin (blood thinner) and Baclofen (a muscle relaxer used to treat muscle symptoms). The medications enalapril and metoprolol are prescribed to treat your brother's high blood pressure. Your brother is also prescribed the medications furosemide (fluid pill), omeprazole (antacid), phenytoin (used to treat seizure disorder), potassium, pravastatin (used to treat high cholesterol), amantadine (used to treat attention deficit disorder) and risperidone (used to treat the symptoms of mental health disorders).

➢ Your brother was recently evaluated by the physical and occupational therapist regarding improvement in strength, mobility and endurance. He was scheduled to receive physical therapy two times a week for eight weeks, along with occupational therapy two to three times a week for six to eight weeks. On November 7, 2013, the physical therapist discontinued the therapy due to your brother meeting his optimum level of function. He requires total assistance from medical staff for all of his activities of daily living (i.e., bathing, dressing, feeding, toileting, etc.). At this point, your brother is to continue with the home exercise program given to him by the physical therapist.

➢ The medical provider has not identified a definitive prognosis of your brother's medical condition at this time. There are no specific recommendations documented regarding his medical needs; however, the unit provider will continue to provide medical care to your brother as needed for his identified diagnoses.

For future information about your brother's health care you may contact the unit's University of Texas Medical Branch-Correctional Managed Health Care (UTMB-CMHC) medical staff directly. Your point of contact for general health information is Naushad Noor, UTMB-CMHC Practice Manager, who can be reached by mail at the Young Medical Facility, P.O. Box 1174, Dickinson, Texas 77539, or by telephone at (409) 948-0001. If you require, more specific information such as test results and diagnoses, you may contact the Department of Quality Services and Risk Management, UTMB-CMHC by mail at 301 University Boulevard, Galveston, Texas 77555-1007.

Sincerely,

Patient Liaison Program
Office of Professional Standards
TDCJ Health Services

KM/MW/KB/t

xc: Owen Murray, D.O., M.B.A., Vice President, UTMB-CMHC
     Young Unit Medical Management Team

· Reference No.: 130072976600048, 130072976600049, 130072976600050



Troy Caldwell, M.D. -- Skyview Unit
UTMB CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES
P.O. Box 999
Rusk, Texas 75785
Phone: (903) 683-5761

March 24, 2006

To Whom It May Concern:

I was the attending psychiatrist for this Roberto Trevino (medical records # 729766) at Skyview Psychiatric Hospital in Rusk, Texas. He was treated there for Paranoid Schizophrenia using Fluphenazine deccanate 37.5 mg IM every two weeks and Cogentin 2 mg by mouth twice a day.

Sincerely,

Troy Caldwell M.D.



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collie
Executive Directo

17 October 2022

Gloria Trevino

| OFFENDER | | TDCJ # |
|---|---|---|
| TREVINO,ROBERTO RODRIGUEZ | . | 00729766 |

Dear  Gloria Trevino,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph:(512)671-2134
Fax:(512)671-2409



**Texas Department of Criminal Justice**

**Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)**

**Medically Recommended Intensive Supervision (MRIS)**

Bryan Collie
Executive Directo

04 May 2021

John Richards

| OFFENDER | TDCJ # |
|---|---|
| TREVINO,ROBERTO RODRIGUEZ | 00729766 |

Dear  John Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care.The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives.Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin  Texas 78728

Ph: (512)671-21:
Fax:(512)671-24(



**Texas Department of Criminal Justice**

**Bryan Collier**
Executive Director

February 27, 2019

John E. Richards
john.richards@richardsvaldez.com

RE:    Trevino, Roberto Rodriguez
       TDCJ # 729766

Dear Mr. Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the Offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding his current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

EXHIBIT B

1

4616 W. Howard Lane, Ste. 200

(512) 671-2134
Fax (512) 671-2409



# Texas Department of Criminal Justice

**Brad Livingston**
**Executive Director**

November 22, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

RE: Robert Trevino, TDCJ# 729766

Dear Ms. Trevino:

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

Medically Recommended Intensive Supervision (MRIS) provides for the early review and release of certain categories of offenders and state jail confinees who are mentally ill, mentally retarded, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles (TDCJ-CID) or by the sentencing Judge (State Jail Confinees).

HB 1670, enacted during the 78th Legislative Session, excluded from MRIS eligibility those offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure. The 80th Legislative Session, however, enacted HB 2611 allowing MRIS consideration for those offenders if "in a persistent vegetative state" or being a person with an "organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that Offender Trevino's condition does not currently meet the clinical criteria as stated above.

For information on the Emergency Medical Reprieve process, please contact the Texas Board of Pardons and Paroles, Executive Clemency Section, 8610 Shoal Creek Blvd, Austin, Texas 78757, phone number (512) 406-5852.

Sincerely,

Jessica Riley
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.state.tx.us

8712 Shoal Creek Blvd.
Austin, Texas 78757

**EXHIBIT C**

(512) 465-5100
Fax (512) 465-5116



**From:** Gloria Trevino <vip4justice@gmail.com>
**Sent:** Tuesday, November 15, 2022 10:00 AM
**To:** PIA <PIA@tdcj.texas.gov>
**Subject:** THE ASSASSINATION OF ROBERT R. TREVINO 729766

CAUTION: This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

TDCJ
pio@tdcj.texas.gov

RE: ASSASSINATION OF ROBERT R. TREVINO 729866

GREETINGS,

I AM ROBERT'S SISTER, GLORIA TREVINO.  I DEMAND TO KNOW EVERYTHING THAT HAPPENED TO ROBERT ON THE DAY OF HIS ASSASSINATION.

WHERE DID HE DIE, WHAT TIME AND CIRCUMSTANCES SURROUNDING HIS
UNTIMELY SENSELESS ASSASSINATION.  IS THIS WHY YOU DIDN'T WANT HIM RELEASED ON MRIS TO THE VA FOR EMERGENCY LIFESAVING MEDICAL CARE?

PLEASE RESPOND ASAP AND WHERE ARE HIS DEATH CERTIFICATES?

GLORIA TREVINO, PETITIONER
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS 777077
713-309-5962
vip4justice@gmail.com



# Texas Department of Criminal Justice

## Emergency Action Center – Basic Releasable Information

**Offender Name/TDCJ #:**    Robert Trevino TDCJ #1306205

**Date/Time of Incident:**    November 03, 2022, at approximately 12:48 hours

**Location of Incident:**    Hospital/Clinic/Infirmary/Lab

**Injuries Sustained:**

**Known Disciplinary Action:**

**Basic Summary of Incident:**

Staff observed inmate Trevino unresponsive in his cell and began life-saving measures. Unit medical arrived and resumed life-saving measures while 911 was called. EMS arrived, transported via EMS to University Medical Center, and was pronounced deceased by the attending physician. The preliminary cause of death is unknown. The next of kin (sister) was notified and will claim the body. The Office of Inspector General was notified.

VICTIMS IN PETITION FOR JUSTICE
12526 Olympia Dr.
Houston, Texas 77077

# GUILTY OR RAILROADED?

*Roberto R. Trevino Sent to Prison for Life by a Town that Systematically Persecuted his Entire Family.*

**For Immediate Release**

Thursday, July 11, 1996

Contact:  **Gloria Turner Trevino** (713)496-7177

[Houston]—Roberto Rodriguez Trevino was found guilty of 24 counts of aggravated sexual assault by an all-white jury in Waxahachie, Texas in August of 1995.    His attorney unsuccessfully attempted to move the trial accusing authorities of trumping up charges against Roberto Trevino, a 100% disabled and physically incompetent Vietnam veteran of Hispanic decent who occasionally "attacked the system."    During the trial, the defense argued that investigator had a personal relationship with the ex-police chief who was a close friend of City Manger Bob Sokoll.  Sokoll was purported to have had a verbal altercation with Roberto Trevino at some time in the past in which he said that he would get rid of him.  Other irregularities of the trial was the lack of medical evidence of the sexual assault of the teens that accused Trevino of this crime.

Clearly, there had been a series of harassing incidents in Waxahachie against different members of the Trevino family.

\*    In 1968, Jose P. Trevino, the father, was pressured to sell his commercial property with the issuance of 17 citations all on the same day.

* In 1978, Juan Trevino, the brother, was stopped, held-down and violently pistol whipped by the Waxahachie police.

* In about 1978, Gloria Trevino, the sister, was threatened by the Waxahachie mayor for filing a sexual harassment complaint in a company that he managed. He stated that Gloria had opened up a can of worms and would live to regret the filing of the complaint to the NLRB.

### Was Robert R. Trevino the last on the list to receive the wrath of the townspeople?

Gloria Trevino Turner moved to Houston in an effort to avoid persecution in Waxahachie and to continue to seek justice for herself, Roberto R. Trevino and the rest of her family. However, Gloria has also been met with continued harassment and repression from the governmental agencies, like the FBI, where she turned to, attempting to correct the damages caused to her and the family's civil and human rights. In a detailed report entitled <u>Victims In Petition For Justice</u>, she outlines the many instances where federal, state and local officials ignore the family's petitions and call for justice.

**<u>Please call Gloria Trevino for interviews and the in-depth report at (713)496-7177.</u>**

## VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077 - (713)309-5962

### July 7, 2013

**PRESS RELEASE:**               **CONTACT: Gloria Trevino**               **(713)309-5962**

## "MISSION NOT ACCOMPLISHED!"

**ROBERT R. TREVINO, American War Hero and Bronze Star, Purple Heart Recipient of Hispanic Descent was illegally blatantly denied emergency medical treatment and a competency examination by the VA in complicity with the Ellis County Judicial Offenders in spite of his induced suicidal and distorted state of mind after being illegally jailed and denied his medication for PTSD .** He was, likewise, illegally blatantly denied members of his peers in the All-white bias Jury in furtherance of the conviction and maximum life-sentence. Robert was subjected to the **"Classic Kangaroo Court"** and shamefully **"RAILROADED"** in 1995 on groundless erroneous allegations by unreliable gang of Juvenile delinquents and orchestrated by lead investigator who had offered them immunity from prosecution on their felony crimes in exchange for bogus allegations against Robert. The investigator was executing her vicious vendetta born of extreme racial hatred and political prejudiced against Robert for successful campaigning for the resignation of the Waxahachie Police Chief that was her boss and her lover. To date, Robert remains illegally incarcerated, suffering from PTSD, schizophrenia due to concussion blast **"Traumatic Head Injuries"** and is paralyze from criminal neglect of his peripheral neuropathy of his upper/lower extremities and critical ischemic Heart condition as a result of extensive exposure to Agent Orange during his two tours of duty in the Republic of Vietnam. Robert is at the end of his life and at **"Death's Door."** The VA in complicity with the right wing white supremacist Judicial Offenders continues to blatantly deny Robert basic civil and human rights and the VA rights and benefits he honorably earned on the battlefield. They blatantly refuses to even provide Trevino a letter in support of **"Emergency Medical Reprieve"** to further endanger his life, deprive him of his freedom so they don't have to take care of him. Robert's sister, Gloria Trevino searches for Justice in the US Court of Federal Claims and has filed Injunction/Petition against the VA, US and Perpetrators of Homicide/Genocide in the Criminal Justice System and others to immediately transfer Robert to a private hospital in Houston, Texas in hope of saving his life. **"Even infamous, notorious, mob-boss, "Scar-face," Al Capone was released from prison on humanitarian grounds!**



"With Liberty and Justice for All"

2

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

JANUARY 21, 2015

## ROBERT RODRIGUEZ TREVINO, a VEGGIE
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
Carol S. Young Medical Facility
## UNLAWFULLY INCARCERATED SINCE 1995



Born June 7, 1946

## MR. JOSE P. TREVINO & MARIA RODRIQUEZ TREVINO
### Married Feb. 20, 1945



## MR. JOSE P. TREVINO
### UNITED STATES ARMY - HONORABLE DISCHARGE - WORLD WAR II

# Boze-Mitchell Funeral Home
## 511 West Main Street
## Waxahachie, Texas 75165
### Ph 972-937-2211
### Fax 972-938-2228

United States Court*
Southern District of Texas
FILED

JUL 2 0 2000 BT

Michael N. Milby, Clerk

July 7. 2000

Mr. Roger Thorpe
Texas Department of Criminal Justice
Fax# 936-437-8721

Dear Mr. Thorpe,

We are requesting the release of Robert Rodriguez Trevino Inmate # 729766 who is located in the Michael Unit to attend the funeral services of his mother Maria Rodriguez Trevino. Mrs. Trevino passed away July 5, 2000 and her services are scheduled for 10:00 AM Saturday July 8, 2000 at the chapel of Boze-Mitchell Funeral Home in Waxahachie. Texas. The interment will follow in the Lakeview Memorial Park in Waxahachie. Any assistance you can give in the matter of his release will be appreciated.

Sincerely,

Charles W. Fulton
Funeral Director
Operations Manager

**VETERANS IN PETITION FOR JUSTICE**
Gloria Trevino, founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, email:  vip4justice@gmail.com

## JUAN ANTONIO TREVINO, DOB, JAN. 8, 1948 – MURDERED OCT. 22, 2012
### VICTIM OF DEPRAVE HEART MURDER
**by Defendants of the Ellis County Jail**
Photo was taken after previous Rodney King style Waxahachie police brutality attack on Juan.



**"With Liberty and Justice for All"**

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Dec 20 2022

**STATE OF TEXAS** — CERTIFICATE OF DEATH

STATE FILE NUMBER **142-22-228447**

| 1. LEGAL NAME OF DECEASED (include AKA's, if any) (First, Middle, Last) | | 2. DATE OF DEATH - ACTUAL OR PRESUMED |
|---|---|---|
| ROBERTO    RODRIGUEZ    TREVINO | (Before Marriage) | NOVEMBER 3, 2022 |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR. Mo / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | JUNE 7, 1946 | 76 | | | LAREDO, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (if spouse, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married  ☒ Outpatient  ☐ Widowed (but not remarried)  ☐ Divorced (but not remarried)  ☒ Never Married  ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 6602 PEACH AVE | | LUBBOCK |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| LUBBOCK | TEXAS | 79404-7777 | ☐ Yes  ☒ No |

| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| JOSE    P    TREVINO    SR. | MARIA    RODRIGUEZ |

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL:  ☐ Inpatient  ☒ ER/Outpatient  ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:  ☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP  (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| LUBBOCK | LUBBOCK, 79415 | UNIVERSITY MEDICAL CENTER |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISONS - LISA A LOPEZ | 292 FM 3478 # STE B, HUNTSVILLE, TX 77320 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☒ Burial  ☐ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal from state  ☐ Mausoleum  ☐ Other (Specify)  ☐ Unknown | KENNETH DOLLAR, BY ELECTRONIC SIGNATURE - 111851 | Section 1-G  Block 91  Lot  Space 3 |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| LAKEVIEW MEMORIAL CEMETERY | WAXAHACHIE, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| WAXAHACHIE FUNERAL HOME | 1201 WEST 287 BYPASS, WAXAHACHIE, TX 75165 |

26. CERTIFIER (Check only one)
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| COLEY BRYANT    DUNCAN , BY ELECTRONIC SIGNATURE | DECEMBER 2, 2022 | Q0627 | 12:46 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| COLEY BRYANT    DUNCAN   6602 PEACH, LUBBOCK, TX 79404-7605 | MD |

33. PART I. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → | a.  ASPIRATION PNEUMONIA | IMMEDIATE |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

| PART II. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH  BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 34. WAS AN AUTOPSY PERFORMED? ☒ Yes  ☐ No |
|---|---|
| | 34a. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes  ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☒ Natural  ☐ Accident  ☐ Suicide  ☐ Homicide  ☐ Pending Investigation  ☐ Could not be determined | ☐ Yes  ☒ No  ☐ Previously  ☐ Probably  ☐ Unknown | ☐ Not pregnant within past year  ☐ Pregnant at time of death  ☐ Not pregnant, but pregnant within 42 days of death  ☐ Not pregnant, but pregnant 43 days to one year before death  ☐ Unknown if pregnant within the past year | ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes  ☐ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|

41. DESCRIBE HOW INJURY OCCURRED

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|

EDR NUMBER  000044445474476

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED    Dec 21 2022

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND





Exh. 6

# ELLIS COUNTY
## THE OFFICE OF COUNTY CLERK

STATE OF TEXAS    CERTIFICATE OF DEATH    STATE FILE NUMBER

1. NAME OF DECEASED: JUAN ANTONIO TREVINO

5. DATE OF DEATH: OCTOBER 22, 2012

2. SEX: MALE    4. DATE OF BIRTH: JANUARY 8, 1948    AGE: 64

6. BIRTHPLACE: LAREDO, TX

5. SOCIAL SECURITY NUMBER: 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

8. MARITAL STATUS AT TIME OF DEATH: ☑ Never Married

RESIDENCE STREET ADDRESS: 155 CHILDRESS RD.

CITY OR TOWN: WAXAHACHIE

COUNTY: ELLIS    STATE: TEXAS    ZIP CODE: 75165    INSIDE CITY LIMITS: ☑ No

11. FATHER'S NAME: JOE P. TREVINO

12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: MARIA RODRIGUEZ

13. PLACE OF DEATH (CHECK ONLY ONE): ☑ Decedent's Home

14. COUNTY OF DEATH: ELLIS    PRECINCT 1, 75165    155 CHILDRESS ROAD

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: OLGA DIXON - SISTER

18B. MAILING ADDRESS OF INFORMANT: 155 CHILDRESS ROAD, WAXAHACHIE, TX 75165

19. METHOD OF DISPOSITION: ☑ Burial

20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: JAMES A MCKIBBEN, BY ELECTRONIC SIGNATURE ~ 118058

21. PLACE OF DISPOSITION: LAKEVIEW CEMETERY    LOCATION: WAXAHACHIE, TX

NAME OF FUNERAL FACILITY: MCKIBBEN-MCKIBBEN FUNERAL HOME ~ WAXAHACHIE

COMPLETE ADDRESS OF FUNERAL FACILITY: 811 W. MAIN STREET, WAXAHACHIE, TX 76165

SIGNATURE OF CERTIFIER: JOHN A BOUSQUET III, BY ELECTRONIC SIGNATURE

DATE CERTIFIED: OCTOBER 31, 2012    LICENSE NUMBER: G8017    TIME OF DEATH: 05:35 PM

PRINTED NAME, ADDRESS OF CERTIFIER: JOHN A BOUSQUET III 1109 SW MAIN ST, ENNIS, TX 75119    MD

IMMEDIATE CAUSE (a): NON-HODGKINS LYMPHOMA    Due to (or as a consequence of):    9/2012

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE: CIRRHOSIS OF THE LIVER; DIABETES MELLITUS

MANNER OF DEATH: ☑ Natural

DID TOBACCO USE CONTRIBUTE TO DEATH: ☑ No    ☑ Probably    ☑ Unknown

IF FEMALE: ☑ Not pregnant within past year

REGISTRAR FILE NO.: 01525    DATE RECEIVED BY LOCAL REGISTRATION: NOVEMBER 8, 2012    REGISTRAR - ELLIS COUNTY CLERK, ELECTRONICALLY FILED

---

STATE OF TEXAS
COUNTY OF ELLIS

☒ CERTIFIED IMAGE

I hereby certify that this is a true and correct copy of the official vital record in the custody of the Ellis County Clerk.

DATE ISSUE: _____

Do not accept unless prepared on security paper displaying the Official Seal of Ellis County and the signature of the Ellis County Clerk or Deputy County Clerk.
NOT VALID IF PHOTOCOPIED.

Cindy Polley, County Clerk, Ellis County, Texas

By _____, deputy



 

DONATE

LAW

# Texas continues to exonerate people who were wrongly convicted during 'satanic panic'

April 18, 2023 · 4:31 PM ET
Heard on All Things Considered

By Paul Flahive

**3-Minute Listen**          PLAYLIST     Download

Transcript

Texas courts are still exonerating people who were falsely convicted and imprisoned amid the "moral satanic panic" of the 1980s and '90s. Their persecution was based on lies and conspiracy theories.

Sponsor Message

Why not exonerate Robert Treviño after state ministry confession + implication of government officials?

...for the display, which includes American...

nued from Page 1
President Bush aboard Air One, and will be one of the s accompanying him on the...

...ton praised the work of the s delegation in Congress and cularly of Senators Lloyd sen and Phil Gramm in prepar- for the Senate vote on the pro-...

...e said he had extended Bush an tation a year ago to visit the and Bush had said two months he would put it on an upcom- schedule. Barton said the presi- t's visit could not be better ...

"Having the president at the c) on the day of the Senate ght convince some undecided nators to vote for it," said Bar- t, whose congressional district ludes the super collider.

An advance team of White use aides and Secret Service ents toured the construction site onday to plan the president's sit and have met with area law forcement to plan security.

Collider spokesman Russ Wylie id President Bush probably will alk through the construction site here the main shaft, 60 feet wide nd more than 200 feet deep, is eing dug for the collider.

## Sokoll

Continued from Page 1
When questioned by state prose-cutor Lee Johnson, Sokoll admitted that his response to Trevino was not a professional one.

"I don't think I should have said that I feel it was probably out of line," said Sokoll.

R.E. Simpson, director of utili-ties for the City of Waxahachie, and City Engineer Frank Davis both testified they were at the April 29 meeting, and had been at an earlier social gathering at the Waxahachie Chamber of Com-merce office with Sokoll and at no time saw any actions by Sokoll to indicate he had been drinking.

After the decision, Trevino said he was bothered by what he believed was a "conflict of interest" in the case because Judge Johnson had worked for Jenkins' law firm from 1969-1974.

"I'm going to call the state bar and have them look into this mat-ter," said Trevino. "He (Johnson) shouldn't have presided over this case."

Sokoll could not be reached for comment after the case.

## Genealogical Society to

The Ellis County Genealogical Society will hold their monthly meeting, Monday, Aug. 3, at 7:30 p.m., at the TU Electric Com-munity Room, 401 Ferris Ave., Waxahachie.

Speaker for this month's meeting will be Jeanne J. Tabb and her topic will be "How to Join a Patriotic Organization."

Active in numerous tions, she is presid Colonial Dames of 1 National Program Cha Daughters of 1812, St of the Sons & Daug Pilgrims, past directe president of the Dalla cal Society, and has I offices in the local and societies.

All are q served, and guests are not required to attend.

## Fund-raiser slated at Maypearl cafe

A fund-raiser for candidates Del McLane and James Ledbetter will be held Saturday, Aug. 1, in the Busy Bee Cafe in Maypearl at 6:30 p.m.

The dinner will be a fish fry and tickets are $5 for adults and $3 for children.

The event is sponsored by Ann Heath, owner of the cafe, and friends of the candidates.

McLane is incumbent Pct. 3 Ellis County Commissioner and Ledbet-ter is a candidate for county sheriff. Both are Democrats.



## SAINT

"As Jesus entered a cer into her house," Jesus v people. He was a welco At the death of Lazar resurrection and confess

## ST. JOSEPH
504 E. Marvi

### Medical Center Pharmacy
ESTEE LAUDER   aramis   CLINIQUE   White Shoulders

MON.-FRI. 8:00-6:30
SAT. 8:00-5:00
SUN. 8:30 a.m.-10:30 p.m.

 

937-1420
FAX 938-1898

201 Ferris Ave.    Waxahachie

## ELLIS COUNTY SHERIFF'S DEPT.

John L. Gage
SHERIFF

214/937-6060
214/923-4900

300 S. JACKSON
WAXAHACHIE, TEXAS 75165

Gho
Enchiladas
(2 Beef, (
Tostada
Quesadilla
Chile Relle
CHILD PL/

208 W. Franklin St.

Buy one admission,
get one
# FREE
Matinees Only
Monday-Thursday
With Coupon - Expires 8/13/92

Buffalo Creek 4
Northgate Plaza Waxa 938-2121



## Grace's
Dress Shoppe
Popular Monthly
### RIDICULOUS SALE


OU
CAT/
H

*ENNIS PRESS*

## The Editor's opinion

# Sokoll should learn when to keep his mouth shut

Friday, August 7, 1992 • THE PRESS • Page 5A

Don't be afraid to take a big step if one is indicated. You can't cross a chasm in two small jumps.

DAVID LLOYD GEORGE

By R.L. Klemp

Waxahachie city manager Bob Sokoll has a bad habit. He opens his mouth at the wrong times and inappropriate words come out.

This happened April 29, when Sokoll spoke to Waxahachie resident Robert Trevino, in front of other Waxahachie citizens.

Trevino filed charges against Sokoll, saying that the city manager threatened his well-being.

Later, in his trial in city court, the embattled city manager admitted, he should never have walked over and encountered a group of dissatisfied citizens after a special city meeting.

And, Sokoll admitted, he was wrong in responding verbally when he heard Trevino talking about how the city manager and city council members should be replaced.

At that time, Sokoll admits, he said something wrong. In so many words, Sokoll said that Trevino could be gotten rid of, too.

Trevino filed charges.

Responding heatedly to a citizens remark (no matter how heated that remark might be) is something a city manager just does not do. It shows that he has lost control.

The city manager should always show control, so that he can be relied on to lead the city out of crises.

During future crises, can the citizens of Waxahachie expect to see

their city manager off in a corner arguing with a group of citizens?

This is not the first time Sokoll's mouth has gotten him in trouble. A couple of years ago, when there was quite a bit of competitiveness between Ellis County towns over which towns would reap the most benefits from the SSC, Sokoll referred to the people of Ennis as a bunch "of peons."

Not only did the statement contain a racial slur, it's very bad taste for a city official to publically try to demean another city. Unfortunately, Sokoll's remark made the Dallas Morning News.

Keep your mouth zipped, Bob!

Evil often triumphs but never conquers.

# NOTICE

## *Telico Volunteer*

# *Fire Dept.*

Will Meet Tuesday, August 11 at 8:00 pm in the fire house.

### Barn Dance Will Be Discussed

## THE ALLERGY AND ASTHMA CENTER OF DUNCANVILLE

# Jay S. Gartner, M.D.

### ADULT AND PEDIATRIC ALLERGY AND ASTHMA

- Eye, Ear, Nose & Throat Allergy
- Asthma, Hayfever, Sinus
- Chronic or Persistent Cough
- Recurrent Infections
- Low Immunity
- Sinus Headaches, Sore Throat

- Hives and Swelling
- Skin Allergy, Contact Dermatitis, Poison Ivy
- Insect Allergy: Fire ant, Bees
- Food Allergy
- Cedar Fever

Telephone Answered 24 Hours

# 709-NOSE

709-6673

626 W. Wheatland Road
Duncanville, Texas



## Allergy & Asthma Update

*By Dr. Jay S. Gartner M.D.*

### Testing, One, Two...

Patients often approach allergy testing with anxiety. Will it hurt? Is it safe? There are several ways to test patients for allergies, but many doctors prefer a procedure called Serial Dilution Antigen Endpoint Titration. The name is generally shortened to Serial Dilution or just "titration." After a thourough medical history and physical exam, the doctor or a trained assistant will administer a series of small injections, using very fine needles, on the patients arms. Only a tiny amount of the test substance (antigen) is injected. These produce little bumps, like mosquito bites. After a waiting period of about ten minutes, the size of



You CAN DO IT WITH *True Value* HARDWARE®

Master ELECTRICIAN

25-Ft.

You CAN DO IT WITH *True Value* HARDWARE®

GALAXY BY LASKO

6-In. Personal

# #3

... in here with Robert 'cause my mom don't treat
me right. She hits me, curses me, calls me
all ways beating me down. She ran me off
from the house Friday. She also told my
my P.O. She was sorry to have me off...

# #2

Robert, Patrick, mom 4/12/94    2.00 P.M.

Say bud. whats up? Not all that much
there. They put me back in Public School.
I miss you homie. Come up 1 day and
visit me. So hows Life. Its boring up here
get me 1 of those Pitty pups. On my
next w/end home I need you to pick
me up at the Bus station If thats OK
with you if not I just will come later.
I'm being good now. I wish I would
have listened to you when you told
me something. I cry everynight. Think-
ing of you guys down there. Because
you my boy my homie, and my best
Friend. Please dont let patrick get into
trouble. Its not fun not getting to
See my family everyday or get to
talk to them everyday. Nows when
I relized I Really Love my family
and my Brother. and you. Because
98% of the kids now days go to
Prison if there Still getting into trouble
when there 18. And thats where Im
needed If I dont get Straight. well
Better Let you guys go for now
See you soon hopefully.

Love Always

[signature]

20

Wed. 8-23-95

# he Daily Light

## 12 pages in 1 section • daily 50 cents/ 32 cents home delivery

# Trevino defense fails to strike all-white jury

**By BARTON CROMEANS**
*Daily Light Staff Writer*

After an early-morning court-room battle over an all-caucasian jury Tuesday, state prosecutors began the presentation of their case against 49-year-old Roberto Rodriguez Trevino of Waxahachie with testimony from three of five juveniles who allege they were sexually molested by the man between January 1994 and February 1995.

Defense attorney John Dixon delayed testimony with a motion to have the jury dismissed based upon what he said was the state's intentional exclusion of two potential jurors for the color of their skin. Dixon argued his client, a member of a minority, deserves a trial in which minority jury members are present.

Judge Gene Knize found that Dixon's motion was unfounded — given the testimony of Assistant District Attorney Lacy Buckingham and Dixon's own dismissal of one of the two jury members he accused the state of being prejudiced against.

The jury was brought into the court, sworn in and the trial began.

See TREVINO, Page 12

1 of 2

*Waxahachie Daily Light*

Thurs. 4-27-95

# FBI probing police over Trevino case

**By ALLAN TAYLOR**
*Daily Light Managing Editor*

A Waxahachie police administrator confirmed Wednesday that the department is being investigated for alleged civil rights violations of accused sexual offender Roberto Rodriguez Trevino.

Less than 24 hours after handing over arrest and incarceration data to the FBI, Deputy Chief Brett Colston said the department remains "confident that the case was handled properly."

"All the requirements were met (Tuesday) — we were totally cooperative with the FBI case investiga-tor," Colston said. "We feel like there was no wrong doing on our part and we're looking forward to being totally vindicated of any civil rights violations."

Colston said local officials will now await word from the U.S. Justice Department, which should receive the FBI's preliminary report within 21 days.

While police were characterizing the allegations as unfounded, Trevino's defense attorney was apparently learning of the suit for the first time. Contacted at his Houston office Wednesday, John

*See* FBI, *Page* 10

# FBI

*Continued from Page 1*

Dixon said he "had no idea that any complaint had been filed."

"If indeed there has been a suit filed, then it was done beyond my knowledge, and I'm disappointed that something like that would occur without me being made aware of it," Dixon said.

After filing a motion for change of venue March 17, Dixon said the charges against Trevino were merely repercussions for his client's past criticism of the department. Dixon also questioned whether Trevino was being provided with adequate medical care during the incarceration and threatened to carry to the U.S. Attorney General's office.

But despite the allegations, Dixon maintained Wednesday that he was unaware of Trevino's civil rights suit.

"Any civil rights lawsuit filed on behalf of Mr. Trevino was not initiated by his attorney," Dixon said.

Police arrested the 48-year-old Trevino Feb. 9 at his Waxahachie home and bond was set at $425,000.

Trevino was indicted March 1 on more than 24 counts ranging from sexual assault to indecency with a child after five minors reportedly testified against him before an Ellis County grand jury.

Trevino was released from jail in April when bond was lowered to $70,000.

# County's chief prosecutor joining FBI

**By PATRICIA C. STUMB**
*Daily Light News Editor*

The road to Washington D.C. evidently goes right through the Ellis County District Attorney's office.

Three of the past four prosecutors to leave that office have gone on to work in the nation's capital. The latest in that string is chief felony prosecutor Steve Marshall, who has worked in Waxahachie for the past year.

Marshall — just like former misdemeanor prosecutor Steve Vedral who resigned from the DA's office about a month ago — is leaving to become a special agent with the FBI. That designation will come after 15



Assistant D.A. Steve Marshall will become an FBI special agent.
*Patricia C. Stumb/The Daily Light*

See FBI, Page 10

# FBI

*Continued from Page 1.*

grueling weeks of physical and academic training.

"I'm not that concerned about the academic aspect of it," Marshall said. "I've been practicing law for 11 years, so I should have that part down. The most challenging part for me, an almost 35-year-old man, is the physical fitness part.

"It makes me wish I had taken better care of myself. There's an office pool going on how long I'll last before I kill myself. I'm betting on 12 weeks."

When Marshall accepted the chief felony prosecutor's position — which was vacated by Clay Strange who is now heads the DNA technical assistance unit for the National District Attorneys Association — he had already sent in an application to be a special agent with the FBI.

The competition is pretty stiff. Marshall said there were 30,000 applicants for 1,300 job openings with the federal agency.

If he hadn't made the cut in this round of hires, Marshall feels certain his childhood dream of being an FBI agent wouldn't have been realized. The cutoff date is 37.

"I guess every kid who grew up in the '60s wanted to be Efram Zimbalist Jr.," the 1984 Texas Tech Law School graduate said. "I've thought about doing this for a while.

"I've got a great job right now, and there's no better person to work for than (District Attorney) Joe Grubbs. I've got a great staff, and I've enjoyed every minute of working with (felony prosecutor) Lacy Buckingham. I can't think of another job offer that would cause me to quit this."

Marshall worked in the Tarrant County District Attorney's Office for almost 10 years before going into private practice for about six months.

After Marshall completing at FBI headquarters Quantico, Va., he does Where he'll be sent or what he doing. He hopes it will investigating violent crime.

"That's the part about being a prosecutor that I liked best," the Houston native said. "I've enjoyed the courtroom, but I've done that for 11 years, and I'm ready to move on. The courtroom is a very limited part of the process."

Marshall he looks forward to the extended resources the FBI has to handle case investigations.

"When working with the FBI in the gang unit in Tarrant County, I was impressed with their resources and abilities," he said. "It will be great to have the means to investigate cases as they should be. Local government — especially in Tarrant County — didn't have those resources.

"There's a limited amount of money locally which can never match what the federal government has access to."

United States Court
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

https://www.santafenewmexican.com/news/local_news/ex-fbi-agent-to-head-law-enforcement-academy/article_8f022839-628e-558a-9bfd-dadbd6ea2751.html

# EX-FBI agent to head Law Enforcement Academy

By Andrew Oxford
The New Mexican
Apr 29, 2016



Stephan Marshall

The secretary of the state Department of Public Safety has tapped a former FBI agent to lead the New Mexico Law Enforcement Academy.

# DENIED FREE SPEECH AT WHITE HOUSE

## Texan Hispanic Woman Arrested By Secret Service As She Protests Harassment of Family by Authorities.

**for Immediate Release**
**Monday, October 7, 1996**

**Contact:**
Gloria Trevino   (202)232-3058, Washington, DC
or.  Dolores T. Helms (214)923-1803, Waxahachie, TX

[Houston,TX/Washington,DC] - Gloria Trevino has led a fight against the injustices perpetrated against herself and family for years.  She and her family have suffered several incidents of constitutional rights violations at the hands of Texas authorities and federal officials in Texas.  In September, she went to Washington, DC to protest the unlawful incarceration of her brother, Robert Rodriguez Trevino.  The form of the protest is a hunger strike with the American Flag in its distress state (upside down) in front of the White House.  Twice she has been forcibly removed from her peaceful demonstration by the Sectet Service and other police forces.  She has been detained 5 days since she began her effort. Her protest material has been seized and not returned.  She denounces such actions by the Secret Service and other police.  She is also seeking a restraining order for the return of all of her protest materials, and to prevent further disruptions of her first amendment activities, freedom of speech and freedom from oppression.  She is willing to do interviews at the above number.

*Received 10/11/96*
*Public + Intergovernmental Affairs*
*Carol Blake*

*Recieved 10/11/96*

# VETERANS IN PETITION FOR JUSTICE

### Gloria Trevino, Petitioner, 12526 Olympia Drive - Houston, Texas 77077

## DENIED FREE SPEECH IN FRONT OF WHITE HOUSE
## TEXAS HISPANIC WOMAN HONORABLY DISCHARGED VETERAN ARRESTED BY
## SECRET SERVICE AS SHE PROTESTS HARASSMENT OF FAMILY BY AUTHORITIES
### Oct. 7, 1996



**Contact: Gloria Trevino at 713-3095962,  Email, vip4justice@gmail.com**

# VETERANS IN PETITION FOR JUSTICE

**Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077**
**(713)309-5962**
**vip4justice@gmail.com**

## GLORIA TREVINO, UNITED STATES AIR FORCE
## 1979- 1982, Honorably Discharged After MST



**Born January 8, 1953**



U. S. Department of Justice

Office of the Inspector General

April 20, 1998

MEMORANDUM

To:           Richard W. Roberts
              **Chief**, Criminal Section
              **Civil Rights Division**, U.S. Department of Justice

From:         **Michael R. Bromwich**
              Inspector General

Subject:      Letter from Ms. Gloria Trevino

      The **Inspector General's Office** recently received correspondence from Ms. Gloria Trevino alleging violation of her civil rights as well as those of her brother, Roberto Rodriguez Trevino, who is presently incarcerated in a Beaumont, Texas, prison. Because the issues raised in this letter fall under your jurisdiction, I am forwarding Ms. Trevino's letter to you for disposition. Thank you.

Attachment

cc: Ms. Gloria Trevino

CAUSE NO. 21530-21534

FILED FOR RECORD
95 OCT -3 PM 12: 39
BILLIE A FULLER
DISTRICT CLERK
ELLIS COUNTY TX.

E STATE OF TEXAS

VS.

BERT TREVINO

IN THE DISTRICT COURT OF

ELLIS COUNTY, TEXAS

40TH JUDICIAL DISTRICT

DEFENDANT's FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and
umbered causes by and through his attorney of record, John A. Dixon
nd files this his Defendant's Formal Bill of Exception.

BE IT REMEMBERED that during the course of the trial of the above
ntitled and numbered cause the following transcribed, namely:  The
estimony of GLORIA TREVINO, a defense witness, was excluded by the
onorable Judge GENE KNIZE after motion by the state for said exclusion.
he testimony by GLORIA TREVINO would have aided the Defense in its
ssertion that the Trevino family in Waxahachie, Texas had been a
arget for harassment from officials in Waxahachie, Texas over a long
eriod of time resulting in even physical abuse of some family members.
urther, the testimony of GLORIA TREVINO would have aided the Defense
in its assertion that the Defendant ROBERT TREVINO being a member of
the Trevino Family was targeted by the officials in Waxahachie, Texas
for continued harassment.   The testimony of GLORIA TREVINO is outlined
in the Affidavit of PERSONAL Statement Regarding Change of Venue For
Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to
the Trial Court and asks that it be approved without qualification, or in
the alternative, if it is approved with qualification, that the reasons for
qualification be stated or if it is refused, that the reason for the refusal
be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 400 D
Houston, Texas  77054
713-349-6387
SBN#:  00785824

*Ct of Appl. No's 10-95-00277-10-95-00281*
*10th Dist of TX. Waco, TX.*
*Brief for Appellant*                                    *2 May 96*

to any of the alleged acts by the Appellant. The State offered no

expert testimony to assist the jury in making the determination

that the complainant's had been mentally and physically abused.

Only one of the five complainant's had a medical report and it

revealed no physical evidence of abuse and Dr. Remmer used the most

sophisticated instruments to determine if there had been any

physical abuse of complainant Christopher Williams over a long

period of time and found none.

The Appellant respectfully prays that this Honorable Court

look at the record and view the evidence and then make the

determination that Appellant's guilty verdict is clearly wrong and

unjust and therefore order an acquittal of the Appellant in all of

these causes.

### PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Appellant Prays this Honorable

Court to consider each and every point of error raised herein to

reverse Appellants conviction and to order a judgment of acquittal

or new trial as the law and justice demands.

Respectfully submitted,

John A. Dixon
2616 S. Loop W. Ste. 400D
Houston, Texas  77954
713-349-8387
Fax:  713-349-8783
SBN:  00785824
Attorney for Appellant

CAUSE NO. 2 1 5 3 1 ___CR

DA# 02-1372

§ FILED FOR RECORD

§ 95 MAR -1 PM 2:54

THE STATE OF TEXAS

V.

ROBERTO RODRIGUEZ TREVINO

§ BILLIE A. FULLER
§ DISTRICT CLERK
§ ELLIS COUNTY, TX.

OFFENSE:    AGGRAVATED SEXUAL ASSAULT
            OF A CHILD

AGENCY:  WPD

WITNESSES:    BILLIE WIGGINS
              SHAWN LANGFORD

§ (This Space For Clerk's Use)

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to-wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

"Nothing But the Truth"

The recounting of Facts..

a lie is a confession"

"Big Red Flag"

"disregarded by all!"

ДJ.

V2591

FOREMAN OF THE GRAND JURY

#1 Grand Jury "No Billed
No Evidence Reliable

Last Minute
Shaun recants !
half lie ! &
Red Flags.
No #2 Grand Jury
in

SEARCH    HOME    ACCESSIBILITY POLICY    ADVERTISE    FORMS & SUBMISSIONS    E-EDITION    LOG IN

# The Ellis
# County Press

*Ellis County's only independently owned newspaper*

CTLON    HPER TOCAL    PUBLIC WAY    GN PT    TFSTALE    CVTHEREY    LEGALS    ADOFTIC    CONTACT



Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

## LOCAL COUPLE ARRESTED FOR MURDER OF INFANT

Wed, 06/15/2022 - 1:01pm

**RITA COOK / STAFF WRITER**

WAXAHACHIE – The Ellis County Sheriff's Department arrested a Waxahachie couple last week on charges of the murder of their female infant.

The name of the infant was not released.

Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

Their bond was set at $1,000,000 each.

The incident was initially reported on Saturday, March 19, when Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie in reference to a child who was not breathing.

The deputies arrived at the location and observed the infant being loaded into an ambulance.



Ferris, TX 75125                69 °F    90 °F

**Have a news tip?**

Do you have information that the public should know about? Share news tips with us anonymously.



SUBMIT NEWS TIP

---

**ECP TV**

ECP TV Terry Murphy...

▶

**ECP-TV: RITA COOK AND TERRY MURPHY TALK ABOUT THE INFLUENCE OF LOBBYISTS ON ELECTIONS (APRIL 7, 2023)**

MORE VIDEOS



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

_____, Thomas (HOU) <Thomas.Mattison@va.gov>
To: Gloria Trevino <vip4justice@gmail.com>
Cc: "Mitchell, Lynda M." <Lynda.Mitchell@va.gov>

Tue, Nov 1, 2022 at 2:1:

Hello Ms. Trevino,

This is a follow up to our phone conversation of today.

1. The HCRV Outreach Specialist , Lynda Mitchell LCSW-S (cc'd on this email thread) will request face to face visit with your brother during her visit to TDCJ Montford unit next week. She will verify his current situation and clarify as appropriate, his treatment goals moving forward.
2. You have the right to petition again, yourself or with an attorney's assistance, TDCJ for:
   a. MRIS release for your brother
   b. Request he be relocated to facility closer, that allows septuagenarian family members, some in wheel chairs, easier access to visit vs a 500 ÷ mile one way trip to current TDCJ hospital facility vet is currently housed at.

I will follow up with you sometime next week after Ms. Mitchell completes her site visit to Montford.

Please feel free to contact me as needed.

Respectfully,

*Thomas Lloyd Mattison LCSW-S*

Michael E. DeBakey VA Medical Center

Healthcare for Reentry Veterans (HCRV) Specialist

2002 Holcombe Blvd. MC 122

Houston, TX 77030

Thomas.Mattison@va.gov

936 322-4000 Ext. 10950

Cell: 406 417-9536

http://www.va.gov/HOMELESS/Reentry.asp

**From:** Gloria Trevino <vip4justice@gmail.com>
**Sent:** Tuesday, November 15, 2022 10:00 AM
**To:** PIA <PIA@tdcj.texas.gov>
**Subject:** THE ASSASSINATION OF ROBERT R. TREVINO 729766

---

CAUTION: This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

---

TDCJ
pio@tdcj.texas.gov

RE: ASSASSINATION OF ROBERT R. TREVINO 729866

GREETINGS,

I AM ROBERT'S SISTER, GLORIA TREVINO.   I DEMAND TO KNOW EVERYTHING THAT HAPPENED TO ROBERT ON THE DAY OF HIS ASSASSINATION.

WHERE DID HE DIE, WHAT TIME AND CIRCUMSTANCES SURROUNDING HIS
UNTIMELY SENSELESS ASSASSINATION.   IS THIS WHY YOU DIDN'T WANT HIM RELEASED ON MRIS TO THE VA FOR EMERGENCY LIFESAVING MEDICAL CARE?

PLEASE RESPOND ASAP AND WHERE ARE HIS DEATH CERTIFICATES?

GLORIA TREVINO, PETITIONER
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS 777077
713-309-5962
vip4justice@gmail.com



# Texas Department of Criminal Justice

## Emergency Action Center – Basic Releasable Information

**Offender Name/TDCJ #:**  Robert Trevino TDCJ #1306205

**Date/Time of Incident:**  November 03, 2022, at approximately 12:48 hours

**Location of Incident:**  Hospital/Clinic/Infirmary/Lab

**Injuries Sustained:**

**Known Disciplinary Action:**

**Basic Summary of Incident:**

Staff observed inmate Trevino unresponsive in his cell and began life-saving measures. Unit medical arrived and resumed life-saving measures while 911 was called. EMS arrived, transported via EMS to University Medical Center, and was pronounced deceased by the attending physician. The preliminary cause of death is unknown. The next of kin (sister) was notified and will claim the body. The Office of Inspector General was notified.



**THE GOLIAD FLAG**

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

718 S.W. 16th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

> *"No legacy is so rich as honesty".*
> -Shakespeare, *All's Well that Ends Well*

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law
Texas Board of Legal Specialization

RYAN BROWN
BRUCE MOSELEY, OF COUNSEL



# BLACKBURN & BROWN, LLP
## LAWYERS

THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn



OF TEXAS

January 22, 2023

Mrs. Gloria Trevino
12526 Olympia Drive
Houston, TX 77077

RE:    State of Texas v. Roberto Rodriguez Trevino
       Indec w/ child, Sex assault/ Agg Sex Assault/ Sex Assault-Child

Dear Mrs. Trevino:

I want to, again, extend my deepest condolences in the loss of your brother. I can only imagine how difficult this time is for you and your family. I'm sorry IPTX couldn't complete the initial evaluation of your brother's case. Unfortunately, with his passing, IPTX is closing his file.

Enclosed are all the documents you have forwarded to us as you have tirelessly advocated for his innocence.

I wish you the very best!!

Sincerely,

Kimberly Moore,
IPTX Paralegal

KM/dth

Enclosures

*See attached Timothy Cole after serving 13 years died in prison and later posthumously exonerated! Never wanted to help save Robert's life on MRIS, etc.*

# Timothy Cole

## Time Served: 23 years



**Timothy Brian Cole died in a Texas prison in 1999 while serving a 25-year sentence for a rape he didn't commit. Nearly a decade later, DNA evidence from the crime posthumously exonerated Cole and implicate**

*Houston Chronicle July 22, 2023, Sat.*

# 3 mayoral hopefuls took banned donations

**By Yilun Cheng, Mike Morris and Caroline Ghisolfi**
STAFF WRITERS

Mayoral hopefuls state Sen. John Whitmire and U.S. Rep. Sheila Jackson Lee have accepted campaign donations from city contractors during prohibited periods, breaking a Houston ordinance designed to limit donors' influence at City Hall.

The law in question bars city vendors from donating to any candidate within 30 days after a contract award. In at least 11 instances, however, Houston's mayoral candidates accepted donations — totaling $38,000 — from representatives of these companies during black-out periods, according to their latest campaign finance reports and a log of contractors compiled by the city secretary.

Whitmire is involved in five of these cases, three of which concern contributions from Locke Lord, the law firm where he serves as counsel. Jackson Lee also received five such donations, and attorney Lee Kaplan received one. Most of the companies that made the contributions are long-term contractors, and some are frequent donors in local elections.

By law, if candidates have unknowingly violated the ordinance, they have 10 days to return the money. The ordinance defines contractors as donors who are corporate officers and directors or those with a sufficient ownership stake in the business. Out of the 11 contributions, six — totaling $22,000 — had the donors' names explicitly listed in the city secretary's logs of prohibited individuals.

Whitmire's and Jackson

*Donations continues on A5*

---

**TONY BENNETT** 1926-2023

# Beloved singer carried torch for American standards

**By Bruce Weber**
NEW YORK TIMES

Tony Bennett, a singer whose melodic clarity, jazz-influenced phrasing, audience-embracing persona and warm, deceptively simple interpretations of musical standards helped spread the American songbook around the world and won him generations of fans, died Friday at his home of

**INSIDE**

Singer recalled as creator of own world. **A3**

many decades in Manhattan. He was 96.

His publicist, Sylvia Weiner, announced his death.

Bennett learned he had Alzheimer's disease in 2016, his wife, Susan Benedetto, told AARP the Magazine in February 2021. But he continued to perform and record despite his illness; his last public performance was in August 2021, when he appeared with Lady Gaga at Radio City Music Hall in a show titled "One Last Time."

Bennett's career of more

*Bennett continues on A3*



Brett Coomer/Staff file photo
**Tony Bennett performs in 2001 at the Cynthia Woods Mitchell Pavilion in The Woodlands. He died Friday in New York at 96.**

---

Sharp on Thursday night first obtained by the Texas Tribune.

The fallout from missteps in McElroy's hiring has now caused two administrators to step down from high-level positions at A&M amid allegations of outside interference at the traditionally conservative school.

A&M officials initially celebrated the decision to hire McElroy, a Third Ward native who has had a distinguished career at the New York Times and directed the University of Texas at Austin's School of Journalism. At the time, Department of Communication and Journalism head Hart Blanton called McElroy a person who brings the "vision and experiences" needed to revive the journalism program, which went defunct in 2004.

While many in the journalism industry supported the pick, an article in the conservative-affiliated "Texas Scorecard" labeled McElroy as a DEI "proponent."

Negotiations fell apart when the university watered down her contract to a non-tenured, at-will position. McElroy told the Tribune in a nationally circulated story that her hiring became mired in "hysteria" from influences who had concerns about her research on diversity and equity, her diversity and equity experience in newsrooms and more generally her former employment at the Times.

State institutions are in the process of dismantling their diversity, equity and inclusion, or

*Texas A&M continues on A8*

---

| Business | **B8** | Crossword | **A13** | Editorials | **A9** | Nation | **A4** | Sports | **B1** | TV | **A13** | **TWITTER:** @HoustonChron | **INSTAGRAM:** HoustonChron |
| Comics | **A12** | Directory | **A2** | Horoscope | **A12** | Obituaries | **B11** | Star | **A10** | Weather | **B12** | **LINKEDIN:** Houston-Chronicle | **FACEBOOK:** @HoustonChronicle |

**HOUSTONCHRONICLE.COM:** VISIT NOW FOR BREAKING NEWS, CONSTANTLY UPDATED STORIES, SPORTS COVERAGE, PODCASTS AND A SEARCHABLE NEWS ARCHIVE.

6  37953  11111  1

*Sat. July 22, 2023, P. II + (11*

# DONATIONS

**From page A1**

Lee's campaigns acknowledged their mistakes and promised to refund the money. Kaplan's team said it is still reviewing the documents but would also give back any donation that violates the rules.

This marks the second time this week that the three campaigns have promised to return money they were not supposed to take. Before the latest revelations, they also admitted to receiving contributions that exceeded legal limits, with Jackson Lee expected to return at least $63,800 in excess donations.

The quest for Houston's top job got off to its earliest fundraising start in history, with top contenders already raking in millions by this time last year.

As the November election nears and the fundraising race intensifies, candidates' scramble for cash has not only led to blunders but also compromised ethics, said Brandon Rottinghaus, a political science professor at the University of Houston.

"The history of Houston has been chock full of conflicts of interest, and the laws put in place were designed to try to minimize some of those conflicts," Rottinghaus said. "These laws are pretty ironclad. They have been in existence for a while. So following these laws and making sure that everything is buttoned up properly is paramount right now to ensure public trust."

**Issue has hit many**

Whitmire accepted a total of


Mark Mulligan/Staff file photo


Raquel Natalicchio/Staff file photo

**State Sen. John Whitmire and U.S. Rep. Sheila Jackson Lee, as well as attorney Lee Kaplan, got donations for their mayoral campaigns from city contractors during prohibited periods.**

ance of a conflict has been something that a lot of mayoral candidates and all mayors have grappled with," Rottinghaus said. "It has ripple effects across the city and worsens the public perception that businesses and developers — not the people — run the city."

Massey Villareal, president of technology firm Precision Task Group and a longtime donor to conservative politicians, illegally gave $5,000 to Whitmire's campaign. The company has earned at least $7.7 million for providing information technology services to Houston.

Representatives of FCM Engineers made a $5,000 donation to both Whitmire and Jackson Lee during the blackout periods.

The firm has seven past and ongoing city contracts for various infrastructure projects such as sewer systems and water treatment facilities. It has received at least $6.2 million since 2012.

Whitmire's spokesperson Sue Davis said the campaign's errors were partially a result of the challenge of navigating two sets of fundraising restrictions and adhering to both city and

comments.

**'They should know better'**

Longtime political consultant Nancy Sims said that while candidates should regularly check the city secretary's contractor list, companies are also responsible for monitoring their blackout periods. Many of these firms' political insider status makes their infractions of ethics rules even less forgivable.

"You shouldn't have contributions going to anyone that may be governing when your contract is up for review. The burden should be on the contractor to alert the candidates," said Sims, now a lecturer at the University of Houston's political science department. "These are experienced contractors that do lots of business with the city. They should know better."

Of the $21,000 in problematic contributions to Jackson Lee's campaign, $10,000 came from Baker Wotring, a firm specializing in commercial litigation and environmental law, which has made $8.6 million from city contracts since 2015.

Two attorneys from Baker Wotring contributed to Jackson

2011. Another such contribution came from an employee of Reytec Construction, a company that has secured over a dozen city contracts and earned over $200 million in the last 20 years.

Baker Wotring and Lane-Staffing have not responded to requests for comments.

James Sonneman, Jackson Lee's campaign manager, said the recent errors were staff-driven and would be rectified with refunds and the implementation of robust safeguards against future mistakes.

"As has been reported, it is clear other campaigns are currently going through the same situation," Sonneman said. "Clearly we believe, one, it is important to be transparent, and, two, it is important to abide by the law. This campaign will do both."

Kaplan received one $500 donation from a lawyer at Locke Lord during the prohibited periods. His campaign manager, Jennie Johnson, said she was personally not aware of the city ordinance in question and that the team did not have a rigorous process to check for problematic donations but will look to improve its process.

"Now that I know that this is a real thing, it's something we're absolutely going to do moving forward," Johnson

> *"These contribution ordinances at the city of Houston need revisions. But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."*
>
> **Nancy Sims, longtime political consultant**

year's crowded mayor's race. Aside from the recent report of donors' exceeding contribution limits, debates persist regarding how much of Whitmire's $10 million war chest can be legally transferred to his city account.

"There's no enforcement mechanism to impose penalty. They're just going to say, 'Oh, we didn't know. We're going to refund it,'" Sims said. "Whether it's somebody having overdonated, or it's a question of how much money can be transferred from other accounts, or the contractor payments, there's no enforcement mechanism to make all of these rules stick."

"In any case, these contribution ordinances at the city of Houston need revisions," she continued. "But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."

Chris Bell, a former Houston City Council member, agreed with Sims that the city's ethics laws need strengthening. As the former Ethics Committee chair, Bell drove a series of ethics reforms about two decades ago, including preventing those who raise money independently of a campaign — so-called soft money — from coordinat-

money they were not supposed to take. Before the latest revelations, they also admitted to receiving contributions that exceeded legal limits, with Jackson Lee expected to return at least $63,800 in excess donations.

The quest for Houston's top job got off to its earliest fundraising start in history, with top contenders already raking in millions by this time last year.

As the November election nears and the fundraising race intensifies, candidates' scramble for cash has not only led to blunders but also compromised ethics, said Brandon Rottinghaus, a political science professor at the University of Houston.

"The history of Houston has been chock full of conflicts of interest, and the laws put in place were designed to try to minimize some of those conflicts," Rottinghaus said. "These laws are pretty ironclad. They have been in existence for a while. So following these laws and making sure that everything is buttoned up properly is paramount right now to ensure public trust."

### Issue has hit many

Whitmire accepted a total of $21,500 from donors linked with city vendors during the prohibited periods. Of this, $5,600 came from three donations by representatives of Locke Lord, which is currently executing a two-year, $757,000 lobbying services contract for the mayor's office.

Violating ethics rules is already alarming on its own, Rottinghaus said, and Whitmire's personal tie with the law firm has only amplified the concerns surrounding these donations.

"This conflict or the appearance of a conflict has been something that a lot of mayoral candidates and all mayors have grappled with," Rottinghaus said. "It has ripple effects across the city and worsens the public perception that businesses and developers — not the people — run the city."

Massey Villareal, president of technology firm Precision Task Group and a longtime donor to conservative politicians, illegally gave $5,000 to Whitmire's campaign. The company has earned at least $7.7 million for providing information technology services to Houston.

Representatives of FCM Engineers made a $5,000 donation to both Whitmire and Jackson Lee during the blackout periods.

The firm has seven past and ongoing city contracts for various infrastructure projects such as sewer systems and water treatment facilities. It has received at least $6.2 million since 2012.

Whitmire's spokesperson Sue Davis said the campaign's errors were partially a result of the challenge of navigating two sets of fundraising restrictions and adhering to both city and state laws.

"The Whitmire campaign has made every effort to be transparent and report all contributions and expenditures. An error was obviously made," Davis said. "Any mistakes that were made will be corrected within the allowable period, and refunds will be sent."

Robert Miller, chair of Locke Lord's public law section, who was among the three donors, declined to comment on the infractions. Precision Task Group and FCM Engineers did not respond to requests for comments.

### 'They should know better'

Longtime political consultant Nancy Sims said that while candidates should regularly check the city secretary's contractor list, companies are also responsible for monitoring their blackout periods. Many of these firms' political insider status makes their infractions of ethics rules even less forgivable.

"You shouldn't have contributions going to anyone that may be governing when your contract is up for review. The burden should be on the contractor to alert the candidates," said Sims, now a lecturer at the University of Houston's political science department. "These are experienced contractors that do lots of business with the city. They should know better."

Of the $21,000 in problematic contributions to Jackson Lee's campaign, $10,000 came from Baker Wotring, a firm specializing in commercial litigation and environmental law, which has made $8.6 million from city contracts since 2015.

Two attorneys from Baker Wotring contributed to Jackson Lee's campaign. One of them, Earnest Wotring, was appointed as a trustee on the Houston Firefighters Relief and Retirement Board by Mayor Sylvester Turner. The other, Debra Tsuchiyama Baker, was part of Turner's transition committee and traveled with him to Japan last October as a city delegate.

Moreover, Jackson Lee's campaign accepted an illegal donation from Carla Lane, founder of staffing firm LaneStaffing, a company that has received $14.9 million in payments from city contracts since

2017, records show.

The company has held 11 city contracts and earned over $200 million in the last 20 years.

Baker Wotring and LaneStaffing have not responded to requests for comments.

James Sonneman, Jackson Lee's campaign manager, said the recent errors were staff-driven and would be rectified with refunds and the implementation of robust safeguards against future mistakes.

"As has been reported, it is clear other campaigns are currently going through the same situation," Sonneman said. "Clearly we believe, one, it is important to be transparent, and, two, it is important to abide by the law. This campaign will do both."

Kaplan received one $500 donation from a lawyer at Locke Lord during the prohibited periods. His campaign manager, Jennie Johnson, said she was personally not aware of the city ordinance in question and that the team did not have a rigorous process to check for problematic donations but will look to improve its process.

"Now that I know that this is a real thing, it's something we're absolutely going to do moving forward," Johnson said. "Your inquiry has alerted me to the fact that we need to have a strong process to look for these contributions."

### Lack of enforcement

While these fundraising rules are a crucial safeguard against potential conflicts of interest, the lack of an enforcement mechanism has largely removed incentives for candidates and businesses to adhere to them, Sims said.

This isn't the first time controversies over potential rule breaches have surfaced in this city. In recent elections, debates persist regarding how much of Whitmire's $10 million war chest can be legally transferred to his city account.

"There's no enforcement mechanism to impose penalty. They're just going to say, 'Oh, we didn't know. We're going to refund it,'" Sims said. "Whether it's somebody having overdonated, or it's a question of how much money can be transferred from other accounts, or the contractor payments, there's no enforcement mechanism to make all of these rules stick."

"In any case, these contribution ordinances at the city of Houston need revisions," she continued. "But they have to wait until after this election for that to happen. So maybe it's a question voters need to be asking the candidates."

Chris Bell, a former Houston City Council member, agreed with Sims that the city's ethics laws need strengthening. As the former Ethics Committee chair, Bell drove a series of ethics reforms about two decades ago, including preventing those who raise money independently of a campaign — so-called soft money — from coordinating with the candidate.

As campaigns grow pricier and fundraising competition heats up, Bell said he sees an increased risk of ethical boundaries being overstepped.

"You really have to avoid a 'pay to play' system. If you're not careful, that's what you'll end up with, where only the people who are in a position to give large sums of money are able to get anything done," he said. "You have to have enough rules on the books so it doesn't get completely out of control."

*Dylan McGuinness contributed to this report.*



# SEMANA

**AÑO 3 NO. 182 HOUSTON, TEXAS    DEL 8 AL 14 DE AGOSTO 1996**



## ¿Dónde quedaron los derechos...?

# ¡Tras las rejas!

La constitución de Estados Unidos consigna las prerrogativas

que tiene ante la ley todo ser humano por la simple razón de serlo.

Eso, sin embargo, es desconocido incluso por algunos de quienes

están encargados de hacerlo cumplir. *Violación.*

*Por favor, lea Portada. Páginas 9 a 11.*

os que se van,
os que vienen

**diós Atlanta!**

**Hola Sidney!**

Terminados los olimpicos y
engolosinados con los triunfos
de los deportistas texanos y,
en general, la inobjetable
superioridad estadounidense a
los países latinos sólo les queda

### men

Esta sema

**SEMANA**

Calidad info
en Espa

SEMANA prepa
siguientes boca
miras a hacerlo
apetitosos y dig
Le sugerimos a
pañeros de los
adicionales al g
se anuncian aq
estos está la Bu
Western Union,
Sears, Fiesta, S
ern Bell, Bacar
nas de las mejo
películas en ca

**Aperitivo:**
No hay der

**Entradas:**
Caldo de
periodista
*Sem*

**Plato fuer**
Derechos
su concha
*Portad*

**Especial**
México si
paga, pero

**"Show ce**
María Feli:
**"El Buki"**
y otros ric
*Espectáculo*

**Entremes**
El Ezin y la

**SEM**
*Siga, po*

**Primera**
**Gr**



Con el amparo de
la Constitución de
Estados Unidos

# Justicia: grito desde adentro

...a vivir con dignidad y en paz

...no se le puede negar a nadie. Pero...

...la autoridad que debe velar por el...

...de una comunidad tan diversa, se c...

...fugo de una sociedad que lucha...

...el racismo y la discriminación

---

*SEMANA Investigativa*
*Análisis sociológico*

■ Por Sayda Chapa Reyna

Houston.- Por muchos a...
Estados Unidos ha extendido...
brazos para mostrar un estanc...
de lucha por el respeto a los ...
chos humanos.

En este país existen múlti...
organizaciones humanitarias...
se dedican a vigilar las acci...
del mundo entero, siempre...
cando un trato humano...
todos por igual.

No importa si se trata d...
malhechor, un pobre ancian...
niño o hasta un líder izquier...
esas agrupaciones pelean po...
se imparta justicia y nada m...

Incluso el mismo gobierno...
ral ha hecho reclamos perio...
en contra de algunos país...
América Latina gobernado...
ideólogos opuestos como A...
Pinochet en Chile o Fidel ...
en Cuba, por considerar q...
autoridades abusaron de su...
ción y violaron los derechos...
e individuales de sus ciudad...

### La otra verdad

Esta actitud tan human...
parte de Estados Unidos de...
un profundo sentimiento d...
ridad entre sus habitante...
panorama color de rosa...
mentes de quienes año...
parte del 'sueño americano'...

Sin embargo, y al igu...
sucedió en Chile y se cr...
sigue pasando en Cuba, e...
también tiene su talón de ...
a la hora de impartir justi...
justicia ciega y ecuánime q...
ciudadano espera recib...
importar sus condiciones...
micas, su ideología o reli...
estado legal o su relación...
representantes del poder.

Ese trato justo era el qu...
ba Gloria Treviño, una m...
virtudes y defectos com...
quier ser humano. Pero...
parecer, cometió dos err...
cionales: tener sangre lati...
venas y vivir, junto con su...
en un pueblo del norte...
llamado Waxahachie d...
autoridad tiene claras te...
racistas.

En efecto, y de acuerdo...
investigación llevada a ...
SEMANA, la señora Tre...
siendo víctima de esas...
que ella no buscó pero q...
siguen hasta la fecha.

## La cuerda floja...

**Arranque en frío...**

El primer episodio que puso a Gloria de frente con la realidad de ser latina y estar el lugar inadecuado, tuvo lugar en 1977. "Eran la cuatro de la mañana -relató a este semanario- iba en mi carro. Me dirigía hacia el pueblo cuando el oficial de policía Kenneth Langford me obligó a detenerme.

El policía -dijo- me preguntó que adonde iba, se apoyo en la ventana y comenzó a tocarme el pecho. Quería tener sexo conmigo. Yo estaba asustada y para quitármelo de encima le prometí que le llamaría cuando regresara del pueblo".

Treviño reportó el incidente en dos ocasiones: a Pierce Pagert, jefe de policía y al oficial Barney Boyd. Ninguno hizo nada por favorecerla.

Por el contrario, se cree que ellos le contaron a Langford acerca de las quejas y Treviño tuvo que cargar con la venganza: Langford la acusó de haberla detenido porque iba manejando en estado de embriaguez y la citó a la corte bajo ese cargo (DWI, por su sigla en inglés).

**En la cuerda floja**

Treviño prestó su servicios militar en la Fuerza Aérea de Estados Unidos (Usaf), pero fue dada de baja por problemas de salud. Tiempo después se casó y su mudo a Houston.

A partir de ahí, la historia de Gloria Treviño y su familia, podría ser el argumento de cualquier película taquillera de corte dramático.

Treviño se vio envuelta en un accidente automovilístico que le ocasionó serios problemas en la columna vertebral. Dos años después su esposo murió en otro accidente de carro muy cerca a una oficina de correo, sin que nadie le diera auxilio.

Por otra parte y sin causa aparente, las autoridades se negaron a Treviño la compensación del seguro social por ser viuda, por lo que ahora tiene serios problemas económicos debido al historial que carga y a sus problemas de salud.

" Yo me queje -dijo Gloria en una entrevista con este semanario- pero no recibí ninguna respuesta que justificara esa negativa. No sólo no me dieron lo que me correspondía, sino que además trataron de despojarme de mi casa y las pertenencias de mi marido.

**Vuelta a la zona**

Al parecer, cada vez que Treviño intentaba levantar la voz para exigir justicia, incrementaba la ira de las autoridades y como consecuencia también subían de tono las amenazas por teléfono y cada vez que se presentaba en la corte a tratar de luchar por su caso. Hasta que la bomba explotó:

"Un día estaba en la 'pulga' Common (Flea Market) que esta por el 59 sur y la calle Windswett, cuando se acercaron a los oficiales Darrell Breedlove y Bob Smith del cuerpo diga de la poli

## Camino a la Gloria

**EN EL CADALSO.-** Desde 1977 a la fecha Gloria Treviño fue encarcelada siete veces, presuntamente, bajo falsos cargos.

**EN LA BREGA.-** Actualmente Treviño, está luchando por alcanzar la libertad de su hermano y para lograrlo está formando una organización no lucrativa dirigida a mostrar los abusos que las autoridades del Estado cometen en contra de los latinos.

**MAS PARA VER.-** Poco antes de terminar de escribir esta parte de la historia, Treviño recibió una notificación por parte de Ashford Hollow Community Improvement Association notificándole que será desalojada por no haber pagado 1,634 dólares de mantenimiento.

**VUELVE Y PASA.-** Según la versión de Treviño, no es la primera vez que pasa, ya que en otras ocasiones han intentado quitarle la casa que compraron ella y su esposo. "Este barrio es de puros gringos y me quieren fuera del juego", comentó Treviño.

**EN LA RUTINA.-** "Nada de lo que me está pasando es una 'desafortunada coincidencia'. Ellos quieren que me calle y para lograrlo se han metido en mi vida de tal forma que han intervenido en todos mis asuntos, incluyendo el seguro médico y de carro. Hasta la fecha, ninguna compañía quiere asegurarme..."

Como yo no me dejé -señaló-, he tenido que vivir hasta la fecha bajo las constantes amenazas y persecución de las autoridades del condado de Harris".



**Sin salida...**

Después de haber sido atacada, sin causa aparente, por diversas autoridades en Texas, Gloria Treviño está firme en su posición: "No bajaré las manos, seguiré luchando hasta alcanzar la justicia que me han negado a mí familia. No importa cuantas amenazas reciba del FBI y todas autoridades, yo seguiré adelante".

cía 'Houston Rangers' y Eduardo Fernández, un agente de seguridad.

Sin provocación de mi parte fui agredida de manera violenta y arrestada sin ningún motivo. Estaba aturdida, no sabía lo que pasaba. Yo sólo les decía que no tenían que golpearme... No había necesidad, yo no me estaba resistiendo. La gente que me estaba viendo le gritaba a los oficiales: ¡tranquilos, tranquilos!'... Me sentía humillada".

**En el corral**

Según cuenta, Treviño estuvo prisionera por siete horas en una oficina privada . Allí la ataron, la torturaron y abusaron de ella sexualmente. "Eso lo hicieron los 'Houston Rangers': mientras uno de ellos me manoseaba, el otro me apuntaba a la cabeza con un revolver.

Al parecer, no tenían intenciones de llevarme a la cárcel, así que cuando me dejaron sola me arraste hacia la puerta y comencé a pedir ayuda, pero fue en vano porque enseguida llegó un oficial que me estrelló con tal fuerza contra el suelo que me dejo inmovilizada"

Después de todo, Gloria fue lleva al cuarto de emergencia de la cárcel de la ciudad. "Cuando me sacaron de la cárcel para trasladarme a otro lugar -contó-, hacía mucho frío, pero a ellos no les importó, rasgaron mis ropas y me quitaron la ropa interior.

Cuando llegamos a la otra cárcel -dijo- los oficiales que me trasladaban le hablaron a sus compañeros para que vinieran a verme, porque supuestamente yo había golpeado a cinco policías...".

**En el reino del terror...**

En ese momento Gloria estaba esposada y tirada en la parte trasera de una camioneta.

"De repente -recordó- llegaron otros policías y comenzaron a manosearme y a jalonearme como si quisieran romper mi cuerpo en pedazos. Luego me dejaban por un tiempo y volvían a hacerme lo mismo hasta que finalmente me cansaron".

Después y por ordenes del médico de la cárcel, Treviño fue llevada en dos ocasiones al hospital Ben Taub. "A pesar de las protestas de los policías -contó- me

## Bajo la mira

**EN FAMILIA.-** No solo Gloria Treviño ha sido blanco de persecución y abuso, la familia entera ha tenido que soportar tratos injustos y muestras de racismo por parte de las autoridades de Waxahachie.

**RECORDATORIO.-** Cuando al padre de Gloria vivía, también fue blanco de ataque de las autoridades en Waxahachie por haberse negado a vender la propiedad donde tenía un negocio de plomería, que tiempo después tuvo que cerrar por 'reubicación de la zona'.



**Robert Treviño**

**BAJO FUEGO.-** Robert Treviño, hermano de Gloria, tampoco se escapó de la persecución. Actualmente se encuentra en la cárcel cumpliendo cadena perpetua sin pruebas de un crimen que nunca cometió, pero que fue inventado por una pandilla llamada 'The Pyro Pyriots', bajo el amparo de las autoridades de Waxahachie.

**EN LA OLLA.-** Robert es veterano de la guerra ane Vietnam y quedó inválido. Poco antes de ser arrestado había recibido una compensación y fue condecorado con la 'Estrella de Bronce' y el 'Corazón Púrpura' por haber expuesto su vida para salvar a sus compañeros.

**SIN PARADERO.-** Este semanario intentó hacer contacto con los abogados Robyn Anette Fuchea y John Dixon, pero habían cambiando de trabajo y domicilio

**NADA DE NADA.-** Se están pidiendo declaraciones de los jueces y demás autoridades involucradas en esta historia, pero fue imposible obtenerlas a tiempo

## En la balanza...

atendieron de emergencia debido a que estaba paralizada, ni siquiera podía caminar y el dolor me estaba matando. En el hospital me dieron medicamentos que luego me quitaron en la cárcel. Ni el Tylenol me dejaron pasar".

Después de estar internada durante semana en la unidad médica de la cárcel, sin ningún tratamiento médico, fue trasladada a la sección de psiquiatría. Allí pasó cuatro meses sin asistencia médica e imposibilitada para caminar por el estado físico en el que se encontraba.

"Estuve tres meses en huelga de hambre, hasta que un día vinieron los doctores y comenzaron a inyectarme una droga que me mantenía en la nubes... me convirtieron en un 'zombie'.

Me torturaban y me obligaban a convivir con las presas más peligrosas y violentas... Y jamás, durante todo ese tiempo, me permitieron tener visitas".

### En la prisión

Al parecer, los golpes físicos y mentales que Treviño sufrió en la prisión, no aminoraron sus gritos



### Persecución...

Años antes de ser encarcelado de por vida, por un crimen que asegura no cometió, Robert Treviño fue brutalmente golpeado por autoridades del Waxahachie, Texas. Este incidente fue reportado al FBI quienes, según versiones de Gloria, nunca tomaron cartas en el asunto y permitieron que este tipo de abusos en contra de la familia

de ayuda, al contrario, atizaron su deseo de hacerse justicia. Y cuando por fin salió de la cárcel, lo que pudo haberse convertido en un final justo, se había transformado en una guerra que apenas comenzada.

A las demandas que había levantado Treviño desde 1984 en contra del FBI, del departamento de policía de Dover, Dallas y Waxahachie por persecución y violación de los derechos civiles, se unieron nuevos reclamos en contra de la Corte del Estado y el departamento de Policía de Houston bajo los mismos cargos.

"Yo me contacté con la abogada Robyn Anette Fouche para que me representara en el proceso legal. Ella se dio cuenta de todos los abusos que estaban cometiendo conmigo, pero eso no le importó, me puso una trampa y poco antes de terminar uno los procesos se vendió a la otra parte y me dejó desprotegida. Mi caso fue referido a John Dixon, un abogado amigo de Fouche que hizo exactamente lo mismo que ella. No pudieron con el paquete y se rindieron antes de comenzar la pelea".

### Sola en soledad...

Actualmente, Treviño no cuenta con representación legal y hasta el cierre de está edición le había sido negado el derecho de defender su caso frente a la Corte.

"No han dejado de perseguirme y todo porque tengo sangre hispana en las venas. A mí y a mi familia nos han hecho la vida imposible. Parece que nosotros no tenemos derecho a quejarnos y a exigir justicia. Pero si fuera gringa, seguramente no me hubieran tratado así.

Es una clara muestra de racismo, cuando van a acusarme usan mi apellido de casada: Turner, así nadie puede decir que hay discriminación, pero cuando ya que estoy en el hoyo entonces sí soy Treviño, una hispana más a quien hay que darle una lección por quererse salir de su jacal... Nos quieren ver sumisos y con la cabeza agachada.

A veces se me acaban las fuerzas y siento que no puedo más. Se supone que esto no debería de estar pasando. Soy ciudadana estadounidense, he servido a este país, mi padre sirvió en la Segunda Guerra Mundial, mi hermano es veterano de la guerra de Vietnam, no merecemos ser tratados como si fuéramos unos perros... ¡No es posible! ¿Dónde está la justicia de

## Esta escrito

**EL OTRO ENSUEÑO.—** Hace 35 años, el Congreso de Estados Unidos proclamó el día primero de mayo como el 'Día de la Ley' y para festejan este año, la Asociación Estadounidense de Abogados (American Bar Association) escogió el tema, 'La Constitución de Estados Unidos: el original sueño americano'.

▶ **PARA QUE CONSTE.—** El 4 de Julio de 1776 en el congreso se hicieron las siguientes declaraciones de ley:

▶ **PUEDE PASAR.—** "...Cuando en el curso de la historia humana, es necesario para una persona, disolver los grupos políticos que están conectados unos con otros y asumen todo el poder de la tierra, es indispensable crear una separación y fomentar la igualdad conforme a las leyes de Dios..."

▶ **ESTA ESCRITO.—** "...Es derecho de los individuos de este país, alterar o abolir cualquier forma de gobierno

que este encaminada a destruir. Así como también, es deber de estos mismos ciudadanos crear un nuevo sistema de gobierno..."

▶ **TODOS A UNA.—** En defensa de las leyes que vigilan los derechos civiles y humanos surgió una agrupación civil y constitucional llamada 'Asociación de Justicia', que lucha a través de toda la nación oponiéndose a los actos de insurrección en contra de esta tierra y su gente.

▶ **QUE PASARIA.—** "... Si se diera el caso, es derecho y responsabilidad del gobierno proveer nuevos elementos de seguridad nacional para evitar el abuso y usurpación por parte de la autoridad..."

▶ **VUELTA A LA LEY.—** El 14 de abril de 1871 en el Senado de Estados Unidos se levantó un acta de donde se extractaron los siguientes puntos:

▶ **TODOS POR IGUAL.—** "... Ninguna persona, sin importar color de piel, estado legal, origen, regulación, costumbre o uso de ningún estado, podrá ser causa o causante de priva-

ción de ninguno de sus derechos, por parte de la jurisdicción de Estados Unidos...".

▶ **NADA DE NADA.—** "La ley tampoco podrá privar de sus derechos a una porción o clase de personas por ser diferente a las demás..."

▶ **AHI ESTAN.—** Además de esa agrupación, existen Organizaciones como el 'Comité de Solidaridad con el Pueblo Mexicano en Houston', que además de tener objetivos específicos de lucha, apoyan otros movimientos en pro de la justicia y la igualdad.

▶ **SIN RESPUESTA.—** Gloria Treviño acudió al Colegio de Abogados de Houston (Houston Bar Association) cuando fue defraudada por los abogados Robyn Anette Fouche y John Dixon pero, según palabras de la entrevistada, ellos se negaron a tomar alguna acción en contra de estas personas, alegando que la organización estaba ahí para defender a sus miembros y no para atacarlos.



# Houston ▶ Monterrey     Houston ◀ Monterrey

# $59

| Desde Houston | | | |
|---|---|---|---|
| Vuelo | Salida | Llegada | Frecuencia |
| AM 441 | 10:20 AM | 11:58 AM | Diario |
| AM 445 | 4:00 PM | 5:35 PM | Diario |
| AM 447 | 8:30 PM | 10:05 PM | Diario |

| Desde Monterrey | | | |
|---|---|---|---|
| Vuelo | Salida | Llegada | Frecuencia |
| AM 440 | 8:05 AM | 9:40 AM | Diario |
| AM 444 | 12:45 PM | 2:20 PM | Diario |
| AM 446 | 5:35 PM | 7:50 PM | Diario |

**Monterrey Regalado.**
Aeroméxico une a los centros principales de comercio de Houston y Monterrey con tres convenientes vuelos diarios.
Este servicio es ideal para los hombres de negocios que quieran disfrutar de precios

módicos y un servicio a bordo que es tan cordial como nuestro México lindo y querido.
**Para más información y reservaciones, llame o pídale a su agente de viajes que llame a Aeroméxico desde Houston al 939-0077 o gratuitamente al 1-800-AEROMEX (1-800-237-6639).**

# aeromexico
Vuelva con los suyos

Tarifa es desde el Aeropuerto Intercontinental de Houston. Tarifa no incluye cargo de aduana de E.U.A. de US$6.50, cargo federal de inspección de US$5.00...



HOURLY NEWS
ON AIR Now — Houston Public Media News 88.7

PLAYLIST

 

DONATE

LAW

# Texas continues to exonerate people who were wrongly convicted during 'satanic panic'

April 18, 2023 · 4:31 PM ET
Heard on All Things Considered

By Paul Flahive

**3-Minute Listen**        PLAYLIST   Download

Transcript

Texas courts are still exonerating people who were falsely convicted and imprisoned amid the "moral satanic panic" of the 1980s and '90s. Their persecution was based on lies and conspiracy theories.

Sponsor Message

Why not exonerate Robert Trevino
after state writing confession + implication
of government officials?

## GETTING UNCLE SAM TO ENFORCE YOUR CIVIL RIGHTS

### INTRODUCTION

There are many federal laws against discrimination. They were passed to protect people who, because of their race, color, religion, sex, national origin, age, or disability, are denied their rights.

Discrimination might occur when an individual attempts to vote; rent or buy a home; use a public facility; obtain a job, an education, or a bank loan; or do many other things.

Discrimination is illegal when an individual is denied an opportunity or a service based on:

- race, which is generally understood to be membership in a racial group. Depending on which law is involved, membership in an ethnic group can also constitute race;

- color, which refers to a person's actual skin shade, and may constitute a separate discrimination factor regardless of the person's race;

- sex, which refers to gender;

- religion, which refers to a person's religious beliefs and practices, or lack thereof, or a person's membership in a religious group;

- national origin, which refers to an individual's country of origin, the origin of an individual's ancestors, or the physical, cultural, or linguistic characteristics of a particular nationality. This includes characteristics such as last name, accent, and cultural heritage;

- age, which refers to persons aged 40 or over; or

- disability, which refers to physical or mental impairments that substantially limit one or more major life activities of an individual.

If you believe that you have been discriminated against and want to file a complaint with the federal government, this publication is intended to help you.

This publication will help you review your rights and guide you through the initial steps of filing a discrimination complaint; it will not inform you of all the steps involved in successfully pursuing the complaint after you have filed it. If you desire a detailed description of the overall process beyond the initial steps, further information can be obtained by contacting the federal, state, and local officials or one or more of the organizations listed in this publication.

How do you prepare a complaint? Where do you send it?

Before you file a discrimination complaint, you should seek more information from:

- trained legal counsel;

- federal, state, and local officials; and/or                *sham criminal enterprises*

- public service organizations referenced in this publication.

States, counties, and municipalities also have laws against discrimination, which sometimes provide different protection or relief. If they have laws that apply to your complaint, you may file with them instead of, or in addition to, filing with the federal government. The federal government has arrangements with some state and local governments to refer certain kinds of complaints to these localities for processing.

Among the federal laws that require people to be treated equally are the Equal Pay Act of 1963, the Civil Rights Acts of 1964 and 1991, the Voting Rights Act of 1965, Executive Order 11,246 (1965), as amended by Executive Order 11,375 (1967), the Age Discrimination in Employment Act of 1967, the Fair Housing Act of 1968, Title IX of the Education Amendments of 1972, the Rehabilitation Act of 1973, the Equal Credit Opportunity Act of 1974, the Equal Educational Opportunity Act of 1974, the Age Discrimination Act of 1975, the Individuals with Disabilities in Education Act of 1975, the Community Reinvestment Act of 1977, the Immigration Reform and Control Act of 1986, the Civil Rights Restoration Act of 1987, Fair Housing Amendments Act of 1988, the Americans with Disabilities Act of 1990, Voting Rights Language Assistance Act of 1992, and the Family and Medical Leave Act of 1993.

Many federal agencies are responsible for enforcing these laws and the regulations to implement them. Some agencies require individuals to complete a complaint form before they act against an individual or organization that violates people's rights. Because laws and regulations frequently require that complaints be filed within certain time limits, **it is important to file immediately after the discriminatory act occurs**. While this publication provides telephone numbers, complainants are strongly encouraged to submit a written complaint, attaching copies of all pertinent information. At some point in the process, the agency most probably will require written documentation.

The U.S. Commission on Civil Rights (USCCR) has no power to enforce laws and, hence, cannot resolve individual complaints of discrimination. However, after reading this publication, if you are still uncertain what agency you should contact to file a complaint of discrimination, you may contact the Commission at the following address and we can assist you by referring your matter to the appropriate civil rights enforcement agency:

<div align="center">

**U.S. Commission on Civil Rights**
**Office of Civil Rights Evaluation**
**COMPLAINTS REFERRAL**
**624 Ninth Street, NW**
**Washington, DC 20425**
**(202) 376-8315**
**(800) 552-6843**
**TTY: (202) 376-8116**
**Fax: (202) 376-7754**
www.referrals@usccr.gov

</div>

You may also contact the appropriate USCCR regional office.



**BLACKBURN & BROWN, LLP**
LAWYERS

718 S.W. 16th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

> *"No legacy is so rich as honesty".*
> -Shakespeare, *All's Well that Ends Well*

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law
Texas Board of Legal Specialization



RYAN BROWN
BRUCE MOSELEY, OF COUNSEL



THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn



**DEPARTMENT OF VETERANS AFFAIRS**
Michael E. DeBakey VA Medical Center
2002 Holcombe Boulevard
Houston TX 77030

In Reply Refer To: 580/111

March 10, 2023

Mrs. Gloria Trevino
12526 Olympia Dr
Houston, TX 77077

MAR 2 2 2023

Dear Ms. Trevino,

This correspondence is regarding your inquiry addressed to the Department of Veterans Affairs, Michael E. DeBakey VA Medical Center (MEDVAMC), received on February 24, 2023, regarding your concerns with your medical care. We have attempted to reach you via telephone but have been unsuccessful. We apologize for any inconvenience experienced. VA remains committed to honoring our Nation's Veterans by ensuring a safe environment to deliver exceptional health care.

The Supervisory Health Systems Specialist, Michael E. DeBakey VA Medical Center (MEDVAMC), attempted to contact you to discuss your concerns. Upon receiving this letter, please contact us at (713) 791-1414, extension, 25986.

We respect the importance of timely services and want to ensure that you receive the quality care you deserve. Your overall healthcare is of primary concern in all decisions made on your behalf, and the MEDVAMC value your feedback. Thank you for allowing us the opportunity to address your concerns.

Please be confident that we will forever honor our Veterans, from the Greatest Generation to the latest generation. It is our privilege to care for our citizens who have given their very best to our country. Thank you for your continued support of our VA mission.

Sincerely,

Francisco Vazquez, MBA
Medical Center Director

FV/jp

Received
3/20/23

# JULIO TREVINO
## 300 BLOSSOM VALLEY STREAM
## BUDA, TEXAS  78610
## (512)820-0246

**TO WHOM IT MAY CONCERN:**

April 27, 2020

My name is Julio Trevino 4789.  I am also an honorably discharged totally disabled Vietnam Veteran and am the brother of 100% disabled veteran, Gloria Trevino 6890.

I am writing to express shock and outrage over the retaliatory meanspirited April 2, letter and mistreatment that my sister, Gloria, has been maliciously subjected to by the Michael E. DeBakey VA Medical Center Director, Francisco Vazquez, the Mental Health Clinic Director, Dr. Robert Garza, Dr. Ann Zachariah and Dr. Jonathan Grabyan involved in the egregious retaliatory illegal, immoral, and unethical scheme to deny Gloria proper medical care and sabotage her case against the car dealership that coerced Gloria into signing a totally injurious detrimental contract under duress.  Gloria was clearly suffering from her service-connected mental illness and not in her right frame of mind when she was coerced into signing the detrimental contract under duress.  You don't have to be a brain surgeon to figure that out.  However, these VA doctors aren't fit to be veterinarians and are erroneously alleging that Gloria was not suffering from her mental illness and was not under duress when she signed the injurious detrimental contract and it clearly demonstrates their ill will and hatred towards Gloria.

I am also a witness to when the Houston VA Mental Health Clinic doctors tried to have Gloria illegally arrested by sending the Houston Police with guns drawn to her house supposedly because she was homicidal, however, I was visiting her on that day and saved her life.  I am concerned that the Houston VA Mental Health Clinic generated a call to Gloria by having Contree Hollor, I believe is her name from phone number (713)791-1414, extension 26910 last Monday on the guise that they were referring her to another doctor there that was going to help her, however, Gloria has not heard back from her and feel their call was only made to appease the White House and was not serious or made in good faith as if Gloria is not entitled to adequate and proper care from the VA Hospital.  I am also concerned that these VA Officials and Employees might try again to have Gloria illegally arrested and confined to a jail or mental health facility in further retaliation for her filing legitimate complaints against them and I fear for her life and safety.

Therefore, I respectfully request that you intervene on Gloria's behalf, hold these lawless federal employees accountable and restrain them from causing her any further harm and injury to ensure her that she will receives the full rights and benefits that she honorable earned while serving our Country without further incidents and unnecessary delays.

Thank you for your kindness and understanding.

Respectfully,

Julio Trevino, 4789
300 Blossom Valley Stream
Buda, Texas  78610





# TEXAS DEPARTMENT OF CRIMINAL JUSTIC

P.O. Box 99 · Huntsville, Texas 77342-0099

Wayne Sc
Executive Direct

June 12, 1998

The Honorable Martin Frost
Member, U. S. House of Representatives
400 South Zang Boulevard, Suite 506
Dallas, Texas 75208

RE:    Offender Robert Trevino
       TDCJ-ID# 729766
       Stiles Facility

Dear Congressman Frost:

Your correspondence to Warden Keaton, Stiles Facility, has been forwarded to the Texas Department of Criminal Justice
(TDCJ) Health Services Division for investigation. In it, you request information regarding the process in place for
offenders to be seen at Department of Veterans Affairs (VA) health care facilities.

Our research indicates that the offender must initiate contact with a VA facility close to their TDCJ facility of
assignment. As Mr. Harper alluded to in his correspondence, TDCJ must provide the escort to the VA facility, and the
escort officers are armed because the patient is also a convicted felon. The offender must get permission from the VA
facility for armed escort officers to be present in their facility. If the VA facility agrees to the armed escort, an
appointment is scheduled and the VA contacts TDCJ. TDCJ Transportation will then arrange for the escort. The
offenders are only allowed outpatient visits at VA facilities. Upon return to the TDCJ facility of assignment, the facility
health care provider reviews the VA recommendations, if any, and determines if the recommendations are to be
incorporated into the offender treatment plan.

We are taking the liberty of forwarding a copy of this correspondence to Warden Keaton, however, will leave the
response to the family in your hands. Should you require further assistance with issues regarding access to health care
for offenders, please do not hesitate to contact us.

Sincerely,

Donna Vallie
Investigator V, Patient Liaison Program
Office of Professional Standards
Health Services

DV/sp .

Xc:    Warden Keaton
       L. Linthicum, M.D.
       Facility Medical Management Team

Reference No.: 980072976600003

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## VA COMPLICITY IN OUTRIGHT FRAUD & COVERT ERADICATION OF DISTRESSED MINORITY VETERANS

4 messages

**Gloria Trevino** <vip4justice@gmail.com>                                    Wed, Mar 8, 2023 at 12:34 PM
To: drakea@missouri.edu, eugeneoloughlin@missouri.edu, jason.parkin@law.cuny.edu, lso@yale.edu, Gloria Trevino <vip4justice@gmail.com>

CONLEY MONK JR., ET AL, &
YALE LAW SCHOOL VETERANS CLINIC,
C/O ATTY. ANGELA K. DRAKE & MR. MICHAEL J. WISHNIE

GREETINGS,

ATTACHED IS ADDITIONAL INFORMATION IN REFERENCE TO THE VA'S ROLE IN THE OUTRIGHT FRAUD AND SYSTEMATIC INJUSTICE AGAINST ROBERT TREVINO AND I RESULTING IN ROBERT'S UNTIMELY AND SENSELESS DEMISE AS WELL AS OTHER FAMILY MEMBERS AND REPEATED RETALIATION AND COVERT ATTEMPTS OF DEPRAVED HEART MURDER OF ME FOR OVER 27 LONG AND OPPRESSIVE YEARS.

IN 1995 TO DATE, THE VA MALICIOUSLY ILLEGALLY DENIED ROBERT, A TOTALLY DISABLED WAR HERO WITH BRAIN DAMAGE AND PTSD,  EMERGENCY HOSPITALIZATION FOR MAJOR DEPRESSION, DELUSIONS AND PTSD AND OTHER PSYCHIATRIC PROBLEMS AND MENTAL EVALUATION IN COMPLICITY WITH ROBERT'S POLITICAL ENEMIES AND OTHERS AND TOOK UNFAIR ADVANTAGE OF HIM AND SUBJECTED ROBERT TO THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND PREMEDITATED ASSASSINATION AND COVER-UP/WITHWASH WITH IMPUNITY IN THE FIRST DEGREE.

THE VA INGENIOUSLY AND DIABOLICALLY PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN TO DEFRAUD HIM OF HIS VA FINANCIAL AND MEDICAL BENEFITS THAT HE JUSTLY DESERVED AND PAID A VERY HIGH PRICE FOR  AND CONTINUE TO RETALIATE AND CRIMINALLY OPPRESS US IN AN ENDLESS CONCERTED COVERT EFFORT WITH STATE OFFICIALS AND GESTAPO AGENTS THAT, LIKEWISE, DEFRAUDED ROBERT OF FAIR COMPENSATION FOR THEIR HATE CRIMES AND TO FOREVER SILENCE US, DENY US EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, SYSTEMATIC INJUSTICE AND ESCAPE TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY, MAKE US SCAPE-GOATS AND LAUGHING STOCKS OUT OF US FOR THEIR AMUSEMENT AND ENTERTAINING.

WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THEIR PERPETUAL NEO-NAZI DOMESTIC TERROR.AND HOMICIDAL PSYCHOLOGICAL WARFARE AGAINST DISTRESSED VETERANS AND OUR FAMILIES.

THANK YOU FOR YOUR CONSIDERATION AND COOPERATION IN OUR RELENTLESS SOLITARY QUEST FOR JUSTICE.

GLORIA & ROBERT TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
vip4justice@gmail.com

📄 ATTYS FOR MONK ET AL, PII.pdf

📄 **ATTYS FOR MONK ET AL, PI.pdf**
22316K

**Gloria Trevino** <vip4justice@gmail.com>                                    Wed, Mar 8, 2023 at 1:37 PM
To: drakea@missouri.edu, eugeneoloughlin@missouri.edu, jason.parkin@law.cuny.edu, lso@yale.edu, Gloria Trevino <vip4justice@gmail.com>

Mike

Michael J. Wishnie (he/him)

William O. Douglas Clinical Professor of Law

 and Deputy Dean for Experiential Education

Yale Law School

127 Wall Street

New Haven, CT 06511

michael.wishnie@yale.edu

(203) 436-4780

----

This transmittal is intended for a particular addressee(s); please do not distribute further without permission from the sender. It may constitute a confidential and privileged attorney-client communication or attorney work product. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, copying, distribution, or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify me immediately by telephone at (203) 436-4780, or by email by replying to the sender, and delete the transmittal and any attachments from your inbox and data storage systems. Thank you.

[Quoted text hidden]
[Quoted text hidden]

 [Quoted text hidden]

☐ Image removed by sender. ATTYS FOR MONK ET AL..PII.pdfErrorl Filename not specified

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Mon, Mar 13, 2023 at 7:54 PM
To: "Wishnie, Michael" <michael.wishnie@yale.edu>

 YALE UNIVERSITY VETERANS CLINIC,
 C/O MICHAEL WISHNIE,

 RE; THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALIZED
 VETERAN AND POLITICAL PRISONER ROBERT TREVINO AND THE GANG-RAPE OF JUSTICE IN AMERICA


 GREETINGS MR WISHNIE,

 YOUR EMPLOYEE TOLD ME THAT YOU WERE NOT REPRESENTING HISPANIC VETERANS AND LEAST OF ALL
 HISPANIC WOMEN VETERANS AND I WAS DEEPLY OFFENDED SINCE YOU'RE SUPPOSED TO BE A CIVIL
 RIGHTS ORGANIZATION AND YOU ARE DISCRIMINATING AGAINST THE MORE VULNERABLE TO
 DISCRIMINATION AND EXPLOITATION AND ABUSE.  WE ARE STIGMATIZED AND SYSTEMATICALLY CRIMINALLY
 OPPRESSED MORE THAN ANY OTHER RACE.  HISPANICS AND ESPECIALLY HISPANIC WOMEN ARE TREATED
 LESS THAN "UNDOCUMENTED IMMIGRANTS." SINCE THEY ARE AFFORDED EQUAL ACCESS TO JUSTICE ON
 THEIR IMMIGRATION STATUS AND OTHER HUMAN RIGHTS ISSUES.  OR, IS THIS JUST ANOTHER PUBLICITY
 STUNT TO RAISE BILLIONS OF DOLLARS FOR YOUR UNIVERSITY?

 IN ANY CASE, AS TOTALLY AND PERMANENTLY DISABLED HONORABLY DISCHARGED HISPANIC/AMERICAN
 VETERANS, WE HAVE AS MUCH CIVIL RIGHTS TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL
 ACCESS TO JUSTICE AS WHITE AND BLACK AMERICAN VETERANS, EVEN THOUGH THE EXPLOSIVE
 WIDESPREAD DOMESTIC TERRORIST DON'T THINK SO, AS EVIDENT BY THE HORRIFIC MALICIOUS
 PROSECUTION, WRONGFUL LIFE-IMPRISONMENT AND SUBSEQUENT PERNICIOUS COVERT PREMEDITATED

SEE ATTACHED NO-RESPONSE FROM AG TO ASSASSINATION OF ROBERT TREVINO.

ROBERT WAS ILLEGALLY REMOVED FROM TDCJ "ICU" CAROL YOUNG MEDICAL FACILITY, 5 MINUTES AWAY FROM NEAREST TRAUMA CENTER TO ACCELERATE PREMEDITATED ASSASSINATION AFTER THEIR STAR WITNESSED CONFESSED AND EXONERATED ROBERT AND INCRIMINATED THEM TO HINDER THEIR PROSECUTION AND FURTHER DEFRAUD ROBERT OVER 2 MILLION IN EXONERATION COMPENSATION. THEY ILLEGALLY MOVED ROBERT IN CRITICAL LIFE-THREATENING MEDICAL CONDITION WITH 4TH BOWEL OBSTRUCTION TO THE WORSE  OVER-CROWDED, UNDERSTAFFED, UNSANITIZED INSANE ASYLUM IN THE WORLD ONE HOUR AWAY FROM THE NEAREST TRAUMA CENTER, WHEN HE WAS NOT SUICIDAL OR HOMICIDAL AND TO BE FURTHER TRAUMATIZED AND TREATED WITH CRUEL, INHUMAN AND UNUSUAL PUNISHMENT AND PSYCHOLOGICAL HARM AND INJURY BY ISOLATING HIM FROM FAMILY AND SECLUDING HIM WHEN HE NEEDED 24/7 MEDICAL CARE ONLY TO ACELERATATE HIS PREMEDITATED ASSASSINATION AND ESCAPE TOTAL AND CIVIL  AND CRIMINAL ACCOUNTABILITY FOR THEIR GENOCIDAL PSYCHOPATHIC MIND AND BEHAVIOR, JUST LIKE THE VA , AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

THEY WERE NEVER GOING TO RELEASE ROBERT ON MRIS IN FURTHERANCE OF THE OUTRIGHT FRAUD AND CRIMINAL OPPRESSION.
CLEAR AND CONVINCING EVIDENCE THAT ROBERT DIDN'T NEED TO BE IN THE OVERCROWDED, UNDERSTAFFED, SANITIZING WORSE INSANE ASYLUM IN THE WORLD AND DIED IN ILLEGAL CUSTODY FOR NON-PSYCHIATRIC RELATED CONDITION ON NOVEMBER 3, 2022.  .

WE CONTINUE TO FEEL AGGRIEVED AND OUTRAGE FOR THE GENOCIDAL DOMESTIC TERRORIST GOVERNMENT OFFICIALS IN COMPLICITY WITH THE VA, GESTAPO AGENTS AND OTHERS AND DEMAND IMMEDIATE CIVIL AND CRIMINAL ACCOUNTABILITY!

AS EVIDENT BY OUR DOCUMENTATION AND LOSS OF LIFE, FOR OVER 27 LONG AND OPPRESSIVE YEARS WE HAVE BEEN ILLEGALLY DENIED EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE AND RIDICULED!

WE PRAY YOU WILL IMMEDIATELY INTERVENE AND ASSIST US IN OUR SOLITARY QUEST FOR JUSTICE.

.
GLORIA & ROBERT TREVINO.  .
[Quoted text hidden]

📄 **AG NO-RESPONSE TO RT ASSASSINATION.pdf**
1450K

---

**Wishnie, Michael** <michael.wishnie@yale.edu>                         Mon, Mar 13, 2023 at 9:20 AM
To: "vip4justice@gmail.com" <vip4justice@gmail.com>

Dear Ms. Trevino,


I understand that you spoke yesterday to Michelle, one of the law students working under my supervision, and that you have repeatedly called various offices and staff members at the Law School about your case. I have not received any messages from you directly, but the one below was forwarded to me.


I'm very sorry to read about the tragedy of Robert's passing. Unfortunately, the Veterans Legal Services Clinic at Yale Law School is not able to assist you. We are a small teaching program with limited capacity, which we focus on Connecticut veterans and their organizations. We cannot take on a case arising so far from our state. Nor do I know of a clinic or law office near Houston that might be able to represent you. I'm very sorry about that.


Best,

ASSASSINATION OF ROBERT AND FAMILY. AND THE DECADES LONG AND OPPRESSIVE YEARS IN OUR SOLITARY QUEST FOR JUSTICE.

WE ARE NOT LOOKING FOR SYMPATHY, SINCERE OR HYPOCRITICAL!

WE ARE JUSTLY LEGALLY AND MORALLY ENTITLED TO EQUAL ACCESS TO JUSTICE.

THEREFORE, WE ARE IMMEDIATELY DEMANDING IT BEFORE WE SUFFER FURTHER IRREPARABLE HARM AND INJURY TO OUR DETRIMENT AND UNNECESSARY SENSELESS DEMISE AND WHY ARE YOU COVERING-UP AND NOT PROVIDING THE OTHER VETERANS, MR. MONK ET AL, WITH COPIES OF MY CORRESPONDENCE, WHISH I ALSO ADDRESSED TO THEM?

PLEASE LET ME KNOW THE COURTS AND STYLE AND CASE NUMBERS OF ALL THE CASES INVOLVE.

PLEASE HAVE MR. MONK CALL ME.

GLORIA & ROBERT TREVINO
VETERANS IN PETITION FOR JUSTICE
12425 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com ,  .


[Quoted text hidden]

 Texas Public Radio                                    Donate

# A lawsuit alleges a racial disparity in VA benefits and says the VA isn't doing enough about it

**American Homefront Project**

Published December 14, 2022 at 10:47 AM CST

LISTEN • 3:47



*Adam Fagen / Flickr*

## Lawyers who filed the suit say agency records show the VA is more likely to pay claims from white veterans than from Black veterans.

Conley Monk, Jr. volunteered to serve in the Marine Corps during the Vietnam War. He drove a bullet-riddled transport vehicle, moving troops and equipment through combat

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## VA CONTINUED BAD-FAITH AND HARASSING EGREGIOUS AND PERNICIOUS DELAYING GAMES AND NORMALIZATION OF STIGMATIZE DISCRIMINATION, RETALIATION, OUTRIGHT FRAUD CRIMINAL OPPRESSION AND SYSTEMATIC INJUSTICE AND GENOCIDE!

2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                    Tue, Apr 11, 2023 at 7:31 PM
To: stephani.leota@mail.house.gov, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, Gloria Trevino
<vip4justice@gmail.com>, pio@supremecourt.gov, jason.parkin@law.cuny.edu, ethan.haywood@house.texas.gov,
information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USDOJ <askdoj@usdoj.gov>, USAWA Inquiries
<usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, ware@mikewarelaw.com,
otp.informationdesk@icc-cpi.int, newyork@ohchr.org, olga.dixon54@gmail.com, "dolores.helms"
<dolores.helms@yahoo.com>, drakea@missouri.edu, Rick Trevino <rickchristiannlisa@gmail.com>

HONORABLE US CONGRESSWOMAN LIZZIE FLETCHER
C/O MS. STEPHANIE LEOTA
&
TEXAS STATE REPRESENTATIVE NANO AYALA
DEAR MR. ETHAN HAYWOOD,

PLEASE SEE ATTACHMENT.VA ERRONEOUS AND INJURIOUS LUDICROUS RESPONSE THAT THEY KNOW
NOTHING ABOUT MY APPLICATION IN ACQUIRING SPECIALLY ADAPTED HOUSING OR SPECIAL HOME
ADAPTATION GRANT WHICH AMOUNTS TO ANOTHER BLATANT DENIAL OF MY FULL VA BENEFITS. ALSO THEY
HAVE NOT AWARDED ME THE FULL AMOUNT OF MY VA A & A ENTITLEMENT WHICH IS $2500.00 PER MONTH
MORE.

ALSO, PLEASE REFER TO PREVIOUS AND UPCOMING EMAILS IN FURTHER SUPPORT OF OUR STRONGEST
CONTENTION THAT THE US, VA, DAV, TVC, HVL, STATE COMMITTEE ON
JUDICIARY, USDOJ, FBI, TDCJ, GESTAPO AGENTS JOHN RICHARDS, NOEL PORTNOY, JOHN DIXON AND ALL
THE TX INNOCENT PROJECTS AND NETWORKS, TX. AG KEN PAXTON, LEGAL SYSTEM ET AL HAVE
BLACKBALLED AND SANCTIONED HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER
ROBERT TREVINO AND FAMILY AND SUBSEQUENT PREMEDITATED ASSASSINATION OF HIM, LIKE THEY HAVE
FOREIGN HOSTILE TOTALITARIAN REGIMES, SUCH AS NORTH KOREA DICTATOR, KIM JUNG-UN, IN
FURTHERANCE OF THE STIGMATIZED DISCRIMINATION, CORRUPTION, OUTRIGHT FRAUD, GASLIGHTING,
SYSTEMATIC INJUSTICE AND PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AND
GENOCIDE AND THE GANG-RAPE OF JUSTICE IN AMERICA AND COVER-UP/WHITEWASH WITH IMPUNITY IN
THE FIRST DEGREE AND LIKE ALL SPCHOPATHS DENY ANY WRONGDOING, FURTHER BLAME VICTIMS AND
MAKE US SCAPEGOATS AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND RIDICULE AND
MAKE A MOCKERY OUT OF US. THE VA IN COMPLICITY WITH THEIR CRIMINAL CONSPIRATORS AND
ENTERPRISE, HAS HINDERED THE PROSECUTION AND AIDED AND ABETTED IN THE HOMICIDAL CRIMINAL
MIND AND BEHAVIOR OF THE NEO-NAZIS DOMESTIC TERRORIST AND PUT THE FIRST AND LAST NAILS IN
ROBERT'S COFFIN.

WE ARE NOT AMUSED AND CONTINUE TO BE MALICIOUSLY TORMENTED IN OUR GRIEF AND OUTRAGE IN
FURTHERANCE OF PSYCHOLOGICAL MURDER AND COVER-UP.

AT LEAST 67 JOURNALIST HAVE BEEN ERADICATED AND SILENCED IN THE US, AS ROBERT TREVINO AND
FAMILY HAVE BEEN. SO I DON'T UNDERSTAND WHY THE US GOES ACROSS THE WORLD TO FREE WHITE
JOURNALIST IN OTHER COUNTRIES. ESPECIALLY, WHEN THE US ALLOWS OUR HISPANIC PARALYZED HEROES
OF FOREIGN WARS BE ASSASSINATED IN PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC
TERRORIST WARFARE AND GENOCIDE IN THE COUNTRY ROBERT COURAGEOUSLY RISKED HIS LIFE TO
DEFEND

WE CONTINUE TO BE DENIED EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO
JUSTICE FOR ALL AND SUBJECTED TO THE AMERICAN NIGHTMARE AND TWILIGHT ZONE FOR OUR GOD
GIVEN FREE SPEECH AND RIGHT TO PETITION OUR GOVERNMENT FOR REDRESS OF GRIEVANCES. THESE
ARE ALL FEDERAL, STATE AND LOCAL HIGH CRIMES AND MISDEMEANORS AND DEMAND THE PERPETRATORS
BE IMMEDIATELY PROSECUTED TO THE FULLEST EXTENT OF THE LAW. HOWEVER, THEY ARE FURTHER

ENCOURAGED WITH MEGA MILLIONS OF DOLLARS IN "MAD MONEY" ON PRETEXT THAT THEY ARE EXONERATING THE WRONGFULLY INCARCERATED AND ARE IN REALITY ALLOWING "TRUMP UNIVERSITIES" TO INTERCEPT THE FUNDING CREATING MASS INCARCERATION IN MODERN DAY DEATH TRAPS FOR INADEQUATE MEDICAL SYSTEM THAT BY ITSELF, IS CRIMINAL.  FURTHERMORE THESE, "TRUMP UNIVERSITIES"  AND PARTNERS IN CRIME, NONPROFIT CRIMINAL ENTERPRISES ARE ALSO RECEIVING UNREPORTED "BILLIONS OF DOLLARS" FROM HOSTILE FOREIGN GOVERNMENTS WITH STRINGS ATTACHED AND EVADING TAXES AND JEOPARDIZING NATIONAL SECURITY AND ARE GUILTY OF ESPIONAGE AND TREASON.  THE "TRUMP UNIVERSITIES" SCIENTIST ARE, LIKEWISE, SECRETLY WORKING IN CHINA LABORATORIES AND PREPARING TO ATTACK US OVER TAIWAN AND RECEIVING LUCRATIVE CONTRACTS FOR BILLIONS OF DOLLARS IN ADDITIONAL UNREPORTED "MAD MONEY."  AND, THEIR CIVIL RIGHTS VETERANS LEGAL CLINIC ERRONEOUSLY ALLEGE THAT WE LIVE "T-O- F-A-R-A-W-AY" FOR THEM TO REPRESENT US.  AS IN "MEXICO" AND/OR WE ARE "UNDOCUMENTED IMMIGRANTS" FROM THE "TWILIGHT ZONE" AND THEY ARE ONLY REPRESENTING BLACK VETERANS.

IN OTHER WORDS, THEIR SHAM REPRESENTATION OF ONLY BLACKS IS A PUBLICITY STUNT TO SKYROCKET THEIR POLITICAL CAREERS AND PERSONAL FINANCIAL GAIN.  THEY ARE REPRESENTING BLACK VETERANS BECAUSE OF DISCRIMINATION, HOWEVER, DISCRIMINATING AGAINST THE MORE VULNERABLE DISTRESSED HISPANIC WOMAN AND ASSASSINATED WAR HERO, ROBERT TREVINO  AND FAMILY. . .
THIS IS A PERFECT EXAMPLE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION AND CORRUPTION THAT IS AN EXTREMELY DANGEROUS AND LIFE-THREATENING COMBINATION AND
ACCELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND REPEATED RETALIATION AND ATTEMPTED DEPRAVED HEART MURDER OF ME AND THAT KILLED MY OTHER FAMILY MEMBERS AND THAT I'VE BEEN SCREAMING BLOODY MURDER ABOUT.  MEANWHILE, MIKE WARE AND DAVID DOW OF THE INNOCENCE PROJECTS/NETWORK CONTINUE KILLING SPREE AND KILL MORE INMATES THAN THEY ARE EXONERATION, SUCH AS IN THE ROBERT TREVINO FAMILY CASE.  AS A RESULT, THE US HAS THE MOST MASSIVE INCARCERATIONS IN THE WORLD, INCLUDING CHINA THAT HAS THREE TIMES THE POPULATION.

IT IS A GROSS CONFLICT OF INTEREST TO ALLOW THESE "TRUMP UNIVERSITIES" TO INTERCEPT AND SEIZE THE MEGA MILLIONS ON PRETEXT OF EXONERATING THE WRONGFULLY INCARCERATED FOR THE SIMPLE REASON THAT THEY ARE TEACHING LAW STUDENTS AND THEY WILL NOT HAVE ANY CLIENTS TO REPRESENT IF THE INNOCENT PROJECT/NETWORKS ARE REPRESENTING EVERYONE FOR FREE AND THEREFORE, THEY HAVE INGENIOUSLY RAISED CORRUPTION AND THE NORMALIZATION OF STIGMATIZED DISCRIMINATION TO  A NEW ARTFORM  AND AN EXTREMELY DANGEROUS AND LIFE-THREATENING COMBINATION AND ACCELERATED WRONGFUL IMPRISONMENTS, MASSIVE INCARCERATIONS AND SUBSEQUENT PREMEDITATED ASSASSINATION, GENOCIDE AND THEREBY SAVING THE NEO-NATZI GOVERNMENT AND GESTAPO AGENTS MEGA MILLIONS IN EXONERATION, HATE CRIMES, AND OFFICIAL MISCONDUCT BY DA AND POLICE.AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  .AND THEIR HEADS NEED TO ROLL!

ROBERT TREVINO AND FAMILY CASE IS NOT AN ISOLATED CASE BUT A PERFECT EXAMPLE OF THE EXPLOSIVE AND WIDESPREAD NORMALIZATION OF DISCRIMINATION AND CORRUPTION IN POLITICAL AND JUDICIAL SYSTEM IN AMERICA AND THE GANG-RAPE OF JUSTICE IN AMERICA! AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  "THE LAND OF OPPORTUNITY AND THE AMERICAN DREAM",BUT "THE AMERICAN NIGHTMARE AND TWILIGHT ZONE" FOR THE DISTRESSED HISPANIC VETERANS AND OTHERS MINORITIES, SIMILARLY SITUATED!  THE VA AND THOSE THEY ARE HARBORING UNDER THE ERRONEOUS GUISE THAT THEY ARE THERE TO AFFORD DISTRESSED VETERANS FREE LEGAL SERVICES ARE IN REALITY IN COMPLICITY WITH THEM TO DO THEIR DIRTY WORK AND CONTINUE TO STIGMATIZE DISCRIMINATE, DEFRAUD, CORRUPT  AND CRIMINALLY OPPRESS DISTRESSED MINORITY VETERANS TO LOCK US UP , AND AGAIN, DEFRAUD US OF OUR FULL VA RIGHTS AND BENEFITS TO SADISTICALLY AND PERNICIOUSLY AND COVERTLY PSYCHOLOGICALLY ERADICATE AND DEPRAVED HEART MURDER DISTRESSED VETERANS. .

THE PERPETRATORS HEADS NEED TO ROLL, INCLUDING THE USDOJ, FBI FOR NOT STOPPING THE SHAM TRIAL BY RAGE THEY WERE PROBING AND FOR HIRING THE PRINCIPAL OFFENDER, DA STEVE MARSHALL, THAT CONCOCKED AND FABRICATED QUACKERY AND "BIG LIES" WITH "ZERO EVIDENCE" AND COERCED THE ALLEGED STATE VICTIMS /WITNESSES INTO AGGRAVATED PERJURY UNDER THREAT OF PROSECUTING THEM ON PENDING STATUTORY RAPE OF 12 YEAR OLD AND OTHER FELONIES AND FACE LONG PRISON SENTENCES.  THE CONFESSION OF THE STATE'S STAR WITNESS, PATRICK LANGFORD, THAT WAS "SINGING LIKE A CANARY"  WHICH OUR LAWYERS, GESPOATO AGENTS, JOHN RICHARDS AND NOEL PORTNOY, TRIED TO SPIN IN FAVOR OF THE STATE TO HINDER THEIR PROSECUTION AND DEFRAUD ROBERT OF MILLIONS OF DOLLARS IN  COMPENSATION PROMPTED THE RETALIATORY BRUTALITY AND ISOLATION AND SECLUSION OF ROBERT AND INHUMANITY OF REMOVING HIM FROM THE ICU MEDICAL UNIT TO THE WORST INSANE ASYLUM IN THE WORLD TO ACCELERATE PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-UP./WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE

MEANWHILE, I CONTINUED TO BE RETALIATED AND COERCED INTO REPRESENTING MYSELF AND DEALING WITH THE TRAUMATIC EXPERIENCE OF DEADLY CONSEQUENCES FOR ROBERT AND MYSELF WITH THE

BRUTALITY AND SHAM REPRESENTATION OF JOHN RICHARDS AND NOEL PORTNOY OFFICIALLY ABANDONING ROBERT AND I AND CONCEALING THE CONFESSION AND LIFE-ENDANGERMENT OF ROBERT AN UNBEKNOWN OF THEIR EFFORT TO INDUCE MY DEATH BECAUSE OF THEIR GASLIGHTING AND MISREPRESENTATION AND CONFUSION AND CRIMINAL OPPRESSION AND MALICIOUSLY SUBJECTING ME TO THE SAME SHAM TRIAL BY RAGE AS ROBERT WAS TO SABOTAGE CASE AGAINST THE TO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP DEFENDANTS AND THEIR  BRIBED PINOCCHIO QUACKERY, MICHAEL  ARAMBULA THAT NEVER EXAMINED ME AND WITHOUT OBJECTION CONDEMNED ROBERT TO FURTHER FUEL MY ANGER, DEPRESSION AND ANXIETY AND INDUCE MY SENSELESS DEATH AND DEMISE AND CONTRIBUTED TO MY STROKE AND CORRUPTION OF COURT PROCEEDINGS AND SHAM TRIAL BY RAGE.  GESTAPO AGENTS SABOTAGED MY WINNABLE CASE THEN TRIED TO COERCE ME TO REPRESENT MYSELF.  LIKE A WOUNDED LAMB TO SLAUGHTER BEFORE THE FOAMING AT THE MOUTH BLOOD THIRSTY BEAST OF PREY IN SHEEP'S CLOTHING AND IN AN EFFORT TO INDUCE MY SENSELESS DEATH AND DEMISE AND SUFFERED INDUCED STROKE WITH ADDITIONAL DEBILITATING DISABILITIES.  HOW DOES AN EXPERIENCED TRIAL LAWYER OF 30 PLUS YEARS JOHN RICHARDS, NOT KNOW THE PROPER WAY TO IMPEACH AN ADMITTED LIAR?  NOT CALL MY WITNESS, AND CONCEAL "F" RATING FROM BBB OF THE DEFENDANTS, ESPECIALLY WHEN THEY WERE CLEARLY DEMONSTRATING IN THE COURT WHAT THEY DID TO ME AT THE DEALERSHIP,  CLEARLY GESTAPO AGENTS WERE ALSO BRIBED TO CRIMINALLY OPPRESSED AND DEFRAUD ME AGAIN AND AGAIN.  STATE BAR OF TEXAS CDC, LIKE THEY DID ALL THE OTHER ATTORNEYS THAT HAD DEFRAUDED US, BETRAYED US, FLIP/FLOPPED POSITIONS TO SABOTAGE CASE AND SEAL ROBERT'S FATE, AND PUT MORE NAILS IN ROBERT'S COFFIN  AND SUBSTANTIAL FINANCIAL LOSS.  THEY ALL NEED TO BE SWIFTLY PROSECUTED FOR WRONGFUL IMPRISONMENT AND PREMEDITATED ASSASSINATION OF ROBERT..

THANK YOU AGAIN FOR ANY IMMEDIATE INTERVENTION AND ASSISTANCE.IN THIS MOST SERIOUS AND URGENT MATTER IN PURSUIT OF EQUAL ACCESS TO JUSTICE FOR ALL!  .ADDITIONAL INFORMATION IN SUPPORT IS FORTHCOMING!

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
(713)309-5962
vip4justice@gmail.com

 **US CONGRESSWOMAN LIZZIE FLETCHER & VA.pdf**
1333K

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Tue, Apr 11, 2023 at 8:03 PM
To: stephani.leota@mail.house.gov, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, Gloria Trevino
<vip4justice@gmail.com>, pio@supremecourt.gov, jason.parkin@law.cuny.edu, ethan.haywood@house.texas.gov,
information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USDOJ <askdoj@usdoj.gov>, USAWA Inquiries
<usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, ware@mikewarelaw.com,
otp.informationdesk@icc-cpi.int, newyork@ohchr.org, olga.dixon54@gmail.com, "dolores.helms"
<dolores.helms@yahoo.com>, drakea@missouri.edu, Rick Trevino <rickchristiannlisa@gmail.com>

[Quoted text hidden]

 Gmail

Gloria Trevino <vip4justice@gmail.com>

# VA COMPLICITY IN OUTRIGHT FRAUD & COVERT ERADICATION OF DISTRESSED MINORITY VETERANS

4 messages

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Wed, Mar 8, 2023 at 12:34 PM
To: drakea@missouri.edu, eugeneoloughlin@missouri.edu, jason.parkin@law.cuny.edu, lso@yale.edu, Gloria Trevino <vip4justice@gmail.com>

CONLEY MONK JR., ET AL, &
YALE LAW SCHOOL VETERANS CLINIC,
C/O ATTY. ANGELA K. DRAKE & MR. MICHAEL J. WISHNIE

GREETINGS,

ATTACHED IS ADDITIONAL INFORMATION IN REFERENCE TO THE VA'S ROLE IN THE OUTRIGHT FRAUD AND SYSTEMATIC INJUSTICE AGAINST ROBERT TREVINO AND I RESULTING IN ROBERT'S UNTIMELY AND SENSELESS DEMISE AS WELL AS OTHER FAMILY MEMBERS AND REPEATED RETALIATION AND COVERT ATTEMPTS OF DEPRAVED HEART MURDER OF ME FOR OVER 27 LONG AND OPPRESSIVE YEARS.

IN 1995 TO DATE, THE VA MALICIOUSLY ILLEGALLY DENIED ROBERT, A TOTALLY DISABLED WAR HERO WITH BRAIN DAMAGE AND PTSD, EMERGENCY HOSPITALIZATION FOR MAJOR DEPRESSION, DELUSIONS AND PTSD AND OTHER PSYCHIATRIC PROBLEMS AND MENTAL EVALUATION IN COMPLICITY WITH ROBERT'S POLITICAL ENEMIES AND OTHERS AND TOOK UNFAIR ADVANTAGE OF HIM AND SUBJECTED ROBERT TO THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND PREMEDITATED ASSASSINATION AND COVER-UP/WITHWASH WITH IMPUNITY IN THE FIRST DEGREE.

THE VA INGENIOUSLY AND DIABOLICALLY PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN TO DEFRAUD HIM OF HIS VA FINANCIAL AND MEDICAL BENEFITS THAT HE JUSTLY DESERVED AND PAID A VERY HIGH PRICE FOR AND CONTINUE TO RETALIATE AND CRIMINALLY OPPRESS US IN AN ENDLESS CONCERTED COVERT EFFORT WITH STATE OFFICIALS AND GESTAPO AGENTS THAT, LIKEWISE, DEFRAUDED ROBERT OF FAIR COMPENSATION FOR THEIR HATE CRIMES AND TO FOREVER SILENCE US, DENY US EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, SYSTEMATIC INJUSTICE AND ESCAPE TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY, MAKE US SCAPE-GOATS AND LAUGHING STOCKS OUT OF US FOR THEIR AMUSEMENT AND ENTERTAINING.

WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THEIR PERPETUAL NEO-NAZI DOMESTIC TERROR.AND HOMICIDAL PSYCHOLOGICAL WARFARE AGAINST DISTRESSED VETERANS AND OUR FAMILIES.

THANK YOU FOR YOUR CONSIDERATION AND COOPERATION IN OUR RELENTLESS SOLITARY QUEST FOR JUSTICE.

GLORIA & ROBERT TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
vip4justice@gmail.com

📄 ATTYS FOR MONK ET AL, PII.pdf

📄 ATTYS FOR MONK ET AL, PI.pdf
22316K

---

**Gloria Trevino** <vip4justice@gmail.com>                                     Wed, Mar 8, 2023 at 1:37 PM
To: drakea@missouri.edu, eugeneoloughlin@missouri.edu, jason.parkin@law.cuny.edu, lso@yale.edu, Gloria Trevino <vip4justice@gmail.com>

Mike

Michael J. Wishnie (he/him)

William O. Douglas Clinical Professor of Law

 and Deputy Dean for Experiential Education

Yale Law School

127 Wall Street

New Haven, CT 06511

michael.wishnie@yale.edu

(203) 436-4780

_____

This transmittal is intended for a particular addressee(s); please do not distribute further without permission from the sender. It may constitute a confidential and privileged attorney-client communication or attorney work product. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, copying, distribution, or dissemination is strictly prohibited. If you suspect that you have received this transmittal in error, please notify me immediately by telephone at (203) 436-4780, or by email by replying to the sender, and delete the transmittal and any attachments from your inbox and data storage systems. Thank you.

[Quoted text hidden]
[Quoted text hidden]

  [Quoted text hidden]

    Image removed by sender. ATTYS FOR MONK ET AL… PII.pdfError! Filename not specified

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Mon, Mar 13, 2023 at 7:54 PM
To: "Wishnie, Michael" <michael.wishnie@yale.edu>

 YALE UNIVERSITY VETERANS CLINIC,
C/O MICHAEL WISHNIE,

RE; THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALIZED
VETERAN AND POLITICAL PRISONER ROBERT TREVINO AND THE GANG-RAPE OF JUSTICE IN AMERICA

GREETINGS MR WISHNIE,

YOUR EMPLOYEE TOLD ME THAT YOU WERE NOT REPRESENTING HISPANIC VETERANS AND LEAST OF ALL
HISPANIC WOMEN VETERANS AND I WAS DEEPLY OFFENDED SINCE YOU'RE SUPPOSED TO BE A CIVIL
RIGHTS ORGANIZATION AND YOU ARE DISCRIMINATING AGAINST THE MORE VULNERABLE TO
DISCRIMINATION AND EXPLOITATION AND ABUSE.  WE ARE STIGMATIZED AND SYSTEMATICALLY CRIMINALLY
OPPRESSED MORE THAN ANY OTHER RACE.  HISPANICS AND ESPECIALLY HISPANIC WOMEN ARE TREATED
LESS THAN "UNDOCUMENTED IMMIGRANTS." SINCE THEY ARE AFFORDED EQUAL ACCESS TO JUSTICE ON
THEIR IMMIGRATION STATUS AND OTHER HUMAN RIGHTS ISSUES.  OR, IS THIS JUST ANOTHER PUBLICITY
STUNT TO RAISE BILLIONS OF DOLLARS FOR YOUR UNIVERSITY?

IN ANY CASE, AS TOTALLY AND PERMANENTLY DISABLED HONORABLY DISCHARGED HISPANIC/AMERICAN
VETERANS, WE HAVE AS MUCH CIVIL RIGHTS TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL
ACCESS TO JUSTICE AS WHITE AND BLACK AMERICAN VETERANS, EVEN THOUGH THE EXPLOSIVE
WIDESPREAD DOMESTIC TERRORIST DON'T THINK SO, AS EVIDENT BY THE HORRIFIC MALICIOUS
PROSECUTION, WRONGFUL LIFE-IMPRISONMENT AND SUBSEQUENT PERNICIOUS COVERT PREMEDITATED

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## VA CONTINUED BAD-FAITH AND HARASSING EGREGIOUS AND PERNICIOUS DELAYING GAMES AND NORMALIZATION OF STIGMATIZE DISCRIMINATION, RETALIATION, OUTRIGHT FRAUD CRIMINAL OPPRESSION AND SYSTEMATIC INJUSTICE AND GENOCIDE!

2 messages

---

**Gloria Trevino** <vip4justice@gmail.com>                                      Tue, Apr 11, 2023 at 7:31 PM
To: stephani.leota@mail.house.gov, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, Gloria Trevino <vip4justice@gmail.com>, pio@supremecourt.gov, jason.parkin@law.cuny.edu, ethan.haywood@house.texas.gov, information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USDOJ <askdoj@usdoj.gov>, USAWA Inquiries <usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, ware@mikewarelaw.com, otp.informationdesk@icc-cpi.int, newyork@ohchr.org, olga.dixon54@gmail.com, "dolores.helms" <dolores.helms@yahoo.com>, drakea@missouri.edu, Rick Trevino <rickchristiannlisa@gmail.com>

HONORABLE US CONGRESSWOMAN LIZZIE FLETCHER
C/O MS. STEPHANIE LEOTA
&
TEXAS STATE REPRESENTATIVE NANO AYALA
DEAR MR. ETHAN HAYWOOD,

PLEASE SEE ATTACHMENT.VA ERRONEOUS AND INJURIOUS LUDICROUS RESPONSE THAT THEY KNOW NOTHING ABOUT MY APPLICATION IN ACQUIRING SPECIALLY ADAPTED HOUSING OR SPECIAL HOME ADAPTATION GRANT WHICH AMOUNTS TO ANOTHER BLATANT DENIAL OF MY FULL VA BENEFITS.  ALSO THEY HAVE NOT AWARDED ME THE FULL AMOUNT OF MY VA A & A ENTITLEMENT WHICH IS $2500.00 PER MONTH MORE.

ALSO, PLEASE REFER TO PREVIOUS AND UPCOMING EMAILS IN FURTHER SUPPORT OF OUR STRONGEST CONTENTION THAT THE US, VA, DAV, TVC, HVL, STATE BAR OF TEXAS, CDC, STATE COMMITTEE ON JUDICIARY, USDOJ, FBI, TDCJ, GESTAPO AGENTS JOHN RICHARDS, NOEL PORTNOY, JOHN DIXON AND ALL THE TX INNOCENT PROJECTS AND NETWORKS, TX. AG KEN PAXTON, LEGAL SYSTEM ET AL HAVE BLACKBALLED AND SANCTIONED HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER ROBERT TREVINO AND FAMILY  AND SUBSEQUENT PREMEDITATED ASSASSINATION OF HIM, LIKE THEY HAVE FOREIGN HOSTILE TOTALITARIAN REGIMES, SUCH AS NORTH KOREA DICTATOR, KIM JUNG-UN, IN FURTHERANCE OF THE STIGMATIZED DISCRIMINATION, CORRUPTION, OUTRIGHT FRAUD, GASLIGHTING, SYSTEMATIC INJUSTICE AND PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AND GENOCIDE AND THE GANG-RAPE OF JUSTICE IN AMERICA AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND LIKE ALL SPCHOPATHS DENY ANY WRONGDOING, FURTHER BLAME VICTIMS AND MAKE US SCAPEGOATS AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND RIDICULE AND MAKE A MOCKERY OUT OF US.  THE VA IN COMPLICITY WITH THEIR CRIMINAL CONSPIRATORS AND ENTERPRISE, HAS HINDERED THE PROSECUTION AND AIDED AND ABETTED IN THE HOMICIDAL CRIMINAL MIND AND BEHAVIOR OF THE NEO-NAZIS DOMESTIC TERRORIST AND PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN.

WE ARE NOT AMUSED AND CONTINUE TO BE MALICIOUSLY TORMENTED IN OUR GRIEF AND OUTRAGE IN FURTHERANCE OF PSYCHOLOGICAL MURDER AND COVER-UP.

AT LEAST 67 JOURNALIST HAVE BEEN ERADICATED AND SILENCED IN THE US, AS ROBERT TREVINO AND FAMILY HAVE BEEN.  SO I DON'T UNDERSTAND WHY THE US GOES ACROSS THE WORLD TO FREE WHITE JOURNALIST IN OTHER COUNTRIES. ESPECIALLY, WHEN THE US ALLOWS OUR HISPANIC PARALYZED HEROES OF FOREIGN WARS BE ASSASSINATED IN PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AND GENOCIDE IN THE COUNTRY ROBERT COURAGEOUSLY RISKED HIS LIFE TO DEFEND

WE CONTINUE TO BE DENIED EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE  FOR ALL AND SUBJECTED TO THE AMERICAN NIGHTMARE AND TWILIGHT ZONE FOR OUR GOD GIVEN FREE SPEECH AND RIGHT TO PETITION OUR GOVERNMENT FOR REDRESS OF GRIEVANCES.  THESE ARE ALL FEDERAL, STATE AND LOCAL HIGH CRIMES AND MISDEMEANORS AND DEMAND THE PERPETRATORS BE IMMEDIATELY PROSECUTED TO THE FULLEST EXTENT OF THE LAW.  HOWEVER, THEY ARE FURTHER

BRUTALITY AND SHAM REPRESENTATION OF JOHN RICHARDS AND NOEL PORTNOY OFFICIALLY ABANDONING ROBERT AND I AND CONCEALING THE CONFESSION AND LIFE-ENDANGERMENT OF ROBERT AN UNBEKNOWN OF THEIR EFFORT TO INDUCE MY DEATH BECAUSE OF THEIR GASLIGHTING AND MISREPRESENTATION AND CONFUSION AND CRIMINAL OPPRESSION AND MALICIOUSLY SUBJECTING ME TO THE SAME SHAM TRIAL BY RAGE AS ROBERT WAS TO SABOTAGE CASE AGAINST THE TO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP DEFENDANTS AND THEIR  BRIBED PINOCCHIO QUACKERY, MICHAEL  ARAMBULA THAT NEVER EXAMINED ME AND WITHOUT OBJECTION CONDEMNED ROBERT TO FURTHER FUEL MY ANGER, DEPRESSION AND ANXIETY AND INDUCE MY SENSELESS DEATH AND DEMISE AND CONTRIBUTED TO MY STROKE AND CORRUPTION OF COURT PROCEEDINGS AND SHAM TRIAL BY RAGE.  GESTAPO AGENTS SABOTAGED MY WINNABLE CASE THEN TRIED TO COERCE ME TO REPRESENT MYSELF.  LIKE A WOUNDED LAMB TO SLAUGHTER BEFORE THE FOAMING AT THE MOUTH BLOOD THIRSTY BEAST OF PREY IN SHEEP'S CLOTHING AND IN AN EFFORT TO INDUCE MY SENSELESS DEATH AND DEMISE AND SUFFERED INDUCED STROKE WITH ADDITIONAL DEBILITATING DISABILITIES.  HOW DOES AN EXPERIENCED TRIAL LAWYER OF 30 PLUS YEARS JOHN RICHARDS, NOT KNOW THE PROPER WAY TO IMPEACH AN ADMITTED LIAR?  NOT CALL MY WITNESS, AND CONCEAL "F" RATING FROM BBB OF THE DEFENDANTS, ESPECIALLY WHEN THEY WERE CLEARLY DEMONSTRATING IN THE COURT WHAT THEY DID TO ME AT THE DEALERSHIP,  CLEARLY GESTAPO AGENTS WERE ALSO BRIBED TO CRIMINALLY OPPRESSED AND DEFRAUD ME AGAIN AND AGAIN.  STATE BAR OF TEXAS CDC, LIKE THEY DID ALL THE OTHER ATTORNEYS THAT HAD DEFRAUDED US, BETRAYED US, FLIP/FLOPPED POSITIONS TO SABOTAGE CASE AND SEAL ROBERT'S FATE, AND PUT MORE NAILS IN ROBERT'S COFFIN  AND SUBSTANTIAL FINANCIAL LOSS.  THEY ALL NEED TO BE SWIFTLY PROSECUTED FOR WRONGFUL IMPRISONMENT AND PREMEDITATED ASSASSINATION OF ROBERT..

THANK YOU AGAIN FOR ANY IMMEDIATE INTERVENTION AND ASSISTANCE.IN THIS MOST SERIOUS AND URGENT MATTER IN PURSUIT OF EQUAL ACCESS TO JUSTICE FOR ALL!  .ADDITIONAL INFORMATION IN SUPPORT IS FORTHCOMING!

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
(713)309-5962
vip4justice@gmail.com

 **US CONGRESSWOMAN LIZZIE FLETCHER & VA.pdf**
1333K

---

**Gloria Trevino** <vip4justice@gmail.com>                                                        Tue, Apr 11, 2023 at 8:03 PM
To: stephani.leota@mail.house.gov, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, Gloria Trevino
<vip4justice@gmail.com>, pio@supremecourt.gov, jason.parkin@law.cuny.edu, ethan.haywood@house.texas.gov,
information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USDOJ <askdoj@usdoj.gov>, USAWA Inquiries
<usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, ware@mikewaralaw.com,
otp.informationdesk@icc-cpi.int, newyork@ohchr.org, olga.dixon54@gmail.com, "dolores.helms"
<dolores.helms@yahoo.com>, drakea@missouri.edu, Rick Trevino <rickchristiannlisa@gmail.com>

[Quoted text hidden]

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## ASSASSINATION OF ROBERT TREVINO & COVER-UP!
3 messages

**Gloria Trevino** <vip4justice@gmail.com>                                    Thu, Apr 13, 2023 at 2:33 AM
To: "olivia.chris.henderson@gmail.com" <olivia.chris.henderson@gmail.com>, Gloria Trevino <vip4justice@gmail.com>, "US
REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, pio@supremecourt.gov, jason.parkin@law.cuny.edu,
ethan.haywood@house.texas.gov, information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USAWA Inquiries
<usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, newyork@ohchr.org, drakea@missouri.edu,
senator@blumenthal.senate.gov

> 📄 ASSASSINATION OF ROBERT TREVINO & COVER-UP! PII...
>
> VETERANS LEGAL SERVICES, UNIVERSITY OF MISSOURI, NATIONAL LAW SCHOOL VETERANS CLINIC,
> ATTORNEYS, MICHAEL WISHNIE &  ANGELA K. DRAKE,
> NATIONAL'S VETERANS COUNCIL FOR LEGAL REDRESS, BLACK VETERANS PROJECT, YALE UNIVERSITY OF
> CONNECTICUT VETERANS LEGAL SERVICE CLINIC,
> &
> US COMMITTEE ON THE JUDICIARY,
> US COMMITTEE ON HOMELAND SECURITY & GOVERNMENT AFFAIRS,
> US COMMITTEE ON VETERANS AFFAIRS,
> ATTN: US SENATOR RICHARD BLUMENTHAL
>
> GREETINGS,
>
> I HOPE AND PRAY FOR THE SPEEDY RECOVERY OF MR. CONLEY MONK.
>
> I ALSO HOPE AND PRAY THAT OLIVIA AND YOUR NONPROFIT ORGANIZATIONS AND OTHERS HAVE NOT BEEN
> CORRUPTED AND PREJUDICED AGAINST DISTRESSED HISPANIC VETERANS SEEKING IMMEDIATE AND
> EMERGENCY ASSISTANCE IN AFFORDING US EQUAL PROTECTION, EQUAL REPRESENTATION, EQUAL
> ACCESS TO JUSTICE AND HARSH CRIMINAL AND CIVIL ACCOUNTABILITY FROM THE NEO-NAZI GOVERNMENT
> OFFICIALS, VA, GESTAPO AGENTS AND WHITE SUPREMACIST AND, "WHITE SUPREMACIST "WANT TO BE" THAT
> MALICIOUSLY SUBJECTED HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER, ROBERT
> TREVINO TO THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG LIES" WITH "ZERO
> EVIDENCE" ON PRETEXT OF JUSTICE AND IN COMPLICITY, THE VA ILLEGALLY DENIED ROBERT EMERGENCY
> MEDICAL HOSPITALIZATION FOR MAJOR DEPRESSION, PTSD AND TBI, INCLUDING MENTAL EVALUATION IN
> FURTHERANCE OF PERMANENTLY DENYING ROBERT AND HIS ILL-STRICKEN DEPENDANT PARENT VA
> COMPENSATION AND OTHER RIGHTS AND BENEFITS AND SUBSEQUENT PREMEDITATED DEPRAVED HEART
> MURDER OF OUR MOTHER AND ASSASSINATION OF ROBERT TREVINO AND COVER-UP/WHITEWASH WITH
> IMPUNITY IN THE FIRST DEGREE.  OUR NATION HAS SHAMEFULLY BETRAYED ROBERT IN VIOLATION OF
> SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL
> OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM AS GUARANTEED UNDER THE CONSTITUTION OF THE
> UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS.  INSTEAD, MALICIOUSLY SUBJECTED ROBERT AND
> FAMILY TO THE DEADLY COMBINATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, CRIMINAL
> OPPRESSION, GASLIGHTING, SYSTEMATIC INJUSTICE AND PERPETUAL PERNICIOUS COVERT
> PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AND  GANG-RAPE OF JUSTICE IN AMERICA AND
> GENOCIDE.  IN SHORT, ROBERT TREVINO WAS SUBJECTED TO THE AMERICAN NIGHTMARE AND TWILIGHT
> ZONE!
>
> AS PREVIOUSLY PROTESTED, WE HAVE BEEN "BLACKBALLED" AND "SANCTIONED" BY OUR GOVERNMENT,
> LIKE NORTH KOREA'S DICTATOR, KIM JUNG-UN AND FOR OVER 30 LONG AND OPPRESSIVE YEARS HAVE
> BEEN ILLEGALLY DENIED EQUAL ACCESS TO JUSTICE. THE VA IN COMPLICITY WITH THE NEO-NAZI
> GOVERNMENT OFFICIALS AND OTHERS, PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN, AS WELL AS
> OUR BELOVED MOTHER, DEPRAVED HEART MURDER OF OUR OTHER BROTHER, jUAN. AND REPEATED
> ATTEMPTED PSYCHOLOGICAL MURDER OF ME INDUCING ME INTO SUFFERING A NEAR DEADLY STROKE AND
> SABOTAGE MY RELENTLESS PURSUIT OF JUSTICE FOR ROBERT AND FAMILY AND COVER-UP. EVEN THE DAV,
> WITH "F" RATING FROM BBB REFUSE TO HELP AND CONTRIBUTED TO THE BRUTALITY OF THE VA ALONG WITH
> THE OTHER SO-CALLED LEGAL AID CLINICS.  NO ONE WILL HELP BECAUSE OF THE NORMALIZATION OF
> STIGMATIZED DISCRIMINATION, EXTREME HATRED OF HISPANICS, TO HINDER THE PROSECUTION OF THE

The response from the remote server was:

550 Rule imposed mailbox access for ethan.haywood@house.texas.gov refused Message over size
limit

Final-Recipient: rfc822; ethan.haywood@house.texas.gov
Action: failed
Status: 5.0.0
Remote-MTA: dns; email3.tlc.state.tx.us. (204.65.64.31, the server for the
 domain house.texas.gov.)
Diagnostic-Code: smtp; 550 Rule imposed mailbox access for ethan.haywood@house.texas.gov refused Message over
size limit
Last-Attempt-Date: Thu, 13 Apr 2023 00:33:33 -0700 (PDT)

---------- Forwarded message ----------
From: Gloria Trevino <vip4justice@gmail.com>
To: "olivia.chris.henderson@gmail.com" <olivia.chris.henderson@gmail.com>, Gloria Trevino <vip4justice@gmail.com>,
"US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, pio@supremecourt.gov, jason.parkin@law.cuny.edu,
ethan.haywood@house.texas.gov, information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USAWA Inquiries
<usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, newyork@ohchr.org, drakea@missouri.edu,
senator@blumenthal.senate.gov
Cc:
Bcc:
Date: Thu, 13 Apr 2023 02:33:09 -0500
Subject: ASSASSINATION OF ROBERT TREVINO & COVER-UP!
----- Message truncated -----

---

**postmaster@unhcr365.onmicrosoft.com** <postmaster@unhcr365.onmicrosoft.com>          Thu, Apr 13, 2023 at 2:33 AM
To: vip4justice@gmail.com

## Delivery has failed to these recipients or groups:

USAWA Inquiries (usawainq@unhcr.org)

Your message is too large to send. To send it, make the message smaller, for example, by
removing attachments.

The maximum message size that's allowed is 21 MB. This message is 28 MB.

**Diagnostic information for administrators:**

Generating server: DB9PR05MB7817.eurprd05.prod.outlook.com

usawainq@unhcr.org
Remote server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: AM0EUR02FT052:EE_|DB9PR05MB7817:EE_
X-MS-Office365-Filtering-Correlation-Id: cb49ed4c-380e-4d7d-b306-08db3bf163d0
```

Final-Recipient: rfc822;usawainq@unhcr.org
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient
X-Display-Name: USAWA Inquiries

**noname**
25K

wshu | Public Radio

Donate

# Racial discrimination by Veterans Affairs spans decades, Yale legal clinic lawsuit says

WSHU | By Eric Warner

Published November 29, 2022 at 1:25 PM EST



*Charles Dharapak / AP*

The seal affixed to the front of the Veterans Affairs Department building in Washington.

Conley Monk Jr. served as a Marine in the Vietnam War. When he returned home, the Department of Veterans Affairs repeatedly denied his applications for education, housing, and disability support until December 2020, when the VA agreed that he had been eligible for these benefits the entire time.

Monk is now suing the VA for failing to address racial disparities in receiving benefits and is seeking compensation for himself and his family.

"My father fought in the Army in World War II, and I went to Vietnam with the Marines."

accounted for racial disparities because they weren't even tracking it which further shows the VA's official negligence," Henderson said.

Henderson said he believes if Monk is successful, this case could be used as precedent for more 20th century Black veterans to receive benefits they rightfully earned.

Blumenthal, who is also a Marine veteran and now a member of the U.S. Senate Committee on Veterans Affairs, said he wants the VA to improve it's oversight to ensure that all veterans receive the care they deserve.

"I am deeply concerned by reports of racial discrimination in VA care and benefits," Blumenthal said in statement. "Stronger oversight and clear action should be taken promptly to stop any discrimination— absolutely abhorrent wherever it occurs. All who serve and sacrifice for our great nation deserve equal treatment and protection."

This lawsuit, if successful under the Federal Tort Claims Act, could pave the way for more Black veterans who were unjustly unable to receive veteran benefits to finally get compensation for their service.

Tags

| Connecticut News | Racial Disparities | Veterans Affairs |
|---|---|---|

| Veterans Benefits | Yale Law School Veterans Legal Services Clinic |
|---|---|





### Eric Warner

Eric Warner is a news fellow at WSHU.

See stories by Eric Warner

© 2023 WSHU

Contact Us

Privacy Policy

WSHU 2021 EEO Public File Report

EEO and 501(c)(3) Information

CPB Report

Contest Rules

FCC Applications

WSHU (AM) Public File

WSHU-FM Public File

WSUF Public File

WSTC Public File

WSHU
Classical Music Overnight

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## VA CONTINUED BAD-FAITH AND HARASSING EGREGIOUS AND PERNICIOUS DELAYING GAMES AND NORMALIZATION OF STIGMATIZE DISCRIMINATION, RETALIATION, OUTRIGHT FRAUD CRIMINAL OPPRESSION AND SYSTEMATIC INJUSTICE AND GENOCIDE!

1 message

**Gloria Trevino** <vip4justice@gmail.com>                                    Tue, Apr 11, 2023 at 7:31 PM
To: stephani.leota@mail.house.gov, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, Gloria Trevino
<vip4justice@gmail.com>, pio@supremecourt.gov, jason.parkin@law.cuny.edu, ethan.haywood@house.texas.gov,
information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USDOJ <askdoj@usdoj.gov>, USAWA Inquiries
<usawainq@unhcr.org>, "Wishnie, Michael" <michael.wishnie@yale.edu>, ware@mikewarelaw.com,
otp.informationdesk@icc-cpi.int, newyork@ohchr.org, olga.dixon54@gmail.com, "dolores.helms"
<dolores.helms@yahoo.com>, drakea@missouri.edu, Rick Trevino <rickchristiannlisa@gmail.com>

HONORABLE US CONGRESSWOMAN LIZZIE FLETCHER
C/O MS. STEPHANIE LEOTA
&
TEXAS STATE REPRESENTATIVE NANO AYALA
DEAR MR. ETHAN HAYWOOD,

PLEASE SEE ATTACHMENT.VA ERRONEOUS AND INJURIOUS LUDICROUS RESPONSE THAT THEY KNOW
NOTHING ABOUT MY APPLICATION IN ACQUIRING SPECIALLY ADAPTED HOUSING OR SPECIAL HOME
ADAPTATION GRANT WHICH AMOUNTS TO ANOTHER BLATANT DENIAL OF MY FULL VA BENEFITS.  ALSO THEY
HAVE NOT AWARDED ME THE FULL AMOUNT OF MY VA A & A ENTITLEMENT WHICH IS $2500.00 PER MONTH
MORE.

ALSO, PLEASE REFER TO PREVIOUS AND UPCOMING EMAILS IN FURTHER SUPPORT OF OUR STRONGEST
CONTENTION THAT THE US, VA, DAV, TVC, HVL, STATE BAR OF TEXAS, CDC, STATE COMMITTEE ON
JUDICIARY, USDOJ, FBI, TDCJ, GESTAPO AGENTS JOHN RICHARDS, NOEL PORTNOY, JOHN DIXON AND ALL
THE TX INNOCENT PROJECTS AND NETWORKS, TX. AG KEN PAXTON, LEGAL SYSTEM ET AL HAVE
BLACKBALLED AND SANCTIONED HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER
ROBERT TREVINO AND FAMILY  AND SUBSEQUENT PREMEDITATED ASSASSINATION OF HIM, LIKE THEY HAVE
FOREIGN HOSTILE TOTALITARIAN REGIMES, SUCH AS NORTH KOREA DICTATOR, KIM JUNG-UN, IN
FURTHERANCE OF THE STIGMATIZED DISCRIMINATION, CORRUPTION, OUTRIGHT FRAUD, GASLIGHTING,
SYSTEMATIC INJUSTICE AND PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AND
GENOCIDE AND THE GANG-RAPE OF JUSTICE IN AMERICA AND COVER-UP/WHITEWASH WITH IMPUNITY IN
THE FIRST DEGREE AND LIKE ALL SPCHOPATHS DENY ANY WRONGDOING, FURTHER BLAME VICTIMS AND
MAKE US SCAPEGOATS AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND RIDICULE AND
MAKE A MOCKERY OUT OF US.  THE VA IN COMPLICITY WITH THEIR CRIMINAL CONSPIRATORS AND
ENTERPRISE, HAS HINDERED THE PROSECUTION AND AIDED AND ABETTED IN THE HOMICIDAL CRIMINAL
MIND AND BEHAVIOR OF THE NEO-NAZIS DOMESTIC TERRORIST AND PUT THE FIRST AND LAST NAILS IN
ROBERT'S COFFIN.

WE ARE NOT AMUSED AND CONTINUE TO BE MALICIOUSLY TORMENTED IN OUR GRIEF AND OUTRAGE IN
FURTHERANCE OF PSYCHOLOGICAL MURDER AND COVER-UP.

AT LEAST 67 JOURNALIST HAVE BEEN ERADICATED AND SILENCED IN THE US, AS ROBERT TREVINO AND
FAMILY HAVE BEEN.  SO I DON'T UNDERSTAND WHY THE US GOES ACROSS THE WORLD TO FREE WHITE
JOURNALIST IN OTHER COUNTRIES. ESPECIALLY, WHEN THE US ALLOWS OUR HISPANIC PARALYZED HEROES
OF FOREIGN WARS BE ASSASSINATED IN PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC
TERRORIST WARFARE AND GENOCIDE IN THE COUNTRY ROBERT COURAGEOUSLY RISKED HIS LIFE TO
DEFEND

WE CONTINUE TO BE DENIED EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO
JUSTICE  FOR ALL AND SUBJECTED TO THE AMERICAN NIGHTMARE AND TWILIGHT ZONE FOR OUR GOD
GIVEN FREE SPEECH AND RIGHT TO PETITION OUR GOVERNMENT FOR REDRESS OF GRIEVANCES.  THESE
ARE ALL FEDERAL, STATE AND LOCAL HIGH CRIMES AND MISDEMEANORS AND DEMAND THE PERPETRATORS
BE IMMEDIATELY PROSECUTED TO THE FULLEST EXTENT OF THE LAW.  HOWEVER, THEY ARE FURTHER

BRUTALITY AND SHAM REPRESENTATION OF JOHN RICHARDS AND NOEL PORTNOY OFFICIALLY ABANDONING ROBERT AND I AND CONCEALING THE CONFESSION AND LIFE-ENDANGERMENT OF ROBERT AN UNBEKNOWN OF THEIR EFFORT TO INDUCE MY DEATH BECAUSE OF THEIR GASLIGHTING AND MISREPRESENTATION AND CONFUSION AND CRIMINAL OPPRESSION AND MALICIOUSLY SUBJECTING ME TO THE SAME SHAM TRIAL BY RAGE AS ROBERT WAS TO SABOTAGE CASE AGAINST THE TO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP DEFENDANTS AND THEIR  BRIBED PINOCCHIO QUACKERY, MICHAEL ARAMBULA THAT NEVER EXAMINED ME AND WITHOUT OBJECTION CONDEMNED ROBERT TO FURTHER FUEL MY ANGER, DEPRESSION AND ANXIETY AND INDUCE MY SENSELESS DEATH AND DEMISE AND CONTRIBUTED TO MY STROKE AND CORRUPTION OF COURT PROCEEDINGS AND SHAM TRIAL BY RAGE.  GESTAPO AGENTS SABOTAGED MY WINNABLE CASE THEN TRIED TO COERCE ME TO REPRESENT MYSELF.  LIKE A WOUNDED LAMB TO SLAUGHTER BEFORE THE FOAMING AT THE MOUTH BLOOD THIRSTY BEAST OF PREY IN SHEEP'S CLOTHING AND IN AN EFFORT TO INDUCE MY SENSELESS DEATH AND DEMISE AND SUFFERED INDUCED STROKE WITH ADDITIONAL DEBILITATING DISABILITIES.  HOW DOES AN EXPERIENCED TRIAL LAWYER OF 30 PLUS YEARS JOHN RICHARDS, NOT KNOW THE PROPER WAY TO IMPEACH AN ADMITTED LIAR?  NOT CALL MY WITNESS, AND CONCEAL "F" RATING FROM BBB OF THE DEFENDANTS, ESPECIALLY WHEN THEY WERE CLEARLY DEMONSTRATING IN THE COURT WHAT THEY DID TO ME AT THE DEALERSHIP,  CLEARLY GESTAPO AGENTS WERE ALSO BRIBED TO CRIMINALLY OPPRESSED AND DEFRAUD ME AGAIN AND AGAIN.  STATE BAR OF TEXAS CDC, LIKE THEY DID ALL THE OTHER ATTORNEYS THAT HAD DEFRAUDED US, BETRAYED US, FLIP/FLOPPED POSITIONS TO SABOTAGE CASE AND SEAL ROBERT'S FATE, AND PUT MORE NAILS IN ROBERT'S COFFIN  AND SUBSTANTIAL FINANCIAL LOSS.  THEY ALL NEED TO BE SWIFTLY PROSECUTED FOR WRONGFUL IMPRISONMENT AND PREMEDITATED ASSASSINATION OF ROBERT..

THANK YOU AGAIN FOR ANY IMMEDIATE INTERVENTION AND ASSISTANCE.IN THIS MOST SERIOUS AND URGENT MATTER IN PURSUIT OF EQUAL ACCESS TO JUSTICE FOR ALL!  .ADDITIONAL INFORMATION IN SUPPORT IS FORTHCOMING!

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
(713)309-5962
vip4justice@gmail.com

**US CONGRESSWOMAN LIZZIE FLETCHER & VA.pdf**
1333K

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

# (no subject)
2 messages

---

**Gloria Trevino** <vip4justice@gmail.com>
To: Gloria Trevino <vip4justice@gmail.com>

Fri, Jun 10, 2022 at 6:25 AM

**3 attachments**

📄 **FORD HARASSING EMAILS.pdf**
1112K

📄 **FORD HARASSING COMMUNICATIONS WITH ME.pdf**
5283K

📄 **FORD HARRASING NOTIFICATIONS.pdf**
430K

---

**Gloria Trevino** <vip4justice@gmail.com>                                          Fri, Jun 10, 2022 at 6:48 AM
To: sheriff.gonzalez@sheriff.hctx.net, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
josh.turner@house.texas.gov, fordteam@computershareshare.com, Ford Values Your Feedback <ford-quality@vehicle-
quality.us>, dgould@jdkglaw.com, "john.richards" <john.richards@richardsvaldez.com>, Noel Portnoy
<PortnoyNoel@gmail.com>, CDCInfo <cdcinfo@texasbar.com>, usatxs.atty@usdoj.gov, USDOJ <askdoj@usdoj.gov>, Gloria
Trevino <vip4justice@gmail.com>, Vanessa_Richardson@cci.hctx.net

TO;  TEXAS ATTORNEY GENERAL, ET AL
     FORD MOTOR COMPANY,
     STERLING MCCALL FORD DEALERSHIP. DEFENDANTS
     PSYCHOPATHS TRAITOR, JOHN RICHARDS
     PSYCHOPATH TRAITOR, & CO-COUNSEL, NOEL PORTNOY
     ANDREW H. SHARENSON
     DONALD W. GOULD

Greetings,

See attached ,

STOP THE ENDLESS HARASSING EMAILS AND COMMUNICATIONS FROM THE ABOVE DEFENDANTS!
THEY THINK THEY ARE ABOVE THE LAW AND ARE DELIBERATELY AND MALICIOUSLY DISREGARDING MY
REPEATED DEMANDS TO CEASE AND DESIST FROM THE CONTINUED PSYCHOLOGICAL AND MENTAL ABUSE
WITH THEIR ENDLESS ANNOYING AND HARASSING UNWANTED SOLICITATIONS, NOTIFICATIONS AND OTHER
DISTURBING EMAILS AND COMMUNICATIONS!

THEY ARE NOT ABOVE THE LAW!

GLORIA TREVINO
12526 OLYMPIA DRIVE
HOUSTON, TEXAS 77077
713-309-5962

---------- Forwarded message ---------
From: **Gloria Trevino** <vip4justice@gmail.com>
Date: Fri, Jun 10, 2022 at 6:25 AM
Subject:
To: Gloria Trevino <vip4justice@gmail.com>

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Your message to Vlsc_monk awaits moderator approval

2 messages

**vlsc_monk-owner@mailman.yale.edu** <vlsc_monk-owner@mailman.yale.edu>     Thu, Jul 20, 2023 at 2:21 PM
To: vip4justice@gmail.com

Your mail to 'Vlsc_monk' with the subject

  MISSING GT RESPONSE FOR EMERGENCY ACTION TO JUDGE JANET BOND
ARTERTON

Is being held until the list moderator can review it for approval.

The reason it is being held:

  Post by non-member to a members-only list

Either the message will get posted to the list, or you will receive
notification of the moderator's decision.  If you would like to cancel
this posting, please visit the following URL:

  https://mailman.yale.edu/mailman/confirm/vlsc_monk/01f052d94caf8cbc8a59cd5c93eb91d28eae5dc6

---

**Gloria Trevino** <vip4justice@gmail.com>     Thu, Jul 20, 2023 at 11:17 PM
To: vlsc_monk-owner@mailman.yale.edu

Thanks for your email but I was told on more than one occasion by proper authorities that my package in response to the
Judge order was never received, contrary to FedEx delivery service.

The copies of pages to my response plus delivery cost me about $500.00 and I don't have court's email address or the
clerks so, please make sure the info i emailed you get to judge.
I have no other way to communicate and my property and i are under seized by the perpetrators that are REVICTIMIZING
me to send me to "skid row" and "death row" in furtherance of "Blacklisting" and "SANCTIONS" to send me to "SKID
ROW" AND "DEATH ROW" AND GANG-RAPED OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

THANKS FOR YOUR EMAIL NOTIFICATION.

GLORIA TREVINO
[Quoted text hidden]

# IN
# DEFENSE OF ROBERT RODRIGUEZ TREVINO
## TDCJ No. 729766

This case is about absolute tyranny and a travesty of justice. Robert Rodriguez Trevino, 729766, is the victim of the dangerous combination of repeated racial and political discrimination practices and egregious enterprise of human and civil rights violations by the criminal justice system in Waxahachie, Ellis County, Texas and remains unlawfully imprisoned for life without parole, which amounts to a death-sentence, since August 25, 1995 at TDCJ, Michael Unit, PO Box 4500, Tennessee Colony, Texas, 75886, Cell 4-F-54. I would also like to point out that the tactics used to railroad my brother Robert, also went out during the late 1600 and 1700 century Salem witch –trials. The last thing the officials were seeking or wanted to hear was the whole truth because of their own animosities, fears and hatred born of egregious racial and political revenge. Crucial evidence that impeached the credibility of the alleged victims, a juvenile delinquent rebel gang, was maliciously illegally suppressed, including criminal and psychiatric records. Robert was accused of anything that would make him appear guilty and accusations amounted to vicious gossip. Also just recently the Supreme Court ruled in favor of Thomas Miller-El, who had been on death role and is getting a new trial or his freedom in accordance to the favorable ruling citing racial discrimination during trial court on the jury selection which is also what happened in Robert's case plus numerous other violations. Their specially selected bias all-white jury, a lynch mob, was extensively exposed to hysteria and explosive prejudicial publicity before and during the sham trial by rage. They erroneously alleged that minorities that are single parents are morally unfit to sit on the jury to strike potential single minority jurors. Another reason why in this day and age all-white juries should be outlawed where minorities are concern. For whatever ingenious excuses whoever comes up with, Robert has a right to be judged by members of his own peers. Apparently disabled minorities who exercise political activities have no legal or moral right to be judged by members of our peers in Ellis County. Robert's case can also be compared to the infamous Tulia Case in which they had a rogue cop, Tom Coleman, a conspiracy to put the minorities in jail without evidence or corroboration. However, in that case Coleman was indicted because of the alarming number of victims and the national media attention. In Robert's case, the conspiracy theory drew the bias judges' ire and we are requesting anyone's help to intervene on Robert's behalf and help disentangle him from this railroad of hypocrisy and injustice and to bring those responsible to justice. In support of our position, I submit this ugly case scenario for your review and consideration.

Robert is a 100% disabled decorated American War Veteran. He was highly recommended for the Silver Star and received two Purple Hearts and Bronze Star for his valor and heroism. During his two tours in Vietnam, Robert was seriously wounded while rescuing members of his platoon from ambush. Robert was also extensively exposed to Agent Orange and other dangerous herbicides. As a result, Robert suffers from neurological, physical and emotional problems associated with Post Traumatic Stress Disorder.

Robert had no felony record, an American War Hero, however, on February 9, 1995, Robert's medals of Honor were maliciously replaced with a badge of infamy. Robert's political enemies, DA Joe Grubbs, City manager, Bob Sokol, Judge Gene Knize, lead investigator, Billy Wiggins in collusion with others engaged in an egregious politically motivated Witch-Hunt; a "Get rid of Robert Trevino" radical campaign by demonizing Robert through hard hitting baseless attacks of outrageous unadulterated lies and distortions and in the process contributed to the untimely wrongful death and demise of our beloved mother, Maria Rodriguez Trevino, whom they also harassed with outrageous and unreasonable $150.00per mo. water bills as a result of Robert's complaints to the TK Water Commission. Robert has also been as death's door on more than one occasion in their continuing efforts to eradicate him. His bothersome medical problems were severely aggravated and he was having increasing blackouts with memory loss, severe major depression with frequent crying spells and threats of suicide when under cover of darkness, he was subjected to the traumatic experience of being dramatically abducted out of his home at gun-point in the middle of the night and in an effort to further endanger his life, the lead investigator, Billy Wiggins shouted as Robert came out of his home, that, "He's got a gun! He's got a gun!" Luckily no one fired at Robert. Robert was held in solitary confinement, deprived of his medications, food and water for several days, held without bond until suicide letter to jailer and was rushed to the hospital by order of the jail psychiatrist where he received emergency treatment for his acute physical and psychotic depressed mental state. Robert, who also has a low I-Q, appeared to be in shock and overwhelmed, his concentration severely impaired and didn't understand everything that was going on and was unable to assist in his own defense. Subsequently, Robert was shamefully exploited and taken unfair advantage and blatantly denied a competency examination and maliciously persecuted by the criminal justice system in Ellis County, Texas in co-hoots with a rebel gang of juvenile delinquents, known as the Pyro Pirate, with extensive criminal histories, serious drug problems, truancy

The ring leader, Patrick Langford, had at least three felony charges pending at the time of the delusional, ludicrous and frivolous outrageous allegations of over 24 counts of aggravated sexual assault. The groundless allegations against Robert amounted to vicious gossip and is the first time in the history of the United States where the rebel gang yelled rape and the victim went to prison for life without parole. The false allegations were generated and orchestrated through the combined concerted efforts of Robert's political enemies, DA Joe Grubbs, city manager, Bob Sokol, who was foaming at the mouth with madness and vengeance against Robert for reporting them the city to the Texas Water Commission for their refusal to fix sewer heath problems and the commission threatened to withhold millions of dollars in city funds unless they fix the problem within a month and fined about $500.00 a day thereafter until problem was fixed correctly. City manager, Bob Sokol and Grubbs were infuriated against Robert because they didn't want to spend the $30,000.00 necessary to fix the sewer problem which had gone unattended for years and Sokol swore to get rid of Robert. Sokol, the chief of police, Ted Garber and his girlfriend, the lead detective, Billy Wiggins, were carrying out their threats and shared common vendetta – a "Get rid of Robert" radical campaign. Robert had previously filed criminal charges of verbal assault against the city manager, Bob Sokol, who threatened to get rid of Robert, however, Sokol was acquitted and free to continue the feud and carry out his threats. Robert had also campaigned for Sokol's resignation and the resignation of the police chief, Ted Garber, Wiggin's lover. Furthermore, even though officer Wiggins admitted that her prejudiced against Robert existed prior to his political campaign against police chief Ted Garber and city manager, Bob Sokol, Judge Gene Knize didn't call for a mistrial. Crucial evidence that supported Robert's entire defense about the conspiracy and that proved his innocence and that proved the state witnesses, alleged victims were lying was also maliciously illegally suppressed by the co-conspirator, Judge Gene Knize including Wiggin's admission of extreme bias against Robert. Judge Knize is guilty of at the very least judicial misconduct. The all-white bias jury that was unconstitutionally selected and empanelled was further prejudiced by the outrageous frivolous multiple allegations compounded by the extensive explosive prejudicial publicity and was not allowed to hear any part of the defense in furtherance of the sham trial by rage, shameful wrongful conviction and life/death –sentence. However, it was also obvious that they had offered immunity to the ring leader, Patrick Langford, when he was not entitled to immunity from prosecution in exchange for the false allegations against Robert. WHY WAS PATRICK LANGFORD NOT ARRESTED FOR STATUTORY RAPE OF A 12 YEAR OLD GIRL BLEEDING AT THE EMERGENCY ROOM HOSPITAL WITH HER MOTHER DEMANDING THAT PATRICK LANGFORD, NOT ROBERT TREVINO, BE ARRESTED FOR STATUTORY RAPE? THIS HAPPENED AT LEAST SIX MONTHS BEFORE ROBERT WAS ABDUCTED IN THE COVER OF DARKNESS AND HELD WITHOUT BOND. WHOSE DNA EVEDENCE DO THE EMERGENCY ROOM DOCTORS AND THE POLICE HAVE? AND WHY WAS PATRICK NOT ARRESTED ON THE ARSON AND BUGLARY CHARGES? The DA and Wiggins also initially tried to pin these charges on Robert. Transcript of the kangaroo court proceeding shows that according to the lead investigator, Billie Wiggins and the alleged victims, the rebel gang, that it was the DA's office who contributed to and added the details to the fraudulent reports and therefore the alleged victims were clueless and DA objected to relevant questions over details claiming they don't know these are the states counts. It was Wiggins who sought out and solicited the complaints from the juvenile delinquents on a one on one basis and blatantly lied when she said the parents or some other adult were present when she took the initial complaints. The mother of the ring leader, Patrick and Shawn, Patricia Langford also committed aggravated perjury when she tried to corroborate that she was present with Wiggins during the initial complaints and that she had a close relationship with her kids. More unadulterated lies! The steps are easy to trace by which a few deranged, destructive human beings led ordinary mortals down the dark path of fear, hatred and envy to demonize and destroy Robert. Judge Knize acknowledged that the kind and friendly letters the alleged victims had admitted writing gratefully thanking Robert for all the help and advice that he had provided them impeached their credibility. In fact, the evidence contradicted their bogus outrageous ludicrous testimony that they always hated Robert for allegedly repeatedly violently sexually assaulting them even at gun point for over a year since they erroneously alleged they kept going back for more sexual abuse during this time without ever telling anyone not even each other, their parents or their psychiatrist. Patricia and Patrick even invited Robert to participate in their family counseling therapy sessions which they were having because they couldn't get along with each other and wanted Robert's help. Instead of dismissing the entire bogus charges, Judge Knize continued with the sham trial by rage and suppressed impeachment documents and corrupted the "immunity issue" by erroneously referring to it as the "defense of speeders." Judge Knize erroneously alleges that Dixon had not used the proper method of impeaching the witness when he introduced the impeachment documents. When Dixon objected to the Judges illegal ruling in favor of DA's objection of irrelevancy and suppression of impeachment documents, Judge Knize boldly and sarcastically responded, "Yes, Sir. You can even submit it on a bill!" Knize then orders the jury back in the court room with no knowledge that the alleged victims were lying. Furthermore, in support of the "immunity deal," the DA solicited the perjured testimony of Patrick and Shawn's mother, Patricia Langford, who made Robert the "scape-goat" for her negligent control over the immoral and criminal acts and behavior of her sons who had previously accused her of child abuse, neglect, and physical and

2

it was Patricia Langford who had solicited the juvenile court judge, Reddington to order and compel Robert, who is not the father nor was he listed in any foster parent or big brother program in the county and has no training or experience in dealing with juvenile delinquents with serious psychiatric problems and violent felony charges pending, to contribute to the economic maintenance, including Education of Patrick and Shawn making him legally responsible for getting them to and from school during the time they were now alleging Robert had been sexually abusing them. Patrick and Shawn needed disciplinary action and rehabilitation in jail not put in Robert's custody. The Judge Knize and the DA Joe Grubbs, playing musical chairs, had previously been slapped in the hand by an appeals court for previous blatant civil rights violations against Robert on bogus weapon's charge and in the interest of justice should have recused themselves. They had illegally forced Robert to represent himself without counsel and would repeatedly threaten him outside the presence of the jury for informing them that he wasn't qualified to defend himself and needed an attorney. It was clear that Gene Knize and Joe Grubbs still harbored extreme raw hatred against Robert and sought revenge and engaged in the repeated egregious enterprise of fraud, human and civil rights violations and criminal oppression of Robert. Conveniently, they kept no record of indictment proceeding so we can only imagine the prosecutorial misconduct that took place with the Grand Jury. At the very least, Knize and Grubbs should have allowed the change of venue, however, instead they further obstructed Justice by soliciting the false and perjured testimony in opposition to the change of venue of their friend and accessory, a formal judge convicted of growing and selling marijuana, the son of the late county sheriff, Barney Boyd, Mike Boyd, to erroneously allege that there was no conspiracy and no extensive prejudicial publicity. See attached opinion on previous blatant civil rights violations against Robert by Knize and Joe Grubbs. Robert R. Trevino v. State of Texas, 555 South Western Reporter, 2nd Series, 750 - 753, Sept. 21, 1977. Defense attorney John Dixon had told reporters that there were problems with the credibility of the witnesses and that the charges against Robert were "born of prejudice." Dixon also took advantage of our distressed state and played the confidence game further promising us and was even quoted in the newspaper saying that if the change of venue was denied, he would file a civil rights suit with the US Department of Justice, protesting that he would not be "shut-up" nor would he run and hide from the local authorities. However, subsequently, Dixon obviously defrauded us and negotiated and compromised Robert's civil and human rights and freedom then reneged, breached his promise, hid and refused to cooperate in the FBI Probe into the case and requested the "gag order" to cover-up. Dixon officially flipped/flopped positions and committed aggravated perjury in opposition to second attorney Ford's "Minimal" Writ of Habeas Corpus and erroneously alleged that Robert was not illegally incarcerated and that he was not guilty of ineffective assistance of counsel. We are also requesting information regarding alleged FBI Probe from US Department of Justice demanding answers as to why they did not stop the sham trial by rage and why they hired assistant DA, Steve Marshall, accomplice and Co-conspirator in the criminal oppression of Robert.

Attorney John Dixon also took unfair advantage of Robert's severe psychological problems and used them as a platform for exploitation and abuse and it appeared that Robert had been brainwashed by Dixon, who cruelly manipulated and led Robert by the hand like the sacrificial lamb to slaughter. Dixon stated that he was having trouble with Robert because he could not remember important things, was severely depressed and could not assist in his own defense and was gross negligence in providing the suicide letter and testimony of jailer and jail psychiatrist in support of competency examination of Robert. He obtained Robert's authorization to take him to his psychiatrist for a competency examination. Dixon accompanied Robert to the Dallas VA Medical Center on Aug. 16, 1995, VA Dr. Frederick Petty advised Dixon that he could not provide the examination on such short notice and advised him to contact Dr. Dekleva who was more familiar with Robert and to see if he had time to do the "interim assessment," however, increased Robert's medications and provided Dixon a medical report advising Robert to avoid legal issues for 90 days. However, Dixon, was also gross negligence and also violated the doctor's warning and further endangered Robert's mental health driving him to his breaking point through constant pressure, demands and even ordering him what to say and do in and outside of the courtroom. Judge Knize blatantly denied the motion and extension of time for the competency examination even though Dr. Petty had talked to him as well as to the DA in an effort to examine Robert, to no avail. As a result. Robert was maliciously illegally persecuted, condemned to life-imprisonment without parole where he began the first 6 months of illegal custody in a straight jacket in the psychiatric unit of TDCJ Skyview Unit, receiving intensive medical treatment for his critical psychotic and incompetent mental state of mind. Dixon was also gross criminal negligence in obtaining the testimony of the gang's psychiatrist and that of their parole officer to discredit their frivolous allegations. He was also negligence and did not call the psychiatrist of the lead investigator, Billy Wiggins, who even voluntarily proved bias and boldly admitted under oath that: 1) Wiggins never liked Robert since the first time she had cited him. This means Wiggins bias against Robert clearly existed prior to her public city hall opposition to Robert's political campaign for the resignation of her cozy friends, police chief Ted Garber and city manager, Bob Sokol, who retaliated against Robert and verbally assaulted and swore to get rid of him. 2) Wiggins also admitted that she did not investigate this alleged rape case professionally like other rape cases. 3) Besides her admission of bias against Robert,

3

Wiggins further voluntarily admitted that she also had a memory problem and would answer "questions with the best of my recollection." Wiggin's entire sham testimony against Robert should have been stricken from the record, however, conveniently, only the part proving bias was suppressed by the equally bias judge Knize in furtherance of the malicious persecution and unlawful conviction. 4) Wiggins anger and unstable behavior is also described in her testimony when she got into a violent altercation with police chief Ted Garber's daughter supposedly over borrowed clothes resulting in the breaking out windows of city vehicle. Because of Wiggins serious mental problems and extreme bias, we question her competency as a peace officer as well as her legal right to carry a loaded gun. Subsequently, Wiggins was promoted and received recognition as officer of the year. Dixon was also gross negligence and failed to call other crucial defense witnesses and expert testimony whose testimony would have changed the outcome of the sham trial by rage. Alibi witness, Junia Bell Young and her husband waited outside the courtroom everyday to be called and were never called and Junia's husband has since passed away. The testimony of James Lamb who over heard Wiggin and Garber's vow to get rid of Robert at a city hall meeting was never utilized. Expert witness, Dr. Crowier from the University of Texas, who have analyzed the testimony of the state witnesses for impeachment purposes and was never called. The shameful conviction of Robert was also further obtained by the contributory unconstitutional failure of the prosecution to disclose crucial evidence about the pending felony charges and long criminal histories of the state witnesses and their lack of credibility because, according to Wiggins, it was the DA who contributed to the creation of the false police reports and had entered the details, such as the dates of when the alleged sexual assaults supposedly occurred. There were NO DNA SAMPLES, NO CUTS OR BRUISES, NO TORN CLOTHING, NO HAIR SAMPLES, NO FOOT OR FINGERPRINTS, NO WEAPONS, AND AGAIN, NO MEMBERS OF ROBERT'S PEERS ON THE ALL WHITE JURY TO SECURE A CONVICTION. AND, LIKE IN THE TULIA CASE, THERE WAS NO CORROBORATED TESTIMONY! The state offered no expert testimony to prove that the alleged victims had been either mentally or physically sexually abused. Only one of the accusers had a medical report and it revealed, "NO PHYSICAL EVIDENCE OF SEXUAL ABUSE AND DR. REMMER USED THE MOST SOPHISTICATED INSTRUMENTS TO DETERMINE IF THERE HAD BEEN ANY PHYSICAL SEXUAL ABUSE OF COMPLAINANT CHRISTOPHER WILLIAMS OVER A LONG PERIOD OF TIME AND FOUND NONE." The assistant DA, Steve Marshall, who with malice blatantly violated gag order to further prejudice the unsequestered bias all-white jury was hired by FBI posing a greater threat to our quest for justice. The judge and DA, also illegally allowed sham testimony about unconstitutional evidence from an illegal search and seizure even though it had previously been ruled out and banned. Wiggins committed perjury throughout her entire contradictory testimony and it was she who sought out the alleged aggrieved juvenile victims and solicited their incomplete complaints on a one and one basis, without the use of tapes recordings, video recording and outside the presence of their parents or any other adult witness. Wiggins even erroneously allege that she did not know that the alleged victims had any connection with each other even though two were brothers and one of the brothers, the ring leader, Patrick Langford, was the boy friend of another alleged victim and it was Patrick who referred Wiggins to his gang members who hardly appeared to be the victims of any crime or tort.

Robert's second attorney, Robert Ford, took our money then put the last nail in Robert's coffin by deliberately wasting the Writ of Habeas Corpus by blatantly refusing to address the laundry list of numerous irregularities, discrepancies and discriminatory practices and merely submitted a "minimal writ of habeas corpus" stating that Robert was in illegal custody only addressing the blatant denial of the competency examination and raising the ineffective assistance of counsel issue. Ford, likewise, obtained Robert's medical authorization on the guise of obtaining supporting medical reports for the need of the competency examination of Robert back in 1995. However, then conveniently accepts and embraced the official mean-spirited flip/flop bad faith aggravated perjured testimony of attorney Dixon acting as an expert medical authority in opposition to Ford's Writ, which Dixon made without any fear of disciplinary action whatsoever. In furtherance of the corruption in the administration of Justice, Judge Knize had solicited, through court order, and embraced the infamous contradictory perjured testimony of Dixon that Robert was not in illegal custody and that he was not ineffective assistance of counsel to cover-up. Dixon was now alleging that Robert didn't need a competency examination and therefore was not in illegal custody in opposition to Ford's Writ and his own request for the competency examination during trial and subsequent direct appeal that Robert was in illegal custody because he was blatantly denied members of his peers in the outlaw all-white jury. To accept Dixon's sham testimony in opposition to Ford's Writ you would also have to conclude that his entire defense of Robert was a charade and a sham and Robert is legally and morally entitle to honest, caring, competent legal representation. When clearly ineffective and unfit for the practice of law, Dixon, is allowed to act as an expert qualified medical authority erroneously alleging that Robert didn't need a competency examination. So why did Dixon take Robert to the VA in 1995 requesting a competency examination of Robert? Naturally, Judge Knize embraced Dixon's perjured bad faith sham testimony and both covered-up their contributory criminal oppression of Robert. In furtherance of the deception and unlawful imprisonment of Robert, Dixon submitted an out-dated medical report written years prior to his own motion for the competency

...report in support thereof. During the trial Dixon had advised the ..... that Robert was suffering from some sort of mental defect and needed a competency examination and that if Robert is denied a competency examination it would be a clear violation of his US Constitutional Right to receive a fair and impartial trial. In support of Dixon's motion for competency examination, he submitted the recent Aug. 16, 1995 VA medical report by Dr. Petty describing Robert's diminished mental distress and depressed state of mind had increased to the point that Robert needed to avoid any legal proceedings for 90 days until Robert was more stabled and he had a chance to conduct a complete competency examination. It is clear that both Dixon and Ford were gross criminally negligence and abused Robert's medical authorization and sabotaged the competency examination and medical information in support thereof and in an effort to justify their contributory role in the trampling of Robert's human and civil rights to receive a fair and impartial trial, generated or caused to be generated false and misleading information to harass, support and corroborate their flip/flop positions and gross conflict of interest in opposition to the Writ of Habeas Corpus. As a result, Robert's disability rating was unjustly reduced from 100% to 80%, even though his mental problems had worsened, not improved, and the less favorable Jan. 27, 2000 VA medical reports. In the appeal brief, Dixon concludes that Robert was wrongfully convicted by an all white jury who were all victims of sexual abuse or had a close relationship to a victim of abuse to ensure a conviction. Furthermore, minorities were deliberately maliciously excluded from the jury to further deny Robert a fair and impartial trial on uncorroborated testimony with no evidence and insufficient evidence of physical or mental abuse. The Court of Criminal Appeals denied Appeal and Habeas Relief because of "legal bigotry" and "bad lawyering." Both Dixon and Ford were at the very least guilty of ineffective assistance of counsel and failed to challenge attorney Dixon's "medical credentials" and expose the injurious aggravated perjured testimonies of the state witnesses, investigator Wiggins and the infamous flip/flop positions of Dixon and Robert is mentally incompetence to represent and defend himself.

Robert is legally and morally entitle to equal protection and a fair and impartial trial as guaranteed under the Constitution of the United States of America for which he risked his life and, in fact, paid a very high price to defend. To date, Robert remains in illegal custody in an extremely dangerous and potentially life threatening state of affairs and you can not imagine the tremendous emotional, physical, psychological injury and financial devastation that he has been forced to endure. This case is a travesty of justice which threatens the cause of Civil Rights not only in the United States, but in the International Community as well. We are suppose to be the most civilized society in the World; I think it's about time that all minorities are afforded a fair and impartial trial as guaranteed under the Constitution of the United States of America. Robert clearly needs immediate emergency intervention to get this wrongful conviction overturned and to ensure no other American Citizen is ever subjected to such a travesty of justice, ever again.

I declare under penalty of perjury that the foregoing is true and correct.

*Gloria Trevino*                          Executed on: *Jan. 20, 2006*

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

cc: RRT

Attachments:
Copies of direct appeal, opinion, 1107 Writ of Habeas Corpus by attorney Robert Ford w/attached Motion for Psychiatric Testing and testimony of defense attorney John Dixon in support thereof and his flip/flop perjured testimony in opposition to same to cover-up, note card denying writ confirming wrongful conviction. News articles relating to Trevino Case by Ellis County Press, Investigative Reporter, Mr. Fred Shannon, suppressed friendly letters to Robert that impeached the authors, Langford boys. Article on verbal assault charge and threat to get rid of Robert by political enemy, city manager, Bob Sokol, who was the friend and boss of Co-conspirator, police chief Ted Garber that were feuding with Robert, one entitled, "Sokol found innocent in verbal assault charge," the other by Banks Press, "Sokol should learn when to keep his mouth shut." Other relevant supportive documents includes opinion on bogus weapon's charge and miscellaneous news articles relating to case entitled, "Defense wants trial moved," which mentions deprivation of medications and suicide letter, "FBI probing police over Trevino case," "Trevino defense fails to strike all-white jury," "Conspiracy theory by defense draws judge Knize's ire," and article entitled, "county's chief prosecutor joining FBI." Also article on the sewer Yinger stink, the all white juries, wrongful convictions & Senator, Tom Delay's "Conspiracy Defense!" Overwhelming evidence of extreme bias, prejudice and vendetta in Robert's case, he was denied conspiracy defense/change of venue.

5

# VICTIMS IN PETITION FOR JUSTICE

**Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas 77077**
**(281)752-8884**

JUL 2 0 2000

Michael N. Milby, Clerk July 18, 2000

Supreme Court of the United States
c/o Honorable Justice Ms. Ruth Ginsburg and Honorable Justice Steven Breyer
One 1st. Street, N.E.
Washington, D. C. 20543

Honorable Ms. Mary Robinson
United Nations High Commissioner for Human Rights
Palais Des Nation
1211 Geneva 10 Switzerland

Honorable Consulado General De Mexico, Luis Gustavo Chavez
10103 Fondren Road
Houston, Texas

Honorable Attorney General John Cornyn
c/o John Cornyn
P.O. Box 12548
Austin, Texas 78711

Judge David Hittner, US Dist. Ct. Southern Dist. of TX.
Civil Rights/RICO Misc. Action No. 95-4
Judge Olen Underwood/Lynn Bradshaw-Hall, Cty Civ. Ct. #3,Case 731174
Judge Mark Davidson/Patrict Mizell, 129th Jud. Dist. Ct/Harris Case 199763312

US Congressman Bill McCollum
Committee on the Judiciary, House Crime Subcommittee
Washington, D. C. 20515-6216

Honorable Judge William Wayne Justice
Thornberry Building
903 San Jacinto - Austin, Texas 78701

VA North Texas Health Care System. Mr. Alan Harper, VA Hospital Director/Gerald Jones, Medical Administration
4500 S. Lancaster Rd., Dallas, Texas 75216

## Maria Rodriguez Trevino Murdered in Pursuit of Justice for Roberto R. Trevino
### (UNHCHR Complaint No. G/SO 215/I USA IIII)
### and
## Outcry for Immediate Action and Extraordinary Relief from US Senate, House Crime Subcommittee

On 31 March 1998, The United Nations High Commissioner for Human Rights responded to my complaint of human right violations on behalf of unlawfully incarcerated brother, Roberto Rodriguez Trevino and family and in accordance with International Law referred this case to the US Authorities. The US State Department has since refused to provide me with a copy of their response to the UNHCHR or even intervene on our behalf or to refer this case to the US Senate, House Crime Subcommittee or anyone that can render aid aware of the "enterprise" of harassment, discrimination practices, abuses and Mafia-related activities. It is my contention that the US State Department's response was unilateral mostly intended to give the false impression that there are no disabled Hispanic victims of injustice. tyranny, systematic abuse and Autocratic Rule in America instead of securing equal "Justice for All" to prevent unnecessary pain and suffering and saving human lives. As a result, the retaliation continued and numerous violations of International and Domestic Human/Civil Rights Laws, high crimes and misdemeanors and fundamental freedom have been freely exercised without fear of disciplinary action from state, federal agencies and officials, such as US Department of Justice, FBI and other law enforcement. State Bar of Texas and Judicial Conduct Committee who continue to protect the defendants/culprits with impunity. Consequently, after an oppressive 5 year battle for freedom and Justice, my mother, Maria Rodriguez Trevino, is the third member of my immediate family to suffer a senseless death and Robert remains unlawfully incarcerated in a potentially life-threatening environment at the Michael Unit of the Texas Department of Criminal Justice and we remain in a dangerous state of affairs.

My mother, Maria Rodriguez Trevino, was blatantly denied hospitalization for her critical diabetes condition after only a few days in the intensive care unit of Charlton Methodist Hospital. Mother was in a weak critical condition suffering excruciating pain from broken bones, a non-functional pancreas, traumatic stress and injury and numerous other untreated contributing debilitating bothersome medical problems and against my wishes and instructions, was wrongfully discharged from the Charlton Methodist Hospital by Dr. Jay Narayana, a product of the University of Texas Medical Branch that provides Miss-Managed Heath Care to the Texas Department of Criminal Justice, who have blatantly denied Robert medical treatment for his 100% service connected disabilities over the past five years as previously repeatedly reported. Charlton Methodist Hospital's Dr. Jay Narayana, with total disregard for the well being and safety of my mother wrongfully discharged mother to an understaffed and ill-equipped Rehabilitation Center in Ennis, Texas to be further deprived of emergency medical care for her critical condition which Rehabilitation Center was believed to be discharging my critically ill mother to further endanger her life when she suffered the induced heart-attack then rushed to Ennis Regional Hospital where mother died upon arrival. Subsequently, evidence was

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 89 of 711

Maria R. Trevino Murdered In Pursuit of Justice For Roberto R. Trevino - UNHCHR Complaint N0. G/SO 215/1 USA IIII
Outcry for Immediate Action and Extraordinary Relief From US Senate, House Crime Subcommittee
July 18, 2000 - P.2

destroyed and Dr. Jay Narayana, the Charlton Methodist Hospital and Ennis Rehabilitation Center blatantly refuse to provide me
equal access to witnesses and vital information. Mother had been taken to the Charlton Methodist Hospital which is about 45
minutes away because on September 12, 1998, the local Waxahachie Baylor Medical Center had previously blatantly denied mother
emergency medical treatment in spite of her doctor (Dr. John Compton) recommendation that Maria be hospitalized. The
emergency room staff later insisted that Dr. Compton had advised them that mother didn't need to be hospitalized contrary to his
recommendations to us and the need for emergency medical treatment. However, after long dispute and debate with the Baylor
Medical Director, Mr. Mike Lee, Ms. Helen and Nelson, my mothers need for emergency medical treatment was reconsideration the
following day and my mother was hospitalized however, the medical staff called stating that mothers insurance carrier,
Medicare/United Health Care would not pay for more than three days hospitalization and was discharged prematurely. I advised
the Baylor Medical Center Executive Director, Mr. Mike Lee, Ms. Helen and Nelson not to make the issue of money an over riding
factor over my mothers medical care and requested an investigation and written clarification as to what their medical staff were
alleging and both their medical staff and the insurance company conspirators refused to provide me with information. I reminded
the executive director that my mother was also being blatantly denied VA medical and financial assistance as a dependent parent of
Robert who took care of her and that this was unlawful, inhumane and immoral and that there is no room for hatred and prejudice in
the medical profession or in a civilize society. This, unfortunately, has become the prescribed medical maltreatment of Robert,
Maria and I by the health care conspirators and I had justifiable fears for the health and safety of my mother as I continue to feel
fearful for Robert health and safety and for my life as repeatedly reported in my previous requests for emergency intervention and
assistance. See copy of Sept. 28. 1998 letter to Mr. Mike Lee also filed in Civil/Human Rights RICO case, along with Great Writ
of Liberty and Motion for Appointment of Counsel filed on behalf of Robert. In my efforts to secure Robert's right to attend
mother's funeral to pay last respect and honor our mother, I was cruelly manipulated and abused by State Representative Judith
Zaffirini's office, Cindy Ellison who maliciously gave us false hope and the royal run-around the day before funeral. State
Representative Judith Zaffirini is aware of the circumstances surrounding this case toyed with me on the guise of allowing Robert to
attend funeral and had me running around obtaining and faxing information to her as well as Mr. Roger Thorpe of TDCJ about
funeral services and arrangement from Boze-Mitchell Funeral Home and employing private security service to escort Robert when
in fact, they had no intentions of allowing Robert to attend mother's funeral and Robert was not even notified of mother's senseless
death and I had to be the one to tell Robert the heart-breaking news during visit after the funeral. Furthermore, State
Representative Judith Zafirini's staff indicated an unwillingness to conduct a criminal investigation into the cold-blooded murder of
my mother, such as in the malicious false accusations, persecution and unlawful imprisonment of Robert, and referred me back to
those directly responsible for our present unfortunate predicament and dangerous state of affairs to request a criminal investigation.
State Zafirini's staff, Cindy Ellison, after giving me false hope and the run around, further prejudiced and caused me harm and injury
by advising me of the false charges Robert was convicted of as to give credibility to the bogus charges and implied that Robert
would never get out of jail alive since she also stated that it would take about 15 years for Robert to be eligible for parole or attend
a funeral. I have also repeatedly protested this unreasonable and oppressive unlawful imprisonment of Robert since also considering
his 55 years of age coupled with the life-threatening prison environment and other human rights violations of deprived medical
treatment for his service-connected disabilities, amounts to a "death-sentence." State Representative Judith Zafirini's Cindy
commented that someone had allegedly contacted their office to prevent them from allowing Robert to attend mother's funeral and
her attitude was hateful and abusive. Robert's present lawyer, Robert Ford, had previously told family members that there was no
way Robert could attend mother's funeral and has been unsuccessful in getting Robert transferred to a medical unit to be near our
ill- stricken mother or in providing Robert medical treatment for his service-connected disabilities. Attorney Robert Ford was
retained on Dec. 7, 1998 and after an oppressive year and a half had finally filed the Writ of Habeas Corpus on Robert's behalf on
about April 2000 only addressing incompetence of attorney John Dixon and the denial of competency evaluation and medical
treatment of Robert prior to trial and was waiting for attorney John Dixon to respond putting Robert's fate back in the hands of
attorney John Dixon and Judge Gene Knize. Therefore, prior to the abduction of Robert, I had civil rights case pending with
efforts to appear before federal grand jury in reference to same and an even greater disadvantage and conflict of interest exists since
I have filed human and civil rights complaints with the UNHCHR, US House Crime Subcommittee, the US State Department and
others in Pursuit of Justice and the State of Texas officials, representatives and others have continued to retaliate and witness/victim
tampering and obstruct Justice by blatantly refusing to correct their "errors" to cover-up and for fear of civil or criminal liability an
accountabilities and Supreme Court Jurisdiction and extraordinary relief is justly warranted. Upon my arrival at home from my
mother's funeral and "windfall" of another whole new world of problems created and visit with Robert at the prison, the harassing
telephone calls continued and I had received a message from the Houston funeral home where my beloved husband is buried urging
me to come in and make funeral arrangements for myself ahead of time. I was further shocked and in disbelief as the telephone
harassment continues on a daily basis and threats from the Ashford Hollow CIA and city/county governmental housing
discrimination conspirators/defendants and the blatant lack of care and equal protection from the authorities to further interfere an
sabotage any efforts in my part in pursuit of Justice and Restrain and Stop their "Unlawful Enterprise of Terror, Horror and
Totalitarian Control of the Justice System."

Maria R. Trevino Murdered In Pursuit of Justice for Robert R. Trevino - UNHCHR Complaint No. G/SO 215/I USA 1111
Outcry for Immediate Action and Extraordinary Relief from US Senate House Crime Subcommittee
July 18, 2000 - P. 3

My mother loved and worried about Robert who helped care and support her and was also suffering severe grief and sorrow and extreme hardships as a result of the fraud, misrepresentations of those entrusted in defending Robert however, instead, aided and abetted in the civil/human rights violations and was further traumatized when visiting Robert and witnessed clear visible bodily injuries on him.  I also had justifiable fears for both Robert and mother, as well as myself because we were all being blatantly and violently denied medical treatment and my mother and I were being harassed and terrorized over the telephone in retaliation for exercising our right to petition the government for redress of grievances.  Robert is 100% disabled veteran was violently abducted out of his home on Feb. 1995, blatantly denied medical and psychiatric evaluations and treatment and subjected to a Sham Trial by Rage, maliciously persecuted on vicious false testimony orchestrated by the officials and condemned to life-imprisonment.  Maria was the dependent parent of a disabled Hispanic American War Hero and a political prisoner and to date, Robert continues to be treated with cruel and unusual punishment by the Tx. Dept. of Criminal Justice deprived of VA Medical treatment for his service-connected disabilities, including Post Traumatic Stress Disorder, as he was denied competency evaluations, medical treatment, prior to and during Sham Trial in spite of the traumatic experience we were all forced to endure.  The VA claims that incarceration is not a bar from VA medical treatment and veterans relief, however, blatantly refuse to provide Robert emergency medical treatment aware that he is not being treated at the prison.  The VA has repeatedly shifted the responsibility back to the Texas Department of Criminal Justice and their Miss-Managed Health Care System with the University of Texas Medical Branch of Galveston where an estimated 16 out of 24 deaths a year in one unit alone have been reported and ruled inappropriate, visa versa, the TDCJ/UTMB shifts the responsibility back to the Dallas VA and the Dallas VA, Director, Mr. Alan Harper and Gerald Jones, Medical Administration shifts the responsibility to the Houston VA, Ms. Lily Fetzer, chief veteran's service, Mr. Thomas Wagner, Director, David Whatley, Mr. Ralph Duval, Consumer Affairs/Rufus Randle who unlawfully reduced Robert's disability rating and who has repeatedly blatantly denied Robert and mother VA medical treatment and compensation as dependent parent in spite of their greate need for emergency medical assistance and protection and who has violently denied me medical treatment over the past decade by assaulting me and having me unlawfully incarcerated on trumped-up charges while suffering complications after surgery and contributed to the cover-up crimes of sexual harassment and rape against me while on active duty tour with United States Air Forc and subsequent related wrongful senseless death of my husband.  The VA has since continue to treat us with gross criminal negligence and prior to my mothers induced senseless death had threatened to eradicate us and have boldly advised me that Robert mother and I will not live to see Justice and advised me to "sue us."  The Dallas VA has been apprised of this unconscionable egregious treatment of us and continue to refer us back to the defendants/culprits at the Houston VA who are also being protected

Prior to Robert's abduction, I had a pending Civil/Human Rights/RICO Case against the US, FBI, Police Department, et al., for similar violations, police brutality, violent assault on me, malicious persecution and police theft of my private property/automobile in which case, Robert was my character witness and had provided me with Affidavit with attorney Fouche had typed up in support of my character and credibility in reference to those defendants.  In addition, I was attempting to appear before federal grand juries in reference to the Civil,Human Rights/RICO defendants and attorney, Fouche was also supposedly assisting and representing me in same.  Nevertheless, Robert was maliciously abducted, falsely accused, defense witness testimon was suppressed, members of Robert's own peers were excluded from the Jury, no minorities on all-white jury and Robert was condemned to life-imprisonment in spite of my efforts to stop the violations by alerting and calling on the US Department of Justice/FBI, the State Bar of Texas and State Commission on Judicial Conduct Committee who continue to protect their membership with impunity.  In reference to same, Robert's attorney, John Dixon was referred and misrepresented to us as a competent, honest and experienced lawyer by attorney Robyn Fouche who was supposedly representing family members and my in those other Civil Rights/RICO claims.  However, unbeknown to us at the time, attorney Robyn Fouche and her friend and associate, attorney John Dixon, used deceit dishonesty, misrepresentations and trickery, were acting with a double face playing confidence game to gain and abuse our trust and confidence and acted as inside informants to incited, aroused and aided and abe the defendants and all those acting in active concert with them or at their discretion in the malicious persecution and civil rights violations of Robert and of myself and corrupted the administration of Justice and violate our due process rights.  Attorney John Dixon and Robyn Fouche knowingly freely without any fear of disciplinary action by the officials and representatives committed pre-meditated outright fraud, misrepresentations, entered into agreements with us in bad faith, breached and abused their agreements and fiduciary duty to us. cruelly manipulated and defrauded and subjected us to mental cruelty, blatantly refused to address the federal violations to protect their principal accomplices/defendants and visa-versa are being protected.  For example attorney Dixon and Fouche blatantly refused to file the Writ of Habeas Corpus attacking all federal violations in federal court/C Rights Case as initially agreed upon because of the federal defendants undue influence coupled with prejudicial publicity from t Waxahachie Daily Light who aroused and incited the community with their unilateral, bias front page coverage and played a cr role in aiding and abetting in the Civil Rights and suppressed and covered-up truth.  Attorney Dixon and Fouche blat refused to attack the infamous illegal warrant which was signed the day after Robert was abducted and already in illegal custod the equally incompetent, bias and corrupt JP Judge, Curtis Polk with no law degree, acting outside his judicial capacity and jurisdiction as a self-appointed county judge in an alleged felony case.  Instead, Dixon contacted Bondsman and filed the Writ

Maria R. Trevino Murdered In Pursuit of Justice for Robert R. Trevino - UNHCHR Complaint No. G/SO 215/I USA IIII
Outcry for Immediate Action and Extraordinary Relief from US Senate, House Crime Subcommittee
July 18, 2000 - P. 4

requested the outrageous and unreasonable Bond which Dixon referred to as "fair and reasonable" and was over and above atty. Dixons unreasonable and ludicrous attorney's fees and outrageous $2,000.00 charge of court transcript of the orchestrated and unadulterated lies which amounted to malicious gossip by the State of TX. and their outlaw gang. Furthermore, atty. Dixon was graciously granted a Motion to Suppress Evidence without objections because Judge Gene K-nize and the DA Steve Marshall were apprised that the items sought to be admitted were illegally acquired and were illegally used to prejudice and indict Robert, however, could not be used in court because they were illegally obtained prior to the manufacture of the defective and bogus illegal warrant and, likewise, bogus charges should have been dismissed and Robert should have been exonerated. In addition, upon the granting of vague Motion to Suppress, I was shocked and in disbelief that it was atty Dixon who strategically requested and again, graciously granted the "gag-order" in furtherance of the conspiracy to violate Robert's civil rights and cover-up. Atty. John Dixon did not want to answer questions or address the illegal search and seizure of Robert and his personal property to the reporters who were covering the case and who had already repeatedly defamed Robert through prejudicial publicity and who likewise refused to print copy of warrant and the truth. Subsequently, the District Attorney Steve Marshall violated the gag-order to create a diversion, confusion and spoke to reporters in reference to some other issue that he wanted to raise as a decoy and trick. In accordance, attorney Dixon reported the gag-order violation to Judge Knize and Judge Gene Knize fined DA Marshall a mere $100.00 fine for violating his gag-order, initiated by Dixon. The US Department of Justice, FBI was made aware of all these malicious proceeding, fragrant violations and discriminatory and deceptive practices being exercised and again, blatantly refused to act, intervene or even witness and stop the sham proceedings. FBI Agent Larry Fulton blatantly refused to act and responded to me by stating that, "You don't know, maybe we were there (at the trial) undercover!" Subsequently, shortly after the Sham Trial by Rage, the District Attorney, Steve Marshall appeared in the local newspaper and announced that his "Childhood Dream" of officially working for the US Department of Justice, FBI, as "FBI Special Agent," had become a reality and stated that he had previously worked with Gangs and FBI and was impressed with their abilities and unlimited resources. DA Steve Marshall further quoted stating, "There's a limited amount of money locally which can never match what the federal government has access to." Steve Marshall's involvement with the FBI has created an even greater conflict of interest in my efforts to initiate an unbiased investigation into civil rights complaints and in our quest for Justice for Robert and family. See attached copy of article entitled, " County's Prosecutor Joining FBI." Please note comment, that "The road to Washington D.C. evidently goes right through the Ellis County District Attorney's office," since others officials are now officially employed by US Department of Justice, FBI. I believe that the defendants, USDOJ,FBI in collusion with others, have continued to resort to retaliatory cruel manipulation, psychological warfare and criminal oppression through abuse of power, victim/witness tampering, and obstruction of Justice. Attorney Fouche who was under "criminal investigation" by USDOJ, FBI in relation to her knowingly assisting a disbarred lawyer, Mayfield, in federal case, Judge David Hitner's court, may have compromised and negotiated our rights and freedom. Attorney Fouche was involved with the business dealings and defense of defendant, Michael Angel Socrates Makris, referred to by 60 Minutes Television New's Program as "Meanest Man in the World." Evidently, Mr. Makris was convicted of numerous counts of Fraud after embezzling billions of dollars from heads of state all over the world which the US had not recovered. Fouche and Mayfield had received $250,000.00 in attorney's fees from Makris and were attempting to launder billions of dollars for deposited in a US Bank. suddenly Fouche's partner and associate, Mayfield disappears and Makris was transferred out of prison and allowed to serve his remaining life-sentence at his home and Fouche was protected. Refer to US vs. Michael Angel Socrates Markis, Case No. H93-107, US Dist. Ct. Southern Dist. of Texas/Houston. Fouche was also involved in the representation of Robert and defended Dixons actions and Robert was defrauded and "swindled" out of his life's savings, contributed to the intentionally infliction of mental and financial distress, fraud, and unlawful imprisonment. Attorney Dixon merely defrauded Robert and presented him to be maliciously persecuted without medical and competency evaluations or medical treatment, withheld crucial evidence and juvenile court records, statements, documentation's, such as mandatory court ordered psychiatric treatment of the alleged victims who had anti-social personalities and criminal records with felony charges pending, such as rape, arson, burglaries, truancy and other behavior problems and drug addiction and court orders by Judge Penny Redington ordering Robert custody and to be responsible for the gang ring-leader, Patrick Langford because Patrick was accusing his parents of abuses and both Patrick and his parents wanted Robert because of Robert's kindness to have guardianship of them however, now were alleging Robert had been abusing them prior to Judge Penny Redington ordering Robert custody. These juvenile court records, witnesses and documentation in the interest of Justice would have benefited Robert however witnesses, such as juvenile court reported, social workers and psychiatrist who were treating the alleged victims and never received any complaints against Robert were suppressed as well as myself and the pattern of series of evils and atrocities inflicted against my family. Conveniently, Judge Penny Redington was not called upon and the juvenile court reporter was present and ready to testify however, attorney John Dixon refused to call on any defense witness and/or District Attorney and Judge Gene K-nize would not allow us to testify. Furthermore, none of the alleged victims were present during the appeal process only a very nervous and equally incompetent attorney representing the state of Texas and, nevertheless, the wrongful conviction was upheld. No evidence of any crime was ever presented and attorney John Dixon, likewise, negotiated and compromised Robert's due process right to fair an impartial trial and freedom to our demise and are continuing to be protected. As a result, numerous other violations of just local,

Maria R. Trevino Murdered In Pursuit of Justice for Robert R. Trevino - UNHCHR Complaint No. G/SO 215/1 USA 1111
Outcry for Immediate Action and Extraordinary Relief form US Senate, House Crime Subcommittee
July 18, 2000 - P. 5

state, federal and International Laws, code, policies and procedures were blatantly exercised, corrupted and violated, and to date, Robert remains unlawfully incarcerated. We, including our mother, Maria, had been and continued to be blatantly and violently harassed, subjected to economic destruction, slavery, harassing telephone calls, death-threats, threats of violence, threats of unlawful persecutions and unlawful imprisonment's, threats of unlawful seizure of personal property/home and self-help evictions, including the condemning Robert's rental home to force foreclosure and unlawfully seize Robert's 75 acres of farm land on a lake which Robert finance through Veteran's Land Commission and which even the gang-ring leader tried to seize possession of immediately after Robert was abducted. In short, we continue to be battered by the system and repeatedly denied equal protection, representation and due process of law in spite of my repeated request and demands for restraining order to stop the abuses before additional irreparable harm and injury the subject of civil, human rights complaints and repeated efforts to appear before US Senate House Crime Subcommittee. Robert's second attorney, Robert Ford, has taken an oppressive entire year and a half to file Writ of Habeas Corpus and failed to address vital information and heinous federal violations before Supreme Court Jurisdiction, aware of the extraordinary hazards and highly unusual unfortunate factual situation and extenuating circumstances and emergency need for immediate federal intervention and relief.

Repeatedly US Congressman Martin Frost, US Congressman Bill Archer, Texas Representatives John Culberson/Judith Zafirini and others government agencies such as the State Bar of Texas, Judicial Conduct Committee who continues to protect their membership with impunity in spite of the continued high crimes and misdemeanors and battery of abuses of power and process perpetrated against my family, prior to the wrongful death of my husband, the wrongful incarceration of my brother and the wrongful death of our mother and blatantly refuse to assist or refer this case or allow me the opportunity to appear before the US House Crime Subcommittee to address endless pattern of egregious series of evils, shifting the responsibility back to the "legal system" and those directly responsible for our unfortunate extraordinary and dangerous state of affairs and who are determine to eradicate us, usurp our rights, property and functions to unjustly enrich themselves to our demise.

Therefore, once again, I am calling upon your office for immediate action and refer this case to the Supreme Court of the United States, Supreme Court of Texas and the US House Crime Subcommittee in our continuing efforts to be afforded equal protection and equal representation and due process of law and put a stop to the endless civil and human rights violations and Mafia related activities against Robert Rodriguez Trevino, Maria Rodriguez Trevino and Gloria Trevino. Immediate action for unbiased serious investigation into my civil and human rights complaints, including the wrongful imprisonment of Robert Rodriguez Trevino, the wrongful and senseless death of our mother, Maria Rodriguez Trevino. Extraordinary Relief from the US Senate, House Crime Subcommittee is warranted and hereby demanded.

Respectfully submitted,

*Gloria Trevino*

Gloria Trevino, President
Victims In Petition for Justice
12526 Olympia Dr.
Houston, Texas 77077

attachments:
Copy of Letter to Baylor Medical Center, Executive Director, Mike Lee, dated Sept/23/98, filed, Oct/ 3/98, Federal Ct.
Boze-Mitchell Funeral Home letter to Mr. Roger Thorpe, dated July 7, 2000 - also faxed to Zaffirini
Boze-Mitchell Funeral Home - Obituary - Survivors also faxed to State Representative Zaffirini
Waxahachie Daily Light Article after Sham Trial, entitled, "County's Chief Prosecutor Joining FBI," - DA Steve Marsha
Petition To The Senate Of The United States In Pursuit of Justice For Roberto Rodriguez Trevino from family members
        previously submitted.
Demand for Sanctions and Restraining Order Against Ashford Hollow CIA, et al and Refer Case to US Senate w/ attach.
June 8/00 Reconsideration of Request for Emergency Medical Treatment/Compensation for Robert/Maria R. Trevino
March 13/00 letter to Atty. Robert Ford and John Lasseign re:  Writ of Habeas Corpus
June 8/95 letter to US Ct. of Appeals ref. Harassment/Civil Rights/RICO Case
cc:
His Holiness Pope John Paul II

                    "In our weakness, God is strong"

**VETERANS IN PETITION FOR JUSTICE**

Gloria & Robert Trevino, Petitioners, ET AL – 12526 Olympia Drive – Houston, Texas 77077
(713)309-5962 - email, vip4justice@gmail.com

**URGENT! IMMEDIATE INTERVENTION & ASSISTANCE REQUIRED! URGENT!**

usawainq@unhcr.org

UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS            DEC. 19, 2022
HONORABLE UN HIGH COMMISIONER, VOLKER TURK &
HONORABLE PRESIDENT OF THE UNITED STATES OF AMERICA JOE BIDEN
1600 PENNSYLVANIA AVE., N.W.., WASHINGTON, DC 20500  - via overnight, FedEx

PETITION TO UNHCHR IN ACCORDANCE WITH INTERNATIONAL LAW,
SUBCOMMISSION ON THE PREVENTION OF DISCRIMINATION AND PROTECTION OF
MINORITIES AND CONVENTION ON THE PREVENTION AND PUNISHMENT OF THE
CRIME OF GENOCIDE AND STAND WITH ICC TO OUTLAW IMPUNITY  FOR
PERPETRATORS!  AND SINCE THE USA IS THE ONLY DEMOCRACY IN THE WORLD
THAT HAS NO INDEPENDENT AUTHORITY OR TRANSPARENCY TO MONITOR
PRISON CONDITIONS AND ENFORCE ADEQUATE STANDARDS OF HEALTH AND
SAFETY, WE PETITION UNHCHR TO APPOINT NON-GOVERNMENT, BADLY NEEDED
ESSENTIAL INDEPENDENT AUTHORITY TO OVERSIGHT FOR A SAFE & HEALTHY
PRISON SYSTEM AND MONITOR PRISON CONDITIONS AND ENFORCE ADEQUATE
STANDARDS OF HEALTH AND SAFETY AND IMMEDIATELY OUTLAW RETALIATORY
SHAM INMATE GRIEVANCE SYSTEM WITH RIGGED OBSTICLE TO BLOCK EQUAL
ACCESS TO JUSTICE ANOTHER VIOLATION OF CIVIL AND HUMAN RIGHTS
AND
FOR THE USA, "MOST WEALTHIEST AND SUPPOSEDLY MOST CIVILIZED SOCIETY IN
THE WORLD," TO FINANCE THE ESSENTIAL INDEPENDENT AUTHORITY FOR
FAILING MISERABLY IN PROTECTING THE MOST VULNERABLE IN OUR SOCIETY,
AND VIOLATING NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN BEHIND AND
LEFT INNOCENT HISPANIC DECORATED DISABLED VETERAN AND POLITICAL
PRISONER, ROBERT TREVINO AND FAMILY AND OTHERS SIMILARLY SITUATED, IN
BLATANT VIOLATIONS OF OUR GOD GIVEN BASIC CIVIL AND HUMAN RIGHTS
GUARANTEED UNDER THE CONSTITUION OF THE UNITED STATES OF AMERICA
AND OUR BILL OF RIGHTS
AND FOR USA JOIN OTHER DEMOCRACIES IN THE WORLD WITH ESSENTIAL
INDEPENDENT AUTHORITIES TO MONITOR PRISON SYSTEMS AND SAVE LIVES,
LIKEWISE, FOR USA TO IMMEDIATELY JOIN ICC, JURISDICTION, LIKE MANY
OTHER DEMOCRACIES TO HOLD PERPETRATORS OF TORTURE, INHUMANE
TREATMENT AND GENOCIDE CRIMINALLY AND CIVILLY ACCOUNTABLE TO MAKE
THE WORLD A BETTER AND SAFER SOCIETY.
AND FOR EMERGENCY APPEARANCE BEFORE UNHCHR AND US SUBCOMMITTEE
ON CRIME TO INITIATE "UNBIASED" CRIMINAL INVESTIGATION INTO 1995-2022
DEPRAVED TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF
DECORATED DISABLED HISPANIC VETERAN AND POLITICAL PRISONER ROBERT
TREVINO BASED ON "BIG LIES" AND "ZERO RAPE EVIDENCE" AND
SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

1

**THIS IS NOT AN ISOLATED CASE OR THE FIRST RODEO OF THE NEO-NAZI GOVERNMENT OFFICIALS AND POLITICAL ENEMIES OF ROBERT.  IT IS A PERFECT EXAMPLE OF THE ALARMING WIDESPREAD NORMALIZATION OF CORRUPTION, STIGMATIZED DISCRIMINATION, SYSTEMATIC ANNIHILATION AND GENOCIDE OF THE MOST VULNERABLE IN OUR SOCIETY AND A FAIR WARNING TO THE WORLD! <u>"INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVERYWHERE!"</u>**

**My name is Gloria Trevino. I am 69 years old honorably discharged totally disabled woman veteran of the United States Armed Forces. I suffer from MST and PTSD and other medical problems.  I am one of US Marine War Hero and 76 yr. Old. Disabled Paralyzed Deceased Veteran, Robert's sisters and founder of grassroots organization, "Veterans In Petition for Justice" in pursuit of Justice for Veterans and their Families and in loving memory of Robert Trevino, and millions of other minorities similarly situated, hereby Petition the Honorable US President Joe Biden and United Nations High Commissioner on Human Rights in accordance with International Law and the Sub-commission on the Prevention of Discrimination and Protection of Minorities and Convention on the Prevention  and Punishment of the Crime of Genocide and for EMERGENCY APPEARANCE BEFORE US SUBCOMMITTEE ON CRIME TO INITIATE "UNBIASED" CONGRESSIONAL CRIMINAL INVESTIGATION INTO THE 1995-2022,** DEPRAVED TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF DECORATED DISABLED HISPANIC VETERAN AND PÒLITICAL PRISONER ROBERT TREVINO BASED ON **"BIG LIES" AND "ZERO RAPE** EVIDENCE" AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.  THIS IS NOT AN ISOLATED CASE OR THE FIRST RODEO OF THE NEO-NAZI GOVERNMENT OFFICIALS AND POLITICAL ENEMIES OF ROBERT.  IT IS ANOTHER PERFECT EXAMPLE OF THE ALARMING WIDESPREAD CORRUPTION, STIGMATIZED DISCRIMINATION, SYSTEMATIC ANNIHILATION AND GENOCIDE OF THE MOST VULNERABLE IN OUR SOCIETY AND A FAIR WARNING TO THE WORLD! EVERYONE IS ENTITLED TO EQUAL PROTECTION, EQUAL RERPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR ALL!  MARTIN L. KING SAID: **<u>"INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVERYWHERE!"</u>** IN FURTHER SUPPORT OF OUR PETITION, WE SUBMIT THE UGLY CASE SCENARIO OF MY BELOVED BROTHER, ROBERT TREVINO AND FAMILY:

FOR DECADES OUR GOVERNMENT BETRAYED ROBERT AND DENIED HIM THOSE BASIC GOD GIVEN CIVIL AND HUMAN RIGHTS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS WHICH HE RISKED HIS LIFE AND PAID A VERY HIGH PRICE TO DEFEND IN TIME OF WAR IN THE REPUBLIC OF VIETNAM ONLY TO BE MALICIOUSLY SUBJECTED TO ATROCITIES AND INHUMANITIES THAT FOR DECADES HAVE BEEN WORSENING OUT OF CONTROL IN THE CRIMINAL AND CIVIL JUSTICE SYSTEM AS WELL AS IN THE PRISON SYSTEM AND COVER-UP WITH IMPUNITY IN THE FIRST DEGREE.  RESULTING IN THE PREMEDITATED ASSASSINATION OF ROBERT IN THE COUNTRY HE HONORABLE AND BRAVELY SERVED.  HIS WELL DESERVED DISTINGUISHED MEDALS OF HONOR WERE BASICALLY REPLACED WITH WHAT AMOUNTS TO A BADGE OF INFAMY AND POLITICAL ASSASSINATION IN 1995 IN WAXAHACHIE, ELLIS COUNTY,  TEXAS AND **FBI, AKA, "KGB,"** AND A GANG OF DEVIL WORSHIPERS WITH FELONY CHARGES PENDING OF STATUTORY RAPE OF 12 YEAR OLD AND BURGLARIES.  HOWEVER, IN ABOUT 2020, THE STATE'S STAR WITNESS ALLEGED VICTIM, PATRICK LANKFORD, STARTED **<u>"SINGING LIKE A CANARY "</u>** CONFESSED AND

EXONERATED ROBERT AND IMPLICATED THE OFFICIALS, DA STEVE MARSHALL AND
OFFICER WIGGINS HAD CONCOCTED THE ALLEGATIONS AND COERCED THEM INTO
TESTIFYING FALSELY AGAINST ROBERT. PATRICK CONFESSED TO ONE OF MY
ALLEGED LAWYERS, NOEL PORTNOY WHO REPORTED TO ME. HOWEVER, PORTNOY
AND JOHN RICHARDS, UNBEKNOWNST TO ME WERE GESTAPO AGENT FOR THE STATE
OFFICIALS THAT HAD OBVIOUSLY BRIBED THEM TO CRUELY MANIPULATE US BY
GASLIGHTING AND PHYCHOLOGICAL AND MENTAL ABUSE AND EXPLOITATION AND
CRIMINAL OPPRESSION AND PLAYED DELAYING GAMES, RETALIATION, TO COVER-UP
AND HINDER PROSECUTION. THE CONFESSION OF PATRICK THAT HE WAS COERCED
INTO AGGRAVATED PERJURED TESTIMONY AND LIE AGAINST ROBERT BY THE DA
MARSHALL AND OFFICER WIGGINS UNDER THE THREAT OF HARSH PROSECUTION
AND LONG PRISON SENTENCES ON THE STATUTORY RAPE OF 12 YEAR OLD AND THE
BUGLARIES AGAINST GANG MEMBER CHRISTOPHER WILLIAMS. PATRICK CONFESSED
THAT THE DA AND WIGGINS ALSO WANTED ALL HIS GANG MEMBERS TO
ERRONEOUSLY ALLEGE THAT ROBERT HAD RAPED THEM AT GUNPOINT BUT THAT
ONLY WILLIAMS DID BECAUSE OF THE THREATS AND HIS BROTHER, SHAWN CHANGED
HIS MINE AT THE LAST MINUTE BEFORE GRAND JURY FOREMAN. SEE FALSE
INDICTMENT REPORT, ANOTHER, "BIG RED FLAG" PATRICKS CONFESSION IS ALSO
CORROBORATED WITH THE FINGER POINTING AT SHAM TRIAL BY RAGE WHERE THE
ALLEGED STATE WITNESSES/VICTIMS DIDN'T KNOW THE DETAILS OF THEIR
ALLEGATIONS AND BLAMED OFFICER WIGGINS, WHO BLAMED DA MARSHAL, WHO
BLAMED THE GRAND JURY FOREMAN, THEN HANGING JUDGE KNIZED STOPED THE
QUESTIONING PROTESTED THAT THEY DIDN'T KNOW THE DETAILS OF THE
COMPLAINTS THAT THESE WERE THE STATE OF TEXAS CHARGES.SO STOP ASKING THE
ALLEGED STATE WITNESSES. IT WAS PATRICKS CONFESSION EXONERATING ROBERT
AND IMPLICATING THE OFFICIALS THAT ACELERATED AT LIGHTNING SPEED THE
RETALIATION, HARASSMENT,  ISOLATION OF ROBERT FROM FAMILY, ILLEGAL LIFE-
ENDANGERMENT BY REMOVING ROBERT FROM THE CAROLE YOUNG MEDICAL
FACILITY WHICH WAS FIVE MINUTES AWAY FROM THE NEAREST TRAUMA CENTER TO
TRANSFER ROBERT IN CRITICAL MEDICAL CONDITION TO THE WORSE PRISON IN THE
COUNTRY ACCORDING TO THE USDOJ, THE MONTFORD PSYCHIATRICT PRISON UNIT,
EVEN THOUGH ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND WAS IN CRITICAL
RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION. FURTHERMORE, THE
MONTFORD PSYCHIATRICT UNIT WAS EVEN LESS EQUIPTED FOR SOMEONE IN
ROBERT'S LIFE-THREATENING MEDICAL CONDITION AND WAS LOCATED ABOUT ONE
HOUR AWAY FROM THE NEAREST TRAUMA CENTER IN FURTHERANCE OF THE
EXECUTION OF SADISTIC ASSASSINATION OF ROBERT. MEANWHILE, JOHN RICHARDS
AND NOEL PORTNOY SABOTAGED ALL OUR LEGAL CASES, INCLUDING THE WRIT OF
HABEAS CORPUS FOR TDCJ ILLEGALLY REPEATEDLY DENYING ROBERT RELEASE ON
MRIS TO THE VA HOSPITAL TO SAVE ROBERT'S LIFE AND THREATENING TO ABANDON
US IF I DIDN'T GO ALONG WITH HIS COVER-UP/WHITERWASH STRATEGY. I
REPEATEDLY ORDERED RICHARDS TO FILE PROTECTIVE ORDER IN WRIT OF HABEAS
CORPUS CASE AND DO HIS DELIGENCE IN CRIMINAL CONSPIRATOR, TOO BIG TO JAIL
POLITICALLY AND FINANCIALLY INFLUENTIAL FORD DEALERSHIP DEFENDANTS AND
THEIR BRIBED PINOCCHIO QUACKERY ALLEGATIONS AND PERSONAL ATTACKS
AGAINST ROBERT AND I WITHOUT CHALLENGED AND WITH IMPUNITY IN THE FIRST
DEGREE.  RICHARDS AND NOEL HAD BEEN BRIBED BY THE DEFENDANTS AND STATE
OF TEXAS OFFICIALS THAT DIDN'T WANT TO COMPENSATE ROBERT OVER $2,000,000.00

IN COMPENSATION FOR OVER 27 LONG AND OPPRESSIVE YEARS OF LIVING THE AMERICAN NIGHTMARE IN WRONGFUL IMPRISONMENT AT TDCJ DEATH-TRAP, PLUS MILLIONS MORE FOR OFFICIAL MISCONDUCT AND CIVIL AND HUMAN RIGHTS VIOLATIONS. TDCJ, TEXAS OFFICIALS AND OTHER DEFENDANTS WERE ENGAGED IN CRIMINAL CONSPIRACY WITH GESTAPO AGENTS RICHARDS AND NOEL AND CLEARLY LINING THEIR POCKETS TO PROTECT THEM, ESCAPE CRIMINAL AND CIVIL ACCOUNTABILITY AND INDUCED ME INTO SUFFERING A MINI-STROKE AND HOSPITALIZED FOR SEVERAL DAYS. THEY NOT ONLY ACELERATED THEIR ASSASSINATION PLOT TO KILL ROBERT BUT ATTEMPTED MURDER OF ME. RICHARDS CONTINUED TO SABOTAGE EVERYTHING AND OFFICIALLY ABANDONED US AND TO FURTHER ENDANGER OUR LIVES WAS TRYING TO COERCED US INTO REPRESENTING AND DEFENDING OURSELVES TO DATE. STATE BAR OF TEXAS AND OTHERS CONTINUES TO ENGAGE IN CRIMINAL CONSPIRACY SCHEME TO NORMALIZE STIGMATIZE DISCRIMINATION, CORRUPTION, RETALIATION, HARASSMENT, CIVIL AND HUMAN RIGHTS VIOLATIONS, DENIAL OF EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, MOCKERY AND RIDICULE, SYSTEMATIC INJUSTICE, "BLACKBALL" US IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE, AND COVER-UP/WHITEWASH WITH IMPUNITY. **FURTHERMORE, THE USA MASSIVE OVER-CROWDED INHUMANE AND LIFE-THREATENING, PRISON SYSTEM, NOT ONLY BECAUSE OF IMORAL, ILLEGAL DEATH-PENALTY, ASSASSINATIONS, AND LIFE-THREATENING INADEQUATE MEDICAL CARE, WITH MAINLY INNOCENT WRONGFULLY IMPRISONED MINORITIES IN FURTHERANCE OF SYSTEMATIC INJUSTICE AND GENOCIDE. THE USA IS AN ANOMALY ON THE WORLD STAGE. IT IS THE ONLY DEMOCRACY IN THE WORLD THAT DOESN'T HAVE INDEPENDENT OVERSIGHT OF THE PRISON SYSTEM AND MOST OPAGUE PUBLIC INSTITUTIONS IN OUR SOCIETY. THE RACIST AND CORRUPT COURT SYSTEM OVERSIGHT SHOULD BE OUTLAWED. IT IS A GROSS CONFLICT OF INTEREST AND GREATER THREAT TO THE INMATES FOR THE OBVIOUS REASONS. THE CORRRUPT AND RACIST CRIMINAL AND CIVIL JUSTICE COURT SYSTEM IS NOT EVER GOING TO ADMIT TO ANYWRONG DOINGS, ESPECIALLY IF THEY HAVE TO COMPENSATE THE INMATES, MILLIONS OF DOLLARS IN COMPENSATION FOR WRONGFUL IMPRISONMENT PLUS MILLIONS MORE FOR MISCONDUCT AND CIVIL AND HUMAN RIGHTS VIOLATIONS. IN SPITE OF OVER $9.3 BILLION BUDGET. AFTER THE COMPELING CONFESSION FROM THE STATE'S STAR WITNESS, PATRICK LANKFORD, THAT WAS "SINGING LIKE A CANARY," EXONERATING ROBERT AND IMPLICATING THE GOVERNMENT OFFICIALS FOR CONCOCTING THE ALLEGATIONS AND COERCING HIM AND HIS GANG TO COMMIT AGGRAVATED PERJURED TESTIMONY AGANST ROBERT UNDER THE THREAT OF HARSH PROSECUTION AND LENGTHLY PRISON SENTENCES IF THEY DIDN'T FALSELY ACCUSE ROBERT OF BASICALLY ERRONEOUSLY "GANG-RAPING THEM AT GUNPOINT!" INSTEAD, THEY FURTHER ENGANGED IN EGREGIOUS CRIMINAL CONSPIRACY SCHEME TO "BLACKBALL US" AND ACELERATED ROBERT'S PREMEDITATED ASSASSINATION PLOT AT LIGHTNING SPEED AND TO INDUCE MY DEATH AS WELL. SIMULTANEOUSLY, HARASSING, RETALIATING, ISOLATING, SOLITARY CONFINEMENT, OTHER PSYCHOLOGICAL AND MENTAL, PHYSICAL AND EMOTIONAL ABUSE, CRUEL AND UNUSUAL PUNISHMENT, GASLIGHTING, CRIMINAL OPPRESSION, AND SABOTAGING ALLCOURT CASES, INCLUDING FEDERAL WRIT OF HABEAS CORPUS FOR**

4

ILLEGALLY DENYING ROBERT IMMEDIATE RELEASE ON MRIS TO THE VA HOSPITAL TO SAVE ROBERT'S LIFE, TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP DEFENDANDS AND BRIBED MICHAEL ARAMBULA, AKA, "PINOCCHIO QUACKERY." ENGAGED IN ANOTHER SIMILAR CRIMINAL CONSPIRACY TO BUSHWHACKED US WITH UNCHALLENGED AGGRAVATED PERJURED TESTIMONY AND PERSONAL ATTACKS ON ROBERT AND I AND CONTRIBUTED TO THE OBSTRUCTION OF JUSTICE, SHAM TRIAL BY RAGE AS IN ROBERT'S CRIMINAL SHAM TRIAL BY RAGE, STIGMATIZED DISCRIMINATION, SYSTEMATIC INJUSTICE. THEY INGENIOUSLY ABANDONED AND MADE US SCAPEGOATS TO FEND FOR OURSELVES AGAINST THE BLOOD THIRSTY TYRANNICAL REIGN OF TERROR OF THE NEO-NAZI GOVERMENT OFFICIALS AND GESTAPO AGENTS, ET AL., AND FOREVER, DEFRAUD, TAUNT AND RIDICULE AND ERADICATE US AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR DIABOLICAL HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND CONTINUED GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. WE HAVE NO DOUBT WHATSOEVER, THAT THE DEPRAVED CRIMINAL CONSPIRATORS AND THOSE GOVERNMENT AGENCIES, LIKE, THE STATE BAR OF TEXAS AND TX AG PAXTON THAT HAVE MADE A MOCKERY OF US AS WELL AS THE JUDICIARY AND CRIMINAL JUSTICE SYSTEM ARE STILL ROLLING AROUND IN LAUGHTER AND ENJOYMENT FOR DEFRAUDING ROBERT OF MILLIONS OF DOLLARS IN FAIR COMPENSATION AND UNDOUTEDLY UNJUSTLY ENRICHING THEMSELVES BY LINING THEIR OWN POCKETS AND IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE. THE COURT SYSTEM IS RESPONSIBLE FOR THE WRONGFULLY INCARCERATED AND NOT LIKELY TO EXONERATE INNOCENT INMATES TO IN THEIR DEATH-TRAPS. THEY SHOULS NOT BE THE PARTY TO OVERSIGHT THE PRISON SYSTEM AND THOSE THEY HAVE IMPRISONED TO DIE THERE. THE USA IS THE ONLY DEMOCRACY IN THE WORLD THAT DOES NOT ALLOW TRANSPARENCY OR INDEPENDENT OVERSIGHT IN OUR PRISON SYSTEM.

WE HAVE EXHAUSTED ALL LEGAL REMEDIES UNDER DOMESTIC LAW OR HAVE BEEN PREVENTED FROM EXHAUSING THEM BY THE PERPETRATORS ENGAGED IN MAFIA-RELATED CRIMINAL CONSPIRACY SCHEME TO NORMALIZE DISCRIMINATION, CORRUPTION, RETALIATION, OUTRIGHT FRAUD, "BLACKBALLED" CIVILAND HUMAN RIGHTS VIOLATION, **DEATH-THREATS FOR PETITIONS TO UNHCHR** BY DIRECTOR OF TDCJ AND OTHER GOVERNMENT REPRESENTATIVES THAT ARE ENTRUSTED IN PROTECTING US BUT ARE PLAYING ABUSIVE GAMES TO SILENCE US BY DENYING US EQUAL PROTECTION, AND ACTING LIKE INNOCENT BYSTANDERS EVEN THOUGH THEY HAVE A MORAL ETHICAL AND LEGAL RESPONSIBILITY TO TAKE ACTION, REPORT CRIMES FOR IMMEDIATE PROSECUTION TO THE PROPER AUTHORITIES THEY ARE NOT INNOCENT BYSTANDERS. THEY KNOW THEY ARE PROTECTED BY THE IMORAL AND ILLEGAL "GOVERNMENT QUALIFIED IMMUNITY DOCTRIME," THAT IS BASICALLY A "GET OUT OF JAIL FREE CARD." QUALIFIED IMMUNITY UNDERMINES AND BLATANTLY VIOLATES THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS. IT FURTHER ENCOURAGES THESE GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS TO BE COMPLICIT AND ACCOMPLICES IN THE CRIMINAL CONSPIRACY SCHEME TO AID AND ABET IN NORMALIZE STIGMATIZE DISCRIMINATION, CORRUPTION, MURDER, RETALIATION, CIVIL AND HUMAN RIGHTS

5

VIOLATIONS, FALSE IMPRISONMENTS, OUTRIGHT FRAUD, MAFIA RELATED CRIMINAL ACTIVITIES, GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. THE MULTI-MILLION DOLLAR BUDGETS FOR ALLEGED NON-PROFITS FOR FREE LEGAL AID HAVE BECOME HIGHLY PROFITABLE BUSINESSES ENTERPRISE FOR DECADES FOR THOSE MANAGING THEM AND CLEARLY PAYING FOR PROTECTION, SUCH AS LIKE THE INNOCENCE PROJECTS, MIKE WARE, DAVID DOW AND OTHERS AND INSTITUTE FOR JUSTICE, SCOTT G. BULLOCK THAT ARE SUPPOSE TO BE EXONERATING THE WRONGFULLY IMPRISONED. HOWEVER, THEY ARE ENDULGING IN AMUSEMENT AND LAUGHTER OVER THOSE JUICY MULTIMILLION DOLLARS AND IN REALITY ARE ASSASSINATING, MURDERING AND ALLOWING MORE MINORITY INMATES TO DIE IN PRISON WHILE WAITING TO BE EXONERATED THAN THEY ARE EXONERATING, JUST LIKE IN THIS ROBERT TREVINO CASE AND OTHERS SIMILARLY SITUATED, WITH IMPUNITY IN THE FIRST DEGREE. EVERYONE SEEMS TO BE COVERING-UP WITH THE SAME DIRTY, FILTHY BLOODY BLANKET! CONSEQUENTLY, WE CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THE WRONGFUL DEATH OF OUR BELOVED MOTHER, DEPRAVED HEART MURDER OF OUR OTHER BROTHER JUAN, ATTEMPTED MURDER OF ME AND PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-UP WITH IMPUNITY IN THE FIRST DEGREE. IF OUR GOVERNMENT IS GOING TO ALLOW THE EGREGIOUS TEXAS STYLE RAILROAD OF HYPOCRICY AND INJUSTICE OF OUR DECORATED TOTALLY DISABLED HISPANIC VETERANS ON **"BIG LIES" AND "ZERO RAPE EVIDENCE,"** AND CONDEMNED TO LIVING THE AMERICAN NIGHTMARE IN MODERN DAY "DEATH/TRAPS. NO MINORITY IS SAFE FROM TYRANNICAL NEO-NAZI GOVERNMENT OFFICIALS BEAST OF PREY THAT ARE FOAMING AT THE MOUTH WITH THIRST FOR OUR BLOOD. ROBERT WAS SADISTICALLY PUT IN A RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION AND REPEATEDLY DENIED HUMANITARIAN RELEASE TO THE VA HOSPITAL WHERE HE COULD BE SAVED, ONLY TO BE PREMEDITATEDLY ASSASSINATED WITH IMPUNITY IN THE FIRST DEGREE. AS A RESULT, OF MAFIA RELATED ACTIVITIES IN AMERICA THAT HAVE NORMALIZED STIGMATIZED DISCRIMINATION AND CORRUPTION AND EVEN MUDER AND ASSASSINATIONS AGAINST THE MOST VULNERABLE MINORITIES, DISABLED, WOMEN, ELDERLY, RACE, INDIGENCE, AND OTHER DISADVANTAGES THAT MAKE US MORE VULNERABLE TO EXPLOITATION AND ABUSE, AND BECAUSE THE MAFIA RELATED ACTIVITIES ALSO SEEM TO HAVE A STRONG CHOKEHOLD, STRANGLEHOLD ON THE MAINSTREAM MEDIA. SUBSEQUENTLY, ONLY ATROCITIES AGAINST MINORITIES ARE BEING, LIKEWISED, ILLEGALLY SUPPRESSED AND COVERED-UP, AIDING AND ABETTING, ENCOURAGING AND PARTICIPATING CRIMINAL CONSPIRACY SCHEME TO FRAUD, SYSTEMATIC INJUSTICE AND GENOCIDE, NO ELABORATE CEREMONIAL OR PUBLIC OUTCRY OR FANFARE FOR DIABOLICAL PREMEDITATED ASSASSINATION OF ROBERT TREVINO. THE WHITE MAINSTREAM MEDIA ONLY WANTS TO DO NEGATIVE STORIES ABOUT MINORITIES. HOWEVER, ON THE OTHER HAND, ATROCITIES AGAINST WHITE AMERICANS ARE IMMEDIATELY EXPOSED ALL OVER THE WORLD WITH A LOT OF FANFARE, DRUMBEATS IN VOCIFEROUS OUTCRYS AND OUTRAGE IN ADVOCACY OF A CAUSE, BOOKS DEALS, MOVIE DEALS, AND ARMIES OF LAWYERS REPRESENTING THEIR FAMILIES FREE OF CHARGE. SEE ARTICAL ON CASE OF INMATE FREDDERICK MARVIN BARDELL. EVEN THOUGH MINORITIES ARE MORE LIKELY TO BE INCARCERATED THAN WHITE PERSONS AND MOST LIKELY TO DIE IN DEATH-TRAP, WAITING TO BE EXONERATED. YOU WON'T HERE A PEEP ABOUT IT!! THIS IS NOT THE USA THAT MY BELOVED FATHER, BROTHERS BRAVELY AND HONORABLE RISKED

6

THEIR LIVES TO DEFEND AND PAID A VERY HIGH PRICE. AND THIS IS NOT THE SAME USA THAT I HONRABLY SERVED. **"THIS IS THE TWILIGHT ZONE!" "HORRIFYING!"**

**THEREFORE,** WE ARE PETITIONING THE UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS IN ACCORDANCE TO WITH  INTERNATIONAL LAW, SUBCOMMISSION ON THE PREVENTION OF DISCRIMINATION AND PROTECTION OF MINORITIES, AND CONVENTION ON THE PREVENTION AND PUNISHMENT OF THE CRIME OF GENOCIDE. IN ADDITION, WE ARE REQUESTING THAT THE UNHCHR IMMEDIATELY APPOINT A DECADES LONG OVERDUE BADLY NEEDED NON-GOVERNMENTAL ESSENTIAL INDEPENDENT AUTHORITY TO OVERSIGHT FOR A SAFE AND HEALTHY PRISON SYSTEM AND PREVENTIVE MONITORING OF CONDITIONS IN AMERICAN PRISONS THAT CAN HELP SHINE A LIGHT ON WHAT NEEDS TO BE CHANGED AND IMPROVED, LIKE IMMEDIATE REFORM OR OUTLAW OF THE RETALIATORY AND RIGGED SHAM INMATE GRIEVANCE SYSTEM THAT IS BASICALLY AN OBSTICAL/HURDLES OR SERIES OF BARRIERS TO BLOCK PETITIONS TO THE COURTS DENY JUSTICE ON MOSTLY OF INHUMANE MEDICAL ISSUES AND/OR LIFE-THREATENING SITUATIONS, BRUTALITY AND PEOPLE SENSELESSLY DIE. WE WOULD ALSO RESPECTFULLY PETITION THE UNHCHR AND US PRESIDENT JOE BIDEN FOR EMERGENCY APPEARANCE BEFORE US SUBCOMMITTEE ON CRIME TO INITIATE "UNBIAS"CONGRESSIONAL CRIMINAL INVESTIGATION INTO THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND SUBSEQUENT ASSASSINATION  OF ROBERT TREVINO AND GENOCIDE OF THE TREVINO FAMILY AND OTHERS SIMILARLY SITUATED, AND THAT IN THE BEST INTEREST OF JUSTICE, THE PERPETRATORS OF THESE ATROCITIES BE IMMEDIATELY BROUGHT TO JUSTICE  AND HELD CIVILLY AND CRIMINALLY ACCOUNTABLE FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR. AND FOR ANY OTHER RELIEF THAT IS FIT AND PROPER IN THIS DECADES LONG AND HORRIFIC ENDEAVOR IN PURSUIT OF JUSTICE FOR ROBERT TREVINO AND FAMILY, AND OTHER DISABLED ELDERLY INDIGENT AND WOMEN VETERANS SIMILARLY SITUATED. LIKE, TIMOTHY BRIAN COLE, ANOTHER INNOCENT DISABLED VETERAN WHO SENSELESSLY DIED IN PRISON AFTER SERVING AN OPPRESSIVE 23 YEARS BECAUSE OF UNTESTED DNA EVIDENCE, ROBERT TREVINO, LIKEWISE, IS ENTITLED TO POSTTHUMOUSLY EXONERATED TO RESTORE HIS HONOR AND LEGACY, WITHOUT FURTHER INCIDENTS AND UNNECESSARY DELAYS. THE USA ALSO HAS A MORAL, ETHICAL AND LEGAL REPONSIBILITY TO ACCEPT JURISDICTION OF THE ICC LIKE OTHER DEMOCRACIES AND WHICH THEY ASSISTED IN CREATING. USA, THE MOST CIVILIZED SOCIETY IN THE WORLD CANNOT NOT HINDER THE PROSECUTION OF THE NEO-NAZI DOMESTIC TERRORIST. USA NEEDS TO HOLD THEM CRIMINALLY AND CIVILLY ACCOUNTABLE FOR ALL THE CARNAGE  AND GENOCIDE! ONLY CHINA AND  RUSSIA DO NOT ACCEPT JURISDICTION OF THE ICC FOR OBVIOUS REASONS! THE NEO-NAZI GOVERNMENT OFFICIALS PREMEDITATED ASSASSINATION OF ROBERT IS NOT GOING TO SILENCE US OR  CONTINUE TO DENY HIM EQUAL ACCESS TO JUSTICE AND POSTTHUMOUSLY EXONERATION AND FROM SEEKING THE CRIMINAL AND CIVIL ACCOUNTABILITY OF HIS ASSASSINS AND CRIMINAL CONSPIRATORS, INCLUDING ALL THOSE GOVERNMENT REPRESENTATIVES ARE NOT INNOCENT BYSTANDERS. THEY ARE DEPRAVED HOMICIDAL PSYCHOPATHIC DOMESTIC TERRORIST WHO ARE WEAPONIZING THEIR POWERFUL POSITIONS TO ERADICATE MINORITIES THAT DON'T GO ALONG WITH THEM. INCLUDING DISABLED HISPANIC WAR HEROS, LIKE ROBERT. **THEY WOULD CRUCIFY THEIR OWN GRANDMOTHER IF IT SUIT THEIR PURPOSE!** SO TO

THROW RED MEAT TO THEIR BLOOD THRISTY POLITICAL SUPPORTERS AND SKYROCKET THEIR CAREER, FAME AND FORTUNE, THEY TERRORIZE AND PERSECUTE REFUGEES ALREADY ESCAPING PERSECUTION IN THEIR HOMELAND. ROBERT WAS NOT RICH OR FAMOUS OR POLITICALLY AND FINANCIALLY INFLUENTIAL. HE WAS JUST A POOR AND HUMBLE DECORATED DISABLED HISPANIC VETERAN WITH TBI AND PTSD THAT NEVER HURT ANYONE AND ONLY TRIED TO BE AN ACTIVE PARTICIPANT IN SMALL TOWN POLITICS. THE USA BETRAYED DISABLED AMERICAN WAR HERO ROBERT TREVINO FOR SIMPLY EXERCIZING FREE SPEECH AND RAILROADED HIM FOR LIFE TO LIVE THE AMERICAN NIGHTMARE AND ASSASSINATED HIM. ARE REFUGEES GOING TO BE AFFORDED THE AMERICAN DREAM OR AMERICAN NIGHTMARE? AND, THE FEDERAL BENCH IS ALSO PACKED WITH JUDGES THAT HAVE ABOUT AS MUCH COMMITMENT OR COMPASSION FOR THE CIVIL AND HUMAN RIGHTS LAWS AS ADOLF HITLER HAD FOR THE JEWS AND BLATANTLY VIOLATE THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS EVERYDAY ALL DAY LONG IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND ARE PROUD OF IT, ESPECIALLY SINCE THEY ARE PROTECTED BY THE IMMORAL AND ILLEGAL GOVERNMENT QUALIFIED IMMUNITY DOCTRINE THAT GLORIFIES GENOCIDE.

HOWEVER, THIS IS NOT RUSSIA OR CHINA! THAT DON'T RECOGNIZE JURISDICTION OF ICC.  HOWEVER, THIS IS NOT THE WILD, WILD, WEST EITHER! IT'S TIME FOR USA TO RECOGNIZE JURISDICTION OF ICC AND OUTLAW IMMUNITY FOREVER AND HOLD PERPETRATORS CRIMINALLY AND CIVILLY ACCOUNTABLE!!

NO ONE WANTS TO BE HELD CRIMINALLY AND CIVILLY ACCOUNTABLE  BUT THEY DON'T WANT TO GIVE UP TYRANNICAL REIGN OF TERROR AND ABUSE POWER AND CONTROL OVER EXPLOITATION OF MINORITIES AND MOST VULNERABLE IN OUR SOCIETY AND THEY DON'T WANT TO GIVE UP THOSE  JUICY MULTI-MILLION DOLLARS A YEAR BUDGET SUPPOSEDLY TO PROTECT AND AFFORD THEM EQUAL OP[PORTUNITY FOR THE AMERICAN DREAM AND THEY DON'T WANT TO STOP THE DOMESTIC TERRORIST AND CORRUPT MAFIA -RELATED CRIMINAL  ACTIVITIES TO SUBJECT MINORITIES TO THE AMERICAN NIGHTMARE IN ELABORATE DEATH-TRAPS AND PREMEDITATED ASSASSINATIONS AND GENOCIDE AND COVER-UP WITH IMPUNITY IN THE FIRST DEGREE.  THE ROBERT TREVINO FAMILY CASE IS ANOTHER PERFECT EXAMPLE OF THE OUT OF CONTROL TYRANNICAL REIGN OF TERROR, STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, MAFIA RELATED ACTIVITIES EXPLOITATION AND ABUSE OF THE MOST VULNERABLE IN OUR SOCIETY, BLATANT VIOLATIONS OF OUR GOD GIVEN BASIC FUNDAMENTAL CIVIL AND HUMAN RIGHTS, SYSTEMATIC INJUSTICE IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE WITH IMPUNMITY IN THE FIRST DEGREE.  HOWEVER, NO ONE IS ABOVE THE LAW!

IT IS THEREFORE, TIME FOR THE USA TO RECOGNIZE THE JURISDICTION OF ICC, GOVERNED BY THE ROME STATUTE, LIKE OTHER DEMOCRACIES AROUND THE WORLD HAVE DONE AND THAT THE USA HELPED CREATE TO HELP "END IMPUNITY" FOR THE PERPETRATORS OF THE MOST SERIOUS CRIMES OF CONCERN TO THE INTERNATIONAL COMMUNITY.  THE DEPRAVITY OF THE NEO-NAZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHER CRIMINAL CONSPIRATORS AND PERPETRATORS IS OFF THE CHARTS!  TO ALLOW PRISON

8

DOCTORS TO TREAT THE INMATES WITH DELIBERATE INDIFFERENCE AND
RECKLESSLY DISREGARD SUBSTANTIAL RISK OF IRREPARABLE HARM AND INJURY
TO THE DETRIMENT AND DEMISE OF ROBERT AND DIABOLICALLY PUT ROBERT IN
A RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION BY REPEATEDLY
DISREGARDING EXCESSIVE RISK OF LIFE-ENDANGERMENT FROM PROTRUDING
BASKETBALL SIZE HERNIA TO CAUSE OTHER LIFE-THREATENING RECURRING
BOWEL OBSTRUCTIONS AND DEADLY INFECTIONS TO FURTHER WEAKEN HIS
COMPROMISED ISCHEMIC HEART CONDITION, WEAKEN IMMUNE SYSTEM AND
EVERY PART OF HIS BODY, WHILE CONTINUING TO PSYCHOLOGICALLY,
MENTALLY, EMOTIONALLY AND PHYSICALLY ISOLATE HIM FROM FAMILY AND
NOT ALLOW HIM TO EVEN CALL US ON THE TELEPHONE, ETC., AND EVERYBODY,
INCLUDING OFFICIALS, REPEATEDLY REFUSING TO INTERVENE AND HELP,
GIVING ME THE "DEATH-EAR" AND MOCKING AND THREATENING ME IN
FURTHERANCE OF ERADICATION OF ROBERT AND FAMILY AND COVER-UP WITH
IMPUNITY IN THE FIRST DEGREE. ROBERT DID NOT HAVE TO DIE! THE ROBERT
TREVINO AND FAMILY CASE IS ANOTHER PERFECT EXAMPLE OF THE MOST
SADISTIC DIABOLICAL ELABORATE CRIMINAL CONPRIRACY SCHEME TO SILENCE
MINORITIES AND GENOCIDE. THE UGLY REALITY IS THAT THIS EVIL,
PREMEDITATED ASSASSINATION OF ROBERT IS A HEINOUS CRIME AGAINST
HUMANITY AND CRIME OF AGGRESSION THAT ARE UNDISPUTED EVIDENCE OF
ROUTINE "BUSINESS AS USUAL" RACKTEERING ACTIVITIES WITH IMPUNITY IN
THE FIRST DEGREE! NO RESPONSE FROM ANYBODY, NOT EVEN A PEEP! WE
CONTINUE TO BE "BLACKBALLED!" THE USA NEEDS TO "CLEAN HOUSE" TO BE
ABLE TO MAKE THE WORLD A MORE CIVILIZED AND HUMANE PLACE TO LIVE AND
AFFORD MINORITIES EQUAL OPPORTUNITY TO LIVE THE AMERICAN DREAM AS
OPPOSE TO LIVE THE AMERICAN NIGHTMARE LIKE ROBERT AND FAMILY. IN SPITE
OF OUR NATIONS SOLEMN PROMISE, LIKE IN THE MILITARY PLEDGES TO LEAVE
NO SOLDIER BEHIND ON THE BATTLEFIELD, OUR NATION PROMISED TO LEAVE
NO VETERAN BEHIND WHEN THEY RETURN HOME. IT DOES NOT SAY, EXCEPT FOR
MINORITIES, LIKE, ROBERT TREVINO AND FAMILY IN FURTHERANCE OF GANG-
RAPE OF JUSTICE IN AMERICA AND GENOCIDE. WE ARE DEMANDING JUSTICE FOR
ROBERT TREVINO AND FAMILY AND MILLIONS OF OTHERS SIMILARLY SITUATED!
WE FIRMLY STAND FOR GOD AND WITH ICC TO OUTLAW IMPUNITY FOR
PERPETRATORS AND TO BRING PERPETRATORS OF THE MOST SERIOUS CRIMES
OF CONCERN TO INTERNATIONAL COMMUNITY TO SWIFT JUSTICE FOR ALL! SEE
ARTICLE ENTITLED, "RECKLESS INDIFFERENCE," IN TDCJ. USA BAMBOOZLES UN
& INTERNATIONAL COMMUNITY OVER 300 TDCJ INHUMANE INMATE DEATHS!

RESPECTFULLY SUBMITTED,

*Gloria Trevino*

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON,TEXAS  77077
(713)309-5962, email, vip4justice@gmail.com

Please refer to attached & Previous
Documentation In Support of our
Petition & Prison Legal News,
entitled, "Mismanaged Health Care
In Texas Prisons!"Ongoing to-date!

"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"
9

(281)752-8884

VIA FAX (817)335-2451                                                    March 13, 2000
Mr. Robert Ford, Attorney At Law
1300 Summit Ave., Suite 418
Fort Worth, Texas 76102

Jubilee 2000/USA, Rev. John Lasseigne
Immaculate Heart of Mary
7539 Ave. K
Houston, Texas 77012

<div align="center">

**Justice For Roberto Rodriguez Trevino and Family**
**Writ of Habeas Corpus**
UNHCHR Case No. G/So 215/I USA IIII

</div>

Dear Mr. Ford,

Saturday, March 11, I went to visit my brother, Robert at the Texas Department of Criminal Justice, Michael Unit in Tennessee Colony. Robert informed me that you had send him a copy of the Writ of Habeas Corpus that you intend to file on his behalf that mainly focuses on the fact that Robert was abusively and blatantly denied Competency and other Medical and Psychological Evaluations and Treatment prior to the trial in spite of the fact that Robert suffers from structural damage to the brain, Post Traumatic Stress Disorders and other neurological, emotional difficulties and severe medical problems and is 100% disabled veteran and is a Bronze Star, Purple Heart Recipient, which his prior attorney, John Dixon, the District Attorney, Steve Marshall and Judge Gene Knize were aware of however, subjected Robert to a trial by rage because of the extreme hatred and prejudices that surrounds Robert and my family. Refer to VA medical reports and other documents which I previously submitted you. Such egregious conduct is in strict violation of Robert's basic civil and human rights and is considered criminal contempt aimed to obstruct, pervert and defeat the administration of justice. However, as previously reported, there has been a series of ev and other atrocities inflicted upon Robert and my family and in relation to the Writ of Habeas Corpus, Robert informed me that h has sent you several letters of issues of similar violations also previously reported which he feels need to be addressed in same an wanted me to remind you of the following:

1) Illegal Search and Seizure - Day One, Robert was abducted out of his home and items were taken without warrant.

2) Illegal Warrant - Day Two, warrant was solicited day after Robert was already in illegal custody from JP Judge Curt Polk with no law degree, acting as a self-appointed county judge, since JP Judges jurisdiction is limited to misdemeanor traffic an wedding ceremonies. JP Judge Curtis Polk helped set the wheels of injustice in motion.

3) Illegal Police Reports - Day Three, the complaint was solicited from the alleged victims, a gang on juvenile delinque with violent criminal records and violent criminal charges pending and whom Court Officials and Officers of the Court were awa that they were on Probation and on record that they were on Juvenile Court Ordered Mandatory Psychiatrist Treatment for ange management, delusions, drugs, truancy, anti-social and criminal behavior. In addition, they were aware that Juvenile Court Judg Penney Redington had Ordered Robert, aware of his disabilities and lack of training or qualifications in dealing with criminal min and behavior, "Custody" of the ring-leader, Patrict Langford/his gang because they were out of control, had violent criminal cha pending and the parent didn't want anything to do with them however, the parents and the alleged victims wanted to be awarded Robert in lieu of going to a juvenile correctional facility during the time they were alleging they were being violently and aggravately raped and assaulted by Robert. Therefore, no date as to when the alleged aggravated assaults incidents were eve even mentioned and no evidence was ever presented. I have serious questions as to what possessed Judge Penny Redington to ward these hoodlums to Robert when most minority juveniles who commit adult violent crimes are swiftly tried as adults and g the maximum prison sentence.

4) Defense Evidence was Suppressed and Vital Evidence was Withheld in furtherance of the conspiracy to violate Robert's civil rights, secure a conviction and cover-up, such as juvenile court records, orders, statements of Patrict and Shawn being abused and run out of home by their adopted parents and placed in Texas Youth Commission, psychiatric records and evaluations and violent criminal records of the "Pyro Pirate" gang members - the alleged victims.

5) Defense Witness were being taunted, ridiculed and threatened and were not allowed to testify and therefore, defens testimony was suppressed, such as the testimony of Gloria Trevino, who's testimony would have aided the defense in our asserti that the Trevino Family has been a target for harassment and criminal oppression for over a long period of time resulting in numerous civil and human rights petitions and complaints to FBI and other state and federal authorities including complaints of violent police brutalities and physical abuse and that Robert, as a family member was targeted by the officials for continued harassment. Refer to Formal Bill of Exceptions #1.

6) No Minorities on the Jury, minorities were deliberately excluded from the jury in furtherance of the conspiracy to violate Robert's civil rights and to secure a conviction.

7) Jury Members fraternized with Court Officials and Law Enforcement, while displaying their cozy relationship and demonstrated their prejudice from the jury box from the very onset and throughout the trial giving the defense the death ear through body language, gestures, laughing and closing their eyes and going to sleep while law enforcement personnel, such as John and Mark, sat on last row in courtroom laughing and ridiculing Robert, our family and friends during sentencing phase of sham trial.

8) Evidence and testimony was distorted, such as a doctor who found no evidence of aggravated sexual assault or sexual abuse of only one of the alleged victims that was examined with the most sophisticated and sensitive modern test available. None of the other alleged victims were even bothered to be examined and claimed that they had obtained consent from the parents for rape examinations however no one could remember the name and location of the doctor who supposedly examined them. Again, no dates as to when the alleged aggravated assaults/incidents were ever presented and likewise, no evidence of any crime was ever presented.

9) Change of Venue unlawfully denied in spite of the extreme hatred and prejudiced that surrounds Robert and the Trevino Family compounded, incited and aroused by the Unilateral Prejudicial Publicity.

10) The unruly and lawless District Attorney, Steve Marshall and Assistant District Attorney, Lacy Buckingham deliberately and maliciously violate court ordered gag-order by discussing the case with prejudicial reporters to further generate prejudicial publicity, alienate, incite the jury and further violate Robert's civil right to receive fair and impartial trial. A mere $100.0 fine was imposed.

11) Statement of Judge Gene Knize on the guise of seeking competency evaluation of Robert, when in fact, he blatantly ruled against it. Also Robert mentioned his disgust over the private negotiations, dealings and court proceedings conducted behind close door of Judge Gene Knize's chambers during trial regarding case, motions, violations and disputes, etc. In addition, Robert mentioned that Judge Gene Knize shares a cozy-relationship with one of the alleged victim's mother and girl-friend of the ring leader, Lara Cobbs, who's mother also works as a court clerk and may even be related to Judge Knize. In any case, a clear and greater conflict of interest now exists because of my complaints of bias, misconduct, etc.

*12) Please obtain and include evidence that after the malicious persecution of Robert and after only two days of subsequent unlawful incarceration Robert was placed at the Skyview Mental Unit for a mere four months for incompetence. Meanwhile, the alleged victims, who hardly appeared to be the object of any crime or tort, further terrorized my family by demanding and trying to take possession of Robert's home and truck on the guise and false pretense that they had Robert's consent and authority.

*13) Last, but not least, the unprofessional, misrepresentation, inexperience, unethical, fraud, incompetence, breach of fiduciary duty and agreement and contributory gross criminal negligence of Attorney, John Dixon in this case.

Our prior attorney, John Dixon, had reneged on his promise and agreement to address the Writ of Habeas Corpus in Federal Court aware that there was no evidence, of the extreme unfortunate extraordinary circumstances and that Robert was being held on what amounted to no Bond. As a result, the inevitable and Robert remains in unlawful incarceration in a potentially dangerous and life-threatening environment subjected to cruel and unusual punishment and my family and I remain in a dangerous state of affairs. We are justifiably concerned and fearful that unless federal jurisdiction and equal protection is afforded Robert and my family, Justice will not be served especially since a clear and greater conflict of interest now exist since we have filed Civil and Human Rights/RICO complaints against everyone involved in the malicious persecution of Robert and all those acting in active concert with them. Therefore, in the interest of justice, those directly involved in the criminal oppression of Robert, most particularly Judge Gene Knize, should be justly recused and disqualified from having any further rulings and dealings in this case. Meanwhile, once again, the VA has unjustly reduced and threatened Robert's disability rating, which disabilities have been worsen by these traumatic experiences, without rehabilitation and treatment, as they continue to blatantly deny our critically-ill mother, Maria Rodriguez Trevino, as Robert's dependent parent of a disabled veteran, VA compensation in spite of her deteriorating medical condition and greater need for medical and financial assistance as a direct result of the traumatic experience of having witnessed the human and civil rights of a loved one be blatantly and repeatedly violated, and, as I have been violently and abusively unjustifiably denied over the past decade and I am repeatedly being harassed and forced to address. We are also requesting that the VA 100% disability rating be immediately restored and that my mother be compensated as Robert's dependent parent. We want Robert disentangled from this railroad of hypocrisy and injustice. Please don't hesitate to contact me if you have any questions or I can be of any assistance.

Respectfully submitted,

*Gloria Trevino*

Victims In Petition For Justice
Gloria Trevino, President
12526 Olympia Drive
Houston, Texas 77077
(281)752-8884

cc:
UNHCHR
US State Department, US Department of Defense
His Holiness Pope John Paul II
Texas Judicial Conduct Committee
Texas State Bar Grievance Committee
The Honorable State Senator Judith Zaffirini
Robert R. Trevino, US Dept. of VA

"In our weakness, God is strong"

(281)752-8884

US Department of Veterans Affairs                                        March 14, 2000
Veterans Benefits District Office, Disability Ratings
c/o Hobbs, Director
4500 South Lancaster Road
Dallas, Texas 75216

## Justice For Roberto Rodriguez and Family
UNHCHR Case No. G/SO 215/1 USA IIII and VA Claim No. 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

Dear Mr. Hobbs,

I am writing on behalf of my brother, Roberto Rodriguez Trevino and family. Robert is further tormented and distressed and has reported to me that the VA has once again unjustifiably reduced his 100% disability rating and has asked me to contact yo in an effort to restore his disability rating to 100%. In addition, we would like for the VA to immediately afford my ill-stricken mother, Maria Rodriguez Trevino, as dependent parent of Robert, a disabled veteran, VA compensation and benefits in accordance with Title 38 of US Code of Federal Regulations governing Veterans Pensions, Bonuses and Veteran's Relief.

As you are aware, Robert was wounded in action during the Viet Nam War and while under heavy fire put his life on the line and saved members of his platoon from an ambush for which he was awarded the "Bronze Star and Purple Heart." Robert wa also extensively exposed to the Agent Orange and other dangerous and contagious herbicides and suffers from skin disorders, live damage, head and back problems, neurological and physical problems aggravated by his over weight condition. Robert's hearing and vision is seriously impaired and also suffers from dental problems, arthritis, diabetes, acneform diseases, prostate problems, so tissue sarcoma, nerve damage, bone deformities in feet and knees, drop-attacks and like many other Viet Nam War veterans suffer from Post Traumatic Stress Disorder. To this day, Robert carries steel fragments from explosives embedded in his knees and has t use a cane and therapeutic shoes to walk.

Furthermore, you are aware, that on August 1995, Robert was abducted out of his home without warrant, maliciously persecuted and condemned and remains unlawfully imprisoned for life on wild, ludicrous and outrageous unsubstantiated allegatio and has been blatantly denied medical treatment for his service-connected disabilities in prison and treated with cruel and unusual punishment. In fact, when Robert was shamefully imprisonment, his VA therapeutic shoes and knee braces were replaced with a mop. Robert was forced to mop floors and walk up and down stairs with his crippling leg and significant bothersome chronic medical condition. Subsequently, to this day, Robert has been blatantly and abusively deprived of badly needed medical care and continues to be treated with confrontation and provocation by the prison medical staff and officials in spite of my frustrating effort through Congressman Martin Frost and other Representatives, (who have likewise made unprofessional and prejudicial statements such as Robert can't afford to pay for these services,) to get Robert the medical care that he is entitled to and the return of his VA issued cane and therapeutic shoes and in spite of Robert's deteriorating medical condition compounded by the traumatic experience leading up to and during this unlawful incarceration. My response to these misguided and exploiting representatives has been that Robert has already paid a very high price and is guaranteed these services.

Therefore, to alleviate further unnecessary destruction, pain and suffering, we are requesting that your office assist us in immediately affording Robert the guaranteed medical treatment for his 150% service-connected disabilities, restoring Robert's 100% disability rating, as well as affording our dependant mother, Maria Rodriguez Trevino, the VA compensation and benefits th they have so wrongfully and shamefully been deprived of for the oppressive length of time that Robert has been in unlawful imprisonment of over five years. We pray you will help.

Respectfully submitted,

*Gloria Trevino*

Gloria Trevino, President
Victims In Petition For Justice
12526 Olympia Drive
Houston, Texas 77077
(281)752-8884

cc:
UNHCHR
US Dept. of Defense
US State Depart.
His Holiness Pope John Paul II/Rev. John Lasseigne
Robert Trevino
See attach copy of letter to Atty. Ford dated, 3/13/2000

"In our weakness, God is strong"



# ᴛᴇxᴀs DEPARTMENT OF CRIMINAL JUSTICE

P.O. Box 99 •· Huntsville, Texas 77342-0099

Wayne Scot
Executive Directo

June 12, 1998

The Honorable Martin Frost
Member, U. S. House of Representatives
400 South Zang Boulevard, Suite 506
Dallas, Texas 75208

RE:     Offender Robert Trevino
        TDCJ-ID# 729766
        Stiles Facility

Dear Congressman Frost:

Your correspondence to Warden Keaton, Stiles Facility, has been forwarded to the Texas Department of Criminal Justice (TDCJ) Health Services Division for investigation. In it, you request information regarding the process in place for offenders to be seen at Department of Veterans Affairs (VA) health care facilities.

Our research indicates that the offender must initiate contact with a VA facility close to their TDCJ facility of assignment. As Mr. Harper alluded to in his correspondence, TDCJ must provide the escort to the VA facility, and the escort officers are armed because the patient is also a convicted felon. The offender must get permission from the VA facility for armed escort officers to be present in their facility. If the VA facility agrees to the armed escort, an appointment is scheduled and the VA contacts TDCJ. TDCJ Transportation will then arrange for the escort. The offenders are only allowed outpatient visits at VA facilities. Upon return to the TDCJ facility of assignment, the facility health care provider reviews the VA recommendations, if any, and determines if the recommendations are to be incorporated into the offender treatment plan.

We are taking the liberty of forwarding a copy of this correspondence to Warden Keaton, however, will leave the response to the family in your hands. Should you require further assistance with issues regarding access to health care for offenders, please do not hesitate to contact us.

Sincerely,

Donna Vallie
Investigator V, Patient Liaison Program
Office of Professional Standards
Health Services

DV/sp .

Xc:     Warden Keaton
        L. Linthicum, M.D.
        Facility Medical Management Team

Reference No.: 980072976600003

2/26/23, 4:07 PM
Disabled American Veterans | Better Business Bureau® Profile

 Better Business Bureau®

Not BBB
Accredited

**Business Profile**
# Disabled American Veterans
Veterans Organizations

## Contact Information

 17779 E. Fourteen Mile Road
Fraser, MI 48026-2290

📞 (586) 415-8610

## BBB Rating & Accreditation

F

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 35

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

## Customer Reviews

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone: (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

October 17, 2019

Via facsimile at 409-645-7669

Kim Massey, Senior Warden
Carol Young Medical Facility
5509 Attwater Dr.
Dickinson, TX
77539

Re:    Robert Rodriguez Treviño #729766
        Treviño v. Collier, USDC, SD TX. 3:19-CV-324

Warden Massey;

I am the attorney for Robert Treviño and also the attorney for his sister, Gloria Treviño Turner, who has been visiting Robert at the TDCJ units where he has been confined for over ten years. She is his only regular visitor. In addition, she has the power of attorney from Robert and acts on his behalf both with the Veteran's Administration and the United States District Court in the lawsuit that has been filed in the United States District Court, Southern District of Texas, Galveston Division which is identified above.

The purpose of this letter is to set forth what both Ms. Treviño Turner and I believe is highly inappropriate behavior to both Mr. Treviño and to his sister on her visit to Carol Young on Saturday, October 12, 2019, a visit of which you are aware. In addition, on September 21, 2019, the staff did not Ms. Treviño Turner visit Mr. Treviño and the claim that he had taken her off the visitation list. I myself called and was told that Gloria Turner was still on the list. It is my understanding that you were aware of both of these visited.

Kim Massey, Senior Warden
Carol Young Medical Unit
October 17, 2019
Page 2

I begin this letter by stating that the Carol Young Unit is fully aware that Mr. Treviño is basically totally disabled and spends his time either in bed or in a geriatric wheelchair. He has almost no movement in his arms and he is hurt badly when his body is twisted about. Therefore, let me begin with Mr. Treviño's treatment at the visit. Rather than the long history of visits when he is wheeled into the room on his geriatric wheelchair or bed and his visitor can sit across from and talk to him, he was wheeled into a closed small room with a thick glass separating him from his visitor and which had a phone in order to communicate. Because of his disabled condition, he could not reach the phone and also, and this is very significant, the attendant tried to push him up to the phone, violently bending the geriatric wheelchair to a sitting position which was very which was very painful to him. I have visited Mr. Treviño several times at Carol Young in the last several years and this never happened with me. In addition, over the entire time Ms. Treviño Turner has visited him at Carol Young, which have been periodic and often weekly, he was never pushed into the communication booth until Saturday.

I understand Ms. Treviño Turner complained about this and was told that you were setting the rules. I believe that this was improper pursuant to the Texas Department of Criminal Justice Offender Rules and Regulations for Visitation and other TDCJ Policies. In particular, Mr. Treviño has special needs which Carol Young is cognizant. These policies provide for visits with respect to special conditions such as Mr. Treviño. In particular, his condition, both physical and mental, demand a contact visit as called for by the Rules. In particular, I refer to 7.6.2 General Visitation Area, which provides that "(1) Offenders whose health condition permits may receive visits in the existing visitation area."

Mr. Treviño's health conditions required a contact visit. The fact that this "new" rule requiring the visit behind the glass in a room where he had no ability to communicate except by shouting, can, in my opinion, only arise in retaliation for the lawsuit that has been filed in federal district court in Galveston. I can think of no other change in his circumstances or health which justify this new action other than retaliation. I do not believe anything provision of Rule 3.14, Termination of Visits in Progress, apply to the new rule.

My client, Ms. Treviño Turner is, in my opinion, completely justified in her reaction to what happened last Saturday. I have spoken to her about it in detail and she has prepared a written statement of what happened. I am attaching this statement.

Kim Massey, Senior Warden
Carol Young Medical Unit
October 17, 2019
Page 3

Because of the matters set out in this letter and the Affidavit, I make these demands:

1.  That Ms. Treviño Turner be allowed contact visits from now on without any further harm to Mr. Treviño nor harassment of Ms. Treviño Turner nor her property.

2.  That Carol Young verify that Ms. Treviño Turner has not been removed from Mr. Treviño's visitor list.

3.  That Carol Young provide a detailed written explanation of why the visit on Saturday, October 12, 2019, was conducted in the way it was and any written documentation supporting this explanation.

4.  That Carol Young provide a detailed written explanation of Ms. Treviño Turner was not allowed to visit Mr. Trevino on Saturday, September 21, 2019 and erroneously told that he had taken her off his visitation list.

5.  That Carol Young explain in detail how, given Mr. Treviño's physical health, that he must be required to be pushed into a small booth that barely accommodates his geriatric wheelchair, and how Carol Young expects that he has the capability to speak through the phone without lifting and twisting his body.

6.  That Carol Young immediately respond to my letter last week dated October 11, 2019 with an order of the federal court in Galveston, verifying that a certified account statement for Mr. Treviño be prepared and forwarded to the federal district clerk in Galveston as identified in that letter.

I need an immediate response to this letter by Friday, October 18, 2019.

Sincerely,

John E. Richards

Attachment:    Affidavit of Gloria Treviño

cc:    Gloria Treviño Turner

STATE OF TEXAS      §
                          §
COUNTY OF HARRIS    §

## AFFIDAVIT OF GLORIA TREVINO

Before me, the undersigned authority, personally appeared Gloria Treviño, who after being sworn by me, upon her oath did state as follows:

1.     "My name is Gloria Treviño (Turner). I am a 66 year old honorably discharged 100% disabled veteran of the United States Armed Forces. I suffer from Chronic PTSD and other bothersome medical problems as a result of MST and am fully competent to make this affidavit, the facts of which are true and correct and within my personal knowledge.

2.     On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years. Robert is confined to a geriatric wheelchair because he can ñot sit up in a regular wheelchair and is practically completely paralyzed. He also suffers from severe brain damage, PTSD and Schizophrenia as a result of concussion blast head injuries he sustained during his tour of duty in Vietnam and also suffers from life-threateñing seizures that put him in a vegetative state as a result. He also has peripheral neuropathy of the upper and lower extremities and critical ischemic heart condition as a result of extensive exposure to Agent Orange. Robert is a Bronze Star, Purple Heart Recipient and an American War Hero! As previously repeatedly protested, Robert's dire medical condition is life-threatening and unless immediately restraiñed from the relentless harassment, TDCJ/UTMB employees are going to maliciously cause Robert further irreparable harm and injury and induce his untimely senseless death!

AFFIDAVIT OF GLORIA TREVIÑO   Page 1

3.    As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21st, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.    I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence and visits in revenge for TDCJ/UTMB lawsuit.

5.    They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President, Callender, however, they were swept under the rug further empowering and emboldening

**AFFIDAVIT OF GLORIA TREVIÑO** Page 2

the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.    When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.    Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.    However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.    Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a sitting position and cramming it towards the phone and hurting and injuring Robert even

AFFIDAVIT OF GLORIA TREVIÑO   Page 3

though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10.   In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was

**AFFIDAVIT OF GLORIA TREVIÑO** Page 4

leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11.     I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12.     I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13.     Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me that no further harm would come to Robert but had no control over Warden Massey since

AFFIDAVIT OF GLORIA TREVIÑO   Page 5

she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14.     Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15.     Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

*Gloria Treviño*

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14, 2019

*[Notary signature]*

Notary Public in and for The State of Texas

My Commission Expires: 12 · 30 · 2022

**AFFIDAVIT OF GLORIA TREVIÑO Page 6**



KIRIT H. RAVAL
Notary Public, State of Texas
Comm. Expires 12-30-2022
Notary ID 130063928

# CASE SUMMARY BY GLORIA TREVINO
# IN
## DEFENSE OF ROBERT RODRIGUEZ TREVINO
### TDCJ No. 729766

This case is about absolute tyranny and a travesty of justice. Robert Rodriguez Trevino, 729766, is the victim of the dangerous combination of repeated racial and political discrimination practices and egregious enterprise of human and civil rights violations by the criminal justice system in Waxahachie, Ellis County, Texas and remains unlawfully imprisoned for life without parole, which amounts to a death-sentence, since August 25, 1995 at TDCJ, Michael Unit, PO Box 4500, Tennessee Colony, Texas, 75886, Cell 4-F-54. I would also like to point out that the tactics used to railroad my brother Robert, also went out during the late 1600 and 1700 century Salem witch –trials. The last thing the officials were seeking or wanted to hear was the whole truth because of their own animosities, fears and hatred born of egregious racial and political revenge. Crucial evidence that impeached the credibility of the alleged victims, a juvenile delinquent rebel gang, was maliciously illegally suppressed, including criminal and psychiatric records. Robert was accused of anything that would make him appear guilty and accusations amounted to vicious gossip. Also just recently the Supreme Court ruled in favor of Thomas Miller-El, who had been on death role and is getting a new trial or his freedom in accordance to the favorable ruling citing racial discrimination during trial court on the jury selection which is also what happened in Robert's case plus numerous other violations. Their specially selected bias all-white jury, a lynch mob, was extensively exposed to hysteria and explosive prejudicial publicity before and during the sham trial by rage. They erroneously alleged that minorities that are single parents are morally unfit to sit on the jury to strike potential single minority jurors. Another reason why in this day and age all-white juries should be outlawed where minorities are concern. For whatever ingenious excuses whoever comes up with, Robert has a right to be judged by members of his own peers. Apparently disabled minorities who exercise political activities have no legal or moral right to be judged by members of our peers in Ellis County. Robert's case can also be compared to the infamous Tulia Case in which they had a rogue cop, Tom Coleman, a conspiracy to put the minorities in jail without evidence or corroboration. However, in that case Coleman was indicted because of the alarming number of victims and the national media attention. In Robert's case, the conspiracy theory drew the bias judges' ire and we are requesting anyone's help to intervene on Robert's behalf and help disentangle him from this railroad of hypocrisy and injustice and to bring those responsible to justice. In support of our position, I submit this ugly case scenario for your review and consideration.

Robert is a 100% disabled decorated American War Veteran. He was highly recommended for the Silver Star and received two Purple Hearts and Bronze Star for his valor and heroism. During his two tours in Vietnam, Robert was seriously wounded while rescuing members of his platoon from ambush. Robert was also extensively exposed to Agent Orange and other dangerous herbicides. As a result, Robert suffers from neurological, physical and emotional problems associated with Post Traumatic Stress Disorder.

Robert had no felony record, an American War Hero, however, on February 9, 1995, Robert's medals of Honor were maliciously replaced with a badge of infamy. Robert's political enemies, DA Joe Grubbs, City manager, Bob Sokol, Judge Gene Knize, lead investigator, Billy Wiggins in collusion with others engaged in an egregiously politically motivated Witch-Hunt; a "Get rid of Robert Trevino" radical campaign by demonizing Robert through hard hitting baseless attacks of outrageous unadulterated lies and distortions and in the process contributed to the untimely wrongful death and demise of our beloved mother, Maria Rodriguez Trevino, whom they also harassed with outrageous and unreasonable $150.00per mo. water bills as a result of Robert's complaints to the TX Water Commission. Robert has also been as death's door on more than one occasion in their continuing efforts to eradicate him. His bothersome medical problems were severely aggravated and he was having increasing blackouts with memory loss, severe major depression with frequent crying spells and threats of suicide when under cover of darkness, he was subjected to the traumatic experience of being dramatically abducted out of his home at gun-point in the middle of the night and in an effort to further endanger his life, the lead investigator, Billy Wiggins shouted as Robert came out of his home, that, "He's got a gun! He's got a gun!" Luckily no one fired at Robert. Robert was held in solitary confinement, deprived of his medications, food and water for several days, held without bond until suicide letter to jailer and was rushed to the hospital by order of the jail psychiatrist where he received emergency treatment for his acute physical and psychotic depressed mental state. Robert, who also has a low I-Q, appeared to be in shock and overwhelmed, his concentration severely impaired and didn't understand everything that was going on and was unable to assist in his own defense. Subsequently, Robert was shamefully exploited and taken unfair advantage and blatantly denied a competency examination and maliciously persecuted by the criminal justice system in Ellis County, Texas in co-hoots with a rebel gang of juvenile delinquents, known as the Pyro Pirate, with extensive criminal histories, serious drug problems, truancy

and under mandatory court ordered psychiatric treatment for anger management and anti-social personality disorders. The ring leader, Patrick Langford, had at least three felony charges pending at the time of the delusional, ludicrous and frivolous outrageous allegations of over 24 counts of aggravated sexual assault. The groundless allegations against Robert amounted to vicious gossip and is the first time in the history of the United States where the rebel gang yelled rape and the victim went to prison for life without parole. The false allegations were generated and orchestrated through the combined concerted efforts of Robert's political enemies, DA Joe Grubbs, city manager, Bob Sokol, who was foaming at the mouth with madness and vengeance against Robert for reporting them the city to the Texas Water Commission for their refusal to fix sewer heath problems and the commission threatened to withhold millions of dollars in city funds unless they fix the problem within a month and fined about $500.00 a day thereafter until problem was fixed correctly. City manager, Bob Sokol and Grubbs were infuriated against Robert because they didn't want to spend the $30,000.00 necessary to fix the sewer problem which had gone unattended for years and Sokol swore to get rid of Robert. Sokol, the chief of police, Ted Garber and his girlfriend, the lead detective, Billy Wiggins, were carrying out their threats and shared common vendetta – a "Get rid of Robert" radical campaign. Robert had previously filed criminal charges of verbal assault against the city manager, Bob Sokol, who threatened to get rid of Robert, however, Sokol was acquitted and free to continue the feud and carry out his threats. Robert had also campaigned for Sokol's resignation and the resignation of the police chief, Ted Garber, Wiggin's lover. Furthermore, even though officer Wiggins admitted that her prejudiced against Robert existed prior to his political campaign against police chief Ted Garber and city manager, Bob Sokol, Judge Knize didn't call for a mistrial. Crucial evidence that supported Robert's entire defense about the conspiracy and that proved his innocence and that proved the state witnesses, alleged victims were lying was also maliciously illegally suppressed by the co-conspirator, Judge Gene Knize including Wiggin's admission of extreme bias against Robert. Judge Knize is guilty of at the very least judicial misconduct. The all-white bias jury that was unconstitutionally selected and empanelled was further prejudiced by the outrageous frivolous multiple allegations compounded by the extensive explosive prejudicial publicity and was not allowed to hear any part of the defense in furtherance of the sham trial by rage, shameful wrongful conviction and life/death –sentence. However, it was also obvious that they had offered immunity to the ring leader, Patrick Langford, when he was not entitled to immunity from prosecution in exchange for the false allegations against Robert. WHY WAS PATRICK LANGFORD NOT ARRESTED FOR STATUTORY RAPE OF A 12 YEAR OLD GIRL BLEEDING AT THE EMERGENCY ROOM HOSPITAL WITH HER MOTHER DEMANDING THAT PATRICK LANGFORD, NOT ROBERT TREVINO, BE ARRESTED FOR STATUTORY RAPE? THIS HAPPENED AT LEAST SIX MONTHS BEFORE ROBERT WAS ABDUCTED IN THE COVER OF DARKNESS AND HELD WITHOUT BOND. WHOSE DNA EVEDENCE DO THE EMERGENCY ROOM DOCTORS AND THE POLICE HAVE? AND WHY WAS PATRICK NOT ARRESTED ON THE ARSON AND BUGLARY CHARGES? The DA and Wiggins also initially tried to pin these charges on Robert. Transcript of the kangaroo court proceeding shows that according to the lead investigator, Billie Wiggins and the alleged victims, the rebel gang, that it was the DA's office who contributed to and added the details to the fraudulent reports and therefore the alleged victims were clueless and DA objected to relevant questions over details claiming they don't know these are the states counts. It was Wiggins who sought out and solicited the complaints from the juvenile delinquents on a one on one basis and blatantly lied when she said the parents or some other adult were present when she took the initial complaints. The mother of the ring leader, Patrick and Shawn, Patricia Langford also committed aggravated perjury when she tried to corroborate that she was present with Wiggins during the initial complaints and that she had a close relationship with her kids. More unadulterated lies! The steps are easy to trace by which a few deranged, destructive human beings led ordinary mortals down the dark path of fear, hatred and envy to demonize and destroy Robert. Judge Knize acknowledged that the kind and friendly letters the alleged victims had admitted writing gratefully thanking Robert for all the help and advice that he had provided them impeached their credibility. In fact, the evidence contradicted their bogus outrageous ludicrous testimony that they always hated Robert for allegedly repeatedly violently sexually assaulting them even at gun point for over a year since they erroneously alleged they kept going back for more sexual abuse during this time without ever telling anyone not even each other, their parents or their psychiatrist. Patricia and Patrick even invited Robert to participate in their family counseling therapy sessions which they were having because they couldn't get along with each other and wanted Robert's help. Instead of dismissing the entire bogus charges, Judge Knize continued with the sham trial by rage and suppressed impeachment documents and corrupted the "immunity issue" by erroneously referring to it as the "defense of speeders." Judge Knize erroneously alleges that Dixon had not used the proper method of impeaching the witness when he introduced the impeachment documents. When Dixon objected to the Judges illegal ruling in favor of DA's objection of irrelevancy and suppression of impeachment documents, Judge Knize boldly and sarcastically responded, "Yes, Sir. You can even submit it on a bill!" Knize then orders the jury back in the court room with no knowledge that the alleged victims were lying. Furthermore, in support of the "immunity deal," the DA solicited the perjured testimony of Patrick and Shawn's mother, Patricia Langford, who made Robert the "scape-goat" for her negligent control over the immoral and criminal acts and behavior of her sons who had previously accused her of child abuse, neglect, and physical and

2

mental abuse years before they met Robert. Patricia's defense was that the boys were angry about their adoption status. It was Patricia Langford who had solicited the juvenile court judge, Reddington to order and compel Robert, who is not the father nor was he listed in any foster parent or big brother program in the county and has no training or experience in dealing with juvenile delinquents with serious psychiatric problems and violent felony charges pending, to contribute to the economic maintenance, including Education of Patrick and Shawn making him legally responsible for getting them to and from school during the time they were now alleging Robert had been sexually abusing them. Patrick and Shawn needed disciplinary action and rehabilitation in jail not put in Robert's custody. The Judge Knize and the DA Joe Grubbs, playing musical chairs, had previously been slapped in the hand by an appeals court for previous blatant civil rights violations against Robert on bogus weapon's charge and in the interest of justice should have recused themselves. They had illegally forced Robert to represent himself without counsel and would repeatedly threaten him outside the presence of the jury for informing them that he wasn't qualified to defend himself and needed an attorney. It was clear that Gene Knize and Joe Grubbs still harbored extreme raw hatred against Robert and sought revenge and engaged in the repeated egregious enterprise of fraud, human and civil rights violations and criminal oppression of Robert. Conveniently, they kept no record of indictment proceeding so we can only imagine the prosecutorial misconduct that took place with the Grand Jury. At the very least, Knize and Grubbs should have allowed the change of venue, however, instead they further obstructed Justice by soliciting the false and perjured testimony in opposition to the change of venue of their friend and accessory, a formal judge convicted of growing and selling marijuana, the son of the late county sheriff, Barney Boyd, Mike Boyd, to erroneously allege that there was no conspiracy and no extensive prejudicial publicity. See attached opinion on previous blatant civil rights violations against Robert by Knize and Joe Grubbs. Robert R. Trevino v. State of Texas, 555 South Western Reporter, 2nd Series, 750 - 753, Sept. 21, 1977. Defense attorney John Dixon had told reporters that there were problems with the credibility of the witnesses and that the charges against Robert were "born of prejudice." Dixon also took advantage of our distressed state and played the confidence game further promising us and was even quoted in the newspaper saying that if the change of venue was denied, he would file a civil rights suit with the US Department of Justice, protesting that he would not be "shut-up" nor would he run and hide from the local authorities. However, subsequently, Dixon obviously defrauded us and negotiated and compromised Robert's civil and human rights and freedom then reneged, breached his promise, hid and refused to cooperate in the FBI Probe into the case and requested the "gag order" to cover-up. Dixon officially flipped/flopped positions and committed aggravated perjury in opposition to second attorney Ford's "Minimal" Writ of Habeas Corpus and erroneously alleged that Robert was not illegally incarcerated and that he was not guilty of ineffective assistance of counsel. We are also requesting information regarding alleged FBI Probe from US Department of Justice demanding answers as to why they did not stop the sham trial by rage and why they hired assistant DA, Steve Marshall, accomplice and Co-conspirator in the criminal oppression of Robert.

Attorney John Dixon also took unfair advantage of Robert's severe psychological problems and used them as a platform for exploitation and abuse and it appeared that Robert had been brainwashed by Dixon, who cruelly manipulated and led Robert by the hand like the sacrificial lamb to slaughter. Dixon stated that he was having trouble with Robert because he could not remember important things, was severely depressed and could not assist in his own defense and was gross negligence in providing the suicide letter and testimony of jailer and jail psychiatrist in support of competency examination of Robert. He obtained Robert's authorization to take him to his psychiatrist for a competency examination. Dixon accompanied Robert to the Dallas VA Medical Center on Aug. 16, 1995, VA Dr. Frederick Petty advised Dixon that he could not provide the examination on such short notice and advised him to contact Dr. Dekleva who was more familiar with Robert and to see if he had time to do the "interim assessment," however, increased Robert's medications and provided Dixon a medical report advising Robert to avoid legal issues for 90 days. However, Dixon was also gross negligence and also violated the doctor's warning and further endangered Robert's mental health driving him to his breaking point through constant pressure, demands and even ordering him what to say and do in and outside of the courtroom. Judge Knize blatantly denied the motion and extension of time for the competency examination, even though Dr. Petty had talked to him as well as to the DA in an effort to examine Robert, to no avail. As a result, Robert was maliciously illegally persecuted, condemned to life-imprisonment without parole where he began the first 6 months of illegal custody in a straight jacket in the psychiatric unit of TDCJ Skyview Unit, receiving intensive medical treatment for his critical psychotic and incompetent mental state of mind. Dixon was also gross criminal negligence in obtaining the testimony of the gang's psychiatrist and that of their parole officer to discredit their frivolous allegations. He was also negligence and did not call the psychiatrist of the lead investigator, Billy Wiggins, who even voluntarily proved bias and boldly admitted under oath that: 1) Wiggins never liked Robert since the first time she had cited him. This means Wiggins bias against Robert clearly existed prior to her public city hall opposition to Robert's political campaign for the resignation of her cozy friends, police chief Ted Garber and city manager, Bob Sokol, who retaliated against Robert and verbally assaulted and swore to get rid of him. 2) Wiggins also admitted that she did not investigate this alleged rape case professionally like other rape cases. 3) Besides her admission of bias against Robert,

3

Wiggins further Voluntarily admitted that she also had a history of "psychiatric hospitalizations" for "Major Depression" and would answer "questions with the best of my recollection." Wiggin's entire sham testimony against Robert should have been stricken from the record, however, conveniently, only the part proving bias was suppressed by the equally bias judge Knize in furtherance of the malicious persecution and unlawful conviction. 4) Wiggins anger and unstable behavior is also described in her testimony when she got into a violent altercation with police chief Ted Garber's daughter supposedly over borrowed clothes resulting in the breaking out windows of city vehicle. Because of Wiggins serious mental problems and extreme bias, we question her competency as a peace officer as well as her legal right to carry a loaded gun. Subsequently, Wiggins was promoted and received recognition as officer of the year. Dixon was also gross negligence and failed to call other crucial defense witnesses and expert testimony whose testimony would have changed the outcome of the sham trial by rage. Alibi witness, Junia Bell Young and her husband waited outside the courtroom everyday to be called and were never called and Junia's husband has since passed away. The testimony of James Lamb who over heard Wiggin and Garber's vow to get rid of Robert at a city hall meeting was never utilized. Expert witness, Dr. Crowler from the University of Texas, would have analyzed the testimony of the state witnesses for impeachment purposes and was never called. The shameful conviction of Robert was also further obtained by the contributory unconstitutional failure of the prosecution to disclose crucial evidence about the pending felony charges and long criminal histories of the state witnesses and their lack of credibility because, according to Wiggins, it was the DA who contributed to the creation of the false police reports and had entered the details, such as the dates of when the alleged sexual assaults supposedly occurred. There were NO DNA SAMPLES, NO CUTS OR BRUISES, NO TORN CLOTHING, NO HAIR SAMPLES, NO FOOT OR FINGERPRINTS, NO WEAPONS, AND AGAIN, NO MEMBERS OF ROBERT'S PEERS ON THE ALL WHITE JURY TO SECURE A CONVICTION. AND, LIKE IN THE TULIA CASE, THERE WAS NO CORROBORATED TESTIMONY! The state offered no expert testimony to prove that the alleged victims had been either mentally or physically sexually abused. Only one of the accusers had a medical report and it revealed, "NO PHYSICAL EVIDENCE OF SEXUAL ABUSE AND DR. REMMER USED THE MOST SOPHISTICATED INSTRUMENTS TO DETERMINE IF THERE HAD BEEN ANY PHYSICAL SEXUAL ABUSE OF COMPLAINANT CHRISTOPHER WILLIAMS OVER A LONG PERIOD OF TIME AND FOUND NONE." The assistant DA, Steve Marshall, who with malice blatantly violated gag order to further prejudice the unsequestered bias all-white jury was hired by FBI posing a greater threat to our quest for justice. The judge and DA, also illegally allowed sham testimony about unconstitutional evidence from an illegal search and seizure even though it had previously been ruled out and banned. Wiggins committed perjury throughout her entire contradictory testimony and it was she who sought out the alleged aggrieved juvenile victims and solicited their incomplete complaints on a one and one basis, without the use of tapes recordings, video recording and outside the presence of their parents or any other adult witness. Wiggins even erroneously allege that she did not know that the alleged victims had any connection with each other even though two were brothers and one of the brothers, the ring leader, Patrick Langford, was the boy friend of another alleged victim and it was Patrick who referred Wiggins to his gang members who hardly appeared to be the victims of any crime or tort.

Robert's second attorney, Robert Ford, took our money then put the last nail in Robert's coffin by deliberately wasting the Writ of Habeas Corpus by blatantly refusing to address the laundry list of numerous irregularities, discrepancies and discriminatory practices and merely submitted a "minimal writ of habeas corpus" stating that Robert was in illegal custody only addressing the blatant denial of the competency examination and raising the ineffective assistance of counsel issue. Ford, likewise, obtained Robert's medical authorization on the guise of obtaining supporting medical reports for the need of the competency examination of Robert back in 1995. However, then conveniently accepts and embraced the official mean-spirited flip/flop bad faith aggravated perjured testimony of attorney Dixon acting as an expert medical authority in opposition to Ford's Writ, which Dixon made without any fear of disciplinary action whatsoever. In furtherance of the corruption in the administration of Justice, Judge Knize had solicited, through court order, and embraced the infamous contradictory perjured testimony of Dixon that Robert was not in illegal custody and that he was not ineffective assistance of council to cover-up. Dixon was now alleging that Robert didn't need a competency examination and therefore was not in illegal custody in opposition to Ford's Writ and his own request for the competency examination during trial and subsequent direct appeal that Robert was in illegal custody because he was blatantly denied members of his peers in the outlaw all-white jury. To accept Dixon's sham testimony in opposition to Ford's Writ you would also have to conclude that his entire defense of Robert was a charade and a sham and Robert is legally and morally entitle to honest, caring, competent legal representation. When clearly ineffective and unfit for the practice of law, Dixon, is allowed to act as an expert qualified medical authority erroneously alleging that Robert didn't need a competency examination. So why did Dixon take Robert to the VA in 1995 requesting a competency examination of Robert? Naturally, Judge Knize embraced Dixon's perjured bad faith sham testimony and both covered-up their contributory criminal oppression of Robert. In furtherance of the deception and unlawful imprisonment of Robert, Dixon submitted an out-dated medical report written years prior to his own motion for the competency

4

~~~~~~~~~~~~ of Robert and the more recent medical report in support thereof. During the trial Dixon had advised the court that Robert was suffering from some sort of mental defect and needed a competency examination and that if Robert is denied a competency examination it would be a clear violation of his US Constitutional Right to receive a fair and impartial trial. In support of Dixon's motion for competency examination, he submitted the recent Aug. 16, 1995 VA medical report by Dr. Petty describing Robert's diminished mental distress and depressed state of mind had increased to the point that Robert needed to avoid any legal proceedings for 90 days until Robert was more stabled and he had a chance to conduct a complete competency examination. It is clear that both Dixon and Ford were gross criminally negligence and abused Robert's medical authorization and sabotaged the competency examination and medical information in support thereof and in an effort to justify their contributory role in the trampling of Robert's human and civil rights to receive a fair and impartial trial, generated or caused to be generated false and misleading information to harass, support and corroborate their flip/flop positions and gross conflict of interest in opposition to the Writ of Habeas Corpus. As a result, Robert's disability rating was unjustly reduced from 100% to 80%, even though his mental problems had worsened, not improved, and the less favorable Jan. 27, 2000 VA medical reports. In the appeal brief, Dixon concludes that Robert was wrongfully convicted by an all white jury who were all victims of sexual abuse or had a close relationship to a victim of sexual abuse to ensure a conviction. Furthermore, minorities were deliberately maliciously excluded from the jury to further deny Robert a fair and impartial trial on uncorroborated testimony with no evidence and insufficient evidence of physical or mental abuse. The Court of Criminal Appeals denied Appeal and Habeas Relief because of "legal bigotry" and "bad lawyering." Both Dixon and Ford were at the very least guilty of ineffective assistance of counsel and failed to challenge attorney Dixon's "medical credentials" and expose the injurious aggravated perjured testimonies of the state witnesses, investigator Wiggins and the infamous flip/flop positions of Dixon and Robert is mentally incompetence to represent and defend himself.

Robert is legally and morally entitle to equal protection and a fair and impartial trial as guaranteed under the Constitution of the United States of America for which he risked his life and, in fact, paid a very high price to defend. To date, Robert remains in illegal custody in an extremely dangerous and potentially life threatening state of affairs and you can not imagine the tremendous emotional, physical, psychological injury and financial devastation that he has been forced to endure. This case is a travesty of justice which threatens the cause of Civil Rights not only in the United States, but in the International Community as well. We are suppose to be the most civilized society in the World; I think it's about time that all minorities are afforded a fair and impartial trial as guaranteed under the Constitution of the United States of America. Robert clearly needs immediate emergency intervention to get this wrongful conviction overturned and to ensure no other American Citizen is ever subjected to such a travesty of justice, ever again.

I declare under penalty of perjury that the foregoing is true and correct.

*Gloria Trevino*                    Executed on: *Jan. 20, 2006*

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077

cc: RRT

Attachments:
Copies of direct appeal, opinion, 1107 Writ of Habeas Corpus by attorney Robert Ford w/attached Motion for Psychiatric Testing and testimony of defense attorney John Dixon in support thereof and his flip/flop perjured testimony in opposition to same to cover-up, note card denying writ confirming wrongful conviction. News articles relating to Trevino Case by Ellis County Press, investigative Reporter, Mr. Fred Shannon, suppressed friendly letters to Robert that impeached the authors, Langford boys. Article on verbal assault charge and threat to get rid of Robert by political enemy, city manager, Bob Sokol, who was the friend and boss of Co-conspirator, police chief Ted Garber that were feuding with Robert, one entitled, "Sokol found innocent in verbal assault charge," the other by Ennis Press, "Sokol should learn when to keep his mouth shut." Other relevant supportive documents includes opinion on bogus weapon's charge and miscellaneous news articles relating to case entitled, "Defense wants trial moved," which mentions deprivation of medications and suicide letter, "FBI probing police over Trevino case," "Trevino defense fails to strike all-white jury," "Conspiracy theory by defense draws judge Icinz's ire," and article entitled, "county's chief prosecutor joining FBI." Also article on the sewer Yinger stink, the all white juries, wrongful convictions & Senator, Tom Delay's "Conspiracy Defense!" Overwhelming evidence of extreme bias, prejudice and vendetta in Robert's case, he was denied conspiracy defense/change of venue.

 

 Sign in to LinkedIn with Google   ✕



**G**  Gloria Trevino
vip4justice@gmail.com

Continue as Gloria

To create your account, Google will share your name, email address, and profile picture with LinkedIn. See LinkedIn's privacy policy and terms of service.

## Tim Stanley

CEO Justia

Mountain View, California, United States

3K followers · 500+ connections

Join to connect

**J**   Justia

**S**  Stanford University

🔗  Websites

## About

Justia's mission is to make law and legal resources free for all.

Justia works on free law projects, collecting and distributing millions of documents to the Internet community. Justia provides free attorney-written daily case opinion summaries for all of the US Federal Appellate Courts, all of the top-level US State Courts, and all of the California Appellate Courts.

Justia also provides free business, consumer, and educational information and has started

Google

obituary of robert r. trevino of waxahachie

☌ All  📰 News  📚 Books  🖼 Images  🛍 Shopping  ⋮ More    Tools

About 167,000 results (0.65 seconds)

https://law.justia.com › texas › tenth-court-of-appeals
**Roberto Rodriguez Trevino v. The State of Texas--Appeal from ...**
A jury convicted appellant, Roberto Rodriguez Trevino, of one count of aggravated ... Officer Wiggins is one of four investigators for the Waxahachie Police ...
You've visited this page many times. Last visit: 11/10/22

https://www.legacy.com › Texas › Ellis County
**Local Obits for Waxahachie, TX - Legacy.com**
2 days ago — Tyler R. O'Teter obituary, 1934-2021, Waxahachie TX ... Robert attended school in Avalon, Texas. ... Aidan Noel Trevino.

https://www.waxahachiefuneralhome.com › obits
**Recent Obituaries | Waxahachie Funeral Home**
Records 1 - 20 of 750 — Roberto Rodriguez Trevino went to be with our Lord on November 3, 2022, at the age of 76. He was born to Jose and Maria View full ...

https://www.waxahachiefuneralhome.com › obits
**Waxahachie Funeral Home : Waxahachie, Texas (TX)**
Home · Obituaries; Who We Are. Our Story · Our Staff · 1201 W HWY 287 BPY Waxahachie, TX 75165 · Our Calendar. Plan a Funeral.

🖼 Images for obituary of robert r. trevino of waxahachie    ⋮

*Robert was convicted by an all-white Neo-Nazi jury to ensure a conviction & maximum life sentence! No reasonable jury would have convicted Robert on "Pinocchio Big Lies!"*

View all

https://www.guardianfhcremation.com › obituary › rob...
**Obituary | Robert R. Trevino of Corpus Christi, Texas**
Robert was born to Adan Trevino and Anita Rodriguez Trevino on September 13, 1956 in Corpus Christi, Texas. Robert will always be remembered for his beautiful ...
Missing: waxahachie | Must include: waxahachie

https://www.dignitymemorial.com › obituaries › name
**Obituaries Search for Robert Trevino - Dignity Memorial**
See all obituaries for Robert Trevino. Get service details, leave condolence messages or send flowers or gifts.
Missing: waxahachie | Must include: waxahachie

https://www.yumpu.com › document › view › city-of-...
**City of Waxahachie Cemetery Listing - Yumpu**
Jul 9, 2015 — LAST FIRST BORN DIED ADDITION BLOCK LOT GRID SPACEAiken Henry / / / / OC
1 *Ainsworth Robert Noel 05/10/1908 02/06/1986 4 4 9 *Akin Anderson ...

https://www.echovita.com › funeral-homes › waxahachi...

*Have Justice immediately remove sham opinion, based on bigotry, discrimination, systematic injustice & Big Lies! Wiggins was the only so-called investigator involved in sham investigation to sham trial by rage & admitted under oath she didn't investigate professionally and was contrary to her training. "Many Hugh Red Flags!" Also admitted her testimony may not be accurate because she was hospitalized with "Major Depression & Trauma a Psychosis!" And she was the State's most credible witness! Also admitted she never liked Robert and that was before he successfully campaigned for resignation of Chief of Police, Ted Gorton, who was her lover. No mistrial was declared!*

*Gloria Trevino*

 Google    obituary of maria rodriguez trevino of waxahach    ✕    🎤    📷    🔍         ⚙    ▦    

News    Images    Shopping    Videos    Books    Maps    Flights    Finance        All filters ⌄    Tools    SafeSearch ⌄

About 209,000 results (0.53 seconds)

 Justia
https://law.justia.com › texas › tenth-court-of-appeals    ⋮

**Roberto Rodriguez Trevino v. The State of Texas--Appeal ...**
Officer Wiggins testified that Trevino was arrested on February 9, 1995, because, at that time, the
Waxahachie Police Department had received four complaints ...
You've visited this page many times. Last visit: 11/11/22

Waxahachie Funeral Home
https://www.waxahachiefuneralhome.com › obituary    ⋮

**Roberto Rodriguez Trevino - Obituary**
Nov 3, 2022 — Roberto Rodriguez Trevino went to be with our Lord on November 3, 2022, at the
age of 76. He was born to Jose and Maria Trevino on June 7, 1946.

Echovita
https://www.echovita.com › ... › Texas › Waxahachie    ⋮

**Roberto Rodriguez Trevino Obituary - Waxahachie, Texas**
Family and friends must say goodbye to their beloved Roberto Rodriguez Trevino (Waxahachie,
Texas), who passed away at the age of 76, on November 3, 2022.

🖼 **Images for obituary of maria rodriguez trevino of waxah...**    ⋮



>

*Feedback*

View all →

PeekYou
https://www.peekyou.com › maria_trevino    ⋮

**Maria Trevino Facebook, Instagram & Twitter on PeekYou**
Maria S. Trevino Age 49. Sierra Vista, AZ | Houston, TX | Needville, TX. Also known as:
maria_met. Maria Trevino lives in Sierra Vista, AZ.

Dignity Memorial
https://www.dignitymemorial.com › webster-tx › mari...    ⋮

**Maria Trevino Obituary - Webster, TX**
Nov 14, 2018 — Trevino passed away on Wednesday, November 14, 2018 at the age of 71. Born
on February 22, 1947 in Del Rio, Texas, Maria was the oldest of 11 ...
Missing: waxahachie; | Must include: waxahachie,

Tribute Archive
https://www.tributearchive.com › obituaries › Maria-R...    ⋮

**Maria Reyes Obituary**
... 2018, Maria Reyes passed away on November 15, 2018 in Waxahachie, Texas. ... in Rodriguez
Nuevo Leno, Mexico to her parents, Merced Trevino and Maria ...

https://www.tributearchive.com › obituaries › maria-h-...    ⋮

**Maria H. Trevino Obituary**

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

August 18, 2022

Gloria Trevino
vip4justice@gmail.com

Dear Ms. Trevino,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority:  https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.


    Sincerely,

    Office of the Inspector General
    Investigations Division

Veterans In Petition For Justice
Gloria Trevino
12526 Olympia Drive • Houston, TX•77077•281-920-9519

# Vietnam War hero, convicted rapist attracting media attention

HOUSTON—Robert Trevino was a highly-decorated (Silver Star, Purple Hearts) Vietnam War hero who worked hard as a plumber in Waxahachie, Texas; he was also active in the community, working to get the City of Waxahachie to help families with basic services. Well, as his political activism progressed, so did his list of enemies.

Robert Trevino was sentenced in 1995, before 40th District Judge Gene Knize, on 24 counts of sexual assault. **Ellis County Press Reporter, Joey Dauben** with the help of The Ellis County Press' senior **columnist/investigative reporter Fred Shannon** & Co. have put together, researched, read, re-read, written, interviewed, researched some more, re-read some more, and have come out with the evidence that there was a conspiracy to frame Robert Trevino for the heinous charges.

**Veterans In Petition For Justice,** led by **Gloria Trevino,** Robert Trevino's sister, who lives in Houston, has been working tirelessly for the past nine years to free him from prison. She says her brother has been falsely accused and unlawfully imprisoned for a crime he didn't commit. Robert Trevino is serving a life sentence at the **Texas Department of Criminal Justice, Michael Unit** in Tennessee Colony, Texas, for aggravated sexual assault.

The evidence - Shannon's in-depth editorials, as well as an article by Dauben - are provided below for the first time outside of The Ellis County Press web site. Dauben has set up a Web site called the Robert Trevino Case. http://www.joeydauben.com/Trevino.htm The Trevino pages are updated weekly.

# The Robert Trevino Case

## Waxahachie man goes from Vietnam War hero to rapist

**JOEY DAUBEN**
*The Ellis County Press*

12-31-03

WAXAHACHIE – Fred Shannon is back.

Shannon, this newspaper's former investigative journalist and senior columnist, has spent the past several months reading and re-reading trial testimony and conducting interviews with family members of Robert Trevino, a highly-decorated Vietnam War hero was sentenced to prison in 1995 on 24 counts of sexual assault.

The case, according to several editorials in recent weeks (with Part 3 this week), documents the deliberate attempt to pin the charges on Trevino from a wayward police investigator, Waxahachie City Manager Bob Sokoll, who threatened Trevino that "someone will get rid of you", and District Judge Gene Knize, as well as County/District Attorney Joe Grubbs.

"This all started with Tulia," Shannon said. "They had a rogue cop, a conspiracy to put the [blacks] in jail...it's the same as [the Trevino case]."

Since the trial, Trevino's family has sought a pardon from Gov. Rick Perry, which he has denied, but a committee to study wrongful imprisonments of war veterans was created by Houston Sen. Rodney Ellis.

The case will be brought before the public in a series of editorials, and then, this reporter will investigate and come out with actual news articles for follow-ups.

"This resembles Tulia so much and how they violated everyone's civil rights," Shannon said. "It's up to us to make sure this doesn't happen again."

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuthin' But A ———

Part I

"Wuddn't nuthin' but a bunch of damned Meskins. What you press folks doing up here stirring up trouble anyway?"

These were the words screamed at me by a citizen of the small town of Tulia, Texas during the public review held at the Tulia Junior High School, July 10, 2002. The public review was conducted by the administrator of the Texas Alcohol and Beverage Commission (TABC) after a TABC raid on the Rosales Family home at a graduation party for their oldest son.

Illegal entry was performed by agents of the TABC, while the law enforcement officials of Tulia and Swisher County looked on. In short the TABC agents were doing local law enforcements' job. Because of the out of media coverage, such as the Ellis County Press (ECP), this infringement on the civil rights of more than 15 individuals resulted in the firing of two of the TABC agents.

In also let the good citizens of Tulia know that civil rights violations would be broadcast nation wide. Tulia, the town where Tom Coleman, who will face charges later this year for his efforts there, was hired to participate in a Drug Task Force operated in the Panhandle of this state. Tulia, the town where 10% of the total black population of the city was arrested, tried, convicted, and sentenced to long term prison sentences based on Coleman's testimony, his and his alone. Testimony and evidence that was thought, by a retired judge, to be contrived for arrest purposes only.

Testimony and evidence, certainly not verified by another law enforcement official, which eventually affected the lives of over 39 individuals and their families. The entire episode finally resulting in a pardon of all individuals charged, by the Governor of the State, Rick Perry. Tulia, the town where the County Sheriff Larry Stewart, who hired Coleman, and the District Attorney Terry McEachern requested Coleman's previous law enforcement history not be allowed to be presented to the jurors in the many trials of the defendants.

Tulia, the town where the District Judge Ed Self allowed Coleman's testimony to stand, while sealing the historical facts of Coleman's previous law enforcement records. In press language this just sounded like a "choo choo" job to those of us who were knowledgeable of the facts, and it subsequently proved to be just that. This is the same Tom Coleman who was hired by Ellis County District Attorney Joe Grubbs, to participate in the Drug Task Force in the county. Subsequently Grubbs had to terminate Coleman for whatever reason, one never fully explained to the public from what I can gather.

No one wants to talk about it. But accordingly one has to ponder and wonder if individuals were wrongfully arrested, tried, convicted and sentenced in Ellis County in a Tulia like manner. Shortly after the Tulia Hispanic mess, I received a phone call from a young lady who introduced herself as a sister to a man who was serving three consecutive life prison sentences for crimes she claimed he did not do. Bear in mind that



investigative journalists and editorial writers receive these type calls almost daily, and intense scrutiny has to be accomplished in order not to wander off on the proverbial wild goose chase.

After hearing approximately one hour of her conversation, I made the decision to look further into the situation. I requested any documentation she had, relative to her claims and, although incomplete, some of those documents arrived two days later. After spending almost 8 hours going over these papers, I smelled railroad locomotive smoke and heard steel wheels on steel tracks. I made the decision to investigate further and I immediately contacted the Owner/Publisher of the Ellis County Press–a paper who "ain't afraid to say what needs to be said and stays with the facts"–and informed him of what I had. Charles and Sheila Hatfield said "GO" and we have. I discussed the possibilities with one of the ECF's staff writers, Joey Dauben, who agreed to do the investigative reporting on the articles.

Shortly after the decision was made to go public with the facts of the case, we held a meeting with the family of the gentleman who is currently incarcerated, and more details were gleaned from these family members, along with a complete transcript of the trial. After having read the complete transcript, consisting of four complete books, plus a Bill of Exception, five times, I am convinced this trial was one of the biggest "railroad jobs" that has ever been conducted by the Judicial system.

This trial, and all the incidents connected with this trial was conducted in ELLIS COUNTY on August 21, 22, 23, 24, 1995 via Cause Nos. 21,530, 21,531, 21,532, 21,533, 21,534 in the 40th Judicial District Court of Ellis County, Texas. The case is listed as State of Texas vs. Roberto Trevino. Major players include the Honorable Gene Knize, Judge of the 40th Judicial District Court of Ellis County, Mr. Joe Grubbs, District Attorney, Ms. Lacy Buckingham and Mr. Steve Marshal of the District Attorney's staff, along with Mr John Dixon, attorney at law for the defendant, Robert Rodriquez Trevino. Mr. Trevino is a Hispanic, Mr John Dixon is a black lawyer from Houston Texas, the jury was all white, the judge is white, Mr. Grubbs is white, and both Ms. Buckingham and Mr. Marshal are both white, and this trial took place in Waxahachie, Texas.

There were two blacks in the jury pool, one struck by the defense, and one struck by the prosecution on one of the most outrageous rationales this writer has ever heard. More on this later. Now, if that's not a loaded gun to the temple with 5 fingers on the trigger, you'll never see it. So be it, the change of venue, requested by the defense, was opposed by not only the prosecution, the judge, district attorney, but it was verified that a fair trial could be held in Ellis County by one Mike Boyd, a banker from Italy, Texas–also the son of one Barney Boyd (deceased), a former Sheriff of Ellis County. Help me here please!

How in the hell could a banker from Italy, Texas be called on to testify to the ability of this court to conduct a fair and unbiased trial? What special air exists in Italy that would provide that capability? Did Mr. Boyd have some special elixir he was drinking in order to make that decision, or perhaps he may just have been called on by someone involved to come forth and share his great knowledge with the world.

One thing for certain, you can bet the farm if this happened, no one from the defense team made that request. The local paper in Waxahachie, the Daily Light was publishing almost as it's name implies, "daily" reports on the pre trial events. Some 48 year old Hispanic had abused several "children" and he was gonna' pay. Wait until we get through presenting these "children" to you along with their public Open Record resumes. You will just have to ask yourself how these people's testimony could ever be presumed to have any veracity whatsoever.

You have to ask, "Why is Shannon on this case so vehemently?" Firstly, I have the utmost sympathy, compassion, and respect for the Hispanic cultural group. I am a Comanche Native- American, the white man's hyphenation, not mine. I prefer to be called what I am, an American Original. I was raised with the Mexican people on our ranch in west Texas, and spoke the language fluently at one time. I understand the culture very well and I believe I can judge the character of the Hispanic as well as anyone. I'm also intelligent enough to realize though established as a "Minority Group" at the current time, the Hispanic will

be the "Majority Group" in this state in the near future. One other thing that is eating in my craw, Robert Trevino and I are brothers who share a common bond.

That bond is we both fought our asses off in Viet Nam, and both of us were severely wounded, while some of the American Elite either dodged the draft, burned their draft cards, joined the National Guard and didn't make the meetings, rode the education band wagon for student deferments while failing their courses. Others left for Canada, and were pardoned by the infamous peanut farmer from Georgia, Jimmy Carter, and the Rockefeller group from New York City. Meanwhile Robert Trevino, Fred Shannon, and thousands of other "peons" were either drafted and/or volunteered to do battle with whatever the idiot congress and the president decided to do battle with across the globe. I might add, there were over 50,000 who paid the supreme sacrifice and didn't come back to the land of the big PX, and over 2000 MIA's that Nixon and company negotiated away to spend eternity in the Tiger Cages of Southeast Asia. Bitter, you bet your ass we're bitter. We can become more mean, nasty, and sordid when you screw with one of the brothers, and folks that, in my opinion, is just what the "Ellis County Musical Chair Politicos" did to Mr. Trevino.

Of course I'm referring to Mssrs. Grubbs, Knize, Sokoll, an ex-police chief named Garber—the same individual who sold the confiscated guns to the Arizona combine until he was caught—, and possibly, one of the Detective Investigators of the Waxahachie Police Department who is still employed there. So here's our heads up to the individuals listed above, and to all the witnesses who participated in the trial and/or anyone named in the Official Transcript of the trial. We will be using names, dates, incidences, testimony and any other items deemed pertinent from this public record.

And to those who have participated in this railroad job, "You've made a mistake in believing because he's just one more 'Meddlin' Mexkin', trying to get the city politico's to stand up and do what they're sworn to do, ain't nobody gonna' care what happens to him." Waylon Jennings said it best in one of his old country songs, "WRONG!!" I would wager that when we put the "real facts" before the good citizens of Ellis County in this case, these public politicians are gonna' answer more questions than they've ever had the opportunity to provide in all of their "public trough feeding" careers. Every instance, quotation, and personal opinion mentioned in the future parts of this editorial will be based solely on that Official Transcript.

There will be no "allegations, unnamed sources, individuals who request anonymity, persons who will not be identified, or any politically correct statements forthcoming. In other words this will be a bare bones, bare knuckle, honest, hard hitting, factual presentation of the facts of this Ellis County 'Choo Choo...If you think you're going to have a problem with any of this, you can contact me at 432-553-8851 or a local call to 972-544-2369 for Charles/Sheila Hatfield, or Joe Dauben. We'll be glad to talk to you and make every attempt to lessen any hardship this trial reconstruction might cause you or your family. We will not, however, jeopardize Robert Trevino's future by withholding any information we think could do that very thing.

Fred Shannon - Former Senior Columnist and Investigative Reporter Ellis County Press

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuttin' But A _____

Part II

"On the evening of 6 Sep 69 the 1st Platoon Fox Company 2/26 was conducting operations in defense of the Danang Area. At approximately 2400 hours the platoon CP (Command Post) was assaulted by a platoon of NVA (North Vietnamese Army). The initial assault started with 82mm mortars falling around and inside

the perimeter————. The first burst of fire found five Marines seriously wounded, one of the Marines was in the same hole occupied by PFC TREVINO. The wounded Marine was bleeding excessively as the assault continued. PFC TREVINO, seeing the wounded Marine applied battle dressing to the Marine to stop the bleeding. All during this time PFC TREVINO's hole also kept receiving heavy automatic fire————. The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, and at one point in the firefight PFC TREVINO received one round going straight through his helmet yet he continued to return fire. The bizarre phenomenon of his actions were he was wounded badly himself with shrapnel metal. After the enemy were moved back, after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds. PFC TREVINO was a definite inspiration to the remaining men that were not wounded. And most of all his actions bringing credit to himself and the U.S. Marine Corps. PFC TREVINO is highly recommended for the Silver Star."

The above is an extraction from a recommendation filed by PFC TREVINO'S platoon sergeant Robert A. Costeno to the Commanding Officer, Battalion Landing Team 2/26 of the United States Marine Corps.

As I read the recommendation above, I correlated it to memories of the disaster of Vietnam and also to some of my own experiences. The Silver Star was not awarded, I don't know why, but Robert R. Trevino received the Bronze Star with a V device for the valor he exhibited on this terrible night. A Hero by any definition.

This is the same Robert R. Trevino which, 27 years later on August 21, 1995, would face some of the most horrendous charges in a court of law imaginable, the sexual abuse of a child. Prior to this trial, Robert Trevino faced another set of charges in Ellis County. He was charged and convicted with unlawfully carrying a handgun. But an appeal to the Court of Criminal Appeals of Texas on case number 53785, dated Sept 21, 1977 was honored by that court and reversed the conviction.

Court statement, first paragraph: "Defendant was convicted before the County Court, Ellis County, Joe Grubbs, of unlawfully carrying a handgun, and he appealed. The Court of Criminal Appeals, Green, C., held that the record was not sufficiently developed to show that the defendant knowingly and intelligently waived his right to counsel after being made aware of advantages and disadvantages of self-representation, thus requiring reversal. Reversed and Remanded." The Court document goes on to state the legal participants involved as Russ W. Henrichs, Dallas, For the Appellant. Gene Knize, County Atty. And Constance Smith McGuire, Asst. County Atty., Waxahachie. Jim D. Vokers (Sic) State's Atty. And David S. McAngus, Asst. State's Atty, Austin for the State. Readers the above is not a typo. In September 1977 Joe Grubbs WAS the County Judge, and Gene Knize WAS the County Attorney.

The musical chairs, reversing these two men's position happened at a later date. But in any case, both of the gents had their wrists slapped and you can bet the farm they didn't forget. At a later time when Robert Trevino was hit with the trumped up charges of sexual abuse of children, both of these men played a HUGE part in getting him sent up the river to serve 3 consecutive life sentences in one of the most hideous examples of justice miscarriage this writer has ever witnessed.

Subsequent to obtaining a complete court transcript, and carefully reading it over 6 or 7 times by several members of the Ellis County Press team, it was decided because of the fact all of the primary witnesses—although juveniles at the time of the trial-are now adults; we will provide the names of those witnesses along with their current criminal/civil court records. There were five "children" involved in testimony for the prosecution: Stacy Harris—A 13 year old girl at the time of trial. In the summer of 1994 she was the 12 year old girl friend of 17 year old Patrick Lankford, and readily admits having sexual intercourse with Patrick in Robert Trevino's house while Robert was in the house, but not in the bedroom. Page 39 Court Transcript, dated August 22, 1995. She later claimed that Robert Trevino mixed her a drink and she became ill and threw up in the bathroom. She then claims she laid on Trevino's bed and he fondled her, while at the same time she was ill and still throwing up. Her entire testimony is fraught with lies.


These lies are apparent in the Court Transcript and will be discussed later. Shawn Lankford—A 16 year old boy at the time of the trial. He is a younger brother to the same Patrick Lankford who had sex with Stacy Harris when she was 12 years old. His claims that Robert Trevino had sex with him several times and that it was painful each time, but he also admits that he returned to Trevino's house many times. When queried why, if the sex was painful, did he keep going back to the Trevino house, his answer was words to the effect, "I just didn't have any other place to go." Yeh right. Much more will be revealed when we take this person's testimony apart as we plan to do. Patrick Lankford—An 18 year old man at the time of the trial and the "ringleader" of this gang. He claims to have had multiple contacts, sexually, with Robert Trevino. In the next breath he also claims pain, but he too also remained in contact with Trevino. He also readily admits having sex with Stacy Harris when she was 12 years old and he was 17. He also, under oath, admits he and his parents couldn't get along and his mother, Mrs. Harris, obtained a court order for Robert Trevino to take him to school and pick him up daily. This in order to keep him from going to Juvenile Detention.

His testimony, relative to the date he was molested, would be absolutely hilarious if the results of that testimony weren't so tragic. That is, if Judge Knize would have exercised his judicial responsibility and thrown the entire case out of court after this man's claims became so bizarre it was unbelievable. I will wager you will be screaming for blood when I finish this man's testimonial analysis. Shannon (Shane) Russell—A 15 year old boy at the time of the trial. This kid had to be brought to the trial site from Stephenville, Texas, where he admittedly was in a drug and alcohol treatment center and had been there since August 27, 1994. That in accordance with the court document. Remember we're in trial on August 22, 1995. He, too, claims Trevino had sex with him many times, but like the others he continued to go to Trevino's house and farm. He also admits he told no one about his alleged relationship with Trevino until detective Billie Wiggins of the Waxahachie PD came to his house to hear what happened to him. Did he complain to anyone before that time?

No. Did he file any charges against Trevino before that time? No. Then how in the good name of anyone did Billie Wiggins find out about the alleged attack on this boy. Well, pour Patrick Lankford, Shawn Lankford, Stacy Harris and a couple of more members of the gang into the mix and you see a conspiracy starting to unfold. There's a reason for all this that will be forthcoming, I promise you. Christopher Williams—A 16 year old boy at the time of the trial. Introduced to Trevino by Patrick Lankford. Yep, Williams was another member of the Patrick Lankford fraternity. He, like the others, alleges that Trevino had sex with him many times and it was painful, but he also kept coming back to the Trevino house and farm. He also claims Trevino held a gun on him to have sex. He admits under oath that Patrick Lankford burglarized his home and they, at trial date, are no longer friends. When we take this testimony apart you'll see the beginning of the end for Trevino's chances of a fair trial.

Not in Ellis County. There you have a little background on the five principal witness who filed charges against Trevino. The coincidence of the charge filing dates will be discussed at length, along with the actions and inactions of the Police Detective assigned the case, Billie Wiggins at the time of the trial. Ms. Wiggins has married and is the same Lieutenant Billie Wiggins Pendleton still assigned to the Waxahachie Police Department. Much more on her later. That's this episode, limited only by space in the press. There is so much to this mess, it will have to be an ongoing serial according to the Editor. It will be and we will continue to provide you, the reader, with facts and only facts.

Fred Shannon- Former Investigative Reporter and Senior Columnist Ellis County Press

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuthin' But A

**Part III**

Robert R. Trevino is currently serving three consecutive life sentences, for several counts of child abuse. He is the victim, in this writer's opinion, of a travesty of justice executed against him in the 40th District



Court, Ellis County, on August 21 through 24, 1995. But the icing on the "railroad job" cake occurred October 3, 1995 during a Bill Of Exception hearing before the HONORABLE GENE KNIZE, Judge, Presiding.

Texas Appellate Court Rule 33.2 covers Formal Bills of Exception. These bills are filed, formally, to complain on appeal about a matter that would not otherwise appear in the record in a court of law. Mr. Trevino's attorney, John Dixon, filed such a bill in order to argue several points he was not able to make during Mr. Trevino's trial, and to set the stage for an appeal of Trevino's case.

What happened during this hearing will be taken "verbatim" as a true copy from the document labeled "BILL OF EXCEPTION" covering Case nos. 21,530 to and including 21,534, dated Oct 3, 1995 prepared by Bryan L. Coday, CSR. This is a public document and can be obtained from the Court. There will be several quotes in this article taken directly from the bill, utilizing names, times and dates if necessary. Part III of this series will deal with only the Bill Of Exception direct examination of one BILLIE WIGGINS, the officer responsible for the investigation of the charges against Trevino.

Ms Wiggins is currently employed with the Waxahachie Police Department and is actively engaged in police work activity. She has, however, married and now is known as Billie Wiggins Pendleton according to Texas State Driver's License Records. The direct examination of Ms. Wiggins, by Mr. Dixon, will be covered extensively. There are several areas of the discussion that leaves this writer "cold" with her answers. There is, in one subject area, she was asked the exactly worded question and in one instance her answer was "Yes", and shortly thereafter she answered the same question "No".

It will be pointed out to you. During this direct examination, Mr. Marshal of the District Attorney's office made several objections, some sustained and some overruled. Marshal did, however, object to the very first question Dixon asked Wiggins. Here is the Question and answer from the transcript. Dixon: Officer Wiggins, what was your relationship with former Police Chief Ted Garber? It was objected to by Marshal and overruled by the Court. Dixon again had to repeat the question and the following is Wiggins' answer. Wiggins: He was the Chief of Police for the Waxahachie Police Department where I was and am still current employed. It was obvious that Dixon was trying to establish a romantic relationship between the two and proved so during the following questioning. This examination can be found from page 17; line 15 through page 29, line 8 of the official transcript.

During the questioning Ms. Wiggins makes the following statement on page 19, lines 2 through 7: "WITNESS: I would like to state for the record, the time we are going back into, it was a very traumatic time in my life. I was HOSPITALIZED AND DIAGNOSED WITH MAJOR DEPRESSION. So I will answer your questions with the best of my recollection." (This is Ms. Wiggins Testimony verbatim from the transcript. The emphasis and capitalization are added). This is a law enforcement official, testifying before a District Judge, after investigating charges against another human being that had just received 3 life sentences in prison? This is a law enforcement official with the capability of carrying a sidearm and making arrests on the citizens of Waxahachie? Wouldn't it appear to someone that this person's actions and/or reactions could possibly be questionable?

Wouldn't a "justice seeking" Judge be at least a little curious about this witness' testimony? Pointing out possible perjury in Ms. Wiggins testimony about a meeting held in the Council chambers in Waxahachie. In the Bill Transcript – page 20, line 18 through 25 same page: Q. Do you ever remember seeing Robert Trevino at a City Hall meeting designed for the purpose of addressing the termination or resignation of Ted, Garber? A. Yes. Q. Were you at the meeting when City Manager Bob Sokol allegedly verbally assaulted Robert Trevino? A. Yes, sir. Page 27, Line 25 and page 28, lines 1 through 4, the following question and answer are made: Q. Do you know – were you at the meeting – did I ask you whether you were at the meeting on the night that Mr. Sokol allegedly verbally assaulted Robert Trevino? A. No, I wasn't.

Well, was it Yes or was it No? This is a legally sworn law enforcement official answering a question with completely opposite responses in the course of a few minutes. Short memories don't belong in life

threatening situations, or obtaining evidence resulting in life sentences for an individual. Here's the killer question and answer. It appears on page 28, lines 24-25 and page 29, lines 1-3, of the official transcript. Q. But you didn't like Robert Trevino's attacks on Mr. Garber, did you, Ms. Wiggins? A. I HAVEN'T LIKE ROBERT TREVINO SINCE THE FIRST TIME I ISSUED HIM A CITATION, WHICH WAS THE OCCASION I SPOKE OF THE FIRST YEAR I CAME HERE. (Emphasis added, but the word 'like' was probably 'liked') Now if you were a District Judge and you heard this law enforcement official make this statement in a Bill of Exception hearing, what would you think of the extensive testimony she gave during the trial? What's more important, what kind of a non-biased, objective investigation could this person conduct on an individual she admittedly didn't like?

Along with the foregoing, how much of her investigation contained the real, true facts? When I read this statement, and taking into consideration all of the other research I've done on this case, it reaffirmed my opinion that Robert Trevino has been sitting in prison for over 9 years because of this injustice. The injustice wasn't tendered by Billie Wiggins alone however. The District Attorney, and the Judge could and should have put a stop to this immediately, if they had had the desire and any visionary forethought whatsoever. Most certainly Judge Knize should have taken all the above in consideration before he rendered his decision to honor the State's Objection. What a mess!! If you think this is a witch hunt, you should read the transcript of the trial. I will try to give you an idea of the garbage that transpired in court in another part of the series.

The above testimony did cause some heartburn for Judge Knize in his summary of the Bill of Exception hearing, and here is his final statement page 39, lines 3 through 25 and page 40, lines 1 through 3 : Quote: THE COURT: "All right. Thank you Mr. Dixon. It would certainly be included as part of the record in this case, especially if you ask the court reporter to type it up and put it in there. But I find the evidence offered in support of your conclusions of a conspiracy against the defendant to be nonsecular, jumping the Grand Canyon without a bridge; and therefore, I sustain the State's object to the offer of the testimony being offered today, with the exception - - and I would like to note for the record that the defendant's question of - - and I don't recall exactly how it was.

But it was something to the effect of the witness Wiggins, do you like or dislike Robert Trevino, and her answer was she hadn't liked Robert Trevino since the first citation? That question was not asked the witness during the trial of this cause nor was it tendered to the Court to be asked of the witness. And if it would have been, the Court would have admitted it. But that wasn't tendered to the Court during the trial at that time, and with the exception of that one question and one answer, I sustain the State's objection to the testimony." Unquote. What a nice unobtrusive way for a Judge to cover his butt. What about justice in this case?

Aren't we interested in that? Here's some questions that need answers: ------Could a possibly biased, non-objective investigation by a police official of the city, who stated in sworn testimony she hadn't liked Trevino since the first time she issued him a citation, been in the interest of an individual's guaranty of his constitutional rights? Doubtful! ------Could the investigator, responsible for the evidence that put Trevino behind bars, who was shoulder to shoulder and was rumored, and I specify "rumored", to have had a romantic affair with the ex-police chief (who Robert Trevino and others attempted to have terminated for trying to rid the city of some police officers) be non-subjective in her evidence presentation to the District Attorney's office? Doubtful! ------Could the investigator, who works for, and has her checks signed by the City Manager who had verbal assault charges filed against him by Robert Trevino for allegedly stating words to the effect, "Maybe someone will get rid of you", be not intimidated by this man's position respective to her employment? Doubtful! ------Could the investigator who provided investigative evidence to the District Attorney—Gene Knize at the time— and the Judge—Joe Grubbs at the time— (both who had their hands slapped by an appeal court in a previous case against Trevino for not allowing him "absolute" legal representation in a former case) be not intimidated by their positions? Doubtful! And oh, by the way, this is the same investigator who had personal knowledge of charges filed against Patrick Lankford, a witness against Trevino, in August/September 1994—almost 6 months prior to the arrest of Trevino~ for statutory rape of a 12 year old girl, and did not arrest the young man earlier.

Point of interest, I could find no record that he has ever answered for that little ditty, but I was able to find out he's had "serious problems" with the legal system subsequent to the trial of Trevino. A little "Louisiana Lagniappe" (something extra) for a later time that you can chew on. It's hard to prove a negative, and folks may say there was no "conspiracy", but I can tell you there's something rotten in this Ellis County trial, and Robert Trevino is sitting in a prison cell serving time for something he probably did not do. And you think Tulia, and the justice rendered there is sinful? Hang on, you ain't heard nuttin' yet.

*Fred Shannon – Former Senior Columnist Ellis County*
*Press* http://www.joeydauben.com/Trevino.htm

Wuddn't Nuttin' But A ———

Part 5

"Leave the woman alone, she's an officer of the law!" "You should be ashamed of yourself, don't you believe a policeman?" "Why are you hounding Ms. Wiggins, she didn't do anything wrong." "How would you like it if your wife were being crucified in the news media like you're doing Billie Wiggins."

All the above, the probable results of e-mails and telephone calls received by this writer, if I weren't quoting directly from the transcripts of the trial of Robert Trevino in August 1995. Truth of the matter is I've not received one single email, phone call, or threat about the previous four parts of this series. Does that mean I've struck a chord of truth, or people just don't care.

In either case we're continuing to bring to the readership's attention the fallacies and ambiguities of Ms. Wiggins' testimony in that trial. Is all this important? It certainly is when one considers a Vietnam War Hero is languishing in prison doing 3 life sentences because of the Wiggins' "investigation", which could more accurately be labeled "railroad job" in the opinion of many.

Did Wiggins lie on the stand before Judge Knize? In the opinion of this writer and according to the official transcript, not once, but many times. Why wasn't she called on those untruths and why weren't perjury charges filed against her? Was it her word against more than one witness, or did she knowingly fabricate testimony? Continuing with the revelation, here goes from the official transcript. You make up your own mind.

In the August 24, 1995, page 110, lines 17 through 25 of the official transcript, the following discourse occurred:

Q. Did you offer any assistant to Stacy Harris in the interview?
A. Her mother was there sitting right beside her during the entire time of the written statement given by her.
Q. Did you offer any assistance to Stacy Harris in conducting the interview?
A. Her mother was sitting right beside her. As far as—.

Well that's pretty plain to me. Stacy Harris' mother was sitting there in the room with Stacy and Wiggins during the entire interview...but here's Ms. Harris' statement from the official transcript from the same exact day Wiggins spoke the foregoing words. Page 183 lines 8 through 19 of that same transcript:

Q. When you met Ms. Wiggins the next day, did you – were you interviewed by her at that time?
A. No I was not. My daughter was.
Q. Were you present with her at that interview?
A. Kind of, sort of.
Q. Could you be a little more specific?
A. Well I didn't stay in the room the whole time they talked.
Q. So most of the time Ms. Wiggins was there, she was along with Stacy Harris?
A. You could say, yes.



I don't know how you read these statements, but someone isn't being truthful. I choose to believe Ms. Harris, it was her daughter, and she had no reason to not be truthful. If one were conducting an investigation for prosecution, with a biased outlook on the outcome, Ms. Wiggins once more is indicating her ability to look good on the stand. Too bad, but the transcripts have borne out the many times Ms. Wiggins hasn't been able to get to the facts as they really are.

Recalling testimony from Wiggins in the previous part of the series, she elaborates on the charges filed against Patrick Lankford and Robert Trevino as being those of "indecency with a child". Not one time did the prosecution ever bring up the fact that Statutory Rape charges were filed on Patrick Lankford by Ms. Harris for Lankford's rape of her 12 year old daughter. Wiggins ducked the question 4 times in her testimony on August 23, 1995. The following is the first time she admits that Ms. Harris' complaint was Statutory Rape.

From the August 24, 1995 transcript, page 82, lines 6 through 22:

Q. Is it not true that the real reason in this particular case that Robert Trevino is on trial is because Patrick Lankford provided you with information about Robert Trevino with the anticipation that you would not file charges against him for statutory rape on Stacy Harris?
A. No, sir.
Q. Then why is not Patrick Lankford in jail for statutory rape?
Marshal of the DA's office objects and Judge Knize overrules him.
A. I don't make that Grand Jury referral. I sent that to the District Attorney's office, and where it goes from there I have no idea.

Well I guess that puts the ball in Joe Grubbs' court so to speak. Where did it go Joe? You still got it or did you use the thing in some manner?

We now know, from Ms. Harris' and Ms. Wiggins' testimony that there was a statutory charge and complaint supposedly filed against Patrick Lankford. What happened to it is anybody's guess. I further confirmed the complaint by researching further into the transcript. Here is Ms. Patricia Lankford's, Patrick's mother's, testimony relative to the statutory rape charges.
From the official transcript of August 24, 1995, page 136, lines 12 through 25:

Q. Were you ever visited by Officer Wiggins regarding a complaint of statutory rape made by Stacy Harris?
Marshal objects and Knize overrules.
A. Okay. Could you say that again.
Q. Were you ever visited by Officer Wiggins regarding a statutory rape complaint made by Stacy Harris against Patrick Lankford?
A. Yes, sir.

Well I guess that puts that to rest. Did Patrick Lankford rape Stacy Harris and were complaints issued by Stacy Harris' mother? You bet they were. What happened to them is the mystery of the decade. No one knows what happened to them. Or no one knows enough to talk about them.

One has to ask why the ambiguities in the Wiggins' testimony. Are we covering up something, or is her testimony designed to keep from telling what really happened? It is my personal opinion that both facts bear looking into and we are.

Don't give up, we may get another trial for Robert and move the venue. At least Mike Boyd won't be called to verify that a fair one could be held in Ellis County. Maybe the Texas Rangers are better informed with respect to this one than some folks realize. Fred Shannon Former Investigative Reporter and Senior Columnist

Ellis County Press

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone: (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

March 5, 2021

Via certified mail 7011 1570 0001 7703 7096

Office of General Counsel
U.S. Department Veterans Affairs
810 Vermont Ave. NW
Washington DC 20420

Re:     Veteran Gloria Treviño, 6890,
        Complaint to Secretary Robert Wilkie concerning Improper Medical Treatment at
        the Michael E. DeBakey VA Medical Center in Houston Texas

Dear Sirs:

I represent Gloria Treviño, 6890 who is a totally and permanently disabled honorably discharged veteran of the United States Armed Forces. She suffers from chronic psychological problems including PTSD as a result of MST incurred during her service.

I write this letter with Ms. Treviño's assistance, to appeal to your office to respond to Ms. Treviño's complaint submitted to the former Secretary of the Veteran's Administration, Robert Wilkie in May 2020, a copy of which is attached as Exhibit 1. I have known and represented Ms. Treviño for over a decade and can tell you she is passionate about these issues and many of her passionate statements are including in this letter because I represent to you that she is always truthful and passionate.

Ms. Treviño's complaint is about improper psychiatric medical treatment and specifically improper recording of a statement of Ms. Trevino, or more specifically writing down something Ms. Treviño had never said to the VA psychiatrist at the Michael E. DeBakey VA Medical Center in Houston Texas. She was seeing the doctor about a traumatic event that she suffered when she was buying a Ford Mustang from a dealership in Houston. The traumatic event occurred when she was coerced into buying the Mustang in a contract extremely detrimental to her. The statement

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 2

allegedly said by her to the doctor is written down in the VA medical record about the event was not what she had told him and in fact is basically the opposite of what she told him. Ms. Trevino has tried to get the record corrected to reflect what she actually said. However, the VA has refused to correct the record even though this mis-recording is damaging to Ms. Treviño in the lawsuit she has filed against the Ford dealership complaining about the coercion and other deceptive trade practices of the dealership. In particular, as she told the VA doctor and as she has alleged in her lawsuit, Ms. Treviño was  put under extreme pressure from the Ford salesmen and as a result signed a contract that was detrimental to her. This effect of this coercion is clearly described in the report by the private psychiatrist, Dr. Karen Brown, Ms. Treviño has been forced to hire because of the improper assistance she received from the VA doctors on the issue. Dr. Brown's report clearly lays out the essence of Ms. Treviño's  claim of coercion that is the basis of her lawsuit, i.e., that she suffered extreme emotional distress inflicted by the dealership's employees at her purchase of a Ford Mustang:

> during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement. See Exhibit 1, Attachment #1

As mentioned above, Ms. Treviño has sued the Ford dealership and I represent her in that lawsuit. When Ms. Trevino was described what happened and her state of mind in the pressure cooker at the Ford offices, the VA doctor improperly wrote down thing she had not said to him as if she had. The way the record was written down made it appear that Ms. Treviño had admitted her negligence during the transaction, which was not what she had said at all and in effect negates her lawsuit. In fact, what she told the VA doctor is the exact opposite. When Ms. Treviño tried to have the record corrected to reflect what she had actually said, the VA refused to correct the falsely recorded statement but only added on a following page that Ms. Treviño had subsequently claimed she had said something different. This was not a correction of the alleged statement that still stands as if the VA Doctor had properly recorded what she had said and that later she tried to change the statement. This is untrue. She never made the statement to the VA doctor that still stands in the record. It is inconceivable to me and to Ms. Treviño that the VA will simply admit that the doctor had mis-recorded what she said and simply correct the record. As will be detailed later in this letter, this uncorrected statement damages the basis of Ms. Treviño's allegation in her Ford dealership lawsuit, seemingly admitting away her case. This cannot stand.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 3

In her May 12th letter to Director Wilkie, Ms. Treviño laid out this problem and detailed her steps to have the record corrected up through that date. However, Despite the promise from his office, that the Secretary was going to have his staff investigate the matter, as detailed in the email response attached as an exhibit to this letter the VA has totally failed to respond, and the issue remains unresolved.

On May 12, 2020, I sent Ms. Treviño's complaint to Secretary Wilkie via email, a copy of which is attached as Exhibit 1. We know the complaint was received because, on May 13, 2020 I received an acknowledgment of Receipt from the Office of Secretary, a copy of which is attached as Exhibit 2. In this acknowledgement, the Secretary's Office stated:

> The Secretary has received your email dated May 12, 2020. He has forwarded your inquiry to VHA leadership for review and direct feedback, and someone will contact you shortly. Thank you for your communication.

Neither my client nor I have received a response although the issue set forth in the letter remains. Although the facts giving rise to the complaint are found in the May 12th letter, I will take the liberty of repeating them here as well as adding additional comments.

Ms. Treviño received improper, uncalled for and unprofessional comment that Ms. Treviño received from Dr. Theron Bowers when she spoke to him on April 30, 2020 when she was seeking prescriptions for her medication as well as the medical excuse. The uncalled-for remark was a threat from Dr. Bowers to have a trustee appointed to manage her affairs, an action that is not only totally uncalled and disrespectful for but also requires that the VA address this improper action. As will be set forth below, Ms. Treviño is seeking full rights and benefits from Veterans Affairs to which she is legally and morally entitled. Let me explain.

First, I want to tell you of my experience and relationship with Ms. Treviño as her attorney, my assessment of her ability to fully manage her life and the reasons why I believe this letter is necessary. I have been Ms. Treviño's attorney for well over a decade. I have represented her in several matters, including efforts related to her family and have come to know her and her capabilities well. Obviously and as the VA knows well, Ms. Treviño is a very passionate person, is very intelligent and often is very blunt. I have come to understand that her passion is related to achieving justice, not only for herself but for her family, and she is not hesitant to seek it, even if she offends someone. While she and I often disagree on matters and sometimes fight like brother

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 4

and sister, I am proud to represent her and have come to appreciate how meticulously she conducts her life.

As I am sure you know, Ms. Treviño has been diagnosed with Schizoaffective Disorder and PTSD because of MST during service in the US Air Force. Because of this, she has utilized the medical services at the Michael E. DeBakey VA Medical Center, Mental Health Clinic for years. However, Ms. Treviño strongly feels that the doctors at the VAMHC have not always treated her well because of some complaints she has made and are now only affording her minimum benefits of medication management. As a result of these limitations imposed by the VA, she has been required to seek assistance from a private psychiatrist, Dr. Karen Brown, whom she has seen for several years. As I mentioned above, on April 30, 2020 Dr. Bowers threatened Ms. Treviño with forcibly appointing a Trustee for her to manage her affairs instead of providing her with a proper medical excuse which was blatantly denied. The threat of appointing a trustee is not only uncalled for but also is retaliatory for some of her actions related to her complaints, which are no doubt unpopular, but she has a right to make. I know for a fact that Ms. Treviño manages her life and her fiscal affairs well and has done so over the years. I have observed she is scrupulous on managing her finances which she does well. I have seen her scrupulousness in meeting her financial obligations. However, like a great, great number of us have had, she recently had an unpleasant experience with car salesmen who, as we are all aware, often take unscrupulous advantage of customers, especially women and minorities. This happened when salesmen of a local Ford dealership in Houston took unfair advantage of Ms. Treviño. She has suffered mental distress as a result of the undue pressure that they placed upon her. This occurred when she went to this local Ford Dealership to look at their Mustangs. While she was there, these salesmen put her under intense pressure to buy a car without fully disclosing the true terms of the contract. In the lawsuit, she has alleged they mislead her by falsely claiming she was getting a great deal when the opposite was true. They further misled her to believe that they were going to provide her a car within her budget which she had initially explained to them and falsely claiming she was going to get discounts and bonuses to which she was entitled by virtue of her membership in the Disabled American Veterans association and the UAW Employee Family Discount. They then put undue pressure on her to sign the papers without explaining the contract she was signing, a contract in very fine print and so confusing that even a lawyer like myself would have difficulty reading and understanding. Shortly after she left the dealership, she realized she had been taken advantage of and involved me in the matter right away. Their actions have resulted in a Texas Deceptive Trade Practices Act and Misrepresentation lawsuit filed against the dealership and three of its employees in Harris County. This lawsuit is being delayed because of the Covid 19 crisis.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 5


In her dealings with the salesmen, it is apparent that they put her under a pressure cooker, impaired her psychiatric distress and got her to sign a contract under duress that was based upon misrepresentations and trickery. It is important to understand that this type of conduct is not unique to Ms. Treviño. It is the type of conduct in the industry that led to the Texas Legislature to adopt the Texas Deceptive Trade Practice Act to provide remedies to aggrieved consumers like Ms. Trevino.

This brings us to the situation with Dr. Bowers. When she was referred to Dr. Bowers, she was requesting a proper medical excuse and prescriptions for Ziprasidone and Lorazepam. Not only did he refuse to give her the prescription when she spoke to him, after she explained her complaint against the Ford dealership, Dr. Bowers stated that she might need a "trustee" for giving her money away. This was improper and highly insulting and goes against the fact that Ms. Treviño has been managing her affairs for decades, even with her PTSD. Ms. Treviño's position is that the VAMHC doctors, in their concerted effort to deny Gloria a proper medical excuse, first erroneously alleged that Gloria was not suffering from her mental condition when she was basically browbeaten at the Ford dealership and there was nothing wrong with Gloria when she signed the contract to now alleging that she was so ill when she signed the contract that she was giving her money away and now needs a trustee.

Ms. Treviño does not need a trustee. She is handling her affairs well, as is demonstrated by the fact she is prosecuting a case in court against the Ford Dealership. Not only is that my opinion based upon my years of experience with her, it is also the opinion of her private psychiatrist, who has treated Gloria for years. It is Dr. Brown opinion, both that Gloria does not need a trustee and that she was acting under duress when she signed the contract with the Ford dealership. I am attaching copy of Dr. Brown's letter dated May 6, 2020 stating that Gloria does not need a trustee. I am also attaching a copy of Dr. Brown's letter dated May 21, 2019 opining on the undue pressure put upon Gloria by the Ford dealership. And this is not only the opinion of Dr. Brown and me. In addition, I am attaching a letter from Gloria's older brother, Julio Treviño about this matter. Julio, who has certainly known Gloria for many more years than I have, expresses shock and outrage over the mistreatment Gloria has received from, including Houston VA Director Francisco Vazquez, and the VAMHC doctors including Dr. Robert E. Garza, Dr. Ann Zachariah, Dr. Jonathon M. Grabyan, Dr. Theron Bowers and others.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 6

    In his April 2, 2020 infamous and inconsistent letter to Ms. Treviño, Exhibit 1, attachment # 4, the barbarous and sexist VA Director Vazquez alleges that the VA doctors that emulate him claim that Ms. Treviño was not under duress when she signed the detrimental Ford Contract. However, Dr. Garza has since denied that they ever told the VA Director any false and injurious information about Ms. Treviño regarding her mental state when she signed the contract under duress. Ms. Treviño has never authorized the VA Doctors to give any medical information to anyone, and certainly not false and injurious statements that she was not under duress when she signed the contract to anyone including the VA Director Vazquez nor to the Ford Dealership Defendants. It is Ms. Treviño's contention that the VA doctors have likewise appear to have maliciously violated her privacy and provided the Ford Defendants the false and injurious information that she needed a guardianship since the Defendants are not doctors; however, in discovery these Defendants are repeating the allegation that she needed a guardianship to sabotage her case. The real reason the VA have maliciously blatantly refused to provide her a proper medical excuse and continue to falsify her medical records that appears to support their vicious scheme to sabotage her case and humiliate and defame her. For example, when Ms. Treviño complained to the VA doctors that she was extremely distressed and coerced into writing the Ford defendants a $1,000.00 check and into signing the detrimental contract under duress, they erroneously state she was not under duress when she signed the contract and blatantly refused to provide her a medical excuse. Another example is when Ms. Treviño reported to Dr. Grabyan that the Ford salesman had lied and did not give her the DAV and UAW discounts she was entitled and had asked for and that they had promised her and did not give her the discounts and had overcharged her for the Mustang, Dr. Grabyan malicious and outrageous allegations in his medical report that Ms. Treviño had not asked for the DAV and UAW discounts and that she had not checked with other dealers to see if she could get a better deal elsewhere, making her grossly negligent in the purchase of the car. Dr. Grabyan did not even ask Ms. Treviño if she had gone to other dealers about pricing, which she had. However, out of the clear blue, he erroneously alleged that she hadn't, which further prejudiced her case. Similarly, Dr. Bowers with impunity not only threatened Ms. Treviño with a trustee, but bolstered his bogus claim in the medical report by erroneously alleging that she had a history of mild neurocognitive disorder (incorrectly alleged she was "giving her money away") and aware that Ms. Treviño is a rape victim, to further humiliate her, basically called her a whore by further erroneously alleging that she told him she did not have any sexual disfunctions. The subject of sex never came up and Dr. Bowers never asked about it nor did Ms. Treviño bring it up or discuss it. Dr. Garza  vehemently defended and protected Dr. Bowers and every one of the doctors who had insulted and offended her. These vicious allegations were false and intended to help the Defendants to sabotage her case and demonstrate the extreme prejudice and hatred that

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 7

they harbor towards Ms. Treviño and which also reflect on the criminal nature of their mind and behavior. These sadistic VA doctors have weaponized their medical degrees to defame and attack Ms. Treviño as evident and do not treat her like a disabled veteran but like an outcast and pariah. They treat her with oppression, sarcasm and confrontation to deny her proper medical care and run her out of the VA Medical system which she depends on. They have made injurious false statements, violated her privacy and are at the very least in blatant violation of their Hippocratic oath to do no harm and should be barred from the medical profession.

Ms. Treviño's brother Julio Treviño has had experience with VA doctors and the medical system himself. He is also a totally and permanently disabled honorably discharged Vietnam veteran and an American War Hero who received 3 Bronze Stars during his tour of duty and suffers from numerous chronic medical problems and severe and crippling nerve damage from extensive exposure to Agent Orange. In his letter, attachment # 3 to Exhibit 1, Julio addresses the trustee issue and dismisses it based upon his long experience with her.

It is apparent to Dr. Brown, to Julio Treviño and to me that there is no need for a trustee or a fiduciary to be appointed for Ms. Treviño. I have also reviewed the materials related to fiduciaries and trustee in the materials that are set out in title 38 of the Code of Federal Regulations, as well as those materials on the Veterans Affairs website related to fiduciaries. My review indicates there is no need to appoint a Trustee for Gloria under these guideline.

Finally, rather than allow this matter to escalate to the level of administrative litigation, I request the following in writing:

1. That Veterans Affairs assure Ms. Treviño that there is no effort to provide her a trustee.

2. That Veterans Affairs provide Ms. Treviño the full rights and benefits that she is entitled to and afford her a psychiatrist at the VAMHC that will not continue to abuse and threaten her and keep fueling her anger and depression but who will help her with all her needs and not just medication management, to include proper medical excuse.

3. That the sadistic and sexist VA Director and Doctors that emulate him be held accountable for their concerted and abusive and oppressive treatment of Ms. Treviño and cover-up.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 8

4. That Veterans Affairs immediately compensate Ms. Treviño for all her medical expenses she is having to incur as a result of the VAMHC's refusal to provide her proper and adequate psychiatric care and requiring her to obtain it from Dr. Brown. The billing records of Dr. Brown are attached as Exhibit 3.

A form 21-22a signed by Ms. Treviño authorizing my representation in this matter was attached to the May 12th letter to Secretary Wilkie and if found at the end of the attachments to Exhibit 1 The attachments to this letter are:

1. Exhibit 1:  Letter to Secretary Wilkie dated May 12, 2020 with the following attachments:

   May 6, 2020 Letter from Dr. Karen Brown, #1
   May 21, 2019 letter from Dr. Karen Brown #2
   April 27, 2020 Letter from Julio Treviño #3
   April 2, 2020 Letter from VA Director, Francisco Vazquez #4
   August 15, 2019 Medical excuse from VAMHC Dr. Ann Zachariah # 5
   Form 21-22a # 6

2. Exhibit 2:  Response from Secretary Wilkie's office dated May 13, 2020 to the Letter to him dated May 12, 2020.

3. Exhibit 3: Billing records from Dr. Brown

   We look  forward to your prompt response.


                                        Sincerely,


                                        John Richards

cc:    Gloria Treviño

# RICHARDS & VALDEZ
## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

May 12, 2020

Via email at Robert.wilkie@va.gov
Via Priority Mail

U.S. Department Veterans Affairs
ATTN: Honorable Secretary Robert Wilkie
810 Vermont Ave. NW
Washington DC 20420

Via Priority Mail

Francisco Vazquez, Director
Michael E. DeBakey VA Medical Center
2002 Holcombe Blvd
Houston, TX 77030

Via Email: vhahoupatientexperienceoffice@va.gov

John Webster
Patients Relationship
Michael E. DeBakey VA Medical Center
2002 Holcombe Blvd
Houston, TX 77030

      Re:    Gloria Treviño, 6890

Dear Sirs.

     I represent Gloria Treviño, 6890, a totally and permanently disabled honorably discharged Veteran of the United States Armed Forces. I am writing to inform you of an improper, uncalled for and unprofessional comment that Ms. Treviño received from Dr. Theron Bowers when she

EXHIBIT 1

1

U.S. Department of Veterans Affairs
May 12, 2020
Page 2

spoke to him on April 30, 2020 when she was seeking prescriptions for her medication as well as the medical excuse. The uncalled-for remark was a threat from Dr. Bowers to have a trustee appointed to manage her affairs, an action that is not only totally uncalled and disrespectful for but also requires that the VA address this improper action. As will be set forth below, Ms. Treviño is seeking full rights and benefits from Veterans Affairs to which she is legally and morally entitled. Let me explain.

First, I want to tell you of my experience and relationship with Ms. Treviño as her attorney, my assessment of her ability to fully manage her life and the reasons why I believe this letter is necessary. I have been Ms. Treviño's attorney for well over a decade. I have represented her in several matters, including efforts related to her family and have come to know her and her capabilities well. Obviously and as the VA knows well, Ms. Treviño is a very passionate person, is very intelligent and often is very blunt. I have come to understand that her passion is related to achieving justice, not only for herself but for her family, and she is not hesitant to seek it, even if she offends someone. While she and I often disagree on matters and sometimes fight like brother and sister, I am proud to represent her and have come to appreciate how meticulously she conducts her life.

As I am sure you know, Ms. Treviño has been diagnosed with Schizoaffective Disorder and PTSD as a result of MST during service in the US Air Force. Because of this, she has utilized the medical services at the Michael E. DeBakey VA Medical Center, Mental Health Clinic for years. However, Ms. Treviño strongly feels that the doctors at the VAMHC have not always treated her well because of some complaints she has made and are now only affording her minimum benefits of medication management. As a result of these limitations imposed by the VA, she has been required to seek assistance from a private psychiatrist, Dr. Karen Brown, whom she has seen for several years. As I mentioned above, on April 30, 2020 Dr. Bowers threatened Ms. Treviño with forcibly appointing a Trustee for her to manage her affairs instead of providing her with a proper medical excuse which was blatantly denied. The threat of appointing a trustee is not only uncalled for but also is retaliatory for some of her actions related to her complaints, which are no doubt unpopular but she has a right to make. I know for a fact that Ms. Treviño manages her life and her fiscal affairs well and has done so over the years. I have observed she is scrupulous on managing her finances which she does well. I have seen her scrupulousness in meeting her financial obligations. However, like a great, great number of us have had, she recently had an unpleasant experience with car salesmen who, as we are all aware, often take unscrupulous advantage of customers, especially women and minorities. This happened when salesmen of a

EXHIBIT 1                                            2

U.S. Department of Veterans Affairs
May 12, 2020
Page 3

local Ford dealership in Houston took unfair advantage of Ms. Treviño. She has suffered mental distress as a result of the undue pressure that they placed upon her. This occurred when she went to this local Ford Dealership to look at their Mustangs. While she was there, these salesmen put her under intense pressure to buy a car without fully disclosing the true terms of the contract and misleading her by falsely claiming she was getting a great deal when the opposite was true. They further misled her to believe that they were going to provide her a car within her budget which she had initially explained to them and falsely claiming she was going to get discounts and bonuses to which she was entitled by virtue of her membership in  the Disabled American Veterans association and the UAW Employee Family Discount. They then put undue pressure on her to sign the papers without explaining the contract she was signing, a contract in very fine print and so confusing that even a lawyer like myself would have difficulty reading and understanding. Shortly after she left the dealership, she realized she had been taken advantage of and involved me in the matter right away. Their actions have resulted in a Texas Deceptive Trade Practices Act and Misrepresentation lawsuit filed against the dealership and three of its employees in Harris County. This lawsuit is now set for trial on June 15, 2020 although it will certainly be delayed because of the Covid 19 crisis.

In her dealings with the salesmen, it is apparent that they put her under a pressure cooker, impaired her psychiatric distress and got her to sign a contract under duress that was based upon misrepresentations and trickery.  It is important to understand that this type of conduct is not unique to Ms. Treviño. It is the type of conduct in the industry that led to the Texas Legislature to adopt the Texas Deceptive Trade Practice Act to provide remedies to aggrieved consumers like Gloria.

This brings us to the situation with Dr. Bowers. When she was referred to Dr.  Bowers,  she was requesting  a proper medical excuse and prescriptions for Ziprasidone and Lorazepam. Not only did he refuse to give her the prescription when she spoke to him,  after she explained her complaint against the Ford dealership, Dr. Bowers stated that she might need a "trustee"  for giving her money away. This was improper and highly insulting and goes against the fact that Ms. Treviño has been managing her affairs for decades, even with her PTSD.  Ms. Treviño's position is that the VAMHC doctors, in their concerted effort to deny Gloria a proper medical excuse, first erroneously alleged that Gloria was not suffering from her mental condition when she was basically browbeaten at the Ford dealership and there was nothing wrong with Gloria when she signed the contract to now alleging that she was so ill when she signed the contract that she was giving her money away and now needs a trustee.

EXHIBIT 1                        3

U.S. Department of Veterans Affairs
May 12, 2020
Page 4

Ms. Treviño does not need a trustee. She is handling her affairs well, as is demonstrated by the fact she is prosecuting a case in court against the Ford Dealership. Not only is that my opinion based upon my years of experience with her, it is also the opinion of her private psychiatrist, who has treated Gloria for years. It is Dr. Brown opinion, both that Gloria does not need a trustee and that she was acting under duress when she signed the contract with the Ford dealership. I am attaching copy of Dr. Brown's letter dated May 6, 2020 stating that Gloria does not need a trustee. I am also attaching a copy of Dr. Brown's letter dated May 21, 2019 opining on the undue pressure put upon Gloria by the Ford dealership. And this is not only the opinion of Dr. Brown and me. In addition, I am attaching a letter from Gloria's older brother, Julio Treviño about this matter. Julio, who has certainly known Gloria for many more years than I have, expresses shock and outrage over the mistreatment Gloria has received from, including Houston VA Director Francisco Vazquez, and the VAMHC doctors including Dr. Robert E. Garza, Dr. Ann Zachariah, Dr. Jonathon M. Grabyan, Dr. Theron Bowers and others Julio has had experience with VA doctors and the medical system himself. He is also a totally and permanently disabled honorably discharged Vietnam veteran and an American War Hero who received 3 Bronze Stars during his tour of duty and suffers from numerous chronic medical problems and severe and crippling nerve damage from extensive exposure to Agent Orange. In his letter, Julio addresses the trustee issue and dismisses it.

It is apparent to Dr. Brown, to Julio Treviño and to me that there is no need for a trustee or a fiduciary to be appointed for Ms. Treviño. I have also reviewed the materials related to fiduciaries and trustee in the materials that are set out in title 38 of the Code of Federal Regulations, as well as those materials on the Veterans Affairs website related to fiduciaries. My review indicates there is no need to appoint a Trustee for Gloria under these guideline.

Finally, rather than allow this matter to escalate to the level of administrative litigation, I request the following in writing:

1. That Veterans Affairs assure Ms. Treviño that there is no effort to provide her a trustee.

2. That Veterans Affairs provide Ms. Treviño the full rights and benefits that she is entitled to and afford her a psychiatrist at the VAMHC that will not continue to abuse and threaten her and keep fueling her anger and depression but who will help her with all her needs and not just medication management, to include proper medical excuse.

EXHIBIT 1                    4

U.S. Department of Veterans Affairs
May 12, 2020
Page 5

3.  That Veterans Affairs provide Ms. Treviño with the prescription for Lorazepam, which she is not abusing and is being forced to get outside the VA for her medication as well under the guidance of Dr. Brown.

4.  That Veterans Affairs immediately compensate Ms. Treviño for all her medical expenses she is having to incur as a result of the VAMHC's refusal to provide her proper and adequate psychiatric care and requiring her to obtain it from Dr. Brown.

I am attaching form 21-22a signed by Ms. Treviño authorizing my representation in this matter.

I look forward to your prompt response.

Sincerely,

John Richards

cc:     Charles Gonzales, Texas State Board of Examiners Psychologist,
        enforcementasst@tsbep.texas.gov
        Texas Medical Board: ATTN ENFORCEMENT, 333 Guadalupe, Tower 3, Suite 610 MC
        263, Austin, TX 78701
        Gloria Treviño

Attachments:
1.  May 6, 2020 Letter from Dr. Karen Brown
2.  May 21, 2019 letter from Dr. Karen Brown
3.  April 27, 2020 Letter from Julio Treviño
4.  April 2, 2020 Letter from VA Director, Francisco Vazquez and VAMHC doctors
5.  August 15, 2019 inadequate medical excuse from VAMHC Dr. Ann Zachariah
6.  Form 21-22a

EXHIBIT 1                    5



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

In Reply Refer To: 00A-00C-CA

APR - 2 2020

Ms. Gloria Trevino
12826 Olympia Drive
Houston, Texas 77077-5828

Dear Ms. Trevino:

This acknowledges your inquiry of March 10, 2020, to the White House Hotline, regarding your disagreement that your PTSD diagnosis did not have a bearing on a contract for a vehicle purchase you signed.

Dr. Jonathan M. Grabyan, Psychologist, Dr. Robert Garza, Staff Psychiatrist, and Dr. Jiji Zachariah, Nurse Practioner, have responded previously to your concerns about their refusal to sign an excuse that you were under duress in signing a new vehicle purchase contract. We feel we have addressed your concerns to the best of our ability and cannot provide any new information. Accordingly, this letter will be considered the final response to your inquiry for an excuse that your PTSD affected your ability to engage in a vehicle purchase contract.

Please be assured that we will continue to provide you the medical care for which you are eligible. Should you have further questions about your medical care, please feel free to consult Dr. Jonathan M. Grabyan, Psychologist, at 713-791-1414, extension 23594. He would be most pleased to assist you.

Please be confident that we will forever honor our Veterans, from the greatest generation to the latest generation, and it is our privilege to care for the very best of our citizens who have given their very best to our country.

Sincerely,

Francisco Vazquez, MBA
Medical Center Director

FV/rek

received
4/15/20
ZT6

EXHIBIT 1                                                    9

**JULIO TREVINO**
**300 BLOSSOM VALLEY STREAM**
**BUDA, TEXAS  78610**
**(512)820-0246**

TO WHOM IT MAY CONCERN;                                    April 27, 2020

My name is Julio Trevino 4789.  I am also an honorably discharged totally disabled Vietnam Veteran and am the brother of 100% disabled veteran, Gloria Trevino 6890.

I am writing to express shock and outrage over the retaliatory meanspirited April 2, letter and mistreatment that my sister, Gloria, has been maliciously subjected to by the Michael E. DeBakey VA Medical Center Director, Francisco Vazquez, the Mental Health Clinic Director, Dr. Robert Garza, Dr. Ann Zachariah and Dr. Jonathan Grabyan involved in the egregious retaliatory illegal, immoral, and unethical scheme to deny Gloria proper medical care and sabotage her case against the car dealership that coerced Gloria into signing a totally injurious detrimental contract under duress.  Gloria was clearly suffering from her service-connected mental illness and not in her right frame of mind when she was coerced into signing the detrimental contract under duress.  You don't have to be a brain surgeon to figure that out.  However, these VA doctors aren't fit to be veterinarians and are erroneously alleging that Gloria was not suffering from her mental illness and was not under duress when she signed the injurious detrimental contract and it clearly demonstrates their ill will and hatred towards Gloria.

I am also a witness to when the Houston VA Mental Health Clinic doctors tried to have Gloria illegally arrested by sending the Houston Police with guns drawn to her house supposedly because she was homicidal, however, I was visiting her on that day and saved her life.  I am concerned that the Houston VA Mental Health Clinic generated a call to Gloria by having Contree Hollor, I believe is her name from phone number (713)791-1414, extension 26910 last Monday on the guise that they were referring her to another doctor there that was going to help her, however, Gloria has not heard back from her and feel their call was only made to appease the White House and was not serious or made in good faith as if Gloria is not entitled to adequate and proper care from the VA Hospital.  I am also concerned that these VA Officials and Employees might try again to have Gloria illegally arrested and confined to a jail or mental health facility in further retaliation for her filing legitimate complaints against them and I fear for her life and safety.

Therefore, I respectfully request that you intervene on Gloria's behalf, hold these lawless federal employees accountable and restrain them from causing her any further harm and injury to ensure her that she will receives the full rights and benefits that she honorable earned while serving our Country without further incidents and unnecessary delays.

Thank you for your kindness and understanding.

Respectfully,

Julio Trevino, 4789
300 Blossom Valley Stream
Buda, Texas 78610



*Diplomate American Board of Psychiatry and Neurology*

**929 Gessner Rd. Suite 2000 • Houston, Texas 77024**
713-467-5600 • Fax: 713-973-0104

May 6, 2020

Re:    Gloria Trevino

To Whom It May Concern:

I am a board certified psychiatrist in private practice since 1991. I have treated Ms. Trevino intermittently since 2007, most recently since October 2017. Since 2017, she has seen me every 1 to 3 months, in addition to her appointments with her V.A. psychiatrist who prescribes her medications.

I am writing this letter to attest that, in my professional opinion, Ms. Trevino is capable of managing her own finances and does not require guardianship to do so for her. On careful exam in her last appointments (5/1/20 and 5/4/20) she was able to clearly detail both her income and expenses, and is managing her money competently.

While she has been distressed by a recent car purchase, during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement.

In general, over the years I have known her, Ms. Trevino has never exhibited a pattern of impulsive spending. In fact, I have noted that she has had enough money in reserve to pay for her appointments with me, as well as to pay me to do a consultation on her brother who was incarcerated several years ago.

To conclude, I do not concur that a financial guardianship is warranted on the basis of Ms. Trevino's psychiatric illness.

Should you require further information, please call my office.

Sincerely,

Karen S. Brown, M.D.



*Diplomate American Board of Psychiatry and Neurology*

929 Gessner Rd. Suite 2000 • Houston, Texas 77024
713-467-5600 • Fax: 713-973-0104

May 21, 2019

To Whom It May Concern:

Gloria Trevino is currently under my care. She is diagnosed with Schizoaffective Disorder, a severe mental illness, and PTSD. As a consequence of her illness, Ms. Trevino functions very poorly under stress and makes impulsive, ill-considered decisions. She has been hospitalized several times for her mental illness; her symptoms are exacerbated by stress. When placed under duress, Ms. Trevino cannot think clearly enough to make rational choices. She should, therefore, not be held to a contract signed following the use of hard sales tactics.

Should you require further information, please call our office.

Sincerely,

Karen S. Brown, M.D.

2

WS1017    To Gloria Treviño

U POXBT 01-06   580
LOC

—material para primer ciclo martes—

EEUU-HISPANOS
LUCHA EN SOLITARIO POR LA JUSTICIA DE EX-COMBATIENTE HISPANO

Washington, 7 ene (EFE).- Gloria Treviño, descendiente de mexicanos, reanudó esta semana su lucha en solitario por conseguir la libertad de su hermano, un ex-combatiente del Vietnam y condecorado doblemente por su valor en el campo de batalla.

Roberto Treviño fue condenado sin pruebas a prisión de por vida en el condado de Waxahachie en agosto de 1995 por los cargos de ataque físico y asalto sexual, según denuncia su hermana que esta semana a enviado una serie de cartas pidiendo la revisión del caso.

Las cartas fueron dirigidas a las secretarias de Justicia, Janet Reno; de Salud, Dona Shalala; al presidente del Caucus Hispano en el Congreso y al Reverendo, Jesse Jackson.

La hermana del reo sostiene que se mantiene la "conspiración" de la policía y justicia del condado de Waxahachie, porque después de ser dado de baja de la guerra del Vietnam Roberto y su familia sostuvieron diferencias con algunos de los influyentes de esa zona texana.

La corte que juzgó a Treviño le impuso la condena de prisión por vida sin exigir a la fiscalía pruebas concluyentes sobre los alegatos de violación sexual y después de que el abogado de la defensa admitió los cargos y no hizo ninguna apelación.

Patrick Langford, jefe de una banda de delincuentes juveniles participó en la conspiración y acusó a Treviño de que fue el responsable del ataque a algunos de los miembros de su grupo.

Las acusaciones de Langford, según la hermana de Roberto, le sirvieron para encubrir varios de sus actos delictivos tolerados por la policía de Waxahachie.

Gloria Treviño, que en septiembre del año pasado protagonizó una huelga de hambre en las cercanías de la Casa Blanca, exige la revisión del caso y la formación de una comisión del Congreso para investigar las presuntas animalías judiciales y de procedimiento que dieron lugar a la sentencia que se considera injusta.

Roberto Treviño después de ser condenado se vió privado de su pensión de ex-combatiente y se le retiraron las condecoraciones de la Medalla de Bronce y el Corazón Púrpura obtenidos por el coraje demostrado en la guerra del Vietnam.

El retiro de la pensión a dejado a la madre de Roberto sin ningún apoyo económico para atender sus necesidades.

En contra de los cargos que condenaron a Treviño, su hermana sostiene que las acusaciones son insustanciales porque el ex-combatiente está sobrepasado de peso, tiene dificultades para caminar y limitaciones en sus movimientos por las heridas de guerra.

Con esas limitaciones físicas es difícil entender, declara la hermana, que Roberto pudiera haber atacado supuestamente a unas jóvenes y abusado sexualmente de ellas.

Los fiscales Steve Marshall y Lacy Buckingham nunca pudieron comprobar los cargos en el juicio, en el que el jurado estuvo exclusivamente integrado por anglosajones que no tuvieron objeción

Gloria Treviño, que en septiembre del año pasado protagonizó
una huelga de hambre en las cercanías de la Casa Blanca, exige la
revisión del caso y la formación de una comisión del Congreso para
investigar las presuntas anomalías judiciales y de procedimiento
que dieron lugar a la sentencia que se considera injusta.

Roberto Teviño después de ser condenado se vió privado de su
pensión de ex-combatiente y se le retiraron las condecoraciones de
la Medalla de Bronce y el Corazón Púrpura obtenidos por el coraje
demostrado en la guerra del Vietnam.

El retiro de la pensión ha dejado a la madre de Roberto sin
ningún apoyo económico para atender sus necesidades.

En contra de los cargos que condenaron a Treviño, su hermana
sostiene que las acusaciones son insustanciales porque el
ex-combatiente está sobrepasado de peso, tiene dificultades para
caminar y limitaciones en sus movimientos por las heridas de
guerra.

Con esas limitaciones físicas es difícil entender, declara la
hermana, que Roberto pudiera haber atacado supuestamente a unas
jóvenes y abusado sexualmente de ellas.

Los fiscales Steve Marshall y Lacy Buckingham nunca pudieron
comprobar los cargos en el juicio, en el que el jurado estuvo
exclusivamente integrado por anglosajones que no tuvieron objeción
en declarar culpable al ex-combatiente.

Gloria Treviño declaró a EFE que si la fiscalía pudo tener
razón por qué razones la Justicia de Texas se niega a una revisión
del caso.

En base a esos antecedentes, Treviño ha pedido que el Caucus
Hispano de la Cámara de Representantes investigue el caso a través
de una comisión en la que tengan participación los hispanos y que
las secretarías de Justicia y Salud intevengan en el asunto.

La hermana del convicto sostiene que si acusados como O.J.
Simpson han tenido la oportunidad de una adecuada defensa y existe
una evidente protección de los derechos humanos de los
anglosajones en EEUU, por qué un hispano no puede tener el mismo
trato. frb

frb

U POXBT 10-24   619
INF WSM

¬Material para primer ciclo del viernes¬
INFWS.
EEUU-HISPANOS (Previsión)
HISPANA VICTIMA DE LA DISCRIMINACION BUSCA JUSTICIA

Washington, 25 oct (EFE).- La hispana Gloria Treviño, que ha
pedido la mediación del presidente Bill Clinton, busca en
solitario en Washington justicia para su familia que ha sido
víctima de la discriminación y el abuso institucionalizado en un
condado de Texas.

Cansada y frustrada por la falta de eco y solidaridad en
Texas, trajo su caso a Washington donde mantuvo una huelga de
hambre frente a la Casa Blanca, y que fue interrumpida por la
fuerza por los agentes del Servicio Secreto que la arrestaron sin
cargo alguno y violaron su derecho de libre expresión consagrado
por la Constitución, denunció Treviño.

La historia de Treviño, según la relató ella misma, es "un
calvario de discriminación y abuso" de la que fueron víctima ella
y su familia en el pequeño pueblo de Waxabachie, en el norte del
estado de Texas.

Roberto Treviño, un héroe condecorado de la guerra de Vietnam,
fue la peor víctima de la tragedia de la familia Treviño, según
firma ella.

En agosto de 1995, un jurado y juez anglosajones de la Corte
de Waco (Texas) condenaron a la cadena perpetua a Roberto Treviño
por los supuestos delitos de asalto sexual contra adolecentes y
violencia contra la propiedad privada.

El fiscal no presentó pruebas que confirmaran los 24 cargos
contra Treviño, y el abogado de la defensa aceptó todos los fallos
de procedimiento, denunció Gloria Treviño.

Después de más de un año de peregrinaje en busca de justicia,
ella ha logrado la revisión del juicio pero no tiene ninguna
garantía de que se realice uno nuevo.

Las investigaciones que efectuó por su cuenta le inducen a
asegurar que el adminitrador de la ciudad de Waxahable, Bob
Sokoll, y el policía, Ted Garner, aprovecharon los delitos
cometidos por Patrick Langford, líder de una pandilla e hijo de un
influyente personaje, para incriminar a Roberto Treviño.

Anteriormente Sokoll y Garner habían amenazado a Treviño, con
el que tuvieron altercados debido a frecuentes atentados contra
la familia Treviño.

Consumado el juicio y ejecutada la condena contra Roberto
Treviño, Gloria inició la búsqueda de apoyo legal entre los
abogados de Texas, pero su pedido no encontró eco.

Cansada de la falta de apoyo, decidió viajar a Washington para
pedir justicia ante la Casa Blanca.

La huelga de hambre que mantuvo durante casi dos semanas en
septiembre en el parque Lafayette, frente a la Casa Blanca, fue
interrumpido abruptamente una madrugada por varios agentes del
Servicio Secreto que la arrestaron y la condujeron a un centro
para enfermos mentales donde trataron de obligarla a tomar fuertes
tranquilizantes.

Gloria Treviño fue puesta en libertad por la falta de cargo
concretos.

Su esfuerzo, según relata ella misma, si bien no consiguió la
atención de la Casa Blanca, al menos despertó el interés de
algunos grupos de defensa de los derechos humanos y del abogado
hispano, Rodolfo Ramos.

asegurar que el administrador de la ciudad de Waxahable, Bob Sokoll, y el policía, Ted Garner, aprovecharon los delitos cometidos por Patrick Langford, líder de una pandilla e hijo de un influyente personaje, para incriminar a Roberto Treviño.

Anteriormente Sokoll y Garner habían amenazado a Treviño, con el que tuvieron altercados debido a frecuentes atentados contra la familia Treviño.

Consumado el juicio y ejecutada la condena contra Roberto Treviño, Gloria inició la búsqueda de apoyo legal entre los abogados de Texas, pero su pedido no encontró eco.

Cansada de la falta de apoyo, decidió viajar a Washington para pedir justicia ante la Casa Blanca.

La huelga de hambre que mantuvo durante casi dos semanas en septiembre en el parque Lafayette, frente a la Casa Blanca, fue interrumpido abruptamente una madrugada por varios agentes del Servicio Secreto que la arrestaron y la condujeron a un centro para enfermos mentales donde trataron de obligarla a tomar fuertes tranqulizantes.

Gloria Treviño fue puesta en libertad por la falta de cargo concretos.

Su esfuerzo, según relata ella misma, si bien no consiguió la atención de la Casa Blanca, al menos despertó el interés de algunos grupos de defensa de los derechos humanos y del abogado hispano, Rodolfo Ramos.

El juicio contra su hermano será reabierto en Waco el próximo 30 de octubre.

"Si fuera blanca no me habría pasado esto, ni a mi familia", se queja Gloria Treviño, que se lamenta del trato que dan las autoridades a los hispanos sin tomar ni siquiera en cuenta, como en el caso de su hermano, que defendieron en una guerra a Estados Unidos.

El padre de Gloria Treviño, un ex-combatiente de la II Guerra Mundial, fue también blanco de las presiones y conspiración de los poderosos de la pequeña ciudad texana que intentaron quitarle su casa, asegura ella.

Gloria Treviño, denunció que fue violada por un grupo de policías en 1977.

En su cruzada en Washington, insiste en que busca justicia para su hermano, su familia y ella misma, e intenta que su caso se convierta en una prueba de la discriminación y abuso de la que son víctimas los hispanos en Estados Unidos. EFE

frb/rm

EXHIBIT

**B**

# MICHAEL R. ARAMBULA, M.D., PHARM.D.

August 13, 2021

Andrew Sharenson, Esq.
Johnson Deluca Kurisky & Gould
4 Houston Center
Houston, Texas 77010                                    Re: Turner v. McCall-F

Dear Mr. Sharenson:

Pursuant to your request, I reviewed the following records that you sent to me relative the above case:

  1.    Medical records, Memorial Psychiatric Associates.

Based upon the foregoing information to date, I have the following opinions all to a reasonable degree of medical certainty:

  1.    Records show that Gloria Turner has a history of Schizoaffective Disorder which has been adequately managed by psychiatric treatment.
  2.    Records show that Gloria Turner was largely asymptomatic when she purchased a new automobile in May 2019.
  3.    Records do not substantiate that Gloria Turner was impaired by her mental illness and when she purchased her new automobile in May 2019.

## HISTORY

Ms. Trevino's earliest records (June 2007) indicated that she had a history of Schizoaffective Disorder and Post Traumatic Stress Disorder. Dr. Brown noted that she had last seen Ms. Trevino in 1992 and that Ms. Trevino had been receiving her care and treatment at the VA Hospital. She agreed to send correspondence in support of Ms. Trevino's effort to obtain 100% service-connected disability. Ms. Trevino returned to see Dr. Brown in July 2010, about her brother being imprisoned for life due to a child sex conviction; and she requested correspondence from Dr. Brown in support of her brother's legal petition. Ms. Trevino returned a year later with complaints that her VA physician harassed her when he discouraged her from pursuing her brother's case. Subsequent follow-up notes revealed that Ms. Trevino harbored suspicion about all VA employees who did not support her efforts, regarding her brother's appeal. When her brother's case was declined for review by the Appeals Court, Ms. Trevino claimed there was a racial conspiracy against her and her brother. Subsequent notes (2012-13) described Ms. Trevino's waxing and waning symptomatic, largely due to medication non-compliance. She was lost to follow-up for 4 years until she returned in October 2017. Then, Ms. Trevino reported that she had sued roofers for their work on her home. Dr. Brown recommended that Ms. Trevino increase the dosages of her medications, but subsequent notes revealed that she was not compliant with her doctor's treatment recommendations. When her lawyer subsequently settled her case, Ms. Trevino said (July 2018) she paid off some bills and was pressured into a new car lease which she regretted. She complained of anxiety and insomnia but said that she had been doing well before, without having any significant anxiety or depression or paranoia symptoms. Follow-up notes did not reveal any significant decline in her mental health. May 2019 records showed that Ms. Trevino

bought a new car but that she discovered 3 days later that the paperwork had been changed; and she retained a lawyer to reverse the deal. Dr. Brown noted that Ms. Trevino was stressed by the incident but that there wasn't any evidence of depression or psychotic symptoms. July notes showed that Ms. Trevino was still struggling with the transaction and complained that she was overly pressured into the purchase which was more than she could afford. Dr. Brown noted that was some depressed mood and that she was still not taking her medications; but was otherwise about the same as before. August notes indicated that Ms. Trevino had filed suit against the car dealership for deceptive trade, coercion, and mental anguish. Dr. Brown noted that she was anxious and angry remained vaguely paranoid; but that she had improved since resuming her medication. On follow-up visits (in September, October, December) Dr. Brown noted that Ms. Trevino ruminated about the car purchase but that there wasn't any evidence of psychosis. Ms. Trevino returned in February 2020, upset with the VA for not being supportive of her efforts to re-work the car purchase. Then, records did not show that Ms. Trevino exhibited / experienced any psychotic symptoms. Dr. Brown subsequently noted in May that Ms. Trevino was well-aware of her income and her expenses and that she was able to afford the new car, even though she was unhappy about the deal. Three days later, Ms. Trevino returned to see Dr. Brown for an urgent visit. Dr. Brown noted that she was very anxious about the details of her finances which they discussed during her last session. She similarly noted there was no indication that Ms. Trevino was unable to manage her expenses (re: her car) and that there wasn't any worsening in Ms. Trevino's mood or psychotic symptoms.

## DISCUSSION

Before I commence my discussion regarding the instant case, may I inform you that I have been actively involved in patient care since my internship and residency training commenced over 30 years ago. I am a physician and a pharmacist, Board Certified in both General Psychiatry and Forensic Psychiatry. During my career, I have evaluated and treated (probably) thousands of psychiatric patients in inpatient and outpatient settings, including patients (children and adults) who struggled with Schizoaffective Disorder and Post Traumatic Stress Disorder, and the adverse, psychosocial sequelae it had on them. I have held an Adjunct Faculty appointment in the Department of Psychiatry at The University of Texas Health Science Center at San Antonio since 1992. I am the current President of the Texas Society of Psychiatric Physicians and the immediate Past President of the Texas Medical Board. I attach my current Curriculum Vitae for your review.

Based upon the records that I reviewed, which spanned over a decade of Gloria Trevino's psychiatric follow-up, it is clinically apparent that Ms. Trevino has carried a long history of (having) Schizoaffective Disorder and Post-Traumatic Stress Disorder, which she has not been very treatment compliant with. Despite her treatment non-compliance, the records which I reviewed nevertheless showed that Ms. Trevino was reasonably stable and managed her own personal and financial interests.

Schizoaffective Disorder is typically a serious mental illness which shares symptoms of a schizophrenic mental illness and a manic-depressive mental illness. Perceptual disturbances are common in schizophrenic illnesses and any of the five senses can be affected when the illness emerges or becomes symptomatic. Typically, affected individuals experience auditory hallucinations (voices) or delusions (irrational beliefs) or ideas of reference (receiving special messages) or disturbances in their thought processes (slowed cognition, thought blocking, incoherence). May I interject that affected individuals are almost always able to describe a detailed account of their psychotic symptoms unless their psychotic illness interferes with thought organization and coherence. When delusions are present, they are false and bizarre / irrational beliefs (meaning they have no realistic basis) and fixed (meaning the details do not change over time). When affected individuals experience manic symptoms, they harbor excessive energy and speak rapidly and have little need for sleep, to name some examples; and the reverse can be said when affected individuals experience symptoms of depression.

Schizophrenic symptoms adversely affect an individual's interpersonal and social skills, but it is the departure from reality (psychotic symptoms) that can potentially undermine an individual's ability to understand the nature and effect of the acts in which he is engaged and the business that he is transacting. The existence of a Schizophrenic mental illness *per se* does not infer that an affected individual will automatically lack the capacity to distinguish right from wrong or know the nature and quality of a business transaction they participate in. Rather, the existence of a severe mental illness like Schizophrenia / Schizoaffective Disorder at the time of an incident in question, calls for a contemporaneous examination of how an individual's specific symptoms of psychosis affected their ability to understand the nature and effect of the acts in which they were engaged, and the business they were transacting.

Before Ms. Trevino purchased her new automobile in 2019, previous records showed that Ms. Trevino's mental health had been reasonably stable in 2018. There was no indication that her mental illness had deteriorated to the extent that she lacked the capacity to manage her own affairs. When Ms. Trevino saw Dr. Brown in May 2019, records showed that she had bought a new car and discovered 3 days later that the paperwork had been changed. Although Ms. Trevino's allegation that the paperwork had changed caught my eye, Dr. Brown noted that Ms. Trevino was stressed by the incident but that there wasn't any evidence of depression or psychotic symptoms in Dr. Brown's evaluation of her. Hence, Dr. Brown's progress note affirms that Ms. Trevino's mental state / ability to understand the nature and effect of purchasing a new automobile and the business that she transacted (re: doing the same), was not adversely affected by her mental illness. After all, records had already shown that Ms. Trevino had been managing her own affairs all this time and that she even had prior experience in leasing a new automobile the year before. Pursuing extra precaution, I took note of Ms. Trevino's subsequent psychiatric visits with Dr. Brown, to further assess whether any impending symptoms of psychosis which might have emerged after the purchase transaction. However, Dr. Brown did not observe any deterioration in Ms. Trevino's mental illness, and though she noted that Ms. Trevino ruminated about the car purchase, Dr. Brown documented there wasn't any evidence of psychosis in her follow-up visits with her. I took note that Ms. Trevino had complained of this conspiracy and that conspiracy against her in her records, but I also noted that the content / details of Ms. Trevino's allegations did not ever support the existence of a fixed delusional system which remained the same over time; and instead, that her conspiracy allegations seemingly emerged when she didn't get her way. Later, Dr. Brown even noted in May (2020) that Ms. Trevino was well-aware of her income and her expenses and that she was able to afford the new car, even though Ms. Trevino claimed that she could not afford it. Hence, contemporaneous clinical evidence surrounding Ms. Trevino's automobile purchase in May 2019, provides a firm basis for me to conclude that Ms. Trevino had the capacity to understand the nature and effect of purchasing a new automobile for herself, and that she had the capacity to understand the business of her transaction.

If I can assist you further, please give me a call.

Sincerely,

Michael R. Arambula, M.D., Pharm.D.

14800 SAN PEDRO, SUITE 110
SAN ANTONIO, TEXAS • 78232
210.490.9850 • ZAVDM@MSN.COM



EXHIBIT
A

# CURRICULUM VITAE

**Michael R. Arambula, M.D., Pharm.D.**
The Registry Building
14800 U.S. 281 North, Suite 110
San Antonio, Texas 78232
Telephone: (210) 490-9850
Email: zavdm@msn.com

## PRESENT OCCUPATION
Private Practice, General and Forensic Psychiatry, Clinical Pharmacology
Adjunct Associate Professor of Psychiatry, Department of Psychiatry, University of Texas School of
    Medicine, The University of Texas Health Science Center at San Antonio
President, Texas Society of Psychiatric Physicians

## TRAINING
**Fellowship**..........................Section on Psychiatry and Law
July 1991 to June 1992        Rush-Presbyterian-St. Luke's Medical Center
        Isaac Ray Center
            Mentally Disordered Offender Program
            Public Safety Evaluation Program
            Sexual Behaviors Clinic
        Cavanaugh and Associates
        Cook County Psychiatric Institute
        DePaul University College of Law
        Chicago, Illinois
**Residency**..........................Department of Psychiatry
July 1988 to June 1991        The University of Texas Health Science Center at San Antonio
        Medical Center Hospital
        Audie L. Murphy Veterans Administration Hospital
        Brady Green Mental Health Clinic
        Southwest Neuropsychiatric Institute
        Community Guidance Center
        San Antonio, Texas
**Internship**..........................Departments of Medicine and Psychiatry
July 1987 to June 1988        The University of Texas Health Science Center at San Antonio
        Medical Center Hospital
        Audie L. Murphy Veterans Administration Hospital
        Brady Green Neurology Clinic
        San Antonio, Texas

## EDUCATION
Jan. 2000 to May 2004............The University of Texas at Austin
        Doctor of Pharmacy
Aug. 1983 to May 1987............The University of Texas Health Science Center at San Antonio
        Doctor of Medicine
Jan. 1981 to Dec. 1982............The University of Texas at Arlington
        no degree sought
Aug. 1973 to Aug. 1976............The University of Texas at Austin
        Bachelor of Science in Pharmacy
Aug. 1971 to Aug. 1973............San Antonio College
        no degree sought

## PROFESSIONAL LICENSES
Dec. 1988 to Present..............Medical License #H4134
                                 Texas Medical Board
Mar. 1977 to Present..............Pharmacist License #22319
                                 Texas State Board of Pharmacy

## CERTIFICATIONS
Jan. 1993..........................Diplomate, General Psychiatry
                                 American Board of Psychiatry and Neurology
Dec. 1994..........................Diplomate, Forensic Psychiatry
                                 American Board of Psychiatry and Neurology

## AWARDS
Nov. 2015..........................Psychiatric Excellence
                                 Texas Society of Psychiatric Physicians

## HONORS
Mar 2020 to Mar 2021.............President
                                 Texas Society of Psychiatric Physicians
Nov. 2019 to Present..............Member
                                 Texas Prescription Monitoring Program Advisory Committee
                                 Texas State Board of Pharmacy
Dec. 2018 to Present...............Distinguished Life Fellow
                                 American Psychiatric Association
Jan. 2008 to Present..................Fellow
                                 Federation of State Medical Boards
                                 Co-Chair, Subcommittee on Relapse Management &
                                     Physical Impairment
                                 Member, Workgroup on Impaired Physicians
                                 Member, Workgroup on Telemedicine Consultations
                                 Member, Workgroup on State Medical Boards' Appropriate
                                     Regulation of Telemedicine
                                 Member, Workgroup on Board Education, Service and Training
July 2004 to Present.................Expert Panelist
                                 Texas Medical Board
May 2011 to Jun. 2017.....…........Member
                                 United States Medical Licensing Examination Step 3
                                     Standard Setting Panel
                                 National Board of Medical Examiners
Dec. 2006 to Jun. 2017...............Member and Gubernatorial Appointee
                                 Texas Medical Board
                                 President
                                 Vice-President
                                 Chair, Licensure Committee
                                 Chair, Committee on Physicians Appointed by 3rd Party
                                 Member, Executive Committee
                                 Member, Telemedicine Committee
                                 Member, Public Information / Profile Committee
                                 Member, Committee on Advertising Board Certification
                                 Member, Committee on Complimentary & Alternative Medicine
Aug. 2010 to Oct 2016...............Advisory Board Member
                                 Health Law & Policy Institute
                                 The University of Houston Law Center
Oct. 2001 to Jun. 2014..............Member
                                 Task Force to Revise the Ethics Annotations
                                 American Psychiatric Association

**HONORS, continued**

Oct. 2005 to Nov. 2011...........Associate Editor
Journal of The American Academy of Psychiatry and Law

July 2005 to Nov. 2006...........Member and Gubernatorial Appointee
Texas Department of Criminal Justice Correctional Office on
Offenders with Medical and Mental Impairments
Member, Committee on Planning and Research
Member, Subcommittee on Pre-Trial / Jail Diversion
Member, Subcommittee on NGRI Requirements

Dec. 1995 to Dec. 2003...........Member
Medical Advisory Committee
Texas Department of Mental Health Mental Retardation

May 1998 to May 2001...........Member
Ethics Appeal Board
American Psychiatric Association

Nov. 1994 to May 2000...........Member and Gubernatorial Appointee
Texas Council on Offenders with Mental Impairments
Vice-Chairman, Committee on Planning and Research
Member, Executive Committee
Member, Subcommittee on Jail Screening Standards
Member, Subcommittee on Competency to Stand Trial
Member, Subcommittee on Continuity of Care (Medication)

Nov. 1993 to May 1997...........Member
Task Force on Advanced Directives for Mental Health Treatment
Prescription Medication Advisory Task Force
Texas Department of Mental Health Mental Retardation

Apr. 1991 to Nov. 1992...........Ginsburg Fellow
Committee on Government Policy
Group for the Advancement of Psychiatry

July 1989 to June 1990...........Chief Resident
Department of Psychiatry
The University of Texas Health Science Center at San Antonio

**TEACHING EXPERIENCE**

July 1992 to Present................**Forensic Psychiatry Seminar Program**
General Psychiatry Residency Seminar Program
Department of Psychiatry
The University of Texas Health Science Center at San Antonio
San Antonio, Texas

July 2005 to May 2011.............**Forensic Psychiatry Fellowship Program**
**Past Interim Director**
Department of Psychiatry
The University of Texas Health Science at San Antonio
San Antonio, Texas

May 1989 to May 1990...........**Clinical Psychiatry**
Junior Clerkship Seminar Series
Department of Psychiatry
The University of Texas Health Science Center at San Antonio
San Antonio, Texas

**Forensic Psychiatry Fellowship** teaching responsibilities covered a broad range of topics on Attachment, Child Abuse, Parental Fitness, Domestic Violence, Parricide, Filicide, Battered Woman Syndrome, Battered Child Syndrome, Delinquency, Juvenile Waiver, Criminal Responsibility, Criminal Competencies, Sentencing, Dangerousness, Sexual Deviance, Civil Commitment, Civil Competencies, Testamentary Capacity, Guardianship, Negligence, Medical Malpractice, Pharmacology, Mental Injury, Neuropsychiatry, Sexual Harassment, Discrimination, Workplace Injury, Fitness for Duty, and others.

## PREVIOUS EMPLOYMENT

Oct. 1994 to May 1996.............Chief Forensic Psychiatrist
Special Needs Offender Program
The Center for Health Care Services
San Antonio, Texas

Apr. 1995 to Dec. 1995...........Consultant, Risk Management Program
Texas Medical Association and Texas Medical Liability Trust,
Austin, Texas

July 1994 to Aug. 1995...........Consultant, Psychiatry Services
Federal Correctional Institute
Three Rivers, Texas

July 1989 to June 1991.............Forensic Psychiatry Services
Bexar County Detention Center
San Antonio, Texas

Nov. 1988 to June 1991............Psychiatric Emergency Services
Travis County Department of Mental Health Mental Retardation
Austin, Texas

Sept. 1988 to Aug. 1989............Outpatient Clinic, Chronic Mentally Ill
Bexar County Department of Mental Health Mental Retardation
San Antonio, Texas

1983 to 1988.........................Relief Pharmacist
H.E.B. Food Stores, Revco Drug Stores, Kroger Stores,
San Antonio, Texas

1977 to 1983.........................Staff Pharmacist, Pharmacy Manager, Store Manager
Safeway Stores, K-Mart Stores, Target Stores, Revco Drug Stores

## PROFESSIONAL ORGANIZATIONS / CIVIC ACTIVITIES

Advocacy Incorporated
    Past Member, Mental Illness Protection and Advocacy Advisory Council
American Medical Association
American Psychiatric Association
    TSPP Representative, American Psychiatric Association Assembly
    Past Member, Ethics Appeal Board
    Past Consultant, Council on Psychiatric Services
    Past Member, Task Force to Revise the Ethics Annotations
American Academy of Psychiatry and the Law
    Past Associate Editor, Journal of The American Academy of Psychiatry and Law
    Past Member, Committee on Psychopharmacology
American Society of Law, Medicine, and Ethics
American Society of Clinical Pharmacology
Behavioral Science and the Law (Journal)
    Guest Associate Editor
Bexar County Medical Society
Bexar County Psychiatric Society
    Member & Past President
Federation of State Medical Boards
    Member, Board Education, Service and Training Workgroup
    Past Member, Impaired Physicians Workgroup
    Past Co-Chair, Subcommittee on Relapse Management and Physician Impairment
    Past Member, State Medical Boards' Appropriate Regulation of Telemedicine Workgroup
Federation of Texas Psychiatry
    Vice Chairman for Education
Health Law & Policy Institute, University of Houston College of Law
    Past Member, Advisory Board

**PROFESSIONAL ORGANIZATIONS / CIVIC ACTIVITIES, continued**

National Hispanic Medical Society
St. George Episcopal School
       Past President, Board of Directors
Texas Academy of Psychiatry
       Secretary-Treasurer
       President-Elect (2022-2023)
Texas Medical Association
       Past Member, Committee on Professional Liability
Texas Society of Psychiatric Physicians
       President (2021-2022)
       Member, Executive Committee
       Member & Past Chairman, Finance Committee
       Member & Past Chairman, Committee on Ethics
       Member & Past Chairman, Committee on Forensic Psychiatry
       Member, Committee on Distinguished Fellowship
       Member, Committee on Government Affairs
       Member, Committee on Professional Standards
       Past Chairman, Committee on Physician Advocacy
United Way of San Antonio and Bexar County
       Member, Board of Trustees
       Member, Executive Committee

**PRESENTATIONS**

**Introduction to Forensic Psychiatry,** Psi Chi International Honor Society in Psychology, Auburn University, January 26, 2021.

**The Insanity Defense,** Psychology Residency Education Program, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, March 31, 2020.

**Physician Health & Impairment,** Mind, Brain Behavior Course, 2nd Year Medical Student Curriculum, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, August 22, 2019, August 23, 2018, August 24, 2017, August 25, 2016, August 20, 2015 and August 21, 2014.

**Decision Making Capacity in the Seriously Mentally Ill,** Texas Society of Psychiatric Physicians Spring Meeting, Austin, Texas, April 27, 2019.

**The Expansion of Psychiatric Care: Ethical & Clinical Considerations,** Austin Psychiatric Society, Austin, Texas, March 22, 2017.

**Physician Health & Wellness,** Forum Panelist, Texas Medical Association Committee on Physician Health & Wellness and Texas Physician Health Program, Texas Medical Association Fall Conference, Lost Pines, Texas, September 25, 2015.

**Psychiatry: Ethics and Forensics,** Biomedical Engineering Course, Cockrell School of Engineering, The University of Texas at Austin, Austin, Texas, April 3, 2014.

**The Texas Medical Board and Residency Education,** Post-Graduate Residency / Fellowship Orientation, The University of Texas Health Science at San Antonio, San Antonio, Texas, June 23, 2012, June 21, 2011, June 22, 2010, June 23, 2009 and July 24, 2008.

**Analyzing Mental Health Aspects of Chronic Pain and Legal and Ethical Issues of Prescription Drug Abuse,** Association of Administrative Law Judges 20th Annual Educational Conference, Chronic Pain – Causes, Treatments and Vocational Implications, San Antonio, Texas October 6, 2011.

**Providing Guidance and Counsel to Emotionally Depressed Clients,** Annual Consumer Bankruptcy Practice Conference, The University of Texas School of Law, Galveston, Texas, August 12, 2011 and August 13, 2010.

**WYSIWYG and Then Some: Personalities Under Duress,** Bexar County Family Law Association, San Antonio, Texas, April 5, 2011.

**Medication Management: An Ethical Perspective,** Wednesdays at Sheppard Pratt Grand Rounds Lecture Series, The Conference Center at Sheppard Pratt, Sheppard Pratt Health System, Baltimore, Maryland, February 23, 2011.

**PRESENTATIONS, continued**

**Ethics Topic: Informed Consent in Psychiatry, Focus on Medication Management,** 54th Annual Convention and Scientific Program, Texas Society of Psychiatric Physicians, San Antonio, Texas, November 14, 2010.

**Forensic Psychiatry,** Psychiatry and Law Course, William Winslade, J.D., Ph.D., Institute on Health Law & Policy, University of Houston College of Law, Houston, Texas, July 15, 2010, August 7, 2007 and July 19, 2006.

**The Texas Medical Board's View of Medical Resident Education,** 2008 San Antonio Uniformed Services Health Education Consortium, Wilford Hall Medical Center, San Antonio, Texas, September, 18, 2008.

**Professionalism,** Residency Education Program, Department of Psychiatry, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, July 29, 2008.

**The Ethical Parameters for the Practice of Psychiatry in Texas,** 51st Annual Convention & Scientific Program, Texas Society of Psychiatric Physicians, Houston, Texas, November 4, 2007.

**Return to Work Monitoring for Mental Health Disorders,** Physician Health Program and State Medical Board Relationships: Keeping Patients Safe, Texas Medical Association, Dallas, Texas, September 29, 2007.

**The Bioethics of Treating Schizophrenia,** 158th Annual Meeting & Convention, American Psychiatric Association, Atlanta, Georgia, May 23, 2005.

**Noms de Plume,** Texas Association of Family Practice, Annual Conference, Tyler, Texas, May 18, 2005; Corpus Christi, Texas, July 8, 2005; Austin, Texas, March 7, March 21, March 28, and June 16, 2005; San Antonio, Texas, April 5, 2005.

**The Physician Patient Relationship,** Texas Association of Family Practice, Cardiovascular Risk Conference, Austin, Texas, April 3, 2004; Pain Management Conference, Austin, Texas, March 27, 2004; Travis County Psychiatric Society Conference, Austin, Texas March 10, 2004.

**The Insanity Defense: A Mock Trial,** Competency to Stand Trial Conference, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, November 22, 2003.

**Revision of the APA Ethics Annotations: Fostering Dialogue,** 156th Annual Meeting & Convention, The American Psychiatric Association, San Francisco, California, May 10, 2003.

**Psychiatric Malpractice: A Mock Trial,** TexMed 2002, Texas Medical Association Annual Scientific Program, Dallas, Texas, April 19, 2002.

**Workplace Violence Assessment,** Third Annual Conference of Employee Assistance Professionals Association, San Antonio, October 19, 2001.

**Sex Lies and Autotapes: Forensic Lessons for the 50 Minute Hour,** Bexar County Psychiatric Society, San Antonio, Texas, January 17, 2001.

**Autonomy and Air Tight Compartments,** Alzheimer's Association Annual Conference, San Antonio, Texas, November 8, 2000.

**Stress and Morbidity in the Workplace,** State and Federal Personnel Laws in Texas Seminar, San Antonio, Texas, October 27, 2000.

**After All These Years: Risk Factors From The Texas Jail Suicide Project,** Special Lecture I, The Institute Psychiatric Services Annual Convention, American Psychiatric Association, Philadelphia, Pennsylvania, October 8, 2000.

**Liability and Drug Interactions,** McAllen, Texas, August 17, 2000; Val Verde County Medical Society Meeting, Del Rio, Texas, December 16, 1999; San Antonio, Texas, August 10 and May 5, 1999; Austin, Texas July 13, 1999; South Padre Island, Texas, April 30, 1999; Texas Academy of Family Physicians, McAllen, Texas, February 2, 1999.

**Mental Health Law,** College of Medicine, The University of Texas Health Science Center at San Antonio, San Antonio, Texas, June 30, 2000.

**Emerging Trends in General and Forensic Psychiatry,** Bexar County Psychiatric Society, San Antonio, Texas, January 18, 2000.

**Medication Liability Issues Regarding Depression,** Columbia Hospital Department of Family Practice, Corpus Christi, Texas, December 9, 1999; McAllen, Texas, December 10, 1999; Coastal Bend MHMR, McAllen, Texas, September 2, 1999; Austin, Texas, July 13, 1999; Texas Academy of Family Physicians, Austin, Texas, January 30, 1999.

**Texas' Jail Suicides Project: New Risk Factors?** National Conference on Correctional Health Care, Fort Lauderdale, Florida, November 9, 1999.

**PRESENTATIONS, continued**

Prior to November 1999, presentations on **Ethics, Confidentiality, Right to Refuse Treatment, Physician Assisted Suicide, Risk Management, Medication Errors, Malpractice Risk, Medication Liability, Sexual Harassment, Workplace Violence, Violence in the Clinical Setting, Juvenile Violence, Domestic Violence, Rape Trauma Syndrome, Psychic Trauma, Paraphilic Disorders, Sex Offender Recidivism, Involuntary Hospitalization, Competence to Stand Trial, Criminal Responsibility, Dangerousness, Correctional Psychiatry, Executive Dysfunction, Neuropsychiatry and Law, and Forensic Psychiatric Evaluations.**

**PUBLICATIONS**

**Understanding Medical Licensure,** Board Education, Service and Training (BEST) Workgroup, Federation of State Medical Boards, FSMB Website, January 2020.

**Introduction to Medical Regulation,** Board Education, Service and Training (BEST) Workgroup, Federation of State Medical Boards, FSMB Website, October 2019.

**A View From Inside The Texas Medical Board,** Arambula M, San Antonio Medicine, Bexar County Medical Society, Vol. 67, No. 8, pp 16-17, August 2014.

**Model Policy for the Appropriate Use of Telemedicine Technologies in the Practice of Medicine,** Federation of State Medical Boards' Appropriate Regulation of Telemedicine (SMART) Workgroup, Federation of State Medical Boards, April 2014.

**Policy on Physician Impairment from the Federation of State Medical Boards of the United States, Inc.,** Federation of State Medical Boards' Physicians with Impairing Illness Workgroup, Journal of Medical Regulation, Vol. 97, No. 2, pp. 10-28, 2011.

**The Principles of Medical Ethics with Annotations Especially Applicable to Psychiatry,** Roberts LW et al, American Psychiatric Press, in progress.

**The Doc in the Hat, A Day in the Life of an Academic Psychiatrist,** Arambula M, Academic Psychiatry, Vol. 27, No. 3, Fall 2003, pp. 190-191.

**Myths on the Insanity Defense: A Dialogue,** Sparks J and Arambula M, Vol. , No. , pp. , 1998.

**What and How Psychiatry Residents at Ten Training Programs Wish to Learn About Ethics,** Roberts LW, et al, Academic Psychiatry, Vol. 20, No. 3, pp. 131-43, 1996.

**The Making of a Criminal: Nature or Nurture,** Arambula M, San Antonio Medical Gazette, November 10, 1995.

**The Gray World of Subpoenas,** Arambula M, Texas Society of Psychiatric Physicians Newsletter, October - November 1994.

**Chemical Competency,** Arambula M, Texas Society of Psychiatric Physicians Newsletter, October - November 1993.

**Forced Into Treatment: The Role of Coercion in Clinical Practice,** Committee on Government Policy, Group for the Advancement of Psychiatry, American Psychiatric Press, Inc., 1993.

**Sexual Harassment: Identifying and Managing the Perpetrator,** Hardy DH and Arambula M, Chicago Medicine, Vol. 95, No.15, pp. 22-25, 1992.

## FORM FOR APPEARANCE OF COUNSEL

*Only attorneys admitted to the Bar of this Court may sign this form and practice before the Court. Each attorney representing the interests of a party must complete a separate form.* (*COMPLETE ENTIRE FORM*).

NO. **11-10547**

Gloria Trevino Turner as next friend of Robert Rodriguez Trevino, plaintiff/appellant          vs.   Rick Thaler, Director, Texas Department of Criminal Justice, defendant appellee
_____(Plaintiff)_____                                        _____(Defendant)_____

The Clerk will enter my appearance as Counsel for:

Gloria Trevino Turner as next friend of Robert Rodriguez Trevino, plaintiff/appellant
(Please list names of all parties represented)

**who IN THIS COURT is (use mouse to select one)**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☒ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

I certify that I am a member of the Bar of the Fifth Circuit Court of Appeals, or am applying by completing an admission form..

/s/ John E. Richards                                                  john.richards@richardsvaldez.com
_____(Signature)_____                    _____(E-Mail Address)_____

John E. Richards                                                       XXX-XX- 1546
_____(Type or print name)_____           (Social Security Number-Last 4 Digits)

                                                                      Texas 16848900
_____(Title, If Any)_____                 _____(Resident State/Bar No.)_____

Richards & Valdez                                     Date of Birth 6-15-44                  Sex: ☒ M ☐ F
_____(Firm or Organization)_____

Street Address 6060 North Central Expressway                              Suite 560

City & State Dallas, Texas          Zip 75206   Tel. w/AC (214) 455-4690   Fax w/AC (866) 823-2719

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel to whom the court will give notification, with the understanding that the lead counsel will notify all other related counsel. If lead counsel has not signed above, lead counsel *must* complete his or her own form for appearance of counsel. The person to be notified in this case is:

Name of Lead Counsel (Type or Print) _____

A.  Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B.  Inquiry of Counsel
   To your knowledge:

   (1)  Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?

                          Yes ☐          No ☒

   (2)  Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

                          Yes ☐          No ☒

   (3)  Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

                          Yes ☐          No ☒

   (4)  Does this case qualify for calendaring priority under 5TH CIR. R. 47.7? If so, cite type of case:

If answer to (1), or (2), or (3), is yes, please give detailed information.

Number and Style of Related Case

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

NOTE:  Attach sheet to give further details.

DKT-5A(11/01)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT
## GALVESTON DIVISION

| | | |
|---|---|---|
| TREVIÑO RODRIGUEZ | § | |
| TREVIÑO, TDCJ #00729766 | § | |
|    Petitioner | § | |
| | § | |
| v. | § | **3:19-CV-324** |
| | § | |
| LORIE DAVIS | § | |
|    Respondent | § | |

## PETITIONER'S UNOPPOSED EMERGENCY MOTION TO EXPEDITE FINAL RESOLUTION OF WRIT OF HABEAS CORPUS

Petitioner Robert Rodriquez Treviño, TDCJ #00726799 files his Unopposed Emergency Motion to Expedite Final Resolution Writ of Habeas Corpus pursuant to Local Rule 7.2. This Motion is unopposed by Respondent.[1] With respect to this Motion, Petitioner does not read the Rules Governing Section 2254 And 2255 Cases to apply to this Motion for Emergency Relief. The types of motions contemplated by those rules relate to the Petition for A Writ of Habeas Corpus Under 28 U.S.C. § 2241 For Robert Rodriguez Treviño, TDCJ #729766 already on file before this Court.  This motion however  relates to emergency conditions concerning the physical health of

---

[1] The email reply from Respondent's attorney stating his position with respect to the fact that Respondent does not opposed this Emergency Motion to Expedite as well as laying out the specific limitations of Respondent's position is attached as exhibit 1.

**PETITIONER'S UNOPPOSED EMERGENCY MOTION TO EXPEDITE WRIT OF HABEAS CORPUS Page 1**

Petitioner imposed by the reaction of the Texas Department of Criminal Justice (TDCJ) to the Covid 19 crisis, which argue for emergency action for resolution of his Petition, as will be explained below.

The grounds for this Motion are as follows:

1.  Petitioner filed his Petition for A Writ of Habeas Corpus Under 28 U.S.C. § 2241 For Robert Rodriguez Treviño, TDCJ #729766, Docket # 1. (the Petition)

2.  This Court entered its Order to Answer on September 30, 2019, Docket # 2.

3.  In response to that Order, Respondent filed her Motion for Summary Judgment on January 21, 2020, Docket # 10.

4.  Petitioner filed his Response to Respondent's Motion on March 1, 2020.[2] Docket # 14.

5.  Respondent's Motion for Summary Judgment, as of the date of this filing, is still pending before this Court.

6.  As this Court is aware, since these January, the Covid 19 virus has interrupted most activities withing the legal community. Not only has it

---

[2] There were other filings during this period; however, those are not relevant to this Motion and thus are not mentioned.

**PETITIONER'S UNOPPOSED EMERGENCY MOTION TO EXPEDITE WRIT OF HABEAS CORPUS Page 2**

affected all Courts in very significant ways, it has also affected the Texas Department of Criminal Justice (TDCJ), including the Carole Young Medical Unit ("Carole Young") in Dickinson Texas where Respondent was housed at the time of the filing of the Petition.[3] This was the case until a few weeks ago, the circumstances of which will be detailed below.

7.    As set forth in the Petition, Carole Young is a medical facility of TDCJ which provides specialized medical care for Petitioner.[4] As set forth in the Petition, the medical condition of Petitioner is grave. Without going into detail, which is found in plentitude in the Petition, He had mental illness since before his incarceration and had the organic brain damage then also, probably as a result of severe injuries and head wound, he suffered in Vietnam and which have qualified him for 100% medical disability that he has with the Veterans Administration (VA). His physical handicap has developed during his time of incarceration to the point where he cannot walk or stand, has very limited mobility with his hands and is confined either to his bed or to a geriatric wheelchair which he cannot self-propel himself with or in bed. He cannot even bathe by himself and must be put in a lift and bathed by an

---

[3] Petition, ¶ 75
[4] The Petition, ¶ 5

**PETITIONER'S UNOPPOSED EMERGENCY MOTION TO EXPEDITE WRIT OF HABEAS CORPUS Page 3**

attendant.[5] His physical health involves more than just total immobility. He has seizures, a heart attack and other compromises of his immune system.[6] In support of his Petition, Petitioner has submitted, as Exhibit 2 to the Petition over 7000 pages of medical records.

8.    TDCJ has been hard-hit with Covid 19. According to its records, today it has had 15,380 cases and at least 107 deaths, with 32 more pending cause.[7] Carole Young has had 38 offender cases and 18 employee cases.[8]

9.    As a result of this situation, Carole  Young has been shut down to visitors for over two months. It has been impossible for the undersigned to visit him or for any person to visit him.

10.    Last week, Gloria Treviño, who has Petitioner's Power of Attorney, and who has been prosecuting this case received word that Petitioner tested positive for Covid 19 and was sent to the UTMB John Sealy Galveston Hospital and placed in the intensive care.[9] In addition, he has a intestinal blockage that needs surgery. The hospital told her they were giving him

---

[5] The Petition, ¶ 49.

[6] Petition, ¶ 83

[7] TDCJ web page at
https://txdps.maps.arcgis.com/apps/opsdashboard/index.html#/dce4d7da662945178ad5fb
f3981fa35c

[8] Id.

[9] This hospital is set up for TDJC inmates with serious medical conditions.

**PETITIONER'S UNOPPOSED EMERGENCY MOTION TO EXPEDITE WRIT OF HABEAS CORPUS Page 4**

antibiotics because of some leaking of his intestines. They do want to do surgery on his bowel and told her it's like a balloon and they inserted a bag on him, but they are having an in issue with him giving permission for the surgery because of last years bowel surgery. As set forth in multiple places in the Petition, Petitioner has difficulty in rational thinking[10] so this is not surprising.

11.    Petitioner is at high risk of death or severe medical damage because of Covid 19, regardless of whether he is at Carole Young or UTMB John Sealy Galveston Hospital.

12.    In his Petition for Writ, Petitioner is requesting Medically Recommended Intensive Supervision ("MRIS') under the requirements of TEX. GOV. CODE §508.146 and TDCJ Policy Manual A-08.6. The Petition and its exhibits provide extensive grounds for this relief. However, because of the Covid 19 situation, Petitioner believes that this this Motion for Expedited Relief and action on his application for a Writ is justified.

WHEREFORE, Petitioner prays that this Motion be granted and this Court expedite the final resolution of Petitioner's Petition for A Writ Of

---

[10] See Petition, ¶¶ 79-85

PETITIONER'S UNOPPOSED EMERGENCY MOTION TO EXPEDITE WRIT OF HABEAS CORPUS Page 5

Habeas Corpus Under 28 U.S.C. § 2241 For Robert Rodriguez Treviño, TDCJ

#729766.

Respectfully Submitted

/s/ John E. Richards

_____

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 N. Central Expy., Ste. 500
Dallas, TX 75206
214-455-4690 (direct dial)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PETITIONER
Treviño Rodriguez Treviño

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has conferred by email with Joseph P. Corcoran, lead attorney for Respondent on this Emergency Motion to Expedite Writ of Habeas Corpus and Mr. Corcoran has represented that Respondent does not oppose this Motion to Expedite final resolution of Petitioner's federal habeas petition.[11]

/s/ John E. Richards

_____

John E. Richards

---

[11] See Exhibit 1

## CERTIFICATE OF SERVICE

The undersigned certifies that he has forwarded a copy of this pleading to counsel for Respondent via email on July 31, 2020 at Joseph.Corcoran@oag.Texas.gov to:

Joseph P. Corcoran
Assistant Attorney General Supervising Attorney
Non-Capital Appeals Criminal Appeals Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711


/s/ John E. Richards

_____

John E. Richards

 **AVVO** (/)

# Avvo Q&A :
Real questions about military law from people like you. Real answers from licensed attorneys.

Legal Advice (/free-legal-advice)    Military law (/topics/military-law)    Advice (/topics/military-law/advice)    Can I sue the Disabled American Veterans for no...

Q&A
Asked in Vacaville, CA Mar 13, 2021

(/saved_content/toggle_save_question?question_id=5153997)

# Can I sue the Disabled American Veterans for not working on my disability claim as a representative?

I have given the DAV the documents to represent me, to petition the VA for a service connected disability. They began representation in June of 2018 and I submitted medical documentation to them for my claim. I had no progress with them and had to call a higher official, just to get them to respond to me. I then finally got a response and submitted the documentation again and after sporadic emails, I have still not received a response from either the VA or my DAV service officer.

My claim should have been approved in 2018 and I have lost disability payments that I am entitled to.

I have researched the DAV office that services my area and there are many complaints of little or no assistance from them and that the service officers are too close with their VA counterparts and act like they work for the VA instead.

I have lost thousands of dollars of potential disability benefits because of their misrepresentation and I want to know if I have any legal actions that I can take to recoup those losses?

Less ^

Military law (/topics/military-law)

database, as well as the no fly list and the selectee list, which triggers enhanced screening at airports and border crossings. The new guidelines allow individuals to be designated as representatives of terror organizations without any evidence they are actually connected to such organizations, and it gives a single White House official the unilateral authority to place entire "categories" of people the government is tracking onto the no fly and selectee lists. It broadens the authority of government officials to "nominate" people to the watchlists based on what is vaguely described as "fragmentary information." It also allows for dead people to be watchlisted.

Over the years, the Obama and Bush Administrations have fiercely resisted disclosing the criteria for placing names on the databases – though the guidelines are officially labeled as unclassified. In May, Attorney General Eric Holder even invoked the state secrets privilege to prevent watchlisting guidelines from being disclosed in litigation launched by an American who was on the no fly list. In an affidavit, Holder called them a "clear roadmap" to the government's terrorist-tracking apparatus, adding: "The Watchlisting Guidance, although unclassified, contains national security information that, if disclosed … could cause significant harm to national security."

In analyzing a veteran's claims for subject-matter-jurisdiction purposes, courts will "examine the substance of [the] allegations, rather than the plaintiff's labels," to determine whether the veteran is in substance challenging an underlying benefits determination, *Weaver,* 98 F.3d at 520. In this case, Weathermon ultimately complains about a disability determination made by the Board of Veterans' Appeals. That the cause for the allegedly faulty determination is questionable whether it be the DAV representative's error, the hearing officer's failure to consider relevant evidence, or the failure of the Board of Veterans' Appeals to award benefits for the proper length of time does not change the nature of Weathermon's basic and essential request for additional benefit payments. Therefore, to the extent Weathermon's claim challenges an underlying benefits determination, this court lacks subject matter jurisdiction over Weathermon's claims.

*Conclusion*

Because plaintiff Weathermon has failed to make allegations that would confer either diversity or subject-matter jurisdiction upon this court over Weathermon's claims, I shall grant the DAV's motion to dismiss (filing 7).

IT IS ORDERED:

1. The defendant's motion to dismiss (filing 7) pursuant to Fed.R.Civ.P. 12(b) (1) and *943 12(h) (3) is granted, and this case is dismissed; and

2. Judgment shall be entered by separate document.

**JUDGMENT**

Pursuant to the previous memorandum and order filed this date, Plaintiff's complaint and amended complaint are dismissed for lack of subject matter jurisdiction.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

courts `shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was **\*942** incorporated by or under an Act of Congress, unless the United States is the owner of more than one-half of its capital stock.'" *Id.* (quoting 28 U.S.C. § 1349). The court concluded that it lacked subject matter jurisdiction over the case "[s]ince the United States does not own more than one-half the capital stock of ... DAV." *Id. See also Rice,* 295 F. Supp. at 132 (the fact that the DAV is federally chartered by an act of Congress does not create federal question jurisdiction, citing 28 U.S.C. § 1349 and stating that the United States does not own more than one-half the capital stock of the DAV).

Second, with its passage of the Veterans' Judicial Review Act (VJRA) in 1988, Congress made evident its intent to preclude federal district courts from reviewing benefits determinations. The Act created an "exclusive review procedure" by which veterans may resolve their disputes with the Department of Veterans Affairs. *Zuspann v. Brown,* 60 F.3d 1156, 1158 (5th Cir. 1995), *cert. denied,* 516 U.S. 1111, 116 S. Ct. 909, 133 L. Ed. 2d 841 (1996). This "exclusive" process includes review by the Secretary of Veterans Affairs, the Board of Veterans' Appeals, the Court of Veterans Appeals, and the United States Court of Appeals for the Federal Circuit. *Id.* (describing review procedure); *Lucarelli v. Brown,* 1997 WL 68272, at \*1 (D.C.Cir.1997) (to the extent veteran sought review of action or decision by the VA or Board of Veterans' Appeals regarding veteran's disability rating or claim for benefits, federal district court lacked jurisdiction because the Court of Veterans Appeals and United States Court of Appeals for the Federal Circuit were the appropriate forums for appeal); *Hicks v. Veterans Administration,* 961 F.2d 1367, 1369-70 (8th Cir.1992) (VJRA provides a specific appellate review mechanism for all claims necessary to a decision which affects benefits; description of review process).

Courts have decided that the following claims asserted by veterans were not within the jurisdiction of federal district courts: a challenge to the constitutionality of procedures used by a regional VA office and the Board of Veterans' Appeals to adjudicate benefit claims, *Beamon v. Brown,* 125 F.3d 965, 974 (6th Cir.1997); a challenge to a regulation promulgated by the Secretary of Veterans Affairs, *Hall v. United States Dep't Veterans' Affairs,* 85 F.3d 532, 534-35 (11th Cir.1996); a claim that VA employees conspired with members of the military to conceal or lose a veteran's medical records in an attempt to prevent him from receiving military disability compensation, *Weaver v. United States,* 98 F.3d 518, 520 (10th Cir.1996); a claim that VA officials provided inadequate medical care, thereby violating the Constitution and the Rehabilitation Act of 1972, *Zuspann,* 60 F.3d at 1159-60; and a claim that the VA reduced a veteran's disability benefits because the veteran exercised his First Amendment rights, *Hicks,* 961 F.2d at 1370.

# GLORIA TREVINO
**12526 Olympia Drive – Houston, Texas  77077**
**(713)309-5962, Email Address, vip4justice@gmail.com**

## URGENT! - IMMEDIATE ASSISTANCE REQUIRED – URGENT!
### SECOND REQUEST FOR URGENT ASSISTANCE

<u>Mailed FedEx Overnight Delivery</u>                                              June 21, 2022

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF INSPECTOR GENERAL,**
**HONORABLE MICHAEL E. HOROWITZ**
**950 Pennsylvania Avenue, NW.**
**Washington, dc 20530-0001**

## ABOVE THE LAW!

**Re:  SEE ATTACHED GRIEVANCE AGAINST NOEL PORTNOY/JOHN RICHARDS TO STATE BAR OF TEXAS, CDC**

**RE:  ROBERT TREVINO"S REQUEST TO INSPECTOR GENERAL OF USDOJ FOR IMMEDIATE ASSISTANCE IN DISENTANGLING HIM FROM THIS EGREGIOUS RAILROAD OF HYPOCRISY AND INJUSTICE AND SYSTEMATIC INJUSTICE**

**Greetings,**

Attached is Robert Trevino's statement, with attachments, in support of request for immediate assistance.  The USDOJ has repeatedly denied us the equal protection and civil and human rights that we are legally and morally entitled to as guaranteed under the US Constitution.  As a result, the officials have been incited and emboldened resulting in the malicious persecution and unlawful life-imprisonment of Robert and subsequent depraved heart murder of my other brother, Juan, that had been previously viciously pistol whipped and hospitalized.  We want these out of control rogue racist government officials and others bought to justice and help disentangle Robert from the egregious railroad of hypocrisy and injustice before he suffers any further irreparable harm and injury to his already vulnerable life-threatening medical condition.

As previously reported in my May 13, 2022 letter and previous correspondence since 1995, Robert is my brother and is a totally and permanently disabled honorably discharged veteran of the United States Armed Forces and American war Hero.  He is an invalid and remains in unlawful imprisonment,. During the sham trial by rage, I was not allowed to testify on his behalf about the atrocities against my family by the Waxahachie officials, including Rodney King Style police brutality attacks on Juan and subsequent depraved heart murdered of him while held in their jail without bond on trumped-up charges, maliciously illegally denied emergency medical treatment resulting in Juan's unnecessary senseless death and demise and cover-up/whitewash..

The USA is suppose to be the most civilized society in the World. Everybody is entitled to equal protection, a fair and impartial trial and civil and human rights guaranteed under our Constitution of the

1

United States of America and our Bill of Rights.  However, these corrupt Government officials armed with the unlawful and immoral qualified immunity doctrine, in collusion with others, are turning our Country into a third World Country to maintain tyrannical control  and reign of terror and are taking the more vulnerable citizens in our society back to the stone ages, such as in Trevino case and others similarly situated, and are guilty of treason and other high crimes and misdemeanors and should be immediately held accountable for their heinous crimes against humanity.

## NO ONE IS SUPPOSE TO BE ABOVE THE LAW IN THE USA!

**We pray you will immediately come to Robert and our aid and protection.**

Your immediate assistance in this most serious matter is required and appreciated..

Respectfully submitted,

Gloria Trevino.
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962

Attachments;
REFER TO; Statement of Robert Trevino w/attachments about 117 pages.
SECOND ATTACHMENTS, about 8 p.

2

5/2/22, 9:26 PM                                    Gmail - ACTUAL INNOCENCE DEFENSE

 Gmail                                       Gloria Trevino <vip4justice@gmail.com>

## ACTUAL INNOCENCE DEFENSE
2 messages

**Gloria Trevino** <vip4justice@gmail.com>                              Mon, May 2, 2022 at 7:15 PM
To: decker.kurby6655@gmail.com, ocrcomplaint@hhs.gov, CDCInfo <cdcinfo@texasbar.com>, reportcorruption@pogo.org,
USDOJ <askdoj@usdoj.gov>, information@scjc.texas.gov, usatxs.atty@usdoj.gov, usatxs-publicinquiry@usa.doj.gov,
news@takeaction.hrw.org, info@innocencetexas.org, aamartinez@elpasotimes.com, jmccullough@texastribune.org,
"dolores.helms" <dolores.helms@yahoo.com>, Rick Trevino <rickchristiannlisa@gmail.com>, Gloria Trevino
<vip4justice@gmail.com>, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, sunset@sunset.texas.gov

VIA FEDEX, MAY 2, 2022
INNOCENCE PROJECT OF TEXAS
C/O MR. RYAN HAMILTON, PROJECT DIRECTOR, ET AL.

RE;  EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST DEGREE

SUBJ;  CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND        AMERICAN WAR HERO,
ROBERT R. TREVINO, tdcj #729766

Greetings,

See attached letter to the Innocence Project of Texas, c/o Mr. Ryan Hamilton.

My name is Gloria Trevino. I am an honorable discharged totally and permanently disabled Hispanic woman veteran of
the United States Armed Forces. I suffer from chronic PTSD and other debilitating disabilities as a result of MST.  Like
Robert, I have also been the victim of egregious systematic injustice and discrimination because of my disabilities, race,
sex, age, socialeconomic status and other disadvantages that make me more vulnerable to exploitation and abuse and
vicious retaliation for speaking truth to power.

My brother, Robert, has never hurt anyone and as evident by his heroic and valiant acts during his tour of duty in the
Republic of Vietnam for which he was highly recommended for the Silver Star and received a Bronze Star with V for Valor
and Purple Heart, that he would risk his own life in total disregard for his safety and without hesitation to save others.
Robert had no felony record and would never do anything to hurt others.

Robert is an American War Hero and his well deserved medals of Honor were shamefully and maliciously replaced with
what amounts to a Badge of Infamy by corrupt and racist officials from Waxahachie, Ellis County, Texas.that maliciously
subjected Robert to the Classic Kangaroo Court and condemned him to life-imprisonment by a specially selected racist
all-white jury to ensure a conviction and maximum life imprisonment on what amounts to vicious gossip orchestrated by a
rogue female police officer, Billie Wiggins and a violent gang of juvenile delinquents with felony statutory rape charges
pending.  It is the first time in American history when the violent gang yelled rape and the victim, with no felony record,
went to prison for life without parole..

Consequently, since August 1995 to date, Robert remains unlawfully incarcerated for life and is an invalid with severe
brain damage from concussion blast head injuries and extensive exposure to Agent Orange and other dangerous
herbicides from Vietnam.  As a result, Robert also suffers from severe Dementia, Chronic PTSD and is almost completely
paralyzed.  Robert is a prisoner in his own body and clearly not a danger to himself or anybody else and continues to be
illegally denied release on MRIS even though he has been at death's door several times because of gross negligence and
deliberate indifference and the cruel and unusual punishment. TDCJ/UTMB have repeatedly illegally denied Robert
release on MRIS to the care of the Houston, Michael E. DeBakey VA Medical Center where he can finally receive the
comprehensive high quality and  adequate life-saving medical care that he morally and legally deserves.and that he is
maliciously being deprived of at the TDCJ and is housed at the worse prison unit in the Country, the Montford Psychiatric
Unit.

We pay and hope that you will honor our request for immediate aid and assistance in disentangling Robert from this
egregious railroad of hypocrisy and injustice and cover-up/whitewash before Robert suffers further irreparable harm and
injuries to his unnecessary senseless death and demise.

Thank you for your immediate consideration and cooperation.

GLORIA TREVINO
12526 Olympia Drive – Houston, Texas 77077
(713)309-5962 – email address, vip4justice@gmail.com

May 2, 2022

INNOCENCE PROJECT OF TEXAS
c/o Mr. Ryan Hamilton, Project Director
300 Burnett Street, Suite 160
Fort Worth, Texas 76102

SUBJ; EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST
       DEGREE!

RE; THE CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND
     AMERICAN WAR HERO, ROBERT R. TREVINO, TDCJ #729766

Greetings,

Robert is 75 years old and at invalid and almost completely paralyze and a prisoner in his own body
that has been at death's door several times because of neglect and cruel and unusual punishment and is
housed at the worst TDCJ prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas and
is in imminent life-endangerment and we respectfully request priority consideration because of the
emergency life-threatening dire medical condition of Robert.

Attached are emails previously sent to you in reference to the continued unlawful imprisonment of my
brother, Robert, who is an invalid and victim of egregious systematic injustice with impunity in the
first degree. In 1995 in Waxahachie, Ellis County, Texas, Robert was shamefully and maliciously
falsely accused of supposedly raping a violent juvenile delinquent gang with felony statutory rape of a
13 year old girl against the ring-leader who was under mandatory court ordered psychiatric treatment
for his anti-social personality disorder and psychosis and was illegally secretly offered immunity from
prosecution in exchange for the orchestrated false allegations against Robert by police officer, Billie
Wiggins. Wiggins was the State's most credible witness and was executing a vicious vendetta born of
hatred and prejudice against Robert for his successful campaign for the resignation of the Chief of
Police who she was having an affair with and was her lover. At the beginning of her testimony,
Wiggins voluntarily admitted under oath that she also had been hospitalized for Major Depression,
which is a psychosis and would try to answer truthfully.

Furthermore, Wiggins also admitted that she never liked Robert even before his successful campaign
against her lover and that she did not investigate the allegations against Robert professionally and no
mistrial was ever declared. Also Robert was incompetent during the sham trial and was further
illegally denied a competency examination. Also, there was no medical or scientific evidence of the
alleged crime and a laundry list of other irregularities and indiscrepancies throughout the Kangaroo
Court and no mistrial was ever declared. Also, clear and convincing crucial evidence that supported
Robert's innocence and impeached the credibility and character of the alleged hoodlums was illegally
suppressed and covered-up?whitewashed. It was further a forgone conclusion that the specially
selected extremely bias and prejudice racist all-white jury to ensure a conviction and maximum life-
sentence convicted Robert. It is the first time in the history of the United States of America where the
gang yelled rape and the victim went to prison for life. To date, Robert remains in unlawful
imprisonment and is in a life-threatening medical condition maliciously further subjected to deliberate

1

indifference and cruel and unusual punishment with impunity in the first degree.

Another perfect example of the credibility and validity of the sham trial by rage is the fact that Wiggins ingeniously solicited a JP Judge, Curtis Polk, with no law degree to act outside his jurisdiction and in signing the felony warrant for Robert's unlawful arrest in blatant violation of Texas Constitution Article IV, Section 19, which states Jurisdiction of JP Court shall only have jurisdiction of criminal matters of misdemeanor cases punishable by fine only. Ratified, February 15, 1876. Also refer to TX. Gov. Code 27.031, Jurisdiction of JP, Further evidence of blatant violations of Robert's civil and human US Constitutional Rights and Bill of Rights with impunity in the first degree. Our attorneys were totally ineffective and conducted sham representations and further criminally oppressed Robert and family.

Repeated complaints of outright fraud, police brutality, retaliation and continued civil and human rights violations and corruption/RICO violations to the USDOJ, FBI and others have been in vain. The USDOJ, FBI are entrusted in protecting the most vulnerable in our society however, they are further victimizing us and are inciting them and aiding and abetting in the atrocities. For example, instead of prosecuting the police and prosecutor in the malicious Kangaroo Court against Robert, the FBI hired the Prosecutor, Steve Marshall, with pending civil rights complaints further empowered him making him extremely more dangerous to the disabled minorities and other disadvantages that make us more vulnerable to exploitation and abuse, such as in this Robert Trevino case. I was totally shocked and in disbelief that the FBI hired corrupt and racist DA Steve Marshall instead of prosecuting him for his vital role in the malicious prosecution of Robert.

Robert risked his life heroically and valiantly defending our Country in time of war and paid a very high price for it. His well deserved metals of honor were viciously shamefully replaced with what amounts to a Badge of Infamy by our Country that he risked his life to defend. Now we are calling on our Government to come to Robert's aid and help him disentangle himself from this railroad of hypocrisy and injustice and cover-up/whitewash without further incidents and unnecessary delays before Robert suffers further irreparable harm and injury including unnecessary senseless death and demise. Repeated request for Robert's release on MRIS, Medically Recommended Intensive Supervision, have likewise been illegally denied with impunity in the first degree.

The USA is suppose to be the most civilized society in the world where everyone is guaranteed equal protection and a fair and impartial trial and where no one is above the law. These corrupt officials in cooperation with others are freely violating our US Constitution and our Bill of Rights and turning our Country into a third World Country with impunity in the first degree and are guilty of treason and high crimes and misdemeanors and accordingly should be immediately held civilly and criminally accountable. This is not China or Russia.

Robert remains in an extremely dangerous and life-threatening situation and continues Living the American Nightmare and your immediate intervention and assistance is respectfully requested.

Respectfully,

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962

2

The New York Times | https://www.nytimes.com/2022/10/13/us/politics/florida-prison-cancer-release.html

## Judge Holds Prison Officials in Contempt for Treatment of Terminally Ill Inmate

In an extraordinary rebuke, a federal judge in Florida said officials misled a court to block the compassionate release of prisoner who was dying of cancer.

*But not in Roberts Case!*

 **By Glenn Thrush**

Oct. 13, 2022

WASHINGTON — A federal judge in Florida issued an extraordinary rebuke of prison officials and prosecutors, accusing them of misrepresenting the cancer diagnosis of a terminally ill inmate who was deprived access to compassionate release programs and subjected to a grueling journey home that ended in his death.

Judge Roy B. Dalton Jr. of the U.S. District Court for the Middle District of Florida held the Federal Bureau of Prisons and Kristi Zook, the warden of the low-security prison in Seagoville, Texas, in civil contempt of previous court orders intended to ensure the humane treatment of Frederick Mervin Bardell.

Judge Dalton's order, issued on Oct. 4, came after a court-appointed arbiter described a long pattern of federal neglect and indifference that began with a diagnosis of treatable colon cancer in 2020. The ordeal ended with Mr. Bardell's death last year, at age 54, when he arrived in Jacksonville, Fla., from Dallas in a weakened, skeletal state.

"Frederick Marvin Bardell was a convicted child pornographer," Judge Dalton wrote. "He was also a human being."

In the 14-page order, in unusually agonized and aggrieved language, the judge accused the Bureau of Prisons of being "indifferent to the human dignity of an inmate in its care."

The Bardell case is the latest in a recent series of scandals, inmate deaths and leadership failures in the federal prison system, which is overseen by the Justice Department.

On Thursday, the department's inspector general released a memorandum condemning the Prisons Bureau's handling of abuse accusations against its employees, particularly those involving sexual assault. The report found that inconsistent policies for handling complaints violated federal regulations and bureau policy by undervaluing the testimony of victims.

That created an environment that heightened threats to prisoners, especially women, leading to "unreasonably lenient penalties on staff that engage in serious misconduct," the report said. The bureau's "reluctance to rely on inmate testimony" also "likely emboldens miscreant staff members in their interactions with inmates."

Attorney General Merrick B. Garland recently appointed Colette S. Peters, the former director of the Oregon Department of Corrections, to run the Prisons Bureau. But the Justice Department has yet to announce comprehensive overhauls that advocates say are long overdue.

In a statement, Ms. Peters offered her "deepest condolences" to the Bardell family but declined to comment on the specifics of the case because it was the subject of continuing litigation. But she promised to cooperate with any investigations into the matter.

"In instances where we have failed at upholding our mission, we are taking steps to find out what happened, how it happened and how we can prevent it from happening in the future," she said.

At the forefront of their requests is increased use of compassionate release. Congress passed a law in 1984 authorizing the practice for "extraordinary and compelling" reasons, such as terminal illnesses. But top prisons officials, leery of releasing repeat offenders, have been cautious despite negligible risk and provisions in the First Step Act of 2018 that were intended to spur greater use of the practice.

"The Justice Department seems hellbent on wasting millions to incarcerate people who pose no risk to public safety, and it makes no sense," said Kevin Ring, the president of Families Against Mandatory Minimums, a prisoners' rights group based in Washington. "It is as dumb as it is cruel."

Judge Dalton recommended that Mr. Garland or the inspector general, Michael E. Horowitz, investigate "the circumstances of Mr. Bardell's confinement and treatment, the failure of the B.O.P. to respond to his medical needs, and the B.O.P.'s misrepresentations in connection with the compassionate release briefing regarding the seriousness of his condition."

Senator Richard J. Durbin, Democrat of Illinois and the chairman of the Judiciary Committee, wrote on Twitter that "the details unveiled in this case are appalling, and may not be isolated." He called on the Justice Department's inspector general "to investigate B.O.P.'s treatment of medically vulnerable individuals both while incarcerated and upon their release."

No Fanfare for Robert!



5/7/22, 6:08 AM                          Texas Attorney General Ken Paxton joins fight targeting Texas State Bar | The Texas Tribune

                                                                                           MENU

Primary Runoff     Roe v. Wade     Texas Abortion Law     Border Mission     Coronavirus Tracker

# Texas Attorney General Ken Paxton joins fight targeting Texas State Bar

The lawsuit has the potential to upend the structure of the entity responsible for regulating Texas' legal profession. Critics suggest that Paxton's involvement may be politically motivated.

BY EMMA PLATOFF     MAY 1, 2019     4 PM CENTRAL

|  |  |  | COPY LINK |
|---|---|---|---|



Texas Attorney General Ken Paxton during a press conference on January 12, 2017. ◎ Marjorie Kamys Cotera for The Texas Tribune

Texas Attorney General Ken Paxton has quietly waded into a lawsuit that could upend the State Bar of Texas, siding in a new legal brief with three conservative lawyers who argue the current structure of the state entity that regulates the legal profession violates their First Amendment rights.

https://www.texastribune.org/2019/05/01/texas-attorney-general-ken-paxton-bar-unconstitutional-first-amendment/     1/8

SUBSCRIBE FOR $1

U.S.

# Clarence Thomas Ruled on Bribery Case While Accepting Vacations

BY ANNA SKINNER ON 4/6/23 AT 3:06 PM EDT



U.S.      CLARENCE THOMAS      SUPREME COURT      SCOTUS      BRIBES

Listen to this article now                          1.0×
Powered by Trinity Audio
00:00                                               04:22

- A new report by ProPublica alleges that Supreme Court Justice Clarence accepted luxurious vacations from a top Republican donor. During that time, Thomas ruled on a bribery case.
- The Supreme Court unanimously reversed a lower court's conviction of a former Virginia governor in 2016, which has led to

 NEWS

Home / News / Education News / Feds Investigate Harvard, Yale

# Colleges and Universities Fail to Report Billions in Foreign Donations

An Education Department investigation triggered schools to report $6.5 billion in previously undisclosed gifts from foreign countries.

By <u>Lauren Camera</u>

Feb. 13, 2020

[ 🔖 Save ]   [ 💬 Comment ]

(f) (🐦) (📷) (◯)







An official website of the United States government
Here's how you know

THE UNITED STATES
DEPARTMENT *of* JUSTICE
TICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                    Tuesday, January 28, 2020

## Harvard University Professor and Two Chinese Nationals Charged in Three Separate China Related Cases

The Department of Justice announced today that the Chair of Harvard University's Chemistry and Chemical Biology Department and two Chinese nationals have been charged in connection with aiding the People's Republic of China.

Dr. Charles Lieber, 60, Chair of the Department of Chemistry and Chemical Biology at Harvard University, was arrested this morning and charged by criminal complaint with one count of making a materially false, fictitious and fraudulent statement.  Lieber will appear this afternoon before Magistrate Judge Marianne B. Bowler in federal court in Boston, Massachusetts.

Yanqing Ye, 29, a Chinese national, was charged in an indictment today with one count each of visa fraud, making false statements, acting as an agent of a foreign government and conspiracy. Ye is currently in China.

Zaosong Zheng, 30, a Chinese national, was arrested on Dec. 10, 2019, at Boston's Logan International Airport and charged by criminal complaint with attempting to smuggle 21 vials of biological research to China.  On Jan. 21, 2020, Zheng was indicted on one count of smuggling goods from the United States and one count of making false, fictitious or fraudulent statements.  He has been detained since Dec. 30, 2019.

<u>Dr. Charles Lieber</u>

According to court documents, since 2008, Dr. Lieber who has served as the Principal Investigator of the Lieber Research Group at Harvard University, which specialized in the area of nanoscience, has received more than $15,000,000 in grant funding from the National Institutes of Health (NIH) and Department of Defense (DOD).  These grants require the disclosure of significant foreign financial conflicts of interest, including financial support from foreign governments or foreign entities. Unbeknownst to Harvard University beginning in 2011, Lieber became a "Strategic Scientist" at Wuhan University of Technology (WUT) in China and was a contractual participant in China's Thousand Talents Plan from in or about 2012 to 2017.  China's Thousand Talents Plan is one of the most prominent Chinese Talent recruit plans that are designed to attract, recruit, and cultivate high-level scientific talent in furtherance of China's scientific development, economic prosperity and national security.  These talent programs seek to lure Chinese overseas talent and foreign experts to bring their knowledge and experience to China and reward individuals for stealing proprietary information.  Under the terms of Lieber's three-year Thousand Talents contract, WUT paid Lieber $50,000 USD per month, living expenses of up to 1,000,000 Chinese Yuan (approximately $158,000 USD at the time) and awarded him more than $1.5 million to establish a research lab at WUT.  In return, Lieber was obligated to work for WUT "not less than nine months a year" by "declaring international cooperation projects, cultivating young teachers and Ph.D. students, organizing international conference[s], applying for patents and publishing articles in the name of" WUT.

The complaint alleges that in 2018 and 2019, Lieber lied about his involvement in the Thousand Talents Plan and affiliation with WUT.  On or about, April 24, 2018, during an interview with investigators, Lieber stated that he was never asked to participate in the Thousand Talents Program, but he "wasn't sure" how China categorized him.  In November 2018, NIH inquired of Harvard whether Lieber had failed to disclose his then-suspected relationship with WUT and

China's Thousand Talents Plan. Lieber caused Harvard to falsely tell NIH that Lieber "had no formal association with WUT" after 2012, that "WUT continued to falsely exaggerate" his involvement with WUT in subsequent years, and that Lieber "is not and has never been a participant in" China's Thousand Talents Plan.

Yanqing Ye

According to the indictment, Ye is a Lieutenant of the People's Liberation Army (PLA), the armed forces of the People's Republic of China and member of the Chinese Communist Party (CCP). On her J-1 visa application, Ye falsely identified herself as a "student" and lied about her ongoing military service at the National University of Defense Technology (NUDT), a top military academy directed by the CCP. It is further alleged that while studying at Boston University's (BU) Department of Physics, Chemistry and Biomedical Engineering from October 2017 to April 2019, Ye continued to work as a PLA Lieutenant completing numerous assignments from PLA officers such as conducting research, assessing U.S. military websites and sending U.S. documents and information to China.

According to court documents, on April 20, 2019, federal officers interviewed Ye at Boston's Logan International Airport. During the interview, it is alleged that Ye falsely claimed that she had minimal contact with two NUDT professors who were high-ranking PLA officers. However, a search of Ye's electronic devices demonstrated that at the direction of one NUDT professor, who was a PLA Colonel, Ye had accessed U.S. military websites, researched U.S. military projects and compiled information for the PLA on two U.S. scientists with expertise in robotics and computer science. Furthermore, a review of a WeChat conversation revealed that Ye and the other PLA official from NUDT were collaborating on a research paper about a risk assessment model designed to decipher data for military applications. During the interview, Ye admitted that she held the rank of Lieutenant in the PLA and admitted she was a member of the CCP.

Zaosong Zheng

In August 2018, Zheng entered the United States on a J-1 visa and conducted cancer-cell research at Beth Israel Deaconess Medical Center in Boston from Sept. 4, 2018, to Dec. 9, 2019. It is alleged that on Dec. 9, 2019, Zheng stole 21 vials of biological research and attempted to smuggle them out of the United States aboard a flight destined for China. Federal officers at Logan Airport discovered the vials hidden in a sock inside one of Zheng's bags, and not properly packaged. It is alleged that initially, Zheng lied to officers about the contents of his luggage, but later admitted he had stolen the vials from a lab at Beth Israel. Zheng stated that he intended to bring the vials to China to use them to conduct research in his own laboratory and publish the results under his own name.

The charge of making false, fictitious and fraudulent statements provides for a sentence of up to five years in prison, three years of supervised release and a fine of $250,000. The charge of visa fraud provides for a sentence of up to 10 years in prison, three years of supervised release and a fine of $250,000. The charge of acting as an agent of a foreign government provides for a sentence of up to 10 years in prison, three years of supervised release and a fine of $250,000. The charge of conspiracy provides for a sentence of up to five years in prison, three years of supervised release and a fine of $250,000. The charge of smuggling goods from the United States provides for a sentence of up to 10 years in prison, three years of supervised release and a fine of $250,000. Sentences are imposed by a federal district court judge based upon the U.S. Sentencing Guidelines and other statutory factors.

Assistant Attorney General for National Security John C. Demers, United States Attorney Andrew E. Lelling; Special Agent in Charge of the FBI Boston Field Division Joseph R. Bonavolonta; Michael Denning, Director of Field Operations, U.S. Customs and Border Protection, Boston Field Office; Leigh-Alistair Barzey, Special Agent in Charge of the Defense Criminal Investigative Service, Northeast Field Office; Philip Coyne, Special Agent in Charge of the U.S. Department of Health and Human Services, Office of Inspector General; and William Higgins, Special Agent in Charge of the U.S. Department of Commerce, Office of Export Enforcement, Boston Field Office made the announcement. Assistant U.S. Attorneys B. Stephanie Siegmann, Jason Casey and Benjamin Tolkoff of Lelling's National Security Unit are prosecuting these cases with the assistance of trial attorneys William Mackie and David Aaron at the National Security Division's Counterintelligence and Export Control Section.

The details contained in the charging documents are allegations. The defendants are presumed innocent unless and until proven guilty beyond a reasonable doubt in a court of law.

These case are part of the Department of Justice's China Initiative, which reflects the strategic priority of countering Chinese national security threats and reinforces the President's overall national security strategy. In addition to identifying and prosecuting those engaged in trade secret theft, hacking and economic espionage, the initiative will increase efforts to protect our critical infrastructure against external threats including foreign direct investment, supply chain threats and the foreign agents seeking to influence the American public and policymakers without proper registration.

**Attachment(s):**
Download Download Charging Documents

**Topic(s):**
Countering Nation-State Threats
Export Control
National Security

**Component(s):**
National Security Division (NSD)
USAO - Massachusetts

**Press Release Number:**
20-99

*Updated July 22, 2022*

 Gmail

**Gloria Trevino <vip4justice@gmail.com>**

## Re: Signature needed: SCOTUS should be the last line of defense against attacks on our fundamental freedoms & constitutional rights
1 message

**Daily Kos Democracy Project** <campaigns@dailykos.com>    Sun, May 28, 2023 at 7:06 AM
Reply-To: campaigns@dailykos.com
To: vip4justice@gmail.com

Gloria, the Supreme Court is corrupt—some sitting justices continue to rule despite extremely questionable conflicts-of-interest. This has left public trust in the Court at all-time lows.

Congress must vote to expand the Supreme Court to rectify the injustice and put integrity back in the Court.

**Sign the petition: Congress must expand the Supreme Court.**



The Supreme Court of the United States is supposed to defend our constitutional rights, but it is, instead, not credible, focused on partisan politics, and infiltrated by corporate influence.

Expanding the number of judges on the court will provide the opportunity to nominate people who can outweigh the corrupt opinions of people like Clarence Thomas. Join us in demanding Congress fix the Court!

**Sign the petition: Congress must expand the Supreme Court.**



Thanks for all you do,
Erin Tulley, Daily Kos

*P.S. Below is an email we sent out earlier urging Congress to expand the Supreme Court:*

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077

(713)309-5962

vip4justice@gmail.com

## GLORIA TREVINO, UNITED STATES AIR FORCE
## 1979- 1982, Honorably Discharged After MST



Born January 8, 1953

US STATE DEPARTMENT, MR. PEDRO ERIVITI                UNHCHR, G/SO 215/1 USA 1111
10/ESA, RM.5333
2201 C. ST.,N.W.
WASHINGTON, D.C.  20520

## COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS

Hustonian files request for UN review of the unlawful imprisonment of

### ROBERTO RODRIGUEZ TREVINO
Born June 7, 1946

UNITED STATES COURT
SOUTHERN DISTRICT OF T
FILED
SEP 1 8 1998
MICHAEL N. MILBY, CLERK OF COURT



### UNITED STATES MARINES - HONORABLE DISCHARGE
Sept. 23, 1968 - Sept. 22, 1972, (Vietnam Era)

VICTIMS  IN PETITION FOR JUSTICE
GLORIA TREVINO
12526 OLYMPIA DR.
HOUSTON, TEXAS  77077
(281)752-8884

## VETERANS IN PETITION FOR JUSTICE
Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas 77077
(281)920-9519

### ROBERTO RODRIGUEZ TREVINO
Born June 7, 1946



UNITED STATES MARINES – HONORABLE DISCHARGED
BRONZE STAR PURPLE HEART RECIPIENT
Sept. 23, 1968 – Sept. 22, 1972
(Vietnam Era)

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## STOP REVICTIMIZING , MARGINALIZING AND STIGMATIZE DISCRIMINATING AND PERNICIOUS SYSTEMATIC ABUSE !!

2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                             Fri, Jun 30, 2023 at 4:39 PM
To: ford@ford.com, Gloria Trevino <vip4justice@gmail.com>, Christina Sturdevant <CSturdevant@machaikford.com>, Texas
Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, USDOJ <askdoj@usdoj.gov>, USAWA
Inquiries <usawainq@unhcr.org>, newyork@ohchr.org, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>,
pio@supremecourt.gov, otp.informationdesk@icc-cpi.int, info@harriscountygop.com

FORD MOTOR COMPANY
ATTN;  JIM FARLEY, CEO

MR. FARLEY,

DEMAND IMMEDIATE INTERVENTION AND ASSISTANCE WITH YOUR MAC HAIK FORD DEALERSHIP TO CEASE
AND DESIST IN ENGAGING IN DIABOLICAL HOMICIDAL CRIMINAL CONSPIRACY SCHEME TO STIGMATIZE
DISCRIMINATION, CORRUPTION AND COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE
AND GENOCIDE! 713-932-5066,  CHRISTINA. I HAVE PREVIOUSLY TALKED TO YOU CREDIT CO. AND THEY
AGREED TO AFFORD ME THE SAME NO INTEREST AND 72 MO. FINANCE. I WAS OFFERED $23, 000.00 FOR MY
MUSTANG FROM OUTSIDE DEALER. SO I WENT AHEAD AND ORDERED NEW 2024 PREMIUM ECOBOOST
MUSTANG TO RECOVER SOME OF THE DAMAGE FROM THE COERCED 2019 MUSTANG SWINDLE. I WOULD
PAY OFF THE BALANCE AND RECOVER SOME OF MY LOSS. HOWEVER, YOUR CORRUPT SERVICE CENTER
ARE CRIMINALLY OPPRESSING ME TO DEFRAUD ME AND TRY TO INDUCE MY DEATH AND DEMISE. THERE
WAS NOTHING WRONG WITH THE SHOCKS OR BATTERY. I GET IT SERVICE FREQUENTLY AND NO MENTION
OF ANY PROBLEMS WITH THE BATTERY OR SHOCKS AND THERE ARE NO LEAK SIGNS ON MY DRIVEWAY. IT
WAS RUNNING FINE UNTIL THE ENGINE LIGHT CAME ON AND I BROUGHT IT IN RIGHT AWAY TO FIND OUT
WHAT WAS WRONG WITH THE ENGINE WHICH IS UNDER WARRANTY. THEY HAVE HAD MY CAR FOR ABOUT A
WEEK AND I WAS JUST TOLD ABOUT THE BATTERY AND SHOCKS. IF THE BATTERY WENT BAD, IT IS BECAUSE
THEY CONVENIENTLY DID NOT BOTHER TO TURN THE CAR ON SO THAT THE BATTERY CAN GO DEAD AND
NOW THEY WANT TO EXTORT ABOUT $600.00 TO REPLACE IT AND THE CABLES, PLUS THE PAPER SHOCKS
AND I AM NOT AMUSED!! YOUR CO-CONSPIRATORS RE VICTIMIZING ME TO SABOTAGE MY CAR AND
INTERFERE IN MY SOLITARY QUEST FOR JUSTICE FOR ROBERT AND FAMILY IS LIFE-THREATENING AND YOU
ARE GOING TO INDUCE MY SENSELESS DEATH AND DEMISE. ROBERT WAS NOT AN ORPHAN AND NEITHER
AM I. WE HAVE A LARGE FAMILY THAT WILL HONOR OUR WISHES  IN OUR QUEST FOR JUSTICE FOR ROBERT
AND I. JUST SO YOU KNOW.   .   .   .
THEREFORE, CEASE AND DESIST FROM CONTINUED STIGMATIZED DISCRIMINATION, CORRUPTION,
EXPLOITATION, TAMPERING WITH A WITNESS/VICTIM, AGGRAVATED QUACKERY, OBSTRUCTION OF JUSTICE,
BRIBERY FOR QUACKERY AND PERSONAL ATTACKS OF TOTALLY DISABLED VETERANS AND PARALYZED
HISPANIC WAR HERO AND POLITICAL PRISONER, 76 YEAR OLD, ROBERT TREVINO, AND TOTALLY DISABLED 70
YEAR OLD GLORIA TREVINO AND    , BRIBERY FOR ABANDONMENT OF GLORIA  AND ROBERT TREVINO
RESULTING IN THE ATTEMPTED DEPRAVED HEART MURDER OF GLORIA TREVINO AND
ACCELERATED ASSASSINATION OF ROBERT TREVINO AFTER STATE'S STAR WITNESS CONFESSED AND
EXONERATED ROBERT OF ANY CRIME AGAINST HE AND HIS VIOLENT GANG OF DEVIL WORSHIPERS AND
IMPLICATED THE STATE OFFICIALS THAT COERCED STAR WITNESS AND HIS GANG INTO GIVING FALSE
TESTIMONY/MORE QUACKERY, AGAINST ROBERT UNDER THE THREAT OF HARSH PROSECUTION ON THEIR
PENDING STATUTORY RAPE OF A 12 YEAR OLD AND FOR FELONY  BURGLARIES.  IN OTHER WORDS, YOUR
CORRUPT AND RACIST AND SEXIST ASSOCIATES/ DEALERSHIPS THE TOO BIG TO JAIL POLITICALLY AND
FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP IN CIVIL SHAM TRIAL BY RAGE THAT THE
STATE OFFICIALS DID TO ROBERT IN THE CRIMINAL SHAM TRIAL BY RAGE AND WRONGFUL IMPRISONMENT,
MODERN DAY DEATH-TRAP. TO SABOTAGE OUR QUEST FOR JUSTICE.FOR ROBERT TREVINO AND FAMILY
WITH IMPUNITY IN THE FIRST DEGREE.

YOUR LEGAL DEPARTMENT FAITH, BLATANTLY REFUSED TO INTERVENE AND ASSIST IN "SHACKLEING" AND
RESTRAINING YOUR CRIMINAL CONSPIRACY SCHEME IN THE CONTINUED CRIMINAL OPPRESSION AND
VICTIM/WITNESS TAMPERING AND EFFORTS TO CONTINUED OBSTRUCTION OF JUSTICE BY BLACKLISTING
AND SANCTIONING ROBERT TREVINO AND FAMILY TO INTERFERE IN OUR QUEST FOR JUSTICE AND COVER-
UP WITH IMPUNITY IN THE FIRST DEGREE AND  TO ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND

GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITTY IN THE FIRST DEGREE. DEFRAUDING ROBERT AND FAMILY OUT OF MILLIONS OF DOLLARS IN DAMAGES.

YOUR LEGAL DEPARTMENT, FAITH, ALSO ERRONEOUSLY ALLEGES THAT THE CASE WAS DISMISSED AS AN EXCUSE TO CONTINUE TO MARGINALIZE AND DISCRIMINATE AND WASH YOUR HANDS FROM THIS INJURIOUS CRIMINAL OPPRESSION OF ROBERT AND MYSELF.

THIS CASE IS NOT OVER BY A LONGSHOT! YOU THINK YOU CAN BRIBE EVERYBODY AND BLACKLIST AND SANCTION ROBERT AND FAMILY TO SABOTAGE OUR EQUAL ACCESS TO JUSTICE. JUSTICE IS NOT FOR SALE IN AMERICA!! AND THE ASSASSINATION OF ROBERT WILL NOT BE SWEPT UNDER THE RUG!!! WE WILL NOT BE GANG-RAPED OUT OF JUSTICE IN FURTHERANCE OF YOUR CORRUPT AND RACIST GENOCIDAL GANG-RAPE OF JUSTICE IN AMERICA!!!

YOUR OTHER DEALERSHIP WITH MAC HAIK FORD HAS TAKEN MY CAR AND CLEARLY SABOTAGED IT TO COERCE ME INTO PAYING OUTRAGEOUS REPAIRS. THERE WAS NOTHING WRONG WITH MY CAR OTHER THAN THE ENGINE LIGHT CAME ON. AND I TOLD THEM ABOUT THE PROBLEMS WITH THE DRIVER'S SIDE WINDOW. SINCE THE DAY IT WAS ILLEGALLY RETURNED TO MY HOME DAMAGED. HOWEVER, THEY ARE TELLING ME THEY CANT FIND NOTHING WRONG WITH THE WINDOW WHICH IS COVERED BY WARRANTY. HOWEVER, THEY ARE ALLEGING THAT MY REAR SHOCKS THAT ARE NOT COVERED NEED TO BE REPLACED AND ARE LEAKING. AND 600.00 CHARGE FOR BATTERY, CABLES. THERE WAS NOTHING ELSE WRONG WITH THE CAR WHEN I BROUGHT IT IN. IT WAS THE ENGINE LIGHT CAME ON.

I WAS GANG-RAPED AND OVERCHARGED OUT OF ABOUT $15,000.00 DOLLARS IN THE COERCED PURCHASE OF THE CAR WITH CLOTH SEATS. THE CAR ONLY HAS ABOUT 26,000 MILES. I WAS FORCED TO REPLACE THE CHEAP 15,000 TIRES. I GET REGULAR SERVICE ON MY CAR AND NO ONE EVER MENTIONED THE BATTERY NEEDING TO BE REPLACED OR THAT THE SHOCKS WERE LEAKING AND ALSO NEEDED TO BE REPLACED. THERE IS NO OIL OR ANY SIGN OF LEAKING IN MY DRIVEWAY.

JUST BECAUSE THE CASE WAS ILLEGALLY DISMISSED AS A RESULT OF MAFIA-RELATED ACTIVITIES TO DEPRIVE US OF A FAIR TRIAL, LIKE, ROBERT WAS MALICIOUSLY SUBJECTED TO THE CLASSIC KANGAROO COURT AND MODERN DAY LYNCHING, DOESN'T MEAN YOU ARE OFF THE HOOK.

I DEMAND THAT THE SHOCKS BE IMMEDIATELY REPAIRED AT YOUR EXPENSE. I DO NOT DRIVE THE CAR OTHER THAN IN MY NEIGHBORHOOD THAT IS WHY IIT IS A 2019 MUSTANG WITH ONLY 26,000 MILES SHOULD STILL BE UNDER MANUFACTURERS WARRANTY SINCE IT'S LESS THAT 35,000 MILES AND I COMPLAINED ABOUT DAMAGES TO THE CAR WINDOW WHEN YOUR CO CONSPIRATORS TRESPASSED ON MY PROPERTY RETURNING THE CAR. IIT MUST BE MADE OF PAPER PARTS AND THEY HAD TO GET RID OF THEIR LEMON. YOU CONTINUE TO MAKE ERRONEOUS EXCUSES AND AS A RESULT SUFFERED SUBSTANTIAL FINANCIAL DAMAGES AND A NEAR FATAL STROKE AND ASSASSINATED MY PARALYZED BROTHER ROBERT. WITH YOUR FINANCIAL INFLUENCE ON SHYSTER LAWYERS THAT FLIPPED/FLOPPED POSITIONS AND DEFENDED THE INDEFENSIBLE TO COERCE ME INTO FIRING THEM. WELL THEY OFFICIALLY ABANDONED ME WHILE I WAS IN THE HOSPITAL AFTER THEY INDUCED ME INTO HAVING A STROKE WITH BRAIN BLEED WHICH WAS MISDIAGNOSED AS AN ANXIETY ATTACK. MEANWHILE, COVERTLY AT LIGHTNING SPEED ACCELERATED PREMEDITATED ASSASSINATION OF MY INVALID BROTHER, ROBERT. AND TREATED HIM LIKE THEY JUST RAN OVER A DOG AND CONTINUE TO BLACKLIST AND SANCTION, BUSHWHACK AND SABOTAGE OUR QUEST FOR JUSTICE.

I AM NOT AMUSED BUT OUTRAGED AT YOUR CONTRIBUTORY ROLE IN MALICIOUSLY SUBJECTING US TO THE AMERICAN NIGHTMARE AND TWILIGHT ZONE.

I AM HOLDING YOU ACCOUNTABLE FOR ALL THIS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST AND GUERRILLA WARFARE AND GENOCIDE.

GLORIA TREVINO. . .

SEE ATTACHED

    FORD MOTOR CO., CEO JIM FARLEY.pdf

    FORD MOTOR CO., CEO JIM FARLEY #3.pdf

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

6060 NORTH CENTRALEXPRESSWAY
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

May 18, 2019

via email at rcrow@sterlingmccallford.com
via fax at 831-708-3817

Rodney Crow, Manager
Sterling McCall Ford
6445 Southwest Fwy
Houston, TX 77074

Re:    Gloria Trevino

Dear Mr. Crow:

As I said in our call, I represent Gloria Treviño. I have represented her for over ten years in several matters and know her well. I also know her character for truthfulness and know that she tells the truth even when it is not to her advantage. I know she is telling me the truth about the sale. She has informed me that there misrepresentations made by employees of Sterling McCall, in particular a Jason and a Cameron, and undue pressure placed on her with respect to her attempt to purchase the Mustang. She has detailed several of these misrepresentations which I believe would qualify her to assert an action under the Texas Deceptive Trade Practices Act. In fact, I represented in one such action in Houston last year, so I am familiar with the Harris County Courts. However, there is no need for this dispute to go any farther than this letter today.

Mr. Treviño requests the following: that the sale be cancelled; her Ford Focus be returned to her; and each side go their own way without any obligation to each other. Please respond to me immediately as to whether this is going to be over or whether legal action should be initiated.

Sincerely,

John E. Richards

cc:    Gloria Treviño

## STATEMENT OF DOLORES TREVINO HELMS
### IN
### SUPPORT OF GLORIA TREVINO

My name is Dolores Trevino Helms. I am one of Gloria Trevino's younger sisters and I have personal knowledge of the facts I am attesting to regarding Gloria's state of mind while at the Sterling McCall Ford Dealership and their promise to give her the UAW Employee Family Discount and to my best recollection and belief in further support make the following statement;

On about Friday, May 17, 2019, I received a telephone call from Gloria. She was at the Sterling McCall Ford Dealership talking to Joseph Cameron. She had me on speaker phone and told me she was not feeling well and that she was baffled, confused and was having trouble understanding why they kept telling her that they could not find the approval for the UAW Employee Family Discount that my husband, Wendell, and I had obtained for her. I gave their salesman, Joseph, Cameron the pin number Z-3922042 which was the confirmation for the approval of the UAW Discount. He stated that he was going to go check with his supervisor. When he returned a few minutes later Joseph Cameron stated that they were going to give Gloria the UAW Discount even though they could not find it. Gloria asked him how much the discount was. He replied that it would lower the price of the car to her price range.

However, when Gloria got home, she was devastated and aggrieved that they had used deceit, dishonesty and trickery to get her to come to their dealership under false pretense of putting her into an affordable car only to pressure her and coerced her into writing them a $1000.00 Check and signing the $40,000.00 contract under duress for a $23,000.00 car. They never intended to give Gloria the UAW Employee Family Discount nor sell her the car at her price range like they promised. Subsequently, while still aggrieved, Gloria immediately stopped payment on the $1000.00 Check and informed them that she was returning the car the next day and pick up her old car. However, Gloria told me that Joseph Cameron and Peter Tosh, their finance person, refused to accept their car or return her old car back to her. Gloria told me that she had left their car there and had to return home on a cab and that by the time she got home she found out that they had trespassed on her property and had parked their car back in her driveway. She had to take the car back to their dealership a second time and again returned back home in the same cab. Even though Gloria returned their car twice, they would still not return her old car back and ended up coercing her to keep their car since they refused to return her old car back and she had no transportation and could not afford to take cabs everywhere she had to go. In further retaliation against Gloria, they maliciously damaged their car by keying the driver's side window leaving scratch marks on the window tint. I was in disbelief over the exploitation of Gloria.

Therefore, the Sterling McCall Ford salesmen used deceit, dishonesty and trickery to pressure Gloria into getting her into their dealership and coerce her into writing them a $1000.00 Check and in signing the $40,000.00 detrimental contract under duress for a $23,000.00 car and she should not be held to a contract following the use of deceit, dishonesty, trickery, coercion and hard sales tactics.

Respectfully submitted,

Dolores Trevino Helms
302 Chisholm Trail
Waxahachie, Texas 75165

## STATEMENT OF DOLORES TREVINO HELMS
## IN
## SUPPORT OF GLORIA TREVINO

My name is Dolores Trevino Helms. I am one of Gloria Trevino's younger sisters and I have personal knowledge of the facts I am attesting to regarding Gloria's state of mind while at the Sterling McCall Ford Dealership and their promise to give her the UAW Employee Family Discount and to my best recollection and belief in further support make the following statement;

On about Friday, May 17, 2019, I received a telephone call from Gloria. She was at the Sterling McCall Ford Dealership talking to Joseph Cameron. She had me on speaker phone. Gloria was not feeling well and was baffled, confused and was having trouble understanding why they kept telling her that they could not find the approval for the UAW Employee Family Discount that my husband, Wendell, and I had obtained for her. I gave their salesman, Joseph, Cameron the pin number Z-3922042 which was the confirmation for the approval of the UAW Discount. He stated that they were going to give Gloria the UAW Discount even though they could not find it. Gloria asked him how much the discount was. He replied that it would lower the price of the car to her price range. However, when Gloria got home, she was devastated and aggrieved that they had used deceit, dishonesty and trickery to get her to come to their dealership under false pretense of putting her into an affordable car only to pressure her and coerced her into writing them a $1000.00 Check and signing the $40,000.00 contract under duress for a $23,000.00 car. They never intended to give Gloria the UAW Employee Family Discount nor sell her the car at her price range like they promised. Subsequently, while still aggrieved, Gloria immediately stopped payment on the $1000.00 Check and informed them that she was returning the car the next day and pick up her old car. However, Gloria told me that Joseph Cameron and Peter Tosh, their finance person, refused to accept their car or return her old car back to her and threatened to have her arrested for stopping payment on the $1,000.00 check. Gloria told me that she had left their car there and had to return home on a cab and that by the time she got home she found out that they had trespassed on her property and had parked their car back in her driveway and felt further threatened.. She had to take the car back to their dealership a second time and again returned back home in the same cab. Even though Gloria returned their car twice, they would still not return her old car back and ended up coercing her to keep their car since they refused to return her old car back and she had no transportation and could not afford to take cabs everywhere she had to go. In further retaliation against Gloria, they maliciously damaged their car by keying the driver's side window leaving scratch marks on the window tint. I was in disbelief over the exploitation of Gloria.

Therefore, the Sterling McCall Ford salesmen used deceit, dishonesty and trickery to pressure Gloria into getting her into their dealership and coerce her into writing them a $1000.00 Check and in signing the $40,000.00 detrimental contract under duress for a $23,000.00 car and she should not be held to a contract following the use of deceit, dishonesty, trickery, coercion and hard sales tactics.

Respectfully submitted,                                              Signed, May 30, 2020

Dolores Trevino Helms
302 Chisholm Trail
Waxahachie, Texas 75165

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## CALL-TO-IMMEDIATE ACTION!
1 message

**Gloria Trevino** <vip4justice@gmail.com>                                     Thu, Jul 13, 2023 at 10:50 PM
To: Gloria Trevino <vip4justice@gmail.com>, mayor@houstontx.gov, jfarle21@ford.com, jfarley24@gmail.com, Webmaster <Webmaster@texasbar.com>, 3j5qxx5j48ckw@claims.usaa.com, USAA Claims <3mq7llpmx2jh@claims.usaa.com>, Christina Sturdevant <CSturdevant@machaikford.com>, drteam <drteam@bbbhou.org>, info@harriscountygop.com

TO HOUSTON MAYOR, SILVESTER TURNER,
C/O ASSISTANT, CLAUDIA
&
HOUSTON POLICE CHIEF TROY FINNER
C/O HOUSTON MAYOR SILVESTER TURNER
& ASSISTANT, CLAUDIA

GREETINGS,

I AM A 70 YEAR OLD TOTALLY AND PERMANENTLY HONORABLY DISCHARGED HISPANIC WOMAN VETERAN AND CIVIL AND HUMAN RIGHTS ADVOCATE FOR GOVERNMENT REFORM AND SUPPORTER TO OUTLAW SELF-SERVING CONCOCTED SHAM GOVERNMENT QUALIFIED IMMUNITY DOCTRINE AND NOT NEW TO DISCRIMINATION PRACTICES AND RETALIATION, CRIMINAL OPPRESSION AND HOPE THAT THE ABUSIVE TREATMENT I RECEIVED TODAY FROM YOUR PERSONAL ASSISTANT, CLAUDIA, DOES NOT EMULATE YOUR RESPONSE TO MY REQUEST FOR CALL-TO-ACTION AND EMERGENCY ASSISTANCE AND INTERVENTION WITH HOUSTON POLICE DEPARTMENT THAT ARE IN COMPLICITY WITH THE MAFIA-RELATED ACTIVITIES AND CRIMINAL CONSPIRACY PERPETUAL SCHEME TO NORMALIZE STIGMATIZE DISCRIMINATION, CORRUPTION,, HARASSMENT, RETALIATION, EXPLOITATION, GASLIGHTING AND COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE TO AMBUSH AND SABOTAGE SOLITARY QUEST FOR JUSTICE FOR PARALYZED UNSUNG WAR HERO  AND POLITICAL PRISONER AND SUBSEQUENT ASSASSINATION OF MY BROTHER, ROBERT TREVINO AND FAMILY AND GENOCIDE. WHEN YOUR ASSISTANT, CLAUDIA, MALICIOUSLY KEPT HANGING UP ON ME REFUSING TO PROVIDE ME ANY EMAIL INFORMATION TO YOU, IT HAD A PROFOUNDING NEGATIVE EFFECT THAT EXACERBATES AND COMPOUNDS THE HARM AND INJURIES ALREADY SUFFERED AT THE HANDS OF THE PERPETRATORS AND IS DEBILITATING AND LIFE-THREATENING ESPECIALLY SINCE THE PERPETRATORS HAVE ALREADY INDUCED ME INTO SUFFERING A NEAR DEATH STROKE AND INCREASED MY CHANCES OF MORTALITY IN SUBSEQUENT STROKE TO FOREVER, SILENCE ME AND "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR GENOCIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND IN FURTHERANCE OF "THE GANG-RAPE OF JUSTICE IN AMERICA" AND "JUSTICE FOR SALE IN AMERICA"  AND "GENOCIDE"  AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!  I HAVE NO DOUBT,  WHATSOEVER, THAT IF I TREATED THE PERPETRATORS LIKE THEY CONTINUE TO TREAT ME WITH IMPUNITY IN THE FIRST DEGREE, I WOULD HAVE BEEN LOCKED-UP AND "EXECUTED!" LONG AGO!

THE TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL MAC HAIK FORD DEALERSHIP AND CHRISTINA STURDEVANT,HAVE JOINED THE OTHER PERPETRATORS FROM, TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP DEFENDANTS THAT SWINDLED ME OUT OF ABOUT $25,000.00 ON OVERPRICED 2019 MUSTANG THROUGH USE OF COERCION, UNFAIR HIGH PRESSURE SALES TACTICS, THREATS OF BODILY HARM AND COERCED ME INTO WRITING THEM A $1,00.00 CHECK AND INTO SIGNING DETRIMENTAL CONTRACT OF $41,000.00 UNDER THREAT OF NOT LETTING ME LEAVE UNTIL I COMPLIED IN CONTINUING TO ENGAGE IN EGREGIOUS CRIMINAL CONSPIRACY SCHEME OF NORMALIZATION OF STIGMATIZE DISCRIMINATION, RETALIATION, HARASSMENT, CORRUPTION, GASLIGHTING, OUTRIGHT FRAUD, CRIMINAL OPPRESSION, CIVIL AND HUMAN RIGHTS VIOLATION, OBSTRUCTION OF JUSTICE, RIDICULE, HUMILIATE, PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND  AMBUSH, SABOTAGE, BLACKLIST AND  SANCTION AND PSYCHOLOGICAL ABUSE AND REPEATED ATTEMPTED DEPRAVED HEART MURDER AND GENOCIDE.

AS PART OF THE RETALIATORY CRIMINAL OPPRESSION AND DISCRIMINATION AND CORRUPTION MAFIA-RELATED ACTIVITIES, THE TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL FORD REPRESENTATIVES, DEALERSHIPS, ILLEGALLY BRIBED THEIR EXPERT, DR. MICHAEL ARAMBULA, AKA, PINOCCHIO FOR AGGRAVATED QUACKERY AND GESTAPO AGENT, ATTY. JOHN E. RICHARDS SUPPOSEDLY ALSO REPRESENTING ROBERT IN FEDERAL WRIT OF HABEAS CORPUS, HOWEVER, INSTEAD, ILLEGALLY

CONCEALED FROM THE FEDERAL COURT THE CONFESSION FROM THE STATE'S STAR WITNESS EXONERATING ROBERT OF ANY CRIME AND IMPLICATING THE STATE OFFICIALS FOR CONCOCTING THE BOGUS ALLEGATIONS AND COERCING HIM AND HIS GANG MEMBERS TO FALSELY TESTIFY AGAINST ROBERT UNDER THREAT OF HARSH PROSECUTION AND LONG PRISON SENTENCES ON THEIR PENDING STATUTORY RAPE OF 12 YEAR OLD AND FELONY BURGLARIES. GESTAPO AGENT, JOHN RICHARDS FINALLY CLEARLY REVEALED HIS ALLEGIANCE WAS TO THE STATE OF TEXAS OFFICIALS AND FORD DEALERSHIP DEFENDANCE. RICHARDS ALLOWED THE DEFENDANTS TO AMBUSH US WITH AGGRAVATED IRRELEVANT DEFAMATORY, HUMILIATING AND PREPOSTEROUS UNCHALLENGED PERSONAL ATTACKS TO ALIENATE THE COURT, JURY, AND SABOTAGE "SUNK SHIP" AND OFFICIALLY, "ABANDON SHIP." JUST LIKE IN THE SHAM TRIAL, BY RAGE THAT THE FEDERAL AND STATE OFFICIALS MALICIOUSLY SUBJECTED ROBERT TO, LIKEWISE, CONCEALED STATE'S STAR WITNESS/ALLEGED VICTIMS CONFESSION TO FEDERAL COURT TO APPEASE THE FORD DEFENDANTS AND STATE GOVERNMENT OFFICIALS AND ACCELERATE PREMEDITATED ASSASSINATION PLOT AGAINST ROBERT TO DEFRAUD HIM OF MILLIONS OF DOLLARS IN EXONERATION COMPENSATION AND LEGAL MISCONDUCT AND CIVIL AND HUMAN RIGHTS VIOLATION AND INDUCED ME INTO HAVING A NEAR FATAL STROKE WITH BRAIN BLEED IN ATTEMPTED DEPRAVED HEART MURDER AND FURTHER DEBILITATING DISABILITIES AND EFFORT TO FOREVER SILENCE ME AND ESCAPE CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR GENOCIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR.     .

FORD DEALERSHIP PERPETRATORS, INGENIOUSLY COVERTLY VANDALIZED AND SABOTAGED MY 2019 OVER-PRICED MUSTANG WITH ONLY 26,000 MILES AND 100,000 MILE TRANSFERABLE EXTENDED WARRANTY AND THAT I WAS OFFERED $25,000.00 BY THIRD PARTY AND IN AN EFFORT TO COERCE ME INTO "TRADING" IT TO THEM FOR THE ALLEGED DAMAGES I SUPPOSEDLY CAUSED AND WHICH DELIBERATE DAMAGES THEY CAUSED ARE BEYOND SAFE DRIVING CONDITIONS AND CLEARLY DIMINISHES THE PROPERTY VALUE OF MY MUSTANG. FORD DEALERSHIP DEFENDANTS MALICIOUSLY DELIBERATELY INGENIOUSLY CAUSED THE CATASTROPHIC DESTRUCTION OF MY PERSONAL PROPERTY IN RETALIATION AND TO TRAUMATIZE, CRIMINALLY OPPRESS AND DEFRAUD ME OUT OF THE $$25,000.00 i WAS OFFERED BY THIRD PARTY AND TO UNJUSTLY ENRICH THEMSELVES TO MY DETRIMENT AND IS VICTIM/WITNESS TAMPERING, OBSTRUCTION OF JUSTICE AND REVICTIMIZATION FOR MY DISOBEDIENCE AND REFUSAL TO GO ALONG WITH THEIR MAFIA-RELATED ACTIVITIES AND COVER-UP/WHITEWASH STRATEGY AND IN FURTHERANCE OF ATTEMPTED DEPRAVED HEART MURDER BY PSYCHOLOGICAL EMOTIONAL, MENTAL, PHYSICAL ABUSE AND FINANCIAL AND PERSONAL PROPERTY DAMAGES AND RIDICULE AND MOCKERY FOR SOLITARY QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY.

DISCRIMINATION ON THE BASIS OF SEX, RACE, DISABILITY, AGE, SOCIOECONOMIC STATUS, POLITICAL FREE SPEECH ACTIVITIES AND PETITIONING THE GOVERNMENT FOR REDRESS OF GRIEVANCES, VICTIM/WITNESS TAMPERING,
VANDALISM, COERCION, THIEF OF PROPERTY AND REPEATED ATTEMPTED PSYCHOLOGICAL DEPRAVED HEART MURDER ARE LOCAL, STATE AND FEDERAL CRIMES. THERE WAS ABSOLUTELY NOTHING WRONG WITH MY CAR OTHER THAT ENGINE LIGHT CAME ON. I HAVE IT CHECKED REGULARLY AND NOTHING WRONG,, STATE INSPECTION, NOTHING WRONG, NO EVIDENCE OF ANY OIL LEAKS IN MY GARAGE, I DON'T LISTEN TO THE RADIO AND ALARMING SOUNDS OF ANY PROBLEMS WITH SHOCKS OR REAR END SUSPENSION, NOT EVEN WHEN I GO OVER SOME SCHOOL SPEED BUMPS OR POT-HOLES. NO UNUSUAL ALARMING SOUNDS.
MAC HAIK FORD KILLED THE BATTERY BY NOT CHARGING IT FOR OVER A WEEK AND DAMAGED THE SHOCKS WHICH LAST OVER 50,000 TO 100,000 MILES. MY CAR IS ONLY ABOUT 26,000 MILES. I AM NOT A "DARE-DEVIL"-NO ONE BUT ME DRIVES THE CAR, DO NOT DO STUNTS WITH MY CAR. I DRIVE SAFELY AND ONLY AROUND ABOUT A MILE RADIUS FROM MY HOME. HAVE NEVER HAD AN ACCIDENT THAT I WAS RESPONSIBLE FOR, THE ONLY PEOPLE WHO HAVE ACCESS TO MY CAR IS MAC HAIK FORD WHEN THEY CHANGE THE OIL AND CHECK EVERYTHING. THEY ALSO DID THE STATE INSPECTION AND FOUND NOTHING WRONG ANYWHERE. MAC HAIK FORD NEEDS TO IMMEDIATELY PAY ME $25,000.00 THAT I WAS OFFERED FOR MY CAR BY THIRD PARTY THEY SABOTAGED MY CAR TO COERCE ME TO TRADE IT IN FOR NOTHING AND HAVE MADE IT UNSAFE FOR ME TO DRIVE AND ALSO ARE IN BREACH OF THE EXTENDED WARRANTY WHICH IS NOT SUPPOSE TO CAUSE ME ANY OUT OF POCKET COST AND PROVIDE ME WITH A RENTAL CAR. THEY TOLD ME THEY DID NOT HAVE A RENTAL CAR AND REFERRED ME TO ENTERPRISE ACROSS THE KATY FREEWAY FROM THEM AND THAT THEY HAVE A COZY-RELATIONSHIP WITH. ENTERPRISE TOLD ME THEY DIDN'T HAVE A CAR FOR 25.00 PER DAY AND I WOULD HAVE TO PAY THE DIFFERENCE. i DO NOT FEEL I HAVE TO PAY THE DIFFERENCE BECAUSE FORD EXTENDED WARRANTY PAY FOR RENTAL AND I'M NOT SUPPOSE TO BE OUT OF POCKET EXPENSE. AFTER I FILED MY COMPLAINTS , I GET HARASSING AND ABUSIVE CALLS FROM MAC HAIK FORD, CHRISTINA STURDEVANT AND THEIR RENTAL CAR DEPARTMENT. TELLING ME THAT THEY HAD A RENTAL CAR, HOWEVER, IT WAS NOT FOR $25.00 PER DAY AND THAT I WOULD HAVE TO PAY FOR THE DIFFERENCE. IT WAS INTENDED TO HARASS AND INDUCE MY DEATH FOR THEIR RETALIATORY DISCRIMINATORY EXPLOITATION AND UNSCRUPULOUS AND UNFAIR BUSINESS PRACTICES. MAC HAIK FORD REIMBURSED RENTAL CAR EXPENSES FOR A MAN THAT HAD NO EXTENDED WARRANTY AND NO RENTAL COVERAGE. HOWEVER, THEY CALLED ME TO TWICE THAT DAY IN RETALIATION FOR MY COMPLAINTS AND TO THREATEN TO FURTHER EXPLOIT AND ABUSE ME, UNLIKE, THE MAN WHO THEY REIMBURSED FOR THE

RENTAL CAR WHEN HE HAD NO EXTENDED WARRANTY AND NO CAR RENTAL COVERAGE. ANOTHER PERFECT EXAMPLE OF THE PERPETUAL PERNICIOUS COVERT GANG-RAPE OF DISOBEDIENT DISABLED ELDERLY HISPANIC WOMEN VETERANS, DISCRIMINATION PRACTICES, AND  "BLACKLISTING" "SANCTIONS" "AMBUSH" "SABOTAGE." AND OF COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE AND GENOCIDE IN AMERICA  AND FORD DEALERSHIP CONTINUED HARASSMENT, RIDICULE TAUNTING AND MOCKING THIS VETERAN AND FAMILY, LIKE THEY DID UNSUNG PARALYZED HISPANIC WAR HERO AND POLITICAL PRISONER,  ROBERT TREVINO AND ABUSE OF HIS CORPSE TO FURTHER SHOCK AND TRAUMATIZE OUR FAMILY AND FURTHER, CLEARLY REVEALS THE TRUE IDENTITIES AND BEHAVIOR AND OFF THE CHARTS LEVEL OF DEPRAVITY, EVIL AND WICKEDNESS AND THE FOAMING AT THE MOUTH FOR OUR BLOOD OF BEAST OF PREY IN SHEEP CLOTHING, IN CASE YOU HAD ANY DOUBTS ABOUT THE GENOCIDAL PSYCHOPATHS.     .
.

WHEN I ORDERED THE NEW 2024 MUSTANG ECOBOOST PREMIUM FASTBACK FOR ABOUT 35,000.00.  I MADE IT VERY CLEAR THAT I WOULD NOT BE MAKING ANY DOWN PAYMENTS OR TRADE-INS FOR THE NEW 2024 MUSTANG (PREMIUM). AND THAT FORD MOTOR HAD PROMISED ME THE SAME FINANCE AS BEFORE WITH NO INTEREST AND 72 MONTHS.  SO i ORDERED THE NEW. SEE ATTACHMENTS.  ,   .   .

SAYING THAT YOU DON'T HAVE JURISDICTION TO MARGINALIZE ME AND DENY ME THE EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE IS ALSO AGAINST THE LAW AND IN BLATANT VIOLATION OF THE US CONSTITUTION,   BLACKLISTING AND SANCTIONING ARE ALSO FEDERAL CRIME.  I AM NOT RICH AND CAN NOT AFFORD TO PAY THE POLICE TO DO THEIR JOB AND AFFORD ME THE EQUAL PROTECTION THAT I AM LEGALLY AND MORALLY ENTITLED TO, ESPECIALLY SINCE BECAUSE OF MY RACE, SEX AND DISABILITY MAKES ME MORE VULNERABLE TO THESE KINDS OF EXPLOITATION AND ABUSES. BRIBERY TO OBSTRUCT JUSTICE AND PAID PINOCCHIO QUACKERY TO ESCAPE TOTAL ACCOUNTABILITY IS ALSO A CRIME.  IT IS,LIKEWISE, A CRIME TO COERCE HOUDINI S QUACKERY TO AVOID PROSECUTION ON STATUTORY RAPE OF 12 YEAR OLD AND TO THIS DAY, "ESCAPE" PRISON IN EXCHANGE FOR THE , WRONGFULL IMPRISONMENT AND SUBSEQUENT PREMEDITATED ASSASSINATION OF PARALYLZED DEFENSELESS WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND GENOCIDE.

THEREFORE, THIS IS ANOTHER CALL-TO-ACTION TO PROTECT  HONORABLE DISABLED VETERANS AND OTHER MORE VULNERABLE IN OUR SOCIETY FROM PERPETUAL STIGMATIZED DISCRIMINATION AND CORRUPTION A DEADLY COMBINATION AND IMMEDIATELY HOLD THE PERPETRATORS CRIMINALLY AND CIVILLY ACCOUNTABLE.  OUR NATION CANNOT BETRAY SOLEMN PROMISE TO NEVER LEAVE ANY VETERAN AND THEIR FAMILIES BEHIND AND TO BRING TO REALITY THE PROMISES TO OUR WOUNDED VETERANS AND AFFORD US THE EQUAL PROTECTION AND RIGHTS AND BENEFITS  WE HONORABLY EARNED AND AS GUARANTEED  UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS.

BILLIONS OF DOLLARS A YEAR INTENDED TO HELP DISTRESSED VETERANS AND OTHER VULNERABLE MINORITIES, FOR DECADES HAS BEEN KNOWINGLY INTERCEPTED BY COVERT SHAM NON-PROFIT CRIMINAL ENTERPRISES THAT SPORADICALLY HELP ONLY AS PUBLICITY STUNTS TO GENERATE MORE MONEY TO LINE THEIR OWN POCKETS AND THOSE OF THEIR CRONIES BUT ARE KILLING MORE MINORITIES THAN THEY ARE HELPING.  THIS ROBERT TREVINO CASE IS A PERFECT EXAMPLE.  FURTHERMORE, LIKE ANY OTHER HOMICIDAL PSYCHOPATHS REVICTIMIZE  THEIR VICTIMS TO MAKE US "SCAPEGOATS'  TO "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR GENOCIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND CONTINUE TO BE PROTECTED WHILE VICTIMS CONTINUE TO BE VICTIMIZED.  THIS ROBERT TREVINO AND FAMILY CASE IS A PERFECT EXAMPLE.
ROBERT TREVINO AND FAMILY MEMBERS DID NOT HAVE TO DIE!
. . . .
THIS IS NOT RUSSIA OR CHINA!  IT IS NOT THE WILD, WILD, WICKED WEST EITHER!
THIS IS NOT A MONARCHY!  NOR RENEGADE CHAOTIC MEDIEVAL TOTALITARIAN REGIME.  NO ONE IS ABOVE THE LAW!  LOCK EM UP!!!

ONLY GOD IS KING!

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE.
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com

CC;
HOUSTON BBB
USAA

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## STOP REVICTIMIZING , MARGINALIZING AND STIGMATIZE DISCRIMINATING AND PERNICIOUS SYSTEMATIC ABUSE !!
2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                                    Fri, Jun 30, 2023 at 4:39 PM
To: ford@ford.com, Gloria Trevino <vip4justice@gmail.com>, Christina Sturdevant <CSturdevant@machaikford.com>, Texas
Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, USDOJ <askdoj@usdoj.gov>, USAWA
Inquiries <usawainq@unhcr.org>, newyork@ohchr.org, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>,
pio@supremecourt.gov, otp.informationdesk@icc-cpi.int, info@harriscountygop.com

FORD MOTOR COMPANY
ATTN;  JIM FARLEY, CEO

MR. FARLEY,

DEMAND IMMEDIATE INTERVENTION AND ASSISTANCE WITH YOUR MAC HAIK FORD DEALERSHIP TO CEASE
AND DESIST IN ENGAGING IN DIABOLICAL HOMICIDAL CRIMINAL CONSPIRACY SCHEME TO STIGMATIZE
DISCRIMINATION, CORRUPTION AND COVERT PSYCHOLOGICAL DOMESTIC TERRORIST GUERRILLA WARFARE
AND GENOCIDE! 713-932-5066, CHRISTINA. I HAVE PREVIOUSLY TALKED TO YOU CREDIT CO. AND THEY
AGREED TO AFFORD ME THE SAME NO INTEREST AND 72 MO. FINANCE.  I WAS OFFERED $23, 000.00 FOR MY
MUSTANG FROM OUTSIDE DEALER. SO I WENT AHEAD AND ORDERED NEW 2024 PREMIUM ECOBOOST
MUSTANG TO RECOVER SOME OF THE DAMAGE FROM THE COERCED 2019 MUSTANG  SWINDLE. I WOULD
PAY OFF THE BALANCE AND RECOVER SOME OF MY LOSS.  HOWEVER, YOUR CORRUPT SERVICE CENTER
ARE CRIMINALLY OPPRESSING ME TO DEFRAUD ME AND TRY TO INDUCE MY DEATH AND DEMISE.  THERE
WAS NOTHING WRONG WITH THE SHOCKS OR BATTERY.  I GET IT SERVICE FREQUENTLY AND NO MENTION
OF ANY PROBLEMS WITH THE BATTERY OR SHOCKS AND THERE ARE NO LEAK SIGNS ON MY DRIVEWAY.  IT
WAS RUNNING FINE UNTIL THE ENGINE LIGHT CAME ON AND I BROUGHT IT IN RIGHT AWAY TO FIND OUT
WHAT WAS WRONG WITH THE ENGINE WHICH IS UNDER WARRANTY.  THEY HAVE HAD MY CAR FOR ABOUT A
WEEK AND I WAS JUST TOLD ABOUT THE BATTERY AND SHOCKS.  IF THE BATTERY WENT BAD, IT IS BECAUSE
THEY CONVENIENTLY DID NOT BOTHER TO TURN THE CAR ON SO THAT THE BATTERY CAN GO  DEAD AND
NOW THEY WANT TO EXTORT ABOUT $600.00 TO REPLACE IT AND THE CABLES, PLUS THE PAPER SHOCKS
AND I AM NOT AMUSED!!  YOUR CO-CONSPIRATORS RE VICTIMIZING ME TO SABOTAGE MY CAR AND
INTERFERE IN MY SOLITARY QUEST FOR JUSTICE FOR ROBERT AND FAMILY IS LIFE-THREATENING AND YOU
ARE GOING TO INDUCE MY SENSELESS DEATH AND DEMISE. ROBERT WAS NOT AN ORPHAN AND NEITHER
AM I.  WE HAVE A LARGE FAMILY THAT WILL HONOR OUR WISHES  IN OUR QUEST FOR JUSTICE FOR ROBERT
AND I.  JUST SO YOU KNOW.    .  .  .  .
THEREFORE, CEASE AND DESIST FROM CONTINUED STIGMATIZED DISCRIMINATION, CORRUPTION,
EXPLOITATION, TAMPERING WITH A WITNESS/VICTIM, AGGRAVATED QUACKERY, OBSTRUCTION OF JUSTICE,
BRIBERY FOR QUACKERY AND PERSONAL ATTACKS OF TOTALLY DISABLED VETERANS AND PARALYZED
HISPANIC WAR HERO AND POLITICAL PRISONER, 76 YEAR OLD, ROBERT TREVINO, AND TOTALLY DISABLED 70
YEAR OLD GLORIA TREVINO AND    , BRIBERY FOR ABANDONMENT OF GLORIA  AND ROBERT TREVINO
RESULTING IN THE ATTEMPTED DEPRAVED HEART MURDER OF GLORIA TREVINO AND
ACCELERATED ASSASSINATION OF ROBERT TREVINO AFTER STATE'S STAR WITNESS CONFESSED AND
EXONERATED ROBERT OF ANY CRIME AGAINST HE AND HIS VIOLENT GANG OF DEVIL WORSHIPERS AND
IMPLICATED THE STATE OFFICIALS THAT COERCED STAR WITNESS AND HIS GANG INTO GIVING FALSE
TESTIMONY/MORE QUACKERY, AGAINST ROBERT UNDER THE THREAT OF HARSH PROSECUTION ON THEIR
PENDING STATUTORY RAPE OF A 12 YEAR OLD AND FOR FELONY  BURGLARIES.  IN OTHER WORDS, YOUR
CORRUPT AND RACIST AND SEXIST ASSOCIATES/ DEALERSHIPS THE TOO BIG TO JAIL POLITICALLY AND
FINANCIALLY INFLUENTIAL STERLING MCCALL FORD DEALERSHIP IN CIVIL SHAM TRIAL BY RAGE THAT THE
STATE OFFICIALS DID TO ROBERT IN THE CRIMINAL SHAM TRIAL BY RAGE AND WRONGFUL IMPRISONMENT,
MODERN DAY DEATH-TRAP. TO SABOTAGE OUR QUEST FOR JUSTICE.FOR ROBERT TREVINO AND FAMILY
WITH IMPUNITY IN THE FIRST DEGREE.

YOUR LEGAL DEPARTMENT FAITH, BLATANTLY REFUSED TO INTERVENE AND ASSIST IN "SHACKLEING" AND
RESTRAINING  YOUR CRIMINAL CONSPIRACY SCHEME IN THE CONTINUED CRIMINAL OPPRESSION AND
VICTIM/WITNESS TAMPERING AND EFFORTS TO CONTINUED OBSTRUCTION OF JUSTICE BY BLACKLISTING
AND SANCTIONING ROBERT TREVINO AND FAMILY TO INTERFERE IN OUR QUEST FOR JUSTICE AND COVER-
UP WITH IMPUNITY IN THE FIRST DEGREE AND  TO ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY AND

8/8/22, 3:38 AM                        Gmail - REPEATED DEMANDS TO CEASE AND DESIST PSYCHOLOGICAL ABUSE!

 Gmail                                              Gloria Trevino <vip4justice@gmail.com>

## REPEATED DEMANDS TO CEASE AND DESIST PSYCHOLOGICAL ABUSE!
4 messages

**Gloria Trevino** <vip4justice@gmail.com>                              Wed, Jul 27, 2022 at 5:33 PM
To: rcrow@sterlingmccallford.com, "john.richards" <john.richards@richardsvaldez.com>, sheriff.gonzalez@sheriff.hctx.net,
USDOJ <askdoj@usdoj.gov>, usatxs.atty@usdoj.gov, usatxs-publicinquiry@usa.doj.gov, Texas Attorney General
<consumerprotection-complaints@texasattorneygeneral.gov>, community@texastribune.org, CDCInfo
<cdcinfo@texasbar.com>, information@scjc.texas.gov, pio@supremecourt.gov, ctakei@aclu.org, brazil@hrw.org,
josh.turner@house.texas.gov, amy.starnes@txcourts.gov, Gloria Trevino <vip4justice@gmail.com>, activism@ij.org,
aimember@aiusa.org, ohchr-civilsociety@un.org, ohchr-infoDesk@un.org, general@ij.org, publicaffairs@usccr.gov

VIA EMAIL; rcrow@sterlingmccallford.com
TO; FORD MOTOR COMPANY
&
RODNEY CROW & DEFENDANTS, ET AL.,
C/O RODNEY CROW & TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL STERLING MCCALL
FORD DEALERSHIP DEFENDANTS, INCLUDING, MICHAEL R. ARAMBULA, AKA, "PINOCCHIO" WITH HIS
UNCHALLENGED "QUACKERY" AGGRAVATED PERJURED TESTIMONY!
&
JOHN RICHARDS/CO-COUNSEL/CO-CONSPIRATOR NOEL PORTNOY/TRAITORS/SELLOUTS/SHYSTERS AND
GESTAPO AGENTS!

RE; REPEATED DEMANDS TO IMMEDIATELY CEASE AND DESIST PSYCHOLOGICAL ABUSE!

Greeting:

I have made repeated demands that you, directly and/or indirectly immediately cease and desist from the endless
continuing harassment and psychological abuse of me through your unwanted, unsolicited, annoying and harassing
advertisements, surveys, etc.and to take me off your contact list and after maliciously subjecting me to a sham trial by
rage and ambushed me with unchallenged aggravated perjured testimony and other flagrant US Constitutional Civil and
Human Rights violations , deliberately endangering my life and inducing me into suffering a stroke/cerebral microbleed
and making Robert and I the scapegoats for your psychopathic criminal mind and behavior and you continue to mock
and  abuse me relentlessly, thumbing your noses at me and cover-up/whitewash with impunity in the first degree,

ALSO, IMMEDIATELY STOP THE MURRAY DEFENDANTS AND THEIR FALSE ADVERTISING COMPANY, FIVE STAR
RATED, FROM THE HARASSMENT AND PSYCHOLOGICAL ABUSE AS WELL!,

Therefore, I am not amused over your perverted sense of humor and bamboozling and gang-rape Robert and I out of true
justice and systematic injustice of us.  We continue to feel aggrieved and outraged and as repeatedly warned you are not
above the law and I intend to hold you civilly and criminally accountable for your psychopathic criminal mind and
behavior!

IMMEDIATELY STOP,, DIRECTLY AND INDIRECTLY,  THE HARASSING AND PSYCHOLOGICAL ABUSE OF ME!

YOU HAVE BEEN REPEATEDLY FAIR WARNED!

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077
713-309-5962

**5 attachments**

📄 **FORD CROW ET AL RELENTLESS PSYCHOLOGICAL ABUSE.pdf**
3575K

📄 **FORD CONTINUING HARASSMENT$ & PSYCHOLOGICAL ABUSE.pdf**

*Ct of Appl. No's 10-95-00277-10-95-00281*
*10th Dist of TX Waco, TX.*
*Brief for appellant                    2 May 96*

to any of the alleged acts by the Appellant.  The State offered no expert testimony to assist the jury in making the determination that the complainant's had been mentally and physically abused. Only one of the five complainant's had a medical report and it revealed no physical evidence of abuse and Dr. Remmer used the most sophisticated instruments to determine if there had been any physical abuse of complainant Christopher Williams over a long period of time and found none.

The Appellant respectfully prays that this Honorable Court look at the record and view the evidence and then make the determination that Appellant's guilty verdict is clearly wrong and unjust and therefore order an acquittal of the Appellant in all of these causes.

## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Appellant Prays this Honorable Court to consider each and every point of error raised herein to reverse Appellants conviction and to order a judgment of acquittal or new trial as the law and justice demands.

Respectfully submitted,

John A. Dixon
2616 S. Loop W. Ste. 400D
Houston, Texas   77954
713-349-8387
Fax:   713-349-8783
SBN:   00785824
Attorney for Appellant

CAUSE NO. 21531        CR
DA# 02-1372

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE:  AGGRAVATED SEXUAL ASSAULT
          OF A CHILD

AGENCY:  WPD

WITNESSES:  BILLIE WIGGINS
            SHAWN LANGFORD

§
§  FILED FOR RECORD
§  95 MAR -1 PM 2: 54
§
§      BILLIE A FULLER
§      DISTRICT CLERK
§  ELLIS COUNTY, TX.
§
§
§
§
§
§
§  (This Space For Clerk's Use)

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to-wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*(Handwritten annotations):*

"Nothing But the Truth"
The recounting of Kalb...
"a lie is a Confession"
"Big Red Flag"
"disregarded by all!"
AT.

V2581

FOREMAN OF THE GRAND JURY

#1 Grand Jury "No Billed"
No Evidence Reliable
Last Minute
Shawn recants
half lie! +
No Red Flags
in #2 Grand Jur

SEARCH    HOME    ACCESSIBILITY POLICY    ADVERTISE    FORMS & SUBMISSIONS    E-EDITION    LOG IN



*The Ellis*
# County Press

*Ellis County's only independently owned newspaper*

NEWS    OPINION    INVESTIGATIONS    OUR SOCIETY    SPORTS    LIFESTYLE    OBITUARIES    LEGALS    ABOUT US    CONTACT



Ferris, TX 75125          69 °F    90 °F

**Have a news tip?**

Do you have information that the public should know about? Share news tips with us anonymously.



Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

# LOCAL COUPLE ARRESTED FOR MURDER OF INFANT

ECP TV



ECP TV Terry Murphy...

**ECP-TV: RITA COOK AND TERRY MURPHY TALK ABOUT THE INFLUENCE OF LOBBYISTS ON ELECTIONS (APRIL 7, 2023)**

MORE VIDEOS

Wed, 06/15/2022 - 1:01pm

**RITA COOK / STAFF WRITER**

WAXAHACHIE – The Ellis County Sheriff's Department arrested a Waxahachie couple last week on charges of the murder of their female infant.

The name of the infant was not released.

Heather Williams, 30, and Shawn Lankford, 43, were arrested on Tuesday, June 7, and booked into the Wayne McCollum Detention Center.

Their bond was set at $1,000,000 each.

The incident was initially reported on Saturday, March 19, when Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie in reference to a child who was not breathing.

The deputies arrived at the location and observed the infant being loaded into an ambulance.



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

**From:** Gloria Trevino <vip4justice@gmail.com>
**Sent:** Tuesday, November 15, 2022 10:00 AM
**To:** PIA <PIA@tdcj.texas.gov>
**Subject:** THE ASSASSINATION OF ROBERT R. TREVINO 729766

---

CAUTION: This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

---

TDCJ
pio@tdcj.texas.gov

RE: ASSASSINATION OF ROBERT R. TREVINO 729866

GREETINGS,

I AM ROBERT'S SISTER, GLORIA TREVINO.   I DEMAND TO KNOW EVERYTHING THAT HAPPENED TO ROBERT ON THE DAY OF HIS ASSASSINATION.

WHERE DID HE DIE, WHAT TIME AND CIRCUMSTANCES SURROUNDING HIS
UNTIMELY SENSELESS ASSASSINATION.   IS THIS WHY YOU DIDN'T WANT HIM RELEASED ON MRIS TO THE VA FOR EMERGENCY LIFESAVING MEDICAL CARE?

PLEASE RESPOND ASAP AND WHERE ARE HIS DEATH CERTIFICATES?

GLORIA TREVINO, PETITIONER
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS 777077
713-309-5962
vip4justice@gmail.com



# Texas Department of Criminal Justice

## Emergency Action Center – Basic Releasable Information

**Offender Name/TDCJ #:**     Robert Trevino TDCJ #1306205

**Date/Time of Incident:**     November 03, 2022, at approximately 12:48 hours

**Location of Incident:**     Hospital/Clinic/Infirmary/Lab

**Injuries Sustained:**

**Known Disciplinary Action:**

**Basic Summary of Incident:**

Staff observed inmate Trevino unresponsive in his cell and began life-saving measures. Unit medical arrived and resumed life-saving measures while 911 was called. EMS arrived, transported via EMS to University Medical Center, and was pronounced deceased by the attending physician. The preliminary cause of death is unknown. The next of kin (sister) was notified and will claim the body. The Office of Inspector General was notified.

11/30/22, 11:26 PM    Timothy Cole - Innocence Project

# Timothy Cole

## Time Served: 23 years



**Timothy Brian Cole died in a Texas prison in 1999 while serving a 25-year sentence for a rape he didn't commit. Nearly a decade later, DNA evidence from the crime posthumously exonerated Cole and implicate**

# INNOCENCE PROJECT OF TEXAS

1304 TEXAS AVE.
LUBBOCK, TX 79401
TELEPHONE (806) 744-6525
FACSIMILE (806) 744-6480
WWW.IPOFTEXAS.ORG

June 20, 2008

Robert R. Trevino
TDCJ # 729766
Jester IV Unit - D3-16
3 Jester Rd.
Richmond, Texas 77469

Dear Mr. Trevino:

The Innocence Project of Texas, formerly known as The West Texas Innocence Project, received your completed questionnaire and we have placed it in our list of cases to investigate. Please understand, however, that we have a backlog of cases and there may be a long wait before we are able to begin investigating your case. When we begin the investigation, a student will write to you to inform you that work on your case has begun and to request any other information that may be needed.

Please understand that The Innocence Project of Texas will only be evaluating your case to decide whether to proceed further. Therefore, The Innocence Project of Texas at this point does not represent you and you are not our client. We will get to your case as quickly as we can. Thank you for your patience. Please note our new address is 1511 Texas Ave, Lubbock, Texas 79401.

Sincerely,

Natalie Roetzel

Natalie Roetzel
Executive Director

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## Response to request you submitted to the Houston Lawyer Referral Service
1 message

---

**Houston Lawyer Referral Service** <no-reply@send.afterpattern.com>          Tue, May 10, 2022 at 4:29 PM
To: Vip4justice@gmail.com

Hi GLORIA TREVINO,

Thank you for contacting the Houston Lawyer Referral Service. You may find the following resource helpful. Please reach out to the organization listed below.

General Legal Info

If you are looking for free legal advice - visit https://hba.org/index.cfm?pg=LegalLine. Unfortunately, Houston Lawyer Referral Service does not have an attorney at this time to suit your needs. Visit the link below for a guide of legal resources.

https://hlrs.org/wp-content/uploads/FREE-LEGAL-SERVICES-1.pdf

https://hlrs.org/wp-content/uploads/FREE-LEGAL-SERVICES-1.pdf


This email is automatically generated by a web service we use. For that reason, please do not reply to this email if you need to contact us. Instead email us directly at info@hlrs.org.

Warm regards,
Houston Lawyer Referral Service



**BLACKBURN & BROWN, LLP**
LAWYERS

718 S.W. 16th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

> *"No legacy is so rich as honesty".*
> -Shakespeare, *All's Well that Ends Well*

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law
Texas Board of Legal Specialization



RYAN BROWN
BRUCE MOSELEY, OF COUNSEL



THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

# BLACKBURN & BROWN, LLP
## LAWYERS

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn



**INNOCENCE PROJECT
OF TEXAS**

January 22, 2023

Mrs. Gloria Trevino
12526 Olympia Drive
Houston, TX 77077

RE:    State of Texas v. Roberto Rodriguez Trevino
       Indec w/ child, Sex assault/ Agg Sex Assault/ Sex Assault-Child

Dear Mrs. Trevino:

I want to, again, extend my deepest condolences in the loss of your brother. I can only imagine how difficult this time is for you and your family. I'm sorry IPTX couldn't complete the initial evaluation of your brother's case. Unfortunately, with his passing, IPTX is closing his file.

Enclosed are all the documents you have forwarded to us as you have tirelessly advocated for his innocence.

I wish you the very best!!

Sincerely,

Kimberly Moore,
IPTX Paralegal

KM/dth

Enclosures

*See attached Timothy Cole after serving 23 years died in prison and later Posthumously exonerated! Never wanted to help save Robert's life on MRIS, etc.*



Donate

# A lawsuit alleges a racial disparity in VA benefits and says the VA isn't doing enough about it

**American Homefront Project**

Published December 14, 2022 at 10:47 AM CST

LISTEN • 3:47



*Adam Fagen / Flickr*

## Lawyers who filed the suit say agency records show the VA is more likely to pay claims from white veterans than from Black veterans.

Conley Monk, Jr. volunteered to serve in the Marine Corps during the Vietnam War. He drove a bullet-riddled transport vehicle, moving troops and equipment through combat



The Source

Secure Owner ID: CAW3990217

Expire Date: 5/17/2023

*VA already Got Phantom Owner Squatter in my Home!*

### Home Servicing Credit

$199.00

Signature NOT required for redemption

Home Loan Secured By: PRIVATE LENDER

23162 T84 P1 ***********AUTO**ALL FOR AADC 773
Rob Shuller
12526 Olympia Dr
Houston TX 77077-5828

To The
Order Of

Signature: _____

*Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.*

THIS IS NOT A CHECK

---

HOME SERVICING DEPT

IMMEDIATE RESPONSE TO THIS
NOTICE REQUESTED

Notice Date:        4/17/2023
Contact Phone:   (800) 299-9568
Secure Owner ID:  CAW3990217
**Respond By:       5/17/2023**

### FINAL NOTICE

**Home Loan Secured By: PRIVATE LENDER**

Call to verify the above information
**Before the respond date expires!**

Read below for more information

IMMEDIATE RESPONSE REQUESTED

Secure Owner ID: CAW3990217

ATTENTION: Rob Shuller

This letter is to inform you that the property's home warranty, at 12526 Olympia Dr, Houston, TX 77077-5828 secured
by PRIVATE LENDER, may be expiring or may have already expired.

Our records indicate that you **HAVE NOT CONTACTED** us yet to get your Home Warranty up to date.

**Please Call IMMEDIATELY as this will be our FINAL ATTEMPT TO NOTIFY YOU (800) 299-9568.**

Without a home warranty in place, you are at risk of being financially liable for any and all repairs. However, you still
may have time left to activate a Warranty on your home before it's too late. No inspection will be required and final
acceptance is subject to your ability to meet eligibility requirements.

We reserve the right to revoke your eligibility for service coverage after 5 days.

PLEASE RESPOND BY: 5/17/2023

PHONE: (800) 299-9568

### CALL (800) 299-9568
**Hours M - F 9 AM - 8 PM Eastern**

### Se Habla Español: (888) 498-1716

Secure Owner ID: CAW3990217

TOLL-FREE: (800) 299-9568

FROM THE OFFICE OF
BILL ARCHER

MAR    1999

## VICTIMS IN PETITION FOR JUSTICE
### Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas  77077
### (281)752-8884

CONGRESS OF THE UNITED STATES                          March 11, 1999
Honorable Congressman Bill Archer
10000 Memorial Drive, Suite 620
Houston, Texas  77024-3490

**Re:  REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME**
**Subj:  JUSTICE FOR ROBERTO RODRIGUEZ TREVINO AND FAMILY**

### "LIVING THE AMERICAN NIGHTMARE"

#### In Pursuit of Justice For Roberto Rodriguez Trevino and Family

As per our telephone conversations, in support of our **REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME**, I submit the following Memorandum, entitled, **"LIVING THE AMERICAN NIGHTMARE,"** subtitled, **"VICTIMS IN PETITION FOR JUSTICE."** Also attached is an article from the Houston Chronicle on the case of, "David Ruiz vs. W.S. Estelle," dated, March 2, 1999, entitled, **"US Judge keeps hold on state prisons."** **We support the Honorable Judge William Wayne Justice's ruling, rejecting the state's latest plea to be relieved of federal court supervision.** We agree that Constitutional rights of Texas inmates are routinely violated despite 20 years of judicial oversight and official promise to improve treatment. Therefore, we are in strong opposition to the Texas Attorney General, John Cornyn's groundless appeal to the 5th US Circuit Court of Appeals in New Orleans. **In support of our position, I submit the ugly case scenario of my brother, Roberto Rodriguez Trevino, inmate No. 729766, Mark Stiles Unit, 3060 F.M. 3514, Beaumont, Texas  77705, 19 - C - 06, subtitled:**

### "Nightmare on M. Stiles Unit Prison."

**Roberto Rodriguez Trevino is a Bronze Star, Purple Heart recipient and a political prisoner at the Texas Department of Criminal Justice, Mark Stiles Unit Prison, one of the worst prison units in the state,** where he continues to be treated with cruel and unusual punishment and blatantly denied visitation rights with me as well as blatantly denied medical treatment for his 100% service-connected disabilities which have been worsened by the maltreatment that he has been subjected to by the prison officials over the past four years.

**Robert was born June 7, 1946, in Laredo, Texas, one of ten siblings. Our father, Jose P. Trevino, was a WWII veteran** and master plumber by trade who also suffered from arthritis, diabetes, and weak heart condition from an early age and died in 1987 of a heart-attack at age 65. Daddy, suffered more than his share of reprisals and blatant discrimination practices for trying to be an active participant in community affairs. Robert is a war hero, had never been involved with any gangs, drugs and had no felonious criminal record and would give the shirt of his back to help someone in need. Robert served two tours in Vietnam and was seriously wounded while rescuing members of his Platoon from an ambush and while wounded himself and under heavy fire, valiantly saved the lives of his comrades. Robert was extensively exposed to Agent Orange and other dangerous herbicides and suffers from skin disorders, liver damage, head and back problems, neurological and physical problems aggravated by his over weight condition, hearing and vision is seriously impaired, suffers from arthritis, diabetes, weak heart condition, soft tissue sarcoma, nerve damage, drop-attacks, structural damage to the brain, emotional problems associated with, like many other Vietnam war veterans, Post Traumatic Stress Disorders, carries steel fragments from explosions embedded in his knees, bone spurs in his feet, and has to use a cane and therapeutic shoes to walk.

Congressman Bill Archer - Request For Emergency Appearance Before Subcommittee on Crime
March 11, 1999 - P. 2

**Robert was illegally arrested on Feb. 9, 1995,** falsely accused of over 24 unsubstantiated counts of aggravated sexual assault on a gang of white juvenile delinquents who had criminal records and criminal charges pending at the time. On day 1, without probable cause, and without a warrant, Robert was abducted out of his home and the victim of illegal search and seizure. Day 2, after Robert was in illegal custody, illegal warrant was obtained and signed by JP judge, Curtis Polk, who has no law degree, acting outside his jurisdiction and judicial official capacity then held Robert on what amounted to **"NO BOND!"** JP judges are limited to misdemeanor cases and wedding ceremonies. However, JP judge Curtis Polk doesn't have to have a law degree to understand that their are other judges with law degrees who have jurisdiction in more serious cases such as alleged in Robert's case and that by signing the illegal warrant he was contributing to a crime since Robert was already in illegal custody. Day 3, the probable cause, complaint, was solicited from the juvenile delinquent gang who couldn't even remember the name or location of the clinic or of the **"phantom doctor"** who supposedly performed the "rape-test" on them and neither could their parents who had to give consent for the minors, alleged victims of aggravated assault, to be examined. Their justification is that JP judges don't have to have law degrees. It is true that a JP judge in the State of Texas doesn't have to have a law degree so long as he doesn't go outside his jurisdiction and the judicial official capacity of a JP judge with no law degree. Therefore, "self-appointed" county judge, Curtis Polk, (Alias Judge Roy Dean) with no law degree, set the **"Wheels of Injustice"** in motion. Robert was subjected to a one-sided, **"sham trial,"** where I was not even allowed to testify on Robert's behalf and numerous other violations of the United States Constitution, denied members of his peers on the all white jury in furtherance of the violations of his civil rights and to ensure a conviction and consequently was condemned to life imprisonment making Robert more vulnerable to more blatant civil and human rights violations. **No evidence of any crime was ever presented.** There was no DNA samples, no cuts or bruises, no torn clothing, no hair sample, no weapons, no foot and/or shoe prints and there was no bloody gloves and/or finger prints, no dead bodies and, again, no members of Robert's peers on the jury. **Robert was condemned to life imprisonment on mere vicious unadulterated lies!**

**Subsequently, Robert's cane and therapeutic shoes were replaced with a mop and was being forced to hard labor at the prison and/or face corporal physical punishment by the prison guards.** Robert was sent to one of the worst prison units in Texas, the Mark Stiles Unit in Beaumont, Texas to be forced to witness and face death almost on a daily basis since the Stiles Unit is basically a "concentration camp" and a "death-trap." The Mark Stile's Unit, like most prison units, is over-crowed, and highly contagious. Stile's Unit is filled with terminally ill inmates who are suffering from aids, tuberculosis and hepatitis and are force to work serving food while coughing up blood and throwing-up and are likewise being deprived of medical treatment by the prison doctors some of whom are under license suspension for criminal activities and drug abuse. **The prison doctors are in reality, butchers and executioners in disguise** who receive bonuses for supposedly saving the tax-payers money in medical expenses to the inmate's demise. In a short period of about a year, at the Stile's Unit alone, 16 out of 24 death's were ruled **"inappropriate"** and no one is being held accountable. The violent deaths of inmates as a result of brutal beatings by the prison guards are not included in this alarming number of casualties. **Robert is innocent and regardless of this unlawful conviction and false imprisonment, he is entitled to retain his fundamental rights as a human being.**

Over the past four years, we have been unsuccessful in our efforts to get assistance from representatives of the government to come to Robert's aid and to provide Robert the badly needed medical treatment and/or transferred to a medical facility where he can be near our **critically, ill-stricken mother, Maria Rodriguez Trevino,** whose medical condition, as Robert's, has worsened and can't travel the 12 hour round-trip to visit him. My mother also suffers from chronic pain, diabetes and multiple bothersome medical problems and is Insulin dependent however she continues to suffer infections to vital organs in her body and is in and out of the emergency room. Mother and my other family members, as well as myself, continue to suffer severe grief, sorrow, and extreme hardships in relation to the traumatic experience of having a loved one falsely accused, persecuted and condemned to life imprisonment to be further abused. Even my sister-in-law, has been in the intensive care unit for weeks unable to breath on her own. My

**Congressman Bill Archer - Request For Emergency Appearance Before Subcommittee on Crime**
March 11, 1999 - P. 3

other brother, Carlos, is also at risk since he suffers from among other things, epilepsy. This makes my mother more vulnerable because of her fragile medical condition and I'm worried that mother might go into shock and suffer a stroke or worse.

Furthermore, my efforts to get the **VA and VA Medical Center**, who have an agreement with the Texas Department of Criminal Justice to provide inmate veterans medical treatment for their service-connected disabilities, have likewise been frustrating and in vain. **The VA and the VA Medical Center have unjustifiably blatantly denied Robert medical treatment well aware of his present unfortunate predicament and have likewise denied my mother VA compensation as a dependent parent of a disabled veteran and "War Hero," again, well aware of the entire situation, and in spite of the extreme hardships. The VA and VA Medical Center have blatantly denied me badly needed veteran's benefits over the years even though I'm not in prison and aware of my predicament.**

In relentless pursuit of "True Justice," I also filed a Complaint to the United Nations High Commissioner for Human Rights who returned a communication of receipt of the complaint and sent to the US authorities in accordance with International law and the sub-Commission on the Prevention of Discrimination and Protection of Minorities. In my complaint, I request the investigation of this case, the denouncement of irregularities and discrepancies throughout the trail and the human rights violations inflicted on my brother by the criminal justice system in the United States. The result, the US authorities allowed the culprits, "Cover-up Artist," to investigate themselves and they generated false and misleading documents and reports to give the false impression and illusion that Robert has been and continues to be treated with kindness and in a fair and humane manor. When in reality Robert continues to be the object of the greatest crime against humanity - "Autocratic Rule!"

Not everything is Black and/or White and it seem to me that society in general refuse to accept the reality that there are **Hispanics victims of discriminatory practices, hatred and injustice.** Some of us are being persecuted for raising the issue of discrimination and fraud and are being taken back, or are living in the stone ages. We are not all gang members, thieves, abusers, drug dealers or drug users. **Why are there no Hispanic guards at the Mark Stiles Unit Prison?** We are not all criminals or members of the Mexican Mafia. Some of us are truly being victimized for simply trying to become active participants in the community and for simply exercising our rights to grievances and our freedom to address matter of public concern. **This is suppose to be a Free Country!** Throwing people in jail on trumped-up charges and/or putting them in isolation just because you don't like their politics is uncivilized and unacceptable. In addition, stripping our disabled Hispanic American war hero's of their dignity by replacing their well deserve medals of honor with a badge of infamy to throw them away like trash is also unreasonable, immoral and unlawful.

The Honorable US District Judge William Wayne Justice has somewhat restored my faith in the Judicial System. It is clear that the need to eliminate unnecessary death, destruction and suffering is a reflection of international interest and of the moral values of civilized man. However, the Texas Attorney General, John Cornyn's office and most of the Texas legislators are aware of this case and have done nothing to afford Robert his basic human needs or to alleviate our pain and suffering which are having a devastating effect on our daily lives. Therefore, this groundless and bad-faith appeal to the 5th US Circuit Court of Appeals constitutes criminal contempt, abuse of the legal process and is truly a waste of the Tax payers money.

Robert paid a high price in defending our Government when our Government called upon him in time of need to defend our national interest by going to war. I am also an honorably discharged veteran and a victim of defamation, retaliation, discrimination, police brutality and systematic abuse. **Now we are calling upon our Government to come to Robert's aid in disentangling himself from this "Railroad of Hypocrisy and Injustice."**

**Congressman Bill Archer - Request For Emergency Appearance Before Subcommittee on Crime**
March 11, 1999 - P. 4

**David Ruiz, the inmate who gave name to suit and is known for prison reform in Texas lives in isolation,** never killed anyone and is serving a life sentence for burglary. David Ruiz asks, "Can you imagine being in a little room 23 hours a day for 11 years?" My heart hurts and feels pain for inmate, David Ruiz and his family. God bless David Ruiz for the great sacrifice and price he has had to pay for trying to make prison conditions better than they must have been even though not much have changed and certainly not for him. Yes, I can imagine being in a little room 23 hours a day for 11 years. **This is inhumane and totally unjustifiable!**

**Robert's case is "unprecedented"** and the first time in the history of the United States that a man has ever been charged, convicted and condemned to life imprisonment for allegedly "raping a gang" of juvenile delinquent. A **travesty of justice** and another perfect example of **"Trial by Rage"** inflicted on Hispanics. Can you imagine what they would do to me if I yelled "gang-raped" and couldn't remember the name and location of the doctor who supposedly examined me?

**Exposing these atrocities and injustices and those entrusted on protecting us seems to be our only defense** since we have exhausted all legal remedies under domestic law or have been prevented from exhausting them because of the continued outrageous arbitrary and capricious injurious retaliatory practices, harassment, blatant denial of civil and human rights, blatant denial of equal protection, equal representation and equal protection under the law, fraud, corruption, criminal oppression, lack of money and the lack of care and concern for indigent disabled Hispanic victims of discrimination practices and injustice. And, **"cover-up!"** Everyone seems to be covering-up with the same dirty, bloody blanket!

**Therefore,** we respectfully request that the Honorable Congressman Bill Archer intervene in our behalf and grant us the opportunity for the following:

1) **Request for Emergency Appearance before the Subcommittee on Crime** in our continuing efforts to initiate a Congressional "unbias" investigation into the matters I have raised throughout the attached documents concerning the discrimination practices, fraud, and other abuses and inefficiencies that have occurred and continue to occur within our government.

2) That the Subcommittee on Crime **appoint an Investigative Committee on Justice for Hispanics.**

3) That my brother's, **Roberto Rodriguez Trevino, case be the first case to be investigated** by the Investigative Committee on Justice for Hispanics.

4) That **Roberto Rodriguez Trevino be appointed an attorney** to afford him the equal legal representation, due process of law and equal protection under the law and those other basic civil and human needs as guaranteed under the US Constitution.

5) That the **Trevino Family be afforded the equal legal representation and equal protection and due process of law as guaranteed under the US Constitution.**

6) That **I be appointed as staff member of that Investigative Committee on Justice for Hispanics.**

and for any other relief that is fit and proper in **Pursuit of Justice for Roberto Rodriguez Trevino and Family.**

attachments;
copy of letter from UNHCHR, dated 3/31/98
R.R.T on cover page of complaint to US State Department
Copy of Memorandum
cc - **Honorable Judge William Wayne Justice**

For Justice,

*Gloria Trevino*

**Gloria Trevino, President**
**Victims In Petition for Justice**
12526 Olympia Drive
Houston, Texas  77077

*"In our weakness, God is strong"*

STATE OF TEXAS                              )
                                           )
                                           )
COUNTY OF HARRIS                           )

### AFFIDAVIT OF GLORIA TREVINO IN
### SUPPORT OF MRIS FOR ROBERT RODRIGUEZ TREVINO, TDCJ # 729766

**Before me,** the undersigned, personally appeared Gloria Trevino, who after being duly sworn by me, upon her oath did state the following:

"My name is Gloria Trevino. I am a totally disabled honorably discharged woman veteran of the United States Armed Forces. I am also one of Robert Trevino's sister and have his Power of Attorney to act on his behalf and in support of Medically Recommended Intensive Supervision (MRIS) for Robert to the best of my recollection and belief state the following;

Robert is a highly decorated totally permanently disabled honorably discharged veteran of the United States Armed Forces. He was highly recommended for the distinguish Silver Star for his heroic achievements in combat in the Republic of Vietnam and is a Bronze Star with "V" for Valor and Purple Heart Recipient. During combat, Robert sustained several injuries that have contributed to his disabilities. At one time Robert suffered a concussion blast head injury which rendered him unconscious and profusely bleeding from the ears, nose and mouth. Another time he was shot in the head while rescuing an injured soldier while under heavy fire from all sides and while injured himself. Another time he fell 35 to 40 feet into a ravine splitting his right knee cap in half. He also suffers from Ischemic Heart Condition as a result of extensive exposure to Agent Orange and feel that he also suffers from peripheral neuropathy of the upper and lower extremities as a result of same as well as his crippling bad knee. I also feel that there is some connection with his periventricular ischemic changes to his brain with Agent Orange and the Concussion blast head injury. Has history of atonic seizures and while in TDCJ, Robert experienced repetitive life-threatening seizures that put him in a persistent vegetative state for long periods of time clearly due to his severe brain damage. And, like many other Vietnam veterans, Robert also suffers from chronic psychological problems like PTSD, depression and Paranoid Schizophrenic. During Vietnam Robert was twice offered a Medical Disability Discharge and twice he was crazy enough to rejected them and the financial and medical help he so badly needed which demonstrated early on clear evidence of impaired thinking and brain damage. The VA disability rating for Robert is 100%. As a 100% totally and permanently disabled highly decorated honorably discharged Vietnam veteran, the VA places Robert in Priority Group I which is the highest priority group and Robert is entitled to the world-class benefits and services he honorably earned in any VA facility in the United States. Robert is currently enrolled in the VA health care system and is eligible for comprehensive top quality inpatient medical care and supervised medical supervision at the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030.

When Robert first came home from Vietnam he often use to get up in the middle of the night like in a trance, half unconscious and dreaming he was still in Vietnam scaring all of us. He would get his rifle and go outside patrolling the house and looking for Vietnamese to kill and when he woke up didn't have any recollection of what he had done. My mother would often worry that while Robert was in one of those trances he could accidentally shoot one of my other brothers that would often come home late at night. He also had other incidents of PTSD/Brain Damage during the day that he also didn't remember. Robert had no felony criminal record and is currently a prisoner of the Texas Department of Criminal

1

EXHIBIT 4

1

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

October 17, 2019

Via facsimile at 409-645-7669

Kim Massey, Senior Warden
Carol Young Medical Facility
5509 Attwater Dr.
Dickinson, TX
77539

Re:   Robert Rodriguez Treviño #729766
      Treviño v. Collier, USDC, SD TX. 3:19-CV-324

Warden Massey;

I am the attorney for Robert Treviño and also the attorney for his sister, Gloria Treviño Turner, who has been visiting Robert at the TDCJ units where he has been confined for over ten years. She is his only regular visitor. In addition, she has the power of attorney from Robert and acts on his behalf both with the Veteran's Administration and the United States District Court in the lawsuit that has been filed in the United States District Court, Southern District of Texas, Galveston Division which is identified above.

The purpose of this letter is to set forth what both Ms. Treviño Turner and I believe is highly inappropriate behavior to both Mr. Treviño and to his sister on her visit to Carol Young on Saturday, October 12, 2019, a visit of which you are aware. In addition, on September 21, 2019, the staff did not Ms. Treviño Turner visit Mr. Treviño and the claim that he had taken her off the visitation list. I myself called and was told that Gloria Turner was still on the list. It is my understanding that you were aware of both of these visited.

Kim Massey, Senior Warden
Carol Young Medical Unit
October 17, 2019
Page 2

I begin this letter by stating that the Carol Young Unit is fully aware that Mr. Treviño is basically totally disabled and spends his time either in bed or in a geriatric wheelchair. He has almost no movement in his arms and he is hurt badly when his body is twisted about. Therefore, let me begin with Mr. Treviño's treatment at the visit. Rather than the long history of visits when he is wheeled into the room on his geriatric wheelchair or bed and his visitor can sit across from and talk to him, he was wheeled into a closed small room with a thick glass separating him from his visitor and which had a phone in order to communicate. Because of his disabled condition, he could not reach the phone and also, and this is very significant, the attendant tried to push him up to the phone, violently bending the geriatric wheelchair to a sitting position which was very which was very painful to him. I have visited Mr. Treviño several times at Carol Young in the last several years and this never happened with me. In addition, over the entire time Ms. Treviño Turner has visited him at Carol Young, which have been periodic and often weekly, he was never pushed into the communication booth until Saturday.

I understand Ms. Treviño Turner complained about this and was told that you were setting the rules. I believe that this was improper pursuant to the Texas Department of Criminal Justice Offender Rules and Regulations for Visitation and other TDCJ Policies. In particular, Mr. Treviño has special needs which Carol Young is cognizant. These policies provide for visits with respect to special conditions such as Mr. Treviño. In particular, his condition, both physical and mental, demand a contact visit as called for by the Rules. In particular, I refer to 7.6.2 General Visitation Area, which provides that "(1) Offenders whose health condition permits may receive visits in the existing visitation area."

Mr. Treviño's health conditions required a contact visit. The fact that this "new" rule requiring the visit behind the glass in a room where he had no ability to communicate except by shouting, can, in my opinion, only arise in retaliation for the lawsuit that has been filed in federal district court in Galveston. I can think of no other change in his circumstances or health which justify this new action other than retaliation. I do not believe anything provision of Rule 3.14, Termination of Visits in Progress, apply to the new rule.

My client, Ms. Treviño Turner is, in my opinion, completely justified in her reaction to what happened last Saturday. I have spoken to her about it in detail and she has prepared a written statement of what happened. I am attaching this statement.

Kim Massey, Senior Warden
Carol Young Medical Unit
October 17, 2019
Page 3

Because of the matters set out in this letter and the Affidavit, I make these demands:

1.  That Ms. Treviño Turner be allowed contact visits from now on without any further harm to Mr. Treviño nor harassment of Ms. Treviño Turner nor her property.

2.  That Carol Young verify that Ms. Treviño Turner has not been removed from Mr. Treviño's visitor list.

3.  That Carol Young provide a detailed written explanation of why the visit on Saturday, October 12, 2019, was conducted in the way it was and any written documentation supporting this explanation.

4.  That Carol Young provide a detailed written explanation of Ms. Treviño Turner was not allowed to visit Mr. Trevino on Saturday, September 21, 2019 and erroneously told that he had taken her off his visitation list.

5.  That Carol Young explain in detail how, given Mr. Treviño's physical health, that he must be required to be pushed into a small booth that barely accommodates his geriatric wheelchair, and how Carol Young expects that he has the capability to speak through the phone without lifting and twisting his body.

6.  That Carol Young immediately respond to my letter last week dated October 11, 2019 with an order of the federal court in Galveston, verifying that a certified account statement for Mr. Treviño be prepared and forwarded to the federal district clerk in Galveston as identified in that letter.

I need an immediate response to this letter by Friday, October 18, 2019.

Sincerely,

John E. Richards

Attachment:  Affidavit of Gloria Treviño

cc:  Gloria Treviño Turner

STATE OF TEXAS            §
                         §
COUNTY OF HARRIS         §

## AFFIDAVIT OF GLORIA TREVINO

Before me, the undersigned authority, personally appeared Gloria Treviño, who after being sworn by me, upon her oath did state as follows:

1.  "My name is Gloria Treviño (Turner).  I am a 66 year old honorably discharged 100% disabled veteran of the United States Armed Forces.  I suffer from Chronic PTSD and other bothersome medical problems as a result of MST and am fully competent to make this affidavit, the facts of which are true and correct and within my personal knowledge.

2.  On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years. Robert is confined to a geriatric wheelchair because he can ñot sit up in a regular wheelchair and is practically completely paralyzed.  He also suffers from severe brain damage, PTSD and Schizophrenia as a result of concussion blast head injuries he sustained during his tour of duty in Vietnam and also suffers from life-threateñing seizures that put him in a vegetative state  as a result. He also has peripheral neuropathy of the upper and lower extremities and critical ischemic heart condition as a result of extensive exposure to Agent Orange.  Robert is a Bronze Star, Purple Heart Recipient and an American War Hero!  As previously repeatedly protested, Robert's dire medical condition is life-threatening and unless immediately restraiñed from the relentless harassment, TDCJ/UTMB employees are going to maliciously cause Robert further irreparable harm and injury and induce his untimely senseless death!

AFFIDAVIT OF GLORIA TREVIÑO  Page 1

3.      As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21$^{st}$, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.   I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence and visits in revenge for TDCJ/UTMB lawsuit.

5.     They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President, Callender, however, they were swept under the rug further empowering and emboldening

**AFFIDAVIT OF GLORIA TREVIÑO** Page 2

the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.     When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.     Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.     However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.     Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a sitting position and cramming it towards the phone and hurting and injuring Robert even

AFFIDAVIT OF GLORIA TREVIÑO   Page 3

though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10.    In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was

**AFFIDAVIT OF GLORIA TREVIÑO** Page 4

leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11.    I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12.    I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13.    Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me that no further harm would come to Robert but had no control over Warden Massey since

AFFIDAVIT OF GLORIA TREVIÑO   Page 5

she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14.     Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15.     Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14, 2019

Notary Public in and for The State of Texas

My Commission Expires: 12·30·2022

**AFFIDAVIT OF GLORIA TREVIÑO** Page 6



KIRIT H. RAVAL
Notary Public, State of Texas
Comm. Expires 12-30-2022
Notary ID 130063928

# CASE SUMMARY BY GLORIA TREVINO
## IN
## DEFENSE OF ROBERT RODRIGUEZ TREVINO
### TDCJ No. 729766

This case is about absolute tyranny and a travesty of justice. Robert Rodriguez Trevino, 729766, is the victim of the dangerous combination of repeated racial and political discrimination practices and egregious enterprise of human and civil rights violations by the criminal justice system in Waxahachie, Ellis County, Texas and remains unlawfully imprisoned for life without parole, which amounts to a death-sentence, since August 25, 1995 at TDCJ, Michael Unit, PO Box 4500, Tennessee Colony, Texas, 75886, Cell 4-F-54. I would also like to point out that the tactics used to railroad my brother Robert, also went out during the late 1600 and 1700 century Salem witch –trials. The last thing the officials were seeking or wanted to hear was the whole truth because of their own animosities, fears and hatred born of egregious racial and political revenge. Crucial evidence that impeached the credibility of the alleged victims, a juvenile delinquent rebel gang, was maliciously illegally suppressed, including criminal and psychiatric records. Robert was accused of anything that would make him appear guilty and accusations amounted to vicious gossip. Also just recently the Supreme Court ruled in favor of Thomas Miller-El, who had been on death role and is getting a new trial or his freedom in accordance to the favorable ruling citing racial discrimination during trial court on the jury selection which is also what happened in Robert's case plus numerous other violations. Their specially selected bias all-white jury, a lynch mob, was extensively exposed to hysteria and explosive prejudicial publicity before and during the sham trial by rage. They erroneously alleged that minorities that are single parents are morally unfit to sit on the jury to strike potential single minority jurors. Another reason why in this day and age all-white juries should be outlawed where minorities are concern. For whatever ingenious excuses whoever comes up with, Robert has a right to be judged by members of his own peers. Apparently educated minorities who exercise political activities have no legal or moral right to be judged by members of our peers in Ellis County. Robert's case can also be compared to the infamous Tulia Case in which they had a rogue cop, Tom Coleman, a conspiracy to put the minorities in jail without evidence or corroboration. However, in that case Coleman was indicted because of the alarming number of victims and the national media attention. In Robert's case, the conspiracy theory drew the bias judges' ire and we are requesting anyone's help to intervene on Robert's behalf and help disentangle him from this railroad of hypocrisy and injustice and to bring those responsible to justice. In support of our possition, I submit this ugly case scenario for your review and consideration.

Robert is a 100% disabled decorated American War Veteran. He was highly recommended for the Silver Star and received two Purple Hearts and Bronze Star for his valor and heroism. During his two tours in Vietnam, Robert was seriously wounded while rescuing members of his platoon from ambush. Robert was also extensively exposed to Agent Orange and other dangerous herbicides. As a result, Robert suffers from neurological, physical and emotional problems associated with Post Traumatic Stress Disorder.

Robert had no felony record, an American War Hero, however, on February 9, 1995, Robert's medals of Honor were maliciously replaced with a badge of infamy. Robert's political enemies, DA Joe Grubbs, City manager, Bob Sokol, Judge Gene Knize, lead investigator, Billy Wiggins in collusion with others engaged in an egregious politically motivated Witch-Hunt; a "Get rid of Robert Trevino" radical campaign by demonizing Robert through hard hitting baseless attacks of outrageous unadulterated lies and distortions and in the process contributed to the untimely wrongful death and demise of our beloved mother, Maria Rodriguez Trevino, whom they also harassed with outrageous and unreasonable $150.00per mo. water bills as a result of Robert's complaints to the TX Water Commission. Robert has also been at death's door on more than one occasion in their continuing efforts to eradicate him. His bothersome medical problems were severely aggravated and he was having increasing blackouts with memory loss, severe major depression with frequent crying spells and threats of suicide when under cover of darkness, he was subjected to the traumatic experiences of being dramatically abducted out of his home at gun-point in the middle of the night and in an effort to further endanger his life, the lead investigator, Billy Wiggins shouted as Robert came out of his home, that, "He's got a gun! He's got a gun!" Luckily no one fired at Robert. Robert was held in solitary confinement, deprived of his medications, food and water for several days, held without bond until suicide letter to jailer and was rushed to the hospital by order of the jail psychiatrist where he received emergency treatment for his acute physical and psychotic depressed mental state. Robert, who also has a low I-Q, appeared to be in shock and overwhelmed, his concentration severely impaired and didn't understand everything that was going on and was unable to assist in his own defense. Subsequently, Robert was shamefully exploited and taken unfair advantage and blatantly denied a competency examination and maliciously persecuted by the criminal justice system in Ellis County, Texas in co-hoots with a rebel gang of juvenile delinquents, known as the Pyro Pirate, with extensive criminal histories, serious drug problems, truancy

1

and under mandatory court ordered psychiatric treatment for anger management and anti-social personality disorders. The ring leader, Patrick Langford, had at least three felony charges pending at the time of the delusional, ludicrous and frivolous outrageous allegations of over 24 counts of aggravated sexual assault. The groundless allegations against Robert amounted to vicious gossip and is the first time in the history of the United States where the rebel gang yelled rape and the victim went to prison for life without parole. The false allegations were generated and orchestrated through the combined concerted efforts of Robert's political enemies, DA Joe Grubbs, city manager, Bob Sokol, who was foaming at the mouth with madness and vengeance against Robert for reporting them the city to the Texas Water Commission for their refusal to fix sewer heath problems and the commission threatened to withhold millions of dollars in city funds unless they fix the problem within a reasonable and fined about $500.00 a day thereafter until problem was fixed correctly. City manager, Bob Sokol and Grubbs were infuriated against Robert because they didn't want to spend the $30,000.00 necessary to fix the sewer problem which had gone unattended for years and Sokol swore to get rid of Robert. Sokol, the chief of police, Ted Garber and his girlfriend, the lead detective, Billy Wiggins, were carrying out their threats and shared common vendetta – a "Get rid of Robert" radical campaign. Robert had previously filed criminal charges of verbal assault against the city manager, Bob Sokol, who threatened to get rid of Robert, however, Sokol was acquitted and free to continue the feud and carry out his threats. Robert had also campaigned for Sokol's resignation and the resignation of the police chief, Ted Garber, Wiggin's lover. Furthermore, even though officer Wiggins admitted that her prejudiced against Robert existed prior to his political campaign against police chief Ted Garber and city manager, Bob Sokol, Judge Knize didn't call for a mistrial. Crucial evidence that supported Robert's entire defense about the conspiracy and that proved his innocence and that proved the state witnesses, alleged victims were lying was also maliciously illegally suppressed by the co-conspirator, Judge Gene Knize including Wiggin's admission of extreme bias against Robert. Judge Knize is guilty of at the very least judicial misconduct. The all-white bias jury that was unconstitutionally selected and empanelled was further prejudiced by the outrageous frivolous multiple allegations compounded by the extensive explosive prejudicial publicity and was not allowed to hear any part of the defense in furtherance of the sham trial by rage, shameful wrongful conviction and life/death –sentence. However, it was also obvious that they had offered immunity to the ring leader, Patrick Langford, when he was not entitled to immunity from prosecution in exchange for the false allegations against Robert. WHY WAS PATRICK LANGFORD NOT ARRESTED FOR STATUTORY RAPE OF A 12 YEAR OLD GIRL BLEEDING AT THE EMERGENCY ROOM HOSPITAL WITH HER MOTHER DEMANDING THAT PATRICK LANGFORD, NOT ROBERT TREVINO, BE ARRESTED FOR STATUTORY RAPE? THIS HAPPENED AT LEAST SIX MONTHS BEFORE ROBERT WAS ABDUCTED IN THE COVER OF DARKNESS AND HELD WITHOUT BOND. WHOSE DNA EVEDENCE DO THE EMERGENCY ROOM DOCTORS AND THE POLICE HAVE? AND WHY WAS PATRICK NOT ARRESTED ON THE ARSON AND BUGLARY CHARGES? The DA and Wiggins also initially tried to pin these charges on Robert. Transcript of the kangaroo court proceeding shows that according to the lead investigator, Billie Wiggins and the alleged victims, the rebel gang, that it was the DA's office who contributed to and added the details to the fraudulent reports and therefore the alleged victims were clueless and DA objected to relevant questions over details claiming they don't know these are the states counts. It was Wiggins who sought out and solicited the complaints from the juvenile delinquents on a one on one basis and blatantly lied when she said the parents or some other adult were present when she took the initial complaints. The mother of the ring leader, Patrick and Shawn, Patricia Langford also committed aggravated perjury when she tried to corroborate that she was present with Wiggins during the initial complaints and that she had a close relationship with her kids. More unadulterated lies! The steps are easy to trace by which a few deranged, destructive human beings led ordinary mortals down the dark path of fear, hatred and envy to demonize and destroy Robert. Judge Knize acknowledged that the kind and friendly letters the alleged victims had admitted writing gratefully thanking Robert for all the help and advice that he had provided them impeached their credibility. In fact, the evidence contradicted their bogus outrageous ludicrous testimony that they always hated Robert for allegedly repeatedly violently sexually assaulting them even at gun point for over a year since they erroneously alleged they kept going back for more sexual abuse during this time without ever telling anyone not even each other, their parents or their psychiatrist. Patricia and Patrick even invited Robert to participate in their family counseling therapy sessions which they were having because they couldn't get along with each other and wanted Robert's help. Instead of dismissing the entire bogus charges, Judge Knize continued with the sham trial by rage and suppressed impeachment documents and corrupted the "immunity issue" by erroneously referring to it as the "defense of speeders." Judge Knize erroneously alleges that Dixon had not used the proper method of impeaching the witness when he introduced the impeachment documents. When Dixon objected to the Judges illegal ruling in favor of DA's objection of irrelevancy and suppression of impeachment documents, Judge Knize boldly and sarcastically responded, "Yes, Sir. You can even submit it on a bill!" Knize then orders the jury back in the court room with no knowledge that the alleged victims were lying. Furthermore, in support of the "immunity deal," the DA solicited the perjured testimony of Patrick and Shawn's mother, Patricia Langford, who made Robert the "scape-goat" for her negligent control over the immoral and criminal acts and behavior of her sons who had previously accused her of child abuse, neglect, and physical and

2

mental abuse years before they met Robert. Patricia's defense was that the boys were angry about their adoption status. It was Patricia Langford who had solicited the juvenile court judge, Reddington to order and compel Robert, who is not the father nor was he listed in any foster parent or big brother program in the county and has no training or experience in dealing with juvenile delinquents with serious psychiatric problems and violent felony charges pending, to contribute to the economic maintenance, including Education of Patrick and Shawn making him legally responsible for getting them to and from school during the time they were now alleging Robert had been sexually abusing them. Patrick and Shawn needed disciplinary action and rehabilitation in jail not put in Robert's custody. The Judge Knize and the DA Joe Grubbs, playing musical chairs, had previously been slapped in the hand by an appeals court for previous blatant civil rights violations against Robert on bogus weapon's charge and in the interest of justice should have recused themselves. They had illegally forced Robert to represent himself without counsel and would repeatedly threaten him outside the presence of the jury for informing them that he wasn't qualified to defend himself and needed an attorney. It was clear that Gene Knize and Joe Grubbs still harbored extreme raw hatred against Robert and sought revenge and engaged in the repeated egregious enterprise of fraud, human and civil rights violations and criminal oppression of Robert. Conveniently, they kept no record of indictment proceeding so we can only imagine the prosecutorial misconduct that took place with the Grand Jury. At the very least, Knize and Grubbs should have allowed the change of venue, however, instead they further obstructed Justice by soliciting the false and perjured testimony in opposition to the change of venue of their friend and accessory, a formal judge convicted of growing and selling marijuana, the son of the late county sheriff, Barney Boyd, Mike Boyd, to erroneously allege that there was no conspiracy and no extensive prejudicial publicity. See attached opinion on previous blatant civil rights violations against Robert by Knize and Joe Grubbs. Robert R. Trevino v. State of Texas, 555 South Western Reporter, 2nd Series, 750 - 753, Sept. 21, 1977. Defense attorney John Dixon had told reporters that there were problems with the credibility of the witnesses and that the charges against Robert were "born of prejudice." Dixon also took advantage of our distressed state and played the confidence game further promising us and was even quoted in the newspaper saying that if the change of venue was denied, he would file a civil rights suit with the US Department of Justice, protesting that he would not be "shut-up" nor would he run and hide from the local authorities. However, subsequently, Dixon obviously defrauded us and negotiated and compromised Robert's civil and human rights and freedom then reneged, breached his promise, hid and refused to cooperate in the FBI Probe into the case and requested the "gag order" to cover-up. Dixon officially flipped/flopped positions and committed aggravated perjury in opposition to second attorney Ford's "Minimal" Writ of Habeas Corpus and erroneously alleged that Robert was not illegally incarcerated and that he was not guilty of ineffective assistance of counsel. We are also requesting information regarding alleged FBI Probe from US Department of Justice demanding answers as to why they did not stop the sham trial by rage and why they hired assistant DA, Steve Marshall, accomplice and Co-conspirator in the criminal oppression of Robert.

Attorney John Dixon also took unfair advantage of Robert's severe psychological problems and used them as a platform for exploitation and abuse and it appeared that Robert had been brainwashed by Dixon, who cruelly manipulated and led Robert by the hand like the sacrificial lamb to slaughter. Dixon stated that he was having trouble with Robert because he could not remember important things, was severely depressed and could not assist in his own defense and was gross negligence in providing the suicide letter and testimony of jailer and jail psychiatrist in support of competency examination of Robert. He obtained Robert's authorization to take him to his psychiatrist for a competency examination. Dixon accompanied Robert to the Dallas VA Medical Center on Aug. 16, 1995, VA Dr. Frederick Petty advised Dixon that he could not provide the examination on such short notice and advised him to contact Dr. Dekleva who was more familiar with Robert and to see if he had time to do the "interim assessment," however, increased Robert's medications and provided Dixon a medical report advising Robert to avoid legal issues for 90 days. However, Dixon, was also gross negligence and also violated the doctor's warning and further endangered Robert's mental health driving him to his breaking point through constant pressure, demands and even ordering him what to say and do in and outside of the courtroom. Judge Knize blatantly denied the motion and extension of time for the competency examination even though Dr. Petty had talked to him as well as to the DA in an effort to examine Robert, to no avail. As a result, Robert was maliciously illegally persecuted, condemned to life-imprisonment without parole where he began the first 6 months of illegal custody in a straight jacket in the psychiatric unit of TDCJ Skyview Unit, receiving intensive medical treatment for his critical psychotic and incompetent mental state of mind. Dixon was also gross criminal negligence in obtaining the testimony of the gang's psychiatrist and that of their parole officer to discredit their frivolous allegations. He was also negligence and did not call the psychiatrist of the lead investigator, Billy Wiggins, who even voluntarily proved bias and boldly admitted under oath that: 1) Wiggins never liked Robert since the first time she had cited him. This means Wiggins bias against Robert clearly existed prior to her public city hall opposition to Robert's political campaign for the resignation of her cozy friends, police chief Ted Garber and city manager, Bob Sokol, who retaliated against Robert and verbally assaulted and swore to get rid of him. 2) Wiggins also admitted that she did not investigate this alleged rape case professionally like other rape cases. 3) Besides her admission of bias against Robert,

3

Wiggins further Voluntarily admitted that she also had a history of "psychiatric hospitalizations" for "Major Depression" and would answer "questions with the best of my recollection." Wiggin's entire sham testimony against Robert should have been stricken from the record, however, conveniently, only the part proving bias was suppressed by the equally bias judge Knize in furtherance of the malicious persecution and unlawful conviction. 4) Wiggins anger and unstable behavior is also described in her testimony when she got into a violent altercation with police chief Ted Garber's daughter supposedly over borrowed clothes resulting in the breaking out windows of city vehicle. Because of Wiggins serious mental problems and extreme bias, we question her competency as a peace officer as well as her legal right to carry a loaded gun. Subsequently, Wiggins was promoted and received recognition as officer of the year. Dixon was also gross negligence and failed to call other crucial defense witnesses and expert testimony whose testimony would have changed the outcome of the sham trial by rage. Alibi witness, Junia Bell Young and her husband waited outside the courtroom everyday to be called and were never called and Junia's husband has since passed away. The testimony of James Lamb who over heard Wiggin and Garber's vow to get rid of Robert at a city hall meeting was never utilized. Expert witness, Dr. Crowler from the University of Texas, would have analyzed the testimony of the state witnesses for impeachment purposes and was never called. The shameful conviction of Robert was also further obtained by the contributory unconstitutional failure of the prosecution to disclose crucial evidence about the pending felony charges and long criminal histories of the state witnesses and their lack of credibility because, according to Wiggins, it was the DA who contributed to the creation of the false police reports and had entered the details, such as the dates of when the alleged sexual assaults supposedly occurred. There were NO DNA SAMPLES, NO CUTS OR BRUISES, NO TORN CLOTHING, NO HAIR SAMPLES, NO FOOT OR FINGERPRINTS, NO WEAPONS, AND AGAIN, NO MEMBERS OF ROBERT'S PEERS ON THE ALL WHITE JURY TO SECURE A CONVICTION. AND, LIKE IN THE TULIA CASE, THERE WAS NO CORROBORATED TESTIMONY! The state offered no expert testimony to prove that the alleged victims had been either mentally or physically sexually abused. Only one of the accusers had a medical report and it revealed, "NO PHYSICAL EVIDENCE OF SEXUAL ABUSE AND DR. REMMER USED THE MOST SOPHISTICATED INSTRUMENTS TO DETERMINE IF THERE HAD BEEN ANY PHYSICAL SEXUAL ABUSE OF COMPLAINANT CHRISTOPHER WILLIAMS OVER A LONG PERIOD OF TIME AND FOUND NONE." The assistant DA, Steve Marshall, with malice blatantly violated gag order to further prejudice the unsequestered bias all-white jury was hired by FBI posing a greater threat to our quest for justice. The judge and DA, also illegally allowed sham testimony about unconstitutional evidence from an illegal search and seizure even though it had previously been ruled out and banned. Wiggins committed perjury throughout her entire contradictory testimony and it was she who sought out the alleged aggrieved juvenile victims and solicited their incomplete complaints on a one and one basis, without the use of tapes recordings, video recording and outside the presence of their parents or any other adult witness. Wiggins even erroneously allege that she did not know that the alleged victims had any connection with each other even though two were brothers and one of the brothers, the ring leader, Patrick Langford, was the boy friend of another alleged victim and it was Patrick who referred Wiggins to his gang members who hardly appeared to be the victims of any crime or tort.

Robert's second attorney, Robert Ford, took our money then put the last nail in Robert's coffin by deliberately wasting the Writ of Habeas Corpus by blatantly refusing to address the laundry list of numerous irregularities, discrepancies and discriminatory practices and merely submitted a "minimal writ of habeas corpus" stating that Robert was in illegal custody only addressing the blatant denial of the competency examination and raising the ineffective assistance of counsel issue. Ford, likewise, obtained Robert's medical authorization on the guise of obtaining supporting medical reports for the need of the competency examination of Robert back in 1995. However, then conveniently accepts and embraced the official mean-spirited flip/flop bad faith aggravated perjured testimony of attorney Dixon acting as an expert medical authority in opposition to Ford's Writ, which Dixon made without any fear of disciplinary action whatsoever. In furtherance of the corruption in the administration of Justice, Judge Knize had solicited, through court order, and embraced the infamous contradictory perjured testimony of Dixon that Robert was not in illegal custody and that he was not ineffective assistance of council to cover-up. Dixon was now alleging that Robert didn't need a competency examination and therefore was not in illegal custody in opposition to Ford's Writ and his own request for the competency examination during trial and subsequent direct appeal that Robert was in illegal custody because he was blatantly denied members of his peers in the outlaw all-white jury. To accept Dixon's sham testimony in opposition to Ford's Writ you would also have to conclude that his entire defense of Robert was a charade and a sham and Robert is legally and morally entitle to honest, caring, competent legal representation. When clearly ineffective and unfit for the practice of law, Dixon, is allowed to act as an expert qualified medical authority erroneously alleging that Robert didn't need a competency examination. So why did Dixon take Robert to the VA in 1995 requesting a competency examination of Robert? Naturally, Judge Knize embraced Dixon's perjured bad faith sham testimony and both covered-up their contributory criminal oppression of Robert. In furtherance of the deception and unlawful imprisonment of Robert, Dixon submitted an out-dated medical report written years prior to his own motion for the competency

~~~~~~~~~~ of Robert and the more recent medical report in support thereof. During the trial Dixon had advised the court that Robert was suffering from some sort of mental defect and needed a competency examination and that if Robert is denied a competency examination it would be a clear violation of his US Constitutional Right to receive a fair and impartial trial. In support of Dixon's motion for competency examination, he submitted the recent Aug. 16, 1995 VA medical report by Dr. Petty describing Robert's diminished medical distress and depressed state of mind had increased to the point that Robert needed to avoid any legal proceedings for 90 days until Robert was more stabled and he had a chance to conduct a complete competency examination. It is clear that both Dixon and Ford were gross criminally negligence and abused Robert's medical authorization and sabotaged the competency examination and medical information in support thereof and in an effort to justify their contributory role in the trampling of Robert's human and civil rights to receive a fair and impartial trial, generated or caused to be generated false and misleading information to harass, support and corroborate their flip/flop positions and gross conflict of interest in opposition to the Writ of Habeas Corpus. As a result, Robert's disability rating was unjustly reduced from 100% to 80%, even though his mental problems had worsened, not improved, and the less favorable Jan. 27, 2000 VA medical reports. In the appeal brief, Dixon concludes that Robert was wrongfully convicted by an all white jury who were all victims of sexual abuse or had a close relationship to a victim of abuse to ensure a conviction. Furthermore, minorities were deliberately maliciously excluded from the jury to further deny Robert a fair and impartial trial on uncorroborated testimony with no evidence and insufficient evidence of physical or mental abuse. The Court of Criminal Appeals denied Appeal and Habeas Relief because of "legal bigotry" and "bad lawyering." Both Dixon and Ford were at the very least guilty of ineffective assistance of counsel and failed to challenge attorney Dixon's "medical credentials" and expose the injurious aggravated perjured testimonies of the state witnesses, investigator Wiggins and the infamous flip/flop positions of Dixon and Robert is mentally incompetence to represent and defend himself.

Robert is legally and morally entitle to equal protection and a fair and impartial trial as guaranteed under the Constitution of the United States of America for which he risked his life and, in fact, paid a very high price to defend. To date, Robert remains in illegal custody in an extremely dangerous and potentially life threatening state of affairs and you can not imagine the tremendous emotional, physical, psychological injury and financial devastation that he has been forced to endure. This case is a travesty of justice which threatens the cause of Civil Rights not only in the United States, but in the International Community as well. We are suppose to be the most civilized society in the World; I think it's about time that all minorities are afforded a fair and impartial trial as guaranteed under the Constitution of the United States of America. Robert clearly needs immediate emergency intervention to get this wrongful conviction overturned and to ensure no other American Citizen is ever subjected to such a travesty of justice, ever again.

I declare under penalty of perjury that the foregoing is true and correct.

_Gloria Trevino_                                    Executed on: _Jan, 20, 2006_

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

cc: RRT

Attachments:
Copies of direct appeal, opinion, 1107 Writ of Habeas Corpus by attorney Robert Ford w/attached Motion for Psychiatric Testing and testimony of defense attorney John Dixon in support thereof and his flip/flop perjured testimony in opposition to same to cover-up, note card denying writ confirming wrongful conviction. News articles relating to Trevino Case by Ellis County Press, investigative Reporter, Mr. Fred Shannon, suppressed friendly letters to Robert that impeached the authors, Langford boys. Article on verbal assault charge and threat to get rid of Robert by political enemy, city manager, Bob Sokol, who was the friend and boss of Co-conspirator, police chief Ted Carber that were feuding with Robert, one entitled, "Sokol found innocent in verbal assault charge," the other by Ennis Press, "Sokol should learn when to keep his mouth shut." Other relevant supportive documents includes opinion on bogus weapon's charge and miscellaneous news articles relating to case entitled, "Defense wants trial moved," which mentions deprivation of medications and suicide letter, "FBI probing police over Trevino case," "Trevino defense fails to strike all-white jury," "Conspiracy theory by defense draws judge knize's ire," and article entitled, "county's chief prosecutor joining FBI." Also article on the sewer Yinger stink, the all white juries, wrongful convictions & Senator, Tom Delay's "Conspiracy Defense!" Overwhelming evidence of extreme bias, prejudice and vendetta in Robert's case, he was denied conspiracy defense/change of venue.

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification** online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Always remember to "Protect your title, Texas." For more information, go to www.TxDMV.gov and enter "Protect your title" into the search field.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SIGNED APPLICATION FOR TITLE (FORM 130-U) INDICATING DATE OF SALE AND SALES PRICE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)    Date of Sale

Signature of Seller/Agent    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

### FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)    Date of Sale    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

### SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)    Date of Sale    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

### THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser    Street    City    State    Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)    Date of Sale    Dealer No.

Dealer's Name

Agent's Signature    Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent    Printed Name (same as signature)

### LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

EXHIBIT 4

Upon sale of this vehicle, the purchaser must apply for a new title within 20 working days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

TEXAS DOW EMPLOYEES CREDIT, UNION
1001 FM 2004 RD
LAKE JACKSON, TX 77566-4012

SCANNED

21254434

▽ DETACH HERE ▽

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

98791520

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FAHP3DN0AW194751 | 2010 | FORD | CP |

TITLE DOCUMENT NUMBER · DATE TITLE ISSUED
02030140540083417 01/13/2011

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | ODOMETER READING |
|---|---|---|---|---|
| FOS | | 2800 | DV2FDL | 12990 |

PREVIOUS OWNER
MAC HAIK FORD HOUSTON TX

OWNER
GLORIA T TURNER
12526 OLYMPIA DR
HOUSTON, TX 77077

REMARK(S)
ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED  7-6-18 |
|---|---|---|
| 12/13/2010 | TEXAS DOW EMPLOYEES CREDIT UNION | DATE |
| | 1001 FM 2004 | |
| | LAKE JACKSON, TX 77566 | BY  V G Olson |
| | | AUTHORIZED AGENT |

| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED |
|---|---|---|
| | | DATE |
| | | BY |
| | | AUTHORIZED AGENT |

| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED |
|---|---|---|
| | | DATE |
| | | BY |
| | | AUTHORIZED AGENT |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

| SIGNATURE | DATE |
|---|---|
| SIGNATURE | DATE |
| SIGNATURE | DATE |

FORM 30-C REV. 2/2010        DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

EXHIBIT 4

# TIME

# Why Malcolm X's Family Is Suing the FBI, NYPD, and CIA 58 Years After His Death

BY **NIK POPLI**

FEBRUARY 22, 2023 5:47 PM EST

The family of civil rights leader Malcolm X marked the anniversary of his 1965 assassination on Tuesday by announcing plans to sue the FBI, New York Police Department, and CIA for $100 million, claiming they concealed evidence related to his murder.

For more than half a century, the circumstances surrounding the notorious assassination have been shrouded in mystery, fueling long-held conspiracy theories about possible government involvement. Two men who were convicted of murdering Malcolm X in 1966 were exonerated in 2021 after serving decades in prison—and the New York District Attorney admitted that the FBI and NYPD at the time withheld evidence.



 U.S. Department of Justice
**Civil Rights Division**

Menu

Have you been a victim of a hate crime or human trafficking? **Get help NOW!**

# We uphold the civil rights of *all* people in the United States.

The Civil Rights Division enforces federal laws that protect you from discrimination based on your race, color, national origin, disability status, sex, religion, familial status, or loss of other constitutional rights.

**If you believe your civil rights, or someone else's, have been violated, submit a report using our online form.**

Start a report

*or learn more about your rights*

And because the government—unlike the rest of us—has no constitutional rights of its own, under some circumstances speech that *is* protected by the First Amendment when uttered by a nongovernmental speaker may still violate specific constitutional protections when uttered by the government. To be sure, the Supreme Court has **recognized** that we don't have a First Amendment right to shut down the government's speech just because we disagree with it: The government must speak on a wide range of issues and take a variety of policy positions in order to govern. But the constitutional analysis is very different when the government's speech—including its lies—interferes with or punishes its targets' exercise of their constitutional rights.

# When Do the Government's Lies Violate the Constitution?

The government's lies violate the Constitution when they deprive the government's targets of their constitutional rights as effectively as the government's action. Think, for instance, of law enforcement officers' **lies about the existence of a search warrant** to trick their targets into permitting a search of their home. Or governmental lies about the consequences of exercising constitutional rights—like **police officers' false claims** that a suspect's child would be taken away from her unless she waived her rights to a lawyer and to remain silent. Or prosecutors' lies through fake subpoenas **that falsely stated** that "[a] fine and imprisonment may be imposed for failure to obey this notice" to deceive crime victims and potential witnesses into coming forward when they otherwise chose not to.

At times, moreover, the government deploys falsehoods as weapons to punish dissenters. And when the government's lies silence its targets' speech as effectively as the government's lawmaking and other regulatory action, those lies also can violate the free speech clause. Consider, for example, government officials' lies told to encourage their critic's employer **to fire her in retaliation for her speech.** Think, too, of **lies told by the Mississippi State Sovereignty Commission** in the 1950s and 1960s to the employers, friends, families, and neighbors of civil rights workers that falsely accused its targets of criminal and other misconduct in hopes of muzzling their speech advocating desegregation.

This invites a range of questions about the causal connection between the government's lies and the deprivation of a constitutional right: Would governmental lies about the dangerousness of an individual that puts that individual on a no-fly list deprive that individual of the liberty to travel in violation of the due process clause (which bars the government from denying "life, liberty, or property without due process of law")? Would governmental falsehoods that a hurricane threatens a specific state violate the due process clause if it causes individuals or emergency responders to change their behavior in ways that

# RICHARDS & VALDEZ
## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

May 12, 2020

Via email at Robert.wilkie@va.gov
Via Priority Mail

U.S. Department Veterans Affairs
ATTN: Honorable Secretary Robert Wilkie
810 Vermont Ave. NW
Washington DC 20420

Via Priority Mail

Francisco Vazquez, Director
Michael E. DeBakey VA Medical Center
2002 Holcombe Blvd
Houston, TX 77030

Via Email: vhahoupatientexperienceoffice@va.gov

John Webster
Patients Relationship
Michael E. DeBakey VA Medical Center
2002 Holcombe Blvd
Houston, TX 77030

      Re:    Gloria Treviño, 6890

Dear Sirs.

     I represent Gloria Treviño, 6890, a totally and permanently disabled honorably discharged Veteran of the United States Armed Forces. I am writing to inform you of an improper, uncalled for and unprofessional comment that Ms. Treviño received from Dr. Theron Bowers when she

U.S. Department of Veterans Affairs
May 12, 2020
Page 2

spoke to him on April 30, 2020 when she was seeking prescriptions for her medication as well as the medical excuse. The uncalled-for remark was a threat from Dr. Bowers to have a trustee appointed to manage her affairs, an action that is not only totally uncalled and disrespectful for but also requires that the VA address this improper action. As will be set forth below, Ms. Treviño is seeking full rights and benefits from Veterans Affairs to which she is legally and morally entitled. Let me explain.

First, I want to tell you of my experience and relationship with Ms. Treviño as her attorney, my assessment of her ability to fully manage her life and the reasons why I believe this letter is necessary. I have been Ms. Treviño's attorney for well over a decade. I have represented her in several matters, including efforts related to her family and have come to know her and her capabilities well. Obviously and as the VA knows well, Ms. Treviño is a very passionate person, is very intelligent and often is very blunt. I have come to understand that her passion is related to achieving justice, not only for herself but for her family, and she is not hesitant to seek it, even if she offends someone. While she and I often disagree on matters and sometimes fight like brother and sister, I am proud to represent her and have come to appreciate how meticulously she conducts her life.

As I am sure you know, Ms. Treviño has been diagnosed with Schizoaffective Disorder and PTSD as a result of MST during service in the US Air Force.  Because of this, she has utilized the medical services at the Michael E. DeBakey VA Medical Center, Mental Health Clinic for years.  However, Ms. Treviño strongly feels that the doctors at the VAMHC have not always treated her well because of some complaints she has made and are now only affording her minimum benefits of medication management. As a result of these limitations imposed by the VA, she has been required to seek assistance from a private psychiatrist, Dr. Karen Brown, whom she has seen for several years. As I mentioned above, on April 30, 2020 Dr. Bowers threatened Ms. Treviño with forcibly appointing a Trustee for her to manage her affairs instead of providing her with a proper medical excuse which was blatantly denied. The threat of appointing a trustee is not only uncalled for but also is retaliatory for some of her actions related to her complaints, which are no doubt unpopular but she has a right to make. I know for a fact that Ms. Treviño manages her life and her fiscal affairs well  and has done so over the years. I have observed she is scrupulous on managing her finances which she does well. I have seen her scrupulousness in meeting her financial obligations. However, like a great, great number of us have had, she recently had an unpleasant experience with car salesmen who, as we are all aware, often take unscrupulous advantage of customers, especially women and minorities. This happened when salesmen of a

U.S. Department of Veterans Affairs
May 12, 2020
Page 3

local Ford dealership in Houston took unfair advantage of Ms. Treviño. She has suffered mental distress as a result of the undue pressure that they placed upon her. This occurred when she went to this local Ford Dealership to look at their Mustangs. While she was there, these salesmen put her under intense pressure to buy a car without fully disclosing the true terms of the contract and misleading her by falsely claiming she was getting a great deal when the opposite was true. They further misled her to believe that they were going to provide her a car within her budget which she had initially explained to them and falsely claiming she was going to get discounts and bonuses to which she was entitled by virtue of her membership in the Disabled American Veterans association and the UAW Employee Family Discount. They then put undue pressure on her to sign the papers without explaining the contract she was signing, a contract in very fine print and so confusing that even a lawyer like myself would have difficulty reading and understanding. Shortly after she left the dealership, she realized she had been taken advantage of and involved me in the matter right away. Their actions have resulted in a Texas Deceptive Trade Practices Act and Misrepresentation lawsuit filed against the dealership and three of its employees in Harris County. This lawsuit is now set for trial on June 15, 2020 although it will certainly be delayed because of the Covid 19 crisis.

In her dealings with the salesmen, it is apparent that they put her under a pressure cooker, impaired her psychiatric distress and got her to sign a contract under duress that was based upon misrepresentations and trickery. It is important to understand that this type of conduct is not unique to Ms. Treviño. It is the type of conduct in the industry that led to the Texas Legislature to adopt the Texas Deceptive Trade Practice Act to provide remedies to aggrieved consumers like Gloria.

This brings us to the situation with Dr. Bowers. When she was referred to Dr. Bowers, she was requesting a proper medical excuse and prescriptions for Ziprasidone and Lorazepam. Not only did he refuse to give her the prescription when she spoke to him, after she explained her complaint against the Ford dealership, Dr. Bowers stated that she might need a "trustee" for giving her money away. This was improper and highly insulting and goes against the fact that Ms. Treviño has been managing her affairs for decades, even with her PTSD. Ms. Treviño's position is that the VAMHC doctors, in their concerted effort to deny Gloria a proper medical excuse, first erroneously alleged that Gloria was not suffering from her mental condition when she was basically browbeaten at the Ford dealership and there was nothing wrong with Gloria when she signed the contract to now alleging that she was so ill when she signed the contract that she was giving her money away and now needs a trustee.

U.S. Department of Veterans Affairs
May 12, 2020
Page 4

Ms. Treviño does not need a trustee. She is handling her affairs well, as is demonstrated by the fact she is prosecuting a case in court against the Ford Dealership. Not only is that my opinion based upon my years of experience with her, it is also the opinion of her private psychiatrist, who has treated Gloria for years. It is Dr. Brown opinion, both that Gloria does not need a trustee and that she was acting under duress when she signed the contract with the Ford dealership. I am attaching copy of Dr. Brown's letter dated May 6, 2020 stating that Gloria does not need a trustee. I am also attaching a copy of Dr. Brown's letter dated May 21, 2019 opining on the undue pressure put upon Gloria by the Ford dealership. And this is not only the opinion of Dr. Brown and me. In addition, I am attaching a letter from Gloria's older brother, Julio Treviño about this matter. Julio, who has certainly known Gloria for many more years than I have, expresses shock and outrage over the mistreatment Gloria has received from, including Houston VA Director Francisco Vazquez, and the VAMHC doctors including Dr. Robert E. Garza, Dr. Ann Zachariah, Dr. Jonathon M. Grabyan, Dr. Theron Bowers and others Julio has had experience with VA doctors and the medical system himself. He is also a totally and permanently disabled honorably discharged Vietnam veteran and an American War Hero who received 3 Bronze Stars during his tour of duty and suffers from numerous chronic medical problems and severe and crippling nerve damage from extensive exposure to Agent Orange. In his letter, Julio addresses the trustee issue and dismisses it.

It is apparent to Dr. Brown, to Julio Treviño and to me that there is no need for a trustee or a fiduciary to be appointed for Ms. Treviño. I have also reviewed the materials related to fiduciaries and trustee in the materials that are set out in title 38 of the Code of Federal Regulations, as well as those materials on the Veterans Affairs website related to fiduciaries. My review indicates there is no need to appoint a Trustee for Gloria under these guideline.

Finally, rather than allow this matter to escalate to the level of administrative litigation, I request the following in writing:

1. That Veterans Affairs assure Ms. Treviño that there is no effort to provide her a trustee.

2. That Veterans Affairs provide Ms. Treviño the full rights and benefits that she is entitled to and afford her a psychiatrist at the VAMHC that will not continue to abuse and threaten her and keep fueling her anger and depression but who will help her with all her needs and not just medication management, to include proper medical excuse.

U.S. Department of Veterans Affairs
May 12, 2020
Page 5

3.  That Veterans Affairs provide Ms. Treviño with the prescription for Lorazepam, which she is not abusing and is being forced to get outside the VA for her medication as well under the guidance of Dr. Brown.

4.  That Veterans Affairs immediately compensate Ms. Treviño for all her medical expenses she is having to incur as a result of the VAMHC's refusal to provide her proper and adequate psychiatric care and requiring her to obtain it from Dr. Brown.

I am attaching form 21-22a signed by Ms. Treviño authorizing my representation in this matter.

I look forward to your prompt response.

Sincerely,

John Richards

cc:     Charles Gonzales, Texas State Board of Examiners Psychologist,
        enforcementasst@tsbep.texas.gov
        Texas Medical Board: ATTN ENFORCEMENT, 333 Guadalupe, Tower 3, Suite 610 MC
        263, Austin, TX 78701
        Gloria Treviño

Attachments:
1.  May 6, 2020 Letter from Dr. Karen Brown
2.  May 21, 2019 letter from Dr. Karen Brown
3.  April 27, 2020 Letter from Julio Treviño
4.  April 2, 2020 Letter from VA Director, Francisco Vazquez and VAMHC doctors
5.  August 15, 2019 inadequate medical excuse from VAMHC Dr. Ann Zachariah
6.  Form 21-22a



*Diplomate American Board of Psychiatry and Neurology*

**929 Gessner Rd. Suite 2000 • Houston, Texas 77024**
713-467-5600   •   Fax: 713-973-0104

May 6, 2020

Re:    Gloria Trevino

To Whom It May Concern:

I am a board certified psychiatrist in private practice since 1991. I have treated Ms. Trevino intermittently since 2007, most recently since October 2017. Since 2017, she has seen me every 1 to 3 months, in addition to her appointments with her V.A. psychiatrist who prescribes her medications.

I am writing this letter to attest that, in my professional opinion, Ms. Trevino is capable of managing her own finances and does not require guardianship to do so for her. On careful exam in her last appointments (5/1/20 and 5/4/20) she was able to clearly detail both her income and expenses, and is managing her money competently.

While she has been distressed by a recent car purchase, during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement.

In general, over the years I have known her, Ms. Trevino has never exhibited a pattern of impulsive spending. In fact, I have noted that she has had enough money in reserve to pay for her appointments with me, as well as to pay me to do a consultation on her brother who was incarcerated several years ago.

To conclude, I do not concur that a financial guardianship is warranted on the basis of Ms. Trevino's psychiatric illness.

Should you require further information, please call my office.

Sincerely,

Karen S. Brown, M.D.



*Diplomate American Board of Psychiatry and Neurology*
929 Gessner Rd. Suite 2000 • Houston, Texas 77024
713-467-5600 • Fax: 713-973-0104

May 21, 2019

To Whom It May Concern:

Gloria Trevino is currently under my care. She is diagnosed with Schizoaffective Disorder, a severe mental illness, and PTSD. As a consequence of her illness, Ms. Trevino functions very poorly under stress and makes impulsive, ill-considered decisions. She has been hospitalized several times for her mental illness; her symptoms are exacerbated by stress. When placed under duress, Ms. Trevino cannot think clearly enough to make rational choices. She should, therefore, not be held to a contract signed following the use of hard sales tactics.

Should you require further information, please call our office.

Sincerely,

Karen S. Brown, M.D.

**JULIO TREVINO**
**300 BLOSSOM VALLEY STREAM**
**BUDA, TEXAS 78610**
**(512)820-0246**

April 27, 2020

TO WHOM IT MAY CONCERN;

My name is Julio Trevino 4789. I am also an honorably discharged totally disabled Vietnam Veteran and am the brother of 100% disabled veteran, Gloria Trevino 6890.

I am writing to express shock and outrage over the retaliatory meanspirited April 2, letter and mistreatment that my sister, Gloria, has been maliciously subjected to by the Michael E. DeBakey VA Medical Center Director, Francisco Vazquez, the Mental Health Clinic Director, Dr. Robert Garza, Dr. Ann Zachariah and Dr. Jonathan Grabyan involved in the egregious retaliatory illegal, immoral, and unethical scheme to deny Gloria proper medical care and sabotage her case against the car dealership that coerced Gloria into signing a totally injurious detrimental contract under duress. Gloria was clearly suffering from her service-connected mental illness and not in her right frame of mind when she was coerced into signing the detrimental contract under duress. You don't have to be a brain surgeon to figure that out. However, these VA doctors aren't fit to be veterinarians and are erroneously alleging that Gloria was not suffering from her mental illness and was not under duress when she signed the injurious detrimental contract and it clearly demonstrates their ill will and hatred towards Gloria.

I am also a witness to when the Houston VA Mental Health Clinic doctors tried to have Gloria illegally arrested by sending the Houston Police with guns drawn to her house supposedly because she was homicidal, however, I was visiting her on that day and saved her life. I am concerned that the Houston VA Mental Health Clinic generated a call to Gloria by having Contree Hollor, I believe is her name from phone number (713)791-1414, extension 26910 last Monday on the guise that they were referring her to another doctor there that was going to help her, however, Gloria has not heard back from her and feel their call was only made to appease the White House and was not serious or made in good faith as if Gloria is not entitled to adequate and proper care from the VA Hospital. I am also concerned that these VA Officials and Employees might try again to have Gloria illegally arrested and confined to a jail or mental health facility in further retaliation for her filing legitimate complaints against them and I fear for her life and safety.

**Therefore,** I respectfully request that you intervene on Gloria's behalf, hold these lawless federal employees accountable and restrain them from causing her any further harm and injury to ensure her that she will receives the full rights and benefits that she honorable earned while serving our Country without further incidents and unnecessary delays.

Thank you for your kindness and understanding.

Respectfully,

Julio Trevino, 4789
300 Blossom Valley Stream
Buda, Texas 78610



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

APR - 2 2020

In Reply Refer To: 00A-00C-CA

Ms. Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077-5828

Dear Ms. Trevino:

This acknowledges your inquiry of March 10, 2020, to the White House Hotline, regarding your disagreement that your PTSD diagnosis did not have a bearing on a contract for a vehicle purchase you signed.

Dr. Jonathan M. Grabyan, Psychologist, Dr. Robert Garza, Staff Psychiatrist, and Dr. Jiji Zachariah, Nurse Practioner, have responded previously to your concerns about their refusal to sign an excuse that you were under duress in signing a new vehicle purchase contract. We feel we have addressed your concerns to the best of our ability and cannot provide any new information. Accordingly, this letter will be considered the final response to your inquiry for an excuse that your PTSD affected your ability to engage in a vehicle purchase contract.

Please be assured that we will continue to provide you the medical care for which you are eligible. Should you have further questions about your medical care, please feel free to consult Dr. Jonathan M. Grabyan, Psychologist, at 713-791-1414, extension 23594. He would be most pleased to assist you.

Please be confident that we will forever honor our Veterans, from the greatest generation to the latest generation, and it is our privilege to care for the very best of our citizens who have given their very best to our country.

Sincerely,

Francisco Vazquez, MBA
Medical Center Director

received
4/15/20

FV/rek

# GLORIA TREVINO
**12526 Olympia Drive - Houston, Texas  77077**
**Phone Number, (713)309-5962,  Email address, vip4justice@gmail.com**

TO;  **STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL,ET. AL.,**    July 25, 2022
**STATE BOARD OF DISCIPLINARY APPEALS, SUPREME COURT OF TEXAS,**
**IGUSDOJ, MICHAEL EVAN HOROWITZ & STATE REPRESENTATIVE JIM MURPHY**
**C/O STATE BAR OF TEXAS CHIEF DISCIPLINARY COUNSEL**
**P.O BOX 13287**
**AUSTIN, TEXAS 78711**

### RE;  THE GANG -RAPE OF JUSTICE IN AMERICA
### ROBERT CONTINUES LIVING THE AMERICAN NIGHTMARE!

Greeting,

In response to the State Bar of Texas Chief Disciplinary Counsel's continued relentless harassment, retaliation and unlawful dismissals of our meritorious complaints against attorney **Noel Portnoy, & John Richards, Co-Counsel/Co-conspirator/Traitor/Sellout, ET.AL. This is my SBTCDC AMENDED COMPLAINT #202204149 against the SHYSTERS/Gestapo Agents and others, for Neo-Natzi Government officials that are foaming at the mouth with thirst for our blood and maintain TYRANNICAL CONTROL OF REIGN OF TERROR  in wrongful life-imprisonment of Robert, subsequent murder of Juan, victim/witness tampering, and for refusing to return all our legal documents, especially regarding all communications, notes on phone conversations, etc., with Patrick Lankford and continuing to harass & psychologically abuse me, directly and indirectly through the Defendants in both Sterling McCall Ford Dealership & Murray Case and others, including their false advertisement company, Five Star Rated Homeowners Referral Guide with relentless unwanted, unsolicited and annoying advertisements by emails, us mail and phone messages in furtherance of systematic injustice.**  You are aiding and abetting in the blatant stigmatized discrimination practices, outright fraud, flagrant violation of our God given right to free speech and violation of our US Constitutional Civil and Human Rights to petition the Government for redress of grievances and cover-up/whitewash with impunity in the first degree, we are attaching additional documents in further support of our complaints and demand that immediate harsh disciplinary action to forever disbar these perpetrators from practicing law and state the following;

Your unlawful dismissals of my meritorious complaints after repeatedly returning them on the erroneous guise that some of the information was personal private third party medical information is just another outright lie since the crooked attorneys in their sham representations of us under erroneous guise that they were seeking justice for us, filed the unredacted personal/private third party medical information and Death Certificate in nearly every court in the country, therefore making it public information for anyone to use for whatever purpose, including the media and we have the legal right to use it in our quest for justice.  Your subsequent erroneous decision that there is nothing wrong here and no violations of ethics rules is in furtherance of the civil and human rights violations and another cover-up/whitewash with impunity in the first degree.  Compelling evidence clearly show otherwise. The sham representation and not knowing the proper way to impeach the credibility and aggravated perjured testimony of the Defendants is inconsistent with the over 32 year trial experience lawyers and more consistent with crooked attorneys who illegally and secretly accepted a bribe to bamboozle us out of justice from the too big to jail politically and financially influential Sterling McCall Ford Dealership Defendants, like they bribed their alleged expert, Pinocchio, Arambula and from Neo-Natzi

1

Government officials that railroaded Robert, subsequently murdered our other brother Juan and criminally oppressed me and victim/witness tampering. Even an attorney fresh out of law school can impeach a Defendant and his aggravated perjured testimony in court who admitted he was a liar in deposition which corroborated my testimony that they repeatedly lied to me. This is beyond incompetence, breach of fiduciary duty, gross conflict of interest, abandonment and legal misconduct and malpractice, it is an illegal and fraudulent scheme and conspiracies to bamboozle us and gang-rape us out of justice. Clearly professional misconduct, delinquent dereliction of duty, abandonment and dilapidated and sabotage. Sinking ship and abandoning ship leaving Robert and I totally defenseless, allowing the Defendants to escape total civil and criminal accountability and making us the scapegoat for their psychopathic and sadistic criminal mind and behavior. Your erroneous and ludicrous preposterous decision to take no disciplinary action against the Hoodlums, is by itself, immoral, unethical and criminal behavior and continuing aid and abet and engage in the same illegal, fraudulent stigmatized discrimination and systematic abuse and injustice because of Qualified Immunity Doctrine that emboldens and empowers you to, likewise, get away with murder and is not only compounding the substantial, devastating and life-threatening harm and injury to Robert and myself but to others similarly situated.

I have repeatedly protested that this is not China or Russia! No one is suppose to be above the law in the USA! However, this is not the America that my father, and brothers honorably served and risked their lives to defend and paid a very high price and seriously wounded with TBI and other dire life-threatening medical condition while defending our Country at time of war, nor is this the America I served and suffered PTSD as a result of MST. Since Robert paid a very high price honorably defending our Country in time of war and was highly recommended for the distinguished Silver Star and is recipient of the Bronze Star and Purple Heart for his heroic achievements during his tour of duty in the Republic of Vietnam and was shamefully maliciously subjected to a modern day 1600 Century Salem Witch Trial by the Neo-Natzi political enemies, condemned by all-white Neo-Natzi jury to ensure a conviction and maximum life-imprisonment and has been wrongfully imprisoned for life in dire critical life-threatening medical condition with significant immobility impairment, paralyzed, with TBI, Dementia, life-threatening epileptic seizure and was illegally transferred out of the TDCJ Carol Young Medical Unit to the worse prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas, to isolate him from family and further endanger his life, even though he is not suicidal or homicidal and after being repeatedly illegally denied release on MRIS to the Michael E. DeBakey VA Medical Center where he can finally receive the life-saving emergency inpatient medical care that he has been deprived of for decades in TDCJ as evident by his life-threatening critical medical condition and has been at death's door several times and the Montford Psychiatric Unit is not equipped to treat someone with the multitude of life-threatening critical medical condition of Robert to further endanger his life. The USA is suppose to be the most civilized society in the World that takes care of our disabled veterans, elderly, minorities, social-economic inequality, and those with other disadvantages that make us more vulnerable for exploitation and abuse, such as in this Robert and Trevino Family case, however, because of this illegal and immoral Qualified Immunity Doctrine that allows Neo-Natzis in our Government and others to literally get away with murder, repeated request for our Government to come to Robert's immediate aid and assistance in disentangling him from this Railroad of hypocrisy and injustice has been frustrating and in vain and Robert remains in life-threatening critical medical condition maliciously isolated from family and subjected to other cruel and unusual punishment. Robert continues to live the American Nightmare! Can't believe I might have to appeal to Russia and China for assistance in our struggle for equal protection and our God given Civil and Human Rights.

**THEREFORE,** compelling evidence show that these attorneys, Noel Portnoy, John

2

Richards/Traitors/Sellouts and Gestapo Agents and others engaged in Stigmatized discrimination, illegal and fraudulent schemes, conspiracies and misconduct to blatantly violate our God given right to free speech, and Our US Constitutional Civil and Human Rights and bamboozled and gang-raped Robert and Trevino Family, including myself, out of justice in continuing systematic injustice allowing the Neo-Natzi Government officials and others to further victimize and make us the scapegoats for their criminal activities and forever escape total civil and criminal accountability and cover-up/whitewash with impunity in the first degree. These crooked attorneys and others should be immediately harshly punished for their illegal, unethical and criminal activities and forever barred from the practice of law and for further placing Robert in imminent life endangerment to fend for ourselves and making a mockery out of us as well as the legal system and for contributing to the Gang-rape of Justice in America! These perpetrators need to be immediately held civilly and swiftly criminally accountable.

This Statement is true and correct to the best of my recollection and belief.         July 25, 2022

Respectfully submitted,

*Signed by Robert Trevino Collateral Heir of the Estate of Juan Trevino,*
Robert Trevino by Gloria Trevino, POA, Also signed as Collateral Heir of the Estate of Juan Trevino, Deceased, by Gloria Trevino, POA  *by Gloria Trevino, POA*

&

*Signed by Gloria Trevino Collateral Heir of the Estate of Juan Trevino*
Gloria Trevino, Also signed as Collateral Heir of the Estate of Juan Trevino, Deceased.
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962                                                      Attachments, (621p)

Contrary to erroneous excuse of SBTCDC for illegally dismissing complaints, none of the medical information or Juan's Death Certificates are private and personal since the shysters filed them, unredacted, in nearly every court in Country making them PUBLIC RECORDS available to anyone/FOR WHATEVER REASON. We have an absolute God given right to use them in pursuit of Justice for Robert, Juan and Family without criminal oppression! Statements to APA against Pinocchio/Quackery Aggravated Perjured Testimony of highly paid hired gun Michael R. Arambula in civil sham trial by rage is repeat of Robert's criminal sham trial by rage were we both were illegally ambushed with unchallenged aggravated perjured testimony. Further compelling evidence of the Gang-rape of Justice in America and cover-up/whitewash. Robert remains unlawfully incarcerated for life maliciously subjected to cruel and unusual punishment in life-threatening critical medical condition in the worse prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas, even though he is not suicidal or homicidal, to isolate him from family and further endanger his life since the Psychiatric Unit is ill-equipped to provide Robert with the adequate comprehensive emergency medical care that he need. This is where John Richards and Noel Portnoy had Robert illegally transferred to by ground transportation in dire critical life-threatening medical condition to further induce his death and demise, like he allowed the same Neo-Natzis that railroaded Robert to murder Juan, then, likewise, defended the perpetrators and bamboozled and gang-rape us out of justice, abandons and makes us the scapegoat for his psychopathic criminal mind and behavior, allowing the perpetrators to escape total civil and criminal accountability and cover-up/whitewash with impunity in the first degree. How is this not an ethical violation! Robert is in greater imminent life-endangerment, Living the American Nightmare!

3

10/22/2022, 11:49 AM                    Gmail - A Response from Congresswoman Lizzie Fletcher's Office

 Gmail                                    Gloria Trevino <vip4justice@gmail.com>

## A Response from Congresswoman Lizzie Fletcher's Office

5 messages

**Fatimah El-Ibrahim** <Fatimah.El-Ibrahim-TX07@emanager.house.gov>          Fri, Oct 21, 2022 at 12:06 PM
Reply-To: Fatimah.El-Ibrahim-TX07@emanager.house.gov
To: "Ms. Gloria Trevino" <vip4justice@gmail.com>

-------------- Please reply ABOVE this line --------------

LIZZIE FLETCHER
7TH DISTRICT, TEXAS

HOUSE COMMITTEE ON ENERGY AND
COMMERCE
SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON COMMUNICATIONS AND
TECHNOLOGY
SUBCOMMITTEE ON CONSUMER PROTECTION
AND COMMERCE

HOUSE COMMITTEE ON SCIENCE,
SPACE, AND TECHNOLOGY
SUBCOMMITTEE ON ENVIRONMENT

CONGRESS OF THE UNITED STATES
HOUSE OF REPRESENTATIVES
WASHINGTON, D.C. 20515

WASHINGTON OFFICE
119 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2571

HOUSTON OFFICE
5599 SAN FELIPE ROAD, SUITE 950
HOUSTON, TX 77056
(713) 353-8680

FLETCHER.HOUSE.GOV

October 21, 2022

*Another perfect example of normalization of Stigmatized Discrimination and making a mockery of Robert Trevino and family. Sick joke!! GY.*

Dear Ms. Trevino:

Thank you for contacting the office of Congresswoman Lizzie Fletcher. After reviewing your information, I wanted to let you know that this is not a matter with a federal agency. Unfortunately, as this is a legal case, our office cannot intervene. I encourage you to contact the Houston Volunteer Lawyers, they may be able to assist you in your case.

Houston Volunteer Lawyers
1111 Bagby, Suite FLB300
Houston, TX 77002
(713) 228-0735
info@hvlp.org
https://www.makejusticehappen.org/

Although we cannot be of assistance to you in this matter, I am very glad that you thought of getting in touch with Congresswoman Fletcher's office. Please let us know if there is anything further we can assist with.

Cordially,



**DEPARTMENT OF VETERANS AFFAIRS**
**Michael E. DeBakey VA Medical Center**
**2002  Holcombe Boulevard**
**Houston, TX 77030**

August 15-2019

To,

Whomever this may concern

Ref- Trevino Gloria

DOB-1-08-1953

Dear Sir/Madam,

I am Dr Ann Zachariah, MD and MS Trevino  is currently receiving MH
treatment here at Michael Debakey VA Medical Center since March 2002.

She has a diagnosis of Schizoaffective disorder

and  PTSD

Dr Ann Zachariah, MD

Micheal De Bakey VA medical center

Houston

Texas

713-791-1414

+

United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:19-cv-324

ROBERT RODRIGUEZ TREVINO, TDCJ #00729766, PETITIONER,

v.

LORIE DAVIS, RESPONDENT.

## MEMORANDUM OPINION AND ORDER

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

State inmate Robert Rodriguez Trevino is incarcerated in the Texas Department of Criminal Justice—Correctional Institutions Division ("TDCJ"). Trevino has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and § 2254[1] (Dkt. 1), seeking release from prison on Medically Recommended Intensive Supervision ("MRIS").[2] Trevino is represented by counsel. Respondent Lorie Davis has filed a motion for summary judgment, arguing that Trevino is not

---

[1]      Although Trevino purports to bring this action solely under 28 U.S.C. § 2241, the petition is properly treated as brought under 28 U.S.C. § 2254 as well because he is "in custody pursuant to the judgment of a State court[.]"

[2]      Gloria Trevino, Robert Trevino's sister, acting in her role as his power of attorney, signed and filed the petition on his behalf (*see* Dkt. 1, at 54). For purposes of this memorandum opinion and order, "Trevino" will refer to Robert Trevino and "Gloria" will refer to Gloria Trevino. Respondent does not challenge Gloria's standing to bring this petition on Trevino's behalf.

1/ 19

entitled to federal habeas relief and that his petition should be denied (Dkt. 10).

Trevino has responded to the motion for summary judgment (Dkt. 14). Trevino

has also filed a motion requesting: (1) the court approve the issuance of subpoenas

seeking certain of his medical records; (2) an extension of time to respond to

Davis's motion for summary judgment; and (3) an order allowing his sister to visit

with him so that he may assist with the habeas petition (Dkt. 9). Also pending is

an unopposed emergency motion filed by Trevino, requesting that the court

expedite the final resolution of his writ of habeas corpus (Dkt. 15). Having now

considered the petition, briefing, all matters of record, and the applicable legal

authorities, the court determines that Davis's motion for summary judgment

should be granted and the petition should be dismissed.

## I.    BACKGROUND

### A.    Factual and Procedural Background

Trevino is a TDCJ prisoner who, before his recent admission to the

University of Texas Medical Branch ("UTMB") John Sealy Hospital in Galveston,

was housed at the Carol Young Medical Center in Dickinson, Galveston County,

Texas (*see* Dkt. 1, at 4; Dkt. 15, at 4).[3] In 1995, a jury in the 40th District Court of

Ellis County, Texas, found Trevino guilty of one count of aggravated sexual assault,

---

3    Throughout this memorandum opinion, the court's citations to specific pages in
the record refer to the pagination of docket entries on the court's electronic case-filing
("ECF") system.

20-40589.8612

**B.    Trevino's Federal Habeas Petition**

On August 19, 2019, through counsel, Trevino filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and § 2254, challenging the February 2019 denial of his release on MRIS (Dkt. 1).  Trevino is a 73-year-old Vietnam War veteran who states that he suffered severe injuries and a head wound during his service in the war that have qualified him for 100% medical disability with the United States Department of Veterans Affairs (*id.* at 31).  Trevino asserts that over the past several years his health has deteriorated to the point that he is "totally incapacitated physically and in a severely impaired mental state[]" (*id.* at 10).  Trevino states that, among other ailments, he can no longer walk or stand, that he has very limited mobility in his hands, that he is confined to a bed or geriatric wheelchair, that he is unable to bathe by himself, and that he requires 24-hour attendant care (*id.* at 10, 31).  Trevino asserts that these conditions qualify him for release on MRIS (*id.* at 10, 31).

In his petition, Trevino argues that failure to release him on MRIS violates: (1) his "liberty interests" as protected by the Due Process Clause of the Fourteenth Amendment;[5] (2) his Eighth Amendment right to be free from cruel and unusual

---

MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives.  Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

(Dkt. 1, at 64).

[5]    *See* Dkt. 1, at 52 ("Petitioner's detention is based upon actions that unreasonably apply the standards under federal law of Trevino's liberty interest"); *id.* at 51 ("[Trevino]

three counts of sexual assault of a child, one count of sexual assault, and one count of indecency with a child (*see* Dkt. 10-2, at 2–33). The state district court judge sentenced Trevino to life imprisonment for the aggravated sexual assault conviction, and to twenty years' incarceration, to run concurrently, for each of the other convictions (*see id.*). Trevino then filed a direct appeal of his convictions and sentence, and the Tenth Court of Appeals affirmed his convictions. *See Trevino v. State*, Nos. 10-95-277-CR, 10-95-278-CR, 10-95-279-CR, 10-95-280-CR, 10-95-281-CR (Tex. App.—Waco, March 19, 1997, no pet.); *Robert Rodriguez Trevino v. Rick Thaler*, Case No. 3:10-cv-2413-D, Dkt. 11, at 1 (N.D. Texas, Dallas Div.). Trevino did not file a petition for discretionary review with the Texas Court of Criminal Appeals, nor did he file a petition for writ of certiorari with the United States Supreme Court (Dkt. 10-3, at 3).

On February 20, 2019, Gloria submitted a request for release on MRIS on Trevino's behalf to TDCJ's Reentry and Integration Division (*see* Dkt. 1, at 74). On February 27, 2019, the request for release on MRIS was denied (*see* Dkt. 1, at 64). The letter denying release on MRIS parole from the Reentry and Integration Division stated that Trevino's "condition does not meet the clinical criteria for MRIS at this time" (*id.*).[4] Trevino did not appeal this decision in Texas state court.

---

[4]    The letter from TDCJ's Reentry and Integration Division described release on MRIS as follows:

> MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of

punishment;[6] and (3) his statutory rights under § 508.146 of the Texas Government Code and Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual.[7]  Trevino requests relief in the form of release to MRIS and immediate transfer to the Michael D. DeBakey VA Medical Center in Houston, "where [Trevino] can be afforded the top quality comprehensive long-term in-patient medical care that he has a right to as a Vietnam decorated and 100% disabled Veteran" (Dkt. 1, at 5–6).  Trevino goes on to request, seemingly in the alternative, for a judicial determination that he is medically qualified for release on MRIS.[8]

---

has a Cognizable Claim under the . . . XIV Amendment[] to the United States Constitution, because he is being deprived of a right to receive Medically Recommended Intensive Supervision (MRIS) at the Department of Veteran's Affairs").

[6]      *See id.* ("[Trevino] has a Cognizable Claim under the VIII . . . Amendment[] to the United States Constitution, because he is being deprived of a right to receive Medically Recommended Intensive Supervision (MRIS) at the Department of Veteran's Affairs"); *id.* at 9 ("Petitioner asserts he is being held in violation of his civil rights and human rights . . . [t]he wrongful refusal to release Petitioner on MRIS is in itself clearly cruel and unusual punishment considering Petitioner's dire and life-threatening health conditions, both physical and mental.").

[7]      *See id.* at 5 ("[T]his is an action to require TDCJ to certify and release Trevino on . . . MRIS pursuant to § 508.146 of the Texas Government Code and the TDCJ Policy Manual A-08.6, including attachments A&B to the Policy Manual . . . .").

[8]      *See id.* at 53 ("At a bare minimum there needs to be a judicial determination that the documents and evidence showing Trevino's physical and mental disabilities and the existence of brain damage and other factors which qualify Trevino for MRIS, including those elements for which MRIS is mandatory [and] that the United States Department of Veterans Affairs can be a place where Trevino can be under MRIS[.]")

## C.   Davis's Motion for Summary Judgment

Davis has moved for summary judgment, arguing that Trevino's petition should be denied because his claims are not cognizable in federal habeas corpus (Dkt. 10).[9] Specifically, Davis asserts that to the extent Trevino seeks habeas relief on the misapplication of state law and state procedures to deny him MRIS release, such a claim is not cognizable on federal habeas review (Dkt. 10, at 10).  Davis argues further that Trevino's claim that his "liberty interests" under the Fourteenth Amendment's Due Process Clause are being violated should be rejected because no such liberty interest exists under Texas parole law or under the MRIS scheme (Dkt. 10, at 11–17).  Finally, Davis contends that Trevino's claim regarding his right to be free from "cruel and unusual punishment" under the Eighth Amendment is not cognizable in federal habeas (Dkt. 10, at 17–18).

Trevino responded to the motion (Dkt. 14), mainly arguing that the "MRIS framework" creates a liberty interest for Trevino.

## II.   STANDARD OF REVIEW

### A.   Habeas Corpus

A federal writ of habeas corpus is available to a state prisoner only if he is

---

[9]      Trevino argues that inmates do not have a right to challenge the denial of MRIS in state habeas corpus (Dkt. 1, at 15), while Davis asserts that Trevino is incorrect and that the Texas Court of Criminal Appeals will review due-process challenges to parole decisions under Article 11.07 of the Texas Code of Criminal Procedure (Dkt. 10, at 6 n.10). The court need not determine whether Trevino has exhausted his claims in state court, however, as Davis requests that the court consider the case on the merits, in lieu of dismissing the petition as unexhausted, in the interests of judicial economy (Dkt. 10, at 6).

20-40589.8616

being held in violation of the Constitution, laws, or treaties of the United States. 28 U.S.C. § 2254(a); *Boyd v. Scott*, 45 F.3d 876, 881 (5th Cir. 1994). Pursuant to the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), courts may not grant habeas corpus relief unless a petitioner demonstrates that the state court's decision was "contrary to, or involved an unreasonable application of, clearly established federal law" or was "based on an unreasonable determination of the facts." 28 U.S.C. § 2254(d).

AEDPA's deferential standard of review, however, applies only to claims adjudicated on the merits. *See id.* Because Trevino has not presented his denial of release on MRIS claim to any state court, his claim is subject to *de novo* review. *See Berghuis v. Thompkins*, 560 U.S. 370, 390 (2010) ("Courts can . . . deny writs of habeas corpus under § 2254 by engaging in *de novo* review when it is unclear whether AEDPA deference applies, because a habeas petitioner will not be entitled to a writ of habeas corpus if his or her claim is rejected on *de novo* review[.]"); *Carty v. Thaler*, 583 F.3d 244, 253 (5th Cir. 2009) (recognizing that the AEDPA-mandated deference to state court decisions does not apply when the state court did not adjudicate the claim on the merits); *Henderson v. Cockrell*, 333 F.3d 592, 601 (5th Cir. 2003) (AEDPA standard of review was inapplicable to state court claim not adjudicated on its merits).

## B.   Summary Judgment

A court may grant summary judgment when "the pleadings, depositions,

answers to interrogatories, and admissions on file, together with the affidavits, if

any, show that there is no genuine issue as to any material fact and that the moving

party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a); *see also*

*Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). The party moving for summary

judgment bears the initial burden of proving the absence of any genuine issues of

material fact.

Rule 56 of the Federal Rules of Civil Procedure "applies with equal force in

the context of habeas corpus cases." *Clark v. Johnson*, 202 F.3d 760, 764 (5th Cir.

2000). The rule, however, applies only to the extent that it does not conflict with

the habeas rules. *Smith v. Cockrell*, 311 F.3d 661, 668 (5th Cir. 2002). Generally,

in ruling on a motion for summary judgment, the court resolves any doubts and

draws any inferences in favor of the nonmoving party, *Hunt v. Cromartie*, 526 U.S.

541, 552 (1999), but 28 U.S.C. § 2254(e)(1) commands that factual findings of the

state court are to be presumed correct. Thus, 28 U.S.C. § 2254(e)(1) overrides the

general summary-judgment rule. *Smith*, 311 F.3d at 668.

## III.   DISCUSSION

### A.   Trevino's Constitutional Claims

#### 1.   Fourteenth Amendment Due Process Clause Claim

Trevino argues that failure to release him to MRIS parole violates his "liberty

interests" as protected by the Due Process Clause of the Fourteenth Amendment.

*See* Dkt. 1, at 52 ("Petitioner's detention is based upon actions that unreasonably

8/ 19

apply the standards under federal law of Trevino's liberty interest"); *id.* at 51 ("[Trevino] has a Cognizable Claim under the . . . XIV Amendment[] to the United States Constitution, because he is being deprived of a right to receive Medically Recommended Intensive Supervision (MRIS) at the Department of Veteran's Affairs"). Trevino asserts that he is entitled to release under both § 508.146 of the Texas Government Code and Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual (*see* Dkt. 1, at 9). Davis counters that this claim should be denied because no liberty interest exists under Texas parole law generally, or under the MRIS scheme, specifically (Dkt. 10, at 11–17).

"Procedural due process under the Fourteenth Amendment is implicated where an individual is deprived of life, liberty, or property, without due process of law." *Jennings v. Owens*, 602 F.3d 652, 657 (5th Cir. 2010) (citing U.S. Const. amend. XIV, § 1, cl. 3). Because Trevino has not been deprived of life or property, his claim hinges on whether he has been deprived of a liberty interest without adequate procedural protections. "In the prison context, a liberty interest is created in one of two ways: [e]ither the Due Process Clause confers a liberty interest, or such an interest is created by the state through a statute[.]" *Richardson v. Joslin*, 501 F.3d 415, 418–19 (5th Cir. 2007) (internal citations omitted). An inmate has no constitutional right to be conditionally released before the expiration of his sentence. *Greenholtz v. Inmates of Neb. Penal & Corr. Complex,* 442 U.S. 1, 7 (1979). Thus, any potential liberty interest related to release on MRIS

must come from the state.

   a.   *Texas Government Code § 508.146*

Section 508.146 of the Texas Government Code provides that if certain conditions are met, "[a]n inmate . . . *may* be released on medically recommended intensive supervision[.]"  Tex. Gov't Code § 508.146(a) (emphasis added).  The statute makes clear that any such release on MRIS is entirely discretionary.  Where, as here, a statute "grants the prison administration discretion, the government has conferred no rights on the inmate."  *Richardson*, 501 F.3d at 419 ("The hallmark of a statute that has not created a liberty interest is discretion.").  Accordingly, a prisoner has no constitutionally protected liberty interest in release on MRIS.  *See Barker v. Owens*, 277 F. App'x 482, 2008 WL 1983782, at *1 (5th Cir. May 8, 2008) (per curiam) (holding in a suit under 28 U.S.C. § 1983 that an inmate "has no constitutionally protected interest in release" on MRIS because "the decision whether to release an inmate to MRIS is entirely within the Board's discretion") (citing Tex. Gov't Code Ann. § 508.146 and *Allison v. Kyle,* 66 F.3d 71, 73–74 (5th Cir. 1995)); *Moore v. TDCJ*, No. 3:17-CV-205-D (BH), 2018 WL 4938796, at *4 (N.D. Tex. Sept. 10, 2018) (holding in federal habeas action that inmates have no constitutionally protected liberty interest in release on MRIS) (citing *Barker*, 2008 WL 1983782, at *1); *Foreman v. Director, TDCJ-CID*, Civil Action No. 6:11cv116, 2011 WL 5080180, at *8 (E.D. Tex. July 12, 2011) (same).  Thus, because Trevino has no constitutionally protected liberty interest in obtaining MRIS release, his

claim that his Fourteenth Amendment Due Process right was violated is without merit.

> b. *Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual*

Similarly, policy number A-08.6 of the Correctional Managed Health Care Policy Manual contains no mandatory language that would lead to a protected liberty interest. The purpose of the policy is to "establish procedures for submitting medical and mental health summaries for ill offenders who meet criteria for Medically Recommended Intensive Supervision (MRIS) as outlined in Texas Government Code 508.146" (Dkt. 1, at 56). As discussed above, release on MRIS is entirely discretionary. The purpose of policy number A-08.6 is to provide direction for "submitting medical and mental health summaries for ill offenders who meet criteria for [MRIS]" and then to provide those summaries to "the Texas Correctional Office for Offenders with Medical or Mental Impairments (TCOOMMI) for use in consideration of offenders for [MRIS]" (Dkt. 1, at 56). In other words, this policy merely sets forth a mechanism to assist in the review of those inmates eligible for release on MRIS; [10] it does not create a liberty interest

---

[10]     Texas Administrative Code § 145.3, the regulation that contains the Board of Pardons and Paroles' policy statements relating to parole release decisions, again confirms the discretionary nature of release on parole (including release on MRIS). This regulation also explains that there are no mandatory rules or guidelines that must be followed when considering release for an offender:

> (1)     Release to parole is a privilege, not an offender right, and the parole decision maker is vested with *complete discretion* to grant, or to deny parole release as defined by statutory law.

entitled to due-process protection. Trevino's Fourteenth Amendment Due Process claims are denied.

### 2. Eighth Amendment Claim

Trevino alleges that TDCJ's "refusal" to release him on MRIS is cruel and unusual punishment which violates his rights under the Eighth Amendment (*see* Dkt. 1, at 51). But as Davis argues, the remedy Trevino seeks—release from prison due to an Eighth Amendment violation—is not cognizable in federal habeas.

Civil-rights claims are not actionable in a federal habeas proceeding because the writ of habeas corpus provides a remedy only for prisoners challenging the "fact or duration" of confinement and is not properly used as an avenue for relief from

---

      (A)    Candidates for parole are to be evaluated on an individual basis.

      (B)    *There are no mandatory rules or guidelines that must be followed* in every case because each offender is unique. . . . The Board and parole panels *use parole guidelines as a tool to aid in the discretionary parole decision process.*

   . . .

      (4)    An offender will be considered for parole when eligible and when the offender meets the following criteria with regard to behavior during incarceration.

      . . .

      (F)    An offender who is otherwise eligible for release and meets the criteria for Medically Recommended Intensive Supervision (MRIS) as required by Section 508.146, Government Code *may* be considered for release on parole.

37 Tex. Admin. Code § 145.3 (emphasis added).

conditions of confinement. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) ("[W]e hold . . . that when a state prisoner is challenging the very fact or duration of his physical imprisonment, and the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment, his sole federal remedy is a writ of habeas corpus."); *see also Poree v. Collins*, 866 F.3d 235, 243 (5th Cir. 2017) (explaining that "challenges to the fact or duration of confinement are properly brought under habeas, while challenges to the conditions of confinement are properly brought under § 1983"); *Cook v. Hanberry*, 592 F.2d 248, 249 (5th Cir. 1979) (per curiam) (internal citations omitted) ("Habeas corpus is not available to prisoners complaining only of mistreatment during their legal incarceration. . . . [T]he sole function of habeas corpus is to provide relief from [u]nlawful imprisonment or custody, and it cannot be used for any other purpose."). Eighth Amendment violations cannot justify an inmate's release from prison; instead, the proper relief from such violations, if proven, would be to equitably enjoin such actions, "not [grant] freedom from otherwise lawful incarceration." *Cook*, 592 F.2d at 249. Because Trevino may not seek relief for his Eighth Amendment conditions-of-confinement claim in this habeas action, such claim is denied.

## B.    Trevino's State Law Claims

Finally, Trevino claims that he is being "unlawful[ly] incarcerated" by TDCJ "in violation of its obligations to release [him] on . . . MRIS . . . under the

requirements of" Texas Government Code § 508.146 and Policy Number A-08.6 of the Correctional Managed Health Care Policy Manual (Dkt. 1, at 5). He further argues that he "has a right to MRIS under Tex. Gov. Code § 508.146 and TDCJ Policy Manual A-08.6 because he meets all the criteria for release" (Dkt. 1, at 7), and that the "document[s] and records" from "both UTMB and the VA establish there are grounds for him to receive MRIS under TDCJ's own guidelines and that there needs to be a judicial determination based on the analysis of all the facts and medical standards that Trevino qualifies for MRIS" (Dkt. 1, at 31). Trevino goes on to argue that he suffers from several of the medical conditions that make an inmate eligible for release on MRIS (*see* Dkt. 1, at 31–36).

Davis argues that to the extent that Trevino is asserting a "free-standing" violation of Texas law, such pure state-law claims are not cognizable in federal habeas review (Dkt. 10, at 10–11). Davis is correct.

Federal habeas relief is available only for violations of rights existing under federal law and the Constitution, and not for violations of state law. *See Manning v. Warden, La. State Penitentiary*, 786 F.2d 710, 711 (5th Cir. 1986) ("[H]abeas corpus is available only for the vindication of rights existing under federal law; not rights existing solely under the rules of state procedure.") (quoting *Nelson v. Estelle*, 642 F.2d 903, 905–06 (5th Cir. 1981)); *Bronstein v. Wainwright*, 646 F.2d 1048, 1050 (5th Cir. 1981) ("A state's interpretation of its own laws or rules is no basis for federal habeas corpus relief since no constitutional question is

involved."). As discussed *supra* Part III.A., Trevino's denial of release to MRIS does not violate his constitutional rights. Accordingly, Trevino's claim that TDCJ is not following state parole law or procedure fails to state an actionable basis for federal habeas relief.

### C.   Pending Motions

#### 1.   Motion Requesting Approval for Subpoenas, for Extension of Time to Respond to Respondent's Answer, and For Order Allowing Visit to Petitioner

Trevino has filed a motion requesting that the court approve the issuance of two subpoenas seeking his medical records, an extension of time to respond to Davis's motion for summary judgment, and an order allowing Gloria to visit petitioner so that he may assist with his habeas petition (Dkt. 9).

First, Trevino requests that the court approve his issuance of two subpoenas seeking certain of his medical records from TDCJ and UTMB. Trevino states that he needs access to these medical records to show that his medical condition does not support the denial of release on MRIS (Dkt. 9, at 5). He further argues that he "cannot succeed in his [federal habeas] Petition unless he can show that the State is holding him in violation of its own rules" (*id.*). Davis opposes the subpoena requests (*see* Dkt. 11).

As Davis points out, a request for discovery by a federal habeas petitioner is subject to "good cause." Rule 6(a), 28 U.S.C. foll. § 2254 ("A judge may, for good cause, authorize a party to conduct discovery under the Federal Rules of Civil

Procedure and may limit the extent of discovery."). "A petitioner demonstrates 'good cause' under Rule 6(a) 'where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief." *United States v. Fields*, 761 F.3d 443, 478 (5th Cir. 2014) (quoting *Bracy v. Gramley*, 520 U.S. 899, 908–09 (1997)).

Unfortunately for Trevino, the relief he seeks by way of federal habeas does not hinge on the contents of his medical records. As discussed in depth *supra*, Part III.A–B, he is not entitled to federal habeas relief as a matter of law. Accordingly, he is not able to establish the "good cause" needed for his discovery request. *See, e.g.*, *Ramey v. United States*, Civil Action No. RWT-14-106, Criminal Action No. RWT-12-309, 2014 WL 12661574, at *1 (D. Md. Feb. 14, 2014) (explaining that good cause is not shown where a habeas petitioner "bases a discovery request on a claim that fails as a matter of law"); *Barnette v. United States*, No. 3:12CV327-V, No. 3:97cr23, 2014 WL 234817, at *2 (W.D.N.C. Jan. 22, 2014) (same); *Case v. Miller-Stout*, No. C12-187MJP, 2013 WL 4094871, at *10 (W.D. Wash. Aug. 13, 2013) (same). Trevino's request that the court approve the issuance of two subpoenas for his medical records is denied.

Next, Trevino requests that the court grant access for Gloria to visit with him so that he can assist with his habeas petition (Dkt. 9, at 9–12).[11] The motion states

---

[11]    The court previously granted Trevino's request for an extension of time to respond to Davis's motion for summary judgment (*see* Dkt. 13).

that Gloria has been removed from Trevino's visitor list and that the "right to visit"

should be "restored" because Gloria's ability to visit Trevino is "necessary because

the information from the visits is vital for this action" (Dkt. 9, at 10–12).

Davis contends that the court should deny what she has interpreted as

Gloria's request for "unfettered visitation" because Trevino cannot obtain habeas

relief as a matter of law. She further argues the court should adhere to the well-

established doctrine that disfavors judicial interference with the administration of

prisons (Dkt. 11, at 6–8).

Under these circumstances, where Trevino is not entitled to habeas relief as

a matter of law, his request for Gloria to visit with him so that he may assist with

his habeas petition is now moot. This request is therefore denied.

    2.    <u>Unopposed Emergency Motion to Expedite Final Resolution of
Habeas Corpus</u>

Trevino's unopposed emergency motion to expedite final resolution of writ

of habeas corpus (Dkt. 15) is denied as moot.

## IV.    __CERTIFICATE OF APPEALABILITY__

Habeas corpus actions under 28 U.S.C. § 2254 require a certificate of

appealability to proceed on appeal. 28 U.S.C. § 2253(c)(1); *Miller-El v. Cockrell*,

537 U.S. 322, 335-36 (2003). Rule 11 of the Rules Governing Section 2254 Cases

requires a district court to issue or deny a certificate of appealability when entering

a final order that is adverse to the petitioner.

A certificate of appealability will not issue unless the petitioner makes "a

substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), which requires a petitioner to demonstrate "'that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" *Tennard*, 542 U.S. at 282 (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Under the controlling standard, a petitioner must show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 336 (internal citation and quotation marks omitted). Where denial of relief is based on procedural grounds, the petitioner must show not only that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right," but also that they "would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

A district court may deny a certificate of appealability, *sua sponte,* without requiring further briefing or argument. *Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000). After careful review of the record and the applicable law, the court concludes that reasonable jurists would not find its assessment of the claims debatable or wrong. Because Trevino does not allege facts showing that his claims could be resolved in a different manner, a certificate of appealability will not issue in this case.

20-40589.8628

## V.    **CONCLUSION**

For the reasons stated above the court **ORDERS** as follows:

1.    Davis's Motion for Summary Judgment (Dkt. 10) is **GRANTED**;

2.    Trevino's Unopposed Emergency Motion to Expedite Final Resolution of Writ of Habeas Corpus (Dkt. 15) is **DENIED as moot**;

3.    Trevino's Motion Requesting Approval for Subpoenas, for Extension of Time to Respond to Respondent's Answer, and for Order Allowing Visit to Petitioner (Dkt. 9) is **DENIED**;

4.    The petition for writ of habeas corpus (Dkt. 1) filed by Robert Rodriguez Trevino is **DISMISSED with prejudice**; and

5.    A certificate of appealability is **DENIED**.

The clerk will provide a copy of this order to the parties.

Signed on Galveston Island this 5th___ day of ___August_____, 2020.


                                JEFFREY VINCENT BROWN
                                UNITED STATES DISTRICT JUDGE

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

February 20, 2019

April Zamora
Director
Reentry and Integration Division
4616 W Howard Lane, Suite 200
Austin, TX 78728

Re:     Request for MRIS
        Robert Rodriguez Treviño, TDCJ #729766

Dear Director Zamora;

Gloria Treviño, Robert's sister, and I, his attorney are submitting the attached Request for MRIS for Robert along with 11 Exhibits.

Please let us know what additional information you might need.

Sincerely,

John E. Richards

cc:     Gloria Treviño





| CORRECTIONAL MANAGED HEALTH CARE POLICY MANUAL | Effective Date: 8/23/2018 | NUMBER: A-08.6 |
|---|---|---|
| | Replaces: 3/7/2017 | Page 2 of 3 |
| | Formulated: 7/98 Reviewed: 07/18 | |

## MEDICALLY RECOMMENDED INTENSIVE SUPERVISION (MRIS) SCREENING

condition(s) producing that inability will not change over time and requires nursing care.

**Organic Brain Syndrome:** Any of a group of chronic syndromes involving temporary or permanent impairment of brain function caused by trauma, infection, toxin, tumor or tissue sclerosis, and causing mild to severe impairment of memory, orientation, judgment, intellectual functions and emotional adjustment.

**Persistent Vegetative State:** A condition of profound non-responsiveness in the wakeful state caused by brain damage at any level and characterized by a non-functioning cerebral cortex, absence of response to the external environment, akinesia, mutism, and inability to signal.

**Special needs patients** include those with health conditions that require regular care.

### MRIS REFERRAL REQUIRED FOR:
1. All patients in a persistent vegetative state
2. All patients with an organic brain syndrome *and* significant to total mobility impairment (i.e. bed bound)
3. All patients who meet criteria for Hospice or Permanent Infirmary status
4. All patients with significant mobility impairments, no expectation of improvement, and requiring 24 hour licensed nursing care
5. All patients with life expectancy less than 6 months (i.e., terminally ill)
6. Patients with mental illness and/or significant *developmental or acquired* cognitive impairment but without history or suspected propensity for violent or destructive behavior (e.g. schizophrenia, dementia, developmentally disabled etc.)
7. Cancer patients with advanced/metastatic disease
8. ESLD patients with MELD score $\geq 22$
9. HIV/AIDS patients with CD4 < 50

### PROCEDURE:
I. A MRIS medical screening form (Attachment A) will be completed by a health care provider if an offender meets eligibility criteria, or alternatively, upon request from TCOOMMI.
   A. Requests from TCOOMMI for a medical screening form must be completed no later than three (3) working days from receipt unless a more urgent or expedited review is requested. Extensions of the deadline will not be granted, but the provider should submit an updated screening form if information critical to the accuracy of the screening changes after submission.
   B. Medical screening forms may be completed by a physician, physician assistant, or nurse practitioner.
   C. The medical screening form should be completed in the note builder section of the EHR or printed from EHR FORMS and scanned into the EHR

| CORRECTIONAL MANAGED HEALTH CARE POLICY MANUAL | Effective Date:  8/23/2018 | NUMBER:  A-08.6 |
| | Replaces: 3/7/2017 | |
| | Formulated:  7/98 | Page 3 of 3 |
| | Reviewed: 07/18 | |

## MEDICALLY RECOMMENDED INTENSIVE SUPERVISION (MRIS) SCREENING

II.  A MRIS medical or mental health summary (Attachment B) will be completed by a health care provider upon request from TCOOMMI.

A.  Medical summaries must be completed by a physician, physician assistant, or nurse practitioner.

B.  Mental Health summaries must be completed by a licensed psychiatrist or physician assistant / nurse practitioner trained as a CMC mental health provider.

C.  By law, a qualifying diagnosis for a MRIS summary must be confirmed by a physician or psychiatrist.  Confirmation will be indicated by physician/psychiatrist signature on the MRIS Referral form.

D.  The MRIS summary should be completed in the note builder section of the EHR or printed from EHR FORMS and scanned into the EHR. A request for a medical or mental health summary from TCOOMMI must be completed     no later than five (5) working days from receipt unless a more urgent or expedited review     is requested. A provider may request an extension of the deadline.  An extension will be  granted ONLY if information critical to the accuracy of the summary is pending and can  be  obtained  within  a  time period acceptable to TCOOMMI.

Reference:    Texas Government Code Section 508.146, Medically Recommended Intensive Supervision
TCOOMMI MRIS Procedures (Effective 02/01/2008)
ACA Standard 4-4399 (Ref 3-4369) Special Needs
Texas Health and Safety Code, Sections 591.003 and 571.003



| | | |
|---|---|---|
| **Texas Department of Criminal Justice**<br><br>**TCOOMMI** | **Number:** | **PGP 01.04** |
| | **Date:** | **May 1, 2014** |
| | **Page:** | **1 of 11** |

## Program Guidelines and Processes for Medically Recommended Intensive Supervision (MRIS)

**Supersedes:   July 7, 2010**

| | |
|---|---|
| **Subject:** | Medical Recommended Intensive Supervision process for offenders with significant illnesses sentenced to serve felony convictions in    TDCJ-CID or State Jails, county jails, concurrent Texas convictions in other State Prisons, and concurrent Texas convictions in Federal Correctional Institutions |
| **Purpose:** | To identify offenders as being elderly, physically handicapped, mentally ill, terminally ill, mentally retarded, or having a condition requiring long term care (see Attachment 1) |
| **Discussion:** | Referrals may be unit direct from medical/mental health staff, from offenders, or from external sources (i.e., elected officials, family members, concerned citizens, social service agencies, etc.) |

**Guidelines:**

Referrals will be screened by the TCOOMMI MRIS Program Supervisor utilizing the following minimum eligibility criteria:

1.  Offenders must meet category definitions of elderly, physically handicapped, mentally ill, terminally ill, mentally retarded, or having a condition requiring long term care;

2.  Offenders must not have a sentence of death;

3.  Offenders with a reportable conviction or adjudication under Chapter 62,  Code of Criminal Procedure (sex offenses) may only be considered if in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment;

4.  Offenders with a pending felony detainer for a sex offense may only be considered if in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment;

5.  Offenders with an instant offense described under Section 3g, Article 42.12, Code of Criminal Procedure, may only be considered if a medical condition of terminal illness or long-term care has been diagnosed.

PGP 01.04

I.    **MRIS Referrals**

A.    <u>Unit Direct Referrals</u>

Medical / mental health staff who deems an offender appropriate for MRIS review will submit a MRIS medical / mental health summary to the MRIS Program Supervisor to screen for MRIS eligibility based on offense of commitment.

Medical summaries must be completed by a physician, physician's assistant or nurse practitioner, and mental health summaries must be completed by a licensed psychiatrist or physician assistant / nurse practitioner trained as a Correctional Managed Care mental health provider. By law, a qualifying diagnosis must be confirmed by a physician or psychiatrist. Confirmation will be indicated by physician/psychiatrist signature on the MRIS referral form.

- If ineligible, the Program Supervisor will transmit written notification, via EMR, to the requesting medical authority.

B.    <u>Offender Referrals</u>

Upon receipt of written offender correspondence requesting MRIS consideration, the offender records will be reviewed for eligibility based on Texas Government Code: § 508.146.

- If eligible and the TDCJ computer system indicates a significant medical or mental health condition, an E-mail will be sent, via EMR, to the unit medical staff requesting recommendation based on the offender's current condition.

  ➢ The unit medical staff will make recommendation for MRIS by forwarding the appropriate MRIS medical / mental health summary.

  ➢ If it is the professional opinion of unit medical staff that the offender's condition does not warrant consideration, written notification stating, "clinical criteria not met" will be forwarded to the offender.

- If eligible and the TDCJ computer system does not indicate a significant medical or mental health condition, correspondence will be sent to the offender referring him/her to unit medical staff for further consideration.

- If ineligible, the Program Supervisor will transmit written notification to the offender.

C.    <u>External Referrals</u>

Upon receipt of written correspondence or telephonic referral requesting MRIS consideration, the offender's records will be reviewed for determination of eligibility.

- If eligible, an E-mail will be sent, via EMR, to the unit medical staff requesting recommendation based on the offender's current condition

  ➢ The unit medical staff will make recommendation for MRIS by forwarding the appropriate MRIS medical / mental health summary

  ➢ If it is the professional opinion of unit medical staff that the offender's condition does not warrant consideration, written notification stating "clinical criteria not met" will be forwarded to the requestor

- If ineligible, the Program Supervisor will transmit written notification to the requestor

20-40589.8574

PGP 01.04

II.    **MRIS Eligible Process**

    1.    Detainers will be reviewed on a case-by-case basis to determine further processing of eligible cases.

    2.    Offenders serving concurrent TDCJ-CID and State Jail sentences will be processed for MRIS first for the CID sentence.

        •    If approved for MRIS by the Texas Board of Pardons and Paroles, the sentencing judge will be notified for determination of MRIS on the State Jail sentence.

        •    If denied MRIS by the Texas Board of Pardons and Paroles, no further action will be taken.

    3.    In coordination with unit staff, TCOOMMI will obtain a MRIS Agreement Form, signed by the offender, as well as a current photo of the offender for inclusion in the transmittal to the Board of Pardons and Paroles.

        •    If the offender refuses to proceed with Medically Recommended Intensive Supervision, the reason must be stated (i.e. prefers parole or prefer Mandatory Supervision, refused interview, refused nursing home).

III.    **TDCJ – Correctional Institutions Division (CID)**

    1.    The MRIS Administrative Assistant will request the parole file on eligible cases via e-mail to the TDCJ-PD Release Processing Administrative Technician. The e-mail will also include a request for Notices to Trial Officials (NTO) to be generated. Copy of this email to Victim Services staff will serve as notification of possible release.

    2.    The Administrative Assistant will verify the date of the most current parole case summary and, if necessary, request preparation of a new case summary from the appropriate Institutional Parole Office.

    3.    Upon receipt of the parole file, the Administrative Assistant will review the current case summary for any indication of an offense with sexual elements.

        A.    Offenders who do not have a conviction or adjudication under Chapter 62 of the Code of Criminal Procedures (sex offenses), but whose case summary indicates a sexual element during the commission of the offense, will be forwarded to the Program Specialist III, TDCJ-PD Specialized Programs.

        B.    The Program Supervisor will review and determine if the individual is classified as a sex offender.

            •    If "no", the Administrative Assistant will proceed with the MRIS.

            •    If "yes", the offender must meet the appropriate MRIS eligibility requirements for sex offenders.

    4.    Transmittal to Board Panel

        A.    Upon receipt of the parole file, the Program Supervisor prepares a MRIS transmittal for the Texas Board of Pardons and Paroles (BPP) MRIS Panel

        B.    The completed transmittal is attached to the front of the parole file and includes:

            •    Board Member or Commissioner Panel Member's names
            •    Date of report
            •    Offender's name
            •    TDCJ identification number

PGP 01.04

- State identification number (SID)
- Unit of assignment/Location
- Parole eligibility date
- Status - custody level
- Minimum expiration date
- Referral source
- Category
- Diagnosis/Prognosis
- Life Expectancy
- Mobility Level
- Functional Limitations
- Post Release Needs
- Expected Transportation Needs
- Supplemental Report of On-Site Visit
- Present conviction information
- Criminal history
- Disciplinary history
- Recommended release plan
- Recommended Supervision level

Additional documents attached to the transmittal include the medical / mental health summary, TDCJ-CID disciplinary records, Supplemental Report of On-Site Visit, medical records and any additional information deemed necessary for the Board Panel's review

C. Upon determination by the Board Panel, the transmittal, along with parole file, will be returned to the Program Supervisor in Huntsville, to include:

- Board Recommendation (threat to public safety)
- Board Determination (Approved or Deny)
- Additional special conditions to be imposed

D. The Administrative Assistant will transmit written notification of the Board Panel's decision to the offender, medical staff at the unit of assignment, Parole Division, and the TCOOMMI Human Service Specialist (HSS).

E. The Administrative Assistant scans and e-mails to the TDCJ-PD Release Processing Analyst, a copy of the approved offender's parole guidelines, risk factor guidelines, initial case summary, most recent case summary and BPP minutes sheet indicating MRIS decision. Copies of all documents, as well as the completed BPP transmittal, are made for the TCOOMMI file.

F. The parole file is forwarded to the TDCJ-PD Release Processing Analyst or appropriate Institutional Parole Officer (if in regular review process) with E-mail notice of the final decision. TDCJ Victim Services is copied on the E-mail for all cases with favorable decisions.

5. MRIS Decisions (CID)

A. Board Denied Cases

1. Cases will be reconsidered:

- as documented by the Board Panel on the transmittal, or

- at the request of medical / mental health staff at any time they deem the offender's condition warrants reconsideration for MRIS.

2. MRIS Program Supervisor will refer to the COC Program Supervisor, all MRIS denied cases with a mandatory or flat discharge date within six months of denial

PGP 01.04

- If the release is scheduled on a Monday, or first day following a scheduled holiday, the request will be made on the last working day prior. If a determination is made to continue with release, an email will be forwarded to the unit physician and appropriate unit staff with instructions should the offender's condition improve. The offender shall not be released as scheduled without notification to TCOOMMI on the morning of release.

IV.    **TDCJ - State Jail**

1.    An NCIC/TCIC background check will be completed to determine any outstanding warrants for the State Jail confinee. Evidence of warrants will preclude further processing.

2.    Transmittal to - Judge of Record

A.    The Program Supervisor prepares a MRIS transmittal which is forwarded to the - Judge and includes:

- Presiding Judge's name and court information
- Date of report
- Offender's name
- TDCJ identification number
- State identification number (SID)
- Unit of assignment/Location
- State Jail offense and Cause #
- Sentence Term
- Sentence Date
- Term Expiration
- Disciplinary History
- Diagnosis/Prognosis
- Life Expectancy
- Mobility Level
- Functional Limitations
- Post Release Needs
- Expected Transportation Needs
- Recommended release plan

  ➢ Additional documents attached to the transmittal may include the medical-/mental health summary, and any additional information deemed necessary for the Judge's review

B.    A request will be made that the presiding Judge respond to the Program Supervisor, in writing, of the decision. If MRIS approval is granted, a copy of the court order will be forwarded to the Program Supervisor at this time.

C.    The Administrative Assistant will transmit written notification of the Judge's decision to the offender, medical staff at the unit of assignment, and the HSS.

3.    MRIS Decisions (State Jail)

A.    Denied Cases

1.    Cases will be reconsidered:

- at the request of medical / mental health staff at any time they deem the offender's condition warrants reconsideration for MRIS.

RE 45                                         I                              20-40589.8578

PGP 01.04

to continue with release, an email will be forwarded to the unit physician and appropriate unit staff with instructions should the offender's condition improve. The offender shall not be released as scheduled without notification to TCOOMMI on the morning of release.

## V.    Social Security Applications

1. The TCOOMMI Human Services Specialist (HSS) will provide pre-release Social Security Insurance application services, to assist the offender with special needs, in coordinating aftercare federal entitlement benefits.

2. The HSS will:

   - ensure that a Social Security Insurance Pre-Application interview is completed for MRIS approved cases within forty-eight (48) hours of receipt of the TCOOMMI referral

   - secure the appropriate medical / mental health records to be provided with the application as supportive information

   - submit the completed Social Security forms, with supporting documentation, to the local Social Security Administration office

   - provide application status to the MRIS Program Supervisor, via email, seven (7) calendar days following application submission to SSA.

3. The HSS will contact the SSA field office every three (3) days thereafter, until such time as the claim is identified as "active" in the SSA system. Once the application is active, no further follow-ups will be necessary.

## VI.    Post Release Case Management

1. The supervising HSS will:

   A. Contact the releasee within 24 hours (first working day if release occurs after 12:00 pm or on Friday and/or on a Holiday) following release

   B. Complete two (2) face-to-face or telephonic contacts with releasee each month and will update the appropriate contact information worksheet accordingly.

   C. Contact the Parole or CSCD officer monthly by phone or in person to exchange information relevant to the placement and condition of the releasee.

   D. Complete Incident Reports and submit to the Program Supervisor within 24 hours of receiving information related to violations of conditions of release

   E. Report to the Program Supervisor within 48 hours, via email, upon receiving notification of a releasee death.

   F. If necessary, coordinate with the Department of State Health Services and/or Department of Assistive and Rehabilitative Services to ensure appropriate post-release healthcare needs are met.

   G. Provide a Quarterly Releasee Status Report

      a) On a quarterly basis, a MRIS Releasee Status Report will be provided to the Program Supervisor who will compile and submit a Quarterly Placement Status Report to the Board of

RE 47
20-40589.8580

PGP 01.04

Pardons and Paroles

- On the basis of the TCOOMMI quarterly report, the Parole Board may modify conditions of release and impose any condition on the releasee.
- Any changes to the conditions of release will be reported to the MRIS Program Supervisor

## VII.   Interstate Compact

1. Offenders approved for MRIS who are released thru Interstate Compact will not be supervised by a TCOOMMI Human Service Specialist.

2. The TDCJ – Parole Division supervising parole officer will contact the MRIS Program Supervisor-with changes in medical or supervision status, or the death of the releasee.

April Zamora, Reentry and Integration Division, Director          5|1|2014

April Zamora, Reentry and Integration Division, Director          Date

## MRIS Eligibility Criteria

Medically Recommended Intensive Supervision (MRIS) provides for the early parole review and release of certain categories of offenders who are mentally ill, mentally retarded, elderly, terminally ill, physically handicapped, or require long-term care. The purpose of MRIS is to release inmates, who pose minimal public safety risk, from incarceration to more cost effective alternatives. Offenders sentenced to death are not eligible and all other offenders are eligible as follows:

- Non-3G offenders and State Jail confinees are eligible in all categories

- 3G offenders (those serving a sentence for an aggravated offense) are eligible only if terminally ill or requiring long term care.

- Sex Offenders may be given consideration only if in a persistent vegetative state or with an organic brain syndrome with significant to total mobility impairment

## Definitions

| | |
|---|---|
| ELDERLY | Means an offender sixty-five (65) years of age or older. |
| LONG TERM CARE | Means a person who is deficient in the area of self-care and where there is a reasonable medical probability that the clinical condition(s) producing that inability will not change over time and requires nursing care. |
| MENTALLY ILL | Has the meaning assigned by Section 4, Texas Mental Health Code (Article 5547-4, VTCS) and means an illness, disease, or condition that either substantially impairs a person's thoughts, perception of reality, emotional process, judgment, or grossly impairs a person's behavior, as manifested by recent disturbed behavior. |
| MENTALLY RETARDED | Has the meaning assigned by Section 3, MRPA of 1977 (Article 5547-300, VTCS) means significantly sub-average intellectual functioning existing concurrently with deficits in adaptive behavior and originating in the developmental period (until the age of 18). |
| ORGANIC BRAIN SYNDROME | Any of a group of acute or chronic syndromes involving temporary or permanent impairment of brain function caused by trauma, infection, toxin, tumor, or tissue sclerosis, and causing mild-to-severe impairment of memory, orientation, judgment, intellectual functions, and emotional adjustment. |
| PERSISTENT VEGETATIVE STATE | A condition of profound non-responsiveness in the wakeful state caused by brain damage at any level and characterized by a nonfunctioning cerebral cortex, absence of response to the external environment, akinesia, mutism, and inability to signal. |

RE 49

20-40589.8582

| | |
|---|---|
| **PHYSICALLY HANDICAPPED** | A severe, chronic disability that is likely to continue indefinitely and results in substantial functional limitations in three or more of the following areas of major life activity: self care, self-direction, learning, receptive and expressive language, mobility, capacity for independent living, or economic self-sufficiency. These limitations are reflected in the person's need for a combination and sequence of special, interdisciplinary, or generic care, treatment, or other services of extended or lifelong duration that are individually planned and coordinated. |
| **TERMINALLY ILL** | Is a condition which is incurable and would inevitably result in death within six (6) months regardless of life sustaining treatment and requiring skilled nursing care, hospice or home health care. |

RF 50

20-40589.8583

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## PRESIDENT JOE BIDEN HAS BEEN AWOL & DERELICTION OF DUTY WITH IMPUNITY!!!

1 message

**Gloria Trevino** <vip4justice@gmail.com>                                        Wed, Apr 26, 2023 at 12:14 PM
To: pio@supremecourt.gov, Gloria Trevino <vip4justice@gmail.com>, info@contact.joebiden.com,
information@scjc.texas.gov, CDCInfo <cdcinfo@texasbar.com>, USAWA Inquiries <usawainq@unhcr.org>,
newyork@ohchr.org, info@harriscountygop.com, Texas Attorney General <consumerprotection-
complaints@texasattorneygeneral.gov>, "Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, usatxs.atty@usdoj.gov,
USDOJ <askdoj@usdoj.gov>, ethan.haywood@house.texas.gov


UNITED NATIONS,et al.

RE; COMPLAINT AGAINST USA GENOCIDAL MAFIA STATE!

GREETINGS,

THE US PRESIDENT JOE BIDEN HAS BEEN AWOL AND DERELICTION TO EXECUTE HIS DUTY REQUIRED BY HIS POSITION AS COMMANDER IN CHIEF AND PRESIDENT OF THE USA THEREBY SHAMEFULLY AND WILLFULLY WEAPONIZING HIS POSITION WITH HIS DERELICTION AND EXTREME LACK OF CARE AND CONCERN FOR THE MOST VULNERABLE MINORITY CITIZENS AND HIGHLY DECORATED DISABLED CRITICALLY ILL PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT TREVINO. AS A RESULT, BIDEN AND HIS ADMINISTRATION ALLOWED THE ACCELERATED PREMEDITATED ASSASSINATION OF ROBERT IN SPITE OF OUR REPEATED PLEAS TO INTERVENE AND HELP SAVE ROBERT'S LIFE IN FURTHERANCE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, HARASSMENT, GASLIGHTING, PERPETUAL AND PERNICIOUS SHAM REPRESENTATIONS, OUTRIGHT FRAUD, DENIALS OF EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE, SYSTEMATIC INJUSTICE, OTHER HIGH CRIMES AND MISDEMEANORS AGAINST HUMANITY AND FOR HIS CONTRIBUTORY ROLE IN THE CONTINUED "BLACKLISTING" AND "SANCTIONING" ROBERT TREVINO AND FAMILY, THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. WE CONTINUE TO LIVE THE "AMERICAN NIGHTMARE" AND "TWILIGHT ZONE" AND ARE, AGAIN, RESPECTFULLY REQUESTING IMMEDIATE HUMANITARIAN AID AND PROTECTION FROM THE NATIONAL AND INTERNATIONAL COMMUNITY.

AS COMMANDER AND CHIEF AND PRESIDENT OF THE USA, JOE BIDEN SHOULD BE IMMEDIATELY HELD CIVILLY AND CRIMINALLY ACCOUNTABLE FOR HIS DERELICTION OF DUTY AND/OR FEDERAL CRIMINAL CHARGES IN THE CONTINUED WRONGFUL LIFE-IMPRISONMENT OF CRITICALLY ILL PARALYZED VETERAN, ROBERT TREVINO IN THE WORST INSANE ASYLUM IN THE WORLD' AND MODERN DAY DEATH-TRAP TO ACCELERATE PREMEDITATED ASSASSINATION OF ROBERT TREVINO. ROBERT DID NOT DIE OF NATURAL CAUSES OR PSYCHOLOGICAL PROBLEMS BUT HOMICIDAL REMOVAL FROM ICU IN MEDICAL FACILITY IN CRITICAL MEDICAL CONDITION TO DANGEROUSLY UNSANITIZED, ILL-EQUIPPED, OVERCROWDED AND UNDERSTAFFED, ISOLATED AND SECLUDED DEATH-TRAP TO FURTHER DEFRAUD ROBERT FROM MILLIONS OF DOLLARS IN COMPENSATION AFTER THE STATE'S STAR WITNESS, PATRICK LANKFORD, STARTED CONFESSING AND "SINGING LIKE A CANARY" EXONERATING ROBERT AND IMPLICATING THE NEO-NAZI GOVERNMENT TERRORIST THAT COERCED HIM AND HIS GANG TO MAKE "BIG LIES" WITH "ZERO EVIDENCE" TO RAILROAD ROBERT FOR LIFE. OUR LAWYERS, JOHN RICHARDS AND NOEL PORTNOY CONCEALED THE INFORMATION FROM THE FEDERAL COURT WHERE OUR WRIT OF HABEAS CORPUS WAS PENDING AND BLATANTLY REFUSED TO ASK FOR PROTECTIVE RESTRAINING ORDER AND IT BECAME CLEARLY EVIDENT THAT THEY HAD BEEN ACTING LIKE GESTAPO AGENTS, BRIBED AND OFFICIALLY FLIPPED/FLOPPED POSITIONS, SABOTAGED CASE, MADE US ``SCAPEGOATS" FOR THEIR CONTRIBUTORY ROLE IN THE OUTRIGHT FRAUD, "ESCAPE" TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY, FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND OFFICIALLY ABANDONED US AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE .

THE STATE BAR OF TEXAS CDC CONTINUES TO AID AND ABET, PROTECT AND HINDER THE PROSECUTION OF GESTAPO AGENTS AND THE OHER CORRUPT AND PERVERTED LAWYERS IN THE RAILROAD OF ROBERT, EVEN ONE THAT WAS PRACTICING WITHOUT A LAW LICENSE AND CONTINUES TO HARASS, RIDICULE AND

MAKE A MOCKERY OUT OF US AND THE LEGAL SYSTEM IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND HAVE TURNED OUT COUNTRY INTO A THIRD WORLD COUNTRY MAFIA STATE WITH IMPUNITY.. IN FURTHERANCE, THEREOF, THE USA GENOCIDAL MAFIA STATE, CONTINUES TO LAWLESSLY FUND MEGA MILLIONS OF DOLLARS TO SHAM NON-PROFIT CRIMINAL ENTERPRISES CONTROLLED AND OPERATED BY CORRUPT AND RACIST ATTORNEYS AND LAW UNIVERSITIES, LIKE TRUMP UNIVERSITIES AND THE INNOCENT PROJECTS AND OTHERS, ON THE ERRONEOUS GUISE THAT THEY ARE GOING TO REFORM THE RACIST AND CORRUPT LEGAL SYSTEM AND REPRESENT THE WRONGFULLY INCARCERATED AND PREVENT WRONGFUL CONVICTIONS.  HOWEVER, THE USA GENOCIDAL MAFIA STATE HAS THE MOST MASSIVE INCARCERATIONS IN THE WORLD, INCLUDING CHINA THAT HAS THREE TIMES THE POPULATION, AND HAS BEEN WORSENED SINCE THE CREATION OF THE SHAM NONPROFIT CRIMINAL ENTERPRISES, SUCH AS THE INNOCENCE PROJECTS/LAW UNIVERSITIES THAT ARE CORRUPTING AND ENCOURAGING THE FUTURE LAWYERS OF AMERICA TO SEND ALL MINORITIES TO DEATH-ROW BECAUSE WE ARE ALL CRIMINALS AND THEY WOULD BE DOING US A FAVOR SO WE CAN HAVE THE OPPORTUNITY TO MAKE PEACE WITH GOD.  AS A RESULT, THE SHAM NON PROFIT CRIMINAL ENTERPRISES INNOCENCE PROJECT CONTROLLED BY LAW PROFESSORS, MIKE WARE AND DAVID DOW, ARE KILLING MORE INMATES THAN THEY ARE EXONERATING.  NEVERTHELESS, THE USA GENOCIDAL MAFIA STATE CONTINUES TO MAKE MULTI MILLION DOLLARS IN FUNDING FROM TAX-PAYERS AND UNSUSPECTING INDIVIDUAL DONORS TO SUPPOSEDLY EXONERATE INMATES BUT ARE CLEARLY UNJUSTLY ENRICHING THEMSELVES TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE SUPPOSEDLY EXONERATING AND ARE LIVING HIGH ON THE HOG WITH WHAT AMOUNTS TO "MAD BLOOD MONEY!" THE ROBERT TREVINO CASE IS NOT AN ISOLATED CASE BUT A PERFECT EXAMPLE OF THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA AND USA GENOCIDAL MAFIA STATE.

THE USA CONTINUES TO "BLACKLIST" AND "SANCTION" US IN AN EFFORT TO ERADICATE AND FOREVER SILENCE US AND COVER-UP WITH IMPUNITY.

THEREFORE, PRESIDENT JOE BIDEN'S PROPAGANDA POLITICAL CAMPAIGN FOR OUR  SUPPORT IN HIS REELECTION IS A MOCKERY TO THE ACCELERATED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND FAMILY AND WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER HIS DERELICTION AND TOTAL LACK OF CARE AND CONCERN FOR THE CIVIL AND HUMAN RIGHTS VIOLATION AGAINST ROBERT AND FAMILY IN BLATANT VIOLATION OF OUR NATION'S SOLEMN PROMISE TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND AND AFFORD US THE EQUAL OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM  AND HAS INSTEAD, MALICIOUSLY SUBJECTED ROBERT TREVINO AND FAMILY TO THE "AMERICAN NIGHTMARE" AND "TWILIGHT ZONE" WITH IMPUNITY IN THE FIRST DEGREE.
.
PRESIDENT JOE BIDEN IS "AWOL" AND DERELICTION OF HIS DUTY TO DEFEND THE LAW OF THE LAND AND IS AN IMMINENT THREAT TO OUR NATIONAL SECURITY AND HUMANITY AND THEREFORE, UNFIT FOR RE-ELECTION TO THE HIGHEST OFFICE OF THE LAND WHEN HE CAN'T EVEN DEFEND AND SAVE THE LIFE OF A HIGHLY DECORATED CRITICALLY ILL PARALYZED DISTRESSED HISPANIC VETERAN AND FAMILY..  AS COMMANDER IN CHIEF HE SHOULD BE PROSECUTED UNDER THE UCMJ AND/OR FEDERAL CRIMINAL CHARGES FOR HIS DERELICTION OF DUTY AND OTHER HIGH CRIMES AND MISDEMEANORS AND GENOCIDE!

YOUR IMMEDIATE ATTENTION TO THIS MOST SERIOUS AND URGENT MATTER IS RESPECTFULLY REQUESTED.

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com

BIDEN HAS BEEN AWOL WITH IMPUNITY IN THE FIRST DEGREE!! !.pdf
2610K

United States District Court
Southern District of Texas

**ENTERED**
August 05, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:19-cv-324

ROBERT RODRIGUEZ TREVINO, TDCJ #00729766, PETITIONER,

v.

LORIE DAVIS, RESPONDENT.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

For the reasons stated in the memorandum opinion and order entered this day, the petition for writ of habeas corpus (Dkt. 1) filed by Robert Rodriguez Trevino is **DISMISSED**. A certificate of appealability is **DENIED**.

The clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  5th  day of   August            , 2020.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

20-40589.8630

## NOTICE OF ELECTRONIC FILING

I, John E. Richards, attorney for Plaintiff, certify that I have electronically submitted for filing a true and correct copy of the foregoing pursuant to the Electronic Case Files System of the Southern District of Texas, on September 4, 2020.September 4, 2020

/s/ John E. Richards

_____

John E. Richards

## CERTIFICATE OF SERVICE

The Undersigned certifies that he served a true and correct copy of the foregoing Notice via email to Joseph P. Corcoran, Assistant Attorney General Supervising Attorney for Non-Capital Appeals Criminal Appeals Division, Capitol Station, P. O. Box 12548 Austin, Texas 78711, attorney for Respondent via email at Joseph.Corcoran@oag.Texas.gov on September 4, 2020.

/s/ John E. Richards

_____

John E. Richards

# RICHARDS & VALDEZ

## ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Licensed in Missouri and Texas
Rated AV Preeminent™ by Martindale-Hubbell
Telephone (214) 455-4690
Telecopier (866) 823-2719
john.richards@richardsvaldez.com

**ST. LOUIS OFFICE**
**4006 CASTLEMAN**
SAINT LOUIS, MO. 63110

**DALLAS OFFICE**
**6060 NORTH CENTRAL EXPRESSWAY**
**SUITE 500**
**DALLAS, TX 75206**

October 19, 2019
**ATTORNEY CLIENT COMMUNICATION**

via priority mail

Robert Treviño, #00729766
Carole S. Young Medical Facility,
5509 Attwater Ave.,
Dickinson, TX, 77539

        Re:     Your Visits with Gloria

Dear Robert:

     I sent a letter to Carol Young Medical Facility on August 30, 2019, informing them that your lawsuit for Writ Habeas Corpus had been filed and that I needed a copy the statement of you funds in your account to submit to the court. When I called, I was told they needed an order from the Court. After that first letter, Gloria went to visit you on September 21, 2019. She was told that you had her removed from the visitor's list. October 11, 2019, I sent another letter to Carol Young attaching an order from the Court which related to the lawsuit and to the statement of your funds. I then called Carol Young and asked about your visitor's list and was told that Gloria was still on it. When Gloria came to visit you on October 12, the visit was conducted in a booth. This was the first time this ever happened because before they wheeled you out in your geriatric wheelchair or bed into the reception area. According to Gloria, you could not reach the phone and the staff tried to push you up into a sitting position and this caused you pain and you still were not able to reach the phone.

     I need the following information from you:

1. Do you still want Gloria to visit you?

2. How much pain did you suffer in the booth?

3. Has the staff mentioned to you they know about the lawsuit?

Robert Treviño
October 19, 2019
Page 2

    4.  Have you filed a grievance on the incident in the booth?

    5.  Has the staff retaliated against you in any other way?

Write me asap on this. Sent it to the 4006 Castleman, St. Louis, MO 63310 address.

Also, we are working on an emergency action to prevent this from happening as well as preparing a grievance on this incident which will be filed by Gloria as your representative.

Finally, I am attaching the letter we sent warden Massey and the Affidavit of Gloria attached to it.

                Sincerely,

                John E. Richards

cc:    Gloria Treviño

APPEAL,CLOSED,HABEAS

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Galveston)
# CIVIL DOCKET FOR CASE #: 3:19-cv-00324
# Internal Use Only

Trevino v. Davis
Assigned to: Judge Jeffrey V Brown
Related Case: 3:19-mc-00021
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/30/2019
Date Terminated: 08/05/2020
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

## Petitioner

**Robert Rodriguez Trevino**

represented by **John E Richards**
Richards Valdez
6060 N Central Expwy
Ste 560
Dallas, TX 75206
214-455-4690
Email: john.richards@richardsvaldez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Respondent

**Lorie Davis**

represented by **Edward Larry Marshall**
Office of the Attorney General
PO Box 12548
Austin, TX 78711
512-936-1400
Fax: 512-320-8132
Email: caddocket@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P Corcoran**
Postconviction Litigation Div
Office of the Attorney General of Texas
POB 12548
Austin, TX 78711-2548
512-936-1400
Fax: 512-936-1280
Email: joseph.corcoran@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

## CERTIFICATE OF SERVICE

I certify that on November 24, 2020 the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF user:

Joseph P. Corcoran
Assistant Attorney General Supervising Attorney
Non-Capital Appeals Criminal Appeals Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711


Edward Marshall
Office of the Attorney General
Austin, TX


/s/John E. Richards

John E. Richards

| 08/19/2019 | 1 (p.5) | PETITION for Writ of Habeas Corpus (Filing fee $ 5) filed by Robert Rodriguez Trevino.(dwilkerson, 3) Modified on 10/2/2019 (bgoolsby, 4). (Entered: 10/01/2019) |
|---|---|---|
| 09/30/2019 | 2 (p.296) | MOTION/APPLICATION to Proceed In Forma Pauperis by Robert Rodriguez Trevino, filed. Motion Docket Date 10/21/2019. (dwilkerson, 3) (Entered: 10/01/2019) |
| 09/30/2019 | 3 (p.302) | ORDER TO ANSWER - ORDER FOR SERVICE ON TX ATTORNEY GENERAL. Answer due for Lorie Davis 1/31/2020; DENYING 2 (p.296) MOTION/APPLICATION to Proceed In Forma Pauperis.(Signed by Judge Jeffrey V Brown) (Attachments: # 1 (p.5) Petition for Writ of Habeas Corpus) Parties notified.(dwilkerson, 3) . (Entered: 10/01/2019) |
| 09/30/2019 | 4 (p.597) | EXHIBITS re: Exhibit #9 to Exhibit H of DE 1 (p.5) Petition for Writ of Habeas Corpus-DVD 1 of 1-Video Deposition of Robert Trevino-placed in brown folder on shelf in Clerk's Office, Galveston Division, filed. (Attachments: # 1 (p.5) Letter)(JessicaVillarreal, 3) (Entered: 10/03/2019) |
| 10/01/2019 | | (Court only) Document(s) Sent by regular mail to Office of the Attorney General via CM/ECF NEF and Lorie Davis via regular mail re: 1 (p.5) Petition for Writ of Habeas Corpus, 3 (p.302) Order for Service on TX Attorney General,, filed. (dwilkerson, 3) (Entered: 10/01/2019) |
| 10/10/2019 | 5 (p.599) | Other EXHIBITS re: 1 (p.5) Petition for Writ of Habeas Corpus by Robert Rodriguez Trevino, filed. (Attachments: # 1 (p.5) Exhibit Exhibit 2 to Exhibit H part 2, # 2 (p.296) Exhibit Exhibit 2 to Exhibit H part 3, # 3 (p.302) Exhibit Exhibit 2 to Exhibit H part 4, # 4 (p.597) Exhibit Exhibit 2 to Exhibit H part 5, # 5 (p.599) Exhibit Exhibit 2 to Exhibit H part 6, # 6 (p.8280) Exhibit Exhibit 2 to Exhibit H part 7, # 7 (p.8283) Exhibit Exhibit 2 to Exhibit H part 8, # 8 (p.8295) Exhibit Exhibit 2 to Exhibit H part 9, # 9 (p.8302) Exhibit Exhibit 2 to Exhibit H part 10, # 10 (p.8423) Exhibit Exhibit 2 to Exhibit H part 11)(Richards, John) (Entered: 10/10/2019) |
| 10/16/2019 | 6 (p.8280) | NOTICE of Appearance by Joseph P. Corcoran on behalf of Lorie Davis-Director TDCJ-CID, filed. (Corcoran, Joseph) (Entered: 10/16/2019) |
| 10/29/2019 | 7 (p.8283) | NOTICE Status of Request for Certified Trust Fund Account Statement from TDCJ Carol Young Unit re: 3 (p.302) Order for Service on TX Attorney General, by Robert Rodriguez Trevino, filed. (Richards, John) (Entered: 10/29/2019) |
| 10/30/2019 | 8 (p.8295) | NOTICE of Filing of Certified Statement of Trust Fund Account re: 2 (p.296) MOTION/APPLICATION to Proceed In Forma Pauperis by Robert Rodriguez Trevino, filed. (Attachments: # 1 (p.5) Exhibit Certified Trust Fund Account statement)(Richards, John) (Entered: 10/30/2019) |
| 10/31/2019 | | Filing fee: $5.00 re: 1 (p.5) Petition for Writ of Habeas Corpus, receipt number HOU092021, filed. (mmapps, 4) (Entered: 10/31/2019) |
| 01/19/2020 | 9 (p.8302) | Opposed MOTION for Discovery by Robert Rodriguez Trevino, filed. Motion Docket Date 2/10/2020. (Attachments: # 1 (p.5) Exhibit Exhibit A Subpoena to TDCJ, # 2 (p.296) Exhibit Exhibit B Subpoena to UTMB, # 3 (p.302) Exhibit Exhibit C Email from Morrell, # 4 (p.597) Exhibit Exhibit D Email to Morrell with documents, # 5 (p.599) Exhibit Exhibit E Email exchange with Morrell, # 6 (p.8280) Exhibit Exhibit F Email from Morrell, # 7 (p.8283) Exhibit Exhibit G Email to Corcoran and Morrell, # 8 (p.8295) Exhibit Exhibit H Correspondence to TDJC, # 9 (p.8302) Proposed Order Proposed Order Granting Motion)(Richards, John) |

| | | (Entered: 01/19/2020) |
|---|---|---|
| 01/21/2020 | 10 (p.8423) | MOTION for Summary Judgment *with Brief in Support* by Lorie Davis, filed. Motion Docket Date 2/11/2020. (Attachments: # 1 (p.5) Proposed Order, # 2 (p.296) Exhibit A, # 3 (p.302) Exhibit B)(Corcoran, Joseph) (Entered: 01/21/2020) |
| 01/23/2020 | 11 (p.8528) | RESPONSE in Opposition to 9 (p.8302) Opposed MOTION for Discovery, filed by Lorie Davis. (Corcoran, Joseph) (Entered: 01/23/2020) |
| 02/17/2020 | 12 (p.8538) | Unopposed MOTION for Extension of Time Time to Respond to Motion for Summary Judgment by Robert Rodriguez Trevino, filed. Motion Docket Date 3/9/2020. (Attachments: # 1 (p.5) Proposed Order Order Granting Extension of Time)(Richards, John) (Entered: 02/17/2020) |
| 02/20/2020 | 13 (p.8543) | ORDER granting 12 (p.8538) Motion for Extension of Time Responses due by 3/1/2020..(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 02/20/2020) |
| 03/01/2020 | 14 (p.8544) | RESPONSE to 10 (p.8423) MOTION for Summary Judgment *with Brief in Support* filed by Robert Rodriguez Trevino. (Attachments: # 1 (p.5) Exhibit Exhibit 1 Policy Manual, # 2 (p.296) Exhibit Exhibit 2 Letter from TDCJ, # 3 (p.302) Exhibit Exhibit 3 Declarations, # 4 (p.597) Exhibit Exhibit 4 Affidavit, # 5 (p.599) Exhibit Exhibit 5 Letter to TDCJ, # 6 (p.8280) Exhibit Exhibit 6 Program Guidelines)(Richards, John) (Entered: 03/01/2020) |
| 07/31/2020 | 15 (p.8600) | Unopposed EMERGENCY MOTION, MOTION to Expedite Resolution of Petition for Writ of Habeas Corpus( Motion Docket Date 8/21/2020.) by Robert Rodriguez Trevino, filed. (Attachments: # 1 (p.5) Exhibit Email from Respondent on Motion, # 2 (p.296) Proposed Order Order on Emergency Motion)(Richards, John) (Entered: 07/31/2020) |
| 08/05/2020 | 16 (p.8611) | MEMORANDUM OPINION AND ORDER Granted 10 (p.8423) MOTION for Summary Judgment with Brief in Support Denied 9 (p.8302) Opposed MOTION for Discovery, Denied 15 (p.8600) Unopposed EMERGENCY MOTION MOTION to Expedite Resolution of Petition for Writ of Habeas Corpus (Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 08/05/2020) |
| 08/05/2020 | 17 (p.8630) | FINAL JUDGMENT. Case terminated on 8/5/2020 A certificate of appealability is DENIED.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 08/05/2020) |
| 09/04/2020 | 18 (p.8631) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 17 (p.8630) Order of Dismissal, 16 (p.8611) Memorandum and Order, by Robert Rodriguez Trevino, filed. (Richards, John) (Entered: 09/04/2020) |
| 09/08/2020 | 19 (p.8633) | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 18 (p.8631) Notice of Appeal. Fee status: Not Paid. COA denied, filed. (Attachments: # 1 (p.5) Notice of Appeal) (JenniferLongoria, 1) (Entered: 09/08/2020) |
| 09/08/2020 | | Appeal Review Notes re: 18 (p.8631) Notice of Appeal. Fee status: Not Paid. COA denied. The appeal filing fee has not been paid, and the appellant is represented by counsel.No hearings were held in the case - no transcripts. Number of DKT-13 Forms expected: 1, filed.(JenniferLongoria, 1) (Entered: 09/08/2020) |
| 09/18/2020 | | Notice of Assignment of USCA No. 20-40589 re: 18 (p.8631) Notice of Appeal, |

| | | filed.(jtabares, 1) (Entered: 09/18/2020) |
|---|---|---|
| 09/21/2020 | 20 (p.8636) | NOTICE *Rule 10 no transcript ordered* re: 18 (p.8631) Notice of Appeal by Robert Rodriguez Trevino, filed. (Richards, John) (Entered: 09/21/2020) |
| 09/22/2020 | 21 (p.8638) | DKT13 TRANSCRIPT ORDER REQUEST by Petitioner. Transcript is unnecessary for appeal purposes This order form relates to the following: 18 (p.8631) Notice of Appeal, filed.(Richards, John) (Entered: 09/22/2020) |
| 09/25/2020 | 22 (p.8639) | MOTION/APPLICATION to Proceed In Forma Pauperis by Robert Rodriguez Trevino, filed. Motion Docket Date 10/16/2020. (Attachments: # 1 (p.5) Affidavit Declaration in Support of Motion, # 2 (p.296) Exhibit Attachment B letter to TDCJ, # 3 (p.302) Proposed Order Proposed Order on Motion)(Richards, John) (Entered: 09/25/2020) |
| 09/29/2020 | 23 (p.8655) | ORDER granting 22 (p.8639) Motion for Leave to Proceed in forma pauperis.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 09/29/2020) |
| 10/13/2020 | | (Court only) Set/Cleared Flags. Appeal_Nat flag cleared. (dnoriega, 1) (Entered: 10/13/2020) |
| 10/13/2020 | | (Court only) ***ROA requested from Fifth Circuit. Due 10/28/2020.***(PRIVATE ENTRY), filed. (dnoriega, 1) (Entered: 10/13/2020) |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT
## GALVESTON DIVISION

| | | |
|---|---|---|
| **TREVIÑO RODRIGUEZ TREVIÑO** | § | |
| **TDCJ # 00729766,** | § | |
| **Petitioner** | § | |
| | § | |
| **v.** | § | |
| | § | **No. 3-19-cv- 324** |
| **LORIE DAVIS, et. al.** | § | |
| **Respondent** | § | |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Robert Rodriguez Treviño in the above-named case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment dismissing this case and denying a certificate of appealability entered in this action on August 5, 2020.

Respectfully Submitted

/s/ John E. Richards

_____

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 500
Dallas, TX 75206
ATTORNEYS FOR PETITIONER
Treviño Rodriguez Treviño

NOTICE OF APPEAL Page 1

RE 5            B

20-40589.8631

## TABLE OF CONTENTS

| TAB | Record Excerpt Pages | Document | ROA |
|---|---|---|---|
| A | RE 1-4 | OC Docket Sheet | 1-4 |
| B | RE 5-6 | Notice of Appeal | 8631-8932 |
| C | RE 7 | Judgment District Court | 8630 |
| D | RE 8- 26 | Memorandum Opinion and Order | 8611-8629 |
| E | RE 28 | Letter to TDCJ of February 20, 2019 Requesting MRIS | 379 |
| F | 30 -32 | Pictures of Robert Treviño in current physical state | 471-473 |
| G | RE 33-36 | Letter from TDCJ of February 27, 2019 from TDCJ denying MRIS and other correspondence from TDCJ concerning MRIS | 369-372 |
| H | RE 37-39 | TDCJ Policy Manual on MRIS | 361-363 |
| I | RE 40-50 | TDCJ TCOOMMI Program Guidelines and Processes for Medically Recommended Intensive Supervision (MRIS) , PGP | 573-583 |

# No. 20-40589

# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

Robert Rodriguez Treviño

**Petitioner – Appellant**

v.

**Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,**

**Respondent - Appellee**

On Appeal from

**United States District Court for the Southern District of Texas**

**3:19-CV-324**

# RECORD EXCERPTS OF APPELLANT

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 500
Dallas, Texas 75206
214-455-4690 (phone)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR APPELLANT

 Better Business Bureau®

**Business Profile**

Not BBB
Accredited

# Disabled American Veterans

Veterans Organizations

## Contact Information

 17779 E. Fourteen Mile Road
Fraser, MI 48026-2290

(586) 415-8610

## BBB Rating & Accreditation

F

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

Years in Business: 35

Customer Reviews are not used in the calculation of BBB Rating

Reasons for BBB Rating

## Customer Reviews

**Affirmed and Memorandum Opinion filed March 3, 2009.**



In The

# 𝔍𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

NO. 14-07-01024-CV

**STEVE RAMON, Appellant**

V.

**DAVID R. DOW AND UNIVERSITY OF HOUSTON, TEXAS INNOCENCE NETWORK, Appellees**

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 44,549

## MEMORANDUM OPINION

Steve Ramon, an inmate in the care of the Texas Department of Corrections, appeals from the dismissal of his lawsuit against appellees, David R. Dow and University of Houston, Texas Innocence Network.[1]  Ramon sued for conversion, alleging that materials he had sent to appellees were not returned.  In two issues on appeal, Ramon contends that the trial court

---

[1]  In their brief, appellees assert that the Texas Innocence Network is a separate non-profit organization and not a part of the University of Houston.  The distinction, however, plays no role in this opinion.

erred in dismissing his lawsuit for failure to state a cause of action as a matter of law. We affirm.

## *Discussion*

In his petition, Ramon alleged that on August 15, 2002, he sent various case materials to appellees along with a request for help in proving his innocence. Ramon further alleged that after appellees declined his request for help on March 16, 2003, he requested that they return the materials and even included postage with this request. After Ramon made additional requests, appellees advised him that the materials had been mailed back to him. Ramon maintains that he never received the materials. The only cause of action raised in Ramon's petition is conversion. He seeks $250,000 for loss of the materials and an additional $250,000 in punitive damages.

Inmate *in forma pauperis* lawsuits are governed by Chapter 14 of the Texas Civil Practice & Remedies Code. Tex. Civ. Prac. & Rem. Code § 14.001-.014. The chapter provides several grounds on which a court may dismiss such actions. *See id.* § 14.003. Here, prior to service of process and without conducting an evidentiary hearing, the trial court dismissed Ramon's claims because it found he "failed to state a cause of action as a matter of law." We interpret the trial court's action as a dismissal based on a finding that Ramon's claims are frivolous because they have no arguable basis in the law. *See id.* § 14.003(a), (b); *Minix v. Gonzales*, 162 S.W.3d 635, 637 (Tex. App. Houston [14th Dist.] 2005, no pet.). For a claim to have no arguable basis in law, it must be based on "an indisputably meritless legal theory" or on wholly incredible or irrational factual allegations. *Gill v. Boyd Distrib. Ctr.*, 64 S.W.3d 601, 603 (Tex. App. Texarkana 2001, pet denied) (quoting *Neitzke v. Williams*, 490 U.S. 319, 327 (1989), and citing *Denton v. Hernandez*, 504 U.S. 25, 33 (1992)). Stated conversely, we review an inmate's petition to determine whether it states a cause of action for which relief can be granted. *Scott v. Gallagher*, 209 S.W.3d 262, 267-68 (Tex. App. Houston [1st Dist.] 2006, no pet.). An inmate's cause of action may not be dismissed merely because the court considers the allegations unlikely. *Minix*, 162 S.W.3d

2

at 637. We utilize a de novo standard of review in determining whether Ramon's claims have an arguable basis in law. *See id.* In examining the pleaded cause of action, we take factual allegations in the petition as truth. *Scott*, 209 S.W.3d at 267.

As stated, the only cause of action raised by appellant is conversion. In order to establish conversion of personal property, a claimant must prove that: (1) he owned or had legal possession of the property or entitlement to possession; (2) the defendant unlawfully and without authorization assumed and exercised dominion and control over the property to the exclusion of, or inconsistent with, the claimant's rights; (3) the claimant demanded return of the property; and (4) the defendant refused to return the property. *Hunt v. Baldwin*, 68 S.W.3d 117, 131 (Tex. App.—Houston [14th Dist.] 2001, no pet.) (citing *Waisath v. Lack's Stores, Inc.*, 474 S.W.2d 444, 447 (Tex. 1971)). The factual allegations made in Ramon's petition, even if taken as truth, do not fulfill all of the requirements for conversion. Specifically, Ramon makes no allegation that appellees assumed and exercised dominion and control over the property to the exclusion of, or inconsistent with, Ramon's rights, or that they affirmatively refused to return the materials. Ramon contends only that appellees failed to ensure the return of the materials.

Conversion is an intentional tort. *City of Houston v. Petroleum Traders Corp.*, 261 S.W.3d 350, 361 (Tex. App.—Houston [14th Dist.] July 24, 2008, no pet. h.). It requires an intent to assert a right in the property, either an assumption of ownership or a repudiation of the claimant's right in the property. *See Robinson v. Nat'l Autotech, Inc.*, 117 S.W.3d 37, 39-41 (Tex. App.—Dallas 2003, pet. denied). It requires an act of malfeasance and not mere nonfeasance. *Branham v. Prewitt*, 636 S.W.2d 507, 510-11 (Tex. App.—San Antonio), *writ ref'd n.r.e.*, 643 S.W.2d 122 (Tex. 1982). Mere loss of possession of the property is generally not enough to constitute conversion even if resulting from negligent conduct. Restatement (Second) of Torts § 234 cmt. b (1965). Furthermore, if the initial possession of the property by the defendant was lawful, as Ramon claims here, there must be an actual demand for the property and an actual refusal to deliver. *See Hofland v. Elgin-Butler Brick*

*Co.*, 834 S.W.2d 409, 413 (Tex. App.—Corpus Christi 1992, no writ). Mere failure to deliver when there has been a demand is generally not sufficient to prove an affirmative refusal. 90 C.J.S. *Trover and Conversion* § 45 (2002). In his petition, Ramon has not alleged any facts demonstrating that appellees asserted any rights in the property or affirmatively refused to deliver the property. Accordingly, we overrule Ramon's two issues.

We affirm the trial court's judgment.


/s/    Adele Hedges
Chief Justice


Panel consists of Chief Justice Hedges and Justices Anderson and Seymore.

4

FILED
15-0205
3/18/2015 12:10:22 PM
tex-4544950
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLEF

No. 15-0205

# IN THE
## SUPREME COURT OF TEXAS

In re David Dow,
*Relator-Petitioner,*

vs.

The Texas Court of Criminal Appeals,
*Respondent.*

---

### Corrected Brief of Amicus Curiae of the
### Texas Criminal Defense Lawyer's Association
### Filed in Support of David Dow, Relator-Petitioner

---

Ronald Emmett Harris
Texas Bar No. 09092000
625 Cenizo Blvd.
Uvalde, Texas 78801
Office: (210) 422-7055
Email: emmettharrislaw@gmail.com

Stanley G. Schneider
Schneider & McKinney, PC
Texas Bar No. 17790500
440 Louisiana, Suite 800
Houston, Texas 77002
Office: (713) 951-9994
Fax: (713) 224-6008
Email: stans3112@aol.com

Attorneys for the
Texas Criminal Defense Lawyers Association

# TABLE OF CONTENTS

Table of Contents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Index of Authorities.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Statement of Interest. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement in Support. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Statement of Jurisdiction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Argument and Authorities in Support. . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Conclusion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Certificate of Compliance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Certificate of Service. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

# INDEX OF AUTHORITIES

## Cases

*Abdul-Kabir v. Quaterman*, 550 U.S. 233 (2007).. . . . . . . . . . . . . . . . . . . . . . . . . 7

*Adams v. Texas*, 448 U.S. 38 (1980). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Banks v. Dretke*, 540 U.S. 668 (2004).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Brewer v. Quaterman*, 550 U.S. 286 (2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Eichelberger v. Eichelberger*, 582 S.W.2d 395 (Tex. 1979). . . . . . . . . . . . . . . . . 2

*Estelle v. Smith*, 451 U.S. 454 (1981). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*In re Coy Reece*, 341 S.W.3d 360, 54 (2011). . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Panetti v. Quaterman* 127 S. Ct. 2842 (2007). . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Penry v. Johnson* 531 U..S. 1003 (2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Penry v. Lynaugh*, 492 U.S. 302 (1989). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Smith v. Texas*, 543 U.S. 37 (2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Smith v. Texas*, 550 U.S. 297 (2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*State Bar of Texas v. Gomez*, 891 S.W.2d 243 (Tex. 1994). . . . . . . . . . . . . . . . . 3

*Tennard v. Dretke*, 542 U.S. 274 (2004).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**Statutes and Rules**

TEX. CONST. Art. II, § 1............................................... 2

TEX. CONST. Art. V, § 3(a). .......................................... 2

TEX. GOV'T CODE § 81.01............................................. 3

TEX. GOV'T CODE § 81.011............................................ 2

**Other**

American Bar Association's Guidelines for the Appointment and Performance of
Defense Counsel in Death Penalty Cases (rev. ed. 2003), *reprinted in* 31 HOFSTRA
L. REV. 913 (2003). .................................................. 4

State Bar of Texas, Guidelines and Standards for Texas Capital Defense Counsel,
Guideline 10.2 (Apr. 21, 2006), *reprinted in* 69 TEX. BAR J. 966 (Nov. 2006). . 4

Susannah Sheffer. *Fighting for Their Lives: Inside the Experience of Capital
Defense Attorneys*. (Vanderbilt Univ. Press, 2013)......................... 6

**TO THE JUSTICES OF THE SUPREME COURT OF TEXAS:**

The Texas Criminal Defense Lawyers Association, by and through its duly authorized representatives, presents this Amicus Brief in support of David Dow, Relator-Petitioner, and would respectfully show this Honorable Court the following:

### Statement of Interests

The Texas Criminal Defense Lawyers Association (TCDLA) is an association of over 3100 lawyers in Texas who practice criminal defense law. TCDLA's purpose is to protect and ensure by rule of law those individual rights guaranteed by the Texas and Federal Constitutions in criminal cases; To resist the constant efforts which are now being made to curtail such rights; To encourage cooperation between lawyers engaged in the furtherance of such objectives through educational programs and other assistance; And through cooperation, education and assistance to promote justice and the common good. TCDLA actively helps educate lawyers throughout the State by conducting over forty seminars a year. In the area of capital offense litigation, TCDLA created a specific consulting service for lawyers and provides specific training for capital litigators at the pretrial, trial and post-trial stages of capital litigation. TCDLA has been at the forefront of the development of capital murder educational programs since 1974.

1

## Statement in Support

The Texas Court of Criminal Appeals' recent, one year suspension of Mr. Dow from appearing before it exceeds that court's statutory and legal authority to discipline an attorney. Admittedly, the Court of Criminal Appeals may discipline a lawyer for violating its rules, but the Court is limited to the statutory punishment for contempt or referral to the Office of Disciplinary Counsel, State Bar of Texas. The statutory punishment for contempt does not include a suspension from practicing before a Court.

## Statement of Jurisdiction

This Court has jurisdiction to consider Mr. Dow's petition for writ of mandamus and request for a declaratory judgment pursuant to Article V, Section 3 of the Texas Constitution. Article V, Section 3 authorizes this Court to issue writs of mandamus "necessary to enforce its jurisdiction," even permitting the issuance of a writ of mandamus to the Court of Criminal Appeals. TEX. CONST. Art. V, § 3(a). This necessarily follows because only this Court has exclusive authority to regulate the practice of law pursuant to the State Bar Act, TEX. CONST. art. II, § 1; TEX. GOV'T CODE § 81.011; *see Eichelberger v. Eichelberger*, 582 S.W.2d 395, 398-99 (Tex. 1979). Under the State Bar Act, this Court is bestowed with "administrative control over the State Bar and provides a statutory mechanism for promulgating

2

regulations governing the practice of law." *State Bar of Texas v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (*citing* TEX. GOV'T CODE § 81.01.

Mr. Dow has no adequate remedy by appeal. Mandamus is his only remedy. *In re Coy Reece*, 341 S.W.3d 360, 54 (2011). Only this Court that can provide the relief to which Mr. Dow is constitutionally entitled.

## Argument and Authorities in Support

No court has the authority to bar a lawyer from appearing before it. This Court should immediately terminate the suspension of Mr. Dow and eliminate the chilling threat that the Court of Criminal Appeals has communicated to the entire criminal defense bar by virtue of its unprecedented and unjustified suspension. This Court has adopted procedures for disciplining lawyers that guarantee due process and fundamental fairness, and those procedures must be afforded to all lawyers, including Mr. Dow.

In total contravention of this Court's established procedures, the Court of Criminal Appeals summarily suspended Mr. Dow. As a result, its decision suspending Mr. Dow from appearing has two direct effects on the lawyers that the Court of Criminal Appeals purports to regulate. First, its action creates a chilling effect for all lawyers who seek to represent death-sentenced inmates pursuant to the requirements of the American Bar Association's Guidelines for the Appointment and

3

Performance of Defense Counsel in Death Penalty Cases (Rev. ed. 2003), reprinted in 31 HOFSTRA L. REV. 913 (2003) and the State Bar of Texas' Guidelines and Standards for Capital Defense Counsel (2006), *reprinted in* 69 Tex. Bar J. 966 (Nov. 2006).  ABA Guideline 10.15.1(B) requires that lawyers aggressively litigate claims in a pre-execution posture.

Second, if the suspension by the Court of Criminal Appeals is upheld, courts at all levels — including such minor courts as Justice of the Peace and municipal courts not of record — would implicitly believe that they have the power to banish licensed attorneys from practicing before them for running afoul of whatever local rule they might impose.  In other words, the action of the Court of Criminal Appeals creates a serious potential for havoc, as the system may well become run according to the whims of judges, not the procedures established by this Court.

The suspension of Mr. Dow by the Court of Criminal Appeals is particularly egregious because Mr. Dow provides pro bono representation only to indigent death row inmates.  Historically, few lawyers have agreed to represent death row inmates once their cases have been affirmed on direct appeal.  During the 1970's and 1980's, post conviction lawyers who represented death sentenced clients did so on a volunteer basis.  Lawyers like Will Gray and Marvin Teague often stepped up at the last minute to represent death row inmates who had been abandoned by their appointed lawyers

4

and were facing imminent execution. The ACLU or the NAACP Legal Defense Fund also took on representation in such cases.

During the mid-1980's, the Texas Resource Center was created to fill the void in the representation of death row inmates. When Congress de-funded the various resource centers around the country, the Texas Defender Service and various Innocence Projects around the State began filling the void.

In 2009, the Texas Legislature created the Office of Capital Writs, which handles state habeas cases and, depending on its budgetary constraints, takes on some pre-execution litigation (but only in the state courts as it is not authorized to litigate in federal court).

The American Bar Association, in conjunction with the federal judiciary, has created a program to recruit large civil firms to provide capital habeas representation on a pro bono basis. However, there are often not enough firms able to provide the representation required in Texas, which has the most active death row in the nation. In the Southern District of Texas, Mr. Dow has been an active participant in this recruitment program by acting as a consultant to the civil lawyers volunteering to engage in pro bono representation of death penalty cases.

Despite these efforts, there still are not enough lawyers willing to engage in capital habeas representation. As execution dates approach, appointed lawyers still

abandon their clients. Mr. Dow and the Texas Innocence Network frequently step in to fill the void, often times at the eleventh hour.

Mr. Dow is dedicated to serving a segment of the population that few care to represent. For every failed post-conviction effort by a lawyer handling a death penalty case, the case ends with the client being killed at a pre-designated time and date on the lawyer's calendar, too often because prior counsel did not present a legal argument or issue which could have prevented the death of the human being, the client, who the lawyer by then knows on a first name basis.

The emotional toll of capital habeas defense work on even the best and most seasoned lawyers is real. *See, e.g.,* Susannah Sheffer, Fighting for Their Lives: Inside the Experience of Capital Defense Attorneys (Vanderbilt Univ. Press 2013). Lawyers describe feeling alienated from their peers, scarred and traumatized by the work of representing those the state executes in the name of justice. *Id.* at 86-113. Many lawyers who are willing to accept these cases at some point in their career ultimately elect to stop taking them for this and other reasons.

While the death of a client is a constant fear of the death penalty lawyer, lawyers are often mindful of the fact that death penalty cases have historically shaped the landscape for all criminal prosecutions. Unfortunately, the Court of Criminal Appeals has often been rebuked by the United States Supreme Court for its ruling in

death penalty cases. *See e.g., Adams v. Texas,* 448 U.S. 38 (1980); *Estelle v. Smith,*

451 U.S. 454 (1981) *Panetti v. Quaterman* 127 S.Ct. 2842 (2007), *Penry v. Lynaugh,*

492 U.S. 302 (1989), *Penry v. Johnson* 531 U.S. 1003 (2001), *Tennard v. Dretke,* 542

U.S. 274 (2004); *Smith v. Texas*, 543 U.S. 37 (2004); *Banks v. Dretke*, 540 U.S. 668

(2004); *Smith v. Texas*, 550 U.S. 297 (2007); *Abdul-Kabir v. Quaterman*, 550 U.S.

233 (2007); *Brewer v. Quaterman*, 550 U.S. 286 (2007). Lawyers like Mr. Dow have

been at the forefront of this litigation in the fight for justice and due process.

Today, Mr. Dow is involved in fourteen federal habeas death penalty cases and

has five cases pending in state court. He is an active consultant on countless others.

Mr. Dow is an asset to the criminal justice system, as he has gone above and beyond

the call of duty. He should be applauded and saluted, not suspended. Just as he fights

to ensure that justice and due process are accorded his clients, Mr. Dow, if he is to be

suspended from the practice of law in the Court of Criminal Appeals, is entitled to

some semblance of due process through the mechanism envisioned by the legislature

and adopted by this Court.

The transcript of the proceedings in the Court of Criminal Appeals reveals that

it acted as witnesses, prosecutors, judges and appellate court at the same time. This

multifaceted role is inconsistent with due process. The State Bar Act was created to

protect the public and lawyers from such summary proceedings while the legislature

gave this Court the exclusive authority to suspend lawyers from the practice. That right was not conveyed to any other court.

## Conclusion

Thus, TCDLA urges this Court to exercise its jurisdiction and insure that the suspension of lawyers rests solely with the process created by the State Bar Act. TCDLA urges this Court to afford Mr. Dow the process that he is due.

Respectfully submitted,

/s/ Ronald Emmett Harris
Ronald Emmett Harris, President
Texas Criminal Defense
Lawyer's Association
TBN: 09092000
625 Cenizo Blvd
Uvalde, TX 78801-4008
Email: emmettharrislaw@gmail.com

/s/ Stanley G. Schneider
Stanley G. Schneider
Schneider & McKinney, P.C.
PAST PRESIDENT - 2009-2010
TBN: 17790500
440 Louisiana, Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax: 713-224-6008
Email: stans3112@aol.com

ATTORNEYS FOR THE TEXAS
CRIMINAL DEFENSE
LAWYERS ASSOCIATION

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rules of Appellate Procedure Rule 9.4(i)(3), I certify that this document complies with Rule 9.4(I) and contains 1,674 words excluding the parts specifically excluded by Rule 9.4(i)(1).

/s/ Stanley G. Schneider
Stanley G. Schneider

## CERTIFICATE OF SERVICE

I certify that an electronic copy of this document has been served on Sian Schilhab, General Counsel of the Court of Criminal Appeals via an email to Sian.Schilhab@txcourts.gov on this 18th day of March 2015.

/s/ Stanley G. Schneider
Stanley G. Schneider

9

NOEL PORTNOY
ATTORNEY AT LAW
811 South Central Expressway
Suite 524 (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028


July 28, 2017

LEGAL MAIL

*CERTIFIED MAIL - RRR-*
*7015 1730 0000 7642 5495*

Mr. Patrick Lankford
TDCJ # 01620257
Stringfellow Unit
1200 FM 655
Rosharon, Texas 77583

RE:    Robert Rodriguez Trevino

Dear Patrick:

To begin with, I hope you are doing well. I am glad to see you made parole subject to your successful counseling. You asked about Robert. Robert is in a very bad way. In my opinion, he is mentally disabled, posibly due to the after effects of Vietnam War Injuries to his brain. He is physically disabled and can not take care of himself. He can barely hold a pen to write and barely shuffles along like a zombie. He has to wear adult diapers, which are changed by the nurses only when they shower him down, which is not frequently.

He is kept at the Carol Young Medical facility, probably not too far from Rosharon. Legally, what we are attempting to do in this stage is to develop truthful evidence that he did not use or exhibit or threaten anyone with a firearm, in the commission of the sexual assaults for which he was convicted, I firmly believe that Robert did not threaten anyone with a firearm in the commission of these assaults.

Therefore, I have prepared a *Statement of Facts* based on my notes of my interview with you last year, accompanied by a *Prisoner's Certification* in lieu of a notary public's acknowledgment. If the facts stated therein are true and correct, I would ask that you execute the same and return to me in the self-addressed, stamped envelope. If any of the facts stated are not true, please correct the statement and return to me.

*Mr. Patrick Lankford*
*TDCJ # 01620257*

*July 28, 2017*

*Page 2*

I am presuming that Shawn Langford (Lankford) was related to you, possibility your brother. I noticed that the firearm portion of his indictment was crossed out. Do you have any information whereby I could communicate with Shawn to see if he would discuss the matter with me and possibly give me a statement also. Furthermore, I would like to communicate with Chris Williams and possibly obtain a truthful statement from him also, with respect to the issue of whether or not Robert ever threatened him with a firearm. Last year, Chris Williams apparently was still in the California Penal System. I could not say where he is now, but I will attempt to locate him. Would you be interested in seeing if he would tell the truth, since he would not have anything to be afraid of now.

Thanks for your interest in this matter. We are only seeking the truth about the firearm allegation. Robert needs the truth to come out. Thanks for your help. Please let me know if you have any concerns or questions.

Sincerely,

Noel Portnoy

NP/lr

 





G  Sign in to LinkedIn with Google                    ✕

G  Gloria Trevino
   vip4justice@gmail.com

Continue as Gloria

To create your account, Google will share your
name, email address, and profile picture with
LinkedIn. See LinkedIn's privacy policy and terms of
service.

# Tim Stanley

CEO Justia

Mountain View, California, United States

3K followers  ·  500+ connections

Join to connect

 Justia

 Stanford University

 Websites

# About

Justia's mission is to make law and legal resources free for all.

Justia works on free law projects, collecting and distributing millions of documents to the Internet community. Justia provides free attorney-written daily case opinion summaries for all of the US Federal Appellate Courts, all of the top-level US State Courts, and all of the California Appellate Courts.

Justia also provides free business, consumer, and educational information and has started



# Texas Department of Criminal Justice

## Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

### Medically Recommended Intensive Supervision (MRIS)

Bryan Collier
Executive Director

17 October 2022

Gloria Trevino

| OFFENDER | TDCJ # |
|---|---|
| TREVINO, ROBERTO RODRIGUEZ | 00729766 |

Dear  Gloria Trevino,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-2134
Fax:(512)671-2409



**Texas Department of Criminal Justice**

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

Medically Recommended Intensive Supervision (MRIS)

Bryan Collier
Executive Director

04 May 2021

John Richards

| OFFENDER | TDCJ # |
|---|---|
| TREVINO,ROBERTO RODRIGUEZ | 00729766 |

Dear  John Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care.The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives.Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding their current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

4616 W. Howard Lane, Suite 200
Austin, Texas 78728

Ph: (512)671-2134
Fax:(512)671-2409



**Texas Department of Criminal Justice**

——————————————————————————————— **Bryan Collier**
Executive Director

February 27, 2019

John E. Richards
john.richards@richardsvaldez.com

RE:    Trevino, Roberto Rodriguez
       TDCJ # 729766

Dear Mr. Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the Offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding his current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

---

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

EXHIBIT B                                    1

4616 W. Howard Lane, Ste. 200                        (512) 671-2134
Austin, Texas 78728                                  Fax (512) 671-2409



**Texas Department of Criminal Justice**

_____

Brad Livingston
Executive Director

November 22, 2013

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

RE: Robert Trevino, TDCJ# 729766

Dear Ms. Trevino:

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

Medically Recommended Intensive Supervision (MRIS) provides for the early review and release of certain categories of offenders and state jail confinees who are mentally ill, mentally retarded, elderly, physically handicapped, terminally ill, or require long-term care. The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives. Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles (TDCJ-CID) or by the sentencing Judge (State Jail Confinees).

HB 1670, enacted during the 78th Legislative Session, excluded from MRIS eligibility those offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure. The 80th Legislative Session, however, enacted HB 2611 allowing MRIS consideration for those offenders if "in a persistent vegetative state" or being a person with an "organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that Offender Trevino's condition does not currently meet the clinical criteria as stated above.

For information on the Emergency Medical Reprieve process, please contact the Texas Board of Pardons and Paroles, Executive Clemency Section, 8610 Shoal Creek Blvd, Austin, Texas 78757, phone number (512) 406-5852.

Sincerely,

Jessica Riley

Jessica Riley
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.state.tx.us

8712 Shoal Creek Blvd.                                    (512) 465-5100
Austin, Texas 78757                                        Fax (512) 465-5116

EXHIBIT C



# Texas Department of Criminal Justice

— Bryan Collier
Executive Director

February 27, 2019

John E. Richards
john.richards@richardsvaldez.com

RE:    Trevino, Roberto Rodriguez
       TDCJ # 729766

Dear Mr. Richards,

This letter is in response to your recent inquiry regarding the above referenced offender's eligibility for Medically Recommended Intensive Supervision (MRIS).

MRIS provides for the early review and release of certain categories of offenders who are mentally ill, intellectually disabled, elderly, physically handicapped, terminally ill, or require long-term care.   The purpose of MRIS is to release those who pose minimal public safety risk, from incarceration to more cost effective alternatives.  Decisions for MRIS cases are determined by a voting panel of the Texas Board of Pardons and Paroles.

The 80th Legislative Session enacted HB 2611 allowing MRIS consideration for offenders with a reportable conviction or adjudication under Chapter 62, Code of Criminal Procedure if "in a persistent vegetative state or being a person with an organic brain syndrome with significant to total mobility impairment".

Information submitted to this office by the unit medical provider indicates that the Offender's condition does not meet the clinical criteria for MRIS at this time.

For concerns you might have regarding his current medical treatment, please contact TDCJ Health Services, Office of Professional Standards at (936) 437-4271.

If you need further information, please feel free to contact our office.

Sincerely,

Missy McDaniel
Program Supervisor V
TDCJ Reentry and Integration Division
TCOOMMI

Reentry and Integration Division
April Zamora, Director
www.tdcj.texas.gov

EXHIBIT B

1

4616 W. Howard Lane, Ste. 200        (512) 671-2134
Austin, Texas 78728                  Fax (512) 671-2409

Case 3:22-cv-01503-SRU          Document 68-1          Filed 08/18/23          Page 335 of 711

BBB, LONESTAR LEGAL SERVICE FOR VETS, TEXAS VETERANS COMMISSION, ALSO AT VA, ,AND VA VETERANS OUTREACH PROGRAM, AT THE VA,, SENATE CRIMINAL JUSTICE COMMITTEE, MEMBERS, RODNEY ELLIS, JUAN "CHUY"HINOJOSA AND JOHN WHITMIRE, ARE ONLY PROTECTING THEIR CRIMINAL ENTERPRISE FOR THEIR OWN POLITICAL AND PERSONAL GAIN AND BLACKBALLED AND CRIMINALLY OPPRESSED ROBERT AND I AND REPEATEDLY REFUSED TO HELP SAVE ROBERT'S LIFE.  JOHN WHITMIRE, TRIES TO JUSTIFY NOT SAVING INMATES LIVES BY ALLOWING THEM TO BE TREATED WITH CRUEL, UNUSUAL AND INHUMANE PUNISHMENT AND ERRONEOUSLY ALLEGING THAT THEY ARE "ALL" ONLY CRIMINALS., DRUG-ADDICTS, RAPIST, MURDERERS, PEDOPHILES AND THIEVES AND HE'S NOT SPENDING ANY MONEY TO SAVE THEM.  JOHN WHITMIRE IS A GREEDY BLOODTHIRSTY HOMICIDAL, GENOCIDAL NEO-NAZI DOMESTIC TERRORIST, LIVING HIGH ON THE HOG TO THE DETRIMENT OF THE MOST VULNERABLE, ALONG WITH HIS FELLOW POLITICIANS, LIKE JOAN HUFFMAN, WITH CRIMINAL JUSTICE AND FINANCE COMMITTEES, AND SUPPORTERS.  THEY ARE STRATEGICALLY PLACED TO INTERCEPT AND CONTROL THE BILLIONS OF DOLLARS BEING ALLOCATED TO HELP DISTRESSED VETERANS AND OTHER MINORITIES TO THESE  SO-CALLED NON-PROFITS CIVIL RIGHTS ORGANIZATIONS, HOWEVER, AS EVIDENT BY THE HORRIFIC AMERICAN NIGHTMARE AND TWILIGHT ZONE THAT ROBERT AND OUR FAMILY, AS WELL AS MILLIONS OF OTHER MINORITIES SIMILARLY SITUATED, HAVE LIVED AND FORCED TO ENDURED AND AS EVIDENT BY THE ERUPTION OF GROWING NUMBER OF WRONGFULLY CONVICTED MINORITIES AND CONDEMNED TO LIFE-THREATENING PRISONS, MODERN DAY DEATH TRAPS, TO BE ERADICATED/ASSASSINATED, LIKE ROBERT TREVINO THAT THE BILLIONS OF DOLLARS IS GOING TO CRIMINAL ENTERPRISES AND IN ADMINISTERING BRIBES TO PROTECT RACKETS AND ENSURING COMPLETE PROTECTION FROM THE LAW AND CONTINUE THEIR CRIMINAL ENTERPRISE OF OUTRIGHT FRAUD, TOXIC GASLIGHTING. STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, HARASSMENT, ABDUCTION, KIDNAPPING, ASSASSINATIONS, PERNICIOUS PSYCHOLOGICAL MURDER, DEPRAVED HEART MURDERS,MALICIOUS PERSECUTIONS, WRONGFUL IMPRISONMENTS, SYSTEMATIC INJUSTICE IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE..

THE GOVERNMENT AND PUBLIC BILLIONS OF DOLLARS IN FUNDING TO THE INNOCENCE NETWORK, INNOCENCE PROJECTS AND OTHER CRIMINAL ENTERPRISE  ARE GOING INDIRECTLY TO THESE RACKETEERING ACTIVITIES THROUGH THE UNIVERSITIES WHERE THE FOUNDERS, LIKE DAVID DOW AND MIKE WARE WORK.  THEY ARE MURDERING MORE WRONGFULLY INCARCERATED INMATES THAN THEY ARE EXONERATING AND/OR REFUSING TO EXONERATE, LIKE ROBERT AND OTHERS..
MOST OF THE TIME, THEY WILL FURTHER MISUSE THE FUNDING TO REPRESENT THE RICH AND FAMOUS, THEMSELVES, FOR BEING SUSPENDED FOR ALLOWING THE SENSELESS INEXCUSABLE EXECUTION OF MENTALLY RETARDED FOR NOT FILING A TIMELY STAY OF EXECUTION IN SPITE OF THE NUMEROUS LAW STUDENTS AND OTHER LAWYERS FROM THE INNOCENCE NETWORK AND THE MULTI-MILLIONS OF DOLLARS A YEAR FUNDING ALSO MISUSED AGAINST THE DISTRESSED MINORITIES THAT THEY ARE SUPPOSE TO REPRESENT BUT BLATANTLY REFUSE TO HELP AND INSTEAD FURTHER SABOTAGING THEIR CASES BY NOT RETURNING THEIR LEGAL DOCUMENTS AND IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA. THE STATE BAR OF TEXAS AND STATE COMMISSION ON JUDICIAL CONDUCT ARE ALSO AIDING AND ABETTING IN THE CRIMINAL ENTERPRISE BECAUSE OF THE POWER OF THE MONEY TO ENSURE COMPLETE PROTECTION FROM THE LAW  AND POLITICIANS AND FURTHER VICTIMIZE AND CRIMINALLY OPPRESS AND SILENCE AND ERADICATE THOSE THEY ARE ENTRUSTED IN PROTECTING, LIKE IN THE ROBERT TREVINO AND FAMILY CASE.  ALSO THE ENTIRE  TEXAS CRIMINAL DEFENSE LAWYERS ASSOCIATION THAT ERRONEOUSLY ALLEGED THERE IS NOT ENOUGH LAWYERS TO HELP THE NEEDY, IMMEDIATELY CAME TO THE AID AND ASSISTANCE OF THE RICH AND FAMOUS, DAVID DOW ON HIS SUSPENSION  FOR ALLOWING THE UNLAWFUL EXECUTION OF RETARDED CLIENTS, AND INCLUDING USING INNOCENCE NETWORK. TO COME TO HIS AID WHILE REPEATEDLY REFUSING TO EXONERATE HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT TREVINO AND/OR EVEN RELEASING ROBERT ON MRIS TO SAVE HIS LIFE. THEY ALL SHARE SUCH A COZY RELATIONSHIP WITH THE LEGISLATORS AND OTHER POLITICIANS THAT KEEP FUNDING BILLIONS OF DOLLARS TO THEM AND THEIR SUPPORTERS EVERY YEAR TO DO NOTHING GOVERNMENT AGENCIES AND NONPROFITS ON THE ERRONEOUS GUISE THAT THEY ARE GOING TO INVESTIGATE AND FIND SOLUTIONS FOR THE CAUSES OF WRONGFULLY INCARCERATED.  THEY ACT LIKE THEY DON'T KNOW THAT .  IT IS AN INGENIOUS PERNCIOUS SUBTLE WAY OF GENOCIDE!  TO CONTINUE TO ALLOW THE MALICIOUS PERSECUTION OF MINORITIES BECAUSE OF CORRUPTION, POLITICAL AND RACIST POLICE AND PROSECUTORS IN COLLUSION WITH OTHER OFFICIALS EMPOWERED BY THE GOVERNMENT QUALIFIED IMMUNITY DOCTRINE THAT IS BASICALLY A LICENSE TO "GET AWAY WITH COLD BLOODED MURDER" AND A "GET OUT OF JAIL FREE CARD."  IS A  NEO-NAZI DOMESTIC TERRORIST WAR CRIME. INSTEAD OF CONTINUE TO FUND BILLIONS OF DOLLARS INTO THE NON-PROFIT ORGANIZED CRIME RACKETS, SIMPLY OUTLAW THE GOVERNMENT QUALIFIED IMMUNITY DOCTRINE WHICH IS SELF SERVING AND IN BLATANT VIOLATION OF OUR CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS.  "LOCK THEM UP!"  NO ONE IS SUPPOSE TO BE ABOVE THE LAW IN THE USA.  THIS IS NOT CHINA OR RUSSIA NOR IS THIS THE WILD! WILD! WICKED WEST!  THESE NEO-NAZI DOMESTIC TERRORIST NEED TO BE HELD IMMEDIATELY CIVILLY AND CRIMINALLY ACCOUNTABLE.FOR THEIR PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR INSTEAD OF REWARDING THEM BY HIRING THEM TO WORK FOR THE USDOJ FBI WHERE THEY CAN BE A GREATER THREAT AND DANGEROUS TO MINORITIES AND SABOTAGE OUR MERITORIOUS CIVIL AND HUMAN RIGHTS COMPLAINTS AND BLACKBALL US IN RIDICULE AND MOCKING US IN CONTINUING  EFFORT TO

BLAST HEAD INJURIES, PARALYSIS AND RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION AND PUT IN WORSE OVERCROWDED, UNDERSTAFFED INFECTED INSANE ASYLUM IN THE WORLD TO ACCELERATE PREMEDITATED ASSASSINATION.AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

EVEN INFAMOUS NOTORIOUS MOB-BOSS, "SCARFACE" AL CAPONE WAS RELEASED FROM PRISON ON HUMANITARIAN GROUNDS!

AND, EVEN UNDOCUMENTED IMMIGRANTS ARE ENTITLED TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE IN THIS COUNTRY!

WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THE NEO-NATZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS IN THEIR RELENTLESS PERPETUAL DIABOLICAL SCHEME OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, EXPLOITATION, OUTRIGHT FRAUD, GASLIGHTING, SHAM REPRESENTATIONS, COVERT AND PERNICIOUS CRIMINAL OPPRESSION, CONSPIRACIES, SYSTEMATIC INJUSTICE AND PSYCHOLOGICAL DEPRAVED HEART MURDERS IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE TO MAINTAIN TYRANNICAL CONTROL OF REIGN OF DOMESTIC TERROR AND ESCAPE TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR WHILE INDULGING IN RIDICULE AND AMUSEMENT AND UNJUSTLY ENRICHING THEMSELVES, LINING THEIR OWN POCKETS AND FUNDING THEIR OWN POLITICAL CAMPAIGNS AND ABUSE OF LEGAL PROCESS IN ATTEMPT OF JUDICIAL COUP TO MAILTAIN TYRANNICAL CONTROL OF REIGN OF DOMESTIC TERROR WITH THE BILLIONS OF DOLLARS IN GOVERNMENT AND PUBLIC FUNDS ENTENDED TO PROTECT AND AID DISTRESSED VETERANS, WOMEN AND OTHER MORE VULNERABLE MINORITIES FROM BEING MALICIOUSLY SUBJECTED TO THIS HORRIFIC CRIMINAL ENTERPRISE OF OUTRIGHT FRAUD, STIGMATIZED DISCRIMINATION PRACTICES  AND GENOCIDE CREATING A GENOCIDAL MAFIA STATE.

THE NEO-NAZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS  THAT WEAPONIZED THEIR POWERFUL POSITIONS IN THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF PARALYZED HISPANIC WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO HAS COME TO SYMBOLIZE ALL THE CRIMINAL EVILS IN A LAWLESS NATION AND SPREADING CORRUPTION AND THE NORMALIZATION OF STIGMATIZE DISCRIMINATION, SYSTEMATIC INJUSTICE  AND GENOCIDE THROUGHOUT THE SYSTEM THAT CONTINUES TO EXPAND THEIR CRIMINAL ENTERPRISE WITH IMPUNITY FREELY PAID FOR WITH CONTRIBUTIONS TO POLITICAL FRIENDS IN RETURN FOR COMPLETE IMMUNITY FROM THE LAW WHO PROTECTED THEM FOR THE SPREAD OF ALL CRIMINAL ACTIVITIES, INCLUDING MONEY LAUNDERING, COERCION, FRAUD AND THE PRENICIOUS COVERT PREMEDITATED ASSASSINATION OF TOTALLY HELPLESS PARALYZE HISPANIC WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. .

THESE DOMESTIC TERRORIST AND NEO-NAZI, LIKEWISE, HAVE A STRANGLEHOLD OVER THE MEDIA  THAT ARE ALSO AIDING AND ABETTING THEM THROUGH THE USE OF "FAKE NEWS" MISREPRESENTATION, DECEIT,, DISHONESTY AND TRICKERY TO DECEIVE THE UNSUSPECTING PUBLIC.  THEY WILL EVEN FILE CIVIL RIGHTS LAWSUIT, EXPLOITING SOME UNSUSPECTING MINORITIES VICTIMS WITH PUBLIC MEDIA AND POLITICAL STUNTS TO RAISE MILLIONS OF DOLLARS FOR THEIR POLITICAL, FINANCIAL AND PERSONAL GAIN AND NONPROFIT CRIMINAL RACKETS  OR "TRUMP UNIVERSITIES" TO FURTHER LAUNDERING AND DISGUISING MULTI-BILLIONS  OF DOLLARS INTENDED FOR ALLEGED LEGAL AID VETERANS CLINICS AND/OR INNOCENCE PROJECTS, INNOCENCE NETWORK ALREADY CONTROLLED BY THEIR FOUNDERS AND PROFESSORS THAT ARE KILLING MORE PEOPLE THAN THEY ARE SUPPOSEDLY EXONERATING, SUCH AS ROBERT TREVINO, BUT WOULD ALSO NOT EVEN HELP IN MRIS OR IN HIS LIFE-THREATENING CERTAIN DEATH INSANE ASYLUM AND NEITHER WOULD ANY POLITICIANS OR USDOJ, FBI.. MEANWHILE, AT THE SAME TIME, BLATANLY MAKE INJURIOUS COVERT RACIST REMARKS AND MAKING UNREASONABLE EXCUSES FOR REFUSING EQUAL ACCESS TO JUSTICE TO OTHER MORE VULNERABLE MINORITIES,, SUCH AS ROBERT TREVINO AND FAMILY TO COVER-UP/WHITEWASH  WITH IMPUNITY IN THE FIRST DEGREE AND IN COMPLICITY IN FURTHERANCE OF THE DECADES LONG BLACKBALLING ROBERT TREVINO AND FAMILY.

WITH MULTI MILLIONS OF DOLLARS IN FUNDING, PLUS MAKING SOME OF THEIR VICTIMS OF WRONGFUL IMPRISONMENT PAY LEGAL FEES WHILE MISREPRESENTING TO THE PUBLIC THAT THEY DO NOT CHARGE LEGAL FEES TO THE WRONGFULLY INCARCERATED, AND ALL THESE LAW UNIVERSITIES, LAW STUDENTS, PROFESSORS WITH LEGAL AID TO DISTRESSED VETERANS AND OTHER MINORITIES,AND CONTINUING ERUPTION OF MASS INCARCERATION OF WRONGFUL IMPRISONMENTS, WHY DOES IT TAKE AN OPPRESSIVE TEN YEARS TO GET ONE DISABLED VETERAN  INMATE EXONERATED ON DNA EVIDENCE THAT NEVER SHOULD HAVE BEEN ARRESTED SINCE THE DNA WAS NOT A MATCH AND THE REAL RAPIST HAD CONFESSED THAT HIS DNA WAS A MATCH AND HE WAS THE RAPIST .  tHIS WAS YEARS BEFORE TIMOTHY COLE DIED IN ILLEGAL CUSTODY?  WHY DOES IT TAKE ABOUT 5 YEARS TO EXONERATED AN INMATE ON DNA EVIDENCE WHEN THE PRISON IS A DEATH-TRAP EVEN FOR THE HEALTHIEST PERSON.  THEN THEY GET THE "FAKE

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## COMPLAINT AGAINST USA - GENOCIDAL MAFIA STATE!
2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                      Wed, Feb 8, 2023 at 12:36 PM
To: Gloria Trevino <vip4justice@gmail.com>, attorneykallinen@aol.com, USAWA Inquiries <usawainq@unhcr.org>,
"center4justice@cja.org" <center4justice@cja.org>, pio@supremecourt.gov, information@scjc.texas.gov, CDCInfo
<cdcinfo@texasbar.com>, otp.informationdesk@icc-cpi.int, cicc@coalitionfortheicc.org, 471@co.collin.tx.us, "US REP. LIZZIE
FLETCHER" <Fletcher.office@mail.house.gov>

 COMPLAINT AGAINST USA - GENOCIDAL MAFIA STATE.pdf

ATTORNEY RANDALL KALLINEN

MR. KALLINEN,

I WAS REFERRED TO YOU BECAUSE YOU ARE SUPPOSEDLY A SUPER LAWYER WHEN IN COMES TO CIVIL
AND HUMAN RIGHTS VIOLATIONS, WRONGFUL CONVICTIONS AND WRONGFUL DEATHS IN CUSTODY CASES.
HOWEVER, YOU STATED THAT AN INMATE COULD NOT BE EXONERATED AFTER DEATH IN CUSTODY AND DID
NOT CARE TO LISTEN TO ANY REASONS THAT THIS WAS NOT ACCURATE AND BASICALLY REFUSED TO
DISCUSS OUR CASE AND FURTHER AND SHUT ME UP.

AS I TRIED TO EXPLAIN TO YOU, TIMOTHY BRIAN COLE WAS ALSO A VETERAN WRONGFULLY
IMPRISONED FOR 23 LONG AND OPPRESSIVE YEARS AND SUBSEQUENTLY DIED IN ILLEGAL CUSTODY
BECAUSE OF INADEQUATE AND MISMANAGED HEALTH CARE IN THE PRISON SYSTEM. TIMOTHY COLE WAS
NOT ONLY POSTHUMOUSLY EXONERATED BUT HAD A TIMOTHY COLE FOUNDATION AND NEW LEGISLATION
PASSED IN HIS NAME INCREASING THE AMOUNT OF COMPENSATION FOR THE WRONGFULLY IMPRISONED
AND THEIR FAMILIES.

IN THE ROBERT TREVINO AND FAMILY CASE, THERE WAS NO WAY THAT THE STATE OF TEXAS WAS GOING TO
COMPENSATE ROBERT AND FAMILY OVER 2 PLUS MILLIONS OF DOLLARS FOR AN OPPRESSIVE LONG 27
YEARS OF MALICIOUS AND DELIBERATE PERSECUTION , WRONGFUL IMPRISONMENT, CRUEL AND INHUMANE
PUNISHMENT  AND CLEAR AND UNDISPUTED EVIDENCE OF HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND
BEHAVIOR EMBOLDENED BY THE ILLEGAL AND IMMORAL GOVERNMENT QUALIFIED IMMUNITY DOCTRINE
THAT IS BASICALLY A LICENSE TO KILL AND GET OUT OF JAIL FREE CARD AND THAT IS CONTRARY AND
BLATANTLY VIOLATES THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS
AND TURNED OUR COUNTRY INTO TYRANNICAL THIRD WORLD COUNTRY AND TAKEN MINORITIES BACK TO
THE STONE AGES AND IMPRISONED, MODERN DAY DEATH-TRAPS IN FURTHERANCE OF CRIMINAL
CONSPIRACY SCHEME OF NORMALIZATION OF STIGMATIZED DISCRIMINATION, RETALIATION, CORRUPTION,
OUTRIGHT FRAUD AND SYSTEMATIC INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA!

THIS UGLY CASE SCENARIO AND TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG IIES" AND
"ZERO RAPE EVIDENCE" CONCOCTED BY THE NEO-NAZI  GOVERNMENT OFFICIALS AND GESTAPO AGENTS
ON PRETEXT OF JUSTICE AGAINST HIGHLY DECORATED TOTALLY DISABLED PARALYZED VETERAN AND
POLITICAL PRISONER AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE, IS NOT AN ISOLATED CASE BUT ANOTHER PERFECT
EXAMPLE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION AND GENOCIDE OF HUNDREDS OF
THOUSANDS OF THE MOST VULNERABLE IN OUR SOCIETY BY THOSE ENTRUSTED IN PROTECTING US AND
COVER-UP.

WE CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER OUR NATION'S ENDLESS PERPETUAL DOMESTIC
TERRORIST AND PSYCHOLOGICAL WARFARE AND BLATANT VIOLATION OF SOLEMN PROMISE TO LEAVE NO
VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL PROTECTION, EQUAL
REPRESENTATION, EQUAL ACCESS TO JUSTICE FOR ALL AND FOR THE EQUAL OPPORTUNITY TO ACHIEVE
THE AMERICAN DREAM AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA
AND OUR BILL OF RIGHTS AND INSTEAD IN THEIR DEPRAVITY, RIDICULE AND MOCKERY SUBJECT US TO THE
"AMERICAN NIGHTMARE" AND " TWILIGHT ZONE" AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST
DEGREE!

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## COMPLAINT AGAINST USA - GENOCIDAL MAFIA STATE!
2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                              Wed, Feb 8, 2023 at 12:36 PM
To: Gloria Trevino <vip4justice@gmail.com>, attorneykallinen@aol.com, USAWA Inquiries <usawainq@unhcr.org>,
"center4justice@cja.org" <center4justice@cja.org>, pio@supremecourt.gov, information@scjc.texas.gov, CDCInfo
<cdcinfo@texasbar.com>, otp.informationdesk@icc-cpi.int, cicc@coalitionfortheicc.org, 471@co.collin.tx.us, "US REP. LIZZIE
FLETCHER" <Fletcher.office@mail.house.gov>

 COMPLAINT AGAINST USA - GENOCIDAL MAFIA STATE.pdf
ATTORNEY RANDALL KALLINEN

MR. KALLINEN,

I WAS REFERRED TO YOU BECAUSE YOU ARE SUPPOSEDLY A SUPER LAWYER WHEN IN COMES TO CIVIL
AND HUMAN RIGHTS VIOLATIONS, WRONGFUL CONVICTIONS AND WRONGFUL DEATHS IN CUSTODY CASES.
HOWEVER, YOU STATED THAT AN INMATE COULD NOT BE EXONERATED AFTER DEATH IN CUSTODY AND DID
NOT CARE TO LISTEN TO ANY REASONS THAT THIS WAS NOT ACCURATE AND BASICALLY REFUSED TO
DISCUSS OUR CASE AND FURTHER AND SHUT ME UP.

AS I TRIED TO EXPLAIN TO YOU, TIMOTHY BRIAN COLE WAS ALSO A VETERAN WRONGFULLY
IMPRISONED FOR 23 LONG AND OPPRESSIVE YEARS AND SUBSEQUENTLY DIED IN ILLEGAL CUSTODY
BECAUSE OF INADEQUATE AND MISMANAGED HEALTH CARE IN THE PRISON SYSTEM.  TIMOTHY COLE WAS
NOT ONLY POSTHUMOUSLY EXONERATED BUT HAD A TIMOTHY COLE FOUNDATION AND NEW LEGISLATION
PASSED IN HIS NAME INCREASING THE AMOUNT OF COMPENSATION FOR THE WRONGFULLY IMPRISONED
AND THEIR FAMILIES.

IN THE ROBERT TREVINO AND FAMILY CASE, THERE WAS NO WAY THAT THE STATE OF TEXAS WAS GOING TO
COMPENSATE ROBERT AND FAMILY OVER 2 PLUS MILLIONS OF DOLLARS FOR AN OPPRESSIVE LONG 27
YEARS OF MALICIOUS AND DELIBERATE PERSECUTION , WRONGFUL IMPRISONMENT, CRUEL AND INHUMANE
PUNISHMENT  AND CLEAR AND UNDISPUTED EVIDENCE OF HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND
BEHAVIOR EMBOLDENED BY THE ILLEGAL AND IMMORAL GOVERNMENT QUALIFIED IMMUNITY DOCTRINE
THAT IS BASICALLY A LICENSE TO KILL AND GET OUT OF JAIL FREE CARD AND THAT IS CONTRARY AND
BLATANTLY VIOLATES THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS
AND TURNED OUR COUNTRY INTO TYRANNICAL THIRD WORLD COUNTRY AND TAKEN MINORITIES BACK TO
THE STONE AGES AND IMPRISONED, MODERN DAY DEATH-TRAPS IN FURTHERANCE OF CRIMINAL
CONSPIRACY SCHEME OF NORMALIZATION OF STIGMATIZED DISCRIMINATION, RETALIATION, CORRUPTION,
OUTRIGHT FRAUD AND SYSTEMATIC INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA!

THIS UGLY CASE SCENARIO AND TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG IIES" AND
"ZERO RAPE EVIDENCE" CONCOCTED BY THE NEO-NAZI  GOVERNMENT OFFICIALS AND GESTAPO AGENTS
ON PRETEXT OF JUSTICE AGAINST HIGHLY DECORATED TOTALLY DISABLED PARALYZED VETERAN AND
POLITICAL PRISONER AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE, IS NOT AN ISOLATED CASE BUT ANOTHER PERFECT
EXAMPLE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION AND GENOCIDE OF HUNDREDS OF
THOUSANDS OF THE MOST VULNERABLE IN OUR SOCIETY BY THOSE ENTRUSTED IN PROTECTING US AND
COVER-UP.

WE CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER OUR NATION'S ENDLESS PERPETUAL DOMESTIC
TERRORIST AND PSYCHOLOGICAL WARFARE AND BLATANT VIOLATION OF SOLEMN PROMISE TO LEAVE NO
VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL PROTECTION, EQUAL
REPRESENTATION, EQUAL ACCESS TO JUSTICE FOR ALL AND FOR THE EQUAL OPPORTUNITY TO ACHIEVE
THE AMERICAN DREAM AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA
AND OUR BILL OF RIGHTS AND INSTEAD IN THEIR DEPRAVITY, RIDICULE AND MOCKERY SUBJECT US TO THE
"AMERICAN NIGHTMARE" AND " TWILIGHT ZONE" AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST
DEGREE!



Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

Gloria Trevino
12526 Olympia Dr
Houston TX 77077



February 8, 2023

**RE:   23-0386618 : 9575 Probate**

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.  If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers





Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

Gloria Trevino
12526 Olympia Dr
Houston TX 77077



February 8, 2023

RE:    23-0386616 : 83 Prisoner's Rights

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.  If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers





**Board of Directors**

José R. González, Esq.
**CHAIR**

Lida Rodríguez-Taseff, Esq.
**VICE CHAIR**

Ernest Ceberio, Esq.
**TREASURER**

Marisol Rubecindo, Esq.
**SECRETARY**

Javier Álvarez
Ricardo A. Anzaldúa, Esq.
Fernando A. Bohorquez, Jr., Esq.
Roberto Concepción Jr., Esq.
Michelle B. Dávila, Esq.
Mauricio España, Esq.
Claudia Marmolejo, Esq
Jeffrey Martínez
Sulema Medrano Novak, Esq.
María D. Meléndez, Esq.
Steven Méndez, CPA
Jaime Mercado, Esq.
Ricardo Oquendo, Esq.
Ernesto Palomo, Esq.
Pilar Ramos, Esq.
Ronald J. Tabak, Esq.
Cid D. Wilson

Lourdes M. Rosado
**President and General Counsel**



**LATINOJUSTICE PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
D: 212.219.3360
G: 800.328.2322

**SOUTHEAST REGIONAL OFFICE**
523 West Colonial Drive
Orlando, FL 32804
D: 321.250.2853

**SOUTHWEST REGIONAL OFFICE**
D: 512-649-9129

latinojustice.org

March 22, 2023

University of Texas Medical Branch
Medical Records
Attn: Custodian of Records
262 FM 3478 Ste. B
Huntsville, Texas 77320

**Via Fax (936) 439-1350**

Dear Public Records Officer,

On behalf of Gloria Trevino, LatinoJustice PRLDEF makes this request for medical records regarding her brother's treatment while incarcerated by the Texas Department of Criminal Justice ("TDCJ") under the Texas Public Information Act, Gov't Code § 552.001.

I can accept the requested documents in digital format, and you may make redactions as required by law. Documents may be emailed to me as an attachment or delivered through an FTP/FTA system at the email address acase@latinojustice.org.

**Documents Requested**

All records relating to the medical treatment of Robert Trevino, who died in TDCJ custody on or about Nov. 3, 2022, while in TDCJ custody for non-psychiatric related conditions.

This request includes, but is not limited to, records related to Mr. Trevino's diagnosis with a protruded hernia, all treatments prescribed to treat the condition, and all measures taken to treat that condition.

I have attached an affidavit from Ms. Trevino authenticating Mr. Trevino's last will and testament making her executor, and a durable power of attorney, which was in effect during Mr. Trevino's hernia treatment.

Thank you,

Andrew Case
Senior Counsel



**LATINOJUSTICE PRLDEF**
523 W Colonial Drive, Orlando, FL, 32804
475 Riverside Drive, Suite 1901, New York, NY 10115
Direct: 212.739.7506 | General: 800.328.2322
**New York, NY | Orlando, FL | Central Islip, NY | Austin, TX**
latinojustice.org

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## "DEMAND EQUAL PROTECTION, REPRESENTATION & EQUAL ACCESS TO JUSTICE FOR ROBERT TREVINO & FAMILY!"

1 message

**Gloria Trevino** <vip4justice@gmail.com>                                         Sat, May 6, 2023 at 2:17 PM
To: "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, lisa.falkenberg@chron.com, sara.bullard@mail.house.gov, Ethan Haywood <ethan.haywood@house.texas.gov>, Andrew Case <acase@latinojustice.org>, ware@mikewarelaw.com, CDCInfo <cdcinfo@texasbar.com>, USAWA Inquiries <usawainq@unhcr.org>, newyork@ohchr.org, information@scjc.texas.gov, pio@supremecourt.gov, news@chron.com, hello@gijn.org, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>, amy.starnes@txcourts.gov, senator@blumenthal.senate.gov, usatxs.atty@usdoj.gov, USDOJ <askdoj@usdoj.gov>, Gloria Trevino <vip4justice@gmail.com>, VAVBAHOU/DAV <DAV.vbahou@va.gov>

HONORABLE CONGRESSWOMAN LIZZIE FLETCHER
C/O MS. SARA BULLARD
&
UNHCHR, US SUPREME COURT, US DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT, CASE NO. 3;22-CVC-1503; CONLEY F. MONK JR., ET AL. VS. US, VA, ET AL
141 CHURCH STREET, NEW HAVEN, CONNECTICUT 06510
&
TEXAS REPRESENTATIVE MANO DEAYALA, AKA, "ANCHOR BABY" & "NEO-NAZI, WHITE SUPREMACIST WANT-TO-BE"
C/O ETHAN HAYWOOD, VIA EMAIL, ethan.haywood@house.texas.gov


GREETINGS,

SEE ATTACHMENTS

TEXAS REPRESENTATIVE MANO DEAYALA CONTINUES TO PERPETRATE AND FACILITATE, "BIG LIES" TO WEAPONIZE HIS LAW DEGREE AND OFFICIAL OFFICE, LIKE TDCJ/UTMB DOCTORS, WEAPONIZED THEIR MEDICAL DEGREES TO EXECUTE COVERT CRIMINAL CONSPIRACY SCHEME TO ACCELERATE PREMEDITATED ASSASSINATION OF ROBERT TREVINO TO SABOTAGE EXONERATION AND DEFRAUD HIM OF MILLIONS OF DOLLARS IN COMPENSATION OVER "HANG EM HIGH" TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED VETERAN AND POLITICAL PRISONER ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST. TO DATE, WE CONTINUE TO BE RELENTLESSLY RETALIATED AND CRIMINALLY OPPRESSED FOR OUR REFUSAL TO OBEY PERVERTED AND CORRUPT WRONGFUL IMPRISONMENT, ATROCITIES FOR NOT GO ALONG WITH THEIR COVER- UP/WHITEWASH STRATEGY IN OUR SOLITARY QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY.

THE NEO-NAZI, WHITESUPREMACIST DEFENDANTS FURTHER ASSASSINATED ROBERT AFTER STATE'S STAR WITNESS, PATRICK LANKFORD, CONFESSED AND EXONERATE ROBERT OF ANY CRIME AND IMPLICATED GOVERNMENT OFFICIALS IN CONCOCTING, FABRICATING "BIG LIES" AND COERCING HIM AND HIS GANG TO MAKE AGGRAVATED PERJURED TESTIMONY AGAINST ROBERT UNDER THE THREAT OF HARSH PROSECUTION WITH LENGTHY PRISON SENTENCES ON PENDING STATUTORY RAPE OF 12 YEAR OLD STACY HARRIS AND OTHER FELONY CRIMES IF THEY DIDN'T MAKE THE "BIG LIES" UNDER OATH IN THE SHAM TRIAL BY RAGE AGAINST ROBERT TREVINO AND SUBSEQUENTLY, THE DEFENDANTS, GESTAPO AGENTS AND OTHERS ASSASSINATED ROBERT AND ATTEMPTED PSYCHOLOGICAL MURDER OF ME INDUCING ME INTO SUFFERING A NEAR FATAL STROKE AND CONTINUE PERNICIOUS COVERT PSYCHOLOGICAL ABUSE AND CRIMINAL OPPRESSION, TO DATE.

TEXAS REPRESENTATIVE, MANO AYALA, ERRONEOUSLY ALLEGES THAT HE DOES NOT HAVE JURISDICTION ON TEXAS AGENCIES, EMPLOYEES TO "BLACKLIST" AND DENY ME EQUAL PROTECTION UNDER THE LAW AND IS AIDING AND ABETTING, HINDERING THE PROSECUTION AND HARBORING THE TEXAS STATE BAR CRIMINAL CONSPIRATORS THAT ARE, LIKEWISE, PROTECTING THE DEFENDANTS, GESTAPO AGENTS IN FURTHERANCE OF "BLACKLISTING" AN "SANCTIONING" ROBERT TREVINO AND FAMILY. AND SABOTAGE SOLITARY QUEST FOR JUSTICE. REPRESENTATIVE DEAYALA WAS APPOINTED BY GOVERNOR GREG ABBOTT TO SIT ON BOARD OVERSEEING TDCJ AND IT'S INHUMANE INADEQUATE MISMANAGED SUPERFICIAL MEDICAL

SYSTEM THAT IS AS CRIMINAL AND IMULATES AND REFLECTS ON THEIR "HANG EM HIGH" TYRANNICAL HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR, FURTHER SUPPORTED BY OVERWHELMING CLEAR AND UNDISPUTED EVIDENT OF EXTREMELY DANGEROUS LIFE-THREATENING MASSIVE INCARCERATION, WORSE IN THE WORLD, INCLUDING CHINA WITH THREE TIMES THE POPULATION OF THE US. MEANWHILE, TDCJ DEADLY CONDITIONS CONTINUES TO WORSEN IN SPITE OF THE ANNUAL MEGA BILLIONS OF DOLLARS TO IMPROVE THE INHUMANE DEADLY CONDITIONS. REPRESENTATIVE DEAYALA WAS ALSO IN THE APPROPRIATIONS COMMITTEE, AND, ACCORDING TO JOHN WITMIRE OF THE TDCJ CRIMINAL JUSTICE AND THEIR "HANG EM HIGH" GENOCIDAL IDEOLOGY, THEY ARE NOT IMPROVING TDCJ CONDITIONS TO VIOLENT PRISONERS BECAUSE THEY ARE THERE TO BE "PUNISHED" AND NOT GOING TO SPEND TAX-PAYER MONEY TO IMPROVE CONDITIONS FOR THE "CRIMINAL." IN SPITE OF THE GENOCIDE. HE BLATANTLY REFUSES TO PROVIDE ME COPIES OF ALL OF ROBERT'S MEDICAL RECORDS, AUTOPSY REPORT AND ENGAGED IN CRIMINAL CONSPIRACY TO COERCE ME INTO PAYING OUTRAGEOUS CHARGES IN FURTHERANCE OF FRAUD AND CRIMINAL OPPRESSION AND COVER-UP THE NAME OF PHANTOM DOCTOR THAT WEAPONIZED HIS MEDICAL DEGREE TO SABOTAGE OUR WRIT OF HABEAS CORPUS, MRIS AND EXONER-TION OF ROBERT TO DEFRAUD HIM OF MILLIONS OF DOLLARS IN COMPENSATION AND AUTHORIZED/ORDERED THE ILLEGAL REMOVAL OF ROBERT IN CRITICAL MEDICAL CONDITION FROM ICU AT CYMF OFF 24/7 MONITORING TO ISOLATE AND SECLUDE ROBERT IN ILL-FATED DEATH-TRAP AT WORST INSANE ASYLUM IN THE WORLD TO ACCELERATE PREMEDITATED ASSASSINATION AND WHO PUT HIM UP TO IT. SUBSEQUENTLY, TEXAS REPRESENTATIVE DEAYALA HAS THE AUDACITY TO ERRONEOUSLY ALLEGES THAT HE HAS NO JURISDICTION OVER TEXAS AGENCIES AND EMPLOYEES TO ILLEGALLY DENY ME EQUAL PROTECTION AND REPRESENTATION AND EQUAL ACCESS TO JUSTICE. HOWEVER, THAT THIS EXPERIENCE WITH OVERSEEING TDCJ HIGHLY QUALIFIES HIM FOR REPRESENTATIVE OF STATE OF TEXAS AND CONTINUES WITH HIS TYRANNICAL REIGN OF TERROR AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. OUTRAGEOUS!!!.. .

MEANWHILE, VA CONTINUES TO DENY ME, AS THEY DID ROBERT, FULL BENEFITS FOR AID & ATTENDANCE, HOME ADAPTATION GRANT AND MANY OTHER VA RIGHTS AND BENEFITS, LEGAL ASSISTANCE AND PROTECTION IN RETALIATION, HARASSMENT, STIGMATIZED DISCRIMINATION, CORRUPTION, CRIMINAL OPPRESSION, PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE AND IN FURTHERANCE OF "BLACKLISTED" AND "SANCTIONED." AND GENOCIDE. SEE ATTACH BILLS FOR APPROVED EMERGENCY HOSPITAL TREATMENT OUTSIDE VA BILLING ME BECAUSE OF VA ILL-WILL TO FURTHER FUEL MY ANGER AND DEPRESSION AND ENDANGER MY LIFE, OVERKILL, AND LEAVE THIS DISTRESSED VETERAN BEHIND, AS THEY DID ROBERT TREVINO AND FAMILY..

EMERGENCY ACTION IS DEMANDED TO PREVENT FURTHER IRREPARABLE HARM AND INJURY TO MY DETRIMENT AND DEMISE!

📄 COMPLAINT TO UN, ET AL VS. US, TX REP MANO DE...

📄 COMPLAINT TO UN, ET AL VS. US, TX REP MANO DE...

GLORIA TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS 77077
713-309-5962
vip4justice@gmail.com

...eering and Fraud by a Private Prison Company | LatinoJusticePRLDEF

**latinojustice** (/en)
**PRLDEF**

Q

## CONTACT NOTE

**FOR MEDIA RELATED INQURIES PLEASE EMAIL:** sbejarano@latinojustice.org
(mailto:sbejarano@latinojustice.org)  or  cgonzalez@latinojustice.org
(mailto:cgonzalez@latinojustice.org)
**Click here to be added to our press list (https://visitor.r20.constantcontact.com/d.jsp?
llr=szoqok6ab&p=oi&m=1131000904498&sit=kt8t8vtmb&f=d65de3bc-a007-44ba-9a52-3c1821164dc2)**

# LatinoJustice Uncovers and Reports Pandemic Profiteering and Fraud by a Private Prison Company

/ 21. November 2022 / 0 Comments (/en/news/latinojustice-uncovers-and-reports-pandemic-profiteering-and-fraud-private-
prison-company-0/#comments)

SHARE 🖾 🖻 🖻  (https://www.addtoany.com/share#url=https%3A%2F%2Fwww.latinojustice.or
reports-pandemic-profiteering-and-fraud-private-prison-company-
0&title=LatinoJustice%20Uncovers%20and%20Reports%20Pandemic%20Profiteering%20and%20Fra

## FOR IMMEDIATE RELEASE

November 21, 2022

**Contact:** Saraí Bejarano | sbejarano@latinojustice.org (mailto:sbejarano@latinojustic
| 212-739-7581

Privacy - Terms

## LatinoJustice Uncovers and Reports Pandemic Profiteering and Fraud by a Private Prison Company

MTC Was Paid Millions for Work that it Never Performed

**Austin, Texas -** A two-year underline investigation (https://www.latinojustice.org/sites/default/files/2022-11/2022-11-20%20Cover%20Letter.pdf)by LatinoJustice PRLDEF has uncovered a pandemic profiteering scheme that has cost Texas taxpayers at least $2 million, run by Management and Training Company (MTC), a private prison company with a long history of fraud, waste, and abuse.

For years, MTC has provided substance abuse treatment programs to people incarcerated by the Texas Department of Criminal Justice (TDCJ). But since early 2020, MTC stopped providing this treatment, and created fraudulent paperwork that it used to bill TDCJ for work it never performed. As a result, people in need of counseling and treatment did not receive it, even as taxpayers provided millions to MTC.

Over the course of two years, LatinoJustice has conducted dozens of interviews and reviewed thousands of pages of documents obtained under the Texas Public Information Act. This investigation showed that, using COVID as a pretext, MTC denied services in order to cut costs, but continued to bill TDCJ as though it had been providing services in full.

Under seventeen separate contracts, TDCJ pays MTC over $100 million per year to provide programming in TDCJ units. By law and contract, MTC must provide group therapy, individual sessions with counselors, and other treatments designed to help those struggling with addiction stay sober upon their release from custody.

When COVID-19 struck TDCJ, MTC sensed an opportunity. Under the guise of COVID restrictions, MTC stopped providing therapeutic treatment that involved MTC counselors or employees. Individuals were given paper worksheets that took ten minutes to fill out, and then threatened with longer jail time if they didn't fill out fraudulent timesheets claiming they had received four hours of treatment.

"If the parole board thinks that someone should be in a drug treatment program, they should send that person to get treatment in the community," LatinoJustice Senior Counsel Andrew Case said. "Outsourcing this important work to MTC is a recipe for fraud, and it's no surprise that MTC took advantage of pandemic conditions to steal from Texas taxpayers."

HEALTH

# Rx for Scandal

The quality of health care in the Texas penal system is criminal.

By Janet Heimlich

June 1998

PURELY IN TERMS OF PUBLIC RELATIONS, it has been a lousy ten months for the Texas penal system. First came the revelation last August that guards at the Brazoria County jail were videotaped physically and verbally abusing inmates. Then, in January, former Texas Department of Criminal Justice (TDCJ) chief Andy Collins was indicted on eight counts of conspiracy, bribery, money laundering, and other charges related to the VitaPro controversy ("The Great Texas Prison Mess," *TM,* May 1996). But the greatest scandal may be one only now unfolding. It has to do with health care in the state prisons, and it's a matter of life and death.

Since 1993, in an effort to contain costs that were among the highest in the country—nearly $2,900 per prisoner per year—TDCJ has had in place a system called Correctional Managed Health Care. Under that plan, two public medical schools, the University of Texas Medical Branch at Galveston (UTMB) and Texas Tech University Health Sciences Center in Lubbock, attend to the state's more than 140,000 inmates. (UTMB oversees the prison-heavy eastern half of the state, or 80 percent of all inmates; Texas Tech handles the rest.) The budget for the next biennium: $582 million, enough in theory to ensure that Texas inmates receive the best and most cost-efficient care possible. And, in fact, thanks in part to cost savings implemented by the schools, the per-prisoner cost has dropped to $1,900 a year. But the quality of care has also dropped—dramatically.

Two years ago, for example, investigators at TDCJ and UTMB reviewed the medical records of 24 inmates who had died at the Stiles Unit in Beaumont, where hundreds of prisoners with AIDS are housed, and concluded that 16 had received "improper care." They reported that inmates with serious illnesses—even those displaying such critical symptoms as persistent fever, weight loss, and shortness of breath—were left in their cells unattended or denied visits to specialists. Referring to a case in which a prisoner died from complications related to AIDS and an undiagnosed cryptococcus infection, one investigator wrote: "There was no evidence of any active treatment at Stiles, and it appears that this inmate was essentially left to die in the infirmary." Likewise, last September the Texas Department of Health found dozens of deficiencies at the UTMB-run Estelle Prison Dialysis Center in Huntsville. According to the investigators' report, prisoners who were hooked up to machines were unsupervised for long periods of time, some of the center's staff were improperly trained, and poor equipment-cleaning techniques could have resulted in patients receiving contaminated blood—even the blood of other sick inmates.

**POPULAR VIDEOS**



TM BBQ CLUB EXCLUSIVE: Tasting
Lesson With TM Food Editors

TM BBQ CLUB EXCLUSIVE: Th
Cold-Smoked Ribeye Steaks

Considering those findings, it's no surprise that from 1993 to 1996, according
to TDCJ data contained in a state audit released in January, inmate medical
grievances increased by more than 17 percent, and total "medical
correspondence"—usually complaints from prisoners, their families, and
prison staff—rose by more than 60 percent. Some prisoners said they'd been
denied medication, tests, and supplies—one prisoner who had undergone
major back surgery said a doctor confiscated his walker, leaving him to crawl
or lean on other inmates or use a single crutch to get around—and some
prison staffers, especially those at UTMB-managed facilities, admitted to
being "shocked" at the low standard of care. Jana Hawkins, a nurse who
worked at Stiles until she quit last summer, says UTMB administrators
frequently sent out memos reminding the staff not to give prisoners
"comfort measures" such as Tylenol for headaches and athlete's foot cream
(unless there were "breaks in the skin"). Hawkins says that some inmates
who could not walk—including a "brittle" diabetic with one leg—were not
allowed wheelchairs. And understaffing was a common problem. "You've got
a bunch of very stressed people trying to give good quality health care,"
Hawkins says, "and that's just not possible."

In an interview, the medical director of UTMB's managed-care program, Dr.
Jason Calhoun, denied many of those allegations. He insisted that prisoners
are being seen more often, for instance, and that the percentage of staff
vacancies has decreased since UTMB and Texas Tech took over. Moreover,
he said, AIDS deaths systemwide are down by 25 percent. "We have
significantly improved quality measures, whether we're talking about
mortality, access to care, or timeliness of visits," he said.

Yet quality of care isn't the only troubling issue. There's also oversight.
"Correctional Managed Health Care lacks a comprehensive monitoring
system," the state's audit reported. Critics say the same: They note that four
of the six members of the system's oversight body—called the Correctional
Managed Health Care Advisory Committee—work for UTMB or Texas Tech,
the two schools that have the contracts. "This type of relationship, in the
private sector, would raise questions about conflicting loyalties between the
parties," said state auditors, who, along with Board of Criminal Justice
chairman Allan Polunsky, have suggested that the Legislature look at giving
TDCJ (which has the other two seats on the committee) more control—or
else disband the committee altogether. Complicating matters is the fact that
Dr. Michael Warren, who was TDCJ's medical director from May 1994 until
this past January, was a full-time UTMB faculty member. Moreover, both the

executive director of the managed-care plan, James Riley, and its chief financial officer, James Lynaugh, have been accused by state officials of being "lobbyists" for the universities. (Riley and Lynaugh refused to be interviewed for this story.)

The financial monitoring of the plan has also come under scrutiny. After reviewing the managed-care contracts signed by TDCJ and the universities, auditors concluded that the providers aren't held responsible for how they spend state funds; last year, for example, UTMB was free to pay out nearly $670,000 in doctor bonuses. Further, the universities can spend the "profits" however they choose: In 1996, when they netted $37.3 million, they gave back $12.5 million to the state, carried $9 million forward as a "catastrophic reserve," and pocketed the remaining $15.8 million. Not surprisingly, state legislators are now taking a harder look at the budget for prison health care. At prisoner-safety hearings last March, when Lynaugh boasted that the state could expect to get back millions more in the future, State Senator John Whitmire of Houston cracked, "Someone could just say, 'You're obviously overfunded.' In fact, I will."

Thanks to the investigation, improvements to the system seem to be under way. A TDCJ follow-up audit of Stiles conducted late last year showed great improvements in the processes used to treat infectious diseases, and the dialysis problems at Estelle have been corrected. Also, in May the staff of the Sunset Advisory Commission recommended that the Legislature make changes to the managed-care oversight committee—including adding three non-university members and giving TDCJ more control. All are hopeful signs—but from the looks of things, it will still be a while before the Texas penal system recovers from its latest PR black eye.

5/2/22, 11:11 AM          Gmail - 75 YEAR OLD ROBERT R. TREVINO WRONGFULLY IMPRISONED FOR LIFE AND AMERICAN WAR HERO AND INVA...

Remote-MTA: dns; email3.tlc.state.tx.us. (204.65.64.56, the server for the
domain house.texas.gov.)
Diagnostic-Code: smtp; 550 Rule imposed mailbox access for lizzie.fletcher@house.texas.gov refused. Email address
was not correct.
Last-Attempt-Date: Mon, 02 May 2022 05:36:16 -0700 (PDT)


---------- Forwarded message ----------
From: Gloria Trevino <vip4justice@gmail.com>
To: "info@lizziefletcher.com" <info@lizziefletcher.com>, "US REP. LIZZIE FLETCHER"
<Fletcher.office@mail.house.gov>, lizzie.fletcher@house.texas.gov
Cc:
Bcc:
Date: Mon, 2 May 2022 07:36:03 -0500
Subject: Fwd: Fwd: Delivery Status Notification (Failure)
----- Message truncated -----

---

**ryan@ipoftexas.org** <ryan@ipoftexas.org>                                    Mon, May 2, 2022 at 9:20 AM
To: Gloria Trevino <vip4justice@gmail.com>


Gloria,


Thank you for reaching out to us.  All requests for assistance must come via US Mail. We regret we cannot accept or
provide information via email, messages or phone. We cannot accept documents sent via email.

To review our guidelines on the types of cases we take and how to submit a case, go to https://innocencetexas.org/
submit-a-case/. Also, on this page, you will find links to other resources for assistance. We cannot give advice or advise
whether a given situation or case meets the guidelines.


Sincerely,


Ryan Hamilton | Operations Manager

Innocence Project of Texas

300 Burnett Street, Suite 160, Fort Worth, TX 76102

www.innocencetexas.org


INNOCENCE PROJECT
OF TEXAS




**From:** Gloria Trevino <vip4justice@gmail.com>
**Sent:** Friday, April 29, 2022 5:44 PM
**To:** ocrcomplaint@hhs.gov; CDCInfo <cdcinfo@texasbar.com>; reportcorruption@pogo.org; USDOJ
<askdoj@usdoj.gov>; information@scjc.texas.gov; info@hlrs.org; webintake@drtx.org; usatxs.atty@usdoj.gov; usatxs-
publicinquiry@usa.doj.gov; news@takeaction.hrw.orp; info@innocencetexas.org; aamartinez@elpasotimes.com;
sunset@sunset.texas.gov
**Subject:** 75 YEAR OLD ROBERT R. TREVINO WRONGFULLY IMPRISONED FOR LIFE AND AMERICAN WAR HERO

AND INVALID WAS UNJUSTLY DENIED RELEASE BY ON MRIS BY TDCJ AFTER OVER 25 LONG AND
OPPRESSIVE YEARS AND CONTINUES LIVING THE AMERICAN NIGHTMARE.


OFFICE OF CIVIL RIGHTS HEADQUARTERS,

[Quoted text hidden]

---

**Gloria Trevino** <vip4justice@gmail.com>                                    Mon, May 2, 2022 at 11:00 AM
To: "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>

[Quoted text hidden]

**2 attachments**

 **INNOCENCE PROJECT OF TEXAS**    image001.jpg
55K

 **INNOCENCE PROJECT OF TEXAS**    image001.jpg
55K

<rickchristiannlisa@gmail.com>, Gloria Trevino <vip4justice@gmail.com>, "US REP. LIZZIE FLETCHER"
<Fletcher.office@mail.house.gov>, sunset@sunset.texas.gov
Cc:
Bcc:
Date: Mon, 2 May 2022 19:15:53 -0500
Subject: ACTUAL INNOCENCE DEFENSE
----- Message truncated -----

**GLORIA TREVINO**
12526 Olympia Drive – Houston, Texas 77077
(713)309-5962 – email address, vip4justice@gmail.com

**INNOCENCE PROJECT OF TEXAS**                                          **May 2, 2022**
c/o Mr. Ryan Hamilton, Project Director
300 Burnett Street, Suite 160
Fort Worth, Texas  76102

**SUBJ;  EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST
       DEGREE!**

**RE;  THE CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND
     AMERICAN WAR HERO, ROBERT R. TREVINO, TDCJ #729766**

Greetings,

Robert is 75 years old and at invalid and almost completely paralyze and a prisoner in his own body
that has been at death's door several times because of neglect and cruel and unusual punishment and is
housed at the worst TDCJ prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas and
is in imminent life-endangerment and we respectfully request priority consideration because of the
emergency life-threatening dire medical condition of Robert.

Attached are emails previously sent to you in reference to the continued unlawful imprisonment of my
brother, Robert, who is an invalid and victim of egregious systematic injustice with impunity in the
first degree.  In 1995 in Waxahachie, Ellis County, Texas, Robert was shamefully and maliciously
falsely accused of supposedly raping a violent juvenile delinquent gang with felony statutory rape of a
13 year old girl against the ring-leader who was under mandatory court ordered psychiatric treatment
for his anti-social personality disorder and psychosis and was illegally secretly offered immunity from
prosecution in exchange for the orchestrated false allegations against Robert by police officer, Billie
Wiggins.  Wiggins was the State's most credible witness and was executing a vicious vendetta born of
hatred and prejudice against Robert for his successful campaign for the resignation of the Chief of
Police who she was having an affair with and was her lover.  At the beginning of her testimony,
Wiggins voluntarily admitted under oath that she also had been hospitalized for Major Depression,
which is a psychosis and would try to answer truthfully.

Furthermore, Wiggins also admitted that she never liked Robert even before his successful campaign
against her lover and that she did not investigate the allegations against Robert professionally and no
mistrial was ever declared.  Also Robert was incompetent during the sham trial and was further
illegally denied a competency examination.  Also, there was no medical or scientific evidence of the
alleged crime and a laundry list of other irregularities and indiscrepancies throughout the Kangaroo
Court and no mistrial was ever declared. Also, clear and convincing crucial evidence that supported
Robert's innocence and impeached the credibility and character of the alleged hoodlums was illegally
suppressed and covered-up?whitewashed.  It was further a forgone conclusion that the specially
selected extremely bias and prejudice racist all-white jury to ensure a conviction and maximum life-
sentence convicted Robert.  It is the first time in the history of the United States of America where the
gang yelled rape and the victim went to prison for life.  To date, Robert remains in unlawful
imprisonment and is in a life-threatening medical condition maliciously further subjected to deliberate

1

indifference and cruel and unusual punishment with impunity in the first degree.

Another perfect example of the credibility and validity of the sham trial by rage is the fact that Wiggins ingeniously solicited a JP Judge, Curtis Polk, with no law degree to act outside his jurisdiction and in signing the felony warrant for Robert's unlawful arrest in blatant violation of Texas Constitution Article IV, Section 19, which states Jurisdiction of JP Court shall only have jurisdiction of criminal matters of misdemeanor cases punishable by fine only. Ratified, February 15, 1876. Also refer to TX. Gov. Code 27.031, Jurisdiction of JP, Further evidence of blatant violations of Robert's civil and human US Constitutional Rights and Bill of Rights with impunity in the first degree. Our attorneys were totally ineffective and conducted sham representations and further criminally oppressed Robert and family.

Repeated complaints of outright fraud, police brutality, retaliation and continued civil and human rights violations and corruption/RICO violations to the USDOJ, FBI and others have been in vain. The USDOJ, FBI are entrusted in protecting the most vulnerable in our society however, they are further victimizing us and are inciting them and aiding and abetting in the atrocities. For example, instead of prosecuting the police and prosecutor in the malicious Kangaroo Court against Robert, the FBI hired the Prosecutor, Steve Marshall, with pending civil rights complaints further empowered him making him extremely more dangerous to the disabled minorities and other disadvantages that make us more vulnerable to exploitation and abuse, such as in this Robert Trevino case. I was totally shocked and in disbelief that the FBI hired corrupt and racist DA Steve Marshall instead of prosecuting him for his vital role in the malicious prosecution of Robert.

Robert risked his life heroically and valiantly defending our Country in time of war and paid a very high price for it. His well deserved metals of honor were viciously shamefully replaced with what amounts to a Badge of Infamy by our Country that he risked his life to defend. Now we are calling on our Government to come to Robert's aid and help him disentangle himself from this railroad of hypocrisy and injustice and cover-up/whitewash without further incidents and unnecessary delays before Robert suffers further irreparable harm and injury including unnecessary senseless death and demise. Repeated request for Robert's release on MRIS, Medically Recommended Intensive Supervision, have likewise been illegally denied with impunity in the first degree.

The USA is suppose to be the most civilized society in the world where everyone is guaranteed equal protection and a fair and impartial trial and where no one is above the law. These corrupt officials in cooperation with others are freely violating our US Constitution and our Bill of Rights and turning our Country into a third World Country with impunity in the first degree and are guilty of treason and high crimes and misdemeanors and accordingly should be immediately held civilly and criminally accountable. This is not China or Russia.

Robert remains in an extremely dangerous and life-threatening situation and continues Living the American Nightmare and your immediate intervention and assistance is respectfully requested.

Respectfully,

*Gloria Trevino*

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962

GLORIA TREVINO
12526 Olympia Drive – Houston, Texas 77077
(713)309-5962 – email address, vip4justice@gmail.com

May 2, 2022

INNOCENCE PROJECT OF TEXAS
c/o Mr. Ryan Hamilton, Project Director
300 Burnett Street, Suite 160
Fort Worth, Texas 76102

SUBJ; EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST
         DEGREE!

RE; THE CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND
     AMERICAN WAR HERO, ROBERT R. TREVINO, TDCJ #729766

Greetings,

Robert is 75 years old and at invalid and almost completely paralyze and a prisoner in his own body
that has been at death's door several times because of neglect and cruel and unusual punishment and is
housed at the worst TDCJ prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas and
is in imminent life-endangerment and we respectfully request priority consideration because of the
emergency life-threatening dire medical condition of Robert.

Attached are emails previously sent to you in reference to the continued unlawful imprisonment of my
brother, Robert, who is an invalid and victim of egregious systematic injustice with impunity in the
first degree. In 1995 in Waxahachie, Ellis County, Texas, Robert was shamefully and maliciously
falsely accused of supposedly raping a violent juvenile delinquent gang with felony statutory rape of a
13 year old girl against the ring-leader who was under mandatory court ordered psychiatric treatment
for his anti-social personality disorder and psychosis and was illegally secretly offered immunity from
prosecution in exchange for the orchestrated false allegations against Robert by police officer, Billie
Wiggins. Wiggins was the State's most credible witness and was executing a vicious vendetta born of
hatred and prejudice against Robert for his successful campaign for the resignation of the Chief of
Police who she was having an affair with and was her lover. At the beginning of her testimony,
Wiggins voluntarily admitted under oath that she also had been hospitalized for Major Depression,
which is a psychosis and would try to answer truthfully.

Furthermore, Wiggins also admitted that she never liked Robert even before his successful campaign
against her lover and that she did not investigate the allegations against Robert professionally and no
mistrial was ever declared. Also Robert was incompetent during the sham trial and was further
illegally denied a competency examination. Also, there was no medical or scientific evidence of the
alleged crime and a laundry list of other irregularities and indiscrepancies throughout the Kangaroo
Court and no mistrial was ever declared. Also, clear and convincing crucial evidence that supported
Robert's innocence and impeached the credibility and character of the alleged hoodlums was illegally
suppressed and covered-up?whitewashed. It was further a forgone conclusion that the specially
selected extremely bias and prejudice racist all-white jury to ensure a conviction and maximum life-
sentence convicted Robert. It is the first time in the history of the United States of America where the
gang yelled rape and the victim went to prison for life. To date, Robert remains in unlawful
imprisonment and is in a life-threatening medical condition maliciously further subjected to deliberate

1

indifference and cruel and unusual punishment with impunity in the first degree.

Another perfect example of the credibility and validity of the sham trial by rage is the fact that Wiggins ingeniously solicited a JP Judge, Curtis Polk, with no law degree to act outside his jurisdiction and in signing the felony warrant for Robert's unlawful arrest in blatant violation of Texas Constitution Article IV, Section 19, which states Jurisdiction of JP Court shall only have jurisdiction of criminal matters of misdemeanor cases punishable by fine only. Ratified, February 15, 1876. Also refer to TX. Gov. Code 27.031, Jurisdiction of JP, Further evidence of blatant violations of Robert's civil and human US Constitutional Rights and Bill of Rights with impunity in the first degree. Our attorneys were totally ineffective and conducted sham representations and further criminally oppressed Robert and family.

Repeated complaints of outright fraud, police brutality, retaliation and continued civil and human rights violations and corruption/RICO violations to the USDOJ, FBI and others have been in vain. The USDOJ, FBI are entrusted in protecting the most vulnerable in our society however, they are further victimizing us and are inciting them and aiding and abetting in the atrocities. For example, instead of prosecuting the police and prosecutor in the malicious Kangaroo Court against Robert, the FBI hired the Prosecutor, Steve Marshall, with pending civil rights complaints further empowered him making him extremely more dangerous to the disabled minorities and other disadvantages that make us more vulnerable to exploitation and abuse, such as in this Robert Trevino case. I was totally shocked and in disbelief that the FBI hired corrupt and racist DA Steve Marshall instead of prosecuting him for his vital role in the malicious prosecution of Robert.

Robert risked his life heroically and valiantly defending our Country in time of war and paid a very high price for it. His well deserved metals of honor were viciously shamefully replaced with what amounts to a Badge of Infamy by our Country that he risked his life to defend. Now we are calling on our Government to come to Robert's aid and help him disentangle himself from this railroad of hypocrisy and injustice and cover-up/whitewash without further incidents and unnecessary delays before Robert suffers further irreparable harm and injury including unnecessary senseless death and demise. Repeated request for Robert's release on MRIS, Medically Recommended Intensive Supervision, have likewise been illegally denied with impunity in the first degree.

The USA is suppose to be the most civilized society in the world where everyone is guaranteed equal protection and a fair and impartial trial and where no one is above the law. These corrupt officials in cooperation with others are freely violating our US Constitution and our Bill of Rights and turning our Country into a third World Country with impunity in the first degree and are guilty of treason and high crimes and misdemeanors and accordingly should be immediately held civilly and criminally accountable. This is not China or Russia.

Robert remains in an extremely dangerous and life-threatening situation and continues Living the American Nightmare and your immediate intervention and assistance is respectfully requested.

Respectfully,

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962

**GLORIA TREVINO**
**12526 Olympia Drive – Houston, Texas 77077**
**(713)309-5962 – email address, vip4justice@gmail.com**

**INNOCENCE PROJECT OF TEXAS**                                      **May 2, 2022**
**c/o Mr. Ryan Hamilton, Project Director**
300 Burnett Street, Suite 160
Fort Worth, Texas  76102

**SUBJ;  EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST**
**DEGREE!**

**RE;  THE CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND**
**AMERICAN WAR HERO, ROBERT R. TREVINO, TDCJ #729766**

Greetings,

Robert is 75 years old and at invalid and almost completely paralyze and a prisoner in his own body
that has been at death's door several times because of neglect and cruel and unusual punishment and is
housed at the worst TDCJ prison in the Country, the Montford Psychiatric Unit in Lubbock, Texas and
is in imminent life-endangerment and we respectfully request priority consideration because of the
emergency life-threatening dire medical condition of Robert.

Attached are emails previously sent to you in reference to the continued unlawful imprisonment of my
brother, Robert, who is an invalid  and victim of egregious systematic injustice with impunity in the
first degree.  In 1995 in Waxahachie, Ellis County, Texas, Robert was shamefully and maliciously
falsely accused of supposedly raping a violent juvenile delinquent gang with felony statutory rape of a
13 year old girl against the ring-leader who was under mandatory court ordered psychiatric treatment
for his anti-social personality disorder and psychosis and was illegally secretly offered immunity from
prosecution in exchange for the orchestrated false allegations against Robert by police officer, Billie
Wiggins.  Wiggins was the State's most credible witness and was executing a vicious vendetta born of
hatred and prejudice against Robert for his successful campaign for the resignation of the Chief of
Police who she was having an affair with and was her lover.  At the beginning of her testimony,
Wiggins voluntarily admitted under oath that she also had been hospitalized for Major Depression,
which is a psychosis and would try to answer truthfully.

Furthermore, Wiggins also admitted that she never liked Robert even before his successful campaign
against her lover and that she did not investigate the allegations against Robert professionally and no
mistrial was ever declared.  Also Robert was incompetent during the sham trial and was further
illegally denied a competency examination.  Also, there was no medical or scientific evidence of the
alleged crime and a laundry list of other irregularities and indiscrepancies throughout the Kangaroo
Court and no mistrial was ever declared. Also, clear and convincing crucial evidence that supported
Robert's innocence and impeached the credibility and character of the alleged hoodlums was illegally
suppressed and covered-up?whitewashed.  It was further a forgone conclusion that the specially
selected extremely bias and prejudice racist all-white jury to ensure a conviction and maximum life-
sentence convicted Robert.  It is the first time in the history of the United States of America where the
gang yelled rape and the victim went to prison for life.  To date, Robert remains in unlawful
imprisonment and is in a life-threatening medical condition maliciously further subjected to deliberate

1

indifference and cruel and unusual punishment with impunity in the first degree.

Another perfect example of the credibility and validity of the sham trial by rage is the fact that Wiggins ingeniously solicited  a  JP Judge, Curtis Polk, with no law degree to act outside his jurisdiction and in signing the felony warrant for Robert's unlawful arrest in blatant violation of Texas Constitution Article IV, Section 19, which states Jurisdiction of JP Court shall only have jurisdiction of criminal matters of misdemeanor cases punishable by fine only. Ratified, February 15, 1876. Also refer to TX. Gov. Code 27.031, Jurisdiction of JP, Further evidence of blatant violations of Robert's civil and human US Constitutional Rights and Bill of Rights with impunity in the first degree. Our attorneys were totally ineffective and conducted sham representations and further criminally oppressed Robert and family.

Repeated complaints of outright fraud, police brutality, retaliation and continued civil and human rights violations and corruption/RICO violations to the USDOJ, FBI and others have been in vain.  The USDOJ, FBI are entrusted in protecting the most vulnerable in our society however, they are further victimizing us and are inciting them and aiding and abetting in the atrocities.  For example, instead of prosecuting the police and prosecutor in the malicious Kangaroo Court against Robert, the FBI hired the Prosecutor, Steve Marshall, with pending civil rights complaints further empowered him making him extremely more dangerous to the disabled minorities and other disadvantages that make us more vulnerable to exploitation and abuse, such as in this Robert Trevino case.  I was totally shocked and in disbelief that the FBI hired corrupt and racist DA Steve Marshall instead of prosecuting him for his vital role in the malicious prosecution of Robert.

Robert risked his life heroically and valiantly defending our Country in time of war and paid a very high price for it.  His well deserved metals of honor were viciously shamefully replaced with what amounts to a Badge of Infamy by our Country that he risked his life to defend. Now we are calling on our Government to come to Robert's aid and help him disentangle himself from this railroad of hypocrisy and injustice and cover-up/whitewash without further incidents and unnecessary delays before Robert suffers further irreparable harm and injury including unnecessary senseless death and demise.  Repeated request for Robert's release on MRIS, Medically Recommended Intensive Supervision, have likewise been illegally denied with impunity in the first degree.

The USA is suppose to be the most civilized society in the world where everyone is guaranteed equal protection and a fair and impartial trial and where no one is above the law.  These corrupt officials in cooperation with others are freely violating our US Constitution and our Bill of Rights and turning our Country into a third World Country with impunity in the first degree and are guilty of treason and high crimes and misdemeanors and accordingly should be immediately held civilly and criminally accountable. This is not China or Russia.

Robert remains in an extremely dangerous and life-threatening situation and continues Living the American Nightmare and your immediate intervention and assistance is respectfully requested.

Respectfully,

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
713-309-5962

2

                                      Gloria Trevino <vip4justice@gmail.com>

## PUBLIC CORRUPTION COMPLAINT AGAINST JUDGE WILLIAMS ET AL W/Dr. Karen Know's Report
1 message

**Gloria Trevino** <vip4justice@gmail.com>                          Thu, Apr 21, 2022 at 3:57 PM
To: "john.richards" <john.richards@richardsvaldez.com>, CDCInfo <cdcinfo@texasbar.com>, jmccullough@texastribune.org,
Benjamin.williams@house.texas.gov, "Ch. 11 c/o;The Defender" <assignments@khou.com>, webintake@drtx.org,
usatxs.atty@usdoj.gov, information@scjc.texas.gov, elder.justice@usdoj.gov, USDOJ <askdoj@usdoj.gov>

TO;  STATE COMMISSION ON THE JUDICIARY & CDC, STATE BAR

Greetings,

SEE ATTACHED, Public Corruption complaint against tyrant Judge LaShawn Williams and Dr. Karen Brown's report that
confirms what John Richards and Williams knew all along that i cannot represent myself. However, stripped me of any
defense in retaliation for my complaints of corruption and retaliation then repeatedly ingeniously tried to coerce me into
representing myself after leaving me totally defenseless to allow the co-conspirators to big to jail politically and financially
influential Ford Dealership Defendants to forever escape total criminal and civil accountability in exchange for lining their
pockets and/or abuse their power to do favors in hopes of building a network and enhancing their future prospects.

In any case,  Judge LaShawn Williams  and John Richards clearly unleashed their vengeance and fury against me, while
aided and abetted and egged on though bad faith and harassing insidious pleatings tattered with outright fraud by the
Filthy Rich Mafia Ford Dealership Defendants and , tramped all over my civil and human rights to a fair and impartial trial,
defrauding me out of hundreds of thousands of dollars in damages and causing me irreparable harm and injury and
endangering my life and basically treating me like their yesterday's trash in sham trial by rage and railroad of hypocrisy
and injustice and cover-up/whitewash.

These monsters and tyrants need to be held totally accountable for the criminal oppression and making a mockery out of
me and the civil and criminal justice system that seems to be for sale to the criminals like the to-big- to- jail politically and
financially influential Mafia Ford Dealership Defendants and like the thieves that they are, robbing the victims of justice
such as in this case and in my invadit brother's case.  Robert is also the victim of Kangaroo Court and remains unlawfully
incarcerated on trumped-up allegations for decades.  Robert is also a totally and permanently disabled honorably veteran
and an American War Hero, subjected to atrocities and was, likewise, treated like yesterday's trash by the extremely
racist and corrupt criminal justice system and continues Living the American Nightmare.

Judge LaShawn A. Williams, Attorney John Richards and their co-conspirators, the to big to jail politically and financially
influential Ford Dealership Defendants, and others tyrants and monsters like them, need to be immediately held civilly
and criminally accountable for their unlawful discrimation practices and public corruption and be forever removed from
their powerful and abusive positions and condemned to life-prisonment like the thieves and traitors that they are.  They
are trying to turn the United States of America into a Third World Country.

This is not Russia or China!.

Gloria Trevino
12526 Olympia Drive
Houston, Texas  77077
(713)309-5962.

📄 **COMPLAINT AGAINST JUDGE WILLIAMS TO JUDICIARY #99.pdf**
3377K

4/27/22, 6:08 PM                                    Gmail - COMPLAINT AGAINST DR. MICHAEL ARAMBULA

 **Gmail**                                    Gloria Trevino <vip4justice@gmail.com>

# COMPLAINT AGAINST DR. MICHAEL ARAMBULA

5 messages

**Gloria Trevino** <vip4justice@gmail.com>                              Mon, Apr 25, 2022 at 5:56 PM
To: "tsppofc@aol.com" <tsppofc@aol.com>, psychiatryonline@psych.org, TxPsychiatry@aol.com, sunset@sunset.texaa.gov

TEXAS SOCIETY OF PSYCHIATRIC PHYSICIANS , ET AL.

Re; Complaint Against Michael Arambula for aggravated perjury in sham trial by rage,  Gloria Trevino Turner vs. McCall
Ford Dealership Defendants, et al. Case #1137499, County Court Number 3.

Greetings,

My name is Gloria Trevino. I am a 69 year old totally and permanently disabled honorably discharged veteran of the
United States Armed Forces.  I suffer from chronic PTSD, severe anxiety, depression and other bothersome
psychological and physical problems as a result of MST.  My debilitating disabilities were maliciously aggravated to life-
threatening and suffered a stroke by alleged expert witness, Michael Arambula and co-conspirators on about December
1-7, 2021 to date, when he maliciously committed aggravated perjury in the first degree with impunity to appease the to
big to jail politically and financially influential Mafia Ford Dealership Defendants who paid him to perjure himself in
egregious diabolical scheme to further victimize and defraud me, deny any wrong doing and make me the scape goat and
subject me to a sham trial by rage to forever escape total civil and criminal accountability for their discrimination practices,
outright fraud and criminal oppression of me and cover-up/whitewash.

Dr. Michael Arambula is basically a hired gun and because of  his extreme prejudice and gross conflict of interest, did not
bother to properly completely and effectively investigate because he was hired to lie and therefore didn't want to know the
truth.  Accordingly, Arambula did not examine or interview me nor did he interview any of my  VA doctors nor did he read
any of my VA MEDICAL RECORDS. Nevertheless, Arambula maliciously relied on a short  hearsay incorrect sentence
and nothing else to the contrary.  He admitted that he didn't review all of my Dr Karen Brown's deposition testimony nor all
of her medical records in support of my testimony that I was coerced into writing the unscupulous and corrupt Defendants
$1000.00 check and into signing the outrageous detrimental contract under duress.  However, made up erroneously
aggravated perjured testimony and alleged that the VA doctors had discontinued my medication for my PTSD and other
medical problems and were going to take me off disabilities supposedly because they had miraculously cured me, even
though the VA has rated me totally and permanently disabled for life, and therefore I was not coerced into writing the
unscupulous and corrupt Defendants the $1000.00 check or signing the outrageous detrimental contract under duress.
Arambula maliciously testified against my doctor's testimony of about 30 years that because of my PTSD, severe anxiety,
fear and unlawful hard sales tactics, I signed the outrageous detrimental contract under duress.

Arambula also knew that the unscupulous and corrupt Defendants had used deceit. Dishonesty and trickery to get me to
their Dealership under false pretense that they had a mustang to fit my non-negotiable budget of $28,000.00 and once I
got there they threatened to not let me leave without signing the detrimental contract and that the mere fact that they had
lied to get me there under false pretense by itself constitutes duress.  My mere presence there was under duress so
everything they coerced me into signing was under duress.  Also an unfair and detrimental contract by itself constitutes
duress. Nevertheless, Arambula maliciously lied and committed aggravated perjury and erroneously alleged I was not
under duress.

In addition, Dr. Michael Arambula blatantly further perjured himself and erroneously testified that his so-called expert
witness opinion had never been challenged in any court and declared erroneous and irrelevant to the facts and
circumstances to the case. Refer to ACEVEDO CASE.  Likewise,  this court should have disregarded Arambula's entire
erroneous and perjured testimony.
This was another egregious lie and aggravated perjured testimony to conceal the truth, deceive the jury and in
furtherance of egregious diabolical scheme to maliciously subject me to sham trial by rage and deprive me of a fair and
impartial trial in further blatant violation of my civil and human US Constitutional Rights and outright fraud, escape total
civil and criminal accountability and cover-up/whitewash.

THEREFORE,  Dr. MICHAEL ARAMBULA has weaponize his medical degree to commit aggravated perjury with impunity
in the first degree for profit and unjustly enrich himself to the detriment and further criminally oppress the most vulnerable
victims of our society and further corrupt the civil and criminal justice system and cover-up/whitewash.

sunset@sunset.texaa.gov
Cc:
Bcc:
Date: Mon, 25 Apr 2022 17:56:49 -0500
Subject: COMPLAINT AGAINST DR. MICHAEL ARAMBULA
----- Message truncated -----

---

**Gloria Trevino** <vip4justice@gmail.com>                    Mon, Apr 25, 2022 at 6:05 PM
To: sunset@sunset.texas.gov

[Quoted text hidden]
---------- Forwarded message ----------
From: Gloria Trevino <vip4justice@gmail.com>
To: "tsppofc@aol.com" <tsppofc@aol.com>, psychiatryonline@psych.org, TxPsychiatry@aol.com,
sunset@sunset.texaa.gov
Cc:
Bcc:
Date: Mon, 25 Apr 2022 17:56:49 -0500
Subject: COMPLAINT AGAINST DR. MICHAEL ARAMBULA
----- Message truncated -----



icon.png
2K

---

**Gloria Trevino** <vip4justice@gmail.com>                    Tue, Apr 26, 2022 at 12:01 AM
To: sunset@sunset.texas.gov, tsppofc@aol.com, psychiatryonline@psych.org, TxPsychiatry@aol.com

TEXAS SOCIETY OF PSYCHIATRIC PHYSICIANS, ET AL,

RE: COMPLAINT AGAINST MICHAEL ARAMBULA FOR AGGRAVATED PERJURY, CIVIL AND HUMAN RIGHTS
VIOLATIONS AND OTHER HIGH CRIMES AND MISDEMEANORS FOR PROFIT WITH IMPUNITY IN THE FIRST
DEGREE.

Greetings,

In addition to previous emails in support of complaints against Michael Arambula, please refer to his case against Wells
where Arambula alleged damages for lost wages from serious brain injury in whiplash accident.

My attorney also refused to attack Arambula's undeniable erroneous aggravated perjured testimony and Arambula's
fitness to do his job competently because of his alleged severe brain injury that clearly evidently impaired his judgement
and credibility.

It is my strongest contention that Arambula, like the to big to jail politically and financially influential and corrupt Ford
Dealership Mafia Defendants and other co-conspirators, is a psychopath and, likewise, after criminally oppressing and
defrauding me to my detriment, deny any wrong doing, conveniently blaming their victim and making me the scape goat
and laughing stock for their amusement and ridicule in furtherance of their egregious diabolical scheme to forever escape
total civil and criminal accountability in sham trial by rage and railroad of hypocrisy and injustice and cover-up/whitewash
with impunity in the first degree.

I am not amused and continue to feel aggrieved over their concerted efforts to trample all over my civil and human US
Constitutional RIghts to a fair and impartial trial, defrauding me out of hundreds of thousands of dollars in financial
damages and deliberately endangering my life without fear of any disciplinary action from anyone whatsoever.

As previously protested, this is not China or Russia.

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## ACTUAL INNOCENCE DEFENSE
2 messages

**Gloria Trevino** <vip4justice@gmail.com>                                     Mon, May 2, 2022 at 7:15 PM
To: decker.kurby6655@gmail.com, ocrcomplaint@hhs.gov, CDCInfo <cdcinfo@texasbar.com>, reportcorruption@pogo.org,
USDOJ <askdoj@usdoj.gov>, information@scjc.texas.gov, usatxs.atty@usdoj.gov, usatxs-publicinquiry@usa.doj.gov,
news@takeaction.hrw.org, info@innocencetexas.org, aamartinez@elpasotimes.com, jmccullough@texastribune.org,
"dolores.helms" <dolores.helms@yahoo.com>, Rick Trevino <rickchristiannlisa@gmail.com>, Gloria Trevino
<vip4justice@gmail.com>, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>, sunset@sunset.texas.gov

VIA FEDEX, MAY 2, 2022
INNOCENCE PROJECT OF TEXAS
C/O MR. RYAN HAMILTON, PROJECT DIRECTOR, ET AL.

RE;  EGREGIOUS SYSTEMATIC INJUSTICE WITH IMPUNITY IN THE FIRST DEGREE

SUBJ;  CONTINUED UNLAWFUL IMPRISONMENT OF 75 YEAR OLD INVALID AND          AMERICAN WAR HERO,
ROBERT R. TREVINO, tdcj #729766

Greetings,

See attached letter to the Innocence Project of Texas, c/o Mr. Ryan Hamilton.

My name is Gloria Trevino. I am an honorable discharged totally and permanently disabled Hispanic woman veteran of
the United States Armed Forces. I suffer from chronic PTSD and other debilitating disabilities as a result of MST.  Like
Robert, I have also been the victim of egregious systematic injustice and discrimination because of my disabilities, race,
sex, age, socialeconomic status and other disadvantages that make me more vulnerable to exploitation and abuse and
vicious retaliation for speaking truth to power.

My brother, Robert, has never hurt anyone and as evident by his heroic and valiant acts during his tour of duty in the
Republic of Vietnam for which he was highly recommended for the Silver Star and received a Bronze Star with V for Valor
and Purple Heart, that he would risk his own life in total disregard for his safety and without hesitation to save others.
Robert had no felony record and would never do anything to hurt others.

Robert is an American War Hero and his well deserved medals of Honor were shamefully and maliciously replaced with
what amounts to a Badge of Infamy by corrupt and racist officials from Waxahachie, Ellis County, Texas.that maliciously
subjected Robert to the Classic Kangaroo Court and condemned him to life-imprisonment by a specially selected racist
all-white jury to ensure a conviction and maximum life imprisonment on what amounts to vicious gossip orchestrated by a
rogue female police officer, Billie Wiggins and a violent gang of juvenile delinquents with felony statutory rape charges
pending.  It is the first time in American history when the violent gang yelled rape and the victim, with no felony record,
went to prison for life without parole..

Consequently, since August 1995 to date, Robert remains unlawfully incarcerated for life and is an invalid with severe
brain damage from concussion blast head injuries and extensive exposure to Agent Orange and other dangerous
herbicides from Vietnam.  As a result, Robert also suffers from severe Dementia, Chronic PTSD and is almost completely
paralyzed.  Robert is a prisoner in his own body and clearly not a danger to himself or anybody else and continues to be
illegally denied release on MRIS even though he has been at death's door several times because of gross negligence and
deliberate indifference and the cruel and unusual punishment. TDCJ/UTMB have repeatedly illegally denied Robert
release on MRIS to the care of the Houston, Michael E. DeBakey VA Medical Center where he can finally receive the
comprehensive high quality and  adequate life-saving medical care that he morally and legally deserves.and that he is
maliciously being deprived of at the TDCJ and is housed at the worse prison unit in the Country, the Montford Psychiatric
Unit.

We pay and hope that you will honor our request for immediate aid and assistance in disentangling Robert from this
egregious railroad of hypocrisy and injustice and cover-up/whitewash before Robert suffers further irreparable harm and
injuries to his unnecessary senseless death and demise.

Thank you for your immediate consideration and cooperation.

Respectfully,
Gloria Trevino
12526 Olympia Drive
713-309-5962

 **INNOCENCE PROJECT LETTER #2.pdf**
1103K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Mon, May 2, 2022 at 7:16 PM
To: vip4justice@gmail.com



# Address not found

Your message wasn't delivered to **usatxs-publicinquiry@usa.doj.gov** because the domain usa.doj.gov couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: DNS type 'mx' lookup of usa.doj.gov responded with code NOERROR DNS type 'mx' lookup
of usa.doj.gov had no relevant answers. DNS type 'aaaa' lookup of usa.doj.gov responded with code
NOERROR DNS type 'aaaa' lookup of usa.doj.gov had no relevant answers. DNS type 'a' lookup of
usa.doj.gov responded with code NOERROR DNS type 'a' lookup of usa.doj.gov had no relevant
answers.
```

Final-Recipient: rfc822; usatxs-publicinquiry@usa.doj.gov
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of usa.doj.gov responded with code NOERROR
 DNS type 'mx' lookup of usa.doj.gov had no relevant answers.
 DNS type 'aaaa' lookup of usa.doj.gov responded with code NOERROR
 DNS type 'aaaa' lookup of usa.doj.gov had no relevant answers.
 DNS type 'a' lookup of usa.doj.gov responded with code NOERROR
 DNS type 'a' lookup of usa.doj.gov had no relevant answers.
Last-Attempt-Date: Mon, 02 May 2022 17:16:05 -0700 (PDT)

---------- Forwarded message ----------
From: Gloria Trevino <vip4justice@gmail.com>
To: decker.kurby6655@gmail.com, ocrcomplaint@hhs.gov, CDCInfo <cdcinfo@texasbar.com>,
reportcorruption@pogo.org, USDOJ <askdoj@usdoj.gov>, information@scjc.texas.gov, usatxs.atty@usdoj.gov, usatxs-
publicinquiry@usa.doj.gov, news@takeaction.hrw.org, info@innocencetexas.org, aamartinez@elpasotimes.com,
jmccullough@texastribune.org, "dolores.helms" <dolores.helms@yahoo.com>, Rick Trevino

&lt;rickchristiannlisa@gmail.com&gt;, Gloria Trevino &lt;vip4justice@gmail.com&gt;, "US REP. LIZZIE FLETCHER"
&lt;Fletcher.office@mail.house.gov&gt;, sunset@sunset.texas.gov
Cc:
Bcc:
Date: Mon, 2 May 2022 19:15:53 -0500
Subject: ACTUAL INNOCENCE DEFENSE
----- Message truncated -----

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 364 of 711

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!

2 messages

**Gloria Trevino** <vip4justice@gmail.com>
Wed, Mar 15, 2023 at 3:19 AM
To: trustees@sunny.edu, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
ofs@tdcj.texas.gov, susan.gunnels@tdcj.texas.gov, ogcopenrecords@tdcj.texas.gov, CDCInfo <cdcinfo@texasbar.com>,
information@scjc.texas.gov, 471@co.collin.tx.us, USDOJ <askdoj@usdoj.gov>, usatxs.atty@usdoj.gov,
drakea@missouri.edu, eugeneoloughlin@missouri.edu, jason.parkin@law.cuny.edu, jason.parkin@ylsclinics.org, Gloria
Trevino <vip4justice@gmail.com>, stephani.leota@mail.house.gov, lso@yale.edu, "Wishnie, Michael"
<michael.wishnie@yale.edu>, Andrew Case <acase@latinojustice.org>, USAWA Inquiries <usawainq@unhcr.org>,
legaled@americanbar.org, ware@mikewarelaw.com, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>,
"Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, eoclass@irs.gov, Vanessa_Richardson@ccl.hctx.net,
pio@supremecourt.gov, otp.informationdesk@icc-cpi.int

GREETINGS,

THE 1995 TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED
HISPANIC VETERAN AND POLITICAL PRISONER AND SUBSEQUENT 2022 PREMEDITATED ASSASSINATION OF
ROBERT TREVINO IS THE SINGLE MOST GREATEST SYMBOL OF THE ALARMING ERUPTION OF NEO-NAZISM,
WHITE SUPREMACY, NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, TOXIC GASLIGHTING,
OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE, THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDAL
MAFIA STATE IN MODERN DAY.

ROBERT SUFFERED FROM BRAIN DAMAGED FROM TBI AND PTSD AND WAS TRAUMATIZED AND COULD NOT
ASSIST IN HIS OWN DEFENSE, HOWEVER, DETERMINED TO MALICIOUSLY PERSECUTED ROBERT AFTER THE
FIRST GRAND JURY REFUSED TO INDICT AND "NO-BILLED" INDICTMENT BECAUSE OF "NO CREDIBLE
EVIDENCE." NEVERTHELESS, UNDETERRED OF EGREGIOUS SCHEME TO EXECUTE THEIR POLITICAL AND
RACIAL VENDETTA, THE DA AND OFFICER WIGGINS, INCITED A "LYNCH MOB" AND COERCED THEIR STAR
WITNESS AND RING-LEADER OF VIOLENT WHITE GANG, PATRICK, TO GET THE WHOLE GANG TO MAKE
SIMILAR ALLEGATIONS TO RE-LITIGATE FICTITIOUS CLAIMS IN VIOLATION OF DOUBLE JEOPARDY AND
BOLSTER THEIR "BIG LIES.." THE SECOND "LYNCH MOB MENTALITY" GRAND JURY FOREMAN, IGNORED AND
OVERLOOKED "BIG RED FLAGS." SUCH AS PATRICK'S BROTHER SHAWN, WHO DIDN'T WANT TO GO THOUGH
WITH IT BUT DA ONLY ALLOWED HIM TO  RETRACTED AND RECANT THE AGGRAVATED PART OF ALLEGED
SEXUAL ASSAULT AND THE DETAILS THAT THE DA AND WIGGINS HAD FABRICATED AND CONCOCTED AND
RELUCTANTLY JUST MARKED OVER AGGRAVATED "AT GUNPOINT" PART OF THE INDICTMENT. AND SECOND
GRAND JURY FOREMAN INDICTED ROBERT.

SUBSEQUENTLY, THE VA IN COMPLICITY WITH THE HANGING JUDGE GENE KNIZE AND OTHERS, INCLUDING,
ALLEGED DEFENSE ATTORNEY JOHN DIXON  REPEATEDLY MALICIOUSLY SUBJECTED ROBERT AND FAMILY
WITH TOXIC GASLIGHTING TREATMENT, MISREPRESENTATIONS AND TRICKERY AND ROBERT WAS ILLEGALLY
DEPRIVED OF  VA EMERGENCY HOSPITALIZATION AND OTHER MEDICAL RIGHTS AND BENEFITS AND WAS
ILLEGALLY DENIED VA HOSPITALIZATION FOR MAJOR DEPRESSION  AND TRAUMATIC EXPERIENCE OF BEING
ABDUCTED IN COVER OF DARKNESS AT GUNPOINT AND ILLEGALLY DENIED A COMPETENCY EVALUATION IN
FURTHERANCE OF THE TEXAS STYLE RAILROAD, WRONGFUL LIFE-IMPRISONMENT.  AND SUBSEQUENT
PREMEDITATED ASSASSINATION AND GENOCIDE.  THEY WERE AWARE THAT INCARCERATED VETERANS ARE
DEFRAUDED OUT OF THEIR VA  FINANCIAL AND MEDICAL BENEFITS FOR LIFE IN SPITE OF ROBERT RISKING
HIS LIFE IN TIME OF FOREIGN WAR AND PAYING A HIGH PRICE DEFENDING OUR COUNTRY.  THE VA, FURTHER
ILLEGALLY DENIED ROBERT'S DEPENDANT PARENT, OUR ILL-STRICKEN MOTHER, VA COMPENSATION TO HER
DETRIMENT AND DEMISE.  THE VA CONTINUED TO WEAPONIZE IT'S POWERFUL POSITION  AND IN
COMPLICITY WITH THE STATE NEO-NAZIS, DOMESTIC TERRORIST, GESTAPO AGENTS AND OTHERS,
LIKEWISE, CONTINUE TO HARASS AND CRIMINALLY OPPRESS ROBERT EVEN THOUGH HE WAS PARALYZED
BECAUSE OF BRAIN DAMAGE AND HAD BEEN AT DEATH'S DOOR SEVERAL TIMES BECAUSE OF THE CRUEL
AND UNUSUAL PUNISHMENT, LIFE-THREATENING PRISON ENVIRONMENT AND CRIMINAL PRISON  MEDICAL
SYSTEM. MEANWHILE, THE VA IN COLLUSION WITH THE DOMESTIC TERRORIST PRISON OFFICIALS, GESTAPO

AGENTS AND OTHERS MALICIOUSLY HARASSED AND RETALIATED AGAINST ME WITH PERPETUAL COVERT PSYCHOLOGICAL ABUSE AND BRUTALITY TO INDUCE MY DEATH AND DEMISE BY SADISTICALLY FUELING MY ANGER AND DEPRESSION. WHILE REPEATEDLY CONTINUED TO DENY ROBERT EVALUATIONS AND ASSISTANCE IN OUR EFFORTS TO GET ROBERT RELEASED ON MRIS, THEREBY PUTTING THE LAST NAIL ON ROBERT'S COFFIN. THEY HAVE ALSO CONTINUED WITH THEIR ENDLESS HARASSMENT TO TRY TO INDUCE MY DEATH AS WELL AND DEPRIVE ME OF VA FINANCIAL AND MEDICAL BENEFITS IN RETALIATION FOR TRYING TO HELP DISENTANGLE ROBERT FROM THIS EGREGIOUS TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE, SABOTAGE OUR QUEST FOR EQUAL ACCESS TO JUSTICE, AND SILENCE ME. .

ALLEGED DEFENSE ATTORNEY JOHN DIXON, LIKEWISE, BLATANTLY REFUSED TO TALK TO USDOJ, FBI IN BLATANT VIOLATION OF STIPULATION AND AGREEMENT WHEN I RETAINED HIM ONLY BECAUSE HE HAD AGREED TO TALK TO THE FBI IMMEDIATELY AND I WAS FORCED TO BE CALLING THE FBI EVERYDAY OF THE SHAM TRIAL BY RAGE. WHEN DIXON WAS QUESTIONED BY THE REPORTERS ABOUT THE FBI PROBING TREVINO CASE, HE BASICALLY RESPONDED TO REPORTERS THAT HE HAD ADVISED TREVINO FAMILY NOT TO FILE ANY CIVIL AND HUMAN RIGHTS COMPLAINTS AGAINST THE FBI. I WAS OUTRAGED BECAUSE HE HAD AGREED TO IMMEDIATELY TALK TO THE FBI AS A STIPULATION OF REPRESENTATION OF ROBERT AND FBI USED THIS AS AN EXCUSE NOT TO INTERVENE UNLESS DIXON CALLED THEM AND HE BLATANTLY REFUSED. DIXON HAD BETRAYED ROBERT ACTED IN THE BEST INTEREST OF THE STATE AND BLATANTLY LIED TO THE INSIDIOUS INADEQUATE APPEAL BY SECOND LAWYER, ROBERT FORD THAT WAS BASICALLY A WHITEWASH AND ADDED TO THE NAILS ON ROBERT'S COFFIN.

SUBSEQUENTLY ROBERT WAS RAILROADED AND USDOJ, FBI HIRED DA, STEVE MARSHALL TO WORK FOR USDOJ, FBI AND OFFICER BILLIE WIGGINS RECEIVED OFFICER OF THE YEAR AWARD. EVEN THOUGH CASE SHOULD HAVE BEEN DECLARED A MISTRIAL BECAUSE WIGGINS STATED SHE HAD BEEN HOSPITALIZED FOR MAJOR DEPRESSION AND HER ANSWERS MAY NOT BE ACCURATE AND THAT SHE HATED ROBERT AND THAT SHE DIDN'T INVESTIGATE THE ALLEGED CRIME PROFESSIONALLY. AND SHE WAS THE STATE'S MOST ALLEGED CREDIBLE WITNESS. THE GANG MEMBERS WERE ALSO UNDER MANDATORY PSYCHIATRIC TREATMENT FOR THEIR DRUGS, FELONY CHARGES AND CRIMINAL PSYCHOPATHIC MIND AND BEHAVIOR. EVIDENCE THAT IMPEACHED THEIR CHARACTER AND ALLEGATIONS WAS COVERED-UP.   .
.
THE VA IN COMPLICITY WITH STATE OFFICIAL AND OTHERS ILLEGALLY DENIED ROBERT A COMPETENCY EVALUATION OR EMERGENCY HOSPITALIZATION FOR HIS SERVICE-CONNECTED DISABILITIES THAT WERE COMPOUNDED WITH HIS BRAIN DAMAGE AND EXTREME TRAUMATIC EXPERIENCES. ROBERT WAS BUSHWHACKED WITH UNCHALLENGED "BIG LIES" SUBJECTED TO A SHAM TRIAL BY RAGE FOR BEING A DECORATED DISABLED HISPANIC VETERAN AND FOR ENGAGING IN POLITICAL ACTIVITIES AND EXERCISING HIS FREE SPEECH AND RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES. ROBERT MEDALS OF HONOR WERE BASICALLY REPLACED WITH A BADGE OF INFAMY, RIDICULED AND MOCKED IN COURT, DEMONIZED WITH "BIG LIES" AND "ZERO RAPE EVIDENCE" ON PRETEXT OF JUSTICE AND CONDEMNED TO LIFE-IMPRISONMENT BY A SPECIALLY SELECTED ALL-WHITE RACIST JURY TO ENSURE THE CONVICTION AND MAXIMUM LIFE-SENTENCE.

THE USDOJ, FBI WHO WERE SUPPOSED TO BE PROBING TREVINO CASE WERE AIDING AND ABETTING THE DOMESTIC TERRORIST BECAUSE OF THEIR OWN BIGOTRY AND CORRUPTION AND ROBERT WAS CONDEMNED TO LIFE-IMPRISONMENT ON "BIG LIES" AND "ZERO RAPE EVIDENCE" ON PRETEXT OF JUSTICE BY RACIST ALL-WHITE JURY AND HIRED THE DA TO SABOTAGE ANY CIVIL AND HUMAN RIGHTS COMPLAINTS. AND SUBSEQUENT PREMEDITATED ASSASSINATION TO ESCAPE CIVIL AND CRIMINAL ACCOUNTABILITY AFTER THEIR STAR WITNESS, PATRICK LANKFORD, CONFESSED AND STARTED, "SINGING LIKE A CANARY" THAT EXONERATED ROBERT AND IMPLICATED THE POLICE, DA AND FBI IN THE MALICIOUS PERSECUTION OF ROBERT. PATRICK CONFESSED THAT THE POLICE OFFICER BILLIE WIGGINS AND DA , STEVE MARSHALL HAD FABRICATED AND CONCOCTED THE FICTITIOUS ALLEGATIONS AND COERCED HIM AND HIS GANG INTO TESTIFYING AGAINST ROBERT UNDER THE THREAT OF HARSH PROSECUTION AGAINST HIM ON PENDING STATUTORY RAPE OF 12 YEAR OLD

FOR OVER 30 LONG AND OPPRESSIVE YEARS, ROBERT HAS BEEN LANGUISHING IN UNLAWFUL IMPRISONMENT IN LIFE-THREATENING RUSSIAN ROULETTE MEDICAL CONDITION AND I HAVE BEEN BLACKBALLED BY OUR GOVERNMENT BECAUSE OF THE CORRUPTION, AND BIGOTRY, A DEADLY COMBINATION. WE HAVE BEEN ILLEGALLY DENIED EQUAL PROTECTION AND EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE BY OUR GOVERNMENT OFFICIALS, THEIR POLITICAL SUPPORTERS AND THOSE GESTAPO AGENTS ENTRUSTED IN PROTECTING MINORITIES, HOWEVER, ARE INGENIOUSLY INTERCEPTING BILLIONS OF DOLLARS OF GOVERNMENT AND PUBLIC FUNDS ONLY TO FURTHER VICTIMIZE MINORITIES, LINING THEIR OWN POCKETS AND UNJUSTLY ENRICHING THEMSELVES TO OUR DETRIMENT AND DEMISE. iT'S CALLED GENOCIDE! EVEN SHEILA JACKSON LEE, THE INNOCENCE NETWORK & FOUNDER, DAVID DOW, PROFESSOR OF UNIVERSITY OF HOUSTON LAW CENTER AND OPERATES NUMEROUS OTHER ALLEGED NON-PROFIT ORGANIZATIONS, WEST TEXAS INNOCENT PROJECT, MIKE WARE, ALSO A PROFESSOR OF LAW, HOUSTON VOLUNTEER LAWYERS VET CENTER AT THE VA, DAV AT THE VA WITH AN "F" RATING FROM THE

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 366 of 711

BBB, LONESTAR LEGAL SERVICE FOR VETS, TEXAS VETERANS COMMISSION, ALSO AT VA, ,AND VA VETERANS
OUTREACH PROGRAM, AT THE VA,, SENATE CRIMINAL JUSTICE COMMITTEE, MEMBERS, RODNEY ELLIS, JUAN
"CHUY"HINOJOSA AND JOHN WHITMIRE, ARE ONLY PROTECTING THEIR CRIMINAL ENTERPRISE FOR THEIR
OWN POLITICAL AND PERSONAL GAIN AND BLACKBALLED AND CRIMINALLY OPPRESSED ROBERT AND I AND
REPEATEDLY REFUSED TO HELP SAVE ROBERT'S LIFE. JOHN WHITMIRE, TRIES TO JUSTIFY NOT SAVING
INMATES LIVES BY ALLOWING THEM TO BE TREATED WITH CRUEL, UNUSUAL AND INHUMANE PUNISHMENT
AND ERRONEOUSLY ALLEGING THAT THEY ARE "ALL" ONLY CRIMINALS., DRUG-ADDICTS, RAPIST,
MURDERERS, PEDOPHILES AND THIEVES AND HE'S NOT SPENDING ANY MONEY TO SAVE THEM. JOHN
WHITMIRE IS A GREEDY BLOODTHIRSTY HOMICIDAL, GENOCIDAL NEO-NAZI DOMESTIC TERRORIST, LIVING
HIGH ON THE HOG TO THE DETRIMENT OF THE MOST VULNERABLE, ALONG WITH HIS FELLOW POLITICIANS,
LIKE JOAN HUFFMAN, WITH CRIMINAL JUSTICE AND FINANCE COMMITTEES, AND SUPPORTERS. THEY ARE
STRATEGICALLY PLACED TO INTERCEPT AND CONTROL THE BILLIONS OF DOLLARS BEING ALLOCATED TO
HELP DISTRESSED VETERANS AND OTHER MINORITIES TO THESE SO-CALLED NON-PROFITS CIVIL RIGHTS
ORGANIZATIONS, HOWEVER, AS EVIDENT BY THE HORRIFIC AMERICAN NIGHTMARE AND TWILIGHT ZONE
THAT ROBERT AND OUR FAMILY, AS WELL AS MILLIONS OF OTHER MINORITIES SIMILARLY SITUATED, HAVE
LIVED AND FORCED TO ENDURED AND AS EVIDENT BY THE ERUPTION OF GROWING NUMBER OF
WRONGFULLY CONVICTED MINORITIES AND CONDEMNED TO LIFE-THREATENING PRISONS, MODERN DAY
DEATH TRAPS, TO BE ERADICATED/ASSASSINATED, LIKE ROBERT TREVINO THAT THE BILLIONS OF DOLLARS
IS GOING TO CRIMINAL ENTERPRISES AND IN ADMINISTERING BRIBES TO PROTECT RACKETS AND ENSURING
COMPLETE PROTECTION FROM THE LAW AND CONTINUE THEIR CRIMINAL ENTERPRISE OF OUTRIGHT
FRAUD, TOXIC GASLIGHTING. STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, HARASSMENT,
ABDUCTION, KIDNAPPING, ASSASSINATIONS, PERNICIOUS PSYCHOLOGICAL MURDER, DEPRAVED HEART
MURDERS,MALICIOUS PERSECUTIONS, WRONGFUL IMPRISONMENTS, SYSTEMATIC INJUSTICE IN
FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE..

THE GOVERNMENT AND PUBLIC BILLIONS OF DOLLARS IN FUNDING TO THE INNOCENCE NETWORK,
INNOCENCE PROJECTS AND OTHER CRIMINAL ENTERPRISE ARE GOING INDIRECTLY TO THESE
RACKETEERING ACTIVITIES THROUGH THE UNIVERSITIES WHERE THE FOUNDERS, LIKE DAVID DOW AND
MIKE WARE WORK. THEY ARE MURDERING MORE WRONGFULLY INCARCERATED INMATES THAN THEY ARE
EXONERATING AND/OR REFUSING TO EXONERATE, LIKE ROBERT AND OTHERS..
MOST OF THE TIME, THEY WILL FURTHER MISUSE THE FUNDING TO REPRESENT THE RICH AND FAMOUS,
THEMSELVES, FOR BEING SUSPENDED FOR ALLOWING THE SENSELESS INEXCUSABLE EXECUTION OF
MENTALLY RETARDED FOR NOT FILING A TIMELY STAY OF EXECUTION IN SPITE OF THE NUMEROUS LAW
STUDENTS AND OTHER LAWYERS FROM THE INNOCENCE NETWORK AND THE MULTI-MILLIONS OF DOLLARS
A YEAR FUNDING ALSO MISUSED AGAINST THE DISTRESSED MINORITIES THAT THEY ARE SUPPOSE TO
REPRESENT BUT BLATANTLY REFUSE TO HELP AND INSTEAD FURTHER SABOTAGING THEIR CASES BY NOT
RETURNING THEIR LEGAL DOCUMENTS AND IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA.
THE STATE BAR OF TEXAS AND STATE COMMISSION ON JUDICIAL CONDUCT ARE ALSO AIDING AND ABETTING
IN THE CRIMINAL ENTERPRISE BECAUSE OF THE POWER OF THE MONEY TO ENSURE COMPLETE
PROTECTION FROM THE LAW AND POLITICIANS AND FURTHER VICTIMIZE AND CRIMINALLY OPPRESS AND
SILENCE AND ERADICATE THOSE THEY ARE ENTRUSTED IN PROTECTING, LIKE IN THE ROBERT TREVINO AND
FAMILY CASE. ALSO THE ENTIRE TEXAS CRIMINAL DEFENSE LAWYERS ASSOCIATION THAT ERRONEOUSLY
ALLEGED THERE IS NOT ENOUGH LAWYERS TO HELP THE NEEDY, IMMEDIATELY CAME TO THE AID AND
ASSISTANCE OF THE RICH AND FAMOUS, DAVID DOW ON HIS SUSPENSION FOR ALLOWING THE UNLAWFUL
EXECUTION OF RETARDED CLIENTS, AND INCLUDING USING INNOCENCE NETWORK. TO COME TO HIS AID
WHILE REPEATEDLY REFUSING TO EXONERATE HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND
POLITICAL PRISONER, ROBERT TREVINO AND/OR EVEN RELEASING ROBERT ON MRIS TO SAVE HIS LIFE.
THEY ALL SHARE SUCH A COZY RELATIONSHIP WITH THE LEGISLATORS AND OTHER POLITICIANS THAT KEEP
FUNDING BILLIONS OF DOLLARS TO THEM AND THEIR SUPPORTERS EVERY YEAR TO DO NOTHING
GOVERNMENT AGENCIES AND NONPROFITS ON THE ERRONEOUS GUISE THAT THEY ARE GOING TO
INVESTIGATE AND FIND SOLUTIONS FOR THE CAUSES OF WRONGFULLY INCARCERATED. THEY ACT LIKE
THEY DON'T KNOW THAT . IT IS AN INGENIOUS PERNICIOUS SUBTLE WAY OF GENOCIDE! TO CONTINUE TO
ALLOW THE MALICIOUS PERSECUTION OF MINORITIES BECAUSE OF CORRUPTION, POLITICAL AND RACIST
POLICE AND PROSECUTORS IN COLLUSION WITH OTHER OFFICIALS EMPOWERED BY THE GOVERNMENT
QUALIFIED IMMUNITY DOCTRINE THAT IS BASICALLY A LICENSE TO "GET AWAY WITH COLD BLOODED
MURDER" AND A "GET OUT OF JAIL FREE CARD." IS A NEO-NAZI DOMESTIC TERRORIST WAR CRIME.
INSTEAD OF CONTINUE TO FUND BILLIONS OF DOLLARS INTO THE NON-PROFIT ORGANIZED CRIME
RACKETS, SIMPLY OUTLAW THE GOVERNMENT QUALIFIED IMMUNITY DOCTRINE WHICH IS SELF SERVING
AND IN BLATANT VIOLATION OF OUR CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF
RIGHTS. "LOCK THEM UP!" NO ONE IS SUPPOSE TO BE ABOVE THE LAW IN THE USA. THIS IS NOT CHINA OR
RUSSIA NOR IS THIS THE WILD! WILD! WICKED WEST! THESE NEO-NAZI DOMESTIC TERRORIST NEED TO BE
HELD IMMEDIATELY CIVILLY AND CRIMINALLY ACCOUNTABLE.FOR THEIR PSYCHOPATHIC CRIMINAL MIND AND
BEHAVIOR INSTEAD OF REWARDING THEM BY HIRING THEM TO WORK FOR THE USDOJ FBI WHERE THEY
CAN BE A GREATER THREAT AND DANGEROUS TO MINORITIES AND SABOTAGE OUR MERITORIOUS CIVIL AND
HUMAN RIGHTS COMPLAINTS AND BLACKBALL US IN RIDICULE AND MOCKING US IN CONTINUING EFFORT TO

SILENCE US AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE THE PREMEDITATED ASSASSINATION OF A HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO, THE DEPRAVED HEART MURDER OF OUR OTHER BROTHER JUAN AND OUR BELOVED MOTHER, MARIA AND REPEATED ATTEMPTED COVERT PSYCHOLOGICAL MURDER OF ME AND INDUCING ME INTO SUFFERING A STROKE AND OTHER DEBILITATING DISABILITIES AND PAIN AND SUFFERING TO SABOTAGE OUR SOLITARY QUEST FOR JUSTICE AND COVER-UP AND ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITIES FOR THEIR GENOCIDAL MAFIA STATE. . THE UNITED STATES WRONGFULLY INCARCERATES MORE PEOPLE THAN ANY OTHER COUNTRY IN THE WORLD, INCLUDING CHINA. FURTHERMORE, THE UNITED STATES IS THE LEADER IN THE PRISON POPULATION RATE AND MASS INCARCERATION AND THE MEDICAL SYSTEM IN PRISONS IS CRIMINAL BY ITSELF. MILLIONS OF INMATES DIE EVERYDAY DUE TO THE CRIMINAL MEDICAL SYSTEM IN PRISONS, MODERN DAY DEATH-TRAPS IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE. ON THE RICH AND FAMOUS HAVE ACCESS TO JUSTICE, SINCE JUSTICE IS FOR SALE IN AMERICA. AND, THE POLITICIANS WITH UNLIMITED FUNDING FROM THE TAXPAYERS TO WASTE AND PAY MILLIONS OF DOLLARS TO ARMIES OF TOP DOLLAR LAWYERS TO SETTLE THEIR POLITICAL DIFFERENCES OR TO TRY TO OVERTURN A LEGITIMATE ELECTION ON "BIG LIE" WITH "ZERO EVIDENCE" ON ERRONEOUS GUISE THAT ELECTION WAS STOLEN ON PRETEXT OF "JUDICIAL COUP." AS TEXAS ATTORNEY GENERAL KEN PAXTON  TRIED TO MAINTAIN TYRANNICAL CONTROL OF REIGN OF TERROR. WHEN TEXAS ATTORNEY GENERAL KEN PAXTON AND HIS MULTI-MILLION DOLLAR ATTORNEY DREAM TEAM SHOULD HAVE BEEN TRYING TO "OVERTURN" WRONGFUL CONVICTION OF ROBERT ON "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE AND SUBSEQUENT PREMEDITATED ASSASSINATION OF DECORATED PARALYZE WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO. ANOTHER PERFECT EXAMPLE OF THE NORMALIZATION OF CLEAR AND UNDISPUTED STIGMATIZED DISCRIMINATION, CORRUPTION,, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE, POLITICAL AND PUBLICITY STUNTS OF TEXAS ATTORNEY GENERAL  KEN PAXTON, THAT SHOULD BE IMMEDIATELY "LOCKED-UP" FOR MAFIA RELATED ACTIVITIES, GANG RAPE OF JUSTICE IN AMERICA AND GENOCIDE!

ROBERT  TREVINO AND FAMILY CONTINUE TO LIVE THE AMERICAN NIGHTMARE AND TWILIGHT ZONE! THE VA WAS IN COMPLICITY WITH THE STATE OFFICIALS TO WEAPONIZE THEIR POWERFUL POSITIONS AND ILLEGALLY DENY ROBERT A COMPETENCY AND EMERGENCY HOSPITALIZATION AS WELL AS HIS DEPENDANT PARENT MEDICAL AND FINANCIAL VA BENEFITS. THEY MALICIOUSLY RAILROADED ROBERT TO DEFRAUD HIM OF HIS VA FINANCIAL AND MEDICAL BENEFITS THAT HE HONORABLY EARNED AND PAID A HIGH PRICE FOR WHILE BRAVELY RISKING HIS LIFE FOR OUR COUNTRY. IN FOREIGN WAR ONLY TO HAVE TO DEFEND HIMSELF WITH DEBILITATING DISABILITIES IN PERPETUAL GENOCIDAL PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE. TDCJ HAS NO JUSTIFIABLE MEDICAL REASONS FOR ILLEGALLY AND SADISTICALLY REMOVING ROBERT FROM THE ICU OF THE CAROL YOUNG MEDICAL UNIT IN CRITICAL RUSSIAN ROULETTE MEDICAL CONDITION FIVE  MINUTES AWAY FROM NEAREST TRAUMA CENTER TO THE OVERCROWED AND UNDERSTAFFED  INFECTED WORST INSANE ASYLUM IN THE WORLD AN HOUR AWAY FROM THE NEAREST TRAUMA CENTER  WHEN ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND NEEDED 24/7 MEDICAL CARE OTHER THAN TO ACELERATE PREMEDITATED ASSASSINATION. ROBERT WAS ASSASSINATED TWO DAYS AFTER VA CALLED TO SAY TDCJ BRYAN COLLIER,  DEFENDANT IN FEDERAL WRIT OF HABEAS CORPUS FOR REPEATEDLY DENYING ROBERT RELEASE ON MRIS, HAD AUTHORIZE THE VA TO VISIT AND ACCESS ROBERT FOR RELEASE ON MRIS.  THIS WAS NO COINCIDENCE!. ESPECIALLY, SINCE THE VA HAD REPEATEDLY REFUSED TO AFFORD ROBERT ANY VA BENEFITS WHATSOEVER AND WAS COMPLICITY IN DENYING ROBERT EMERGENCY HOSPITALIZATION, EVALUATION TO BE MALICIOUSLY PERSECUTED AND WRONGFULLY INCARCERATED TO DEFRAUD ROBERT AND DEPENDANT PARENT OF HIS VA BENEFITS.  UPON ROBERT'S RELEASE ON MRIS, THE VA WOULD HAVE TO PROVIDE HIM VA FINANCIAL AND MEDICAL BENEFITS WHICH THEY BLATANTLY REFUSED TO DO FROM DAY ONE OF HIS ABDUCTION AND PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN.  THE VA IN COMPLICITY WITH THE STATE OFFICIALS, TDCJ AND OTHERS WAITED OVER 27 LONG AND OPPRESSIVE YEARS TO  PUT THE LAST NAIL IN ROBERT'S COFFIN.. THERE WAS NO WAY THE VA WAS FINALLY GOING TO AFFORD ROBERT VA MEDICAL AND FINANCIAL BENEFITS NOR WAS THE STATE OF TEXAS, TDCJ, AND OTHERS GOING TO COMPENSATE ROBERT OVER TWO PLUS MILLIONS OF DOLLARS FOR EXONERATION AND MALICIOUS PROSECUTION AFTER  THEIR STATE WITNESS PATRICK LANKFORD CONFESSED AND EXONERATED ROBERT AND IMPLICATED THE STATE OFFICIALS, DA AND WIGGINS, THAT HAD FABRICATED AND CONCOCTED THE FICTITIOUS ALLEGATIONS AND COERCED HIM AND HIS GANG TO LIE AGAINST ROBERT OR FACE HARSH PROSECUTION ON PENDING STATUTORY RAPE OF 12 YEAR OLD  AND SOME BURGLARIES.  PATRICK'S CONFESSION IS FURTHER CORROBORATED WITH THE TRANSCRIPT OF THE SHAM TRIAL BY RAGE AND STATED THAT IT WAS WIGGINS AND THE DA WHO HAD COME UP WITH THE DETAILS OF THE COMPLAINTS CAUSE THEY DIDN'T KNOW WHAT THEY WERE WHICH LEAD TO FINGER POINTING BETWEEN OFFICER WIGGINS TO DA TO FOREMAN OF THE SECOND GRAND JURY THAT CONVENIENTLY OVERLOOKED THE "BIG RED FLAGS" IN PATRICK BROTHER, SHAWN'S INDICTMENT DOCUMENT, WHERE HE RECANTED HALF OF HIS ERRONEOUS AGGRAVATED SEXUAL ASSAULT AT GUNPOINT. COMPLAINT AND DETAILS WITHOUT QUESTION AND ROBERT WAS ILLEGALLY INDICTED.  FIRST GRAND JURY REFUSED TO INDICT AND HAD "NO-BILLED" ROBERT BECAUSE OF NO CREDIBLE EVIDENCE. HOWEVER, ROBERT WAS FURTHER MALICIOUSLY SUBJECTED TO DOUBLE JEOPARDY AND RAILROADED AND REPEATEDLY ILLEGALLY DENIED RELEASE ON MRIS IN SPITE OF HIS BRAIN DAMAGE FROM CONCUSSION

3/16/23, 1:08 PM                    Gmail - TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED HISPANIC VETE...

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 368 of 711

BLAST HEAD INJURIES, PARALYSIS AND RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION AND PUT IN WORSE OVERCROWDED, UNDERSTAFFED INFECTED INSANE ASYLUM IN THE WORLD TO ACCELERATE PREMEDITATED ASSASSINATION.AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

EVEN INFAMOUS NOTORIOUS MOB-BOSS, "SCARFACE" AL CAPONE WAS RELEASED FROM PRISON ON HUMANITARIAN GROUNDS!

AND, EVEN UNDOCUMENTED IMMIGRANTS ARE ENTITLED TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE IN THIS COUNTRY!

WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THE NEO-NATZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS IN THEIR RELENTLESS PERPETUAL DIABOLICAL SCHEME OF STIGMATIZED DISCRIMINATIONS, CORRUPTION, RETALIATION, EXPLOITATION, OUTRIGHT FRAUD, GASLIGHTING, SHAM REPRESENTATIONS, COVERT AND PERNICIOUS CRIMINAL OPPRESSION, CONSPIRACIES, SYSTEMATIC INJUSTICE AND PSYCHOLOGICAL DEPRAVED HEART MURDERS IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE TO MAINTAIN TYRANNICAL CONTROL OF REIGN OF DOMESTIC TERROR AND ESCAPE TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR WHILE INDULGING IN RIDICULE AND AMUSEMENT AND UNJUSTLY ENRICHING THEMSELVES, LINING THEIR OWN POCKETS AND FUNDING THEIR OWN POLITICAL CAMPAIGNS AND ABUSE OF LEGAL PROCESS IN ATTEMPT OF JUDICIAL COUP TO MAILTAIN TYRANNICAL CONTROL OF REIGN OF DOMESTIC TERROR WITH THE BILLIONS OF DOLLARS IN GOVERNMENT AND PUBLIC FUNDS ENTENDED TO PROTECT AND AID DISTRESSED VETERANS, WOMEN AND OTHER MORE VULNERABLE MINORITIES FROM BEING MALICIOUSLY SUBJECTED TO THIS HORRIFIC CRIMINAL ENTERPRISE OF OUTRIGHT FRAUD, STIGMATIZED DISCRIMINATION PRACTICES  AND GENOCIDE CREATING A GENOCIDAL MAFIA STATE.

THE NEO-NAZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS  THAT WEAPONIZED THEIR POWERFUL POSITIONS IN THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF PARALYZED HISPANIC WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO HAS COME TO SYMBOLIZE ALL THE CRIMINAL EVILS IN A LAWLESS NATION AND SPREADING CORRUPTION AND THE NORMALIZATION OF STIGMATIZE DISCRIMINATION, SYSTEMATIC INJUSTICE  AND GENOCIDE THROUGHOUT THE SYSTEM THAT CONTINUES TO EXPAND THEIR CRIMINAL ENTERPRISE WITH IMPUNITY FREELY PAID FOR WITH CONTRIBUTIONS TO POLITICAL FRIENDS IN RETURN FOR COMPLETE IMMUNITY FROM THE LAW WHO PROTECTED THEM FOR THE SPREAD OF ALL CRIMINAL ACTIVITIES, INCLUDING MONEY LAUNDERING, COERCION, FRAUD AND THE PRENICIOUS COVERT PREMEDITATED ASSASSINATION OF TOTALLY HELPLESS PARALYZE HISPANIC WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. .

THESE DOMESTIC TERRORIST AND NEO-NAZI, LIKEWISE, HAVE A STRANGLEHOLD OVER THE MEDIA  THAT ARE ALSO AIDING AND ABETTING THEM THROUGH THE USE OF "FAKE NEWS" MISREPRESENTATION, DECEIT,, DISHONESTY AND TRICKERY TO DECEIVE THE UNSUSPECTING PUBLIC.  THEY WILL EVEN FILE CIVIL RIGHTS LAWSUIT, EXPLOITING SOME UNSUSPECTING MINORITIES VICTIMS WITH PUBLIC MEDIA AND POLITICAL STUNTS TO RAISE MILLIONS OF DOLLARS FOR THEIR POLITICAL, FINANCIAL AND PERSONAL GAIN AND NONPROFIT CRIMINAL RACKETS  OR "TRUMP UNIVERSITIES" TO FURTHER LAUNDERING AND DISGUISING MULTI-BILLIONS  OF DOLLARS INTENDED FOR ALLEGED LEGAL AID VETERANS CLINICS AND/OR INNOCENCE PROJECTS, INNOCENCE NETWORK ALREADY CONTROLLED BY THEIR FOUNDERS AND PROFESSORS THAT ARE KILLING MORE PEOPLE THAN THEY ARE SUPPOSEDLY EXONERATING, SUCH AS ROBERT TREVINO, BUT WOULD ALSO NOT EVEN HELP IN MRIS OR IN HIS LIFE-THREATENING CERTAIN DEATH INSANE ASYLUM AND NEITHER WOULD ANY POLITICIANS OR USDOJ, FBI.. MEANWHILE, AT THE SAME TIME, BLATANTLY MAKE INJURIOUS COVERT RACIST REMARKS AND MAKING UNREASONABLE EXCUSES FOR REFUSING EQUAL ACCESS TO JUSTICE TO OTHER MORE VULNERABLE MINORITIES,, SUCH AS ROBERT TREVINO AND FAMILY TO COVER-UP/WHITEWASH  WITH IMPUNITY IN THE FIRST DEGREE AND IN COMPLICITY IN FURTHERANCE OF THE DECADES LONG BLACKBALLING ROBERT TREVINO AND FAMILY.

WITH MULTI MILLIONS OF DOLLARS IN FUNDING, PLUS MAKING SOME OF THEIR VICTIMS OF WRONGFUL IMPRISONMENT PAY LEGAL FEES WHILE MISREPRESENTING TO THE PUBLIC THAT THEY DO NOT CHARGE LEGAL FEES TO THE WRONGFULLY INCARCERATED, AND ALL THESE LAW UNIVERSITIES, LAW STUDENTS, PROFESSORS WITH LEGAL AID TO DISTRESSED VETERANS AND OTHER MINORITIES,AND CONTINUING ERUPTION OF MASS INCARCERATION OF WRONGFUL IMPRISONMENTS, WHY DOES IT TAKE AN OPPRESSIVE TEN YEARS TO GET ONE DISABLED VETERAN  INMATE EXONERATED ON DNA EVIDENCE THAT NEVER SHOULD HAVE BEEN ARRESTED SINCE THE DNA WAS NOT A MATCH AND THE REAL RAPIST HAD CONFESSED THAT HIS DNA WAS A MATCH AND HE WAS THE RAPIST .  tHIS WAS YEARS BEFORE TIMOTHY COLE DIED IN ILLEGAL CUSTODY?  WHY DOES IT TAKE ABOUT 5 YEARS TO EXONERATED AN INMATE ON DNA EVIDENCE WHEN THE PRISON IS A DEATH-TRAP EVEN FOR THE HEALTHIEST PERSON.  THEN THEY GET THE "FAKE

3/16/23, 1:08 PM       Gmail - TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED HISPANIC VETE...

NEWS" TO COVER THEIR MARKETING OF PUBLICITY STUNTS TO HELP RAISE MILLIONS.OF DOLLARS IN FUNDING TO EXPAND THEIR WELL ORGANIZE CRIMINAL ACTIVITIES AND STRANGLEHOLE OF THE NON-PROFIT RACKETEERING ACTIVITIES AND THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE.  .

OK, THE VA, REFUSED TO PAY FOR ROBERT'S TRANSPORTATION AND ESCORT TO THE VA HOSPITAL FOR MEDICAL BENEFITS AND EVALUATIONS TO ASSIST WITH ROBERT  MEDICAL CARE AND MRIS BECAUSE THE VA REFUSED TO PAY AND WANTED ROBERT TO PAY FOR EVERYTHING AND/OR PUT THE BURDEN ON HIS FAMILY. THE VA KNOWS THAT IMMORALLY AND ILLEGALLY DEPRIVE THE INCARCERATED VETERANS OF THEIR VA FINANCIAL AND MEDICAL BENEFITS EVEN THOUGH THE VETERANS HAD ALREADY PAID A VERY HIGH PRICE FOR THOSE SERVICES WHEN THEY BAVELY AND HONORABLY RISKING THEIR LIVES DEFENDING OUR COUNTRY AT TIME OF FOREIGN WAR.  AS PREVIOUSLY REPEATEDLY REPORTED, THE VA , EVEN BEFORE THE MALICIOUS PROSECUTION, RAILROAD AND WRONGFUL IMPRISONMENT OF ROBERT, IN COMPLICITY WITH THE STATE NEO-NATZIS GOVERNMENT OFFICIALS AIDED AND ABETTED THEM IN THE DIABOLICAL RAILROAD OF ROBERT.  THE VA AND THE DOMESTIC TERRORIST GOVERNMENT OFFICIALS WERE AWARE THAT ROBERT WOULD BE DEFRAUDED OUT OF HIS VA FINANCIAL AND MEDICAL BENEFITS UPON THEIR MALICIOUS PERSECUTION , RAILROAD, AND WRONGFULLY IMPRISONMENT OF ROBERT.  NEVERTHELESS, THE VA IN COMPLICITY, AIDED AND ABETTED THE NEO-NAZIS DOMESTIC TERRORIST GOVERNMENT OFFICIALS  IN THE RAILROAD OF ROBERT BY ILLEGALLY BATANTLY REFUSING TO AFFORD ROBERT EMERGENCY HOSPITALIZATION FOR MAJOR DEPRESSION, PTSD AND TRAUMATIC EXPERIENCE HE WAS FACING AND, LIKEWISE, EVEN ILLEGALLY DENIED ROBERT A COMPETENCY EXAMINATION IN FURTHERANCE OF THE MALICIOUS PERSECUTION AND RAILROAD OF ROBERT AND WRONGFUL IMPRISONMENT..  SUBSEQUENTLY, THEN THE  VA AND THE STATE MALICIOUSLY ILLEGALLY REFUSED TO PAY FOR VA SERVICES UNDER THE INGENIOUS ERRONEOUS EXCUSE THAT BECAUSE HE IS INCARCERATED HE WOULD HAVE TO PAY FOR TRANSPORTATION AND SECURITY.  WELL AWARE THAT THE VETERANS ALREADY PAID FOR AND ARE LEGALLY AND MORALLY ENTITLED TO THOSE SERVICES.  IT IS NOT THE RESPONSIBILITY OF THE VETERAN'S FAMILY TO PAY FOR THE VA MEDICAL AND FINANCIAL SERVICES TO THE VETERAN THAT THEY ARE DEFRAUDING AND CIMINALLY OPPRESSING IN FURTHERANCE OF GENOCIDE AND FURTHERMORE, SADISTICALLY DEFRAUDING ROBERT'S ILL-STRICKEN DEPENDANT MOTHER WHO HE WAS TAKING CARE OF AND WAS LEGALLY AND MORALLY ENTITLED TO VA BENEFITRS AS ROBERT'S DEPENDANT PARENT AND WAS LIKEWISE, DEFRAUDED AND CRIMINALLY OPPRESSED TO HER DETRIMENT AND UNNESSECARY UNTIMELY SENSELESS DEMISE AND EXPECTED HER TO PAY ROBERT HIS VA BENEFITS IS IN RIDICULE AND A MOCKERY TO ROBERT AND FAMILY. THE VA AND OTHER DOMESTIC TERRORIST GOVERNMENT OFFICIALS HAVE REPEATEDLY DEMONSTRATED THEIR CLEAR AND UNDISPUTED EVICENCE OF THE "OFF THE CHARTS" LEVEL OF DEPRAVITY, STIGMATIZED DISCRIMINATION, AND HOMICIDAL PSYCHOPATHIC CRIMINAL NATURE OF THEIR MIND AND BEHAVIOR IN FURTHERANCE OF THE RETALIATION, HARASSMENT, STIGMATIZE DISCRIMINATION, CORRUPTION, GASLIGHTING, CRIMINAL OPPRESSION, OUTRIGHT FRAUD,,SYSTEMATIC INJUSTICE AND GENOCIDE..

TO DATE, THE VA, CONTINUES TO WEAPONIZING THEIR GOVERNMENT POSITIONS IN COMPLICITY WITH THE STATE OFFENDERS TO HARASS, RETALIATE, DEFRAUD ME OF VA BENEFITS AND CRIMINALLY OPPRESS AND SEVERAL ATTEMPTED DEPRAVE HEART MURDER OF ME TO SILENCE ME AND INDUCED ME INTO SUFFERING A STROKE, WITH BRAIN BLEED AND OTHER DEBILITATING DISABILITIES, EYESTROKE, WITH DISTORTED VISION OF MY RIGHT EYE AND HEADACHES AND RIDICULE IN COLLUSION WITH NEO-NAZI GOVERNMENT DOMESTIC TERRORIST AND OTHERS IN PERPETUAL COVERT PERNICIOUS HONICIDAL PSYCHOLOGICAL WARFARE AND GENOCIDE.

AS HISPANIC TOTALLY AND PERMANENTLY DISABLED HONORABLY DISCHARGED VETERANS OF THE UNITED STATES ARMED FORCES, WE ARE LEGALLY AND MORALLY ENTITLED TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE AS OUR NATION'S SOLEMN PROMISE NEVER TO LEAVE ANY VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM AND AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS.

WE STRONGLY FEEL WE ARE JUSTLY ENTITLED TO RELIEF AND EQUAL AND COMPLETE  JUSTICE FOR ROBERT TREVINO AND FAMILY.

GLORIA  & ROBERT TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com  .

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Wed, Mar 15, 2023 at 3:20 AM
To: vip4justice@gmail.com

 Gmail

Gloria Trevino <vip4justice@gmail.com>

---

## COMPLAINT AGAINST USA - GENOCIDAL MAFIA STATE!
2 messages

---

**Gloria Trevino** <vip4justice@gmail.com>                                          Wed, Feb 8, 2023 at 12:36 PM
To: Gloria Trevino <vip4justice@gmail.com>, attorneykallinen@aol.com, USAWA Inquiries <usawainq@unhcr.org>,
"center4justice@cja.org" <center4justice@cja.org>, pio@supremecourt.gov, information@scjc.texas.gov, CDCInfo
<cdcinfo@texasbar.com>, otp.informationdesk@icc-cpi.int, cicc@coalitionfortheicc.org, 471@co.collin.tx.us, "US REP. LIZZIE
FLETCHER" <Fletcher.office@mail.house.gov>

 **COMPLAINT AGAINST USA - GENOCIDAL MAFIA STATE.pdf**
ATTORNEY RANDALL KALLINEN

MR. KALLINEN,

I WAS REFERRED TO YOU BECAUSE YOU ARE SUPPOSEDLY A SUPER LAWYER WHEN IN COMES TO CIVIL
AND HUMAN RIGHTS VIOLATIONS, WRONGFUL CONVICTIONS AND WRONGFUL DEATHS IN CUSTODY CASES.
HOWEVER, YOU STATED THAT AN INMATE COULD NOT BE EXONERATED AFTER DEATH IN CUSTODY AND DID
NOT CARE TO LISTEN TO ANY REASONS THAT THIS WAS NOT ACCURATE AND BASICALLY REFUSED TO
DISCUSS OUR CASE AND FURTHER AND SHUT ME UP.

AS I TRIED TO EXPLAIN TO YOU, TIMOTHY BRIAN COLE WAS ALSO A VETERAN WRONGFULLY
IMPRISONED FOR 23 LONG AND OPPRESSIVE YEARS AND SUBSEQUENTLY DIED IN ILLEGAL CUSTODY
BECAUSE OF INADEQUATE AND MISMANAGED HEALTH CARE IN THE PRISON SYSTEM. TIMOTHY COLE WAS
NOT ONLY POSTHUMOUSLY EXONERATED BUT HAD A TIMOTHY COLE FOUNDATION AND NEW LEGISLATION
PASSED IN HIS NAME INCREASING THE AMOUNT OF COMPENSATION FOR THE WRONGFULLY IMPRISONED
AND THEIR FAMILIES.

IN THE ROBERT TREVINO AND FAMILY CASE, THERE WAS NO WAY THAT THE STATE OF TEXAS WAS GOING TO
COMPENSATE ROBERT AND FAMILY OVER 2 PLUS MILLIONS OF DOLLARS FOR AN OPPRESSIVE LONG 27
YEARS OF MALICIOUS AND DELIBERATE PERSECUTION , WRONGFUL IMPRISONMENT, CRUEL AND INHUMANE
PUNISHMENT  AND CLEAR AND UNDISPUTED EVIDENCE OF HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND
BEHAVIOR EMBOLDENED BY THE ILLEGAL AND IMMORAL GOVERNMENT QUALIFIED IMMUNITY DOCTRINE
THAT IS BASICALLY A LICENSE TO KILL AND GET OUT OF JAIL FREE CARD AND THAT IS CONTRARY AND
BLATANTLY VIOLATES THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS
AND TURNED OUR COUNTRY INTO TYRANNICAL THIRD WORLD COUNTRY AND TAKEN MINORITIES BACK TO
THE STONE AGES AND IMPRISONED, MODERN DAY DEATH-TRAPS IN FURTHERANCE OF CRIMINAL
CONSPIRACY SCHEME OF NORMALIZATION OF STIGMATIZED DISCRIMINATION, RETALIATION, CORRUPTION,
OUTRIGHT FRAUD AND SYSTEMATIC INJUSTICE AND GANG-RAPE OF JUSTICE IN AMERICA!

THIS UGLY CASE SCENARIO AND TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG IIES" AND
"ZERO RAPE EVIDENCE" CONCOCTED BY THE NEO-NAZI  GOVERNMENT OFFICIALS AND GESTAPO AGENTS
ON PRETEXT OF JUSTICE AGAINST HIGHLY DECORATED TOTALLY DISABLED PARALYZED VETERAN AND
POLITICAL PRISONER AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE, IS NOT AN ISOLATED CASE BUT ANOTHER PERFECT
EXAMPLE OF THE NORMALIZATION OF STIGMATIZED DISCRIMINATION AND GENOCIDE OF HUNDREDS OF
THOUSANDS OF THE MOST VULNERABLE IN OUR SOCIETY BY THOSE ENTRUSTED IN PROTECTING US AND
COVER-UP.

WE CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER OUR NATION'S ENDLESS PERPETUAL DOMESTIC
TERRORIST AND PSYCHOLOGICAL WARFARE AND BLATANT VIOLATION OF SOLEMN PROMISE TO LEAVE NO
VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL PROTECTION, EQUAL
REPRESENTATION, EQUAL ACCESS TO JUSTICE FOR ALL AND FOR THE EQUAL OPPORTUNITY TO ACHIEVE
THE AMERICAN DREAM AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA
AND OUR BILL OF RIGHTS AND INSTEAD IN THEIR DEPRAVITY, RIDICULE AND MOCKERY SUBJECT US TO THE
"AMERICAN NIGHTMARE" AND " TWILIGHT ZONE" AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST
DEGREE!

Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

Gloria Trevino
12526 Olympia Dr
Houston TX 77077



February 8, 2023

**RE:    23-0386618 : 9575 Probate**

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.  If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers



Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

Gloria Trevino
12526 Olympia Dr
Houston TX 77077



February 8, 2023

**RE:    23-0386616 : 83 Prisoner's Rights**

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit. If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers



 Gmail

**Gloria Trevino <vip4justice@gmail.com>**

---

## 23-0386618 - 9575 Probate
1 message

**Houston Volunteer Lawyers** <no-reply@mg.hvlp.org>                    Wed, Feb 8, 2023 at 11:14 AM
To: Gloria Trevino <vip4justice@gmail.com>
Cc: Gabrielle McKeller <gabrielle.mckeller@hvlp.org>

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.
If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers

·

## NOEL PORTNOY
### ATTORNEY AT LAW
811 SOUTH CENTRAL EXPRESSWAY, SUITE 524
RICHARDSON, TEXAS 75080-7426
portnoynoel@gmail.com
(214) 741-3028

June 15, 2021

Re:    Gloria Treviño 6890
       12526 Olympia Drive, Houston, Texas 77077

TO WHOM IT MAY CONCERN:

The purpose of this letter is to attest to the fact that Ms. Gloria Treviño  is well capable of managing her legal and financial affairs competently and rationally, and it is not necessary that she be placed under a guardianship in order that a guardian do so.

I have represented Ms. Ttrevino, and other members of her family on her behalf, in a number of matters, including several civil disputes on her behalf, and in criminal cases on behalf of her brother Robert Treviño.  Each and every case was a legitimate dispute.

In all of these cases, I have found her to be well-informed and having a rational understanding of the factual and legal issues involved in these cases.  Ms. Treviño invariably would explain her concerns, and she contributed rationally and reasonably to her legal cause in each case. She has always exhibited a balanced judgment in dealing with the issues involved.

Furthermore, Ms. Treviño has always paid her reasonable and necessary attorney's fees as she said she would.  It is my understanding that she has a high credit worthy score.  If she pays all of her bills as well as she pays her reasonable and necessary legal fees, she should have a high credit score.

Unfortunately, according to information I received from Ms. Treviño and Mr. John Richards, an Attorney representing her in the matter, Ms. Treviño had an unpleasant experience with the salesmen of a local Ford Dealership in Houston, who took advantage of her.  These car salesmen put her under intense pressure to buy a vehicle without fully disclosing the terms of the contract and made other misrepresentations and deceptions.  They put her under undue pressure, caused her mental and emotional distress, and coerced her into signing the contract under duress that was based upon misrepresentations and trickery.  Ms. Treviño does not need a Guardian.  She is handling her affairs well, as is demonstrated by the fact that she retained a fine attorney, Mr. John Richards, to represent her in court against the Ford Dealership Defendants.

Sincerely,

Noel Portnoy

Noel Portnoy
SBN: 16162000

NP/lr

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 15, 2022

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Re: 202204149 - Gloria Trevino - Noel Portnoy

Dear Ms. Trevino:

The Office of the Chief Disciplinary Counsel of the State Bar of Texas has received your grievance against the above named lawyer.

Lawyers licensed in Texas are governed by the Texas Disciplinary Rules of Professional Conduct, and may only be disciplined when their conduct is in violation of one or more of the disciplinary rules. When a grievance is received, this office conducts an initial review to determine whether the alleged conduct would be a violation of the ethics rules. If the conduct does not allege a violation, the grievance is classified as an Inquiry and dismissed with a right to appeal the dismissal. If the conduct alleges a violation, the grievance is classified as a Complaint and investigated. We have concluded that the conduct you described is not a violation of the disciplinary rules. Thus, your grievance has been classified as an Inquiry and dismissed.

If you would like further review of your grievance, you may choose one of the following two options:

1. Amend your grievance and re-file it with additional information that will assist us in determining whether the lawyer violated the disciplinary rules. (Examples of additional information that may be helpful include: correspondence/emails between you and your lawyer, fee agreement/contract with your lawyer, the approximate date your lawyer's conduct occurred, etc.) It is not necessary to list the disciplinary rules you believe were violated. You have twenty (20) days from your receipt of this letter to re-file your amended grievance.

   OR

2. Appeal this decision to dismiss your grievance to the Board of Disciplinary Appeals. You must submit your appeal directly to the Board of Disciplinary Appeals by using the enclosed form. **You have thirty (30) days from your receipt of this letter to appeal this decision.**

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure. If you have any questions about the dismissal of your grievance, I can be reached at (877) 953-5535.

Sincerely,

D. Martinez
Assistant Disciplinary Counsel

DEM/srs

Enclosures:    BODA Appeal Form

Cc:            Mr. Noel Portnoy

# NOEL PORTNOY
### ATTORNEY AT LAW
**811 South Central Expressway**
**Suite 524    (L.B. 68)**
**Richardson, Texas 75080**
portnoynoel@gmail.com
Tel. 214-741-3028

December 15, 2015

*CERTIFIED MAIL - RRR- 7014 2870 9001 4116 1742*

Mr. Patrick Lankford
TDCJ # 01620257
James Lynaugh Unit
1098 S. Highway 2037
Ft. Stockton, Texas 79735

RE:    Robert Rodriguez Trevino

Dear Mr. Lankford:

Last week I mailed you a letter under the name Robert Lankford not Patrick Lankford. I sincerely apologize for this dumb mistake. Please take no offense. As of the writing of this letter, I do not know if it was delivered to you or not. Therefore, I am restating that letter.

I am an attorney in Dallas, Texas, and handle criminal cases. I represent Mr. Robert Rodriguez Trevino in connection with his convictions in 1995, in Ellis County, Texas. He is currently incarcerated in the Carol Young Medical Center. I understand that you were one of the witnesses against him. I also understand that before he was sentenced you drove to his family house to try to talk with him, but he could not talk with you because he was under a "no contact" order.

In any event, Mr. Trevino has asked me to discuss this and other matters and circumstances surrounding his trial and convictions with you personally.

Therefore, I am requesting your permission to visit with you personally to discuss these matters and his case with you. If you agree to let me visit/write you, or not, please respond by means of the self-addressed, stamped envelope. If you agree, I will visit you as soon as possible.

Sincerely,

Noel Portnoy

NP/lr

Dear Noel Portnoy;                    4th of March · 2017

What's up Noel? How's the world treating you? Well I got some news and a few questions for you. First, I feel like we've got a friendship but please feel free to correct me. Good that's out there.

I saw parole on the 28th of Feb · 2017. I was told it looked good so who knows. Plus I've gotten approved for a halfway house out of Midland in case my folks house falls through.

It's past time for support letters, but thank you for asking.

What's up with the whole RE: Robert Rodriguez Trevino thing? Just curious!

Now more importantly; If I want to write Robert how would you suggest I do that but without getting him in trouble? Now this is friend to friend Noel. Do you ever go by Noey? I've got another friend named Noel but we call him Noey.

I'm not sure if I can get Chris to admit he lied but I WILL try to help.

Oh yeah! can you go to Spiril Direct. com and sign me up for their free catalog? It has to be done online.

Your Friend
Patrick

# NOEL PORTNOY
### ATTORNEY AT LAW
811 South Central Expressway
Suite 524    (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

January 3, 2017

*LEGAL MAIL*

Mr. Patrick Lankford
TDCJ # 01620257
James Lynaugh Unit
1098 S. Highway 2037
Ft. Stockton, Texas 79735

RE:    Robert Rodriguez Trevino

Dear Patrick:

I had a hectic Holiday Season, thanks for asking. I hope yours was as well as could be under the circumstances. Robert's health has not improved. As a practical matter, the only charge keeping him incarcerated at this time is the affirmative finding of the deadly weapon in Chris Williams' case, which we both know is not true. Whether it can be proved not true is entirely another question.

I hope you make parole in February. Let me know if there is anyone I can contact for you that might be helpful.

Sincerely,

Noel Portnoy

NP/lr

# NOEL PORTNOY
### ATTORNEY AT LAW
811 South Central Expressway
Suite 524     (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

April 4, 2017

*LEGAL MAIL*

Mr. Patrick Lankford
TDCJ # 01620257
James Lynaugh Unit
1098 S. Highway 2037
Ft. Stockton, Texas 79735

RE:   Robert Rodriguez Trevino

Dear Patrick:

I hope you've made parole this time by the time you receive this letter. Robert is doing the same, his prospects have not improved. I would suggest that you not contact him until you are released. At that time, we can discuss all the issues more freely, and contact Robert. I also want you to know that my secretary ordered the free catalog you requested and your order reference number is: 20061466.

I hope to be in contact with you after you are released, soon.

Sincerely,

Noel Portnoy

NP/lr

**NOEL PORTNOY**
ATTORNEY AT LAW
811 South Central Expressway
Suite 524    (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

February 2, 2016

Mr. Patrick Lankford
TDCJ # 01620257
James Lynaugh Unit
1098 S. Highway 2037
Ft. Stockton, Texas 79735

RE:    Robert Rodriguez Trevino

Dear Patrick:

I enjoyed visiting with you the other day. We checked with Robert and I have permission to send the enclosed *Opinion* in the case if you care to read it or only portions of it. As regards the Statutes of Limitations question, it does not appear that there is any Statute of Limitations in Texas for aggravated sexual assault. However, after the Ellis County Grand Jury declined to indict you as regard to this charge and here we are over 20 years after the event, in my opinion it is extremely unlikely that there would be any repercussions against you, even in Ellis County.

I hope that your parole process proceeds expeditiously. I have forwarded to Robert your kind thoughts and good wishes, and I have enclosed a self addressed, stamped envelope if you wish to communicate with me by mail. When you are released, please contact me.

Sincerely,

Noel Portnoy

NP/lr

Enclosures

Dear Mr Noel Portnoy;                                    18· Dec· 2015

   Yes, I will talk to you. By Visitation only , no calls , no letters. I would be
happy to talk to you. You are correct I tried to see him before his sentenceing.



                                        Patrick Lankford


net Robert know – I hope he is okay.



                        Merry Christmas.

NOEL PORTNOY
ATTORNEY AT LAW
811 South Central Expressway
Suite 524 (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

July 28, 2017

LEGAL MAIL

*CERTIFIED MAIL - RRR-*
*7015 1730 0000 7642 5495*

Mr. Patrick Lankford
TDCJ # 01620257
Stringfellow Unit
1200 FM 655
Rosharon, Texas 77583

RE:   Robert Rodriguez Trevino

Dear Patrick:

　　　To begin with, I hope you are doing well. I am glad to see you made parole subject to your successful counseling. You asked about Robert. Robert is in a very bad way. In my opinion, he is mentally disabled, posibly due to the after effects of Vietnam War Injuries to his brain. He is physically disabled and can not take care of himself. He can barely hold a pen to write and barely shuffles along like a zombie. He has to wear adult diapers, which are changed by the nurses only when they shower him down, which is not frequently.

　　　He is kept at the Carol Young Medical facility, probably not too far from Rosharon. Legally, what we are attempting to do in this stage is to develop truthful evidence that he did not use or exhibit or threaten anyone with a firearm, in the commission of the sexual assaults for which he was convicted, I firmly believe that Robert did not threaten anyone with a firearm in the commission of these assaults.

　　　Therefore, I have prepared a *Statement of Facts* based on my notes of my interview with you last year, accompanied by a *Prisoner's Certification* in lieu of a notary public's acknowledgment. If the facts stated therein are true and correct, I would ask that you execute the same and return to me in the self-addressed, stamped envelope. If any of the facts stated are not true, please correct the statement and return to me.

Mr. Patrick Lankford
TDCJ # 01620257

July 28, 2017

Page 2

I am presuming that Shawn Langford (Lankford) was related to you, possibility your brother. I noticed that the firearm portion of his indictment was crossed out. Do you have any information whereby I could communicate with Shawn to see if he would discuss the matter with me and possibly give me a statement also. Furthermore, I would like to communicate with Chris Williams and possibly obtain a truthful statement from him also, with respect to the issue of whether or not Robert ever threatened him with a firearm. Last year, Chris Williams apparently was still in the California Penal System. I could not say where he is now, but I will attempt to locate him. Would you be interested in seeing if he would tell the truth, since he would not have anything to be afraid of now.

Thanks for your interest in this matter. We are only seeking the truth about the firearm allegation. Robert needs the truth to come out. Thanks for your help. Please let me know if you have any concerns or questions.

Sincerely,

Noel Portnoy

NP/lr

# NOEL PORTNOY
## ATTORNEY AT LAW
811 South Central Expressway
Suite 524    (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

March 5, 2019

*LEGAL MAIL*

Mr. Patrick Lankford
SID No. 05508164
c/o Dallas Transitional Center
1554 E. Langdon Road
Dallas, Texas 75241

RE:    Robert Rodriguez Trevino

Dear Patrick:

I hope you are doing well. I have been trying to get in contact with you on the last number you left, however have been unsuccessful. Do you have a new number? I am wondering if perhaps I would be permitted to visit with you.

It would be appreciated if you would give me a call at your earliest convenience. Best regards.

Sincerely,

Noel Portnoy

NP/lr

# NOEL PORTNOY
## ATTORNEY AT LAW
811 South Central Expressway
Suite 524    (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

January 29, 2019

Mr. Patrick Lankford
930 Gibb Road
Waxahachie, Texas 75167

Mr. Patrick Lankford
P. O. Box 802
Waxahachie, Texas 75165-0802

RE:    Robert Rodriguez Trevino

Dear Patrick:

I hope you are doing well. I have been trying to get in contact with you on the last number you left, however have been unsuccessful. Do you have a new number?

It would be appreciated if you would give me a call at your earliest convenience. Best regards.

Sincerely,

Noel Portnoy

NP/lr

# NOEL PORTNOY
ATTORNEY AT LAW
811 South Central Expressway
Suite 524    (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

February 21, 2018

**LEGAL MAIL**

Mr. Patrick Lankford
TDCJ # 01620257
LeBlanc Unit
3695 FM 3514
Beaumont, Texas 77705

RE:    Robert Rodriguez Trevino

Dear Patrick:

I am very glad to hear that you will be released soon. Please contact me after your release.

Sincerely,

Noel Portnoy

NP/lr

NOEL PORTNOY
ATTORNEY AT LAW
811 South Central Expressway
Suite 524 (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028


July 28, 2017

LEGAL MAIL

*CERTIFIED MAIL - RRR-
7015 1730 0000 7642 5495*

Mr. Patrick Lankford
TDCJ # 01620257
Stringfellow Unit
1200 FM 655
Rosharon, Texas 77583

RE:    Robert Rodriguez Trevino

Dear Patrick:

        To begin with, I hope you are doing well. I am glad to see you made parole subject to your successful counseling. You asked about Robert. Robert is in a very bad way. In my opinion, he is mentally disabled, posibly due to the after effects of Vietnam War Injuries to his brain. He is physically disabled and can not take care of himself. He can barely hold a pen to write and barely shuffles along like a zombie. He has to wear adult diapers, which are changed by the nurses only when they shower him down, which is not frequently.

        He is kept at the Carol Young Medical facility, probably not too far from Rosharon. Legally, what we are attempting to do in this stage is to develop truthful evidence that he did not use or exhibit or threaten anyone with a firearm, in the commission of the sexual assaults for which he was convicted, I firmly believe that Robert did not threaten anyone with a firearm in the commission of these assaults.

        Therefore, I have prepared a *Statement of Facts* based on my notes of my interview with you last year, accompanied by a *Prisoner's Certification* in lieu of a notary public's acknowledgment. If the facts stated therein are true and correct, I would ask that you execute the same and return to me in the self-addressed, stamped envelope. If any of the facts stated are not true, please correct the statement and return to me.

*Mr. Patrick Lankford*
*TDCJ # 01620257*

*July 28, 2017*

*Page 2*


     I am presuming that Shawn Langford (Lankford) was related to you, possibility your brother. I noticed that the firearm portion of his indictment was crossed out. Do you have any information whereby I could communicate with Shawn to see if he would discuss the matter with me and possibly give me a statement also. Furthermore, I would like to communicate with Chris Williams and possibly obtain a truthful statement from him also, with respect to the issue of whether or not Robert ever threatened him with a firearm. Last year, Chris Williams apparently was still in the California Penal System. I could not say where he is now, but I will attempt to locate him. Would you be interested in seeing if he would tell the truth, since he would not have anything to be afraid of now.

     Thanks for your interest in this matter. We are only seeking the truth about the firearm allegation. Robert needs the truth to come out. Thanks for your help. Please let me know if you have any concerns or questions.

                                  Sincerely,



                                  Noel Portnoy

NP/lr

7/28/over

## STATEMENT OF FACTS

My name is Patrick Lankford, TDCJ Number 1620257, currently incarcerated in the A.M. Stringfellow Unit, 1200 FM 655, Rosharon, Texas 77583. I wish to make the following statement of my own free will and accord, which to the best of my knowledge and belief is true and correct:

"I was one of the five complainants in the criminal trials against Robert Rodriguez Trevino, held in August, 1995, in the 40th Judicial District Court of Ellis County, Texas, Judge Gene Kinze presiding. The complainants in the cases besides myself (Sexual Assault of a Child), were Stacey Harris (Indecency with a Child), Shawn Langford (Sexual Assault of a Child), Shannon Russell (Sexual Assault of a Child), Christopher Williams [(1) Sexual Assault of a Child and (2) Aggravated Sexual Assault]. To my knowledge Robert Rodriguez Trevino was sentenced to 20 years TDCJ in each of these cases, except for the aggravated sexual assault in which he received life, all these sentences to run concurrently. In my case, they misspelled my name as Langford and not my correct name Lankford. (Shawn Langford's correct name is Shawn Lankford).

During the preparation and lead up to the trial by the prosecution, one of the prosecution team tried to get me to say that Robert threatened me with a firearm, which was not true. I told the prosecutor that Robert never threatened me with a firearm, that Robert would not do something like that. I told them to make sure that, in my case, there was not a charge that Robert used or threatened me with a firearm. Before or during trial when the prosecutors had begun to ask me about Robert's weapons in the house, I told them that Robert had no propensity to use weapons; so with that they "backed off" and did not pursue the matter with me, and did not ask me if I knew if Robert had

STATEMENT OF FACTS                                        PAGE 1

threatened any of the victims with a firearm. I would have told them, if questioned, that Chris would not, and did not, visit Robert's home, unless Chris knew that I was there,; that whatever the sleeping arrangements, I was close by, and in the vicinity of, Robert and Chris Williams if Chris was staying or sleeping over; and that I would have personally seen and known if Robert used or threatened anyone with a handgun, especially Chris (since we were very close friends.) Robert's home, where all of the sexual charges were alleged to have occurred, was a relatively small home, without any privacy for the occupants.. There was not a time when Christopher Williams was in that home that I was not also there with Chris. He and I were close friends and I was the one who brought him to Robert's house. Because of my proximity to Chris, I knew everything that took place between Robert and Chris. At no time did Robert ever use or threaten Christopher Williams with a firearm, no matter what else occurred between them. I was present with Chris all the time he was ever with Robert. I know these facts of my own personal knowledge, and that Robert did not threatened Chris Williams with a firearm, before, during the course of, or after, any sexual assault upon of Chris Williams.

During the trial the witnesses, of which I was one, were kept apart, other than in a witness room where someone in the DA's office was present, all to make sure that the witnesses did not compare testimony or otherwise know what the others' testimony was. However, my friend Laura Cobb (who was the daughter of the coordinator of Judge Knizes' 40th District Court at the time) stayed in the Courtroom during the testimony, and heard all of the witnesses, and reported to me what the witnesses said, including that of Chris Williams. The weapons portion of his testimony angered me, because I knew that this was a lie. Before Robert was sentenced I drove to his house with Laura Cobb in the car, to tell him that I knew that the testimony was a lie, and to see if I could help him do something about it legally, at that time. However, Robert was under a "stay away"

STATEMENT OF FACTS                                          PAGE 2

Order from me order issued by the Court and he could not communicate with me in any manner, so I was not able to tell him that I knew of Chris Williams' lie about the threat by firearm. Further, before the trial was over, after Laura Cobb had told me what Chris Williams had said about Robert threatening him with the handgun, and while "everyone" was still in the Courthouse, I confronted Chris in the hallway, and asked him "Why did you say Robert threatened you with a gun" and Chris replied "Because I was scared". I knew, and still know, this to mean that Chris Williams was afraid that the District Attorney's office would charge him with a burglary case of which he knew that they could prove him guilty, (and of which I was personally familiar with the facts), if he, Chris Williams, did not testify untruthfully that Robert had threatened him with a firearm.

<div style="text-align: right;">

PATRICK LANKFORD
TDCJ No. 1620257

</div>

### DECLARATION OF FACTS

My name is Patrick Lankford, TDCJ Number 1620257, currently incarcerated in the LeBlanc Unit, 3695 FM 3514, Beaumont, Jefferson County, Texas 77705. I wish to make the following statement of my own free will and accord, which to the best of my knowledge and belief is true and correct:

"I was one of the five complainants in the criminal trials against Robert Rodriguez Trevino, held in August, 1995, in the 40th Judicial District Court of Ellis County, Texas, Judge Gene Kinze presiding. The complainants in the cases besides myself (Sexual Assault of a Child), were Stacey Harris (Indecency with a Child), Shawn Langford (Sexual Assault of a Child), Shannon Russell (Sexual Assault of a Child), Christopher Williams [(1) Sexual Assault of a Child and (2) Aggravated Sexual Assault]. To my knowledge Robert Rodriguez Trevino was sentenced to 20 years TDCJ in each of these cases, except for the aggravated sexual assault in which he received life, all these sentences to run concurrently. In my case, they misspelled my name as Langford and not my correct name Lankford. (Shawn Langford's correct name is Shawn Lankford).

During the preparation and lead up to the trial by the prosecution, one of the prosecution team asked me about a fire arm and if Robert would use one. I told the prosecutor that Robert never threatened me with a firearm, that Robert would not do something like that. I believe the prosecutor believed that. Before or during trial when the prosecutors had begun to ask me about Robert's weapons in the house, I told them that Robert had no propensity to use weapons. I found out later that the detectives on the case told Chris if was lying he would get into trouble. Chris swore he

STATEMENT OF FACTS                                              PAGE 1

wasn't. If questioned, that Chris would not, and did not, visit Robert's home, unless Chris knew that I was there,; that whatever the sleeping arrangements, I was close by, and in the vicinity of, Robert and Chris Williams if Chris was staying or sleeping over; and that I would have personally seen and known if Robert used or threatened anyone with a handgun, especially Chris (since we were very close friends.) Robert's home, where all of the sexual charges were alleged to have occurred, was a relatively small home. There was not a time when Christopher Williams was in that home that I was not also there with Chris that I know of. He and I were close friends and I was the one who brought him to Robert's house. At no time did Robert ever use or threaten Christopher Williams with a firearm, no matter what else occurred between them. I walked in on them. I know these facts of my own personal knowledge, and that Robert did not threatened Chris Williams with a firearm, before, during the course of, or after, any sexual assault upon Chris Williams.

During the trial the witnesses, of which I was one, were kept apart, other than in a witness room where someone in the DA's office was present, all to make sure that the witnesses did not compare testimony or otherwise know what the others' testimony was. However, my friend Laura Cobb stayed in the Courtroom during the testimony, and heard all of the witnesses being asked only about the gun, including that of Chris Williams. The weapons portion of his testimony angered me, because I knew that this was a lie. Before Robert was sentenced I drove to his house with Laura Cobb in the car, to tell him that I knew that the testimony was a lie, and to see if I could help him do something about it legally, at that time. However, Robert was under a "stay away" Order from me order issued by the Court and he could not communicate with me in any manner, so I was not able to tell him that I knew of Chris Williams' lie about the threat by firearm. Further, before the trial was over, after Laura Cobb had told me what Chris Williams had said about Robert threatening him

with the handgun, and while "everyone" was still in the Courthouse, I confronted Chris in the hallway, and asked him "Why did you say Robert threatened you with a gun" and Chris replied "Because I was scared". I knew, and still know, this to mean that Chris Williams was afraid that the District Attorney's office would charge him with a burglary case of which he knew that they could prove him guilty, (and of which I was personally familiar with the facts).

PATRICK LANKFORD
TDCJ No. 1620257

My name is Patrick Lankford, my date of birth is May 2, 1977, and my inmate identifying number, if any, is 01620257. I am presently incarcerated in the LeBlanc Unit, in Beaumont, Jefferson County, Texas, 77705. I declare under penalty of perjury that the following is true and correct.

Executed on the _____ day of _____, 20_____.

PATRICK LANKFORD
TDCJ No. 1620257
Declarant

STATEMENT OF FACTS                                                  PAGE 3

# NOEL PORTNOY
### ATTORNEY AT LAW
811 South Central Expressway
Suite 524    (L.B. 68)
Richardson, Texas 75080
portnoynoel@gmail.com
Tel. 214-741-3028

April 4, 2017

*LEGAL MAIL*

Mr. Patrick Lankford
TDCJ # 01620257
James Lynaugh Unit
1098 S. Highway 2037
Ft. Stockton, Texas 79735

RE:    Robert Rodriguez Trevino

Dear Patrick:

      I hope you've made parole this time by the time you receive this letter. Robert is doing the same, his prospects have not improved. I would suggest that you not contact him until you are released. At that time, we can discuss all the issues more freely, and contact Robert. I also want you to know that my secretary ordered the free catalog you requested and your order reference number is: 20061466.

      I hope to be in contact with you after you are released, soon.

                      Sincerely,

                      Noel Portnoy

NP/lr

# County's chief prosecutor joining FBI

by PATRICIA C. STUMB
Daily Light News Editor



The road to Washington D.C. evidently goes right through the Ellis County District Attorney's office.

Three of the past four prosecutors to leave that office have gone on to work in the nation's capital. The latest in that string is chief felony prosecutor Steve Marshall, who has worked in Waxahachie for the past year.

Marshall — just like former misdemeanor prosecutor Steve Vedral who resigned from the DA's office about a month ago — is leaving to become a special agent with the FBI. That designation will come after 15

See FBI, Page 10

Assistant D.A. Steve Marshall will become an FBI special agent.

Patricia C. Stumb/Daily Light

# FBI

Continued from Page 1

grueling weeks of physical and academic training.

"I'm not that concerned about the academic aspect of it," Marshall said. "I've been practicing law for 11 years, so I should have that part down. The most challenging part for me, an almost 35-year-old man, is the physical fitness part.

"It makes me wish I had taken better care of myself. There's an office pool going on how long I'll last before I kill myself. I'm betting on 12 weeks."

When Marshall accepted the chief felony prosecutor's position — which was vacated by Clay Strange who is now heads the DNA technical assistance unit for the National District Attorneys Association — he had already sent in an application to be a special agent with the FBI.

The competition is very stiff. Marshall said there were 30,000 applicants for 1,300 job openings with the federal agency.

If he hadn't made the cut in this round of hires, Marshall feels certain his childhood dream of being an FBI agent wouldn't have been realized. The cutoff date is 37.

"I guess every kid who grew up in the '60s wanted to be Efram Zimbalist Jr.," the 1984 Texas Tech Law School graduate said. "I've thought about doing this for a while.

"I've got a great job right now, and there's no better person to work for than (District Attorney) Joe Grubbs. I've got a great staff, and I've enjoyed every minute of working with (felony prosecutor) Lacy Buckingham. I can't think of another job offer that would cause me to quit this."

Marshall worked in the Tarrant County District Attorney's Office for almost 10 years before going into private practice for about six months.

After Marshall completes training at FBI headquarters in Quantico, Va., he does where he'll be sent or what he'll be doing. He hopes it will be investigating violent crime.

"That's the part about being a prosecutor that I liked best," the Houston native said. "I've enjoyed the courtroom, but I've done that for 11 years, and I'm ready to move on. The courtroom is a very limited part of the process."

Marshall he looks forward to the extended resources the FBI has to handle case investigations.

"When working with the FBI in the gang unit in Tarrant County, I was impressed with their resources and abilities," he said. "It will be great to have the means to investigate cases as they should be. Local government — especially in Tarrant County — didn't have those resources.

"There's a limited amount of money locally which can never match what the federal government has access to."

# VETERANS IN PETITION FOR JUSTICE

Gloria Trevino, Founder -- 12526 Olympia Drive -- Houston, Texas 77077
(713)309-5962, email: vip4justice@gmail.com

## JUAN ANTONIO TREVINO, DOB, JAN. 8, 1948 -- MURDERED OCT. 22, 2012
### VICTIM OF DEPRAVE HEART MURDER
by Defendants from the Ellis County Jail
Photo was taken after previous Rodney King style Waxahachie police brutality attack on Juan.



"With Liberty and Justice for All"

Buffalo *Creek* 4    *Call for today's showtimes...*    **938-LINE**

| *Now Playing...* | "Fair Game", "Get Shorty", "Three Wishes", "Vampire in Brooklyn" | *Starts Fri., Nov. 10th:* "Ace Ventura: When Nature Calls" *starring Jim Carrey* |

507 N. Hwy. 77 • Northgate Plaza • 938-LINE    See ad on back page of this newspaper for times

## ⌐SPORTS
WHS cross country team heads to regionals/ Page 5A

## ⌐STATE
13-year-old convicted in death of youths/ Page 3A

# The Waxahachie Daily Light

| Volume 105, Number 103 | Friday, November 3, 1995 | 16 pages in 2 sections | 50 cents/ 32 cents home delivery |

## WIGGINS

*Continued from Page 1*

Wiggins holds the rank of corporal in the Criminal Investigations Division for crimes against persons.

"I definitely like this best," Wiggins said of her current assignment. "The opportunity to serve people is much greater. You don't just go out and take a report before telling a complainant that an investigator will be contacting them. We get to pretty much do it all from back here."

Wiggins specializes in Waxahachie's sex crimes and offenses involving children.

"Kind of like everything else, there are some things women do better and others things that men excel at," Wiggins said. "Some jobs just have my name on them and the men step back and let me do them and vice-versa.

"There have been a lot of tough times in my years as a female officer. Every now and then a new officer comes on board, and I have to prove myself all over again. You have to show them you can function as well as a man, and then they are easier to work with. I think this was definitely a vote of confidence from the other officers."

Wiggins' superiors say she need not worry about their confidence in her.

"What can you say — she's dedicated, hard-working, and she's been involved in several very hard cases which she has investigated meticulously," Police Chief Allwin Barrow said. "Her complete investigations are put together extremely well and ready to prosecute. She goes out of her way to help other officers, and she is the kind of officer other employees go to for advice and help."

Wiggins was not the only person who received an award or commendation for her service.

Kay Dillon was named Civilian Employee of the Year.

Bob Dayton was named Reserve Officer of the Year.

Tim Lamkin, David Bittle, Ron Turbeville, Daniel Burgess, Russell Poynor, Bobby Milam, Joe Bill Wiser, Steve Stone, Todd Woodruff, Dean Settlemyer, Richard Segura and Gary Bray also received awards for their service and achievements.

## Police Officer of the Year

### Wiggins says she's had to prove herself

By BARTON CROMEENS
*Daily Light Staff Writer*



Barton Cromeens/The Daily Light
**Billie Wiggins** is the first woman to earn Police Officer of the Year honor in Waxahachie.

Billie Wiggins' tenure at the Waxahachie Police Department has witnessed a number of firsts. She was the first female officer to carry rank and she was the first female detective.

On Thursday, Billie was named Police Officer of the Year. That too, was a first for a female police officer with the City of Waxahachie.

"I was a little surprised when I heard I had been voted as police officer of the year," Wiggins said. "I've been busier in the past year than I ever have with the department, and I've been very fortunate to remove some people from the streets that would have continued being offenders. I had the opportunity to put them where they belonged, and I worked very hard to do it. I feel that I have really been able to serve the citizens of Waxahachie to the best of my ability."

Wiggins has worked for the Waxahachie Police for eight years. About four of the eight years were served in a patrol capacity. Four years of Wiggins' employment have been spent in criminal investigation — the area to

# ONE STEP AT A TIME

### WHS marching band takes near miss in stride, relishes best-ever finish

By KENNETH VINCENT
*Daily Light Staff Writer*

The "Spirit of Waxahachie" high school marching band is about more than a halftime show, members say, and recent competitions place this year's band among the best ever





# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

P.O. Box 99 • Huntsville, Texas 77342-0099

Wayne Scott
Executive Director

June 12, 1998

The Honorable Martin Frost
Member, U. S. House of Representatives
400 South Zang Boulevard, Suite 506
Dallas, Texas 75208

RE:     Offender Robert Trevino
        TDCJ-ID# 729766
        Stiles Facility

Dear Congressman Frost:

Your correspondence to Warden Keaton, Stiles Facility, has been forwarded to the Texas Department of Criminal Justice (TDCJ) Health Services Division for investigation. In it, you request information regarding the process in place for offenders to be seen at Department of Veterans Affairs (VA) health care facilities.

Our research indicates that the offender must initiate contact with a VA facility close to their TDCJ facility of assignment. As Mr. Harper alluded to in his correspondence, TDCJ must provide the escort to the VA facility, and the escort officers are armed because the patient is also a convicted felon. The offender must get permission from the VA facility for armed escort officers to be present in their facility. If the VA facility agrees to the armed escort, an appointment is scheduled and the VA contacts TDCJ. TDCJ Transportation will then arrange for the escort. The offenders are only allowed outpatient visits at VA facilities. Upon return to the TDCJ facility of assignment, the facility health care provider reviews the VA recommendations, if any, and determines if the recommendations are to be incorporated into the offender treatment plan.

We are taking the liberty of forwarding a copy of this correspondence to Warden Keaton, however, will leave the response to the family in your hands. Should you require further assistance with issues regarding access to health care for offenders, please do not hesitate to contact us.

Sincerely,

*Donna Vallie*

Donna Vallie
Investigator V, Patient Liaison Program
Office of Professional Standards
Health Services

DV/sp

Xc:     Warden Keaton
        L. Linthicum, M.D.
        Facility Medical Management Team

Reference No.: 980072976600003

*Waxahachie Daily Light*

Thurs. 4-27-95

# FBI probing police over Trevino case

**By ALLAN TAYLOR**
*Daily Light Managing Editor*

A Waxahachie police administrator confirmed Wednesday that the department is being investigated for alleged civil rights violations of accused sexual offender Roberto Rodriguez Trevino.

Less than 24 hours after handing over arrest and incarceration data to the FBI, Deputy Chief Brett Colston said the department remains "confident that the case was handled properly."

"All the requirements were met (Tuesday) — we were totally cooperative with the FBI case investiga-

tor," Colston said. "We feel like there was no wrong doing on our part and we're looking forward to being totally vindicated of any civil rights violations."

Colston said local officials will now await word from the U.S. Justice Department, which should receive the FBI's preliminary report within 21 days.

While police were characterizing the allegations as unfounded, Trevino's defense attorney was apparently learning of the suit for the first time. Contacted at his Houston office Wednesday, John

*See FBI, Page 10*

# FBI

*Continued from Page 1*

Dixon said he "had no idea that any complaint had been filed."

"If indeed there has been a suit filed, then it was done beyond my knowledge, and I'm disappointed that something like that would occur without me being made aware of it," Dixon said.

After filing a motion for change of venue March 17, Dixon said the charges against Trevino were merely repercussions for his client's past criticism of the department. Dixon also questioned whether Trevino was being provided with adequate medical

care during the incarceration and threatened to carry to the U.S. Attorney General's office.

But despite the allegations, Dixon maintained Wednesday that he was unaware of Trevino's civil rights suit.

"Any civil rights lawsuit filed on behalf of Mr. Trevino was not initiated by his attorney," Dixon said.

Police arrested the 48-year-old

Trevino Feb. 9 at his Waxahachie home and bond was set at $425,000.

Trevino was indicted March 1 on more than 24 counts ranging from sexual assault to indecency with a child after five minors reportedly testified against him before an Ellis County grand jury.

Trevino was released from jail in April when bond was lowered to $70,000.

# County's chief prosecutor joining FBI

**By PATRICIA C. STUMB**
*Daily Light News Editor*

The road to Washington D.C. evidently goes right through the Ellis County District Attorney's office.

Three of the past four prosecutors to leave that office have gone on to work in the nation's capital. The latest in that string is chief felony prosecutor Steve Marshall, who has worked in Waxahachie for the past year.

Marshall — just like former misdemeanor prosecutor Steve Vedral, who resigned from the DA's office about a month ago — is leaving to become a special agent with the FBI. That designation will come after 15

*See FBI, Page 10*

Assistant D.A. Steve Marshall will become an FBI special agent.

# FBI

*Continued from Page 1*

grueling weeks of physical and academic training.

"I'm not that concerned about the academic aspect of it," Marshall said. "I've been practicing law for 11 years, so I should have that part down. The most challenging part for me, an almost 35-year-old man, is the physical fitness part.

"It makes me wish I had taken better care of myself. There's an office pool going on how long I'll last before I kill myself. I'm betting on 12 weeks."

When Marshall accepted the chief felony prosecutor's position — which was vacated by Clay Strange who is now heads the DNA technical assistance unit for the National District Attorneys Association — he had already sent in an application to be a special agent with the FBI.

The competition is very stiff. Marshall said there were 30,000 applicants for 1,300 job openings with the federal agency.

If he hadn't made the cut in this round of hires, Marshall feels certain his childhood dream of being an FBI agent wouldn't have been realized. The cutoff date is 37.

"I guess every kid who grew up in the '60s wanted to be Efram Zimbalist Jr.," the 1984 Texas Tech Law School graduate said. "I've thought about doing this for a while.

"I've got a great job right now, and there's no better person to work for than (District Attorney) Joe Grubbs. I've got a great staff, and I've enjoyed every minute of working with (felony prosecutor) Lacy Buckingham. I can't think of another job offer that would cause me to quit this."

Marshall worked in the Tarrant County District Attorney's Office for almost 10 years before going into private practice for about six months.

After Marshall's completing at FBI headquarters Quantico, Va., he does where he'll go nor up where doing. He hopes it will investigating violent crime.

"That's the part about being a prosecutor that I liked best," the Houston native said. "I've enjoyed the courtroom, but I've done that for 11 years, and I'm ready to move on. The courtroom is a very limited part of the process."

Marshall he looks forward to the extended resources the FBI has to handle case investigations.

"When working with the FBI in the gang unit in Tarrant County, I was impressed with their resources and abilities," he said. "It will be great to have the means to investigate cases as they should be. Local government — especially in Tarrant County — didn't have those resources.

"There's a limited amount of money locally which can never match what the federal government has access to."

https://www.santafenewmexican.com/news/local_news/ex-fbi-agent-to-head-law-enforcement-academy/article_8f022839-628e-558a-9bfd-dadbd6ea2751.html

# EX-FBI agent to head Law Enforcement Academy

By Andrew Oxford
The New Mexican
Apr 29, 2016



Stephan Marshall

The secretary of the state Department of Public Safety has tapped a former FBI agent to lead the New Mexico Law Enforcement Academy.

**VETERANS IN PETITION FOR JUSTICE**
Gloria Trevino, Founder – 12526 Olympia Drive – Houston, Texas  77077
(713)309-5962, email: vip4justice@gmail.com

**JUAN ANTONIO TREVINO, DOB, JAN. 8, 1948 – MURDERED OCT. 22, 2012**
<u>VICTIM OF DEPRAVE HEART MURDER</u>
by **Defendants from the Ellis County Jail**
Photo was taken after previous Rodney King style Waxahachie police brutality attack on Juan.



"With Liberty and Justice for All"

2201 C. ST., N.W.
WASHINGTON, D.C. 20520

# COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS

Houstonian files request for UN review of the unlawful imprisonment



## ROBERTO RODRIGUEZ TREVINO
Born June 7, 1946



UNITED STATES MARINES - HONORABLE DISCHARGE
Sept. 23, 1968 - Sept. 22, 1972, (Vietnam Era)

VICTIMS IN PETITION FOR JUSTICE
GLORIA TREVINO
12526 OLYMPIA DR.
HOUSTON, TEXAS 77077
(281)752-8884

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA TREVIÑO and | § | |
| JULIO TREVIÑO | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:14-CV-03795-M |
| ELLIS COUNTY, TEXAS through | § | |
| JOHNNY BROWN in his official capacity | § | |
| as Sheriff of Ellis County Texas and official | § | |
| in charge of the Ellis County Jail, and | § | |
| HARRY OGDEN, both individually | § | PLAINTIFFS DEMAND A JURY |
| and in his official capacity as Captain | § | |
| of the Ellis County Jail, and | § | |
| DR. FORTNER in his individual capacity | § | |
| | § | |
| **Defendants** | § | |

## SECOND AMENDED COMPLAINT WITH JURY DEMAND

Plaintiff s Gloria Treviño and Julio Treviño, as heirs to Decedent Juan Treviño pursuant to

Texas Civil Practices and Remedies Code §71.021, file this second amended complaint pursuant to

Federal Rule of Procedure 15(a)(1)(A) against Ellis County, Texas by and through Johnny Brown

in his official capacity as Sheriff of Ellis County, Texas and in charge of the Ellis County Jail, known

as the Wayne McCollum Center as well as individually, and against Captain Harry Ogden in both his

official and in his individual capacities of being in charge of the Ellis County Jail and against Dr.

Fortner individually as provider of medical treatment in jail and addition.

In addition, Plaintiffs add Defendant Baylor Medical Center at Waxahachie.

There has as yet been no service; however, Defendants Johnny Brown and Harry Ogden have

now waived service. This First Amended Complaint is within the 21 days for service.

## I.   PARTIES

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA TREVIÑO and | § | |
| JULIO TREVIÑO | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:14-CV-03795-M |
| ELLIS COUNTY, TEXAS through | § | |
| JOHNNY BROWN in his official capacity | § | |
| as Sheriff of Ellis County Texas and official | § | |
| in charge of the Ellis County Jail, and | § | |
| HARRY OGDEN, both individually | § | PLAINTIFFS DEMAND A JURY |
| and in his official capacity as Captain | § | |
| of the Ellis County Jail, and | § | |
| DR. FORTNER in his individual capacity | § | |
| | § | |
|     Defendants | § | |

SECOND AMENDED COMPLAINT WITH JURY DEMAND

Plaintiff's Gloria Treviño and Julio Treviño, as heirs to Decedent Juan Treviño pursuant to

Texas Civil Practices and Remedies Code §71.021, file this second amended complaint pursuant to

Federal Rule of Procedure 15(a)(1)(A) against Ellis County, Texas by and through Johnny Brown

in his official capacity as Sheriff of Ellis County, Texas and in charge of the Ellis County Jail, known

as the Wayne McCollum Center as well as individually, and against Captain Harry Ogden in both his

official and in his individual capacities of being in charge of the Ellis County Jail and against Dr.

Fortner individually as provider of medical treatment in jail and addition.

In addition, Plaintiffs add Defendant Baylor Medical Center at Waxahachie.

There has as yet been no service; however, Defendants Johnny Brown and Harry Ogden have

now waived service. This First Amended Complaint is within the 21 days for service.

I.      PARTIES

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 1

EXHIBIT 1

1.    Plaintiffs are Gloria Treviño and Julio Treviño. Plaintiffs are two of the surviving siblings of decedent Juan Treviño, who died as a result of the actions of Defendants in violation of his due process rights and Section 1983. The only surviving family members of Juan Treviño are his nine brothers and sisters: Julio Treviño, Gloria Treviño, Joe Treviño, Carlos Treviño, Rick Treviño, Olga Treviño Dixon, Dolores Treviño Helms and Maria Virginia Treviño Moreno. These nine are Juan Treviño's sole heirs. Juan Treviño was a prisoner in the Ellis County jail and under its care and medical supervision and who died on October 22, 2012. Plaintiffs are authorized to bring this lawsuit pursuant to Texas Civil Practices and Remedies Code §71.021 for the nine heirs of Juan Treviño. In addition, a request for appointment of administrator is pending in Ellis County and it is anticipated that Noel Portnoy, Texas State Bar No. 16162000, will be appointed administrator of the estate of Juan Treviño and as such he will be entitled to replace Plaintiffs in this action.

2.    Defendant Ellis County is a County in the State of Texas which operates a Jail Facility known as the Wayne McCollum Detention Center. Johnny Brown is the Sheriff of Ellis County and has overall charge of the jail facility and its staff. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including their right to medical care. Sheriff Brown is being sued in both his individual and official capacity. Sheriff Brown's address is 300 S Jackson St, Waxahachie, TX 75165

3.    Defendant Harry Ogden is the Captain in the Sheriff's department directly in charge of the jail facilities. As such, Ogden is in Charge is responsible for protecting the constitutional rights of all persons held in the jail, including their right to medical care. is being sued in both his individual and official capacity. Captain Ogden's address is 300 S Jackson St,

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 2

EXHIBIT 1

1.   Plaintiffs are Gloria Treviño and Julio Treviño. Plaintiffs are two of the surviving siblings of decedent Juan Treviño, who died as a result of the actions of Defendants in violation of his due process rights and Section 1983. The only surviving family members of Juan Treviño are his nine brothers and sisters: Julio Treviño, Gloria Treviño, Joe Treviño, Carlos Treviño, Rick Treviño, Olga Treviño Dixon, Dolores Treviño Helms and Maria Virginia Treviño Moreno. These nine are Juan Treviño's sole heirs. Juan Treviño was a prisoner in the Ellis County jail and under its care and medical supervision and who died on October 22, 2012. Plaintiffs are authorized to bring this lawsuit pursuant to Texas Civil Practices and Remedies Code §71.021 for the nine heirs of Juan Treviño. In addition, a request for appointment of administrator is pending in Ellis County and it is anticipated that Noel Portnoy, Texas State Bar No. 16162000, will be appointed administrator of the estate of Juan Treviño and as such he will be entitled to replace Plaintiffs in this action.

2.   Defendant Ellis County is a County in the State of Texas which operates a Jail Facility known as the Wayne McCollum Detention Center. Johnny Brown is the Sheriff of Ellis County and has overall charge of the jail facility and its staff. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including their right to medical care. Sheriff Brown is being sued in both his individual and official capacity. Sheriff Brown's address is 300 S Jackson St, Waxahachie, TX 75165

3.   Defendant Harry Ogden is the Captain in the Sheriff's department directly in charge of the jail facilities. As such, Ogden is in Charge is responsible for protecting the constitutional rights of all persons held in the jail, including their right to medical care. is being sued in both his individual and official capacity.   Captain Ogden's address is 300 S Jackson St,

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 2

EXHIBIT 1

Waxahachie, TX 75165.

4.       Defendant Dr. Fortner (first name unknown, and whose last name may be Porter) is, upon

information and belief, the medical doctor who supervises medical treatment for inmates in

the Ellis County jail. Dr. Fortner's address is 300 S Jackson St, Waxahachie, TX 75165.

II.      VENUE

Venue is proper under 28 U.S. CODE § 1391(b)(1) and (2) because Defendants are located

and reside in Ellis County and a  substantial part of the events or omissions giving rise to the claim

occurred in Ellis County, Texas , which lies within the United States District Court for the Northern

District of Texas, Dallas Division.

III.     JURISDICTION

Jurisdiction is proper under 28 U.S.C. §1331 because this is a civil action which arises under

42 U.S.C. §1983.

IV.      STATEMENT OF BASIC FACTS

1.       This case concerns the depravation of Juan A. Treviño's civil rights by Defendants resulting

in his death.  Juan Treviño died on October 22, 2012 in Ellis County.  During 2011 and 2012

he was incarcerated in the Ellis County Jail, there because of an alleged violation of a

conviction in Nueces County Texas.  While Juan Treviño was in the Ellis County jail, he had

a series of serious and indeed life threatening medical conditions which the Jail and its

officials failed to treat . Upon information and belief, these individuals were Captain Ogden

and Doctor Fortner.  These officials exhibited deliberate and conscious indifference to Juan

Treviño's medical condition which resulted in unnecessary suffering and pain ultimately

resulting in his death .

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 3

EXHIBIT 1

Waxahachie, TX 75165.

4.  Defendant Dr. Fortner (first name unknown, and whose last name may be Porter) is, upon information and belief, the medical doctor who supervises medical treatment for inmates in the Ellis County jail. Dr. Fortner's address is 300 S Jackson St, Waxahachie, TX 75165.

II.  **VENUE**

Venue is proper under 28 U.S. CODE § 1391(b)(1) and (2) because Defendants are located and reside in Ellis County and a substantial part of the events or omissions giving rise to the claim occurred in Ellis County, Texas , which lies within the United States District Court for the Northern District of Texas, Dallas Division.

III.  **JURISDICTION**

Jurisdiction is proper under 28 U.S.C. §1331 because this is a civil action which arises under 42 U.S.C. §1983.

IV.  **STATEMENT OF BASIC FACTS**

1.  This case concerns the depravation of Juan A. Treviño's civil rights by Defendants resulting in his death. Juan Treviño died on October 22, 2012 in Ellis County. During 2011 and 2012 he was incarcerated in the Ellis County Jail, there because of an alleged violation of a conviction in Nueces County Texas. While Juan Treviño was in the Ellis County jail, he had a series of serious and indeed life threatening medical conditions which the Jail and its officials failed to treat . Upon information and belief, these individuals were Captain Ogden and Doctor Fortner. These officials exhibited deliberate and conscious indifference to Juan Treviño's medical condition which resulted in unnecessary suffering and pain ultimately resulting in his death .

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 3

**EXHIBIT 1**

2.  Ellis County, the Ellis County Jail, Sheriff Brown and Captain Ogden are responsible for enforcing the requirements under Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements, and providing for proper medical services and efficient and proper care for acute and emergency situations, as well as developing and implementing a health services plan. They failed to do this in the case of Juan Treviño as set forth above.

3.  There have been numerous prior incidents of "failure of medical care" at the Ellis County Jail, including allegations which brought the issue to the attention of Ellis County in the following cases: Lohman v. Ellis County Jail, 3:12-CV-5285; Rogers v. Brown, 3:12-CV- 2458; John L. Moore v. State of Texas; 3:11-CV-00749-M and this indicates a pattern.

4.  The practices and customs in the Ellis County jail were to ignore the care required under the requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements of that Chapter because of the failure to respond and treat Juan Treviño and other prisoners of easily identified and visible health problems and upon information and belief, failure to follow the required health service plan required to be developed by the jail. In addition, the custom is to ignore the requirements to provide proper health care required by the Eight and Fourteenth Amendments to the United States Constitution.   Juan Treviño's medical conditions were both known to the Jail and were visible. Towards the end of his life and time at the jail he was undergoing a rapid weight loss indicative of some serious medical condition and he constantly complained about them but was given improper treatment. His visible appearance was that of a seriously sick man and was apparent to any normal person. It was the custom of Ellis County and the jail to ignore

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 4

EXHIBIT 1

2.    Ellis County, the Ellis County Jail, Sheriff Brown and Captain Ogden are responsible for

enforcing the requirements under Texas Administrative Code Title 37, Part 9, Chapter 273,

§273.1, §273.2 and the Health Services Plan Requirements, and providing for proper medical

services and efficient and proper care for acute and emergency situations, as well as

developing and implementing a health services plan. They failed to do this in the case of Juan

Treviño as set forth above.

3.    There have been numerous prior incidents of "failure of medical care" at the Ellis County Jail,

including allegations which brought the issue to the attention of Ellis County in the following

cases: Lohman v. Ellis County Jail, 3:12-CV-5285; Rogers v. Brown, 3:12-CV- 2458; John

L. Moore v. State of Texas; 3:11-CV-00749-M and this indicates a pattern.

4.    The practices and customs in the Ellis County jail were to ignore the care required under the

requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and

the Health Services Plan Requirements of that Chapter because of the failure to respond and

treat Juan Treviño and other prisoners of easily identified and visible health problems and

upon information and belief, failure to follow the required health service plan required to be

developed by the jail. In addition, the custom is to ignore the requirements to provide proper

health care required by the Eight and Fourteenth Amendments to the United States

Constitution. Juan Treviño's medical conditions were both known to the Jail and were

visible. Towards the end of his life and time at the jail he was undergoing a rapid weight loss

indicative of some serious medical condition and he constantly complained about them but

was given improper treatment. His visible appearance was that of a seriously sick man and

was apparent to any normal person. It was the custom of Ellis County and the jail to ignore

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 4

EXHIBIT 1

these issue and wait for the prisoner to be released from the jail to get necessary medical relief and this was told to Juan Treviño by the jail doctor when he said that as soon as Treviño got out of jail he should see a doctor but he couldn't do anything because he worked for the sheriff's department. This constitutes an official policy or practice of Ellis County and the Ellis County Jail which is in direct violation Treviño's constitutional rights and rights under state law.

5.    Juan Treviño was diabetic. The Jail failed to properly treat Juan Treviño's diabetes by failing to give him proper doses of insulin which potentially resulted in his development of non-Hodgkin's lymphoma. The jail failed to treat heart disease and congestive heart failure. Juan Treviño asked to see a doctor many times. When he did see a doctor he was denied medication for pain. Juan Treviño's serious declining medical condition was open and obvious to anyone and he lost excessive weight while in the Jail.

6.    Doctor Fortner was, on information and belief, the person who visited Juan Treviño and instead of assuring he received the necessary medical treatment for his conditions, which included diabetes and other conditions, would tell him he should see a doctor rather than providing or assuring that Mr. Treviño received the proper treatment at the jail or though its medical providers. This was more than the mere exercise of medical judgment or discretion but was instead conscious indifference to Mr. Treviño's extremely serious medical conditions resulting in unnecessary suffering and pain ultimate resulting in his death.

7.    Because of the conscious indifference, Juan Treviño's medical condition continued to deteriorate so that by the fall of 2012, his condition was apparently immediately terminal. However, rather than attempting to treat Juan Treviño in Waxahachie at the Baylor Medical

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 5

EXHIBIT 1

these issue and wait for the prisoner to be released from the jail to get necessary medical relief and this was told to Juan Treviño by the jail doctor when he said that as soon as Treviño got out of jail he should see a doctor but he couldn't do anything because he worked for the sheriff's department. This constitutes an official policy or practice of Ellis County and the Ellis County Jail which is in direct violation Treviño's constitutional rights and rights under state law.

5.     Juan Treviño was diabetic. The Jail failed to properly treat Juan Treviño's diabetes by failing to give him proper doses of insulin which potentially resulted in his development of non-Hodgkin's lymphoma. The jail failed to treat heart disease and congestive heart failure. Juan Treviño asked to see a doctor many times. When he did see a doctor he was denied medication for pain. Juan Treviño's serious declining medical condition was open and obvious to anyone and he lost excessive weight while in the Jail.

6.     Doctor Fortner was, on information and belief, the person who visited Juan Treviño and instead of assuring he received the necessary medical treatment for his conditions, which included diabetes and other conditions, would tell him he should see a doctor rather than providing or assuring that Mr. Treviño received the proper treatment at the jail or though its medical providers. This was more than the mere exercise of medical judgment or discretion but was instead conscious indifference to Mr. Treviño's extremely serious medical conditions resulting in unnecessary suffering and pain ultimate resulting in his death.

7.     Because of the conscious indifference, Juan Treviño's medical condition continued to deteriorate so that by the fall of 2012, his condition was apparently immediately terminal. However, rather than attempting to treat Juan Treviño in Waxahachie at the Baylor Medical

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 5

EXHIBIT 1

Center there, the officials, which upon information and belief were Defendants Brown, Ogden and Fortner, had him callously transferred him to officials in Nueces County, Texas where a charge had been pending against Mr. Treviño. These officials did not choose to do this when Mr. Treviño had first been incarcerated but only after his medical condition had deteriorated to such a degree that his life was in danger. When Mr. Treviño arrived in Nueces county he was in extremely critical condition and had to be immediately placed in intensive care. Mr. Treviño never should have been transferred while he was in such critical condition, which further threatened his life.

8.    Upon information and belief, when Juan Treviño was incarcerated at the Jail in Ellis County, he was sent to the Baylor Medical Center in Waxahachie, but on information and belief his treatment was not proper and did not meet his medical needs.

9.    When Juan Treviño was returned to Nueces County by Ellis County, his condition was visibly terminal and so seen by the Nueces County officials who received him. While in Nueces County, he was cared for at Christus Spohn Hospital. However, even that the hospital did not provide sufficient medical care and the officials in Nueces County released Juan Treviño to one of his sisters who took him back to her home in Ellis County where he died within a week or two. On information and belief, the medical center in Nueces County, Christus Spohn Hospital Corpus Christi, was negligent in providing Juan Treviño with proper medical care.

10.    Johnny Brown is the Sheriff of Ellis County. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including assuring that they receive proper medical treatment. Mr. Brown failed in his duty in this regard with respect to Juan Treviño as set forth above. Sheriff Brown was responsible for assuring that the Jail followed

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 6

**EXHIBIT 1**

Center there, the officials, which upon information and belief were Defendants Brown, Ogden and Fortner, had him callously transferred him to officials in Nueces County, Texas where a charge had been pending against Mr. Treviño. These officials did not choose to do this when Mr. Treviño had first been incarcerated but only after his medical condition had deteriorated to such a degree that his life was in danger. When Mr. Treviño arrived in Nueces county he was in extremely critical condition and had to be immediately placed in intensive care. Mr. Treviño never should have been transferred while he was in such critical condition, which further threatened his life.

8.      Upon information and belief, when Juan Treviño was incarcerated at the Jail in Ellis County, he was sent to the Baylor Medical Center in Waxahachie, but on information and belief his treatment was not proper and did not meet his medical needs.

9.      When Juan Treviño was returned to Nueces County by Ellis County, his condition was visibly terminal and so seen by the Nueces County officials who received him. While in Nueces County, he was cared for at Christus Spohn Hospital. However, even that the hospital did not provide sufficient medical care and the officials in Nueces County released Juan Treviño to one of his sisters who took him back to her home in Ellis County where he died within a week or two. On information and belief, the medical center in Nueces County, Christus Spohn Hospital Corpus Christi, was negligent in providing Juan Treviño with proper medical care.

10.     Johnny Brown is the Sheriff of Ellis County. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including assuring that they receive proper medical treatment. Mr. Brown failed in his duty in this regard with respect to Juan Treviño as set forth above. Sheriff Brown was responsible for assuring that the Jail followed

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 6

EXHIBIT 1

the requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements because of the failure to respond and treat Juan Treviño and other prisoners of easily identified and visible health problems. He failed in this responsibility as well as to assure that the Jail followed the required health service plan. He allowed the Jail to carry out practices which were in violation of Treviño's rights under the Eight and Fourteenth Amendments to the Constitution. As such he has official liability and also individual liability .

11.    Sheriff Brown must have known of the issue related to the transfer of Juan Treviño to Nueces County when Treviño's deteriorating medical condition became so open and obvious and it was visibly apparent Treviño was near death.   Sheriff Brown must have either approved of the long and unsafe transfer by squad care or failed to act to assure that Treviño was taken to a hospital close by to treat his condition.  This is a practice of ignoring the requirements of state law and the health plan.  This also shows deliberate indifference to Treviño's serious medical condition.  As such he has individual liability.

12.    Despite the fact that the critical medical condition of Juan Treviño was so apparent, including his extreme weight loss, the Ellis County Officials transported him to Nueces County in the back of a squad car and in shackles and not in an ambulance.  This is a distance of about 370 miles.  When Treviño arrived in Nueces County, the officials there saw how critical his situation was and demanded the Ellis County officers immediately remove the shackles and he was immediately placed in the hospital for critical care.  Ogden must have approved this.

13.    Captain Ogden, is upon information and belief, the official in charge of the day-to-day operations of the jail and as such is responsible for protecting the constitutional rights of all

EXHIBIT 1

the requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2

and the Health Services Plan Requirements because of the failure to respond and treat Juan

Treviño and other prisoners of easily identified and visible health problems. He failed in this

responsibility as well as to assure that the Jail followed the required health service plan. He

allowed the Jail to carry out practices which were in violation of Treviño's rights under the

Eight and Fourteenth Amendments to the Constitution. As such he has official liability and

also individual liability .

11.    Sheriff Brown must have known of the issue related to the transfer of Juan Treviño to Nueces

County when Treviño's deteriorating medical condition became so open and obvious and it

was visibly apparent Treviño was near death.   Sheriff Brown must have either approved of

the long and unsafe transfer by squad care or failed to act to assure that Treviño was taken to

a hospital close by to treat his condition. This is a practice of ignoring the requirements of

state law and the health plan. This also shows deliberate indifference to Treviño's serious

medical condition. As such he has individual liability.

12.    Despite the fact that the critical medical condition of Juan Treviño was so apparent, including

his extreme weight loss, the Ellis County Officials transported him to Nueces County in the

back of a squad car and in shackles and not in an ambulance. This is a distance of about 370

miles. When Treviño arrived in Nueces County, the officials there saw how critical his

situation was and demanded the Ellis County officers immediately remove the shackles and

he was immediately placed in the hospital for critical care. Ogden must have approved this.

13.    Captain Ogden, is upon information and belief, the official in charge of the day-to-day

operations of the jail and as such is responsible for protecting the constitutional rights of all

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 7

EXHIBIT 1

persons held in the Jail, including assuring that they receive proper medical treatment. These included following the procedures set forth by Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements as well as following Ellis County Jail's own health plan Ogden failed in his duty in this regard with respect to Juan Treviño as set forth above. Juan Treviño's deteriorating medical condition placing him near to death and Captain Ogden must have been involved in decisions relating to transferring Treviño to Nueces County in a squad car rather than assuring he receive the needed treatment at Baylor Medical in Waxahachie. This was deliberate indifference to Treviño's serious medical condition, including diabetes and congestive heart failure, placing him in danger of dying which he shortly did. As such Ogden has both official and individual liability.

14.    Dr. Fortner, is upon information and belief, the medical person responsible for assuring that proper medical care of the inmates and he failed in this regard with respect to Juan Treviño and in fact demonstrated conscious indifference to his condition. Mr. Treviño was sent to Baylor Medical Center in Waxahachie but it was negligent in the services it provided to Mr. Treviño and Dr. Fortner did not exercise proper oversight over Baylor and was consciously indifferent in assuring this was done, resulting in needless suffering and pain to Mr. Treviño.

15.    Ellis County is responsible for establishing policies and procedures which assure that the constitutional rights of its jail inmates are assured. Upon information and belief there is a failure of Ellis County in enforcing such policies and there is a pattern with respect to failure of medical care with respect to these inmates.

V.    VIOLATION OF 28 U.S.C. §1983, THE EIGHT AND THE FOURTEEN AMENDMENTS TO THE UNITED STATES CONSTITUTION

This deliberate indifference to a substantial risk of serious harm resulting in unnecessary

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 8

EXHIBIT 1

persons held in the Jail, including assuring that they receive proper medical treatment. These included following the procedures set forth by Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements as well as following Ellis County Jail's own health plan Ogden failed in his duty in this regard with respect to Juan Treviño as set forth above. Juan Treviño's deteriorating medical condition placing him near to death and Captain Ogden must have been involved in decisions relating to transferring Treviño to Nueces County in a squad car rather than assuring he receive the needed treatment at Baylor Medical in Waxahachie. This was deliberate indifference to Treviño's serious medical condition, including diabetes and congestive heart failure, placing him in danger of dying which he shortly did. As such Ogden has both official and individual liability.

14.    Dr. Fortner, is upon information and belief, the medical person responsible for assuring that proper medical care of the inmates and he failed in this regard with respect to Juan Treviño and in fact demonstrated conscious indifference to his condition. Mr. Treviño was sent to Baylor Medical Center in Waxahachie but it was negligent in the services it provided to Mr. Treviño and Dr. Fortner did not exercise proper oversight over Baylor and was consciously indifferent in assuring this was done, resulting in needless suffering and pain to Mr. Treviño.

15.    Ellis County is responsible for establishing policies and procedures which assure that the constitutional rights of its jail inmates are assured. Upon information and belief there is a failure of Ellis County in enforcing such policies and there is a pattern with respect to failure of medical care with respect to these inmates.

V.    VIOLATION OF 28 U.S.C. §1983, THE EIGHT AND THE FOURTEEN AMENDMENTS TO THE UNITED STATES CONSTITUTION

This deliberate indifference to a substantial risk of serious harm resulting in unnecessary

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 8

EXHIBIT 1

suffering and ultimately death described above constitutes a violation to Treviño's civil rights under 28 U.S.C. §1983 and the Eight and Fourteenth Amendments of the United States Constitution. Treviño was been seriously harmed by this violation, including unnecessary suffering and resulting in his unnecessary death..

VII.    DAMAGES

Plaintiffs seek damages for the estate or heirs of Juan Treviño identified in Section I.1. above against Defendants Ellis County, Johnny Brown, Harry Ogden and Dr. Fortner who all violated Juan Treviño's rights to due process of law under the Eight and Fourteenth Amendment. 42 U.S.C. §1983.

VIII.    ATTORNEYS' FEES

Plaintiffs seek attorneys' fees and litigation costs for Defendants' Ellis County Brown, Ogden and Fortner's violation of the Eight and Fourteenth Amendment, pursuant to 42 U.S.C. §1988.

IX.    JURY DEMAND

Plaintiffs demand a jury.

X.    PRAYER

1.    Award the heirs of the estate of Juan Treviño actual and punitive damages and exemplary damages as set forth above;

2.    Award attorneys' fees and costs; and,

3.    Grant all other and additional relief to which Plaintiffs may be entitled, at law or in equity.

EXHIBIT 1

suffering and ultimately death described above constitutes a violation to Treviño's civil rights under 28 U.S.C. §1983 and the Eight and Fourteenth Amendments of the United States Constitution. Treviño was  been seriously harmed by this violation, including unnecessary suffering and resulting in his unnecessary death..

VII.   DAMAGES

Plaintiffs seek damages for the estate or heirs of Juan Treviño identified in Section I.1. above against Defendants Ellis County, Johnny Brown,  Harry Ogden and Dr. Fortner who all violated Juan Treviño's rights to due process of law under the Eight and Fourteenth Amendment. 42 U.S.C. §1983.

VIII.   ATTORNEYS' FEES

Plaintiffs seek attorneys' fees and litigation costs for Defendants' Ellis County Brown, Ogden and Fortner's violation of the Eight and  Fourteenth Amendment, pursuant to 42 U.S.C. §1988.

IX.   JURY DEMAND

Plaintiffs  demand a jury.

X.   PRAYER

1.   Award the heirs of the estate of Juan Treviño actual and punitive damages and exemplary damages as set forth above;

2.   Award attorneys' fees and costs; and,

3.   Grant all other and additional relief to which Plaintiffs  may be entitled, at law or in equity.

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 9

EXHIBIT 1

Respectfully submitted,

/s/ John E. Richards

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 560
Dallas, Texas 75206
214-455-4690 (phone)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PLAINTIFFS

## NOTICE OF ELECTRONIC FILING

I, John E. Richards, attorney for Plaintiff, certify that I have electronically submitted for filing a true and correct copy of the foregoing pursuant to the Electronic Case Files System of the Northern District of Texas, on February 20, 2015

/s/ John E. Richards

John E. Richards

## CERTIFICATE OF SERVICE

The undersigned certifies that he sent a copy of the foregoing pleading either by facsimile

or email on February 20, 2015 the following attorneys:

D. Randall Montgomery
D. Randall Montgomery & Associates, P.L.L.C.
1240 Coit Road
Suite 560
Dallas, TX 75251.

/s/  John E. Richards

John E. Richards

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 10

EXHIBIT 1

Respectfully submitted,

/s/ John E. Richards

_____

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 560
Dallas, Texas 75206
214-455-4690 (phone)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PLAINTIFFS

## NOTICE OF ELECTRONIC FILING

I, John E. Richards, attorney for Plaintiff, certify that I have electronically submitted for filing a true and correct copy of the foregoing pursuant to the Electronic Case Files System of the Northern District of Texas, on February 20, 2015

/s/ John E. Richards

_____

John E. Richards

## CERTIFICATE OF SERVICE

The undersigned certifies that he sent a copy of the foregoing pleading either by facsimile

or email on February 20, 2015 the following attorneys:

D. Randall Montgomery
D. Randall Montgomery & Associates, P.L.L.C.
1240 Coit Road
Suite 560
Dallas, TX 75251.

/s/ John E. Richards

_____

John E. Richards

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 10

# EXHIBIT 1

1137499

Harris County - County Civil Court at Law No. 3

3/22/2022 11:01 AM
Teneshia Hudspeth
County Clerk
Harris County

No. 1137499

| | | |
|---|---|---|
| GLORIA TREVIÑO TURNER | § | IN COUNTY COURT AT LAW |
| **Plaintiff** | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| **MCCALL-F, INC, D/B/A STERLING** | § | COURT NO. 3 |
| **MCCALL FORD; PETER TOSH;** | § | |
| **JASON WEEKS AND CAMERON** | § | |
| **JOSEPH** | § | |
| **Defendants** | § | HARRIS COUNTY, TEXAS |



## ORDER GRANTING MOTION TO WITHDRAW

On March 22, 2022, this Court consider the Motion to Withdraw of Attorney John E. Richards and the law firm of Richards & Valdez.

This Court finds that, based upon the testimony of counsel for Plaintiff and the pleadings and other evidence on file, that the Motion to Withdraw was served on Plaintiff and Plaintiff was given notice of her right to object. This Court notes that Plaintiff filed an untimely objection to the Motion to Withdraw on March 21, 2022, which indicated her objection to the withdrawal. In addition, Plaintiff was notified of all pending deadlines, which included the date of this hearing, and was given the opportunity to be present at this hearing but told her counsel that she could not attend and was asking for a continuance, which this Court denied. This Court also heard testimony from the undersigned that he has notified Plaintiff of the date that any notice of appeal to the Court of Appeals should be filed and that he will assist Plaintiff of filing said notice however, that he does not plan to represent her on appeal. This Court also notes that Plaintiff was in attendance at the last Zoom hearing on the Motion to Recuse so was familiar with how to participate in the Zoom hearings of this Court. Andrew Sharenson, attorney for Defendants, was present at this hearing and had no objection to the Motion to Withdraw.

This Court **ORDERS** that the Motion to Withdraw as Attorney of John E. Richards and the law firm of Richards & Valdez is granted and that John E. Richards and Richards and Valdez are withdrawn as counsel for Plaintiff Gloria Treviño Turner.

This Court finds that the last known mailing address of Plaintiff Gloria Treviño Turner was 12526 Olympia Drive, Houston, TX 77077

This Court **ORDERS** John E. Richards to immediately notify Plaintiff Gloria Treviño Turner of any addition settings or deadlines that he has knowledge of and has not already notified her of.

Signed:     _3/28/2022_

_____

JUDGE PRESIDING

FILED
03/28/2022 1:56:16 PM
Teneshia Hudspeth
County Clerk
Harris County, Texas
krojas

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## GLORIA & ROBERT TREVINO REQUEST FOR EQUAL ACCESS TO JUSTICE
3 messages

**Gloria Trevino** <vip4justice@gmail.com>                                    Thu, Mar 2, 2023 at 11:56 AM
To: stephani.leota@mail.house.gov, Gloria Trevino <vip4justice@gmail.com>

US CONGRESSWOMAN LIZZIE FLETCHER
C/O MS. STEPHANI LEOTA

RE' GLORIA & ROBERT'S REQUEST FOR EQUAL ACCESS TO JUSTICE

GREETINGS,

I APOLOGIZE FOR THE DELAY IN GETTING MY AUTHORIZATION WITH ATTACHMENTS TO YOU SOONER.  WAS NOT FEELING WELL AND HAD SOME MEDICAL APPOINTMENTS.

THANK YOU FOR YOUR UNDERSTANDING AND KINDNESS.

IF YOU NEED ADDITIONAL INFORMATION, PLEASE DON'T HESITATE TO CONTANT ME.

GLORIA & ROBERT TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com

📄 **CONGRESSWOMAN FLETCHER PII.pdf**

📄 **CONGRESSWOMAN FLETCHER PII.pdf**

📄 **CONGRESSWOMAN FLETCHER PIII.pdf**

📄 **CONGRESSWOMAN FLETCHER PIII.pdf**

📄 **CONGRESSWOMAN FLETCHER PIV.pdf**

📄 **COMGRESSWOMAN FLETCHER PI.pdf**
    22234K

**Leota, Stephani** <Stephani.Leota@mail.house.gov>                          Tue, Mar 14, 2023 at 2:18 PM
To: Gloria Trevino <vip4justice@gmail.com>

Good afternoon Ms. Trevino,

My apologies for the delay in getting back to you. I am very sorry about the loss of your brother and years-long ordeal your family went through to get treatment. I have some questions and comments regarding the matters you reached out to us about.

- You've provided documentation from previous congressional and state inquiries into your brother's and mother's care. The answers given then regarding your family's responsibility to pay Mr. Trevino's

travel to and from VA medical facilities and your mother's ineligibility for dependent care cannot be overturned by our office. Are you looking to remedy something else related to this matter?

• In your letter you indicate that the VA approved an aid & attendance application. Is the $2,000 you were denied related to the same A&A claim or something separate? We can inquire about the status of your claim and may receive some background on the reasoning of the VA's denial of the other $2,000.

I know that you've already dealt with many legal clinics unsuccessfully, but it seems that a lot of your issues are legal and our office cannot assist with that, unfortunately. You may find some help or get more resources from the VA's Veteran Justice Outreach program (VHAHOUVJO@va.gov).

Please let me know the answers to those questions and we'll proceed from there.

Take care,

Stephani Leota, MSW (she/they)

Outreach Manager | Green & Gold Congressional Aide

Congresswoman Lizzie Fletcher (TX-07)

3700 Buffalo Speedway, Ste. 610

Houston, TX 77098

(713) 353-8680



Sign up for Congresswoman Fletcher's weekly newsletters!

[Quoted text hidden]

---

**Gloria Trevino** <vip4justice@gmail.com>                    Mon, Apr 10, 2023 at 5:01 AM
Draft To: "Leota, Stephani" <Stephani.Leota@mail.house.gov>

Ok. Thank you for your response and any assistance you can provide us in our perpetual quest for justice and in affording us the equal protection, equal representation and equal access to justice that we have been Repeatedly illegally maliciously denied resulting in the stigmatized discrimination, corruption, retaliation, systematic injustice and perpetual pernicious psychological Domestc Terrorist and genocide of Robert Trevino and Family and repeaded attempted depraved heart murder of myself and cover-up/whitewash with impunity in the first degree.

THE VA IN COMPLICITY WITH THE NEO-NAZI GOVERNMENT OFFICIALS AND GESTAPO AGENTS PUT THE FIRST AND LAST NAIL ON ROBERT'S COFFIN AND OF OUR BELOVED MOTHER/MARIA BY BLATANTLY ILLEGALLY DENYING ROBERT VA EMERGENCY HOSPITALIZATION AND EVALUATION FOR MAJOR DEPRESSION AND TRAUMATIC EXPERIENCE AFTER BEING DRAMATICALLY SURROUNDED WITH LIGHS FLASHING IN COVER OF DARKNESS, ABDUCTED WITH GUNS DRAWN, HELD WITHOUT BOND AND FURTHER DENIED MEDICATION FOR HIS SERVICE-CONNECTED DISABILITIES AND SUBSEQUENTLY RAILROADED ON BIG LIES FABRICATED AND CONCOCTED BY HIS POLITICAL ENEMIES WITH ZERO RAPE EVIDENCE ON PRETEXT OF JUSTICE AND REPEATEDLY DENIED RELEASE ON MRIS EVEN THOUGH HIS SERVICE-CONNECTED DISABILITIES WORSENED AND WAS PARALYZED AND ASSASSINATED IN ILLEGAL CUSTODY.

THE VA WAS IN COMPLICITY WITH ROBERT'S ENEMIES AND CONTINUE TO ABUSE THEIR POWER AND AUTHORITY TO DENY ROBERT'S VA RIGHTS AND BENEFITS IN FURTHERANCE OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, GASLIGHTING SYSTEMATIC INJUSTICE AND ERADICATION OF ROBERT AND FAMILY, INCLUDING MYSELF FOR TRYING TO HELP ROBERT.  SO, THE VA  IN COMPLICITY WITH

# RICHARDS & VALDEZ

### ATTORNEYS AND COUNSELORS

**JOHN E. RICHARDS**
Rated AV Preeminent™ by Martindale-Hubbell
john.richards@richardsvaldez.com

**6060 NORTH CENTRAL EXPRESSWAY**
STE. 500
DALLAS, TX 75206
Telephone; (214) 455-4690
Telecopier: (866) 823-2719
john.richards@richardsvaldez.com

March 5, 2021

Via certified mail 7011 1570 0001 7703 7096

Office of General Counsel
U.S. Department Veterans Affairs
810 Vermont Ave. NW
Washington DC 20420

> Re:    Veteran Gloria Treviño, 6890,
> Complaint to Secretary Robert Wilkie concerning Improper Medical Treatment at
> the Michael E. DeBakey VA Medical Center in Houston Texas

Dear Sirs:

I represent Gloria Treviño, 6890 who is a totally and permanently disabled honorably discharged veteran of the United States Armed Forces. She suffers from chronic psychological problems including PTSD as a result of MST incurred during her service.

I write this letter with Ms. Treviño's assistance, to appeal to your office to respond to Ms. Treviño's complaint submitted to the former Secretary of the Veteran's Administration, Robert Wilkie in May 2020, a copy of which is attached as Exhibit 1. I have known and represented Ms. Treviño for over a decade and can tell you she is passionate about these issues and many of her passionate statements are including in this letter because I represent to you that she is always truthful and passionate.

Ms. Treviño's complaint is about improper psychiatric medical treatment and specifically improper recording of a statement of Ms. Trevino, or more specifically writing down something Ms. Treviño had never said to the VA psychiatrist at the Michael E. DeBakey VA Medical Center in Houston Texas. She was seeing the doctor about a traumatic event that she suffered when she was buying a Ford Mustang from a dealership in Houston. The traumatic event occurred when she was coerced into buying the Mustang in a contract extremely detrimental to her. The statement

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 2

allegedly said by her to the doctor is written down in the VA medical record about the event was not what she had told him and in fact is basically the opposite of what she told him. Ms. Trevino has tried to get the record corrected to reflect what she actually said. However, the VA has refused to correct the record even though this mis-recording is damaging to Ms. Treviño in the lawsuit she has filed against the Ford dealership complaining about the coercion and other deceptive trade practices of the dealership. In particular, as she told the VA doctor and as she has alleged in her lawsuit, Ms. Treviño was  put under extreme pressure from the Ford salesmen and as a result signed a contract that was detrimental to her. This effect of this coercion is clearly described in the report by the private psychiatrist, Dr. Karen Brown, Ms. Treviño has been forced to hire because of the improper assistance she received from the VA doctors on the issue. Dr. Brown's report clearly lays out the essence of Ms. Treviño's claim of coercion that is the basis of her lawsuit, i.e., that she suffered extreme emotional distress inflicted by the dealership's employees at her purchase of a Ford Mustang:

> during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement. See Exhibit 1, Attachment #1

As mentioned above, Ms. Treviño has sued the Ford dealership and I represent her in that lawsuit. When Ms. Trevino was described what happened and her state of mind in the pressure cooker at the Ford offices, the VA doctor improperly wrote down thing she had not said to him as if she had. The way the record was written down made it appear that Ms. Treviño had admitted her negligence during the transaction, which was not what she had said at all and in effect negates her lawsuit. In fact, what she told the VA doctor is the exact opposite. When Ms. Treviño tried to have the record corrected to reflect what she had actually said, the VA refused to correct the falsely recorded statement but only added on a following page that Ms. Treviño had subsequently claimed she had said something different. This was not a correction of the alleged statement that still stands as if the VA Doctor had properly recorded what she had said and that later she tried to change the statement. This is untrue. She never made the statement to the VA doctor that still stands in the record. It is inconceivable to me and to Ms. Treviño that the VA will simply admit that the doctor had mis-recorded what she said and simply correct the record. As will be detailed later in this letter, this uncorrected statement damages the basis of Ms. Treviño's allegation in her Ford dealership lawsuit, seemingly admitting away her case. This cannot stand.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 3

In her May 12th letter to Director Wilkie, Ms. Treviño laid out this problem and detailed her steps to have the record corrected up through that date. However, Despite the promise from his office, that the Secretary was going to have his staff investigate the matter, as detailed in the email response attached as an exhibit to this letter the VA has totally failed to respond, and the issue remains unresolved.

On May 12, 2020, I sent Ms. Treviño's complaint to Secretary Wilkie via email, a copy of which is attached as Exhibit 1. We know the complaint was received because, on May 13, 2020 I received an acknowledgment of Receipt from the Office of Secretary, a copy of which is attached as Exhibit 2. In this acknowledgement, the Secretary's Office stated:

> The Secretary has received your email dated May 12, 2020. He has forwarded your inquiry to VHA leadership for review and direct feedback, and someone will contact you shortly. Thank you for your communication.

Neither my client nor I have received a response although the issue set forth in the letter remains. Although the facts giving rise to the complaint are found in the May 12th letter, I will take the liberty of repeating them here as well as adding additional comments.

Ms. Treviño received improper, uncalled for and unprofessional comment that Ms. Treviño received from Dr. Theron Bowers when she spoke to him on April 30, 2020 when she was seeking prescriptions for her medication as well as the medical excuse. The uncalled-for remark was a threat from Dr. Bowers to have a trustee appointed to manage her affairs, an action that is not only totally uncalled and disrespectful for but also requires that the VA address this improper action. As will be set forth below, Ms. Treviño is seeking full rights and benefits from Veterans Affairs to which she is legally and morally entitled. Let me explain.

First, I want to tell you of my experience and relationship with Ms. Treviño as her attorney, my assessment of her ability to fully manage her life and the reasons why I believe this letter is necessary. I have been Ms. Treviño's attorney for well over a decade. I have represented her in several matters, including efforts related to her family and have come to know her and her capabilities well. Obviously and as the VA knows well, Ms. Treviño is a very passionate person, is very intelligent and often is very blunt. I have come to understand that her passion is related to achieving justice, not only for herself but for her family, and she is not hesitant to seek it, even if she offends someone. While she and I often disagree on matters and sometimes fight like brother

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 4

and sister, I am proud to represent her and have come to appreciate how meticulously she conducts her life.

As I am sure you know, Ms. Treviño has been diagnosed with Schizoaffective Disorder and PTSD because of MST during service in the US Air Force. Because of this, she has utilized the medical services at the Michael E. DeBakey VA Medical Center, Mental Health Clinic for years. However, Ms. Treviño strongly feels that the doctors at the VAMHC have not always treated her well because of some complaints she has made and are now only affording her minimum benefits of medication management. As a result of these limitations imposed by the VA, she has been required to seek assistance from a private psychiatrist, Dr. Karen Brown, whom she has seen for several years. As I mentioned above, on April 30, 2020 Dr. Bowers threatened Ms. Treviño with forcibly appointing a Trustee for her to manage her affairs instead of providing her with a proper medical excuse which was blatantly denied. The threat of appointing a trustee is not only uncalled for but also is retaliatory for some of her actions related to her complaints, which are no doubt unpopular, but she has a right to make. I know for a fact that Ms. Treviño manages her life and her fiscal affairs well and has done so over the years. I have observed she is scrupulous on managing her finances which she does well. I have seen her scrupulousness in meeting her financial obligations. However, like a great, great number of us have had, she recently had an unpleasant experience with car salesmen who, as we are all aware, often take unscrupulous advantage of customers, especially women and minorities. This happened when salesmen of a local Ford dealership in Houston took unfair advantage of Ms. Treviño. She has suffered mental distress as a result of the undue pressure that they placed upon her. This occurred when she went to this local Ford Dealership to look at their Mustangs. While she was there, these salesmen put her under intense pressure to buy a car without fully disclosing the true terms of the contract. In the lawsuit, she has alleged they mislead her by falsely claiming she was getting a great deal when the opposite was true. They further misled her to believe that they were going to provide her a car within her budget which she had initially explained to them and falsely claiming she was going to get discounts and bonuses to which she was entitled by virtue of her membership in the Disabled American Veterans association and the UAW Employee Family Discount. They then put undue pressure on her to sign the papers without explaining the contract she was signing, a contract in very fine print and so confusing that even a lawyer like myself would have difficulty reading and understanding. Shortly after she left the dealership, she realized she had been taken advantage of and involved me in the matter right away. Their actions have resulted in a Texas Deceptive Trade Practices Act and Misrepresentation lawsuit filed against the dealership and three of its employees in Harris County. This lawsuit is being delayed because of the Covid 19 crisis.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 5

In her dealings with the salesmen, it is apparent that they put her under a pressure cooker, impaired her psychiatric distress and got her to sign a contract under duress that was based upon misrepresentations and trickery. It is important to understand that this type of conduct is not unique to Ms. Treviño. It is the type of conduct in the industry that led to the Texas Legislature to adopt the Texas Deceptive Trade Practice Act to provide remedies to aggrieved consumers like Ms. Trevino.

This brings us to the situation with Dr. Bowers. When she was referred to Dr. Bowers, she was requesting a proper medical excuse and prescriptions for Ziprasidone and Lorazepam. Not only did he refuse to give her the prescription when she spoke to him, after she explained her complaint against the Ford dealership, Dr. Bowers stated that she might need a "trustee" for giving her money away. This was improper and highly insulting and goes against the fact that Ms. Treviño has been managing her affairs for decades, even with her PTSD. Ms. Treviño's position is that the VAMHC doctors, in their concerted effort to deny Gloria a proper medical excuse, first erroneously alleged that Gloria was not suffering from her mental condition when she was basically browbeaten at the Ford dealership and there was nothing wrong with Gloria when she signed the contract to now alleging that she was so ill when she signed the contract that she was giving her money away and now needs a trustee.

Ms. Treviño does not need a trustee. She is handling her affairs well, as is demonstrated by the fact she is prosecuting a case in court against the Ford Dealership. Not only is that my opinion based upon my years of experience with her, it is also the opinion of her private psychiatrist, who has treated Gloria for years. It is Dr. Brown opinion, both that Gloria does not need a trustee and that she was acting under duress when she signed the contract with the Ford dealership. I am attaching copy of Dr. Brown's letter dated May 6, 2020 stating that Gloria does not need a trustee. I am also attaching a copy of Dr. Brown's letter dated May 21, 2019 opining on the undue pressure put upon Gloria by the Ford dealership. And this is not only the opinion of Dr. Brown and me. In addition, I am attaching a letter from Gloria's older brother, Julio Treviño about this matter. Julio, who has certainly known Gloria for many more years than I have, expresses shock and outrage over the mistreatment Gloria has received from, including Houston VA Director Francisco Vazquez, and the VAMHC doctors including Dr. Robert E. Garza, Dr. Ann Zachariah, Dr. Jonathon M. Grabyan, Dr. Theron Bowers and others.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 6

     In his April 2, 2020 infamous and inconsistent letter to Ms. Treviño, Exhibit 1, attachment # 4, the barbarous and sexist VA Director Vazquez alleges that the VA doctors that emulate him claim that Ms. Treviño was not under duress when she signed the detrimental Ford Contract. However, Dr. Garza has since denied that they ever told the VA Director any false and injurious information about Ms. Treviño regarding her mental state when she signed the contract under duress. Ms. Treviño has never authorized the VA Doctors to give any medical information to anyone, and certainly not false and injurious statements that she was not under duress when she signed the contract to anyone including the VA Director Vazquez nor to the Ford Dealership Defendants. It is Ms. Treviño's contention that the VA doctors have likewise appear to have maliciously violated her privacy and provided the Ford Defendants the false and injurious information that she needed a guardianship since the Defendants are not doctors; however, in discovery these Defendants are repeating the allegation that she needed a guardianship to sabotage her case. The real reason the VA have maliciously blatantly refused to provide her a proper medical excuse and continue to falsify her medical records that appears to support their vicious scheme to sabotage her case and humiliate and defame her. For example, when Ms. Treviño complained to the VA doctors that she was extremely distressed and coerced into writing the Ford defendants a $1,000.00 check and into signing the detrimental contract under duress, they erroneously state she was not under duress when she signed the contract and blatantly refused to provide her a medical excuse. Another example is when Ms. Treviño reported to Dr. Grabyan that the Ford salesman had lied and did not give her the DAV and UAW discounts she was entitled and had asked for and that they had promised her and did not give her the discounts and had overcharged her for the Mustang, Dr. Grabyan malicious and outrageous allegations in his medical report that Ms. Treviño had not asked for the DAV and UAW discounts and that she had not checked with other dealers to see if she could get a better deal elsewhere, making her grossly negligent in the purchase of the car. Dr. Grabyan did not even ask Ms. Treviño if she had gone to other dealers about pricing, which she had. However, out of the clear blue, he erroneously alleged that she hadn't, which further prejudiced her case. Similarly, Dr. Bowers with impunity not only threatened Ms. Treviño with a trustee, but bolstered his bogus claim in the medical report by erroneously alleging that she had a history of mild neurocognitive disorder (incorrectly alleged she was "giving her money away") and aware that Ms. Treviño is a rape victim, to further humiliate her, basically called her a whore by further erroneously alleging that she told him she did not have any sexual disfunctions. The subject of sex never came up and Dr. Bowers never asked about it nor did Ms. Treviño bring it up or discuss it. Dr. Garza vehemently defended and protected Dr. Bowers and every one of the doctors who had insulted and offended her. These vicious allegations were false and intended to help the Defendants to sabotage her case and demonstrate the extreme prejudice and hatred that

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 7

they harbor towards Ms. Treviño and which also reflect on the criminal nature of their mind and behavior. These sadistic VA doctors have weaponized their medical degrees to defame and attack Ms. Treviño as evident and do not treat her like a disabled veteran but like an outcast and pariah. They treat her with oppression, sarcasm and confrontation to deny her proper medical care and run her out of the VA Medical system which she depends on.  They have made injurious false statements, violated her privacy and are at the very least in blatant violation of their Hippocratic oath to do no harm and should be barred from the medical profession.

Ms. Treviño's brother Julio Treviño has had experience with VA doctors and the medical system himself. He is also a totally and permanently disabled honorably  discharged Vietnam veteran and an American  War Hero who received 3 Bronze Stars during his tour of duty and suffers from numerous chronic medical problems and severe and crippling nerve damage from extensive exposure to Agent Orange. In his letter, attachment # 3 to Exhibit 1, Julio addresses the trustee issue and dismisses  it based upon his long experience with her.

It is apparent to Dr. Brown, to Julio Treviño and to me that there is no need for a trustee or a fiduciary to be appointed for Ms. Treviño. I have also reviewed the materials related to fiduciaries and trustee in the materials that are set out in title 38 of the Code of Federal Regulations, as well as those materials on the Veterans Affairs website related to fiduciaries. My review indicates there is no need to appoint a Trustee for Gloria under these guideline.

Finally, rather than allow this matter to escalate to the level of administrative litigation, I request the following in writing:

1. That Veterans Affairs assure Ms. Treviño that there is no effort to provide her a trustee.

2. That Veterans Affairs provide Ms. Treviño the full rights and benefits that she is entitled to and afford her a psychiatrist at the VAMHC that will not continue to abuse and threaten her and keep fueling her anger and depression but who will help her with all her needs and not just medication management, to include proper medical excuse.

3. That the sadistic and sexist VA Director and Doctors that emulate him be held accountable for their concerted and abusive and oppressive treatment of Ms. Treviño and cover-up.

Office of General Counsel
U.S. Department of Veterans Affairs
March 5, 2021
Page 8

    4. That Veterans Affairs immediately compensate Ms. Treviño for all her medical expenses she is having to incur as a result of the VAMHC's refusal to provide her proper and adequate psychiatric care and requiring her to obtain it from Dr. Brown. The billing records of Dr. Brown are attached as Exhibit 3.

A form 21-22a signed by Ms. Treviño authorizing my representation in this matter was attached to the May 12th letter to Secretary Wilkie and if found at the end of the attachments to Exhibit 1 The attachments to this letter are:

    1. Exhibit 1: Letter to Secretary Wilkie dated May 12, 2020 with the following attachments:

        May 6, 2020 Letter from Dr. Karen Brown, #1
        May 21, 2019 letter from Dr. Karen Brown #2
        April 27, 2020 Letter from Julio Treviño #3
        April 2, 2020 Letter from VA Director, Francisco Vazquez #4
        August 15, 2019 Medical excuse from VAMHC Dr. Ann Zachariah # 5
        Form 21-22a # 6

    2. Exhibit 2: Response from Secretary Wilkie's office dated May 13, 2020 to the Letter to him dated May 12, 2020.

    3. Exhibit 3: Billing records from Dr. Brown

    We look forward to your prompt response.

                Sincerely,

                John Richards

cc:    Gloria Treviño



DEPARTMENT OF VETERANS AFFAIRS
**Michael E. DeBakey VA Medical Center**
**2002 Holcombe Boulevard**
**Houston TX 77030**

APR - 2 2020

In Reply Refer To: 00A-00C-CA

Ms. Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077-5828

Dear Ms. Trevino:

This acknowledges your inquiry of March 10, 2020, to the White House Hotline, regarding your disagreement that your PTSD diagnosis did not have a bearing on a contract for a vehicle purchase you signed.

Dr. Jonathan M. Grabyan, Psychologist, Dr. Robert Garza, Staff Psychiatrist, and Dr. Jiji Zachariah, Nurse Practioner, have responded previously to your concerns about their refusal to sign an excuse that you were under duress in signing a new vehicle purchase contract. We feel we have addressed your concerns to the best of our ability and cannot provide any new information. Accordingly, this letter will be considered the final response to your inquiry for an excuse that your PTSD affected your ability to engage in a vehicle purchase contract.

Please be assured that we will continue to provide you the medical care for which you are eligible. Should you have further questions about your medical care, please feel free to consult Dr. Jonathan M. Grabyan, Psychologist, at 713-791-1414, extension 23594. He would be most pleased to assist you.

Please be confident that we will forever honor our Veterans, from the greatest generation to the latest generation, and it is our privilege to care for the very best of our citizens who have given their very best to our country.

Sincerely,

Francisco Vazquez, MBA
Medical Center Director

FV/rek

received
4/15/20
BW



An official website of the United States government
Here's how you know

**THE UNITED STATES**
**DEPARTMENT** *of* **JUSTICE**
**STICE NEWS**

Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE                                        Wednesday, November 10, 2021

## Attorney General Merrick B. Garland Directs Steps to Safeguard the Rights of and Ensure Access to Justice for Veterans & Servicemembers

### Civil Rights Division and Office for Access to Justice to Lead Efforts

U.S. Attorney General Merrick B. Garland today issued a <u>memorandum</u> reaffirming the Justice Department's commitment to guarding the rights of and improving access to justice for veterans, servicemembers and military families. The memorandum directs the Civil Rights Division's Servicemember and Veterans Initiative to develop a plan to guide its expanded duties and outreach efforts.

The Attorney General also directed the Office for Access to Justice to provide recommendations for actions that may be taken to better meet the legal needs of veterans and servicemembers, including through medical-legal partnerships, veterans treatment courts and reentry programs and services.

"The Justice Department honors our nation's veterans and servicemembers not just with words but also with action," said Attorney General Garland. "To that end, I have directed the Civil Rights Division and the Office for Access to Justice to mobilize resources in order to protect the rights of those who serve and lead efforts across government to ensure access to justice for veterans, servicemembers and military families."

"Many veterans face unique legal challenges that stem from their service to our country," said Associate Attorney General Vanita Gupta. "The Justice Department's Office for Access to Justice is uniquely positioned to deploy the tools of the department and to engage our partners across government through the Legal Aid Interagency Roundtable to identify opportunities that will expand access to justice for veterans, servicemembers and their families."

"Through vigorous enforcement of our federal civil rights laws, we are working to ensure that our servicemembers and veterans, and their families, are able to enjoy the freedoms and rights for which they so valiantly fought," said Assistant Attorney General for Civil Rights Kristen Clarke. "This Veterans Day, we affirm our long-standing commitment to protecting servicemembers' civilian employment rights, financial and housing rights, voting rights and more."

On Nov. 16, the Civil Rights Division will host a virtual event to recognize the commitment and contributions of diverse servicemembers and veterans. The program will feature remarks by the Assistant Attorney General Clarke and a presentation by Ret. Col. Will Gunn, Vice President for Legal Affairs and General Counsel for the Legal Services Corporation. The event is free and open to the public, and pre-registration is required.  For more information and to register for this event, please visit: Unsung Heroes: A Civil Rights Division Celebration of Diverse Veterans.

Topic(s):
Servicemembers Initiative
Access to Justice

Component(s):

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## A Response from Congresswoman Lizzie Fletcher's Office
5 messages

**Fatimah El-Ibrahim** <Fatimah.El-Ibrahim-TX07@emanager.house.gov>     Fri, Oct 21, 2022 at 12:06 PM
Reply-To: Fatimah.El-Ibrahim-TX07@emanager.house.gov
To: "Ms. Gloria Trevino" <vip4justice@gmail.com>

-------------- Please reply ABOVE this line --------------

LIZZIE FLETCHER
7TH DISTRICT, TEXAS

HOUSE COMMITTEE ON ENERGY AND
COMMERCE
SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON COMMUNICATIONS AND
TECHNOLOGY
SUBCOMMITTEE ON CONSUMER PROTECTION
AND COMMERCE

HOUSE COMMITTEE ON SCIENCE,
SPACE, AND TECHNOLOGY
SUBCOMMITTEE ON ENVIRONMENT



CONGRESS OF THE UNITED STATES
HOUSE OF REPRESENTATIVES
WASHINGTON, D.C. 20515

WASHINGTON OFFICE
119 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2571

HOUSTON OFFICE
5599 SAN FELIPE ROAD, SUITE 950
HOUSTON, TX 77056
(713) 353-8680

FLETCHER.HOUSE.GOV

October 21, 2022

Dear Ms. Trevino:

Thank you for contacting the office of Congresswoman Lizzie Fletcher. After
reviewing your information, I wanted to let you know that this is not a matter with
a federal agency. Unfortunately, as this is a legal case, our office cannot
intervene.  I encourage you to contact the Houston Volunteer Lawyers, they may
be able to assist you in your case.

Houston Volunteer Lawyers
1111 Bagby, Suite FLB300
Houston, TX 77002
(713) 228-0735
info@hvlp.org
https://www.makejusticehappen.org/

Although we cannot be of assistance to you in this matter, I am very glad that you
thought of getting in touch with Congresswoman Fletcher's office. Please let us
know if there is anything further we can assist with.

Cordially,

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Response to request you submitted to the Houston Lawyer Referral Service
1 message

**Houston Lawyer Referral Service** <no-reply@send.afterpattern.com>          Tue, May 10, 2022 at 4:29 PM
To: Vip4justice@gmail.com

Hi GLORIA TREVINO,

Thank you for contacting the Houston Lawyer Referral Service. You may find the following resource helpful. Please reach out to the organization listed below.


General Legal Info

If you are looking for free legal advice - visit https://hba.org/index.cfm?pg=LegalLine. Unfortunately, Houston Lawyer Referral Service does not have an attorney at this time to suit your needs. Visit the link below for a guide of legal resources.

https://hlrs.org/wp-content/uploads/FREE-LEGAL-SERVICES-1.pdf

https://hlrs.org/wp-content/uploads/FREE-LEGAL-SERVICES-1.pdf


This email is automatically generated by a web service we use. For that reason, please do not reply to this email if you need to contact us. Instead email us directly at info@hlrs.org.

Warm regards,
Houston Lawyer Referral Service

 **Gmail**

Gloria Trevino <vip4justice@gmail.com>

---

## 23-0386616 - 83 Prisoner's Rights

1 message

**Houston Volunteer Lawyers** <no-reply@mg.hvlp.org>                              Wed, Feb 8, 2023 at 10:44 AM
To: Gloria Trevino <vip4justice@gmail.com>
Cc: Gabrielle McKeller <gabrielle.mckeller@hvlp.org>

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.
If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers

M Gmail

Gloria Trevino <vip4justice@gmail.com>

## 23-0386618 - 9575 Probate
1 message

**Houston Volunteer Lawyers** <no-reply@mg.hvlp.org>                              Wed, Feb 8, 2023 at 11:14 AM
To: Gloria Trevino <vip4justice@gmail.com>
Cc: Gabrielle McKeller <gabrielle.mckeller@hvlp.org>

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.
If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers

Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

Gloria Trevino
12526 Olympia Dr
Houston TX 77077



February 8, 2023

**RE:    23-0386618 : 9575 Probate**

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit.  If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers



Houston Volunteer Lawyers
1111 Bagby, Suite FLB 300
Houston, TX 77002

Gloria Trevino
12526 Olympia Dr
Houston TX 77077



February 8, 2023

RE:    23-0386616 : 83 Prisoner's Rights

Dear Ms. Trevino,

You recently attended an in-person legal advice clinic on Friday, February 3rd, 2023, where you were able to speak with a volunteer attorney to obtain information and advice on your legal matter. Due to limited resources, we are not able to provide all applicants with attorney representation, but we hope you were able to get information and advice on your legal matter.

Our decision to close your file with us does not mean that your case lacks legal merit. If you wish to file your case in court, you can request for the fees to be waived by filing a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond with your initial documents. You may attach this letter to the form which verifies that Houston Volunteer Lawyers, a legal-aid provider, has determined that you are financially eligible for HVL services. You can find the form here: https://texaslawhelp.org/form/statement-inability-afford-payment-court-costs-or-appeal-bond

This concludes the services Houston Volunteers Lawyers is able to provide for you.

If you feel you need further assistance, please consider contacting the following agencies:

Houston Lawyer Referral Service 713-237-9429 www.hlrs.org

Lone Star Legal Aid 713-652-0077 www.lonestarlegal.org

Beacon Law- 713-220-9780 www.beaconlaw.org

Family Help Line for Strong Families- 844-888-6565

Texas Tenants Union- 214-823-2733 www.txtenant.org You may also find helpful information about your legal problem at www.TexasLawHelp.org.

Regards,

Houston Volunteer Lawyers



No. 11-10547

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**GLORIA TREVINO TURNER, as next friend Robert Rodriguez Trevino**

Appellant

V.

**RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL INSTITUTIONS DIVISION**

Respondent-Apellelle

Appealed from the United States District Court for the
Northern District of Texas
USDC No. 3:10-CV-2413

MOTION TO EXTEND LEAVE FOR FILING FOR EN BANC REVIEW

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to 5TH CIR. R. 27.1 Appellant Gloria Treviño Turner, as next friend of Robert Rodriguez Treviño, files this Motion to Extend Leave for Filing for En Banc Review. On February 9, 2012, this Court denied her Motion for Reconsideration. This Motion requests two weeks until March 8, 2012, during which time the undersigned, as new counsel for Ms. Turner, will thoroughly investigate the feasibility and propriety of filing a full Motion for Reconsideration and will file one only if this review shows that such is justified.

MOTION TO EXTEND LEAVE FOR FILING FOR EN BANC REVIEW Page 1

The undersigned understands the serious of filing a Motion for En Ban and the requirement that there be a reasonable and good faith basis for such a Motion. The undersigned also understands that requests for extension to file out of time are not favored. However, rather than simply a Motion for En Banc consideration, the undersigned believes it is reasonable to grant additional time for a proper investigation and to prevent filing of an improper, unsound or frivolous Motion

As this Court is aware, Ms. Turner has been proceedings pro se as next friend of her brother, Robert Treviño who is incarcerated in Huntsville. The undersigned as only recently agreed to take on the case.

Some brief discussion of the relevant time line of events in the District Court [1] may be helpful in determining the merits of this Motion. In ruling on the original Writ of Habeas Corpus, filed in the Northern District of Texas on November 29, 2010, along with a Motion for Appointment of Counsel. the Magistrate issued her Findings and Recommendations denying the Writ on the basis of limitations and rejecting Mr. Treviño and Ms. Turner's arguments that mental disability had equitably tolled the time lines. These findings and recommendations were adopted by the District Court . Thereafter began a long process of motions from Appellant and rulings from the Northern District which are detailed in the footnote below.[2]

---

[1]A copy of the docket sheet from the Northern District is attached as Exhibit 1.

[2]On 2/10/2011, Appellant filed Objections to Findings and Recommendations and another Motion to appoint counsel.  On 2/28/2011, the District Court adopted the Findings and Recommendations of the Magistrate. On 3/29/2011, Appellant filed her Motion to Alter Judgment and Notice of Appeal.  One 4/11/2011, the District Court filed its Order on the Motion to Alter Judgment.   The on, 5/06/2011, Appellant filed a Second Motion for Reconsideration and on 05/09/11, the District Court ruled on the Second Motion for Consideration. On 5/31/2011, Appellant filed a Notice of Appeal.

**MOTION TO EXTEND LEAVE FOR FILING FOR EN BANC REVIEW Page 2**

All of the pleadings both in the Northern District and those before this Court were pro se. The undersigned agreed to represent Ms. Turner and filed his notice of appearance on February 7, 2012, just two days before this Court denied Appellant's Motion for Reconsideration.

The crux of the matter before this Court was decided on the basis that Appellants' Second Motion for Reconsideration at the district court level was simply a repeat of her first motion and as a result, the time line for the appeal ran from the ruling on the first motion, not on that of the second motion. This made the appeal before this Court untimely, and this Court cited the case of *Nobby Lobby, Inc. v .Circus,Circus, Inc.*, 970 Fe. 2d 82 (5th Circ. 1992) to support its ruling.

Obviously, if the Court is correct on its ruling based upon *Nobby Lobby*, then there is no basis for appeal nor any basis for going before the Court en Banc. However, the undersigned believes there may be a reasonable basis for the appeal on the following grounds:

1.    The Panel may have been in error with respect to its ruling that the appeal was out of time because the date for appeal actually does run, not from the time of the ruling on the first motion, but from the order on the second motion. This is so because the Second Motion for Reconsideration is not just a duplication of the first Motion, but contains new matters which meet the exception to the rule announced in *Nobby Lobby*.[3]

2.    The District was in error in ruling that Mr. Treviño had not presented a proper basis for the tolling of limitations based upon the mental disability of Mr. Treviño.

3.    The District Court was in error in not appointing counsel for Ms. Turner and as such she has been greatly prejudiced by having to proceed pro se, which disadvantage can only be cured now with allowing the appearance of the undersigned.

---

[3]*Nobbly Lobby* actually allowed the filing date to run from the Second Motion because new matters were raised.

MOTION TO EXTEND LEAVE FOR FILING FOR EN BANC REVIEW Page 3

In summary, because of the serious nature of a Motion for Reconsideration En Banc, Ms. Turner and the undersigned believe that two additional weeks to determine whether the file a Motion for Consideration En Banc would allow the undersigned to fully investigate the proper legal and factual basis to file a motion for Reconsideration and to file only if this investigation shows this to be the case.

Wherefore, Appellant Gloria Turner moves that this Motion be granted.

Respectfully submitted,

JOHN E. RICHARDS
State Bar No.. 16848900
Richards & Valdez
6060 North Central Expressway
Suite 560
Dallas, Texas 75225
Tel: (214) 455-4690
Fax: (866) 823-2719
john.richards@richardsvaldez.com
Attorney for Appellant
Gloria Trevino Turner

**MOTION TO EXTEND LEAVE FOR FILING FOR EN BANC REVIEW Page 4**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on Defendant/Appellee Rick Thaler, Director, Texas Department of Criminal Justice, P.O. Box 13084, Capitol Station, Austin, Texas 78711-3084 via facsimile at 512- 936-2159 on February 23, 2012.


_____

_____

JOHN E. RICHARDS

**MOTION TO EXTEND LEAVE FOR FILING FOR EN BANC REVIEW Page 5**

**3:10-cv-02413-D** Trevino v. Thaler, Director TDCJ-CID
Sidney A Fitzwater, presiding
Date filed: 11/29/2010
Date terminated: 02/28/2011
Date of last filing: 11/18/2011

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed:* | 11/29/2010 | Judge Fitzwater |
| | *Entered:* | 11/30/2010 | |
| 1 | *Filed:* | 11/29/2010 | Complaint |
| | *Entered:* | 11/30/2010 | |
| 2 | *Filed:* | 11/29/2010 | Motion for Leave to Proceed in forma pauperis |
| | *Entered:* | 11/30/2010 | |
| | *Terminated:* | 01/18/2011 | |
| 3 | *Filed:* | 11/29/2010 | Motion to Appoint Counsel |
| | *Entered:* | 11/30/2010 | |
| | *Terminated:* | 01/18/2011 | |
| 4 | *Filed:* | 12/20/2010 | Certificate of Trust Account |
| | *Entered:* | 12/21/2010 | |
| 5 | *Filed:* | 12/21/2010 | Order |
| | *Entered:* | 12/22/2010 | |
| 6 | *Filed:* | 12/21/2010 | Order |
| | *Entered:* | 12/22/2010 | |
| | *Filed & Entered:* | 12/22/2010 | Order Receipt |
| | *Filed & Entered:* | 01/14/2011 | Receipt of Payment |
| 7 | *Filed & Entered:* | 01/14/2011 | Motion for Miscellaneous Relief |
| | *Terminated:* | 02/28/2011 | |
| 8 | *Filed:* | 01/18/2011 | Order on Motion for Leave to Proceed in forma pauperis |
| | *Entered:* | 01/19/2011 | |
| 9 | *Filed:* | 01/18/2011 | Order on Motion to Appoint Counsel |
| | *Entered:* | 01/19/2011 | |
| | *Filed & Entered:* | 01/19/2011 | Order Receipt |
| | *Filed & Entered:* | 01/19/2011 | Order Receipt |
| 10 | *Filed:* | 01/29/2011 | Findings and Recommendations |
| | *Entered:* | 01/31/2011 | |
| | *Terminated:* | 02/28/2011 | |
| 11 | *Filed:* | 01/29/2011 | Findings and Recommendations |
| | *Entered:* | 01/31/2011 | |
| | *Terminated:* | 02/28/2011 | |
| | *Filed & Entered:* | 01/31/2011 | Order Receipt |
| | *Filed:* | 02/10/2011 | Objection to Findings and Recommendations |

# EXHIBIT 1

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 452 of 711
District Case on 1:105-47 History/Documents: 00511766379    Page: 7    Date Filed: 02/23/2012 Page 2 of 3
Case: 11-10547    Document: 00511766551    Page: 7    Date Filed: 02/23/2012

|      | Entered:            | 02/14/2011 |                                                       |
|------|---------------------|------------|-------------------------------------------------------|
| 12   | Filed:              | 02/10/2011 | Motion to Appoint Counsel                             |
|      | Entered:            | 02/14/2011 |                                                       |
|      | Terminated:         | 02/28/2011 |                                                       |
| 13   | Filed:              | 02/28/2011 | Order Adopting Findings and Recommendations           |
|      | Entered:            | 03/01/2011 |                                                       |
| 14   | Filed:              | 02/28/2011 | Judgment                                              |
|      | Entered:            | 03/01/2011 |                                                       |
|      | Filed & Entered:    | 03/01/2011 | Order Receipt                                         |
|      | Filed & Entered:    | 03/04/2011 | Order Receipt                                         |
|      | Filed:              | 03/17/2011 | Notice of Appeal                                      |
|      | Entered:            | 03/21/2011 |                                                       |
|      | Terminated:         | 06/01/2011 |                                                       |
| 15   | Filed & Entered:    | 03/17/2011 | Motion for Extension of Time to File                  |
|      | Terminated:         | 03/18/2011 |                                                       |
| 16   | Filed & Entered:    | 03/17/2011 | Motion for Leave to Proceed in forma pauperis         |
|      | Terminated:         | 03/18/2011 |                                                       |
|      | Filed & Entered:    | 03/18/2011 | Order Receipt                                         |
| 17   | Filed & Entered:    | 03/18/2011 | Order on Motion for Leave to Proceed in forma pauperis |
| 18   | Filed:              | 03/18/2011 | Order on Motion for Extension of Time to File          |
|      | Entered:            | 03/21/2011 |                                                       |
|      | Filed & Entered:    | 03/21/2011 | Order Receipt                                         |
|      | Filed & Entered:    | 03/21/2011 | Order Receipt                                         |
| 21   | Filed:              | 03/28/2011 | Motion to Amend/Correct                               |
|      | Entered:            | 04/04/2011 |                                                       |
|      | Terminated:         | 04/11/2011 |                                                       |
| 19   | Filed:              | 03/29/2011 | Motion to Alter Judgment                              |
|      | Entered:            | 03/30/2011 |                                                       |
|      | Terminated:         | 04/11/2011 |                                                       |
| 20   | Filed:              | 03/29/2011 | Notice of Appeal                                      |
|      | Entered:            | 03/30/2011 |                                                       |
|      | Terminated:         | 06/01/2011 |                                                       |
|      | Filed & Entered:    | 03/31/2011 | Order Receipt                                         |
|      | Filed & Entered:    | 03/31/2011 | Order Receipt                                         |
|      | Filed & Entered:    | 04/04/2011 | Appeal Record Certified/Transmitted                   |
|      | Terminated:         | 04/26/2011 |                                                       |
|      | Filed & Entered:    | 04/08/2011 | USCA Case Number                                      |
|      | Terminated:         | 04/26/2011 |                                                       |
|      | Filed & Entered:    | 04/11/2011 | Order Receipt                                         |
| 22   | Filed & Entered:    | 04/11/2011 | Order on Motion to Alter Judgment                     |
|      | Filed & Entered:    | 04/13/2011 | USCA Case Number                                      |
|      | Terminated:         | 04/26/2011 |                                                       |

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 23 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/13/2011<br>04/14/2011<br>04/26/2011 | ◑ Motion to Withdraw |
| | *Filed & Entered:* | 04/26/2011 | ◑ Order Receipt |
| 24 | *Filed & Entered:* | 04/26/2011 | ◑ Order on Motion to Withdraw |
| 25 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/06/2011<br>05/09/2011<br>05/09/2011 | ◑ Motion for Reconsideration |
| | *Filed & Entered:* | 05/09/2011 | ◑ Order Receipt |
| 26 | *Filed & Entered:* | 05/09/2011 | ◑ Order on Motion for Reconsideration |
| 28 | *Filed:*<br>*Entered:*<br>*Terminated:* | 05/31/2011<br>06/02/2011<br>11/18/2011 | ◑ Notice of Appeal |
| 27 | *Filed & Entered:* | 06/01/2011 | ◑ USCA Order |
| | *Filed & Entered:* | 06/02/2011 | ◑ Order Receipt |
| 29 | *Filed:*<br>*Entered:* | 06/08/2011<br>06/10/2011 | ◑ USCA Order |
| | *Filed & Entered:* | 06/23/2011 | ◑ Appeal Record Certified/Transmitted |
| 30 | *Filed:*<br>*Entered:* | 11/18/2011<br>11/22/2011 | ◑ USCA Order |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/02/2012 10:21:35 | | | |
| **PACER Login:** | jr1902 | **Client Code:** | trevino |
| **Description:** | History/Documents | **Search Criteria:** | 3:10-cv-02413-D |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA TREVIÑO and | § | |
| JULIO TREVIÑO | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:14-CV-03795-M |
| ELLIS COUNTY, TEXAS through | § | |
| JOHNNY BROWN in his official capacity | § | |
| as Sheriff of Ellis County Texas and official | § | |
| in charge of the Ellis County Jail, and | § | |
| HARRY OGDEN, both individually | § | PLAINTIFFS DEMAND A JURY |
| and in his official capacity as Captain | § | |
| of the Ellis County Jail, and | § | |
| DR. FORTNER in his individual capacity | § | |
| | § | |
| Defendants | § | |

SECOND AMENDED COMPLAINT WITH JURY DEMAND

Plaintiff's Gloria Treviño and Julio Treviño, as heirs to Decedent Juan Treviño pursuant to

Texas Civil Practices and Remedies Code §71.021, file this second amended complaint pursuant to

Federal Rule of Procedure 15(a)(1)(A) against Ellis County, Texas by and through Johnny Brown

in his official capacity as Sheriff of Ellis County, Texas and in charge of the Ellis County Jail, known

as the Wayne McCollum Center as well as individually, and against Captain Harry Ogden in both his

official and in his individual capacities of being in charge of the Ellis County Jail and against Dr.

Fortner individually as provider of medical treatment in jail and addition.

In addition, Plaintiffs add Defendant Baylor Medical Center at Waxahachie.

There has as yet been no service; however, Defendants Johnny Brown and Harry Ogden have

now waived service. This First Amended Complaint is within the 21 days for service.

I.    PARTIES

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 1

EXHIBIT 1

1.  Plaintiffs are Gloria Treviño and Julio Treviño. Plaintiffs are two of the surviving siblings
    of decedent Juan Treviño, who died as a result of the actions of Defendants in violation of his
    due process rights and Section 1983. The only surviving family members of Juan Treviño
    are his nine brothers and sisters: Julio Treviño, Gloria Treviño, Joe Treviño, Carlos Treviño,
    Rick Treviño, Olga Treviño Dixon, Dolores Treviño Helms and Maria Virginia Treviño
    Moreno. These nine are Juan Treviño's sole heirs. Juan Treviño was a prisoner in the Ellis
    County jail and under its care and medical supervision and who died on October 22, 2012.
    Plaintiffs are authorized to bring this lawsuit pursuant to Texas Civil Practices and Remedies
    Code §71.021 for the nine heirs of Juan Treviño. In addition, a request for appointment of
    administrator is pending in Ellis County and it is anticipated that Noel Portnoy, Texas State
    Bar No. 16162000, will be appointed administrator of the estate of Juan Treviño and as such
    he will be entitled to replace Plaintiffs in this action.

2.  Defendant Ellis County is a County in the State of Texas which operates a Jail Facility known
    as the Wayne McCollum Detention Center. Johnny Brown is the Sheriff of Ellis County and
    has overall charge of the jail facility and its staff. As such, Brown is responsible for
    protecting the constitutional rights of all persons held in the Jail, including their right to
    medical care. Sheriff Brown is being sued in both his individual and official capacity. Sheriff
    Brown's address is 300 S Jackson St, Waxahachie, TX 75165

3.  Defendant Harry Ogden is the Captain in the Sheriff's department directly in charge of the
    jail facilities. As such, Ogden is in Charge is responsible for protecting the constitutional
    rights of all persons held in the jail, including their right to medical care. is being sued in both
    his individual and official capacity.    Captain Ogden's address is 300 S Jackson St,

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 2

EXHIBIT 1

1.  Plaintiffs are Gloria Treviño and Julio Treviño. Plaintiffs are two of the surviving siblings of decedent Juan Treviño, who died as a result of the actions of Defendants in violation of his due process rights and Section 1983. The only surviving family members of Juan Treviño are his nine brothers and sisters: Julio Treviño, Gloria Treviño, Joe Treviño, Carlos Treviño, Rick Treviño, Olga Treviño Dixon, Dolores Treviño Helms and Maria Virginia Treviño Moreno. These nine are Juan Treviño's sole heirs. Juan Treviño was a prisoner in the Ellis County jail and under its care and medical supervision and who died on October 22, 2012. Plaintiffs are authorized to bring this lawsuit pursuant to Texas Civil Practices and Remedies Code §71.021 for the nine heirs of Juan Treviño. In addition, a request for appointment of administrator is pending in Ellis County and it is anticipated that Noel Portnoy, Texas State Bar No. 16162000, will be appointed administrator of the estate of Juan Treviño and as such he will be entitled to replace Plaintiffs in this action.

2.  Defendant Ellis County is a County in the State of Texas which operates a Jail Facility known as the Wayne McCollum Detention Center. Johnny Brown is the Sheriff of Ellis County and has overall charge of the jail facility and its staff. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including their right to medical care. Sheriff Brown is being sued in both his individual and official capacity. Sheriff Brown's address is 300 S Jackson St, Waxahachie, TX 75165

3.  Defendant Harry Ogden is the Captain in the Sheriff's department directly in charge of the jail facilities. As such, Ogden is in Charge is responsible for protecting the constitutional rights of all persons held in the jail, including their right to medical care. is being sued in both his individual and official capacity. Captain Ogden's address is 300 S Jackson St,

**SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 2**

EXHIBIT 1

Waxahachie, TX 75165.

4.      Defendant Dr. Fortner (first name unknown, and whose last name may be Porter) is, upon

information and belief, the medical doctor who supervises medical treatment for inmates in

the Ellis County jail. Dr. Fortner's address is 300 S Jackson St, Waxahachie, TX 75165.

II.      VENUE

Venue is proper under 28 U.S. CODE § 1391(b)(1) and (2) because Defendants are located

and reside in Ellis County and a substantial part of the events or omissions giving rise to the claim

occurred in Ellis County, Texas, which lies within the United States District Court for the Northern

District of Texas, Dallas Division.

III.      JURISDICTION

Jurisdiction is proper under 28 U.S.C. §1331 because this is a civil action which arises under

42 U.S.C. §1983.

IV.      STATEMENT OF BASIC FACTS

1.      This case concerns the depravation of Juan A. Treviño's civil rights by Defendants resulting

in his death. Juan Treviño died on October 22, 2012 in Ellis County. During 2011 and 2012

he was incarcerated in the Ellis County Jail, there because of an alleged violation of a

conviction in Nueces County Texas. While Juan Treviño was in the Ellis County jail, he had

a series of serious and indeed life threatening medical conditions which the Jail and its

officials failed to treat. Upon information and belief, these individuals were Captain Ogden

and Doctor Fortner. These officials exhibited deliberate and conscious indifference to Juan

Treviño's medical condition which resulted in unnecessary suffering and pain ultimately

resulting in his death.

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 3

EXHIBIT 1

Waxahachie, TX 75165.

4.  Defendant Dr. Fortner (first name unknown, and whose last name may be Porter) is, upon information and belief, the medical doctor who supervises medical treatment for inmates in the Ellis County jail. Dr. Fortner's address is 300 S Jackson St, Waxahachie, TX 75165.

II.  **VENUE**

Venue is proper under 28 U.S. CODE § 1391(b)(1) and (2) because Defendants are located and reside in Ellis County and a substantial part of the events or omissions giving rise to the claim occurred in Ellis County, Texas , which lies within the United States District Court for the Northern District of Texas, Dallas Division.

III.  **JURISDICTION**

Jurisdiction is proper under 28 U.S.C. §1331 because this is a civil action which arises under 42 U.S.C. §1983.

IV.  **STATEMENT OF BASIC FACTS**

1.  This case concerns the depravation of Juan A. Treviño's civil rights by Defendants resulting in his death. Juan Treviño died on October 22, 2012 in Ellis County. During 2011 and 2012 he was incarcerated in the Ellis County Jail, there because of an alleged violation of a conviction in Nueces County Texas. While Juan Treviño was in the Ellis County jail, he had a series of serious and indeed life threatening medical conditions which the Jail and its officials failed to treat . Upon information and belief, these individuals were Captain Ogden and Doctor Fortner. These officials exhibited deliberate and conscious indifference to Juan Treviño's medical condition which resulted in unnecessary suffering and pain ultimately resulting in his death .

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 3

EXHIBIT 1

2.   Ellis County, the Ellis County Jail, Sheriff Brown and Captain Ogden are responsible for
     enforcing the requirements under Texas Administrative Code Title 37, Part 9, Chapter 273,
     §273.1, §273.2 and the Health Services Plan Requirements, and providing for proper medical
     services and efficient and proper care for acute and emergency situations, as well as
     developing and implementing a health services plan. They failed to do this in the case of Juan
     Treviño as set forth above.

3.   There have been numerous prior incidents of "failure of medical care" at the Ellis County Jail,
     including allegations which brought the issue to the attention of Ellis County in the following
     cases: Lohman v. Ellis County Jail, 3:12-CV-5285; Rogers v. Brown, 3:12-CV- 2458; John
     L. Moore v. State of Texas; 3:11-CV-00749-M and this indicates a pattern.

4.   The practices and customs in the Ellis County jail were to ignore the care required under the
     requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and
     the Health Services Plan Requirements of that Chapter because of the failure to respond and
     treat Juan Treviño and other prisoners of easily identified and visible health problems and
     upon information and belief, failure to follow the required health service plan required to be
     developed by the jail. In addition, the custom is to ignore the requirements to provide proper
     health care required by the Eight and Fourteenth Amendments to the United States
     Constitution.    Juan Treviño's medical conditions were both known to the Jail and were
     visible. Towards the end of his life and time at the jail he was undergoing a rapid weight loss
     indicative of some serious medical condition and he constantly complained about them but
     was given improper treatment. His visible appearance was that of a seriously sick man and
     was apparent to any normal person. It was the custom of Ellis County and the jail to ignore

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 4

EXHIBIT 1

2.    Ellis County, the Ellis County Jail, Sheriff Brown and Captain Ogden are responsible for
      enforcing the requirements under Texas Administrative Code Title 37, Part 9, Chapter 273,
      §273.1, §273.2 and the Health Services Plan Requirements, and providing for proper medical
      services and efficient and proper care for acute and emergency situations, as well as
      developing and implementing a health services plan. They failed to do this in the case of Juan
      Treviño as set forth above.

3.    There have been numerous prior incidents of "failure of medical care" at the Ellis County Jail,
      including allegations which brought the issue to the attention of Ellis County in the following
      cases: Lohman v. Ellis County Jail, 3:12-CV-5285; Rogers v. Brown, 3:12-CV- 2458; John
      L. Moore v. State of Texas; 3:11-CV-00749-M and this indicates a pattern.

4.    The practices and customs in the Ellis County jail were to ignore the care required under the
      requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and
      the Health Services Plan Requirements of that Chapter because of the failure to respond and
      treat Juan Treviño and other prisoners of easily identified and visible health problems and
      upon information and belief, failure to follow the required health service plan required to be
      developed by the jail. In addition, the custom is to ignore the requirements to provide proper
      health care required by the Eight and Fourteenth Amendments to the United States
      Constitution.    Juan Treviño's medical conditions were both known to the Jail and were
      visible. Towards the end of his life and time at the jail he was undergoing a rapid weight loss
      indicative of some serious medical condition and he constantly complained about them but
      was given improper treatment. His visible appearance was that of a seriously sick man and
      was apparent to any normal person. It was the custom of Ellis County and the jail to ignore

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 4

EXHIBIT 1

these issue and wait for the prisoner to be released from the jail to get necessary medical relief and this was told to Juan Treviño by the jail doctor when he said that as soon as Treviño got out of jail he should see a doctor but he couldn't do anything because he worked for the sheriff's department. This constitutes an official policy or practice of Ellis County and the Ellis County Jail which is in direct violation Treviño's constitutional rights and rights under state law.

5.   Juan Treviño was diabetic. The Jail failed to properly treat Juan Treviño's diabetes by failing to give him proper doses of insulin which potentially resulted in his development of non-Hodgkin's lymphoma. The jail failed to treat heart disease and congestive heart failure. Juan Treviño asked to see a doctor many times. When he did see a doctor he was denied medication for pain. Juan Treviño's serious declining medical condition was open and obvious to anyone and he lost excessive weight while in the Jail.

6.   Doctor Fortner was, on information and belief, the person who visited Juan Treviño and instead of assuring he received the necessary medical treatment for his conditions, which included diabetes and other conditions, would tell him he should see a doctor rather than providing or assuring that Mr. Treviño received the proper treatment at the jail or though its medical providers. This was more than the mere exercise of medical judgment or discretion but was instead conscious indifference to Mr. Treviño's extremely serious medical conditions resulting in unnecessary suffering and pain ultimate resulting in his death.

7.   Because of the conscious indifference, Juan Treviño's medical condition continued to deteriorate so that by the fall of 2012, his condition was apparently immediately terminal. However, rather than attempting to treat Juan Treviño in Waxahachie at the Baylor Medical

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 5

EXHIBIT 1

these issue and wait for the prisoner to be released from the jail to get necessary medical relief and this was told to Juan Treviño by the jail doctor when he said that as soon as Treviño got out of jail he should see a doctor but he couldn't do anything because he worked for the sheriff's department. This constitutes an official policy or practice of Ellis County and the Ellis County Jail which is in direct violation Treviño's constitutional rights and rights under state law.

5. Juan Treviño was diabetic. The Jail failed to properly treat Juan Treviño's diabetes by failing to give him proper doses of insulin which potentially resulted in his development of non-Hodgkin's lymphoma. The jail failed to treat heart disease and congestive heart failure. Juan Treviño asked to see a doctor many times. When he did see a doctor he was denied medication for pain. Juan Treviño's serious declining medical condition was open and obvious to anyone and he lost excessive weight while in the Jail.

6. Doctor Fortner was, on information and belief, the person who visited Juan Treviño and instead of assuring he received the necessary medical treatment for his conditions, which included diabetes and other conditions, would tell him he should see a doctor rather than providing or assuring that Mr. Treviño received the proper treatment at the jail or though its medical providers. This was more than the mere exercise of medical judgment or discretion but was instead conscious indifference to Mr. Treviño's extremely serious medical conditions resulting in unnecessary suffering and pain ultimate resulting in his death.

7. Because of the conscious indifference, Juan Treviño's medical condition continued to deteriorate so that by the fall of 2012, his condition was apparently immediately terminal. However, rather than attempting to treat Juan Treviño in Waxahachie at the Baylor Medical

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 5

EXHIBIT 1

Center there, the officials, which upon information and belief were Defendants Brown, Ogden and Fortner, had him callously transferred him to officials in Nueces County, Texas where a charge had been pending against Mr. Treviño. These officials did not choose to do this when Mr. Treviño had first been incarcerated but only after his medical condition had deteriorated to such a degree that his life was in danger. When Mr. Treviño arrived in Nueces county he was in extremely critical condition and had to be immediately placed in intensive care. Mr. Treviño never should have been transferred while he was in such critical condition, which further threatened his life.

8.     Upon information and belief, when Juan Treviño was incarcerated at the Jail in Ellis County, he was sent to the Baylor Medical Center in Waxahachie, but on information and belief his treatment was not proper and did not meet his medical needs.

9.     When Juan Treviño was returned to Nueces County by Ellis County, his condition was visibly terminal and so seen by the Nueces County officials who received him. While in Nueces County, he was cared for at Christus Spohn Hospital. However, even that the hospital did not provide sufficient medical care and the officials in Nueces County released Juan Treviño to one of his sisters who took him back to her home in Ellis County where he died within a week or two. On information and belief, the medical center in Nueces County, Christus Spohn Hospital Corpus Christi, was negligent in providing Juan Treviño with proper medical care.

10.    Johnny Brown is the Sheriff of Ellis County. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including assuring that they receive proper medical treatment. Mr. Brown failed in his duty in this regard with respect to Juan Treviño as set forth above. Sheriff Brown was responsible for assuring that the Jail followed

EXHIBIT 1

Center there, the officials, which upon information and belief were Defendants Brown, Ogden and Fortner, had him callously transferred him to officials in Nueces County, Texas where a charge had been pending against Mr. Treviño. These officials did not choose to do this when Mr. Treviño had first been incarcerated but only after his medical condition had deteriorated to such a degree that his life was in danger. When Mr. Treviño arrived in Nueces county he was in extremely critical condition and had to be immediately placed in intensive care. Mr. Treviño never should have been transferred while he was in such critical condition, which further threatened his life.

8.   Upon information and belief, when Juan Treviño was incarcerated at the Jail in Ellis County, he was sent to the Baylor Medical Center in Waxahachie, but on information and belief his treatment was not proper and did not meet his medical needs.

9.   When Juan Treviño was returned to Nueces County by Ellis County, his condition was visibly terminal and so seen by the Nueces County officials who received him. While in Nueces County, he was cared for at Christus Spohn Hospital. However, even that the hospital did not provide sufficient medical care and the officials in Nueces County released Juan Treviño to one of his sisters who took him back to her home in Ellis County where he died within a week or two.   On information and belief, the medical center in Nueces County, Christus Spohn Hospital Corpus Christi, was negligent in providing Juan Treviño with proper medical care.

10.   Johnny Brown is the Sheriff of Ellis County. As such, Brown is responsible for protecting the constitutional rights of all persons held in the Jail, including assuring that they receive proper medical treatment. Mr. Brown failed in his duty in this regard with respect to Juan Treviño as set forth above. Sheriff Brown was responsible for assuring that the Jail followed

EXHIBIT 1

the requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements because of the failure to respond and treat Juan Treviño and other prisoners of easily identified and visible health problems. He failed in this responsibility as well as to assure that the Jail followed the required health service plan. He allowed the Jail to carry out practices which were in violation of Treviño's rights under the Eight and Fourteenth Amendments to the Constitution. As such he has official liability and also individual liability .

11.   Sheriff Brown must have known of the issue related to the transfer of Juan Treviño to Nueces County when Treviño's deteriorating medical condition became so open and obvious and it was visibly apparent Treviño was near death.   Sheriff Brown must have either approved of the long and unsafe transfer by squad care or failed to act to assure that Treviño was taken to a hospital close by to treat his condition.  This is a practice of ignoring the requirements of state law and the health plan.  This also shows deliberate indifference to Treviño's serious medical condition.  As such he has individual liability.

12.   Despite the fact that the critical medical condition of Juan Treviño was so apparent, including his extreme weight loss, the Ellis County Officials transported him to Nueces County in the back of a squad car and in shackles and not in an ambulance.  This is a distance of about 370 miles.  When Treviño arrived in Nueces County, the officials there saw how critical his situation was and demanded the Ellis County officers immediately remove the shackles and he was immediately placed in the hospital for critical care.  Ogden must have approved this.

13.   Captain Ogden, is upon information and belief, the official in charge of the day-to-day operations of the jail and as such is responsible for protecting the constitutional rights of all

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 7

EXHIBIT 1

the requirements of Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements because of the failure to respond and treat Juan Treviño and other prisoners of easily identified and visible health problems. He failed in this responsibility as well as to assure that the Jail followed the required health service plan. He allowed the Jail to carry out practices which were in violation of Treviño's rights under the Eight and Fourteenth Amendments to the Constitution. As such he has official liability and also individual liability .

11.     Sheriff Brown must have known of the issue related to the transfer of Juan Treviño to Nueces County when Treviño's deteriorating medical condition became so open and obvious and it was visibly apparent Treviño was near death.   Sheriff Brown must have either approved of the long and unsafe transfer by squad care or failed to act to assure that Treviño was taken to a hospital close by to treat his condition.  This is a practice of ignoring the requirements of state law and the health plan.  This also shows deliberate indifference to Treviño's serious medical condition.  As such he has individual liability.

12.     Despite the fact that the critical medical condition of Juan Treviño was so apparent, including his extreme weight loss,  the Ellis County Officials transported him to Nueces County in the back of a squad car and in shackles and not in an ambulance.  This is a distance of about 370 miles.  When Treviño arrived in Nueces County, the officials there saw how critical his situation was and demanded the Ellis County officers immediately remove the shackles and he was immediately placed in the hospital for critical care.  Ogden must have approved this.

13.     Captain Ogden, is upon information and belief, the official in charge of the day-to-day operations of the jail and as such is responsible for protecting the constitutional rights of all

EXHIBIT 1

persons held in the Jail, including assuring that they receive proper medical treatment. These included following the procedures set forth by Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements as well as following Ellis County Jail's own health plan Ogden failed in his duty in this regard with respect to Juan Treviño as set forth above. Juan Treviño's deteriorating medical condition placing him near to death and Captain Ogden must have been involved in decisions relating to transferring Treviño to Nueces County in a squad car rather than assuring he receive the needed treatment at Baylor Medical in Waxahachie. This was deliberate indifference to Treviño's serious medical condition, including diabetes and congestive heart failure, placing him in danger of dying which he shortly did. As such Ogden has both official and individual liability.

14.  Dr. Fortner, is upon information and belief, the medical person responsible for assuring that proper medical care of the inmates and he failed in this regard with respect to Juan Treviño and in fact demonstrated conscious indifference to his condition. Mr. Treviño was sent to Baylor Medical Center in Waxahachie but it was negligent in the services it provided to Mr. Treviño and Dr. Fortner did not exercise proper oversight over Baylor and was consciously indifferent in assuring this was done, resulting in needless suffering and pain to Mr. Treviño.

15.  Ellis County is responsible for establishing policies and procedures which assure that the constitutional rights of its jail inmates are assured. Upon information and belief there is a failure of Ellis County in enforcing such policies and there is a pattern with respect to failure of medical care with respect to these inmates.

V.   VIOLATION OF 28 U.S.C. §1983, THE EIGHT AND THE FOURTEEN AMENDMENTS TO THE UNITED STATES CONSTITUTION

This deliberate indifference to a substantial risk of serious harm resulting in unnecessary

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 8

EXHIBIT 1

persons held in the Jail, including assuring that they receive proper medical treatment. These included following the procedures set forth by Texas Administrative Code Title 37, Part 9, Chapter 273, §273.1, §273.2 and the Health Services Plan Requirements as well as following Ellis County Jail's own health plan Ogden failed in his duty in this regard with respect to Juan Treviño as set forth above.   Juan Treviño's deteriorating medical condition placing him near to death and Captain Ogden must have been involved in decisions relating to transferring Treviño to Nueces County in a squad car rather than assuring he receive the needed treatment at Baylor Medical in Waxahachie.   This was deliberate indifference to Treviño's serious medical condition, including diabetes and congestive heart failure, placing him in danger of dying which he shortly did.   As such Ogden has both official and individual liability.

14.    Dr. Fortner, is upon information and belief, the medical person responsible for assuring that proper medical care of the inmates and he failed in this regard with respect to Juan Treviño and in fact demonstrated conscious indifference to his condition.  Mr. Treviño was sent to Baylor Medical Center in Waxahachie but it was negligent in the services it provided to Mr. Treviño and Dr. Fortner did not exercise proper oversight over Baylor and was consciously indifferent in assuring this was done, resulting in needless suffering and pain to Mr. Treviño.

15.    Ellis County is responsible for establishing policies and procedures which assure that the constitutional rights of its jail inmates are assured.  Upon information and belief there is a failure of Ellis County in enforcing such policies and there is a pattern with respect to failure of medical care with respect to these inmates.

V.    VIOLATION OF 28 U.S.C. §1983, THE EIGHT AND THE FOURTEEN AMENDMENTS TO THE UNITED STATES CONSTITUTION

This deliberate indifference to a substantial risk of serious harm resulting in unnecessary

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 8

EXHIBIT 1

suffering and ultimately death described above constitutes a violation to Treviño's civil rights under 28 U.S.C. §1983 and the Eight and Fourteenth Amendments of the United States Constitution. Treviño was been seriously harmed by this violation, including unnecessary suffering and resulting in his unnecessary death..

VII.  DAMAGES

Plaintiffs seek damages for the estate or heirs of Juan Treviño identified in Section I.1. above against Defendants Ellis County, Johnny Brown, Harry Ogden and Dr. Fortner who all violated Juan Treviño's rights to due process of law under the Eight and Fourteenth Amendment. 42 U.S.C. §1983.

VIII.  ATTORNEYS' FEES

Plaintiffs seek attorneys' fees and litigation costs for Defendants' Ellis County Brown, Ogden and Fortner's violation of the Eight and Fourteenth Amendment, pursuant to 42 U.S.C. §1988.

IX.  JURY DEMAND

Plaintiffs demand a jury.

X.  PRAYER

1.  Award the heirs of the estate of Juan Treviño actual and punitive damages and exemplary damages as set forth above;

2.  Award attorneys' fees and costs; and,

3.  Grant all other and additional relief to which Plaintiffs may be entitled, at law or in equity.

EXHIBIT 1

suffering and ultimately death described above constitutes a violation to Treviño's civil rights under

28 U.S.C. §1983 and the Eight and Fourteenth Amendments of the United States Constitution.

Treviño was been seriously harmed by this violation, including unnecessary suffering and resulting

in his unnecessary death..

VII.    **DAMAGES**

Plaintiffs seek damages for the estate or heirs of Juan Treviño identified in Section I.1. above

against Defendants Ellis County, Johnny Brown, Harry Ogden and Dr. Fortner who all violated Juan

Treviño's rights to due process of law under the Eight and Fourteenth Amendment. 42 U.S.C. §1983.

VIII.    **ATTORNEYS' FEES**

Plaintiffs seek attorneys' fees and litigation costs for Defendants' Ellis County Brown, Ogden

and Fortner's violation of the Eight and  Fourteenth Amendment, pursuant to 42 U.S.C. §1988.

IX.    **JURY DEMAND**

Plaintiffs  demand a jury.

X.    **PRAYER**

1.    Award the heirs of the estate of Juan Treviño actual and punitive damages and exemplary

damages as set forth above;

2.    Award attorneys' fees and costs; and,

3.    Grant all other and additional relief to which Plaintiffs  may be entitled, at law or in equity.

EXHIBIT 1

Respectfully submitted,

/s/ John E. Richards

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 560
Dallas, Texas 75206
214-455-4690 (phone)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PLAINTIFFS

## NOTICE OF ELECTRONIC FILING

I, John E. Richards, attorney for Plaintiff, certify that I have electronically submitted for filing a true and correct copy of the foregoing pursuant to the Electronic Case Files System of the Northern District of Texas, on February 20, 2015

/s/ John E. Richards

John E. Richards

## CERTIFICATE OF SERVICE

The undersigned certifies that he sent a copy of the foregoing pleading either by facsimile

or email on February 20, 2015 the following attorneys:

D. Randall Montgomery
D. Randall Montgomery & Associates, P.L.L.C.
1240 Coit Road
Suite 560
Dallas, TX 75251.

/s/   John E. Richards

John E. Richards

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 10

EXHIBIT 1

Respectfully submitted,

/s/ John E. Richards

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway
Suite 560
Dallas, Texas 75206
214-455-4690 (phone)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PLAINTIFFS

### NOTICE OF ELECTRONIC FILING

    I, John E. Richards, attorney for Plaintiff, certify that I have electronically submitted for filing a true and correct copy of the foregoing pursuant to the Electronic Case Files System of the Northern District of Texas, on February 20, 2015

/s/ John E. Richards

John E. Richards

### CERTIFICATE OF SERVICE

    The undersigned certifies that he sent a copy of the foregoing pleading either by facsimile

or email on February 20, 2015 the following attorneys:

D. Randall Montgomery
D. Randall Montgomery & Associates, P.L.L.C.
1240 Coit Road
Suite 560
Dallas, TX 75251.

/s/  John E. Richards

John E. Richards

SECOND AMENDED COMPLAINT WITH JURY DEMAND Page 10

EXHIBIT 1

No. 11-10547

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**GLORIA TREVINO TURNER, as next friend Robert Rodriguez Trevino**

    **Appellant**

**V.**

**RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL INSTITUTIONS DIVISION**

    **Respondent-Apellelle**

**Appealed from the United States District Court for the
Northern District of Texas
USDC No. 3:10-CV-2413**

## MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF TO APPELLANT'S
## MOTION TO RECONSIDER

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Appellant Gloria Treviño Turner, as next friend of Robert Rodriguez Treviño, files this

Motion for Leave to File a Supplemental Brief to the Motion to Reconsider previously filed by

Appellant which is currently pending before this Court, which Supplemental Brief will be filed no

later than Monday, February 13, 2012. The reasons for this Motion are as follows;

The undersigned has now just agreed to represent Ms. Turner in this appeal and has filed his

Notice of Appearance just this week. Ms. Turner has been proceeding pro se in this matter, both at

the Northern District and before this Court and has sought to have counsel appointed and has also

filed a motion with this Court seeking such relief. The undersigned has agreed to represent Ms.

Turner pro bono, which would obviate her Motion for Appointment of Counsel. The undersigned needs just a few additional days to familiarize himself fully with the pleadings and motions. The undersigned believes, upon his initial review of the motions filed by Ms. Turner and the orders of this Court and the Northern District, that there are matters that should be briefed in the Motion for Reconsideration for this Court, and in particular to brief certain issues raised in that case cited by this Court, *Nobby Lobby, Inc. v .Circus,Circus, Inc.*, 970 Fe. 2d 82 (5th Circ. 1992) and potentially one or two other issues. The undersigned does not anticipate that this Supplemental Brief will be more than five pages long, if that.

Wherefore, Appellant Gloria Turner moves that this Motion for Leave File a Supplemental Brief to Appellant's Motion for Reconsideration by February 13, 2012 be granted.

Respectfully submitted,

_____

JOHN E. RICHARDS
State Bar No.. 16848900
Richards & Valdez
6060 North Central Expressway
Suite 560
Dallas, Texas 75225
Tel: (214) 455-4690
Fax: (866) 823-2719
john.richards@richardsvaldez.com
Attorney for Appellant
Gloria Trevino Turner

### CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on Defendant/Appellee Rick Thaler, Director, Texas Department of Criminal Justice, P.O. Box 13084, Capitol Station, Austin, Texas 78711-3084 via facsimile at 512- 936-2159 on February 9, 2012.

_____

JOHN E. RICHARDS

Niro
*atismo en*
*página 21*

# SEMANA

¡AT

AÑO 3 NO. 182 HOUSTON, TEXAS    DEL 8 AL 14 DE AGOSTO 1996



## ¿Dónde quedaron los derechos...?

# ¡Tras las rejas!

La constitución de Estados Unidos consigna las prerrogativas

que tiene ante la ley todo ser humano por la simple razón de serlo.

Eso, sin embargo, es desconocido incluso por algunos de quienes

están encargados de hacerlo cumplir. *Violación.*

*Por favor, lea Portada. Páginas 9 a 11.*

os que se van,
os que vienen

**diós Atlanta!**

**¡Hola Sidney!**

Terminados los olímpicos y
engolosinados con los triunfos
de los deportistas texanos y,
en general, la inobjetable
superioridad estadounidense a
los países latinos sólo les queda

men

Esta seman

# SEMA

Calidad info
en Espa

SEMANA prepa
siguientes boca
miras a hacerlo
apetitosos y dig
Le sugerimos a
pañarlos de los
adicionales al g
se anuncian aq
estos está la Bu
Western Union
Sears, Fiesta, S
ern Bell, Bacar
nas de las mejo
películas en ca

**Aperitivo:**
No hay der

**Entradas:**
Caldo de
periodista
*Sem*

**Plato fuer**
Derechos
su concha
*Porta*

**Especial**
México si
paga, perc

**"Show** c
María Feli
"El Buki"
y otros ric
*Espectácul*

**Entreme**
El Ezln y l

SEM
Siga, p

Primer
Gr

CAUSE NO'S 21530-2153 FILED FOR RECORD

95 AUG 16 AM 8:26

DISTRICT CLERK

STATE OF TEXAS                IN THE DISTRICT COURT OF
                             ELLIS COUNTY, TEXAS
RT TREVINO                    40TH JUDICIAL DISTRICT

DEFENDANT'S MOTION FOR PSYCHIATRIC TESTING
         TO DETERMINE COMPENTCY

THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, Defendant
the above entitled and Numbered
cuses by and through his attorney
Record John A Dixon and files
is his motion Requesting PSYCHIATRIC
examination to determine his
competency to stand trial In the
above referenced Causes and in
support of said motion would
show unto the Court The Following.

                    I.

THE Defendant is set for trial in
above referenced Causes on
august 21, 1995

                    II

THE Defendant's attorney has reason
believe, that the Defendant is
afflicted with some form of mental
disorder disease or defect that may
have destroyed the Defendant's



lity to perceive the alleged wrongfulness of his conduct or his capacity to conform his conduct to the requirements of the law he allegedly violated, and further that the Defendant appears to be in a state at the present time that prevents him from being able to effectively assist the undersigned attorney in preparing any effective Defense.

## III

The Defendant suffers from Post Traumatic Stress Disorder and was previously under the care of Dr. Dekleva of the Dallas Veterans medical department of Psychiatry. However, Dr. Dekleva was transferred to another hospital and the Defendant was assigned another Doctor in June 1995. Prior to the new assignment of Dr. Frederick Petty PHD, M.D, Robert Trevino had been diagnosed by his former Dr. Dr. Dekleva to have had an increase in his level of Depression. Dr. Dekleva's Report is on Record with this Honorable Court.

## IV

Since ROBERT TREVINO was assigned



New doctor in June 1995, ROBERT
TREVINO had not seen DR. PETTY
'til August 14, 1995 at the
Medical Center In DALLAS TEXAS.
Since this was DR. PETTY's First
visit with his New Patient, DR.
PETTY once knowledgeable of
ROBERT TREVINO's legal problems,
& not knowing much of MR. Trevino's
medical problems, advised MR.
TREVINO that he should not be
concerned with any legal issues,
for atleast another three months. This
advisement is in the record of
this honorable Court. Furthermore,
DR. PETTY informed the assistant
District Attorney's Buckingham
and MARSHALL that he needed
additional time to evaluate
the medical condition of ROBERT
TREVINO since his First visit
with Robert TREVINO was on
August 14, 1995.

V.

Unless the Court allow ROBERT
TREVINO to be examined by the
psychiatrist of his choice to
determine his competency and any other
mental disorders, the Defendant will
be denied Due process of law as
guaranteed by the Fourteenth
Amendment to the U.S. Constitution

that he will be denied a Fair
all and equal protection under
_ law. Without meaningful
rchiatric evidence on this issue,
e defense and the trier of
ict will be deprived of the
ily satisfactory evidence for
iding the issue of the
efendant's present competency,
HEREFORE PREMISES CONSIDERED,
_ defendant prays that this
NORABLE court grant this
otion and allow the defendant
o undergo psychiatric examination.

Respectfully submitted,

John A Dixon

John A. Dixon
2616 S Loop West Ste 400
Hou Tex 77054
713-349-8387
SBN# 00785824

CERTIFICATE OF SERVICE

his is to certify that a true and
rect copy of the foregoing motion
us on this the 16th day of
ugast 1995, hand delivered to
he assistant D.A. of Ellis Coun
TEXAS

John Dixon

CAUSE No's 21530 - 21534

THE STATE OF TEXAS        IN THE DISTRICT COURT OF
                          ELLIS COUNTY, TEXAS
BERT TREVINO             40TH JUDICIAL DISTRIC

## ORDER

ON This the ___ day of ___, 1995
came on to be heard the Defendant
motion For Psychiatric Examination
to Determine his Competency to
stand trial In the above and
referenced causes and IT IS
THE OPINION OF this Court that
said motion In All things
should be GRANTED / DENIED.

IT IS THEREFORE ORDERED That
ROBERT TREVINO be allowed to
undergo Psychiatric Examination by
the doctor of his Choice to here by
a Report of that examination is
to be prepared to the Court stating
its Finding by no later than
___ 1995.

SIGNED ON This the ___ day of ___, 199

                          JUDGE PRESTON

VOL 031 PG 071

AUG 1 5 1995

CAUSE NO'S 21530-21534

FILED FOR RECORD

THE STATE OF TEXAS

VS.

ROBERT TREVINO

IN THE DISTRICT COURT OF

ELLIS COUNTY, TEXAS
DISTRICT CLERK
40TH JUDICIAL DISTRICT

### DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT in the above entitled and numbered causes and files this Motion For Continuance and in support of said Motion would show unto the Court the following:

I.

The Defendant is set for trial in the above entitled and numbered causes on August 21, 1995.

II.

The Defendant Robert Trevino suffers from Post Traumatic Stress Disorder and is currently under the care of Doctor Frederick Petty, PhD, MD. The Defendant was previously under the care of Doctor Deceuva PhD, MD but Dr. Deceuva was transferred from the VA medical center in Dallas, Texas in June 1995.

III.

Defendant Robert Trevino had his first scheduled appointment with his new pyschiatrist, Dr. Frederick Petty on August 14, 1995 at the VA medical center in Dallas, Texas. During this visit with Dr. Petty, Robert Trevino was advised by Dr. Petty to avoid all stress of any legal issues for another three months. Robert Trevino during his visit with Dr. Petty was diagnosed as being in a state of major depression from which Dr. Petty had to increase Robert Trevino's dosage of his medication Ativan. Dr. Petty has requested that if the Court needs to contact him he can be reached at the following number (214) 376-5451 Ext. 5336. SEE ATTACHMENT

IV.

This motion is not made for purposes of delay but in order that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Defendant Robert Trevino respectfully prays that this Honorable Court grant this Motion for Continuance.

Respectfully submitted,

John A. Dixon
Attorney for Defendant

AUG 15 1995

VOLUOO1 PG0062

DICAL RECORD

/14/95 10:36          GENERAL NOTE
YO LAM WITH PTSD AND MAJOR DEPRESSION
NTAL STATUS IS DEPRESSED, ANXIOUS
.L INCREASE ATIVAN.
COMMEND PATIENT AVOID STRESS OF LEGAL ISSUES FOR ANOTHER
MONTHS.

Signed by: /es/ Frederick Petty, PhD MD
Staff Physician 08/14/95 10:38

AUG 15 1995

VOL0001 PG0055

TREVINO, ROBERT RODRIQUEZ

VAMC DALLAS, TX

Printed:08/14/95 10:
Vice SF 5

CAUSE NOS. 21530, 21531, 21532, 21533, 21534-CR/A

FILED FOR RECORD

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| | § | 2023 APR 24 PM 3: 23 |
| ROBERTO RODRIGUEZ TREVINO, | § | ELLIS COUNTY, TEXAS |
| | § | BILLIE A FULLER |
| | § | DISTRICT CLERK |
| Applicant | § | ELLIS COUNTY, TX. |
| | | 40TH JUDICIAL DISTRICT |

## DESIGNATION OF CONTROVERTED, PREVIOUSLY UNRESOLVED FACTS MATERIAL TO THE LEGALITY OF APPLICANT'S CONFINEMENT AND ORDER

Having considered the application for writ of habeas corpus, the record, and the Court's file in the above-numbered cause, the Court finds that the following issues of fact should be resolved:

Whether trial counsel, John Dixon, had any indication that Applicant, Roberto Rodriguez Trevino was unable to understand the charges against Applicant.

Whether Applicant, Roberto Rodriguez Trevino, was able to consult with trial counsel before and during trial with a reasonable degree of rational understanding.

Why trial counsel, John Dixon, did not obtain a psychiatric examination of Applicant, Roberto Rodriguez Trevino, to determine Applicant's competency prior to trial.

To resolve these issues, the Court hereby ORDERS John Dixon to respond by affidavit on or before the 30th day from the date this order is signed, addressing:

1.  Whether he had any indication at any time that Applicant, Roberto Rodriguez Trevino, was unable to understand the charges against Applicant.

2.  Whether Applicant, Roberto Rodriguez Trevino, was able to consult with trial counsel before and during trial with a reasonable degree of rational understanding

3.  Why he did not obtain a psychiatric examination of Applicant, Roberto Rodriguez Trevino, to determine Applicant's competency prior to trial.

2

It is FURTHER ORDERED that the Clerk of this Court send a copy of this order to John Dixon, 2616 South Loop West, Suite 400D, Houston, Texas, 77054; Robert Ford, 1300 Summit Avenue #418, Fort Worth, Texas, 76102; and the State.

SIGNED ON THIS THE ___24___ day of ___april___ 2000.

JUDGE PRESIDING

CAUSE NO'S. 21530,21531,21532,21533 and 21534 FILED FOR RECORD

2000 JUN -2 PM 2:21

BILLIE A. FULLER
DISTRICT CLERK
ELLIS COUNTY, TX.

| | |
|---|---|
| EX PARTE | IN THE DISTRICT COURT OF |
| ROBERTO RODRIGUEZ TREVINO, | ELLIS COUNTY, TEXAS |
| APPLICANT | 40TH JUDICIAL DISTRICT |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, John A. Dixon, Attorney for Applicant during the trial in the above referenced matter and files this his attached affidavit to proposed Designation of Controverted, Preeviously unresolved Facts Material To the Legality of Applicant's Confinement And Order.

Respectfully submitted,

John A. Dixon
2616 S. Loop West Ste. 400 D
Houston, Texas   77054
713-349-8387/Fax-713-349-8783
SBN#:   00785824

CAUSE NO'S. 21530,21531,21532,21533,21534-CR/A

FILED FOR RECORD

EX PARTE                          2000 JUN -2 PM 2:21  IN THE DISTRICT COURT OF

ROBERTO RODRIGUEZ TREVINO          BILLIE A. FULLER  ELLIS COUNTY, TEXAS
                                   DISTRICT CLERK
APPLICANT                          ELLIS COUNTY, TX  40TH JUDICIAL DISTRICT

## AFFIDAVIT

BE IT REMEMBERED, that on this the 1st day of June 2000, personally appeared John A. Dixon who under oath swore that the following statements are true and correct to the best of his recollection regarding said statement:

QUESTION NO. 1:     Whether he had any indication at any time that Applicant, Roberto Rodriguez Trevino, was unable to understand the charges against Applicant.

ANSWER:             Throughout the undersigned counsel's involvement with applicant's case applicant in my opinion after spending many hours with him during my preparation for the trial of said causes, understood the charges against him. Applicant himself testified at a hearing in these causes that he understood the charges against him. Applicant knew that he was charged with Sexual Assault of a Child and Aggravated Sexual Assault of A child as well as knowing the complainants accusing him of those offenses.

QUESTION NO. 2:     Whether Applicant, Roberto Rodriguez Trevino, was able to consult with trial counsel before and during trial with a reasonable degree of rational understanding:

ANSWER:             Throughout the undersigned counsel's involvement with applicant's case, applicant in my opinion was able to consult with me before and during the trial with a reasonable degree of rational understanding. Applicant and I interviewed various witnesses for his case and applicant traveled with me on various trips to locate witnesses and applicant assisted me with what kind of information that said witnesses knew about him and circumstances surrounding his case.

QUESTION NO. 3:    Why he did not obtain a psychiatric examination of
Applicant, Roberto Rodriguez Trevino, to determine
Applicant's competency prior to trial.

ANSWER:    A psychiatric report on the applicant was in fact
provided by the undersigned attorney to the Court.
This report to my recollection made reference to
applicant's post traumatic stress disorder resulting
from his service in the Vietnam War. This report made
made no reference to applicant's incompetency or
sanity issues.  Additionally, the undersigned counsel
and Applicant visited with his doctor in Dallas, Texas
at which time the undersigned counsel was informed
that applicant's stress level was up and that it
would be advisable if the trial of applicant's trial
could be delayed for that reason.  At no time during
this office visit did applicant's doctor inform the
undersigned attorney that the applicant was deemed
incompetent or insane.

SUBSCRIBED AND SWORN TO ON THIS THE 1st day of June 2000.



JOHN A. DIXON
ATTORNEY AT LAW

NOTARY PUBLIC
FOR THE STATE OF TEXAS

MY COMMISSION EXPIRES ON: _11/21/02_____

FREDDIE C. LEWIS
MY COMMISSION EXPIRES
November 21, 2002

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing affidavit was on this the 1st day of June 2000 was mailed via certified mail to Mr. Joe F. Grubbs, County and District Attorney located at 1201 North Highway 77 Ste. B, Waxahachie, Texas 75165-5140

JOHN A. DIXON

**OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS**
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RE: Writ No. 46,349-01
STYLE: Roberto Rodriguez Trevino
TRIAL COURT NO: 21530CR/A... 21531,21532, ... 1534 ... 10-95-27

This is to advise that the Court has Denied without
written order the application for writ of habeas
findings of the trial court without a hearing.

Troy C. Bennett, Jr., Clerk

ROBERT FORD

SHAW300    761022227 1500 26 08/28/00
NOTIFY SENDER OF NEW ADDRESS
:JAMES H SHAW JR
705 W WEATHERFORD ST
FORT WORTH TX 76102-1945

26



**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

August 18, 2022

Gloria Trevino
vip4justice@gmail.com

Dear Ms. Trevino,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

---

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001



U.S. Department of Justice

Civil Rights Division

DLP:dom:kyw
DJ 144-74-0

*Criminal Section*
*P.O. Box 66018*
*Washington, DC 20035-6018*

JAN 1 1 1995

Ms. Gloria T. Turner
12526 Olympia Drive
Houston, Texas    77077

Dear Ms. Turner:

This is in response to your letter to President Clinton. The White House has asked the Department of Justice to respond to your complaint that you and your family has been harassed for years by various state law enforcement officials.

Your allegations include your brother, Robert Trevino, was denied a fair trial, your brother, Juan, was allegedly assaulted by Houston policemen in 1978, and you have been approached by a Waxahachie police man for sexual favors and allegedly assaulted by Houston police officers.

The Criminal Section of the Civil Rights Division enforces the federal criminal civil rights statutes that pertain to incidents of official misconduct, such as police brutality, and violent hate crimes, such as beatings and cross burnings. You should also be aware that these statutes have a statute of limitations of five years. Accordingly, the only aspect of your complaint that this office would have any jurisdiction in investigating would be your allegations that you were assaulted by Houston police officers. However, the information which you furnished was insufficient to permit us to determine the existence of a possible violation of federal criminal civil rights statutes. Therefore, we are unable to authorize investigation of your complaint. We will consider the matter further if you will provide specific information concerning the circumstances involved in your complaint. Please include the date of the incident, the sequence of events, the injuries sustained, whether medical treatment was obtained and the names of involved law enforcement officials and possible witnesses.

Ms. Gloria T. Turner
Page 2


    You can be assured that if the evidence shows that there was
a prosecutable violation of a federal criminal civil rights
statute, appropriate action will be taken.

                                 Sincerely,

                        Deval L. Patrick
                Assistant Attorney General
                  Civil Rights Division

      By:
                    Daniel Mestas
                Paralegal Specialist
                 Criminal Section

VICTIMS IN PETITION FOR JUSTICE
Gloria Trevino, President
12526 Olympia Drive
Houston, Texas 77077

## COMPLAINT TO UNITED NATIONS HIGH COMMISSIONER FOR HUMAN RIGHTS
### Houstonian files request for UN review of the unlawful imprisonment of

### Roberto Rodriguez Trevino

## For Immediate Release
Thursday, April 30, 1998

Contact:    Gloria Trevino    Phone:   (281)752-8884.

[Houston]----Houstonian Gloria Trevino filed a request for the intervention of the UN Commissioner for Human Rights on behalf of her brother Roberto Rodriguez Trevino, a disabled Viet-Nam veteran and recipient of the "Bronze Star" and "Purple Heart," who has been falsely accused and unlawfully imprisoned for life at the Mark Stiles Unite Prison in Beaumont, Texas where he is being treated with cruel and unusual punishment and denied medical treatment for his service-connected disabilities.  The UN Commissioner of Human Rights returned a communication of receipt of the complaint and sent to the US authorities in accordance with international law and the Sub-Commission on the Prevention of Discrimination and Protection of Minorities.  In the complaint, Ms. Trevino requests the investigation of this case, the denouncement of irregularities and discrepancies throughout the trial and the human rights violations inflicted on her brother by the criminal justice system in the United States.  This latest motion by Gloria Trevino is another in the long list in her quest for true justice over the pass years.  Included in these efforts, she peacefully protested in front of the White House for  14 days, was violently unlawfully arrested  twice  and now she has a civil rights case pending on violations of First Amendment rights of freedom of speech and assembly and likewise she continues to be denied equal legal representation for her brother, family and herself.  For the Trevino family, no money, no rights, no justice!

Ms. Gloria Trevino is available for interviews upon request.  Please write to her at the above address or call at  (281)752-8884.  after 9:30 a.m. CST.

Téléfax:      (41-22) 917 0111
Télégrammes:  UNATIONS, GENEVE
Télex:        41 39 62
Téléphone:    (41-22) 917 3377/917 4344/917 1347



Palais des Nations
CH 1211 Genève 10

Reference : G/SO 215/1 USA 1111

31 March 1998

Your communication
dated 18 February 1998

United States Courts
Southern District of Texas
FILED

JUL 2 0 2000

Michael N. Milby, Clerk

Dear Mrs. Trevino,

This is to acknowledge the receipt of your
communication referred to above.

In accordance with a procedure set out in the
, , , enclosed resolutions, a copy of your communication will
be sent to the authorities of the country concerned and
a summary of it will be confidentially submitted to the
Commission on Human Rights and the Sub-Commission on
Prevention of Discrimination and Protection of
Minorities.

Yours sincerely,

Helga Klein
Chief a.i., Support Services Branch

Mrs. Gloria Trevino
2404 Harmon Rd.
Silver Spring
Maryland 20902
Etats-Unis d'Amérique

STATE OF TEXAS )
)
)
COUNTY OF HARRIS )

### AFFIDAVIT OF GLORIA TREVINO IN
### SUPPORT OF MRIS FOR ROBERT RODRIGUEZ TREVINO, TDCJ # 729766

Before me, the undersigned, personally appeared Gloria Trevino, who after being duly sworn by me, upon her oath did state the following:

"My name is Gloria Trevino. I am a totally disabled honorably discharged woman veteran of the United States Armed Forces. I am also one of Robert Trevino's sister and have his Power of Attorney to act on his behalf and in support of Medically Recommended Intensive Supervision (MRIS) for Robert to the best of my recollection and belief state the following;

Robert is a highly decorated totally permanently disabled honorably discharged veteran of the United States Armed Forces. He was highly recommended for the distinguish Silver Star for his heroic achievements in combat in the Republic of Vietnam and is a Bronze Star with "V" for Valor and Purple Heart Recipient. During combat, Robert sustained several injuries that have contributed to his disabilities. At one time Robert suffered a concussion blast head injury which rendered him unconscious and profusely bleeding from the ears, nose and mouth. Another time he was shot in the head while rescuing an injured soldier while under heavy fire from all sides and while injured himself. Another time he fell 35 to 40 feet into a ravine splitting his right knee cap in half. He also suffers from Ischemic Heart Condition as a result of extensive exposure to Agent Orange and feel that he also suffers from peripheral neuropathy of the upper and lower extremities as a result of same as well as his crippling bad knee. I also feel that there is some connection with his periventricular ischemic changes to his brain with Agent Orange and the Concussion blast head injury. Has history of atonic seizures and while in TDCJ, Robert experienced repetitive life-threatening seizures that put him in a persistent vegetative state for long periods of time clearly due to his severe brain damage. And, like many other Vietnam veterans, Robert also suffers from chronic psychological problems like PTSD, depression and Paranoid Schizophrenic. During Vietnam Robert was twice offered a Medical Disability Discharge and twice he was crazy enough to rejected them and the financial and medical help he so badly needed which demonstrated early on clear evidence of impaired thinking and brain damage. The VA disability rating for Robert is 100%. As a 100% totally and permanently disabled highly decorated honorably discharged Vietnam veteran, the VA places Robert in Priority Group I which is the highest priority group and Robert is entitled to the world-class benefits and services he honorably earned in any VA facility in the United States. Robert is currently enrolled in the VA health care system and is eligible for comprehensive top quality inpatient medical care and supervised medical supervision at the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030.

When Robert first came home from Vietnam he often use to get up in the middle of the night like in a trance, half unconscious and dreaming he was still in Vietnam scaring all of us. He would get his rifle and go outside patrolling the house and looking for Vietnamese to kill and when he woke up didn't have any recollection of what he had done. My mother would often worry that while Robert was in one of those trances he could accidentally shoot one of my other brothers that would often come home late at night. He also had other incidents of PTSD/Brain Damage during the day that he also didn't remember. Robert had no felony criminal record and is currently a prisoner of the Texas Department of Criminal

1

EXHIBIT 4

1

# VICTIMS IN PETITION FOR JUSTICE

### Gloria Trevino, President - 12526 Olympia Drive - Houston, Texas  77077
### (281)752-8884

**CONGRESS OF THE UNITED STATES**                                          March 11, 1999
**Honorable Congressman Bill Archer**
**10000 Memorial Drive, Suite 620**
**Houston, Texas  77024-3490**

Re:  REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME
Subj:  JUSTICE FOR ROBERTO RODRIGUEZ TREVINO AND FAMILY

## "LIVING THE AMERICAN NIGHTMARE"

### In Pursuit of Justice For Roberto Rodriguez Trevino and Family

As per our telephone conversations, in support of our REQUEST FOR EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME, I submit the following Memorandum, entitled, "LIVING THE AMERICAN NIGHTMARE," subtitled, "VICTIMS IN PETITION FOR JUSTICE." Also attached is an article from the Houston Chronicle on the case of, "David Ruiz vs. W.S. Estelle," dated, March 2, 1999, entitled, "US Judge keeps hold on state prisons."  We support the Honorable Judge William Wayne Justice's ruling, rejecting the state's latest plea to be relieved of federal court supervision.  We agree that Constitutional rights of Texas inmates are routinely violated despite 20 years of judicial oversight and official promise to improve treatment.  Therefore, we are in strong opposition to the Texas Attorney General, John Cornyn's groundless appeal to the 5th US Circuit Court of Appeals in New Orleans.  In support of our position, I submit the ugly case scenario of my brother, Roberto Rodriguez Trevino, inmate No. 729766, Mark Stiles Unit, 3060 F.M. 3514, Beaumont, Texas  77705, 19 - C - 04, subtitled:

## "Nightmare on M. Stiles Unit Prison."

Roberto Rodriguez Trevino is a Bronze Star, Purple Heart recipient and a political prisoner at the Texas Department of Criminal Justice, Mark Stiles Unit Prison, one of the worst prison units in the state, where he continues to be treated with cruel and unusual punishment and blatantly denied visitation rights with me as well as blatantly denied medical treatment for his 100% service-connected disabilities which have been worsened by the maltreatment that he has been subjected to by the prison officials over the past four years.

Robert was born June 7, 1946, in Laredo, Texas, one of ten siblings.  Our father, Jose R. Trevino, was a WWII veteran and master plumber by trade who also suffered from arthritis, diabetes, and weak heart condition from an early age and died in 1977 of a heart-attack at age 63.  Daddy, suffered more than his share of reprisals and blatant discrimination practices for trying to be an active participant in community affairs.  Robert is a war hero, had never been involved with any gangs, drugs and had no Mexican criminal record and would give the shirt off his back to help someone in need.  Robert served two tours in Vietnam and was seriously wounded while rescuing members of his Platoon from an ambush and while wounded himself and under heavy fire, valiantly saved the lives of his comrades.  Robert was extensively exposed to Agent Orange and other dangerous herbicides and suffers from skin disorders, liver damage, head and back problems, neurological and physical problems aggravated by his over weight condition, hearing and vision is seriously impaired, suffers from arthritis, diabetes, weak heart condition, soft tissue sarcoma, nerve damage, drop-attacks, structural damage to the brain, emotional problems associated with, like many other Vietnam war veterans, Post Traumatic Stress Disorders, carries steel fragments from explosions embedded in his knees, bone spurs in his feet, and has to use a cane and therapeutic shoes to walk.

Congressman Bill Archer - Request For Emergency Appearance Before Subcommittee on Crime
March 11, 1999 - P. 2

Robert was illegally arrested on Feb. 9, 1995, falsely accused of over 24 unsubstantiated counts of aggravated sexual assault on a gang of white juvenile delinquents who had criminal records and criminal charges pending at the time. On day 1, without probable cause, and without a warrant, Robert was abducted out of his home and the victim of illegal search and seizure. Day 2, after Robert was in illegal custody, illegal warrant was obtained and signed by JP judge, Curtis Polk, who has no law degree, acting outside his jurisdiction and judicial official capacity then held Robert on what amounted to "NO BOND!" JP judges are limited to misdemeanor cases and wedding ceremonies. However, JP judge Curtis Polk doesn't have to have a law degree to understand that their are other judges with law degrees who have jurisdiction in more serious cases such as alleged in Robert's case and that by signing the illegal warrant he was contributing to a crime since Robert was already in illegal custody. Day 3, the probable cause, complaint, was solicited from the juvenile delinquent gang who couldn't even remember the name or location of the clinic or of the "phantom doctor" who supposedly performed the "rape-test" on them and neither could their parents who had to give consent for the minors, alleged victims of aggravated assault, to be examined. Their justification is that JP judges don't have to have law degrees. It is true that a JP judge in the State of Texas doesn't have to have a law degree so long as he doesn't go outside his jurisdiction and the judicial official capacity of a JP judge with no law degree. Therefore, "self-appointed" county judge, Curtis Polk, (Alias Judge Roy Dean) with no law degree, set the "Wheels of Injustice" in motion. Robert was subjected to a one-sided, "sham trial," where I was not even allowed to testify on Robert's behalf and numerous other violations of the United States Constitution, denied members of his peers on the all white jury in furtherance of the violations of his civil rights and to ensure a conviction and consequently was condemned to life imprisonment making Robert more vulnerable to more blatant civil and human rights violations. No evidence of any crime was ever presented. There was no DNA samples, no cuts or bruises, no torn clothing, no hair sample, no weapons, no foot and/or shoe prints and there was no bloody gloves and/or finger prints, no dead bodies and, again, no members of Robert's peers on the jury. Robert was condemned to life imprisonment on mere vicious unadulterated lies!

Subsequently, Robert's cane and therapeutic shoes were replaced with a mop and was being forced to hard labor at the prison and/or face corporal physical punishment by the prison guards. Robert was sent to one of the worst prison units in Texas, the Mark Stiles Unit in Beaumont, Texas to be forced to witness and face death almost on a daily basis since the Stiles Unit is basically a "concentration camp" and a "death-trap." The Mark Stile's Unit, like most prison units, is over-crowed, and highly contagious. Stile's Unit is filled with terminally ill inmates who are suffering from aids, tuberculosis and hepatitis and are force to work serving food while coughing up blood and throwing-up and are likewise being deprived of medical treatment by the prison doctors of whom are under license suspension for criminal activities and drug abuse. The prison doctors are in reality, butchers and executioners in disguise who receive bonuses for supposedly saving the tax-payers money in medical expenses to the inmate's demise. In a short period of about a year, at the Stile's Unit alone, 16 out of 24 death's were ruled "inappropriate" and no one is being held accountable. The violent deaths of inmates as a result of brutal beatings by the prison guards are not included in this alarming number of casualties. Robert is innocent and regardless of this unlawful conviction and false imprisonment, he is entitled to retain his fundamental rights as a human being.

Over the past four years, we have been unsuccessful in our efforts to get assistance from representatives of the government to come to Robert's aid and to provide Robert the badly needed medical treatment and/or transferred to a medical facility where he can be near our critically, ill-stricken mother, Maria Rodriguez Trevino, whose medical condition, as Robert's, has worsened and can't travel the 12 hour round-trip to visit him. My mother also suffers from chronic pain, diabetes and multiple bothersome medical problems and is Insulin dependent however she continues to suffer infections to vital organs in her body and is in and out of the emergency room. Mother and my other family members, as well as myself, continue to suffer severe grief, sorrow, and extreme hardships in relation to the traumatic experience of having a loved one falsely accused, persecuted and condemned to life imprisonment to be further abused. Even my sister-in-law, has been in the intensive care unit for weeks unable to breath on her own. My

other brother, Carlos, is also at risk since he suffers from among other things, epilepsy. This makes my mother more vulnerable because of her fragile medical condition and I'm worried that mother might go into shock and suffer a stroke or worse.

Furthermore, my efforts to get the VA and VA Medical Center, who have an agreement with the Texas Department of Criminal Justice to provide inmate veterans medical treatment for their service-connected disabilities, have likewise been frustrating and in vain. The VA and the VA Medical Center have unjustifiably blatantly denied Robert medical treatment well aware of his present unfortunate predicament and have likewise denied my mother VA compensation as a dependent parent of a disabled veteran amid "War Hero," again, well aware of the entire situation, and in spite of the extreme hardships. The VA and VA Medical Center have blatantly denied me badly needed veteran's benefits over the years even though I'm not in prison and aware of my predicament.

In relentless pursuit of "True Justice," I also filed a Complaint to the United Nations High Commissioner for Human Rights who returned a communication of receipt of the complaint and sent to the US authorities in accordance with International law and the sub-Commission on the Prevention of Discrimination and Protection of Minorities. In my complaint, I request the investigation of this case, the denouncement of irregularities and discrepancies throughout the trail and the human rights violations inflicted on my brother by the criminal justice system in the United States. The result, the US authorities allowed the culprits, "Cover-up Artist," to investigate themselves and they generated false and misleading documents and reports to give the false impression and illusion that Robert has been and continues to be treated with kindness and in a fair and humane manor. When in reality Robert continues to be the object of the greatest crime against humanity -- "Autocratic Rule!"

Not everything is Black and/or White and it seem to me that society in general refuse to accept the reality that there are Hispanics victims of discriminatory practices, hatred and injustice. Some of us are being persecuted for raising the issue of discrimination and fraud and are being taken back, or are living in the stone ages. We are not all gang members, thieves, abusers, drug dealers or drug users. Why are there no Hispanic guards at the Mark Stiles Unit Prison? We are not all criminals or members of the Mexican Mafia. Some of us are truly being victimized for simply trying to become active participants in the community and for simply exercising our rights to grievances and our freedom to address matter of public concern. This is suppose to be a Free Country! Throwing people in jail on trumped-up charges and/or putting them in isolation just because you don't like their politics is uncivilized and unacceptable. In addition, stripping our disabled Hispanic American war hero's of their dignity by replacing their well deserve medals of honor with a badge of infamy to throw them away like trash is also unreasonable, immoral and unlawful.

The Honorable US District Judge William Wayne Justice has somewhat restored my faith in the Judicial System. It is clear that the need to eliminate unnecessary death, destruction and suffering is a reflection of international interest and of the moral values of civilized man. However, the Texas Attorney General, John Cornyn's office and most of the Texas legislators are aware of this case and have done nothing to afford Robert his basic human needs or to alleviate our pain and suffering which are having a devastating effect on our daily lives. Therefore, this groundless and bad-faith appeal to the 5th US Circuit Court of Appeals constitutes criminal contempt, abuse of the legal process and is truly a waste of the Tax payers money.

Robert paid a high price in defending our Government when our Government called upon him in time of need to defend our national interest by going to war. I am also an honorably discharged veteran and a victim of defamation, retaliation, discrimination, police brutality and systematic abuse. Now we are calling upon our Government to come to Robert's aid in disentangling himself from this "Railroad of Hypocrisy and Injustice."

**David Ruiz**, the inmate who gave name to suit and is known for prison reform in Texas lives in isolation, never killed anyone and is serving a life sentence for burglary. David Ruiz asks, "Can you imagine being in a little room 23 hours a day for 11 years?" My heart hurts and feels pain for inmate, David Ruiz and his family. God bless David Ruiz for the great sacrifice and price he has had to pay for trying to make prison conditions better than they must have been even though not much have changed and certainly not for him. Yes, I can imagine being in a little room 23 hours a day for 11 years. This is inhumane and totally unjustifiable!

Robert's case is "unprecedented" and the first time in the history of the United States that a man has ever been charged, convicted and condemned to life imprisonment for allegedly "raping a gang" of juvenile delinquent. A travesty of justice and another perfect example of "Trial by Rage" inflicted on Hispanics. Can you imagine what they would do to me if I yelled "gang-raped" and couldn't remember the name and location of the doctor who supposedly examined me?

Exposing these atrocities and injustices and those entrusted on protecting us seems to be our only defense since we have exhausted all legal remedies under domestic law or have been prevented from exhausting them because of the continued outrageous arbitrary and capricious injurious retaliatory practices, harassment, blatant denial of civil and human rights, blatant denial of equal protection, equal representation and equal protection under the law, fraud, corruption, criminal oppression, lack of money and the lack of care and concern for indigent disabled Hispanic victims of discrimination practices and injustice. And, "cover-up!" Everyone seems to be covering-up with the same dirty, bloody blanket!

Therefore, we respectfully request that the Honorable Congressman Bill Archer intervene in our behalf and grant us the opportunity for the following:

1) Request for Emergency Appearance before the Subcommittee on Crime in our continuing efforts to initiate a Congressional "unbias" investigation into the matters I have raised throughout the attached documents concerning the discrimination practices, fraud, and other abuses and inefficiencies that have occurred and continue to occur within our government.

2) That the Subcommittee on Crime appoint an Investigative Committee on Justice for Hispanics.

3) That my brother's, Roberto Rodriguez Trevino, case be the first case to be investigated by the Investigative Committee on Justice for Hispanics.

4) That Roberto Rodriguez Trevino be appointed an attorney to afford him the equal legal representation, due process of law and equal protection under the law and those other basic civil and human needs as guaranteed under the US Constitution.

5) That the Trevino Family be afforded the equal legal representation and equal protection and due process of law as guaranteed under the US Constitution.

6) That I be appointed an staff member of Said Investigative Committee on Justice for Hispanics.

and for any other relief that is just and proper in Pursuit of Justice for Roberto Rodriguez Trevino and Family.

For Justice,

*Gloria Trevino*

**Gloria Trevino, President**
**Victims In Petition for Justice**
12526 Olympia Drive
Houston, Texas 77077

enclosures:
copy of letter from UNHCHR, dated 3/31/98
R.R.T on cover page of complaint to US State Department
Copy of Memorandum
cc - Honorable Judge William Wayne Justice

"In our weakness, God is strong"

United Nations Commission on Human Rights
Room S 2914
1 United Nations Plaza
New York, N.Y. 10017  -  Certified Mail # Z-419-446-837

Nov 5  2 31 PM '97    November 5, 1997

N. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

United States District Court for the District of Columbia
Attention: Honorable James Robertson
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Subject:  Continuing Civil Rights and Racketeer Influenced and Corrupt Organizations Act Violations
Title:    "Living the American Nightmare" subtitled "Victims in Petition for Justice"
Reference 1:  State of Texas vs. Roberto Rodriguez Trevino in the 40th Judicial District court of
              Ellis County, Case No. 21530, etc./ 10th Circuit Court of Appeals, Case No. 10-95-277-CR.
Reference 2:  Gloria Trevino vs. The United States of America, et. al., in the United States District Court
              for the District of Columbia, Case No. 97-604 (JR)

Dear Honorable Ladies and Gentlemen;

        Enclose please find the above titled "Living the American Nightmare," subtitled, "Victims in Petition for Justice," part of which was unlawfully seized from me when I was denied free speech in front of White House, which describes a series of evils aimed at my family and myself indicating an ongoing pattern of criminal oppression, brutality, savagery, unlawful imprisonments and harassment aimed at discouraging my quest for justice as mentioned as the subject above. All Constitutionally protected civil, political, human rights and rights to freedom have been, and continue to be, violated. I am determined that justice shall prevail and I am relentless in my pursuit.

        I have exhausted all domestic legal/administrative remedies in my effort to get assistance for my brother and our family. Any further legal proceedings are an impossible task, because of the continuing criminal oppression, harassment, Racketeer Influenced and Corrupt Organization activities by misguided governmental interference and influence and because of our distress financial stress as described throughout the enclosed booklet. Also some of the culprits mentioned in the booklet have been compromised and are now employed in the United States Department of Justice, creating an even greater conflict of interest.

        My specific request to the United Nations Commission on Human Rights, in the interest of Justice, is that they immediately investigate and publicly denounce the irregularities and discrepancies in the case which led to the unlawful imprisonment of my brother, Roberto Rodriguez Trevino. Also requested is assistance in assuring that we are afforded due process and equal protection under the law as guaranteed under the Constitution of the United States.

        Your prompt and full attention and investigation of this complaint is urgently needed and requested. I pray you will help.

                                                        Respectfully submitted,

                                                        Gloria Trevino
                                                        12526 Olympia Dr.
                                                        Houston, Texas 77077

CC:     US House Committee on Appropriations
        and appropriate subcommittees

# Legal News

VOL. 9  No. 6    *Working to Extend Democracy to All*    June 1998
ISSN 1075-7678    Price: $5.00

## Mis-Managed Health Care in Texas Prisons

In 1993, Texas state prisons overflowed with 70,000 prisoners. But the state was nearing completion of a $1.6 billion prison construction program that would more than double the number of state prisons. State Comptroller John Sharp appreciated what few Texans knew: the $1.6 billion prison construction price tag would be dwarfed by annual operating costs.

Prison health care was of particular concern to Sharp. For the previous half-decade, those costs had risen at a rate of 6 percent annually. The solution, according to a three-page recommendation tacked onto a massive 1993 state prison audit released by Sharp: managed health care.

Later that year, the Texas Legislature passed a bill that wrenched control of prison health care away from the Texas Department of Criminal Justice (TDCJ) and gave the responsibility for most of the medical care of the state's prisoners to the University of Texas Medical Branch at Galveston and the Texas Tech Health Sciences Center in Lubbock.

The bill passed with little debate and almost no opposition. After all, plenty of people in the free world hate their HMOs. What sane Texas politician would deprive prisoners a taste of managed care, especially when the plan promised to save tax dollars?

So in September 1994, UTMB and Texas Tech assumed control over more than 3,000 prison medical systems and a budget of $370 million. About 80 percent of the managed care would be handled by UTMB, located in southeast Texas, where the vast majority of state prisons are situated. Texas Tech would cover the remaining 20 percent of the prisons located in north and west Texas. Both promised to cut costs and improve care for a prison population that has since mushroomed to approximately 140,000.

After three years of managed care, the savings, according to prison HMO officials, are impressive. So far, they say, the state has saved some $125 million as the cost-per-prisoner has dropped from $182 a month the prison HMO was paid in its first amount to the approximately $160/month it's currently paid. The prison system paid a set contract fee of $123 million for managed care in 1997.

But a state audit released in January 1998, highlights some deeply increasing systemic deficiencies beneath the rosy glow of efficiency and cost savings. Among the issues underscored by the audit:

* Last year the two medical schools realized a $25 million profit from the contract; the audit cites this as an indication that the contract is too generous.

* The level of care was described as "improper" in 16 of 24 deaths at one prison unit. The prison, undoubtedly the Mark Stiles Unit, was unnamed in the audit. But in 1996 the TDCJ ordered a "mortality review" of 24 deaths at the Stiles Unit (where UTMB has concentrated prisoners identified as HIV+) and found that 16 of the 24 cases had been handled improperly. The TDCJ review called for disciplinary action against Stiles Unit doctors. But UTMB's medical director for the prison HMO, Jason Calhoun, overruled the TDCJ task force recommendations and no action was taken. Calhoun said the TDCJ task force had "no business" telling UTMB how to manage HIV care.

* A review of medical personnel showed that eight prison doctors and three nurses are under licensing restrictions by the state's medical boards for problems ranging from sexually molesting patients to botched abortions to drug and alcohol abuse. The audit showed that both universities failed to check references, graduation records and residency program completions for their doctors and nurses.

### Inside:

| | |
|---|---|
| Editorial | 2 |
| Book Reviews | 4 |
| Pro Se Tips & Tactics | 6 |
| NY Prisoner Awarded $55k | 8 |
| BOP Settles Sex. Abuse for $500k | 9 |
| WA County Accused of Cover-up | 11 |
| PLRA News | 12 |
| Sexual Harassment Award in CA | 14 |
| SF Jails Held Unconstitutional | 18 |
| MI Parole Amend. Constitutional | 19 |
| Race Riots for MAR Struck Down | 22 |
| News in Brief | 24 |
| Vigilante Attack Requests Unit | 25 |

PUBLISHER
Rollin Wright

EDITORS
Legal Paul Wright
News Dan Pens

CIRCULATION
Fred Markham

LAYOUT/DTP
Matthew Esget

QUARTERLY COLUMNISTS
John Midgley
Laura Whitehorn
Mumia Abu Jamal

CALIFORNIA CORRESPONDENT
Willie Wisery

CONTRIBUTING WRITERS
Alex Friedmann, Adrian Lomax
Julia Lutsky, James Quigley
& O'Neil Stough

Subscriptions

If you have not made a donation of
stamps or money to PLN, then please do so now.
A one year subscription is $15 for prisoners,
$25 for individuals, more if you can afford it,
and $50 for lawyers and institutions. Prisoner
donations of less than $15 will be prorated at
$1.25/issue. Do not send less than $10 at a
time. New subscribers please allow six to eight
weeks for the delivery of your first issue, longer
if you are a Texas prisoner. Confirmation of
receipt of donations cannot be made without an
SASE unless you have not received your first
issue within the time allowance mentioned
above. Ad rates are available on request. PLN
is a section 501 (c)(3) non-profit organization.
Donations are not deductible. Send contribu-
tions to:

Prison Legal News
2400 NW 80th Street #148
Seattle WA 98117

If you are located in Europe or the Middle
East, send financial contributions to Sabbatinum
Prisonia, C.P. 17032, 20170 Milan, Italy.
Readers in Latin America, Canada or elsewhere
outside the United States can send their PLN
donations to Ann the Spire, P.O. Box 6326,
Station A, Toronto, Ontario, Canada M5W
1P7.

Article submissions may be made di-
rectly to the editors Paul Wright (#930783,
PO Box 777, Monroe WA 98272, or Dan
Pens #915826, PO Box 888, Monroe WA
98272. We must return submissions without
an SASE. If we use your article, you will re-
ceive a one year gift subscription to PLN.

PLN is online with a newly designed
Website. Point your browser to http://
www.prisonlegalnews.org to see the rest of
the PLN legal research site. It will soon have a
climate research archive for prison litigators and
provide fully reinstated back issues of PLN. If
there are any questions or comments about the
Webpage drop us a line or email the webmaster
at webmaster@prisonlegalnews.org.

## Health Care (continued)

* Some $668,000 was paid to 60 UTMB prison HMO doctors last year as bonuses, despite strong protest from the TDCJ that such payments provide an incentive for prison doctors to deny care to prisoners.

Another audit, this one conducted by the TDCJ Health Services Division in 1997, summarized the five most frequently found problems in the prisons it audited. Of the 58 prisons whose records were reviewed, 41 failed to follow up on a program of flu immunizations for prisoners at high risk; 42 failed to adequately account for emergency room procedures; 44 could not properly document that they had counseled prisoners in need of therapeutic diets; and 49 could not show that they had offered vaccines to prisoners at risk for pneumonia, which would include the elderly, the chronically ill and those with HIV.

But the most troubling statistic was that 48 of the 58 prisons missed an audit question concerning their documentation for access to care. In other words, prison HMO workers were saying that they had provided care — but they didn't have the paperwork to prove it.

However, such problems haven't hurt the accreditation rating of Texas prisons. Prisons that are not in compliance with state accreditation standards frequently have been given extensions to get into compliance by Dr. Michael Warren, who until recently was the medical director of the TDCJ Health Services Division on a part-time basis.

Despite problems cited by TDCJ auditors, Warren rarely criticized UTMB's managed care — in part perhaps because he was spending most of his time employed by UTMB as its chief of urology.

When the Houston Press asked TDCJ director Wayne Scott how Warren could manage such an obvious conflict of interest, Scott replied that "Dr. Warren is here at our request, not anybody else's as part-time medical director Mike Warren is a guy, we believe, that can separate those two responsibilities."

But two days after talking to the Press about Warren, Scott fired the doctor, and sent a secretary to Galveston to

And Dr. Warren's double duty is the only easy deal or questionable practice uncovered by Press reporters. Probably the most glaring question centers not around who provides medical care, but who is overseeing it.

Instead of having the two medical schools contract directly with the prison system, the 1993 legislation created a new and separate entity, the Correctional Managed Health Care Advisory Committee (CMHCAC), to supervise prison health care. Despite its name, that seems to be nothing "advisory" about CMHCAC. Indeed, in some legislative documents it's described as the "Board of Directors" that supervises the HMO contract. The board consists of two representatives each from UTMB and Texas Tech and two representatives from TDCJ, one of whom must be a full-time medical doctor. In other words, the prison HMO contract is overseen by the vendors themselves, who outnumber their client four to two.

The January 1998 audit stated so: a governing board "may no longer critical to the continuation of the managed care system" and suggested that if universities contract directly with the prison system. Such a change, however, would require legislative action, because the CMHCAC is a creature sired by the 1993 Texas Legislature.

Allan Polunsky, chairman of the Texas Board of Criminal Justice (which has oversight of the TDCJ), has even stronger words about the structure of the CMHCAC, declaring it "fundamentally wrong. The committee lacks accountability; it lacks accountability to the Legislature and to the TDCJ and ultimately to the taxpayers. It is the classic case of the tail wagging the dog. It makes no sense at all, but is the result of lobbying and politics."

But if the CMHCAC were to make sense to anybody though, it would be two former TDCJ directors, James Riley and James Lynaugh.

In theory, the CMHCAC is supposed to be a supervisory agency that plans and monitors health care. But in reality, the actual day-to-day work of planning, providing care, hiring employees and so forth is done by the two medical schools. Nevertheless, the CMHCAC has its own five-person office located, appropriately

This office is headed by Riley and Lynaugh, neither of whom has extensive medical experience. As executive director, Riley makes $113,400 a year; Lynaugh pulls down $136,302 annually as chief financial officer. They supervise one assistant director and two administrative associates.

So about a million dollars a year from the prison health care contract goes directly to this five-person department, and no one seems to be able to explain just what the state gets in return.

According to Michael Berryhill, reporting for the *Houston Press*, James Lynaugh is a financial expert who worked closely with Lt. Governor Bob Bullock when Bullock was state Comptroller. Although Lynaugh had no prison experience, he was installed as director of TDC in 1987 when then-governor Bill Clements was pouring money into the budget to build more prisons. Lynaugh fell out of favor with the TDC board during Ann Richard's governorship, and resigned in the fall of 1993.

The board was divided about who to choose for its next director, and present James Riley, a former military prison warden who had been working in health care for the TDCJ, to serve as interim director. Riley told the board he didn't want the job permanently but he took it for several months until [the recently indicted] Andy Collins of VitaPro fame was selected.

One reason Riley may not have wanted the high-pressure job of director was that he was busy setting himself up as bag-man for the fabulously lucrative prison HMO contract. Buried in the back of state Comptroller John Sharp's massive 1993 audit of the prison system was the three-page recommendation to create the managed health care system Texas has today. Included in the recommendation was the creation of not just a board of officials from the medical schools and TDCJ but also a "managed care administrative position" which eventually resulted in six-figure jobs for Lynaugh and Riley.

When asked how the prison HMO's unique organizational structure was created, Riley would only say that it was the suggestion of the Comptroller and the will of the Legislature. But the specific recommendations were invented by someone, and Riley's name appears in the footnotes of Sharp's report as assistant director for unit services.

Most observers believe that Riley and Lynaugh masterminded the creation of the CMHCAC, with the politically connected Lynaugh as the brains of the operation — which might explain why he makes $13,000 more a year than Riley, the man he reports to. In the words of Texas prisoners, it looks like Riley and Lynaugh have cut themselves a fat hog.

But if the state has saved $125 million on prison health care costs, and the medical schools who run the prison managed care system are pulling down $25 million a year in profits, isn't that a win-win situation? Why should anyone complain?

Texas prisoners are the clear losers, and they have plenty of reasons to complain. Horror stories abound of prisoners routinely and systemically denied care. As former TDC health commissioner Jim Cook says, "When UTMB took over, the approach was typical of managed care: Cut costs, cut care."

Part of the HMO's problem, according to Cook, is that UTMB has eliminated important clerical positions and consolidated nursing and administrative positions. The result is both inadequate care and inadequate documentation. He describes one of many instances where this combination proved deadly.

"I had an inmate shipped from the Hodge Unit in Rusk, which houses mentally retarded inmates," Cook says. "He was a brittle diabetic and had bad teeth, and we sent him to Galveston to have his teeth extracted. UTMB put him on a chain bus to Estelle Unit for a layover before returning him to Hodge. No one read the orders on him. He didn't get insulin for six days, and he died."

So the bottom line is this: (mis)managed care isn't a "win-win" situation, it's a "win-win-lose" situation, with prisoners — some of them literally dying for medical attention — clearly on the short end of a very lucrative stick. And, what is the Texas Legislature doing to turn things around?

During the last legislative session, state Representative Todd Staples of Palestine introduced a bill to change the board structure of TDCJ's managed care system. His bill would have replaced the vendor-dominated board with a board of outsiders. But the prison HMO's highly-paid bagmen Riley and Lynaugh spent a good deal of time in Austin fighting the bill, and it died in committee.

And to add insult to injury the legislature passed a bill in the same session to

charge Texas prisoners a $3 medical co-pay for every medical visit.

So Riley and Lynaugh still have their fat hog. And Texas prisoners, — some of whom are paid for their labor, all of whom are forcibly compelled to work, and 81 percent of whom are indigent — have the indignity of being forced to pay for medical care heaped upon the insult of, in many cases, literally dying for lack of adequate care in the first place.

But then, prisoners don't have inside political connections, don't send lobbyists to Austin, and they don't vote. So who cares?

Sources: *Dallas Morning News, Houston Press*

(Editor's note: This article could not have been possible without the superb investigative journalism of Michael Berryhill of the *Houston Press*. Many thanks for a job well done.) ■

## Pelican Bay Cellie Slayings

Felipe Cruz, more than seven years into a 17-to-life sentence for second degree murder out of L.A. County, was found unconscious in his Pelican Bay SHU cell on the morning of November 1, 1997. He was taken to a local hospital, where he was pronounced dead. Prison officials said that 36-year-old Cruz was strangled by his cellmate, 19-year-old James Elford.

It was the eighth such cellie-on-cellie slaying in Pelican Bay in the last 2.5 months. All five killings were by strangulation. But prison spokesman Lt. Domingo Uribe said the prison has no plans to re-examine its practice of double-celling prisoners in the Pelican Bay control unit where cellmates are confined (some say entombed) together 22 1/2 hours a day.

"All these inmates, when they double cell, it's voluntary," said Uribe. "They sign agreements to cell with each other."

Uribe said there is no evidence any of the slayings are related, although he told reporters that all of the victims and their accused killers were white. Uribe insinuated that some of the killings may have been "gang related", saying that one of the victims was a member of the Aryan Brotherhood, and one of the suspects was "an associate" of the AB.

# GLORIA TREVINO'S STATEMENT
# IN SUPPORT OF MRIS FOR ROBERT R TREVINO 729766

"My name is Gloria Trevino. I am a totally disabled honorably discharged veteran of the United States Armed forces and am one of Robert Trevino's sisters. I am over the age of 18 years and am fully competent to make this Statement in Support of MRIS for Robert, the facts of which are true and correct and within my personal knowledge and belief.

Robert Trevino is a totally disabled 74 year old invalid Vietnam Veteran that has been wrongfully incarcerated for over 25 long and oppressive years. Even though Robert is an invalid permanently confined to a geriatric wheelchair and practically completely paralyzed and is a prisoner in his own body and suffers severe brain damage and not a threat to anyone, he has been repeatedly wrongfully denied release on MRIS, (Medically Recommended Intensive Supervision) by the TDCJ. In furtherance of the cruel and unusual punishment, Robert is also being illegally harassed and denied visitations with his family members. As a result, last year, we filed a Writ of Habeas Corpus in Galveston federal court. Because Robert has since been infected with Covid-19 Virus, we filed an Emergency Motion On Friday July 31, 2020 in an effort to get an immediate favorable ruling. We are trying to have Robert released from TDCJ and transferred to the Michael E. DeBakey VA Medical Center in Houston, Texas where he can finally receive the proper and adequate intensive comprehensive in-patient medical care that he badly needs and that he justly deserves. However, like the previous Writ of Habeas Corpus that I was forced to file on his behalf because of the wrongful incarceration after being "railroaded," on trumped-up charges, Robert has been wrongfully denied release on MRIS as well and we have a pending appeal to our Writ of Habeas Corpus as a result.

Prior to his wrongful conviction, Robert had no felony record and is not Public Enemy No. 1. Robert is an American War Hero! He also suffers from chronic PTSD and TBI from concussion blast head injuries which he sustained while serving his tour of duty in the Republic of Vietnam. Robert also was shot in the head while rescuing members of his platoon from an ambush and was highly recommended for the distinguished Silver Star for his heroic achievements during Vietnam. He was awarded the Bronze Star with "V" for valor and Purple Heart. Robert has periventricular ischemic changes in the brain, brain damage/dementia as a result of concussion blast head injury and exposure to Agent Orange. He also suffers from ischemic heart disease and severe and crippling nerve damage to his upper and lower extremities from extensive exposure to Agent Orange and other extremely dangerous herbicides. Nevertheless, on August of 1995, he was shamefully railroaded on trumped up charges of raping a gang of white juvenile delinquents that were secretly offered immunity from prosecution for their felony crimes in exchange for their false and conflicting testimony against Robert by a rogue female police officer that admitted on the witness stand under oath that she never had liked Robert since the first time she had met him and that was years before Robert had successfully campaigned for the resignation of the chief of police whom she was having an affair with and was her boss in the small town of Waxahachie in Ellis County, Texas. She harbored extreme hatred against Robert and was executing a vicious vendetta against him in retaliation. Yet, no mistrial was declared. The sham trial by rage was the classic "Kangaroo Court." Robert was arrested at gun point in the cover of darkness and held without bond and illegally denied his medication for his psychiatric illness and suffered a relapse and was not competent to stand trial and was likewise illegally denied a competency examination.

Furthermore, to ensure a conviction and maximum life-sentence, Robert was illegally denied minority

1

members of his peers on the all white bias jury.. There was no evidence to support their outrageous and erroneous and conflicting allegations and impeachment evidence was illegally suppressed. There was a laundry list of other irregularities of the sham trial besides the lack of medical evidence of the alleged sexual assaults of the teens that accused Robert of the crimes. In short, it was the first time in the history of the United States where the gang yelled rape and the victim went to prison for life. The higher courts further illegally denied Robert a court appointed attorney and ingeniously forced me to represent him even though I told them that I wasn't an attorney and that I was also a disabled veteran that suffers from chronic PTSD and other psychological problems as a result of MST. Nevertheless, the federal court illegally denied Robert a court appointed attorney and forced me to represent Robert for whom I was requesting a court appointment attorney for. I was clearly not qualified to represent Robert because of my own mental disabilities but was ingeniously forced to defend Robert. Naturally the higher courts just reaffirm the conviction and demonstrated the total lack of care and commitment to the civil and human right laws. There is undoubtedly two systems of justice in the United States of America. One for White Americans and another for Non-white Americans, like minorities, such as in this Robert Trevino case. In short, Robert is the victim of an extremely racist criminal justice system.

Consequently during his decades time in prison because the lack of proper and adequate medical care and retaliation, Robert's dire condition continued to deteriorate to the point where he is almost completely paralyzed and has life-threatening epileptic like long repetitive seizures. The doctor who did the neck surgery on Robert stated that he doubted that the surgery had done him any good because he felt like Robert had brain damage that was contributing to his paralysis and I told him of Robert's TBI. Robert also has drastic neurocognitive decline. He has had three life-threatening bowel obstructions as a result of decades of neglected hernia. He badly needs top quality comprehensive round the clock medical attention which he is not getting at the prison. Most of the time they won't even change his diapers and is in a life-threatening situation and is maliciously being denied release on MRIS. Because of the conviction on erroneous aggravated charge, Robert has to have brain damage to qualify for release on MRIS, however, TDCJ doctors are maliciously blatantly lying and erroneously alleging that Robert doesn't have organic brain syndrome or they are not fit to be veterinarians or both to egregiously deny Robert's release on MRIS. We strongly believe that TDCJ doesn't want to release him also because of retaliation and they don't want to lose the money that they are getting to supposedly take care of him. To make matters worse, Robert is being maliciously further subjected to cruel and unusual punishment by sending him across Texas in his dire life-threatening condition to supposedly treat his psychiatric condition, as if he couldn't get it closer to family yet refusing to acknowledge his brain damage, to keep him further isolated from family and I have been illegally ingeniously denied visits with him for over a year. Robert needs to be immediately released on MRIS and transferred to the Houston VA Hospital Emergency Room where he can finally get the proper medical care that he honorably earned and justly deserves before he suffers further irreparable harm and injury or senseless death. Robert is truly Living the American Nightmare!

Therefore, Robert paid a very high price defending our Country when our Country called on him in time of need and remains unlawfully incarcerated. Now we are calling on our Government to come to Robert's aid and help disentangle him from this egregious railroad of hypocrisy and injustice."


Gloria Trevino

Dated, June 3, 2021

STATE OF TEXAS     §
                       §
COUNTY OF HARRIS    §

## AFFIDAVIT OF GLORIA TREVINO

Before me, the undersigned authority, personally appeared Gloria Treviño, who after being sworn by me, upon her oath did state as follows:

1. "My name is Gloria Treviño (Turner). I am a 66 year old honorably discharged 100% disabled veteran of the United States Armed Forces. I suffer from Chronic PTSD and other bothersome medical problems as a result of MST and am fully competent to make this affidavit, the facts of which are true and correct and within my personal knowledge.

2. On September 21, 2019, I went to visit my invalid brother, Robert R. Trevino at the Carol Young Medical Facility, part of TDCJ, like I have done for about 25 oppressive years. Robert is confined to a geriatric wheelchair because he can not sit up in a regular wheelchair and is practically completely paralyzed. He also suffers from severe brain damage, PTSD and Schizophrenia as a result of concussion blast head injuries he sustained during his tour of duty in Vietnam and also suffers from life-threatening seizures that put him in a vegetative state as a result. He also has peripheral neuropathy of the upper and lower extremities and critical ischemic heart condition as a result of extensive exposure to Agent Orange. Robert is a Bronze Star, Purple Heart Recipient and an American War Hero! As previously repeatedly protested, Robert's dire medical condition is life-threatening and unless immediately restrained from the relentless harassment, TDCJ/UTMB employees are going to maliciously cause Robert further irreparable harm and injury and induce his untimely senseless death!

AFFIDAVIT OF GLORIA TREVIÑO    Page 1

3.  As a result of my repeated complaints against TDCJ/UTMB employees which are well documented in our request for MRIS, Medically Recommended Intensive Supervision and present Lawsuit and Writ of Habeas Corpus, when I arrived at the CYMF on the 21st, I was allowed into the visitation area of the prison as if I was going to have a visit with Robert. However, the guards at the desk repeatedly told me that I could not have a visit because I was no longer on the visitation list and assured me that Robert had taken me off his visitation list which, unbeknown to me at the time was an unadulterated lie to keep Robert from having his visit in retaliation for our complaints/lawsuit against TDCJ.

4.  I immediately reported to our lawyer, John Richards, that the prison guards had told me that Robert had removed me from the visitation list and I could not visit him. This was a result of this carefully elaborate scheme and vendetta between Assistant Warden Lorie L. Larson, Ms. Ley, Kenia Latin and Senior Warden Kimberly Massey and other unknown persons to deprive us of medical evidence, or lack thereof, and visits in revenge for TDCJ/UTMB lawsuit.

5.  They had particularly previously threatened me for filing complaints against them for their blatant refusal to obtain Robert's verbal medical authorization from him in my effort's to help him with his MRIS/Lawsuit and were refusing medical evidence in support MRIS. They had maliciously repeatedly also lied and said that Robert refused to give me his medical authorization even though he had told them in my presence that that was not true and that he wanted me to have his medical authorization. Complaints of their outright lies and their blatant refusal to obtain Robert's verbal medical authorization for me as well as their threats against me were made to TDCJ/UTMB in care of UTMB President,

AFFIDAVIT OF GLORIA TREVIÑO Page 2

Callender, however, they were swept under the rug further empowering and emboldening the culprits with impunity and making us even more vulnerable to their sick systematic abuse and they further lied to me and told me Robert had also taken me off his visitation list in freely carrying out their vicious vendetta and knowing there will be no accountability and consequences. I have no doubt that they strongly feel they are above the law and that they can continue to get away with cold-blooded murder with impunity.

6.  When our lawyer, John Richards, called to investigate, on about Oct. 10, 2019, he was told that I was in fact still on Robert's visitation list and that I should go visit him to discuss his legal matters, however, they continue to deny me access to his medical evidence.

7.  Therefore, I called the CYMF and spoke to supervisor, Mr. Burns, who confirmed that I was still on the visitation list so I made plans to go visit Robert.

8.  However, on October 12, 2019, upon my arrival at the CYMF, the Warden, Kimberly Massey and the guards were ready for me and maliciously subjected us to a traumatic experience and I was again threatened with false charges and false imprisonment and they illegally officially took me off Robert's visitation list and was warned not to return.

9.  Apparently the Warden as part of the elaborate scheme to deprive Robert and me from visiting clearly in retaliation for our complaints and MRIS/lawsuit had suddenly ingeniously decided to enforce her rules and "policies" as an erroneous excuse to deny us contact visit and had Robert placed in the regular visit section even though all the other Wardens had never done this before because the geriatric wheelchairs doesn't really fit in the small area and the phone cannot reach Robert's ear. Nevertheless, they tried sitting Robert up on the geriatric wheelchair violently bending the geriatric wheelchair to a

**AFFIDAVIT OF GLORIA TREVIÑO  Page 3**

sitting position and cramming it towards the phone and hurting and injuring Robert even though they know he can not sit up and was very painful and excruciating for him and the phone could still not reach his ears, which was why no other warden had ever even bothered to do this and always allowed us contact visits. Warden Massey told me that we could yell at each other through the thick glass to communicate for everybody to hear our conversation. I told Warden Massey that she was being unreasonable and inhumane and Warden Massey erroneously insisted that she was just going by the book and again kept telling me that if I didn't like it I should leave which is what she kept suggesting that I do as if she didn't want Robert to have a visit. If Warden Massey really wanted to go by the book, she would make sure the CYMF would open at exactly 8 AM for visitation instead of whenever they feel like opening making visitors wait an oppressive length of time for them to open leaving the visitors outside without access to restrooms or shelter and in this case only to be further abused and assaulted inside. Also, if Massey wanted to go by the book, she would clear the CYMF of the infestation of rats and roaches and scabies, which further endanger the inmates and puts all visitors at risk. If she really wanted to go by the "book," she would also make sure that the inmates are treated humanely and are afforded and receive top quality proper and adequate medical care instead of inadequate, inappropriate superficial medical care as further evident by Robert's rapidly deteriorating mental and physical dire and life-threatening medical condition.

10. In any case, Warden Massey left us alone and had gone to her office, however, because we had no privacy and Robert had began talking very loud through the thick glass making crazy statements and not making any sense because of his disturbed state of mind and

AFFIDAVIT OF GLORIA TREVIÑO Page 4

obvious pain, I decided to leave. As accustomed, I told the guard at the desk that I was leaving and she immediately ordered me to wait and summoned the Warden Massey to confront and further try to provoke me. She began to threatened me with false charges and unlawful imprisonment and even though I was leaving she keep abusing her power and authority telling me she was taking me off the visitation list and making it appear as though I was not leaving and again, threatened to call 911 as if though I was refusing to leave but was only intended to threaten my freedom and further humiliate and provoke me. I was in total shock and disbelief over the entire demoralizing traumatic experience that had undoubtedly upset Robert as well and I did notify Massey that I would be filing a formal complaint against her. And actually, it was Warden Massey that was really holding me captive as if I was one of their inmates and I feared that they were not going to let me leave. To my surprise, she finally let me leave, however, one guard followed me to the gate while taunting and ridiculing me that I was now "officially" off the visitation list and warned me that I better not come back to further try to provoke me.

11. I strongly believe that the whole ordeal that Robert and I were maliciously subjected to was intended to deprive Robert and I from visiting or discussing our lawsuit against TDCJ and in retaliation for same and was well planned, executed and premeditated.

12. I also find Warden Massey's "go by the book excuse" mentality after us filing the complaints against them and MRIS/Lawsuit and officially illegally taking me off Robert's visitation list to be psychopathic and I justifiably fear for Robert's safety and well being..

13. Upon my arrival at home, I did call the CYMF and spoke to Lt. High. I reported to him what had happened and that I feared for Robert's safety and well being and he assured me

AFFIDAVIT OF GLORIA TREVIÑO  Page 5

that no further harm would come to Robert but had no control over Warden Massey since she was his boss which didn't make me feel any better and Lt. High also assured me that the video tapes of my visits would be preserved as evidence. It is clear that TDCJ has a complete certified psychopath running the CYMF with impunity and I not only fear for Robert's safety but for all the other inmate and their families who speak truth to power.

14. Psychopath Warden Massey and her thugs' vicious retaliatory premeditated assault on us is a perfect example of the cruel and unusual punishment that Robert is maliciously being subjected to on a daily basis as evident by his rapidly deteriorating dire and life-threatening mental and physical condition and which I have been complaining of and requesting protection against from TDCJ/UTMB officials to no avail and lawlessness continues with impunity.

15. Therefore, Robert and I should have been able to have a pleasant visit like we always had for over 25 oppressive years with freedom from all the abuse and retaliation and I continue to feel aggrieved and strongly feel the culprits should be immediately justly held accountable for their abuse of power and harassment and be permanently restrained from causing us any further irreparable harm and injury and before they deliberately induce Robert's untimely senseless death."

Further, Affiant sayeth not

Gloria Treviño (Turner)

Subscribed and sworn to before me on October 14 , 2019

Notary Public in and for The State of Texas

My Commission Expires: 12|24|2022

AFFIDAVIT OF GLORIA TREVIÑO Page 6



VARSHA K. RAVAL
Notary Public, State of Texas
Comm. Expires 12-24-2022
Notary ID 130062206



LUBBOCK, TX (KCBD)

Sexual abuse is common in prisons across the country. However, one right here in Lubbock has made the list in a nationwide study. The Montford Psychiatric Unit ranks fourth in the country for facilities with high rates of sexual victimization.

The 100-page Department of Justice study reveals sexual abuse is on the rise in America's correctional institutions. In 2011 through 2012, nearly four percent of state and federal prison inmates claimed to have experienced some type of sexual abuse, involving either another inmate or facility staff. And according to the report, some of the incidents happen here in our own back yard.

"It's sad that we made that list," State Representative Charles Perry tells us. "We need to do everything as a state to prevent that, especially at the Montford unit. That's a psychiatric unit so you have the potential of some mental health issues".

The yearly Justice Department study ranks the Montford Unit fourth for inmate on inmate sexual abuse. 166 of the facility's 819 inmates took the anonymous survey and nearly nine percent claim it happened to them.

"When you put those type of people together, bad people who do bad things, you're going to have that kind of activity," Perry said.

Perry tells us the Texas Department of Criminal Justice is aware of the issues at the facility along Highway 84 in Lubbock County.

"They are aware of it, they look at it and they read through it and they take it seriously. That's not a list you want to make, obviously," Perry said.

But Perry tells us the TDCJ may not know exactly where to start to fix the issue.

"There's about 156,000 inmates in the state, so you spread that out amongst one agency and all the personnel and federal guidelines that have to be met, state guidelines that got to be met. So sometimes we spend more time on administrative matters than inmate surveillance," Perry said.

Two other Texas prisons make the list, which is why Perry believes it needs to be addressed in Austin.

"If this becomes a prevalent issue, one that's not unique to this facility, I think the state will make it a priority," Perry said.

The TDCJ responded to Perry's inquiries about the study, but they refused to interview with us. They released a statement saying:

"The Texas Department of Criminal Justice has been and will continue to be committed to operating a correctional system that is safe and secure for both offenders and staff. The TDCJ recognizes the seriousness of sexual abuse and strives to be proactive in our efforts to prevent these incidents from occurring. The agency, in conjunction with the Office of Inspector General and the Prison Elimination Act (PREA) Ombudsman, has a zero tolerance policy for sexual assault and other acts of violence. The agency's safe prisons program priorities both prevention and prosecution, and ensures every allegation is fully investigated. This program is in operation at all TDCJ correctional facilities. We believe the educational efforts of the safe prisons program are working. As the BJS survey highlights, offenders have multiple avenues to bring allegations forward and have them investigated by an independent entity."

It's important to note that the size of the prison population and the number of inmates participating can affect the survey outcome.

To view the entire study visit: http://www.bjs.gov/content/pub/pdf/svpjri1112.pdf

# Timothy Cole

## Time Served: 23 years



Timothy Brian Cole died in a Texas prison in 1999 while serving a 25-year sentence for a rape he didn't commit. Nearly a decade later, DNA evidence from the crime posthumously exonerated Cole and implicate

https://innocenceproject.org/cases/timothy-cole/

## VETERANS IN PETITION FOR JUSTICE
**Robert & Gloria Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas 77077**
**(713)309-5962, Email; vip4justice@gmail.com**

To; via email, anne.allensworth@senate.texas.gov
TEXAS SENATOR JOAN HUFFMAN, ET AL.
CRIMINAL JUSTICE AND FINANCE COMMITTEE
C/O GLORIA, DISTRICT DIRECTOR
&

Oct. 7, 2022

via email, susan.gunnels@tdcj.texas.gov & ofs@tdcj.texas.gov
TDCJ, EXECUTIVE DIRECTOR, BRYAN COLLIER,
C/O SUSAN GUNNEL, AKA, "GUNNER" "GUNSLINGER!"

RE; TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND COVER-
UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE OF DECORATED DISABLED
HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO & DEMAND
EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME TO INITIATE
"UNBIASED" CONGRESSIONAL INVESTIGATION INTO THE NORMALIZATION OF
STIGMATIZED DISCRIMINATION, CORRUPTION, SYSTEMATIC INJUSTICE AND
OTHER HIGH CRIMES AND MISDEMEANORS AGAINST DISTRESSED HISPANIC
VETERANS, AND OTHER MINORITIES SIMILARLY SITUATED, AS RAISED
THROUGHOUT ALL MY CORRESPONDENCE.

SUBJ; DEMAND FOR EQUAL ACCESS TO JUSTICE FOR ALL!

Greeting,

We are writing to express shock and outraged over your contributory retaliatory premeditated abuse of
power and authority and threats against me for continuing to exercise my God given right to free
speech and to petition our Government for redress of grievances as referenced above and your total
lack of care and concern and level of depravity has reached an all time high as well as in your
continuing efforts to eradicate political prisoner, Robert Trevino and my entire family to silence and
shut us up and we are demanding immediate access to equal protection, equal representation under the
law and equal access to justice as guaranteed under the US Constitution without further incidents and
unnecessary delays to save Robert's life and before you induce my own death and demise, as was my
beloved mother and subsequent cold-blooded murder of my other brother, Juan, in illegal custody.

Your response has been the typical hostile, threatening my life and safety and to engage in cover-
up/whitewash strategy and orchestrate a fearsome crescendo of more concocted aggravated "Big Lies"
in furtherance of the continued wrongful life-imprisonment of Robert. You and DTCJ Collier had
Gunnel, aka, "Gunner" "Cover-up Artist" to call me on the erroneous guise and pretext of helping.
However, it was to further retaliate, harass, provoke and chastise me by maliciously trying to silence
me through confrontations and defending the indefensible tyrannical Neo-Nazis Government officials
and their employees and their right to reign of terror and flagrant violations of our civil and human
rights to try to fuel my anger and depression to induce my death. Cover-up Artist, Gunner, then brags
about how low and softly she was speaking to me. Con-Artist Gunnel, soft and subtle words were loud
and clear and even deafening but just as vicious and dangerous and deadly as the civil and human rights
violations and other atrocities, including, playing Russian Roulette against Robert and family, which

1

prison on Parole to be on the lam while Robert continues to languish in prison and illegally denied equal access to justice and cover-up/whitewash with impunity in the first degree. Where are all those juicy millions and millions of dollars to help distressed veterans?  In any case, their fantasy and preposterous and ludicrous allegation that Robert is happy and has no issues is inconsistent with the the ugly reality of Robert's dire life-threatening medical condition and several unnecessary brushes with death as a result of cruel and unusual punishment coupled with the inadequate superficial medical care and potentially dangerous and life-threatening prison environment, continued isolated from family and denied visitations, phone calls and playing Russian Roulette with his life to send him home in body bag instead of releasing him on MRIS to the Micheal E. DeBakey VA Medical Center where he can finally receive the badly needed adequate and comprehensive life-saving medical care that he has been illegally denied for over 27 long and oppressive years in unlawful life-imprisonment in blatant violation of his civil and human rights.  Their fantasy preposterous and ludicrous allegations that Robert is happy and is where he belongs is also totally inconsistent with the numerous lawsuits he has filed in courts all over the Country in his efforts to expose the atrocities and disentangle himself from the Texas Style Railroad of Hypocrisy and Injustice and cover-up/whitewash with impunity in the first degree.  As honorable discharged disabled and distressed veterans, Robert and I are legally, morally and ethically entitled to equal protection, equal representation and equal access to Justice and all those other basic civil and human needs as guaranteed under the US Constitution and we will not allow Neo-Nazis Government officials,Gestapo Agents and others continue to treat us like their yesterday's trash and continue to make a mockery out of us and indulge in amusement and laughter by saboteur.

**THEREFORE,** Robert is innocent and a political prisoner and is not a happy camper at the worse prison in the Country, TDCJ Montford Psychiatric Unit basically a "Dungeon" and "Death-Trap!"Contrary to bigoted fantasy fictitious misrepresentation sent to me by email tattered with fraud yesterday.  We continue to feel aggrieved and outraged over the orchestrated fearsome crescendo of continuing harassment, retaliation, and threats for exercising our God given and US Constitutional civil and human rights to free speech and to petition our Government for redress of grievances and the fabrication of more aggravated perjured bigoted, "Big Lies," in furtherance of the Texas Style Railroad of Hypocrisy and Injustice and Cover-up/Whitewash with impunity in the first degree of Decorated Disabled Hispanic Veteran and Political Prisoner, Robert Trevino and Demand Emergency Appearance Before Subcommittee on Crime to Initiate "Unbiased" Congressional Investigation into the normalization of stigmatized discrimination, retaliation, corruption ridicule and systematic injustice and the Gang-rape of Justice in America without further incidents and unnecessary delays and before Robert Trevino and Family suffer further irreparable harm and injury, including senseless wrongful death and demise and for which your immoral Unconstitutional Qualified Government Immunity Doctrine that is weakening our Country and is turning it into a third World Tyrannical Country and this will not save you from "escaping" professional and personal civil and criminal accountability.

THIS IS NOT RUSSIA OR CHINA!  NO ONE IS ABOVE THE LAW IN AMERICA!

And, Justice For All,

*Robert Trevino by Gloria Trevino POA & Gloria Trevino*

VETERANS IN PETITION FOR JUSTICE
Robert & Gloria Trevino, Petitioners
12526 Olympia Drive
Houston, Texas  77077
(713)309-7962, email, vip4justice@gmail.com
UNHCHR, USDOJ, Access to Justice, Rossi, et al.    3

Attach, Oct. 6, 2022 email fabricated
by TDCJ, Bryan Collier, Joan Huffman
& Gloria, Dir. for Huffman  & Gunnels

 Gmail

Gloria Trevino <vip4justice@gmail.com>

## Brief - Gloria Trevino - PIA No. 0812-11-2022
3 messages

**OGC Open Records** <ogcopenrecords@tdcj.texas.gov>
To: "vip4justice@gmail.com" <vip4justice@gmail.com>

Thu, Dec 1, 2022 at 2:43 PM

Good Afternoon,

The Texas Department of Criminal Justice is submitting your request dated November 15, 2022 to the Office of the Attorney General for a ruling. Attached is a copy of our Request for Decision and comments as to why the information is excepted from public disclosure. We expect to receive a ruling from the Office of the Attorney General in approximately 45 days.

Below is the Basic Summary of the Incident:

On November 3, 2022, inmate Robert Trevino, assigned to the Montford Unit, was discovered to be unresponsive while in his bunk by Corrections Officer Grace Garza. CO Garza initiated ICS, requested additional staff and a supervisor to assist. Sgt Raul Saenz and medical staff responded. Chest compressions and lifesaving measures were begin by RN Bethany Armstrong. Local EMS was contacted, arrived, continued compressions and lifesaving measures, and transported inmate Trevino to University Medical Center.

University Medical Center received inmate Trevino at 12:28, and continued lifesaving efforts. Inmate Trevino passed at 12:48. Inmate Trevino's next of kin was notified and agreed to claim the body

Thank you,

Office of the General Counsel-TDCJ

P: (936) 437-6700

The information contained in this email and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email shall not be forwarded outside the Texas Department of Criminal Justice, Office of the General Counsel, without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

Brief - Gloria Trevino.pdf
317K

## VETERANS IN PETITION FOR JUSTICE
### Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077
### (713)309-5962, email, vip4justice@gmail.com

TO;                                                                                      Nov. 19, 2022
**PRESIDENT OF THE UNITED STATES OF AMERICA, HONORABLE JOE BIDEN
WHITE HOUSE**
1600 Pennsylvania Ave., N. W.
Washington, DC 20500  - US PS Priority Mail Express EL 328061921 US

**CONGRESS OF THE UNITED STATES, CONGRESSWOMAN LIZZIE FLETCHER**
119 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515  -  US PS Priority Mail Express EL 328061966 US

**US ATTORNEY GENERAL, MERRICK B. GARLAND**
950 Pennsylvania Ave., NW
Washington, DC 20530  -  US PS Priority Mail Express EL 328061966 US

**USDOJ, EQUAL ACCESS TO JUSTICE,** Rossie, accesstojustice@usdoj.gov,
**C/O USDOJ, OFFICE OF INSPECTOR GENERAL, MICHAEL E. HOROWITZ**
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001  -  US PS Priority Mail EXPRESS  EL 328061935 US

**INNOCENCE PROJECT OF TEXAS, ATTY. MIKE WARE, EXEC. DIR.**
300 Burnett St., Suite 160
Fort Worth, Texas  76102  -  US PS Priority Mail Express EL 328061949 US

**STATE BAR OF TX., CDC & COMM'N FOR LAWYER DISCIPLINE vs.TXAG KEN PAXTON**
P..O. BOX 13287, Austin, Texas  78711  -  US PS Priority Mail Express EL 328061952 US
**HONORABLE JUDGE ANDRIA BOURESSA,** via email, 471@co.collin.tx.us

RE: REQUEST EMERGENCY APPEARANCE BEFORE SUBCOMMITTEE ON CRIME.
SUBJ;
**"THE ASSASSINATION OF ROBERT TREVINO W/IMPUNITY IN THE FIRST DEGREE!"**
AND
**"DEMAND FOR EQUAL ACCESS TO JUSTICE FOR DECORATED DISABLED HISPANIC
VETERAN AND POLITICAL PRISONER ROBERT TREVINO !!!"**
Nobody cared and no alleged non-profit free legal aid service would help for fear of upsetting
"Cash-cow" and losing their "meal-ticket" & TIDC in sarcasm made a mockery of Robert &
stated, "can't help, go someplace else!  "CHEERS!" while TDCJ deprived Robert of life/MRIS.
Even after death, Robert & Family are harassed w/impunity in obituary by pervert atty Tim J.
Stanley w/Justia. by posting sham opinions of APPL of sham trial by rage based on "BIG LIES!"
EQUAL ACCESS TO JUSTICE FOR ALL,

*Gloria Trevino*
**VETERANS IN PETITION FOR JUSTICE**
**Gloria & Robert Trevino & Family, Petitioners**
**12526 Olympia Drive**
**Houston, Texas  77077 ph. (713)309-5962 email, vip4justice@gmail.com**        See Attachments

## DECLARATIONS OF GLORIA TREVIÑO AND JOHN E. RICHARDS
## UNDER PENALTY OF PERJURY

If you are incarcerated, on what date did you place this petition in the prison mail system: Not Applicable.

I declare under penalty of perjury that I, Gloria Treviño am the sister and next friend of petitioner and am acting under the power of attorney that he has given me and is attached as Exhibit 7 to Exhibit H. I have read this petition and the information in this petition which is drawn from my Affidavit being attached as an Exhibit 6 to Exhibit H is true and correct and based upon my observation, except when identified as being under information and belief or is based on documents or quotes from a documents that are attached as exhibits to this Petition. In addition, there are statements in my affidavit that convey my opinion on the treatment that my brother Robert has received by TDCJ and UTMB. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _Aug. 18, 2019_                          _Gloria Treviño_
                                               Gloria Treviño as Authorized Agent for
                                               Robert Rodriguez Treviño

I declare under penalty of perjury that I, John E. Richards, Texas Bar No.16848900, am the attorney of petitioner. I have read this petition and that information in this petition which is drawn from my Affidavit being attached as an exhibit 8 to Exhibit H is true and correct, except when identified as being under information and belief or is based on documents or quotes from a documents that are attached as exhibits to this Petition. The section that my affidavit relates to in this Petition are found in ¶ 66 of this Petition  In addition, those portions of the Petition which relate to the submission of the Request for MRIS to the TDCJ Division of Reentry and Integration and on the various requests for Open Records made to TDCJ and its various divisions and to UTMB found in are found in ¶¶ 28-48 of this Petition and describe the actions I took with respect to obtaining records from TDCJ and UTMB. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  8-18-19                                 _John E. Richards_
                                               John E. Richards, Attorney for
                                               Robert Rodriguez Treviño

PETITION FOR WRIT OF HABEAS CORPUS Page 51

EXHIBIT 3

such as, memory losses, behavioral problems, irritability, making up things he believes are true often offending and alienating people that are trying to help him, thinking ability impaired, inability to recognize common things, etc. For example, when the doctor at the hospital asked Robert if he ever had any heart surgeries, Robert replied "NO." Robert had no recollection and did not remember his massive heart attack and I had to tell his doctor that Robert had in fact have heart surgery and stints inserted in his heart arteries. He did not remember the life-threatening seizures that he had just had that put him in a persistent vegetative state for long period of time. Another time, while visiting him he asked me, "Where am I?" He had forgotten where he was. Another time he asked me, "Who are you?" Forgotten who I was. Most recently, another time while visiting him out of nowhere, Robert blurted out," You killed Juan!" Juan is one of my other brothers that had died of a heart attack and complications with diabetes and cancer (NHL) back in 2012. I was offended and not to happy about it. Robert has also accused his own attorney of paying $2,000.00 to the medical staff at the Carol Young to kill him. He often told me that the medical staff at the Carol Young are trying to kill him by poisoning his food and orders me to file complaints with the local police and contact the media. He often tells me that the nursing staff have killed other inmates and that they are trying to kill him as well and that he feared for his life and that I needed to contact the local police and make a report and to contact the media as well. Robert often becomes irritable and more paranoid and unreasonable if I disagree with him or try to convince him otherwise so I just let him talk and not say anything. Robert also often cries or laughs at inappropriate times during my visits.

Furthermore, Robert seems to spend all of his time nearly everyday all day long filing questionable lengthy rambling grievances against the nursing medical staff at the Carol Young Medical Facility which are all determined to be unfounded and which are further evidence that his thinking ability is so impaired that it interferes with his daily functioning.

Therefore, Robert has been unlawfully incarcerated for about 24 oppressive long years during which time he has never committed any violence against anyone and is at an elderly age of 72 years old and practically a Veggie that cannot possibly hurt anyone. Robert does not deserve to die in prison and I pray and respectfully request, that in the interest of true justice, he be immediately released on MRIS on humanitarian grounds and transferred to the Michael E. DeBakey VA Medical Center located at 2002 Holcombe Blvd., Houston, Texas 77030."

Respectfully submitted,

*Gloria Trevino*
Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077
(713)309-5962

SUBSCRIBED AND SWORN to before me on this __6 th__ day of February 2019.

*Vessla W. Raval*
Notary Public in and for the State of Texas

My Commission Expires: __12/24/2022.__

3

EXHIBIT 4



VARSHA K. RAVAL
Notary Public, State of Texas
Comm. Expires 12-24-2022
Notary ID 130002200

 Gmail

Gloria Trevino <vip4justice@gmail.com>

# TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER AND SUBSEQUENT PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE!

2 messages

**Gloria Trevino <vip4justice@gmail.com>**                                                    Wed, Mar 15, 2023 at 3:19 AM
To: trustees@sunny.edu, Texas Attorney General <consumerprotection-complaints@texasattorneygeneral.gov>,
ofs@tdcj.texas.gov, susan.gunnels@tdcj.texas.gov, ogcopenrecords@tdcj.texas.gov, CDCInfo <cdcinfo@texasbar.com>,
information@scjc.texas.gov, 471@co.collin.tx.us, USDOJ <askdoj@usdoj.gov>, usatxs.atty@usdoj.gov,
drakea@missouri.edu, eugeneoloughlin@missouri.edu, jason.parkin@law.cuny.edu, jason.parkin@ylsclinics.org, Gloria
Trevino <vip4justice@gmail.com>, stephani.leota@mail.house.gov, lso@yale.edu, "Wishnie, Michael"
<michael.wishnie@yale.edu>, Andrew Case <acase@latinojustice.org>, USAWA Inquiries <usawainq@unhcr.org>,
legaled@americanbar.org, ware@mikewarelaw.com, "US REP. LIZZIE FLETCHER" <Fletcher.office@mail.house.gov>,
"Justice, Access to (SMO)" <accesstojustice@usdoj.gov>, eoclass@irs.gov, Vanessa_Richardson@ccl.hctx.net,
pio@supremecourt.gov, otp.informationdesk@icc-cpi.int

GREETINGS,

THE 1995 TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED
HISPANIC VETERAN AND POLITICAL PRISONER AND SUBSEQUENT 2022 PREMEDITATED ASSASSINATION OF
ROBERT TREVINO IS THE SINGLE MOST GREATEST SYMBOL OF THE ALARMING ERUPTION OF NEO-NAZISM,
WHITE SUPREMACY, NORMALIZATION OF STIGMATIZED DISCRIMINATION, CORRUPTION, TOXIC GASLIGHTING,
OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE, THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDAL
MAFIA STATE IN MODERN DAY.

ROBERT SUFFERED FROM BRAIN DAMAGED FROM TBI AND PTSD AND WAS TRAUMATIZED AND COULD NOT
ASSIST IN HIS OWN DEFENSE, HOWEVER, DETERMINED TO MALICIOUSLY PERSECUTED ROBERT AFTER THE
FIRST GRAND JURY REFUSED TO INDICT AND "NO-BILLED" INDICTMENT BECAUSE OF "NO CREDIBLE
EVIDENCE." NEVERTHELESS, UNDETERRED OF EGREGIOUS SCHEME TO EXECUTE THEIR POLITICAL AND
RACIAL VENDETTA, THE DA AND OFFICER WIGGINS, INCITED A "LYNCH MOB" AND COERCED THEIR STAR
WITNESS AND RING-LEADER OF VIOLENT WHITE GANG, PATRICK, TO GET THE WHOLE GANG TO MAKE
SIMILAR ALLEGATIONS TO RE-LITIGATE FICTITIOUS CLAIMS IN VIOLATION OF DOUBLE JEOPARDY AND
BOLSTER THEIR "BIG LIES.." THE SECOND "LYNCH MOB MENTALITY" GRAND JURY FOREMAN, IGNORED AND
OVERLOOKED "BIG RED FLAGS." SUCH AS PATRICK'S BROTHER SHAWN, WHO DIDN'T WANT TO GO THOUGH
WITH IT BUT DA ONLY ALLOWED HIM TO RETRACTED AND RECANT THE AGGRAVATED PART OF ALLEGED
SEXUAL ASSAULT AND THE DETAILS THAT THE DA AND WIGGINS HAD FABRICATED AND CONCOCTED AND
RELUCTANTLY JUST MARKED OVER AGGRAVATED "AT GUNPOINT" PART OF THE INDICTMENT. AND SECOND
GRAND JURY FOREMAN INDICTED ROBERT.

SUBSEQUENTLY, THE VA IN COMPLICITY WITH THE HANGING JUDGE GENE KNIZE AND OTHERS, INCLUDING,
ALLEGED DEFENSE ATTORNEY JOHN DIXON REPEATEDLY MALICIOUSLY SUBJECTED ROBERT AND FAMILY
WITH TOXIC GASLIGHTING TREATMENT, MISREPRESENTATIONS AND TRICKERY AND ROBERT WAS ILLEGALLY
DEPRIVED OF VA EMERGENCY HOSPITALIZATION AND OTHER MEDICAL RIGHTS AND BENEFITS AND WAS
ILLEGALLY DENIED VA HOSPITALIZATION FOR MAJOR DEPRESSION AND TRAUMATIC EXPERIENCE OF BEING
ABDUCTED IN COVER OF DARKNESS AT GUNPOINT AND ILLEGALLY DENIED A COMPETENCY EVALUATION IN
FURTHERANCE OF THE TEXAS STYLE RAILROAD, WRONGFUL LIFE-IMPRISONMENT. AND SUBSEQUENT
PREMEDITATED ASSASSINATION AND GENOCIDE. THEY WERE AWARE THAT INCARCERATED VETERANS ARE
DEFRAUDED OUT OF THEIR VA FINANCIAL AND MEDICAL BENEFITS FOR LIFE IN SPITE OF ROBERT RISKING
HIS LIFE IN TIME OF FOREIGN WAR AND PAYING A HIGH PRICE DEFENDING OUR COUNTRY. THE VA, FURTHER
ILLEGALLY DENIED ROBERT'S DEPENDANT PARENT, OUR ILL-STRICKEN MOTHER, VA COMPENSATION TO HER
DETRIMENT AND DEMISE. THE VA CONTINUED TO WEAPONIZE IT'S POWERFUL POSITION AND IN
COMPLICITY WITH THE STATE NEO-NAZIS, DOMESTIC TERRORIST, GESTAPO AGENTS AND OTHERS,
LIKEWISE, CONTINUE TO HARASS AND CRIMINALLY OPPRESS ROBERT EVEN THOUGH HE WAS PARALYZED
BECAUSE OF BRAIN DAMAGE AND HAD BEEN AT DEATH'S DOOR SEVERAL TIMES BECAUSE OF THE CRUEL
AND UNUSUAL PUNISHMENT, LIFE-THREATENING PRISON ENVIRONMENT AND CRIMINAL PRISON MEDICAL
SYSTEM. MEANWHILE, THE VA IN COLLUSION WITH THE DOMESTIC TERRORIST PRISON OFFICIALS, GESTAPO

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 524 of 711

3/16/23, 1:08 PM        Gmail - TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF HIGHLY DECORATED PARALYZED HISPANIC VETE...

AGENTS AND OTHERS MALICIOUSLY HARASSED AND RETALIATED AGAINST ME WITH PERPETUAL COVERT PSYCHOLOGICAL ABUSE AND BRUTALITY TO INDUCE MY DEATH AND DEMISE BY SADISTICALLY FUELING MY ANGER AND DEPRESSION.  WHILE REPEATEDLY CONTINUED TO DENY ROBERT EVALUATIONS AND ASSISTANCE IN OUR EFFORTS TO GET ROBERT RELEASED ON MRIS, THEREBY PUTTING THE LAST NAIL ON ROBERT'S COFFIN.  THEY HAVE ALSO CONTINUED WITH THEIR ENDLESS HARASSMENT TO TRY TO INDUCE MY DEATH AS WELL AND DEPRIVE ME OF VA FINANCIAL AND MEDICAL BENEFITS IN RETALIATION FOR TRYING TO HELP DISENTANGLE ROBERT FROM THIS EGREGIOUS TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE, SABOTAGE OUR QUEST FOR EQUAL ACCESS TO JUSTICE, AND SILENCE ME.  .

ALLEGED DEFENSE ATTORNEY JOHN DIXON, LIKEWISE, BLATANTLY REFUSED TO TALK TO USDOJ, FBI IN BLATANT VIOLATION OF STIPULATION AND AGREEMENT WHEN I RETAINED HIM ONLY BECAUSE HE HAD AGREED TO TALK TO THE FBI IMMEDIATELY  AND I WAS FORCED TO BE CALLING THE FBI  EVERYDAY OF THE SHAM TRIAL BY RAGE.  WHEN DIXON WAS QUESTIONED BY THE REPORTERS ABOUT THE FBI PROBING TREVINO CASE, HE BASICALLY RESPONDED TO REPORTERS THAT HE HAD ADVISED TREVINO FAMILY NOT TO FILE ANY CIVIL AND HUMAN RIGHTS COMPLAINTS AGAINST THE FBI.  I WAS OUTRAGED BECAUSE HE HAD AGREED TO IMMEDIATELY TALK TO THE FBI AS A STIPULATION OF REPRESENTATION OF ROBERT AND FBI USED THIS AS AN EXCUSE NOT TO INTERVENE UNLESS DIXON CALLED THEM AND HE BLATANTLY REFUSED. DIXON HAD BETRAYED ROBERT ACTED IN THE BEST INTEREST OF THE STATE AND BLATANTLY LIED TO THE INSIDIOUS  INADEQUATE APPEAL BY SECOND LAWYER, ROBERT FORD THAT WAS BASICALLY A WHITEWASH AND ADDED TO THE NAILS ON ROBERT'S COFFIN.

SUBSEQUENTLY ROBERT WAS RAILROADED AND USDOJ, FBI HIRED DA, STEVE MARSHALL TO WORK FOR USDOJ, FBI AND OFFICER BILLIE WIGGINS RECEIVED OFFICER OF THE YEAR AWARD.  EVEN THOUGH CASE SHOULD HAVE BEEN DECLARED A MISTRIAL BECAUSE WIGGINS STATED SHE HAD BEEN HOSPITALIZED FOR MAJOR DEPRESSION AND HER ANSWERS MAY NOT BE ACCURATE AND THAT SHE HATED ROBERT AND THAT SHE DIDN'T INVESTIGATE THE ALLEGED CRIME PROFESSIONALLY. AND SHE WAS THE STATE'S MOST ALLEGED CREDIBLE WITNESS.  THE GANG MEMBERS WERE ALSO UNDER MANDATORY PSYCHIATRIC TREATMENT FOR THEIR DRUGS, FELONY CHARGES AND CRIMINAL PSYCHOPATHIC MIND AND BEHAVIOR. EVIDENCE THAT IMPEACHED THEIR CHARACTER AND ALLEGATIONS WAS COVERED-UP.   .
.
THE VA IN COMPLICITY WITH STATE OFFICIAL AND OTHERS ILLEGALLY DENIED ROBERT A COMPETENCY EVALUATION OR EMERGENCY HOSPITALIZATION  FOR HIS SERVICE-CONNECTED DISABILITIES THAT WERE COMPOUNDED WITH HIS BRAIN DAMAGE AND EXTREME TRAUMATIC EXPERIENCES. ROBERT WAS BUSHWHACKED WITH UNCHALLENGED "BIG LIES" SUBJECTED TO A SHAM TRIAL BY RAGE  FOR BEING A DECORATED DISABLED HISPANIC VETERAN AND FOR ENGAGING IN POLITICAL ACTIVITIES AND EXERCISING HIS FREE SPEECH AND RIGHT TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES.  ROBERT MEDALS OF HONOR WERE BASICALLY REPLACED WITH A BADGE OF INFAMY, RIDICULED AND MOCKED IN COURT, DEMONIZED WITH "BIG LIES" AND "ZERO RAPE EVIDENCE" ON PRETEXT OF JUSTICE AND CONDEMNED TO LIFE-IMPRISONMENT BY A SPECIALLY SELECTED ALL-WHITE RACIST JURY TO ENSURE THE CONVICTION AND MAXIMUM LIFE-SENTENCE.

THE USDOJ, FBI WHO WERE SUPPOSED TO BE PROBING TREVINO CASE WERE AIDING AND ABETTING THE DOMESTIC TERRORIST BECAUSE OF THEIR OWN BIGOTRY AND CORRUPTION AND ROBERT WAS CONDEMNED TO LIFE-IMPRISONMENT ON "BIG LIES" AND "ZERO RAPE EVIDENCE" ON PRETEXT OF JUSTICE BY RACIST ALL-WHITE JURY AND HIRED THE DA  TO SABOTAGE ANY CIVIL AND HUMAN RIGHTS COMPLAINTS. AND SUBSEQUENT PREMEDITATED ASSASSINATION TO ESCAPE CIVIL AND CRIMINAL ACCOUNTABILITY AFTER THEIR STAR WITNESS, PATRICK LANKFORD, CONFESSED AND STARTED, "SINGING LIKE A CANARY" THAT EXONERATED ROBERT AND IMPLICATED THE POLICE, DA AND FBI IN THE MALICIOUS PERSECUTION OF ROBERT.  PATRICK CONFESSED THAT THE POLICE OFFICER BILLIE WIGGINS  AND DA , STEVE MARSHALL  HAD FABRICATED AND CONCOCTED THE FICTITIOUS ALLEGATIONS AND COERCED HIM AND HIS GANG INTO TESTIFYING AGAINST ROBERT UNDER THE THREAT OF HARSH PROSECUTION AGAINST HIM ON PENDING STATUTORY RAPE OF 12 YEAR OLD

FOR OVER 30 LONG AND OPPRESSIVE YEARS, ROBERT  HAS BEEN LANGUISHING IN UNLAWFUL IMPRISONMENT IN LIFE-THREATENING RUSSIAN ROULETTE MEDICAL CONDITION AND I HAVE BEEN BLACKBALLED BY OUR GOVERNMENT BECAUSE OF THE CORRUPTION, AND BIGOTRY, A DEADLY COMBINATION.  WE HAVE BEEN ILLEGALLY DENIED EQUAL PROTECTION AND EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE BY OUR GOVERNMENT OFFICIALS, THEIR POLITICAL SUPPORTERS AND THOSE GESTAPO AGENTS ENTRUSTED IN PROTECTING MINORITIES, HOWEVER, ARE INGENIOUSLY INTERCEPTING BILLIONS OF DOLLARS OF GOVERNMENT AND PUBLIC FUNDS ONLY TO FURTHER VICTIMIZE MINORITIES, LINING THEIR OWN POCKETS AND UNJUSTLY ENRICHING THEMSELVES TO OUR DETRIMENT AND DEMISE. iT'S CALLED GENOCIDE!  EVEN  SHEILA JACKSON LEE, THE INNOCENCE NETWORK & FOUNDER, DAVID DOW, PROFESSOR OF UNIVERSITY OF HOUSTON LAW CENTER AND OPERATES NUMEROUS OTHER ALLEGED NON-PROFIT ORGANIZATIONS, WEST TEXAS INNOCENT PROJECT, MIKE WARE, ALSO A PROFESSOR OF LAW, HOUSTON VOLUNTEER LAWYERS VET CENTER AT THE VA, DAV AT THE VA WITH AN "F" RATING FROM THE

BBB, LONESTAR LEGAL SERVICE FOR VETS, TEXAS VETERANS COMMISSION, ALSO AT VA, ,AND VA VETERANS OUTREACH PROGRAM, AT THE VA,, SENATE CRIMINAL JUSTICE COMMITTEE, MEMBERS, RODNEY ELLIS, JUAN "CHUY"HINOJOSA AND JOHN WHITMIRE, ARE ONLY PROTECTING THEIR CRIMINAL ENTERPRISE FOR THEIR OWN POLITICAL AND PERSONAL GAIN AND BLACKBALLED AND CRIMINALLY OPPRESSED ROBERT AND I AND REPEATEDLY REFUSED TO HELP SAVE ROBERT'S LIFE. JOHN WHITMIRE, TRIES TO JUSTIFY NOT SAVING INMATES LIVES BY ALLOWING THEM TO BE TREATED WITH CRUEL, UNUSUAL AND INHUMANE PUNISHMENT AND ERRONEOUSLY ALLEGING THAT THEY ARE "ALL" ONLY CRIMINALS., DRUG-ADDICTS, RAPIST, MURDERERS, PEDOPHILES AND THIEVES AND HE'S NOT SPENDING ANY MONEY TO SAVE THEM.  JOHN WHITMIRE IS A GREEDY BLOODTHIRSTY HOMICIDAL, GENOCIDAL NEO-NAZI DOMESTIC TERRORIST, LIVING HIGH ON THE HOG TO THE DETRIMENT OF THE MOST VULNERABLE, ALONG WITH HIS FELLOW POLITICIANS, LIKE JOAN HUFFMAN, WITH CRIMINAL JUSTICE AND FINANCE COMMITTEES, AND SUPPORTERS. THEY ARE STRATEGICALLY PLACED TO INTERCEPT AND CONTROL THE BILLIONS OF DOLLARS BEING ALLOCATED TO HELP DISTRESSED VETERANS AND OTHER MINORITIES TO THESE  SO-CALLED NON-PROFITS CIVIL RIGHTS ORGANIZATIONS, HOWEVER, AS EVIDENT BY THE HORRIFIC AMERICAN NIGHTMARE AND TWILIGHT ZONE THAT ROBERT AND OUR FAMILY, AS WELL AS MILLIONS OF OTHER MINORITIES SIMILARLY SITUATED, HAVE LIVED AND FORCED TO ENDURED AND AS EVIDENT BY THE ERUPTION OF GROWING NUMBER OF WRONGFULLY CONVICTED MINORITIES AND CONDEMNED TO LIFE-THREATENING PRISONS, MODERN DAY DEATH TRAPS, TO BE ERADICATED/ASSASSINATED, LIKE ROBERT TREVINO THAT THE BILLIONS OF DOLLARS IS GOING TO CRIMINAL ENTERPRISES AND IN ADMINISTERING BRIBES TO PROTECT RACKETS AND ENSURING COMPLETE PROTECTION FROM THE LAW AND CONTINUE THEIR CRIMINAL ENTERPRISE OF OUTRIGHT FRAUD, TOXIC GASLIGHTING. STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, HARASSMENT, ABDUCTION, KIDNAPPING, ASSASSINATIONS, PERNICIOUS PSYCHOLOGICAL MURDER, DEPRAVED HEART MURDERS,MALICIOUS PERSECUTIONS, WRONGFUL IMPRISONMENTS, SYSTEMATIC INJUSTICE IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE..

THE GOVERNMENT AND PUBLIC BILLIONS OF DOLLARS IN FUNDING TO THE INNOCENCE NETWORK, INNOCENCE PROJECTS AND OTHER CRIMINAL ENTERPRISE  ARE GOING INDIRECTLY TO THESE RACKETEERING ACTIVITIES THROUGH THE UNIVERSITIES WHERE THE FOUNDERS, LIKE DAVID DOW AND MIKE WARE WORK. THEY ARE MURDERING MORE WRONGFULLY INCARCERATED INMATES THAN THEY ARE EXONERATING AND/OR REFUSING TO EXONERATE, LIKE ROBERT AND OTHERS..
MOST OF THE TIME, THEY WILL FURTHER MISUSE THE FUNDING TO REPRESENT THE RICH AND FAMOUS, THEMSELVES, FOR BEING SUSPENDED FOR ALLOWING THE SENSELESS INEXCUSABLE EXECUTION OF MENTALLY RETARDED FOR NOT FILING A TIMELY STAY OF EXECUTION IN SPITE OF THE NUMEROUS LAW STUDENTS AND OTHER LAWYERS FROM THE INNOCENCE NETWORK AND THE MULTI-MILLIONS OF DOLLARS A YEAR FUNDING ALSO MISUSED AGAINST THE DISTRESSED MINORITIES THAT THEY ARE SUPPOSE TO REPRESENT BUT BLATANTLY REFUSE TO HELP AND INSTEAD FURTHER SABOTAGING THEIR CASES BY NOT RETURNING THEIR LEGAL DOCUMENTS AND IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA. THE STATE BAR OF TEXAS AND STATE COMMISSION ON JUDICIAL CONDUCT ARE ALSO AIDING AND ABETTING IN THE CRIMINAL ENTERPRISE BECAUSE OF THE POWER OF THE MONEY TO ENSURE COMPLETE PROTECTION FROM THE LAW AND POLITICIANS AND FURTHER VICTIMIZE AND CRIMINALLY OPPRESS AND SILENCE AND ERADICATE THOSE THEY ARE ENTRUSTED IN PROTECTING, LIKE IN THE ROBERT TREVINO AND FAMILY CASE.  ALSO THE ENTIRE  TEXAS CRIMINAL DEFENSE LAWYERS ASSOCIATION THAT ERRONEOUSLY ALLEGED THERE IS NOT ENOUGH LAWYERS TO HELP THE NEEDY, IMMEDIATELY CAME TO THE AID AND ASSISTANCE OF THE RICH AND FAMOUS, DAVID DOW ON HIS SUSPENSION  FOR ALLOWING THE UNLAWFUL EXECUTION OF RETARDED CLIENTS, AND INCLUDING USING INNOCENCE NETWORK. TO COME TO HIS AID WHILE REPEATEDLY REFUSING TO EXONERATE HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER, ROBERT TREVINO AND/OR EVEN RELEASING ROBERT ON MRIS TO SAVE HIS LIFE. THEY ALL SHARE SUCH A COZY RELATIONSHIP WITH THE LEGISLATORS AND OTHER POLITICIANS THAT KEEP FUNDING BILLIONS OF DOLLARS TO THEM AND THEIR SUPPORTERS EVERY YEAR TO DO NOTHING GOVERNMENT AGENCIES AND NONPROFITS ON THE ERRONEOUS GUISE THAT THEY ARE GOING TO INVESTIGATE AND FIND SOLUTIONS FOR THE CAUSES OF WRONGFULLY INCARCERATED.  THEY ACT LIKE THEY DON'T KNOW THAT .  IT IS AN INGENIOUS PERNICIOUS SUBTLE WAY OF GENOCIDE!  TO CONTINUE TO ALLOW THE MALICIOUS PERSECUTION OF MINORITIES BECAUSE OF CORRUPTION, POLITICAL AND RACIST POLICE AND PROSECUTORS IN COLLUSION WITH OTHER OFFICIALS EMPOWERED BY THE GOVERNMENT QUALIFIED IMMUNITY DOCTRINE THAT IS BASICALLY A LICENSE TO "GET AWAY WITH COLD BLOODED MURDER" AND A "GET OUT OF JAIL FREE CARD." IS A  NEO-NAZI DOMESTIC TERRORIST WAR CRIME. INSTEAD OF CONTINUE TO FUND BILLIONS OF DOLLARS INTO THE NON-PROFIT ORGANIZED CRIME RACKETS, SIMPLY OUTLAW THE GOVERNMENT QUALIFIED IMMUNITY DOCTRINE WHICH IS SELF SERVING AND IN BLATANT VIOLATION OF OUR CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS.  "LOCK THEM UP!"  NO ONE IS SUPPOSE TO BE ABOVE THE LAW IN THE USA.  THIS IS NOT CHINA OR RUSSIA NOR IS THIS THE WILD! WILD! WICKED WEST!  THESE NEO-NAZI DOMESTIC TERRORIST NEED TO BE HELD IMMEDIATELY CIVILLY AND CRIMINALLY ACCOUNTABLE.FOR THEIR PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR INSTEAD OF REWARDING THEM BY HIRING THEM TO WORK FOR THE USDOJ FBI WHERE THEY CAN BE A GREATER THREAT AND DANGEROUS TO MINORITIES AND SABOTAGE OUR MERITORIOUS CIVIL AND HUMAN RIGHTS COMPLAINTS AND BLACKBALL US IN RIDICULE AND MOCKING US IN CONTINUING EFFORT TO

SILENCE US AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE THE PREMEDITATED ASSASSINATION OF A HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO, THE DEPRAVED HEART MURDER OF OUR OTHER BROTHER JUAN AND OUR BELOVED MOTHER, MARIA AND REPEATED ATTEMPTED COVERT PSYCHOLOGICAL MURDER OF ME AND INDUCING ME INTO SUFFERING A STROKE AND OTHER DEBILITATING DISABILITIES AND PAIN AND SUFFERING TO SABOTAGE OUR SOLITARY QUEST FOR JUSTICE AND COVER-UP AND ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITIES FOR THEIR GENOCIDAL MAFIA STATE. . THE UNITED STATES WRONGFULLY INCARCERATES MORE PEOPLE THAN ANY OTHER COUNTRY IN THE WORLD, INCLUDING CHINA. FURTHERMORE, THE UNITED STATES IS THE LEADER IN THE PRISON POPULATION RATE AND MASS INCARCERATION AND THE MEDICAL SYSTEM IN PRISONS IS CRIMINAL BY ITSELF. MILLIONS OF INMATES DIE EVERYDAY DUE TO THE CRIMINAL MEDICAL SYSTEM IN PRISONS, MODERN DAY DEATH-TRAPS IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE. ON THE RICH AND FAMOUS HAVE ACCESS TO JUSTICE, SINCE JUSTICE IS FOR SALE IN AMERICA. AND, THE POLITICIANS WITH UNLIMITED FUNDING FROM THE TAXPAYERS TO WASTE AND PAY MILLIONS OF DOLLARS TO ARMIES OF TOP DOLLAR LAWYERS TO SETTLE THEIR POLITICAL DIFFERENCES OR TO TRY TO OVERTURN A LEGITIMATE ELECTION ON "BIG LIE" WITH "ZERO EVIDENCE" ON ERRONEOUS GUISE THAT ELECTION WAS STOLEN ON PRETEXT OF "JUDICIAL COUP." AS TEXAS ATTORNEY GENERAL KEN PAXTON TRIED TO MAINTAIN TYRANNICAL CONTROL OF REIGN OF TERROR. WHEN TEXAS ATTORNEY GENERAL KEN PAXTON AND HIS MULTI-MILLION DOLLAR ATTORNEY DREAM TEAM SHOULD HAVE BEEN TRYING TO "OVERTURN" WRONGFUL CONVICTION OF ROBERT ON "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE AND SUBSEQUENT PREMEDITATED ASSASSINATION OF DECORATED PARALYZE WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO. ANOTHER PERFECT EXAMPLE OF THE NORMALIZATION OF CLEAR AND UNDISPUTED STIGMATIZED DISCRIMINATION, CORRUPTION,, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE, POLITICAL AND PUBLICITY STUNTS OF TEXAS ATTORNEY GENERAL KEN PAXTON, THAT SHOULD BE IMMEDIATELY "LOCKED-UP" FOR MAFIA RELATED ACTIVITIES, GANG RAPE OF JUSTICE IN AMERICA AND GENOCIDE!

ROBERT TREVINO AND FAMILY CONTINUE TO LIVE THE AMERICAN NIGHTMARE AND TWILIGHT ZONE! THE VA WAS IN COMPLICITY WITH THE STATE OFFICIALS TO WEAPONIZE THEIR POWERFUL POSITIONS AND ILLEGALLY DENY ROBERT A COMPETENCY AND EMERGENCY HOSPITALIZATION AS WELL AS HIS DEPENDANT PARENT MEDICAL AND FINANCIAL VA BENEFITS. THEY MALICIOUSLY RAILROADED ROBERT TO DEFRAUD HIM OF HIS VA FINANCIAL AND MEDICAL BENEFITS THAT HE HONORABLY EARNED AND PAID A HIGH PRICE FOR WHILE BRAVELY RISKING HIS LIFE FOR OUR COUNTRY. IN FOREIGN WAR ONLY TO HAVE TO DEFEND HIMSELF WITH DEBILITATING DISABILITIES IN PERPETUAL GENOCIDAL PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE. TDCJ HAS NO JUSTIFIABLE MEDICAL REASONS FOR ILLEGALLY AND SADISTICALLY REMOVING ROBERT FROM THE ICU OF THE CAROL YOUNG MEDICAL UNIT IN CRITICAL RUSSIAN ROULETTE MEDICAL CONDITION FIVE MINUTES AWAY FROM NEAREST TRAUMA CENTER TO THE OVERCROWED AND UNDERSTAFFED INFECTED WORST INSANE ASYLUM IN THE WORLD AN HOUR AWAY FROM THE NEAREST TRAUMA CENTER WHEN ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND NEEDED 24/7 MEDICAL CARE OTHER THAN TO ACELERATE PREMEDITATED ASSASSINATION. ROBERT WAS ASSASSINATED TWO DAYS AFTER VA CALLED TO SAY TDCJ BRYAN COLLIER, DEFENDANT IN FEDERAL WRIT OF HABEAS CORPUS FOR REPEATEDLY ILLEGALLY DENYING ROBERT RELEASE ON MRIS, HAD AUTHORIZE THE VA TO VISIT AND ACCESS ROBERT FOR RELEASE ON MRIS. THIS WAS NO COINCIDENCE!. ESPECIALLY, SINCE THE VA HAD REPEATEDLY REFUSED TO AFFORD ROBERT ANY VA BENEFITS WHATSOEVER AND WAS COMPLICITY IN DENYING ROBERT EMERGENCY HOSPITALIZATION, EVALUATION TO BE MALICIOUSLY PERSECUTED AND WRONGFULLY INCARCERATED TO DEFRAUD ROBERT AND DEPENDANT PARENT OF HIS VA BENEFITS. UPON ROBERT'S RELEASE ON MRIS, THE VA WOULD HAVE TO PROVIDE HIM VA FINANCIAL AND MEDICAL BENEFITS WHICH THEY BLATANTLY REFUSED TO DO FROM DAY ONE OF HIS ABDUCTION AND PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN. THE VA IN COMPLICITY WITH THE STATE OFFICIALS, TDCJ AND OTHERS WAITED OVER 27 LONG AND OPPRESSIVE YEARS TO PUT THE LAST NAIL IN ROBERT'S COFFIN.. THERE WAS NO WAY THE VA WAS FINALLY GOING TO AFFORD ROBERT VA MEDICAL AND FINANCIAL BENEFITS NOR WAS THE STATE OF TEXAS, TDCJ, AND OTHERS GOING TO COMPENSATE ROBERT OVER TWO PLUS MILLIONS OF DOLLARS FOR EXONERATION AND MALICIOUS PROSECUTION AFTER THEIR STATE WITNESS PATRICK LANKFORD CONFESSED AND EXONERATED ROBERT AND IMPLICATED THE STATE OFFICIALS, DA AND WIGGINS, THAT HAD FABRICATED AND CONCOCTED THE FICTITIOUS ALLEGATIONS AND COERCED HIM AND HIS GANG TO LIE AGAINST ROBERT OR FACE HARSH PROSECUTION ON PENDING STATUTORY RAPE OF 12 YEAR OLD AND SOME BURGLARIES. PATRICK'S CONFESSION IS FURTHER CORROBORATED WITH THE TRANSCRIPT OF THE SHAM TRIAL BY RAGE AND STATED THAT IT WAS WIGGINS AND THE DA WHO HAD COME UP WITH THE DETAILS OF THE COMPLAINTS CAUSE THEY DIDN'T KNOW WHAT THEY WERE WHICH LEAD TO FINGER POINTING BETWEEN OFFICER WIGGINS TO DA TO FOREMAN OF THE SECOND GRAND JURY THAT CONVENIENTLY OVERLOOKED THE "BIG RED FLAGS" IN PATRICK BROTHER, SHAWN'S INDICTMENT DOCUMENT, WHERE HE RECANTED HALF OF HIS ERRONEOUS AGGRAVATED SEXUAL ASSAULT AT GUNPOINT. COMPLAINT AND DETAILS WITHOUT QUESTION AND ROBERT WAS ILLEGALLY INDICTED. FIRST GRAND JURY REFUSED TO INDICT AND HAD "NO-BILLED" ROBERT BECAUSE OF NO CREDIBLE EVIDENCE. HOWEVER, ROBERT WAS FURTHER MALICIOUSLY SUBJECTED TO DOUBLE JEOPARDY AND RAILROADED AND REPEATEDLY ILLEGALLY DENIED RELEASE ON MRIS IN SPITE OF HIS BRAIN DAMAGE FROM CONCUSSION

SILENCE US AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE THE PREMEDITATED ASSASSINATION OF A HIGHLY DECORATED PARALYZED HISPANIC VETERAN AND POLITICAL PRISONER ROBERT TREVINO, THE DEPRAVED HEART MURDER OF OUR OTHER BROTHER JUAN AND OUR BELOVED MOTHER, MARIA AND REPEATED ATTEMPTED COVERT PSYCHOLOGICAL MURDER OF ME AND INDUCING ME INTO SUFFERING A STROKE AND OTHER DEBILITATING DISABILITIES AND PAIN AND SUFFERING TO SABOTAGE OUR SOLITARY QUEST FOR JUSTICE AND COVER-UP AND ESCAPE TOTAL CRIMINAL AND CIVIL ACCOUNTABILITIES FOR THEIR GENOCIDAL MAFIA STATE. . THE UNITED STATES WRONGFULLY INCARCERATES MORE PEOPLE THAN ANY OTHER COUNTRY IN THE WORLD, INCLUDING CHINA. FURTHERMORE, THE UNITED STATES IS THE LEADER IN THE PRISON POPULATION RATE AND MASS INCARCERATION AND THE MEDICAL SYSTEM IN PRISONS IS CRIMINAL BY ITSELF. MILLIONS OF INMATES DIE EVERYDAY DUE TO THE CRIMINAL MEDICAL SYSTEM IN PRISONS, MODERN DAY DEATH-TRAPS IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE. ON THE RICH AND FAMOUS HAVE ACCESS TO JUSTICE, SINCE JUSTICE IS FOR SALE IN AMERICA. AND, THE POLITICIANS WITH UNLIMITED FUNDING FROM THE TAXPAYERS TO WASTE AND PAY MILLIONS OF DOLLARS TO ARMIES OF TOP DOLLAR LAWYERS TO SETTLE THEIR POLITICAL DIFFERENCES OR TO TRY TO OVERTURN A LEGITIMATE ELECTION ON "BIG LIE" WITH "ZERO EVIDENCE" ON ERRONEOUS GUISE THAT ELECTION WAS STOLEN ON PRETEXT OF "JUDICIAL COUP." AS TEXAS ATTORNEY GENERAL KEN PAXTON TRIED TO MAINTAIN TYRANNICAL CONTROL OF REIGN OF TERROR. WHEN TEXAS ATTORNEY GENERAL KEN PAXTON AND HIS MULTI-MILLION DOLLAR ATTORNEY DREAM TEAM SHOULD HAVE BEEN TRYING TO "OVERTURN" WRONGFUL CONVICTION OF ROBERT ON "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE AND SUBSEQUENT PREMEDITATED ASSASSINATION OF DECORATED PARALYZE WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO. ANOTHER PERFECT EXAMPLE OF THE NORMALIZATION OF CLEAR AND UNDISPUTED STIGMATIZED DISCRIMINATION, CORRUPTION,, OUTRIGHT FRAUD, SYSTEMATIC INJUSTICE, POLITICAL AND PUBLICITY STUNTS OF TEXAS ATTORNEY GENERAL KEN PAXTON, THAT SHOULD BE IMMEDIATELY "LOCKED-UP" FOR MAFIA RELATED ACTIVITIES, GANG RAPE OF JUSTICE IN AMERICA AND GENOCIDE!

ROBERT TREVINO AND FAMILY CONTINUE TO LIVE THE AMERICAN NIGHTMARE AND TWILIGHT ZONE! THE VA WAS IN COMPLICITY WITH THE STATE OFFICIALS TO WEAPONIZE THEIR POWERFUL POSITIONS AND ILLEGALLY DENY ROBERT A COMPETENCY AND EMERGENCY HOSPITALIZATION AS WELL AS HIS DEPENDANT PARENT MEDICAL AND FINANCIAL VA BENEFITS. THEY MALICIOUSLY RAILROADED ROBERT TO DEFRAUD HIM OF HIS VA FINANCIAL AND MEDICAL BENEFITS THAT HE HONORABLY EARNED AND PAID A HIGH PRICE FOR WHILE BRAVELY RISKING HIS LIFE FOR OUR COUNTRY. IN FOREIGN WAR ONLY TO HAVE TO DEFEND HIMSELF WITH DEBILITATING DISABILITIES IN PERPETUAL GENOCIDAL PSYCHOLOGICAL DOMESTIC TERRORIST WARFARE. TDCJ HAS NO JUSTIFIABLE MEDICAL REASONS FOR ILLEGALLY AND SADISTICALLY REMOVING ROBERT FROM THE ICU OF THE CAROL YOUNG MEDICAL UNIT IN CRITICAL RUSSIAN ROULETTE MEDICAL CONDITION FIVE MINUTES AWAY FROM NEAREST TRAUMA CENTER TO THE OVERCROWED AND UNDERSTAFFED INFECTED WORST INSANE ASYLUM IN THE WORLD AN HOUR AWAY FROM THE NEAREST TRAUMA CENTER WHEN ROBERT WAS NOT SUICIDAL OR HOMICIDAL AND NEEDED 24/7 MEDICAL CARE OTHER THAN TO ACELERATE PREMEDITATED ASSASSINATION. ROBERT WAS ASSASSINATED TWO DAYS AFTER VA CALLED TO SAY TDCJ BRYAN COLLIER, DEFENDANT IN FEDERAL WRIT OF HABEAS CORPUS FOR REPEATEDLY ILLEGALLY DENYING ROBERT RELEASE ON MRIS, HAD AUTHORIZE THE VA TO VISIT AND ACCESS ROBERT FOR RELEASE ON MRIS. THIS WAS NO COINCIDENCE!. ESPECIALLY, SINCE THE VA HAD REPEATEDLY REFUSED TO AFFORD ROBERT ANY VA BENEFITS WHATSOEVER AND WAS COMPLICITY IN DENYING ROBERT EMERGENCY HOSPITALIZATION, EVALUATION TO BE MALICIOUSLY PERSECUTED AND WRONGFULLY INCARCERATED TO DEFRAUD ROBERT AND DEPENDANT PARENT OF HIS VA BENEFITS. UPON ROBERT'S RELEASE ON MRIS, THE VA WOULD HAVE TO PROVIDE HIM VA FINANCIAL AND MEDICAL BENEFITS WHICH THEY BLATANTLY REFUSED TO DO FROM DAY ONE OF HIS ABDUCTION AND PUT THE FIRST AND LAST NAILS IN ROBERT'S COFFIN. THE VA IN COMPLICITY WITH THE STATE OFFICIALS, TDCJ AND OTHERS WAITED OVER 27 LONG AND OPPRESSIVE YEARS TO PUT THE LAST NAIL IN ROBERT'S COFFIN.. THERE WAS NO WAY THE VA WAS FINALLY GOING TO AFFORD ROBERT VA MEDICAL AND FINANCIAL BENEFITS NOR WAS THE STATE OF TEXAS, TDCJ, AND OTHERS GOING TO COMPENSATE ROBERT OVER TWO PLUS MILLIONS OF DOLLARS FOR EXONERATION AND MALICIOUS PROSECUTION AFTER THEIR STATE WITNESS PATRICK LANKFORD CONFESSED AND EXONERATED ROBERT AND IMPLICATED THE STATE OFFICIALS, DA AND WIGGINS, THAT HAVE FABRICATED AND CONCOCTED THE FICTITIOUS ALLEGATIONS AND COERCED HIM AND HIS GANG TO LIE AGAINST ROBERT OR FACE HARSH PROSECUTION ON PENDING STATUTORY RAPE OF 12 YEAR OLD AND SOME BURGLARIES. PATRICK'S CONFESSION IS FURTHER CORROBORATED WITH THE TRANSCRIPT OF THE SHAM TRIAL BY RAGE AND STATED THAT IT WAS WIGGINS AND THE DA WHO HAD COME UP WITH THE DETAILS OF THE COMPLAINTS CAUSE THEY DIDN'T KNOW WHAT THEY WERE WHICH LEAD TO FINGER POINTING BETWEEN OFFICER WIGGINS TO DA TO FOREMAN OF THE SECOND GRAND JURY THAT CONVENIENTLY OVERLOOKED THE "BIG RED FLAGS" IN PATRICK BROTHER, SHAWN'S INDICTMENT DOCUMENT, WHERE HE RECANTED HALF OF HIS ERRONEOUS AGGRAVATED SEXUAL ASSAULT AT GUNPOINT. COMPLAINT AND DETAILS WITHOUT QUESTION AND ROBERT WAS ILLEGALLY INDICTED. FIRST GRAND JURY REFUSED TO INDICT AND HAD "NO-BILLED" ROBERT BECAUSE OF NO CREDIBLE EVIDENCE. HOWEVER, ROBERT WAS FURTHER MALICIOUSLY SUBJECTED TO DOUBLE JEOPARDY AND RAILROADED AND REPEATEDLY ILLEGALLY DENIED RELEASE ON MRIS IN SPITE OF HIS BRAIN DAMAGE FROM CONCUSSION

BLAST HEAD INJURIES, PARALYSIS AND RUSSIAN ROULETTE LIFE-THREATENING MEDICAL CONDITION AND PUT IN WORSE OVERCROWDED, UNDERSTAFFED INFECTED INSANE ASYLUM IN THE WORLD TO ACCELERATE PREMEDITATED ASSASSINATION.AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

EVEN INFAMOUS NOTORIOUS MOB-BOSS, "SCARFACE" AL CAPONE WAS RELEASED FROM PRISON ON HUMANITARIAN GROUNDS!

AND, EVEN UNDOCUMENTED IMMIGRANTS ARE ENTITLED TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE IN THIS COUNTRY!

WE ARE NOT AMUSED AND CONTINUE TO FEEL AGGRIEVED AND OUTRAGE OVER THE NEO-NATZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS IN THEIR RELENTLESS PERPETUAL DIABOLICAL SCHEME OF STIGMATIZED DISCRIMINATION, CORRUPTION, RETALIATION, EXPLOITATION, OUTRIGHT FRAUD, GASLIGHTING, SHAM REPRESENTATIONS, COVERT AND PERNICIOUS CRIMINAL OPPRESSION, CONSPIRACIES, SYSTEMATIC INJUSTICE AND PSYCHOLOGICAL DEPRAVED HEART MURDERS IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE TO MAINTAIN TYRANNICAL CONTROL OF REIGN OF DOMESTIC TERROR AND ESCAPE TOTAL CIVIL AND CRIMINAL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR WHILE INDULGING IN RIDICULE AND AMUSEMENT AND UNJUSTLY ENRICHING THEMSELVES, LINING THEIR OWN POCKETS AND FUNDING THEIR OWN POLITICAL CAMPAIGNS AND ABUSE OF LEGAL PROCESS IN ATTEMPT OF JUDICIAL COUP TO MAILTAIN TYRANNICAL CONTROL OF REIGN OF DOMESTIC TERROR WITH THE BILLIONS OF DOLLARS IN GOVERNMENT AND PUBLIC FUNDS ENTENDED TO PROTECT AND AID DISTRESSED VETERANS, WOMEN AND OTHER MORE VULNERABLE MINORITIES FROM BEING MALICIOUSLY SUBJECTED TO THIS HORRIFIC CRIMINAL ENTERPRISE OF OUTRIGHT FRAUD, STIGMATIZED DISCRIMINATION PRACTICES AND GENOCIDE CREATING A GENOCIDAL MAFIA STATE.

THE NEO-NAZI GOVERNMENT OFFICIALS, GESTAPO AGENTS AND OTHERS THAT WEAPONIZED THEIR POWERFUL POSITIONS IN THE TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF PARALYZED HISPANIC WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO HAS COME TO SYMBOLIZE ALL THE CRIMINAL EVILS IN A LAWLESS NATION AND SPREADING CORRUPTION AND THE NORMALIZATION OF STIGMATIZE DISCRIMINATION, SYSTEMATIC INJUSTICE AND GENOCIDE THROUGHOUT THE SYSTEM THAT CONTINUES TO EXPAND THEIR CRIMINAL ENTERPRISE WITH IMPUNITY FREELY PAID FOR WITH CONTRIBUTIONS TO POLITICAL FRIENDS IN RETURN FOR COMPLETE IMMUNITY FROM THE LAW WHO PROTECTED THEM FOR THE SPREAD OF ALL CRIMINAL ACTIVITIES, INCLUDING MONEY LAUNDERING, COERCION, FRAUD AND THE PRENICIOUS COVERT PREMEDITATED ASSASSINATION OF TOTALLY HELPLESS PARALYZE HISPANIC WAR HERO AND POLITICAL PRISONER, ROBERT TREVINO AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE. .

THESE DOMESTIC TERRORIST AND NEO-NAZI, LIKEWISE, HAVE A STRANGLEHOLD OVER THE MEDIA THAT ARE ALSO AIDING AND ABETTING THEM THROUGH THE USE OF "FAKE NEWS" MISREPRESENTATION, DECEIT,, DISHONESTY AND TRICKERY TO DECEIVE THE UNSUSPECTING PUBLIC. THEY WILL EVEN FILE CIVIL RIGHTS LAWSUIT, EXPLOITING SOME UNSUSPECTING MINORITIES VICTIMS WITH PUBLIC MEDIA AND POLITICAL STUNTS TO RAISE MILLIONS OF DOLLARS FOR THEIR POLITICAL, FINANCIAL AND PERSONAL GAIN AND NONPROFIT CRIMINAL RACKETS OR "TRUMP UNIVERSITIES" TO FURTHER LAUNDERING AND DISGUISING MULTI-BILLIONS OF DOLLARS INTENDED FOR ALLEGED LEGAL AID VETERANS CLINICS AND/OR INNOCENCE PROJECTS, INNOCENCE NETWORK ALREADY CONTROLLED BY THEIR FOUNDERS AND PROFESSORS THAT ARE KILLING MORE PEOPLE THAN THEY ARE SUPPOSEDLY EXONERATING, SUCH AS ROBERT TREVINO, BUT WOULD ALSO NOT EVEN HELP IN MRIS OR IN HIS LIFE-THREATENING CERTAIN DEATH INSANE ASYLUM AND NEITHER WOULD ANY POLITICIANS OR USDOJ, FBI.. MEANWHILE, AT THE SAME TIME, BLATANTLY MAKE INJURIOUS COVERT RACIST REMARKS AND MAKING UNREASONABLE EXCUSES FOR REFUSING EQUAL ACCESS TO JUSTICE TO OTHER MORE VULNERABLE MINORITIES,, SUCH AS ROBERT TREVINO AND FAMILY TO COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND IN COMPLICITY IN FURTHERANCE OF THE DECADES LONG BLACKBALLING ROBERT TREVINO AND FAMILY.

WITH MULTI MILLIONS OF DOLLARS IN FUNDING, PLUS MAKING SOME OF THEIR VICTIMS OF WRONGFUL IMPRISONMENT PAY LEGAL FEES WHILE MISREPRESENTING TO THE PUBLIC THAT THEY DO NOT CHARGE LEGAL FEES TO THE WRONGFULLY INCARCERATED, AND ALL THESE LAW UNIVERSITIES, LAW STUDENTS, PROFESSORS WITH LEGAL AID TO DISTRESSED VETERANS AND OTHER MINORITIES,AND CONTINUING ERUPTION OF MASS INCARCERATION OF WRONGFUL IMPRISONMENTS, WHY DOES IT TAKE AN OPPRESSIVE TEN YEARS TO GET ONE DISABLED VETERAN INMATE EXONERATED ON DNA EVIDENCE THAT NEVER SHOULD HAVE BEEN ARRESTED SINCE THE DNA WAS NOT A MATCH AND THE REAL RAPIST HAD CONFESSED THAT HIS DNA WAS A MATCH AND HE WAS THE RAPIST . tHIS WAS YEARS BEFORE TIMOTHY COLE DIED IN ILLEGAL CUSTODY?  WHY DOES IT TAKE ABOUT 5 YEARS TO EXONERATED AN INMATE ON DNA EVIDENCE WHEN THE PRISON IS A DEATH-TRAP EVEN FOR THE HEALTHIEST PERSON.  THEN THEY GET THE "FAKE

NEWS" TO COVER THEIR MARKETING OF PUBLICITY STUNTS TO HELP RAISE MILLIONS.OF DOLLARS IN FUNDING TO EXPAND THEIR WELL ORGANIZE CRIMINAL ACTIVITIES AND STRANGLEHOLE OF THE NON-PROFIT RACKETEERING ACTIVITIES AND THE GANG-RAPE OF JUSTICE IN AMERICA AND GENOCIDE. .

OK, THE VA, REFUSED TO PAY FOR ROBERT'S TRANSPORTATION AND ESCORT TO THE VA HOSPITAL FOR MEDICAL BENEFITS AND EVALUATIONS TO ASSIST WITH ROBERT  MEDICAL CARE AND MRIS BECAUSE THE VA REFUSED TO PAY AND WANTED ROBERT TO PAY FOR EVERYTHING AND/OR PUT THE BURDEN ON HIS FAMILY. THE VA KNOWS THAT THEY IMMORALLY AND ILLEGALLY DEPRIVE THE INCARCERATED VETERANS OF THEIR VA FINANCIAL AND MEDICAL BENEFITS EVEN THOUGH THE VETERANS HAD ALREADY PAID A VERY HIGH PRICE FOR THOSE SERVICES WHEN THEY BAVELY AND HONORABLY RISKING THEIR LIVES  DEFENDING OUR COUNTRY AT TIME OF FOREIGN WAR.  AS PREVIOUSLY REPEATEDLY REPORTED, THE VA , EVEN BEFORE THE MALICIOUS PROSECUTION, RAILROAD AND WRONGFUL IMPRISONMENT OF ROBERT, IN COMPLICITY WITH THE STATE NEO-NATZIS GOVERNMENT OFFICIALS AIDED AND ABETTED THEM IN THE DIABOLICAL RAILROAD OF ROBERT.  THE VA AND THE DOMESTIC TERRORIST GOVERNMENT OFFICIALS WERE AWARE THAT ROBERT WOULD BE DEFRAUDED OUT OF HIS VA FINANCIAL AND MEDICAL BENEFITS UPON THEIR MALICIOUS PERSECUTION , RAILROAD, AND WRONGFULLY IMPRISONMENT OF ROBERT.  NEVERTHELESS, THE VA IN COMPLICITY, AIDED AND ABETTED THE NEO-NAZIS DOMESTIC TERRORIST GOVERNMENT OFFICIALS  IN THE RAILROAD OF ROBERT BY ILLEGALLY BATANTLY REFUSING TO AFFORD ROBERT EMERGENCY HOSPITALIZATION FOR MAJOR DEPRESSION, PTSD AND TRAUMATIC EXPERIENCE HE WAS FACING AND, LIKEWISE, EVEN ILLEGALLY DENIED ROBERT A COMPETENCY EXAMINATION IN FURTHERANCE OF THE MALICIOUS PERSECUTION AND RAILROAD OF ROBERT AND WRONGFUL IMPRISONMENT..  SUBSEQUENTLY, THEN THE  VA AND THE STATE MALICIOUSLY ILLEGALLY REFUSED TO PAY FOR VA SERVICES UNDER THE INGENIOUS ERRONEOUS EXCUSE THAT BECAUSE HE IS INCARCERATED HE WOULD HAVE TO PAY FOR TRANSPORTATION AND SECURITY.  WELL AWARE THAT THE VETERANS ALREADY PAID FOR AND ARE LEGALLY AND MORALLY ENTITLED TO THOSE SERVICES.  IT IS NOT THE RESPONSIBILITY OF THE VETERAN'S FAMILY TO PAY FOR THE VA MEDICAL AND FINANCIAL SERVICES TO THE VETERAN THAT THEY ARE DEFRAUDING AND CIMINALLY OPPRESSING IN FURTHERANCE OF GENOCIDE AND FURTHERMORE, SADISTICALLY DEFRAUDING ROBERT'S ILL-STRICKEN DEPENDANT MOTHER WHO HE WAS TAKING CARE OF AND WAS LEGALLY AND MORALLY ENTITLED TO VA BENEFITRS AS ROBERT'S DEPENDANT PARENT AND WAS LIKEWISE, DEFRAUDED AND CRIMINALLY OPPRESSED TO HER DETRIMENT AND UNNESCESSARY UNTIMELY SENSELESS DEMISE AND EXPECTED HER TO PAY ROBERT HIS VA BENEFITS IS IN RIDICULE AND A MOCKERY TO ROBERT AND FAMILY. THE VA AND OTHER DOMESTIC TERRORIST GOVERNMENT OFFICIALS HAVE REPEATEDLY DEMONSTRATED THEIR CLEAR AND UNDISPUTED EVICENCE OF THE "OFF THE CHARTS" LEVEL OF DEPRAVITY, STIGMATIZED DISCRIMINATION, AND HOMICIDAL PSYCHOPATHIC CRIMINAL NATURE OF THEIR MIND AND BEHAVIOR IN FURTHERANCE OF THE RETALIATION, HARASSMENT, STIGMATIZE DISCRIMINATION, CORRUPTION, GASLIGHTING, CRIMINAL OPPRESSION, OUTRIGHT FRAUD,,SYSTEMATIC INJUSTICE AND GENOCIDE..

TO DATE, THE VA, CONTINUES TO WEAPONIZING THEIR GOVERNMENT POSITIONS IN COMPLICITY WITH THE STATE OFFENDERS TO HARASS, RETALIATE, DEFRAUD ME OF VA BENEFITS AND CRIMINALLY OPPRESS AND SEVERAL ATTEMPTED DEPRAVE HEART MURDER OF ME TO SILENCE ME AND INDUCED ME INTO SUFFERING A STROKE, WITH BRAIN BLEED AND OTHER DEBILITATING DISABILITIES, EYESTROKE, WITH DISTORTED VISION OF MY RIGHT EYE AND HEADACHES AND RIDICULE IN COLLUSION WITH NEO-NAZI GOVERNMENT DOMESTIC TERRORIST AND OTHERS IN PERPETUAL COVERT PERNICIOUS HONICIDAL PSYCHOLOGICAL WARFARE AND GENOCIDE.

AS HISPANIC TOTALLY AND PERMANENTLY DISABLED HONORABLY DISCHARGED VETERANS OF THE UNITED STATES ARMED FORCES, WE ARE LEGALLY AND MORALLY ENTITLED TO EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE AS OUR NATION'S SOLEMN PROMISE NEVER TO LEAVE ANY VETERAN AND THEIR FAMILIES BEHIND AND TO AFFORD US THE EQUAL OPPORTUNITY TO ACHIEVE THE AMERICAN DREAM AND AS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS.

WE STRONGLY FEEL WE ARE JUSTLY ENTITLED TO RELIEF AND EQUAL AND COMPLETE  JUSTICE FOR ROBERT TREVINO AND FAMILY.

GLORIA & ROBERT TREVINO
VETERANS IN PETITION FOR JUSTICE
12526 OLYMPIA DRIVE
HOUSTON, TEXAS  77077
713-309-5962
vip4justice@gmail.com  .

CAUSE NO. 21530-21534

FILED FOR RECORD
95 OCT -3 PM 3 39
CLUE A FULLER
DISTRICT CLERK
ELLIS COUNTY, TX.

THE STATE OF TEXAS

VS.

ROBERT TREVINO

IN THE DISTRICT COURT
ELLIS COUNTY
40TH JUDICIAL DISTRICT

DEFENDANT'S FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and numbered causes by and through his attorney of record, John A. Dixon and files this his Defendant's Formal Bill of Exception.

BE IT REMEMBERED that during the course of the trial of the above entitled and numbered cause the following transcribed, namely: The testimony of GLORIA TREVINO, a defense witness, was excluded by the Honorable Judge GENE KNIZE after motion by the state for said exclusion. The testimony by GLORIA TREVINO would have aided the Defense in its assertion that the Trevino family in Waxahachie, Texas had been a target for harassment from officials in Waxahachie, Texas over a long period of time resulting in even physical abuse of some family members. Further, the testimony of GLORIA TREVINO would have aided the Defense in its assertion that the Defendant ROBERT TREVINO being a member of the Trevino Family was targeted by the officials in Waxahachie, Texas for continued harassment. The testimony of GLORIA TREVINO is outlined in the Affidavit of PERSONAL Statement Regarding Change of Venue For Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to the Trial Court and asks that it be approved without qualification, or in the alternative, if it is approved with qualification, that the reasons qualification be stated or if it is refused, that the reason for the refu be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 40
Houston, Texas  77054
713-349-6387
SBN#:  00785824

THE STATE OF TEXAS      \*

     \*

COUNTY OF ELLIS      \*

## AFFIDAVIT OF RICK TUTTON
### IN
### DEFENSE OF ROBERT RODRIGUEZ TREVINO, TDCJ, No., 729766

**BEFORE ME,** the undersigned authority, on this day personally appeared Rick Tutton, who after having been duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Rick Tutton, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in defense of Robert R. Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Robert R. Trevino and family for over 20 years and am aware that Robert is a Disabled American War Veteran who received the Bronze Star and Purple Heart for his wounds and heroism during the Viet nam War. I am aware of Robert's 100% Post Traumatic Stress Disorder, back, feet and knee problems and other service-connected disabilities and I know Robert to be a very caring and attentive person who would give the shirt off his back to help anyone in need. My wife, kids and I lived with Robert at his home, located at 11 Yinger Street in Waxahachie, Texas from about March, April, May through June of 1994 during the time Patrick Lankford alleges that he was living with Robert, which is not the case. I was aware that Patrick was the leader of a gang of devil worshipers known as the "Pyro Pirates," involved in burglaries, arson, truancy, drugs and other criminal activities and that Patrick had criminal charges pending at the time. However, Patrick Lankford and/or any of his gang members did not ever live with us and I never witnessed any alleged abuses against Patrick and/or any of his gang members by Robert, nor did Patrick and/or any of his gang members ever reported any alleged abuses against them by Robert to me. In fact, to date, I have never even met any of Patrick's gang members who alleged Robert had been violently abusing them over a long period of time. I am aware of Robert's problems with the Waxahachie "authorities" and that they harassed and had it in for Robert. Subsequently, after Robert's arrest in Feb. 1995 for allegedly violently repeatedly sexually assaulting the alleged victims, Patrick and his gang members, I testified in court on Robert's behalf, however, Robert's attorney, John Dixon, was ineffective in using my testimony to impeach the credibility of Patrick Lankford. Patrick was dangerously manipulative, mischievous, had a violent criminal record, had criminal charges pending, was on probation, untrustworthy, unreliable, was out of control and the responsibility was being placed on Robert. Patrick's own mother didn't have any control and Robert had Court Orders to make sure Patrick got to and from school. I knew that Patrick had given false testimony when he stated that he had been violently sexually assaulted when he was a minor while living with Robert during the time that my family and I lived with Robert. Even though I was not with Robert 24 hours a day I witnessed Patrick's mother drop off Patrick at Robert's home about 6 O'clock in the A. M. and I accompanied Robert when he drove Patrick to school as well as when Patrick picked up Patrick after school to go feed our pigs at the farm on the way to drop off Patrick at his home with his mother. Sometimes I drove my truck and my wife came along with us to drop off Patrick and we never observed or heard of any abuses nor did Patrick ever report any abuses against him by Robert. Contrary to Patrick's testimony, he never lived with us and I was always with Robert in March and April when Patrick was present. Therefore, attorney John Dixon was ineffective in using my sworn testimony to impeach the false testimony and credibility of Patrick during the trial. I am also aware that crucial defense witnesses were not called to testify, such as Robert's sister, Gloria Trevino who's testimony would have aided the defense in their assertion that Robert and the Trevino family had been a target of harassment from the officials for over a long period of time resulting in even physical abuse and continued civil and human rights violations. Both defense witness Gloria and Sugar Gun waited outside the courtroom for five days ready to testify. Defense witness, Sugar Gun, the juvenile court reporter, Patrick's probation officer and Patrick's psychiatrist, who's office was located directly across the street from the courthouse were also never called to testify and their testimony would have revealed the character and criminal history of Patrick Lankford. I am also aware that there were no members of Robert's peers on the jury and that the change of venue was blatantly denied in spite of the overwhelming hatred that the officials harbored against Robert and his family which was incited, aroused and compounded by the contributory prejudicial publicity. Furthermore, I am aware that Robert had suffered a relapse of his illness and had become disoriented and confused prior to trial which was why his attorney John Dixon requested a competency evaluation and medical treatment however was also ineffective and unsuccessful in obtaining and securing Robert's civil and human rights. No evidence was ever presented such as DNA, cuts or bruises, torn clothing, etc., and Robert was tried, convicted and condemned to life imprisonment. To date, Robert's second attorney, Robert Ford, has never even bothered to contact me.

Robert is a nice, caring and truthful man who did not cause any harm or trouble to these people and I do not know why they did this to Robert. I strongly believe that Robert did not get a fair and impartial trial as required by law and as guaranteed under the United States Constitution."

RICK TUTTON

SUBSCRIBED AND SWORN TO BEFORE ME on this 17 day of DEC , 2000

Andrew Ortiz Cantu, Jr.
Notary Public, State of Texas
My Commission Expires
FEBRUARY 7, 2004

NOTARY PUBLIC in and for the
State of Texas

THE STATE OF TEXAS        X

                                   X

COUNTY OF DALLAS        X

### AFFIDAVIT OF JUNIA BELL YOUNG
### IN
### DEFENSE OF ROBERTO RODRIGUEZ TREVINO, TDCJ, No. 729766

**BEFORE ME,** the undersigned authority, on this day personally appeared Junia Bell Young, who after being duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Junia Bell Young, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in Defense of Roberto Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Roberto Rodriguez Trevino for several years and he is a very kind, honest and caring person. I am aware that Robert is a disabled American War Hero that suffers from Post Traumatic Stress Disorder and other medical problems. My late husband, Alex, Robert and I spend a lot of time together and were best of friends. We went fishing often and at times spend the night at each others homes.

I am also aware of Robert's problems with the Waxahachie authorities and that they harassed him and had it in for him. In fact, after Robert's arrest in Feb. 1995, Alex and I spoke to Robert's attorney, John Dixon, and reported to him that we were with Robert on August 2, 3, 4 and 5 of 1994, from about, 7 in the P.M. to till about 10 P.M and sometimes till Midnight, for a planned fish fry/get together on August 6, 1994. And that on August 3, 1994 Robert had come back home with us to help us clean the fish and had spend the night with us. Robert had left early the next morning to be back at his home by 6 in the A.M. Robert was with Alex and I during the time the alleged victims were accusing Robert of sexual assault and Robert is innocent. Attorney John Dixon had asked us to wait outside the courtroom every day of the trial to be called in to testify as defense witnesses and Alex and I waited, however, attorney Dixon never called us to testify on Robert's behalf. There were other crucial defense witnesses waiting outside the courtroom, including, Robert's sister, Gloria Trevino, who's testimony would have uncovered that Robert and the Trevino family had been the target of systematic abuse and civil rights violations by the officials. The Juvenile Court Reporter, Sugar Gunn, who had vital information about the violent criminal records and activities and lack of credibility of the alleged victims and her husband, Bill Gunn, character witness for defense were present, however, they were never called either. Defense witness, friend/former roommate of Robert, Rick Tutton, was also present however, attorney Dixon did not use his testimony effectively. The probation officer of the alleged victims and their Psychiatrist were never called to testify. No evidence of any crime was ever presented, there was extensive explosive prejudicial publicity, the change of venue was denied and there were no minorities on the Jury. I am also aware that Robert was suffering from stress and confusion and his attorney Dixon was ineffective in affording Robert a Competency Evaluation/Treatment.

There's no question in my mind that Robert did not get a fair and impartial trial as required by law."

<div align="right">
<i>Junia Bell Young</i>
</div>

Subscribed And Sworn To Before Me on this _20th_ day of ___August___, 2001

<div align="right">
<i>Anne Favors</i>

Notary Public in and for
State of Texas
</div>

ANNE FAVORS
MY COMMISSION EXPIRES
July 6, 2005

STATE OF TEXAS      §
                        §

COUNTY OF PARKER     §

### AFFIDAVIT OF JAMES D. LAMB
### IN
### DEFENSE OF ROBERTO RODRIGUEZ TREVINO
### TDCJ No. 729766

BEFORE ME, the undersigned authority, on this day personally appeared James D. Lamb, who after duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is James D. Lamb, I am over 18 years of age, of sound mind, have the legal capacity to make this Affidavit in Defense of Robert Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have lived in Waxahachie for 20 years and I met Robert at the city council meetings. I am aware that Robert is a disabled American Veteran and Recipient of both the Bronze Star and Purple Heart. Robert had been campaigning for the resignation of the City Manager, Bob Sokol and Chief of Police, Ted Garber. On one occasion after Robert had completed addressing the council, I overheard the Chief of Police, Ted Garber, tell Officer Billie Wiggins, "We need to get rid of Robert." After the meeting, I approached Robert and warned him of what I had overheard and advised Robert to be careful. Later, I was made aware that after another city council meeting, Robert was, indeed himself the victim of a verbal altercation during which time he was threatened by Bob Sokol who swore to get rid of Robert. Robert had filed criminal charges against Bob Sokol, however, no action was taken against the Waxahachie City Manager. Joe Grubbs and Gene Knize had previously been chastise by appeal court judges for prior violations of Robert's Civil Rights. I am also aware that former Judge Mike Boyd, the son of the late Sheriff Barney Boyd, was now president of a Bank, was known as the "Care-taker" of the Marijuana Patches in Ellis County and that he had testified against the Change of Venue that Robert's attorney had filed and stated that there was no conspiracy and no prejudicial publicity. The chief of police has been under investigations by ATF for illegally selling guns to gun dealers in Arizona and later stated that he had simply made a mistake and continues to "Police the Town". If you don't go along with whatever plans or schemes they have in mind they will harass and ruin your life and your families. Since no action has ever been taken against them, most people are afraid to come forward or they just refuse to believe the truth. What the Waxahachie officials have done to Robert and his family is a perfect example of the high crimes and misdemeanors against humanity that they are capable of and need to be restrained and brought to justice.

Therefore, I strongly believe that Robert did not get a fair and impartial trial as required by law and is the victim of the classic, "RAILROAD."

_JAMES D. LAMB_

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 20th day of August, 2001.

_Sue D. Huddleston_
Notary Public in and for the State of Texas

SUE D. HUDDLESTON
Notary Public, State of Texas
My Commission Expires
June 20, 2005

CAUSE NO. 2153 1 _____ CR'
DA# 02-1372

§ FILED FOR RECORD
§ 95 MAR -1 PM 2:54
§
§ BILLIE A FULLER
§ DISTRICT CLERK
§ ELLIS COUNTY, TX.

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE: AGGRAVATED SEXUAL ASSAULT
OF A CHILD

AGENCY: WPD

WITNESSES:    BILLIE WIGGINS
              SHAWN LANGFORD

§
§
§
§
§
§
§
§
§
§
§
§ (This Space For Clerk's Use)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to wit: a firearm,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

only allowed: Shawn Lankford,
to recant half half a lie!
"Big Big Red Flag!"

V2591





## ELLIS COUNTY SHERIFF'S OFFICE

**For Immediate release: Arrest of Parents of Infant Homicide Victim:**

On Saturday, March 19, 2022, Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie, TX, in reference to a child who was not breathing. Responding elements arrived on location and observed a female infant child being loaded into an ambulance. Emergency medical personnel were performing CPR on the child. They transported the infant to Methodist Hospital in Midlothian where, despite lengthy life-saving measures, the child was pronounced deceased on March 19, 2022 at 11:16 AM. The investigator assigned to this case conducted preliminary interviews with the parents of the deceased child. They were identified as Shawn Lankford and Heather Williams.

A subsequent investigation was conducted by the Ellis County Sheriff's Office Criminal Investigations Division. At the request of the sheriff's office lead investigator on this case, an autopsy was conducted by the Dallas County Medical Examiner's office. The autopsy later revealed the manner of death for the child was "toxic effects of methamphetamine in an unsafe sleeping environment". As a result of this investigation, arrest warrants for the offense of Murder were obtained on Shawn Lankford and Heather Williams.



Heather Williams W/F 09.07.1991          Shawn Lankford W.M. 09.18.1976

On June 07, 2022, both suspects were arrested and booked into the Wayne McCollum Detention Center. Their bond has been set at $1,000,000 each.

300 South Jackson Street    Waxahachie, Texas 75168    Phone: 972.825.4901    Fax: 972.825.4941





Veterans In Petition For Justice
Gloria Trevino
12526 Olympia Drive • Houston, TX • 77077 • 281-920-9519

# Vietnam War hero, convicted rapist attracting media attention

HOUSTON—Robert Trevino was a highly-decorated (Silver Star, Purple Hearts) Vietnam War hero who worked hard as a plumber in Waxahachie, Texas; he was also active in the community, working to get the City of Waxahachie to help families with basic services. Well, as his political activism progressed, so did his list of enemies.

Robert Trevino was sentenced in 1995, before 40th District Judge Gene Knize, on 24 counts of sexual assault. Ellis County Press Reporter, Joey Dauben with the help of The Ellis County Press' senior columnist/investigative reporter Fred Shannon & Co. have put together, researched, read, re-read, written, interviewed, researched some more, re-read some more, and have come out with the evidence that there was a conspiracy to frame Robert Trevino for the heinous charges.

Veterans In Petition For Justice, led by Gloria Trevino, Robert Trevino's sister, who lives in Houston, has been working tirelessly for the past nine years to free him from prison. She says her brother has been falsely accused and unlawfully imprisoned for a crime he didn't commit. Robert Trevino is serving a life sentence at the Texas Department of Criminal Justice, Michael Unit in Tennessee Colony, Texas, for aggravated sexual assault.

The evidence – Shannon's in-depth editorials, as well as an article by Dauben – are provided below for the first time outside of The Ellis County Press web site. Dauben has set up a Web site called the Robert Trevino Case. http://www.joeydauben.com/Trevino.htm The Trevino pages are updated weekly.

## The Robert Trevino Case

### Waxahachie man goes from Vietnam War hero to rapist

JOEY DAUBEN
*The Ellis County Press*

12-31-03

WAXAHACHIE — Fred Shannon is back.

Shannon, this newspaper's former investigative journalist and senior columnist, has spent the past several months reading and re-reading trial testimony and conducting interviews with family members of Robert Trevino, a highly-decorated Vietnam War hero was sentenced to prison in 1995 on 24 counts of sexual assault.

The case, according to several editorials in recent weeks (with Part 3 this week), documents the deliberate attempt to pin the charges on Trevino from a wayward police investigator, Waxahachie City Manager Bob Sokoll, who threatened Trevino that "someone will get rid of you", and District Judge Gene Knize, as well as County/District Attorney Joe Grubbs.

"This all started with Tulia," Shannon said. "They had a rogue cop, a conspiracy to put the [blacks] in jail...it's the same as [the Trevino case]."

Case 3:22-cv-01503-SRU    Document 68-1    Filed 08/18/23    Page 538 of 711

Case 3:10-cv-02413-D    Document 1-4    Filed 11/29/10    Page 8 of 22    PageID 20?

Since the trial, Trevino's family has sought a pardon from Gov. Rick Perry, which he has denied, but a committee to study wrongful imprisonments of war veterans was created by Houston Sen. Rodney Ellis.

The case will be brought before the public in a series of editorials; and then, this reporter will investigate and come out with actual news articles for follow-ups.

"This resembles Tulia so much and how they violated everyone's civil rights," Shannon said. "It's up to us to make sure this doesn't happen again."

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuthin' But A ——————

Part I

"Wuddn' nuthin' but a bunch of damned Meskins. What you press folks doing up here stirring up trouble anyway?"

These were the words screamed at me by a citizen of the small town of Tulia, Texas during the public review held at the Tulia Junior High School, July 10, 2002. The public review was conducted by the administrator of the Texas Alcohol and Beverage Commission (TABC) after a TABC raid on the Rosales Family home at a graduation party for their oldest son.

Illegal entry was performed by agents of the TABC, while the law enforcement officials of Tulia and Swisher County looked on. In short the TABC agents were doing local law enforcement's job. Because of the out of media coverage, such as the Ellis County Press (ECP), this infringement on the civil rights of more than 15 individuals resulted in the firing of two of the TABC agents

To also let the good citizens of Tulia know that civil rights violations would be broadcast nation wide. Tulia, the town where Tom Coleman, who will face charges later this year for his efforts there, was hired to participate in a Drug Task Force operated in the Panhandle of this state. Tulia, the town where 10% of the total black population of the city was arrested, tried, convicted and sentenced to long term prison sentences based on Coleman's testimony, his and his alone. Testimony and evidence that was thought, by a retired judge, to be contrived for arrest purposes only.

Testimony and evidence, certainly not verified by another law enforcement official, which eventually affected the lives of over 39 individuals and their families. The entire episode finally resulting in a pardon of all individuals charged, by the Governor of the State, Rick Perry. Tulia, the town where the County Sheriff Larry Stewart, who hired Coleman, and the District Attorney Terry McEachern requested Coleman's previous law enforcement history not be allowed to be presented to the jurors in the many trials of the defendants.

Tulia, the town where the District Judge Ed Self allowed Coleman's testimony to stand, while sealing the historical facts of Coleman's previous law enforcement records. In press language this just sounded like a "choo-choo" job to those of us who were knowledgeable of the facts, and it subsequently proved to be just that. This is the same Tom Coleman who was hired by Ellis County District Attorney Joe Grubbs, to participate in the Drug Task Force in the county. Subsequently Grubbs had to terminate Coleman for whatever reason, one never fully explained to the public from what I can gather.

No one wants to talk about it. But accordingly one has to ponder and wonder if individuals were wrongfully arrested, tried, convicted and sentenced in Ellis County in a Tulia like manner. Shortly after the Tulia Hispanic mess I received a phone call from a young lady who introduced herself as a sister to a man who was serving three consecutive life prison sentences for crimes she claimed he did not do. Bear in mind that

investigative journalists and editorial writers receive these type calls almost daily, and intense scrutiny has to be accomplished in order not to wander off on the proverbial wild goose chase.

After hearing approximately one hour of her conversation, I made the decision to look further into the situation. I requested any documentation she had, relative to her claims and, although incomplete, some of those documents arrived two days later. After spending almost 8 hours going over these papers, I smelled railroad locomotive smoke and heard steel wheels on steel tracks. I made the decision to investigate further and I immediately contacted the Owner/Publisher of the Ellis County Press—a paper who "ain't afraid to say what needs to be said and stays with the facts"—and informed him of what I had. Charles and Sheila Hatfield said "GO" and we have. I discussed the possibilities with one of the ECP's staff writers, Joey Dauben, who agreed to do the investigative reporting on the articles.

Shortly after the decision was made to go public with the facts of the case, we held a meeting with the family of the gentleman who is currently incarcerated, and more details were gleaned from these family members, along with a complete transcript of the trial. After having read the complete transcript, consisting of four complete books, plus a Bill of Exception, five times, I am convinced this trial was one of the biggest "railroad jobs" that has ever been conducted by the judicial system.

This trial, and all the incidents connected with this trial was conducted in ELLIS COUNTY on August 21, 22, 23, 24, 1995 via Cause Nos. 21,530, 21,531, 21,532, 21,533, 21,534 in the 40th Judicial District Court of Ellis County, Texas. The case is listed as State of Texas vs. Roberto Trevino. Major players include the Honorable Gene Knize, Judge of the 40th Judicial District Court of Ellis County, Mr. Joe Grubbs, District Attorney, Ms. Lacy Buckingham and Mr. Steve Marshal of the District Attorney's staff, along with Mr. John Dixon, attorney at law for the defendant, Robert Rodriquez Trevino. Mr. Trevino is a Hispanic, Mr. John Dixon is a black lawyer from Houston, Texas, the jury was all white, the judge is white, Mr. Grubbs is white, and both Ms. Buckingham and Mr. Marshal are both white, and this trial took place in Waxahachie, Texas.

There were two blacks in the jury pool, one struck by the defense, and one struck by the prosecution on one of the most outrageous rationales this writer has ever heard. More on this later. Now, if that's not a loaded gun to the temple with 5 fingers on the trigger, you'll never see it. So be it, the change of venue, requested by the defense, was opposed by not only the prosecution, the judge, district attorney, but it was verified that a fair trial could be held in Ellis County by one Mike Boyd, a banker from Italy, Texas also the son of one Barney Boyd (deceased), a former Sheriff of Ellis County. Help me here please!

How in the hell could a banker from Italy, Texas be called on to testify to the ability of this court to conduct a fair and unbiased trial? What special air exists in Italy that would provide that capability? Did Mr. Boyd have some special elixir he was drinking in order to make that decision, or perhaps he may just have been called on by someone involved to come forth and share his great knowledge with the world.

One thing for certain, you can bet the farm if this happened, no one from the defense team made that request. The local paper in Waxahachie, the Daily Light was publishing almost as it's name implies, "daily" reports on the pre trial events. Some 48 year old Hispanic had abused several "children" and he was gonna pay. Wait until we get through presenting these "children" to you along with their public Open Record resumes. You will just have to ask yourself how these people's testimony could ever be presumed to have any veracity whatsoever.

You have to ask, "Why is Shannon on this case so vehemently?" Firstly, I have the utmost sympathy, compassion, and respect for the Hispanic cultural group. I am a Comanche Native-American, the white man's hyphenation, not mine. I prefer to be called what I am, an American Original. I was raised with the Mexican people on our ranch in west Texas, and spoke the language fluently at one time, I understand the culture very well and I believe I can judge the character of the Hispanic as well as anyone. I'm also intelligent enough to realize though established as a "Minority Group" at the current time, the Hispanic will

be the "Majority Group" in this state in the near future. One other thing that is eating in my craw; Robert Treviño and I are brothers who share a common bond.

That bond is we both fought our asses off in Viet Nam, and both of us were severely wounded, while some of the American Elite either dodged the draft, burned their draft cards, joined the National Guard and didn't make the meetings, rode the education band wagon for student deferments while failing their courses. Others left for Canada, and were pardoned by the infamous peanut farmer from Georgia, Jimmy Carter, and the Rockefeller group from New York City. Meanwhile Robert Treviño, Fred Shannon, and thousands of other "peons" were either drafted and/or volunteered to do battle with whatever the idiot congress and the president decided to do battle with across the globe. I might add, there were over 50,000 who paid the supreme sacrifice and didn't come back to the land of the big PX, and over 2000 MIA's that Nixon and company negotiated away to spend eternity in the Tiger Cages of Southeast Asia. Bitter, you bet your ass we're bitter. We can become more mean, nasty, and sordid when you screw with one of the brothers, and folks that, in my opinion, is just what the "Ellis County Musical Chair Politicos" did to Mr. Treviño.

Of course I'm referring to Messrs. Grubbs, Knize, Sokoll, an ex-police chief named Garber—the same individual who sold the confiscated guns to the Arizona combine until he was caught—, and possibly, one of the Detective Investigators of the Waxahachie Police Department who is still employed there. So here's our heads up to the individuals listed above, and to all the witnesses who participated in the trial and/or anyone named in the Official Transcript of the trial. We will be using names, dates, incidences, testimony and any other items deemed pertinent from this public record.

And to those who have participated in this railroad job. "You've made a mistake in believing because he's just one more 'Meskin' Meskin', trying to get the city politicos to stand up and do what they've sworn to do, ain't nobody gonna' care what happens to him." Waylon Jennings said it best in one of his old country songs. "WRONG!" I would wager that when we put the "real facts" before the good citizens of Ellis County in this case, these public politicians are gonna' answer more questions than they've ever had the opportunity to provide in all of their "public trough feeding" careers. Every instance, quotation, and personal opinion mentioned in the future parts of this editorial will be based solely on that Official Transcript.

There will be no "allegations, unnamed sources, individuals who request anonymity, persons who will not be identified, or any politically correct statements forthcoming. In other words this will be a bare bones, bare knuckle, honest, hard hitting, factual presentation of the facts of this Ellis County Choo Choo. If you think you're going to have a problem with any of this, you can contact me at 432-553-8851 or a local call to 972-544-2359 for Charles/Sheila Hatfield, or Joe Dauben. We'll be glad to talk to you and make every attempt to lessen any hardship this trial reconstruction might cause you or your family. We will not, however, jeopardize Robert Treviño's future by withholding any information we think could do that very thing.

Fred Shannon - Former Senior Columnist and Investigative Reporter Ellis County Press

http://www.joeydauben.com/Treviño.htm

Wouldn't Nuttin' But A

Part II

"On the evening of 6 Sep 69 the 1st Platoon Fox Company 2/26 was conducting operations in defense of the Danang Area. At approximately 2400 hours the platoon CP (Command Post) was assaulted by a platoon of NVA (North Vietnamese Army). The initial assault started with 82mm mortars falling around and inside

the perimeter————. The first burst of fire found five Marines seriously wounded; one of the Marines was in the same hole occupied by PFC TREVINO. The wounded Marine was bleeding excessively as the assault continued. PFC TREVINO, seeing the wounded Marine applied battle dressing to the Marine to stop the bleeding. All during this time PFC TREVINO's hole also kept receiving heavy automatic fire————. The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, and at one point in the firefight PFC TREVINO received one round going straight through his helmet yet he continued to return fire. The bizarre phenomenon of his actions were he was wounded badly himself with shrapnel metal. After the enemy were moved back, after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds. PFC TREVINO was a definite inspiration to the remaining men that were not wounded. And most of all his actions bringing credit to himself and the U.S. Marine Corps. PFC TREVINO is highly recommended for the Silver Star."

The above is an extraction from a recommendation filed by PFC TREVINO'S platoon sergeant Robert A. Costeno to the Commanding Officer, Battalion Landing Team 2/26 of the United States Marine Corps.

As I read the recommendation above, I correlated it to memories of the disaster of Vietnam and also to some of my own experiences. The Silver Star was not awarded, I don't know why, but Robert R. Trevino received the Bronze Star with a V device for the valor he exhibited on this terrible night. A Hero by any definition.

This is the same Robert R. Trevino which, 27 years later on August 21, 1995, would face some of the most horrendous charges in a court of law imaginable, the sexual abuse of a child. Prior to this trial, Robert Trevino faced another set of charges in Ellis County. He was charged and convicted with unlawfully carrying a handgun. But an appeal to the Court of Criminal Appeals of Texas on case number 53785, dated Sept 21, 1977 was honored by that court and reversed the conviction.

Court statement, first paragraph: "Defendant was convicted before the County Court, Ellis County, Joe Grubbs, of unlawfully carrying a handgun, and he appealed. The Court of Criminal Appeals, Green, C., held that the record was not sufficiently developed to show that the defendant knowingly and intelligently waived his right to counsel after being made aware of advantages and disadvantages of self-representation, thus requiring reversal. Reversed and Remanded." The Court document goes on to state the legal participants involved as Russ W. Henrichs, Dallas, For the Appellant, Gene Knize, County Atty. And Constance Smith McGuire, Asst. County Atty.; Waxahachie, Jim D. Vokers (Sic) State's Atty. And David S. McAngus, Asst. State's Atty, Austin for the State. Readers the above is not a typo. In September 1977 Joe Grubbs WAS the County Judge, and Gene Knize WAS the County Attorney.

The musical chairs, reversing these two men's position happened at a later date. But in any case, both of the gents had their wrists slapped and you can bet the fact they didn't forget. At a later time when Robert Trevino was hit with the trumped up charges of sexual abuse of children, both of these men played a HUGE part in getting him sent up the river to serve 3 consecutive life sentences in one of the most hideous examples of justice miscarriage this writer has ever witnessed.

Subsequent to obtaining a complete court transcript, and carefully reading it over 6 or 7 times by several members of the Ellis County Press team, it was decided because of the fact all of the primary witnesses—although juveniles at the time of the trial—are now adults, we will provide the names of those witnesses along with their current criminal/civil court records. There were five "children" involved in testimony for the prosecution. Stacy Harris—A 13 year old girl at the time of trial. In the summer of 1994 she was the 12 year old girl friend of 17 year old Patrick Lankford, and readily admits having sexual intercourse with Patrick in Robert Trevino's house while Robert was in the house, but not in the bedroom. Page 39 Court Transcript, dated August 22, 1995. She later claimed that Robert Trevino mixed her a drink and she became ill and threw up in the bathroom. She then claims she laid on Trevino's bed and he fondled her, while at the same time she was ill and still throwing up. Her entire testimony is fraught with lies.

These lies are apparent in the Court Transcript and will be discussed later. Shawn Lankford–A 16 year old boy at the time of the trial. He is a younger brother to the same Patrick Lankford who had sex with Stacy Harris when she was 12 years old. His claims that Robert Trevino had sex with him several times and that it was painful each time, but he also admits that he returned to Trevino's house many times. When queried why, if the sex was painful, did he keep going back to the Trevino house, his answer was words to the effect, "I just didn't have any other place to go." Yeh right. Much more will be revealed when we take this person's testimony apart as we plan to do. Patrick Lankford–An 18 year old man at the time of the trial and the "ringleader" of this gang. He claims to have had multiple contacts, sexually, with Robert Trevino. In the next breath he also claims pain, but he too also remained in contact with Trevino. He also readily admits having sex with Stacy Harris when she was 12 years old and he was 17. He also, under oath, admits he and his parents couldn't get along and his mother, Mrs. Harris, obtained a court order for Robert Trevino to take him to school and pick him up daily. This in order to keep him from going to Juvenile Detention.

His testimony, relative to the date he was molested, would be absolutely hilarious if the results of that testimony weren't so tragic. That is, if Judge Knize would have exercised his judicial responsibility and thrown the entire case out of court after this man's claims became so bizarre it was unbelievable. I will wager you will be screaming for blood when I finish this man's testimonial analysis. Shannon (Shane) Russell–A 15 year old boy at the time of the trial. This kid had to be brought to the trial site from Stephenville, Texas, where he admittedly was in a drug and alcohol treatment center and had been there since August 27, 1994. That in accordance with the court document. Remember we're in trial on August 22, 1995. He, too, claims Trevino had sex with him many times, but like the others he continued to go to Trevino's house and farm. He also admits he told no one about his alleged relationship with Trevino until detective Billie Wiggins of the Waxahachie PD came to his house to hear what happened to him. Did he complain to anyone before that time?

No. Did he file any charges against Trevino before that time? No. Then how in the good name of anyone did Billie Wiggins find out about the alleged attack on this boy. Well, your Patrick Lankford, Shawn Lankford, Stacy Harris and a couple of more members of the gang into the mix and you see a conspiracy starting to unfold. There's a reason for all this that will be forthcoming. A promise you. Christopher Williams–A 16 year old boy at the time of the trial. Introduced to Trevino by Patrick Lankford. Yep, Williams was another member of the Patrick Lankford fraternity. He, like the others, alleges that Trevino had sex with him many times and it was painful, but he also kept coming back to the Trevino house and farm. He also claims Trevino held a gun on him to have sex. He admits under oath that Patrick Lankford burglarized his home and they, at trial date, are no longer friends. When we take this testimony apart you'll see the beginning of the end for Trevino's chances of a fair trial.

Not in Ellis County. There you have a little background on the five principal witness who filed charges against Trevino. The coincidence of the charge filing dates will be discussed at length along with the actions and inactions of the Police Detective assigned the case, Billie Wiggins at the time of the trial. Ms. Wiggins has married and is the same Lieutenant Billie Wiggins Pendleton still assigned to the Waxahachie Police Department. Much more on her later. That's this episode, limited only by space in the press. There is so much to this mess, it will have to be an ongoing serial according to the Editor. It will be and we will continue to provide you, the reader, with facts and only facts.

Joe d Shannon – Former Investigative Reporter and Senior Columnist Ellis County Press

http://www.joedauben.com/Trevino.htm

World's Nuttin' But A _____

Part III

Robert R. Trevino is currently serving three consecutive life sentences, for several counts of child abuse. He is the victim, in this writer's opinion, of a travesty of justice executed against him in the 40th District

Court, Ellis County, on August 21 through 24, 1995. But the icing on the "railroad job" cake occurred October 3, 1995 during a Bill Of Exception hearing before the HONORABLE GENE KNIZE, Judge, Presiding.

Texas Appellant Court Rule 33.2 covers Formal Bills of Exception. These bills are filed, formally, to complain on appeal about a matter that would not otherwise appear in the record in a court of law. Mr. Trevino's attorney, John Dixon, filed such a bill in order to argue several points he was not able to make during Mr. Trevino's trial, and to set the stage for an appeal of Trevino's case.

What happened during this hearing will be taken "verbatim" as a true copy from the document labeled "BILL OF EXCEPTION" covering Case nos. 21,530 to and including 21,534, dated Oct 3, 1995 prepared by Bryan L. Coday, CSR. This is a public document and can be obtained from the Court. There will be several quotes in this article taken directly from the bill, utilizing names, times and dates if necessary. Part III of this series will deal with only the Bill Of Exception direct examination of one BILLIE WIGGINS, the officer responsible for the investigation of the charges against Trevino.

Ms Wiggins is currently employed with the Waxahachie Police Department and is actively engaged in police work activity. She has, however, married and now is known as Billie Wiggins Pendleton according to Texas State Driver's License Records. The direct examination of Ms. Wiggins, by Mr. Dixon, will be covered extensively. There are several areas of the discussion that leaves this writer "cold" with her answers. There is, in one subject area, she was asked the exactly worded question and in one instance her answer was "Yes", and shortly thereafter she answered the same question "No".

It will be pointed out to you. During this direct examination, Mr. Marshal of the District Attorney's office made several objections, some sustained and some overruled. Marshal did, however, object to the very first question Dixon asked Wiggins. Here is the Question and answer from the transcript. Dixon: Officer Wiggins, what was your relationship with former Police Chief Ted Garber? It was objected to by Marshal and overruled by the Court. Dixon again had to repeat the question and the following is Wiggins' answer. Wiggins: He was the Chief of Police for the Waxahachie Police Department where I was and am still current employed. It was obvious that Dixon was trying to establish a romantic relationship between the two and proved so during the following questioning. This examination can be found from page 17, line 15 through page 29, line 8 of the official transcript.

During the questioning Ms. Wiggins makes the following statement on page 19, lines 2 through 7: "WITNESS: I would like to state for the record, the time we are going back into, it was a very traumatic time in my life. I was HOSPITALIZED AND DIAGNOSED WITH MAJOR DEPRESSION. So I will answer your questions with the best of my recollection." (This is Ms. Wiggins Testimony verbatim from the transcript. The emphasis and capitalization are added) This is a law enforcement official, testifying before a District Judge, after investigating charges against another human being that had just received 3 life sentences in prison? This is a law enforcement official with the capability of carrying a sidearm and making arrests of the citizens of Waxahachie? Wouldn't it appear to someone that this person's actions and/or reactions could possibly be questionable?

Wouldn't a "justice seeking" Judge be at least a little curious about this witness' testimony? Pointing out possible perjury in Ms. Wiggins testimony about a meeting held in the Council Chambers in Waxahachie. In the Bill Transcript—page 20, line 18 through 25 same page: Q. Do you ever remember seeing Robert Trevino at a City Hall meeting designed for the purpose of addressing the termination or resignation of Ted Garber? A. Yes. Q. Were you at the meeting when City Manager Bob Sokol allegedly verbally assaulted Robert Trevino? A. Yes, sir. Page 27, Line 23 and page 28, lines 1 through 4, the following question and answer are made: Q. Do you know – were you at the meeting – did I ask you whether you were at the meeting on the night that Mr. Sokol allegedly verbally assaulted Robert Trevino? A. No, I wasn't.

Well, was it Yes, or was it No? This is a legally sworn law enforcement official answering a question with completely opposite responses in the course of a few minutes. Short memories don't belong in life

threatening situations, or obtaining evidence resulting in life sentences for an individual. Here's the killer question and answer. It appears on page 22, lines 24-25 and page 23, lines 1-3, of the official transcript. Q. But you didn't like Robert Trevino's attacks on Mr. Garber, did you, Ms. Wiggins? A. I HAVEN'T LIKE ROBERT TREVINO SINCE THE FIRST TIME I ISSUED HIM A CITATION, WHICH WAS THE OCCASION I SPOKE OF THE FIRST YEAR I CAME HERE. Emphasis added, but the word "like" was probably "liked." Now if you were a District Judge and you heard this law enforcement official make this statement in a Bill of Exception hearing, what would you think of the extensive testimony she gave during the trial? What's more important, what kind of a non-biased, objective investigation could this person conduct on an individual she admitted she didn't like?

Along with the foregoing, how much of her investigation contained the real, true facts? When I read this statement, and taking into consideration all of the other research I've done on this case, it reaffirmed my opinion that Robert Trevino has been sitting in prison for over 9 years because of this injustice. The injustice wasn't rendered by Billie Wiggins alone however. The District Attorney, and the Judge could and should have put a stop to this immediately. If they had the desire and any visionary forethought whatsoever. Most certainly Judge Kuize should have taken all the above in consideration before he rendered his decision to honor the State's Objection. What a mess!! If you think this is a which kind, you shouldn't read the transcript of the trial. I will try to give you an idea of the garbage that transpired in court in another part of the series.

The above testimony did cause some heartburn for Judge Kuize in his summary of the Bill of Exception hearing, and here is his final statement page 39, lines 3 through 23 and page 40, lines 1 through 3 : Court: THE COURT: "All right. Thank you, Mr. Dixon. It would certainly be included as part of the record in this case, especially if you ask the court reporter to type it up and put it in there. But I find the evidence offered in support of your conclusions of a conspiracy against the defendant to be nonsensical, Justified by the Grand Canyon without a judge and therefore. I sustain the State's objection to the offer of the testimony, being the offered today, with the exception — and I would like to note for the record that the defendant's question of — and I don't recall exactly how it was.

But it was something to the effect of the witness Wiggins, do you like or dislike Robert Trevino, and her answer was she hadn't liked Robert Trevino since the first citation that question was not asked the witness during the trial of this cause nor was it tendered to the Court to be asked of the witness. And if it would have been, the Court would have admitted it. But that wasn't tendered to the Court during the trial at that time, and with the exception of that one question and one answer, I sustain the State's objection to the testimony." Unquote. What a nice unobtrusive way for a judge to cover his butt. When about justice in this case?

Aren't we interested in that? Here's some questions that need answers. ——— Could a possibly biased, non-objective investigation by a police official of the city, who issued in sworn testimony she hadn't liked Trevino, since the first time she issued him a citation, been in the interest of an individual's guaranty of his constitutional rights? Doubtful! ——— Could the investigator, responsible for the evidence that put Trevino behind bars, who was involved in the shoulder and was involved, and I specify "answered", to have had a romantic affair with the ex-police chief (who Robert Trevino and others attempted to leave terminated for trying to rid the city of some police officers) be non-objective in her evidence presentations to the District Attorney's office? Doubtful! ——— Could the investigator who provided evidence presentations to the District Attorney's office? Doubtful! ——— Could the investigator, who works for, and has her checks signed by the City Manager, who had, with all appeals court in a previous case against Trevino for not allowing him "absolute" police protection? ——— Maybe someone will get rid of you", be not intimidated by this union's position respecting to her employment? Doubtful! ——— Could the investigator who had personal knowledge of charges filed against Patrick Lankford, a to the District Attorney-Gene Kuize at this time — and the Judge — Joe Grubbs at the time — (both who had their heads chopped by an appeal court in a previous case filed against Trevino for not allowing him "absolute" legal protection) his Volunteer case) be not intimidated by their position? Doubtful! And oh, by the way, this is the same investigator who had personal knowledge of charges filed against Patrick Lankford, a witness against Trevino, in August/September 1994—about 6 months prior to the arrest of Trevino— for statutory rape of a 12 year old girl, and did not advise the young man earlier.

Point of interest, I could find no record that he has ever answered for that little ditty, but I was able to find out he's had "serious problems" with the legal system subsequent to the trial of Trevino. A little "Louisiana Lagniappe" (something extra) for a later time that you can chew on. It's hard to prove a negative, and folks may say there was no "conspiracy", but I can tell you there's something rotten in this Ellis County trial, and Robert Trevino is sitting in a prison cell serving time for something he probably did not do. And you think Tulia, and the justice rendered there is sinful? Hang on, you ain't heard nuttin' yet.

*Fred Staunton – Former Senior Columnist Ellis County*
*Press* http://www.joeydaubert.com/Trevino.htm

Woddn't Nuthin' But A _____

Part 5

"Leave the woman alone, she's an officer of the law!" "You should be ashamed of yourself, don't you believe a policeman?" "Why are you hounding Ms. Wiggins, she didn't do anything wrong." "How would you like it if your wife were being crucified in the news media like you're doing Billie Wiggins."

All the above, the probable results of e-mails and telephone calls received by this writer, if I weren't quoting directly from the transcripts of the trial of Robert Trevino in August 1995. Truth of the matter is I've not received one single e-mail, phone call, or threat about the previous four parts of this series. Does that mean I've struck a chord of truth, or people just don't care.

In either case we're continuing to bring to the readership's attention the fallacies and ambiguities of Ms. Wiggins' testimony in that trial. Is all this important? It certainly is when one considers a Vietnam War Hero is languishing in prison doing 3 life sentences because of the Wiggins' "investigation", which could more accurately be labeled "railroad job" in the opinion of many.

Did Wiggins lie on the stand before Judge Knize? In the opinion of this writer and according to the official transcript, not once, but many times. Why wasn't she called on those untruths and why weren't perjury charges filed against her? Was it her Word against more than one witness, or did she knowingly fabricate testimony? Continuing with the revelation, here goes from the official transcript. You make up your own mind.

In the August 24, 1995, page 110, lines 17 through 25 of the official transcript, the following discourse occurred:

Q. Did you offer any assistant to Stacy Harris in the interview?
A. Her mother was there sitting right beside her during the entire time of the written statement given by her.
Q. Did you offer any assistance to Stacy Harris in conducting the interview?
A. Her mother was sitting right beside her. As far as—

Well that's pretty plain to me, Stacy Harris' mother was sitting there in the room with Stacy and Wiggins during the entire interview....but here's Ms. Harris' statement from the official transcript from the same exact day Wiggins spoke the foregoing words: Page 183 lines 8 through 19 of that same transcript:

Q. When you met Ms. Wiggins the next day, did you— were you interviewed by her at that time?
A. No I was not. My daughter was.
Q. Were you present with her at that interview?
A. Kind of, sort of.
Q. Could you be a little more specific?
A. Well I didn't stay in the room the whole time they talked.
Q. So most of the time Ms. Wiggins was there, she was along with Stacy Harris?
A. You could say, yes.

I don't know how you read these statements, but someone isn't being truthful. I choose to believe Ms. Harris, it was her daughter, and she had no reason to not be truthful. If one were conducting an investigation for prosecution, with a biased outlook on the outcome, Ms. Wiggins once more is indicating her ability to look good on the stand. Too bad, but the transcripts have borne out the many times Ms. Wiggins hasn't been able to get to the facts as they really are.

Recalling testimony from Wiggins in the previous part of the series, she elaborates on the charges filed against Patrick Lankford and Robert Trevino as being those of "indecency with a child". Not one time did the prosecution ever bring up the fact that Statutory Rape charges were filed on Patrick Lankford by Ms. Harris for Lankford's rape of her 12 year old daughter. Wiggins ducked the question 4 times in her testimony on August 23, 1995. The following is the first time she admits that Ms. Harris' complaint was Statutory Rape.

From the August 24, 1995 transcript, page 82, lines 6 through 22:

Q. Is it not true that the real reason in this particular case that Robert Trevino is on trial is because Patrick Lankford provided you with information about Robert Trevino with the anticipation that you would not file charges against him for statutory rape on Stacy Harris?
A. No, sir.
Q. Then why is not Patrick Lankford in jail for statutory rape?
Marshal of the DA's office objects and Judge Knize overrules him.
A. I don't make that Grand Jury referral. I sent that to the District Attorney's office, and where it goes from there I have no idea.

Well I guess that puts the ball in Joe Grubbs' court so to speak. Where did it go Joe? You still got it or did you use the thing in some manner?

We now know, from Ms. Harris' and Ms. Wiggins' testimony that there was a statutory charge and complaint supposedly filed against Patrick Lankford. What happened to it is anybody's guess. I further confirmed the complaint by researching further into the transcript. Here is Ms. Patricia Lankford's, Patrick's mother's, testimony relative to the statutory rape charges:
From the official transcript of August 24, 1995, page 136, lines 12 through 25:

Q. Were you ever visited by Officer Wiggins regarding a complaint of statutory rape made by Stacy Harris?
Marshal objects and Knize overrules.
A. Okay. Could you say that again.
Q. Were you ever visited by Officer Wiggins regarding a statutory rape complaint made by Stacy Harris against Patrick Lankford?
A. Yes, sir.

Well I guess that puts that to rest. Did Patrick Lankford rape Stacy Harris and were complaints issued by Stacy Harris' mother? You bet they were. What happened to them is the mystery of the decade. No one knows what happened to them. Or no one knows enough to talk about them.

One has to ask why the ambiguities in the Wiggins' testimony. Are we covering up something, or is her testimony designed to keep from telling what really happened? It is my personal opinion that both facts bear looking into and we are.

Don't give up, we may get another trial for Robert and move the venue. At least Mike Boyd won't be called to verify that a fair one could be held in Ellis County. Maybe the Texas Rangers are better informed with respect to this one than some folks realize. Fred Shannon Former Investigative Reporter and Senior Columnist
Ellis County Press

## SERVING ELLIS COUNTY SINCE 1867

**938-LINE**
Call for today's showtimes...
Kid in King Arthur's Court", "Babe", "Waterworld",
"Mortal Kombat", and Something to Talk About"
e Plaza • 938-LINE    See ad on back page of this newspaper for times

**STATE**
*State Court denies death row
appeal of Henry Lucas/ Page 3*

**SPORTS**
*Indians prepare to scrimmage
defending 5A champ/ Page 6*

# Waxahachie Daily Light

er 41    **Thursday, August 24, 1995**    10 pages in 1 section    50 cents/ 32 cents home delivery

# Teen says Trevino forced sex at gunpoint

**By BARTON CROMEENS**
*Daily Light Staff Writer*

A juvenile testified Wednesday that
he initially consented to sex with
Roberto Trevino but was eventually
forced to perform sexual acts at gun-
point.

The 16-year-old boy was another in
a line of underaged witnesses against
Trevino, the 48-year-old Waxahachie

## State expected to rest its case today; defense denied request for mistrial

man accused of sexually molesting
five minors. The prosecution was
expected to complete its case today,
the third day of the trial that could last
into next week.

When prosecutors asked the juve-

nile to relate what happened the first
day he met Trevino, the boy replied
that he had gone with the defendant
and a friend in a failed attempt to pick
up livestock out of town. The teen-
ager said the threesome bought alco-

holic beverages and cigarettes before
returning to Trevino's house where
they drank, smoked, talked and
watched "dirty" movies. Feeling
"woozy" and "intoxicated," the juve-
nile said he decided to go to sleep and
Trevino arranged a pallet on the bed-
room floor. The teen-ager said that
within minutes, Trevino had laid down

See **TREVINO**, Page 10

*Kenneth Vincent/By Daily Light*

## MORNING STROLL

Wee
oke, he says
nave to quit"



# Bombing
# mom aims

1   Court. It does not give a span of one week, two

2   weeks, three weeks or four weeks. The law says

3   that at any time prior to the trial of the case.

4   And even during the trial of the case, if there

5   is an issue of competency, that issue has to be

6   addressed by the Court. And we feel that the

7   defendant in this particular cause, Your Honor,

8   has shouldered the burden of trying to solicit

9   from this Court a continuance to ascertain the

10   medical condition of Robert Trevino in order to

11   determine his competency to stand trial in this

12   particular cause. And we request that this

13   Honorable Court would grant this Motion for

14   Continuance and allow Robert Trevino to select

15   the doctor of his choice, under the law, to make

16   that psychiatric evaluation and prepare a report

17   to this Court.

18        Thank you, Your Honor.

19        THE COURT: Yes, sir.

20        The Motion for Continuance is denied.

21   the Motion for Psychiatric testing is denied.

22   The Case is set for trial at 9:00 AM, August 21,

23   1995. Attorneys and defendant are directed to

24   appear at 8:00 AM that day for any last minute

25   motions, if there are any. Under the

BRYAN L. CODAY
<214> 923-5064                                          38

proceedings thus far in this Court on this style. I do not anticipate we'll proceed with a competency trial. I do not intend on impaneling a jury for a competency trial. But like I say, between now and Monday morning at 9:00 o'clock, I don't know what else will happen. And I'll be here at 8:00 to see if anything else has happened, to determine whether we are going to have a competency trial or a jury trial on the merits, but we'll have one or the other, depending on if anything else is received. But what I've gotten so far, I'm just going to go on to the trial of the merits at this time.

Thank you.

MR. DIXON: Excuse me, Your Honor?

THE COURT: Yes, sir.

MR. DIXON: I would like to go on the record to make an objection to the denial of the Defendant's Motion for Continuance and also the denial of having the defendant undergo a psychiatric evaluation to determine competency.

THE COURT: Okay, I don't -- I'm not denying the right of the defendant to go out and be examined by anybody he wants to. I'm just not appointing anybody to examine him

BRYAN L. CODAY
<214> 923-3064

19.

*The Judge*

1   because I don't see any need for it. He's had

2   psychiatric exams and -- anyway, be as it may,

3   if he want to go out and hire somebody else,

4   that's fine with me. And if there are any

5   reports on that I'll hear those at 8:00 o'clock

6   Monday morning.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Court does not like Helen Wiggins Don't Like*

(Arguments were made by counsel for the State and counsel for the defendant.)

THE COURT: All right. Thank you, Mr. Dixon. It would certainly be included as part of the record in this case, especially if you ask the court reporter to type it up and put it in there.

But I find the evidence offered in support of your conclusions of a conspiracy against the defendant to be nonsecular, jumping the Grand Canyon without a bridge, and therefore, I sustain the State's object to the offer of the testimony being offered today, with the exception --- and I would like to note for the record that the defendant's question of --- and I don't recall exactly how it was. But it was something to the effect of the witness, Wiggins, do you like or dislike Robert Trevino and her answer was she hadn't liked Robert Trevino since the first citation. That question was not asked the witness during the trial of this cause nor was it tendered to the Court to be asked of the witness. And if it would have been, the Court would have admitted it. But that wasn't tendered to the Court during the

*Court & Jones*

1    did I ask you whether you were at the meeting on the

2    night that Mr. Sokol allegedly verbally assaulted

3    Robert Trevino?

4        A    No, I wasn't.

5        Q    How long have you known Robert Trevino?

6        A    Just since I came to work for the

7    Waxahachie Police Department.  I believe I had an

8    occasion to meet him probably my first year working for

9    the police department.

10       Q    Was that during the time of the

11   confrontation between he and Mr. Sokol, and his efforts

12   to have Mr. Sokol and Mr. Garber resign as city

13   employees?

14       A    No, it wasn't.

15       Q    Have you an opinion of Robert Trevino?

16       A    I believe everyone has an opinion.

17       Q    What is your opinion of Robert Trevino,

18   do you consider to like Robert Trevino for what he did

19   to Mr. Garber — or what he attempted to do to Mr.

20   Garber?

21       A    My feelings or my opinions towards Robert

22   Trevino have nothing to do with him and Ted Garber, if

23   they had a problem.

24       Q    But you didn't like Robert Trevino's

25   attacks on Mr. Garber, did you, Ms. Wiggins?

CAUSE NO. 21530-21534

E STATE OF TEXAS

   VS.

BERT TREVINO

IN THE DISTRICT COURT OF

ELLIS COUNTY, TEXAS

40TH JUDICIAL DISTRICT

FILED FOR RECORD
95 OCT -3 PM 12 39
BILLIE A FULLER
DISTRICT CLERK
ELLIS COUNTY TX.

DEFENDANT's FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and numbered causes by and through his attorney of record, John A. Dixon and files this his Defendant's Formal Bill of Exception.

BE IT REMEMBERED that during the course of the trial of the above entitled and numbered cause the following transcribed, namely:  The estimony of GLORIA TREVINO, a defense witness, was excluded by the onorable Judge GENE KNIZE after motion by the state for said exclusion. he testimony by GLORIA TREVINO would have aided the Defense in its assertion that the Trevino family in Waxahachie, Texas had been a arget for harassment from officials in Waxahachie, Texas over a long period of time resulting in even physical abuse of some family members. 'urther, the testimony of GLORIA TREVINO would have aided the Defense in its assertion that the Defendant ROBERT TREVINO being a member of the Trevino Family was targeted by the officials in Waxahachie, Texas for continued harassment.  The testimony of GLORIA TREVINO is outlined in the Affidavit of PERSONAL Statement Regarding Change of Venue For Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to the Trial Court and asks that it be approved without qualification, or in the alternative, if it is approved with qualification, that the reasons for qualification be stated or if it is refused, that the reason for the refusal be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 400 D
Houston, Texas  77054
713-349-8387
SBN#:  00785824

*Ct of Appl. No's 10-95-00277-10-9>-00281*
*10th Dist of TX Waco, TX.*
*Brief for Appellant*                                    *2 May 96*

to any of the alleged acts by the Appellant.  The State offered no

expert testimony to assist the jury in making the determination

that the complainant's had been mentally and physically abused.

Only one of the five complainant's had a medical report and it

revealed no physical evidence of abuse and Dr. Remmer used the most

sophisticated instruments to determine if there had been any

physical abuse of complainant Christopher Williams over a long

period of time and found none.

The Appellant respectfully prays that this Honorable Court

look at the record and view the evidence and then make the

determination that Appellant's guilty verdict is clearly wrong and

unjust and therefore order an acquittal of the Appellant in all of

these causes.

### PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Appellant Prays this Honorable

Court to consider each and every point of error raised herein to

reverse Appellants conviction and to order a judgment of acquittal

or new trial as the law and justice demands.

Respectfully submitted,

John A. Dixon
2616 S. Loop W. Ste. 400D
Houston, Texas   77954
713-349-8387
Fax:   713-349-8783
SBN:   00785824
Attorney for Appellant

answer it.

            THE WITNESS:   I would like to

state for the record, the time we are going back

into, it was a very traumatic time in my life.

I was hospitalized and diagnosed with major

depression.   So I will answer your questions

with the best of my recollection.

         Q     (By Mr. Dixon)   Was Mr. Garber ever your

lover, Ms. Wiggins?

    A     No.

    Q     Did you ever have a personal relationship

with him, outside of friendship?

    A     No.

    Q     Has Mr. Garber ever done anything outside

of your professional relationship with him to appease

you in any manner?

    A     No.

    Q     You stated, at one time in your life, you

were going through a very traumatic event.  Can -- for

the Court for this particular hearing, can explain what

particular relationship former Police Chief Ted Garber

played in your traumatic event?

    A     I can't really say he played any part in

that.

    Q     Could you tell me what was the essence of


                    BRYAN L. CODAY, CSR
                    214-923-5064                           19

Billie Wiggins

A       I haven't like Robert Trevino since the
first time I issued him a citation, which was the
occasion I spoke of the first year I came here.

        MR. DIXON:  No further questions,

Your Honor.

        MR. MARSHAL:  No questions, Your

Honor.

        THE COURT:  You may step down.

        MR. DIXON:  I would like to call

Mr. Alsup, please.

                MR. A. D. ALSUP

The said witness, having been sworn to tell the truth,
the whole truth, and nothing but the truth, testified
on his oath as follows:

                DIRECT EXAMINATION

BY MR. DIXON:

        Q       Mr. Alsup, on or about the year 1992,
do you recall being in attendance of a City Hall
meeting where Robert Trevino was in attendance at that
particular meeting?

        A       Yes, I sure do.

        Q       Was City Manager Bob Sokol also in
attendance at that meeting, sir?

        A       He sure was.

        Q       Was your wife, Mrs. Alsup,

1      answer it.

2                      THE WITNESS:    I would like to

3      state for the record, the time we are going back

4      into, it was a very traumatic time in my life.

5      I was hospitalized and diagnosed with major

6      depression.    So I will answer your questions

7      with the best of my recollection.

8          Q      (By Mr. Dixon)  Was Mr. Garber ever your

9      lover, Ms. Wiggins?

10         A      No.

11         Q      Did you ever have a personal relationship

12     with him, outside of friendship?

13         A      No.

14         Q      Has Mr. Garber ever done anything outside

15     of your professional relationship with him to appease

16     you in any manner?

17         A      No.

18         Q      You stated, at one time in your life, you

19     were going through a very traumatic event.  Can -- for

20     the Court for this particular hearing, can explain what

21     particular relationship former Police Chief Ted Garber

22     played in your traumatic event?

23         A      I can't really say he played any part in

24     that.

25         Q      Could you tell me what was the essence of

better what to do and where to go from there.

Q.    (By Mr. Dixon)  Did you do your best when
it came down to Stacy Harris?

A.    Yes, sir.

Q.    Did you do your best when it came down to
Shannon Russell?

A.    Yes, sir.

Q.    Did you do your best when it came down to
Shawn Lankford?

A.    Yes, sir.

Q.    Did you do your bet when it came down to
Patrick Lankford?

A.    Yes, sir.

Q.    Was your best the non-referral of these
individuals to see a doctor?

A.    Yes, sir.

Q.    And as a sexual assault investigator,
would you say that your actions were contrary to your
training?

A.    Yes, sir.

Q.    Then why did you take them to the doctor
if you knew that it was contrary to your training, why
would you not have referred them to the doctor?  When
you just testified that it was against your training
to not refer them, why did you do it?

preamble -- proceed.

Q.    (By Mr. Dixon)  Christopher Williams came
to you when?  February of '95, is that correct?

A.    I took the statement from Christopher
Williams in February of '95.

Q.    Now, when you took the statement from
Christopher Williams in February of '95, how many
pages did it consist of?

A.    Nine.

Q.    How did you come up with the dates, Ms.
Williams?  When he gave you the statement, about the
times that Robert Trevino allegedly sexually assaulted
him, the statement didn't give any January 1st,
January 3rd, January 8th, January 9th, January 10th
scenario, did it?

A.    No, sir.

Q.    When did you come to the realization that
they all happened on December 30th, December 30th,
December 30th, December 30th, January 15th, January
18th, January 22nd, January 28th, et cetera?  When did
you come to give those dates?

A.    Never.

Q.    Then how were the dates provided?

A.    By the District Attorney's Office.

Q.    Now, the D.A.'s office filed charges,

*Dr. Remmers finding no evidence of abuse*

1    form two years ago we referred to many forms across

2    the country of people that had been using in their

3    classifications and we made it very simple because

4    many people in the hospital, different situations,

5    would be using them. With our experience we're

6    realizing that this is much too limiting. And myself

7    and my partners who do this, each of us about two days

8    a week, we've actually stopped filling out the boxes

9    and we just do narratives. We're in the process of

10   revamping the boxes because they're just too limiting,

11   too narrow. Too limiting from one perspective and

12   much too broad from another.

13           Q.    Yes, ma'am. Now, let me get this. In the

14   examination of Mr Williams, Dr. Remmer, your findings

15   showed that there was no physical signs of sexual

16   abuse with Christopher Williams; is that correct?

17           A.    That's correct.

18           Q.    Now, you testified that you used a

19   colposcope --

20           A.    Colposcope.

21           Q.    Colposcope.

22           A.    A magnifier.

23           Q.    Magnifier. Thank you. -- a magnifier to

24   determine whether or not there had been any rectal

25   tears or signs of any rectal irregularities with

1   yes.

2          Q.    And your findings of no physical abuse at

3   that time would be reflective of a thorough and well-

4   conducted examination of Christopher Williams at that

5   time?

6          A.    Findings of a normal physical exam which

7   never rules out sexual abuse --

8          Q.    I understand.

9          A.    It's based on a complete and thorough

10  physical exam on February 2nd -- 10th, yeah.

11         Q.    And you do have cases that have observable

12  physical signs of sexual abuse?

13         A.    In our practice we've had one little boy

14  who had severe trauma to the perianal area, and this

15  was actually an act of violence. He was raped

16  aggressively. He's the only one that we have had

17  severe trauma anally. We have had one other boy who

18  had a scar that was very suspicious, and that's what

19  used to fall under non-specific. It's not a place

20  that we would normally expect a scar to be from, say,

21  passing a large stool. It was off-center, it was

22  further out and it had been many months. So it was

23  suspicious and concerning and supportive. That's why

24  we're changing those three boxes. So we've only had

25  two males who have had findings.

1          Q.      Mr. Williams, how is it that you cannot

2    remember one thing and you cannot remember how is that

3    you can remember one thing and you can remember 13?

4                  MS. BUCKINGHAM:  We're going to

5            object as being argumentative.

6                  THE COURT:  Restate the question.  I

7            got jumbled up.  Ask it again.

8          Q.      (By Mr. Dixon)  Mr. Williams, how are you

9    able to recall things that allegedly happened to you a

10   year ago and you can't recollect things that happened

11   to you in a lesser degree of time?

12         A.      Because I don't remember my doctor's name

13   or phone number.

14         Q.      You don't remember the dates, the times,

15   what day or night because these things didn't happen,

16   did they, Mr. Williams?

17         A.      Yes, they did.

18         Q.      If they happened you would remember them,

19   isn't that correct?

20         A.      Yeah.

21         Q.      And you admit that?

22         A.      Yeah.

23         Q.      But you don't remember --

24                 MR. MARSHAL:  Object to the

25            argumentative nature of that again, Your

1          Honor, arguing with him.

2                    THE COURT:   Sustained.

3          Q.     (By Mr. Dixon)  But you don't remember the

4     dates, do you, Mr. Williams?

5          A.     No, I don't.

6          Q.     You don't remember whether it was day or

7     night?

8                    THE COURT:   Repetitive, Counselor.

9          Q.     (By Mr. Dixon)  Do you remember whether or

10    not on all of the charges that you have here, Mr.

11    Williams, whether Patrick Lankford or someone else was

12    in the house on any of these other occasions?

13         A.     I don't understand.

14         Q.     When you alleged that Robert Trevino

15    sexually you, Mr. Williams, were you alone with Robert

16    Trevino on each of those occasions, with the exception

17    of the one that you have testified to with Patrick

18    Lankford being there?

19         A.     Yes.

20         Q.     You were alone with Robert Trevino?

21         A.     Kind of.

22         Q.     So there were no other witnesses to

23    corroborate what you're telling the Court today, is

24    that correct?

25         A.     That's correct.

1          Q.        (By Mr. Dixon).  Did you know the cause of

2     these particular problems at that time?

3          A.        No, I didn't.  Well, yes, I did.  I take

4     that back.  I did.

5          Q.        What were those causes?

6          A.        From listening to my daughter is why --

7     what the causes were, she told me that it was from

8     having sex with Patrick and Robert that night.

9          Q.        Did she -- was -- did she make the comment

10    that she had had sex with Robert Trevino?

11         A.        No, sir, she did not.

12         Q.        Was he comment to you that Robert Trevino

13    had sexually molested her?

14         A.        At the hospital she talked to me about him

15    fondling her.

16         Q.        Did she say that Robert Trevino touched

17    her breast area?

18         A.        Not at that time.

19         Q.        Have you ever talked to Robert Trevino

20    over the phone?

21         A.        Yes, I did.

22         Q.        When did you talk to Robert Trevino?

23         A.        Well, I'm not good with dates, but it was

24    the night before I had found out where she was at.  I

25    had called and talked to him.  I asked him was my

1       A.      I don't remember.

2       Q.      But you admit that you were angry at

3   Robert Trevino after you allege that he sexually

4   assaulted you?

5       A.      Yes, sir.

6               MR. DIXON:  May I approach, Your

7       Honor?

8               THE COURT:  Who?

9               MR. DIXON:  The witness.

10              THE COURT:  Have you got an exhibit?

11              MR. DIXON:  Yes, sir.

12              THE COURT:  Yes.

13      Q.      (By Mr. Dixon)  Mr. Lankford --

14      A.      Yes, sir.

15      Q.      -- I would like to show you a letter from

16  Shawn Lankford to Robert Trevino.  Is that your

17  handwriting?

18      A.      Yes, sir.

19              MR. DIXON:  I would like this marked

20      as Defendant's Exhibit Number 1, and I

21      would tender it to counsel for review.  I

22      would like to have it offered into

23      evidence.  I'm offering and I would like

24      it admitted into evidence, Your Honor.

25              MR. MARSHAL:  Your Honor, we object

1    to hearsay of any letter written by this

2    defendant outside of this proceeding.

3            THE COURT:  I thought it's his

4    letter.

5            MR. DIXON:  It's his letter, Your

6    Honor.

7            MR. MARSHAL:  It's still hearsay

8    Your Honor.  We object.

9            THE COURT:  Is that your only

10   objection?

11           MR. MARSHAL:  We'd also object to

12   the relevance of it Your Honor.  It has

13   no bearing on this case or issue to be

14   decided in this case.

15           THE COURT:  Let me see it.

16           MR. DIXON:  May I comment, Your

17   Honor?

18           THE COURT:  No, not yet.

19           MR. DIXON:  Okay.

20           THE COURT:  All right.  Ladies and

21   gentlemen, go to the jury room for a

22   couple of minutes.  We'll call you in a

23   couple of minutes.

24               (Jury retired from the

25           courtroom.)

1   THE COURT:  All right.  Mr. Dixon,

2   on the --- I don't remember what the

3   State's first objection was, but whatever

4   it was I don't think it was any good and I

5   overruled it.  I guess that's why I

6   dismissed it from my mind what it was.

7       On the objection about relevance,

8   the only possible relevance that I could

9   see for this letter would be for

10  impeachment purposes, and that's not the

11  proper method of impeachment.  So how do

12  you want to address that?

13      MR. DIXON:  Your Honor, this letter

14  was written by Shawn Lankford on April the

15  12th of 1994, after he alleged ---

16      THE COURT:  I can see all that.  But

17  what does that have to do with the method

18  that is required under the rules for

19  impeachment?

20      MR. DIXON:  This letter is going to

21  written by Patrick Lankford --- I mean

22  Shawn Lankford, Your Honor.  It is not ---

23  it is a letter that would show that his

24  testimony about his anger at Robert

25  Trevino after the alleged allegations are

1      false.  That the fact he is thanking

2      Robert Trevino for the things that Robert

3      Trevino has done for him.  This will

4      give ──

5             THE COURT:  You didn't lay a

6      predicate for any impeachment, Counselor.

7      You didn't ask him if he ever made

8      anything like that, said anything like

9      that before.

10            MR. DIXON:  He testified, Your

11     Honor, that this was his handwriting.

12            THE COURT:  Okay.  We're not getting

13     anywhere on this.  I sustain the objection

14     as to relevancy.

15            Bring the jury back in.

16            Additionally it's improper

17     impeachment, is the only other way I know

18     it would get in.

19            MR. DIXON:  For the record, I would

20     like to make an objection to the Court's

21     ruling.

22            THE COURT:  Yes, sir.  You can even

23     submit it on a bill.

24            (Jury returned to the courtroom.)

25            THE COURT:  Sustained.  Proceed, Mr.

Robert, Patrick, mom 4/18/04   2.00 P.M.
        Say bud. whats up? Not all that much
there. they put me back in public school. I
miss you homie. Come up 1 day and
visit me. So hows life. Its boring up here
get me 1 of those Pitty pups. On my
next wend. home I need you to pick
me up at the Bus station If thats ok
with you if not I just will come later.
I'm being good now. I wish I would
have listened to you when you told
me something. I cry everynight think
nos of you boys down there. Because
you my boy my homie, and my best
friend. Please dont let patrick get into
trouble. Its not fun not getting to
see my family everyday or get to
talk to them everyday. Nows when
I relized I Really Love my family
and my Brother and you. Because
98% of the kids now days go to
Prison. if there still getting into trouble
when there 18. And thats where Im
needed. If I dont get Straight. well
Better let you go. I go for now
See you soon hopefully.

                        Love Always

                        Kirion J. ...lford

I will Remember you homie. I will Remember you homie

95

20



1    were staying with Robert Trevino in March of 1994?

     You allege in Count One --

3                        THE COURT: I'm sorry. Was that a

4              question. I didn't hear an answer.

5                        MR. DIXON: Yes.

6          Q.    (By Mr. Dixon) Ricky Tutton and his

7    family were staying with Robert Trevino at the time

8    that you were residing there; is that correct?

9          A.    Yes, sir.

10         Q.    Mr. Lankford, you stated that your first

11   encounter with Robert Trevino occurred on or about

12   March 1st, 1994. Approximately what time did this

13   particular incident take place?

14         A.    I don't remember.

15         Q.    Do you remember it happened 14, 16 times,

16   but you don't remember what time?

17         A.    I didn't look at the clock.

18         Q.    Did you look at a calendar, Mr. Lankford?

19         A.    It was in his room. I had to.

20         Q.    You have 16 counts of sexual assault on

21   Robert Trevino. First count on or about March 1st,

22   1994. Second on or about March 5th, 1994. Third,

23   March 10th, 1994. Fourth, March 15th, 1994. The

24   fifth count on March 20th, 1994. The sixth, March the

25   25th, 1994. The seventh, March 30th, 1994. Eighth,

1       April 1st, 1994.  Count nine, April 5th of 1994.

2       April 10th was the tenth count, 1994.  Eleventh, April,

3       15th, 1994.  Twelfth, April 20th, 1994.  Count 13,

4       April 25th, 1994.  Count 14, April 30th, 1994.  Count

5       15, March 30th, 1994.  Count 16, April 1st, 1994.

6                    Did you have a calendar to mark those days

7       off, Mr. Lankford?

8            A.    No, sir, I didn't.

9            Q.    But you remember them?

10           A.    Yes, sir.

11           Q.    All 16 counts?

12           A.    Yes, sir.

13           Q.    But you don't remember what time the first

14      count was?

15           A.    No, I don't.

16           Q.    On or about March 1st, 1994.  Don't

17      remember -- was it day or night?

18           A.    Night.

19           Q.    It was at night?

20           A.    Yes.

21           Q.    Approximately what time?

22           A.    I'm not really sure.

23           Q.    You're not sure about the first time that

24      you allege that Robert Trevino sexually assaulted you,

25      Mr. Lankford, but you are certain that it happened 16

1    times and that you have an accuracy of the dates here

2    so similar to each other, but you can't remember the

3    first time, the first time that you allege that Robert

4    Trevino sexually assaulted you. Can you explain that,

5    Mr. Lankford?

6         A.   Yes. He has a calendar in his room, not a

7    clock.

8         Q.   Did you use a calendar --

9         A.   No.

10        Q.   -- when you spoke with the investigator on

11   this here particular charge that you have with Robert

12   Trevino for all 16 counts, Mr. Lankford?

13        A.   No, I didn't.

14        Q.   How did you remember?

15        A.   I can remember days, not times.

16        Q.   What date was March 5, 1994 on or about?

17        A.   I don't remember.

18        Q.   What day was March 10th, 1994 on or about?

19        A.   He abused me.

20        Q.   What day was March 1st, 1994 on or about?

21        A.   I got drunk and he fucked me.

22        Q.   March 15th, 1994, what date was that?

23   What day was that?

24        A.   I don't remember.

25        Q.   Do you remember March 20th -- or about

*[handwritten note in left margin beside lines 18-21: "did not ans Judge"]*

1        March 20th, 1994, what day that was?

2                A.    I can't recall.

3                Q.    Do you recall what date March 25th, 1994

4        was?

5                A.    He abused me again.

6                Q.    What date?

7                A.    I don't know.

8                Q.    Do you remember March 30th, 1994, what day

9        that was?

10               A.    No, I don't.

11               Q.    Do you remember April 1st, 1994, what day

12       that was?

13               A.    No, I don't.

14               Q.    Do you remember on or about April 5th,

15       1994, what day that was?

16               A.    No, I don't.

17               Q.    Do you remember April the 10th, 1994, the

18       day that was?

19               A.    No, I don't.

20               Q.    Do you remember April 15th, 1994, the day

21       that was?

22               A.    No, I don't.

23               Q.    Do you remember April 20th, 1994, the day

24       that was?

25               A.    No, I don't.

1          Q.    Do you remember April 25th, 1994, the day
2    that was?

3          A.    No, I don't.

4          Q.    Do you remember April 30th, 1994, the day
5    that was?

6          A.    No, I don't.

7          Q.    Do you remember March 30th, 1994, the day
8    that was?

9          A.    No, I don't.

10         Q.    Do you remember April 1st, 1994, the day
11   that was?

12         A.    No, I don't.

13         Q.    You don't remember not one day?

14         A.    I remember the dates, not the days.

15         Q.    You do not remember one day out of 16
16   counts of sexual assault against Robert Trevino, you
17   can't give this court one day as to when those
18   particular incidents occurred?

19                    MR. MARSHAL:  I'm going to object to
20         that as being repetitive.  The answer has
21         already been --

22                    THE COURT:  Sustained.

23         Q.    (By Mr. Dixon)  Do you know what time
24   Count 1 occurred on, Mr. Lankford?

25                    MR. MARSHAL:  Object.  He's already

1          answered that question, Your Honor.

2                    THE COURT:  Overruled.  You can

3          answer.

4     A.    No, sir, I don't.

5     Q.    (By Mr. Dixon)  Do you know what time the

6  alleged incident occurred on Count 2?

7     A.    I don't recall the time.

8     Q.    Do you know the time on Count 3?

9     A.    No, I don't.

10    Q.    On Count 4?

11    A.    At nighttime.

12    Q.    Do you know the time for Count 5?

13    A.    They were mostly at night.

14    Q.    You testified that Count 4 was in the

15  nighttime.

16    A.    Yes, I did.

17    Q.    What happened in the nighttime with

18  regards to Count 4?

19    A.    Well, most of the time I was drunk and he

20  sexually abused me.

21    Q.    How did he sexually abuse you?

22    A.    He got in my anus.

23    Q.    Were you asleep?

24    A.    I don't remember.

25    Q.    Were you asleep on Count 4?

COPY

1      A.    I don't remember.

2      Q.    Were you asleep on Count 5?

3      A.    I don't remember.

4      Q.    Were you asleep on Count 6?

5      A.    I don't remember.

6      Q..   Were you asleep on Count 7?

7      A.    I don't remember.

8      Q.    Were you asleep on Count 8?

9      A.    I believe so.

10     Q.    What was Count 8, Mr. Lankford?

11     A.    I believe it was when he told me to give

12  him a blow job.

13     .Q.   What date was that?      Can Remember

14     A.    I'm not sure.                   Dates

15     Q.    Count 9, were you asleep?

16     A.    I don't remember.

17     Q.    Were you asleep on Count 10?

18     A,    I don't remember.

19     Q.    Were you asleep on Count 11?

20     A.    I don't remember.

21     Q.    Were you asleep on Count 12?

22     A.    I don't remember.

23     Q.    Were you asleep on Count 13?

24     A..   I don't remember that one either.

25     Q.    Were you asleep on Count 14?

1        A.    I don't remember.

2        Q.    Were you asleep on Count 15?

3        A.    I don't remember.

4        Q.    Were you asleep on Count 16?

5        A.    I don't remember.

6        Q.    And you don't remember because they didn't

7    happen, did it?

8        A.    Yeah, they did.

9        Q.    Why can't you give an account, a graphic

10   depiction of what happened on the date and times that

11   are presented here, Mr. Lankford?

12                   MR. MARSHAL:  Object to the

13                   argumentative nature that he didn't ask

14                   for a graphic account.

15                   THE COURT:  Sustained.

16       Q.    (By Mr. Dixon)  Count 1, can you give me a

17   graphic account, depict what happened on that date?

18       A.    I don't understand.

19       Q.    Will you tell me what happened on March

20   1st, 1994?

21       A.    Sure.  He asked me to spend the night with

22   him.  Got me drunk.  I passed out.  He took advantage

23   of it.

24       Q.    Can you give me a graphic

25   depiction of what happened on March 5th, 1994?

1        A.    About the same thing.

2        Q.    About the same thing?

3        A.    That's right.

4        Q.    Because you don't know for sure?

5        A.    I know for sure.

6        Q.    Give me a graphic depiction of what

7    happened on March the 10th?

8        A.    I don't remember.

9        Q.    Give me a graphic depiction of what

10    happened on March 15th?

11        A.    He told me to suck his dick.

12        Q.    That's not what the Count says, Mr.

13    Lankford.

14              MR. MARSHAL:  I'll object to that.

15    That was not the question that was asked,

16    Your Honor.

17              THE COURT:  Sustained.  These aren't

18    his charges.  These are the nature of his

19    charges.  Proceed.

20        Q.    (By Mr. Dixon)  Did you make a statement

21    with regard to these allegations, Mr. Lankford?

22        A.    I don't understand.

23        Q.    Did you provide the investigator with a

24    written statement regarding these allegations on

25    Robert Trevino?

1       A.     -Yes, I did.

2       Q.     And who was that investigator?

3       A.     Billie Wiggins.

4               MR. DIXON:  May I take a few minutes

5       to review this, Your Honor?

6               THE COURT:  Yes, sir.

7               (Pause in the proceedings.)

8       Q.     (By Mr. Dixon)  Mr. Lankford, you

9   testified earlier that when you first talked to

10  Detective Wiggins --

11      A.     Yes, sir.

12      Q.     -- that you gave her some other names of

13  some people that had been sexually assaulted by Robert

14  Trevino; is that true?

15      A.     Yes, sir.

16      Q.     You made this report in February; is that

17  correct?

18      A.     I believe so.

19      Q.     And you told Ms. Wiggins of the other

20  people?

21      A.     Yes, sir.

22      Q.     You told her that she needed to talk to

23  Christopher Williams?

24      A.     Yes, sir.

25      Q.     Stacy Harris?

1          A.    Yes, sir.

2          Q.    And your brother --

3          A.    Yes, sir.

4          Q.    -- Shawn Lankford?  Do you know why it

5    took -- if you have personal knowledge, do you know

6    why that after you told Officer Wiggins in February

7    about the other people, do you have any personal

8    knowledge as to why it took Officer Wiggins eight more

9    months before she talked to Stacy Harris?

10         A.    No, sir.

11         Q.    You did testify that you -- on February

12   10th gave Officer Wiggins some other names that -- of

13   people that Robert Trevino had sexually assaulted.

14         A.    Yes.

15         Q.    Did she tell you that they were going to

16   investigate this matter the next day?

17         A.    No, sir.

18         Q.    Did she ever tell you why she waited eight

19   months later to talk to Stacy Harris?

20                    MR. MARSHAL:  I object to that as

21              calling for hearsay.

22                    THE COURT:  Sustained.

23         Q.    (By Mr. Dixon)  Now, you stated, Mr.

24   Lankford, that when you moved into Robert Trevino's

25   house that Ricky Tutton, his wife and children were

1     there.

2            A.      Yes, sir.

3            Q.      When you allege that Robert Trevino

4     sexually assaulted you in March and April, where were

5     Ricky Tutton and his wife and children?

6            A.      I don't know.  I'm not his personal

7     business.

8            Q.      Do you think it's important to corroborate

9     your testimony your testimony here before this jury?

10                   MR. MARSHAL:  Objection, calls for

11                   legal conclusion.

12                   THE COURT:  Sustained.

13           Q.      (By Mr. Dixon) Was Ricky Tutton in the

14    house?

15           A.      No, he wasn't.

16           Q.      Was Mrs. Tutton in the house?

17           A.      She wasn't.

18           Q.      On all 16 counts that you allege Robert

19    Trevino sexually assaulted you, were any members of

20    that household present?

21           A.      Not members of the household, no.

22           Q.      But you don't remember what time it was,

23    day or night, do you?

24           A.      It was mostly during the night.  That, I

25    do know.

1      Q.   Approximately what time?

2      A.   That, I'm not sure.

3      Q.   Was it before ten o'clock news?

4      A.   Sometimes.

5      Q.   Was it after ten o'clock news sometimes?

6      A.   Yes.

7      Q.   Does Ricky Tutton's wife work? Was she

8  working at that time?

9      A.   That, I don't know.

10     Q.   You stayed at a house with people two

11  months and you don't know whether they work or not,

12  Mr. Lankford?

13     A.   I'm not nosy. I wouldn't know.

14     Q.   Was Ricky Tutton working?

15     A.   I believe so.

16     Q.   Do you know whether he was working in the

17  daytime or nighttime?

18     A.   I don't keep his hours.

19     Q.   When Robert Trevino would pick you up, Mr.

20  Lankford, and take you to school -- after school, what

21  would happen?

22     A.   Go by the house sometimes. Sometimes he

23  would go straight to the farm.

24     Q.   Now, on or about April 1st, 1994, which

25  was the last alleged sexual assault by Mr. Robert

a fair trial.

THE COURT: All right, Mr. Dixon, I'm going to grant the State's motion. Before the evidence is going to be allowed on these points, you're going to have to come to the Court outside the presence of the jury first, some nexus between this alleged animosity as an influence on these witnesses' testimony that may appear in this court. The fact that the president of the United States might hate Robert Trevino's guts or whether or not he does, and I don't even know whether he even knows him, has no relevance here unless there's some connection with the witnesses testified who are being influenced by that animosity. So you're going to have to show that nexus before I'm going to allow the testimony on that issue.

MR. DIXON: I understand, Your Honor.

THE COURT: Okay. The last motion I have -- new motion I have on file today that we haven't taken up is a motion for sanctions against the State for violation

MR. DIXON:  Your Honor, may I
approach, please?

THE COURT:  Do you have an exhibit?

MR. DIXON:  No, sir.  I need to
approach.

THE COURT:  Oh, me.  Okay.

(Side-bar discussion.)

(Brief recess.)

THE COURT:  Bailiff, a couple of
them went to the bathroom, which is all
right.  But you might go stand at the
door.  If we're talking in here, tell them
to stop before coming back in.

Go ahead, Mr. Dixon.

MR. DIXON:  Yes, sir, Your Honor.

I would like to make a formal
complaint against the District Attorney's
Office for all the signals to the witness
while she is on the stand.  That has been
going on during the duration of the
testimony with Officer Wiggins.  I have
noticed and observed this.  This defendant
cannot receive a fair and impartial trial
if counsel for the State is going to
continuously signal how she'll respond to



U. S. Department of Justice

Office of the Inspector General

April 20, 1998

MEMORANDUM

To:        Richard W. Roberts
           Chief, Criminal Section
           Civil Rights Division, U.S. Department of Justice

From:      Michael R. Bromwich
           Inspector General

Subject:   Letter from Ms. Gloria Trevino

        The Inspector General's Office recently received correspondence from Ms. Gloria Trevino alleging violation of her civil rights as well as those of her brother, Roberto Rodriguez Trevino, who is presently incarcerated in a Beaumont, Texas, prison. Because the issues raised in this letter fall under your jurisdiction, I am forwarding Ms. Trevino's letter to you for disposition. Thank you.

Attachment

cc: Ms. Gloria Trevino

# New data: State prisons are increasingly deadly places

*New data from the Bureau of Justice Statistics shows that state prisons are seeing alarming rises in suicide, homicide, and drug and alcohol-related deaths.*

by Leah Wang and Wendy Sawyer, June 8, 2021

The latest data from the Bureau of Justice Statistics (BJS) on mortality in state and federal prisons is a reminder that prisons are in fact "death-making institutions," in the words of activist Mariame Kaba. The new data is from 2018, not 2020, thanks to ongoing delays in publication, and while it would be nice to see how COVID-19 may have impacted deaths (beyond the obvious), the report indicates that prisons are becoming increasingly dangerous – a finding that should not be ignored. The new numbers show some of the same trends we've seen before – that thousands die in custody, largely from a major or unnamed illness – but also reveal that an increasing share of deaths are from discrete unnatural causes, like suicide, homicide, and drug and alcohol intoxication.



State prisons, intended for people sentenced to at least one year, are supposed to be set up for long-term custody, with ongoing programming, treatment and education. According to

...conditions: in response to a Department of Justice ...tion ...tting that the Massachusetts Department of Correction "exposes [people experiencing a mental health crisis] to conditions that harm them," the DOC is piloting Fitbit-like bracelets for its population to track changes in vital signs related to mental health distress. Instead of rolling back harsh solitary confinement practices and improving how correctional officers respond to crises, the DOC is increasing surveillance and allowing another private company to profit off of prisons.

## Who is committing homicide in prison?

The number of homicides in state prisons reached a record high of 120 deaths in 2018, a reminder that while prisons are secure, they are largely unsafe. Violence in prison is commonplace, tied to trauma prior to incarceration as well as mental health stressors inside. The rate of homicide in state prison is 2.5 times greater than in the U.S. population when adjusted for age, sex, and race/ethnicity.

*While prisons are secure, they are largely unsafe.*

The age of those who died in prison seems most relevant when talking about illness, but older people were actually more at risk of homicide and all other causes of death, except for accidents. By absolute numbers, more homicide deaths affected people in their 20s, 30s and 40s, but the homicide rate was highest for incarcerated people aged 55 and older. They were twice as likely to die by homicide as anyone aged 25 to 44.

What about who is actually behind the deaths that are ruled homicides? The BJS data does not separate homicide committed by incarcerated people from death "incidental to the use of force by staff," or even "resulting from injuries sustained prior to incarceration." While correctional officials might go right to "prison gangs" or otherwise blame incarcerated people for these deaths, it's a bit more complicated than that. In this terrible instance, a correctional officer heeded a request to close a cell door remotely, allowing someone to fatally wound a 72-year-old man in total privacy. The nuance of who is responsible for prison homicides points to huge gaps in security and staffing, but also a clear indifference to people's lives and unaddressed anger and trauma.

## How can drug and alcohol intoxication deaths be so high, when prison security is so strict?

As we look back to the beginning of mortality data collection in 2001, no manner of death has spiked more than drug overdoses and alcohol intoxications. (Unfortunately, the BJS data does not distinguish between the two.)

............ restrictions went into effect. Texas prisons also saw
......... in drug contraband and related disciplinary reports in 2020, even as prison
populations declined and visits were limited or cut off entirely.

Can we relate the thriving drug market in prisons to increasing drug-related deaths? Not
directly. Clearly, though, the people working in prisons, who already turn a blind eye to
violence and suffering, are responsible for introducing some of the dangerous substances
that killed 249 people in 2018.

## Illness is still the most common cause of death, but how natural is illness in prison?

Even though most prison deaths each year are attributed to illness, and are therefore
"natural," being sick or old in prison is not quite what it is on the outside. Incarceration can
add 10 or 15 years to someone's physiology, and take two years off of their life expectancy
per year served, alarming statistics when considered alongside longer sentences and high
costs of healthcare for older people.

The systemic neglect of illness and aging in
prison populations isn't natural at all. Every
summer, we hear about prisons in hot climates
that lack air conditioning, exposing
incarcerated people to consistent temperatures

*The systemic neglect of illness and
aging in prison populations isn't natural
at all.*

of over 100 degrees. We've previously reported on these extreme heat conditions that
exacerbate chronic diseases, counteract medications, and increase the risk of dehydration
and heat stroke among even the healthiest people. In Texas, for example, when summer
incarceration is described as unconstitutional, deadly, and a practice in reckless indifference,
how natural are some deaths due to "illness"?

Again, consider the mortality data that will eventually come out for 2020, when prisons and
jails played host to the COVID-19 pandemic and over 2,600 incarcerated people (and over
200 staff) died as a result. We know how badly every state handled this situation; it will be
important not to brush these deaths aside as simply succumbing to illness – nor the deaths
caused by other illnesses that went untreated in understaffed, overwhelmed prison health
systems. These thousands of people were failed by state criminal justice systems, and
deserved care and protection while in custody.

## State criminal justice systems can improve prison healthcare and loosen their grip on parole processes

We are supposed to trust prison systems to keep people alive and safe, so they can serve their
sentences and be released back to their communities. The significant increase in overall
"unnatural" deaths, like suicide, homicide, and drug intoxication tells us that state prisons

⌕ ...arlington attorney John stickels disciplined    ✕    🎤    📷    🔍

All    Images    News    Books    Shopping    More                    Tools

About 10,000 results (0.79 seconds)

He was ordered to pay $500 in attorneys' fees and direct expenses. On January 15, 2021,
John William Stickels [#19225300], 63, of Arlington, received a **public reprimand**. Mar 7, 2021

https://laweintexas.com › LIT News    ⋮

There's No Bars for Thievin' Lawyers Says Texas Bar. Y'all ...

⌄ About featured snippets  ·  ⚐ Feedback

---

https://www.texasbar.com › Template › MemberDirectory...    ⋮

Find A Lawyer | John William Stickels - State Bar of Texas

Mr. John William Stickels. Eligible to Practice in Texas. Stickels & Associates PC ... Primary
Practice Location: Arlington , Texas. 770 N Fielder Rd

---

https://www.law360.com › pulse › articles › texas-bar-sus...    ⋮

Texas Bar Suspends 7 Attys, Reprimands 11 - Law360

Mar 1, 2021 — Seven attorneys were suspended and 11 more were reprimanded in the last ...
including John Stickels, an attorney at Arlington, Texas-based ...

---

https://stickelslaw.com    ⋮

Stickels & Associates, P.C. - Home

Founding Partner* Dual Board Certified by the Texas Board of Legal Specialization in Criminal
Defense ... *John W. Stickels only ... Arlington, Texas 76012.
Criminal Defense · Bail Bonds · Family Law · Writs/Appeals
Missing: disciplined bar

---

http://stickelslaw.com › john-w-stickels-jd-phd    ⋮

John W. Stickels, J.D., Ph.D.

John Stickels has been a trial lawyer for over 30 years and specializes in ... of Texas at Arlington
in the criminal justice department for several years.

---

https://isc-pagepro.mydigitalpublication.com › article    ⋮

DISCIPLINARY ACTIONS Texas Bar Journal : March 2021

Mar 4, 2021 — PDJ 2020 9054, and suspended Noller from the practice of law for two years for
... 2021, JOHN WILLIAM STICKELS [#19225300], 63, of Arlington, ...

---

https://www.attorneylawyers.com › attorney › john-w-st...    ⋮

John W. Stickels, J.D. Ph.D : Lawyer from Arlington, Texas

John W. Stickels J.D. Ph.D Dual Board of Minimum Standards for the behavior ... criminal
matters of Texas. He is Highly authorized out of the on ...
Criminal Justice ... · Areas for disciplines ...

---

⌕ Images for was arlington attorney john stickels disciplin...    ⋮

---

Feedback

View all ⌄

---

Stickels John W

| Website | Directions | Save | Call |
|---|---|---|---|

3.9    7 Google reviews

Lawyer in Arlington, Texas

**Address:** 770 N Fielder Rd, Arlington, TX 76012

**Phone:** (817) 479-9282

Suggest an edit · Own this business?

Add missing information

Add business hours

Questions & answers

Be the first to ask a question

Send to your phone

Reviews ⓘ                          Write a review

"Was a life saver for our family during our dis

"DO NOT give this man your money!"

"John one of the most intelligent layers I've e

View all Google reviews

People also search for

| Crider Ashworth Law Office Attorney | Wes Ball Law, PLLC Criminal Justice attorney | Shane Stahlecker Law firm | Keena Joshi Attorney |
|---|---|---|---|

About this data

---

OF TEXAS

January 22, 2023

Mrs. Gloria Trevino
12526 Olympia Drive
Houston, TX 77077

RE:    State of Texas v. Roberto Rodriguez Trevino
       Indec w/ child, Sex assault/ Agg Sex Assault/ Sex Assault-Child

Dear Mrs. Trevino:

I want to, again, extend my deepest condolences in the loss of your brother. I can only imagine how difficult this time is for you and your family. I'm sorry IPTX couldn't complete the initial evaluation of your brother's case. Unfortunately, with his passing, IPTX is closing his file.

Enclosed are all the documents you have forwarded to us as you have tirelessly advocated for his innocence.

I wish you the very best!!

Sincerely,

Kimberly Moore,
IPTX Paralegal

KM/dsh

Enclosures



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSC
CLERK
512-463-1551

EDWARD J. MAF
GENERAL COUNSE
512-463-1597

December 7, 2005

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Dear Ms. Trevino:

The Court is in receipt of your letter raising a claim of innocence. A claim of innocence must be brought forth to this Court through the proper appeal or habeas process. Therefore, the claim raised in your letter can not be considered by this Court.

I am herewith returning your letter. For assistance regarding your claim, you may wish to contact one of the innocence projects listed below.

Texas Center of Actual Innocence
727 E. Dean Keeton St.
Austin, Texas 78705
Contact: Robert Dawson

Texas Tech University
West Texas Innocence Coalition
1304 Texas Avenue
Lubbock, Texas 79401
Contact: Jeff Blackburn

Texas Innocence Network
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6371
Contact: David Dow

University of Texas at Arlington
Box 19595
601 S. Nedderman Dr.
Arlington, Texas 76019-0595
Contact: John Sickels

Very truly yours,

Louise Pearson
Clerk

LP/aa

received
12/10/05

Gov. Dan Patrick wants to pass parental rights bill, and professors' tenure

Dallas police chief fires officer who drove away after car he pursued crashed, caught fire

NEWS > CRIME

# A founder of the Innocence Project of Texas resigns, slams NY group



By Diana Jennings
2:08 PM on May 21, 2015

Listen to this article now
Powered by Trinity Audio

1.0x

Jeff Blackburn, one of the founders of the Innocence Project of Texas, has resigned, according to Texas Lawyer.

ADVERTISING

The resignation letter, posted on the publication's website, says Blackburn felt that the work of criminal justice reform was being hampered by association with the New York-based Innocence Project, which he said has become a big business.

"I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state," he wrote. "I want to keep handling cases, working for change and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name 'Innocence Project' and the people in New York. They can keep their $100,000.00 'VIP' tables at galas, their friends from Goldman Sachs, and their need for control."

Gary Udashen of Dallas, president of the Innocence Project of Texas, said on the group's website, "Jeff will be missed, but the work will continue."

The spokesman for the New York-based Innocence Project could not be reached for comment.

Primary Runoff    Roe v. Wade    Texas Abortion Law    Border Mission    Coronavirus Tracker

# Texas Attorney General Ken Paxton joins fight targeting Texas State Bar

The lawsuit has the potential to upend the structure of the entity responsible for regulating Texas' legal profession. Critics suggest that Paxton's involvement may be politically motivated.

BY EMMA PLATOFF    MAY 1, 2019    4 PM CENTRAL



Texas Attorney General Ken Paxton during a press conference on January 12, 2017. 📷 Marjorie Kamys Cotera for The Texas Tribune

Texas Attorney General Ken Paxton has quietly waded into a lawsuit that could upend the State Bar of Texas, siding in a new legal brief with three conservative lawyers who argue the current structure of the state entity that regulates the legal profession violates their First Amendment rights.

KEN PAXTON
ATTORNEY GENERAL *of* TEXAS

_(/)_

Español (/es/news/releases/procurador-general-paxton-investiga-la-fundacion-del-colegio-de-abogados-de-texas-por-facilitar-la)

About (/about-office)    News (/news)

Opinions (/attorney-general-opinions)

Jobs (/careers/job-listings)

Contact Us (/contact-us)    🔍

---

HOME (/)  >  NEWS (/NEWS)  >  NEWS RELEASES (/NEWS/RELEASES)  >
AG PAXTON INVESTIGATES TEXAS BAR FOUNDATION FOR FACILITATING MASS INFLUX OF ILLEGAL
ALIENS

May 06, 2022 | Press Release | Immigration (/news/categories/immigration)

# AG Paxton Investigates Texas Bar Foundation for Facilitating Mass Influx of Illegal Aliens

SHARE THIS:                                    30

Texas Attorney General Ken Paxton has opened an investigation into the Texas Bar Foundation for its possibly aiding and abetting the mass influx of illegal aliens. The investigation is based on credible complaints filed by U.S. Congressman Troy Nehls (TX-22) and members of the public.

BREAKING: Texans asked to limit electricity use after six power plants go down ahead of a hot weekend

READ MORE

Primary Runoff     ERCOT     Texas Abortion Law     #TribFest22     Coronavirus Tracker

# Ken Paxton says he's being sued by the state bar for misconduct over his lawsuit challenging the 2020 election

A few hours after saying he was being sued by the bar, Paxton's office announced an investigation into the Texas Bar Foundation for "facilitating mass influx of illegal aliens."

BY JAMES BARRAGÁN     MAY 6, 2022     11 AM CENTRAL

COPY LINK



Attorney General Ken Paxton said Friday he's being sued by the state bar for professional misconduct tied to his lawsuit to overturn the 2020 presidential election results in four battleground states. 📷 Eric Lee for The Texas Tribune

KEN PAXTON
ATTORNEY GENERAL *of* TEXAS

(/)

Español (/es/news/releases/procurador-general-paxton-rechaza-el-colegio-de-abogados-de-texas-partidista-que-ha-sido-armado)

About (/about-office)   News (/news)

Opinions (/attorney-general-opinions)

Jobs (/careers/job-listings)

Contact Us (/contact-us)   🔍

M

HOME (/)  >  NEWS (/NEWS)  >  NEWS RELEASES (/NEWS/RELEASES)  >
PAXTON PUSHES BACK AGAINST PARTISAN TEXAS STATE BAR, WEAPONIZED AGAINST AG'S OFFICE
FOR DEFENDING TEXAS

September 24, 2021 | Press Release | Elections (/news/categories/elections)

# Paxton Pushes Back Against Partisan Texas State Bar, Weaponized Against AG's Office for Defending Texas

**SHARE THIS:**                          10

Today Attorney General Paxton filed an objection to the Texas State Bar's appointment of a one-sided and partisan

 NEWS

Home / News / Education News / Feds Investigate Harvard, Yale

# Colleges and Universities Fail to Report Billions in Foreign Donations

An Education Department investigation triggered schools to report $6.5 billion in previously undisclosed gifts from foreign countries.

By Lauren Camera

Feb. 13, 2020

 Save | ◯ Comment

(f) (y) (▣) (◯)



 CHUMBA CASINO       Play for free

 ALJAZEERA

 ▶ LIVE ✕

News | Courts

# Justice Clarence Thomas failed to disclose luxury trips: Report

*ProPublica says the US Supreme Court justice did not report travel offered by a donor, in possible violation of law.*



## You rely on Al Jazeera for truth and transparency

We understand that your online privacy is very important and consenting to our collection of some personal information takes great trust. We ask for this data because it allows Al Jazeera to provide an experience to it truly gives a voice to the voiceless.

You have the option to decline the cookies we automatically place on your browser but allowing Al Jazeera and our trusted partners to use cookies or similar technologies helps us improve our content and offerings to you. You can change your privacy preferences at any time by selecting 'Cookie preferences' at the bottom of your screen. To learn more, please view our Cookie Policy.

**Allow All**

Cookie Prefer ences

"The hospitality we have extended to the Thomas's over the years is no different from the hospitality we have extended to our many other dear friends," said Crow, who has for decades used his wealth to support conservative causes.

"Justice Thomas and Ginni never asked for any of this hospitality. We have never asked about a pending or lower court case, and Justice Thomas has never discussed one, and we have never sought to influence Justice Thomas on any legal or political issue."

You rely on Al Jazeera for truth and transparency

We understand that your online privacy is very important and consenting to our collection of some personal information takes great trust. We ask for this consent because it allows Al Jazeera to provide an experience that truly gives a voice to the voiceless.

You have the option to decline the cookies we automatically place on your browser but allowing Al Jazeera and our trusted partners to use cookies or similar technologies helps us improve our content and offerings to you. You can change your privacy preferences at any time by selecting 'Cookie preferences' at the bottom of your screen. To learn more, please view our Cookie Policy.

# Conspiracy theory by defense draws Judge Knize's ire

## Closing arguments expected today in Trevino trial

**By BARTON CROMEENS**
*Daily Light Staff Writer*

Defense attorney John Dixon's multiple attempts to portray a conspiracy among ex-police chief Ted Garber, Waxahachie City Manager Bob Sokoll and a police investigator in Roberto Trevino's life landed him in the hot seat with District Judge Gene Knize Wednesday.

Dixon claimed that the investigator in the state's sexual molestation cases against Trevino was in a personal relationship with the ex-police chief, who was a close friend of Sokoll. Sokoll was purported to have had a verbal altercation with Trevino at some time in the past in which he said that he would get rid of the man.

Twice, Dixon tried to have testimony pertinent to his theory admitted — both during a recall of the investigator and after Sokoll had been called to the stand. Knize retired the jury to hear the evidence and upheld the state's objection that Dixon's line of questioning was irrelevant.

"You are going to have to show some groundwork between the witnesses in this case and those who you are apparently trying to defame," Knize said to Dixon. "Tell me what you want to establish...You had (the investigator) on the stand two times and never asked her once if anyone tried to affect her bringing charges against the defendant. You can continue this next week with Bills of Exceptions after this trial is over."

Also, Dixon attempted to make a formal complaint against the district attorney's office during his questioning of the lead investigator in the cases against his client. Dixon claimed the assistant district attorneys had made signals to witnesses and that his client could not possibly receive an impartial trial.

Knize disagreed vehemently.

"I was facing you (Dixon) and the district attorneys when you asked your questions, and I didn't see them doing that," Knize said. "You were facing me so there is no way you could see them giving signals. What I'm telling you is you're telling me a bunch of beans — a bunch of booey."

Closing arguments and jury deliberation in the guilty/not-guilty phase of the trial are expected to begin today.

The defense began its case early Wednesday after the prose-

*See THEORY, Page 10A*

---

# THEORY

*Continued from Page 1A*

cution finished with its last witness — a medical expert in the examination of sexual assault victims. The doctor told jurors that out of over 1,000 exams of sexual assault victims only two exhibited evidence of sexual abuse and that a physical exam will not rule out sexual abuse.

Earlier lines of questioning by Dixon alleged police negligence for not referring the victims to a doctor, regardless of the amount of time that had passed.

The defense's case relied upon the testimony of friends and roommates of Trevino, a recall of the lead investigator, the testimony of the mothers of three of the alleged victims, a recall of the 14-year-old male juvenile who said his sexual affiliation with Trevino was consensual and testimony — outside of the jury's presence — from Sokoll.

Dixon asked two witnesses who had lived with Trevino during their early and late teen-aged years about their relationships with Trevino. The men, who both had spent time with the defendant since the age of 13, responded that they had stayed with Trevino, worked with him, gone places with him, been helped financially by him, and he had never made any sexual advances towards them.

Among other questions, prosecutors asked Trevino's friends where it was that the 48-year old Waxahachie man lived when they had stayed with him during their teens. Both witnesses said, at one time, Trevino was living with his mother.

Dixon recalled the lead investigator in the case and reviewed her training, investigatory actions and personal life.

With both the lead investigator and the witnesses that followed, Dixon's questioning was found to be either repetitive, irrelevant, argumentative on multiple occasions.



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

For Release

# FTC Joins Four States in Action to Shut Down Alleged Sham Charity Funding Operation That Bilked Millions From Consumers

## Settlements will permanently prohibit defendants from charity fundraising business, require them to pay back money for use by legitimate charities

September 16, 2020

Tags: Consumer Protection    Bureau of Consumer Protection    Charity    deceptive/misleading conduct    Non-Profits    Advertising and Marketing    Telemarketing

A sprawling fundraising operation that allegedly scammed consumers out of millions of dollars will be permanently banned from charitable fundraising along with its owner and others involved in its operation as a result of a lawsuit brought by the Federal Trade Commission and Attorneys General of New York, Virginia, Minnesota, and New Jersey.

The operation is made up of multiple companies all under the control of owner Mark Geivan, along with his associates Thomas Berkenbush, William English, and Damian Muziani. The complaint filed by the FTC    and the states alleges that the defendants served as the primary fundraisers for a number of sham charities that were the subject of numerous law enforcement actions.

The complaint alleges that the sham charities claimed to use consumers' donations to help homeless veterans, retired and disabled law enforcement officers, breast cancer survivors, and others in need. In fact, these organizations spent almost none of the donations on the promised activities.

"This action puts fundraisers on notice: the FTC will not only shut down sham charities, it will aggressively pursue their fundraisers who participate in the deception," said Andrew Smith, Director of the FTC's Bureau of Consumer Protection. "If you're giving to charity and want to make sure your donations count, start at ftc.gov/charity to learn how to spot the scams."

"It is critically important that donors are able to trust that their contributions are being used as they intended, and not to line the pockets of individuals who exploit the generosity of others," said New York Attorney General Letitia

James. "My office will continue to work with partners such as the FTC and other states to take action that protects donors and charitable entities."

The complaint alleges that as much as 90 percent of the money raised by the defendants for these sham charities went to the defendants themselves as payment for their fundraising services. What little money the charities did receive was rarely spent on any of their supposedly charitable missions, sometimes less than two percent.

According to the complaint, the defendants orchestrated the sham charities' fundraising operations by soliciting donations, writing fundraising materials, and providing other key support to the sham charities. Defendants placed calls misrepresenting how donations would be used, and in many instances, the calls violated consumers' do-not-call requests.

The defendants in the case, who have worked with each other for as long as 30 years, have been subject to numerous law enforcement actions dating back as far as 1996.

Under the proposed settlements, all of the defendants will be permanently prohibited from participating in any charity fundraising, and from deceiving consumers in any other fundraising effort, including for political action committees (PACs). The defendants will be required to clearly inform consumers at the time they ask for money that any donations are not charitable and not eligible for tax deductions. In addition, the defendants will be subject to significant monetary judgments and required to surrender assets as follows:

Geivan, Outreach Calling, Inc., Outsource 3000, Inc., and Production Consulting Corp. : These defendants will be subject to a monetary judgment of $56,023,481, which is partially suspended based on their inability to pay. The corporate defendants will be required to surrender $45,386. Geivan will be required to surrender $800,000, and will be required to sell two New Jersey properties he has a stake in and surrender any net proceeds of those sales.

Damian Muziani : Muziani will be subject to a monetary judgment of $484,172, which is partially suspended due to his inability to pay. He will be required to surrender $12,369.

Thomas Berkenbush : Berkenbush will be subject to a monetary judgment of $1,132,155, which is partiail suspended due to his inability to pay. He will be required to surrender $5,000.

William English : English will be subject to a monetary judgment of $370,000, which is partially suspended due to his inability to pay. He will be required to surrender $30,000. The terms of his settlement also prohibit him from participating in any fundraising activity of any kind.

The funds being surrendered by the defendants will be paid to the State of New York, which will contribute the funds on behalf of New York, Virginia, and New Jersey to legitimate charities that perform services that mirror those promised by the sham charities.

Texas Lt. Gov. Dan Patrick wants to pass parental rights bill, end professors' tenure

Dallas police chief fires officer who drove away after car he pursued crashed, caught fire

NEWS > CRIME

# A founder of the Innocence Project of Texas resigns, slams NY group



By Diana Jennings
2:08 PM on May 21, 2015

Listen to this article now                                                    1.0x
Powered by Trinity Audio

Jeff Blackburn, one of the founders of the Innocence Project of Texas, has resigned, according to Texas Lawyer.

ADVERTISING

The resignation letter, posted on the publication's website, says Blackburn felt that the work of criminal justice reform was being hampered by association with the New York-based Innocence Project, which he said has become a big business.

"I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state," he wrote. "I want to keep handling cases, working for change and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name 'Innocence Project' and the people in New York. They can keep their $100,000.00 'VIP' tables at galas, their friends from Goldman Sachs, and their need for control."

Gary Udashen of Dallas, president of the Innocence Project of Texas, said on the group's website, "Jeff will be missed, but the work will continue."

The spokesman for the New York-based Innocence Project could not be reached for comment.

LAWYERS

THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

718 S.W. 10th Ave.
Amarillo, Texas 79101
Tel: (806) 371-8333
Fax: (806) 350-7716
info@blackburnbrownlaw.com

May 13, 2015

Board of Directors,
Innocence Project of Texas
c/o Gary Udashen, President
Sorrels, Udashen and Anton
2311 Cedar Springs Road, Suite 250
Dallas, Texas 75201

> *"No legacy is so rich as honesty"*.
>     -Shakespeare, *All's Well that Ends Well*

Dear Friends,

Please accept my resignation as Chief Counsel of the Innocence Project of Texas.

This is one of the hardest decisions I have ever made, and I want to explain why I did it.

When we founded this project 10 years ago we were part of a movement. That movement was a loose coalition of groups devoted to freeing the innocent and changing the criminal justice system from state to state.

We did our part. We got people exonerated. We got good legislation passed. We made history with the Tim Cole case. We stayed small, democratic, and focused on reforming the Texas system. We created some great relationships with law enforcement officials and forensic scientists. We built a resilient, authentic, and independent outfit.

While we were doing that, the New York-based Innocence Project went from being a small nonprofit to an organization with a multi-million dollar budget. As its size grew, so did its appetite for money and its need to control the reform movement. What was once a movement has now become a business.

The Innocence Project now thrives on large contributions from the ultra-rich. It is full of Wall Street types and celebrities- this year the organization is even honoring a potentate from Goldman Sachs at an exclusive gathering in New York.

I said over a year ago that the interests of our Texas group and the people in New York would diverge more and more as time passed. I strongly urged us to dissociate from them by declaring our independence, changing our name, and returning to our roots as an independent group.

You all disagreed. I did not fault you for it, my friends – ours was an honest difference of opinion.

JEFF BLACKBURN
Board Certified Criminal Law
Texas Board of Legal Specialization



RYAN BR
BRUCE MOSELEY, OF COU



LAWYERS

THE GOLIAD FLAG

A SYMBOL OF TEXAN
RESISTANCE TO
INJUSTICE

May 13, 2015 Letter to Innocence Project of Texas Board of Directors
Pg. 2

Now, however, that disagreement has become too much for me to bear. I believe that staying connected with the New York people will compromise the work of criminal justice reform in this state. I want to keep handling cases, working for change, and improving forensic science in this state. I just don't feel like I can do that effectively if I am identified with the name "Innocence Project" and the people in New York. They can keep their $100,000.00 "VIP" tables at galas, their friends from Goldman Sachs, and their need for control. It is not for me.

Of course, I respect your decision to stay with that group even though I disagree with it. I hope you respect mine to move on.

There is a lot for each of us to do in this state. There is plenty of room for all of us. I am certain we will stay friends and colleagues in this movement, and I wish nothing but the best for the organization I founded and for each of you.

Sincerely,

Jeff Blackburn



GOING IN THE METHODOLOGICAL WEEDS

JURISPRUDENCE

# Revenge, Not Justice

Texas' brazen attempt to silence one of its most effective death penalty defense lawyers.

BY DAHLIA LITHWICK

MARCH 12, 2015 · 3:45 AM



We Use Cookies and Related Technology

Slate and our partners use cookies and related technology to deliver relevant advertising on our site, in emails and across the Internet. We and our partners also use these technologies to personalize content and perform site analytics. For more information, see our terms and privacy policy. **Privacy Policy**

No, take me to settings

OK

was arlington attorney John stickels disciplined

*Another Super Shyster Lawyer in charge of TX Innocence Project that would Not help [handwritten annotation]*

All | Images | News | Books | Shopping | More        Tools

About 10,600 results (0.79 seconds)

He was ordered to pay $500 in attorneys' fees and direct expenses. On January 15, 2021, John William Stickels [#19225300], 63, of Arlington, received a **public reprimand.** Mar 7, 2021

https://lawsintexas.com › LIT News

There's No Bars for Thievin' Lawyers Says Texas Bar. Y'all ...

About featured snippets · Feedback

https://www.texasbar.com › Template › MemberDirectory...

Find A Lawyer | John William Stickels - State Bar of Texas

Mr. John William Stickels. Eligible to Practice in Texas. Stickels & Associates PC ... Primary Practice Location: Arlington , Texas. 770 N Fielder Rd

https://www.law360.com › pulse › articles › texas-bar-sus...

Texas Bar Suspends 7 Attys, Reprimands 11 - Law360

Mar 1, 2021 — Seven attorneys were suspended and 11 more were reprimanded in the last ... including John Stickels, an attorney at Arlington, Texas-based ...

https://stickelslaw.com

Stickels & Associates, P.C. - Home

Founding Partner* Dual Board Certified by the Texas Board of Legal Specialization in Criminal Defense ... *John W. Stickels only ... Arlington, Texas 76012.
Criminal Defense · Bail Bonds · Family Law · Writs/Appeals
Missing: disciplined bar

http://stickelslaw.com › john-w-stickels-jd-phd

John W. Stickels, J.D., Ph.D.

John Stickels has been a trial lawyer for over 30 years and specializes in ... of Texas at Arlington in the criminal justice department for several years.

https://lsc-pagepro.mydigitalpublication.com › article

DISCIPLINARY ACTIONS Texas Bar Journal : March 2021

Mar 4, 2021 — PDJ 2020 9064, and suspended Nolte from the practice of law for two years for ... 2021. JOHN WILLIAM STICKELS [#19225300], 63, of Arlington, ...

https://www.exploralawyers.com › attorney › john-w-sti...

John W. Stickels, J.D., PhD | Lawyer from Arlington, Texas

John W. Stickels, J.D., PhD | Client Reviews of Attorneys & law firms. Criminal defense attorney from state of Texas. Rate Arlington's attorneys or write an ...
Missing: disciplined · Must include: disciplined

Images for was arlington attorney John stickels disciplin...

## Stickels John W

Website | Directions | Save | Call

3.9      7 Google reviews

Lawyer in Arlington, Texas

Address: 770 N Fielder Rd, Arlington, TX 76012

Phone: (817) 479-9282

Suggest an edit · Own this business?

Add missing information

Add business hours

Questions & answers
Be the first to ask a question

Send to your phone

Reviews ⓘ                    Write a review

"Was a life saver for our family during the distr

"DO NOT give this man your money!"

"John one of the most intelligent layers I've eve

View all Google reviews

People also search for

| Bruce Ashworth Law Office Attorney | Wes Ball Law, PLLC Criminal justice attorney | Shane Lewis Law Law firm | Keane Joedis Attorney |

About this data

Feedback

https://www.google.com/search?q=was+arlington+attorney+John+stickels+disciplined+by+the+texas+bar&sxsrf=ALiCzsZPKqnBpnuSDZ8I979hGJHrB...

OF TEXAS

January 22, 2023

Mrs. Gloria Trevino
12526 Olympia Drive
Houston, TX 77077

RE:    State of Texas v. Roberto Rodriguez Trevino
       Indec w/ child, Sex assault/ Agg Sex Assault/ Sex Assault-Child

Dear Mrs. Trevino:

I want to, again, extend my deepest condolences in the loss of your brother. I can only imagine how difficult this time is for you and your family. I'm sorry IPTX couldn't complete the initial evaluation of your brother's case. Unfortunately, with his passing, IPTX is closing his file.

Enclosed are all the documents you have forwarded to us as you have tirelessly advocated for his innocence.

I wish you the very best!!

Sincerely,

Kimberly Moore,
IPTX Paralegal

KM/dth

Enclosures



**SHARON KELLER**
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**LOUISE PEARSON**
CLERK
512-463-1551

EDWARD J. MART
GENERAL COUNSEL
512-463-1597

December 7, 2005

Gloria Trevino
12526 Olympia Drive
Houston, Texas 77077

Dear Ms. Trevino:

The Court is in receipt of your letter raising a claim of innocence. A claim of innocence must be brought forth to this Court through the proper appeal or habeas process. Therefore, the claim raised in your letter can not be considered by this Court.

I am herewith returning your letter. For assistance regarding your claim, you may wish to contact one of the innocence projects listed below.

Texas Center of Actual Innocence
727 E. Dean Keeton St.
Austin, Texas 78705
Contact: Robert Dawson

Texas Tech University
West Texas Innocence Coalition
1304 Texas Avenue
Lubbock, Texas 79401
Contact: Jeff Blackburn

Texas Innocence Network
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6371
Contact: David Dow

University of Texas at Arlington
Box 19595
601 S. Nedderman Dr.
Arlington, Texas 76019-0595
Contact: John Stickels

Very truly yours,

Louise Pearson
Clerk

LP/aa

Received
12/10/05

# New data: State prisons are increasingly deadly places

*New data from the Bureau of Justice Statistics shows that state prisons are seeing alarming rises in suicide, homicide, and drug and alcohol-related deaths.*

by Leah Wang and Wendy Sawyer, June 8, 2021

The latest data from the Bureau of Justice Statistics (BJS) on mortality in state and federal prisons is a reminder that prisons are in fact "death-making institutions," in the words of activist Mariame Kaba. The new data is from 2018, not 2020, thanks to ongoing delays in publication, and while it would be nice to see how COVID-19 may have impacted deaths (beyond the obvious), the report indicates that prisons are becoming increasingly dangerous – a finding that should not be ignored. The new numbers show some of the same trends we've seen before – that thousands die in custody, largely from a major or unnamed illness – but also reveal that an increasing share of deaths are from discrete unnatural causes, like suicide, homicide, and drug and alcohol intoxication.



State prisons, intended for people sentenced to at least one year, are supposed to be set up for long-term custody, with ongoing programming, treatment and education. According to

_____gerous conditions: In response to a Department of Justice ___vestigation finding that the Massachusetts Department of Correction "exposes [people experiencing a mental health crisis] to conditions that harm them," the DOC is piloting Fitbit-like bracelets for its population to track changes in vital signs related to mental health distress. Instead of rolling back harsh solitary confinement practices and improving how correctional officers respond to crises, the DOC is increasing surveillance and allowing another private company to profit off of prisons.

## Who is committing homicide in prison?

The number of homicides in state prisons reached a record high of 120 deaths in 2018, a reminder that while prisons are secure, they are largely unsafe. Violence in prison is commonplace, tied to trauma prior to incarceration as well as mental health stressors inside. The rate of homicide in state prison is 2.5 times greater than in the U.S. population when adjusted for age, sex, and race/ethnicity.

*While prisons are secure, they are largely unsafe.*

The *age* of those who died in prison seems most relevant when talking about illness, but older people were actually more at risk of homicide and all other causes of death, except for accidents. By absolute numbers, more homicide deaths affected people in their 20s, 30s and 40s, but the homicide rate was highest for incarcerated people aged 55 and older. They were twice as likely to die by homicide as anyone aged 25 to 44.

What about who is actually behind the deaths that are ruled homicides? The BJS data does not separate homicide committed by incarcerated people from death "incidental to the use of force by staff," or even "resulting from injuries sustained prior to incarceration." While correctional officials might go right to "prison gangs" or otherwise blame incarcerated people for these deaths, it's a bit more complicated than that. In this terrible instance, a correctional officer heeded a request to close a cell door remotely, allowing someone to fatally wound a 72-year-old man in total privacy. The nuance of who is responsible for prison homicides points to huge gaps in security and staffing, but also a clear indifference to people's lives and unaddressed anger and trauma.

## How can drug and alcohol intoxication deaths be so high, when prison security is so strict?

As we look back to the beginning of mortality data collection in 2001, no manner of death has spiked more than drug overdoses and alcohol intoxications. (Unfortunately, the BJS data does not distinguish between the two.)

... pandemic restrictions went into effect. Texas prisons also saw an uptick in drug contraband and related disciplinary reports in 2020, even as prison populations declined and visits were limited or cut off entirely.

Can we relate the thriving drug market in prisons to increasing drug-related deaths? Not directly. Clearly, though, the people working in prisons, who already turn a blind eye to violence and suffering, are responsible for introducing some of the dangerous substances that killed 249 people in 2018.

## Illness is still the most common cause of death, but how natural is illness in prison?

Even though most prison deaths each year are attributed to illness, and are therefore "natural," being sick or old in prison is not quite what it is on the outside. Incarceration can add 10 or 15 years to someone's physiology, and take two years off of their life expectancy per year served, alarming statistics when considered alongside longer sentences and high costs of healthcare for older people.

The systemic neglect of illness and aging in prison populations isn't natural at all. Every summer, we hear about prisons in hot climates that lack air conditioning, exposing incarcerated people to consistent temperatures of over 100 degrees. We've previously reported on these extreme heat conditions that exacerbate chronic diseases, counteract medications, and increase the risk of dehydration and heat stroke among even the healthiest people. In Texas, for example, when summer incarceration is described as unconstitutional, deadly, and a practice in reckless indifference, how natural are some deaths due to "illness"?

*The systemic neglect of illness and aging in prison populations isn't natural at all.*

Again, consider the mortality data that will eventually come out for 2020, when prisons and jails played host to the COVID-19 pandemic and over 2,600 incarcerated people (and over 200 staff) died as a result. We know how badly every state handled this situation; it will be important not to brush these deaths aside as simply succumbing to illness – nor the deaths caused by other illnesses that went untreated in understaffed, overwhelmed prison health systems. These thousands of people were failed by state criminal justice systems, and deserved care and precaution while in custody.

## State criminal justice systems can improve prison healthcare and loosen their grip on parole processes

We are supposed to trust prison systems to keep people alive and safe, so they can serve their sentences and be released back to their communities. The significant increase in overall "unnatural" deaths, like suicide, homicide, and drug intoxication tells us that state prisons

CAUSE NO. 21530-21534

FILED FOR RECORD
95 OCT -3 PM 3 39
DIXIE A FULLER
DISTRICT CLERK
ELLIS COUNTY, TX.

THE STATE OF TEXAS

VS.

ROBERT TREVINO

IN THE DISTRICT COURT OF

ELLIS COUNTY, TEXAS

40TH JUDICIAL DISTRICT

DEFENDANT'S FORMAL BILL OF EXCEPTION # 1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT TREVINO, DEFENDANT, in the above styled and numbered causes by and through his attorney of record, John A. Dixon and files this his Defendant's Formal Bill of Exception.

BE IT REMEMBERED that during the course of the trial of the above entitled and numbered cause the following transcribed, namely:  The testimony of GLORIA TREVINO, a defense witness, was excluded by the Honorable Judge GENE KNIZE after motion by the state for said exclusion. The testimony by GLORIA TREVINO would have aided the Defense in its assertion that the Trevino family in Waxahachie, Texas had been a target for harassment from officials in Waxahachie, Texas over a long period of time resulting in even physical abuse of some family members. Further, the testimony of GLORIA TREVINO would have aided the Defense in its assertion that the Defendant ROBERT TREVINO being a member of the Trevino Family was targeted by the officials in Waxahachie, Texas for continued harassment.  The testimony of GLORIA TREVINO is outlined in the Affidavit of PERSONAL Statement Regarding Change of Venue For Robert Trevino that is attached to this document.

The Defendant files and tenders this Formal Bill of exception to the Trial Court and asks that it be approved without qualification, or in the alternative, if it is approved with qualification, that the reasons qualification be stated or if it is refused, that the reason for the refusal be stated.

Respectfully submitted,

John A. Dixon
Attorney for Defendant
2616 S. Loop West, Ste. 400
Houston, Texas  77054
713-349-8387
SBN#:  00785824

THE STATE OF TEXAS        *

                            *

COUNTY OF ELLIS        *

## AFFIDAVIT OF RICK TUTTON
## IN
## DEFENSE OF ROBERT RODRIGUEZ TREVINO, TDCJ, No., 729766

**BEFORE ME,** the undersigned authority, on this day personally appeared Rick Tutton, who after having been duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Rick Tutton, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in defense of Robert R. Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Robert R. Trevino and family for over 20 years and am aware that Robert is a Disabled American War Veteran who received the Bronze Star and Purple Heart for his wounds and heroism during the Viet nam War. I am aware of Robert's 100% Post Traumatic Stress Disorder, back, feet and knee problems and other service-connected disabilities and I know Robert to be a very caring and attentive person who would give the shirt off his back to help anyone in need. My wife, kids and I lived with Robert at his home, located at 11 Yinger Street in Waxahachie, Texas from about March, April, May through June of 1994 during the time Patrick Lankford alleges that he was living with Robert, which is not the case. I was aware that Patrick was the leader of a gang of devil worshipers known as the "Pyro Pirates," involved in burglaries, arson, truancy, drugs and other criminal activities and that Patrick had criminal charges pending at the time. However, Patrick Lankford and/or any of his gang members did not ever live with us and I never witnessed any alleged abuses against Patrict and/or any of his gang members by Robert, nor did Patrict and/or any of his gang members ever reported any alleged abuses against them by Robert to me. In fact, to date, I have never even met any of Patrick's gang members who alleged Robert had been violently abusing them over a long period of time. I am aware of Robert's problems with the Waxahachie "authorities" and that they harassed and had it in for Robert. Subsequently, after Robert's arrest in Feb. 1995 for allegedly violently repeatedly sexually assaulting the alleged victims, Patrick and his gang members, I testified in court on Robert's behalf, however, Robert's attorney, John Dixon, was ineffective in using my testimony to impeach the credibility of Patrick Lankford. Patrict was dangerously manipulative, mischievous, had a violent criminal record, had criminal charges pending, was on probation, untrustworthy, unreliable, was out of control and the responsibility was being placed on Robert. Patrick's own mother didn't have any control and Robert had Court Orders to make sure Patrick got to and from school. I knew that Patrict had given false testimony when he stated that he had been violently sexually assaulted when he was a minor while living with Robert during the time that my family and I lived with Robert. Even though I was not with Robert 24 hours a day I witnessed Patrick's mother drop off Patrick at Robert's home about 6 O'clock in the A. M. and I accompanied Robert when he drove Patrick to school as well as when Robert picked up Patrick after school to go feed our pigs at the farm on the way to drop off Patrick at his home with his mother. Sometimes I drove my truck and my wife came along with us to drop off Patrick and we never observed or heard of any abuses nor did Patrick ever report any abuses against him by Robert. Contrary to Patrick's testimony, he never lived with us and I was always with Robert in March and April when Patrick was present. Therefore, attorney John Dixon was ineffective in using my sworn testimony to impeach the false testimony and credibility of Patrick during the trial. I am also aware that crucial defense witnesses were not called to testify, such as Robert's sister, Gloria Trevino who's testimony would have aided the defense in their assertion that Robert and the Trevino family had been a target of harassment from the officials for over a long period of time resulting in even physical abuse and continued civil and human rights violations. Both defense witness Gloria and Sugar Gun waited outside the courtroom for five days ready to testify. Defense witness, Sugar Gun, the juvenile court reporter, Patrick's probation officer and Patrick's psychiatrist, who's office was located directly across the street from the courthouse were also never called to testify and their testimony would have revealed the character and criminal history of Patrick Lankford. I am also aware that there were no members of Robert's peers on the jury and that the change of venue was blatantly denied in spite of the overwhelming hatred that the officials harbored against Robert and his family which was incited, aroused and compounded by the contributory prejudicial publicity. Furthermore, I am aware that Robert had suffered a relapse of his illness and had become disoriented and confused prior to trial which was why his attorney John Dixon requested a competency evaluation and medical treatment however was also ineffective and unsuccessful in obtaining and securing Robert's civil and human rights. No evidence was ever presented such as DNA, cuts or bruises, torn clothing, etc., and Robert was tried, convicted and condemned to life imprisonment. To date, Robert's second attorney, Robert Ford, has never even bothered to contact me.

Robert is a nice, caring and truthful man who did not cause any harm or trouble to these people and I do not know why they did this to Robert. I strongly believe that Robert did not get a fair and impartial trial as required by law and as guaranteed under the United States Constitution."

_signature_
RICK TUTTON

SUBSCRIBED AND SWORN TO BEFORE ME on this 17 day of DEC , 2000

Andrew Ortiz Cantu, Jr.
Notary Public, State of Texas
My Commission Expired
FEBRUARY 7, 2004

_signature_
NOTARY PUBLIC in and for the
State of Texas

THE STATE OF TEXAS       X

                                  X

COUNTY OF DALLAS       X

### AFFIDAVIT OF JUNIA BELL YOUNG
### IN
### DEFENSE OF ROBERTO RODRIGUEZ TREVINO, TDCJ, No. 729766

**BEFORE ME,** the undersigned authority, on this day personally appeared Junia Bell Young, who after being duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is Junia Bell Young, I am over 18 years of age, of sound mind, have personal knowledge of the facts I am attesting to and have the legal capacity to make this Affidavit in Defense of Roberto Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have known Roberto Rodriguez Trevino for several years and he is a very kind, honest and caring person I am aware that Robert is a disabled American War Hero that suffers from Post Traumatic Stress Disorder and other medical problems. My late husband, Alex, Robert and I spend a lot of time together and were best of friends. We went fishing often and at times spend the night at each others homes.

I am also aware of Robert's problems with the Waxahachie authorities and that they harassed him and had it in for him. In fact, after Robert's arrest in Feb. 1995, Alex and I spoke to Robert's attorney, John Dixon, and reported to him that we were with Robert on August 2, 3, 4 and 5 of 1994, from about, 7 in the P.M. to till about 10 P.M and sometimes till Midnight, for a planned fish fry/get together on August 6, 1994. And that on August 3, 1994 Robert had come back home with us to help us clean the fish and had spend the night with us. Robert had left early the next morning to be back at his home by 6 in the A.M. Robert was with Alex and I during the time the alleged victims were accusing Robert of sexual assault and Robert is innocent. Attorney John Dixon had asked us to wait outside the courtroom every day of the trial to be called in to testify as defense witnesses and Alex and I waited, however, attorney Dixon never called us to testify on Robert's behalf. There were other crucial defense witnesses waiting outside the courtroom, including, Robert's sister, Gloria Trevino, who's testimony would have uncovered that Robert and the Trevino family had been the target of systematic abuse and civil rights violations by the officials. The Juvenile Court Reporter, Sugar Gunn, who had vital information about the violent criminal records and activities and lack of credibility of the alleged victims and her husband, Bill Gunn, character witness for defense were present, however, they were never called either. Defense witness, friend/former roommate of Robert, Rick Tutton, was also present however, attorney Dixon did not use his testimony effectively. The probation officer of the alleged victims and their Psychiatrist were never called to testify. No evidence of any crime was ever presented, there was extensive explosive prejudicial publicity, the change of venue was denied and there were no minorities on the Jury. I am also aware that Robert was suffering from stress and confusion and his attorney Dixon was ineffective in affording Robert a Competency Evaluation/Treatment.

There's no question in my mind that Robert did not get a fair and impartial trial as required by law."

                                         Junia Bell Young

Subscribed And Sworn To Before Me on this 27 day of _August_, 2001

                                     Notary Public in and for
                                     State of Texas

ANNE FAVORS
MY COMMISSION EXPIRES
July 6, 2005

STATE OF TEXAS            §
                         §
COUNTY OF PARKER          §

AFFIDAVIT OF JAMES D. LAMB
IN
DEFENSE OF ROBERTO RODRIGUEZ TREVINO
TDCJ No. 729766

BEFORE ME, the undersigned authority, on this day personally appeared James D. Lamb, who after duly sworn, swears and deposes under oath that the foregoing Affidavit is true and correct:

"My name is James D. Lamb, I am over 18 years of age, of sound mind, have the legal capacity to make this Affidavit in Defense of Robert Rodriguez Trevino and in the interest of True Justice, freely make the following testimony to the best of my recollection and belief;

I have lived in Waxahachie for 20 years and I met Robert at the city council meetings. I am aware that Robert is a disabled American Veteran and Recipient of both the Bronze Star and Purple Heart. Robert had been campaigning for the resignation of the City Manager, Bob Sokol and Chief of Police, Ted Garber. On one occasion after Robert had completed addressing the council, I overheard the Chief of Police, Ted Garber, tell Officer Billie Wiggins, "We need to get rid of Robert." After the meeting, I approached Robert and warned him of what I had overheard and advised Robert to be careful. Later, I was made aware that after another city council meeting, Robert was, indeed himself the victim of a verbal altercation during which time he was threatened by Bob Sokol who swore to get rid of Robert. Robert had filed criminal charges against Bob Sokol, however, no action was taken against the Waxahachie City Manager. Joe Grubbs and Gene Knize had previously been chastise by appeal court judges for prior violations of Robert's Civil Rights. I am also aware that former Judge Mike Boyd, the son of the late Sheriff Barney Boyd, was now president of a Bank, was known as the "Care-taker" of the Marijuana Patches in Ellis County and that he had testified against the Change of Venue that Robert's attorney had filed and stated that there was no conspiracy and no prejudicial publicity. The chief of police has been under investigations by ATF for illegally selling guns to gun dealers in Arizona and later stated that he had simply made a mistake and continues to "Police the Town". If you don't go along with whatever plans or schemes they have in mind they will harass and ruin your life and your families. Since no action has ever been taken against them, most people are afraid to come forward or they just refuse to believe the truth. What the Waxahachie officials have done to Robert and his family is a perfect example of the high crimes and misdemeanors against humanity that they are capable of and need to be restrained and brought to justice.

Therefore, I strongly believe that Robert did not get a fair and impartial trial as required by law and is the victim of the classic, "RAILROAD."

JAMES D. LAMB

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 20ᵗʰ day of August, 2001.

Notary Public in and for the State of Texas

SUE D. HUDDLESTON
Notary Public, State of Texas
My Commission Expires
June 20, 2005

CAUSE NO. _2 / 5 3 1_____ CR'
DA# 02-1372

THE STATE OF TEXAS
V.
ROBERTO RODRIGUEZ TREVINO

OFFENSE:  ~~AGGRAVATED~~ SEXUAL ASSAULT
          OF A CHILD

AGENCY:  WPD

WITNESSES:   BILLIE WIGGINS
             SHAWN LANGFORD

§ FILED FOR RECORD
§
§ 95 MAR -1 PM 2:54
§
§ BILLIE A FULLER
§ DISTRICT CLERK
§ ELLIS COUNTY, TX.
§
§
§
§
§
§
§
§
§ (This Space For Clerk's Use)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized, sworn and impaneled as such for the County of Ellis, State of Texas, at the December 1994 Term of the 40th Judicial District Court for said County, upon their oaths present in and to said Court that on or about January 17, 1994, and before the presentment of this indictment, in the County and State aforesaid, Roberto Rodriguez Trevino did then and there intentionally and knowingly cause the penetration of the anus of Shawn Langford, a child who was then and there younger than 17 years of age and not the spouse of the defendant, by defendant's sexual organ, ~~and the defendant did then and there by acts and words threaten and place Shawn Langford in fear that death and serious bodily injury would be imminently inflicted on Shawn Langford, and said acts and words occurred in the presence of Shawn Langford, and in the course of the same criminal episode the defendant used and exhibited a deadly weapon, to wit: a firearm,~~

AGAINST THE PEACE AND DIGNITY OF THE STATE.

D.A Steve-Marshal
_____
FOREMAN OF THE GRAND JURY

only allowed : Shawn Lankford,
to recant ~~self~~ half a lie!
"Big Big Rd Flag!"
V2591





**ELLIS COUNTY
SHERIFF'S OFFICE**

For Immediate release: Arrest of Parents of Infant Homicide Victim:

On Saturday, March 19, 2022, Ellis County Sheriff's Deputies responded to a residence on Lone Elm Road in Waxahachie, TX, in reference to a child who was not breathing. Responding elements arrived on location and observed a female infant child being loaded into an ambulance. Emergency medical personnel were performing CPR on the child. They transported the infant to Methodist Hospital in Midlothian where, despite lengthy life-saving measures, the child was pronounced deceased on March 19, 2022 at 11:16 AM. The investigator assigned to this case conducted preliminary interviews with the parents of the deceased child. They were identified as Shawn Lankford and Heather Williams.

A subsequent investigation was conducted by the Ellis County Sheriff's Office Criminal Investigations Division. At the request of the sheriff's office lead investigator on this case, an autopsy was conducted by the Dallas County Medical Examiner's office. The autopsy later revealed the manner of death for the child was "toxic effects of methamphetamine in an unsafe sleeping environment". As a result of this investigation, arrest warrants for the offense of Murder were obtained on Shawn Lankford and Heather Williams.



Heather Williams W/F 09.07.1991          Shawn Lankford W.M. 09.18.1978

On June 07, 2022, both suspects were arrested and booked into the Wayne McColum Detention Center. Their bond has been set at $1,000,000 each.

300 South Jackson Street    Waxahachie, Texas 76165    Phone: 972.825.4901    Fax: 972.825.4941





Veterans In Petition For Justice
Gloria Trevino
12526 Olympia Drive • Houston, TX•77077•281-920-9519

# Vietnam War hero, convicted rapist attracting media attention

HOUSTON—Robert Trevino was a highly-decorated (Silver Star, Purple Hearts) Vietnam War hero who worked hard as a plumber in Waxahachie, Texas; he was also active in the community, working to get the City of Waxahachie to help families with basic services. Well, as his political activism progressed, so did his list of enemies.

Robert Trevino was sentenced in 1995, before 40th District Judge Gene Knize, on 24 counts of sexual assault. Ellis County Press Reporter, Joey Dauben with the help of The Ellis County Press' senior columnist/investigative reporter Fred Shannon & Co. have put together, researched, read, re-read, written, interviewed, researched some more, re-read some more, and have come out with the evidence that there was a conspiracy to frame Robert Trevino for the heinous charges.

Veterans In Petition For Justice, led by Gloria Trevino, Robert Trevino's sister, who lives in Houston, has been working tirelessly for the past nine years to free him from prison. She says her brother has been falsely accused and unlawfully imprisoned for a crime he didn't commit. Robert Trevino is serving a life sentence at the Texas Department of Criminal Justice, Michael Unit in Tennessee Colony, Texas, for aggravated sexual assault.

The evidence – Shannon's in-depth editorials, as well as an article by Dauben – are provided below for the first time outside of The Ellis County Press web site. Dauben has set up a Web site called the Robert Trevino Case. http://www.joeydauben.com/Trevino.htm. The Trevino pages are updated weekly.

## The Robert Trevino Case

### Waxahachie man goes from Vietnam War hero to rapist

JOEY DAUBEN
*The Ellis County Press*

12-31-03

WAXAHACHIE – Fred Shannon is back.

Shannon, this newspaper's former investigative journalist and senior columnist, has spent the past several months reading and re-reading trial testimony and conducting interviews with family members of Robert Trevino, a highly-decorated Vietnam War hero was sentenced to prison in 1995 on 24 counts of sexual assault.

The case, according to several editorials in recent weeks (with Part 3 this week), documents the deliberate attempt to pin the charges on Trevino from a wayward police investigator, Waxahachie City Manager Bob Sokoll, who threatened Trevino that "someone will get rid of you", and District Judge Gene Knize, as well as County/District Attorney Joe Grubbs.

"This all started with Tulia," Shannon said. "They had a rogue cop, a conspiracy to put the [blacks] in jail...it's the same as [the Trevino case]."

Since the trial, Trevino's family has sought a pardon from Gov. Rick Perry, which he has denied, but a committee to study wrongful imprisonments of war veterans was created by Houston Sen. Rodney Ellis.

The case will be brought before the public in a series of editorials, and then, this reporter will investigate and come out with actual news articles for follow-ups.

"This resembles Tulia so much and how they violated everyone's civil rights," Shannon said. "It's up to us to make sure this doesn't happen again."

http://www.joeydauben.com/Trevino.htm

Wuddn't Nuthin' But A

Part I

"Wuddn't nuthin' but a bunch of damned Meskins. What you press folks doing up here stirring up trouble anyway?"

These were the words screamed at me by a citizen of the small town of Tulia, Texas during the public review held at the Tulia Junior High School, July 10, 2002. The public review was conducted by the administrator of the Texas Alcohol and Beverage Commission (TABC) after a TABC raid on the Rosales Family home at a graduation party for their oldest son.

Illegal entry was performed by agents of the TABC, while the law enforcement officials of Tulia and Swisher County looked on. In short the TABC agents were doing local law enforcements' job. Because of the out of media coverage, such as the Ellis County Press (ECP), this infringement on the civil rights of more than 15 individuals resulted in the firing of two of the TABC agents.

To also let the good citizens of Tulia know that civil rights violations would be broadcast nation wide. Tulia, the town where Tom Coleman, who will face charges later this year for his efforts there, was hired to participate in a Drug Task Force operated in the Panhandle of this state. Tulia, the town where 10% of the total black population of the city was arrested, tried, convicted and sentenced to long term prison sentences based on Coleman's testimony, his and his alone. Testimony and evidence that was thought, by a retired judge, to be contrived for arrest purposes only.

Testimony and evidence, certainly not verified by another law enforcement official, which eventually affected the lives of over 39 individuals and their families. The entire episode finally resulting in a pardon of all individuals charged, by the Governor of the State, Rick Perry. Tulia, the town where the County Sheriff Larry Stewart, who hired Coleman, and the District Attorney Terry McEachern requested Coleman's previous law enforcement history not be allowed to be presented to the jurors in the many trials of the defendants.

Tulia, the town where the District Judge Ed Self allowed Coleman's testimony to stand, while sealing the historical facts of Coleman's previous law enforcement records. In press language this just sounded like a "choo choo" job to those of us who were knowledgeable of the facts, and it subsequently proved to be just that. This is the same Tom Coleman who was hired by Ellis County District Attorney Joe Grubbs, to participate in the Drug Task Force in the county. Subsequently Grubbs had to terminate Coleman for whatever reason; one never fully explained to the public from what I can gather.

No one wants to talk about it. But accordingly one has to ponder and wonder if individuals were wrongfully arrested, tried, convicted and sentenced in Ellis County in a Tulia like manner. Shortly after the Tulia Hispanic mess I received a phone call from a young lady who introduced herself as a sister to a man who was serving three consecutive life prison sentences for crimes she claimed he did not do. Bear in mind that

investigative journalists and editorial writers receive these type calls almost daily, and intense scrutiny has to be accomplished in order not to wander off on the proverbial wild goose chase.

After hearing approximately one hour of her conversation, I made the decision to look further into the situation. I requested any documentation she had, relative to her claims and, although incomplete, some of those documents arrived two days later. After spending almost 8 hours going over these papers, I smelled railroad locomotive smoke and heard steel wheels on steel tracks. I made the decision to investigate further and I immediately contacted the Owner/Publisher of the Ellis County Press—a paper who "ain't afraid to say what needs to be said and stays with the facts"—and informed him of what I had. Charles and Sheila Hatfield said "GO" and we have. I discussed the possibilities with one of the ECP's staff writers, Joey Dauben, who agreed to do the investigative reporting on the articles.

Shortly after the decision was made to go public with the facts of the case, we held a meeting with the family of the gentleman who is currently incarcerated, and more details were gleaned from these family members, along with a complete transcript of the trial. After having read the complete transcript, consisting of four complete books, plus a Bill of Exception, five times, I am convinced this trial was one of the biggest "railroad jobs" that has ever been conducted by the judicial system.

This trial, and all the incidents connected with this trial was conducted in ELLIS COUNTY on August 21, 22, 23, 24, 1995 via Cause Nos. 21,530, 21,531, 21,532, 21,533, 21,534 in the 40th Judicial District Court of Ellis County, Texas. The case is listed as State of Texas vs. Roberto Trevino. Major players include the Honorable Gene Knize, Judge of the 40th Judicial District Court of Ellis County, Mr. Joe Grubbs, District Attorney, Ms. Lacy Buckingham and Mr. Steve Marshal of the District Attorney's staff, along with Mr John Dixon, attorney at law for the defendant, Robert Rodriquez Trevino. Mr. Trevino is a Hispanic, Mr John Dixon is a black lawyer from Houston Texas, the jury was all white, the judge is white, Mr. Grubbs is white, and both Ms. Buckingham and Mr. Marshal are both white, and this trial took place in Waxahachie, Texas.

There were two blacks in the jury pool, one struck by the defense, and one struck by the prosecution on one of the most outrageous rationales this writer has ever heard. More on this later. Now, if that's not a loaded gun to the temple with 5 fingers on the trigger, you'll never see it. So be it, the change of venue, requested by the defense, was opposed by not only the prosecution, the judge, district attorney, but it was verified that a fair trial could be held in Ellis County by one Mike Boyd, a banker from Italy, Texas also the son of one Barney Boyd (deceased), a former Sheriff of Ellis County. Help me here please!

How in the hell could a banker from Italy, Texas be called on to testify to the ability of this court to conduct a fair and unbiased trial? What special air exists in Italy that would provide that capability? Did Mr. Boyd have some special elixir he was drinking in order to make that decision, or perhaps he may just have been called on by someone involved to come forth and share his great knowledge with the world.

One thing for certain, you can bet the farm if this happened, no one from the defense team made that request. The local paper in Waxahachie, the Daily Light was publishing almost as it's name implies, "daily" reports on the pre trial events. Some 45 year old Hispanic had abused several "children" and he was gonna pay. Wait until we get through presenting these "children" to you along with their public Open Record resumes. You will just have to ask yourself how these people's testimony could ever be presumed to have any veracity whatsoever.

You have to ask, "Why is Shannon on this case so vehemently?" Firstly, I have the utmost sympathy, compassion, and respect for the Hispanic cultural group. I am a Comanche Native-American, the white man's hyphenation, not mine. I prefer to be called what I am, an American Original. I was raised with the Mexican people on our ranch in west Texas, and spoke the language fluently at one time. I understand the culture very well and I believe I can judge the character of the Hispanic as well as anyone. I'm also intelligent enough to realize though established as a "Minority Group" at the current time, the Hispanic will

be the "Majority Group" in this state in the near future. One other thing that is eating in my craw; Robert Trevino and I are brothers who share a common bond.

That bond is we both fought our asses off in Viet Nam, and both of us were severely wounded, while some of the American Elite either dodged the draft, burned their draft cards, joined the National Guard and didn't make the meetings, rode the education band wagon for student deferments while failing their courses. Others left for Canada, and were pardoned by the infamous peanut farmer from Georgia, Jimmy Carter, and the Rockefeller group from New York City. Meanwhile Robert Trevino, Fred Shannon, and thousands of other "peons" were either drafted and/or volunteered to do battle with whoever the idiot congress and the president decided to do battle with across the globe. I might add, there were over 50,000 who paid the supreme sacrifice and didn't come back to the land of the big PX, and over 2000 MIA's that Nixon and company negotiated away to spend eternity in the Tiger Cages of Southeast Asia. Bitter, you bet your ass we're bitter. We can become more mean, nasty, and sordid when you screw with one of the brothers, and folks that, in my opinion, is just what the "Ellis County Musical Chair Politicos" did to Mr. Trevino.

Of course I'm referring to Messrs. Grubbs, Knize, Sokoll, an ex-police chief named Garber--the same individual who sold the confiscated guns to the Arizona combine until he was caught--, and possibly, one of the Detective Investigators of the Waxahachie Police Department who is still employed there. So here's our heads up to the individuals listed above, and to all the witnesses who participated in the trial and/or anyone named in the Official Transcript of the trial. We will be using names, dates, incidences, testimony and any other items deemed pertinent from this public record.

And to those who have participated in this railroad job; "You've made a mistake in believing because he's just one more "Mexican Meskin", trying to get the city politicos to stand up and do what they've sworn to do, ain't nobody gonna' care what happens to him." Waylon Jennings said it best in one of his old country songs, "WRONG!!" I would wager that when we put the "real facts" before the good citizens of Ellis County in this case, these public politicians are gonna' answer more questions than they've ever had the opportunity to provide in all of their "public trough feeding" careers. Every instance, quotation, and personal opinion mentioned in the future parts of this editorial will be based solely on that Official Transcript.

There will be no "allegations, unnamed sources, individuals who request anonymity, persons who will not be identified, or any politically correct statements forthcoming. In other words this will be a bare bones, bare knuckle, honest, hard hitting, factual presentation of the facts of this Ellis County Choo Choo. If you think you're going to have a problem with any of this, you can contact me at 432-553-5851 or a local call to 972-544-2369 for Charles/Sheila Hatfield, or Joe Dauben. We'll be glad to talk to you and make every attempt to lessen any hardship this trial reconstruction might cause you or your family. We will not, however, jeopardize Robert Trevino's future by withholding any information we think could do that very thing.

Fred Shannon – Former Senior Columnist and Investigative Reporter Ellis County Press

http://www.joeydauben.com/Trevino.htm

Waitin' Nuttin' But A _____

Part II

"On the evening of 6 Sep 69 the 1st Platoon Fox Company 2/26 was conducting operations in defense of the Danang Area. At approximately 2400 hours the platoon CP (Command Post) was assaulted by a platoon of NVA (North Vietnamese Army). The initial assault started with 82mm mortars falling around and inside

the perimeter————. The first burst of fire found five Marines seriously wounded, one of the Marines was in the same hole occupied by PFC TREVINO. The wounded Marine was bleeding excessively as the assault continued. PFC TREVINO, seeing the wounded Marine applied battle dressing to the Marine to stop the bleeding. All during this time PFC TREVINO's hole also kept receiving heavy automatic fire————. The firing increased as the firefight continued but PFC TREVINO did not abandon his wounded comrade, and at one point in the firefight PFC TREVINO received one round going straight through his helmet yet he continued to return fire. The bizarre phenomenon of his actions were he was wounded badly himself with shrapnel metal. After the enemy were moved back, after leaving five dead behind, PFC TREVINO got medical help for his wounded buddy before attending to his own wounds. PFC TREVINO was a definite inspiration to the remaining men that were not wounded. And most of all his actions bringing credit to himself and the U.S. Marine Corps. PFC TREVINO is highly recommended for the Silver Star."

The above is an extraction from a recommendation filed by PFC TREVINO'S platoon sergeant Robert A. Costeno to the Commanding Officer, Battalion Landing Team 2/26 of the United States Marine Corps.

As I read the recommendation above, I correlated it to memories of the disaster of Vietnam and also to some of my own experiences. The Silver Star was not awarded, I don't know why, but Robert R. Trevino received the Bronze Star with a V device for the valor he exhibited on this terrible night. A Hero by any definition.

This is the same Robert R. Trevino which, 27 years later on August 21, 1995, would face some of the most horrendous charges in a court of law imaginable; the sexual abuse of a child. Prior to this trial, Robert Trevino faced another set of charges in Ellis County. He was charged and convicted with unlawfully carrying a handgun. But an appeal to the Court of Criminal Appeals of Texas on case number 53785, dated Sept 21, 1977 was honored by that court and reversed the conviction.

Court statement, first paragraph: "Defendant was convicted before the County Court, Ellis County, Joe Grubbs, of unlawfully carrying a handgun, and he appealed. The Court of Criminal Appeals, Green, C., held that the record was not sufficiently developed to show that the defendant knowingly and intelligently waived his right to counsel after being made aware of advantages and disadvantages of self-representation, thus requiring reversal. Reversed and Remanded." The Court document goes on to state the legal participants involved as Russ W. Henrichs, Dallas, For the Appellant. Gene Knize, County Atty. And Constance Smith McGuire, Asst. County Atty.; Waxahachie. Jim D. Vokers (Sic) State's Atty. And David S. McAngus, Asst. State's Atty, Austin for the State. Readers the above is not a typo. In September 1977 Joe Grubbs WAS the County Judge, and Gene Knize WAS the County Attorney.

The musical chairs, reversing these two men's position happened at a later date. But in any case, both of the gents had their wrists slapped and you can bet the fact they didn't forget. At a later time when Robert Trevino was hit with the trumped up charges of sexual abuse of children, both of these men played a HUGE part in getting him sent up the river to serve 3 consecutive life sentences in one of the most hideous examples of justice miscarriage this writer has ever witnessed.

Subsequent to obtaining a complete court transcript, and carefully reading it over 6 or 7 times by several members of the Ellis County Press team, it was decided because of the fact all of the primary witnesses—although juveniles at the time of the trial—are now adults; we will provide the names of those witnesses along with their current criminal/civil court records. There were five "children" involved in testimony for the prosecution: Stacy Harris—A 13 year old girl at the time of trial. In the summer of 1994 she was the 12 year old girl friend of 17 year old Patrick Lankford, and readily admits having sexual intercourse with Patrick in Robert Trevino's house while Robert was in the house, but not in the bedroom. Page 39 Court Transcript, dated August 22, 1995. She later claimed that Robert Trevino mixed her a drink and she became ill and threw up in the bathroom. She then claims she laid on Trevino's bed and he fondled her, while at the same time she was ill and still throwing up. Her entire testimony is fraught with lies.

These lies are apparent in the Court Transcript and will be discussed later. Shawn Lankford–A 16 year old boy at the time of the trial. He is a younger brother to the same Patrick Lankford who had sex with Stacy Harris when she was 12 years old. His claims that Robert Trevino had sex with him several times and that it was painful each time, but he also admits that he returned to Trevino's house many times. When queried why, if the sex was painful, did he keep going back to the Trevino house, his answer was words to the effect, "I just didn't have any other place to go." Yeh right. Much more will be revealed when we take this person's testimony apart as we plan to do. Patrick Lankford–An 18 year old man at the time of the trial and the "ringleader" of this gang. He claims to have had multiple contacts, sexually, with Robert Trevino. In the next breath he also claims pain, but he too also remained in contact with Trevino. He also, readily admits having sex with Stacy Harris when she was 12 years old and he was 17. He also, under oath, admits he and his parents couldn't get along and his mother, Mrs. Harris, obtained a court order for Robert Trevino to take him to school and pick him up daily. This in order to keep him from going to Juvenile Detention.

His testimony, relative to the date he was molested, would be absolutely hilarious if the results of that testimony weren't so tragic. That is, if Judge Knize would have exercised his judicial responsibility and thrown the entire case out of court after this man's claims became so bizarre it was unbelievable. I will wager you will be screaming for blood when I finish this man's testimonial analysis. Shannon (Shane) Russell–A 15 year old boy at the time of the trial. This kid had to be brought to the trial site from Stephenville, Texas, where he admittedly was in a drug and alcohol treatment center and had been there since August 27, 1994. That in accordance with the court document. Remember we're in trial on August 22, 1995. He, too, claims Trevino had sex with him many times, but like the others he continued to go to Trevino's house and farm. He also admits he told no one about his alleged relationship with Trevino until detective Billie Wiggins of the Waxahachie PD came to his house to hear what happened to him. Did he complain to anyone before that time?

No. Did he file any charges against Trevino before that time? No. Then how in the good name of anyone did Billie Wiggins find out about the alleged attack on this boy. Well, your Patrick Lankford, Shawn Lankford, Stacy Harris and a couple of more members of the gang into the mix and you see a conspiracy starting to unfold. There's a reason for all this that will be forthcoming, I promise you. Christopher Williams–A 16 year old boy at the time of the trial introduced to Trevino by Patrick Lankford. Yep, Williams was another member of the Patrick Lankford fraternity. He, like the others, alleges that Trevino had sex with him many times and it was painful, but he also kept coming back to the Trevino house and farm. He also claims Trevino held a gun on him to have sex. He admits under oath that Patrick Lankford burglarized his home and they, at trial date, are no longer friends. When we take this testimony apart you'll see the beginning of the end for Trevino's chances of a fair trial.

Not in Ellis County. There you have a little background on the five principal witness who filed charges against Trevino. The coincidence of the charge filing dates will be discussed at length, along with the actions and inactions of the Police Detective assigned the case, Billie Wiggins at the time of the trial. Ms. Wiggins has married and is the same Lieutenant Billie Wiggins Pendleton still assigned to the Waxahachie Police Department. Much more on her later. That's this episode, limited only by space in the press. There is so much to this mess, it will have to be an ongoing serial according to the Editor. It will be and we will continue to provide you, the reader, with facts and only facts.

Fred Shannon–Former Investigative Reporter and Senior Columnist Ellis County Press

http://www.joeydauben.com/Trevino.htm

"Wouldn't Nothin' But A _____

Part III

Robert R. Trevino is currently serving three consecutive life sentences for several counts of child abuse. He is the victim, in this writer's opinion, of a travesty of justice executed against him in the 40th District

Court, Ellis County, on August 21 through 24, 1995. But the icing on the "railroad job" cake occurred October 3, 1995 during a Bill Of Exception hearing before the HONORABLE GENE KNIZE, Judge, Presiding.

Texas Appellant Court Rule 33.2 covers Formal Bills of Exception. These bills are filed, formally, to complain on appeal about a matter that would not otherwise appear in the record in a court of law. Mr. Trevino's attorney, John Dixon, filed such a bill in order to argue several points he was not able to make during Mr. Trevino's trial, and to set the stage for an appeal of Trevino's case.

What happened during this hearing will be taken "verbatim" as a true copy from the document labeled "BILL OF EXCEPTION" covering Case no's. 21,530 to and including 21,534, dated Oct 3, 1995 prepared by Bryan L. Goday, CSR. This is a public document and can be obtained from the Court. There will be several quotes in this article taken directly from the bill, utilizing names, times and dates if necessary. Part III of this series will deal with only the Bill Of Exception direct examination of one BILLIE WIGGINS, the officer responsible for the investigation of the charges against Trevino.

Ms Wiggins is currently employed with the Waxahachie Police Department and is actively engaged in police work activity. She has, however, married and now is known as Billie Wiggins Pendleton according to Texas State Driver's License Records. The direct examination of Ms. Wiggins, by Mr. Dixon, will be covered extensively. There are several areas of the discussion that leaves this writer "cold" with her answers. There is, in one subject area, she was asked the exactly worded question and in one instance her answer was "Yes", and shortly thereafter she answered the same question "No".

It will be pointed out to you. During this direct examination, Mr. Marshall of the District Attorney's office made several objections, some sustained and some overruled. Marshall did, however, object to the very first question Dixon asked Wiggins. Here is the Question and answer from the transcript. Dixon: Officer Wiggins, what was your relationship with former Police Chief Ted Garber? It was objected to by Marshall and overruled by the Court. Dixon again had to repeat the question and the following is Wiggins answer. Wiggins: He was the Chief of Police for the Waxahachie Police Department where I was and am still current employed. It was obvious that Dixon was trying to establish a romantic relationship between the two and proved so during the following questioning. This examination can be found from page 17, line 15 through page 29, line 8 of the official transcript.

During the questioning Ms. Wiggins makes the following statement on page 19, lines 2 through 7: "WITNESS: I would like to state for the record, the time we are going back into, it was a very traumatic time in my life. I was HOSPITALIZED AND DIAGNOSED WITH MAJOR DEPRESSION. So I will answer your questions with the best of my recollection." (This is Ms. Wiggins Testimony verbatim from the transcript. The emphasis and capitalization are added.) This is a law enforcement official, testifying before a District Judge, after investigating charges against another human being that had just received 3 life sentences in prison? This is a law enforcement official with the capability of carrying a sidearm and making arrests of the citizens of Waxahachie? Wouldn't it appear to someone that this person's actions and/or reactions could possibly be questionable?

Wouldn't a "justice seeking" Judge be at least a little curious about this witness' testimony? Pointing out possible perjury in Ms. Wiggins testimony about a meeting held in the Council Chambers in Waxahachie. In the Bill Transcript—page 20, line 18 through 25 same page: Q. Do you ever remember seeing Robert Trevino at a City Hall meeting designed for the purpose of addressing the termination or resignation of Ted Garber? A. Yes. Q: Were you at the meeting when City Manager Bob Sokol allegedly verbally assaulted Robert Trevino? A. Yes, sir. Page 27, Line 25 and page 28, lines 1 through 4, the following question and answer are made: Q. Do you know — were you at the meeting — did I ask you whether you were at the meeting on the night that Mr. Sokol allegedly verbally assaulted Robert Trevino? A. No, I wasn't...

Well, was it YES or was it No? This is a legally sworn law enforcement official answering a question with completely opposite responses in the course of a few minutes. Short memories don't belong in life

threatening situations, or obtaining evidence resulting in life sentences for an individual. Here's the killer question and answer. It appears on page 28, lines 24-25 and page 29, lines 1-3 of the official transcript. Q. But you didn't like Robert Trevino's attacks on Mr. Garber, did you, Ms. Wiggins? A. I HAVEN'T LIKE ROBERT TREVINO SINCE THE FIRST TIME I ISSUED HIM A CITATION, WHICH WAS THE OCCASION I SPOKE OF THE FIRST YEAR I CAME HERE. (Emphasis added, but the word "like" was probably "liked") Now if you were a District Judge and you heard this law enforcement official make this statement in a Bill of Exception hearing, what would you think of the extensive testimony she gave during the trial? What's more important, what kind of a non-biased, objective investigation could this person conduct on an individual she admittedly didn't like?

Along with the foregoing, how much of her investigation contained the real, true facts? When I read this statement, and taking into consideration all of the other research I've done on this case, it reaffirmed my opinion that Robert Trevino has been sitting in prison for over 9 years because of this injustice. The injustice wasn't tendered by Billie Wiggins alone however. The District Attorney, and the Judge could and should have put a stop to this immediately, if they had had the desire and any visionary forethought whatsoever. Most certainly Judge Knize should have taken all the above in consideration before he rendered his decision to honor the State's Objection. What a mess!! If you think this is a witch hunt, you should read the transcript of the trial. I will try to give you an idea of the garbage that transpired in court in another part of the series.

The above testimony did cause some heartburn for Judge Knize in his summary of the Bill of Exception hearing, and here is his final statement page 39, lines 3 through 25 and page 40, lines 1 through 3 : Quote: THE COURT: "All right. Thank you, Mr. Dixon. It would certainly be included as part of the record in this case, especially if you ask the court reporter to type it up and put it in there. But I find the evidence offered in support of your conclusions or your conclusions against the defendant to be nonsecular, jumping the Grand Canyon without a bridge, and therefore, I sustain the State's object to the offer of the testimony being offered today, with the exception — and I would like to note for the record that the defendant's question of — and I don't recall exactly how it was.

But it was something to the effect of the witness Wiggins, do you like or dislike Robert Trevino, and her answer was she hadn't liked Robert Trevino since the first citation? That question was not asked the witness during the trial of this cause nor was it tendered to the Court to be asked of the witness. And if it would have been, the Court would have admitted it. But that wasn't tendered to the Court during the trial at that time, and with the exception of that one question and one answer, I sustain the State's objection to the testimony." Unquote. What a nice unobtrusive way for a Judge to cover his butt. What about justice in this case?

Aren't we interested in that? Here's some questions that need answers: ———— Could a possibly biased, non-objective investigation by a police official of the city, who stated in sworn testimony she hadn't liked Trevino since the first time she issued him a citation, been in the interest of an individual's guaranty of his constitutional rights? Doubtful! ———— Could the investigator, responsible for the evidence that put Trevino behind bars, who was shoulder to shoulder and was rumored and I specify "rumored", to have had a romantic affair with the ex-police chief (who Robert Trevino and others attempted to have terminated for trying to rid the city of some police officers) be non-subjective in her evidence presentation to the District Attorney's office? Doubtful! ———— Could the investigator, who works for, and has her checks signed by the City Manager who had verbal assault charges filed against him by Robert Trevino for allegedly stating words to the effect, "Maybe someone will get rid of you", be not intimidated by this man's position respective to her employment? Doubtful! ———— Could the investigator who provided investigative evidence to the District Attorney—Gene Knize at the time— and the Judge—Joe Grubbs at the time—" (both who had their hands slapped by an appeal court in a previous case against Trevino for not allowing him "absolute" legal representation in a former case) be not intimidated by their positions? Doubtful! And oh, by the way, this is the same investigator who had personal knowledge of charges filed against Patrick Lankford, a witness against Trevino, in August/September 1994—almost 6 months prior to the arrest of Trevino– for statutory rape of a 12 year old girl, and did not arrest the young man earlier.

Point of interest, I could find no record that he has ever answered for that little ditty, but I was able to find out he's had "serious problems" with the legal system subsequent to the trial of Trevino. A little "Louisiana Lagniappe" (something extra) for a later time that you can chew on. It's hard to prove a negative, and folks may say there was no "conspiracy", but I can tell you there's something rotten in this Ellis County trial, and Robert Trevino is sitting in a prison cell serving time for something he probably did not do. And you think Tulia, and the justice rendered there is sinful? Hang on, you ain't heard nuttin' yet.

*Fred Staunton - Former Senior Columnist Ellis County Press* http://www.joeydauben.com/Trevino.htm

Wadda't Nuthin' But A ———

Part 5

"Leave the woman alone, she's an officer of the law!" "You should be ashamed of yourself, don't you believe a policeman?" "Why are you hounding Ms. Wiggins, she didn't do anything wrong." "How would you like it if your wife were being crucified in the news media like you're doing Billie Wiggins."

All the above, the probable results of e-mails and telephone calls received by this writer, if I weren't quoting directly from the transcripts of the trial of Robert Trevino in August 1995. Truth of the matter is I've not received one single e-mail, phone call, or threat about the previous four parts of this series. Does that mean I've struck a chord of truth, or people just don't care.

In either case we're continuing to bring to the readership's attention the fallacies and ambiguities of Ms. Wiggins' testimony in that trial. Is all this important? It certainly is when one considers a Vietnam War Hero is languishing in prison doing 3 life sentences because of the Wiggins "investigation", which could more accurately be labeled "railroad job" in the opinion of many.

Did Wiggins lie on the stand before Judge Knize? In the opinion of this writer and according to the official transcript, not once, but many times. Why wasn't she called on those untruths and why weren't perjury charges filed against her? Was it her word against more than one witness, or did she knowingly fabricate testimony? Continuing with the revelation, here goes from the official transcript. You make up your own mind.

In the August 24, 1995, page 110, lines 17 through 25 of the official transcript, the following discourse occurred:

Q. Did you offer any assistance to Stacy Harris in the interview?
A. Her mother was there sitting right beside her during the entire time of the written statement given by her.
Q. Did you offer any assistance to Stacy Harris in conducting the interview?
A. Her mother was sitting right beside her. As far as —

Well that's pretty plain to me. Stacy Harris' mother was sitting there in the room with Stacy and Wiggins during the entire interview....but here's Ms. Harris' statement from the official transcript from the same exact day Wiggins spoke the foregoing words. Page 183 lines 5 through 19 of that same transcript.

Q. When you met Ms. Wiggins the next day, did you — were you interviewed by her at that time?
A. No I was not. My daughter was.
Q. Were you present with her at that interview?
A. Kind of, sort of.
Q. Could you be a little more specific?
A. Well I didn't stay in the room the whole time they talked.
Q. So most of the time Ms. Wiggins was there, she was along with Stacy Harris?
A. You could say, yes.

I don't know how you read these statements, but someone isn't being truthful. I choose to believe Ms. Harris, it was her daughter, and she had no reason to not be truthful. If one were conducting an investigation for prosecution, with a biased outlook on the outcome, Ms. Wiggins once more is indicating her ability to look good on the stand. Too bad, but the transcripts have borne out the many times Ms. Wiggins hasn't been able to get to the facts as they really are.

Recalling testimony from Wiggins in the previous part of the series, she elaborates on the charges filed against Patrick Lankford and Robert Trevino as being those of "indecency with a child". Not one time did the prosecution ever bring up the fact that Statutory Rape charges were filed on Patrick Lankford by Ms. Harris for Lankford's rape of her 12 year old daughter. Wiggins ducked the question 4 times in her testimony on August 23, 1995. The following is the first time she admits that Ms. Harris' complaint was Statutory Rape.

From the August 24, 1995 transcript, page 82, lines 6 through 22:

Q. Is it not true that the real reason in this particular case that Robert Trevino is on trial is because Patrick Lankford provided you with information about Robert Trevino with the anticipation that you would not file charges against him for statutory rape on Stacy Harris?
A. No, sir.
Q. Then why is not Patrick Lankford in jail for statutory rape?
Marshal of the DA's office objects and Judge Knize overrules him.
A. I don't make that Grand Jury referral. I sent that to the District Attorney's office, and where it goes from there I have no idea.

Well I guess that puts the ball in Joe Grubbs' court so to speak. Where did it go Joe? You still got it or did you use the thing in some manner?

We now know, from Ms. Harris' and Ms. Wiggins' testimony that there was a statutory charge and complaint supposedly filed against Patrick Lankford. What happened to it is anybody's guess. I further confirmed the complaint by researching further into the transcript. Here is Ms. Patricia Lankford's, Patrick's mother's, testimony relative to the statutory rape charges:
From the official transcript of August 24, 1995, page 136, lines 12 through 25:

Q. Were you ever visited by Officer Wiggins regarding a complaint of statutory rape made by Stacy Harris?
Marshal objects and Knize overrules.
A. Okay. Could you say that again.
Q. Were you ever visited by Officer Wiggins regarding a statutory rape complaint made by Stacy Harris against Patrick Lankford?
A. Yes, sir.

Well I guess that puts that to rest. Did Patrick Lankford rape Stacy Harris and were complaints issued by Stacy Harris' mother? You bet they were. What happened to them is the mystery of the decade. No one knows what happened to them. Or no one knows enough to talk about them.

One has to ask why the ambiguities in the Wiggins' testimony. Are we covering up something, or is her testimony designed to keep from telling what really happened? It is my personal opinion that both facts bear looking into and we are.

Don't give up, we may get another trial for Robert and move the venue. At least Mike Boyd won't be called to verify that affair one could be held in Ellis County. Maybe the Texas Rangers are better informed with respect to this one than some folks realize. Fred Shannon Former Investigative Reporter and Senior Columnist
Ellis County Press

SERVING ELLIS COUNTY SINCE 1867

Call for today's showtimes | 938-LINE

Kid in King Arthur's Court", "Babe", "Waterworld",
"Mortal Kombat", and Something to Talk About"

a Plaza • 938-LINE   See ad on back page of this newspaper for times

**STATE**
*State Court denies death row
appeal of Henry Lucas/ Page 3*

**SPORTS**
*Indians prepare to scrimmage
defending 5A champ/ Page 6*

# Waxahachie Daily Light

er 41 | Thursday, August 24, 1995 | 10 pages in 1 section | 50 cents/ 32 cents home delivery

# Teen says Trevino forced sex at gunpoint

**By BARTON CROMEENS**
*Daily Light Staff Writer*

A juvenile testified Wednesday that he initially consented to sex with Roberto Trevino but was eventually forced to perform sexual acts at gunpoint.

The 16-year-old boy was another in a line of underaged witnesses against Trevino, the 48-year-old Waxahachie

### State expected to rest its case today; defense denied request for mistrial

man accused of sexually molesting five minors. The prosecution was expected to complete its case today, the third day of the trial that could last into next week.

When prosecutors asked the juve-

nile to relate what happened the first day he met Trevino, the boy replied that he had gone with the defendant and a friend in a failed attempt to pick up livestock out of town. The teen-ager said the threesome bought alco-

holic beverages and cigarettes before returning to Trevino's house where they drank, smoked, talked and watched "dirty" movies. Feeling "woozy" and "intoxicated," the juvenile said he decided to go to sleep and Trevino arranged a pallet on the bedroom floor. The teen-ager said that within minutes, Trevino had laid down

See **TREVINO**, Page 10

*Kenneth Vinzant/The Daily Light*

MORNING STROLL

Wee

oke, he says
nave to quit"



# Bombing
## mom aims

1    Court. It does not give a span of one week, two
2    weeks, three weeks or four weeks. The law says
3    that at any time prior to the trial of the case.
4    And even during the trial of the case, if there
5    is an issue of competency, that issue has to be
6    addressed by the Court. And we feel that the
7    defendant in this particular cause, Your Honor,
8    has shouldered the burden of trying to solicit
9    from this Court a continuance to ascertain the
10   medical condition of Robert Trevino in order to
11   determine his competency to stand trial in this
12   particular cause. And we request that this
13   Honorable Court would grant this Motion for
14   Continuance and allow Robert Trevino to select
15   the doctor of his choice, under the law, to make
16   that psychiatric evaluation and prepare a report
17   to this Court.
18        Thank you, Your Honor.
19        THE COURT: Yes, sir.
20   The Motion for Continuance is denied.
21   The Motion for Psychiatric testing is denied.
22   The Case is set for trial at 9:00 AM, August 21,
23   1995. Attorneys and defendant are directed to
24   appear at 8:00 AM that day for any last minute
25   motions, if there are any. Under the

BRYAN L. CODAY
<214> 923-5064                    18

proceedings thus far in this Court on this
style, I do not anticipate we'll proceed with a
competency trial. I do not intend on impaneling
a jury for a competency trial. But like I say,
between now and Monday morning at 9:00 o'clock,
I don't know what else will happen. And I'll be
here at 9:00 to see if anything else has
happened, to determine whether we are going to
have a competency trial or a jury trial on the
merits, but we'll have one or the other,
depending on if anything else is received. But
what I've gotten so far, I'm just going to go on
to the trial of the merits at this time.
Thank you.

MR. DIXON: Excuse me, Your Honor?

THE COURT: Yes, sir.

MR. DIXON: I would like to go on
the record to make an objection to the denial of
the Defendant's Motion for Continuance and also
the denial of having the defendant undergo a
psychiatric evaluation to determine competency.

THE COURT: Okay, I don't -- I'm
not denying the right of the defendant to go out
and be examined by anybody he wants to. I'm
just not appointing anybody to examine him

BRYAN L. CODDAY
<214> 923-5064

19

*The Judge*

because I don't see any need for it. He's had

psychiatric exams and -- anyway, be as it may,

if he want to go out and hire somebody else,

that's fine with me. And if there are any

reports on that I'll hear those at 8:00 o'clock

Monday morning.

(Arguments were made by counsel
for the State and counsel for
the defendant.)

THE COURT: All right. Thank you.

Mr. Dixon: It would certainly be included as part of the record in this case, especially if you ask the court reporter to type it up and put it in there.

But I find the evidence offered in support of your conclusions of a conspiracy against the defendant to be nonsecular, jumping the Grand Canyon without a bridge, and therefore, I sustain the State's object to the offer of the testimony being offered today, with the exception -- and I would like to note for the record that the defendant's question of -- and I don't recall exactly how it was. But it was something to the effect of the witness, Wiggins, do you like or dislike Robert Trevino, and her answer was she hadn't liked Robert Trevino since the first citation. That question was not asked the witness during the trial of this cause nor was it tendered to the Court to be asked of the witness. And if it would have been, the Court would have admitted it. But that wasn't tendered to the Court during the

did I ask you whether you were at the meeting on the

night that Mr. Sokol allegedly verbally assaulted

Robert Trevino?

    A      No, I wasn't.

    Q      How long have you known Robert Trevino?

    A      Just since I came to work for the

Waxahachie Police Department.  I believe I had an

occasion to meet him probably my first year working for

the police department.

    Q      Was that during the time of the

confrontation between he and Mr. Sokol, and his efforts

to have Mr. Sokol and Mr. Garber resign as city

employees?

    A      No, it wasn't.

    Q      Have you an opinion of Robert Trevino?

    A      I believe everyone has an opinion.

    Q      What is your opinion of Robert Trevino,

do you consider to like Robert Trevino for what he did

to Mr. Garber -- or what he attempted to do to Mr.

Garber?

    A      My feelings or my opinions towards Robert

Trevino have nothing to do with him and Ted Garber, if

they had a problem.

    Q      But you didn't like Robert Trevino's

attacks on Mr. Garber, did you, Ms. Wiggins?

1    answer it.

2              THE WITNESS:    I would like to

3    state for the record, the time we are going back

4    into, it was a very traumatic time in my life.

5    I was hospitalized and diagnosed with major

6    depression.  So I will answer your questions

7    with the best of my recollection.

8         Q    (By Mr. Dixon)  Was Mr. Garber ever your

9    lover, Ms. Wiggins?

10        A    No.

11        Q    Did you ever have a personal relationship

12   with him, outside of friendship?

13        A    No.

14        Q    Has Mr. Garber ever done anything outside

15   of your professional relationship with him to appease

16   you in any manner?

17        A    No.

18        Q    You stated, at one time in your life, you

19   were going through a very traumatic event.  Can -- for

20   the Court for this particular hearing, can explain what

21   particular relationship former Police Chief Ted Garber

22   played in your traumatic event?

23        A    I can't really say he played any part in

24   that.

25        Q    Could you tell me what was the essence of

*Billie Vizzino*

A        I haven't like Robert Trevino since the
first time I issued him a citation, which was the
occasion I spoke of the first year I came here.

MR. DIXON:   No further questions,
Your Honor.

MR. MARSHAL:   No questions, Your
Honor.

THE COURT:   You may step down.

MR. DIXON:   I would like to call
Mr. Alsup, please.

MR. E. G. ALSUP
the said witness, having been sworn to tell the truth,
the whole truth, and nothing but the truth, testified
on his oath as follows:

DIRECT EXAMINATION

BY MR. DIXON:

Q        Mr. Alsup, on or about the year 1992,
do you recall being in attendance at a City Hall
meeting where Robert Trevino was in attendant at that
particular meeting?

A        Yes, I sure do.

Q        Was City Manager Bob Sokol also in
attendance at this meeting?

A        He sure was.

Q        Was your wife, Mrs. Alsup,

BRYAN L. CODAY, CSR
(214)928-3057

1      answer it.

2                      THE WITNESS:   I would like to

3      state for the record, the time we are going back

4      into, it was a very traumatic time in my life.

5      I was hospitalized and diagnosed with major

6      depression.  So I will answer your questions

7      with the best of my recollection.

8           Q      (By Mr. Dixon)  Was Mr. Garber ever your

9  lover, Ms. Wiggins?

10          A     No.

11          Q      Did you ever have a personal relationship

12  with him, outside of friendship?

13          A      No.

14          Q      Has Mr. Garber ever done anything outside

15  of your professional relationship with him to appease

16  you in any manner?

17          A      No.

18          Q      You stated, at one time in your life, you

19  were going through a very traumatic event.  Can -- for

20  the Court for this particular hearing, can explain what

21  particular relationship former Police Chief Ted Garber

22  played in your traumatic event?

23          A      I can't really say he played any part in

24  that.

25          Q      Could you tell me what was the essence of

better what to do and where to go from there.

Q.    (By Mr. Dixon)  Did you do your best when it came down to Stacy Harris?

A.    Yes, sir.

Q.    Did you do your best when it came down to Shannon Russell?

A.    Yes, sir.

Q.    Did you do your best when it came down to Shawn Lankford?

A.    Yes, sir.

Q.    Did you do your bet when it came down to Patrick Lankford?

A.    Yes, sir.

Q.    Was your best the non-referral of these individuals to see a doctor?

A.    Yes, sir.

Q.    And as a sexual assault investigator, would you say that your actions were contrary to your training?

A.    Yes, sir.

Q.    Then why did you take them to the doctor if you knew that it was contrary to your training, why would you not have referred them to the doctor?  When you just testified that it was against your training to not refer them, why did you do it?

preamble -- proceed.

Q.    (By Mr. Dixon)   Christopher Williams came to you when?  February of '95; is that correct?

A.    I took the statement from Christopher Williams in February of '95.

Q.    Now, when you took the statement from Christopher Williams in February of '95, how many pages did it consist of?

A.    Nine.

Q.    How did you come up with the dates, Ms. Williams?  When he gave you the statement about the times that Robert Trevino allegedly sexually assaulted him, the statement didn't give any January 1st, January 3rd, January 8th, January 9th, January 10th scenario, did it?

A.    No, sir.

Q.    When did you come to the realization that they all happened on December 30th, December 30th, December 30th, December 30th, January 15th, January 18th, January 22nd, January 28th, et cetera?  When did you come to give those dates?

A.    Never.

Q.    Then how were the dates provided?

A.    By the District Attorney's Office.

Q.    Now, the D.A.'s office filed charges,

*(handwritten)* (2). Remmer finding no exposed cause

1   form two years ago we referred to many forms across

2   the country of people that had been using in their

3   classifications and we made it very simple because

4   many people in the hospital, different situations,

5   would be using them. With our experience we're

6   realizing that this is much too limiting. And myself

7   and my partners who do this, each of us about two days

8   a week, we've actually stopped filling out the boxes

9   and we just do narratives. We're in the process of

10  revamping the boxes because they're just too limiting,

11  too narrow. Too limiting from one perspective and

12  much too broad from another.

13          Q.    Yes, ma'am. Now, let me get this. In the

14  examination of Mr Williams, Dr. Remmer, your findings

15  showed that there was no physical signs of sexual

16  abuse with Christopher Williams; is that correct?

17          A.    That's correct.

18          Q.    Now, you testified that you used a

19  colposcope --

20          A.    Colposcope.

21          Q.    Colposcope.

22          A.    A magnifier.

23          Q.    Magnifier. Thank you. -- a magnifier to

24  determine whether or not there had been any rectal

25  tears or signs of any rectal irregularities with

1    yes.

2        Q.    And your findings of no physical abuse at

3    that time would be reflective of a thorough and well-

4    conducted examination of Christopher Williams at that

5    time?

6        A.    Findings of a normal physical exam which

7    never rules out sexual abuse --

8        Q.    I understand.

9        A.    It's based on a complete and thorough

10   physical exam on February 2nd -- 10th, yeah.

11       Q.    And you do have cases that have observable

12   physical signs of sexual abuse?

13       A.    In our practice we've had one little boy

14   who had severe trauma to the perianal area, and this

15   was actually an act of violence. He was raped

16   aggressively. He's the only one that we have had

17   severe trauma anally. We have had one other boy who

18   had a scar that was very suspicious, and that's what

19   used to fall under non-specific. It's not a place

20   that we would normally expect a scar to be from, say,

21   passing a large stool. It was off-center, it was

22   further out and it had been many months. So it was

23   suspicious and concerning and supportive. That's why

24   we're changing those three boxes. So we've only had

25   two males who have had findings.

1          Q.     Mr. Williams, how is it that you cannot

2    remember one thing and you cannot remember how is that

3    you can remember one thing and you can remember 13?

4                    MS. BUCKINGHAM:  We're going to

5              object as being argumentative.

6                    THE COURT:  Restate the question, I

7              got jumbled up.  Ask it again.

8          Q.     (By Mr. Dixon)  Mr. Williams, how are you

9    able to recall things that allegedly happened to you a

10   year ago and you can't recollect things that happened

11   to you in a lesser degree of time?

12         A.     Because I don't remember my doctor's name

13   or phone number.

14         Q.     You don't remember the dates, the times,

15   what day or night because these things didn't happen,

16   did they, Mr. Williams?

17         A.     Yes, they did.

18         Q.     If they happened you would remember them,

19   isn't that correct?

20         A.     Yeah.

21         Q.     And you admit that?

22         A.     Yeah.

23         Q.     But you don't remember --

24                    MR. MARSHAL:  Object to the

25              argumentative nature of that again, Your

1          Honor, arguing with him.

2                    THE COURT:  Sustained.

3          Q.    (By Mr. Dixon)  But you don't remember the

4    dates, do you, Mr. Williams?

5          A.    No, I don't.

6          Q.    You don't remember whether it was day or

7    night?

8                    THE COURT:  Repetitive, Counselor.

9          Q.    (By Mr. Dixon)  Do you remember whether or

10   not on all of the charges that you have here, Mr.

11   Williams, whether Patrick Lankford or someone else was

12   in the house on any of these other occasions?

13         A.    I don't understand.

14         Q.    When you alleged that Robert Trevino

15   sexually you, Mr. Williams, were you alone with Robert

16   Trevino on each of those occasions, with the exception

17   of the one that you have testified to with Patrick

18   Lankford being there?

19         A.    Yes.

20         Q.    You were alone with Robert Trevino?

21         A.    Kind of.

22         Q.    So there were no other witnesses to

23   corroborate what you're telling the Court today, is

24   that correct?

25         A.    That's correct.

1      Q.      (By Mr. Dixon).  Did you know the cause of

2  these particular problems at that time?

3      A.      No, I didn't.  Well, yes, I did.  I take

4  that back.  I did.

5      Q.      What were those causes?

6      A.      From listening to my daughter is why --

7  what the causes were, she told me that it was from

8  having sex with Patrick and Robert that night.

9      Q.      Did she -- was -- did she make the comment

10  that she had had sex with Robert Trevino?

11      A.      No, sir, she did not.

12      Q.      Was he comment to you that Robert Trevino

13  had sexually molested her?

14      A.      At the hospital she talked to me about him

15  fondling her.

16      Q.      Did she say that Robert Trevino touched

17  her breast area?

18      A.      Not at that time.

19      Q.      Have you ever talked to Robert Trevino

20  over the phone?

21      A.      Yes, I did.

22      Q.      When did you talk to Robert Trevino?

23      A.      Well, I'm not good with dates, but it was

24  the night before I had found out where she was at.  I

25  had called and talked to him.  I asked him was my

BRYAN CODAY, CSR              214/923-5064        181

1      A.      I don't remember.

2      Q.      But you admit that you were angry at

3   Robert Trevino after you allege that he sexually

4   assaulted you?

5      A.      Yes, sir.

6              MR. DIXON:   May I approach, Your

7   Honor?

8              THE COURT:   Who?

9              MR. DIXON:   The witness.

10             THE COURT:   Have you got an exhibit?

11             MR. DIXON:   Yes, sir.

12             THE COURT:   Yes.

13     Q.      (By Mr. Dixon)  Mr. Lankford --

14     A.      Yes, sir.

15     Q.      -- I would like to show you a letter from

16   Shawn Lankford to Robert Trevino.  Is that your

17   handwriting?

18     A.      Yes, sir.

19             MR. DIXON:   I would like this marked

20   as Defendant's Exhibit Number 1, and I

21   would tender it to counsel for review.  I

22   would like to have it offered into

23   evidence.  I'm offering and I would like

24   it admitted into evidence, Your Honor.

25             MR. MARSHAL:   Your Honor, we object

1          to hearsay of any letter written by this

2          defendant outside of this proceeding.

3                    THE COURT:   I thought it's his

4          letter.

5                    MR. DIXON:   It's his letter, Your

6          Honor.

7                    MR. MARSHAL:   It's still hearsay,

8          Your Honor.   We object.

9                    THE COURT:   Is that your only

10         objection?

11                   MR. MARSHAL:   We'd also object to

12         the relevance of it, Your Honor.   It has

13         no bearing on this case or issue to be

14         decided in this case.

15                   THE COURT:   Let me see it.

16                   MR. DIXON:   May I comment, Your

17         Honor?

18                   THE COURT:   No, not yet.

19                   MR. DIXON:   Okay.

20                   THE COURT:   All right.   Ladies and

21         gentlemen, go to the jury room for a

22         couple of minutes.   We'll call you in a

23         couple of minutes.

24                        (Jury retired from the

25                   courtroom.)

1          THE COURT:  All right.  Mr. Dixon,

2    on the -- I don't remember what the

3    State's first objection was, but whatever

4    it was I don't think it was any good and I

5    overruled it.  I guess that's why I

6    dismissed it from my mind what it was.

7          On the objection about relevance,

8    the only possible relevance that I could

9    see for this letter would be for

10   impeachment purposes, and that's not the

11   proper method of impeachment.  So how do

12   you want to address that?

13         MR. DIXON:  Your Honor, this letter

14   was written by Shawn Lankford on April the

15   12th of 1994, after he alleged --

16         THE COURT:  I can see all that.  But

17   what does that have to do with the method

18   that is required under the rules for

19   impeachment?

20         MR. DIXON:  This letter is a letter

21   written by Patrick Lankford -- I mean

22   Shawn Lankford, Your Honor.  It is not --

23   it is a letter that would show that his

24   testimony about his anger at Robert

25   Trevino after the alleged allegations are

1    false. That the fact he is thanking

2    Robert Trevino for the things that Robert

3    Trevino has done for him. This will

4    give —

5            THE COURT: You didn't lay a

6    predicate for any impeachment, Counselor.

7    You didn't ask him if he ever made

8    anything like that, said anything like

9    that before.

10            MR. DIXON: He testified, Your

11    Honor, that this was his handwriting.

12            THE COURT: Okay. We're not getting

13    anywhere on this. I sustain the objection

14    as to relevancy.

15            Bring the jury back in.

16            Additionally, it's improper

17    impeachment, is the only other way I know

18    it would get in.

19            MR. DIXON: For the record, I would

20    like to make an objection to the Court's

21    ruling.

22            THE COURT: Yes, sir. You can even

23    submit it on a bill.

24            (Jury returned to the courtroom.)

25            THE COURT: Sustained. Proceed, Mr.

Robert Patrick mom 4/12/au   2:00 P.m.
   Say bud. whats up? Not all that much
here. They put me back in public school.
I miss you homie.. Come up 1 day and
visit me. So hows life. Its boring up here
get me 1 of these P.H. pups. On my
next w/end home I need you to pick
me up at the Bus station. If thats of
with you. if not I just will come later.
I'm being good now. I wish I would
have listened to you when you told
me something. I cry every night. Think
ing of you guys down there. Because
you my boy my homie, and my best
friend. Please don't let patrick get into
trouble. Its not fun not getting to
see my family every day or get to
talk to them everyday. Nows when
I relized I really love my family
and my brother. And you. Because
80% of the kids now days go to
prison. if there still getting into trouble.
when there is. And thats where Im
headed IF I don't get straight. well
better let you guys go for now
see you soon hopefully.

Love Always

Sincerly B...........

20



1       were staying with Robert Trevino in March of 1994?

        You allege in Count One --

3                       THE COURT:  I'm sorry.  Was that a

4       question.  I didn't hear an answer.

5                       MR. DIXON:  Yes.

6            Q.     (By Mr. Dixon)  Ricky Tutton and his

7       family were staying with Robert Trevino at the time

8       that you were residing there; is that correct?

9            A.     Yes, sir.

10           Q.     Mr. Lankford, you stated that your first

11      encounter with Robert Trevino occurred on or about

12      March 1st, 1994.  Approximately what time did this

13      particular incident take place?

14           A.     I don't remember.

15           Q.     Do you remember it happened 14, 16 times,

16      but you don't remember what time?

17           A.     I didn't look at the clock.

18           Q.     Did you look at a calendar, Mr. Lankford?

19           A.     It was in his room.  I had to.

20           Q.     You have 16 counts of sexual assault on

21      Robert Trevino.  First count on or about March 1st,

22      1994.  Second on or about March 5th, 1994.  Third,

23      March 10th, 1994.  Fourth, March 15th, 1994.  The

24      fifth count on March 20th, 1994.  The sixth, March the

25      25th, 1994.  The seventh, March 30th, 1994.  Eighth,

1      April 1st, 1994.  Count nine, April 5th of 1994.

2      April 10th was the tenth count, 1994.  Eleventh, April,

3      15th, 1994.  Twelfth, April 20th, 1994.  Count 13,

4      April 25th, 1994.  Count 14, April 30th, 1994.  Count

5      15, March 30th, 1994.  Count 16, April 1st, 1994.

6              Did you have a calendar to mark those days

7      off, Mr. Lankford?

8      A.     No, sir, I didn't.

9      Q.     But you remember them?

10     A.     Yes, sir.

11     Q.     All 16 counts?

12     A.     Yes, sir.

13     Q.     But you don't remember what time the first

14     count was?

15     A.     No, I don't.

16     Q.     On or about March 1st, 1994.  Don't

17     remember -- was it day or night?

18     A.     Night.

19     Q.     It was at night?

20     A.     Yes.

21     Q.     Approximately what time?

22     A.     I'm not really sure.

23     Q.     You're not sure about the first time that

24     you allege that Robert Trevino sexually assaulted you,

25     Mr. Lankford, but you are certain that it happened 16

1    times and that you have an accuracy of the dates here

2    so similar to each other, but you can't remember the

3    first time, the first time that you allege that Robert

4    Trevino sexually assaulted you. Can you explain that,

5    Mr. Lankford?

6         A.   Yes. .He has a calendar in his room, not a

7    clock.

8         Q.   Did you use a calendar --

9         A.   No.

10        Q.   -- when you spoke with the investigator on

11   this here particular charge that you have with Robert

12   Trevino for all 16 counts, Mr. Lankford?

13        A.   No, I didn't.

14        Q.   How did you remember?

15        A.   I can remember days, not times.

16        Q.   What date was March 5, 1994 on or about?

17        A.   I don't remember.

18        Q.   What day was March 10th, 1994 on or about?

19        A.   He abused me.

20        Q.   What day was March 1st, 1994 on or about?

21        A.   I got drunk and he fucked me.

22        Q.   March 15th, 1994, what date was that?

23   What day was that?

24        A.   I don't remember.

25        Q.   Do you remember March 20th -- or about

1    March 20th, 1994, what day that was?

2         A.    I can't recall.

3         Q.    Do you recall what date March 25th, 1994

4    was?

5         A.    He abused me again.

6         Q.    What date?

7         A.    I don't know.

8         Q.    Do you remember March 30th, 1994, what day

9    that was?

10        A.    No, I don't.

11        Q.    Do you remember April 1st, 1994, what day

12   that was?

13        A.    No, I don't.

14        Q.    Do you remember on or about April 5th,

15   1994, what day that was?

16        A.    No, I don't.

17        Q.    Do you remember April the 10th, 1994, the

18   day that was?

19        A.    No, I don't.

20        Q.    Do you remember April 15th, 1994, the day

21   that was?

22        A.    No, I don't.

23        Q.    Do you remember April 20th, 1994, the day

24   that was?

25        A.    No, I don't.

1       Q.    .Do you remember April 25th, 1994, the day

2    that was?

3       A.    No, I don't.

4       Q.    Do you remember April 30th, 1994, the day

5    that was?

6       A.    No, I don't.

7       Q.    Do you remember March 30th, 1994, the day

8    that was?

9       A.    No, I don't.

10      Q.    Do you remember April 1st, 1994, the day

11   that was?

12      A.    No, I don't.

13      Q.    You don't remember not one day?

14      A.    I remember the dates, not the days.

15      Q.    You do not remember one day out of 16

16   counts of sexual assault against Robert Trevino, you

17   can't give this court one day as to when those

18   particular incidents occurred?

19                 MR. MARSHAL:  I'm going to object to

20           that as being repetitive.  The answer has

21           already been --

22                 THE COURT:  Sustained.

23      Q.    (By Mr. Dixon)  Do you know what time

24   Count 1 occurred on, Mr. Lankford?

25                 MR. MARSHAL:  Object.  He's already

1           answered that question, Your Honor.

2                THE COURT:  Overruled.  You can

3           answer.

4      A.    No, sir, I don't.

5      Q.    (By Mr. Dixon)  Do you know what time the

6  alleged incident occurred on Count 2?

7      A.    I don't recall the time.

8      Q.    Do you know the time on Count 3?

9      A.    No, I don't.

10     Q.    On Count 4?

11     A.    At nighttime.

12     Q.    Do you know the time for Count 5?

13     A.    They were mostly at night.

14     Q.    You testified that Count 4 was in the

15  nighttime.

16     A.    Yes, I did.

17     Q.    What happened in the nighttime with

18  regards to Count 4?

19     A.    Well, most of the time I was drunk and he

20  sexually abused me.

21     Q.    How did he sexually abuse you?

22     A.    He got in my anus.

23     Q.    Were you asleep?

24     A.    I don't remember.

25     Q.    Were you asleep on Count 4?

1      A.    I don't remember.

2      Q.    Were you asleep on Count 5?

3      A.    I don't remember.

4      Q.    Were you asleep on Count 6?

5      A.    I don't remember.

6      Q.    Were you asleep on Count 7?

7      A.    I don't remember.

8      Q.    Were you asleep on Count 8?

9      A.    I believe so.

10     Q.    What was Count 8, Mr. Lankford?

11     A.    I believe it was when he told me to give

12  him a blow job.

13     Q.    What date was that?

14     A.    I'm not sure.

15     Q.    Count 9, were you asleep?

16     A.    I don't remember.

17     Q.    Were you asleep on Count 10?

18     A.    I don't remember.

19     Q.    Were you asleep on Count 11?

20     A.    I don't remember.

21     Q.    Were you asleep on Count 12?

22     A.    I don't remember.

23     Q.    Were you asleep on Count 13?

24     A.    I don't remember that one either.

25     Q.    Were you asleep on Count 14?

1          A.    I don't remember.

2          Q.    Were you asleep on Count 15?

3          A.    I don't remember.

4          Q.    Were you asleep on Count 16?

5          A.    I don't remember.

6          Q.    And you don't remember because they didn't

7    happen, did it?

8          A.    Yeah, they did.

9          Q.    Why can't you give an account, a graphic

10   depiction of what happened on the date and times that

11   are presented here, Mr. Lankford?

12                    MR. MARSHAL:  Object to the

13                    argumentative nature that he didn't ask

14                    for a graphic account.

15                    THE COURT:  Sustained.

16         Q.    (By Mr. Dixon)  Count 1, can you give me a

17   graphic account, depict what happened on that date?

18         A.    I don't understand.

19         Q.    Will you tell me what happened on March

20   1st, 1994?

21         A.    Sure.  He asked me to spend the night with

22   him.  Got me drunk.  I passed out.  He took advantage

23   of it.

24         Q.    Can you give me a graphic

25   depiction of what happened on March 5th, 1994?

1        A.    .About the same thing.

2        Q.    About the same thing?

3        A.    That's right.

4        Q.    Because you don't know for sure?

5        A.    I know for sure.

6        Q.    Give me a graphic depiction of what

7   happened on March the 10th?

8        A.    I don't remember.

9        Q.    Give me a graphic depiction of what

10  happened on March 15th?

11       A.    He told me to suck his dick.

12       Q.    That's not what the Count says, Mr.

13  Lankford.

14                   MR. MARSHAL:   I'll object to that.

15              That was not the question that was asked,

16              Your Honor.

17                   THE COURT:

18              his charges.

19              charges.  Proceed.

20       Q.    (By Mr. Dixon)  Did you make a statement

21  with regard to these allegations, Mr. Lankford?

22       A.    I don't understand.

23       Q.    Did you provide the investigator with a

24  written statement regarding these allegations on

25  Robert Trevino?

1          A.    -Yes, I did.

2          Q.    And who was that investigator?

3          A.    Billie Wiggins.

4                     MR. DIXON:  May I take a few minutes

5                to review this, Your Honor?

6                     THE COURT:  Yes, sir.

7                          (Pause in the proceedings.)

8          Q.    (By Mr. Dixon)  Mr. Lankford, you

9     testified earlier that when you first talked to

10    Detective Wiggins --

11         A.    Yes, sir.

12         Q.    -- that you gave her some other names of

13    some people that had been sexually assaulted by Robert

14    Trevino; is that true?

15         A.    Yes, sir.

16         Q.    You made this report in February; is that

17    correct?

18         A.    I believe so.

19         Q.    And you told Ms. Wiggins of the other

20    people?

21         A.    Yes, sir.

22         Q.    You told her that she needed to talk to

23    Christopher Williams?

24         A.    Yes, sir.

25         Q.    Stacy Harris?

1          A.    Yes, sir.

2          Q.    And your brother --

3          A.    Yes, sir.

4          Q.    -- Shawn Lankford?  Do you know why it

5     took -- if you have personal knowledge, do you know

6     why that after you told Officer Wiggins in February

7     about the other people, do you have any personal

8     knowledge as to why it took Officer Wiggins eight more

9     months before she talked to Stacy Harris?

10          A.    No, sir.

11          Q.    You did testify that you -- on February

12     10th gave Officer Wiggins some other names that -- of

13     people that Robert Trevino had sexually assaulted.

14          A.    Yes.

15          Q.    Did she tell you that they were going to

16     investigate this matter the next day?

17          A.    No, sir.

18          Q.    Did she ever tell you why she waited eight

19     months later to talk to Stacy Harris?

20                MR. MARSHAL:  I object to that as

21                calling for hearsay.

22                THE COURT:  Sustained.

23          Q.    (By Mr. Dixon)  Now, you stated, Mr.

24     Lankford, that when you moved into Robert Trevino's

25     house that Ricky Tutton, his wife and children were

1    there.

2           A.    Yes, sir.

3           Q.    When you allege that Robert Trevino

4    sexually assaulted you in March and April, where were

5    Ricky Tutton and his wife and children?

6           A.    I don't know.  I'm not his personal

7    business.

8           Q.    Do you think it's important to corroborate

9    your testimony your testimony here before this jury?

10                    MR. MARSHAL:  Objection, calls for

11                legal conclusion.

12                    THE COURT:  Sustained.

13          Q.    (By Mr. Dixon) Was Ricky Tutton in the

14    house?

15          A.    No, he wasn't.

16          Q.    Was Mrs. Tutton in the house?

17          A.    She wasn't.

18          Q.    On all 16 counts that you allege Robert

19    Trevino sexually assaulted you, were any members of

20    that household present?

21          A.    Not members of the household, no.

22          Q.    But you don't remember what time it was,

23    day or night, do you?

24          A.    It was mostly during the night.  That, I

25    do know.

BRYAN CODAY, CSR                    214/922-5064      308

1        Q.    Approximately what time?

2        A.    That, I'm not sure.

3        Q.    Was it before ten o'clock news?

4        A.    Sometimes.

5        Q.    Was it after ten o'clock news sometimes?

6        A.    Yes.

7        Q.    Does Ricky Tutton's wife work? Was she

8    working at that time?

9        A.    That, I don't know.

10        Q.    You stayed at a house with people two

11    months and you don't know whether they work or not,

12    Mr. Lankford?

13        A.    I'm not nosy. I wouldn't know.

14        Q.    Was Ricky Tutton working?

15        A.    I believe so.

16        Q.    Do you know whether he was working in the

17    daytime or nighttime?

18        A.    I don't keep his hours.

19        Q.    When Robert Trevino would pick you up, Mr.

20    Lankford, and take you to school -- after school, what

21    would happen?

22        A.    Go by the house sometimes. Sometimes he

23    would go straight to the farm.

24        Q.    Now, on or about April 1st, 1994, which

25    was the last alleged sexual assault by Mr. Robert

a fair trial.

THE COURT:  All right.  Mr. Dixon,
I'm going to grant the State's motion.
Before the evidence is going to be allowed
on these points, you're going to have to
come to the Court outside the presence of
the jury first, some nexus between this
alleged animosity as an influence on these
witnesses' testimony that may appear in
this court.  The fact that the president
of the United States might hate Robert
Trevino's guts or whether or not he does,
and I don't even know whether he even
knows him, has no relevance here unless
there's some connection with the witnesses
testified who are being influenced by that
animosity.  So you're going to have to
show that nexus before I'm going to allow
the testimony on that issue.

MR. DIXON:  I understand, Your
Honor.

THE COURT:  Okay.  The last motion I
have -- new motion I have on file today
that we haven't taken up is a motion for
sanctions against the State for violation

MR. DIXON:  Your Honor, may I

approach, please?

THE COURT:  Do you have an exhibit?

MR. DIXON:  No, sir.  I need to

approach.

THE COURT:  Oh, me.  Okay.

(Side-bar discussion.)

(Brief recess.)

THE COURT:  Bailiff, a couple of

them went to the bathroom, which is all

right.  But you might go stand at the

door.  If we're talking in here, tell them

to stop before coming back in.

Go ahead, Mr. Dixon.

MR. DIXON:  Yes, sir, Your Honor.

I would like to make a formal

complaint against the District Attorney's

Office for all the signals to the witness

while she is on the stand.  That has been

going on during the duration of the

testimony with Officer Wiggins.  I have

noticed and observed this.  This defendant

cannot receive a fair and impartial trial

if counsel for the State is going to

continuously signal how she'll respond to



U. S. Department of Justice

Office of the Inspector General

April 20, 1998

MEMORANDUM

To:        Richard W. Roberts
           Chief, Criminal Section
           Civil Rights Division, U.S. Department of Justice

From:      Michael R. Bromwich
           Inspector General

Subject:   Letter from Ms. Gloria Trevino

     The Inspector General's Office recently received correspondence from Ms. Gloria Trevino alleging violation of her civil rights as well as those of her brother, Roberto Rodriguez Trevino, who is presently incarcerated in a Beaumont, Texas, prison. Because the issues raised in this letter fall under your jurisdiction, I am forwarding Ms. Trevino's letter to you for disposition. Thank you.

Attachment

cc: Ms. Gloria Trevino



U.S. Department of Justice

Civil Rights Division

DLP:dom:kyw
DJ 144-74-0

*Criminal Section*
*P.O. Box 66018*
*Washington, DC  20035-6018*

JAN 11 1995

Ms. Gloria T. Turner
12526 Olympia Drive
Houston, Texas   77077

Dear Ms. Turner:

This is in response to your letter to President Clinton. The White House has asked the Department of Justice to respond to your complaint that you and your family has been harassed for years by various state law enforcement officials.

Your allegations include your brother, Robert Trevino, was denied a fair trial, your brother, Juan, was allegedly assaulted by Houston policemen in 1978, and you have been approached by a Waxahachie police man for sexual favors and allegedly assaulted by Houston police officers.

The Criminal Section of the Civil Rights Division enforces the federal criminal civil rights statutes that pertain to incidents of official misconduct, such as police brutality, and violent hate crimes, such as beatings and cross burnings. You should also be aware that these statutes have a statute of limitations of five years. Accordingly, the only aspect of your complaint that this office would have any jurisdiction in investigating would be your allegations that you were assaulted by Houston police officers. However, the information which you furnished was insufficient to permit us to determine the existence of a possible violation of federal criminal civil rights statutes. Therefore, we are unable to authorize investigation of your complaint. We will consider the matter further if you will provide specific information concerning the circumstances involved in your complaint. Please include the date of the incident, the sequence of events, the injuries sustained, whether medical treatment was obtained and the names of involved law enforcement officials and possible witnesses.

Ms. Gloria T. Turner
Page 2

You can be assured that if the evidence shows that there was a prosecutable violation of a federal criminal civil rights statute, appropriate action will be taken.

Sincerely,

Deval L. Patrick
Assistant Attorney General
Civil Rights Division

By: _Daniel Mestas_

Daniel Mestas
Paralegal Specialist
Criminal Section



**DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

August 18, 2022

Gloria Trevino
vip4justice@gmail.com

Dear Ms. Trevino,

Thank you for your recent correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs or operations.

The matters you raised are outside our investigative jurisdiction, therefore no action can be taken by our Office. You may wish to consult the following web page for information on where to submit certain complaints that do not fall within the DOJ OIG's investigative authority: https://oig.justice.gov/hotline/non_doj_complaints.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter. Of course, if you obtain new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

— *Gloria Trevino Turner* —

2373 Champlain St., NW #201 Washington, DC 20009
(202) 232-3058

Via Fax(202) 225-1655
Congressional Hispanic Caucus c/o Ed Pastor
223 Cannon House Building
Washington, DC 20515

Via Fax (202) 514-5778                    Ref:  Civil Rights/RICO Violations
Dept of Justice c/o Janet Reno
950 Pennsylvania Ave., NW                 Title:  Living The American Nightmare
Washington, DC 20530-3834

Via Fax (202) 690-7203
Secretary of Health and Human Services Donna Shalala
200 Independence Ave. SW
Washington, DC 20201

Via Fax (202) 226-1134
2136 Rayburn House Office Building c/o Jesse Jackson
Washington, DC 20515

Dear Ladies and Gentlemen,

As per our telephone conversations and previous correspondence I have enclosed a copy of a pamphlet entitled "Victims In Petition for Justice" and other documents which we discussed outlining the atrocities that my brother Roberto Rodriguez Trevino, my family and I have been and continue to be subjected to as we seek the release from unlawful imprisonment of Roberto Rodriguez Trevino and Justice in America-our native land.

I alone, am weathering this storm, however, I am determined that justice shall prevail and that U.S. Constitutional Rights shall be preserved for ourselves and all American Citizens.  It is very lonely down here and some of the government official are not very kind or understanding.  They would rather burn the village to save it from the enemy even though it may be their own village.

Previous appeals to my Texas Senator Phil Gramm, Congressman Bill Archer and Congressperson Shiela Jackson-Lee, as well as state Senator Don Henderson, House Crime Subcommittee, VA Veterans Administration U.S. Dept. of Justice and others have been in vain and their offices have expressed a gross lack of care and concern for us and our predicament and likewise have participated in the harassment and oppression of me and are indeed worsening our situation and protecting the culprits.  The U.S. Dept. of Justice even went as far as giving greater powers to one of the culprits, DA for state of Texas, Steve Marshall; involved in the malicious prosecution and unlawful imprisonment of my brother Robert Trevino, by hiring D.A, Steve Marshall to work in the U.S. Dept. of Justice, FBI Division instead

*Gloria Trevino Turner*
2373 Champlain St., NW #201 Washington, DC 20009
(202) 232-3058

Congressioanl Hispanic Caucus c/o Ed Pastor/Dept of Justice c/o Janet Reno/ Sec. of
Health and Human Service c/o Donna Shalala/Railbow coelision Jesse Jackson.
12/31/96
Page 2
Ref: Civil Rights/ RICO Violations
Title: Living The American Nightmare

of prosecuting him for conspiracy, fraud, abuse of powers and other Civil
Rights/RICO violations.

They are engaging in unprecedented political, and psychological abuse in
their joint efforts to defraud,oppress and shut up people such as in this reference
and entitled case. They have shown absolutely no mercy or compassion nor respect
for our pain, suffering and frustration dispite their moral, legal and ethical
responsibilities.

Futhermore to make matters worse likewise my repeated efforts to seek legal
and/or any assistance from local, state and national civic organizations, such as
LULAC-League of United Latin American Citizens, American G.I. Forum,
MALDEF- Mexican American Legal and Educational Fund, HACR-Hispanic
Association on Corporate Responsibilitites, ACLU- American Civil Liberties Union,
Amnesty International, AFLCIO, National Council of La Raya. and others have also
been in vain, I suppose for fear of losing their financial funding and other support
and/or for fear of losing the additional "salaries" that they are receiving as
employees of the government-creating an even greater"conflict of interest." In any
case, Hispanic victims of injustice have no one to turn to for help. In fact, we have
became a nuisance to our so-called leaders and do-gooders and the other evil-doers
are very much aware of this. We have became the outcast of society. As evidence, I
submit this case-the RAILROAD of 100% disabled Vietnam Veteran, Roberto
Rodriguez Trevino, who remains unlawfully imprisoned for life on mere wild
accusations after being awarded a Bronze Star for valor and patriotism and Purple
Heart for disability and injury, as well as V.A benefit-20 years after his discharge
from the U.S. Marines, only to be dishonored, disgraced and defrauded once again
of his VA compensation, medical and other benefits and subjected to cruel and
unusual punishment by the Texas Department of Criminal Justice-more specifically,
MARK STILES UNIT in BEAUMONT TEXAS. Even my 75 year old mother,
Maria Rodriguez Trevino, as Robert's dependant is also being deprived of VA
Compensation in spite of her deteriorating medical condition as a direct result of the
stress and the traumatic experience associated with this case agravating her pre-
existing medical condition.

Therefore, I respectfully request that as chairman and members of the
Congressional Hispanic Caucus, you intervene in our behalf and allow the
following:

— *Gloria Trevino Turner* —

2373 Champlain St., NW #201 Washington, DC 20009
(202) 232-3058

Congressional Hispanic Caucus c/o Ed Pastor/Dept. of Justice c/o Janet Reno/sec. of
Health and Human Service c/o Donna Shalala Senator Jesse Jackson
12/31/96
Page 3
Ref: Civil Rights/ RICO Violations
Title: Living The American Nightmare

      1. The opportunity to appear before the House Crime Subcomittee in
my continuing offort to initiate a congerssional invetigation into the matters I have
raised throughout the attached document concerning the discrimination practices,
fraud, and other abuses and inefficiencies that have occured and continue to occur
within our government.

      2. The Congressional Hispanic Caucus appoint an Investigative
Committee on Justice for Hispanic.

      3. That my brother 's case be the first case to be investigated by the
Investigative Commitee on Justice for Hispanics.

      4. That I be appointed as staff member of that Investigative
Committee on Justice for Hispanics.

      5. Provide legal, financial and other support for Victims In Petition
for Justice.

If you need additional information or have any question please call me at
(202) 232-3058 or write me at 2373 Champlain St., NW #201 Washington, DC 20009
Thanking you in advance for any assistance you can provide

                      Respecfully submitted,

                      Gloria Trevino

Attachments:
1. Oct 23, 1996 Civil Rights/RICO Complaint to US. Dept. of Justice,also delivered
to Dept  of Veterans Affairs and Vietnan Veterans of Amarica.
a) photo of RRt, born June 7, 1946.

2. Letter from U.S. Dept of Justice, Civil Right Division Office of Deval L. Patrick,
signed by Robert Gaudet refusing to assist.

3. Photo of GTT protesting Outside White House.
4. Press release entitled  "Denied free Speech in Front of the White House,"dated
Oct. 27, 1996 with attached affidavit of GTT.
5. Newspaper articles
cc
Dolores Trevino Helms

No. 1137499

| | | |
|---|---|---|
| GLORIA TREVIÑO TURNER | § | IN COUNTY COURT AT LAW |
| **Plaintiff** | § | |
| | § | |
| v. | § | |
| | § | |
| MCCALL-F, INC, D/B/A STERLING | § | COURT NO. 3 |
| MCCALL FORD; PETER TOSH; | § | |
| JASON WEEKS AND CAMERON | § | |
| JOSEPH | § | |
| Defendants | § | HARRIS COUNTY, TEXAS |

### PLAINTIFF'S THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Gloria Treviño Turner files her Third Amended Original Petition and Request for Disclosure, complaining of McCall-F, Inc. d/b/a McCall Ford; Peter Tosh; Jason Weeks and Cameron Joseph and for her causes of action would show the following:

### I.    RULE 190 DISCOVERY LEVEL

This is a Level Three case within the meaning of Rule 190.4 Tex. R. Civ. Proc.

### II.    PARTIES

1.    Gloria Treviño Turner ("Plaintiff" or "Treviño") is an individual residing in Harris County Texas. The last four numbers of her driver's license are 9957.

2.    McCall-F, Inc. d/b/a Sterling McCall Ford ("McCall Ford") is a foreign for-profit corporation doing business in Texas and doing business in Harris County, Texas. Service is no longer necessary because the Defendant has already answered.

3.    Peter Tosh ("Tosh") is in Sales and Finance at McCall Ford.  . Service is no longer necessary because the Defendant has already answered.

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 1**

4.    Cameron Joseph ("Joseph") is a salesman at McCall Ford . Service is no longer necessary because the Defendant has already answered.

5.    Jason Weeks ("Weeks") works at McCall Ford.

6.    At all times during the transaction complained of, the individual defendants were also acting as agents of McCall Ford.

III.    PLAINTIFF'SS CONSUMER STATUS UNDER SUBCHAPTER 17.41, TEX. BUS. & COM. CODE

7.    Plaintiff is a consumer within the meaning of the §17.45(4) Texas Deceptive Trade Practices – Consumer Protection Act (the "DTPA"). Plaintiff is a consumer who acquired goods, by purchase from McCall Ford, and by its salesmen, Joseph and Weeks, and its finance person Tosh. These defendants are all either and entity or persons that can be sued under the DTPA.

IV.    BASIC FACTS

8.    Plaintiff resides in Harris County Texas. She is a totally disabled honorably discharged woman veteran of the Unites States Armed Forces. She is also a lifetime member of the Disabled American Veterans ("DAV").   She suffers from chronic Post- Traumatic Stress Disorder ("PTSD"), Depression and other serious health problems. As set forth below, her PTSD and other problems are relevant based upon the events that occurred during the transactions described below and related to her treatment by the self- centered and unscrupulous Defendants.

9.    As set forth above, Plaintiff is suffering from PTSD resulting from her period of service in the Air Force. She has sought treatment for this condition over a period of years from her psychiatrist, Dr. Karen Brown. Dr. Brown has discussed this issue with Plaintiff and has given the following diagnosis:

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 2**

Gloria Trevino is currently under my care. She is diagnosed with Schizoaffective Disorder, a severe mental illness, and PTSD. As a consequence of her illness, Ms. Trevino functions very poorly under stress and makes impulsive, ill-considered decisions. She has been hospitalized several times for her mental illness; her symptoms are exacerbated by stress. When placed under duress, Ms. Trevino cannot think clearly enough to make rational choices. She should, therefore, not be held to a contract signed following the use of hard sales tactics.

(A copy of this letter is attached as Exhibit 1)

10.    Plaintiff keeps reliving the nightmare she experienced at the hands    of the unscrupulous and self-centered Defendants, McCall Ford Dealership and employees. She recalls that she became interested in purchasing a new Mustang.  Being a 66-year-old totally disabled woman veteran and living on a fixed income she has a limited budget and a limited amount she could afford to pay on a monthly basis for the Mustang, including auto insurance which would increase at least by about $150.00 monthly, maintenance and operating expenses. She let the Defendants know from the very beginning that she could not afford to pay more than about $28,000.00 for the Mustang at about $400.00 per month for 72 months with no down payment and only her 2010 Ford Focus as trade in. .Before the Plaintiff called McCall Ford, she had gone to MacHaik Ford to look at their new Mustangs. They were regularly priced about $22,000 without discounts or trade ins. These were not used, demos or loaner cars but new Mustangs like the one that McCall Ford had ridiculously overpriced at $38,000 without options or discounts. The drive-out price at MacHaik Ford was about $28,000 with extended warranty and aluminum wheels without discounts or trade-ins which would have further lowered the price. However, MacHaik did not have the color Plaintiff wanted and it respected her wishes. However, McCall Ford coerced her into signing their detrimental contract at over $41,000 and supposedly with UAW discount and DAV discounts and trade-in. The Plaintiff did not get the $22,000 figure from the internet or advertisements as Defendants allege. She got the $22,000 figure from MacHaik dealership and  from what she saw and was shown on the MacHaik vehicles.

11.    The Plaintiff does not need a guardianship to have gathered this information and was deceived and pressured and coerced by Defendants whose actions fueled her symptoms of PTSD and paranoia. Furthermore, as for the issue of guardianship that the Defendants have ingeniously and conveniently raised without revealing any expert medical authority. Plaintiff does not need a guardianship and she  demands that the Defendants immediately reveal their

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 3**

secret phantom medical expert or cease and desist from making false and misleading accusations challenging and attacking Plaintiff's mental state alleging she needed guardianship as well as attacking Dr. Brown's opinion. Defendants are aware they used deceit, dishonestly and trickery to get Plaintiff to come to the dealership under false pretense and they knew she was not feeling well when that they coerced her into signing the contract under duress and she doesn't need a guardianship to handle her affairs. See Dr. Brown's expert opinion letter dated January 25, 2021, Exhibit 2. In this report, Dr. Brown states:

> I am a board certified psychiatrist in private practice since 1991. I have treated Ms. I intermittently since 2007, most recently since October 2017. Since 2017, she has seen me every 1 to 3 months.

> I am writing this letter to attest that, in my professional opinion, Trevino is capable of managing her own finances and does not require guardianship to do so for her. On careful exam in her last appointments (5/1/20 and 5/4/20) she was able to clearly detail both her income and expenses, and is managing her money competently.

> While she has been distressed by a recent car purchase, during which she succumbed to hard sale tactics, resulting in a purchase she did not intend to make, it was not beyond her means. Her capacity to resist the hard sell was most probably impaired by her psychiatric illness, but she does not have a history of financial recklessness or mismanagement.

> In general, over the years I have known her, Ms. Trevino has never exhibited a pattern of impulsive spending. In fact, I have noted that she has had enough money in reserve to pay for her appointments with me, as well as to pay me to do a consultation on her brother who was incarcerated several years ago.

> To conclude, I do not concur that a financial guardianship is warranted on the basis of Ms. Treviño's psychiatric illness.

Dr. Brown also has subsequently provided a detailed Expert Report to Defendants that further expands and details this opinion.

12.    Defendants have revealed that their $23,000 price was for their used Mustang. It is further obvious that McCall Ford is selling their used Mustangs at new car prices and likewise ridiculously over-charging their new Mustangs as in this case.

13.    Furthermore, the Defendants erroneously allege that they obtain 0% interest for Plaintiff's retail installment contract to supposedly save her money. However, they failed to mention that they overcharged her for the Mustang for about double the price. The Defendants did trick the Plaintiff into not going through her credit union for financing

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 4

because they did not want her to know the outrageous total amount being financed for their ridiculously overpriced Mustang which was an outrageous $41,393 for a $22,000 car. They repeatedly lied to her and told her the UAW and DAV discount and bonus would bring the price down to her budget but instead increased the price.

14.    Furthermore, they never gave Plaintiff the DAV discounts and bonus she was legally entitled to and never told her how much the discount was and in fact never gave her the UAW discount since the price of the car increased and even though they insisted she received a/z plan pricing that was supposedly below the dealer invoice price for the vehicle and the price did not decrease as they repeatedly promised that the UAW would bring the price down to her budget, an outright lie and a sick and perverted joke.

15.    Unaware of their unscrupulous business practices, some of which Plaintiff has now learned, have been complained about by other customers, she had called McCall Ford and spoke to Cameron Joseph, one of the salesmen. He told her that their new Mustangs were priced at about $38,000.00. She told him what her budget was and that their prices were way too high and out of her budget so she would not even bother to go there to look at them. However, Joseph, clearly an experienced con-artist maliciously and deliberately lied to her and told her that they had some new Mustangs that were lower closer to her price range that would fit her budget and urged her to come in the next day to look at it. The next day, Defendant Weeks, Joseph's supervisor and mastermind of the elaborate scheme perpetrated on Plaintiff, also called her, and persuaded her to come in and look at their Mustang. They led her to believe that they had an affordable Mustang to fit her budget for her to look at. Unbeknownst to Plaintiff, the Defendants had used deceit, dishonest and trickery to get her to come to their dealership under false pretense only to maliciously subject her to extreme hard sales tactics and coerce her to purchase the ridiculously overpriced new Mustang.

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 5

16.    On May 17, 2019, when she arrived to view their alleged affordable new Mustang, as soon as she walked into the dealership, Defendant Joseph immediately took illegal possession of Plaintiff's Focus by snatching the keys out of her hand and making her feel trapped and on the erroneous guise that he was going to have it appraised and moved her Focus to their shop out of sight. He then took her outside to test drive their Mustang that had a sticker price of an outrageous $36,368.00 on it and she blatantly refused to even test drive it and had walked away from it. At that point, she wanted to go home; however, the Defendant Joseph, immediately on her arrival had ingeniously taken illegal possession of her car by literally and aggressively snatching the keys to her focus from her hand and startling and intimidating her, making her feel she was trapped and stranded, and they would not return her car.

17.    Joseph said he was going to get the Focus appraised; however, it was to take illegal possession of her high-end Focus and hold her hostage, since clearly they never intended to give her fair $5,000 price for her car and she never agreed to give her car away for what little they were offering her. And therefore, she never gave them the title for her Ford Focus (see Exhibit 2, Title to Ford Focus). Plaintiff repeatedly said "NO" and rejected their Mustang and complained that the Mustang was still overpriced by several thousand dollars and way too high and outside of her budget. She repeatedly told him she could not pay more than $23,000 for a Mustang. However, the Defendant Joseph continued to illegally detain Plaintiff by repeatedly not returning her keys to further cruelly manipulate her by continuing to lie and putting undue pressure on her and assuring her that their rebates and her DAV and her family's UAW employee discount plus her trade-in would considerably lower the price of the Mustang to fit her budget. The Defendants, Joseph, Weeks and

Tosh maliciously misled Plaintiff to believe that she would be getting an affordable Mustang with heated leather seats with the alleged discounts. This was not the case.

18.    Furthermore, the $36,368.00 sticker price of their over-priced Mustang was also equally deceiving since it ingeniously didn't include equipment that was already on it that increased the price by several thousand dollars more, such as the polished aluminum wheels, etc. The Defendants conveniently didn't mention that the added equipment would not only offset any alleged discounts but would further raise the price of the already overpriced Mustang. They again tortuously and maliciously deliberately lied and misled Plaintiff to believe their alleged DAV and UAW discounts plus her trade-in would considerably lower the price of their excessively priced Mustang to fit her budget.

19.    Plaintiff strongly believes that the Defendants should have been honest with her from the beginning and never had persuaded her to come by their dealership under the false pretense that they had an affordable Mustang at her price range and that would fit her budget. However, instead like con artist they continued to use deceit, dishonesty and trickery to cruelly manipulate, exploit, abuse and oppress Plaintiff, and to unjustly enrich themselves to her detriment.

20.    When Plaintiff first came in, Joseph asked her about the Disabled Veteran license plate on her Ford Focus. She told him that she was totally disabled according to the Veterans Administration and suffered from chronic PTSD. She told him that she was a life-time member of DAV, which had a discount program with Ford and was also eligible for a United Auto Workers ("UAW") discount. However, he never told her how much the mysterious and elusive DAV and UAW discounts were because they had no intentions of affording her any discounts to lower the price to fit her budgets as they repeatedly were promising her. The DAV X-Plan Pricing Discount amount had an added $1,000.00 cash

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 7

bonus. In spite of that, they shamelessly and brazenly defrauded her out of a least another $1,000.00 for the phantom heated leather seat and plus the DAV discount and UAW discount. He had told her the UAW pricing plan discount would be better, but she now believes they cheated her and tortiously interfered with both her UAW and DAV membership discount. Unfortunately for Plaintiff because of her disabilities which they were aware, Defendants, Joseph, Weeks and Tosh pounced on her like unsuspecting prey and have made a mockery out of her.

21.     Defendants created too much undue pressure and confusion while repeatedly demanding Plaintiff stay put and wait while coming back and forth with different figures and erroneously said and ingeniously telling her that they were working on her family's UAW Discount. They said first they could not find the UAW Discount Approval even though Plaintiff had provided them with the pin number approving it. Joseph would not tell her how much the UAW or DAV discounts were and would order her to stay in his small office while he checked with Weeks about the discounts. He would leave her stewing and baffled and confused for long periods of time, knowing that she could not leave without her car while he went back and forth to check with Weeks about the alleged discounts. This went on for most of the day and she was extremely fearful and feeling tired, extremely anxious, confused and fearful because each time Joseph would come back into his office from talking to Weeks, he would put a lot of pressure on her to accept their price insisting that they could not find the UAW discount approval from Ford Motor Company. She would repeatedly say "NO," reject their price and told him it was not in her budget. However, Joseph would not return the keys to her Focus and would not let her leave, insisting that her discounts would considerably lower the price to her budget.

22.    Confused, baffled and disoriented, Plaintiff called her sister, Dolores Treviño Helms on speaker cell phone and asked her to give Joseph the Z number for the UAW discount approval because he kept telling her that they couldn't find it for whatever reason.  Ms. Helms gave Joseph the z number and he confirmed to her that it was the right number and that they were going to give her the UAW discount even though they could not find it. (See Exhibit 3, Statement of Dolores Treviño Helms.) Joseph told Plaintiff and Helms the discount would bring the price of the mustang down to Plaintiff's budget.  However, after talking to Plaintiff's sister, Joseph again began to pressure Plaintiff relentlessly insisting on their price while confusing her and promising the UAW discount to fit her budget.  Joseph warned her that they were not going to let her leave without driving away in their mustang. Defendants had Plaintiff sweating bullets and suffering severe symptoms of PTSD and Paranoia and fearful  and physically and mentally exhausted, feeling severe anxiety and fear even feeling faint and chest pain and mental blocks and she needed to get home before she suffered one of her anxiety attacks. Plaintiff was like a Zombie and a Hostage and succumbed to their relentless pressure and agreed and relied on his promises.

23.    Defendants erroneously said they would give Plaintiff the discount, but they would never tell her what it was to further keep her bewildered and confused and hanging on while continuing to push and put undue pressure on her and clearly ignoring and disregarding her tight limited budget which she had repeatedly told them about. It is obvious they never intended to give her any discount and the price of their Mustang increased to the outrageous $41,393 for a $22,000 Mustang. This is in spite of Defendants' claim that the Plaintiff received A/Z plan pricing that was below the dealer's invoice for the vehicle and contrary to their repeated promises to her that the UAW discount would lower the price to

fit her budget, and even charging her for the one phantom heated leather seat and useless Sirius radio.

24.    When Plaintiff had first arrived at their dealership, she started to feel trapped when Joseph had immediately taken illegal possession of her Focus keys when he snatched them out of her hand, supposedly to get it appraised. However, Plaintiff believes it was to keep her from leaving after he showed her the overpriced Mustang especially since they didn't want to give her more than $500.00 for her Focus. She told Joseph that the new Michelin tires alone were worth $1000.00. Joseph later agreed to give her $1500.00 for her Focus even though it was a high-end Focus valued at about $5000.00 with heated leather seats, sunroof, power windows, cruise control, cd player, spoiler, blue tooth, security system and the new Michelin tires. And their new overpriced Mustang was not a convertible, nor did it have an alarm system, a sunroof, nor did it have heated leather seats but cheap unheated cloth seats that have already started to fade and that according to other Ford dealers had it regularly priced at about $23,000.00 with a drive out price, before discounts or trade-in allowances, would be about $28,000.00. She never agreed to their measly offer for the Focus and never gave them the title to it, nor did they return her the keys.

25.    Because of their relentless, pushing and undue persistence and undue pressure for an oppressive length of time, Plaintiff was extremely tired, in pain and exhausted and had begun to experience mental blocks and her ability to concentrate was drastically impaired and was like a Zombie and Hostage. She wanted to go home to her comfort zone but felt extremely fearful and intimidated, a frequent symptom of PTSD. Defendant Joseph had repeatedly warned Plaintiff that they were not going to let her go home without signing the contract and her driving away in the new Mustang and she was sweating bullets and succumbed to their relentless pressure and threats. She developed a completely irrational

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR
DISCLOSURE Page 10

psychological alliance with them and even felt empathy for them and felt compelled to go along with them so they would let her go home before she suffered an anxiety attack and she relied on their promises and representations that they were putting her in an affordable Mustang. However, they had no intentions. of doing that and took unfair advantage of her and made a complete fool out of her. Even though they had finally then given her keys back, it was only for her to remove her house keys and drive off in the overpriced Mustang and she did as she was ordered. She was still under their total control and influence and was never going to be allowed to leave without driving off in the over-priced Mustang. Obviously, they had decided that they were going to coerce her to purchase this over-priced Mustang and did not show her any other one that might have been lower priced without all the added and unnecessary features that Plaintiff did not need and should not have had to pay for.

26.     They had repeatedly assured her and led her to believe that their rebate, her trade- in and her family's UAW/DAV discounts would considerably lower the price of the Mustang. However, they were evasive and deceptive and would never tell her how much the UAW/DAV discounts would be repeatedly telling her they were still working on it to further keep her baffled and confused and hanging on under extreme pressure. And even though they never told her what the UAW discount was, they assured her they had given it to her. She believes that they never gave her the mysterious and elusive UAW discount nor the DAV discounts with the $1,000.00 cash bonus.

27.     Finally, in furtherance of their cruel manipulation, exploitation, fraud and abuse of Plaintiff, and to further unjustly enrich themselves to her detriment, Joseph walked Plaintiff to Weeks and told him that she wanted heated leather seats. Weeks became enraged and with impunity and in an angry agitated authoritarian and threatening manner, he yelled and

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 11

chastised Plaintiff for wasting all their time and dictated he was only going to provide one heated leather seat and demanded that Plaintiff write them a $1000.00 check to supposedly cover part of the $2000.00 charge for only one phantom heated leather seat, complaining to her and dictating that the passenger seat would not be heated and then further demanded that Plaintiff go with Tosh and immediately sign the injurious and detrimental paperwork that Tosh had prepared for her and she did so in a panic and fearful state of mind under duress and without understanding what she was signing. At no time did Tosh ever inform Plaintiff what the outrageous total amount was that Ford Credit was financing for their overpriced Mustang which was an outrageous estimated $41,393.00. Additionally, as if in jest and as if he didn't know and as if he cared, Tosh did ask Plaintiff both times before she signed the detrimental contract under duress, how she was feeling to which Plaintiff replied "like hell" both times. He knew she was feeling bad, but he did not care but was making her sign the detrimental contract both times under duress. Plaintiff was not skipping up and down with joy as the Defendants erroneously described to her attorney. This was physically impossible for Plaintiff to have done in in a dazed and depressed state and in high heel shoes with painful arthritic feet with shoes she never expected to be wearing all day. Tosh would not tell Plaintiff the total amount charged, only that they had erroneously saved her a lot of money with UAW discounts and no interest. He sealed the envelop that he put all the paperwork in so she could not see the total amount charged. Plaintiff believes that the Defendants also had tortiously interfered and ingeniously refused to let her go through her credit union, Texas DOW Employee Credit Union ("TDECU") which she had previously asked about the financing for a Mustang. They deceptively told her that they were going to save her money and that Ford Credit was not going to charge her any interest. But, in reality, it was so she would not know the outrageous total amount they were charging her to finance

the already overpriced Mustang and that the extended warranty, useless Sirius Radio, added equipment that was already on the Mustang was not only going to offset any discounts but in reality, instead increased the already overpriced Mustang and to the outrageous estimated $40,000.00 financing even without the interest charge. And that the equally overpriced extended warranty And, for the same Mustang other Ford dealers had regularly priced at about $23,000.00, since it was not a convertible, had no sunroof or heated leather seats but cheap unheated cloth seats and 4 cylinder and did not have many of the options she had in Ford Focus.

28.     Upon arriving at her home and when she looked at the paperwork, Plaintiff was in total shock and outrage and realized that the Defendants, without fear of any negative legal consequences had freely victimized her and basically swindled her out of several thousands of dollars and made a mockery out of her. The financed amount was not what was agreed but what she had repeatedly disagreed to and had repeatedly told them which she could not afford and nowhere close to her budget, which they had promised her they would meet. In fact, it was for the amount she told them she would not even bother to go to their dealership to even look at much less test drive or even buy their overpriced Mustangs.

29.     Plaintiff, still devastated and distraught, immediately called her bank and instructed them to immediately stop payment on the $1000.00 check that Defendants had coerced her into writing them for the phantom one leather heated seat. She then called Joseph and told him that the financed amount was not what she had agreed and that she had signed the papers under duress and was returning the Mustang and demanded her Focus back and that she was not giving them the title to her Focus. He told her that he had already left for the day, so Plaintiff returned the Mustang the next morning. Joseph and Tosh refused to

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 13**

accept the keys to their Mustang and contemptuously and sarcastically criticized Plaintiff and taunting her that they had already been funded and that she should never have signed the paperwork, even though they knew they had coerced her in signing the paperwork. Tosh finally accepted the keys to their Mustang but blatantly refused to return the Focus back to Plaintiff and furthermore, threatened to have her arrested for her stop-payment on the $1000.00 check that they had ingeniously also coerced her into writing them. for the phantom one leather heated seat. Nonetheless, Plaintiff left their Mustang there and, because she had no transportation, since they refused to give her the Focus. She had to wait for a taxi to drive her back home. However, by the time she arrived home, she was further shocked and in disbelief that Joseph and Tosh had further disregarded Plaintiff's No Trespassing Sign in her front yard and like common thugs had illegally trespassed on her private property and had parked the Mustang back in her driveway and further appeared to have maliciously damaged the driver's window by keying the tint on it, leaving scratch marks on it.

30.    Furthermore, they approached her front door and taped the keys to their Mustang to her front door in an envelope that anyone could have stolen. Ring Doorbell Video Camera captured Joseph or Tosh approaching Plaintiff's front door twice, once to tape the envelope with the keys to her front door and the second time arousing suspicion that he was trying to break into her house since the recording abruptly stopped as he aggressively approached her front door. Their illegal trespassing onto Plaintiff's private property amounted to a home invasion and another personal affront and ridicule of Plaintiff. As a result, Plaintiff continues to feel further threatened for her personal safety and at even greater risk alone in the privacy of her home. Consequently, Plaintiff is excessively worried that the Defendants will return to her home to cause her further harm and injury and no

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 14**

longer feels safe and secure there and no longer considers her home her comfort zone and lives in greater fear for her life and safety.

31.    With the Taxi drivers help, Plaintiff immediately returned the Mustang back to McCall Ford Dealership for a second time on the same day. She was approached by Ruben Herrera, another manager there. She demanded that they stop trespassing onto her private property and to immediately return her Focus and to leave her alone. Herrera was very confrontational and told her that there was no way they were going to return her Ford Focus to her and threatened to have the Mustang towed back to her house and were further going to bill her for the cost of the towing. He further stated that she had signed the paperwork for the Mustang.

32.    Plaintiff protested that she had signed the detrimental paperwork under duress and that the Mustang was not worth $38,000.00. He concluded that it didn't matter that she had signed the paperwork. She immediately left the second time in the same Taxi that had previously driven her home.

33.    Subsequently, she contacted her attorney, John Richards and asked for his help.

34.    He called McCall Ford to complain about the issue. The undersigned was able to identify Crow as the sales manager and communicated with him and later sent him a letter dated May 18, 2019 which raised the issue of misrepresentation and deceptive practices and requested that the transaction be rescinded. A copy of this letter is attached as Exhibit 4.

35.    Thereafter, on May 20, 2019, the undersigned sent Crow a list of over twenty issues with the transaction. A copy of the email and the list of issues is attached as Exhibit 5.

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 15**

36.     Thereafter a series of discussions occurred between the undersigned and Crow. Crow was unwilling to rescind the contract however, he stated he would make certain reductions and adjustments in the amount. The monthly payment was adjusted down to $488.44 which is still unreasonable and unjust and included the $1000.00 for the check they coerced Plaintiff into writing them supposedly to cover part of the $2000.00 charge for the only one phantom heated leather seat which she never got but was conveniently and maliciously defrauded out of anyway.

37.     At this time, Plaintiff was desperate because the Defendants blatantly and maliciously refused to return her Focus and she was still without transportation and had no way to retrieve her Focus, forcing her to have to take expensive Taxis everywhere she had to go because she does not live close to the bus system. the Defendants were further maliciously subjecting her to severe mental, emotional and physical distress and extreme financial hardship. Therefore, she clearly signed the detrimental and injurious papers under duress.

38.     However, even though she signed the new papers, McCall Ford would not return the $1000.00 check which Weeks had brazenly demanded and coerced her into writing, supposedly to cover the cost of the one phantom heated leather seat. And she never intended to make any down payment for any new car. Only after great pressure from the undersigned via email was the check returned and only after they had ingeniously attempted to obtain the Focus Title supposedly in exchanged for the $1000.00 check.

39.     On May 29, 2019, Joseph had the audacity to call Plaintiff telling her that they needed the title to her Focus. He had assured her that they had the $1000.00 Check that they had coerced her into writing them and that she had stopped payment on in their possession and erroneously promised to return the check to her in exchange for the

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 16

Focus Title. He instructed her to come by the dealership to pick it up in exchanged for her Focus Title. They knew that Plaintiff was desperate to recover the check back because of their repeated threats to have her arrested for stop payment on it and she was also afraid that they would try to cash it after the expiration of the stop payment, and they had repeatedly previously refused to return to her. Plaintiff immediately drove to the dealership, which is about an hour of heavy traffic away, However, when she arrived again, they tried to pressure her into giving them her Focus Title in exchanged for a worthless copy of the check. She again protested that they had again made a complete fool out of her making her drive all the way over there under false pretense only this time she flashed-back on her past traumatic experience with them and she refused to give them the title to her Focus and stormed out of there, which is what she wanted to do when she first saw the outrageous sticker price on the Mustang but was not allowed because Joseph had ingeniously taken possession of her Focus on her arrival under the pretense they had a Mustang that would fit her budget. She further expressed total shock and disbelief over their continued use of deceit, dishonesty and trickery to cruelly manipulate and abuse her in their continuing further efforts to pressure her and con her out of her Focus title just like they had cleverly done to trick and conned her into coming to their dealership in the first place and pressured and coerced her into writing them the $1000.00 check as well as into signing all their detrimental and injurious paperwork for their overpriced unaffordable mustang to unjustly enrich themselves to Plaintiff's detriment.

40.      Tosh did call Plaintiff's attorney, John Richards and reported to him that Plaintiff had refused to give them the Title to her Focus and had stormed out of there. They also blatantly lied to him and told him they had voided the check. Tosh emailed Richards a copy of the check which only proved that it was not voided since the word voided was nowhere

**THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 17**

written on the check, and further, only proved Tosh was a liar, since it was not voided. Richards advised him that the check was not voided and that it was still a valid check and for them to immediately return the check to Plaintiff and they continued to refuse and made erroneous excuses, even blaming their bank. Checks with stop payments on them are still valid since the stop payments have expiration dates on them. It is Plaintiff's strongest contention that the Defendants had repeatedly refused to return the check back to Plaintiff even though they had included the $1000.00 in the new detrimental papers she was again clearly coerced into signing because they intended to cash it after the expiration of the stop payment to further exploit, oppress and abuse Plaintiff and again further unjustly enrich themselves to her detriment.

41.     Repeated complaints to Ford Credit and Ford Motor Consumer Relations were frustrating and in vain since they don't seem to have any control over the McCall Ford Defendants. As a result, in further retaliation for her complaints, Defendants Weeks and Joseph angrily taunted and ridiculed Plaintiff and threatened to have her arrested for the stop payment and remarked that they didn't need her Focus Title even though they clearly know they maliciously coerced her into signing all their damaging paperwork and therefore she had signed  the detrimental and injurious papers under duress  and never gave them her Focus Title.  See Exhibit 2, copy of Plaintiff's Ford Focus Title. However, even though she had signed the new papers, McCall Ford would not return  the $1,000 check. Only after great pressure from the undersigned was the check returned.

42.     On June 6, 2019, the undersigned sent another letter to McCall Ford, once again demanded that the sale be rescinded. A true and correct copy of this letter is attached as Exhibit 65. McCall Ford once again declined to rescind the transaction despite knowing of Plaintiff's severe and chronic PSTD condition which they had clearly tortuously

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 18

maliciously fueled and aggravated and knowing that Plaintiff had no option but to sign the detrimental and injurious agreement again because otherwise she would be carless and without transportation and again maliciously and intentionally inflicted to further suffer severe mental, emotional and physical distress and extreme financial hardship and still subject to billing from Ford Credit.

43. In effect the wrongful actions of Ford, through its agents Joseph, Weeks, and Tosh, considering all the facts and circumstances related to the transaction, constituted unfair representation, manipulation and coercion on Plaintiff. In refusing to initially rescind the transaction despite knowing of Plaintiff's severe and chronic PTSD and knowing that Plaintiff had no option but to sign the injurious and detrimental agreement because otherwise she would be carless and without transportation and again maliciously and intentionally inflicted to suffer severe emotional and physical distress and extreme financial hardship and still subject to billing from Ford Motor Credit. Defendants acted maliciously and in bad faith. Therefore, contrary to Defendants contention that Plaintiff filed her Petition against them in bad faith, Plaintiff did not file in bad faith but in the best interest of justice. The Defendants repeatedly used deceit and trickery and dishonesty to get her to come to their dealership under the false pretense they had a new Mustang to fit into her budget and maliciously subjected her to sever mental distress through the use of extreme hard sales tactics and coerce her into signing the first and second detrimental and injurious sales contracts under duress. However, at no time did the Plaintiff nor her attorney ever agree to waive or relinquish her legal rights to seek justice through the court to hold Defendants accountable for their egregious blatant violation of the 'DTPA, coercion, etc. and to seek damages for same. Plaintiff is merely lawfully exercising her legal rights to seek justice through the courts that she clearly deserves and is justly legally and morally entitled

to. It is Plaintiff's contention that it is the defendants that are egregiously acting in bad faith in this case as well by continuing to use deceit, dishonesty and trickery to further harass and deprive the Plaintiff of justice and defraud her of fair compensation and escape strict civil accountability for their flagrant, egregious pattern of unscrupulous conduct and outright fraud, and deceptive trade practices.

IV.   CAUSES OF ACTION

A.   Coercion/Economic Duress/Rescission

44.   Based upon the facts stated above, the actions of the Defendants constituted coercion and duress. Plaintiff is entitled to rescission of the contract and return of her Ford Focus or its fair market value.

B.   Misrepresentation/Fraud

45.   The conduct of the Defendants McCall Ford, Weeks, Joseph and Tosh, as set forth above constitute intentional misrepresentation and/or intentional omission, including failure to disclose matters which should have been disclosed to Plaintiff and which she should have been made aware of. In particular, at least the following misrepresentations were made:

a.   Told her they were going to get her a Mustang that would fit the budget she told them she could afford and yet placed her under a contract which she could not afford, and they knew she could not afford.

b.   Failed to tell her that she could have purchased another less expensive Mustang which did not have all the extra added on expensive features (i.e., such as the Aluminum Wheels and Sirius radio) which she did not need.

c.   In addition, McCall Ford, Joseph, Weeks and Tosh acted knowingly and or intentionally, which entitles Plaintiff to enhanced (punitive) damages under Texas Business & Commerce Code section 17.50(b)(1).

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 20

46.    As a result of these misrepresentation, Plaintiff has suffered damages in the amount of an alleged debt to Ford Motor Credit. She also has suffered emotional anguish of at least $150,000 and is entitled to damages for this.

### C.    Deceptive Trade Practices

47.    The conduct described above constitute Deceptive Trade Practices by Defendants McCall Ford, Weeks, Joseph and Tosh. In particular, these Defendants engaged in an "unconscionable action or course of action" by taking advantage of the lack of knowledge, ability, experience, or capacity of Plaintiff to a grossly unfair degree. They told her they were going to get her a Mustang that would fit the budget she told them she could afford (McCall Ford, Joseph and Weeks) and yet placed her under a contract which she could not afford, and they knew she could not afford. The Defendants are guilty of a false, misleading, or deceptive act or practices that are specifically enumerated in a subdivision of Subsection (b) of Section 17.46 of the DTPA and identified above; were relied on by a Plaintiff to Plaintiff's detriment. In particular, they failed to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information been disclose in violation of §17.46(b)(24) of the DTPA.    Their conduct constituted an unconscionable action or course of action in violation of §17.50 (3) of the Act.

   a.   Failed to tell her that she could have purchased another Mustang which did not have all the extra added on expensive features (i.e., such as the Aluminum Wheels and Sirius radio, which she did not need.

   b.   Failed to provide a proper discount under the DAV and UAW programs and defrauded her out of the $1,000.00 DAV bonus.

### D.   Damages

48.   Defendants McCall Ford, Weeks, Joseph and Tosh's wrongful conduct was a producing cause of Plaintiff's injury:

a.  Plaintiff sustained economic damages in the amount of the cost of the Mustang that Plaintiff is otherwise contractually committed to pay plus conversion of her Ford Focus that had a value of $5,000.00. It was a high-end Focus with heated leather seats, sunroof, security system, cruise control, power windows fully automatic with new Michelin tires, bluetooth, CD player and spoiler.

b.  Plaintiff was defrauded out of the $1,000.00 DAV cash bonus and the DAV, UAW discounts and is justly entitled to those damages.

c.  Plaintiff was also defrauded by having to write the $1000.00 check she was coerced into writing for the one phantom heated leather seat and she entitled to the damages for the heated leather seat she was supposed to have.

d.  The actions of Defendants were committed knowingly and intentionally and

Plaintiff is entitled to receive three times her economic damages and three times her mental anguish, as provided by Section 17.50(b) of the DTPA, which anguish is at least $150,000 or a lesser amount if other damages increase the total amount sought to $200,000 so that the total sought does not exceed the jurisdictional amount for this court.

e.  Defendants, actions constituted misrepresentation and were done knowingly and intentionally. As a result, Plaintiff suffered economic loss as set forth above and is entitle to those damages. In addition, Plaintiff sustained extreme mental anguish. McCall Ford, Weeks, Joseph and Tosh. acted knowingly and or intentionally, which

entitles Plaintiff to enhanced/punitive damages under Texas Business & Commerce Code section 17.50(b)(1).

f. Plaintiff is entitled to reasonable and necessary attorney fees for prosecuting this suit under Texas Business & Commerce Code section 17.50(d) and section 38.001 of the Texas Civil Practices & Remedies Code, including notice and demand which meets the requirements of Texas Business & Commerce Code section 17.505(a) and section 38.002 of the Texas Civil Practices and Remedies Code.

g. Pursuant to Tex. R. Civ. P. 77(c), the maximum amount that will be sought by Plaintiff will be within the jurisdiction limits of Tex. Gov. Code 25.0003;(c)(l) and shall not exceed $200,000, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs,

49. All Conditions Precedent to bringing this action have been performed.

50. Plaintiff is also entitled to her reasonable attorney's fees because of the breaches of the Deceptive Trade Practices Act.

V. JURY DEMAND

51. Plaintiff demands a jury trial.

VI. REQUEST FOR DISCLOSURE

52. Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 30 days of the service of this request, the information or material described in Rule 194.2.

VII. PRAYER

Plaintiff requests that citation be issued and after trial on the merits asks the Court to render judgment by rescinding the contract with Ford Motor Credit, judgment

THIRD AMENDED ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE Page 23

for Plaintiff recover her damages as set forth above, including enhanced/punitive damages, and damage for mental anguish, costs, plus reasonable attorney's fees, prejudgment interest and post-judgement interest and award Plaintiff all other relief to which she is justly entitled.

Respectfully submitted,

/s/ John E. Richards

_____

John E. Richards
State Bar No. 16848900
RICHARDS AND VALDEZ
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
214-455-4690 (direct dial)
866-823-2719 (facsimile)
John.Richards@richardsvaldez.com
ATTORNEYS FOR PLAINTIFF
Gloria Treviño Turner

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct of the foregoing was served on all know counsel of record via email as indicated below, on January 25, 2021 as follow:"

Andrew H. Sharenson
asharenson@jdkglaw.com
Donald W. Gould, II
DONALD W. GOULD, II
dgould@jdkglaw.com
Johnson Deluca Kurisky & Gould
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010

/s/ John E. Richards

John E. Richards





FedEx Office is your destination
for printing and shipping.

Address:          12121 WESTHEIMER RD
                  HOUSTON
                  TX 77077
Location:         JGQKO
Device ID:        ~BTC01
Transaction:      940373448626

                                      12121 Westheimer Rd
                                      Houston, TX 77077-6671
                                      Tel: (713) 977-2666

                           8/12/2023              4:49:10 PM CST
                           Team Member: ENRIQUE M.

**FedEx 2Day**
Tracking Number:
  782406253670    15.00 lb (S)      160.22
     Declared Value    100
Recipient Address:
  District of Conneticut
  US District Court Clerk
  141 Church St
  New Haven, CT 06510
  0000000000

Scheduled Delivery Date 8/16/2023

Pricing option:
  STANDARD RATE

Package Information:
  Your Packaging
  13 x 10 x 7

           Shipment subtotal:    $160.22

               Total Due:    $160.22

           (S) CreditCard:    $160.22
           ************0970

                                      SALE

                           BW 1S Copy/Print    2846 @    0.1700 T
                             000001 Reg. Price    0.24
                           Priority Print $500+    1 @  175.0000 T
                             051954 Reg. Price  175.00

                             Regular Total      858.04
                             Discounts          199.22

                             Total              658.82


                           Sub-Total            658.82
                           Tax                   54.35
                           Deposit                0.00

                           Total               713.17

                           ************* PURCHASE *************
                                        APPROVED
                           Total:                $713.17
                           Card Type:     VISA
                           Card Entry:    Contactless
                           Acct #:        ************7956
                           Approval Code: 012078
                           ************ EMV PURCHASE ************
                           App Label:             VISA CREDIT
                           Mode:                       Issuer
                           AID: A0000000031010
                           TVR: 0000000000
                           IAD: 06011203A00000
                           TSI:
                           ARC: 00
                           AC:  1B0672B4033D151B
                           CVM:

M = Weight entered manually
S = Weight read from scale
T = Taxable item

                             Total Tender        713.17
                             Change Due            0.00

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment. Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.

                             Total Discounts    199.22

           Visit us at: fedex.com

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✓

✉ **Get Status Updates**

**TRACKING ID**

780379608094  ✏ ☆

**FROM**
Houston, TX US

*Label Created*
6/26/2023 4:53 PM

**PACKAGE RECEIVED BY FEDEX**
MISSOURI CITY, TX
6/26/2023 5:48 PM

**IN TRANSIT**
STRATFORD, CT
6/29/2023 6:48 AM

**OUT FOR DELIVERY**
STRATFORD, CT
6/29/2023 7:00 AM

**DELIVERED**
New Haven, CT US

*Delivered*
6/29/2023 at 2:28 PM

*My response in Ct is missing! Claim they never received it. About Loop box A?*

**Manage Delivery**  ⌄

SEE FULL DETAILS   (/FEDEXTR ACTION=TRACK&TRACKINGNUMBER=7803796(

---

**FedEx Office** ℠

Address:           12121 WESTHEIMER RD
                   HOUSTON
                   TX 77077
Location:          JGQKO
Device ID:         ~BTC01
Transaction:       940369838615

FedEx Ground
Tracking Number:
780379608094   12.00 lb (M)        82.45
  Declared Value   0
  Pack & Ship Service:
     Standard-- Medium, 17x17x7
     790363010746   1(T)      $11.49

Recipient Address:
  Honorable Judge Janet Bond
  Arterton, US District CT For The
  District Of Conneticut
  141 Church St
  New Haven, CT 06510
  0000000000

Scheduled Delivery Date 06/29/2023

Pricing option:
  STANDARD RATE

Package Information:
  Your Packaging
  17 x 17 x 17

       Shipment subtotal:      $82.45
Merchandise taxable subtotal:  $11.49
       Tax(City): 1%            $0.12
       Tax(TX): 6.25%           $0.72
       Tax(SC): 1%              $0.11


       Total Due:             $94.89

  (K) CreditCard:             $94.89