# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-01503 (SRU)<br><br>September 26, 2023 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR

Plaintiffs respectfully request leave for Law Student Interns JESSICA ANGEL, JARED HIRSCHFIELD, DEJA MOREHEAD, OLU OISAGHIE, and CLAIRE SULLIVAN to appear in this matter on behalf of CONLEY F. MONK, JR., individually and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS under the supervision of MICHAEL J. WISHNIE and NATALIA FRIEDLANDER of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: September 26, 2023

                                                Respectfully submitted,

                                  By: /s/ Michael Wishnie
                                          Michael Wishnie, ct27221
                                          Jerome N. Frank Legal Services Organization
                                          Veterans Legal Services Clinic
                                          Yale Law School
                                          P.O. Box 209090
                                          New Haven, CT. 06520-9090

Tel: (203) 432-4800
Michael.wishnie@ylsclinics.org

/s/ Natalia Friedlander
Natalia Friedlander, ct31510
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
Fax: (203) 432-1426
Email: natalia.friedlander@ylsclinics.org