UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant.* | Civil Action No. 3:22-cv-01503 (SRU) <br><br> September 26, 2023 |

## LAW STUDENT INTERN APPEARANCE

1. <u>Certification of Law Student</u>

I certify that:

(a) I, Jessica Angel, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I have completed at least two semesters of credit in legal studies; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: September 26, 2023         Signature: _____
                                           Jessica Angel

1

## CONSENT OF CLIENT

I hereby consent to the appearance of Jessica Angel to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of NATALIA FRIEDLANDER and MICHAEL J. WISHNIE.

Date: September 26, 2023         Signature: _____
Conley F. Monk, Jr.
Individually and as Administrator of the
Estate of Conley F. Monk, Sr.

Date: September 26, 2023         Signature: _____
Garry Monk
Executive Director
National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut, and I will assume professional responsibility for the work of Jessica Angel as a law student intern, that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: September 26, 2023         Signature: /s/ Natalia Friedlander
Natalia Friedlander

Date: September 26, 2023         Signature: /s/ Michael J. Wishnie
Michael J. Wishnie