UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK, Jr., | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (SRU) |
| | : | |
| THE UNITED STATES OF AMERICA, | : | October 19, 2023 |
| *Defendant*. | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Trial Attorney Emily M. Kelley on behalf of the Defendant, the United States of America.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        JAMES G. TOUHEY, JR.
        Director, Torts Branch

        CHRISTOPHER R. BENSON
        Assistant Director, Torts Branch

By:   /s/ Emily M. Kelley
       Emily M. Kelley, phv207548
       Trial Attorney
       United States Department of Justice
       Civil Division, Torts Branch
       Benjamin Franklin Station, P.O. Box 888
       Washington, DC 20044
       Telephone: (202) 616-4400
       Email: Emily.m.kelley@usdoj.gov