Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: J. Reis
RPTR/ECRO/TAPE: Melissa Cianciullo
TOTAL TIME: 1 hours 23 minutes
DATE: 11/2/2023   START TIME: 9:03 AM   END TIME: 10:25 AM
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:22-cv-01503-SRU

MONK

vs

USA

Plaintiff's Counsel: Claire Sullivan, Olu Oisaghie, Michael

Defendant's Counsel: Emily Kelley and Natalie Elicker

## COURTROOM MINUTES- CIVIL

☑ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..# 23   Motion to Dismiss for Lack of Jurisdiction by USA   ☐ granted ☐ denied ☑ advisement