UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, *Plaintiffs*, v. UNITED STATES OF AMERICA, *Defendant*. | No. 3:22-cv-01503-SRU March 25, 2024 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE FOR LAW STUDENT TO APPEAR**

Plaintiffs Conley F. Monk Jr. and the National Veterans Council for Legal Redress (NVCLR), through their attorneys, respectfully move this Court to grant law student Raillan Brooks leave pursuant to District of Connecticut Local Rules of Civil Procedure 83.9 to appear in the above-captioned matter under the supervision of attorneys Michael J. Wishnie and Natalia Friedlander of the Jerome N. Frank Legal Services Organization.

Local Rule 83.9(c)(2) provides that a law student may appear under the supervision of a licensed attorney if the student has completed legal studies amounting to at least two semesters of credit. Raillan Brooks is currently enrolled in his second semester of coursework at Yale Law School and satisfies all other requirements under Local Rule 83.9. Plaintiffs respectfully request that this Court waive the two-semester requirement under Local Rule 83.9(c)(2) such that Brooks may appear in the above-captioned matter.

1

Plaintiffs are represented free of charge by law students under faculty supervision at the Jerome N. Frank Legal Services Organization at Yale Law School. Raillan Brooks is currently enrolled in the Veterans Legal Services Clinic (VLSC), a course in a supervised clinical program for academic credit. He will appear under the supervision of Attorneys Wishnie and Friedlander. Brooks has been working on Plaintiffs' case since January 2024, and is integral for the development of the Plaintiffs' litigation strategy and preparation of litigation filings.

The District Court for the District of Connecticut has waived semester requirements for law student interns. *See Johnson v. Kendall,* No. 3:21-cv-01214-CSH, ECF No. 86 (D. Conn. Mar. 3, 2023) (requesting leave to appear for law student in second semester of studies), ECF No. 87 (D. Conn. Mar. 9, 2023) (granting leave); *Perea et al. v. Industrial Pallet, LLC et al.*, No. 3:21-cv-00533-MPS, ECF No. 56 (D. Conn. Mar. 1, 2022) (requesting leave to appear for law student in second semester of studies), ECF No. 57 (D. Conn. Mar. 2, 2022) (granting leave); *Am. Fed'n of State, Cnty. and Mun. Emps. Council 4 v. Garland*, No. 3:21-cv-01524-SRU, ECF No. 27 (D. Conn. Feb. 15, 2022) (requesting leave to appear on behalf of two law students in their second semester of studies), ECF No. 36 (D. Conn. Mar. 1, 2022) (order granting leave for two law student interns to appear); *Olson v. Mayorkas*, No. 3:21-cv-01631-VLB, ECF No. 30 (D. Conn. Feb. 12, 2022) (same, as to one law student in her second semester of studies), ECF No. 31 (D. Conn. Feb. 15, 2022) (order granting leave); *Manker v. Harker*, No. 3:18-cv-00372-CSH, ECF No. 157 (D. Conn. Feb. 16, 2021) (same, as to one law student in his second semester of studies), ECF No. 164 (D. Conn. Feb. 23, 2021) (order granting leave); *NAACP v. Merrill*, No. 3:18 cv-01094-JBA-PWH-JMW, ECF No. 69 (D. Conn. Feb. 24, 2020) (same, as to three law students in their second semester of studies), ECF No. 70 (D. Conn. Feb. 25, 2020) (order granting leave); *Kennedy v. McCarthy*, No. 3:16-cv-2010-CSH, ECF No. 141 (D. Conn. Feb. 18, 2020) (same, as to two law

students in their second semester of studies), ECF No. 144 (D. Conn. Feb. 20, 2020) (order granting leave); ECF No. 141 (granting leave for law students to appear); ECF No. 144 (granting leave); *Wu v. Chang's Garden* No. 3:08-cv-746-WWE, ECF No. 235 (D. Conn. Feb. 17, 2010) (same, as to two law students in their second semester of studies), ECF No. 238 (D. Conn. Feb. 18, 2010) (order granting leave).

The Second Circuit Court of Appeals has also waived semester requirements for law student interns. *See Rodriguez v. Mayorkas,* No. 23-435, ECF No. 93 (requesting leave for law student to appear before completing four semesters of studies) (2d Cir. Oct. 20, 2023), ECF No. 100 (2d Cir. Oct. 24, 2023) (order granting leave); *Doe v. U.S.*, No. 18-185, ECF No. 30-1 (2d Cir. Apr. 9, 2018) (requesting leave for three law student interns to appear before completing four semesters of studies), ECF No. 34 (2d Cir. Apr. 12, 2018) (order granting leave); *Vidal v. Nielsen,* No. 18-485, ECF No. 148 (2d Cir. Apr. 2, 2018) (waived semester requirements for two law students in their third semester of studies), ECF No. 580 (2d Cir. Dec. 3, 2018) (order granting leave); *Liberian Cmty. Assoc. of Conn. v. Malloy*, No. 17-1558, ECF No. 36-1 (2d Cir. July 5, 2017) (same, as to one law student intern in her third semester of studies), ECF No. 41 (2d Cir. July 7, 2017) (order granting leave); *Maldonado v. Holder*, No. 10-3259, ECF No. 371 (2d Cir. Dec. 19, 2013) (requesting leave for law student to present oral argument before completing four semesters of studies), ECF No. 403 (2d Cir. Apr. 4, 2014) (order granting leave).

In addition, Brooks is eligible to appear in Connecticut's State Courts under Sec. 3-16(2) of the Connecticut Practice Book, which permits students who have completed less than two semesters of credit to appear as part of their participation in a faculty-supervised clinical program. The commentary to this provision states that "[t]he most important feature of any student practice rule is the kind and quality of supervision the student must be given when performing legal work

3

thereunder." If permitted to appear, Brooks would work under the guidance of a supervising attorney who satisfies the requirements of this Court's Local Rule 83.9(b). Close supervision would achieve the essential purposes of Local Rule 83.9: to ensure competent and ethical representation of clients that comports with the Connecticut Rules of Professional Conduct.

On March 14, 2024, Plaintiffs contacted Natalie Elicker, counsel for Defendant. Counsel indicated Defendant does not take a position on Plaintiffs' motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant Raillan Brooks leave to appear as a law student under the supervision of attorneys Michael J. Wishnie and Natalia Friedlander in the above-captioned manner.

Dated: March 25, 2024

                                                Respectfully submitted,

By: /s/ Michael J. Wishnie
Jessica Angel, Law Student Intern
Jared Hirschfield, Law Student Intern
Olu Oisaghie, Law Student Intern
Claire Sullivan, Law Student Intern
Michael Sullivan, Law Student Intern
Natalia Friedlander, ct31510
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, | No. 3:22-cv-01503-SRU |
| *Plaintiffs*, | March 20, 2024 |
| v. | |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## LAW STUDENT INTERN APPEARANCE

1. Certification of Law Student

I certify that:

(a) I, Raillan Brooks, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I understand that Rule 83.9(c)(2) requires that law students have completed at least two semesters of credit in legal studies. I am currently enrolled in my second semester at Yale Law School and have motioned the Court to waive this requirement; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: Date: March 20, 2024             Signature: _____
                                       Raillan Brooks

## CONSENT OF CLIENTS

I hereby consent to the appearance of RAILLAN BROOKS to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of NATALIA FRIEDLANDER and MICHAEL J. WISHNIE.

Date: March 20, 2024　　　　　　　　　Signature: _Conley F Monk Jr_
　　　　　　　　　　　　　　　　　　　Conley F. Monk Jr.

Date: March 20, 2024　　　　　　　　　Signature: _Garry Monk_
　　　　　　　　　　　　　　　　　　　Garry Monk
　　　　　　　　　　　　　　　　　　　National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I will assume professional responsibility for the work of Raillan Brooks as a law student intern, and that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: March 20, 2024　　　　　　　　　Signature: /s/ Natalia Friedlander
　　　　　　　　　　　　　　　　　　　Natalia Friedlander

Date: March 20, 2024　　　　　　　　　Signature: /s/ Michael J. Wishnie
　　　　　　　　　　　　　　　　　　　Michael J. Wishnie