# EXHIBIT A

From: Elicker, Natalie (USAEO) <Natalie.Elicker@usdoj.gov>
Sent: Friday, November 3, 2023 10:01 AM
To: Michael Wishnie <michael.wishnie@ylsclinics.org>; Natalia Friedlander <natalia.friedlander@YLSClinics.org>
Subject: staffing update and lost item

Hi Mike and Natalia,

I wanted to give you a heads up that I have started a (remote) detail within EOUSA and have transferred my active cases to other AUSAs. At some point, you'll start to see them enter appearances, and then I'll enter withdrawals. If you need a response on things and haven't heard from anybody, let me know and I'll follow up with folks here.

[redacted]

Thanks and take care.

Regards,

**Natalie N. Elicker**
Assistant United States Attorney
General Counsel's Office (On Detail)
Executive Office for U.S. Attorneys
175 N Street, N.E., Suite 5.100
Washington, D.C. 20530
202-220-1600 (main)
475-224-8840 (mobile)
natalie.elicker@usdoj.gov