# EXHIBIT B

**Re: [Vlsc_monk] Monk v. USA - USA Motion for extension of time**

Vlsc_monk <vlsc_monk-bounces@mailman.yale.edu>
on behalf of
Olu Oisaghie <olu.oisaghie@YLSClinics.org>
Fri 4/5/2024 3:14 PM

To: Jillian.Orticelli@usdoj.gov <Jillian.Orticelli@usdoj.gov>
Cc: Michael Wishnie <michael.wishnie@ylsclinics.org>; Natalia Friedlander <natalia.friedlander@YLSClinics.org>; vlsc_monk@mailman.yale.edu <vlsc_monk@mailman.yale.edu>; ysalahi@edelson.com <ysalahi@edelson.com>; Theo Benjamin <tbenjamin@edelson.com>; Zoë Seaman-Grant <zseaman-grant@edelson.com>; Jimmy Rock <jrock@edelson.com>

1 attachments (418 bytes)
ATT00001.txt;

Counsel,

We do not consent to the request for a 60-day extension on all deadlines in the case. If the government would like additional time to respond to specific discovery requests, Plaintiffs would consider consenting to extensions on a request-by-request basis.

You may represent the following as our position to the Court: "Plaintiffs do not consent to the government's request for an extension of all deadlines. If the government would like additional time to respond to specific discovery requests or meet other case deadlines, Plaintiffs would gladly consider those on a request-by-request basis."

In the future, if you would like Plaintiffs' position on a non-emergency matter, we ask that you provide more than three hours' notice on a Friday afternoon to respond. And as a reminder, the Court has authorized the appearance of all law student interns per the local rules, and we collectively represent Plaintiffs in this matter.

Best,

Olu Oisaghie
Yale Law School '24 | Veterans Legal Services Clinic
olu.oisaghie@ylsclinics.org | (925) 963-9604