# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONLEY F. MONK JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:22-cv-01503 (SRU) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Michelle L. McConaghy

as co-counsel for the Defendant in the above-captioned action.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney


_____/s/_____
Michelle L. McConaghy, ct27157
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 9, 2024, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
Michelle L. McConaghy
Assistant United States Attorney