## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, Jr. et al., : | |
| *Plaintiff*, : | |
| : | |
| v. : | No. 3:22-cv-1503 (SRU) |
| : | |
| THE UNITED STATES OF AMERICA, : | May 17, 2024 |
| *Defendant*. : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Trial Attorney Irina M. Majumdar on behalf of the Defendant, the United States of America.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        JAMES G. TOUHEY, JR.
        Director, Torts Branch

        CHRISTOPHER R. BENSON
        Assistant Director, Torts Branch

By:   */s/ Irina M. Majumdar*
      Irina M. Majumdar, phv207971
      Trial Attorney
      United States Department of Justice
      Civil Division, Torts Branch
      Benjamin Franklin Station, P.O. Box 888
      Washington, DC 20044
      Telephone: (202) 598-5403
      Email: irina.m.majumdar@usdoj.gov