UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, Jr. et al., : | |
| *Plaintiff*, : | |
| : | |
| v. : | No. 3:22-cv-1503 (SRU) |
| : | |
| THE UNITED STATES OF AMERICA, : | June 4, 2024 |
| *Defendant*. : | |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR CERTIFICATION OF THIS COURT'S ORDER DATED MARCH 29, 2024 (ECF 83) PURSUANT TO 28 U.S.C. § 1292(b)**

Defendant United States of America moves this Court to certify its Order dated March 29, 2024 (ECF 83) pursuant to 28 U.S.C. § 1292(b). Defendant submits the attached memorandum in support of the motion. *See* D. Conn. L. Civ. R. 7(a)1.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

VANESSA ROBERTS AVERY
United States Attorney

JAMES G. TOUHEY, JR.
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

By:    */s/ Emily M. Kelley*
Emily M. Kelley (phv207548)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4400
Email: Emily.m.kelley@usdoj.gov

Jillian Rose Orticelli (ct28591)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Jillian.Orticelli@usdoj.gov

Irina M. Majumdar, phv207971
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 598-5403
Email: Irina.m.majumdar@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA