UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | No. 3:22-cv-01503-SRU <br><br> September 18, 2024 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR

Plaintiffs respectfully request leave for Law Student Interns JENNA BAO, EMILY ELLEDGE, and RYAN KELLNER to appear in this matter on behalf of CONLEY F. MONK JR., individually and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS under the supervision of MICHAEL J. WISHNIE and NATALIA FRIEDLANDER of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: September 18, 2024

                                                        Respectfully submitted,

                                    By: /s/ Michael Wishnie
                                          Michael J. Wishnie, ct27221
                                          Natalia Friedlander, ct31510
                                          Raillan Brooks, Law Student Intern
                                          Claire Sullivan, Law Student Intern
                                          Jerome N. Frank Legal Services Organization

Veterans Legal Services Clinic  
Yale Law School  
P.O. Box 209090  
New Haven, CT. 06520-9090  
Tel: (203) 432-4800  
Michael.Wishnie@ylsclinics.org