UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-01503-SRU<br><br>September 18, 2024 |

## LAW STUDENT INTERN APPEARANCE

1. Certification of Law Student

I certify that:

(a) I, Ryan Kellner, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I have completed at least two semesters of credit in legal studies; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: September 18, 2024                    Signature: _____
                                                         Ryan Kellner

1

## CONSENT OF CLIENTS

I hereby consent to the appearance of RYAN KELLNER to provide legal services and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of NATALIA FRIEDLANDER and MICHAEL J. WISHNIE.

Date: September 18, 2024

Signature: *Conley F Monk Jr.*
Conley F. Monk Jr.

Date: September 18, 2024

Signature: *[signature]*
Garry Monk
National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I will assume professional responsibility for the work of Ryan Kellner as a law student intern, and that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: September 18, 2024

Signature: /s/ Natalia Friedlander
Natalia Friedlander

Date: September 18, 2024

Signature: /s/ Michael J. Wishnie
Michael J. Wishnie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-01503-SRU<br><br>September 18, 2024 |

## LAW STUDENT INTERN APPEARANCE

1. Certification of Law Student

I certify that:

(a) I, Jenna Bao, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

(b) I have completed at least two semesters of credit in legal studies; and

(c) I am neither employed by nor receiving compensation from clients in this case.

Date: September 18, 2024                    Signature: *Jenna Bao*

1

## CONSENT OF CLIENTS

I hereby consent to the appearance of JENNA BAO to provide legal services and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of NATALIA FRIEDLANDER and MICHAEL J. WISHNIE.

Date: September 18, 2024

Signature: *Conley F Monk Jr.*
Conley F. Monk Jr.

Date: September 18, 2024

Signature: *Garry Monk*
Garry Monk
National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I will assume professional responsibility for the work of Jenna Bao as a law student intern, and that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: September 18, 2024

Signature: /s/Natalia Friedlander
Natalia Friedlander

Date: September 18, 2024

Signature: /s/ Michael J. Wishnie
Michael J. Wishnie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK JR., on behalf of himself and as Administrator of the Estate of CONLEY F. MONK, SR., and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 3:22-cv-01503-SRU<br><br>September 18, 2024 |

## LAW STUDENT INTERN APPEARANCE

1. <u>Certification of Law Student</u>

I certify that:

    (a) I, Emily Elledge, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

    (b) I have completed at least two semesters of credit in legal studies; and

    (c) I am neither employed by nor receiving compensation from clients in this case.

Date: September 18, 2024                                    Signature: *Emily Elledge*
                                                                                        Emily Elledge

## CONSENT OF CLIENTS

I hereby consent to the appearance of EMILY ELLEDGE to provide legal services and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of NATALIA FRIEDLANDER and MICHAEL J. WISHNIE.

Date: September 18, 2024

Signature: *Conley F. Monk Jr.*
Conley F. Monk Jr.

Date: September 18, 2024

Signature: *Garry Monk*
Garry Monk
National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I will assume professional responsibility for the work of Emily Elledge as a law student intern, and that I will assist the student to the extent necessary, and that I will appear with the student in all proceedings before the Court.

Date: September 18, 2024

Signature: /s/Natalia Friedlander
Natalia Friedlander

Date: September 18, 2024

Signature: /s/ Michael J. Wishnie
Michael J. Wishnie