UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONLEY MONK JR., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*. | No. 3:22-cv-01503-SRU<br><br>January 23, 2025 |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties respectfully move the Court for a 180-day extension of the remaining pre-trial deadlines. D. Conn. L. Civ. R. 7(b). This is the parties' first request to extend these deadlines.

Specifically, the parties seek to extend the following deadlines, which are set out in the Court's Scheduling Order, ECF No. 97:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' deadline to submit motion for class certification | February 3, 2025 | August 4, 2025 |
| Complete all discovery | May 21, 2025 | November 17, 2025 |
| Parties' deadlines to submit dispositive motions | July 5, 2025 (forty-five days after the close of discovery) | January 16, 2026 |
| Parties' deadlines to submit trial briefs | Sixty days after ruling on dispositive motions, or sixty days after the close of discovery if no dispositive motions are filed | The parties propose that the deadline for trial briefs be extended commensurate with the proposed deadlines for discovery and dispositive motions. |
| Parties are prepared to proceed to trial | Sixty days after the trial brief is filed | The parties propose that the deadline to begin trial be |

|  |  | extended commensurate with the proposed deadlines for discovery and dispositive motions. |
|--|--|--|

There is good cause to extend the remaining deadlines in this case:

1. The parties have been working diligently to complete discovery. The parties have exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A), conducted one deposition, served requests for production and interrogatories, as well as responses and objections thereto, and begun producing responsive documents. The parties continue to produce documents and are also working to schedule additional depositions at this time. However, due to the volume of documents involved, the current schedule does not provide sufficient time for the parties to complete necessary discovery.

2. The parties have met and conferred four times in the last six months and are working in good faith to narrow requests where possible in an effort to expedite discovery. However, the collection and review of potentially responsive documents necessarily requires additional time in light of the time period covered by the Amended Complaint and the number of individuals who may possess relevant information.

3. The parties continue to serve and respond to discovery requests and will continue to confer in order to ensure discovery is completed in a timely fashion.

4. Plaintiffs correspondingly request an extension of their deadline to file a motion for class certification, to allow for the production of records that Plaintiffs intend to rely on in their motion. Defendant United States of America consents to this request.

The parties therefore request that all deadlines in this case be extended as set forth above, with discovery concluding by November 17, 2025, to allow the parties time to complete discovery in this case.

Dated: January 23, 2025

PLAINTIFFS,
CONLEY MONK, JR., THE ESTATE OF CONLEY MONK, SR., NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS

By Their Attorneys:
/s/ Michael Wishnie

Emily Elledge, Law Student Intern
Ryan Kellner, Law Student Intern
Claire Sullivan, Law Student Intern
Natalia Friedlander, Supervising Attorney (ct31510)
Michael Wishnie, Supervising Attorney (ct27221)
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School*
127 Wall Street
New Haven, CT 06511
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Yaman Salahi, *pro hac vice*
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352
yaman@salahilaw.com

Jimmy Rock, *pro hac vice*
EDELSON PC
1255 Union Street NE, 7th Floor
Washington, D.C. 20002
Tel: (202) 987-6303
jrock@edelson.com

Theo Benjamin, *pro hac vice*
EDELSON PC
350 North LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378
tbenjamin@edelson.com

Emily Penkowski Perez, *pro hac vice*
EDELSON PC
350 North LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
epenkowski@edelson.com

*This response does not purport to represent the views of Yale Law School.


DEFENDANT,
THE UNITED STATES OF AMERICA

By Its Attorneys:

BRETT SHUMATE
Acting Assistant Attorney General

MARC H. SILVERMAN
Acting United States Attorney

KIRSTEN WILKERSON
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

/s/ Emily M. Kelley

Emily M. Kelley (phv207548)
Irina M. Majumdar (phv207971)
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4400

Email: Emily.m.kelley@usdoj.gov
       Irina.m.majumdar@usdoj.gov

Michelle L. McConaghy (ct27157)
Jillian Rose Orticelli (ct28591)
Assistant United States Attorneys
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Michelle.McConaghy@usdoj.gov
       Jillian.Orticelli@usdoj.gov