## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., et al., | |
| *Plaintiffs*, | Civ. No. 3:22-cv-01503-SRU |
| v. | January 30, 2025 |
| UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## <u>CONSENT MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR</u>

Plaintiffs respectfully request leave for Law Student Intern Briana Thompson to appear in this matter on behalf of Conley F. Monk, Jr., individually and as Administrator of the Estate of Conley F. Monk, Sr., and National Veterans Council for Legal Redress, under the supervision of Michael J. Wishnie and Natalia Friedlander of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Plaintiffs advised opposing counsel of its intent to file this consent motion. On January 28, 2025, the Government consented.

Dated: January 30, 2025

Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
Emily Elledge, Law Student Intern
Ryan Kellner, Law Student Intern
Claire Sullivan, Law Student Intern
Jared Hirschfield, Law Student Intern
Michael J. Wishnie, ct27221
Natalia Friedlander, ct31510
Jerome N. Frank Legal Services Org.

Yale Law School
P.O. Box 209090
New Haven, CT 06520
*Tel:* (203) 432-4800
*Fax:* (203) 432-1426
michael.wishnie@ylsclinics.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONLEY F. MONK, JR., et al., | |
| *Plaintiffs*, | Civ. No. 3:22-cv-01503-SRU |
| v. | |
| UNITED STATES OF AMERICA, | January 30, 2025 |
| *Defendant*. | |

**<u>CERTIFICATION OF LAW STUDENT</u>**

1.  Certification of Law Student Briana Thompson. I certify that:

    a.  I, Briana Thompson, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);

    b.  I have completed at least two semesters of credit in legal studies; and

    c.  I am neither employed by nor receiving compensation from clients in this case.

Date: January 30, 2025                         Signature: *Briana L Thompson*

                                                              Briana Thompson

## CONSENT OF CLIENTS

I hereby consent to the appearance of Briana Thompson to provide legal services and appear in court for me in the above-captioned matter under the supervision of Michael J. Wishnie and Natalia Friedlander.

Date: January 30, 2025                 Signature: *Conley F. Monk Jr.*

                                       Conley F. Monk, Jr.

Date: January 30, 2025                 Signature: *Garry Monk*

                                       Garry Monk, Executive Director
                                       National Veterans Council for Legal Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut, and I will assume professional responsibility for the work of Briana Thompson as Law Student Interns, and that I will assist them to the extent necessary, and that I will appear with them in all proceedings before the Court.

Date: January 30, 2025                 Signature:   /s/ Natalia Friedlander

                                       Natalia Friedlander

Date: January 30, 2025                 Signature:   /s/ Michael J. Wishnie

                                       Michael J. Wishnie