UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civ. No. 3:22-cv-01503-SRU<br><br>January 30, 2025 |

**CONSENT MOTION FOR LEAVE
FOR LAW STUDENT INTERNS TO APPEAR**

Plaintiffs Conley F. Monk Jr. and the National Veterans Council for Legal Redress (NVCLR), through their attorneys, respectfully move this Court to grant law students Michael Blumenthal and Kindall Hayes leave pursuant to District of Connecticut Local Rules of Civil Procedure 83.9 to appear in the above-captioned matter under the supervision of attorneys Michael J. Wishnie and Natalia Friedlander of the Jerome N. Frank Legal Services Organization.

Local Rule 83.9(c)(2) provides that a law student may appear under the supervision of a licensed attorney if the student has completed legal studies amounting to at least two semesters of credit. Michael Blumenthal and Kindall Hayes are currently enrolled in their second semester of coursework at Yale Law School and satisfy all other requirements under Local Rule 83.9. As to Michael Blumenthal and Kindall Hayes, Plaintiffs respectfully request that this Court waive the two-semester requirement under Local Rule 83.9(c)(2) such that they may appear in the above-captioned matter.

Plaintiffs are represented free of charge by Law Student Interns under faculty supervision at the Jerome N. Frank Legal Services Organization at Yale Law School. Michael Blumenthal and Kindall Hayes are currently enrolled in the Veterans Legal Services Clinic (VLSC), a course in a

supervised clinical program for academic credit. They will appear under the supervision of Attorneys Michael J. Wishnie and Natalia Friedlander. Michael Blumenthal and Kindall Hayes are integral for the development of the Plaintiffs' litigation strategy and processing of discovery.

This Court has waived semester requirements for Law Student Interns, *see Connecticut Veterans Legal Center and Stronghold Freedom Foundation v. Department of Defense,* No. 3:23-cv-00408-KAD, ECF No. 40 (D. Conn. April 3, 2024) (requesting leave to appear for law student in second semester of studies), ECF No. 41 (D. Conn. April 5, 2024) (granting leave), including in this very case. ECF No. 81 (D. Conn. Mar. 25, 2024) (requesting leave to appear for law student in second semester of studies), ECF No. 82 (D. Conn. Mar. 26, 2024) (granting leave). *See also Johnson v. Kendall,* No. 3:21-cv-01214-CSH, ECF No. 86 (D. Conn. Mar. 3, 2023) (requesting leave to appear for law student in second semester of studies), ECF No. 87 (D. Conn. Mar. 9, 2023) (granting leave).

The Second Circuit Court of Appeals has also waived semester requirements for Law Student Interns. *See, e.g., Rodriguez v. Mayorkas*, No. 23-435, ECF No. 93 (2d Cir. Oct. 20, 2023) (requesting leave for law student to appear before completing four semesters of studies), ECF No. 100 (2d Cir. Oct 24, 2023) (granting leave); *Doe v. U.S.*, No. 18-185, ECF No. 30-1 (2d Cir. Apr. 9, 2018) (requesting leave for three Law Student Interns to appear before completing four semesters of law school studies), ECF No. 34 (2d Cir. Apr. 12, 2018) (granting leave).

Additionally, Michael Blumenthal and Kindall Hayes are eligible to appear in Connecticut's State Courts under Sec. 3-16(2) of the Connecticut Practice Book, which permits students who have completed less than two semesters of credit to appear as part of their participation in faculty-supervised clinical programs. This provision's commentary reads, "[t]he most important feature of any student practice rule is the kind and quality of supervision the student must be given when performing legal work thereunder." If permitted to appear, Michael

Blumenthal and Kindall Hayes would work under the guidance of supervising attorneys who satisfy the requirements of this Court's Local Rule 83.9(b). Close supervision would achieve the essential purposes of Local Rule 83.9, which is to ensure competent and ethical representation of clients that comports with the Connecticut Rules of Professional Conduct.

On January 28, 2025, Plaintiffs contacted counsel for Defendant, who stated that the United States consents to this motion.

Wherefore, Plaintiffs respectfully request that the Court grant Michael Blumenthal and Kindall Hayes leave to appear as Law Student Interns under the supervision of attorneys Michael J. Wishnie and Natalia Friedlander in the above-captioned matter.

Dated: January 30, 2025

Respectfully submitted,

/s/ Michael J. Wishnie
Emily Elledge, Law Student Intern
Ryan Kellner, Law Student Intern
Claire Sullivan, Law Student Intern
Jared Hirschfield, Law Student Intern
Michael J. Wishnie, ct27221
Natalia Friedlander, ct31510
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520
*Tel:* (203) 432-4800
*Fax:* (203) 432-1426
michael.wishnie@ylsclinics.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., et al., | |
|     *Plaintiffs*, | Civ. No. 3:22-cv-01503-SRU |
| v. | |
| UNITED STATES OF AMERICA, | January 30, 2025 |
|     *Defendant*. | |

**CERTIFICATION OF LAW STUDENTS**

1. Certification of Law Student Michael Blumenthal. I certify that:
   a. I, Michael Blumenthal, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);
   b. I understand that Rule 83.9(c)(2) requires that law students have completed at least two semesters of credit in legal studies. I am currently enrolled in my second semester at Yale Law School and am moving the Court to waive this requirement; and
   c. I am neither employed by nor receiving compensation from clients in this case.

Date: January 30, 2025                                           Signature:_____
                                                                 Michael Blumenthal

2. Certification of Law Student Kindall Hayes. I certify that:
   a. I, Kindall Hayes, am enrolled in good standing at Yale Law School, in accordance with this Court's Local Rule 83.9(c)(1);
   b. I understand that Rule 83.9(c)(2) requires that law students have completed at least two semesters of credit in legal studies. I am currently enrolled in my second semester at Yale Law School and am moving the Court to waive this requirement; and
   c. I am neither employed by nor receiving compensation from clients in this case.

Date: January 30, 2025                                           Signature:_____
                                                                 Kindall Hayes

## CONSENT OF CLIENTS

I hereby consent to the appearance of Michael Blumenthal and Kindall Hayes to provide legal services and appear in court for me in the above-captioned matter under the supervision of Michael J. Wishnie and Natalia Friedlander.

Date: January 30, 2025					Signature: *Conley F Monk Jr.*
							Conley F. Monk, Jr.


Date: January 30, 2025					Signature: *Garry Monk*
							Garry Monk
							National Veterans Council for Legal
							Redress

## CONSENT OF SUPERVISING ATTORNEYS

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut, and I will assume professional responsibility for the work of Michael Blumenthal and Kindall Hayes as Law Student Interns, and that I will assist them to the extent necessary, and that I will appear with them in all proceedings before the Court.

Date: January 30, 2025					Signature:  /s/ Natalia Friedlander
							Natalia Friedlander


Date: January 30, 2025					Signature:  /s/ Michael J. Wishnie
							Michael J. Wishnie

5