UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, Jr. et al., : | |
| *Plaintiffs*, : | |
| : | |
| v. : | No. 3:22-cv-1503 (SRU) |
| : | |
| THE UNITED STATES OF AMERICA, : | March 5, 2025 |
| *Defendant*. : | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR A STATUS CONFERENCE**

The United States respectfully requests that this Court deny Plaintiffs' March 4, 2025 Motion for a Status Conference, ECF No. 119 ("Motion"), as Plaintiffs' Motion is premature and would unnecessarily burden this Court with intervening in discovery issues that the parties are actively trying to resolve.

Plaintiffs' Motion purports to seeks Court resolution of two issues: a data sampling proposal and Plaintiffs' request for complaints dating back to 1945. On January 31, 2025, the United States sent Plaintiffs a letter requesting, among other things, that Plaintiffs respond to the United States' inquiries regarding the sampling proposal and addressing Plaintiffs' request for complaints. Plaintiffs did not respond to this letter until February 20, 2025.[1] One of the letters included in Plaintiffs' February 20 response stated that:

> "Plaintiffs have conferred more than once with Defendant about the Plaintiffs' sampling proposal and request for records of complaints. As invited by Judge Underhill, Plaintiffs therefore intend to request a telephonic discovery conference with the Court on these items. Please let us know whether you consent."

Feb. 20, 2025 Letter to the United States.

---

[1] Plaintiffs' February 20, 2025 response also included a response to a letter sent by the United States on October 22, 2024.

Four business days later, on February 26, 2025, Plaintiffs emailed the United States requesting a conference on the issues raised in the letters and proposing times for such a conference during the weeks of March 3 and March 10, 2025. The United States responded the following day, stating that it was available to confer on these issues on March 11, one of the dates Plaintiffs proposed. Plaintiffs did not respond to that email until the date of this filing – one day after they filed their Motion.

Nevertheless, the United States believed (having accepted a date and time proposed by Plaintiffs) that a conference to attempt to resolve the issues addressed in these letters —including Plaintiffs' sampling proposal and their request for complaints— would occur on March 11, 2025. Without further consulting the United States, Plaintiffs filed their instant Motion, seeking Court intervention. The United States therefore respectfully submits that Plaintiffs' motion is premature and requests that it be denied by the Court to afford the parties the opportunity to attempt to resolve these disputes through a good faith conference, as required by Fed. R. Civ. P. 26, Local Rule 37(a), and as contemplated by this Court's Standing Order.

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

MARK H. SILVERMAN
Acting United States Attorney

KIRSTEN WILKERSON
Director, Torts Branch

CHRISTOPHER R. BENSON
Assistant Director, Torts Branch

*/s/ Irina M. Majumdar*
Irina Majumdar (phv207971)

Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 598-5403
Email: irina.m.majumdar@usdoj.gov

Emily M. Kelley (phv207548)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4400
Email: Emily.m.kelley@usdoj.gov

Jillian Rose Orticelli (ct28591)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Jillian.Orticelli@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA