**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONLEY F. MONK, Jr. et al., *Plaintiffs*, | : | |
| v. | : | No. 3:22-cv-1503 (SRU) |
| THE UNITED STATES OF AMERICA, *Defendant*. | : | April 14, 2025 |

**DECLARATION OF STEPHEN A. FEGARD**

I, Stephen A. Fegard, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a staff attorney for the Office of General Counsel, Torts Law Group for the United States Department of Veterans Affairs ("VA"). I have over 12 years of experience with VA claims, in my current position and as the former Department of the Navy ("DON"), Office of the Judge Advocate General ("OJAG"), Program Training/Compliance Attorney for DON Medical Disability Evaluation System. I have an additional 11 years of experience with all forms of military records serving as an active-duty Marine Corps Officer/Judge Advocate. In my VA and DON/OJAG roles, I became and am familiar with the Veterans Benefits Management System ("VBMS") platform, which is an internal VA system used to view veterans' digitized disability benefits files. I am also familiar with the types of documents located in veterans' disability benefits files.

2. I reviewed a veteran's benefits file on VBMS for the 11 "variables" sought by Plaintiffs in this matter. These variables include:

a. The date of the initial disability claim.

b. The type of disability compensation claim.

c. The race, ethnicity, and gender of the claimant.

d. Whether the claim was granted or denied.

e. If the claim was granted, the disability rating assigned by VA.

f. The VA regional office to which the claim was initially submitted.

g. The claimant's dates of service, as of the filing of the initial disability claim.

h. The claimant's branch(es) of service, as of the filing of the initial disability claim.

i. The claimant's last rank, as of the filing of the initial disability claim.

j. The claimant's military occupational specialty (MOS), as of the filing of the initial disability claim.

k. The claimant's character of discharge, as of the filing of the initial disability claim.

3. I am not aware of any single type of record or form within veterans' benefits files in VBMS that would contain all of this information in one place. And the records and forms used by VA have changed over time and would not be consistent across all time periods.

4. Below is a description of the process I undertook to locate the variables in the file I reviewed.

**Review of Benefits File on VBMS**

5. I reviewed a veteran's benefits file that I randomly selected from among the administrative claimants represented by Counsel for Plaintiffs to this matter. I began the process of searching the file for all the information (variables) that Plaintiffs seek. The file I chose was located in VBMS.

6. As soon as I located one of the variables in a document, I stopped looking for it elsewhere.

7. To review the file, I had to log into VBMS as a VA authorized user. Then I used the "veteran search function" to locate the claimant using the claimant's social security number.

8. This brought up the veteran's VBMS file, which contained a list of 161 documents in the file under the "Documents" tab.

9. I started by looking under the "document type" list for the claimant's DD214," Certificate of Release or Discharge from Active Duty." This document is typically 1-3 pages. I looked at this document for the veteran's veteran status, period of service, branch of service, rank at time of separation, Military Occupational Specialty (MOS), and characterization of service. I found this veteran's DD214 approximately 30 documents down on the document list for the digitized file. A review of the DD214 revealed this veteran served honorably for 2 years, 4 months and 4 days in the U.S. Army, separating as a Private First Class or E3. The veteran's MOS was Unit Supply Specialist (76Y10). I believe this information covered Plaintiffs' variables g, h, i, and j, listed above.

10. To identify the details for the claimant's original claim for disability, I searched for VA Form 21-526, "Veterans Application for Compensation or Pension". The veteran's original VA Form 21-526 was located approximately 8 documents down the digitized file document list. From this form I was able to determine the date the original claim was received by the VA. I was able to determine the original claim was for service connection and disability compensation related to five medical conditions. The VA Regional Office who processed the claim was identified from the receiving date stamp. This information covered Plaintiffs' variables a, b, and f.

11. To look for the veteran's race and sex, I first looked in the veteran's service treatment record ("STRs") within VBMS, specifically looking for either the induction physical

exam (done at the time of enlistment) or separation exam (done at time of discharge). Most, but not all, VBMS veterans' files contain STRs. The STR may be saved as one large document or broken out into multiple documents due to size. After reviewing 132 pages of the veteran's STR, I identified the induction physical. The induction physical documented the sex and race of the veteran. This information covered Plaintiffs' variable c, except that it does not list ethnicity.

12. To determine the outcome for the veteran's original claim for disability, I reviewed the VA Rating Decision Narrative and VA Rating Decision Code Sheet associated with that initial disability claim. I also reviewed the VA Notification Letter to the veteran. The Rating Decision and Code Sheet documents the rating authority's decision(s), whether they be a partial/full grant of benefits (including disability rating) or a denial of benefits. This information covers Plaintiffs' variables d and e.

13. Using this process, I was able to find all of the variables except ethnicity. It may be that this veteran does not have an ethnicity listed. I would have to review more, possibly all the documents in the VBMS file to know for certain.

14. In total, I estimate that I spent approximately 55 minutes reviewing this single veteran's benefits file for the designated variables.

15. This process only pertains to the review of files located on VBMS and would not apply to the review of non-digitized paper files.

16. This process also does not include the time it would take to download the documents from VBMS. To download documents from a VBMS benefits file, one must either download every document at the same time in a .zip file or download the relevant documents individually. A download of the entire file would be an uncategorized download, meaning the

"document type" for the documents do not convey in the .zip file, so a person would not be able to tell what each downloaded document is until it is opened.

17. In this example, that would mean downloading all 161 documents for this veteran in one .zip file, or downloading at least 6 to 8 documents that contained the variables, one at a time.

Executed this 10th day of April 2025.

Stephen A. Fegard