**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONLEY F. MONK, JR., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civ. No. 3:22-cv-01503-SRU<br><br>May 5, 2025 |

**DECLARATION OF CLAIRE SULLIVAN**

I, Claire Sullivan, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a third-year law student intern in the Veterans Legal Services Clinic ("VLSC") in the Jerome N. Frank Legal Services Organization ("LSO") at Yale Law School. I have been a member of VLSC since January 2023 and have appeared on behalf of the Plaintiffs in *Monk v. United States* since September 2023. As a law student intern, I had never logged into and had no prior experience using the Veterans Benefits Management System ("VBMS") platform before I undertook the activities set forth below.

2. On April 21, 2025 and May 1, 2025, I reviewed, in total, four different veterans' files on VBMS to identify the eleven variables requested by Plaintiffs. On April 20, 2025, I also reviewed one veteran's "paper" file to identify the eleven variables. These variables include:

   a. The date of the initial disability claim;

   b. The type of disability compensation claim;

c. The race, ethnicity, and gender of the claimant;

d. Whether the claim was granted or denied;

e. If the claim was granted, the disability rating assigned by VA;

f. The VA regional office to which the claim was initially submitted;

g. The claimant's dates of service, as of the filing of the initial disability claim;

h. The claimant's branch(es) of service, as of the filing of the initial disability claim;

i. The claimant's last rank, as of the filing of the initial disability claim;

j. The claimant's military occupational specialty (MOS), as of the filing of the initial disability claim; and

k. The claimant's character of discharge, as of the filing of the initial disability claim.

3. Below are descriptions of the processes I undertook to locate the variables in the five files I reviewed.

**Review of Benefits File on VBMS**

4. To review files on VBMS, an authorized user within LSO provided me access to log into the system. I then selected two current LSO clients at random on each day (four clients in total). I have never worked on any of these four cases nor previously reviewed the benefits file for those clients. I had no prior knowledge of clients' benefits files.

5. I selected the Veteran Profile page and followed the below process for each veteran:

a. I first reviewed the Veteran Profile page. I scrolled down to "veteran profile information," and under the "Demographics" section, I identified the following variables:

i. The veteran's race, ethnicity, and gender.

b. I then used the "document category" filter to filter for "Applications." I then scrolled until I found the veteran's earliest disability application—VA Form 21-526EZ. I identified the following variables in that document:

   i. The date of the initial disability claim;

   ii. The type of disability compensation claim; and

   iii. The dates of the veteran's active service.

c. I then used the same filter to filter for "Ratings Decisions." I then scrolled until I found the veteran's first Rating Decision Narrative. In this document, I identified the following variables:

   i. Whether the claim was granted or denied;

   ii. If granted, the disability rating assigned by VA; and

   iii. The VA regional office to which the claim was initially submitted.

d. I then found the veteran's DD-214 and identified the following variables:

   i. The claimant's branch(es) of service, as of the filing of the initial disability claim;

   ii. The claimant's last rank, as of the filing of the initial disability claim;

   iii. The claimant's military occupational specialty (MOS), as of the filing of the initial disability claim; and

   iv. The claimant's character of discharge, as of the filing of the initial disability claim.

6. I utilized the same process for each of the four veteran's files that I reviewed. On average, it took me approximately seven minutes per veteran to identify all eleven relevant variables set forth in paragraph 2 on VBMS.

**Review of "Paper" Benefits File**

7. In addition to reviewing four benefits files on VBMS, I also reviewed the "paper" benefits file for Conley Monk, Sr., the estate of whom is a Plaintiff in this case. Mr. Monk, Sr.'s initial claim was filed in 1946. I reviewed Mr. Monk, Sr.'s file as a singular PDF, which was saved in LSO's internal files. Prior to reviewing it for this purpose, I had not reviewed his file.

8. I reviewed every page of Mr. Monk, Sr.'s file, which was 169 pages.

9. I identified the following variables on Mr. Monk, Sr.'s Application for Pension or Compensation:

a. The date of the initial disability claim; and

b. The type of disability compensation claim.

10. I identified the following variables on Mr. Monk, Sr.'s Second Application for Pension or Compensation:

a. Gender

11. I identified the following variables on Mr. Monk, Sr.'s Enlisted Record and Report of Separation:

a. Race;

b. The claimant's dates of service, as of the filing of the initial disability claim;

c. The claimant's branch(es) of service, as of the filing of the initial disability claim;

d. The claimant's last rank, as of the filing of the initial disability claim;

e. The claimant's military occupational specialty (MOS), as of the filing of the initial disability claim; and

f. The claimant's character of discharge, as of the filing of the initial disability claim.

12. I identified the following variables on Mr. Monk, Sr.'s Rating Sheet:

a. Whether the claim was granted or denied;

b. If the claim was granted, the disability rating assigned by VA; and

c. The VA regional office to which the claim was initially submitted.

13. I was able to identify all relevant variables except ethnicity.

Executed this 5th day of May 2025.

Claire Sullivan