UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, JR., et al., *Plaintiffs,* v. UNITED STATES OF AMERICA, *Defendant.* | Civ. No. 3:22-cv-01503-SRU  District Judge Stefan F. Underhill |

**JOINT MOTION TO VACATE CASE SCHEDULE**

Plaintiffs and Defendant (collectively the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion to Vacate Case Schedule, showing this Court as follows:

Plaintiffs' deadline to move for class certification is currently set for August 4, 2025, with the discovery period scheduled to close on November 17, 2025. ECF No. 109. To date, the Parties have been actively engaged in discovery, including serving discovery requests and document productions and participating in depositions and meetings to confer. Despite this, fact discovery has yet to be completed, including discovery that is central to the Parties' respective positions relating to class certification. Additionally, Defendant's pending Motion for Protective Order relating to certain discovery disputes (ECF No. 141) may impact the volume, scope, and timing of further discovery, including on issues Plaintiffs argue are relevant to class certification.

As a result of the above, and upon conferring, the Parties agree that additional time is needed to complete discovery, but the precise timing needed for the completion of discovery and preparation for class certification briefing remains uncertain.

1

The Parties therefore seek to vacate the current class certification and discovery deadlines. The Parties propose that they be permitted to meet and confer regarding a new schedule within 14 days of resolution of the pending Motion for Protective Order, ECF No. 141. Discovery in this matter that is already ongoing will continue without delay, and the Parties do not seek a stay of discovery through vacatur of the current deadlines. The Parties will also continue to confer as appropriate regarding other discovery or scheduling issues.

WHEREFORE, for the above and foregoing reasons, the Parties jointly request that the deadlines for class certification and close of discovery on the case schedule be vacated, and the Parties be permitted to meet and confer within 14 days of the resolution of ECF No. 141 and to promptly thereafter submit any newly proposed schedules to the Court.

Dated: July 18, 2025

PLAINTIFFS,
CONLEY MONK, JR., THE ESTATE OF CONLEY MONK, SR., NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS

By Their Attorneys:
/s/ Jeremy M. Creelan
Jeremy M. Creelan, *pro hac vice*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
jcreelan@jenner.com

Gabriella Hill, Law Student Intern
Ashley Anderson**
Rose Carmen Goldberg**
Michael J. Wishnie (ct27221)
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

2

Yaman Salahi, *pro hac vice*
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352
yaman@salahilaw.com

Adam C. Henderson, *pro hac vice*
JENNER & BLOCK LLP
353 N. Clark St. Chicago, IL 60654
Tel: (312) 222-9350
ahenderson@jenner.com

Erin Murphy, *pro hac vice*
JENNER & BLOCK LLP
353 N. Clark St. Chicago, IL 60654
Tel: (312) 222-9350
emurphy@jenner.com

**Motions for admission and appearance forthcoming.

DEFENDANT,
THE UNITED STATES OF AMERICA

By Its Attorneys:

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DAVID X. SULLIVAN
United States Attorney

KIRSTEN L. WILKERSON
Director, Torts Branch

DEBRA R. COLETTI
Acting Deputy Director, Torts Branch

*/s/ Emily M. Kelley*
Emily M. Kelley (phv207548)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4400

3

Email: Emily.m.kelley@usdoj.gov

Irina Majumdar (phv207971)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 598-5403
Email: irina.m.majumdar@usdoj.gov

Jillian Rose Orticelli (ct28591)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Jillian.Orticelli@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA