# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONLEY F. MONK, Jr. et al., : | |
| *Plaintiffs*, : | |
| : | |
| v. : | No. 3:22-cv-1503 (SRU) |
| : | |
| THE UNITED STATES OF AMERICA, : | November 13, 2025 |
| *Defendant*. : | |

## **DEFENDANT'S NOTICE REGARDING END OF LAPSE IN APPROPRIATIONS**

The lapse in appropriations that began on October 1, 2025 ended on November 12, 2025 with a continuing resolution funding the Department of Justice through January 30, 2026. Because of the lapse in appropriations, the Court granted the United States' motion on consent to stay the Telephonic Motion Hearing on the United States' Motion for Protective Order (ECF 141), originally scheduled for October 2, 2025, at 4:00 p.m., in the above-captioned case. Now that the lapse in appropriations is over, the United States requests that the Court lift the stay. Consistent with the Court's Notice of Cancellation, the United States is prepared to coordinate with the Court and opposing counsel, at the Court's convenience, regarding setting a rescheduled date for the telephonic motion hearing.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DAVID X. SULLIVAN
United States Attorney

JONATHAN D. GUYNN
Deputy Assistant Attorney General, Torts Branch

DEBRA R. COLETTI
Assistant Director, Torts Branch

*/s/ Emily M. Kelley*
Emily M. Kelley (phv207548)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4400
Email: Emily.m.kelley@usdoj.gov

Irina Majumdar (phv207971)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 598-5403
Email: irina.m.majumdar@usdoj.gov

Jillian Rose Orticelli (ct28591)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Jillian.Orticelli@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA