# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

April 16, 2026

The Honorable Judge Stefan R. Underhill
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re:    Notice of Related Case,
*Brown v. United States*, No. 3:26-cv-00059-VDO

Dear Judge Underhill:

Attached, please find a notice of related case which Plaintiffs filed yesterday in *Edwina Brown v. United States*, No. 3:26-cv-00059-VDO (D. Conn.) (Ex. A omitted). Ms. Brown appears to be a putative member of the proposed class in *Monk v. United States*. We understand that Judge Oliver is considering a motion for the appointment of counsel for Ms. Brown, who filed *pro se*.

Regardless of which judge adjudicates the *Brown* case, under the first-filed rule, it is likely that a stay of the *Brown* litigation pending disposition of the motion for class certification in *Monk* would be appropriate. *See Emps. Ins. of Wausau v. Fox Ent. Grp., Inc.*, 522 F.3d 271, 274–75 (2d Cir. 2008) ("As a general rule, '[w]here there are two competing lawsuits, the first suit should have priority.'") (quoting *First City Nat'l Bank & Trust Co. v. Simmons*, 878 F.2d 76, 79 (2d Cir. 1989)); *Norris v. Phillip Morris Int'l Inc.*, No. 3:24-cv-1267-VAB, 2025 WL 1677808, at *1 (D. Conn. June 13, 2025) (staying second-filed case "until a decision regarding class certification is issued in" first-filed case).

Respectfully submitted,

/s/ Michael Wishnie
Bessie Bauman, Law Student Intern
Emily Elledge, Law Student Intern
Gabriella Hill, Law Student Intern
Sanjana Manjeshwar, Law Student Intern
Grace Parker, Law Student Intern
Lexi Raikes, Law Student Intern
Ashley Anderson, ct32022
Michael Wishnie, ct27221
Jerome N. Frank Legal Services Org.

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • PHONE 203 432-4800 • FAX 203 432-1426

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

1

P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Jeremy M. Creelan, *pro hac vice*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
jcreelan@jenner.com

Adam C. Henderson, *pro hac vice*
Erin Murphy, *pro hac vice*
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Tel: (312) 222-9350
ahenderson@jenner.com
emurphy@jenner.com

Yaman Salahi, *pro hac vice*
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352
yaman@salahilaw.com

cc:    Counsel for Defendant United States