# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

The Honorable Judge Vernon D. Oliver
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street
Hartford, Connecticut 06103                                          April 15, 2026

        Re:     Reassignment of Case 3:26-cv-00059-VDO

Dear Judge Oliver:

We write in relation to the case *Edwina Brown v. United States*, Case 3:26-cv-00059-VDO ("*Brown*") currently pending before this Court. We represent the plaintiff and putative class representative in *Conley F. Monk, Jr., et al. v. United States of America*, Case 3:22-cv-01503-SRU ("*Monk*") assigned to Judge Stefan R. Underhill, also in the District of Connecticut. We write to alert the Court to our pending case, *Monk*, and request a *sua sponte* reassignment of *Brown* due to its relation to *Monk*.

In *Monk*, our clients are pursuing class action relief for harms suffered due to racial discrimination in the veterans benefits administration process. We recently learned that a similar case, *Brown*, was filed by *pro se* plaintiff Edwina Brown in January 2026 and assigned to your docket. Like the plaintiffs in *Monk*, Ms. Brown alleges systematic racial disparities in the administration of veteran's benefits and brings similar claims of negligence, negligent infliction of emotional distress, and negligent supervision under the Federal Tort Claims Act. Ms. Brown's claims involve analogous issues of law and fact to those posited in *Monk*. For reference, the operative complaint in *Monk* attached as Exhibit A and the complaint in *Brown* is attached as Exhibit B.

Under District of Connecticut Local Rule 40(b)(2), when a party files a related civil case, "that party shall file, at the same time, a Notice of Related Case disclosing the case caption, case number, and presiding judge of all cases currently pending in this District that may be related." D. Conn. L. Civ. R. 40(b)(2). The "notice must be filed in all cases in which relatedness is suggested." *Id.* No such notice was filed in *Brown* despite factual and legal arguments which mirror those in *Monk*.

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 • PHONE 203 432-4800 • FAX 203 432-1426

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

Pursuant to Local Rule 40(b)(1)(a), when the court determines that a case is related to one pending in the District of Connecticut but has been assigned to a different judge, "the later-filed case should normally be transferred to the Judge having the earliest filed case that remains pending." D. Conn. L. Civ. R. 40(b)(1)(a). The determination is to be made by the presiding judge in the later-filed case and the later-filed related case can be reassigned "either *sua sponte* or upon motion of any party with the consent of the transferee Judge." *Id.*

In addition to the fact that these cases address the same issues of fact and law, reassigning *Brown* to Judge Underhill will result in substantial conservation of judicial resources. While presiding over *Monk*, Judge Underhill has already issued a written order denying the government's motions to dismiss, issued multiple orders on discovery issues, and has presided over several other substantive hearings. In the Report and Recommendation in the *Brown* case, which this Court adopted last month, ECF 12, Judge Garcia cited and relied on Judge Underhill's rulings in *Monk* eleven times. ECF 11. As such, we respectfully request that *Brown* should *sua sponte* be reassigned to Judge Underhill.

We are available to address any questions the Court may have.

Respectfully submitted,

/s/ Michael Wishnie
Bessie Bauman, Law Student Intern
Emily Elledge, Law Student Intern
Gabriella Hill, Law Student Intern
Sanjana Manjeshwar, Law Student Intern
Grace Parker, Law Student Intern
Lexi Raikes, Law Student Intern
Ashley Anderson, ct32022
Michael Wishnie, ct27221
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Jeremy M. Creelan, *pro hac vice*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
jcreelan@jenner.com

Adam C. Henderson, *pro hac vice*
Erin Murphy, *pro hac vice*
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Tel: (312) 222-9350
ahenderson@jenner.com
emurphy@jenner.com

Yaman Salahi, *pro hac vice*
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352
yaman@salahilaw.com