**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONLEY F. MONK, Jr. et al.,<br>*Plaintiffs*, | : | |
| | : | |
| v. | : | No. 3:22-cv-1503 (SRU) |
| | : | |
| THE UNITED STATES OF AMERICA,<br>*Defendant*. | : | April 30, 2026 |

**DEFENDANT THE UNITED STATES OF AMERICA'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The United States of America moves to dismiss Plaintiffs' Amended Complaint, ECF No. 36, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(h)(3), for the reasons set forth in the attached memorandum of law. *See* D. Conn. L. Civ. R. 7(a)1. The United States requests that the Court grant its motion and dismiss Plaintiffs' claims in their entirety.

ORAL ARGUMENT
IS NOT REQUESTED

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DAVID X. SULLIVAN
United States Attorney

JONATHAN D. GUYNN
Deputy Assistant Attorney General, Torts Branch

DEBRA R. COLETTI
Assistant Director, Torts Branch

*<u>/s/ Emily M. Kelley</u>*
Emily M. Kelley (phv207548)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4400
Email: Emily.m.kelley@usdoj.gov

Irina Majumdar (phv207971)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 598-5403
Email: irina.m.majumdar@usdoj.gov

Natalie N. Elicker (ct28458)
Assistant United States Attorney
157 Church Street, 25th Floor
New Haven, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
Natalie.Elicker@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA